Debtor name **TechShop, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aaron Haldiman**<br>**1335 Yosemite ave.**<br>**San Francisco, CA 94124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Aaron Keast**<br>**4304 Avery St.**<br>**Detroit, MI 48208** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,540.00 | $1,540.00 |
|---|---|---|---|---|
| | **Abir Abboud**<br>**1898 Meridian Ave**<br>**#6**<br>**San Jose, CA 95125** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Abram Downey**<br>**2325 NW Maser Dr**<br>**Corvallis, OR 97330** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.50 | $218.50 |
|---|---|---|---|---|
| | **Abubaker Farrah**<br>**7872 Tyson oaks circle**<br>**Vienna, VA 22182** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $712.00 | $712.00 |
|---|---|---|---|---|
| | **Addie Stone-Richards**<br>**627 W. Alexandrine Street**<br>**Apt No: 5**<br>**Detroit, MI 48201** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 2 of 1000

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.35 | $46.35 |
|---|---|---|---|---|
| | **Adrian Rodriguez** | Check all that apply. | | |
| | **10 S Norfolk St** | ☐ Contingent | | |
| | **San Mateo, CA 94401** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|
| | **Agustin Isas** | Check all that apply. | | |
| | **820a Ken St** | ☐ Contingent | | |
| | **Austin, TX 78758** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.00 | $650.00 |
|---|---|---|---|---|
| | **Alexander Bain** | Check all that apply. | | |
| | **41277 N Cambria Dr.** | ☐ Contingent | | |
| | **San Tan Valley, AZ 85140** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.75 | $659.75 |
|---|---|---|---|---|
| | **Alexander Thomson** | Check all that apply. | | |
| | **798 Norwegian Spruce Dr.** | ☐ Contingent | | |
| | **Mars, PA 16046** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Alexander Troyer**
**5122 Rosetta St.**
**Pittsburgh, PA 16046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Alexandra Green**
**624 Mariposa Ave**
**Apt No 6**
**Oakland, CA 94610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,456.28** | **$1,456.28** |
|------|-----------------------------------------------|-----------------------------------------------|----------------|----------------|

**Alexandra Stambaugh**
**23-03 28th Ave**
**Apt #3E**
**Astoria, NY 11102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Alexandra Thomas**
**16575 greenview ave.**
**Detroit, MI 48219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 4 of 1000

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Alfredo Capps**
**916 mariner Dr.**
**Apt #Unit E**
**Mountain View, CA 94043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$79.75** | **$79.75** |
|---|---|---|---|---|

**Amanda Fosnight**
**6346 Southwood Ave**
**Apt #3S**
**St Louis, MO 63105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$836.00** | **$836.00** |
|---|---|---|---|---|

**Amanda Tucker**
**114 N. Drexel street**
**Mesa, AZ 85207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,312.50** | **$2,312.50** |
|---|---|---|---|---|

**Amanda Watkins**
**PO Box 576**
**Springfield, OR 97475**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.50 | $103.50 |
|---|---|---|---|---|
| | **Amanda Wilson**<br>**68 Woodland Ave.**<br>**Daly City, CA 94015** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00 | $9,000.00 |
|---|---|---|---|---|
| | **Amber Ross** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,424.25 | $1,424.25 |
|---|---|---|---|---|
| | **Andre Anderson**<br>**192 Dogwood Rd**<br>**Valley Stream, NY 11580** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.00 | $324.00 |
|---|---|---|---|---|
| | **Andrew Bernard** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 6 of 1000

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,101.85 | $12,850.00 |
|---|---|---|---|---|

**Andrew Calvo**
PO Box 2205
Sebastopol, CA 95472

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Andrew Carlson**
516 15th Street NE
Washington, DC 20002

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Andrew Ellison**
9412 Robert Deves Drive
St. Louis, MO 63126

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,461.54 | $3,461.54 |
|---|---|---|---|---|

**Andrew Leer**
216 Churchill Rd.
Turtle Creek, PA 15145

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 7 of 1000

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Angela Light**
**3208 Kawalker Lane**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$643.75** | **$643.75** |
|---|---|---|---|---|

**Anthony Pacillo**
**4164 Victoria Park Drive**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$126.00** | **$126.00** |
|---|---|---|---|---|

**Anton Castro**
**1137 Hyde St Apt 5**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Arienne Gagui**
**1320 California Street**
**Apt 3**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.50 | $220.50 |
|---|---|---|---|---|
| | **Ashley Clayton**<br>**427 4th Avenue**<br>**San Francisco, CA 94118** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.50 | $292.50 |
|---|---|---|---|---|
| | **Ashley Sherwood**<br>**3616 Hawk Ridge**<br>**Round Rock, TX 78665** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $658.17 | $658.17 |
|---|---|---|---|---|
| | **Bailey Catenazzo**<br>**3252 January Ave**<br>**Apartment 1**<br>**St. Louis, MO 63139** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,603.39 | $7,603.39 |
|---|---|---|---|---|
| | **Barbara Newton**<br>**524 Keelson Cir.**<br>**Redwood City, CA 94065** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,287.25 | $1,287.25 |
|---|---|---|---|---|

**Benjamin Hudson**
**8111 ox road**
**Fairfax station, VA 22039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |
|---|---|---|---|---|

**Benjamin Klemme**
**3650 Rutledge Common**
**Fremont, CA 94538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $836.25 | $836.25 |
|---|---|---|---|---|

**Bess Siritanapivat**
**1404 Sheltie Ln**
**Round Rock, TX 78664**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Brandon Masi**
**1003 chestnut street**
**Pittsburgh, PA 15212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 10 of 1000

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.63 | $320.63 |
|---|---|---|---|---|

**Brandt Hewitt**
**1009 Irvings ST**
**Apt No: 4**
**San Francisco, CA 94122**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Bridget Quinn**
**4661 E Nine Mile Rd.**
**Warren, MI 48091**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $456.50 | $456.50 |
|---|---|---|---|---|

**Camillia Elci**
**4118 Marble lane**
**Fairfax, VA 22033**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Carlie Trosclair**
**3305 Halliday Ave FL 2**
**Apt No: FL 2**
**St. Louis, MO 63118**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $995.54 | $995.54 |
|---|---|---|---|---|

**Caroline Doyle**
61-36 Woodbine St.
Apt No:  4A
Queens, NY 11385

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,075.13 | $1,075.13 |
|---|---|---|---|---|

**Caroline Lowe**
12930 Kings Row Lane
Saint Louis, MO 63146

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,055.00 | $1,055.00 |
|---|---|---|---|---|

**Casey Janowski**
8104 Burrell Drive
Austin, TX 78757

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Catherine Conley**
25 Wabash St. Apt 1
Pittsburgh, PA 15220

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 12 of 1000

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $743.75 | $743.75 |
|---|---|---|---|---|

**Chlotilde Connor-Taylor**
**320 Sterling Apt. 5EW**
**Brooklyn, NY 11225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Christopher Dastan**
**2900 West Highland Street**
**Chandler, AZ 85226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00 | $480.00 |
|---|---|---|---|---|

**Christopher Jeffries**
**166 Norfolk St**
**New York, NY 10002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,362.50 | $2,362.50 |
|---|---|---|---|---|

**Christopher Savage**
**2021 Mayflower Drive**
**Woodbridge, VA 22192**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Christopher Segraves**<br>**15844 E Burro Dr**<br>**Fountain Hills, AZ 85268** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Claude Noriega**<br>**360 Fifth St., #11**<br>**San Francisco, CA 94103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$293.75** | **$293.75** |
|---|---|---|---|---|
| | **Cole  Smith**<br>**701 W Del Rio St.**<br>**Chandler, AZ 85225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Colin Jaramillo**<br>**894 South Second St.**<br>**San Jose, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 14 of 1000

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | $0.00 |
| --- | --- | --- | --- | --- |
| | **Cory Hoover**<br>**1749 Hayes St**<br>**San Francisco, CA 94115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$760.00** | $760.00 |
| --- | --- | --- | --- | --- |
| | **Courtney Woods**<br>**312 Laurel Way,**<br>**Mill Calley, CA 94941** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$809.38** | $809.38 |
| --- | --- | --- | --- | --- |
| | **Curtis C**<br>**1533a 5th St.**<br>**Oakland, CA 94607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$851.25** | $851.25 |
| --- | --- | --- | --- | --- |
| | **Daniel Sebahar**<br>**717 6TH Avenue**<br>**Apt No: 5**<br>**San Francisco, CA 94118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108,153.88 | $12,850.00 |
|---|---|---|---|---|

**Daniel Woods**
**312 Laurel Way**
**Mill Valley, CA 00096-4941**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $511.50 | $511.50 |
|---|---|---|---|---|

**Danielle Johnson**
**2300 W San Angelo St**
**Apt 2136**
**Gilbert, AZ 85233**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 | $108.00 |
|---|---|---|---|---|

**David Atwater**
**12 Strath Haven Ct**
**Gaithersburg, MD 20886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.31 | $645.31 |
|---|---|---|---|---|

**David Chau**
**2245 Lanai Ave.**
**Apt #25**
**San Jose, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.00 | $315.00 |
|---|---|---|---|---|

**David Griggs**
**2022 Wyoming Street**
**Saint Louis, MO 63118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $354.38 | $354.38 |
|---|---|---|---|---|

**David Kang**
**426 Capitol Ave.**
**San Francisco, CA 94112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $556.26 | $556.26 |
|---|---|---|---|---|

**David Pianka**
**3913 Cadwallder Ave**
**San Jose, CA 95121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,338.46 | $2,338.46 |
|---|---|---|---|---|

**David Tran**
**4941 Seaview Ave**
**Castro Valley, CA 94546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 17 of 1000

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.50 | $465.50 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | **David Vasquez**<br>**65 La Loma Drive**<br>**Menlo Park, CA 94025** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or**<br>**LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|------|----------------------------------------------|-----------------------------------------------|--------|--------|
| | **Douglas Dale**<br>**3017 Riverdale Ave.**<br>**Apt #4B**<br>**Bronx, NY 10463** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or**<br>**LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,500.00 | $3,500.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Drew Lentz**<br>**111 4th Place**<br>**Apt Number 3 A**<br>**Brooklyn, NY 11231** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or**<br>**LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.25 | $406.25 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | **Dylan Mascarella**<br>**639 W. 3rd St.**<br>**Tempe, AZ 85281** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or**<br>**LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 18 of 1000

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,003.63 | $1,003.63 |
|------|--|--|--|--|
| | **Edward Ash**<br>**850 John Carlyle Street; #336**<br>**Alexandria, VA 22314** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $746.63 | $746.63 |
|------|--|--|--|--|
| | **Edward Hudgins**<br>**1301 N. Quintana St**<br>**Arlington, VA 22205** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,138.50 | $1,138.50 |
|------|--|--|--|--|
| | **Elijah Phillips**<br>**9500 Jollyville Rd**<br>**# 164**<br>**Austin, TX 78759** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,461.54 | $3,461.54 |
|------|--|--|--|--|
| | **Elizabeth Bauer**<br>**460 Sunshine Circle**<br>**Ashland, OR 97520** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 19 of 1000

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,692.31 | $2,692.31 |
|------|---|---|---|---|
| | **Elizabeth Larson**<br>**5121 Dearborn St**<br>**Pittsburgh, PA 15224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $598.50 | $598.50 |
|------|---|---|---|---|
| | **Elizabeth Lira**<br>**234 S 11th St**<br>**San Jose, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $794.50 | $794.50 |
|------|---|---|---|---|
| | **Elizabeth Smith**<br>**9801 Stonelake Blvd**<br>**#2036**<br>**Austin, TX 78759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $603.13 | $603.13 |
|------|---|---|---|---|
| | **Elon Smith**<br>**8213 Light Horse Court**<br>**Annandale, VA 22003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 20 of 1000

| | | | | |
|---|---|---|---|---|
| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |
| | **Emily Dunlap** | Check all that apply. | | |
| | **2166 Tower Grove Ave,** | ☐ Contingent | | |
| | **Apt #1s** | ☐ Unliquidated | | |
| | **St. Louis, MO 63110** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| | **Emily Elhoffer** | Check all that apply. | | |
| | **119 Peruque Estates Lane** | ☐ Contingent | | |
| | **Wentzville, MO 63385** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.63 | $390.63 |
| | **Eric Munoz** | Check all that apply. | | |
| | **1546 Mount Herman Dr.** | ☐ Contingent | | |
| | **San Jose, CA 95127** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.84 | $749.84 |
| | **Erica Brown** | Check all that apply. | | |
| | **6423 Woodrow Ave** | ☐ Contingent | | |
| | **Pine Lawn, MO 63121** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Faith Olson**
**1155 Clark St**
**Unit 1**
**Detroit, MI 48209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,068.00** | **$1,068.00** |
|---|---|---|---|---|

**Gabriel Cottrell**
**1041 Pine Street**
**AmBridge, PA 15003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$381.00** | **$381.00** |
|---|---|---|---|---|

**Gabriele Di Fiore**
**1268 West Street**
**Hayward, CA 94545**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,168.75** | **$1,168.75** |
|---|---|---|---|---|

**Grace Moss**
**505 62nd Street,**
**Apt D1**
**Brooklyn, NY 11220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 22 of 1000

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Hallsi Killian**
**4210 Millington Road**
**Pittsburgh, PA 15217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.75 | $789.75 |
|---|---|---|---|---|

**Hind Ourahou**
**540 E Chesterfield**
**Ferndale, MI 48220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |
|---|---|---|---|---|

**Holly Ngo**
**529 S 10th St Apt 5**
**San Jose, CA 95112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.81 | $482.81 |
|---|---|---|---|---|

**Howard Hsieh**
**1071 Regency Knoll Dr.**
**Apt 517**
**San Jose, CA 95129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 23 of 1000

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,093.75 | $1,093.75 |
|---|---|---|---|---|

**Hung-Vuong Pham**
**441 63rd Street**
**Apt #2R**
**Brooklyn, NY 11220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,350.00 | $1,350.00 |
|---|---|---|---|---|

**Ilya Smelansky**
**411 Saint John's Place**
**Apt No: 16**
**Brooklyn, NY 11215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.38 | $165.38 |
|---|---|---|---|---|

**Isabella Cates**
**2422 Menokin Dr,**
**Apt #201**
**Alexandria, MD 22304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Isaiah Jones**
**2027 Fillmore Street**
**San Francisco, CA 94115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|-----|-----|-----|-----|

**Jack Greenfield**
**100 San Bruno Ave.**
**Apt #7**
**Brisbane, CA 94005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$974.63** | **$974.63** |
|------|-----|-----|-----|-----|

**Jacob Lineberry**
**423 Kern St**
**Woodstock, VA 22664**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$682.50** | **$682.50** |
|------|-----|-----|-----|-----|

**Jacqueline Villaba-Larson**
**369 West 3rd Avenue**
**Tempe, AZ 85210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.00** | **$2,500.00** |
|------|-----|-----|-----|-----|

**Jade Garrett**
**9412 Talisman Dr**
**Vienna, VA 22182**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 25 of 1000

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $984.38 | $984.38 |
|---|---|---|---|---|

**Jairus Cesarz**
**1368 Myrtle Ave**
**Apt No: 3**
**Brooklyn, NY 11237**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $930.02 | $930.02 |
|---|---|---|---|---|

**James Folden**
**340 Belmont**
**Detroit, MI 48202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $633.00 | $633.00 |
|---|---|---|---|---|

**James Herman**
**6712 Fennimore st.**
**Pittsburgh, PA 15206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117,569.93 | $12,850.00 |
|---|---|---|---|---|

**James Newton**
**524 Keelson Circle,**
**Redwood City, CA 94065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |
| | **James Westphal**<br>**265 Union Street #2D**<br>**Brooklyn, NY 11231** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.63 | $390.63 |
| --- | --- | --- | --- | --- |
| | **Janeka Johnson**<br>**320 Rochelle st.**<br>**Pittsburgh, PA 15210** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| --- | --- | --- | --- | --- |
| | **Jason  Rasmussen**<br>**3000 Nicol Ave # 1**<br>**Apt No: 1**<br>**Oakland, CA 94602** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.25 | $206.25 |
| --- | --- | --- | --- | --- |
| | **Jeffrey Sims**<br>**711 Gier Ct**<br>**San Jose, CA 95111** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 27 of 1000

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jerrold Ancheta**
**335 Bautista Place**
**San Jose, CA 95126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$621.25** | **$621.25** |
|---|---|---|---|---|

**Jessica Nguyen**
**247 Vista Roma Way**
**San Jose, CA 95136**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jessie Tymoczko**
**138 Homestead St.**
**Pittsburgh, PA 15218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$86.63** | **$86.63** |
|---|---|---|---|---|

**Jinju Carlson**
**801 N Pitt St**
**Apt  #309**
**Alexandria, VA 22314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $958.00 | $958.00 |
|---|---|---|---|---|

**Joey Cheng**
**526 Libson St**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**John Emery**
**1103 Stephanie Lee lane**
**Austin, TX 78753**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.00 | $297.00 |
|---|---|---|---|---|

**John Lewy**
**130 woodcrest ave**
**Dearborn, MI 48124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $937.63 | $937.63 |
|---|---|---|---|---|

**John Welch**
**1309 Green Tarrace Dr.**
**Round Rock, TX 78664**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,615.39 | $4,615.39 |
|---|---|---|---|---|
| | **Jon Barbara**<br>**3309 E Floosmoor Ave**<br>**Mesa, AZ 85204** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,074.57 | $1,074.57 |
|---|---|---|---|---|
| | **Jonathan Reimers**<br>**275 South 22nd Street**<br>**San Jose, CA 95116** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $378.13 | $378.13 |
|---|---|---|---|---|
| | **Jordan Chaffin**<br>**800 N Federal St**<br>**Chandler, AZ 85226** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Jordan Kochavi**<br>**47 Kathleen Ct.**<br>**Pacifica, CA 94044** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 30 of 1000

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.00 | $425.00 |
|---|---|---|---|---|
| | **Jordan Patton**<br>**454 Bailey Ave.**<br>**Pittsburgh, PA 15211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|
| | **Joseph Cuniberti**<br>**46864 Covington Dr.**<br>**Macomb, MI 48044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $378.13 | $378.13 |
|---|---|---|---|---|
| | **Joseph Miller**<br>**2354 W University DR**<br>**Apt 2146**<br>**Mesa, AZ 85201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,694.00 | $1,694.00 |
|---|---|---|---|---|
| | **Joshua Cruz**<br>**1665 East 12th street**<br>**Brooklyn, NY 11229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $997.75 | $997.75 |
|---|---|---|---|---|

**Joshua Lozano**
**1210 Glenda Dr Apt B**
**Round Rock, TX 78681**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $673.44 | $671.44 |
|---|---|---|---|---|

**Joshua Postell**
**1235 Electric**
**Wyandotte, MI 48192**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $451.50 | $451.50 |
|---|---|---|---|---|

**Josiah Copley**
**868 S Arizona**
**Apt 2070**
**Chandler, AZ 85225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $536.25 | $536.25 |
|---|---|---|---|---|

**Juliet McCurry**
**20093 Bernard St**
**Taylor, MI 48180**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 32 of 1000

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,115.39 | $2,115.39 |
|---|---|---|---|---|

**June Hayes**
**5414 1st Place NW**
**Unit 402**
**Washington, DC 20011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Justin George**
**916 Deely Street**
**Pittsburgh, PA 15217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $893.25 | $893.25 |
|---|---|---|---|---|

**Justin Leathers**
**721 Menlo Ave.**
**Apt. B**
**Menlo Park, CA 94025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Justin Mcfarland**
**1387 E 32nd Street**
**Oakland, CA 94602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 33 of 1000

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.00 | $315.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Kari Gerrits**
**371 Elan Village Lane #310**
**San Jose, CA 95134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $970.75 | $970.75 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Karl Saclolo**
**1002 Victories Loop**
**San Jose, CA 95116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $724.00 | $724.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Kasey Gibbs**
**2340 Delaware Drive**
**Saint Charles, MO 63303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,139.69 | $1,139.69 |
|-------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Katharine Petrashune**
**203 Lehigh Avenue Apt. 2**
**Shadyside, PA 15232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 34 of 1000

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.00 | $416.00 |
|---|---|---|---|---|

**Kathleen Orr**
**2765 Harrison Avenue**
**Trenton, MI 48183**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $693.75 | $693.75 |
|---|---|---|---|---|

**Keith Kritselis**
**10613 Pinehurst Dr.**
**Austin, TX 78747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.06 | $309.06 |
|---|---|---|---|---|

**Kirsten Winkelbauer**
**161 Lake Drive**
**San Bruno, CA 94066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Kyle Bancroft**
**4710 40th Avenue**
**Hyattsville, MD 20781**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 35 of 1000

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|-------|-----------------------------------------------|-----------------------------------------------------------------------|-------------|-----------|

**Kyley Smithers**
**860 Saratoga Ave**
**Apt. H212**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$453.75** | **$453.75** |
|-------|-----------------------------------------------|-----------------------------------------------------------------------|-------------|-------------|

**Larry Stone**
**316 W McDowell Rd,**
**#104**
**Phoenix, AZ 85003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$380.00** | **$380.00** |
|-------|-----------------------------------------------|-----------------------------------------------------------------------|-------------|-------------|

**Laura Latimer**
**6814 Pioneer Place**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$601.92** | **$601.92** |
|-------|-----------------------------------------------|-----------------------------------------------------------------------|-------------|-------------|

**Lauren Copley**
**868 S Arizona Ave Apt 2070**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,422.50 | $1,422.50 |
|-------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**Lauren Franklin**
1357 Hancock St
Brooklyn, NY 11237

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $618.00 | $618.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Logan Randolph**
411 South Trenton
Apt. 3
Pittsburgh, PA 15221

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|-------|

**Marc Reed**
1401 Baronets Trl
Austin, TX 78621

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|-------|

**Marcus Garcia**
1196 E Canyon Creek Dr
Gilbert, AZ 85295

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.147 | Priority creditor's name and mailing address<br>**Maria Dalalo**<br>**PO Box 53146**<br>**San Jose, CA 53372** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,030.00** | **$2,030.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.148 | Priority creditor's name and mailing address<br>**Mariela Montero**<br>**1510 Union Street, APT 8**<br>**Apt No: 8**<br>**San Francisco, CA 94109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$882.00** | **$882.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.149 | Priority creditor's name and mailing address<br>**Mary Angela Rae Tolosa**<br>**23 Maywood Ave**<br>**Daly City, CA 94015** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$112.00** | **$112.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.150 | Priority creditor's name and mailing address<br>**Maxine Blakovich**<br>**9801 Stonelake Blvd**<br>**APT 2036**<br>**Austin, TX 78759** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,626.88** | **$1,626.88** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $906.50 | $906.50 |
|---|---|---|---|---|

**Maxwell Urbani**
**1400 Hillside Cr**
**Burlingame, CA 94010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.00 | $357.00 |
|---|---|---|---|---|

**Medardo Vasquez**
**2341 90th Ave**
**Apt #12**
**Oakland, CA 94063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Melquiades Olivares III**
**85 Anzavista Ave**
**San Francisco, CA 94115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Mercy Odhner**
**1200 Crane Ave**
**Pittsburgh, PA 15220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $999.00 | $999.00 |
|---|---|---|---|---|

**Mia Norton**
**3500 Pleasant Acre Ln**
**Aromas, CA 95004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,788.47 | $2,788.47 |
|---|---|---|---|---|

**Michael Erickson**
**1072 Fiesta Drive,**
**San Mateo, CA 94403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,653.85 | $3,653.85 |
|---|---|---|---|---|

**Michael Hill**
**5456 Oakvilla Manor Dr**
**St. Louis, MO 63129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Koliner**
**100 McConnell Mill Lane**
**Pittsburgh, PA 15228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 40 of 1000

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $943.25 | $943.25 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Michael Petrick**
**9801 Stonelake Blvd**
**Apt 113**
**Austin, TX 78759**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.25 | $118.25 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Moe Ashrafi**
**2128 edgewater pkwy**
**silver spring, MD 20903**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.00 | $264.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Mohamed Elgendy**
**5597 Seminary Road**
**Apt No: 2508 S**
**Falls Church, VA 22041**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $704.25 | $704.25 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Mykala Castro**
**572 Menker Ave.**
**Apt. A**
**San Jose, CA 95128**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $843.75 | $843.75 |
|---|---|---|---|---|

**Myles Barman**
**1427 Luning Dr**
**San Jose, CA 95118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,089.00 | $1,089.00 |
|---|---|---|---|---|

**Myles Cunningham**
**2680 Illinois St. East**
**Palo Alto, CA 94303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.70 | $2,307.70 |
|---|---|---|---|---|

**Nathaniel Padgett**
**4 St. Francis Place**
**Apt. Number 1**
**Brooklyn, NY 11216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $797.06 | $797.06 |
|---|---|---|---|---|

**Necia Disse**
**6013 Oakdale Rd. McLean**
**Mclean, VA 22101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Neill Odenwald**
**2330 N. Custer Road**
**Monroe, MI 48162**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.168 | | **Unknown** | **$0.00** |
|---|---|---|---|

Priority creditor's name and mailing address

**Nelson Reyes**
**8802 E. University Drive**
**# 46**
**Mesa, AZ 85207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.169 | | **$811.72** | **$811.72** |
|---|---|---|---|

Priority creditor's name and mailing address

**Nicholas Yurek**
**6758 Garner Ave**
**St.Louis, MO 63139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.170 | | **Unknown** | **$0.00** |
|---|---|---|---|

Priority creditor's name and mailing address

**Noah Chittim**
**111 Brackett Street #1**
**Portland, ME 04102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 43 of 1000

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $397.50 | $397.50 |
|---|---|---|---|---|

**Oliver Holden**
**201 charter oak ave**
**San Francisco, CA 94124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $745.88 | $745.88 |
|---|---|---|---|---|

**Olivia Morgan**
**901 23rd Street S**
**Arlington, VA 22209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |
|---|---|---|---|---|

**Olivia Morrow**
**304 Summers Drive**
**Alexandria, VA 22301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,008.00 | $1,008.00 |
|---|---|---|---|---|

**Pariss Yorker**
**2109 Pullman Ave**
**Belmont, CA 94002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 44 of 1000

Debtor **TechShop, Inc.**      Case number (if known) _____

Name

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $798.00 | $798.00 |
|---|---|---|---|---|

**Paul Belue**
**5040 Alaska Ave**
**St. Louis, MO 63111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Philip Gilliam**
**1046 Powell Stret**
**San Francisco, CA 94108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $809.38 | $809.38 |
|---|---|---|---|---|

**Polina McGuire**
**378 Harman Street**
**Apt #3F**
**Brooklyn, NY 11221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $609.39 | $609.39 |
|---|---|---|---|---|

**Priyanjali Bhattacharya**
**279 Tradewinds Drive**
**Apt No #6**
**San Jose, CA 95123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.50 | $232.50 |
|---|---|---|---|---|

**Quinnland Sowells**
**351 Meadow Lane**
**Kingsburg, CA 93631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.50 | $297.50 |
|---|---|---|---|---|

**Rachel Marsico**
**445 Octavia Street**
**Apt. Number 12**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $441.88 | $441.88 |
|---|---|---|---|---|

**Rebecca Benedict**
**555 80th Street**
**Apt #1R**
**Brooklyn, NY 11209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $353.29 | $353.29 |
|---|---|---|---|---|

**Rebecca Sachtleben**
**8176 Middlevalley Trail**
**Saint Louis, MO 63123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 46 of 1000

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,375.00 | $2,375.00 |
| --- | --- | --- | --- | --- |
| | **Renatta Fairbanks**<br>**7307 Indiana St**<br>**Vancouver, WA 98664** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $420.00 | $420.00 |
| --- | --- | --- | --- | --- |
| | **Ricarda Burke**<br>**271 57th Street**<br>**Apt No: 2nd Floor**<br>**Brooklyn, NY 11203** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.00 | $405.00 |
| --- | --- | --- | --- | --- |
| | **Richard Stibich**<br>**230 Donahue Street**<br>**Sausalito, CA 94965** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| --- | --- | --- | --- | --- |
| | **Robert Slack**<br>**3695 Stevenson Blvd.,**<br>**Apt #102**<br>**Fremont, CA 94538** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $762.00 | $762.00 |
| | **Robert Smith**<br>**2760 Melendy Dr.**<br>**Apt #2**<br>**San Carlos, CA 94070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or**<br>**LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,846.16 | $3,846.16 |
| | **Robert Thomas**<br>**1401 East 17th Street**<br>**Georgetown, TX 78626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or**<br>**LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $348.75 | $348.75 |
| | **Rommel Halili**<br>**1186 Spiro Drive**<br>**San Jose, CA 95116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or**<br>**LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $283.25 | $283.25 |
| | **Rosa Nevarez**<br>**3341A Ohio Ave**<br>**St. Louis, MO 63118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or**<br>**LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 48 of 1000

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $816.63 | $816.63 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**2.191**

Priority creditor's name and mailing address
**Royce Brock**
**4100 weeks park lane**
**Wichita Falls, TX 76308**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Is the claim subject to offset?
■ No
☐ Yes

$816.63 $816.63

---

**2.192**

Priority creditor's name and mailing address
**Rupinder Kaloti**
**317 Lassen Park Cirl**
**San Jose, CA 95136**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Is the claim subject to offset?
■ No
☐ Yes

$1,088.00 $1,088.00

---

**2.193**

Priority creditor's name and mailing address
**Ryan Harrison**
**854 36th St**
**Emeryville, CA 94608**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Is the claim subject to offset?
■ No
☐ Yes

$639.38 $639.38

---

**2.194**

Priority creditor's name and mailing address
**Ryan Spurlock**
**1389 Crespi Dr.**
**Pacifica, CA 94044**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Is the claim subject to offset?
■ No
☐ Yes

$3,653.85 $3,653.85

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 49 of 1000

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
|---|---|---|---|---|

**Samantha Leasure**
**101 Purple Martin Cv**
**Leander, TX 78641**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$398.25** | $398.25 |
|---|---|---|---|---|

**Samantha Nielsen**
**1550 North Stapley Drive**
**Drive #1**
**Mesa, AZ 85203**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$585.00** | $585.00 |
|---|---|---|---|---|

**Sarah Powers**
**15 Brown St**
**Pittsburgh, PA 15209**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$134.00** | $134.00 |
|---|---|---|---|---|

**Scott Ludwig**
**70 Cherry Ridge Court**
**San Jose, CA 95127**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 50 of 1000

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sean Kennon**
**10316 Crestmoor Dr**
**Silver Spring, MD 20901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | | **$415.25** | **$415.25** |
|---|---|---|---|---|

**Shanta Ambady**
**5551 Cranbrook St**
**Dearborn Heights, MI 48125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | | **$1,296.00** | **$1,296.00** |
|---|---|---|---|---|

**Shawn Simone**
**28064 Marshall St.**
**Southfield, MI 48076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | | **$780.00** | **$780.00** |
|---|---|---|---|---|

**Shirley Reinhart**
**1116 Lebanc**
**Lincoln Park, MI 48146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 51 of 1000

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $920.63 | $920.63 |

**2.203** Priority creditor's name and mailing address

**Stacey Montoya**
**3508 S. Arroyo Lane**
**Gilbert, AZ 85297**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$920.63   $920.63

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.204** Priority creditor's name and mailing address

**Staci Offutt**
**262 1/2 46th Street**
**Pittsburgh, PA 15201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,291.50   $1,291.50

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.205** Priority creditor's name and mailing address

**Stephani Williams**
**2325 Granite Hill Dr**
**Leander, TX 78641**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$101.75   $101.75

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.206** Priority creditor's name and mailing address

**Stephanie Thomas**
**5223 Bancroft Ave**
**St. Louis, MO 63109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$666.00   $666.00

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 52 of 1000

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $877.50 | $877.50 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Stephen Vincent**
**1725 Van Dyke St, Apt 27**
**Detroit, MI 48214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $987.25 | $987.25 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Steven Wheeler**
**111 Monticello Ave**
**Piedmont, CA 94611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.75 | $418.75 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Steven Garcia**
**801 North Federal Street**
**Chandler, AZ 85226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|-------|

**Steven Kuypers**
**7332 Oakland ST**
**Detroit, MI 48211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 53 of 1961 |
|-----------------------|---------------------------------------------------|-----------------|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 53 of 1000

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.00 | $288.00 |
| --- | --- | --- | --- | --- |

**Tammy Lakkis**
**744 Dover St**
**Dearborn Heights, MI 48127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $437.25 | $437.25 |
| --- | --- | --- | --- | --- |

**Tara Banta**
**1503 Redwood Ave**
**Redwood City, CA 94061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.50 | $318.50 |
| --- | --- | --- | --- | --- |

**Tara Youngborg**
**4268 Cotswolds Hill Lane**
**Fairfax, VA 22030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,778.92 | $12,850.00 |
| --- | --- | --- | --- | --- |

**Teresa Blevins**
**17859 Graystone Avenue**
**Unit No #202**
**Chino Hills, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[Notice only - Former Employee of Techshop or LLC Subsidiary]**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 54 of 1000

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $943.50 | $943.50 |
|---|---|---|---|---|
| | **Tiffani Mascarella**<br>**639 W 3rd St**<br>**Tempe, AZ 85281** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.01 | $552.01 |
|---|---|---|---|---|
| | **Tiffany Wise**<br>**355 Serrano Drive Apt 1E**<br>**San Francisco, CA 94132** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Travis Seeger**<br>**706 E 2nd street**<br>**Elgin, TX 78621** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.88 | $196.88 |
|---|---|---|---|---|
| | **Tyler Larson**<br>**1960 W Keating Ave**<br>**Mesa, AZ 85202** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Vasile Vincent**<br>**68 W. Elmwood Ave**<br>**Clawson, MI 48017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,692.31** | **$2,692.31** |
|---|---|---|---|---|
| | **Vicky Snyder**<br>**14516 Homestead Village Circle**<br>**Austin, TX 78717** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$200.00** | **$200.00** |
|---|---|---|---|---|
| | **Victor Jiang**<br>**1071 Wallace Dr.**<br>**San Jose, CA 95120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Victoria Paulino**<br>**2154 W Olive Way**<br>**Chandler, AZ 85248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 56 of 1000

| 2.223 | Priority creditor's name and mailing address<br>**Vincent Schell**<br>**1526 Holly Drive**<br>**Webster Groves, MO 63119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,046.76** | **$1,046.76** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.224 | Priority creditor's name and mailing address<br>**William Brick**<br>**2588 Columbia Road**<br>**Berkeley, MI 48072** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,307.70** | **$2,307.70** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.225 | Priority creditor's name and mailing address<br>**William Klemt**<br>**1349 E Capitol St SE,**<br>**Unit B**<br>**Washington, DC 20003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$219.38** | **$219.38** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.226 | Priority creditor's name and mailing address<br>**William Merrill**<br>**4822 Coleridge St.**<br>**Pittsburgh, PA 15201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.227 | Priority creditor's name and mailing address<br>**William Webner**<br>**3323 McPherson St**<br>**Detroit, MI 48212** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$419.25** | **$419.25** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.228 | Priority creditor's name and mailing address<br>**Woody Poulard**<br>**10 Menahan St, APT 3L**<br>**Brooklyn, NY 11221** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$650.00** | **$650.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.229 | Priority creditor's name and mailing address<br>**Zobia Khan**<br>**81 9th st.**<br>**Apt #202**<br>**San Francisco, CA 94103** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$404.25** | **$404.25** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**01 The Entrust Group Inc. FBO Leslie Lev**<br>**43 S. 14th St.**<br>**San Jose, CA 95112** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,799.08** |
| | Date(s) debt was incurred  **7/8/2011**<br>Last 4 digits of account number  **NA** | Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | A.C. Mendiones<br>20681 Forge Way #116<br>Cupertino, CA 95014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | A.J. Hoffman<br>215 Rockwood Ave.<br>Pittsburgh, PA 15221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|
| | A.Keith Wojcik<br>1717 Ryon<br>Round Rock, TX 78681 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  11/2/2017<br>Last 4 digits of account number  0044 | Basis for the claim:  **[Notice only] Techshop Austin - Instructor class instructions on 10/16/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|
| | A.Keith Wojcik<br>1717 Ryon<br>Round Rock, TX 78681 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/27/2017<br>Last 4 digits of account number  0043 | Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions on 09/14/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|
| | A.Keith Wojcik<br>1717 Ryon<br>Round Rock, TX 78681 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  8/31/2017<br>Last 4 digits of account number  0042 | Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions for period 08/08/2017 to 08/30/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Aanya Subramaniam<br>1154 Eagle Cliff Ct<br>San Jose, CA 95120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Aaron  Hoff<br>1592 John Hoff Ct<br>Saint Louis, MO 63108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron  Scaturro**
**312 e 9th street**
**New York, NY 10003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron  Walters**
**5295 Waterman Blvd**
**St. Louis, MO 63108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Ackley**
**1155 Overlook**
**Accokeek, MD 20607**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Baker**
**630 Picasso Terr.**
**San Jose, CA 94087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Bamberger**
**8807 Slayton Dr**
**Austin, TX 78753**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Cartwright**
**p.o box 841**
**montara, CA 94037**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Chavez**
**114 Yosemite way**
**Los Gatos, CA 95124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Chinault**
**PO Box 549**
**Port Republic, MD 20676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Daar**
**92 Patricia Ct.**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Diep**
**490 Fontanelle Court**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Fowler**
**1011 E Rowlands Lane**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Friedmann**
**34041 State St**
**Farmington, MI 48335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AARON GEISLER**
**525 MIDDLEFIELD RD. #487**
**REDWOOD CITY, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Goldstein**
**930 Wayne Avenue #709**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 61 of 1000

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Aaron Haldiman**
**245 Visitacion Ave**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Aaron Hall**
**2675 W Ironstone ave**
**Apache Junction, AZ 85120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Aaron Hall**
**38 Maddux Ave.**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Aaron Hall**
**500 E University Dr**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Aaron Holm**
**100 Acacia Ln**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Aaron Jarrett**
**625 N Euclid Ave #501**
**St Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Aaron Jeromin**
**2902 Katter Ct**
**Austin, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 62 of
1000

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Keast**
**4304 Avery Street**
**Detroit, MI 48208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $930.00 |
|---|---|---|---|

**Aaron Keast _V**
**4304 Avery St.**
**Detroit, MI 48208**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/23/2017**

Last 4 digits of account number  **1710**

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions for period 09/28/2017 to 10/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**Aaron Keast _V**
**4304 Avery St.**
**Detroit, MI 48208**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/24/2017**

Last 4 digits of account number  **1709**

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions for period  08/30/2017 to 09/21/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.00 |
|---|---|---|---|

**Aaron Keast _V**
**4304 Avery St.**
**Detroit, MI 48208**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/25/2017**

Last 4 digits of account number  **1708**

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions for period 07/24/2017 to 08/18/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Laabs**
**PO Box 193574**
**San Francisco, CA 94119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Lesky**
**212 South Adams Street**
**Ypsilanti, MI 48197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Lloyd**
**18533 Weaver St.**
**Detroit, MI 48228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Lobdell**
**1111 quail park drive**
**austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Mast**
**1293 Pumpkin Terrace**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.25 |
|---|---|---|---|

**Aaron McGuire**
**345 Clinton Ave, #14B**
**Brooklyn, NY 11238**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred　11/5/2017

Last 4 digits of account number　1

Basis for the claim:　**[Notice only] Techshop Brooklyn- Instructor class for the period 10/16/2017 to 10/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Melson**
**32700 True Lake Lane**
**Femont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Moss**
**124 gordon st**
**pittsburgh, PA 15218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Mundt**
**6200 Belcrest Rd, Ste 1**
**Hyattsville, MD 20782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Narva**
**99 Irving Ave.**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398　Doc# 2　Filed: 02/26/18　Entered: 02/26/18 18:01:21　Page 64 of 1000

| | |
|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** |

**Aaron Nickovich**
**3026 Ascot Drive**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** |

**Aaron Parness**
**121 kentucky ave se**
**Washington, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** |

**Aaron Pigeon**
**518 Ashbury Street**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** |

**Aaron Prince**
**18912 Colonial Manor Ln**
**Pflugerville, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** |

**Aaron Relph**
**419 Pierce St. Apt 3**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** |

**Aaron Rogers**
**398 South Morningsun ave**
**Mill valley, CA 94941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** |

**Aaron Salls**
**2453 Lombard St #206**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 65 of 1000

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Aaron Salmon**
518 Laidley St #8
San Francisco, CA 94131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Aaron Shifflett**
68 Martha Ave
San Francisco, CA 94131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Aaron Smolinski**
7206 W Yucca St
Peoria, AZ 85345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Aaron Spooner**
6190 Hwy 116
Forestville, CA 95436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Aaron Stoneburner**
4900 E Oltorf Street Apt. 435
Austin, TX 78741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Aaron Stubbendieck**
2789 Union Street
San Francisco, CA 94123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Aaron Tate**
19 Taylor Woods Drive
St. Louis, MO 63122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 66 of 1000

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Tse**
**4230 W. Orchid Lane**
**Phoenix, AZ 85051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron VonderHaar**
**7212 Weil Ave.**
**Shrewsberry, MO 63119**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Washington**
**P.O. Box 470310**
**San Francisco, CA 94147**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,156.16 |
|---|---|---|---|

**Aaron Weintraub**
**231 Dale Drive**
**Silver Spring, MD 20910**

Date(s) debt was incurred  **7/6/2016**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Weintraub**
**231 Dale Drive**
**Silver Spring, MD 20910**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Wells**
**10914 Northview Sq**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Wilder**
**65 Waterville St**
**San Francisco, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 67 of 1000

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------|--------|------|
| | **Aaron Willette**<br>**385 N 3rd Street, Ste. B2**<br>**San Jose, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------|--------|------|
| | **Aaron Williams**<br>**777 Sherman Oaks Dr.**<br>**san jose, CA 95128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------|--------|------|
| | **Aaron Windon**<br>**21263 E Avenida Del Valle**<br>**Queen Creek, AZ 85142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------|--------|------|
| | **Aaron Wohlmuth**<br>**326 30th ave**<br>**san mateo, CA 94403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------|--------|------|
| | **Aaron Zorndorf**<br>**350 Townsend Street Suite # 302**<br>**San Francisco, CA 94107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------|--------|------|
| | **Aarti Ramesh**<br>**1221 Elm Lake Ct**<br>**San Jose, CA 95131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------|--------|------|
| | **Abbey Jones**<br>**3429 Locust Ave**<br>**St Louis, MO 63103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 68 of 1000

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abbie  Wertheim**
**1270 Treat Ave**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abby  Schmiedt**
**1222 Harrison Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abby MillerPeterson**
**146 Hartwood Drive**
**Pittsburgh, PA 15208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abby Webber**
**6400 Shoal Creek Blvd.**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abby Wilkymacky**
**538 W Culver St**
**Phoenix, AZ 85003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abdul Shabazz**
**2201 Plainfield Ct**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abdulaziz Alosaimi**
**1050 S. Terrace Rd.**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 69 of 1000

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abe Downey**
**1020 Florence Ln #8**
**Palo Alto, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abel  Aldaco**
**11104 Boundless Valley Dr**
**Austin, TX 78754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abigail Craig**
**612 Radcliffe Dr**
**Davis, CA 95616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abigail Daniels**
**273 North Danielson Way**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abir Abi Abboud**
**1898 Meridian Ave #6**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abraham Qavi**
**3551 Victor St. Apt. 2W**
**Saint Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Abraxus Group, LLC**
**2550 S Ellsworth RD #212**
**Mesa, AZ 85209**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  10/26/2017
Last 4 digits of account number  7010

Basis for the claim:  [Notice only] Techshop Chandler- Instructor Classes Instruction for the period 10/9/2017 - 10/26/2017

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 70 of 1000

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
|---|---|---|---|

**Abraxus Group, LLC**
**2550 S Ellsworth RD #212**
**Mesa, AZ 85209**

Date(s) debt was incurred  __8/23/2017__
Last 4 digits of account number  __7008__

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor Classes Instruction for the period 08/21/2017**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,684.48** |
|---|---|---|---|

**ACC Business**
**P.O Box 105306**
**Atlanta,, GA 30348-5306**

Date(s) debt was incurred  __10/27/2017__
Last 4 digits of account number  __4512__

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Ethernet charges for the period dated 09/11/2017 - 10/10/2017**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ace Shelander**
**657 42nd Ave.**
**San Mateo, CA 94403**

Date(s) debt was incurred  __
Last 4 digits of account number  __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Adam  Flaster**
**700 W University Dr, Unit 129**
**Tempe, AZ 85281**

Date(s) debt was incurred  __
Last 4 digits of account number  __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Adam  Mcleod**
**6733 Darwin Ct.**
**Falls Church, VA 22042**

Date(s) debt was incurred  __
Last 4 digits of account number  __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Adam Abrons**
**641 Waterview Isle**
**Alameda, CA 94501**

Date(s) debt was incurred  __
Last 4 digits of account number  __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Adam Atkinson**
**15550 N Frank Lloyd Wright Blvd 1114**
**Scottsdale, AZ 85260**

Date(s) debt was incurred  __
Last 4 digits of account number  __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 71 of 1000

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Banker**
**1893 Lincoln Dr**
**Canton, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Blankespoor**
**276 Charles Marx Way**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Bowser**
**814 Grant St.**
**Turtle Creek, PA 15145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Brailove**
**60 Descarso Drive #3425**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Cavan**
**2061 Powell Street**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Clayton**
**13328 Manor Stone Dr.**
**Germantown, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Croston**
**33 South 3rd. St. #414**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**3.100**

Nonpriority creditor's name and mailing address
**Adam Eller**
**520 Natoma Street**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**

Nonpriority creditor's name and mailing address
**Adam Ericksen**
**1029 Bluebonnet Drive**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**

Nonpriority creditor's name and mailing address
**Adam Flanders**
**1655 Jones Ste 2**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103**

Nonpriority creditor's name and mailing address
**Adam Freigang**
**47 Lafayette st**
**Mount Clemens, MI 48043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**

Nonpriority creditor's name and mailing address
**Adam Glawe**
**147 N. 132nd Pl.**
**Chandler, AZ 85225**

Date(s) debt was incurred  **10/1/2017**

Last 4 digits of account number  **2017**

As of the petition filing date, the claim is: *Check all that apply.*  **$60.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor fees for instructions for the period Sept.2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**

Nonpriority creditor's name and mailing address
**Adam Glawe**
**147 N. 132nd Pl.**
**Chandler, AZ 85225**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **2017**

As of the petition filing date, the claim is: *Check all that apply.*  **$180.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor fees for instructions for the period 08/12/2017 to 08/27/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**

Nonpriority creditor's name and mailing address
**Adam Glawe**
**147 N 132nd Pl**
**Chandler, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 73 of 1000

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Gradzki**
**5527 Ellsworth Ave**
**Pittsburgh, PA 15232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Haddad**
**2718 E. Cozettas Court**
**Gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Harris**
**1302 Alguno Rd.**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Hofmann**
**21050 N 9th Place Suite 309**
**Phoenix, AZ 85024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Huang**
**1733 Crane Ave**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Hull**
**150 17th St Apt 201**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Kasprzyk**
**2231 Cottle Ave**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 74 of 1000

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Kelson**
**5401 Fair Oaks St.**
**Pittsburgh, PA 15217**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Knight**
**225C 9th St.**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Koeppel**
**1939 17th Street NW #12**
**Washington, DC 20009**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,971.39 |
|---|---|---|---|

**Adam Levinthal**
**956 Wilmington Way**
**Redwood City, CA 94062**

Date(s) debt was incurred **3/15/2011**
Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Levinthal**
**956 Wilmington Way**
**Redwood City, CA 94062**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Lindsay**
**12300 Obrad Drive**
**Saratoga, CA 95070**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Long**
**274 Hillcrest Circle**
**Pittsburgh, PA 15237**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 75 of 1000

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Martin-Mikesell**
**4513 Fellows Street**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Menter**
**29 Henry St.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Mills**
**520 Clayton St. Apt 1**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Montoya**
**917 E. Granada, Apt. 3**
**Phoenix, AZ 85006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Mork**
**158 Baker St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Nelson**
**5505 Black St**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Owens**
**11705 Knoll Park Dr**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| | | |
|---|---|---|
| **3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Adam Paredes**<br>**220 S. Ashland Apt. #1**<br>**Mesa, AZ 85204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Adam Petrashune**<br>**203 Lehigh Avenue, Apt 2**<br>**Pittsburgh, PA 15232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Adam Phelps**<br>**1532 Florida St**<br>**San Francisco, CA 94110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Adam Rangwala**<br>**7631 Carswold Drive**<br>**St. Louis, MO 63105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Adam Rea**<br>**1192 Prescott Ave**<br>**Sunnyvale, CA 94089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Adam Ritzel**<br>**18 Crosswinds Drive**<br>**Olivette, MO 63132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $21,345.05 |
| | **Adam Robert Knight**<br>**225C 9th St.**<br>**San Francisco, CA 94103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **4/7/2010**<br>Last 4 digits of account number **NA** | Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Roth**
**1068 Barr Run Road**
**Marianna, PA 15345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Sandlin**
**3375 17th Street #203**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Santaniello**
**945 Linda Mar Blvd Apt 1**
**PACIFICA, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Saunders**
**1421 E. Redwood Dr.**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Selzer**
**440 Burroughs St.**
**Detroit, MI 48202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Shirley**
**10338 Campau Ave.**
**Hamtrack, MI 48212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Silverman**
**29 Woodside Dr**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 78 of 1000

**3.142** | Nonpriority creditor's name and mailing address
**Adam Sinno**
1100 E 7th St. #210
Bloomington, IN 47405

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address
**Adam Stein**
1144 Dry Dam Rd
Jeannette, PA 15644

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address
**Adam Tate**
8509 E Potosi Cv
Austin, TX 78717

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address
**Adam Troner**
600 Patricia Ave
San Mateo, CA 94401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address
**Adam Trujillo**
12899 Hwy 142
Martindale, TX 78655

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address
**Adam Warner**
8490 S. Power Road ste. 105-247
Gilbert, AZ 85297

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address
**Adam Wright**
8005 Ore Knob Drive
Fenton, MI 48430

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 79 of
1000

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Zawalich**
**6947 Geary Blvd.**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adanna Hayman**
**13726 W Ballad Dr**
**Sun City West, AZ 85375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Addie Stone-Richards**
**800 Republic Drive**
**Allen Park, MI 48101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Addison Moore**
**1067 Market St. #1007**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adea Fong**
**PO Box 968**
**Campbell, CA 95009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adelaide Siegl**
**1014 New Chester St.**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adeo Groupe Attn:  Philippe Zimmerman, C**
**135 rue Sadi Carnot CS 00001**
**59790 Ronchin**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: [Notice Only]

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 80 of 1000

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adeswara  Yasoda**
**67 Elmwood Dr**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adi Singh**
**185 Channel St. #207**
**San Francisco, CA 94158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adil  Siddiqui**
**27159 Arden Park Circle**
**Farmington Hills, MI 48334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aditi Khanna**
**600 Avon Way**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adlai Holler**
**3879A Jackson St.**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adle Smithson**
**916 W Harvard Ave**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adnan Abdullahi**
**525 S Forest Ave**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Adolf Dupre**
**7267 State Rt 819**
**Mt. Pleasant, PA 15666**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.13 |

**ADP, LLC**
**PO Box 31001-1874**
**Pasadena, CA 91110-1874**

Date(s) debt was incurred  **10/13/2017**
Last 4 digits of account number  **4674**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- Processing Charges for period 09/30/2017 (Payroll & Tax Filing, Labour Distribution & New Hire R...**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.18 |

**ADP, LLC**
**PO Box 31001-1874**
**Pasadena, CA 91110-1874**

Date(s) debt was incurred  **10/27/2017**
Last 4 digits of account number  **0439**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- Processing Charges for period 10/21/2017 (Payroll & Tax Filing, Labour Distribution & New Hire R...**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Adrian Assassi**
**201 South 4th Street Apt 602**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Adrian Castro**
**3606 E Van Buren**
**Phoenix, AZ 85008**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Adrian Everett**
**918 16th St S**
**Arlington, VA 22202**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Adrian Franklin**
**11905 Stout Oak Trail**
**Austin, TX 78750**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 82 of 1000

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**adrian jones**
130 lexington
san francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**adrian lipinski**
1406 34 th ave
san francisco, CA 94122

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Moncada**
780 E Lardeo St
Chandler, AZ 85225

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Podpirka**
443 New York Ave NW apt#705
Washington, DC 20001

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Rodriguez**
10 S. Norfolk St.
San Mateo, CA 94401

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Simoes**
5569 Simm Ct
Fremont, CA 94538

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Van Allen**
1063 54th st
oakland, CA 94608

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 83 of 1000

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adriana Basurto**
**5288 Makati Cir**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adriana Garcia**
**24 Unger Lane**
**Pittsburgh, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adriana Jokisch**
**1505 crystal drive apt 811**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adriana Vecchio**
**6000 N Kings Hwy**
**Alexandria, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adrien ROUXEL**
**587 Eddy St**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adrik McIlroy**
**26000 Adams Rd.**
**Los Gatos, CA 95033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adryon Clay**
**418 s. boylan ave**
**raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 84 of 1000

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Aed (Ed) Dudar**<br>**46979 Yarmouth**<br>**Canton, MI 48188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Agnes Wong**<br>**909 Brookgrove Lane**<br>**Cupertino, CA 95014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Agustin Isas**<br>**820 A Ken Street**<br>**Austin, TX 78758** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ahmad Alothman**<br>**1638 S Torre Molinos Cir**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ahmad McCall**<br>**1916 Lucas Avenue, Apt 244**<br>**St. Louis, MO 63103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ahmed Al-Sallal**<br>**2323 E. Apache Blvd.**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ahmed Saleh**<br>**14227 Barclay**<br>**Dearborn, MI 48125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 85 of 1000

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ahren Alexander**
16437 Oak Manor Dr.
Westfield, IN 46074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ahren Nevarez**
825 S ALMA SCHOOL RD, APT 228
Mesa, AZ 85210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aidan Blakistone**
809 6th Avenue
Venice, CA 90241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aidan Bloore**
800 Sonia Way
Mountain View, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aidan Lawler**
711 E Lemon St
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aimee Bailey**
22197 Hazehon ct
Novi, MI 48374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aimee Dunlap**
1408 Hebert St
St. Louis, MO 63107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 86 of
1000

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | **Aimy Arellanes**<br>**4602 N 50th Dr**<br>**Phoenix, AZ 85031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$553.00** |
| | **Air Center, Inc.**<br>**1201 E. Whitcomb Ave.**<br>**Madison Heights, MI 48071** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred **8/17/2017** | Basis for the claim: **[Notice only] Techshop Detroit- CPR. SERVICE REGULAR & ZONE 4 TRIP CHARGE** |
| | Last 4 digits of account number **57IN** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$340.00** |
| | **Aircastle Enterprises**<br>**15941 Goldwin Pl**<br>**Southfield, MI 48075** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred **10/20/2017** | Basis for the claim: **[Notice only] Techshop Detroit- Instructor class instructions for period 10/03/2017 to 10/17/2017** |
| | Last 4 digits of account number **5942** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$200.00** |
| | **Aircastle Enterprises**<br>**15941 Goldwin Pl**<br>**Southfield, MI 48075** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred **11/1/2017** | Basis for the claim: **[Notice only] Techshop Detroit- BoxCenter rent for November 2017** |
| | Last 4 digits of account number **5944** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$80.00** |
| | **Aircastle Enterprises**<br>**15941 Goldwin Pl**<br>**Southfield, MI 48075** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred **9/22/2017** | Basis for the claim: **[Notice only] Techshop Detroit- Instructor class instructions for period 08/24/2017 to 09/22/2017** |
| | Last 4 digits of account number **5939** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$200.00** |
| | **Aircastle Enterprises**<br>**15941 Goldwin Pl**<br>**Southfield, MI 48075** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred **10/2/2017** | Basis for the claim: **[Notice only] Techshop Detroit- BoxCenter rent for October 2017** |
| | Last 4 digits of account number **5941** | Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 87 of 1000

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $640.00 |

**Aircastle Enterprises**
**15941 Goldwin Pl**
**Southfield, MI 48075**

Date(s) debt was incurred  **8/21/2017**

Last 4 digits of account number  **5937**

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions for period 07/28/2017 to 08/07/2017**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Aircastle Enterprises**
**15941 Goldwin Pl**
**Southfield, MI 48075**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **5940**

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- BoxCenter rent for September 2017**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Aircastle Enterprises**
**15941 Goldwin Pl**
**Southfield, MI 48075**

Date(s) debt was incurred  **8/1/2017**

Last 4 digits of account number  **5938**

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- BoxCenter rent for the month of August**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AJ Manoulian**
**24585 Putt Rd**
**New Boston, MI 48164**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AJ McGuire**
**345 Clinton Ave #14B**
**Brooklyn, NY 11238**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ajibola-George Akingba**
**1396 Lakeside Drive**
**Birmingham, MI 48009**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ajit D'Sa**
**1411 Norwalk Ln #102**
**Austin, TX 78703**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  □ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 88 of 1000

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Akbar Bohra**
**501 Beale St Apt 21D**
**San Francisco, CA 94105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Akihiro Takagi**
**1253 Nadina Street**
**San Mateo, CA 94402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Akiko Weller**
**2520 Silver Fern Lane**
**Pflugerville, TX 78660**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Akram Abdallah**
**9038 N Lava Bluff Trl**
**Fountain Hills, AZ 85268**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Akshara Garner**
**18503 Bandelier Dr.**
**Pflugerville, TX 78660**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Al Farmer**
**64 Atwood Ave**
**Sausalito, CA 94965**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Al Feiger**
**38025 LAKEVILLE ST**
**Harrison Township, MI 48045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 89 of 1000

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|-------|

**Al Grumet**
433 Lovell Avenue
Mill Valley, CA 94941

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|-------|

**Al Guzman**
2143 Seacliff Dr.
Milpitas, CA 95035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|-------|

**Al Kluge**
29145 cambridge st.
Flat Rock, MI 48134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|-------|

**Al Lamfers**
26120 Fremont Rd Unit B
Los Altos Hills, CA 94022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|-------|

**Al Marquez**
240 Francisco Ln Unit 14222
Fremont, CA 94539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $412.50 |
|-------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Al Marquez_V**
240 Francisco Lane
Unit # 14222
Fremont, CA 94539

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **11/3/2017**

Last 4 digits of account number **34**

Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor Class Instructions for the period 10/03/2017 to 10/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Al Marquez_V**
240 Francisco Lane
Unit # 14222
Fremont, CA 94539

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **10/5/2017**

Last 4 digits of account number **33**

Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor Class Instructions for the period 09/08/2017 to 09/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.225 | **Nonpriority creditor's name and mailing address** |

**Al Marquez_V**
**240 Francisco Lane**
**Unit # 14222**
**Fremont, CA 94539**

Date(s) debt was incurred  8/30/2017

Last 4 digits of account number  32

As of the petition filing date, the claim is: *Check all that apply.*    **$437.50**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor Class Instructions for the period  08/07/2017 to 08/29/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.226 | **Nonpriority creditor's name and mailing address** |

**Al Moir**
**4613 rosewold ave.**
**Royal Oak, MI 48073**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address** |

**Ala  Yahya**
**4679 Darlene Dr**
**Commerce Twp, MI 48382**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.228 | **Nonpriority creditor's name and mailing address** |

**Alain Poivet**
**1176 Tomland Drive**
**Palo Alto, CA 94303**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.229 | **Nonpriority creditor's name and mailing address** |

**Alan  Walendowski**
**2162 Cornet Dr**
**San Jose, CA 95124**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.230 | **Nonpriority creditor's name and mailing address** |

**Alan Avitia**
**2822 E Russell St**
**Mesa, AZ 85213**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.231 | **Nonpriority creditor's name and mailing address** |

**Alan Cima**
**7 Pyrola Ln**
**San Carlos, CA 94070**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 91 of 1000

---

**3.232** | Nonpriority creditor's name and mailing address
**Alan Culver**
PO Box 21257
Oakland, CA 94620

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address
**Alan Eustace**
205 Hanna Way
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address
**Alan Fanning**
765 S 12th St.
San Jose, CA 95112

Date(s) debt was incurred  **10/21/2014**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*                    **$31,575.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address
**Alan Fanning**
765 S 12th St.
San Jose, CA 95112

Date(s) debt was incurred  **3/16/2017**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*                    **$10,707.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address
**Alan Fanning**
765 S 12th St.
San Jose, CA 95112

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address
**Alan Federman**
7093 Via Blanca
San Jose, CA 95139

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address
**Alan Federman_V**
7093 Via Blanca
San Jose, CA 95139

Date(s) debt was incurred  **9/2/2017**
Last 4 digits of account number  **7Aug**

As of the petition filing date, the claim is: *Check all that apply.*                    **$750.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - STEAM Class for Instructions for the period 08/07/2017 to 08/11/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 92 of 1000

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Fitzgerald**
**501 East Park Ave**
**Gilbert, AZ 85234-5800**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Alan Fryer**
**3451 Yuba Avenue**
**San Jose, CA 95117**

Date(s) debt was incurred  **11/15/2017**

Last 4 digits of account number  **1710**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose - Instructor class instruction for the period  October 2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Alan Fryer**
**3451 Yuba Avenue**
**San Jose, CA 95117**

Date(s) debt was incurred  **10/11/2017**

Last 4 digits of account number  **1709**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -  Instructor class instruction for the period  September 2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**Alan Fryer**
**3451 Yuba Avenue**
**San Jose, CA 95117**

Date(s) debt was incurred  **9/11/2017**

Last 4 digits of account number  **1708**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose - Instructor class instruction for the period  August 2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Gates**
**269 Fir Street**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Hagler**
**2709 Corabella Pl**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Hejl**
**1903 Woodward Hts**
**Derndale, MI 48220**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 93 of 1000

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-----------------------------------------------------|------------------------------------------------------------------------|-------|

**Alan Louwerse**
**1529 Francisco St**
**Berkeley, CA 94703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-----------------------------------------------------|------------------------------------------------------------------------|-------|

**Alan Manstof**
**11216 Lagoon Lane**
**Reston, VA 20191**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|-------|-----------------------------------------------------|------------------------------------------------------------------------|---------|

**Alan Moir _V**
**4613 Rosewold Ave**
**Royal Oak, MI 48073**

Date(s) debt was incurred  **10/25/2017**
Last 4 digits of account number  **1017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions for period 10/06/2017 to 10/20/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $320.00 |
|-------|-----------------------------------------------------|------------------------------------------------------------------------|---------|

**Alan Moir _V**
**4613 Rosewold Ave**
**Royal Oak, MI 48073**

Date(s) debt was incurred  **9/25/2017**
Last 4 digits of account number  **917**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor lass instructions for period 08/26/2017 to 09/23/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|-------|-----------------------------------------------------|------------------------------------------------------------------------|---------|

**Alan Moir _V**
**4613 Rosewold Ave**
**Royal Oak, MI 48073**

Date(s) debt was incurred  **8/25/2017**
Last 4 digits of account number  **817**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions for period 07/28/2017 to 08/23/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-----------------------------------------------------|------------------------------------------------------------------------|-------|

**Alan Sands**
**251 E. Vera Lane**
**Tempe, AZ 85284**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-----------------------------------------------------|------------------------------------------------------------------------|-------|

**Alan Scherer**
**8143 N. 13th Way**
**Phoenix, AZ 85020**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 94 of 1000

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Shields**
41 Octavia St  #1
San Francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Smith**
508 Giverny Pl.
Cary, NC 27513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALAN WESTON**
465 Fairchild Dr, Suite 209
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Wiggs**
1113 Indian Trail Dr
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alaric D'Souza**
5735 De Giverville
St. Louis, MO 63112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,434.63 |
|---|---|---|---|

**Albert C. McKenna Trust**
350 Arguello Blvd
San Francisco, CA 94118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/22/2010

Last 4 digits of account number  NA

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albert Chae**
1125 Dalgety St.
Corona, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 95 of 1000

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albert Dobmeier**
**2652 Armand Pl #2**
**Saint Louis, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albert Gutierrez**
**1212 W. Lydia Lane**
**Phoenix, AZ 85041**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albert Jo**
**280 BONITA AVE**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albert Lowas**
**6242 Summit Point Ct**
**Alexandria, VA 22310**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albert Mitchell**
**3120 A Providence Pl**
**St. Louis, MO 63111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alberto Alonso**
**1101 Cedar Brook**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alberto Esparza**
**4236 McPherson Ave. #75**
**St. Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 96 of 1000

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alberto Goncalves**
469 Bedford Loop
Mountain View, CA 94043

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alberto Salinas**
649 San Jose Ave
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,470.00 |
|---|---|---|---|

**ALCO Parking Corporation**
501 Martindale St.
Pittsburgh, PA 15212

Date(s) debt was incurred  9/21/2017
Last 4 digits of account number  7798

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Parking Fees for the period 10/01/2017 to 10/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alec Board**
445 Vinewood
Wyandotte, MI 48192

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alec Grey**
145 San Fernando Way
San Francisco, CA 94127

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alec Wuorinen**
329 N. Boyle Ave
St. Louis, MO 63108

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alecia Goode**
3601 Oak Meadow Dr
Round Rock, TX 78681

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 97 of 1000

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aleene Reisinger**
**1023 Kiser Dr**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro Garcia**
**480 eddy apt 204**
**San francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,691.73 |
|---|---|---|---|

**Alejandro J Perez Garcia**
**480 eddy apt 204**
**San francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/21/2015

Last 4 digits of account number  NA

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.00 |
|---|---|---|---|

**Alejandro Perez_V**
**128 W 73rd st apt 1A**
**New York, NY 10023**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  8/11/2017

Last 4 digits of account number  1117

Basis for the claim: **[Notice only] Techshop SOMA - Instructor class instruction for the period 03/09/2017 to 04/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro-Jorge Perez**
**460 Natoma St.**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alek Cook**
**7250 S Kyrene rd.**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,814.44 |
|---|---|---|---|

**Aleksandr Ryzhov**
**548 Adeline Ave**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/16/2015

Last 4 digits of account number  NA

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 98 of 1000

| | |
|---|---|
| 3.281 | **Nonpriority creditor's name and mailing address** |

**Aleksandra Vucinic**
**2881 Meridian Ave. Unit 247**
**San Jose, CA 95124**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.282 | **Nonpriority creditor's name and mailing address** |

**Alerxandre Macedo**
**1431 9th Street**
**Oakland, CA 94607**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.283 | **Nonpriority creditor's name and mailing address** |

**Alessandro Sabatelli**
**325 Bery St. #404**
**San Francisco, CA 94158**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.284 | **Nonpriority creditor's name and mailing address** |

**Alessandro_Maria  Laspina**
**1115 E Lemon St**
**Mesa, AZ 85281**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.285 | **Nonpriority creditor's name and mailing address** |

**Alex  Declair**
**7154 w mohawk ln**
**Glendale, AZ 85308**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.286 | **Nonpriority creditor's name and mailing address** |

**Alex  Hall**
**849 Carlista Dr**
**San Jose, CA 95128**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.287 | **Nonpriority creditor's name and mailing address** |

**Alex  Yow**
**945 taraval Street**
**San Francisco, CA 94116**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 99 of 1000

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|-------|

**Alex Ahrens**
**404 W Odell St**
**Austin, TX 78752**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|-------|

**Alex Albanese**
**1982 traver rd #207**
**Ann Arbor, MI 48105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|-------|

**Alex Arnopol**
**2100 B Crystal Drive**
**Arlington, VA 22202**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|-------|

**Alex Athey**
**12503 Oro Valley Tr**
**Austin-Round Rock, TX 78729**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|-------|

**Alex Ayers**
**1111 6th St. NW, Apt 1**
**Washington, DC 20001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|-------|

**Alex Banach**
**4274 Shenandoah Ave.**
**st. Louis, MO 63110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------|-------|

**Alex Barker**
**29 Plant Ave**
**Webster Groves, MO 63119**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Beeny**
53 Countryside Dr.
Saint Peters, MO 63376

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Behnke**
1941 Leonard Road
Falls Church, VA 22043

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Bogdan**
26815 Henley
Huntington Woods, MI 48070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Booth**
4405 Barrow Ave Unit B
Austin, TX 78751

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Boswell**
3028 S Edsel
Detroit, MI 48217

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Bravenec**
701 E Apache Blvd
Tempe, AZ 85281

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Brown**
710 N. 2nd St. #3
San Jose, CA 95112

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 101 of 1000

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Carlson**
53 Parker Ave.
Atherton, CA 94027

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Chappuis**
1236 Harker Ave
Palo Alto, CA 94301

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.50 |
|---|---|---|---|

**Alex Contreras**
816 Peralta Ave.
San Francisco, CA 94110

Date(s) debt was incurred  **9/12/2017**
Last 4 digits of account number  **9**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 06/07/2017 to 06/21/2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.50 |
|---|---|---|---|

**Alex Contreras**
816 Peralta Ave.
San Francisco, CA 94110

Date(s) debt was incurred  **9/12/2017**
Last 4 digits of account number  **10**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 06/28/2017 to 07/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Contreras**
812 Peralta St
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Cramer**
8706 Cunningham Dr
Berwyn Heights, MD 20740

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Damgaard**
15417 Stroup Circle
Lakeway, TX 78734

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Densmore**
2430 M L KING JR WAY APT 8
Berkeley, CA 94704

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,403.56 |
|---|---|---|---|

**Alex Dingle**
26 Brainerd Rd
Allston, MA 02134

Date(s) debt was incurred  **2/26/2010**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Dingle**
26 Brainerd Rd
Allston, MA 02134

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Edson**
7501 E McDowell Rd
APT 2193
Scottsdale, AZ 85257

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Eikenberry**
1810 Bay Laurel drive
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Esparza**
1037 Aquarius Way
Oakland, CA 94611

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Fruzynski**
5747 Ellsworth Ave.
Pittsburgh, PA 15232

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 103 of 1000

| | | | |
|---|---|---|---|
| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alex Gerber** | ☐ Contingent | |
| | **837 W Mesquite Street** | ☐ Unliquidated | |
| | **Gilbert, AZ 85233** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alex Hayashi** | ☐ Contingent | |
| | **5498 Blackoak Way** | ☐ Unliquidated | |
| | **San Jose, CA 95129** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alex Hershberger** | ☐ Contingent | |
| | **41-12 39th P. -- Apt. A3** | ☐ Unliquidated | |
| | **Sunnyside, NY 11104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alex Hu** | ☐ Contingent | |
| | **3601 Fairfax Dr** | ☐ Unliquidated | |
| | **Arlington, VA 22201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alex Hutchins** | ☐ Contingent | |
| | **326 N. Cobblestone Street** | ☐ Unliquidated | |
| | **Gilbert, AZ 85234** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alex Kaiser** | ☐ Contingent | |
| | **57 Skyhill Rd** | ☐ Unliquidated | |
| | **Alexandria, VA 22314** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alex Kleissner** | ☐ Contingent | |
| | **425 14th street apt 1** | ☐ Unliquidated | |
| | **san francicso, CA 94103** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398  Doc# 2  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 104 of 1000

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alex Koskinen**
**65 Crestline Drive Apt 7**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alex Levin**
**2220 Tunlaw Rd NW**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alex Long**
**3328 Jackson St**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alex Lu**
**4503 Croissant Street**
**Dearborn Heights, MI 48125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alex Maki_Jokela**
**221 11th St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alex Martinez**
**2905 Favero Cv**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alex Meyer**
**4831 Rollingwood Drive**
**Rollingwood, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Mueller**
**441 980 Rd**
**McDonald, PA 15057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Norman**
**9405 Dunraven St.**
**Frederick, MD 21704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Parker**
**3030 Hillside Dr.**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Petrov**
**6735 Yellowstone Blvd**
**Forest Hills, NY 11375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Petty**
**1409 Peralta Rd**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Pham**
**441 63rd St Apt 2r**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEX RAMIREZ**
**3200 Payne Ave. #921**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 106 of 1000

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Robbins**
**13993 E. Geronimo Rd.**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Roy**
**1953 E Redfiled Rd**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Schneider**
**616 S Hardy Dr Unit 146**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Shapiro**
**2263 Market St. Apt 2**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Shults**
**3110 Elmhurst Ave**
**Royal Oak, MI 48073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Smith**
**3200 N. 1st St.**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Sperling**
**977 folsom st #24**
**san francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alex Stahl**<br>P.O. Box 8623<br>Emeryville, CA 94662 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alex Stupakov**<br>1050 Guerrero St<br>San Francisco, CA 94110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alex Sy**<br>PO Box 7902<br>Fremont, CA 94537 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alex Tang**<br>330 Tyrella Avenue<br>Mountain View, CA 94043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alex Temme**<br>101 E San Fernando, apt. # 476<br>San Jose, CA 95112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alex Thomas**<br>38 Williams St Apt 5<br>Pontiac, MI 48341 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alex Thomson**<br>5122 Rosetta St.<br>Pittsburgh, PA 15224 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 108 of 1000

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Tramiel**
**767 Addison Ave.**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Troy**
**PO Box 1791**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Valeyev**
**810 Oak Grove Rd. Apt 85**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Varela**
**17241 N. 46th ST**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Villanueva**
**277 Castro St**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex White**
**1261 8th Ave apt 104**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Wong**
**1729 NORTH 1ST STREET, APT 20610**
**SAN JOSE, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alex Zeigle**
**1911 California St**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alexander  Baek**
**848 S. Springer Rd**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alexander  Ward**
**116 South Aberdeen St.**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alexander Appleby**
**218 Kentucky Ave, SE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alexander Bain**
**185 Berry St #550,**
**San Francisco, AZ 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **[Notice only - Techshop Member or Techshop Subsidiary LLC Member may have prepaid for use of facility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alexander Beamer**
**27915 Iberville Glen Dr**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alexander Blum**
**1503 E. 13th St. #A**
**Austin, TX 78702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 110 of 1000

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Browne**
1911 Barbara Dr.
Palo Alto, CA 94303

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Buzzi**
899 Valencia St.
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Cochran**
10041 S 46th Way
Phoenix, AZ 85044

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Davis**
55 Northbrook Circle #36
Fairview Heights, IL 62208

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Drobitko**
1908 Hillebrant Pl
Santa Clara, CA 95050

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Glasco**
11654 Plaza America Drive
Reston, VA 22204

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Gray**
13700 Bullick Hollow Rd
Austin, TX 78726

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 111 of 1000

---

**3.372**

Nonpriority creditor's name and mailing address

**Alexander Guinn**
**951 Matts Court**
**Los Altos, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.373**

Nonpriority creditor's name and mailing address

**Alexander Hayden**
**1333 Boly Lane**
**Ballwin, MO 63021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.374**

Nonpriority creditor's name and mailing address

**Alexander Ivanisov**
**7649 Shady Hollow Dr**
**Newark, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.375**

Nonpriority creditor's name and mailing address

**Alexander Jacques**
**102 Lansdowne Dr.**
**Moon, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.376**

Nonpriority creditor's name and mailing address

**Alexander Jones**
**1111 Jones St**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.377**

Nonpriority creditor's name and mailing address

**Alexander Lingo**
**1700 N 1st St, Apt 376**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.378**

Nonpriority creditor's name and mailing address

**Alexander Lovell**
**625 Taylor St #401**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 112 of 1000

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Luong**
2527 Glen Dundee Way
San Jose, CA 95148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Manes**
5913 onondaga rd
Bethesda, MD 20816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Marshall**
1301 S. Arlington Ridge Road APT 405
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Matthews**
375 South 9th St
San Jose, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Mellor**
5908 Forest Ridge Dr.
Durham, NC 27713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Mitelman**
137 Cook St. Apt. 3
San Francisco, CA 94118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Nie**
6659 N. 23rd St.
Phoenix, AZ 85016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 113 of 1000

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Pierson**
**2929 Eskridge Rd, Suite S**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Robinson**
**33 Clipper St.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Ryzhov**
**548 Adeline Ave**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Schoettler**
**3130 Alpine Road #288-481**
**Portola Valley, CA 94028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Sherrer**
**525 S. Forest Ave.**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Sorokin**
**205 41st ave**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Troyer**
**5122 Rosetta St.**
**Pittsburgh, PA 15224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 114 of 1000

| | | |
|---|---|---|
| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Alexander Westerfield**<br>**3985 26th Street**<br>**San Francisco, CA 94131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Alexander Wilson**<br>**3422 E. University dr.**<br>**unit #18**<br>**Mesa, AZ 85213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Alexander Wirtz**<br>**728 Interdrive Apt. 1E**<br>**University City, MO 63130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Alexander Yao**<br>**4171 Davis Street**<br>**Santa Clara, CA 95054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Alexandra Green**<br>**624 Mariposa Ave. Apt. 6**<br>**Oakland, CA 94610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $125.00 |
| | **Alexandra Green_V**<br>**624 Mariposa Ave. #6**<br>**Oakland, CA 94610** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred**  **10/27/2017**<br>**Last 4 digits of account number**  **110** | **Basis for the claim:**  [Notice only] Techshop SOMA -Instructor class instruction on dated 09/06/2017 to 09/13/2017<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $212.50 |
| | **Alexandra Green_V**<br>**624 Mariposa Ave. #6**<br>**Oakland, CA 94610** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred**  **8/23/2017**<br>**Last 4 digits of account number**  **109** | **Basis for the claim:**  [Notice only] Techshop SOMA - Instructor class instruction for the period 08/01/2017 to 08/23/2017<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 115 of 1000

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra Gruskos**
1317 Macon Ave
Pittsburgh, PA 15218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra Habeeb**
3804 Evans St. #10
Los Angeles, CA 90027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra Johnson**
1 Checkerboard Sq
Saint Louis, MO 63102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra Jorde**
1 turner court
oakland, CA 94605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra Lee**
3256 16th St. Unit 3
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra Liu**
270 Club Drive
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra Stambaugh**
2303 28th Ave Apt 3e
Astoria, NY 11102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra Stone**
**14163 N. 90th Place**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandre de_Chaumont_Quitry**
**1155 Indiana Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexey Khripunov**
**604B 15 Street S**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Colinas**
**Crest Trail #227**
**San Antonio, TX 78232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Gomez**
**17630 Marsh Harbor Ln**
**Dumfries, VA 22026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Merriweather**
**3811 finney ave, 3811**
**Saint Louis, MO 63113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Palangie**
**1106 Shrader St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 117 of 1000

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexis Santana**
1655 E University
Tempe, AZ 85281

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexis Smelley**
2611 Ivory Runway Unit 104
Raleigh, NC 27603

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexis Thoeny**
1022 Belvedere Lane
San Jose, CA 95129

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alfredo Capps**
916 Mariner Dr
Mountain View, CA 94043

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alfredo Torres**
1216 olympic dr
Pflugerville, TX 78660

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ali Alosaimi**
1050 S. Terrace Rd.
Tempe, AZ 85281

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ali Arsham**
PO Box 2008
Napa, CA 94558

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ali Gaskins**
**1960 W Keating Ave.**
**Apt. 194**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ali Gharavi**
**681 Page Street #8**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ali Javidan**
**858 South Wolfe Rd**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ali Oskuie**
**10103 Tamarack Drive**
**Vienna, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ali Saidi**
**5003 Placid Pl**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ali Suleiman**
**18308 Outer Dr #2**
**Dearborn, MI 48128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alias Tagami**
**1655 Harvard St NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 119 of 1000

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alice Chang**
**1225 Martha Custis Dr #1417**
**Alexandria, VA 22302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alice Grantham**
**800 high school way #306**
**mountain view, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alice Liu**
**1 Hawthorne St. Unit 5C**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alicia Brand**
**1731 S. Broadway**
**St. Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alicia Charlberg**
**360 Hyde Street, Apt. 403**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alicia Giampapa**
**1362 Hollyburne Ave**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alicia Lachance**
**7052 Nashville Avenue**
**St Louis, MO 63117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 120 of 1000

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alicia Rich**
**1016 S. Wayne St., #204**
**Arlington, VA 22204**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alisdair Faulkner**
**50 Lucerne St Apt 7**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alisha Hanson-Glatzel**
**17905 Mozelle Court**
**Los Gatos, CA 95033**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alisha Imamura**
**1107 N 4th Street**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Barnsley**
**475 Church Street**
**Mountain View, CA 94041**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Corbeille**
**5342 Vincennes**
**Bloomfield Hills, MI 48302**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Darcy**
**55 Fair Ave**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Farrell**
**1438 42nd Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Hwang**
**205 N George Mason Dr  #4**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Lee**
**6872 Shearwater Drive**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Lewis**
**940 Duncan Street**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Sue**
**3879 Bucknall Rd**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Sweet**
**6544 E Palm Lane**
**Scottsdale, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Twombly**
**2348 Rosita Ave**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alissa Briggs**
**1063 Mercy St.**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alissa Gaerte**
**548 Seaver Dr**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alissa Werres**
**1300 N Street NW, Unit 218**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alix  Gerber**
**4110 Arsenal St Apt B**
**Saint Louis, MO 63116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allan Chin**
**489 E. Redondo Dr.**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allan Doctor**
**5070 Westminister Pl**
**St. Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allan Estes**
**24145 Calvin St.**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allan Finch**
**6821 Thomas Blvd #1**
**Pittsburgh, PA 15208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,406.14 |
|---|---|---|---|

**Allan Gottlieb**
**226 Valley Vista Dr**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2015**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,816.44 |
|---|---|---|---|

**Allan Hessenflow**
**23097 Summit Road**
**Los Gatos, CA 95033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/2016**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allan Hessenflow**
**23097 Summit Road**
**Los Gatos, CA 95033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allan Ng**
**1464 12th Ave**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allan Peters**
**554 W 53rd Street, Apt 5H1**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allan Regis**
**12802 Timber View Court**
**Silver Spring, MD 20904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 124 of 1000

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allan Sadaj**
4101 Berkshirl dr
sterling hts, MI 48314

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allanah Jackson**
4603 Ave H. Unit A
Austin, TX 78751

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLEDA TRAVILLION**
1103 PENNSYLVANIA AVE
PITTSBURGH, PA 15233

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allen  Amis**
5240 W Saragosa St
Chandler, AZ 85226

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allen Boger**
404 Lomax Cove
Austin, TX 78732

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allen Ellison**
747 Geary Street, #104
San Francisco, CA 94109

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allen Given**
202 Rolling Rd
Gaithersburg, MD 20877

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 125 of 1000

Name

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,892.05 |
|---|---|---|---|

**Allen Hessenflow**
23097 Summit Road
Los Gatos, CA 95033

Date(s) debt was incurred  **12/22/2016**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.471 | Nonpriority creditor's name and mailing address | | $29,613.70 |
|---|---|---|---|

**Allen Lavee**
24 Santa Margarita Drive
San Rafael, CA 94901

Date(s) debt was incurred  **10/14/2015**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

| 3.472 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Allen Lavee**
24 Santa Margarita Drive
San Rafael, CA 94901

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.473 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Allen Lorenz**
PO Box 3880
Stateline, CA 94025

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Allen Mars-Holt**
1960 Churton Ave
Los Altos, CA 94024

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.475 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Allen Nesbitt**
1161 Mission St
San Francisco, CA 94103

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.476 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Allen Tucker**
364 Waverly St.
Menlo Park, CA 94025

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allen Wang**
1709 E. El Pacque Dr.
Tempe, AZ 85282

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.20 |
|---|---|---|---|

**Alliance Welding Supplies Inc.**
P.O. Box 23804
Oakland, CA 94623

Date(s) debt was incurred  11/3/2017

Last 4 digits of account number  9700

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop San Jose - Finance Fees_09012017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.30 |
|---|---|---|---|

**Alliance Welding Supplies Inc.**
P.O. Box 23804
Oakland, CA 94623

Date(s) debt was incurred  11/3/2017

Last 4 digits of account number  7947

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop San Jose - Finance Fees_10012017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.45 |
|---|---|---|---|

**Alliance Welding Supplies Inc.**
P.O. Box 23804
Oakland, CA 94623

Date(s) debt was incurred  8/22/2017

Last 4 digits of account number  5411

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop San Jose - Multiple Item Purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.83 |
|---|---|---|---|

**Alliance Welding Supplies Inc.**
P.O. Box 23804
Oakland, CA 94623

Date(s) debt was incurred  9/21/2017

Last 4 digits of account number  9737

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop San Jose - Finance Charges

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.47 |
|---|---|---|---|

**Alliance Welding Supplies Inc.**
P.O. Box 23804
Oakland, CA 94623

Date(s) debt was incurred  7/18/2017

Last 4 digits of account number  4308

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop San Jose - Torch Body W/Valve 150A Air Co

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 127 of 1000

| 3.483 | Nonpriority creditor's name and mailing address<br>**Alliance Welding Supplies Inc.**<br>P.O. Box 23804<br>Oakland, CA 94623<br><br>Date(s) debt was incurred  8/11/2017<br>Last 4 digits of account number  1618 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop San Jose - Multiple Item Purchased**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $31.64 |
|---|---|---|---|

| 3.484 | Nonpriority creditor's name and mailing address<br>**Alliance Welding Supplies Inc.**<br>P.O. Box 23804<br>Oakland, CA 94623<br><br>Date(s) debt was incurred  5/4/2017<br>Last 4 digits of account number  3109 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop San Jose - SUMIG 260 AMP MIG GUN LINCOLN 15**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $204.30 |
|---|---|---|---|

| 3.485 | Nonpriority creditor's name and mailing address<br>**Alliance Welding Supplies Inc.**<br>P.O. Box 23804<br>Oakland, CA 94623<br><br>Date(s) debt was incurred  5/5/2017<br>Last 4 digits of account number  4873 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop San Jose - EI-C25S - 75 Argon / 25 Co2 S Exch**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $353.80 |
|---|---|---|---|

| 3.486 | Nonpriority creditor's name and mailing address<br>**Alliance Welding Supplies Inc.**<br>P.O. Box 23804<br>Oakland, CA 94623<br><br>Date(s) debt was incurred  6/7/2017<br>Last 4 digits of account number  2947 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop San Jose - 70S2 1/16 x 36 Tig Rod 1#**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $8.72 |
|---|---|---|---|

| 3.487 | Nonpriority creditor's name and mailing address<br>**Alliance Welding Supplies Inc.**<br>P.O. Box 23804<br>Oakland, CA 94623<br><br>Date(s) debt was incurred  6/9/2017<br>Last 4 digits of account number  3658 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop San Jose - Nozzle, Alumina Wp17, 18, 26 Sz10, 8**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $21.58 |
|---|---|---|---|

| 3.488 | Nonpriority creditor's name and mailing address<br>**Alliance Welding Supplies Inc.**<br>P.O. Box 23804<br>Oakland, CA 94623<br><br>Date(s) debt was incurred  6/15/2017<br>Last 4 digits of account number  6196 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop San Jose - Argon M and Argon S Exch**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $224.66 |
|---|---|---|---|

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 128 of 1000

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.73** |
|---|---|---|---|

**Alliance Welding Supplies Inc.**
P.O. Box 23804
Oakland, CA 94623

Date(s) debt was incurred  **7/19/2017**

Last 4 digits of account number  **1134**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose - Finance Fees_06012017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$592.52** |
|---|---|---|---|

**Alliance Welding Supplies Inc.**
P.O. Box 23804
Oakland, CA 94623

Date(s) debt was incurred  **6/23/2017**

Last 4 digits of account number  **7630**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose - Machine Repair Parts and Labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113.20** |
|---|---|---|---|

**Alliance Welding Supplies Inc.**
P.O. Box 23804
Oakland, CA 94623

Date(s) debt was incurred  **7/6/2017**

Last 4 digits of account number  **0892**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose - Machine Repair Parts and Labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97.23** |
|---|---|---|---|

**Alliance Welding Supplies Inc.**
P.O. Box 23804
Oakland, CA 94623

Date(s) debt was incurred  **7/12/2017**

Last 4 digits of account number  **2408**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose - TIG-5356116**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Allison  Huang**
1733 Crane Ave
Mountain View, CA 94040

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Allison Andrews**
653 Jackson St.
Albany, CA 94706

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Allison Berman**
46 Tum Suden Way
Redwood City, CA 94062

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 129 of 1000

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allison Gerrits**
**350 River Oaks Pkwy**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allison Lince-Bentley**
**1794 Columbia Rd NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allison Lull**
**6441 Castle Dr**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allison Tipton**
**1401 Baronets Trl**
**Austin, TX 78753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allyn Reynolds**
**729 Beaver St**
**Sewickley, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Allysa Nicole Tambanillo Posecion**
**1917 Mt. Pleasant Rd.**
**San Jose, CA 95148**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/25/2017**
Last 4 digits of account number  **8**

Basis for the claim:  **[Notice only] Techshop San Jose - Sumobots Events Staff - Google (9/14)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allyson  Holtz**
**3544 Beverly Pl**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 130 of 1000

| | |
|---|---|
| **3.503** | **Nonpriority creditor's name and mailing address** |

**3.503**

**Nonpriority creditor's name and mailing address**
**Allyson SEAL**
**949 Capp St #24**
**SAN FRANCISCO, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.504**

**Nonpriority creditor's name and mailing address**
**Alma Santos**
**3231 Rocky Water Ln.**
**San Jose, CA 95148**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.505**

**Nonpriority creditor's name and mailing address**
**alpay kasal**
**1916 ave k, 1A**
**brooklyn, NY 11230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506**

**Nonpriority creditor's name and mailing address**
**Alton Brown**
**4829 E. Karsten Dr.**
**Chandler, AZ 85249**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507**

**Nonpriority creditor's name and mailing address**
**Alvaro Vazquez**
**323 E. Veterans Way**
**Apt: 1611B**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508**

**Nonpriority creditor's name and mailing address**
**Alvin Addisho**
**7053 W. Glen Dr.**
**Glendale, AZ 85303**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509**

**Nonpriority creditor's name and mailing address**
**Alvin Barber**
**5868 A1 Westheimer, #470**
**Houston, TX 77057**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 131 of 1000

| | | |
|---|---|---|
| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Alvin Cheng** | ☐ Contingent |
| | **1000 Hazelwood Ave.** | ☐ Unliquidated |
| | **Campbell, CA 95008** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Alvin Huie** | ☐ Contingent |
| | **1547 Franklin St.** | ☐ Unliquidated |
| | **San Francisco, CA 94109** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Alvin Shiu** | ☐ Contingent |
| | **3144 22nd St.** | ☐ Unliquidated |
| | **San Francisco, CA 94110** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Alvin Wang** | ☐ Contingent |
| | **PO Box 50907** | ☐ Unliquidated |
| | **Palo Alto, CA 94303** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Alvin Yip** | ☐ Contingent |
| | **1200 14th Ave Apt 107** | ☐ Unliquidated |
| | **San Francisco, CA 94122** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Alycia Osborne** | ☐ Contingent |
| | **1957 Wilfred Way** | ☐ Unliquidated |
| | **San Jose, CA 95124** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Alysia Caryl** | ☐ Contingent |
| | **436 Fulton Rd.** | ☐ Unliquidated |
| | **San Mateo, CA 94402** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 132 of 1000

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alyson Freeman**
**2228 Park Place Circle**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alyssa Pauley**
**8915 E Guadalupe #2172**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alyssia Harris**
**4604 Mon Blanc Drive**
**Bee Cave, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amacker Bullwinkle**
**639 B Street**
**Santa Rosa, CA 95401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amadeo DeSouza**
**2369 chestnut street**
**san francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amador Vargas**
**1919 Fruitdale Avenue #i304**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amalia Cook**
**1928 Stowe Ave**
**San Jose, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 133 of 1000

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Allison**
21733 N. Cottonwood St.
Burney, CA 96013

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Dragoni**
8212 Buchanan Ave
Saint Louis, MO 63114

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Dupuis**
2009 pine st
San Francisco, CA 94108

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Fleig**
856 Pine Ave
San Jose, CA 95125

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.50 |

**Amanda Fleig_V**
856 Pine Ave
San Jose, CA 95125

Date(s) debt was incurred  11/15/2017
Last 4 digits of account number  6

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop San Jose - Instructor Class Instruction on 10/22/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.50 |

**Amanda Fleig_V**
856 Pine Ave
San Jose, CA 95125

Date(s) debt was incurred  10/15/2017
Last 4 digits of account number  5

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop San Jose - Instructor Class Instruction on 09/23/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.50 |

**Amanda Fleig_V**
856 Pine Ave
San Jose, CA 95125

Date(s) debt was incurred  9/15/2017
Last 4 digits of account number  4

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop San Jose - Instructor Class Instruction on 09/02/2017

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 134 of 1000

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Fosnight**
6346 Southwood Avenue
St Louis, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Fulford**
9827 sw 201 ct
Dunnellon, FL 34431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Kerlee**
16509 Bonnie Lane
Los Gatos, CA 95032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Leesmann**
6 Tanya Lane
Washington, MO 63090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Liv**
239 Kensington Way
Los Gatos Way, CA 95032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Matthews**
1304 Lombard Street, #9
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Peck**
308 Comanche Circle
Hutto, TX 78634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 135 of 1000

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Peltier**
5541 Anza Street
San Francisco, CA 94121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Amanda Rae Jensen**
116 Herlong Ave,
San Jose, CA 95123

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/8/2017**

Last 4 digits of account number  **18**

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor class instructions for the period of 02/01/2017 to 02/28/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Amanda Rae Jensen**
116 Herlong Ave,
San Jose, CA 95123

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/8/2017**

Last 4 digits of account number  **17A**

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor class instructions for the period of 01/01/2017 to 01/31/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Stanec**
1556 Foxleigh Ct.
St. Louis, MO 63131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Stanton**
11407 San Jose
Redford, MI 48239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Synnott**
511 S Madison
LA GRANGE, TX 78945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Tinker**
51 Wilson St
Pittsburgh, PA 15223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 136 of 1000

---

**3.545** | Nonpriority creditor's name and mailing address

**Amanda Tucker**
114 N. Drexel St.
Mesa, AZ 85207

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.546** | Nonpriority creditor's name and mailing address

**Amanda Walker**
2111 Owls Cove Ln
Reston, VA 20191

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.547** | Nonpriority creditor's name and mailing address

**Amanda Waltrip**
16904 Ardisia Dr
Pflugerville, TX 78660

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.548** | Nonpriority creditor's name and mailing address

**Amando Miller**
1445 Lakeside Dr Apt 107
Oakland, CA 94612

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.549** | Nonpriority creditor's name and mailing address

**Amaroney Thach**
1250 S College Ave
Tempe, AZ 85287

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.550** | Nonpriority creditor's name and mailing address

**Amazon Capital Services**
PO Box 035184
Seattle, WA 98124-5184

Date(s) debt was incurred  **8/3/2017**

Last 4 digits of account number  **F1KW**

As of the petition filing date, the claim is: *Check all that apply.*                **$139.99**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- HP 90A (CE390A) Toner Cartridge, Black**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.551** | Nonpriority creditor's name and mailing address

**Amazon Capital Services**
PO Box 035184
Seattle, WA 98124-5184

Date(s) debt was incurred  **8/3/2017**

Last 4 digits of account number  **GMJX**

As of the petition filing date, the claim is: *Check all that apply.*                **$6.30**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- 18CG-20 Insulators Cup Gaskets Fit DB PTA SR WP-17 18 26 TIG Welding**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 137 of 1000

**3.552** | Nonpriority creditor's name and mailing address

**Amazon Capital Services**
PO Box 035184
Seattle, WA 98124-5184

Date(s) debt was incurred  __8/4/2017__
Last 4 digits of account number  __HFXY__

As of the petition filing date, the claim is: *Check all that apply.*                                                $73.75

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Isopropyl Alcohol 99% - 4 Gallons Packed in 16 Quarts. - 99.9% Pure**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.553** | Nonpriority creditor's name and mailing address

**Amazon Capital Services**
PO Box 035184
Seattle, WA 98124-5184

Date(s) debt was incurred  __8/5/2017__
Last 4 digits of account number  __LH3Y__

As of the petition filing date, the claim is: *Check all that apply.*                                                $152.52

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Weller WLC100 40-Watt Soldering Station**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.554** | Nonpriority creditor's name and mailing address

**Amazon Capital Services**
PO Box 035184
Seattle, WA 98124-5184

Date(s) debt was incurred  __8/5/2017__
Last 4 digits of account number  __LMXL__

As of the petition filing date, the claim is: *Check all that apply.*                                                $17.91

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Back Cap Insulator, PK2**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.555** | Nonpriority creditor's name and mailing address

**Amazon Capital Services**
PO Box 035184
Seattle, WA 98124-5184

Date(s) debt was incurred  __8/5/2017__
Last 4 digits of account number  __LXP7__

As of the petition filing date, the claim is: *Check all that apply.*                                                $29.18

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Georgia-Pacific Envision 26301 Brown Hardwound Roll Paper Towel, (WxL)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.556** | Nonpriority creditor's name and mailing address

**Amber Doyle**
3401 E Covina Cir
Mesa, AZ 85213

Date(s) debt was incurred  __
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.557** | Nonpriority creditor's name and mailing address

**Amber Gerard**
3134 East Camelback Road
Phoenix, AZ 85016

Date(s) debt was incurred  __
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.558** | Nonpriority creditor's name and mailing address

**Amber Kaplan**
782 Carolina St
San francisco, CA 94107

Date(s) debt was incurred  __
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 138 of 1000

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber Tittle**
2566 E.Grand Blvd #231
Detroit, MI 48211

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ambrocine Rodriguez**
1750 Stokes St Apt 33
San Jose, CA 95116

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameera Chaaban**
3967 Tulane
Dearborn Heights, MI 48125

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amelia Helmick**
825 E Evelyn Ave, 402
Sunnyvale, CA 94086

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amelia Mahlstadt**
4706 Adelphi Lane
Austin, TX 78727

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.00 |
|---|---|---|---|

**American Arbitration Association**
45 E River Park Place West Suite 308
Fresno, CA 93720

Date(s) debt was incurred  8/23/2017
Last 4 digits of account number  1418

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Your Share of the Neutral Comopensation Deposit for an Expedited Proceeding. & Reimbursed Expenses

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Express Bank Attn:  Current Off**
PO Box 3001
Malvern, PA 19355

Date(s) debt was incurred _
Last 4 digits of account number  39,6114

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  24 credot cards

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 139 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amie Zukowski**
**2415 3rd Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amil Kabil**
**206 South Bayview Avenue**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amin Issa**
**1927 Altavue Road**
**Catonsville, MD 21228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amir Adams**
**3634 Frazier St**
**Pittsburgh, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amir Hirsch**
**821 Folsom St. #508**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amit Balchandani**
**200 Q Street NE #2208**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amit Fernandes**
**10 Main street apt 3s**
**Dobbs Ferry, NY 10567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 140 of 1000

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **Amit Jardosh**<br>**1795 Chestnut Street, Apt 7**<br>**San Francisco, CA 94123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **Amos Curlee**<br>**337 Westgate Ave**<br>**St. Louis, MO 63130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **Amre Hariri**<br>**1100 S Lamer Blvd Apt 2331**<br>**Austin, TX 78704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **Amy Erickson**<br>**439 Tompkins Ave #4**<br>**Brooklyn, NY 11216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **Amy Eskind**<br>**2046 Fransworth Dr.**<br>**Nashville, TN 37205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **Amy Everson**<br>**533 Village Dr.**<br>**El Cerrito, CA 94530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **Amy Giver**<br>**22547 Silver Oak Way**<br>**Cupertino, CA 95014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Grude**
530 Bartlett St
San Francisco, CA 94110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,273.97 |
|---|---|---|---|

**Amy Henley**
2230 Carmelita Drive
San Carlos, CA 94070

Date(s) debt was incurred  **12/14/2016**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Henley**
2230 Carmelita Drive
San Carlos, CA 94070

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Hiles**
570 Beale Street, 102
San Francisco, CA 94103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Amy Hoagland**
1600 Valleyridge Dr
Apt B
Austin, TX 78704

Date(s) debt was incurred  **11/15/2017**

Last 4 digits of account number  **2**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor Class Instruction on 11/03/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Amy Hoagland**
1600 Valleyridge Dr
Apt B
Austin, TX 78704

Date(s) debt was incurred  **11/1/2017**

Last 4 digits of account number  **1**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor Class Instruction on 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Hoagland**
1600 Valleyridge Dr.
Austin, TX 78704

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amy Jermyn**
720 Anderson Dr
Los Altos, CA 94024

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amy Jo Harris**
928 W. Yale Dr.
Tempe, AZ 85283

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amy Kwok**
134 Page St
San Francisco, CA 94117

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amy Liu**
1445 E Tierra St
Gilbert, AZ 85297

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amy Malinowski**
17 Clover Lane
Jericho, VT 05465

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amy McPherson**
1 Hollywood Ct.
San Francisco, CA 94112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amy Qian**
6834 Hampton Drive
San Jose, CA 95120

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 143 of 1000

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Amy Russell**
**221 North Grand**
**MO, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Amy Tuleen**
**2868 homestead road #2**
**santa clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Amy Wells**
**300 3rd St. #611**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Amy Zhang**
**353 W. Weatherby**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Amy-Geene Osborn**
**445 Iris Street**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**An Le**
**2301 Columbia Pike, #320**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Ana Albejar-Gonzalez**
**359 Whispering Wind Way**
**Austin, TX 78737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 144 of 1000

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anand Jain**
610 Jackson St., Suite 220
Santa Clara, CA 95050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anand Kathula**
16657 Green Pines Dr
Ballwin, MO 63011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anand Mandapati**
3623 18th St #2
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ananda Norris**
1620 Tyer Street
Berkely, CA 94703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AnaRosa PeyrotGonzalez**
440 Oak St
Mountain View, CA 94041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anastacia Spada**
350 Bay Street, Suite 100 #85
San Francisco, CA 94133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anat Sapan**
7615 Potrero Ave
El Cerrito, CA 94503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 145 of 1000

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andee Young**
1801 Bluff Drive
Round Rock, TX 78681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andr s P rez Rodr guez**
1477 Kentfield Avenue
Redwood city, CA 94061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andre  Rivero**
7823 Enola Street
McLean, VA 22102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andre Anderson**
192 Dogwood Rd
Valley Stream, NY 11580

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andre Lackey**
4976 Monroe
Dearborn Heights, MI 48125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andre Parmentier**
1420 N Roadrunner Dr
Gilbert, AZ 85277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andre Sant'Anna**
4451 Jan Way
San Jose, CA 95124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 146 of 1000

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | Andre Sibayan<br>422 Lincoln Circle #7<br>Millbrae, CA 94030 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | Andre Sottile<br>PO box 2031<br>Monroe, MI 48161 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | Andrea Butler<br>19 Kimmie Ct<br>Belmont, CA 94002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | Andrea Chowanic<br>2863 Greenlawn Ave.<br>Commerce Twp., MI 48382 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | Andrea Christensen<br>261 El Dorado<br>Palo Alto, CA 94306 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | Andrea Coens<br>52 Page Street #8<br>San Francisco, CA 94102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | Andrea Damato<br>505 E Braddock Rd, apt205<br>Alexandria, VA 22314 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 147 of 1000

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Hawksley**
1326 Hoover Street
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Jodd**
1521 Washington Ave
Saint Louis, MO 63108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Lober Rockovich, CPA Bakery Squar**
6425 Penn Ave.
Pittsburgh, PA 15206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Longo**
1230 Market Street, Box 351
San Francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Rust**
255 Arbors Circle
Elgin, TX 78621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Schaffuer-Dittler**
350 Velarde St
Mountain View, CA 94041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Tisdel**
102 Breakaway Rd
Cedar Park, TX 78613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Tyson**
**1575 Willowmont Ave**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andreas Nowatzyk**
**938 Sunbonnet Loop**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andreas Regus**
**25820 N 64th Ln**
**Phoenix, AZ 85083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andreas Wittenstein**
**P.O. Box 570**
**Woodacre, CA 94973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrei Garcia**
**2035 Ralmar Ave**
**East Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andres Foster**
**3351 Nesta Drive**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andres Kohn**
**108 Wildwood Ave**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 149 of 1000

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andres Lee**
**1430 Funston ave**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andres Lopez**
**542 Brannan St 102**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andres Rocha**
**4401 Freidrich Ln**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew  Castillo**
**5937 S. Backus Mall**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew  Doolittle**
**109 Goldhunter Court**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew  Gliesman**
**4911 Monroe St**
**Dearborn Heights, MI 48125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew  Renwick**
**10 S Broadway,  Suite 200**
**st Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 150 of 1000

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Stouppe**
7622 Woodside
Westland, MI 48185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Andrasko**
3604 S. Big Bend
Maplewood, MO 63143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Auchter**
3809 Lorcom Ln
Arlington, VA 22207-5127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Bala-Rasmussen**
632 C street
Petaluma, CA 94952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Ballman**
92 29th St, Apt 1
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Barlow**
23660 West Lake Circle
Brownstown, MI 48183

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Beam**
4591 Oak Pointe Dr.
Brighton, MI 48116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 151 of 1000

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW BELL**
**4757 ROSA AVE**
**ST. LOUIS, MO 63116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,914.52 |
|---|---|---|---|

**Andrew Benjamin Ritger**
**1492 W. Hedding**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/24/2015**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Bennett**
**2440 Chalet Drive**
**Rochester Hills, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Bonwick**
**1390 McKenzie Ave**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.25 |
|---|---|---|---|

**Andrew Brase**

**Brooklyn, NY 11231**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **11/12/2017**

Last 4 digits of account number **12TS**

Basis for the claim: **[Notice only] Techshop Brooklyn- Instructor Fee for period 10/16 to 11/10/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Brase**
**355 Jefferson Ave, #4**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Braum**
**151 Calderon Ave., Apt. #112**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 152 of 1000

| | |
|---|---|
| **3.657** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Andrew Brooks**<br>**1604 E. Baker Dr.**<br>**Tempe, AZ 85282** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.658** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Andrew Brown**<br>**8127 Warfield**<br>**Canton, MI 48187** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.659** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Andrew Brown**<br>**1401 Potomac Ave SE, Apt 2**<br>**Washington, DC 20003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.660** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Andrew Brubaker**<br>**605 woodward ave 3R**<br>**Queens, NY 11385** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.661** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Andrew Buckley**<br>**30 Lovers Lane**<br>**Fairfield, CT 06824** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.662** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Andrew Burchill**<br>**1219 S Farmer Ave Unit 4**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.663** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Andrew Calvo**<br>**3565 Ross Rd**<br>**Sebastopol, CA 95472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.44 |
|---|---|---|---|

**Andrew Calvo_V**
3565 Ross RD,
Sebastopol, CA 95472

Date(s) debt was incurred  **8/22/2017**

Last 4 digits of account number  **2017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop SOMA - Expenses Reimbursement report of Andrew Calvo for the period 02/08/2016 to 08/07/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Campbell**
114 N Willord Ave
San Jose, CA 95126

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Cardwell**
3305 17th St North unit C
Arlington, VA 22201

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Carlson**
53 Parker Ave
Atherton, CA 94027

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Carlson**
9651 E. Corte Torre Del Sol
Tucson, AZ 85748

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Carlson**
3303 46th Ave. SE
Mandan, ND 58554

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Carmain**
134 Beatrice Street
Mountain View, CA 94043

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 154 of 1000

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Chang**
26377 Summerglen Pl
Castro Valley, CA 94552

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Cho**
21384 Rizzo Ave
Castro Valley, CA 94546

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Corradini**
175 Rizal Dr
Hillsborough, CA 94010

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Cunningham**
725 S. Alexander Ave
Royal Oak, MI 48067

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Custer**
1308 Campbell St
Oakland, CA 94607

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Deagon**
149 New Montgomery St.
San Francisco, CA 94117

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Demotte**
39 Crestview Dr
San Rafael, CA 94903

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 155 of 1000

---

**3.678** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Andrew Ditchey**
**6161 E. Mountain View Rd.**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Andrew Eckhardt**
**1225 Vienna Drive SPC 990**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.680** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Andrew Ehlert**
**5505 Layne Estates Ct**
**Alexandria, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Andrew Ellis**
**10066 pasadena ave  apt c**
**cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.682** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,221.92**

**Andrew Ferhat Yidirim**
**3321 21st Street, Apt 4**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/24/2016**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.683** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Andrew Germann**
**1435 3rd Ave, Apt. 201**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.684** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Andrew Godwin**
**1160 Mission St Unit 1609**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Hernandez**
233 N 3rd St, Apt 4
San Jose, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Herr**
7621 Randy
Detroit, MI 48185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Hodges**
18 Dawn Lane
Aliso Viejo, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Hrehor**
207 Pheasant Ridge
Round Rock, TX 78665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Huang**
1733 Crane Ave
Mountain View, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew James**
3621 Utah Place
St. Louis, MO 63116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Jenks**
2666 Harrison St, B
Oakland, CA 94612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Andrew K.Barlow**
**23660 West Lake Circle**
**Brownstown, MI 48183**

Date(s) debt was incurred  **10/23/2017**

Last 4 digits of account number  **45**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions for period 10/03/2017 to 10/21/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|

**Andrew K.Barlow**
**23660 West Lake Circle**
**Brownstown, MI 48183**

Date(s) debt was incurred  **9/25/2017**

Last 4 digits of account number  **44**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions dated 08/27/2017 to 09/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Andrew K.Barlow**
**23660 West Lake Circle**
**Brownstown, MI 48183**

Date(s) debt was incurred  **8/25/2017**

Last 4 digits of account number  **43**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions for period 07/25/2017 to 08/08/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Kidd**
**1289 Reamwood Ave #A**
**Sunnyvale, CA 94089**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Kobler**
**2618 Delmar Avenue**
**St. Louis, MO 63103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Lai**
**431 Magritte Way**
**Mountain View, CA 94041**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Lai**
**1646 Newhall St. Apt. 3**
**Santa Clara, CA 95050**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 158 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Lamonica**
**#B112 3033 La Selva St**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.59 |
|---|---|---|---|

**Andrew Leer**
**216 Churchill Rd.**
**Turtle Creek, PA 90051**

Date(s) debt was incurred  **10/5/2017**

Last 4 digits of account number  **2017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement for the period 07/27/2017 to 09/18/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Leopold**
**139 Stillman St. #5**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Levitt**
**43 South 14th St**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Linfoot**
**25 Chattanooga St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Littlefield**
**461 2nd Street, T660**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Liu**
**4114 E. San Remo Ave**
**Gilbert, AZ 85234**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,246.58 |
|---|---|---|---|

**Andrew Lunday**
429 Edgewood Rd
San Mateo, CA 94402

Date(s) debt was incurred **12/20/2013**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Lunday**
429 Edgewood Rd
San Mateo, CA 94402

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Luong**
2454 E Tonto Pl
Chandler, AZ 85249

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,356.16 |
|---|---|---|---|

**Andrew Lutomirski**
204 2nd Ave #408
Palo Alto, CA 94401

Date(s) debt was incurred **11/30/2013**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Lutomirski**
204 2nd Ave #408
Palo Alto, CA 94401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,575.34 |
|---|---|---|---|

**Andrew Maag**
0
Austin, TX 78756

Date(s) debt was incurred **10/21/2015**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Malone**
1140 Curtner Ave
San Jose, CA 95125

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 160 of 1000

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Maximow**
**1704 Barroilhet Ave**
**Burlingame, CA 94010**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Mayer**
**307 Tannahill St**
**Dearborn, MI 48124-1070**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew McCarthy**
**1060 S 3rd St #309**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Michelson**
**7473 Teasdale Ave.**
**Saint Louis, MO 63130**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Moll**
**408 Duboce Ave. Apt. A**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Myrick**
**133 Lexington St. #3**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Nielsen**
**654 Harrison Ave.**
**Campbell, CA 95008**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew OSullivan**
7212 Forsyth Blvd.
Saint Louis, MO 63105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Pass**
3653 S. Soho Lane
Chandler, AZ 85286

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Pfister**
11002 Roma St
FAIRFAX, VA 22030

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Pianka**
3913 Cadwallader Ave.
San Jose, CA 95121

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Ptaschinski**
5913 Penn Ave
Pittsburgh, PA 15206

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Quinn**
2731 Lavender Terrace
San Jose, CA 95111

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,778.08 |
|---|---|---|---|

**Andrew Ritger**
1492 W. Hedding
San Jose, CA 95126

Date(s) debt was incurred  11/23/2016
Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 162 of 1000

**3.727** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Robinson**
2600 Crystal Drive
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.728** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Routley**
19142 north ventana lane
maricopa, AZ 85138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.729** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Rowland**
629 Daniels St. Apt. D
Raleigh, NC 27605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.730** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Rutter**
1932 Fell St #11
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.731** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,569.86**

**Andrew S. Huang**
1733 Crane Ave
Mountain View, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/22/2015**
Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.732** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Savage**
108 Parkspring Ct
Cary, NC 27519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Schwartz**
120 21st Avenue
San Francisco, CA 94121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Andrew Serrapica**
1460 North 4th St. Apt 703
San Jose, CA 95112

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Andrew Shah**
4011 Eagle Nest Lane
Danville, CA 94506

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Andrew Simsak**
66 Everson Street
San Francisco, CA 94131

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Andrew Soltis**
1917 Washtenaw Ave
Ann Arbor, MI 48104

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Andrew Son, VP JBG Smith**
4445 Willard Ave., Suite 400
Chevy Chase, MD 20815

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Andrew Steele**
1001 S. Forest Mall
Tempe, AZ 85287

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Andrew Strauss**
1033 Rubis Drive
Sunnyvale, CA 94087

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 164 of 1000

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Andrew Sweeney** | ☐ Contingent | |
| | **1208 S. Roosevelt St.** | ☐ Unliquidated | |
| | **Tempe, AZ 85281** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Andrew Taylor** | ☐ Contingent | |
| | **236 Clara St #3** | ☐ Unliquidated | |
| | **San Francisco, CA 94107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Andrew Tomasic** | ☐ Contingent | |
| | **24385 Colgate St** | ☐ Unliquidated | |
| | **Dearborn Heights, MI 48125** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Andrew Trembley** | ☐ Contingent | |
| | **536 Cassatt Way** | ☐ Unliquidated | |
| | **San Jose, CA 95125** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Andrew Turner** | ☐ Contingent | |
| | **1905 Plantation Ct** | ☐ Unliquidated | |
| | **Round Rock, TX 78681** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Andrew Varney** | ☐ Contingent | |
| | **216 7th st. Apt #2** | ☐ Unliquidated | |
| | **Brooklyn, NY 11215** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|
| | **Andrew W. Huber** | ■ Contingent | |
| | **1111 Cardinal Drive** | ☐ Unliquidated | |
| | **Imperial Missouri, MO 63052** | ■ Disputed | |
| | Date(s) debt was incurred __10/31/2017__ | Basis for the claim: _[Notice only] Techshop St. Louis- Instructor fee for the period 10/01/2017 to 10/31/2017_ | |
| | Last 4 digits of account number __7Oct__ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 165 of 1000

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Andrew W. Huber**
**1111 Cardinal Drive**
**Imperial Missouri, MO 63052**

Date(s) debt was incurred **9/30/2017**

Last 4 digits of account number **7Sep**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- Instructor fee for the period 09/01/2017 to 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Andrew W. Huber**
**1111 Cardinal Drive**
**Imperial Missouri, MO 63052**

Date(s) debt was incurred **8/31/2017**

Last 4 digits of account number **2017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- Instructor fee for the period 08/01/2017 to 08/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Andrew Waldron**
**6712 Hammersmith Dr**
**Raleigh, NC 27613**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Andrew Weed**
**1111 S. Ash Ave.**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Andrew Whitmore**
**249 Acalanes Dr. Apt #1**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Andrew Widdowson**
**1249 Hoover St Apt 3**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Andrew Wollenberg**
**402 Sapphire Street**
**Redwood City, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 166 of 1000

| | | |
|---|---|---|
| 3.755 | **Nonpriority creditor's name and mailing address**<br>**Andrew Wong**<br>**5859 Silver Leaf Rd**<br>**San Jose, CA 95138**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.756 | **Nonpriority creditor's name and mailing address**<br>**Andrew Yee**<br>**5262 Orchard Hill Drive**<br>**Pittsburgh, PA 15237**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.757 | **Nonpriority creditor's name and mailing address**<br>**Andrew Yoho**<br>**357 Lawn St. Apt. 2**<br>**Pittsburgh, PA 15213**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.758 | **Nonpriority creditor's name and mailing address**<br>**Andrey Zaytsev**<br>**879 Altaire Walk**<br>**Palo Alto, CA 94303**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.759 | **Nonpriority creditor's name and mailing address**<br>**Andriy Pletenetskyy**<br>**1180 Lochinvar Ave Apt 41**<br>**Sunnyvale, CA 94087-5117**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.760 | **Nonpriority creditor's name and mailing address**<br>**andy aczel**<br>**2455 25th ave**<br>**San Francisco, CA 94116**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.761 | **Nonpriority creditor's name and mailing address**<br>**Andy Brandt**<br>**130 S 23rd St**<br>**San Jose, CA 95116**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 167 of 1000

| | |
|---|---|
| **3.762** | |

**Nonpriority creditor's name and mailing address**
Andy Brown
3345 17th Street Apt 3
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.763** | |

**Nonpriority creditor's name and mailing address**
Andy Budacki
10 Sycamore Spur
Leetsdale, PA 15056

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.764** | |

**Nonpriority creditor's name and mailing address**
Andy Choi
1616 Granada Drive
Burlingame, CA 94010

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.765** | |

**Nonpriority creditor's name and mailing address**
Andy Didorosi
2350 Burdette
Ferndale, MI 48220

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.766** | |

**Nonpriority creditor's name and mailing address**
Andy Filo
22670 Oakcrest Court
Cupertino, CA 95014

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.767** | |

**Nonpriority creditor's name and mailing address**
Andy Garcia
2601 La Frontera Blvd, #2423
Round Rock, TX 78681

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.768** | |

**Nonpriority creditor's name and mailing address**
Andy Greenstein
118 Baden St.
San Francisco, CA 94131

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 168 of 1000

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**Andy Greenstein**
118 Baden st
San Francisco, CA 94131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**Andy Hewett**
441 Ramona Road
Portola Valley, CA 94028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**Andy Hohenner**
1560 Alma Terrace
San Jose, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**Andy Hope**
2900 21st Street
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**Andy Johnston**
267 Grand St
Redwood City, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**Andy Kordsmeier**
1099 Solana Drive
Mountain View, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**Andy Leer**
216 Churchill Rd.
Turtle Creek, PA 15145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Lombardo**
**1310 San Jacinto Ct**
**St Louis, MO 63139**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy McDaniel**
**2010 E Indigo Dr**
**Chandler, AZ 85286**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Miller**
**1606 Sun Mountain Dr**
**San Antonio, TX 78258**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Ritger**
**1492 W. Hedding**
**San Jose, CA 95126**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Snee**
**516 N. Boundary St.**
**Raleigh, NC 27604**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Sundblad**
**914 Everett Ave.**
**Oakland, CA 94602**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Thyssen**
**1200 Meadow Ridge Dr.**
**Dripping Springs, TX 78620**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Turudic**
PO Box 371
Hillsboro, OR 97123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ang Chen**
781 E. Terrace Rd.
Tempe, AZ 85287

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel  Savoy**
3615 Riviera Street
Temple Hills, MD 20748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Giron**
312 Chestnut St.
Redwood City, CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Michel**
805 Sleeping Bear Dune
Pflugerville, TX 78660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Rodriguez**
137 E Pebble Beach Dr.
Tempe, AZ 85282

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Aragon**
3133 gateway dr
cameron park, CA 95682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 171 of 1000

Name

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Buchanan**
2671 W Mila Way
San Tan Valley, AZ 85142

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Buraglia**
3118 Paseo de Charros
Leander, TX 78641

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,197.26 |
|---|---|---|---|

**Angela Defrancesco**
144 S 3rd St Unit 610
San Jose, CA 95112

Date(s) debt was incurred  **12/28/2016**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela DeFrancesco**
144 S 3rd St Unit 610
San Jose, CA 95112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Angela Light**
3208 Kawalker Ln
San Jose,, CA 95127

Date(s) debt was incurred  **7/11/2017**

Last 4 digits of account number  **2017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park -**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Light**
3208 Kawalker Lane
San Jose, CA 95127

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Maiorano**
1 Appain Way Unit 704-1
South San Francisco, CA 94080

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 172 of 1000

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angela Mallett**
700 Elm St.
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angela Mills**
815 - A Brazos #489
Austin, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angela Puskarich**
3022 Arrowhead Point Dr
Oakville, MO 63129-5240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angela Saxon**
1322 El Camino Real
Redwood City, CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angela Taylor**
104 Old Lowery Ct
Raleigh, NC 27614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angeleia Hall**
219 Erin Street
Pittsburgh, PA 15219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angeli Hung**
1442 Florida St.
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 173 of 1000

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angelica  Jenett**
76 Manor Rd.
Fairfax, CA 94930

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angelina  Parker**
3030 Hillside Dr.
Burlingame, CA 94010

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angelo Bertani**
22098 Oakwood
Woodhaven, MI 48183

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angelo Petrolino**
2371 Sutter Ave.
Santa Clara, CA 95050

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angie Chang**
2235 McKinley Ave., Apt #2
Berkeley, CA 94703

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angie Chua**
120 Saratoga Ave. #90
Santa Clara, CA 95051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angus Huang**
13897 Yerba Santa Ct.
Saratoga, CA 95070

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Angus MacDonald**
**85 Carl St #11**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Anh Tran**
**1702 Kyra Circle**
**San Jose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Ani  Aggarwal**
**914 Stagi Ct**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Ani Ghajanian**
**2743 Folsom Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Anil Sreedharan**
**1140 fernandez way**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Anirudh  Uppal**
**11035 Magdalena Rd**
**Los Altos Hills, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Anirudh Mani**
**2317 Eldridge St**
**Pittsburgh, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 175 of 1000

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anirudha Phatak**
2900 Warner Drive
West Bloomfield, MI 48324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anisa Brook**
1190 S Mill Ave
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anisa Davis**
19616 Midway Rd.
Southfield, MI 48075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anita Ainsworth**
15101 Morris
Allen Park, MI 48101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anita Benjamin**
174 Randall Street
San Francisco, CA 94131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Anita M. Woelfel**
12 Telluride dr.
St. Peters,
MO-63376

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **10**

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 09/11/2017 to 09/25/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Anita M. Woelfel**
12 Telluride dr.
St. Peters,
MO-63376

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/17/2017**

Last 4 digits of account number  **11**

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period of 10/23/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 176 of 1000

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|-------|---|---|---|
| | **Anita M. Woelfel**<br>**12 Telluride dr.**<br>**St. Peters,**<br>**MO-63376** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  _9/6/2017_ | Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 08/04/2017 to 08/23/2017** | |
| | Last 4 digits of account number  _9_ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|---|---|---|
| | **Anitra Branch**<br>**5913 Penn Ave**<br>**Pittsburgh, PA 15216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|---|---|---|
| | **Anja Tranovich**<br>**511 Webster St Apt A**<br>**San Francisco, CA 94117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|---|---|---|
| | **Anjani Shidham**<br>**26277 E River Rd**<br>**Grosse Ile, MI 48138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|---|---|---|
| | **Ann  Ivory**<br>**21206 St. Francis**<br>**Farmington Hills, MI 48336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|---|---|---|
| | **Ann Belfield**<br>**2941 E. Megan St.**<br>**Gilbert, AZ 85295** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|---|---|---|
| | **Ann Johnson**<br>**3214 Cherokee Street**<br>**Saint Louis, MO 63116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 177 of 1000

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ann Leung**<br>**3631 Santiago Street**<br>**San Mateo, CA 94403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ann Plachecki**<br>**1040 E Oakland St**<br>**Chandler, AZ 85225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Anna Barensfeld**<br>**438 Hartzell School Road**<br>**Fombell, PA 16123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Anna Bartolomeo**<br>**716 Monroe St NE, #C438**<br>**Washington, DC 20017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Anna Chiu**<br>**1415 Franklin Street**<br>**San Francisco, CA 94109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Anna Dravland**<br>**1344 Beaconsfield Ave**<br>**Grosse Pointe Park, MI 48230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Anna Hurd**<br>**3126 Geary Blvd, #2**<br>**San Francisco, CA 94118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 178 of 1000

---

**3.839** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Anna Kirby**
**4200 Wisconsin Ave**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.840** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Anna Kong**
**1501 - A Kirkwood**
**Austin, TX 78702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.841** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Anna Rosch**
**2700 Q Street, N.W.  Apt.143**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.842** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Anna Sawyer**
**369 Upper Terrace**
**San francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.843** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Anna Sher**
**2 Green Oaks Dr**
**St. Louis, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.844** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Anna Tulchinskaya**
**1724 W Abingdon Drive Apt 301**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.845** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Anna Wang**
**3636 16th St NW, Apt A630**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 179 of 1000

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anna Zheng**
**650 Foresail Court**
**Foster City, CA 94404**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annabelle Ott**
**9 Crestwood Dr**
**Clayton, MO 63105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annabelle Port**
**217 College St.**
**Mountain View, CA 94040**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annalee Newitz**
**128 Jersy**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Anderson**
**1165 Miller Ave**
**Berkeley, CA 94708**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Atteberry**
**1705 Black Twig Ln**
**kirkwood, MO 63122**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Brazauskas**
**519 east third st**
**Royal Oak, MI 48067**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Butti**
Post Office Box 501
Kentfield, CA 94914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Anne Chen_v**
202 S Aiken Ave
Pittsburgh, PA 15206

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _9/14/2017_

Last 4 digits of account number _1a_

Basis for the claim: **[Notice only] Techshop Pittsburgh- Instructor Instruction fee from 04/24/2017 to 05/27/2017 - Balance as per updated [Notice only] Techshop Pittsburgh- invoice and ap...**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**anne fletcher**
2349 Hanover St
Palo Alto, CA 94306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Herz**
1229 Clark Way
San Jose, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Jantz**
25593 Tireman
Troy, MI 48127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,473.97 |
|---|---|---|---|

**Anne Renee Wright**
3634 Frazier St
Pittsburgh, PA 15213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _5/9/2016_

Last 4 digits of account number _NA_

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Sergeant**
5 Pine Avenue
Takoma Park, MD 20912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**3.860** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Anne Widera**
**1050 17th St #502**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.861** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Anne Wright**
**3634 Frazier St**
**Pittsburgh, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.862** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Anne Zajicek**
**1606 Blue Meadow Rd**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.863** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Annelies Lottmann**
**5607 Joe Sayers Ave.**
**Austin, TX 78756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.864** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Annemarie Loyd**
**1551 Engelbrook Dr**
**Wildwood, MO 63011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.865** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Annette Balli**
**2157 Hilton Head**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.866** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Annette Fleishman**
**206 Bosse Avenue #103**
**Stanford, CA 94305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 182 of 1000

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annie Shin**
1395 Antietamave #45
Detroit, MI 48207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annie Codiga**
313 N 3rd St. #3
Campbell, CA 95108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annie Litwiller**
4281 Express Ln Ste L1016
Sarasota, FL 34238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annie Maki**
1432 12th St.
Oakland, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annika Maas**
9 Tupelo Way
Acton, MA 01720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anny Chen**
265 Main Street
Pittsburgh, PA 15201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anoah Wang**
749 27th St
San Francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 183 of 1000

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anoup Kaul**
**260 Del Norte Drive**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ansh Verma**
**100 W San Fernando Street**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anshul Gupta**
**1 Saint Francis Place**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anson Knoblach**
**2535 W. Fairview St**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anson Tse**
**1333 Gough St. Apt 10g**
**San Francisco, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,250.74 |
|---|---|---|---|

**Anthem Blue Cross**
**PO BOX 511300**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16/2017**

Last 4 digits of account number  **007H**

Basis for the claim:  **Health Benefit for the period 11/01/2017 to 12/01/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Anderson**
**10460 E Natal Ave**
**Mesa, AZ 85209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 184 of 1000

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Boczkowski**
420 West 47th Street, Apartment 5F
New York, NY 10036

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Colard**
415 Detroit Ave
Royal Oak, MI 48073

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Fudd**
86 Hill Street
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Godshall**
116 Leroy Pl
San Francisco, CA 94109

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Guma**
1629 Columbia Road, NW, #723
Washington, DC 20009

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Anthony Guma_V**
1629 Columbia Road,
NW #723
Washington, DC 20009

Date(s) debt was incurred   10/18/2017
Last 4 digits of account number   4117

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   [Notice only] Techshop DC Arlington-Instructor Fees for instructions for the period 10/09/2017 to 10/15/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Anthony Guma_V**
1629 Columbia Road,
NW #723
Washington, DC 20009

Date(s) debt was incurred   8/31/2017
Last 4 digits of account number   1717

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   [Notice only] Techshop DC Arlington- Instructor Fees for instructions for the period 08/03/2017 to 08/30/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Heinen**
**260 southwind rd**
**Comfort, TX 78013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Hurst**
**1922 C St. NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Jannotta**
**10135 Dallas Avenue**
**Silver Spring, MD 20901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Klein**
**29134 Mark Ave.**
**Madison Heights, MI 48071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Koch**
**3371 Medford Drive**
**Troy, MI 48084-2708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Mazzei**
**1982 30th Ave**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Melatti**
**23073 Nona St**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 186 of 1000

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Pavilonis**
616 Westview Dr
Beaver, PA 15009

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Perri**
1398 Bremerton Dr
Sunnyvale, CA 94087

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,662.42 |
|---|---|---|---|

**Anthony Quesada**
1635 Green St.
San Francisco, CA 94123

Date(s) debt was incurred  4/20/2010
Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Principal and accrued interest for loan to TechShop SOMA LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Quesada**
1635 Green St.
San Francisco, CA 94123

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Ryan**
948 S Alma School RD #75
Mesa, AZ 85210

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Sarkisian**
1148 Morningside Ave
South San Francisco, CA 94080

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Spadafore**
3145 E Chandler Blvd
Phoenix, AZ 85048

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 187 of 1000

**3.902** | Nonpriority creditor's name and mailing address

**Anthony Stock**
2307 Ravine ct
San Jose, CA 95133

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | Nonpriority creditor's name and mailing address

**Anthony Stram**
250 S. Elizabeth Way, Apt. 2112
Chandler, AZ 85225

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.904** | Nonpriority creditor's name and mailing address

**Anthony Torza**
16 Jesse Street
San Francisco, CA 94105

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | Nonpriority creditor's name and mailing address

**Anthony Vito**
939 S. Roca St.
Gilbert, AZ 85296

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.906** | Nonpriority creditor's name and mailing address

**Anthony Yates**
379 Fayette Springs Rd. PO box 192
Chalk Hill, PA 15421

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.907** | Nonpriority creditor's name and mailing address

**Anthony Young**
6100 W. Post Road
Chandler, AZ 85226

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.908** | Nonpriority creditor's name and mailing address

**Antione Malloy**
39 Elizabeth Street
Pittsburgh, PA 15210

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 188 of
1000

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,832.88 |

**Antoine Alary**
**1516 Lima Ct**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/18/2017**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Antoine Alary**
**1516 Lima Ct**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Antoine Planche**
**2821 N. Quebec St.**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.00 |

**Antoine Planche_V**
**2821 N. Quebec St.**
**Arlington, VA 22207**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **10/16/2017**

Last 4 digits of account number  **1008**

Basis for the claim:  **[Notice only] Techshop DC Arlington- Instructor Fees for instructors for the period 10/01/2017 to 10/08/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.00 |

**Antoine Planche_V**
**2821 N. Quebec St.**
**Arlington, VA 22207**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **10/16/2017**

Last 4 digits of account number  **1015**

Basis for the claim:  **[Notice only]Techshop DC Arlington- Instructor Fees for instructors for the period 10/09/2017 to 10/15/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**Antoine Planche_V**
**2821 N. Quebec St.**
**Arlington, VA 22207**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **10/23/2017**

Last 4 digits of account number  **1022**

Basis for the claim:  **[Notice only] Techshop DC Arlington- Instructor Fees for instructors for the period 10/16/2017 to 10/22/2017**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 189 of 1000

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$625.00** |
|-------|---|---|---|

**Antoine Planche_V**
**2821 N. Quebec St.**
**Arlington, VA 22207**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __10/31/2017__
Last 4 digits of account number  __1031__

Basis for the claim:  **[Notice only] Techshop DC Arlington- Instructor Fees for instructors for the period 10/22/2017 to 10/31/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|-------|---|---|---|

**Antoine Planche_V**
**2821 N. Quebec St.**
**Arlington, VA 22207**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __11/5/2017__
Last 4 digits of account number  __1105__

Basis for the claim:  **[Notice only] Techshop DC Arlington- Instructor Fees for instructors for the period 11/01/2017 to 11/05/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|-------|---|---|---|

**Antoine Planche_V**
**2821 N. Quebec St.**
**Arlington, VA 22207**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __9/30/2017__
Last 4 digits of account number  __0930__

Basis for the claim:  **[Notice only] Techshop DC Arlington- Instructor Fees for instructors for the period 09/07/2017 to 09/29/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|---|---|---|

**Anton Castro**
**1137 Hyde St**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __
Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|---|---|---|

**Anton Fulmen**
**78 Woodward St.**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __
Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|---|---|---|

**Anton Willis**
**2529 frances st**
**oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __
Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|---|---|---|

**Antoni Batchelli**
**874 Page St, Apt 4**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __
Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Antonina Dominici** | ☐ Contingent | |
| | **3051 OCEAN AVE APT C5** | ☐ Unliquidated | |
| | **BROOKLYN, NY 11235** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Antonio Acuna** | ☐ Contingent | |
| | **1909 W. 3rd St.** | ☐ Unliquidated | |
| | **Mesa, AZ 85201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Antonio Montoya** | ☐ Contingent | |
| | **163 Carlyn Ave** | ☐ Unliquidated | |
| | **Campbell, CA 95008** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Antonio Perdigon** | ☐ Contingent | |
| | **934 Howard St.** | ☐ Unliquidated | |
| | **San Francisco, CA 94103** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Antonio Rodriguez** | ☐ Contingent | |
| | **3704 Timson Ct** | ☐ Unliquidated | |
| | **Austin, TX 78731** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Antonio Rodriguez Jr** | ☐ Contingent | |
| | **3704 Timson** | ☐ Unliquidated | |
| | **Austin, TX 78731** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **antuanette holder** | ☐ Contingent | |
| | **50 rose ave** | ☐ Unliquidated | |
| | **mill valley, CA 94941** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 191 of 1000

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anu Shidham**
26277 E. River Rd
Grosse Ile, MI 48201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anujan Varma**
21090 Hazelbrook Dr.
Cupertino, CA 95014

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,007.41 |
|---|---|---|---|

**Anujan Varma and Sobha Varma**
21090 Hazelbrook Dr.
Cupertino, CA 95014

Date(s) debt was incurred **12/31/2013**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anwar Alasfour**
1300 N Sycamore Ct
Chandler, AZ 85224

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anya Crane**
2331 Winged Foot Rd.
Half Moon Bay, CA 94019

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anya Rosen**
429 S. Aiken Ave
Pittsburgh, PA 15213

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aoife McEvoy**
3126 Oak Knoll Dr
Redwood City, CA 94062

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 192 of 1000

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Apeksha Ambaram**
516 Ellis Street, 501
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Apichart Sewthaisong**
2701 Lorcom Lane
Arlington, VA 22207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Apratim Dixit**
110 Alma St. Apt 1
Menlo Park, CA 91501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**April Kissinger**
5601 Stoutwood Circle
Austin, TX 78745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**April Rosenberg**
27813 Browning Ct
Hayward, CA 94544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**April Lawrence**
1272 Valencia St
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**April Merrell**
837 N Saint Clair St #2
Pittsburgh, PA 15206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 193 of 1000

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**April Orlando**
**196 E Lynx Pl**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aqheel Mohammad**
**5124 Heather Drive**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ara Baghdassarian**
**12079 Broadway Ter**
**Orinda, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aran Donohue**
**637 Addison Ave**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arash Kani**
**325 Stepney RD**
**Easton, CT 06612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,114.86 |
|---|---|---|---|

**ARC**
**P.O Box 192224**
**San Francisco, CA 94119**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/4/2017**
Last 4 digits of account number  **4179**

Basis for the claim:  **[Notice only] Techshop Menlo Park - B & W Bond,Color Print charges for the period 10/01/2017 to 10/31/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,133.11 |
|---|---|---|---|

**ARC**
**P.O Box 192224**
**San Francisco, CA 94119**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/8/2017**
Last 4 digits of account number  **6537**

Basis for the claim:  **[Notice only] Techshop Menlo Park - B & W Bond,Color Print charges for the period 09/01/2017 to 09/30/2017**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 194 of 1000

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,221.15 |
|---|---|---|---|

**ARC**
**P.O Box 192224**
**San Francisco, CA 94119**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/7/2017**

Last 4 digits of account number  **6978**

Basis for the claim:  **[Notice only] Techshop Menlo Park - B & W Bond,Color Print charges for the period 08/01/2017 to 08/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,162.02 |
|---|---|---|---|

**ARC**
**P.O Box 192224**
**San Francisco, CA 94119**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/6/2017**

Last 4 digits of account number  **5885**

Basis for the claim:  **[Notice only] Techshop Menlo Park - B & W Bond,Color Print charges for the period dated 03/07/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,490.03 |
|---|---|---|---|

**ARC**
**P.O Box 192224**
**San Francisco, CA 94119**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/7/2017**

Last 4 digits of account number  **7414**

Basis for the claim:  **[Notice only] Techshop Menlo Park - B & W Bond,Color Print charges for the period dated 04/07/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,058.04 |
|---|---|---|---|

**ARC**
**P.O Box 192224**
**San Francisco, CA 94119**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/7/2017**

Last 4 digits of account number  **7507**

Basis for the claim:  **[Notice only] Techshop Menlo Park - B & W Bond,Color Print charges for the period dated 05/08/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,332.31 |
|---|---|---|---|

**ARC**
**P.O Box 192224**
**San Francisco, CA 94119**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/7/2017**

Last 4 digits of account number  **7948**

Basis for the claim:  **[Notice only] Techshop Menlo Park - B & W Bond,Color Print charges for the period dated 06/07/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,202.88 |
|---|---|---|---|

**ARC**
**P.O Box 192224**
**San Francisco, CA 94119**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/6/2017**

Last 4 digits of account number  **7660**

Basis for the claim:  **[Notice only] Techshop Menlo Park - B & W Bond,Color Print charges for the period 07/01/2017 to 07/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 195 of 1000

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.78 |

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **11/15/2017**

Last 4 digits of account number  **0018**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA -BASE BILLING CHARGES - October 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.13 |

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **10/18/2017**

Last 4 digits of account number  **1443**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - BASE BILLING CHARGES - September 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.67 |

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **9/15/2017**

Last 4 digits of account number  **1421**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - BASE BILLING CHARGES - August 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.14 |

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **6/10/2017**

Last 4 digits of account number  **0065**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - 8MIL SATIN PHOTOPAPER 2"C 1/CTN 36X100, PM35 PRESENTATION BOND 35LB 24X100**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.19 |

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **6/15/2017**

Last 4 digits of account number  **2798**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - BASE BILLING CHARGES - May 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.24 |

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **7/23/2017**

Last 4 digits of account number  **8290**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - BASE BILLING CHARGES - June 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 196 of 1000

| 3.962 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | $339.46 |
|---|---|---|---|---|

**3.962** Nonpriority creditor's name and mailing address
ARC
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **8/12/2017**

Last 4 digits of account number  **0641**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - BASE BILLING CHARGES - July 2017**

Is the claim subject to offset? ■ No ☐ Yes

$339.46

---

**3.963** Nonpriority creditor's name and mailing address
ARC
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **10/9/2017**

Last 4 digits of account number  **5722**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -October MPS Invoice**

Is the claim subject to offset? ■ No ☐ Yes

$376.48

---

**3.964** Nonpriority creditor's name and mailing address
ARC
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **9/8/2017**

Last 4 digits of account number  **6547**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -September MPS Invoice**

Is the claim subject to offset? ■ No ☐ Yes

$360.20

---

**3.965** Nonpriority creditor's name and mailing address
ARC
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **9/11/2017**

Last 4 digits of account number  **7517**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Glossy High Resol & Satin Universal Photopapaer**

Is the claim subject to offset? ■ No ☐ Yes

$311.43

---

**3.966** Nonpriority creditor's name and mailing address
ARC
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **8/7/2017**

Last 4 digits of account number  **6477**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -August MPS Invoice**

Is the claim subject to offset? ■ No ☐ Yes

$431.97

---

**3.967** Nonpriority creditor's name and mailing address
ARC
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **3/13/2017**

Last 4 digits of account number  **8883**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -March 2017 MPS Billing**

Is the claim subject to offset? ■ No ☐ Yes

$566.13

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 197 of 1000

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $734.48 |

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **4/24/2017**

Last 4 digits of account number  **6857**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -April MPS Invoice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.75 |

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **5/9/2017**

Last 4 digits of account number  **8686**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -March MPS Invoice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,071.45 |

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **6/8/2017**

Last 4 digits of account number  **8411**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -March MPS Invoice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $623.63 |

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **6/12/2017**

Last 4 digits of account number  **0416**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -June MPS Invoice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.09 |

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **7/11/2017**

Last 4 digits of account number  **9024**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -uly MPS Invoice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.87 |

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **10/13/2017**

Last 4 digits of account number  **8709**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **BASE BILLING CHARGES,B&W BOND PLOT for the month of  October 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 198 of 1000

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.68 |
|---|---|---|---|

**3.974**

Nonpriority creditor's name and mailing address
**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **9/8/2017**

Last 4 digits of account number  **6521**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh- BASE BILLING CHARGES,B&W BOND PLOT for the month of  September 2017**

Is the claim subject to offset? ■ No  ☐ Yes

$245.68

---

**3.975**

Nonpriority creditor's name and mailing address
**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **8/7/2017**

Last 4 digits of account number  **6079**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh- BASE BILLING CHARGES,B&W BOND PLOT for the month of August 2017**

Is the claim subject to offset? ■ No  ☐ Yes

$258.97

---

**3.976**

Nonpriority creditor's name and mailing address
**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **3/22/2017**

Last 4 digits of account number  **5368**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh- BASE BILLING CHARGES,B&W BOND PLOT for the period dated 03/22/2017**

Is the claim subject to offset? ■ No  ☐ Yes

$261.94

---

**3.977**

Nonpriority creditor's name and mailing address
**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **4/20/2017**

Last 4 digits of account number  **4927**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh- BASE BILLING CHARGES,B&W BOND PLOT for the period dated 04/20/2017**

Is the claim subject to offset? ■ No  ☐ Yes

$257.55

---

**3.978**

Nonpriority creditor's name and mailing address
**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **5/17/2017**

Last 4 digits of account number  **3761**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh- BASE BILLING CHARGES,B&W BOND PLOT for the Month Of May 2017**

Is the claim subject to offset? ■ No  ☐ Yes

$241.44

---

**3.979**

Nonpriority creditor's name and mailing address
**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred  **6/23/2017**

Last 4 digits of account number  **8080**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh- BASE BILLING CHARGES,B&W BOND PLOT for the Month Of June 2017**

Is the claim subject to offset? ■ No  ☐ Yes

$263.77

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 199 of 1000

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.51 |
|---|---|---|---|

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred **7/7/2017**

Last 4 digits of account number **7173**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh- BASE BILLING CHARGES,B&W BOND PLOT for the Month Of July 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.08 |
|---|---|---|---|

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred **10/19/2017**

Last 4 digits of account number **1998**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Detroit- SERVICE CHARGE & B&W BOND PLOT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.96 |
|---|---|---|---|

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred **11/2/2017**

Last 4 digits of account number **2441**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Detroit- PM24 PRESENTATION BOND & GLOSSY HIGH RESOL PHOTOPAPER 7MI 24X100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.78 |
|---|---|---|---|

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred **9/25/2017**

Last 4 digits of account number **6163**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Detroit- SERVICE CHARGE & B&W BOND PLOT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394.28 |
|---|---|---|---|

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred **8/7/2017**

Last 4 digits of account number **6312**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Detroit- PM24 PRESENTATION BOND 24LB 1C 24X100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.15 |
|---|---|---|---|

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred **8/7/2017**

Last 4 digits of account number **6075**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Detroit- Service Charge & B&W Bond Plot**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 200 of 1000

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.15 |
|---|---|---|---|

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred **2/13/2017**

Last 4 digits of account number **9986**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- PFI-104M DYE MAGENTA INK TANK 130ML**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.81 |
|---|---|---|---|

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred **3/30/2017**

Last 4 digits of account number **1551**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- BASE BILLING CHARGES & B&W BOND PLOT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.53 |
|---|---|---|---|

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred **4/4/2017**

Last 4 digits of account number **5285**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- Glossy high resol photopaper 7MI 24*100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.15 |
|---|---|---|---|

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred **4/28/2017**

Last 4 digits of account number **2013**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- Base Billing Charges & B&W Bond Plot**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.92 |
|---|---|---|---|

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred **5/16/2017**

Last 4 digits of account number **2780**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- BASE BILLING CHARGES & B&W BOND PLOT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.24 |
|---|---|---|---|

**ARC**
P.O. Box 192224
San Francisco, CA 94119

Date(s) debt was incurred **5/24/2017**

Last 4 digits of account number **8528**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- PM24 PRESENTATION BOND 24LB 1C 24X100 & GLOSSY HIGH RESOL PHOTOPAPER 7MI 24X100**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 201 of 1000

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.60 |
|---|---|---|---|

**ARC**
**P.O. Box 192224**
**San Francisco, CA 94119**

Date(s) debt was incurred  **5/31/2017**

Last 4 digits of account number  **2945**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- PM24 PRESENTATION BOND 24LB 1C 24X100 & GLOSSY HIGH RESOL PHOTOPAPER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.83 |
|---|---|---|---|

**ARC**
**P.O. Box 192224**
**San Francisco, CA 94119**

Date(s) debt was incurred  **6/29/2017**

Last 4 digits of account number  **2593**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- BASE BILLING CHARGES & B&W BOND PLOT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.41 |
|---|---|---|---|

**ARC**
**P.O. Box 192224**
**San Francisco, CA 94119**

Date(s) debt was incurred  **7/7/2017**

Last 4 digits of account number  **7168**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- BASE BILLING CHARGES & B&W BOND PLOT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.74 |
|---|---|---|---|

**ARC**
**P.O Box 192224**
**San Francisco, CA 94119**

Date(s) debt was incurred  **10/16/2017**

Last 4 digits of account number  **0011**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- BASE BILLING CHARGES for the period October 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.26 |
|---|---|---|---|

**ARC**
**P.O Box 192224**
**San Francisco, CA 94119**

Date(s) debt was incurred  **9/15/2017**

Last 4 digits of account number  **0282**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- BASE BILLING CHARGES for the period September 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.14 |
|---|---|---|---|

**ARC**
**P.O Box 192224**
**San Francisco, CA 94119**

Date(s) debt was incurred  **8/7/2017**

Last 4 digits of account number  **6068**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- BASE BILLING CHARGES for the period August 2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 202 of 1000

| 3.998 | Nonpriority creditor's name and mailing address<br>**ARC**<br>**P.O Box 192224**<br>**San Francisco, CA 94119**<br><br>**Date(s) debt was incurred  8/10/2017**<br>**Last 4 digits of account number  8259** | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  [Notice only] Techshop Chandler- SCRIM VINYL OUTDOOR BANNER 17MIL - 36X45**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$250.28** |
|---|---|---|---|
| 3.999 | Nonpriority creditor's name and mailing address<br>**ARC**<br>**P.O Box 192224**<br>**San Francisco, CA 94119**<br><br>**Date(s) debt was incurred  5/31/2017**<br>**Last 4 digits of account number  3360** | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  [Notice only] Techshop Chandler- BASE BILLING CHARGES May 2017**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$341.83** |
| 3.100 0 | Nonpriority creditor's name and mailing address<br>**ARC**<br>**P.O Box 192224**<br>**San Francisco, CA 94119**<br><br>**Date(s) debt was incurred  6/7/2017**<br>**Last 4 digits of account number  7941** | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  [Notice only] Techshop Chandler- BASE BILLING CHARGES June 2017**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$410.61** |
| 3.100 1 | Nonpriority creditor's name and mailing address<br>**ARC**<br>**P.O Box 192224**<br>**San Francisco, CA 94119**<br><br>**Date(s) debt was incurred  7/7/2017**<br>**Last 4 digits of account number  7164** | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  [Notice only] Techshop Chandler- BASE BILLING CHARGES for the period dated 07/07/2017**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$307.45** |
| 3.100 2 | Nonpriority creditor's name and mailing address<br>**ARC**<br>**P.O.Box 192224**<br>**San Francisco, CA 94119-2224**<br><br>**Date(s) debt was incurred  1/31/2017**<br>**Last 4 digits of account number  2037** | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  [Notice only] Techshop DC Arlington- January 2017 MPS Invoice for 12-13-16 to 1-31-17**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$641.85** |
| 3.100 3 | Nonpriority creditor's name and mailing address<br>**ARC**<br>**P.O.Box 192224**<br>**San Francisco, CA 94119-2224**<br><br>**Date(s) debt was incurred  2/28/2017**<br>**Last 4 digits of account number  0675** | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  [Notice only] Techshop DC Arlington- February 2017 MPS Invoice for 1-31-17 to 2-28-17**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$128.96** |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 203 of 1000

| 3.100 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $586.60 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
ARC
P.O.Box 192224
San Francisco, CA 94119-2224

Date(s) debt was incurred  **3/30/2017**

Last 4 digits of account number  **1649**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- March 2017 MPS Invoice from 03/01/17 to 03/31/17**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 5**

**Nonpriority creditor's name and mailing address**
ARC
P.O.Box 192224
San Francisco, CA 94119-2224

Date(s) debt was incurred  **4/28/2017**

Last 4 digits of account number  **2767**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- April 2017 MPS Invoice from 04/01/17 to 04/30/17**

Is the claim subject to offset? ■ No ☐ Yes

$539.03

---

**3.100 6**

**Nonpriority creditor's name and mailing address**
ARC
P.O.Box 192224
San Francisco, CA 94119-2224

Date(s) debt was incurred  **5/31/2017**

Last 4 digits of account number  **3351**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- May 2017 MPS Invoice from 05/01/2017 to 05/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

$523.64

---

**3.100 7**

**Nonpriority creditor's name and mailing address**
Archana Thampi-Rajagopal
1153 Elena Privada
Mountain View, CA 94040

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 8**

**Nonpriority creditor's name and mailing address**
Archie Hart
11155 Sandy Manor DRive
Fairfax Station, VA 22039

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 9**

**Nonpriority creditor's name and mailing address**
Ardeshir Mostofi
137 San Jose Ave
San Francisco, CA 94110

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 204 of 1000

| 3.101 0 | **Nonpriority creditor's name and mailing address**<br>**Ari Duel**<br>**7 Country Estates Place**<br>**Frontenac, MO 63131**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.101 1 | **Nonpriority creditor's name and mailing address**<br>**Aria Pakravan**<br>**4901 E. Tierra Buena Lane**<br>**Scottsdale, AZ 85258**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.101 2 | **Nonpriority creditor's name and mailing address**<br>**Arian Brackett**<br>**319 Deerfield Drive**<br>**Moraga, CA 94556**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.101 3 | **Nonpriority creditor's name and mailing address**<br>**Arie Groeneveld**<br>**105 Harlan Dr.**<br>**Bloomfield, MI 48301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.101 4 | **Nonpriority creditor's name and mailing address**<br>**Ariel Childers**<br>**4535 Lindell Blvd. Apt 301**<br>**St. Louis, MO 63108**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.101 5 | **Nonpriority creditor's name and mailing address**<br>**Ariel Zekelman**<br>**185 Forest unit 2B**<br>**Palo Alto, CA 94301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.101 6 | **Nonpriority creditor's name and mailing address**<br>**Arienne Gagui**<br>**1320 California St #3**<br>**San Francisco, CA 94109**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 205 of 1000

| 3.101 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arihant Pandey**
**1650 Canna Ln**
**SanJose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arik McAvoy**
**333 North Pennington Drive #64**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arjun Menon**
**425 2nd Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arjun Vikuntam**
**28 Bergen Drive**
**Cranbury, NJ 08512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arlen Peckham**
**2110 Penbridge Dr.**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arlen Raasch**
**3 Countryside Drive**
**Fredericksburg, VA 22406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258.00 |
|---|---|---|---|

**Arlington County Treasurer**
**PO Box 1754**
**Merrifield, VA 22116**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **8/11/2017**
Last 4 digits of account number **9004**

Basis for the claim: **[Notice only] Techshop DC Arlington- 2006 Ford Truck-Personal property tax for the period 01/01/2017 to 12/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 206 of 1000

| 3.102 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.50** |
|---|---|---|---|

**Arlington County Treasurer**
PO Box 1754
Merrified, VA 22116

Date(s) debt was incurred  __10/5/2017__

Last 4 digits of account number  __04LF__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Late Fees 2006 Ford Truck-Personal property tax for the period 01/01/2017 to 12/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.67** |
|---|---|---|---|

**Arlington County Treasurer**
PO Box 1754
Merrified, VA 22116-1754

Date(s) debt was incurred  __5/25/2017__

Last 4 digits of account number  __6070__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Notice of Tax Lien and Demand for payment of Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arman Sidhu**
8 Skypark Circle
South San Francisco, CA 94080

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Armando  Macedo**
5601 Adair Dr.
Austin, TX 78754

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Armando Nido**
2029 N 22nd St
Phoenix, AZ 85006

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Armen Rafaelian**
1910 29th Ave.
San Francisco, CA 94116

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 207 of 1000

| 3.103 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Armon Walker**
**2025 w Dixon st**
**Mesa, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arnar Birgisson**
**6 Mint Plz**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arnaud DELUBAC**
**199 Laureal St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arnaud Pilpre**
**1309 B Maple St.**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arnie Cowger**
**900 Southampton Rd.  #42**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arnold Ingram**
**21135 Midway Ave**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arnold Kadiu**
**22271 Audette St**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 208 of 1000

| 3.103 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Arron Campi**
**2621 Fairdell Drive**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Art Ferdinand**
**2468 Embarcadero Way**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Art Gehr**
**6921 W. Stockman**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Art Shulenberger**
**282 San Benito Road**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Art Silva**
**2036 San Jose Ave Apt. E**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Artem Belevich**
**1304 Antonio Ln**
**San Jose, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Arthur  Bianchi**
**42873 Richmond Dr**
**Sterling Heights, MI 48313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 209 of 1000

---

**3.104**
**4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Arthur  Gabriel**
**229 Summerwind Drive**
**Milpitas, CA 95035**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**
**5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Arthur Chan**
**6950 Almaden Expy #150**
**SAN JOSE, CA 95120**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**
**6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Arthur Douglass**
**4827 Hatfield Street**
**Pittsburgh, PA 15201**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**
**7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Arthur Gianoukos**
**1209 15th Avenue**
**San Francisco, CA 94122**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**
**8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Arthur Kho**
**146 W. Dana St., Apt. B**
**Mountain View, CA 94041**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**
**9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Arthur Koskela**
**351 E Thomas Suite D-501**
**Phoenix, AZ 85012**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**
**0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Arthur Valdez**
**4912 H Pkwy**
**Sacramento, CA 95823**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 210 of
1000

| 3.105 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Artur Kashperskiy**
**1547 Palos Verdes Mall #159**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arturo Perez**
**1843 E Kirkland Ln**
**Unit B**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arvind Thyagarajan**
**941 Dolores St., Apt. 3**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aryabhat Darnal**
**625 W. 1st St. #342**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Asa Mathat**
**555 Bryant St #186**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Asbjoern Boehn**
**1900 W Chandler Blvd 15**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ash Cole**
**108 Oakview Ave**
**Pittsburgh, PA 15218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398　Doc# 2　Filed: 02/26/18　Entered: 02/26/18 18:01:21　Page 211 of 1000

| | | |
|---|---|---|
| 3.105 8 | **Nonpriority creditor's name and mailing address**<br>**Asher Blum**<br>**329 Waverley St.**<br>**Menlo Park, CA 94025** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.105 9 | **Nonpriority creditor's name and mailing address**<br>**Ashley Beardmore**<br>**292 Laquesta Dr**<br>**Danville, CA 94526** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.106 0 | **Nonpriority creditor's name and mailing address**<br>**Ashley Brown**<br>**18745 E Pine Barrens Ave**<br>**Queen Creek, AZ 85142** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.106 1 | **Nonpriority creditor's name and mailing address**<br>**Ashley Clayton**<br>**160 Seville St**<br>**San Francisco, CA 94112** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.106 2 | **Nonpriority creditor's name and mailing address**<br>**Ashley Crawford**<br>**8647A Burwell St. NW**<br>**Washington, DC 20032** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.106 3 | **Nonpriority creditor's name and mailing address**<br>**Ashley Davidson**<br>**609 Grand St 2R**<br>**Brooklyn, NY 11211** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.106 4 | **Nonpriority creditor's name and mailing address**<br>**Ashley Gomez**<br>**1 Somerset Place**<br>**Palo Alto, CA 94301** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ashley Liu**
10222 Byrne Ave
Cupertino, CA 95014

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ashley Longrie**
16561 Willow Glen Dr.
Wildwood, MO 63040

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ashley Marze**
3908 Main St. Apt 3
Munhall, PA 15120

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ashley Paulisick**
957 Wellesley Rd.
Pittsburgh, PA 15206

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ashley Satkowsky**
17675 W. Surrey Dr.
Surprise, AZ 85388

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ashley Sherwood**
3616 Hawk Ridge
Round Rock, TX 78665

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ashley Vandall**
200 Meridan Street
Pittsburgh, PA 15211

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| 3.107<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Warren**
70 S. 8th St
San Jose, CA 95112

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>3 |
|---|

**Ashley Weatherson**
770 17th Ave
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>4 |
|---|

**Ashley Whetstone**
625 Creekside Way APT #1103
New Braunfels, TX 78130

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>5 |
|---|

**Ashok Janah**
91 Woodland Ave.
San Francisco, CA 94117

Date(s) debt was incurred  **6/26/2012**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*        $55,363.48

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>6 |
|---|

**Ashok Janah**
91 Woodland Ave.
San Francisco, CA 94117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>7 |
|---|

**Ashveta Budhrani**
965 Sutter St. Apt 423
San Francisco, CA 94109

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>8 |
|---|

**Ashwath Anand**
2426 Fulton Street
San Francisco, CA 94118

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 214 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.107 9 | **Nonpriority creditor's name and mailing address** **Ashwin Ranade** **131 Saratoga Ave, Apt 3208** **Santa Clara, CA 95051** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 0 | **Nonpriority creditor's name and mailing address** **Aspen Glatzel** **17905 Mozelle Court** **Los Gatos, CA 95033** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 1 | **Nonpriority creditor's name and mailing address** **ASSA ABLOY Entrance Systems US Inc.** **9746 Dino Drive** **Elk Grove, CA 95624-9477** | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ☐ Unliquidated ■ Disputed | **$3,775.34** |
| | Date(s) debt was incurred  10/9/2017 Last 4 digits of account number  2017 | **Basis for the claim:** _[Notice only] Techshop San Jose -Account Number 940250_ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 2 | **Nonpriority creditor's name and mailing address** **Assi Shalom** **1088 s van ness** **San Francisco, CA 94110** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 3 | **Nonpriority creditor's name and mailing address** **Astrid MARDON-PREVOST** **9808 Faith and Trust Cove** **Austin, TX 78717** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 4 | **Nonpriority creditor's name and mailing address** **AT&T - 40828014043430** **PO Box 5025,** **Carol Stream, IL 60197** | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ☐ Unliquidated ■ Disputed | **$350.89** |
| | Date(s) debt was incurred  10/26/2017 Last 4 digits of account number  ov25 | **Basis for the claim:** _[Notice only] Techshop San Jose -AT&T Internet Services for the period: 10/26/2017 to 11/25/2017_ Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.108.5**

**Nonpriority creditor's name and mailing address**

**AT&T Mobility - 879353507**
**PO Box 6463**
**Carol Stream, IL 60197**

Date(s) debt was incurred **10/20/2017**

Last 4 digits of account number **2017**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **A/c 879353507 Wireless Charges for the period 9/13/2017 to 10/12/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,052.09**

---

**3.108.6**

**Nonpriority creditor's name and mailing address**

**AT&T-116240578-8**
**PO Box 5014**
**Carol Stream, IL 60197**

Date(s) debt was incurred **11/18/2017**

Last 4 digits of account number **0217**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Telephone & Internet for the period 10/03/2017 to 11/02/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$89.00**

---

**3.108.7**

**Nonpriority creditor's name and mailing address**

**AT&T-116792134-5**
**PO Box 5014**
**Carol Stream, IL 60197**

Date(s) debt was incurred **11/15/2017**

Last 4 digits of account number **2517**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Telephone & internet charges for the period 10/26/2017 to 11/25/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$93.50**

---

**3.108.8**

**Nonpriority creditor's name and mailing address**

**AT&T-116792136-9**
**PO Box 5014**
**Carol Stream, IL 60197**

Date(s) debt was incurred **11/15/2017**

Last 4 digits of account number **2517**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Telephone and internet charges for the period 10/26/2017 to 11/25/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$0.50**

---

**3.108.9**

**Nonpriority creditor's name and mailing address**

**AT&T-415 243-8677 509 2**
**PO Box 5025,**
**Carol Stream, IL 60197**

Date(s) debt was incurred **11/13/2017**

Last 4 digits of account number **1917**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Telephone and Internet charges for the period 10/20/2017 to 11/19/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$423.52**

---

**3.109.0**

**Nonpriority creditor's name and mailing address**

**AT&T-415-882-7119-748-0**
**P.O. Box 5025**
**Carol Stream, IL 60197**

Date(s) debt was incurred **11/10/2017**

Last 4 digits of account number **1817**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Telephone & Internet charges for the period 10/19/2017 to 11/08/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$90.10**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 216 of 1000

| 3.109 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Athena Blair**
**2237 Cleveland**
**Granite City, IL 62040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Athena Roberts**
**87806 MCKELLIPS**
**SCOTTSDALE, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Athena Saxon**
**1322 El Camino Real**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Athena Snider**
**1023 Jena Terrace**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44.66** |
|---|---|---|---|

**Atmos Energy_V**
**PO Box 790311**
**St. Louis, MO 63179**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/20/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop Austin -A/c: 3035524556 - Gas Charges For the period 09/22/2017 to 10/20/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Atziry Vazquez**
**809 Rollins Rd**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Audrey Chaing**
**338 Spear St #10D**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 217 of 1000

**3.1098**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**Audrey Randazzo**<br>**4921 Roundtree Dr**<br>**Campbell, CA 95008** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1099**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**Audrey Willey**<br>**5230 Twin Falls Rd**<br>**Morgan Hill, CA 95037** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1100**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**Audrey Yang**<br>**1053 Haight St.**<br>**San Francisco, CA 94117** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1101**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**Audrianna Hatch**<br>**4046 N Ramona St**<br>**Orange, CA 92865** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1102**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**August Lang**<br>**465 Fairchild Dr.**<br>**Mountain View, CA 94043** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1103**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**August Toman-Yih**<br>**14 Eureka St**<br>**San Francisco, CA 94114** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1104**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**Augustine Kim**<br>**331 Fairchild Dr**<br>**Mountain View, CA 94303** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aurlien ONIMUS**
1390 Market St
San Francisco, CA 94102

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austen Corrie**
2732 13th Ave
Oakland, CA 94606

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Goodrich**
1115 E Concorda Dr
Tempe, AZ 85282

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Anaya-Sheehan**
312 Chestnut St.
Redwood City, CA 94063

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Baltes**
3233 Clay St. #4
San Francisco, CA 94115

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Blackstone**
215 Winding Way
San Antonio, TX 78232

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Cameron**
1780 Primrose
Turlock, CA 95380

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Chod**
**561 10th Avenue Apt. 32G**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Cook**
**2428 E Gadenrod St.**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Epps**
**339 S 11th St Apt 1**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Flanigan**
**8609 Aponi Road**
**Vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Jones**
**1590 W Post Rd**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Kahn**
**5881 east sapphire lane**
**paradise valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Koo**
**20 Madison Ave**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**3.1119**

**Nonpriority creditor's name and mailing address**

**Austin Newman**
**3200 N. 1st St.**
**San Jose, CA 95134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1120**

**Nonpriority creditor's name and mailing address**

**Austin Priebe**
**2737 Devonshire Pl NW, apt. 205**
**Washington, DC 20008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1121**

**Nonpriority creditor's name and mailing address**

**Austin Robey**
**108 Harrison Pl #26**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1122**

**Nonpriority creditor's name and mailing address**

**Austin Rooke**
**3340 Cady's Alley NW**
**Washington, DC 20007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1123**

**Nonpriority creditor's name and mailing address**

**Austin Roth**
**66 N. Gordon Way**
**Los Altos, CA 94022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1124**

**Nonpriority creditor's name and mailing address**

**Austin Smith**
**2425 Westgate Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1125**

**Nonpriority creditor's name and mailing address**

**Austin Smith**
**2200 W San Angelo St Apt 3037**
**Gilbert, AZ 85233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 221 of 1000

| 3.112 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Sorvala**
**31439 N 44th St**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Austin Trombley**
**353 King St apt 520**
**San Francisco, CA 94158**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Austin Turnidge**
**139085 E 31st Pl**
**Newcastle, WA 98059**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Austin Walker**
**3620 E Broadway Rd.**
**Phoenix, AZ 85040**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Ava Darbonne**
**1847 Granite Creek Rd**
**Santa Cruz, CA 95065**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Ava Duel**
**7 Country Estates**
**Saint Louis, MO 63131**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Ava Weiskopf**
**254 S.Mathilda st apt 1**
**Pittsburgh, PA 15224**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 222 of 1000

| 3.113 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Available AC & Appliance, Inc.**
**208 Lookout Road**
**Hutto, TX 78634**

Date(s) debt was incurred **9/11/2017**

Last 4 digits of account number **J021**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**$385.74**

Basis for the claim: **[Notice only] Techshop Austin -Payment for Invoice # 18932, 18953, 18934 and 18657 of Available AC Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Available AC & Appliance, Inc.**
**208 Lookout Road**
**Hutto, TX 78634**

Date(s) debt was incurred **8/15/2017**

Last 4 digits of account number **8844**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**$195.75**

Basis for the claim: **[Notice only] Techshop Austin -Repair and Maintenance of Airconditioner**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Avery Carter**
**1081 W 1st St**
**Tempe, AZ 85281**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Avery Marriott**
**617 5th Street**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Avery Swihart**
**4042 Shona Ct.**
**San Jose, CA 95124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Avery Wong**
**2516 Blanding Ave**
**Alameda, CA 94510**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 223 of 1000

| 3.113 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Avi Benora**
**1000 GREEN ST APT 305**
**SAN FRANCISCO, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aviva Raskin**
**8 Gypsy Hill Rd**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Avra Saslow**
**2245 Grove Circle**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Axel Biggi**
**180 SANSOME ST.**
**SAN FRANCISCO, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Axel Welter**
**1260 E University**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ayan Rafique**
**1976 E. Glacier Place**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ayon Dasgupta**
**1910 Barnett Drive**
**Cedar Park, TX 78613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 224 of 1000

| 3.114 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ayse Linde**<br>**320 Palo Alto Ave #3**<br>**Palo Alto, CA 94301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ayse Sercan**<br>**1566 Pacific Ave.**<br>**Alameda, CA 94501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ayumi Trubschenck**<br>**1512 Cullen Avenue**<br>**Austin, TX 78757** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Azat Salikhov**<br>**1925 University Club Dr**<br>**Austin, TX 78732** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Azeez Abdikarim**<br>**13112 Wheeler Way**<br>**Herndon, VA 20171** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Babette Klaus**<br>**9605 S 48th St Apt # 2075**<br>**Phoenix, AZ 85044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Bailey Meyer**<br>**7771 olde english rd**<br>**St Louis, MO 63123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bailey Paschall**
**308 E Liberty**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bailey Stoner**
**230 9th Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bailey West**
**6750 W. Caribbean Lane**
**Peoria, AZ 85381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$244.39** |
|---|---|---|---|

**Baker's Gas & Welding Supplies Inc.**
**1300 Howard St.**
**Lincoln Park, MI 48146**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/14/2017**

Basis for the claim:  **[Notice only] Techshop Detroit- Acetlyne #4 POL and Propane 33LB Alum**

Last 4 digits of account number  **1686**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168.90** |
|---|---|---|---|

**Baker's Gas & Welding Supplies Inc.**
**1300 Howard St.**
**Lincoln Park, MI 48146**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/30/2017**

Basis for the claim:  **[Notice only] Techshop Detroit- Acetlybe Small MC B, Hazmat Charges and Motor Fuel 20 33 43#**

Last 4 digits of account number  **2098**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$279.34** |
|---|---|---|---|

**Baker's Gas & Welding Supplies Inc.**
**1300 Howard St.**
**Lincoln Park, MI 48146**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/13/2017**

Basis for the claim:  **[Notice only] Techshop Detroit- Magnum Pro Curve, Tapered Contact Tip and Diffuser Thread**

Last 4 digits of account number  **9352**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.115 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.21 |
|---|---|---|---|

**Baker's Gas & Welding Supplies Inc.**
**1300 Howard St.**
**Lincoln Park, MI 48146**

Date(s) debt was incurred  8/29/2017

Last 4 digits of account number  2221

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- AG-25 125 CU FT, 75% AR 25% CD, 125 CF @34.7600/100CF**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.88 |
|---|---|---|---|

**Baker's Gas & Welding Supplies Inc.**
**1300 Howard St.**
**Lincoln Park, MI 48146**

Date(s) debt was incurred  9/30/2017

Last 4 digits of account number  0463

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- Acetlybe Small MC B, Hazmat Charges and Motor Fuel 20 33 43#**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.80 |
|---|---|---|---|

**Baker's Gas & Welding Supplies Inc.**
**1300 Howard St.**
**Lincoln Park, MI 48146**

Date(s) debt was incurred  8/11/2017

Last 4 digits of account number  9738

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- Argon 336 CU & Acetlyne B**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.59 |
|---|---|---|---|

**Baker's Gas & Welding Supplies Inc.**
**1300 Howard St.**
**Lincoln Park, MI 48146**

Date(s) debt was incurred  8/14/2017

Last 4 digits of account number  9867

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit- Oxygen 125 CU FT & Acetylene #4**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,290.41 |
|---|---|---|---|

**Baker-Dunn Familiy Trust**
**2704 All View Way**
**Belmont, CA 94002**

Date(s) debt was incurred  12/12/2013

Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,705.03 |
|---|---|---|---|

**Bakery Square Holdings, LP**
**Attn: John Kowalski, Capital One, N.A.**
**P.O. Box 2095**
**Hicksville, NY 11802**

Date(s) debt was incurred  10/25/2017

Last 4 digits of account number  7Nov

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Rent for November 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$715.42** |
| **Bakery Square Holdings, LP** | |
| Attn: John Kowalski, Capital One, N.A. | |
| P.O. Box 2095 | |
| Hicksville, NY 11802 | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/2/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Water and Sewage Charges for October 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$39,705.03** |
| **Bakery Square Holdings, LP** | |
| Attn: John Kowalski, Capital One, N.A. | |
| P.O. Box 2095 | |
| Hicksville, NY 11802 | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/25/2017**

Last 4 digits of account number  **7Oct**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Rent for October 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$934.31** |
| **Bakery Square Holdings, LP** | |
| Attn: John Kowalski, Capital One, N.A. | |
| P.O. Box 2095 | |
| Hicksville, NY 11802 | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/3/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Water and Sewage Charges for September 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$39,705.03** |
| **Bakery Square Holdings, LP** | |
| Attn: John Kowalski, Capital One, N.A. | |
| P.O. Box 2095 | |
| Hicksville, NY 11802 | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/24/2017**

Last 4 digits of account number  **7Sep**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Rent for September 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$586.56** |
| **Bakery Square Holdings, LP** | |
| Attn: John Kowalski, Capital One, N.A. | |
| P.O. Box 2095 | |
| Hicksville, NY 11802 | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/5/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Water and Sewage Charges for August 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$27,462.84** |
| **Bakery Square Holdings, LP** | |
| Attn: John Kowalski, Capital One, N.A. | |
| P.O. Box 2095 | |
| Hicksville, NY 11802 | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/24/2017**

Last 4 digits of account number  **7Mar**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Rent for March 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 228 of 1000

---

**3.117**
**1**

Nonpriority creditor's name and mailing address

**Bakery Square Holdings, LP**
**Attn: John Kowalski, Capital One, N.A.**
**P.O. Box 2095**
**Hicksville, NY 11802**

Date(s) debt was incurred   **3/25/2017**

Last 4 digits of account number   **7Apr**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **[Notice only] Techshop Pittsburgh- Rent for April 2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$39,705.03**

---

**3.117**
**2**

Nonpriority creditor's name and mailing address

**Bakery Square Holdings, LP**
**Attn: John Kowalski, Capital One, N.A.**
**P.O. Box 2095**
**Hicksville, NY 11802**

Date(s) debt was incurred   **4/25/2017**

Last 4 digits of account number   **7May**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **[Notice only] Techshop Pittsburgh- Rent for May 2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$39,705.03**

---

**3.117**
**3**

Nonpriority creditor's name and mailing address

**Bakery Square Holdings, LP**
**Attn: John Kowalski, Capital One, N.A.**
**P.O. Box 2095**
**Hicksville, NY 11802**

Date(s) debt was incurred   **5/25/2017**

Last 4 digits of account number   **7Jun**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **[Notice only] Techshop Pittsburgh- Rent for June 2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$39,705.03**

---

**3.117**
**4**

Nonpriority creditor's name and mailing address

**Bakery Square Holdings, LP**
**Attn: John Kowalski, Capital One, N.A.**
**P.O. Box 2095**
**Hicksville, NY 11802**

Date(s) debt was incurred   **6/25/2017**

Last 4 digits of account number   **7Jul**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **[Notice only] Techshop Pittsburgh- Rent for July 2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$39,705.03**

---

**3.117**
**5**

Nonpriority creditor's name and mailing address

**Bakery Square Holdings, LP**
**Attn: John Kowalski, Capital One, N.A.**
**P.O. Box 2095**
**Hicksville, NY 11802**

Date(s) debt was incurred   **7/25/2017**

Last 4 digits of account number   **7Aug**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **[Notice only] Techshop Pittsburgh- Rent for August 2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$39,705.03**

---

**3.117**
**6**

Nonpriority creditor's name and mailing address

**Bala Padmakumar**
**111 Woodleaf Way**
**Mountain View, CA 94040**

Date(s) debt was incurred   _____

Last 4 digits of account number   _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.117 7** | |

**Nonpriority creditor's name and mailing address**
**Baldo Faieta**
**472 Noe Street**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.117 8** | |

**Nonpriority creditor's name and mailing address**
**Bao Doan**
**1940 Lakewood Drive Apt. C**
**San Jose, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.117 9** | |

**Nonpriority creditor's name and mailing address**
**Barb Pendleton**
**113 S. Galaxy Drive**
**Chandler, AZ 85226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.118 0** | |

**Nonpriority creditor's name and mailing address**
**Barbara Chang**
**235 Berry St. Apt 317**
**San Francisco, CA 94158**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.118 1** | |

**Nonpriority creditor's name and mailing address**
**Barbara Ellis**
**904 Peninsula Ave, Apt 409**
**San Mateo, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.118 2** | |

**Nonpriority creditor's name and mailing address**
**Barbara Gengler**
**1944 Beechwood Blvd**
**Pittsburgh, PA 15217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.118 3** | |

**Nonpriority creditor's name and mailing address**
**Barbara Haney**
**4533 East Sunrise Drive**
**Phoenix, AZ 85044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 230 of 1000

| 3.118 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barbara Moore**
214 Lexington St
Pittsburgh, PA 15208

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,526.46 |
|---|---|---|---|

**Barbara Newton**

Date(s) debt was incurred  **11/14/2017**

Last 4 digits of account number  **64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Total Compensation Deferred for Barbara Newton October/November 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barbara Newton**
11 English Ct
Belmont, CA 94002

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barbara Norris**
2221 Judah St. #4
San Francisco, CA 94122

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barbara Solomon**
952 Sanchez St.
San Francisco, CA 94114-3362

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,439.14 |
|---|---|---|---|

**Barbara Solomon and Richard Barr Hibbs**
952 Sanchez St.
San Francisco, CA 94114-3362

Date(s) debt was incurred  **5/28/2011**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barbara Sweet**
P.O. Box 1233
Alviso, CA 95002

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 231 of 1000

| 3.119 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barbie Paulson**
509 San Benito Ave
Menlo Park, CA 94025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bardia  Saeedi**
6516 Montrose St
Alexandria, VA 22312

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barrett  Karber**
2000 Post St. #356
San Francisco, CA 94115

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barry  McClure**
1700 University #227
Round Rock, TX 78665

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barry Battle**
4100 Woodland Rd
Annandale, VA 22003

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barry Duel**
7 country estates place
frontenac, MO 63131

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barry Hayes**
2344 St Francis Dr.
Palo Alto, CA 94303

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**3.119 8**

**Nonpriority creditor's name and mailing address**
**Barry Jacobson**
**147 Brightmoor Ct**
**henderson, NV 89074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 9**

**Nonpriority creditor's name and mailing address**
**Barry Lai**
**650 Turk St.**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 0**

**Nonpriority creditor's name and mailing address**
**Barry McClure_V**
**1700 University Blvd #536**
**Round Rock, TX 78665**

Date(s) debt was incurred **9/8/2017**

Last 4 digits of account number **1**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Austin -Instructor Class Instructions for the period of 08/05/2017 to 08/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.120 1**

**Nonpriority creditor's name and mailing address**
**Barry Perkins**
**2140 Pine street**
**san francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 2**

**Nonpriority creditor's name and mailing address**
**Barry Satterthwaite**
**38 S.Catalina St.**
**Gilbert, AZ 85233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 3**

**Nonpriority creditor's name and mailing address**
**Bart  Harris**
**7152 Arbeau Drive**
**Newark, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 4**

**Nonpriority creditor's name and mailing address**
**Bart  Murphy**
**190 Acacia Ave**
**San Bruno, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 233 of 1000

| 3.120 5 | **Nonpriority creditor's name and mailing address**<br>**Bart Adastra**<br>**4918 Lotus Ave**<br>**St. Louis, MO 63108** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 6 | **Nonpriority creditor's name and mailing address**<br>**Bart Bojanowski**<br>**45 Hobson St. #1B**<br>**San Jose, CA 95110** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 7 | **Nonpriority creditor's name and mailing address**<br>**Bart Drewes**<br>**2054 Avy Ave**<br>**Menlo Park, CA 94025** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 8 | **Nonpriority creditor's name and mailing address**<br>**Bart Grantham**<br>**800 High School Way, Apt 306**<br>**Mountain View, CA 94041** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 9 | **Nonpriority creditor's name and mailing address**<br>**bart hawe**<br>**6620 Rannoch rd**<br>**bethesda, MD 20817** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 0 | **Nonpriority creditor's name and mailing address**<br>**Bart Kylstra**<br>**2475 3rd St. #242**<br>**San Francisco, CA 94107** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 1 | **Nonpriority creditor's name and mailing address**<br>**Bart Saunders**<br>**564 Endicott Dr.**<br>**Sunnyvale, CA 94087** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 234 of 1000

| 3.121 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bartholomew Baker**
1034 Pine St. #3
Menlo Park, CA 94025

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $765.38 |
|---|---|---|---|

**Barton International**
PO Box 62516
Baltimore, MD 21264

Date(s) debt was incurred  6/30/2017

Last 4 digits of account number  3144

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop Detroit- 80 HPA BARTON GARNET ABRASIVE 55LB ON 2200 LB PALLETS

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $662.18 |
|---|---|---|---|

**Barton International**
PO Box 62516
Baltimore, MD 21264-2516

Date(s) debt was incurred  8/31/2017

Last 4 digits of account number  9691

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop Chandler- 80 HPA BARTON GARNET

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Basma Amro**
2203 Speidel
Pflugerville, TX 78660

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bason Clancy**
384 Oyster Point Blvd #8
South San Francisco, CA 94080

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bassel Bekdache**
9912 Whitley Bay Dr.
Austin, TX 78717

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 235 of 1000

| 3.121 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Baxter Roboto**
**800 Republic Dr.**
**Allen Park, MI 48101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Beatrice Perret**
**4326 W Michigan Ave**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Beatrice Schleyer**
**4840 Mount Eliot St**
**Detroit, MI 48207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Beatrix Chan**
**1012 Capp Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Beau Pauley**
**85 W Combs Rd #101-249**
**San Tan Valley, AZ 85140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**beckett fishburne**
**326B infantry terr**
**san francisco, CA 94129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Becky Barber**
**253 N 13th St.**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.122 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Behzad Vafakhah**
2400 Village Rd
Dearborn, MI 48124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Bela Messex**
2017 Oak St
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ben Charley**
98 Hickory Hill Rd
Pittsburgh, PA 15238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ben Klein**
1612 Lucas, Apt. 502
Saint Louis, MO 63103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ben Langhorst**
32470 Sheridan Dr
Beverly Hills, MI 48025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ben Laures**
2437 McCarran Drive
Plano, TX 75025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ben Miller**
530 Chestnut St Apt 309
San Francisco, CA 94133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 237 of 1000

| 3.123 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Tan**
20 South 2nd St #331
San Jose, CA 95113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.123 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Aldern**
2324 Fillmore St
San Francisco, CA 94115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.123 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Balaban**
74 Roxbury Street, #3
Santa Clara, CA 95050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.123 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Baltes**
288 3rd st #317
Oakland, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.123 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Boyle**
2446 E Hope St.
Mesa, AZ 85213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.123 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Brown**
541 Orchard St.
Vienna, VA 22180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Burford**
7344 Northmoor Drive
Clayton, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 238 of 1000

| 3.123 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Buzas**
**651 E. Lemon St.**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Chlores**
**3543 Shadeland Ave**
**Pittsburgh, PA 15212**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Combee**
**5607 Joe Sayers Ave.**
**Austin, TX 78756**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.124 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Corrie**
**1847 Powell St.**
**San Francisco, CA 94133**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Cottrell**
**547 W Washington Ave.**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Dixon**
**924 Hyde Park Dr**
**Round Rock, TX 78665**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Eynon**
**612 Unity Drive**
**Leander, TX 78641**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.124 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ben Fletcher**<br>**1031 S. Claremont St.**<br>**San Mateo, CA 94402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ben Forman**<br>**447 Fulton St**<br>**San Francisco, CA 94102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | **Ben Foss**<br>**57 Peters Ave**<br>**San Francisco, CA 94110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/9/2016** | Basis for the claim: **Retainer for consulting 07/26/2016 to 08/08/2016** | |
| | Last 4 digits of account number **36** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ben Gladden**<br>**7725 Clayton Rd**<br>**Clayton, MO 63117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ben Glatt**<br>**430 Concord Dr.**<br>**Menlo Park, CA 94025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ben Grandy**<br>**873 Union St**<br>**San Francisco, CA 94133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ben Grocholsky**<br>**5001 baum bvld, suite 750**<br>**pittsburgh, PA 15213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 240 of 1000

| 3.125 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Hidalgo**
**1001 Hampshire Street  Apt. 202**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Ho**
**530 Chesley ave.**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Holt**
**949 Steinway Ave.**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Hoomes**
**766 Betty Ct**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Jackson**
**17380 NW Bernard Pl**
**Beaverton, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Killpack**
**2452 N. Kachina**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Kochie**
**673 Brannan St #302**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 241 of 1000

| 3.126 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ben Koning**
411 Park Ave. Unit 313
San Jose, CA 95110-2655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ben Laird**
2800 Clarendon Blvd
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ben Lancaster**
1 Washington Sq
San Jose, CA 95113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Ben Lancaster_V**
375 S Ninth Street,
San Jose, CA 95112

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **11/13/2017**
Last 4 digits of account number **2060**

Basis for the claim: **[Notice only] Techshop San Jose -Entry to recreate payment for stale dated check# 43768 issued to Ben Lancaster for Invoice# 2017-02**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ben Lee**
11658 Olive Spring Ct.
Cupertino, CA 95014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ben Lewis**
2023 N 10th St
Phoenix, AZ 85006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ben Li**
455 2nd Ave
Redwood City, CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Long**
896 Guerrero Apt 1
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Lozano**
1749 Gaylora Dr.
Austin, TX 78728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Margolin**
1984 Ticonderoga Dr
San Mateo, CA 94402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Martin**
385 South 14th Street
San Jose, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Matzke**
329 Morewood Ave.
Pittsburgh, PA 15213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Park**
3545 E. Flower St
Phoenix, AZ 85018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Parsons**
6904 Bancroft Woods Dr
Austin, TX 78729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ben partouch**
542 E 79th St.
NewYork, NY 10075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Phan**
5350 Shawnee Street
Springfield, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Rogers**
1357 Clay Street, Apt. 13
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Tarr**
5454 Albemarle Ave.
Pittsburgh, PA 15217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Thacker**
200 Parnassus Ave Unit 401
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Walker**
463 White Chapel Ave
San Jose, CA 95136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Whan**
3323 23rd street
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 244 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.128<br>1 | **Nonpriority creditor's name and mailing address**<br>**Benedict Solis**<br>**11798 N jahn Rd**<br>**alma center, WI 54611**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.128<br>2 | **Nonpriority creditor's name and mailing address**<br>**Bengt Persson**<br>**198 Caznew Ave**<br>**Sausalito, CA 94965**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.128<br>3 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Obeng**<br>**525 S Forest Ave**<br>**Tempe, AZ 85281**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.128<br>4 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Pulawa**<br>**630 Grand View Ave #304**<br>**San Francisco, CA 94114**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.128<br>5 | **Nonpriority creditor's name and mailing address**<br>**Benjamin A Board**<br>**445 Vinewood**<br>**Wyandotte, MI 48192**<br><br>Date(s) debt was incurred **10/9/2015**<br>Last 4 digits of account number **NA** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29,641.10** |
|---|---|---|

| 3.128<br>6 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Andreson**<br>**3246 Cambridge Ct.**<br>**Fairfax, VA 22030**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.128<br>7 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Barrera**<br>**1110 Cherokee Ave**<br>**Royal Oak, MI 48067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 245 of 1000

| 3.1288 | **Nonpriority creditor's name and mailing address** <br> **Benjamin Bergansky** <br> **9284 E. Amethyst Quartz Dr.** <br> **Tucson, AZ 85747** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|
| 3.1289 | **Nonpriority creditor's name and mailing address** <br> **Benjamin blake** <br> **1040 howard st apt 3** <br> **san francisco, CA 94103** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.1290 | **Nonpriority creditor's name and mailing address** <br> **Benjamin Blumenstein** <br> **680 Lone Pine Road** <br> **Bloomfield Hills, MI 48304** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.1291 | **Nonpriority creditor's name and mailing address** <br> **Benjamin Connors** <br> **1025 Connecticut Ave NW, Suite 1100** <br> **Washington, DC 20036** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.1292 | **Nonpriority creditor's name and mailing address** <br> **Benjamin David Hoomes** <br> **766 Betty Ct** <br> **Sunnyvale, CA 94086** <br><br> Date(s) debt was incurred  **6/22/2011** <br> Last 4 digits of account number  **NA** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$7,727.31** |
| 3.1293 | **Nonpriority creditor's name and mailing address** <br> **Benjamin Davis** <br> **1047 Martin Place** <br> **Ann Arbor, MI 48104** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.1294 | **Nonpriority creditor's name and mailing address** <br> **Benjamin Davis** <br> **2310 Erica Kaitlin Ln** <br> **Cedar Park, TX 78613** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.129 5 | **Nonpriority creditor's name and mailing address** **Benjamin Glenn** **2529 Graceland Ave** **San Carlos, CA 94070** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.129 6 | **Nonpriority creditor's name and mailing address** **Benjamin Griffith** **3625 Great Laurel Lane** **Fairfax, VA 22033** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.129 7 | **Nonpriority creditor's name and mailing address** **Benjamin Gross** **3021 John Marshall Drive** **Arlington, VA 22207** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.129 8 | **Nonpriority creditor's name and mailing address** **Benjamin Hibbs** **18 Worth Street** **San Francisco, CA 94114** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.129 9 | **Nonpriority creditor's name and mailing address** **Benjamin Hill** **741 W. Euclid** **Detroit, MI 48202** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.130 0 | **Nonpriority creditor's name and mailing address** **Benjamin J Corrie** **1847 Powell St.** **San Francisco, CA 94133** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$29,313.64** |

Date(s) debt was incurred **12/30/2015**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.130 1 | **Nonpriority creditor's name and mailing address** **Benjamin Johnson** **545 E Braddock Rd, APT 201** **Alexandria, VA 22314** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 247 of 1000

| 3.130 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,533.72 |
|---|---|---|---|

**Benjamin Joseph Holt**
**949 Steinway Ave.**
**Campbell, CA 95008**

Date(s) debt was incurred  5/16/2011
Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Klamm**
**1494 Chickadee Ct**
**Sunnyvale, CA 94087**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Klemme**
**3650 Rutledge Common**
**Fremont, CA 94538**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Krantz**
**531 41st Aves**
**San Francisco, CA 94121**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Lee**
**16006 Knollwood Dr. Apt F**
**Dearboorn, MI 48120**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Lippi**
**21720 Snow Ave**
**Dearborn, MI 48124**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Martin**
**316 B St**
**South San Francisco, CA 94080**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 248 of 1000

| 3.130 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin McCandless**
5529 Jackson St.
Pittsburgh, PA 15206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Newton**
7501 E MCDOWELL RD APT 2193
Scottsdale, AZ 85257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Rigby**
44 Elsie St.
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Saliba**
37 Crestwater Ct
Staten Island, NY 10305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Shindel**
3833 E. Carson Rd
Phoenix, AZ 85042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Stark**
401 S. Laclede Station Rd.
Webster Groves, MO 63119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Stinnett**
3473 North First St.
San Jose, CA 95134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 249 of 1000

| 3.131<br>6 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Stitcher**<br>**3015 Paulowna St.**<br>**Pittsburgh, PA 15219** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred　_
Last 4 digits of account number　_

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No　☐ Yes

| 3.131<br>7 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Tee**<br>**54 Grand St**<br>**Redwood Cit, CA 94303** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred　_
Last 4 digits of account number　_

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No　☐ Yes

| 3.131<br>8 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Tovar**<br>**3625 Eagles Nest St.**<br>**Round Rock, TX 78665** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred　_
Last 4 digits of account number　_

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No　☐ Yes

| 3.131<br>9 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Walker**<br>**701 E. Apache Blvd. I-4110**<br>**Tempe, AZ 85281** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred　_
Last 4 digits of account number　_

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No　☐ Yes

| 3.132<br>0 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Webb**<br>**203 Arcadia St.**<br>**San Francisco, CA 94131** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred　_
Last 4 digits of account number　_

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No　☐ Yes

| 3.132<br>1 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Wechsler**<br>**5468 Bartlett St**<br>**Pittsburgh, PA 15217** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred　_
Last 4 digits of account number　_

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No　☐ Yes

| 3.132<br>2 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Wierzbanowski**<br>**1401 21st s**<br>**arlington, VA 22202** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred　_
Last 4 digits of account number　_

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No　☐ Yes

Case: 18-50398　Doc# 2　Filed: 02/26/18　Entered: 02/26/18 18:01:21　Page 250 of 1000

| 3.132 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Wilson**
**2955 N OREGON ST UNIT 6**
**CHANDLER, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Wolf**
**4990 Columbia Pike,  Apt 508**
**Arlington, VA 22204**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Wong**
**30 Sugar Hill Dr.**
**Hillsborough, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjasmin Hudson**
**8111 ox road**
**Fairfax Station, VA 22039**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjie Chen**
**6 Bellingham Dr.**
**Brookline, MA 02467**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benny Alley**
**12001 Dessau Rd**
**Austin, TX 78758**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benny Lyons**
**6087 Torrington Dr**
**Reno, NV 89511**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 251 of 1000

| 3.133 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benyavut Jirasut**
**355 Bryant Street #110**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bergamin Fortunati**
**919 french st nw**
**washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Berj Kalayjian**
**4323 Madison St**
**Hyattsville, MD 20781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bernadette Fernandes**
**3323 Iowa Ave**
**St Louis, MO 63118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bernadette Nisperos**
**380 14th St. Apt 206**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bernard Beck**
**5190 Howes Lane**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bernard Hsiao**
**340 N Fig Tree Ln**
**Plantation, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 252 of 1000

| 3.133 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bernard Kempinski**
**415 E Alexandria Ave**
**Alexandria, VA 22301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,758.90** |
|---|---|---|---|

**Bernard M Boyle and Lucyna Boyle**
**2446 E Hope St**
**Mesa, AZ 85213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/19/2014**

Last 4 digits of account number **NA**

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Chandler LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bernard Nelson**
**South Jefferson**
**Saint Louis, MO 63107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bernardo  Soriano-Gama**
**427 South 5th St App #5**
**San JHose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bernhard Behn**
**1510 Windcrest Dr.**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bernie Klampfl**
**44557 Fenwick Dr.**
**Canton, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bernie Kramer**
**1255 25th st NW APT 510**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 253 of 1000

| 3.134 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bert Mohr**
**2850 Chaseway Ct**
**Ann Arbor, MI 48105**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bertha Kuo**
**19753 Edina Ln**
**Saratoga, CA 95070**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Beryl Perron-Fell**
**415 greene Ave Apt 4**
**Brooklyn, NY 11216**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**Beryl Perron-Feller**
**415 Greene Ave. Apt. 4**
**Brooklyn, NY 11216**

Date(s) debt was incurred  **11/1/2017**
Last 4 digits of account number  **1**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- Instructors Fee for the period 11/02/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bess Siritanapivat**
**2015 Cedar Bend Dr**
**Austin, TX 75081**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Beth Anglin**
**7564 Dale Ave**
**St Louis, MO 63117**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Beth Blankespoor**
**276 Charles Marx Way**
**Palo Alto, CA 94304**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 254 of 1000

| 3.135 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beth Burka**
8045 Big Bend Blvd. Suite 106
St. Louis, MO 63119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beth Gable**
3126 W El Caminito Dr
Phoenix, AZ 85051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beth Letscher**
4320 Forest Park Ste 201
Saint Louis, MO 63108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beth Levison**
6 Viox Way
San Rafael, CA 94901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beth Nakamura**
1481 Dana Ave
Palo Alto, CA 94301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bethany Corrie**
2732 13th Ave
Oakland, CA 94606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Betsy Gutierrez**
1269 Lakeside Drive
Sunnyvale, CA 94085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.1358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bette Houtchens**
**130 San Juan Court**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bevan Turner-Franks**
**11353 s Helen Dr**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Beverly Achterhof**
**342 27th Ave**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Beverly Pitzer**
**145 Arkansas Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,277.06** |
|---|---|---|---|

**Bhatia Family Trust**
**571 Panchita Way**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/12/2011

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bhavi Saklecha**
**45990 tissiack place**
**fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bhavik Patel**
**2012 W. Van Buren St.**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 256 of 1000

| 3.136 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,135.96** |
|---|---|---|---|

**BHL Services, Inc**
3839 Chandler Drive Minneapolis
Minneapolis, MN 55421

Date(s) debt was incurred  **5/10/2017**

Last 4 digits of account number  **7086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Finance Charges on Overdue Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,000.00** |
|---|---|---|---|

**BHL Services, Inc.**
3839 Chandler Drive
Minneapolis, MN 55421-4410

Date(s) debt was incurred  **2/20/2017**

Last 4 digits of account number  **7101**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Work for San Jose site - new building**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**BHL Services, Inc.**
3839 Chandler Drive
Minneapolis, MN 55421-4410

Date(s) debt was incurred  **3/10/2017**

Last 4 digits of account number  **7103**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Work for San Jose site - new building**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$343,674.31** |
|---|---|---|---|

**BHL Services, Inc.**
3839 Chandler Drive
Minneapolis, MN 55421-4410

Date(s) debt was incurred  **4/7/2017**

Last 4 digits of account number  **7082**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Work for San Jose site - new building**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BHL Services, Inc. c/o Michae K. Murray**
625 The City Dr S Ste 190
Orange, CA 92868-4983

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BHL Services, Inc. c/o Michae K. Murray**
625 The City Dr S Ste 190
Orange, CA 92868-4983

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | | |
|---|---|---|
| 3.137 1 | **Nonpriority creditor's name and mailing address**<br>**BHL Services, Inc. c/o Michae K. Murray**<br>**625 The City Dr S Ste 190**<br>**Orange, CA 92868-4983**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **[Notice - lawsuit]**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.137 2 | **Nonpriority creditor's name and mailing address**<br>**Bianca Jackson**<br>**19 Wayside Dr**<br>**St Louis, MO 63135**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.137 3 | **Nonpriority creditor's name and mailing address**<br>**Bic Luther**<br>**1364 S. Almaden Ave**<br>**San Jose, CA 95110**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.137 4 | **Nonpriority creditor's name and mailing address**<br>**Bila Aberra**<br>**4433 Lincoln Way, Apt 5**<br>**San Francisco, CA 94122**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.137 5 | **Nonpriority creditor's name and mailing address**<br>**Bill Barany**<br>**237 20th ave**<br>**San Francisco, CA 94121**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.137 6 | **Nonpriority creditor's name and mailing address**<br>**Bill Brasier**<br>**271 Skyline Ridge**<br>**Los Gatos, CA 95033**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.137 7 | **Nonpriority creditor's name and mailing address**<br>**Bill Brown**<br>**1701 W Flintlock Way**<br>**Chandler, AZ 85286-0937**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 258 of 1000

| 3.137 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill Cawthorne**
**159 Monroe Dr.**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.137 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill Cheng**
**127 Belcrest Ave.**
**Daly City, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.138 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill Croughan**
**358 Croughan Rd**
**Crowley, LA 70526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.138 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill Cuthbert**
**1267 Fort Park**
**Lincoln, MI 48146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.138 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill Dunlevy**
**721 Six Mile Rd**
**Whitmore Lake, MI 48189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.138 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill Dwyer**
**517 Glenwood Ave., Apt A**
**Menlo Park, CA 94026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.138 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bill Greenwell**
**621 Hawthorne Ln**
**Round Rock, TX 78664**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bill Hastings**
**1404 Melbourne St.**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bill Hathaway**
**1160 Mckay Dr**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bill Heckman**
**44700 Helm St**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bill Janitor**
**12047 Coller Hwy**
**Tipton, MI 49287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bill Jantz**
**25593 Tireman**
**Troy, MI 48127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.139 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bill Latka**
**10030 Marshall lane**
**Traverse City, MI 49685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.139 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bill Lloyd**
**1901 Sky High Drive**
**New Brighton, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 260 of 1000

| 3.139 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill McCullough**
2535 W. Fairview St.
Chandler, AZ 85224

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill Moore**
4025 Bohannon Dr
Menlo Park, CA 94025

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,791.78 |
|---|---|---|---|

**Bill Morre**
4025 Bohannon Dr
Menlo Park, CA 94025

Date(s) debt was incurred  **2/22/2016**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill Owen**
24601 Voorhees Dr
Los Altos Hills, CA 94022

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill Palmer**
18780 Aspesi Dr
Saratoga, CA 95070

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill Porter**
1725 S. Coronado Rd.
Gilbert, AZ 85295

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill Quinn**
26609 N 160th St
Scottsdale, AZ 85262

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.1399** | |

**Nonpriority creditor's name and mailing address**
**Bill Richett**
**19391 Clement Rd**
**Northville, MI 48167**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.1400** | |

**Nonpriority creditor's name and mailing address**
**Bill Robertson**
**6619 Whitbourne Dr**
**San Jose, CA 95120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.1401** | |

**Nonpriority creditor's name and mailing address**
**Bill Sarette**
**1602 W. Browning Way**
**Chandler, AZ 85286**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.1402** | |

**Nonpriority creditor's name and mailing address**
**Bill Selak**
**300 Marchmont Dr.**
**Los Gatos, CA 95032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.1403** | |

**Nonpriority creditor's name and mailing address**
**Bill Selak**
**300 Marchmont Dr.**
**Los Gatos, CA 95032-5659**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.1404** | |

**Nonpriority creditor's name and mailing address**
**Bill Siever**
**7307 Weil Ave.**
**Saint Louis, MO 63119**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.1405** | |

**Nonpriority creditor's name and mailing address**
**Bill Siever_V**
**7307 Weil Ave.**
**St. Louis, MO 63119**

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **4**

As of the petition filing date, the claim is: *Check all that apply.*      **$90.00**

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 09-16-2017**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 262 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.140 6 | **Nonpriority creditor's name and mailing address**<br>**Bill Siever_V**<br>**7307 Weil Ave.**<br>**St. Louis, MO 63119**<br><br>**Date(s) debt was incurred** 8/31/2017<br>**Last 4 digits of account number** 3 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** [Notice only] Techshop St. Louis- Instructor fee for the period 08/01/2017 to 08/04/2017<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$540.00** |
|---|---|---|---|

| 3.140 7 | **Nonpriority creditor's name and mailing address**<br>**Bill Spangler**<br>**471 Carolina Ln**<br>**Palo Alto, CA 94306**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |

| 3.140 8 | **Nonpriority creditor's name and mailing address**<br>**Bill Stender**<br>**665 3rd St Ste. 120**<br>**San Francisco, CA 94107**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |

| 3.140 9 | **Nonpriority creditor's name and mailing address**<br>**Bill Stewart**<br>**530 Showers Drive 7-313**<br>**Mountain View, CA 94040**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |

| 3.141 0 | **Nonpriority creditor's name and mailing address**<br>**Bill Stults**<br>**2301 Locust St.**<br>**St. Louis, MO 63103**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |

| 3.141 1 | **Nonpriority creditor's name and mailing address**<br>**Bill Szabo**<br>**335 Butler St.**<br>**Pittsburgh, PA 15223**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |

| 3.141 2 | **Nonpriority creditor's name and mailing address**<br>**Bill Szeles**<br>**19113 Barksdale Ct**<br>**Germantown, MD 20874**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 263 of 1000

| 3.141 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill Welch**
PO Box 2010
Sunnyvale, CA 94087

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill Wester**
4317 Verdigris Circle
San Jose, CA 95134

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill Williams**
5315 Sierra Rd
San Jose, CA 95132

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Billie Luhning**
100 Winchester Dr
Dripping Springs, TX 78620

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Billy Pierce**
3550 E. Aris Dr.
Gilbert, AZ 85298

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Binh Thai**
216 S Eldorado St
San Mateo, CA 94401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bipin Shah**
2723 Morgan Drive Apt 10
San Ramon, CA 94583

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 264 of 1000

---

3.142
0

**Nonpriority creditor's name and mailing address**
**Bjorn Berg**
**5145 Harvest Estates**
**San Jose, CA 95135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.142
1

**Nonpriority creditor's name and mailing address**
**Bjorn Temple**
**3131 N Main St unit B**
**Soquel, CA 95073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.142
2

**Nonpriority creditor's name and mailing address**
**Black Antelope Inc.**
**5406 NE 198th Place**
**Lake Forest Park, WA 98155**

Date(s) debt was incurred  **7/11/2016**

Last 4 digits of account number  **06te**

As of the petition filing date, the claim is: Check all that apply.                    **$1,312.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate Programming Services for the website & CRM for the period 06/01/2016 to 06/30/2016**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.142
3

**Nonpriority creditor's name and mailing address**
**Black Antelope Inc.**
**5406 NE 198th Place**
**Lake Forest Park, WA 98155**

Date(s) debt was incurred  **8/8/2016**

Last 4 digits of account number  **03ab**

As of the petition filing date, the claim is: Check all that apply.                    **$6,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services for Abu Dhabi for the period 03/01/2016 to 03/31/2016**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.142
4

**Nonpriority creditor's name and mailing address**
**Black Antelope Inc.**
**5406 NE 198th Place**
**Lake Forest Park, WA 98155**

Date(s) debt was incurred  **8/12/2016**

Last 4 digits of account number  **07te**

As of the petition filing date, the claim is: Check all that apply.                    **$1,050.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CRM payment for the period 07/12/2016 to 07/27/2016**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.142
5

**Nonpriority creditor's name and mailing address**
**Black Antelope Inc.**
**5406 NE 198th Place**
**Lake Forest Park, WA 98155**

Date(s) debt was incurred  **8/12/2016**

Last 4 digits of account number  **07ab**

As of the petition filing date, the claim is: Check all that apply.                    **$337.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CRM and Push critical payment for the period 07/01/2016 to 07/14/2016**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 265 of 1000

| | | |
|---|---|---|
| 3.142 6 | **Nonpriority creditor's name and mailing address**<br>**Black Antelope Inc.**<br>**5406 NE 198th Place**<br>**Lake Forest Park, WA 98155**<br><br>Date(s) debt was incurred  9/6/2016<br>Last 4 digits of account number  08te | As of the petition filing date, the claim is: *Check all that apply.*  **$600.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CRM payment for the period 08/03/2016 to 08/10/2016**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.142 7 | **Nonpriority creditor's name and mailing address**<br>**Black Antelope Inc.**<br>**5406 NE 198th Place**<br>**Lake Forest Park, WA 98155**<br><br>Date(s) debt was incurred  9/6/2016<br>Last 4 digits of account number  08ab | As of the petition filing date, the claim is: *Check all that apply.*  **$262.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CRM and Push critical payment for the period 08/01/2016 to 08/14/2016**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.142 8 | **Nonpriority creditor's name and mailing address**<br>**Black Antelope Inc.**<br>**5406 NE 198th Place**<br>**Lake Forest Park, WA 98155**<br><br>Date(s) debt was incurred  10/6/2016<br>Last 4 digits of account number  09te | As of the petition filing date, the claim is: *Check all that apply.*  **$112.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **[TechShop Abu Dhabi 09/09/16] Set up admin accounts**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.142 9 | **Nonpriority creditor's name and mailing address**<br>**Black Antelope Inc.**<br>**5406 NE 198th Place**<br>**Lake Forest Park, WA 98155**<br><br>Date(s) debt was incurred  3/10/2017<br>Last 4 digits of account number  02te | As of the petition filing date, the claim is: *Check all that apply.*  **$225.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **TechShop France 02/14/2017-Paris Set up**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.143 0 | **Nonpriority creditor's name and mailing address**<br>**Black Antelope Inc.**<br>**5406 NE 198th Place**<br>**Lake Forest Park, WA 98155**<br><br>Date(s) debt was incurred  5/2/2017<br>Last 4 digits of account number  04te | As of the petition filing date, the claim is: *Check all that apply.*  **$225.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CRm Feed Importers , uplaoding Files to Acquia Server**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.143 1 | **Nonpriority creditor's name and mailing address**<br>**Blaine Kubesh**<br>**149 Sunrise Cir**<br>**Liberty Hill, TX 78642**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 266 of 1000

**3.143 2**    **Nonpriority creditor's name and mailing address**

**Blaine Monson**
541 S 27TH PL
Mesa, AZ 85204-3040

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.143 3**    **Nonpriority creditor's name and mailing address**

**Blaine Myers**
2126 Columbia Ave.
Pittsburgh, PA 15218

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.143 4**    **Nonpriority creditor's name and mailing address**

**Blaine Schanfeldt**
353 King St #104
San Francisco, CA 94158

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.143 5**    **Nonpriority creditor's name and mailing address**

**Blair Evans**
PO 2488
Detroit, MI 48202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.143 6**    **Nonpriority creditor's name and mailing address**

**Blair Parsons**
4600 S 2nd St.
Austin, TX 78745

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.143 7**    **Nonpriority creditor's name and mailing address**

**Blair Pickerell**
107 Resevoir Rd.
Atherton, CA 94027

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.143 8**    **Nonpriority creditor's name and mailing address**

**Blake and Xuan Commagere**
934 Baines St
E Palo Alto, CA 94303

Date(s) debt was incurred   9/22/2015
Last 4 digits of account number   NA

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Principal and accrued interest for loan to TechShop Inc

Is the claim subject to offset? ☒ No ☐ Yes

**$29,686.25**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 267 of 1000

| 3.143 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blake Carpenter**
96 Sanchez St.
San Francisco, CA 94114

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blake Finnegan**
PO Box 320324
Los Gatos, CA 95125

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blake Groves**
11102 Spicewood Club
Austin, TX 78750

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blake Welch**
15604 N. 47th Pl.
Phoenix, AZ 85032

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blake Werner**
43480 Southerland Way
Fremont, CA 94539

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blayden Jones**
4352 E Santa Rosa Pl
Gilbert, AZ 85234

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blayne Connor**
128 E. Horseshoe Ave.
Gilbert, AZ 85296

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 268 of 1000

| 3.1446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Bo Bramwell**<br>**16439 S. 1st ave.**<br>**phoenix, AZ 85045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Bo Pollett**<br>**2712 Chanbourne**<br>**Vienna, VA 22180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $75.00 |
|---|---|---|---|
| | **BO2W LLC**<br>**12807 Littleton St.**<br>**Silver Spring, MD 20906** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **10/4/2017**<br>Last 4 digits of account number  **1709** | Basis for the claim:  **[Notice only] Techshop DC Arlington- Instructor Fees for instructions  for 09/12/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $212.50 |
|---|---|---|---|
| | **BO2W LLC**<br>**12807 Littleton St.**<br>**Silver Spring, MD 20906** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/1/2017**<br>Last 4 digits of account number  **1708** | Basis for the claim:  **[Notice only] Techshop DC Arlington- Instructor Fees for the period 08/01/2017 to 08/28/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Board of Regents -ASU Lewis Roca Rothger**<br>**One South Church Ave.**<br>**Suite 700**<br>**Tucson, AZ 85701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Boavida Fillemon**<br>**23002 Glenmoor Heights**<br>**Farmington Hills, MI 48356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 269 of 1000

| 3.145 2 | **Nonpriority creditor's name and mailing address**<br>**Bob Bartels**<br>**70925 Outer Dr.**<br>**Dearborn, MI 48124** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 3 | **Nonpriority creditor's name and mailing address**<br>**Bob Bellicitti**<br>**1690 Elwood Dr**<br>**Los Gatos, CA 95032** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 4 | **Nonpriority creditor's name and mailing address**<br>**Bob Bernstein**<br>**1711 Valley View Ave.**<br>**Belmont, CA 94002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 5 | **Nonpriority creditor's name and mailing address**<br>**Bob Carver**<br>**9804 Thinleaf Cove**<br>**Austin, TX 78759** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 6 | **Nonpriority creditor's name and mailing address**<br>**Bob Cass**<br>**756 Harvard Ave**<br>**St Louis, MO 63130** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 7 | **Nonpriority creditor's name and mailing address**<br>**Bob Cote**<br>**172 Potter Dr.**<br>**Belleville, MI 48111** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 8 | **Nonpriority creditor's name and mailing address**<br>**Bob Cousins**<br>**17330 Cordwood Ct**<br>**Saratoga, CA 95070** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 270 of 1000

| 3.145 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Bob Culley**
**806 Coleman Ave. #15**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Bob Dagostino**
**10875 E. El Rancho Dr.**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Bob Davidson**
**7837 NE 112th St.**
**Kirkland, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Bob Davis**
**226 North Clark Ave**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Bob Dyke**
**101 Commodore Dr.**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Bob Faull**
**10491 Menert Rd.**
**Wexford, PA 15090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Bob Feretich**
**6868 Eldridge Dr.**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 271 of 1000

| 3.146 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Gerenser**
**1731 Rocky Mountain Ave.**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Grannan**
**4501 Connecticut Ave. NW, #1116**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Guerrero**
**740 Cedar Ave**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Hartzell**
**6218 Hancock Avenue**
**Saint Louis, MO 63139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Kenyon**
**284 S. 16th St**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Lavin**
**1465 Revere Ave.**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Leads**
**19172 MacArthur**
**Redford, MI 48240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 272 of 1000

| 3.147 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Bob Mascarella** | ☐ Contingent | |
| | **1513 Main St.** | ☐ Unliquidated | |
| | **Cedar Park, TX 78613** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Bob McDonald** | ☐ Contingent | |
| | **220 N. Dithridge St** | ☐ Unliquidated | |
| | **Pittsburrgh, PA 15213** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Bob Monteverde** | ☐ Contingent | |
| | **3469 St Marys Pl** | ☐ Unliquidated | |
| | **Santa Clara, CA 95051** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Bob Murphy** | ☐ Contingent | |
| | **117 Ipswich Way** | ☐ Unliquidated | |
| | **Pleasant Hill, CA 94523** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Bob OBrien** | ☐ Contingent | |
| | **Box 700** | ☐ Unliquidated | |
| | **Mountain View, CA 94042** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Bob Petee** | ☐ Contingent | |
| | **19320 N 75th Drive** | ☐ Unliquidated | |
| | **Glendale, AZ 85308** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Bob Reynolds** | ☐ Contingent | |
| | **4818 N 124th Ave** | ☐ Unliquidated | |
| | **Avondale, AZ 85392** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 273 of 1000

| 3.148 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Sawyer**
**25770 Farmington Rd**
**Farmington Hills, MI 48336**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Schoenthal**
**707 Continental Cir, Apt 1636**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Steinfeld**
**19281 Mountain Way**
**Los Gatos, CA 95030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Sullivan**
**197 Hardwick Rd**
**Woodside, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Wallace**
**1001 Silbury Dr**
**Austin, TX 78758**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bobby  Johnson**
**240 Vendome Rd.**
**GPF, MI 48236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bobby Baca**
**PB Box 791**
**San Bruno, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 274 of 1000

---

**3.148 7**

**Nonpriority creditor's name and mailing address**
**Bobby Brown**
**701 E Apache Blvd #2072**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.148 8**

**Nonpriority creditor's name and mailing address**
**Bobby Chen**
**2315 W. Alamo Dr.**
**Chandler, AZ 85224**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.148 9**

**Nonpriority creditor's name and mailing address**
**Bobby Cossum**
**456 Wayne Ave. Apt. 401**
**Oakland, CA 94606-1157**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.149 0**

**Nonpriority creditor's name and mailing address**
**Bobby Price**
**102 Craig Parry**
**Round Rock, TX 78664**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.149 1**

**Nonpriority creditor's name and mailing address**
**Bobby raddant**
**1307 ludlow st.**
**hamilton, OH 45011**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.149 2**

**Nonpriority creditor's name and mailing address**
**Bobby Richards**
**2506 Grandridge Trail**
**Cedar Park, TX 78613**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.149 3**

**Nonpriority creditor's name and mailing address**
**Bobby Willis**
**1530 north and south rd**
**University city, MO 63130**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.149 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bobby Wood**
1570 W Maggio Way Apt 1018
Chandler, AZ 85224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bonnie MacCurdy**
PO Box 620684
Woodside, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bonnie Rossi**
164 Jefferson Drive, Suite O
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bonnie Spindler**
1550 Fell St
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Boopy Bear**
800 Republic Dr.
Allen Park, MI 48101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Borzou Azabdaftari**
1921 Gallows Road
Vienna, VA 22182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Boyd  Charette**
463 Belvedere Street
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 276 of 1000

| 3.150 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Boyu Jiang**
**1412 Market St, Room 325**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.150 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brad Ashby**
**88 E San Fernando #1510**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.150 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brad Berkin**
**834 Bush St Apt 304**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.150 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brad Black**
**710 Balboa St.**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.150 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brad Carlin**
**1302 Delano St #B**
**Austin, TX 78721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.150 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brad Elik**
**1446 Seiler Rd**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.150 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brad Gibson**
**1705 Scenic Loop**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398　　Doc# 2　　Filed: 02/26/18　　Entered: 02/26/18 18:01:21　　Page 277 of 1000

| | |
|---|---|
| **3.150 8** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Brad Hedrick**
**5405 Evans Ave**
**Austin, TX 78751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.150 9** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Brad Heinemann**
**101 North Warson Road**
**St. Louis, MO 63124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.151 0** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Brad Ikard**
**8010 Manx Drive**
**Round Rock, TX 78681**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.151 1** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Brad Johnson**
**11215 Georgia Avenue Apt 1621**
**Wheaton, MD 20902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.151 2** | **Nonpriority creditor's name and mailing address** | **$1,141.48** |

**Brad Martinson**
**2530 Castello Way,**
**Santa Clara, CA 95051**

Date(s) debt was incurred **10/31/2017**

Last 4 digits of account number **1723**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Instructor class intructions for the period of October 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.151 3** | **Nonpriority creditor's name and mailing address** | **$955.00** |

**Brad Martinson**
**2530 Castello Way,**
**Santa Clara, CA 95051**

Date(s) debt was incurred **9/27/2017**

Last 4 digits of account number **1721**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Instructor class intructions for the period of September 2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 278 of 1000

| 3.151 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,201.48 |
| --- | --- | --- | --- |

**Brad Martinson**
**2530 Castello Way,**
**Santa Clara, CA 95051**

Date(s) debt was incurred  9/1/2017

Last 4 digits of account number  1719

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop San Jose -Instructor class intructions for the period of August 2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Brad Martinson**
**2530 Castello Way**
**Santa Clara, CA 95051**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.00 |
| --- | --- | --- | --- |

**Brad Martinson_V**
**2530 Castello Way**
**Santa Clara, CA 95051**

Date(s) debt was incurred  10/31/2017

Last 4 digits of account number  1724

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop Menlo Park - Instructor class instructions for the period 10/04/2017 to 10/28/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
| --- | --- | --- | --- |

**Brad Martinson_V**
**2530 Castello Way**
**Santa Clara, CA 95051**

Date(s) debt was incurred  9/25/2017

Last 4 digits of account number  1722

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop Menlo Park - Instructor class instructions for the period 09/06/2017 to 09/21/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.00 |
| --- | --- | --- | --- |

**Brad Martinson_V**
**2530 Castello Way**
**Santa Clara, CA 95051**

Date(s) debt was incurred  9/1/2017

Last 4 digits of account number  1720

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop Menlo Park - Instructor class instructions for the period 08/03/2017 to 08/31/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Brad Pipkin**
**1920 Sacramento #2**
**San Francisco, CA 94109**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 279 of 1000

| 3.152 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|------------------------|-------|

**Brad Richardson**
2201 Dry Creek Dr
Round Rock, TX 78681

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|------------------------|-------|

**Brad Ryan**
11 Obey Ave
Pittsburgh, PA 15205

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|------------------------|-------|

**Brad Shaw**
7268 Joffa Cir
Warrenton, VA 20187

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|------------------------|-------|

**Brad Stronger**
1310 Jones St #704
San Francisco, CA 94109

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|------------------------|-------|

**Brad Temple**
PO BOX 2706
Rohnert Park, CA 94928

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|------------------------|-------|

**Brad Whaley**
1293 E. Parkview Dr.
Gilbert, AZ 85295

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|------------------------|-------|

**Bradford Beuc**
780 Radcliffe Avenue
St. Louis, MO 63130

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 280 of 1000

| | |
|---|---|
| **3.152 7** | |

**Nonpriority creditor's name and mailing address**

**Bradford Watkins**
**23101 Edsel Ford Court**
**Saint Clair Shores, MI 48080**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.152 8** | |

**Nonpriority creditor's name and mailing address**

**Bradley  Nokes**
**500 E University Dr #1148**
**Tempe, AZ 85281**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.152 9** | |

**Nonpriority creditor's name and mailing address**

**Bradley  Spare**
**922 Gaspar Vista**
**San Jose, CA 95126**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.153 0** | |

**Nonpriority creditor's name and mailing address**

**Bradley Doyle**
**9620 old lincoln trail**
**Fairview Hights, IL 62208**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.153 1** | |

**Nonpriority creditor's name and mailing address**

**Bradley Hall**
**1104 Tennessee St**
**San Francisco, CA 94107**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.153 2** | |

**Nonpriority creditor's name and mailing address**

**Bradley Keister**
**1307 Ellison St**
**Falls Church, VA 22046**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.153 3** | |

**Nonpriority creditor's name and mailing address**

**Bradley Leong**
**8 Palmer Ln**
**Atherton, CA 94027**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 281 of 1000

| 3.153 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bradley Postier**
**4320 Forest Park Ave, Suite 304**
**Saint Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bradley Taylor**
**836 El Camino Real Apt 3**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bradley Woldrich**
**2120 E Flintlock Way**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bradley Wong**
**948 Cape Jessup Dr**
**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brady Huff**
**1380 Karl St**
**San Jose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brady Hunt**
**21302 E Nightingale Rd**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brady Parker**
**298 S. Boulder Ct.**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 282 of 1000

| | |
|---|---|
| **3.154 1** | |

**Nonpriority creditor's name and mailing address**
**Brandon  Darby**
**18970 Barnhart Ave**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.154 2** | |

**Nonpriority creditor's name and mailing address**
**Brandon  Gerber**
**2232 Westglen Park Drive**
**Maryland Heights, MO 63044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.154 3** | |

**Nonpriority creditor's name and mailing address**
**Brandon  Lent**
**1454 E. Warbler Rd.**
**Gilbert, AZ 85297**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.154 4** | |

**Nonpriority creditor's name and mailing address**
**Brandon Baeza**
**908 Towse Dr**
**Woodland, CA 95776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.154 5** | |

**Nonpriority creditor's name and mailing address**
**Brandon Bianco**
**122 10th Street**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.154 6** | |

**Nonpriority creditor's name and mailing address**
**Brandon Brucker**
**503 Roosevelt Blvd., A122**
**Falls Church, VA 22044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.154 7** | |

**Nonpriority creditor's name and mailing address**
**Brandon Davies-Sekle**
**973 Branch Dr**
**Herndon, VA 20170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 283 of 1000

| 3.154 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brandon Flowers** | ☐ Contingent | |
| **981 n Western Ridge Tr** | ☐ Unliquidated | |
| **Tucson, AZ 85748** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brandon Fosdick** | ☐ Contingent | |
| **430 Navaro Pl, Unit 117** | ☐ Unliquidated | |
| **San Jose, CA 95134** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brandon Gardner** | ☐ Contingent | |
| **13802 Turbine Dr** | ☐ Unliquidated | |
| **Austin, TX 78728** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brandon Howard** | ☐ Contingent | |
| **175 N. Balph Ave.** | ☐ Unliquidated | |
| **Pittsburgh, PA 15202** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brandon Klos** | ☐ Contingent | |
| **5361 Patterson Dr** | ☐ Unliquidated | |
| **Troy, MI 48085** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brandon Lewis** | ☐ Contingent | |
| **1530 Irving St** | ☐ Unliquidated | |
| **San Francisco, CA 94122** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brandon Locke** | ☐ Contingent | |
| **5638 Oleatha** | ☐ Unliquidated | |
| **Saint Louis, MO 63139** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 284 of 1000

| 3.155 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Masi**
1003 Chestnut St.
Pittsburgh, PA 15212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Montell**
2731 Bryant St
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Rainer**
1865 E. Rawhide St.
Gilbert, AZ 85296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Reiter**
616 Grant Street
Reynoldsville, PA 15851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Schaal**
1724 Lodi Ave
San Mateo, CA 94401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Shapiro**
1905 E. University Dr. Unit 168
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Sisco**
1092 E. Jade Dr.
Chandler, AZ 85286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 285 of 1000

| 3.156 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Thiergart**
**1900 Pine St, Apt 510**
**St. Louis, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Vangogh**
**1239 Van Dyke Dr**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Wallis**
**2400 N. Arizona Ave., Apt. 1077**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Wiley**
**1800 Lavaca St #809**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Zimmerman**
**1640 W Springfield Way**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandt  Hewitt**
**1009 Irving St Apr 4**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandyn Kinsey**
**12100 Samsung Blvd**
**Austin, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | | |
|---|---|---|
| **3.156<br>9** | **Nonpriority creditor's name and mailing address**<br>**Brannon Smith**<br>**135 Devonshire Blvd**<br>**San Carlos, CA 94070** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.157<br>0** | **Nonpriority creditor's name and mailing address**<br>**Braum Katz**<br>**11710 Old Georgetown Rd Apt 413**<br>**Rockville, MD 20852** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.157<br>1** | **Nonpriority creditor's name and mailing address**<br>**Braunreuther Lambert family Living Trust**<br>**1596 Edmond Ct**<br>**San Jose, CA 95125** | **$27,909.78** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/14/2014**
Last 4 digits of account number  **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.157<br>2** | **Nonpriority creditor's name and mailing address**<br>**Brayton Batson**<br>**531 North Ave.**<br>**Pittsburgh, PA 15209** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.157<br>3** | **Nonpriority creditor's name and mailing address**<br>**Bre Pettis**<br>**306 Livingston St. #2**<br>**Brooklyn, NY 11217** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.157<br>4** | **Nonpriority creditor's name and mailing address**<br>**Brea McClanahan**<br>**2601 La Frontera Blvd #4308**<br>**Round Rock, TX 78681** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.157<br>5** | **Nonpriority creditor's name and mailing address**<br>**Bree Hood**<br>**300 Berry St. #806**<br>**San Francisco, CA 94158** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 287 of 1000

| | | |
|---|---|---|
| 3.157<br>6 | **Nonpriority creditor's name and mailing address**<br>**Brenda Betancourt**<br>**878 Castlewood Drive Unit 2**<br>**Los Gatos, CA 95032**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　　**$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.157<br>7 | **Nonpriority creditor's name and mailing address**<br>**Brenda Ely**<br>**6275 Mojave Dr**<br>**San Jose, CA 95120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　　**$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.157<br>8 | **Nonpriority creditor's name and mailing address**<br>**Brenda Flowers**<br>**2543 Erie Dr**<br>**Concord, CA 94519**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　　**$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.157<br>9 | **Nonpriority creditor's name and mailing address**<br>**Brenda Johnstone**<br>**1496 Brys Dr.**<br>**Grosse Pointe Woods, MI 48236**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　　**$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.158<br>0 | **Nonpriority creditor's name and mailing address**<br>**Brenda Larcom**<br>**1850 Pruneridge Ave, #1**<br>**Santa Clara, CA 95050**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　　**$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.158<br>1 | **Nonpriority creditor's name and mailing address**<br>**Brenda Walker**<br>**220 E. Ivanhoe Street**<br>**Gilbert, AZ 85296**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　　**$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.158<br>2 | **Nonpriority creditor's name and mailing address**<br>**Brendan A. Flicker, c/o Mintzer, Sarowit**<br>**Suite 390, EQT Plaza**<br>**Pittsburgh, PA 15222**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　　**Unknown**<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:　**[Notice - lawsuit]**<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

Case: 18-50398　　Doc# 2　　Filed: 02/26/18　　Entered: 02/26/18 18:01:21　　Page 288 of 1000

| 3.158 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brendan A. Flicker, c/o Mintzer, Sarowit**
**Suite 390, EQT Plaza**
**Pittsburgh, PA 15222**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brendan A. Flicker, c/o Mintzer, Sarowit**
**Suite 390, EQT Plaza**
**Pittsburgh, PA 15222**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brendan Bennet**
**PO Box 476**
**Aptos, CA 95001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brendan DAngelo**
**1528 Constasso Way**
**San Jose, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brendan Levy**
**100 Waller St, Apt 635**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brendan McMullan**
**555 Idylberry Rd.**
**San Rafael, CA 94903**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brendan Ngo**
**32449 Woodland Dr**
**Union City, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.159 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brendan Siegl**
**1014 New Chester Ct.**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brendan Smith**
**1100 Clark Ave**
**St. Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brendan Strongin-Kain**
**454 58th St**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brendon Veldboom**
**25235 Stawberry Lane**
**Southfield, MI 48033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brennan Hamilton**
**1460 S Bates St**
**Birmingham, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brennon Anderson**
**3951 E Horseshoe Pl**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brent Baggett**
**4207 Steve Scarbrough**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.159 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brent Burton**
**12901 Stanzel Dr**
**Austin, TX 78729**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brent Durbin**
**6314 Northwood Apt 2W**
**Saint Louis, MO 63105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brent Gammon**
**25 Fairway Pl.**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brent Gerberding**
**1293 Hester Avenue**
**San Jose, CA 95126**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brent Hayashi**
**820 E Apache Dr**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brent Jackson**
**Pobox 27131**
**Austin, TX 78755**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brent Lucas**
**1481 Wildrose Way**
**Mountain View, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 291 of 1000

| | | |
| --- | --- | --- |
| 3.160 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Brent Lupia**
3818 El Camino Pl
Alexandria, VA 22309

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
| --- | --- | --- |
| 3.160 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Brent Musat**
916 Cannoneer Ln
Austin, TX 78757

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
| --- | --- | --- |
| 3.160 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Brent Nelson**
PO Box 476
La Honda, CA 94020

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
| --- | --- | --- |
| 3.160 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Brent Schorsch**
1621 Minardi Ave
San Jose, CA 95125

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
| --- | --- | --- |
| 3.160 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Brent Smith**
PO Box 1466
Mesa, AZ 85211

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
| --- | --- | --- |
| 3.160 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Brent Thomas**
705 E 47th St
Austin, TX 78751

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
| --- | --- | --- |
| 3.161 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Brent Thorne**
1290 Grove Street #506
San Francisco, CA 94117

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 292 of 1000

| 3.161 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brenton Murray** c/o G Garb, 1141 Polk Avenue Sunnyvale, CA 94086 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brenton White** 69 16th St, Ste 2 Brooklyn, NY 11215 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brett  Kalmes** SLPS St. Louis, MO 63146 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brett  Williams** 4975 Miami Street St. Louis, MO 63139 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brett Anderson** 1455 Adams Drive, Ste 1081 Menlo Park, CA 94025 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brett Bowman** 261 Gates St. San Francisco, CA 94110 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brett Close** 2307 S 2nd St Austin, TX 78704 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161 8**

**Nonpriority creditor's name and mailing address**

**Brett Gray**
**1100 E Humano Ln. #400**
**Austin, TX 78753**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161 9**

**Nonpriority creditor's name and mailing address**

**Brett Groshong**
**1338 The Alameda**
**San Jose, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

**Brett Grossman**
**318 Cordillera Trace**
**Boerne, TX 78006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162 1**

**Nonpriority creditor's name and mailing address**

**Brett Halle**
**1807D Santa Rita Road, Suite 266**
**Pleasanton, CA 94566**

Date(s) debt was incurred **1/10/2008**

Last 4 digits of account number **NA**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$36,304.86**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162 2**

**Nonpriority creditor's name and mailing address**

**Brett Halle**
**1807D Santa Rita Road, Suite 266**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162 3**

**Nonpriority creditor's name and mailing address**

**Brett Harris**
**1009 19th ST S**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162 4**

**Nonpriority creditor's name and mailing address**

**Brett Hazlett**
**1836 Sonoma Ave.**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 294 of 1000

| 3.162 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Hileman**
1300 E Riverside Dr D408
Austin, TX 78741

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Brett Hotze**
745 W. Jewel Ave.
Kirkwood, MO 63122

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **1BCH**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- Instructor fee for the period 10/03/2017-10/24/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Brett Hotze**
745 W. Jewel Ave.
Kirkwood, MO 63122

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **1BCH**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- Instructor fee for the period 09/10/2017-09/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Brett Hotze**
745 W. Jewel Ave.
Kirkwood, MO 63122

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **1BCH**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- Instructor fee for the period 08/01/2017-08/29/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Hotze**
745 W. Jewel
Kirkwood, MO 63122

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Marinoff**
723 Taylor St #601
San Francisco, CA 94108

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 295 of 1000

| 3.163 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brett Reeder**
**68 Norton Ave.**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.163 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brett Smith**
**172 Park St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.163 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brett Stottlemyer**
**30051 Marshall St**
**Southfield, MI 48076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.163 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brett Wilson**
**1258 E. Mia Lane**
**GIlbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.163 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brett Wingate**
**1621 W. Del Rio**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.163 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brett Wooley**
**14426 S13th Way**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.163 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brettbrettbrett Kennedy**
**1206 1/4 S. Ash Ave.**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 296 of 1000

| 3.1638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Breya Robinson**
**2621 Webster Ave.**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian  Caponi**
**1841 Fair Oak Ct**
**Rochester Hills, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian  Hintz**
**6245 Sharp rd**
**Swartz Creek, MI 48473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian  Marszowski**
**220 Vera Ave**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,564.38** |
|---|---|---|---|

**Brian A. Beardmore**
**292 Laquesta Dr**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/23/2013**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Alexander**
**7166 Gruber Court**
**San Jose, CA 95139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Amaral**
**800 W. Willis Rd. Apt. 2123**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 297 of 1000

| 3.164 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brian Andrade**
1360 Vinci Park Way
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brian Aswege**
14303 Jennave Ln
Austin, TX 78728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brian Batko**
18401 Clearview Drive
Southgate, MI 48195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brian Batronis**
912 E Drexel Dr
Gilbert, AZ 85297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brian Beardmore**
292 Laquesta Dr
Danville, CA 94526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brian Becker**
1899 N Westwood Blvd, PMB219
Poplar Bluff, MO 63901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brian Boockholdt**
6334 Camino Verde Drive
San Jose, CA 95119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 298 of 1000

| 3.165 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brian Brown** **2601 Esperanza Xing** **Austin, TX 78757** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brian Buechler** **3460 14th St. NW, Apt. 456** **Washington, DC 20010** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brian Carlile** **6280 McNeil Ranch Apt 712** **Austin, TX 78729** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brian Carver** **5540 Tea Leaf St** **Las Vegas, NV 89031** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brian Case** **809 Colby Street** **San francisco, CA 94134** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brian Childers** **2442 Michele Jean Way** **Santa Clara, CA 95050** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brian Chiu** **205 E. 77th St Apt. 12B** **New York, NY 10075** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.165 9 | **Nonpriority creditor's name and mailing address**<br>**Brian Cook**<br>**1513 Hallcrest Dr.**<br>**San Jose, CA 95118**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.166 0 | **Nonpriority creditor's name and mailing address**<br>**Brian Curcio**<br>**2461 S. Nolina Dr.**<br>**Chandler, AZ 85286**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.166 1 | **Nonpriority creditor's name and mailing address**<br>**Brian Czarnecki**<br>**1526 Crooks Rd**<br>**Royal Oak, MI 48067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.166 2 | **Nonpriority creditor's name and mailing address**<br>**Brian DuPraw**<br>**758 Maria Way**<br>**Gilroy, CA 95020**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.166 3 | **Nonpriority creditor's name and mailing address**<br>**Brian Engel**<br>**9913 Oak Hollow Dr**<br>**Austin, TX 78758**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.166 4 | **Nonpriority creditor's name and mailing address**<br>**Brian Escribano**<br>**501 Hillside Drive**<br>**Round Rock, TX 78681**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.166 5 | **Nonpriority creditor's name and mailing address**<br>**Brian Faull**<br>**106 Charles Drive**<br>**Carnegie, PA 15106**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 300 of 1000

---

**3.166 6**

**Nonpriority creditor's name and mailing address**
**Brian Grimshaw**
**6969 Queenswood Way**
**San Jose, CA 95120**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.166 7**

**Nonpriority creditor's name and mailing address**
**Brian Guenther**
**354 Chaparrall Cr Dr**
**Hazelwood, MO 63042**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.166 8**

**Nonpriority creditor's name and mailing address**
**Brian Haroldson**
**5915 Nevada Ave NW**
**Washington, DC 20015**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.166 9**

**Nonpriority creditor's name and mailing address**
**Brian Harrington**
**2100 Flagler Pl NW**
**Washington, DC 20001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.167 0**

**Nonpriority creditor's name and mailing address**
**Brian Harris**
**2200 Lake Road**
**Belmont, CA 94002**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.167 1**

**Nonpriority creditor's name and mailing address**
**Brian Hensley**
**6347 S. Amulet**
**Mesa, AZ 85212**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.167 2**

**Nonpriority creditor's name and mailing address**
**Brian Jankowski**
**18859 Gaylord**
**Redford, MI 48240**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 3 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|---|

**Brian Janowski**
**131 W. Harry Ave**
**Hazel Park, MI 48030**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **10/25/2017**

Last 4 digits of account number **95**

Basis for the claim: **[Notice only] Techshop Detroit- Instructor class instructions dated 10/18/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 4 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|---|

**Brian Janowski**
**131 W. Harry Ave**
**Hazel Park, MI 48030**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/25/2017**

Last 4 digits of account number **94**

Basis for the claim: **[Notice only] Techshop Detroit- Instructor class instructions for period 08/30/2017 to 09/20/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 5 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|---|

**Brian Janowski**
**131 W. Harry Ave**
**Hazel Park, MI 48030**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **8/24/2017**

Last 4 digits of account number **93**

Basis for the claim: **[Notice only] Techshop Detroit- Instructor class instructions for period 07/26/2017 to 08/23/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 6 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|---|

**Brian Janowski**
**9170 Groh**
**Grosse Ile, MI 48138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 7 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|---|

**Brian King**
**PO Box 257**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 8 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|---|

**Brian Kistler**
**1815 Lafayette Ave.**
**SAINT LOUIS, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 302 of 1000

| 3.167 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Knott**
440 w charleston rd
palo alto, CA 94306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Lindemann**
P.O. Box 510
New London, MO 63459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian M. Trigg**
4103 Komes Court
Alexandria, VA 22306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Manley**
1855 Turk St. #9
San Francisco, CA 94115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Maslowsky**
1801 Crystal Drive
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Mathews**
447 CHATHAM RD
BURLINGAME, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian May**
1108 Collin Wood West Dr.
Austin, TX 78753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 303 of 1000

| 3.168 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Mayer**
**307 Tannahill St**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Menard**
**1332 Hoover St**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Merrell**
**700 N Wakefield St. #1**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Miller**
**808 Oak Grove Road**
**Knox, PA 16232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**brian murray**
**1210 bruntford ave**
**silver spring, MD 20904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Nester**
**214 McHenry Street**
**vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Nguyen**
**6180 Jarvis Ave. #J**
**Newark, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398　　Doc# 2　　Filed: 02/26/18　　Entered: 02/26/18 18:01:21　　Page 304 of 1000

| 3.169 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Perlstein**
**1 Village Center Drive, Building 45 Floo**
**Van Buren TWP, MI 48111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Powell**
**2619 Pit Cairne Rd**
**Monroeville, PA 15146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Preston**
**182 Suffolk Dr.**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Ramsey**
**2801 Wells Branch Pkwy**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Reaume**
**31755 Middleboro**
**Livonia, MI 48154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Riley**
**1000 Foster City Blvd Apt. 4204**
**Foster City, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Rus**
**715 Eucalyptus Avenue**
**Novato, CA 94947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398　　Doc# 2　　Filed: 02/26/18　　Entered: 02/26/18 18:01:21　　Page 305 of 1000

| 3.170<br>0 | **Nonpriority creditor's name and mailing address**<br>**Brian Ruskauff**<br>**340 1st Street, Apt. 302**<br>**Rochester, MI 48307** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>1 | **Nonpriority creditor's name and mailing address**<br>**Brian Sentman**<br>**6219 Treywood Lane**<br>**Manassas, VA 20112** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>2 | **Nonpriority creditor's name and mailing address**<br>**Brian Sharp**<br>**555 Florida St Apt 218**<br>**San Francisco, CA 94110** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>3 | **Nonpriority creditor's name and mailing address**<br>**Brian Shire**<br>**4104 24th St. #9**<br>**San Francisco, CA 94114** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>4 | **Nonpriority creditor's name and mailing address**<br>**Brian Smith**<br>**7530 Ironwood Drive**<br>**Dublin, CA 94568** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>5 | **Nonpriority creditor's name and mailing address**<br>**Brian Smith**<br>**33 Edcina Ave #514**<br>**Palo Alto, CA 94301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>6 | **Nonpriority creditor's name and mailing address**<br>**Brian Smith**<br>**250 West 90th Street - Apt 14H**<br>**New York, NY 10024** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 306 of 1000

| 3.170 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Sparano**
**1 Batten Ln.**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Speir**
**P.O. Box 352**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Sullivan**
**615 Indiana St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Svoboda**
**100 Michael Angelo Way**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Tran**
**2222 Quimby Rd**
**San Jose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Turner**
**1905 Plantation Ct**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian VanderZanden**
**2232 Larkin St #102**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 307 of 1000

| 3.171 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Volker**
4068 E. Del Rio
Gilbert, AZ 85296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Waterman**
896 E Indian Wells Pl
Chandler, AZ 85249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Werner**
2009 Long Castle Forest Ct
Chesterfield, MO 63017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Wilson**
5911 howe street apt 10
pittsburgh, PA 15232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Briana Wallace**
456 Heatherbray Ct.
San Jose, CA 95136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brianna Greenwell**
621 Hawthorne Lane
Round Rock, TX 78664

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brianna Neeley**
4284 N. 81st Street
Scottsdale, AZ 85251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398 Doc# 2 Filed: 02/26/18 Entered: 02/26/18 18:01:21 Page 308 of 1000

| 3.172 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Brianna Pickering**
**1458 20th Ave. #302**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,675.00** |

**BRIANNE BENNESS_V**
**847 42nd Ave.**
**San Francisco, CA 94121**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred 9/15/2017

Last 4 digits of account number 0804

**Basis for the claim:** [Notice only] Techshop SOMA - Steam classes for the period 08/01/2017 to 08/18/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Brice Shelton**
**2725 Old Course Dr**
**Austin, TX 78732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Bridget Quaid**
**1473 Almaden Valley Dr**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Bridget Quinn**
**1130 Vinewood**
**Detroit, MI 48216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Briget Campbell**
**644 Scofield Ave.**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Brigham Hausman**
**755 vienna street, san francisco**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 309 of 1000

| 3.172 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brighton Hornbaker**
**4225 W. Monterey St.**
**Chandler, AZ 85226**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brigit Ueber**
**627 Central Ave**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brigitte Richardson**
**7354 colchester lane**
**West Bloomfield, MI 48322**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Britt Bahney**
**1525 Cherokee Run**
**Pflugerville, TX 78660**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittany Daugs**
**3209 Hartford St**
**St Louis, MO 63118**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittany Nez**
**218 Kiowa**
**Flagstaff, AZ 86001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittany Wells**
**800 W Willis Rd #2123**
**Chandler, AZ 85286**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 310 of 1000

| 3.173 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brody Willard**
10339 E. Caribbean Lane
scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bronek Dutkiewicz**
P.O.Box 246
Quantico, VA 22134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brooke Fosaaen**
4366 Maryland Avenue #110
Saint Louis, MO 63108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brooke Wills**
12590 Miraloma Way
Los Altos, CA 94024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brooks Gillmore**
360 nueces
Austn, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brooks Morgan**
140 Beaver St.
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce  Menning**
845 Shadowlawn
Inkster, MI 48141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce  Pease**
20526 Coachwood Rd.
Riverview, MI 48193

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce Beyeler**
6402 W. Bluefiled Ave
Glendale, AZ 85308

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce Bitner**
1307 Pagedale Drive
Cedar Park, TX 78613-5807

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce Campney**
P.O. Box 1417
Pflugerville, TX 78691

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce Chen**
1002 N 3rd St.
San Jose, CA 95112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce Deng**
50 Lee Ave
San Francisco, CA 94112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,183.56 |
|---|---|---|---|

**Bruce Deng & Terry Leung**
50 Lee Ave
San Francisco, CA 94112

Date(s) debt was incurred  **7/1/2016**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 312 of 1000

| 3.1749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Bruce Duncan**
12 3rd ave - po box 384
Davenport, CA 95017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Bruce Eng**
1032 irving st. #727
san francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Bruce Freedman**
1142 Sherwood Court
Sunnyvale, CA 94087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Bruce Furman**
3230 South Ct
Palo Alto, CA 94306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Bruce Gibson**
1753 Harbor Edinburg Rd.
Edinburg, PA 16116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Bruce Gottlieb**
236 West Portal Ave#61
San Francisco, CA 94127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Bruce Grant**
Natoma Street #4
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 313 of 1000

| 3.175 6 | **Nonpriority creditor's name and mailing address** **Bruce Hillsberg** **11 Elston Court** **San Carlos, CA 94070** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 7 | **Nonpriority creditor's name and mailing address** **Bruce Kendall** **881 Pecan Ct.** **Sunnyvale, CA 94087** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 8 | **Nonpriority creditor's name and mailing address** **Bruce Koach** **7900 Ceberry Drive** **Austin, TX 78759** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 9 | **Nonpriority creditor's name and mailing address** **Bruce McCulley** **P.O.Box 2002** **Washington, DC 20013** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 0 | **Nonpriority creditor's name and mailing address** **Bruce McLellan** **P. O. Box 1419** **Round Rock, TX 78665** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 1 | **Nonpriority creditor's name and mailing address** **Bruce Mooring** **20025 Burbage Cir** **Cary, NC 27519** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 2 | **Nonpriority creditor's name and mailing address** **Bruce Orisek, MD** **114 New Brighton Road** **Aptos, CA 95003** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 314 of 1000

| 3.176 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bruce Pla**
**1558 Pershing Dr., Apt. D**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bruce Taylor**
**3950 Mount Royal Blvd**
**Allison Park, PA 15101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bruce Webb**
**9217 HWY 290 W STE 160**
**Austin, TX 78736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bruce Wonnacott**
**751 Laurel St #724**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,306.85** |
|---|---|---|---|

**Bruno Kranzen**
**576 Maybell Ave.**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/9/2013**
Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bruno Kranzen**
**576 Maybell Ave.**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Bachar**
**2104 Judah Street**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 315 of 1000

| 3.177 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Barnes**
**4776 E Guadalupe Rd Apt 2083**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Beck**
**303 Tadley Ct.**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Bolger**
**6925 Sylvania ln**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Boyd**
**12103 Salem House Way**
**Austin, TX 78753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Camp**
**4447 E. HARRISON ST**
**GILBERT, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Curley**
**3454 E. Sports Dr.**
**Gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Day**
**32 Turquoise way**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 3.177 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Edmundson**
4115 Russel Blvd
St. Louis, MO 63110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.177 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Flickinger**
8880 Brady
Redford, MI 48239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.177 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Ghingold**
2043 Kendon Dr East
Pittsburgh, PA 15221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.178 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Glenn**
560 Old Frankstown Road
Monroeville, PA 15146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.178 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Groves**
11102 Spicewood Club
Austin, TX 78750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.178 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Ingersoll**
421 Breezewood Drive
Ballwin, MO 63011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.178 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Kane**
306 54th St.
Pittsburgh, PA 15201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 317 of 1000

| 3.178 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Klech**
**1725 Celeste Drive**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Kroh**
**4923 Centre Ave**
**Pittsburgh, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Levin**
**707 Continental Cir #1436**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Luhning**
**100 Winchester dr**
**Dripping Springs, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan McCoid**
**1101 Vine St.**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Ritoper**
**113 S. Mary Ave Apt 206**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Spears**
**28540 Glasgow St.**
**Southfield, MI 48076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number _(if known)_ |
|---|---|---|
| | Name | |

| 3.179 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Bryan Ugaz**
**17137Patina St.**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Bryant Davis**
**21616 Califa St, Suite 204**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Bryce Alvarez**
**142 N Milpitas Blvd #329**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Bryce Daines**
**8 Ridgegate Dr**
**ST. LOUIS, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Bryce Edwards**
**2638 Broad St**
**Bethal Park, PA 15102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Bryce Nakagawa**
**1317 Norton St.**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Bryce Smith**
**7388 W 83rd Street**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 319 of 1000

| 3.1798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryce Stammerjohan**
5426 Brookdale Ave
Oakland, CA 94619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryon Majusiak**
2514 College Ave. #4
Berkeley, CA 94704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brysen Hannappel**
5625 N 4th St
Phoenix, AZ 85012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Buddy Bernhard**
516 15th Street NE
Washington, DC 20002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bunny McCarthy**
404 Sheldon St
Petaluma, CA 94952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Burak Nehbit**
1390 Market St Apt 1619
San Francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Burli Johnson**
9826 N lake Creek #16310
Austin, TX 78717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 320 of 1000

| 3.180 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Burt Cyr**
**2239 Solano Dr**
**Camarillo, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Byron Meinerth**
**1104 Sanchez Ave.**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Byron Revels**
**143 N. Catamaran Cir**
**Pittsburg, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,566.02** |
|---|---|---|---|

**C. William Spangler and Nancy L. Spangle**
**471 Carolina Ln**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2010**
Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,915.33** |
|---|---|---|---|

**c/o Enhanced Value Strategies 4260 Fores**
**c/o Enhanced Value Strategies**
**1401 South Brentwood Blvd, Suite 400**
**St. Louis, MO 63144**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/1/2017**
Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop St. Louis- CAM Charges for Nov 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$409.32** |
|---|---|---|---|

**c/o Enhanced Value Strategies 4260 Fores**
**c/o Enhanced Value Strategies**
**1401 South Brentwood Blvd, Suite 400**
**St. Louis, MO 63144**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/1/2017**
Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop St. Louis- CAM Charges for July 2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,915.33** |
| c/o Enhanced Value Strategies 4260 Fores | ■ Contingent | |
| c/o Enhanced Value Strategies | ☐ Unliquidated | |
| 1401 South Brentwood Blvd, Suite 400 | ■ Disputed | |
| St. Louis, MO 63144 | | |
| **Date(s) debt was incurred** __10/1/2017__ | **Basis for the claim:** [Notice only] Techshop St. Louis- CAM Charges for October 2017 | |
| **Last 4 digits of account number** __2017__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,915.33** |
| c/o Enhanced Value Strategies 4260 Fores | ■ Contingent | |
| c/o Enhanced Value Strategies | ☐ Unliquidated | |
| 1401 South Brentwood Blvd, Suite 400 | ■ Disputed | |
| St. Louis, MO 63144 | | |
| **Date(s) debt was incurred** __9/1/2017__ | **Basis for the claim:** [Notice only] Techshop St. Louis- CAM Charges for September 2017 | |
| **Last 4 digits of account number** __2017__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,290.50** |
| c/o Enhanced Value Strategies 4260 Fores | ■ Contingent | |
| c/o Enhanced Value Strategies | ☐ Unliquidated | |
| 1401 South Brentwood Blvd, Suite 400 | ■ Disputed | |
| St. Louis, MO 63144 | | |
| **Date(s) debt was incurred** __5/25/2017__ | **Basis for the claim:** [Notice only] Techshop St. Louis- CAM Charges for Jan 2017, March-May 2017 per statement | |
| **Last 4 digits of account number** __2017__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,007.33** |
| c/o Enhanced Value Strategies 4260 Fores | ■ Contingent | |
| c/o Enhanced Value Strategies | ☐ Unliquidated | |
| 1401 South Brentwood Blvd, Suite 400 | ■ Disputed | |
| St. Louis, MO 63144 | | |
| **Date(s) debt was incurred** __6/1/2017__ | **Basis for the claim:** [Notice only] Techshop St. Louis- CAM Charges for June 2017 | |
| **Last 4 digits of account number** __2017__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$581.58** |
| c/o Enhanced Value Strategies 4260 Fores | ■ Contingent | |
| c/o Enhanced Value Strategies | ☐ Unliquidated | |
| 1401 South Brentwood Blvd, Suite 400 | ■ Disputed | |
| St. Louis, MO 63144 | | |
| **Date(s) debt was incurred** __6/9/2017__ | **Basis for the claim:** [Notice only] Techshop St. Louis- Gas Service 05/31 | |
| **Last 4 digits of account number** __3117__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,007.33** |
| c/o Enhanced Value Strategies 4260 Fores | ■ Contingent | |
| c/o Enhanced Value Strategies | ☐ Unliquidated | |
| 1401 South Brentwood Blvd, Suite 400 | ■ Disputed | |
| St. Louis, MO 63144 | | |
| **Date(s) debt was incurred** __7/1/2017__ | **Basis for the claim:** [Notice only] Techshop St. Louis- CAM Charges for July 2017 | |
| **Last 4 digits of account number** __2017__ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 322 of 1000

| 3.181 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,151.33 |
|---|---|---|---|

**c/o Enhanced Value Strategies 4260 Fores**
**c/o Enhanced Value Strategies**
**1401 South Brentwood Blvd, Suite 400**
**St. Louis, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/1/2017

Last 4 digits of account number  2017

Basis for the claim:  [Notice only] Techshop St. Louis- CAM Charges for August 2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cadence Shae**
**3350 24th St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caitlin  Deck**
**20 granite creek road**
**Santa Cruz, CA 95065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caitlin Freeman**
**3219 Joe Hammer Sq.**
**Pittsburgh, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caitlin Gorman**
**701 Pennsylvania Ave #103**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caitlyn Meeks**
**1312 Hayes Street**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caleb Crome**
**5060 Kingston Way**
**San Jose, CA 95130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 323 of 1000

| | |
|---|---|
| **3.182 4** | |

**Nonpriority creditor's name and mailing address**
**Caleb Healy**
**7704 Walden Dr**
**Austin, TX 78750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.182 5** | |

**Nonpriority creditor's name and mailing address**
**Caleb Henry Crome**
**5060 Kingston Way**
**San Jose, CA 95130**

Date(s) debt was incurred  **3/13/2013**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: _Check all that apply._                          **$26,397.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.182 6** | |

**Nonpriority creditor's name and mailing address**
**Caleb McCord**
**1720 Wells Branch Pkwy 6204**
**Austin, TX 78728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.182 7** | |

**Nonpriority creditor's name and mailing address**
**Caleb Poenitzsch**
**260 Lexington Ddr**
**Austin, TX 78737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.182 8** | |

**Nonpriority creditor's name and mailing address**
**Caleb Wright**
**495 Toft Street**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.182 9** | |

**Nonpriority creditor's name and mailing address**
**Caleigh  Clark**
**740 W. Cinnabar Ave.**
**Phoenix, AZ 85021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.183 0** | |

**Nonpriority creditor's name and mailing address**
**Callahan Blum**
**638 26th Ave**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 324 of 1000

| | |
|---|---|
| **3.183 1** | |

**Nonpriority creditor's name and mailing address**
**Callie Koch**
**208 Devon Drive**
**San Rafael, CA 94903**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.183 2** | |

**Nonpriority creditor's name and mailing address**
**Callier's Catering**
**14787 Manchester Road,**
**Ballwin, MO 63011-3705**

Date(s) debt was incurred  **11/8/2017**
Last 4 digits of account number  **5795**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$218.72**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _[Notice only] Techshop St. Louis- Deluxe Boxed_
_Lunches_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.183 3** | |

**Nonpriority creditor's name and mailing address**
**Calvin Olson**
**5701 Westslope Drive #21**
**Austin, TX 78731**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.183 4** | |

**Nonpriority creditor's name and mailing address**
**Calvin R. Olson and Leslie T. Olson**
**5701 Westslope Drive #21**
**Austin, TX 78731**

Date(s) debt was incurred  **3/30/2011**
Last 4 digits of account number  **NA**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$27,238.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Principal and accrued interest for loan to TechShop_
_San Jose LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.183 5** | |

**Nonpriority creditor's name and mailing address**
**Calvin Tung**
**1331 Pire Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.183 6** | |

**Nonpriority creditor's name and mailing address**
**Calvin Vernon**
**7241 W Globe Ave**
**Phoenix, AZ 85043**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.183 7** | |

**Nonpriority creditor's name and mailing address**
**Calvin Waddy**
**20808 Middle Belt**
**Farmington Hills, MI 48336**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 325 of 1000

| 3.1838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Calvin Zhen**
**1019 Stockton**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron  Chen**
**48277 Hackberry Street**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron  Owens**
**903 Mammoth Court**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Beach**
**2656 W. Gold Dust Ave.**
**San Tan Valley, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Carver**
**701 E. Apache Blvd. #1053**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Cameron Ekstrand**
**865 Parma Way,**
**Los Altos, CA 94024**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/2017**

Last 4 digits of account number  **1**

Basis for the claim:  **[Notice only] Techshop Menlo Park - STEAM Instructor class instruction on dated 08/15/2017 & 08/16/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Latka**
**850 W Buno Rd**
**Milford, MI 48381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 326 of 1000

| 3.184 5 | **Nonpriority creditor's name and mailing address**<br>**Camilla olson**<br>**805 MELVILLE AVE**<br>**palo alto, CA 94301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _<br>Last 4 digits of account number _<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes

| 3.184 6 | **Nonpriority creditor's name and mailing address**<br>**Camille North**<br>**6 Hillside Court**<br>**Austin, TX 78746** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _<br>Last 4 digits of account number _<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes

| 3.184 7 | **Nonpriority creditor's name and mailing address**<br>**Camille Prevost**<br>**9808 Faith & Trust Cv**<br>**Austin, TX 78717** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _<br>Last 4 digits of account number _<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes

| 3.184 8 | **Nonpriority creditor's name and mailing address**<br>**Camille Schoettler**<br>**3130 Alpine Road #288-481**<br>**Portola Valley, CA 94028** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _<br>Last 4 digits of account number _<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes

| 3.184 9 | **Nonpriority creditor's name and mailing address**<br>**Camillia Elci**<br>**4118 Marble Lane**<br>**fairfax, VA 22033** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _<br>Last 4 digits of account number _<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes

| 3.185 0 | **Nonpriority creditor's name and mailing address**<br>**Candace Edgerley**<br>**4206 Christine Place**<br>**Alexandria, VA 22311** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _<br>Last 4 digits of account number _<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes

| 3.185 1 | **Nonpriority creditor's name and mailing address**<br>**Candace Louie**<br>**453 N Rengstorff Ave**<br>**Mountain View, CA 94043** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _<br>Last 4 digits of account number _<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes

| 3.185 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,553.42 |

**Candace S. Edgerley Alexandria**
**4206 Christine Place**
**Alexandria, VA 22311**

Date(s) debt was incurred  9/24/2015

Last 4 digits of account number  NA

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $352.39 |

**Canon Financial Services, Inc.**
**14904 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  11/1/2017

Last 4 digits of account number  0924

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - COPIER/XM7155 - Contract charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $316.40 |

**Canon Financial Services, Inc.**
**14904 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  9/1/2017

Last 4 digits of account number  6996

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - COPIER/XM7155 - Contract charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carey Jung**
**8800 Little Laura Dr**
**Austin, TX 78757**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carey Smith**
**1295 Woodland Ave**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carl Roett**
**521 - 201 Harrison Street**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 328 of 1000

| | | |
|---|---|---|
| **3.185 8** | **Nonpriority creditor's name and mailing address**<br>**Carl Adams**<br>**946 Jackson St.**<br>**Albany, CA 94706**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.185 9** | **Nonpriority creditor's name and mailing address**<br>**Carl Brown**<br>**12081 Lincolnshire Dr**<br>**Austin, TX 78758**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.186 0** | **Nonpriority creditor's name and mailing address**<br>**Carl Daltner**<br>**289 Mingo Road**<br>**Wexford, PA 15090**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.186 1** | **Nonpriority creditor's name and mailing address**<br>**Carl Fattal**<br>**756 7th ave**<br>**redwood city, CA 94063**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.186 2** | **Nonpriority creditor's name and mailing address**<br>**Carl Kuhn**<br>**70 palo alto ave**<br>**San Francisco, CA 94114**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.186 3** | **Nonpriority creditor's name and mailing address**<br>**Carl Reeverts**<br>**436 Otsego Ave**<br>**San Francisco, CA 94112**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.186 4** | **Nonpriority creditor's name and mailing address**<br>**Carl Reisinger**<br>**1023 Kiser Dr.**<br>**San Jose, CA 95120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 329 of 1000

| 3.186 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carl Rosendahl**
**315 Fletcher Drive**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carl Saldanha**
**718 N 2nd Street**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carl Sikes**
**3371 Medford Drive**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,718.47 |
|---|---|---|---|

**Carl Waldspurger**
**517 Georgia Ave**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/21/2015**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carl Waldspurger**
**517 Georgia Ave**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carla JEGGO**
**1245 CLAYTON ST.**
**SAN FRANCISCO, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carla Roley**
**149 Guererro St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 330 of 1000

| 3.187 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlie Trosclair**
3305 Halliday Ave
St. Louis, MO 63118

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos Cueto**
425 Chisholm Valley Drive
Round Rock, TX 78681

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos Agurto**
1555 YOSEMITE AVE, #46
SAN FRANCISCO, CA 94124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos Cardona**
3833 Vincent Ct
Castro Valley, CA 94546

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos Conde Pereda**
1477 Kentfield Avenue
Redwood city, CA 94061

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos DiazSanmiguel**
189 W Santa Clara St
San Jose, CA 95113

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos Fogel**
3502 Kempton Way
Oakland, CA 94611

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 331 of 1000

| 3.187 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Franco**
223 Third Ave
Redwood City, CA 94063

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Koo**
359 Austin Ave
Atherton, CA 94027

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Miller**
1848 Sonoma Ave
Berkeley, CA 94707

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Morin**
565 Geary #106
San Francisco, CA 94102

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Navarro**
603 Bay Rd
Redwood City, CA 94063

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Ortiz**
2333 E. Southern Ave. #1093
Tempe, AZ 85282

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Reyes**
801 Lincoln Lane APT 1303
Dearborn, MI 48126

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

---

**3.1886**

Nonpriority creditor's name and mailing address
**Carlos Rovira Borras**
**PO Box 411705**
**San Francisco, CA 94141**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1887**

Nonpriority creditor's name and mailing address
**Carlos Rubio**
**855 W Diner**
**Gilbert, AZ 85233**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1888**

Nonpriority creditor's name and mailing address
**Carly Heredia**
**223 Birch Creek Dr.**
**Pleasanton, CA 94566**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1889**

Nonpriority creditor's name and mailing address
**Carlyn and Harrolld Luzzolino**
**2920 Tahiti St NE**
**Albuquerque, NM 87112**

Date(s) debt was incurred **7/29/2014**
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

$30,068.49

---

**3.1890**

Nonpriority creditor's name and mailing address
**Carmen Dalalo**
**5979 Bonen Ct.**
**San Jose, CA 95123**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1891**

Nonpriority creditor's name and mailing address
**Carmen Almlie-Martinez**
**648 Giant Way**
**San Jose, CA 95127**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1892**

Nonpriority creditor's name and mailing address
**Carmen Chang**
**2720 madelena ct**
**Round Rock, TX 78665**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 333 of 1000

| 3.189 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Carmen Marie Almlie-Martinez**
**648 Giant Way**
**San Jose, CA 95127**

Date(s) debt was incurred  **8/7/2017**

Last 4 digits of account number  **1047**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor class instruction from 07/01/2017 to 07/19/2017 and Parking Reimbursement**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$337.50** |
|---|---|---|---|

**Carmen Marie Almlie-Martinez**
**648 Giant Way**
**San Jose, CA 95127**

Date(s) debt was incurred  **8/11/2017**

Last 4 digits of account number  **1048**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor class instruction from 08/07/2017 to 08/11/2017 and Parking Reimbursement**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$427.50** |
|---|---|---|---|

**Carmen Marie Almlie-Martinez**
**648 Giant Way**
**San Jose, CA 95127**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **1049**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor class instruction from 08/01/2017 to 08/19/2017 and Parking Reimbursement**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carol  Dimpsey**
**6507 S Hardy #116**
**Tempe, AZ 85283**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carol Ansley**
**195 E Meadows Ct**
**Alpharetta, GA 30005**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,424.22** |
|---|---|---|---|

**Carol B/John Teasley**
**800 Lincoln Lane A1505**
**Dearborn, MI 48126**

Date(s) debt was incurred  **2/8/2016**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 334 of 1000

| 3.1899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carol Bassett**
**6361 Janary Way**
**San Jose, CA 95129**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carol Blumenstein**
**680 Lone Pine Road**
**Bloomfield Hills, MI 48304**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carol Desch**
**4537 E Marion Way**
**Phoenix, AZ 85018**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carol Espinosa**
**325M Sharon Park Dr. #536**
**Menlo Park, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carol Feretich**
**6868 Eldridge Dr.**
**San Jose, CA 95120**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carol Gottlieb**
**226 Valley Vista Dr**
**Camarillo, CA 93010**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carol Gurule**
**433 W. Teakwood Dr.**
**Sun Lakes, AZ 85248**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 335 of 1000

| 3.190 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carol Kennedy**
**506 D St NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carol Koch**
**208 Frbon Drive**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,695.89 |
|---|---|---|---|

**Carol L. Gunby**
**972 Katherine Ct..**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/28/2016**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carol Reiley**
**2111 Latham Street, Apt 201**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carol Rossi**
**5736 Holland Ln**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carol Tinsley**
**16555 S. Kennedy Road**
**los gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carol Wang**
**1105 Vernon Terrace**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 336 of 1000

| 3.191 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carol Wolff**
2199 GORDON AVE
MENLO PARK, CA 94025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carol Wyszomirski**
14155 Middle Ellen Rd
Los Gatos, CA 95033

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carole McShea**
8172 Stone Ridge Dr
Frederick, MD 21702

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carolina Prempeh**
5300 Columbia Pike Apt. 313
Arlington, VA 22204

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carolina Williams**
5208 Curtis Street
Fremont, CA 94538

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caroline  Hudson-Hale**
2935 Garfield St NW
Washington, DC 20008

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caroline Doyle**
61-36 Woodbine St 4A
Queens, NY 11385

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 337 of 1000

| 3.192 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Caroline Gallagher**
10806 Burr Oak Way
Burke, VA 22015

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Caroline Jurney**
112 E Street
Redwood City, CA 94063

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |

**Caroline Lowe**
530 Union Ave. Apt. #709
Saint Louis, MO 63108

Date(s) debt was incurred __10/31/2017__
Last 4 digits of account number __0014__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __[Notice only] Techshop St. Louis- Instructor fee for the period 10/02/2017 to 10/25/2017__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**Caroline Lowe**
530 Union Ave. Apt. #709
Saint Louis, MO 63108

Date(s) debt was incurred __9/30/2017__
Last 4 digits of account number __0013__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __[Notice only] Techshop St. Louis- Instructor fee for the period 09/05/2017 to 09/28/2017__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840.00 |

**Caroline Lowe**
530 Union Ave. Apt. #709
Saint Louis, MO 63108

Date(s) debt was incurred __8/30/2017__
Last 4 digits of account number __0012__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __[Notice only] Techshop St. Louis- Instructor fee for the period 08/02/2017 to 08/29/2017__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Caroline Michaels**
1844 Henrietta St
Birmingham, MI 48009

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 338 of 1000

| | | |
|---|---|---|
| 3.192 6 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Caroline Ott**
**9 Crestwood Dr**
**Clayton, MO 63105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 7 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Caroline Swift**
**3878 Juniata**
**St. Louis, MO 63130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Caroline Walker**
**4507 S. 2nd St.**
**Austin, TX 78745**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.192 9 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Caroline Warmkessel**
**520 Orchard Rd.**
**Felton, CA 95018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.193 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Carolyn Bierman**
**263 Winding Way**
**San Carlos, CA 94070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.193 1 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Carolyn Cookson**
**1014 West Olive Avenue**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.193 2 | **Nonpriority creditor's name and mailing address** | **$29,575.34** |

**Carolyn Lee Luce**
**318 McEvoy St.**
**Redwood City, CA 94061**

Date(s) debt was incurred  **10/21/2013**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 339 of 1000

| 3.193 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carolyn Luce**
**318 McEvoy St.**
**Redwood City, CA 94061**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.193 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carolyn White**
**1431 Dolores St. #3**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.193 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carrie Nardini**
**1004 Bellaire Ave**
**Pittsburgh, PA 15226**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.193 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carrie Parker**
**609 Virginia Avenue Extension**
**Pittsburgh, PA 15215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.193 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carson Hoyt**
**115 San Jose Ave #4**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.193 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carson Storey**
**4865 Club Pl**
**Ypsilanti, MI 48197**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.193 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carson Turner**
**1905 Plantation Ct**
**Round Rock, TX 78681**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 340 of 1000

| 3.194 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carter Steinmann**
3105 High St
Oakland, CA 94619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carter Adair**
4502 S. Hardy Dr.
Tempe, AZ 85282

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carter Durno**
6829 Kingsbury Blvd.
St. Louis, MO 63130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carter Hively**
1431 Rosalia Ave
San Jose, CA 95130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carter Kwon**
500 E University Dr
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carter Wolfe**
404 W. 35th, #202
Austin, TX 78705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,628.78 |
|---|---|---|---|

**Cary Ellis McHugh**
4000 Holly Dr.
San Jose, CA 95127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/28/2011**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398  Doc# 2  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 341 of 1000

| 3.194 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,161.26 |
|---|---|---|---|

**Cary FitzGerald**
**102 Southwood Dr.**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _12/6/2011_

Last 4 digits of account number _NA_

Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cary FitzGerald**
**102 Southwood Dr.**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cary McHugh**
**4000 Holly Dr.**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cary Roberts**
**2005 California St.**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Casey  Janowski**
**8104 Burrell**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Casey Countrywood**
**802 N 4th St.**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Casey Dunn**
**2704 All View Way**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.195<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Casey Fukuda**
528 Seastorm Dr
Redwood City, CA 94065

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Casey Gardonio - Foat**
607 Crofton Circle Court
Ballwin, MO 63021

Date(s) debt was incurred  **9/5/2017**
Last 4 digits of account number  **1706**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 07/13/2017 to 08/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Casey Gardonio-Foat**
607 Crofton Circle Court
Ballwin, MO 63021

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Casey Inman**
123 Wilshire Ct.
San Carlos, CA 94070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Casey McKerchie**
45 Lansing st
San Francisco, CA 94105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Casey Powell**
16969 Dunblaine Ave.
Beverly Hills, MI 48025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Casey Taylor Dunn**
25736 Coyote Dr
Brownstown, MI 48134

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| 3.196 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Cash Weston** | ☐ Contingent | |
| **1255 Annette Ave** | ☐ Unliquidated | |
| **Redwood City, CA 94063** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Cassandra Brockett** | ☐ Contingent | |
| **449 Costa Mesa Ter, Apt C** | ☐ Unliquidated | |
| **Sunnyvale, CA 94085** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Cassandra Brown** | ☐ Contingent | |
| **318 Spear Street Unit 5C** | ☐ Unliquidated | |
| **San Francisco, CA 94105** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Cassandra Strauss** | ☐ Contingent | |
| **1104 S Ash Ave** | ☐ Unliquidated | |
| **Tempe, AZ 85281** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Cassie Chamberlain** | ☐ Contingent | |
| **5610 Scotts Valley Dr. Ste B #522** | ☐ Unliquidated | |
| **Scotts Valley, CA 95066** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Cassy Stein** | ☐ Contingent | |
| **1144 Dry Dam Rd** | ☐ Unliquidated | |
| **Jeannette, PA 15644** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Cat Conley** | ☐ Contingent | |
| **25 Wabash St Apt 1** | ☐ Unliquidated | |
| **Pittsburgh, PA 15220** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 344 of 1000

| 3.196 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cat Paquin**
**38863 Equestrian South**
**Farmington Hills, MI 48331**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cate Dolan**
**4448 arco ave.**
**Saint Louis, MO 63110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cate Schorsch**
**1621 Minardi Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Catherine  Charette**
**1731 BAyberry Ln**
**Tracy, CA 95376**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Catherine Bohrman**
**24600 Dutcher Creek Road**
**Cloverdale, CA 95425**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Catherine Fillmore**
**1410 Judd Rd**
**Saline, MI 48176**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Catherine Horton**
**4054 Lakeside Dr**
**San Jose, CA 95148**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.197 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Catherine Meehan**
**120 Teresita Way**
**Los Gatos, CA 95032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Catherine Woods**
**555 alvarado st**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cathleen Stephens**
**2312 Matador Circle**
**Austin, TX 78746-2321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cathryn Ramin**
**21 Weatherly Drive**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cathy Chou**
**2395 Bryant St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cathy Gindele**
**333 S. Highland**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cathy Moore**
**1724 Zenato Pl**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 346 of 1000

**3.198 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Cathy Moyer**<br>**349 Orchard Ave**<br>**Redwood City, CA 94061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Cathy noble**<br>**19320 Milburn**<br>**livonia, MI 48152** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Cathy Purdy**<br>**18333 Bassano Ave**<br>**Pflugerville, TX 78660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Cathy Thompson**<br>**943 Willow Glen Way**<br>**San Jose, CA 94125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **CC Courth**<br>**PO Box 32623**<br>**Detroit, MI 48232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Cecelia Cutler**<br>**9821 Inwood Rd**<br>**folsom, CA 95630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Cedric Anderson**<br>**2624 Osage St.**<br>**St. Louis, MO 63118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 347 of 1000

| 3.198 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cedric Bosch**
57 S. 3rd St.
Campbell, CA 95008

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Celeste Wizinsky**
6946 Lamphere
Dearborn, MI 48127

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Celeste Conowitch**
1815 27th Ave.
San Francisco, CA 94122

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Celia Saino**
4104 24th Street #758
San Francisco, CA 94114

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Celine Geerling**
4353 Westminster Pl
Saint Louis, MO 63108

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**Central West End**
449 North Euclid #130,
St. louis, MO 63108

Date(s) debt was incurred **10/31/2017**
Last 4 digits of account number **D380**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- CWE Halloween Booth Sponsor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cergio Brown**
5743 S. 21st Pl.
Phoenix, AZ 85040

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 348 of 1000

| | | |
|---|---|---|
| **3.199 6** | Nonpriority creditor's name and mailing address<br>**Cesar  Gomez**<br>**1215 Oates St NE**<br>**Washington, DC 20002**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes      **$0.00** |

| | | |
|---|---|---|
| **3.199 7** | Nonpriority creditor's name and mailing address<br>**Cesar Diaz_Fong**<br>**3032 S Fairway Dr**<br>**Tempe, AZ 85283**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes      **$0.00** |

| | | |
|---|---|---|
| **3.199 8** | Nonpriority creditor's name and mailing address<br>**Cesar Rivera**<br>**4244 Chouteau Ave**<br>**St. Louis, MO 63110**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes      **$0.00** |

| | | |
|---|---|---|
| **3.199 9** | Nonpriority creditor's name and mailing address<br>**Cesar-Manuel Leon-Osorio**<br>**1823 Irving St NW**<br>**Washington, DC 20010**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes      **$0.00** |

| | | |
|---|---|---|
| **3.200 0** | Nonpriority creditor's name and mailing address<br>**CESC PLAZA LIMITED PARTNERSHP**<br>**P.O. BOX 642006**<br>**PITTSBURGH, PA 15264-2006**<br><br>Date(s) debt was incurred  **11/5/2017**<br>Last 4 digits of account number  **2031** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop DC Arlington- Rent & CAM Charges for the month of December 2017**<br><br>Is the claim subject to offset? ■ No  ☐ Yes    **$40,144.03** |

| | | |
|---|---|---|
| **3.200 1** | Nonpriority creditor's name and mailing address<br>**CESC PLAZA LIMITED PARTNERSHP**<br>**P.O. BOX 642006**<br>**PITTSBURGH, PA 15264-2006**<br><br>Date(s) debt was incurred  **11/5/2017**<br>Last 4 digits of account number  **110B** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop DC Arlington- Rent, CAM, Interest and principal amount  on JBG Smith ( Vornado) for December 2017**<br><br>Is the claim subject to offset? ■ No  ☐ Yes    **$16,166.77** |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 349 of 1000

| 3.200 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $40,144.03 |

**Nonpriority creditor's name and mailing address**
CESC PLAZA LIMITED PARTNERSHP
P.O. BOX 642006
PITTSBURGH, PA 15264-2006

Date(s) debt was incurred  **10/5/2017**

Last 4 digits of account number  **2031**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Rent & CAM Charges for the month of November 2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,144.03**

---

| 3.200 3 |

**Nonpriority creditor's name and mailing address**
CESC PLAZA LIMITED PARTNERSHP
P.O. BOX 642006
PITTSBURGH, PA 15264-2006

Date(s) debt was incurred  **10/5/2017**

Last 4 digits of account number  **110B**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Rent, CAM, Interest and principal amount  on JBG Smith ( Vornado) for November 2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,166.77**

---

| 3.200 4 |

**Nonpriority creditor's name and mailing address**
CESC PLAZA LIMITED PARTNERSHP
P.O. BOX 642006
PITTSBURGH, PA 15264-2006

Date(s) debt was incurred  **9/5/2017**

Last 4 digits of account number  **2031**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Rent & CAM Charges for the month of October 2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,144.03**

---

| 3.200 5 |

**Nonpriority creditor's name and mailing address**
CESC PLAZA LIMITED PARTNERSHP
P.O. BOX 642006
PITTSBURGH, PA 15264-2006

Date(s) debt was incurred  **9/5/2017**

Last 4 digits of account number  **110B**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Rent, CAM, Interest and principal amount  on JBG Smith ( Vornado) for October 2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,166.77**

---

| 3.200 6 |

**Nonpriority creditor's name and mailing address**
CESC PLAZA LIMITED PARTNERSHP
P.O. BOX 642006
PITTSBURGH, PA 15264-2006

Date(s) debt was incurred  **8/5/2017**

Last 4 digits of account number  **2031**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Rent & CAM Charges for the month of September 2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,144.03**

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 350 of 1000

**3.2007**

**Nonpriority creditor's name and mailing address**

**CESC PLAZA LIMITED PARTNERSHP**
P.O. BOX 642006
PITTSBURGH, PA 15264-2006

Date(s) debt was incurred  8/5/2017

Last 4 digits of account number  110B

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [Notice only] Techshop DC Arlington- Rent, CAM, Interest and principal amount  on JBG Smith ( Vornado) for September 2017

Is the claim subject to offset? ☐ No ☐ Yes

**$16,166.77**

---

**3.2008**

**Nonpriority creditor's name and mailing address**

**Chad Abramo**
924 Tennis Ave.
Ambler, PA 19002

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2009**

**Nonpriority creditor's name and mailing address**

**Chad Barker**
2364 Masonwood Way
Round Rock, TX 78681

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2010**

**Nonpriority creditor's name and mailing address**

**Chad Barth**
1912 2S
Richmond Heights, MO 63143

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2011**

**Nonpriority creditor's name and mailing address**

**Chad Benigni**
22 Delaware St.
Pontiac, MI 48341

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2012**

**Nonpriority creditor's name and mailing address**

**Chad Esselink**
1996 Causalina S
Caulin, WA 98188

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2013**

**Nonpriority creditor's name and mailing address**

**Chad Franke**
12101 Dessau Rd 1607
Austin, TX 78754

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 351 of 1000

| 3.201 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chad Hammitt**
**167 Greenfield Ave. 2F**
**Pittsburgh, PA 15207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chad Hazlett**
**1575 S Crescent Heights Blvd**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chad Ingerick**
**973 Market St #107**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chad Lester**
**88 Howard Street**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chad Miller**
**3312 Texas Topaz Dr**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chad Musch**
**1001 W. 2nd St.**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chad Nelson**
**604 Ralph Ablanedo**
**Austin, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 352 of 1000

---

| 3.202 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Chad Patterson** | ☐ Contingent | |
| | **3433 Mt Burnside Way** | ☐ Unliquidated | |
| | **Woodbridge, VA 22192** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.202 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Chad Stuemke** | ☐ Contingent | |
| | **20 Terminal Drive, Suite 105** | ☐ Unliquidated | |
| | **East Alton, IL 62024** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.202 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Chad VanZandt** | ☐ Contingent | |
| | **20 Lane Pl** | ☐ Unliquidated | |
| | **Atherton, CA 94027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.202 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Chad Weider** | ☐ Contingent | |
| | **600 fall St #706** | ☐ Unliquidated | |
| | **San Francisco, CA 94102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.202 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Chad Weston** | ☐ Contingent | |
| | **1255 Annette Ave.** | ☐ Unliquidated | |
| | **Redwood City, CA 94063** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.202 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Chai Ng** | ☐ Contingent | |
| | **645 Quince Ln** | ☐ Unliquidated | |
| | **Milpitas, CA 95035** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.202 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,248.68** |
|---|---|---|---|
| | **Chambers-Edwards Year 2000 Revocable Tru** | ☐ Contingent | |
| | **25690 Adams Rd** | ☐ Unliquidated | |
| | **Los Gatos, CA 95033-8177** | ☐ Disputed | |
| | Date(s) debt was incurred  **5/21/2011** | Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC** | |
| | Last 4 digits of account number  **NA** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 353 of 1000

| | |
|---|---|
| Debtor | **TechShop, Inc.** Case number *(if known)* _____ |
| | Name |

| 3.2028 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Chance Simone**<br>28064 Marshal<br>Southfield, MI 48076 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2029 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $672.00 |
|---|---|---|---|
| | **Chancellor Simone**<br>28064 Marshall St.<br>Southfield, MI 48076 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **10/15/2017**<br>Last 4 digits of account number  **23** | Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions dated 09/14/2017 to 10/14/2017** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2030 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.00 |
|---|---|---|---|
| | **Chancellor Simone**<br>28064 Marshall St.<br>Southfield, MI 48076 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **8/25/2017**<br>Last 4 digits of account number  **22** | Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions for period 08/24/2017 to 08/25/2017** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2031 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Chandar Kamalanathan**<br>5900 Bold ruler way<br>Austin, TX 78746 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2032 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Chandler Petrovich Flynn**<br>2105 W Summit Pl<br>Chandler, AZ 85224 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2033 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Chang-Lin Yang**<br>1465 65th St Apt364<br>Emeryville, CA 94608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 354 of 1000

| 3.203 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Changyoul Han**
3092 29th Street, #4K
Astoria, NY 11102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charity Lu**
390 Juanita Wa
Los Altos, CA 94022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charlene Li**
770 27TH AVE
San Mateo, CA 94403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles  Badger**
5658 Cardwell
Garden City, MI 48135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles  Mason**
218 N. Columbus St
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Ambler**
185 Parnassus Avenue
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Bennett**
1901 E Apache Blvd
APT 355
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 355 of 1000

| 3.204 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Charles Blatz** | ☐ Contingent | |
| **1903 North Monroe St** | ☐ Unliquidated | |
| **Arlington, VA 22207** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Charles Boardman** | ☐ Contingent | |
| **4958 Heather Drive, Apt 102** | ☐ Unliquidated | |
| **Dearborn, MI 48126** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Charles Bock** | ☐ Contingent | |
| **30 S Galaxy Dr** | ☐ Unliquidated | |
| **Chandler, AZ 85226** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Charles Bouk** | ☐ Contingent | |
| **13904 Edgecomb Ct.** | ☐ Unliquidated | |
| **Centreville, VA 20120** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Charles Broff** | ☐ Contingent | |
| **302 Fox Chapel Road. #513** | ☐ Unliquidated | |
| **Pittsburgh, PA 15238** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Charles Chiau** | ☐ Contingent | |
| **189 Obispo Ct** | ☐ Unliquidated | |
| **Fremont, CA 94539** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Charles Cole** | ☐ Contingent | |
| **7610 Doral Dr.** | ☐ Unliquidated | |
| **ypsilanti, MI 48197** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.204 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Charles E. (Rick) Richardson** | ☐ Contingent | |
| 1925 W. Cornwallis St | ☐ Unliquidated | |
| Durham, NC 27705 | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,304.62** |
| **Charles Edward Richardson** | ☐ Contingent | |
| 1925 W. Cornwallis Rd | ☐ Unliquidated | |
| Durham, NC 27705 | ☐ Disputed | |
| Date(s) debt was incurred  8/31/2012 | **Basis for the claim:** **Principal and accrued interest for loan to TechShop Detroit LLC** | |
| Last 4 digits of account number  NA | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Charles Freeman** | ☐ Contingent | |
| 611 E 20th St | ☐ Unliquidated | |
| Oakland, CA 94606 | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,334.25** |
| **Charles G Wade** | ☐ Contingent | |
| 136 Mary Way | ☐ Unliquidated | |
| Los Gatos, CA 95032 | ☐ Disputed | |
| Date(s) debt was incurred  12/4/2013 | **Basis for the claim:** **Principal and accrued interest for loan to TechShop Mid Peninsula LLC** | |
| Last 4 digits of account number  NA | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Charles Galpin** | ☐ Contingent | |
| 43643 Mink Meadows Street | ☐ Unliquidated | |
| South RIding, VA 20152 | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |
| **Charles Gatlin** | ■ Contingent | |
| 3460 Flowstone Ln | ☐ Unliquidated | |
| Round Rock, TX 78681 | ■ Disputed | |
| Date(s) debt was incurred  11/1/2017 | **Basis for the claim:** **[Notice only] Techshop Austin -Instructor class instructions for period 10/01/2017 to 10/31/2017** | |
| Last 4 digits of account number  74 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
| **Charles Gatlin** | ☑ Contingent | |
| **3460 Flowstone Ln** | ☐ Unliquidated | |
| **Round Rock, TX 78681** | ☐ Disputed | |
| Date(s) debt was incurred __10/1/2017__ | | |
| Last 4 digits of account number __73__ | **Basis for the claim:** __[Notice only] Techshop Austin -Instructor class instructions for period 09/01/2017 to 09/30/2017__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.205 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
| **Charles Gatlin** | ☑ Contingent | |
| **3460 Flowstone Ln** | ☐ Unliquidated | |
| **Round Rock, TX 78681** | ☐ Disputed | |
| Date(s) debt was incurred __8/30/2017__ | | |
| Last 4 digits of account number __72__ | **Basis for the claim:** __[Notice only] Techshop Austin -Instructor class instructions for period 08/11/2017 to 08/22/2017__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.205 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** |
| **Charles Gatlin** | ☑ Contingent | |
| **3460 Flowstone Ln** | ☐ Unliquidated | |
| **Round Rock, TX 78681** | ☐ Disputed | |
| Date(s) debt was incurred __8/31/2017__ | | |
| Last 4 digits of account number __71__ | **Basis for the claim:** __[Notice only] Techshop Austin -Instructor class instructions for period 07/06/2017 to 07/30/2017__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.205 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Charles Gatlin** | ☐ Contingent | |
| **3460 Flowstone** | ☐ Unliquidated | |
| **Round Rock, TX 78681** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.205 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Charles H. Cheung** | ☐ Contingent | |
| **5332 Hazeltine Ln.** | ☐ Unliquidated | |
| **Dublin, CA 94568** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.205 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Charles Harring** | ☐ Contingent | |
| **32 s 8th st** | ☐ Unliquidated | |
| **San Jose, CA 95112** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 358 of 1000

| 3.206 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Harrington**
8203 Garland Ave. Apt. 2
Takoma Park, MD 20912

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Hawley**
2005 Golden Gate
San Francisco, CA 94115

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,114.32** |
|---|---|---|---|

**Charles Hollie**
22564 Northview Drive
Hayward, CA 94541

Date(s) debt was incurred __10/9/2017__
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Payroll Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Hsiao**
340 N Fig Tree Ln
Plantation, FL 33317

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Huber**
6941 Dartmouth
St. Louis, MO 63108

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Kalapati**
12417 Enchanted Forest Dr
Austin, TX 78727

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Kero**
17163 Harman
Melvindale, MI 48122

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 3.206 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Key**
1297 Laveille Ct.
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.206 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles King**
8680 Lilly Drive
Ypsilanti, MI 48197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.206 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARLES KING**
1301 Delaware Avenue, SW, N609
Washington, DC 20024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Mallet**
10100 N Capitol of TX HWY #108
Austin, TX 78759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Manning**
125 Constitution Drive
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles McNall**
373 Carlos Ave.
Redwood City, CA 94061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Merriam**
18366 Vanderbilt
Saratoga, CA 95070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.207 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Molnar**
23837 Edward
Dearborn, MI 48128

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Molnar**
23837 Edward
Dearborn, MI 48128-1223

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Patisaul**
212 Mint Hill Dr.
Cary, NC 27519

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Phillips**
8317 canola bend
Austin, TX 78729

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $710.00 |
|---|---|---|---|

**Charles Reavis_V**
1043 Savage Rd,
Belleville, MI 48111

Date(s) debt was incurred _10/25/2017_
Last 4 digits of account number _45_

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Detroit- Instructor class instructuions for period 09/26/2017 to 10/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Charles Reavis_V**
1043 Savage Rd,
Belleville, MI 48111

Date(s) debt was incurred _8/25/2017_
Last 4 digits of account number _43_

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Detroit- Instructor class instructions for period 08/10/2017 to 08/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 361 of 1000

---

**3.208 0**

**Nonpriority creditor's name and mailing address**
**Charles Rodriguez**
**280 S. Evergreen #1266**
**Tempe, AZ 85281**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.208 1**

**Nonpriority creditor's name and mailing address**
**Charles Rogers**
**1211 8th Ave. Apt 1**
**Beaver Falls, PA 15010**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.208 2**

**Nonpriority creditor's name and mailing address**
**Charles Stinson**
**78 Mars St.**
**San Francisco, CA 94114**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.208 3**

**Nonpriority creditor's name and mailing address**
**Charles V. Britton**
**293 Cactus Dr.**
**Prospect Hill, NC 27314**

Date(s) debt was incurred **7/31/2008**
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop RDU LLC**

Is the claim subject to offset? ☒ No ☐ Yes

**$12,415.42**

---

**3.208 4**

**Nonpriority creditor's name and mailing address**
**Charles Wade**
**136 Mary Way**
**Los Gatos, CA 95032**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.208 5**

**Nonpriority creditor's name and mailing address**
**Charles Wayman**
**5850 Herma St.**
**San Jose, CA 95123**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.208 6**

**Nonpriority creditor's name and mailing address**
**Charles Webb**
**9509 Bully Hill Cv**
**Austin, TX 78759**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 362 of 1000

**3.208 7**

**Nonpriority creditor's name and mailing address**

**Charles Webster**
**425 L St NW #1130**
**Washington DC, DC 20001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.208 8**

**Nonpriority creditor's name and mailing address**

**Charles Wiltsie**
**24836 Mary**
**Taylor, MI 48180**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.208 9**

**Nonpriority creditor's name and mailing address**

**Charlie Akers**
**0212 Arbor Ave.**
**Belmont, CA 94404**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.209 0**

**Nonpriority creditor's name and mailing address**

**Charlie Blair**
**2237 Cleveland Blvd**
**Granite City, IL 62040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.209 1**

**Nonpriority creditor's name and mailing address**

**Charlie Deckert**
**1114 Terra St**
**Round Rock, TX 78665**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.209 2**

**Nonpriority creditor's name and mailing address**

**Charlie Federspiel**
**1955 Seabee Pl.**
**San Jose, CA 95131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.209 3**

**Nonpriority creditor's name and mailing address**

**Charlie Flickinger**
**1041 Cedar Ridge Run**
**Showlow, AZ 85901**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| | | |
|---|---|---|
| 3.209 4 | **Nonpriority creditor's name and mailing address**<br>**Charlie Galvin**<br>**4105 Cat Hollow Dr**<br>**Austin, TX 78731** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.209 5 | **Nonpriority creditor's name and mailing address**<br>**Charlie Pender**<br>**3910 Gross Road**<br>**Santa Cruz, CA 95062** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.209 6 | **Nonpriority creditor's name and mailing address**<br>**Charlie Shields**<br>**450 35th Avenue**<br>**San Francisco, CA 94121** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.209 7 | **Nonpriority creditor's name and mailing address**<br>**Charlie Spangler**<br>**471 Carolina Lane**<br>**Palo Alto, CA 94306** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.209 8 | **Nonpriority creditor's name and mailing address**<br>**Charlie Wasser**<br>**3665 Almaden Road**<br>**San Jose, CA 95118** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.209 9 | **Nonpriority creditor's name and mailing address**<br>**Charlie Wong**<br>**1419 Silver Avenue**<br>**San Francisco, CA 94134** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.210 0 | **Nonpriority creditor's name and mailing address**<br>**Charlie Xu**<br>**301 Fifth Avenue Apt 516**<br>**Pittsburgh, PA 15222** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.210 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charlotte Guertler**
5735 De Giverville Ave
St. Louis, MO 63112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charlotte Pannell**
10873 Wilkinson Ave.
Cupertino, CA 95014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charneece Fraticelli**
65 Rio Robles E. #1310
San Jose, CA 95134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charu Dwivedi**
455 Brahma way
sunnyvale, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chas Tenret**
1122 6th st NW
Washington, DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chase Doctor**
5070 Westminister Pl
St. Louis, MO 63108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chase Autry**
8065 FM 365
Beaumont, TX 77705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 365 of 1000

| 3.210 8 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Chase Cummings**
**515 Nth 12th St**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 9 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Chase Damis**
**481 W Shannon St**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 0 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Chasen Harris**
**P.O. Box 27736**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 1 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Chelsea Cleghon**
**2146 E Watson Dr**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 2 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Chelsea Kerwin**
**5255 gates rd**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 3 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Cheri Thompson**
**10731 N 140th Way**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 4 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Cheri Werner**
**3720 MIRAMESA Ct**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 366 of 1000

| 3.211 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cheryl Jernigan**
Po Box 13413
Pittsburgh, PA 15243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cheryl  Parker**
17023 Margate
Southfield, MI 48076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cheryl Bauer**
765 Hillcrest Drive
Redwood City, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cheryl Ghauri**
7724 Lee Ave
Alexandria, VA 22308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cheryl Phillips**
4301 Markwood Ln
Fairfax, VA 22033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cheryl Toeppen**
36 Fairview Ave
Atherton, CA 94027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cheryl Troberg**
1718 E Elgin st
Gilbert, AZ 85295

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Chet Gallaway**<br>162 Madera Ave<br>San Carlos, CA 94070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Chet Kurzeja**<br>1510 Laurel Glen<br>Leander, TX 78641 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Chet Monh**<br>6807 N. 16th St.<br>Phoenix, AZ 85014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Chet Sandberg**<br>758 Torreya Ct<br>Palo Alto, CA 94303 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Chetan Mahadeswaraswamy**<br>P.O. Box 678<br>Belmont, CA 94002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,205.48 |
| --- | --- | --- | --- |
| | **Chia Ching Chang**<br>21534 Conradia Court<br>Cupertino, CA 95014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/27/2016**<br>Last 4 digits of account number  **NA** | Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Chien-Yu Chen**<br>88 E. San Fernando St<br>San Jose, CA 95113 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 368 of 1000

| 3.212 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chih-Wei Tang**
**275 Hawthorne Ave Apt. 144**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chingyao Chang**
**5573 Forbes Drive**
**Newark, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chino Monteleon**
**16910 Tortoise St**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chioke Harris**
**6105 Spirit Street**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chip Hogg**
**90 Grant Ave.**
**Bellevue, PA 15202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chip Senkbeil**
**10300 Jollyville Rd., Apt. 1111**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chirag Amin**
**1114 Nevada Avenue**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 18-50398  Doc# 2  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 369 of 1000

| 3.213 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chiraz HAMMAMI**
835 turk st
san francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,142.41 |
|---|---|---|---|

**Chisa Family Ltd Partnership**
2925 Bond St.
Rochester Hills, MI 48309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/12/2012**
Last 4 digits of account number  **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chitra Swaminathan**
2079 Edgwood Dr
Palo Alto, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chiyomi Hirose**
1309 B Maple St.
San Mateo, CA 94402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chloe  Green**
16886 Bold Venture Drive
Leesburg, VA 20176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chloe LeVine**
319 Deerfield Drive
Moraga, CA 94556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chloe Newman**
3952 Woolslayer Way
Pittsburgh, PA 15224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 370 of 1000

| | |
|---|---|
| 3.214 3 | **Nonpriority creditor's name and mailing address**<br>**Chloe Taylor**<br>**320 Sterling St Apt 5ew**<br>**Brooklyn, NY 11225**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.214 4 | **Nonpriority creditor's name and mailing address**<br>**Chricitan Adane**<br>**5731 N 23rd Ave**<br>**Phoenix, AZ 85015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.214 5 | **Nonpriority creditor's name and mailing address**<br>**Chris  Bowman**<br>**1303 Drexel St.**<br>**Dearborn, MI 48128**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.214 6 | **Nonpriority creditor's name and mailing address**<br>**Chris  Carl**<br>**35 Lindorf Dr**<br>**Belleville, IL 62223**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.214 7 | **Nonpriority creditor's name and mailing address**<br>**chris  domaradzki**<br>**1390 market street #2704**<br>**san francisco, CA 94102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.214 8 | **Nonpriority creditor's name and mailing address**<br>**Chris  Gilfillen**<br>**107 S. West Street, PMB 727**<br>**Alexandria, VA 22314**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.214 9 | **Nonpriority creditor's name and mailing address**<br>**Chris  Maynes**<br>**1288 Clifton**<br>**Gilbert, AZ 85295**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 371 of 1000

**3.215 0**

**Nonpriority creditor's name and mailing address**

**Chris Nicholson**
**1 Quarry Lane**
**Helena, MT 59601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215 1**

**Nonpriority creditor's name and mailing address**

**Chris Pine**
**855 Neff Road**
**Grosse Pointe, MI 48230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215 2**

**Nonpriority creditor's name and mailing address**

**Chris Ware**
**3440 Cottage Ave.**
**St. Louis, MO 63115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215 3**

**Nonpriority creditor's name and mailing address**

**Chris Adams**
**8867 Warren**
**Plymouth, MI 48170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215 4**

**Nonpriority creditor's name and mailing address**

**Chris Adoretti**
**1 St Francis Pl #2809**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215 5**

**Nonpriority creditor's name and mailing address**

**Chris Agerton**
**847 Roble Ave #1**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215 6**

**Nonpriority creditor's name and mailing address**

**Chris Anderson**
**1165 Miller Ave**
**Berkeley, CA 94708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

---

**3.215 7**

**Nonpriority creditor's name and mailing address**

**Chris Austin**
**1225 Magdalena Ct**
**Los Altos, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215 8**

**Nonpriority creditor's name and mailing address**

**Chris Banyai**
**1381 S. Central Dr**
**Chandler, AZ 85286**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215 9**

**Nonpriority creditor's name and mailing address**

**Chris Beall**
**420 7th St NW**
**Washington, DC 20004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216 0**

**Nonpriority creditor's name and mailing address**

**Chris Becker**
**3167 turk blvd apt 3**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216 1**

**Nonpriority creditor's name and mailing address**

**Chris Benner**
**2404 Laura Lane**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216 2**

**Nonpriority creditor's name and mailing address**

**Chris Blum**
**638 26th Ave**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216 3**

**Nonpriority creditor's name and mailing address**

**Chris Boncha**
**1200 Dale Ave #64**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.216 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Booth**
**2144 Garry Dr**
**Troy, MI 48083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Boyce**
**936 S. Mystic Ct**
**Gilbert, AZ 85233**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Brigham**
**2600 Harrison St**
**San Francisco, CA 94114**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Bromley**
**830 W Folley St**
**Chandler, AZ 85225**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Brown**
**650 W Boston Blvd**
**Detroit, MI 48202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Busch**
**1304 Lombard St. #9**
**San Francisco, CA 94109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Bushick**
**14430 NW Whistler Ln**
**Portland, OR 97229**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 374 of 1000

| 3.217 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Cabrera**
**325 Union Ave. Apt 240 G**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Chaney**
**1031 Clyde Ave #1901**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Collins**
**2816 Wakefield drive**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$687.50** |
|---|---|---|---|

**Chris Cook_V**
**650 Spruce #3**
**San Francisco, CA 94118**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/25/2017**

Last 4 digits of account number  **20**

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 09/29/2017 to 10/21/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$650.00** |
|---|---|---|---|

**Chris Cook_V**
**650 Spruce #3**
**San Francisco, CA 94118**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/23/2017**

Last 4 digits of account number  **19**

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 09/15/2017 to 09/20/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$262.50** |
|---|---|---|---|

**Chris Cook_V**
**650 Spruce #3**
**San Francisco, CA 94118**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/28/2017**

Last 4 digits of account number  **18**

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 07/30/2017 to 08/24/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 375 of 1000

| 3.217 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---------|-----------------------------------------------------|-----------------------------------------------------------------|-----------|

**Chris Cullers**
**2721 E Virginia Ave**
**Chandler, AZ 85008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Chris Danowski**
**330 Town Center Drive**
**Dearborn, MI 48126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**Chris Dastan**
**2900 W. Highland Street**
**Apt. #131**
**Chandler, AZ 85224**

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **2017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor Class Instructions for the period 09/13/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Chris Deely**
**941 Savannah Avenue**
**Pittsburgh, PA 15221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Chris Donegan**
**405 North 1st Street #214**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Chris Dunn**
**1197 Laurie**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Chris Dusard**
**5014 Saddlehorn Rd**
**Phoenix, AZ 85083**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 376 of 1000

| 3.218 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Elley**
**1901 East 51st Street, Stage**
**Austin, TX 78723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Erchick**
**936 37th Street**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Fisher**
**2132 S. Nancy Lane**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Fitzhugh**
**3797 Pleasant Vista Dr.**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Ford**
**620 w. crestland**
**austin, TX 78752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Frederick**
**PO Box 181**
**Bodega Bay, CA 94923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Fugate**
**3729 Casanova Dr.**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 377 of 1000

| 3.219 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Fulmer**
**4401 Cornwell Rd.**
**Soquel, CA 95073**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Gant**
**3256 Sanibel Ct**
**Round Rock, TX 78681**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Gershten**
**1418 Valota Rd.**
**Redwood City, CA 94061**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Gonzalez**
**7931 Carmel St**
**Gilroy, CA 95020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Green**
**555 Mission Rock St. #501**
**San Francisco, CA 94158**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Guthrie**
**705 W Vernon Ave**
**Phoenix, AZ 85007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Hardin**
**201S Market**
**San jose, CA 95113**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 378 of 1000

---

**3.2198**

**Nonpriority creditor's name and mailing address**
**Chris Harrell**
**1209 Huntly Place**
**Alexandria, VA 22307**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2199**

**Nonpriority creditor's name and mailing address**
**Chris Hollingshead**
**1300 Crystal Dr Apt 1409S**
**Arlington, VA 22202**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2200**

**Nonpriority creditor's name and mailing address**
**Chris Holtzclaw**
**12553 Latona Ct Apt 401**
**Fairfax, VA 22033**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2201**

**Nonpriority creditor's name and mailing address**
**Chris Hosbach**
**7901 Martenview Dr.**
**Taylor, MI 48180**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2202**

**Nonpriority creditor's name and mailing address**
**Chris Jeane**
**875 10th ST NW, Apt 416**
**Washington, DC 20001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2203**

**Nonpriority creditor's name and mailing address**
**Chris Jefferies**
**228 Stanford Ave**
**Kensington, CA 94708**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2204**

**Nonpriority creditor's name and mailing address**
**Chris Kantarjiev**
**1530 Portola Ave.**
**Palo Alto, CA 94306**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 379 of 1000

| 3.220 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Kochan**
**33300 Mission Blvd #18**
**Union City, CA 94587**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.220 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Koehne**
**507 Brunswick St.**
**San Francisco, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.220 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Land**
**2 Allegheny Center**
**Pittsburgh, PA 15212**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.220 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Lang**
**114 Cleland Ave #1**
**Los Gatos, CA 95030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.220 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Linn**
**2802 Louis Rd**
**Palo Alto, CA 94303**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.221 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Lusardi**
**707 Valley Way**
**Santa Clara, CA 95051**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.221 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chris Mahler**
**5800 Magee Bend**
**Austin, TX 78749**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.221 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Malone**
**130 E San Fernando St #304**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Martin**
**4911 Transit Circle**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Mascarin**
**1259 El Camino Real**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Mathyssek**
**1409 Jancey Street**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Maxfield**
**5622 Delor Street**
**Saint Louis, MO 63109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris May**
**888 Brannan St.**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris May**
**7365 Winchester Dr**
**St Louis, MO 63121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 381 of 1000

| 3.221 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris McCarthy**
**42318 Edenbrooke**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris McGee**
**1157 N. Bery Rd**
**St. Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Menke**
**916 Anza St.**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Meyer**
**1050 Crestview Dr #2**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Moore**
**5500 Columbia Pike Apt 519**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Moore**
**332 Fell Street Apt 6**
**SAN FRANCISCO, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Mullin**
**41 Lebanon Hills Dr**
**Pittsburgh, PA 15228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398　Doc# 2　Filed: 02/26/18　Entered: 02/26/18 18:01:21　Page 382 of 1000

| | |
|---|---|
| 3.222 6 | |

**Nonpriority creditor's name and mailing address**
**Chris Newman**
**5730 Allen Ave**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.222 7 | |

**Nonpriority creditor's name and mailing address**
**Chris Newman**
**24868 Lakeland st.**
**Farmington Hills, MI 48336**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.222 8 | |

**Nonpriority creditor's name and mailing address**
**Chris Ochocinski**
**7760 Chichester Rd**
**Canton, MI 48187**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.222 9 | |

**Nonpriority creditor's name and mailing address**
**Chris On**
**3323 Claremont Ave.**
**Berkeley, CA 94705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.223 0 | |

**Nonpriority creditor's name and mailing address**
**Chris Oskuie**
**504 Meadow Ln SW**
**Vienna, VA 22180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.223 1 | |

**Nonpriority creditor's name and mailing address**
**Chris Pamichev**
**10450 corte de seville**
**cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.223 2 | |

**Nonpriority creditor's name and mailing address**
**Chris Paulson**
**3333 Coyote Hill Rd**
**Palo Alto, CA 94304-1314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 383 of 1000

| 3.223 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Pedersen**
**1050 Celilo Dr.**
**Sunnyvale, CA 94087**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Pillow**
**2235 E 6th St. Apt 218**
**Austin, TX 78702**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Pils**
**145 Avery Road**
**Kerrville, TX 78028**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Pimental**
**6810 Bluffwood Ct.**
**San Jose, CA 95120**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Rake**
**406 Warm Breeze Cv**
**Austin, TX 78717**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Robertson**
**3940 Casanova Dr.**
**San Mateo, CA 94402**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Robinson**
**276 Fairfield Ct**
**Palo Alto, CA 94306**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 384 of 1000

**3.2240**

Nonpriority creditor's name and mailing address

**Chris Rosner**
**44A Orchard Avenue**
**Redwood City, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2241**

Nonpriority creditor's name and mailing address

**Chris Ross**
**1333 W Deer Creek Rd**
**Phoenix, AZ 85045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2242**

Nonpriority creditor's name and mailing address

**Chris Roth_V**
**1254 E Boston St**
**Chandler, AZ 85225**

Date(s) debt was incurred  **10/26/2017**

Last 4 digits of account number  **817**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor Class Instruction for the period of 08/10/2017 to 10/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$440.00**

---

**3.2243**

Nonpriority creditor's name and mailing address

**Chris Ruzicka**
**259 Lansbrooke Dr.**
**Chesterfield, MO 63005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2244**

Nonpriority creditor's name and mailing address

**Chris Saari**
**146 1/2 Noe St.**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2245**

Nonpriority creditor's name and mailing address

**Chris Sapyta**
**1095 Santa Cruz**
**Avenue #1**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **8/20/2017**

Last 4 digits of account number  **1705**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instruction for the period 05/01/2017 to 05/08/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 385 of 1000

| 3.224 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$75.00** |
| **Chris Sapyta** | ■ Contingent | | |
| **1095 Santa Cruz** | ☐ Unliquidated | | |
| **Avenue #1** | ■ Disputed | | |
| **Menlo Park, CA 94025** | | | |
| Date(s) debt was incurred **8/20/2017** | Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor class instruction for the period 06/14/2017 to 06/19/2017** | | |
| Last 4 digits of account number **1706** | | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.224 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$37.50** |
| **Chris Sapyta** | ■ Contingent | | |
| **1095 Santa Cruz** | ☐ Unliquidated | | |
| **Avenue #1** | ■ Disputed | | |
| **Menlo Park, CA 94025** | | | |
| Date(s) debt was incurred **8/30/2017** | Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor class instruction for 07/16/2017** | | |
| Last 4 digits of account number **1707** | | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.224 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$437.50** |
| **Chris Sapyta** | ■ Contingent | | |
| **1095 Santa Cruz** | ☐ Unliquidated | | |
| **Avenue #1** | ■ Disputed | | |
| **Menlo Park, CA 94025** | | | |
| Date(s) debt was incurred **9/5/2017** | Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor class instruction for the period 08/05/2017 to 08/30/2017** | | |
| Last 4 digits of account number **1708** | | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.224 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Chris Sapyta** | ☐ Contingent | | |
| **1095 Santa Cruz Ave #1** | ☐ Unliquidated | | |
| **Menlo Park, CA 94025** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.225 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Chris Savage** | ☐ Contingent | | |
| **2021 Mayflower Drive** | ☐ Unliquidated | | |
| **Woodbridge, VA 22192** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.225 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Chris Segraves** | ☐ Contingent | | |
| **15844 Burro Dr** | ☐ Unliquidated | | |
| **Fountain Hill, AZ 85268** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 386 of 1000

---

**3.225 2**

**Nonpriority creditor's name and mailing address**
**Chris Shaffer**
**824 Grand Avenue Pkwy**
**Pflugerville, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225 3**

**Nonpriority creditor's name and mailing address**
**Chris Sharp**
**1730 Arlington Blvd, Apt 507**
**Arlington, VA 22209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225 4**

**Nonpriority creditor's name and mailing address**
**Chris Shull**
**1355 Sage Hen Way Unit R**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225 5**

**Nonpriority creditor's name and mailing address**
**Chris Siegl**
**1014 New Chester Ct.**
**Apex, NC 27502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225 6**

**Nonpriority creditor's name and mailing address**
**Chris Slaughter**
**1003 Justin Ln**
**Austin, TX 78757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225 7**

**Nonpriority creditor's name and mailing address**
**Chris Smith**
**2309 Hairy Man Rd.**
**Round Rock, TX 78681**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225 8**

**Nonpriority creditor's name and mailing address**
**Chris Stevenson**
**25A Delmar St**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 387 of 1000

| 3.225 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Street**
**1438 willowmont ave**
**san jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Tacklind**
**250 Cowper St.**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Thomas**
**4156 Humphrey St**
**Saint Louis, MO 63116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Thompson**
**4943 S Dante**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**Chris Thompson_V**
**4943 S Dante,**
**Mesa, AZ 85212**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _10/27/2017_
Last 4 digits of account number _S018_

Basis for the claim: **[Notice only] Techshop Chandler- Instructor fee for class instructions for the period from [Notice only] Techshop Chandler- 10/04/2017 to 10/18/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Toeppen**
**36 Fairview Ave.**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Vo**
**2301 Columbia Pike, #320**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 388 of 1000

| 3.226 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Voellmann**
903 Lodosa Dr.
Cedar Park, TX 78613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris White**
2604 Camloop Dr.
San Jose, CA 95130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Whitney**
4829 W. Milky Way
Chandler, AZ 85226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Wiegman**
4352 Gibson Ave.
St Louis, MO 63110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Chris Williams**
1085 Tasman Dr; #641
Sunnyvale, CA 94089

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  10/15/2017

Last 4 digits of account number  9

Basis for the claim:  [Notice only] Techshop Menlo Park - Instructor class Instructions for the period 10/01/2017 to 10/15/2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Chris Williams**
1085 Tasman Dr; #641
Sunnyvale, CA 94089

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  10/1/2017

Last 4 digits of account number  8

Basis for the claim:  [Notice only] Techshop Menlo Park - Instructor class Instructions for 09/30/2017

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 389 of 1000

| | |
|---|---|
| 3.227<br>2 | |

**Nonpriority creditor's name and mailing address**

**Chris Winnemann**
**1001 S. Forest Mall**
**Tempe, AZ 85287**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.227<br>3 | |

**Nonpriority creditor's name and mailing address**

**Chris Wiser**
**18400 De Leon Bayou Lane**
**Austin, TX 78738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.227<br>4 | |

**Nonpriority creditor's name and mailing address**

**Chris Yoo**
**180 Manchester St.**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.227<br>5 | |

**Nonpriority creditor's name and mailing address**

**Chris Zegelin**
**15680 Alum Rock Ave.**
**San Jose, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.227<br>6 | |

**Nonpriority creditor's name and mailing address**

**Christa Ansbergs**
**2026 Poplar Ave.**
**East Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.227<br>7 | |

**Nonpriority creditor's name and mailing address**

**Christel Coit**
**2080 Lucretia Ave. , #207**
**San Jose, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.227<br>8 | |

**Nonpriority creditor's name and mailing address**

**Christiaan Marringa**
**1201 Geraldine Way, Apt. 11**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2279 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christian Espinoza** | ☐ Contingent | |
| **278 n 19th St** | ☐ Unliquidated | |
| **San Jose, CA 95112** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2280 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christian Chee`** | ☐ Contingent | |
| **2727 N Price Rd** | ☐ Unliquidated | |
| **Chandler, AZ 85244** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2281 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christian Cox** | ☐ Contingent | |
| **618 Stardust Ln.** | ☐ Unliquidated | |
| **Los Altos, CA 94041** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2282 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christian Delahousse** | ☐ Contingent | |
| **3158 Hoover Street** | ☐ Unliquidated | |
| **Redwood City, CA 94063** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2283 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christian Goodman** | ☐ Contingent | |
| **37077 Bodily Ave** | ☐ Unliquidated | |
| **Fremont, CA 94536** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2284 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christian Handley** | ☐ Contingent | |
| **100 gardner ave 322** | ☐ Unliquidated | |
| **clawson, MI 48017** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2285 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christian Hentges** | ☐ Contingent | |
| **39727 Boat Creek Ct** | ☐ Unliquidated | |
| **Anthem, AZ 85086** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 391 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.2286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christian Keller**
**3442 16th street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christian Krozal**
**29847 Oakley Street**
**Livonia, MI 48154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christian LaRosa**
**500 E. University Dr. #1105**
**Tempe, MA 01203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christian Manders**
**340 Pearl St**
**Pittsburgh, PA 15224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christian Pramuk**
**1229 Soda Canyon Rd**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christian Restifo**
**108 Berwick Drive**
**Pittsburgh, PA 15215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christian Riechert**
**1388 Haight St.**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.229 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christian Sclafani** | ☐ Contingent | |
| **6018 E. Old West Way** | ☐ Unliquidated | |
| **Scottsdale, AZ 85286** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christian Young** | ☐ Contingent | |
| **1410 Pine Meadow Ct** | ☐ Unliquidated | |
| **Pearland, TX 77581** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christian Yousif** | ☐ Contingent | |
| **16422 S 16th Ave** | ☐ Unliquidated | |
| **Phoenix, AZ 85054** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christiane Quintans** | ☐ Contingent | |
| **1175 W. Pecos Rd #1052** | ☐ Unliquidated | |
| **Chandler, AZ 85224** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christie Dudley** | ☐ Contingent | |
| **360 5th Street** | ☐ Unliquidated | |
| **San Francisco, CA 94107** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christie Slightam** | ☐ Contingent | |
| **1286 Hoover St** | ☐ Unliquidated | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christien Slack** | ☐ Contingent | |
| **627 Cunard Dr** | ☐ Unliquidated | |
| **Napa, CA 94558** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 393 of 1000

| 3.230 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christina Andrade**
**1360 Vinci Park Way**
**San Jose, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christina Avgerinos**
**375 10th Ave #2**
**San Francisco, CA 94108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christina Chaivorapol**
**203 Arcadia St.**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christina Chen**
**88 E. San Fernando Street Unit 1811**
**San Jose, CA 95113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christina Chu**
**107 N. Amphlett Blvd**
**San Mateo, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christina Connolly**
**1547 Clay St Apt 105**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christina DeAngelo**
**3900 Santa Rita St, Unit 1**
**Oakland, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 394 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.230 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christina Mancini**
**1307 Shoal Drive**
**San Mateo, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christina Morales**
**12501 Rush Creek Lane**
**Austin, TX 78732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christina Neumann**
**239 Parker Street**
**Pittsburgh, PA 15223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,014.47** |
|---|---|---|---|

**Christina S Chu**
**107 N. Amphlett Blvd**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/20/2010**
Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christina Skieller**
**3003 23rd Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christina Tsien**
**4927 Parkview Place.**
**Saint Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christina VanZandt**
**20 Lane Place**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231 4**

**Nonpriority creditor's name and mailing address**

**Christina Walton**
**600 Spang Rd**
**Baden, PA 15004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.231 5**

**Nonpriority creditor's name and mailing address**

**Christina Willrich**
**2625 Middlefield Rd.**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

**Christine Calara**
**5369 Saddleback Ct**
**El Sobrante, CA 94803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.231 7**

**Nonpriority creditor's name and mailing address**

**Christine Clark**
**3860 S. Peden Dr.**
**Chandler, AZ 85248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.231 8**

**Nonpriority creditor's name and mailing address**

**Christine Del Bonta**
**1408 Jeff Court**
**Concord, CA 94521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.231 9**

**Nonpriority creditor's name and mailing address**

**Christine Groves**
**11102 Spicewood Club**
**Austin, TX 78750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.232 0**

**Nonpriority creditor's name and mailing address**

**Christine Luc**
**2000 Colony St**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 396 of 1000

| 3.232 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Christine Mayer**
**307 Tannahill**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Christine Moor**
**705 Elizabeth Lane**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Christine Nilsson**
**921 N. Woodburne Drive**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Christine Santos**
**3016 Stevens Lane**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Christine Spaulding**
**207 a stowaway**
**lakeway, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Christine Valenti**
**1934 GROVE ST**
**San Francisco, CA, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Christine Won**
**1019 N. Negley Ave, Apt. 9**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 397 of 1000

| 3.232 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Christoph Schuba** | ☐ Contingent | |
| **440 Oak St.** | ☐ Unliquidated | |
| **Mountain View, CA 94041** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Christophe Chaponot** | ☐ Contingent | |
| **140 58th st, Unit 6C** | ☐ Unliquidated | |
| **Brooklyn, NY 11220** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Christophe Pellissier** | ☐ Contingent | |
| **1299 Settle Ave.** | ☐ Unliquidated | |
| **San Jose, CA 95125** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Christopher  Boyle** | ☐ Contingent | |
| **104 W Windsor Ave** | ☐ Unliquidated | |
| **Alexandria, VA 22301** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Christopher  DeBrito** | ☐ Contingent | |
| **39711 Deepwood St** | ☐ Unliquidated | |
| **Canton, MI 48188** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Christopher  McMillin** | ☐ Contingent | |
| **8517 Rimini Cv** | ☐ Unliquidated | |
| **Round Rock, TX 78681** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Christopher  Sweet** | ☐ Contingent | |
| **1800 gough st #7** | ☐ Unliquidated | |
| **San Francisco, CA 94109** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 398 of 1000

**3.233 5** Nonpriority creditor's name and mailing address

**christopher  wilkerson**
**1470 waller st. apt. A**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 6** Nonpriority creditor's name and mailing address

**Christopher Ames**
**1013 W Iris Drive**
**Gilbert, AZ 85233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 7** Nonpriority creditor's name and mailing address

**Christopher and Elecia White**
**2604 Camloop Dr.**
**San Jose, CA 95130**

Date(s) debt was incurred  **12/29/2010**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

$7,345.02

---

**3.233 8** Nonpriority creditor's name and mailing address

**Christopher Ashley**
**116 Springfield**
**Granite City, IL 62040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 9** Nonpriority creditor's name and mailing address

**Christopher Austin**
**1225 MAGDALENA CT**
**LOS ALTOS, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.234 0** Nonpriority creditor's name and mailing address

**Christopher Barner**
**200 Meadowside**
**Hutto, TX 78634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.234 1** Nonpriority creditor's name and mailing address

**Christopher Beasley**
**1075 Rose Ave**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 399 of 1000

| 3.234 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Blancett**
45 Roxbury st
Santa Clara, CA 95050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Boyd**
110 Glasscock Rd
Liberty Hill, TX 78642-5741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Bundy**
3700 Lillick St #110
Santa Clara, CA 95051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Colarusso**
30082 Everett St
Southfield, MI 48076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Cook**
650 Spruce St Apt 3
San Francisco, CA 94118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher DaCunha**
15 Alta Mar Way
San Francisco, CA 94121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Dastan**
2900 W. Highland Street Apt. #131
Chandler, AZ 85224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher DeShon**
31 Dogwood Terrace
Maryville, IL 62062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Detjen**
500 Treat #201
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Duling**
1222 Euclid Street NW
Washington, DC 20009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Emig**
3475 Edison Unit K
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Erwin**
616 courtney hills dr
saint louis, MO 63119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Espinosa**
325M Sharon Park Dr. #536
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Falcone**
751 W Carob Way
Chandler, AZ 85248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 401 of 1000

---

**3.235 6**

**Nonpriority creditor's name and mailing address**

**Christopher Ference**
**3134 Scenic Court**
**Allison Park, PA 15101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.235 7**

**Nonpriority creditor's name and mailing address**

**Christopher Friesen**
**662 Bryan Ave.**
**Sunnyvale, CA 94086**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.235 8**

**Nonpriority creditor's name and mailing address**

**Christopher Fulmer**
**4401 Cornwell Rd.**
**Soquel, CA 95073**

**Date(s) debt was incurred** **9/18/2017**

**Last 4 digits of account number** **31**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** [Notice only] Techshop San Jose -Event - Vacuum Forming, RTV mold making - 08312017

Is the claim subject to offset? ■ No ☐ Yes

**$97.50**

---

**3.235 9**

**Nonpriority creditor's name and mailing address**

**Christopher Fulmer**
**4401 Cornwell Rd.**
**Soquel, CA 95073**

**Date(s) debt was incurred** **9/18/2017**

**Last 4 digits of account number** **32**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** [Notice only] Techshop San Jose -SJ-EVENTS-20170913-SU-CO

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.236 0**

**Nonpriority creditor's name and mailing address**

**Christopher Gillen**
**1083 Oakmont Drive Apt 3**
**San Jose, CA 95117**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 1**

**Nonpriority creditor's name and mailing address**

**Christopher Graves**
**75 Lafayette**
**San Francisco, CA 94103**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 402 of 1000

| 3.236 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Griffin**
**6404 Harrogate Drive**
**Austin, TX 78759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.236 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Hanewinkel**
**116 South Harrison**
**Kirkwood, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.236 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Hatch**
**390 W. Columbia Rd.**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.236 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher He**
**10407 amistad Ct**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.236 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Heather**
**2700 Clarendon Blvd**
**Arlington, VA 22201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.236 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**christopher holbrook**
**654 main st.**
**sausalito, CA 94965**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.236 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Holliday**
**498 Crile Road**
**Washington, PA 15301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 403 of 1000

| 3.2369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Horii**
322 Oakberry Way
San Jose, CA 95123

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Hunt**
1400 Stafford St Apt B6
San Luis Obispo, CA 93405

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Hurlburt**
2821 Autumn Estates
San Jose, CA 95135

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Hykes**
1424 Beamer Lane
Apollo, PA 15613

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Ireland**
1647 Belleville Way #P
Sunnyale, CA 94087

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Janssen**
1507 Michael Drive
Pittsburgh, PA 15227

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Jantze**
524 Emerald Ave
San Carlos, CA 94070-4544

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 404 of 1000

| 3.2376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Jirka**
**300 S Lamar Blvd**
**Austin, TX 78704**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,742.47 |
|---|---|---|---|

**Christopher Jurney**
**112 E Street**
**Redwood City, CA 94063**

Date(s) debt was incurred **3/21/2016**
Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Jurney**
**112 E Street**
**Redwood City, CA 94063**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Kaprielian**
**107 E Hedding St**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Kikel**
**8610 Broad Hill Drive**
**Pittsburgh, PA 15237**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Killen**
**3136 JOHN R ST**
**TRENTON, MI 48183-3676**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Lae**
**1005 E. 8th st**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Latiolais**
**6402 Sailing Breeze Trail**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Lee**
**4100 Forest Park Ave**
**St Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Lopez**
**3241 Elm Apt A**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Marsden**
**6926 Grizzly Bear Court**
**Waldorf, MD 20603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Morgan**
**220 20th St S Apt 311**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Nevill**
**1827 Golden Gate Ave Apt#4**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Newport**
**2268 Tulip Rd**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | |
|---|---|
| 3.239 0 | **Nonpriority creditor's name and mailing address** |

**Christopher Notah**
**1663 E Oakland St**
**Chandler, AZ 85225**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.239 1 | **Nonpriority creditor's name and mailing address** |

**Christopher P. Toeppen & Cheryl S. Toepp**
**36 Fairview Ave.**
**Atherton, CA 94027**

Date(s) debt was incurred  6/16/2011
Last 4 digits of account number  NA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$31,339.14**

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.239 2 | **Nonpriority creditor's name and mailing address** |

**Christopher Peters**
**430 Monte Vista Ave**
**Mill Valley, CA 94941**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.239 3 | **Nonpriority creditor's name and mailing address** |

**Christopher Plucinsky**
**4061 Liberty Ave**
**Pittsburgh, PA 15224**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.239 4 | **Nonpriority creditor's name and mailing address** |

**Christopher Rafie**
**1824 Lakeshore Ave. Apt#7**
**Oakland, CA 94606**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.239 5 | **Nonpriority creditor's name and mailing address** |

**Christopher Reighley**
**P.O. Box 7775 #11369**
**San Francisco, CA 94120**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.239 6 | **Nonpriority creditor's name and mailing address** |

**Christopher Riley**
**2462 S 89th Dr**
**Tolleson, AZ 85353**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 407 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.239 7** | **Nonpriority creditor's name and mailing address**<br>**Christopher Riley_V**<br>**1181 East Cathy Drive**<br>**Gilbert, AZ 85296**<br><br>Date(s) debt was incurred  **10/31/2017**<br>Last 4 digits of account number  **2017** | **As of the petition filing date, the claim is:** Check all that apply.  **$60.00**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop Chandler- Instructor classes Instruction for the period 02/12/2017**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.239 8** | **Nonpriority creditor's name and mailing address**<br>**Christopher Riley_V**<br>**1181 East Cathy Drive**<br>**Gilbert, AZ 85296**<br><br>Date(s) debt was incurred  **8/25/2017**<br>Last 4 digits of account number  **2017** | **As of the petition filing date, the claim is:** Check all that apply.  **$160.00**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop Chandler- Instructor classes Instruction for the period from 07/25/2017 to 08/13/2017**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.239 9** | **Nonpriority creditor's name and mailing address**<br>**Christopher Rinaldo**<br>**1375 miller ave**<br>**san jose, CA 95129**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.240 0** | **Nonpriority creditor's name and mailing address**<br>**Christopher Roth**<br>**1254 E Boston St**<br>**Chandler, AZ 85225**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.240 1** | **Nonpriority creditor's name and mailing address**<br>**Christopher S. Mullin**<br>**41 Lebanon Hills Dr**<br>**Pittsburgh, PA 15228**<br><br>Date(s) debt was incurred  **11/5/2015**<br>Last 4 digits of account number  **NA** | **As of the petition filing date, the claim is:** Check all that apply.  **$29,641.75**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.240 2** | **Nonpriority creditor's name and mailing address**<br>**Christopher Sadej**<br>**1530 Key blvd, apt 330**<br>**ARLINGTON, VA 22209**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| 3.240 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Christopher Sauer** | ☐ Contingent | |
| **18 Sandstone St** | ☐ Unliquidated | |
| **Portola Valley, CA 94028** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Christopher Schmitz** | ☐ Contingent | |
| **5624 Arthur Ave** | ☐ Unliquidated | |
| **Saint Louis, MO 63139** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Christopher Seline** | ☐ Contingent | |
| **680 Mission, Apt 20T** | ☐ Unliquidated | |
| **San Francisco, CA 94105** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$28,490.41** |
| **Christopher Shull** | ☐ Contingent | |
| **1355 Sage Hen Way Unit R** | ☐ Unliquidated | |
| **Sunnyvale, CA 94087** | ☐ Disputed | |
| Date(s) debt was incurred  **5/6/2016** | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number  **NA** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Christopher Steidel** | ☐ Contingent | |
| **1963 B Villaridge Drive** | ☐ Unliquidated | |
| **Reston, VA 20191** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Christopher Tani** | ☐ Contingent | |
| **11129 Sutherland Avenue** | ☐ Unliquidated | |
| **CUPERTINO, CA 95014** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$27,038.36** |
| **Christopher Toeppen** | ☐ Contingent | |
| **36 Fairview Ave.** | ☐ Unliquidated | |
| **Atherton, CA 94027** | ☐ Disputed | |
| Date(s) debt was incurred  **1/26/2017** | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number  **NA** | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 409 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.241 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Unkel**
**481 Margarita Ave**
**Palo Alto, CA 94306**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Vaughn**
**3881 W. Denver St.**
**Chandler, AZ 85226**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Vogt**
**524 Union Street Suite 262**
**San Francisco, CA 94133**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Warnock**
**427 Traverso Ave.**
**Los Altos, CA 94022**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Warren Jr**
**10208 E. Meadow Hill Dr.**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Wike**
**4808 Whispering Valley Dr**
**Austin, TX 78727**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Williams**
**1085 Tasman Dr.**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 410 of 1000

| | | |
|---|---|---|
| Debtor | **TechShop, Inc.** | Case number (if known) _____ |
| | Name | |

---

**3.2417**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Christopher Winter**<br>**1535 W San Carlos St #410**<br>**San Jose, CA 95126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2418**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Christopher Woodle**<br>**1351 49th Ave**<br>**St. Petersburg, FL 33707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2419**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **christopher yerkes**<br>**1200 N Nash St**<br>**Arlington, VA 22209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2420**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Christy Welch**<br>**140 E. 14th St.**<br>**New York, NY 10003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2421**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,652.88 |
|---|---|---|
| **Chrisula Bloore**<br>**800 Sonia Way**<br>**Mountain View, CA 94040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2/4/2010**<br>Last 4 digits of account number **NA** | Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2422**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Chrisula Bloore**<br>**800 Sonia Way**<br>**Mountain View, CA 94040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2423**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Chrystie Mariano**<br>**276 South 20th Street**<br>**San Jose, CA 95116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 411 of 1000

| 3.242 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chuck Collins**
1019 Canterbury Trail
Georgetown, TX 78626

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chuck Britton**
293 Cactus Dr.
Prospect Hill, NC 27314

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chuck Gerbe**
4119 Butler Street
Pittsburgh, PA 15201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chuck Goss**
3616 Hawk Ridge
Round Rock, TX 78665

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chuck Hildebrand**
3214 Dancy Street
Austin, TX 78722

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chuck House**
13 Campbell
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chuck McCall**
534 guerrero street
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 412 of 1000

| 3.243 1 | **Nonpriority creditor's name and mailing address**<br>**Chuck Morton**<br>**605 Cedar Ridge Drive**<br>**Pflugerville, TX 78660**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.243 2 | **Nonpriority creditor's name and mailing address**<br>**Chuck Reavis**<br>**1043 Savage Rd**<br>**Belleville, MI 48111**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.243 3 | **Nonpriority creditor's name and mailing address**<br>**Chuck Sikora**<br>**3015 Parker**<br>**Dearborn, MI 48124**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.243 4 | **Nonpriority creditor's name and mailing address**<br>**Chuck Smith**<br>**28101 E Duluth**<br>**Harrison Twp, MI 48045**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.243 5 | **Nonpriority creditor's name and mailing address**<br>**Chung Kim**<br>**13090 Heath St.**<br>**Saratoga, CA 95070**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.243 6 | **Nonpriority creditor's name and mailing address**<br>**Chung Leung New York City Economic**<br>**Devel**<br>**110 William Street**<br>**New York, NY 10038**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.243 7 | **Nonpriority creditor's name and mailing address**<br>**Chung Loh**<br>**371 Broadway # 202**<br>**San Francisco, CA 94133**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 413 of 1000

| 3.243 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$518.75** |
|---|---|---|---|

**Cimarron**
PO Box 37
**Moss Beach, CA 94038**

Date(s) debt was incurred  **10/25/2017**

Last 4 digits of account number  **17SF**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA -Instructor class instruction for the period 09/30/2017 to 10/25/2017**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.243 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$412.50** |
|---|---|---|---|

**Cimarron**
PO Box 37
**Moss Beach, CA 94038**

Date(s) debt was incurred  **10/1/2017**

Last 4 digits of account number  **17SF**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - instructor class instruction for the period 08/30/2017 to 09/18/2017**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.244 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Cimarron**
PO Box 37
**Moss Beach, CA 94038**

Date(s) debt was incurred  **8/26/2017**

Last 4 digits of account number  **817**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Instrucrtor class instruction for the period 07/29/2017 to 08/25/2017**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.244 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$212.50** |
|---|---|---|---|

**Cimarron Arts Incorporated**
PO Box 37
**Moss Beach, CA 94038**

Date(s) debt was incurred  **10/1/2017**

Last 4 digits of account number  **17MP**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor Fees for the period 09/14/2017 to 09/22/2017**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.244 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$393.75** |
|---|---|---|---|

**Cimarron Arts Incorporated**
PO Box 37
**Moss Beach, CA 94038**

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **17MP**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor Fees for the period 07/28/2017 to 08/29/2017**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.244 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cindy Chen**
**1922 Bayview Ave**
**Belmont, CA 94002**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.244 4 | **Nonpriority creditor's name and mailing address**<br>**Cindy Chung**<br>**1082 shady ave**<br>**Pittsburgh, PA 15232**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.244 5 | **Nonpriority creditor's name and mailing address**<br>**Cindy Dick**<br>**1329 W. Portland St.**<br>**Phoenix, AZ 85007**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.244 6 | **Nonpriority creditor's name and mailing address**<br>**Cindy Hatch**<br>**390 W. Columbia Rd.**<br>**Thousand Oaks, CA 91360**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.244 7 | **Nonpriority creditor's name and mailing address**<br>**Cindy Iverson**<br>**12236 S Tonalea Dr**<br>**Phoenix, AZ 85044**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.244 8 | **Nonpriority creditor's name and mailing address**<br>**Cindy McMullan**<br>**555 Layberry**<br>**San Rafael, CA 94903**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.244 9 | **Nonpriority creditor's name and mailing address**<br>**Cindy Parker**<br>**567 Merrimac Dr**<br>**Campbell, CA 95008**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.245 0 | **Nonpriority creditor's name and mailing address**<br>**Cintas Corporation**<br>**P.O. Box 29059**<br>**Phoenix, AZ 85038**<br><br>Date(s) debt was incurred  **12/8/2017**<br><br>Last 4 digits of account number  **0178** | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop SOMA - SM SHOP TWL-RED,WET MOP LARGE, 4X6 RED MAT, SM SHOP TWL-RED, SERVICE CHARGE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$145.99** |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.245 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.53 |
|---|---|---|---|

**Cintas Corporation**
P.O. Box 29059
Phoenix, AZ 85038

Date(s) debt was incurred  **11/10/2017**

Last 4 digits of account number  **8717**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - WET MOP LARGE, 4X6 RED MAT, SM SHOP TWL-RED, SERVICE CHARGE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.53 |
|---|---|---|---|

**Cintas Corporation**
P.O. Box 29059
Phoenix, AZ 85038

Date(s) debt was incurred  **11/10/2017**

Last 4 digits of account number  **4448**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - WET MOP LARGE, 4X6 RED MAT, SM SHOP TWL-RED, SERVICE CHARGE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147.77 |
|---|---|---|---|

**Cintas Corporation**
P.O. Box 29059
Phoenix, AZ 85038

Date(s) debt was incurred  **10/10/2017**

Last 4 digits of account number  **7274**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - WET MOP LARGE, 4X6 RED MAT, SM SHOP TWL-RED, SERVICE CHARGE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.53 |
|---|---|---|---|

**Cintas Corporation**
P.O. Box 29059
Phoenix, AZ 85038

Date(s) debt was incurred  **10/10/2017**

Last 4 digits of account number  **2991**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - WET MOP LARGE, 4X6 RED MAT, SM SHOP TWL-RED, SERVICE CHARGE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.53 |
|---|---|---|---|

**Cintas Corporation**
P.O. Box 29059
Phoenix, AZ 85038

Date(s) debt was incurred  **9/10/2017**

Last 4 digits of account number  **0158**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - SM Shop Towel Red, 3X5 SCRAPER MAT, SM Shop Towel Red & Service Charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.75 |
|---|---|---|---|

**Cintas Corporation**
P.O. Box 29059
Phoenix, AZ 85038

Date(s) debt was incurred  **9/10/2017**

Last 4 digits of account number  **5834**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - SM Shop Towel Red, 3X5 SCRAPER MAT, SM Shop Towel Red & Service Charges**

Is the claim subject to offset? ■ No ☐ Yes

**3.245 7**

**Nonpriority creditor's name and mailing address**
**Cintas Corporation**
P.O. Box 29059
Phoenix, AZ 85038

Date(s) debt was incurred  **9/10/2017**

Last 4 digits of account number  **1541**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - SM Shop Towel Red, 3X5 SCRAPER MAT, SM Shop Towel Red & Service Charges**

Is the claim subject to offset? ☑ No ☐ Yes

**$139.53**

---

**3.245 8**

**Nonpriority creditor's name and mailing address**
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred  **2/15/2017**

Last 4 digits of account number  **7980**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc**

Is the claim subject to offset? ☑ No ☐ Yes

**$181.91**

---

**3.245 9**

**Nonpriority creditor's name and mailing address**
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred  **2/22/2017**

Last 4 digits of account number  **9520**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc**

Is the claim subject to offset? ☑ No ☐ Yes

**$296.26**

---

**3.246 0**

**Nonpriority creditor's name and mailing address**
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred  **3/1/2017**

Last 4 digits of account number  **1054**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc**

Is the claim subject to offset? ☑ No ☐ Yes

**$181.91**

---

**3.246 1**

**Nonpriority creditor's name and mailing address**
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred  **3/8/2017**

Last 4 digits of account number  **2555**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc**

Is the claim subject to offset? ☑ No ☐ Yes

**$225.03**

---

**3.246 2**

**Nonpriority creditor's name and mailing address**
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred  **3/15/2017**

Last 4 digits of account number  **4069**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc**

Is the claim subject to offset? ☑ No ☐ Yes

**$181.91**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 417 of 1000

**3.246 3**

Nonpriority creditor's name and mailing address
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred **3/22/2017**
Last 4 digits of account number **5600**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc**

Is the claim subject to offset? ■ No ☐ Yes

**$296.26**

---

**3.246 4**

Nonpriority creditor's name and mailing address
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred **3/29/2017**
Last 4 digits of account number **7125**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc**

Is the claim subject to offset? ■ No ☐ Yes

**$181.91**

---

**3.246 5**

Nonpriority creditor's name and mailing address
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred **4/5/2017**
Last 4 digits of account number **8658**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc**

Is the claim subject to offset? ■ No ☐ Yes

**$203.47**

---

**3.246 6**

Nonpriority creditor's name and mailing address
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred **4/12/2017**
Last 4 digits of account number **0193**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc**

Is the claim subject to offset? ■ No ☐ Yes

**$181.91**

---

**3.246 7**

Nonpriority creditor's name and mailing address
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred **4/19/2017**
Last 4 digits of account number **1738**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc**

Is the claim subject to offset? ■ No ☐ Yes

**$296.26**

---

**3.246 8**

Nonpriority creditor's name and mailing address
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred **4/26/2017**
Last 4 digits of account number **3305**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc**

Is the claim subject to offset? ■ No ☐ Yes

**$181.91**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 418 of 1000

| 3.246 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$203.47** |
| **Cintas Corporation** AR DEPT : 800/547-7877 P.O Box 630803, Cincinnati, OH 45263 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred **5/3/2017** Last 4 digits of account number **4868** | Basis for the claim: **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.247 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$181.91** |
| **Cintas Corporation** AR DEPT : 800/547-7877 P.O Box 630803, Cincinnati, OH 45263 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred **5/10/2017** Last 4 digits of account number **6420** | Basis for the claim: **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.247 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$296.26** |
| **Cintas Corporation** AR DEPT : 800/547-7877 P.O Box 630803, Cincinnati, OH 45263 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred **5/17/2017** Last 4 digits of account number **7980** | Basis for the claim: **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.247 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$181.91** |
| **Cintas Corporation** AR DEPT : 800/547-7877 P.O Box 630803, Cincinnati, OH 45263 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred **5/24/2017** Last 4 digits of account number **9543** | Basis for the claim: **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.247 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$225.03** |
| **Cintas Corporation** AR DEPT : 800/547-7877 P.O Box 630803, Cincinnati, OH 45263 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred **5/31/2017** Last 4 digits of account number **1089** | Basis for the claim: **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.247 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$201.00** |
| **Cintas Corporation** AR DEPT : 800/547-7877 P.O Box 630803, Cincinnati, OH 45263 | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred **6/7/2017** Last 4 digits of account number **2627** | Basis for the claim: **[Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | | |

| | |
|---|---|
| 3.247 5 | |

**Nonpriority creditor's name and mailing address**
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred  6/14/2017

Last 4 digits of account number  4177

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc

Is the claim subject to offset? ■ No ☐ Yes

**$250.58**

---

| | |
|---|---|
| 3.247 6 | |

**Nonpriority creditor's name and mailing address**
**Cintas Corporation**
AR DEPT : 800/547-7877
P.O Box 630803,
Cincinnati, OH 45263

Date(s) debt was incurred  6/21/2017

Last 4 digits of account number  5720

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop DC Arlington- 36 Mope Frame , SM shop TWL-RED Etc

Is the claim subject to offset? ■ No ☐ Yes

**$201.00**

---

| | |
|---|---|
| 3.247 7 | |

**Nonpriority creditor's name and mailing address**
**Cintas Fire**
P.O. Box 636525
Cincinnati, OH 45263

Date(s) debt was incurred  10/5/2017

Last 4 digits of account number  1271

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop San Jose -Fire extension inspection, service charge

Is the claim subject to offset? ■ No ☐ Yes

**$247.00**

---

| | |
|---|---|
| 3.247 8 | |

**Nonpriority creditor's name and mailing address**
**Ciriaco Sayoc**
969 Burnett Ave.
San Francisco, CA 94131

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.247 9 | |

**Nonpriority creditor's name and mailing address**
**City of Allen Park**
Maureen C. Armstrong
16630 Southfield RD. Suite 3100
Allen Park, MI 48101

Date(s) debt was incurred  7/14/2017

Last 4 digits of account number  2017

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop Detroit- City of Allen Park Summer Tax 2017 for period May 2017 to October 2017

Is the claim subject to offset? ■ No ☐ Yes

**$15,236.71**

---

| | |
|---|---|
| 3.248 0 | |

**Nonpriority creditor's name and mailing address**
**City of Redwood City**
1017 Middlefield Road
Redwood City, CA 94063

Date(s) debt was incurred  11/25/2017

Last 4 digits of account number  ct17

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop Menlo Park - Garbage service charge for the period 09/26/2017 to 10/26/2017

Is the claim subject to offset? ■ No ☐ Yes

**$777.44**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 420 of 1000

| 3.248 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $373.99 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**City of Redwood City**
**1017 Middlefield Road**
**Redwood City, CA 94063**

Date(s) debt was incurred **11/25/2017**
Last 4 digits of account number **ct17**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Water service charge 22units@$6.82 for the period 09-26-17 10-26-17**

Is the claim subject to offset? ■ No ☐ Yes

**$373.99**

---

| 3.248 2 |
|---|

**Nonpriority creditor's name and mailing address**
**City of Redwood City**
**1017 Middlefield Road**
**Redwood City, CA 94063**

Date(s) debt was incurred **11/25/2017**
Last 4 digits of account number **ct17**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Water service charge for the period 09/26/2017 to 10/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$97.46**

---

| 3.248 3 |
|---|

**Nonpriority creditor's name and mailing address**
**City of Redwood City**
**1017 Middlefield Road**
**Redwood City, CA 94063**

Date(s) debt was incurred **10/25/2017**
Last 4 digits of account number **ep17**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Garbage service charge for the period 08/26/2017 to 09/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$777.27**

---

| 3.248 4 |
|---|

**Nonpriority creditor's name and mailing address**
**City of Redwood City**
**1017 Middlefield Road**
**Redwood City, CA 94063**

Date(s) debt was incurred **10/25/2017**
Last 4 digits of account number **pt17**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Water service charge 15 units@$6.82 for the period 08/26/2017 to 09/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$327.18**

---

| 3.248 5 |
|---|

**Nonpriority creditor's name and mailing address**
**City of Redwood City**
**1017 Middlefield Road**
**Redwood City, CA 94063**

Date(s) debt was incurred **10/25/2017**
Last 4 digits of account number **pt17**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Water service charge for the period 08/26/2017 to 09/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$97.44**

---

| 3.248 6 |
|---|

**Nonpriority creditor's name and mailing address**
**City Of Round Rock**
**Utility Billing Department**
**221 East Main Street**
**Round Rock, TX 78664**

Date(s) debt was incurred **10/30/2017**
Last 4 digits of account number **ct17**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **[Notice only] Techshop Austin -Water service charges for the period 09/19/2017 to 10/18/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$379.88**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 421 of 1000

| 3.248 7 | **Nonpriority creditor's name and mailing address**<br>**City of San Jose**<br>Business Tax & Reg Permit Dept #34370 PO<br>San Jose, CA<br><br>Date(s) debt was incurred  **10/16/2017**<br>Last 4 digits of account number  **2942** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Acct: 0967532942 - Business Tax Standard, Downton<br>Bid & Administrative Fee for ther period 11/15...**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$411.00** |
|---|---|---|
| 3.248 8 | **Nonpriority creditor's name and mailing address**<br>**City of San Jose**<br>PO Box 11023<br>San Jose, CA 95103<br><br>Date(s) debt was incurred  **10/19/2017**<br>Last 4 digits of account number  **2017** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  [Notice only] Techshop San Jose -Business Tax Date<br>- From 09/15/2017 to 09/15/2018 - Penalty as on 10/19/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$194.24** |
| 3.248 9 | **Nonpriority creditor's name and mailing address**<br>**City of San Jose**<br>PO Box 11023<br>San Jose, CA 95103<br><br>Date(s) debt was incurred  **9/19/2017**<br>Last 4 digits of account number  **2017** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  [Notice only] Techshop San Jose -Business Tax Date<br>- From 09/15/2017 to 09/15/2018 - Penalty as on 09/19/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$241.91** |
| 3.249 0 | **Nonpriority creditor's name and mailing address**<br>**City of San Jose**<br>PO Box 11023<br>San Jose, CA 95103<br><br>Date(s) debt was incurred  **8/15/2017**<br>Last 4 digits of account number  **3** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  [Notice only] Techshop San Jose -Business Tax Date<br>- From 09/15/2017 to 09/15/2018**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,208.15** |
| 3.249 1 | **Nonpriority creditor's name and mailing address**<br>**CJ Mertzlufft**<br>6401 Lindenwood Pl.<br>St. Louis, MO 63109<br><br>Date(s) debt was incurred  **_**<br>Last 4 digits of account number  **_** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.249 2 | **Nonpriority creditor's name and mailing address**<br>**Claire Barnes**<br>527 Villa Centre Way<br>San Jose, CA 95128<br><br>Date(s) debt was incurred  **_**<br>Last 4 digits of account number  **_** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.249 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Claire Jordan**
**308 W Desert Ave**
**Gilbert, AZ 85299**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.249 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Claire Michaels**
**898 14th Street, 8A**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.249 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Claire Murtagh**
**1105 Bayswater Ave #3**
**Burlingame, CA 94010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.249 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Claire Zehner**
**738 Henrietta Ave**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.249 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Clara Butler**
**19 Kimmie Ct**
**Belmont, CA 94002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.249 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Clara Worley**
**1471 Greene Dr.**
**San Jose, CA 95129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.249 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Clare Kalapati**
**12417 Enchanted Forest Dr**
**Austin, TX 78727**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.2500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clare Mason**
**3601 Horbel Dr.**
**Brewerton, WA 98310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clare Shumway**
**6745 E Superstition Springs Blvd**
**Mesa, AZ 85206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clarissa Anderson**
**145 Sage Lane**
**Soquel, CA 95073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clarisse Bret**
**45 Lansing St**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clark Hatchet**
**937 Broderick Street**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clark Willison**
**40 Parkwood Drive**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clarke Bacharach**
**719 S. Lexington Ave**
**Pittsburgh, PA 15208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | |
|---|---|---|
| 3.250 7 | **Nonpriority creditor's name and mailing address** **Classic Heating & Cooling,Inc** 6802 Industrial DR. STE. 206 BELTSVILLE,, MD 20705 | $1,659.45 |

**Date(s) debt was incurred** _5/2/2017_
**Last 4 digits of account number** _3656_

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** [Notice only] Techshop DC Arlington- Repairs and Maintenance - Clean chiller Condensor, Clean Evaporates coils etc.

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.250 8 | **Nonpriority creditor's name and mailing address** **Claude Maugein** 850 Regent Court San Carlos, CA 94070 | $0.00 |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.250 9 | **Nonpriority creditor's name and mailing address** **Claude Noriega** 360 5th Street San Francisco, CA 94107 | $0.00 |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.251 0 | **Nonpriority creditor's name and mailing address** **Claude Pignol** 225 9th Ave San Mateo, CA 94401 | $0.00 |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.251 1 | **Nonpriority creditor's name and mailing address** **Claudia Pierre** 3634 Frazier St Pittsburgh, PA 15213 | $0.00 |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.251 2 | **Nonpriority creditor's name and mailing address** **Claudine Young** 190 S 15th St San Jose, CA 95112 | $0.00 |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.251 3 | **Nonpriority creditor's name and mailing address** **Clay Douglass** 8707 Dorman Cove Austin, TX 78717 | $0.00 |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 425 of 1000

**3.251**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Clay Shaw** | ☐ Contingent | |
| **7268 Joffa Cir** | ☐ Unliquidated | |
| **Warrenton, VA 20187** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.251**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Clayton Bliss** | ☐ Contingent | |
| **820 E. Apache Blvd. 3763** | ☐ Unliquidated | |
| **Tempe, AZ 85281** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.251**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Clayton Davis** | ☐ Contingent | |
| **3255 S Dorsey Lane** | ☐ Unliquidated | |
| **Tempe, AZ 85282** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.251**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Clayton Gordy** | ☐ Contingent | |
| **1402 Briar Hill Drive** | ☐ Unliquidated | |
| **Georgetown, TX 78626** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.251**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Clayton Hildebrant** | ☐ Contingent | |
| **308 E. Desert Ln.** | ☐ Unliquidated | |
| **Gilbert, AZ 85234** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.251**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |
|---|---|---|
| **Clayton Hotze** | ■ Contingent | |
| **745 W. Jewel Ave.** | ☐ Unliquidated | |
| **Kirkwood, MO 63122** | ■ Disputed | |
| Date(s) debt was incurred **10/30/2017** | Basis for the claim: **[Notice only] Techshop St. Louis- Instructor fee for the period 10/05/2017 to 10/29/2017** | |
| Last 4 digits of account number **1CCH** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 426 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

| 3.252 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$305.00** |
|---|---|---|---|
| | **Clayton Hotze**<br>745 W. Jewel Ave.<br>Kirkwood, MO 63122 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/30/2017**<br>Last 4 digits of account number  **1CCH** | Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 09/07/2017 to 09/27/2017** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.252 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440.00** |
|---|---|---|---|
| | **Clayton Hotze**<br>745 W. Jewel Ave.<br>Kirkwood, MO 63122 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **8/31/2017**<br>Last 4 digits of account number  **1CCH** | Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 07/30/2017 to 08/31/2017** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.252 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Clayton Hotze**<br>745 W. Jewel<br>Kirkwood, MO 63122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.252 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Clement Lan**<br>75 E Santa Clara St 6F<br>San Jose, CA 95113 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.252 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Cleo McMichael**<br>1697 Taylor St<br>San Mateo, CA 94403 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.252 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Cleve Fulton-Franklin**<br>PO Box 8821<br>Pittsburgh, PA 15221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 427 of 1000

| | |
|---|---|
| 3.252 6 | |

**Nonpriority creditor's name and mailing address**
**Cleve Nettles**
**4409 Water Oak Ct**
**Condord, CA 94521**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.252 7 | |

**Nonpriority creditor's name and mailing address**
**Cliff Fauser**
**3590 Brookshire**
**Trenton, MI 48183**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.252 8 | |

**Nonpriority creditor's name and mailing address**
**Cliff Maki**
**60590 Lamplighter**
**New Hudson, MI 48105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.252 9 | |

**Nonpriority creditor's name and mailing address**
**Cliff Petersen**
**96 Red Hill Circle**
**Tiburon, CA 94920**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.253 0 | |

**Nonpriority creditor's name and mailing address**
**Cliff Standifer**
**46276 Registry**
**Canton, MI 48187**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.253 1 | |

**Nonpriority creditor's name and mailing address**
**Clifford Graham**
**6972 Inlet Creek Court**
**Fort Belvoir, VA 22060**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.253 2 | |

**Nonpriority creditor's name and mailing address**
**Clifford Nies**
**1819 47th Ave.**
**San Francisco, CA 94122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Clifton Braun**
**1155 Ind**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Clifton Morgan**
**PO Box 314**
**Cupertino, CA 95015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Clint Bidlack**
**1259 El Camino Real #403**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Clint Greenleaf**
**1309 Verdant Way**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Clint OConnor**
**11541 Arbroath Ln**
**Austin, TX 78754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Clinton Woodard**
**415 E La Donna Dr.**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Clyde Rolfe**
**8336 Amber Road**
**Sims, NC 27880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 429 of 1000

| 3.254 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Coburn Watson**
**914 Hazelnut Court**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Coco Woods**
**312 Laurel Way**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cody  Updegrave**
**1552 Noe St**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cody Abel**
**1217D Mariner Drive**
**San Francisco, CA 94130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cody Badger**
**48 cumberland st**
**san francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cody Culbertson**
**1040 Guerrero**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cody Culver**
**510 E Sage-brush st.**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 430 of 1000

| 3.254 7 | **Nonpriority creditor's name and mailing address** **Cody Dana** 3649 E Edna Dr Gilbert, AZ 85296 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 8 | **Nonpriority creditor's name and mailing address** **Cody Dodd** 10946 E. Ramona Ave Mesa, AZ 85212 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 9 | **Nonpriority creditor's name and mailing address** **Cody Little** 1122 Tennessee Street, Apt 1 San Francisco, CA 94107 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 0 | **Nonpriority creditor's name and mailing address** **Cody McCabe** 1449 Cherry Valley Dr San Jose, CA 95125 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 1 | **Nonpriority creditor's name and mailing address** **Cody Oyler** 904 Longmeadow DR Round Rock, TX 78664 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 2 | **Nonpriority creditor's name and mailing address** **Cody Pinker** 658 North Forest Avenue St Louis, MO 63119 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 3 | **Nonpriority creditor's name and mailing address** **Cody Snyder** 161 Madera Way Mountain View, CA 94041 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 431 of 1000

| 3.255 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00** |

**Cogent**
PO Box 791087
Baltimore, MD 21279

Date(s) debt was incurred __11/1/2017__

Last 4 digits of account number __ov17__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -50 Mbps FE Port Monthly & Loop Fee for the period of 11/01/2017 to 11/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00** |

**Cogent Communications Inc**
P.O.Box 791087
Baltimore, MD 21279

Date(s) debt was incurred __11/1/2017__

Last 4 digits of account number __1NOV__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Detroit- Telephone & Internet charges for the Period 11/01/2017 to 11/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00** |

**Cogent Communications Inc**
P.O. Box 791087
Baltimore, MD 21279-1087

Date(s) debt was incurred __11/1/2017__

Last 4 digits of account number __0003__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- 50 Mbps FE Port Monthly - Order:1-300043138 for the period 11/01/2017-11/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Colby Brooks**
701 E. Apache St.
Tempe, AZ 85281

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Colby Conner**
7237 W Becker Ln
Peoria, AZ 85345

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Cole Crews**
4915 Lansdowne Ave
Saint Louis, MO 63109

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 432 of 1000

| 3.256 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cole Dunn**
**1197 Laurie Ave**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.256 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cole Edmonston**
**320 Saclan Terrace**
**Clayton, CA 94517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.256 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cole Finton**
**324 Meadow st**
**Meadville, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.256 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cole Pratt**
**1738 E Gaylon Dr**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.256 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cole Purohit**
**122 Johnson Ave**
**Los Gatos, CA 00095-0303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.256 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cole Schlesinger**
**505 Cypress Point Drive, Unit 282**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.256 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cole Smith**
**2430 E Country Down Dr**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.256 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Coleman Knabe** | ☐ Contingent | |
| | **6111 Fifth Ave** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15232** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.256 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Colin Jowett** | ☐ Contingent | |
| | **7018 Avignon Dr** | ☐ Unliquidated | |
| | **Round Rock, TX 78681** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.256 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Colin Stevens** | ☐ Contingent | |
| | **2123 Lindsey Court** | ☐ Unliquidated | |
| | **San Jose, CA 95125** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.257 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Colin Barrett** | ☐ Contingent | |
| | **2295 California St Apt 26** | ☐ Unliquidated | |
| | **San Francisco, CA 94115** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.257 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Colin Bean** | ☐ Contingent | |
| | **686 11th Ave #6** | ☐ Unliquidated | |
| | **San Francisco, CA 94118** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.257 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Colin Bodell** | ☐ Contingent | |
| | **107 Reservoir Rd** | ☐ Unliquidated | |
| | **Atherton, CA 94027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.257 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Colin Boswell** | ☐ Contingent | |
| | **1120 Millbrae Ave** | ☐ Unliquidated | |
| | **Millbrae, CA 94030** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 434 of 1000

| 3.257 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colin Flaveny**
**2243 Oregon Ave**
**St. Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colin Hawkins**
**4322 Lazard St**
**East Ridge, TN 37412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colin Janssen**
**1577 Pershing Dr. Unit A**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colin Jaramillo**
**894 S 2nd St**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colin Kelly**
**3565 Haven Ave. Suite 2**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colin Price**
**805 Leavenworth Apt 501**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**colin pyle**
**1851 48th ave**
**san francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398　　Doc# 2　　Filed: 02/26/18　　Entered: 02/26/18 18:01:21　　Page 435 of 1000

| 3.258 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Rogers**
**193 Crisfield St**
**Yonkers, NY 10710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Schimmelfing**
**556 Guerrero Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Smith**
**61 Yale Rd**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Thompson**
**212 Steiner St.**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Wang**
**1768 Sweetwood Drive**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Colin Wang_V**
**1768 Sweetwood Drive**
**Daly City, CA 94015**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **8/28/2017**

Basis for the claim: **[Notice only] Techshop SOMA - Instructor class instruction on dated 07/24/2017**

Last 4 digits of account number **7270**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 436 of 1000

| 3.258 7 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|---|

**Colin Wang_V**
**1768 Sweetwood Drive**
**Daly City, CA 94015**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/28/2017**

Last 4 digits of account number  **8270**

Basis for the claim:  **[Notice only] Techshop SOMA - instructor class instruction for the period 08/01/2017 to 08/24/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colin Wiel**
**331 Infantry Terrace**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colleen  Nathans**
**1266 W. Straford Ave.**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colleen Cauvet**
**45875 Hanford Rd**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colleen Leonard**
**42 Hibiscus Lane**
**Robbinsville, NJ 08691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colleen Smith**
**323 Cardinal Court**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colleen Ziegler**
**275 N Gateway Dr**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 437 of 1000

| 3.259 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Collette Thogerson**
**2354 Old Trail Drive**
**Reston, VA 20191**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Collie Collier**
**2716 Joseph Ave #1**
**Campbell, CA 95008**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Collin Garrity**
**6923 Wise Avenue**
**St. Louis, MO 63139**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.00 |
|---|---|---|---|

**Collin Garrity_V**
**3416 Illinois Ave**
**St. Louis, MO 63118**

Date(s) debt was incurred __7/31/2017__
Last 4 digits of account number __276__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- Instructor fee for the period of July**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|---|

**Collin Garrity_V**
**3416 Illinois Ave**
**St. Louis, MO 63118**

Date(s) debt was incurred __8/31/2017__
Last 4 digits of account number __278__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- Instructor fee for the period of August**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Collin McGarrett**
**60 Corte Alegre**
**Greenbrae, CA 94904**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 438 of 1000

**3.2600**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Collin Randles**<br>**1863 Lakeview st**<br>**Trenton, MI 48183** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.2601**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Collin Smith**<br>**4295 E Jasper Dr**<br>**Gilbert, AZ 85296** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.2602**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Colman Beech**<br>**205 Elva Drive**<br>**Aptos, CA 95003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.2603**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Colton Van Hazel**<br>**1162 W Thompson Way**<br>**Chandler, AZ 85286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.2604**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.12 |
|---|---|---|
| **Comcast - 8155-20-052-2510967**<br>**Po Box 34744**<br>**Seattle, WA 98124** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **11/4/2017**<br>Last 4 digits of account number  **0967** | Basis for the claim:  **[Notice only] Techshop SOMA - Telephone & Internet for the period 10/18/2017 to 11/17/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.2605**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.57 |
|---|---|---|
| **Computer Aided Technology LLC**<br>**165 Arlington Heights Road, Suite 101**<br>**Buffalo Grove, IL 60089** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **11/10/2017**<br>Last 4 digits of account number  **6340** | Basis for the claim:  **[Notice only] Techshop St. Louis- P430XL Model Spool Dark Grey - 42cu in/688 cc (345-42007)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 439 of 1000

| 3.260 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $443.44 |

**Computer Aided Technology LLC**
**165 Arlington Heights Road, Suite 101**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred  10/1/2017

Last 4 digits of account number  0363

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop St. Louis- P430XL Model Spool Dark Grey - 42cu in/688 cc (345-42007)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Connie  Boulay**
**201 Hardy Ave**
**Cambell, CA 95008**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Connie  Leathers**
**P.O. Box 4143**
**Leesburg, VA 20177**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Connie Brown**
**9465 Watsonville Rd**
**Gilroy, CA 95020**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Connie Ralls**
**513 Jackson St.**
**San Jose, CA 95112**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Connie Zeng**
**628 Brazil Ave.**
**San Francisco, CA 94112**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CONNIEKAY SMITH**
**2041 RALMAR AVE**
**EAST PALO ALTO, CA 94303**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 440 of 1000

| 3.261 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Connor Dann**
**16 Grantour**
**Pontiac, MI 48340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Connor True**
**3251 S Adelle Circle**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Connor Anderson**
**4220 E South Fork Ave**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Connor Garrison**
**2111 E Virgo Place**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Connor Johnson**
**16995 Edgewater Lane**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Connor Rhoades**
**1019 E Lilac Dr**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Connor Tinsley**
**16555 S Kennedy Rd**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 441 of 1000

| 3.262 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Connor Wallace**
465 Heatherbray Ct.
San Jose, CA 95136

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.262 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Conor Landenberger**
463 Broadway
San Francisco, CA 94133

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.262 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Conrad Wojciechowski**
1743 Marco Polo Way#8
Burlingame, CA 94010

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.262 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Constance Burns**
1707 Creek Bend Cir
Round Rock, TX 78681

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.262 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Constance Cafazza**
620S. Taylor
St. Louis, MO 63110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.262 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Constantine Zlatev**
76 C Deming Street
San Francisco, CA 94114

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.262 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Constantino  Schillebeeckx .**
2120-A Portis Ave
St Louis, MO 63110

Date(s) debt was incurred  **10/28/2017**
Last 4 digits of account number  **9324**

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 10/03/2017 to 10/12/2017**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 442 of 1000

| 3.262 7 | **Nonpriority creditor's name and mailing address** **Constantino Schillebeeckx .** 2120-A Portis Ave St Louis, MO 63110 | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Date(s) debt was incurred** 9/28/2017

**Last 4 digits of account number** 9323

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** [Notice only] Techshop St. Louis- Instructor fee for the period 09/11/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 8 | **Nonpriority creditor's name and mailing address** **Constantino Schillebeeckx .** 2120-A Portis Ave St Louis, MO 63110 | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Date(s) debt was incurred** 9/1/2017

**Last 4 digits of account number** 9322

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** [Notice only] Techshop St. Louis- Instructor fee for the period 08/10/2017 to 08/26/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 9 | **Nonpriority creditor's name and mailing address** **Cooper Allison** 21733 N. Cottonwood St Burney, CA 96013 | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 0 | **Nonpriority creditor's name and mailing address** **Cooper Croft** 25-A Crescent Dr # 326 Pleasant Hill, CA 94523 | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 1 | **Nonpriority creditor's name and mailing address** **Cooper Dauer** 6582 Springpath Ln San Jose, CA 95120 | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 2 | **Nonpriority creditor's name and mailing address** **Cooper Sepulveda** 1840 W Thomas rd Phoenix, AZ 85015 | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 443 of 1000

| 3.263 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corbin-McLeod Revocable Trust**
**102 Anderson St.**
**San Francisco, CA 94110**

**Date(s) debt was incurred** _12/21/2010_

**Last 4 digits of account number** _NA_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$8,028.16**

---

| 3.263 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cord Merrell**
**837 North Saint Clair Apt. 2**
**Pittsburgh, PA 15206**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.263 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cord Struckmann**
**120 Albion St. #3**
**San Francisco, CA 94110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.263 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corey Allen**
**1503 Stallings Rd**
**Durham, NC 27703**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.263 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corey Allhands**
**524 E DEVON DR**
**GILBERT, AZ 85296**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.263 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corey Bangs**
**3685 S. Bascom Ave Apt 51**
**Campbell, CA 95008**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.263 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corey Breed**
**1613 Gaston Ave**
**Austin, TX 78703**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 444 of 1000

| 3.264 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Corey Gannon**
515 Washington St N
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Corey Gibson**
43160 E Huron River Dr
Van Buren, MI 48111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Corey Martorano**
5401 E Van Buren St
Phoenix, AZ 85008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Corey McGuire**
226 Wilshire
Daly City, CA 94015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,560.00** |
|---|---|---|---|

**Corey McGuire_V**
2601 Adeline St, Suite 112
Oakland, CA 94607

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  11/28/2017
Last 4 digits of account number  9238

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class Instruction for the period 09/07/2017 to 10/25/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,425.00** |
|---|---|---|---|

**Corey McGuire_V**
2601 Adeline St, Suite 112
Oakland, CA 94607

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  12/1/2017
Last 4 digits of account number  9240

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class Instruction for the period 06/26/2017 to 07/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 445 of 1000

| | |
|---|---|
| **3.264 6** | |

**Nonpriority creditor's name and mailing address**
**Corey McGuire_V**
**2601 Adeline St, Suite 112**
**Oakland, CA 94607**

Date(s) debt was incurred __12/13/2017__

Last 4 digits of account number __9241__

As of the petition filing date, the claim is: *Check all that apply.*                    **$187.50**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class Instruction on dated 11/11/2017**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.264 7** | |

**Nonpriority creditor's name and mailing address**
**Corey McGuire_V**
**2601 Adeline St, Suite 112**
**Oakland, CA 94607**

Date(s) debt was incurred __9/11/2017__

Last 4 digits of account number __9236__

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,425.00**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class Instruction for the period 06/26/2017 to 07/31/2017**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.264 8** | |

**Nonpriority creditor's name and mailing address**
**Corey Sherrill**
**3221 Clayborne Ave**
**Alexandria, VA 22306**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.264 9** | |

**Nonpriority creditor's name and mailing address**
**Corey Wolffs**
**223 Killdeer Ct.**
**Foster City, CA 94404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.265 0** | |

**Nonpriority creditor's name and mailing address**
**Corie Johnson**
**12304 Willow Bend Drive**
**Austin, TX 78758**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.265 1** | |

**Nonpriority creditor's name and mailing address**
**Corina  Chen**
**48277 Hackberry Street**
**Fremont, CA 94539**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 446 of 1000

| 3.265 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corinne Blakely**
**160 Central Ave**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corinne Charlton**
**402 W North Ave.**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corinne Otten**
**804 PALO DURO LOOP**
**ROUND ROCK, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corinne Takara**
**10399 Merriman Rd Apt B**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corrie Brennan**
**1289 Camino Pablo**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corry Blackburn**
**Objex Design LLC. 7370 Manchester Rd.**
**Saint Louis, MO 63143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Cortex**
**4320 Forest Park Ave, Suite 201**
**St. Louis, MO 63108**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **12/2/2016**
Last 4 digits of account number **324**

Basis for the claim: **[Notice only] Techshop St. Louis- Sponsorship for Startup Connection -November 16, 2016**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 447 of 1000

| 3.265 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cory Barr**
**555 De Haro St Suite 120**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cory Hodges**
**1725 Celeste Dr**
**San Mateo, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cory Hoover**
**1749 Hayes St**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cory Jarman**
**1040 Guerrero Apt. A**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cory Logan**
**162 Randall St**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cory Roxas**
**446 Charlemagne Drive**
**Lake Saint Louis, MO 63367**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Costco Membership**
**PO BOX 34783**
**Seattle, WA 98124**

Date(s) debt was incurred  **11/1/2016**

Last 4 digits of account number  **1409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **James W Newton & Barbara Newton membership 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 448 of 1000

| 3.266 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|---|

**County of Santa Clara Clerk Recorder**
**1555 Berger Drive, Suite 300,**
**Santa Clara, CA 95122**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  6/19/2017

Last 4 digits of account number  2017

Basis for the claim:  **[Notice only] Techshop San Jose -Assessment #16-043310-8**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.266 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Courtney Barger**
**13201 N 7th Dr**
**Tempe, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.266 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Courtney Brown**
**1624 Highland Blvd**
**Hayward, CA 94542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.266 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Courtney Nielsen**
**539 Hyde Park Drive**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.267 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Courtney Sanderson**
**726 Ruth Street**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.267 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Courtney Slaughter**
**1651 Coyote Point Dr.**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.267 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig  Hanly**
**147 Whispering Pines Dr**
**Bastrop, TX 78602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 449 of 1000

| 3.267 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Caesar**
**12199 Rule Place Lane**
**Maryland Heights, MO 63043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Carraher**
**P O Box 1793**
**Freedom, CA 95019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Carter**
**350 Arguello Blvd**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Clingan**
**1037 South Alamo**
**San Antonio, TX 78210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Collier**
**5423 W Harrison Ct**
**Chandler, AZ 85226**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Colvin**
**452 Oakmead Parkway**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Conway**
**122 Forest Trail**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 450 of 1000

| 3.268 0 | **Nonpriority creditor's name and mailing address**<br>**Craig Crall**<br>**1479 Tyler Park Way**<br>**Mountain View, CA 94040** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 1 | **Nonpriority creditor's name and mailing address**<br>**Craig Davis**<br>**4605 S Priest Drive #207**<br>**Tempe, AZ 85282** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 2 | **Nonpriority creditor's name and mailing address**<br>**Craig Dillow**<br>**1009 Edgehill Dr**<br>**Ferguson, MO 63135** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$605.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **10/31/2017**<br>Last 4 digits of account number  **15** | Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 10/01/2017 to 10/30/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 3 | **Nonpriority creditor's name and mailing address**<br>**Craig Dillow**<br>**1009 Edgehill Dr**<br>**Ferguson, MO 63135** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$540.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **9/30/2017**<br>Last 4 digits of account number  **14** | Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 09/10/2017 to 09/18/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 4 | **Nonpriority creditor's name and mailing address**<br>**Craig Lehocky**<br>**612 Edmund Street**<br>**Pittsburgh, PA 15224** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 5 | **Nonpriority creditor's name and mailing address**<br>**Craig Mar**<br>**932 Praderia Circle**<br>**Fremont, CA 94539** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 451 of 1000

| 3.268 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Miller**
**2711 Orlando Place**
**Pittsburgh, PA 15235**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Nelson**
**4618 W 62 Terrace**
**Fairway, KS 66205**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Payne**
**740 Wilde Court**
**Discovery Bay, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Richards**
**2791 Diamond St**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Sato**
**14 Tarry Lane**
**Orinda, CA 94563**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Smelser**
**2205 Erica Kaitlin Ln**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Smith**
**4302 Ganymede Dr**
**Austin, TX 78727**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 452 of 1000

---

**3.269
3**

**Nonpriority creditor's name and mailing address**

**craig thomas
379 60th street
Oakland, CA 94618**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269
4**

**Nonpriority creditor's name and mailing address**

**Craig Woodhouse
700 South First st. Apt 208
Austin, TX 78704**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269
5**

**Nonpriority creditor's name and mailing address**

**Craig Yeh
126 W Ahwanee Ave, Apt 14
Sunnyvale, CA 94085**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269
6**

**Nonpriority creditor's name and mailing address**

**Creative Packaging Resources, Inc
201 E Steins St
St. Louis, MO 63111**

Date(s) debt was incurred **10/31/2017**
Last 4 digits of account number **2624**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop St. Louis- 24 X 18
CORRUGATED SHEET - 24 X 18 CORRUGATED**

Is the claim subject to offset? ■ No ☐ Yes

**$190.39**

---

**3.269
7**

**Nonpriority creditor's name and mailing address**

**Cris Rocha
1268 Missouri St
San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269
8**

**Nonpriority creditor's name and mailing address**

**Cristal Garcia
150 H st
Fremont, CA 94536**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269
9**

**Nonpriority creditor's name and mailing address**

**Criste Bruce
1695 Milroy Pl
San Jose, CA 95124**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 453 of 1000

| | |
|---|---|
| **3.270 0** | |

**Nonpriority creditor's name and mailing address**
**Cristian  Porter**
436 N 13
San Jose, CA 95112

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.270 1** | |

**Nonpriority creditor's name and mailing address**
**Cristian Cirjan**
4475 w Pine Blvd apt 1203
St Louis, MO 63108

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.270 2** | |

**Nonpriority creditor's name and mailing address**
**Cristian Wicha**
6630 Tansey Drive
Falls Church, VA 22042

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **2017**

As of the petition filing date, the claim is: *Check all that apply.*  **$275.00**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Instructor class instruction for the period 08/02/2017 to 08/09/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.270 3** | |

**Nonpriority creditor's name and mailing address**
**Cristian Wicha**
6630 Tansey Dr
Falls Church, VA 22042

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.270 4** | |

**Nonpriority creditor's name and mailing address**
**Cristin Winn**
2035 Castro #32
San Francisco, CA 94131

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.270 5** | |

**Nonpriority creditor's name and mailing address**
**Cristina  Mossi**
2935 Garfield Street NW
Washington, DC 20008

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.270 6** | |

**Nonpriority creditor's name and mailing address**
**Cristina Draghicescu**
2023 NW Lovejoy St
Portland, OR 97209-1515

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 454 of 1000

---

| 3.270 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cristina Garibay**
525 S Forest Ave
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.270 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cristino Alegria**
6121 Elkhorn Ct.
Vallejo, CA 94591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.270 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cristofer Adrian**
2307 109th Ave
OAKLAND, CA 94603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.271 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cristoforo Feo**
821 York St.
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.271 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Crosby Grant**
904 Peninsula Avenue #206
San Mateo, CA 94401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.271 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cruz Monrreal**
614 S 1st St Apt 360
Austin, TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.271 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Crystal Archie**
298 Lake Ridge Rd.
Kalamazoo, MI 49006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 455 of 1000

| 3.271 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Crystal B. Cruz**
3379 Halderman St
Los Angeles, CA 90066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Crystal Hall**
56 Beltzhoover Ave
Pittsburgh, PA 15210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Crystal Richey**
12219 Encanto Dr. Apt A
Maryland Heights, MO 63043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Crystal Susa**
50 Mountain View Pl.
San Mateo, CA 94402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Crystal Teng**
340 belmont
detroit, MI 48202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,700.00 |

**CSN+Design**
4618 W.62 Terr
Fairway, KS 66205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/31/2016**

Last 4 digits of account number **154**

Basis for the claim: **Schematic Design**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,280.00 |

**CSN+Design**
4618 W.62 Terr
Fairway, KS 66205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2/2016**

Last 4 digits of account number **129**

Basis for the claim: **Programming Design_Maker Space A - B**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 456 of 1000

| 3.272 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,140.00** |
|---|---|---|---|

**CSN+Design**
**4618 W.62 Terr**
**Fairway, KS 66205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/29/2017**
Last 4 digits of account number **172**

Basis for the claim: **Programming Design_TS Edmonton_PDLA_16-1230**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,605.97** |
|---|---|---|---|

**CSN+Design**
**4618 W.62 Terr**
**Fairway, KS 66205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/29/2017**
Last 4 digits of account number **170**

Basis for the claim: **Schematic Design -SD1 Equipment Layout TS_Providence**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Curt Berggren**
**619 Alcalde Ct**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Curt O'Donnell**
**741 Hebrides Way**
**Sunny, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Curt Walsh**
**434 Orchard Crest Circle**
**New Market, MD 21774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Curtis .**
**1533-A 5th St.**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Curtis Chambers**
**583 Hayes St, Apt 4**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 457 of 1000

| 3.272 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,957.12** |
|---|---|---|---|

**Curtis Cleveland Galloway**
**129 Magnolia St.**
**Santa Cruz, CA 95062**

Date(s) debt was incurred  2/26/2011

Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.272 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curtis Galloway**
**129 Magnolia St.**
**Santa Cruz, CA 95062**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curtis Hart**
**5909 Sutherland**
**Corpus Christi, TX 78414**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curtis Kulp**
**815 buana vista ave west**
**San Francisco, CA 94117**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curtis Lambert**
**1362 S. Vineyard 1080**
**Mesa, AZ 85210**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curtis Layton**
**2485 Ohio Ave**
**Redwood City, CA 94061**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curtis Newbrough**
**3900 Santa Rita St Apt 1**
**Oakland, CA 94601**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 458 of 1000

| | | |
|---|---|---|
| 3.273 5 | **Nonpriority creditor's name and mailing address**<br>**Curtis Ratzlaff**<br>**5821 Taylor Draper Cove**<br>**Austin, TX 78759**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.273 6 | **Nonpriority creditor's name and mailing address**<br>**Curtis Schwebke**<br>**24706 Hutchinson Rd.**<br>**Los Gatos, CA 95033**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.273 7 | **Nonpriority creditor's name and mailing address**<br>**Curtis Turner**<br>**1905 Plantation Ct**<br>**Round Rock, TX 78681**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.273 8 | **Nonpriority creditor's name and mailing address**<br>**Curtis Turner Studio**<br>**1905 Plantation CT,**<br>**Round Rock, TX 78681**<br><br>Date(s) debt was incurred **11/1/2017**<br>Last 4 digits of account number **1710** | As of the petition filing date, the claim is: *Check all that apply.* $120.00<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions on 10/10/2017 to 10/24/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.273 9 | **Nonpriority creditor's name and mailing address**<br>**Curtis Turner Studio**<br>**1905 Plantation CT,**<br>**Round Rock, TX 78681**<br><br>Date(s) debt was incurred **9/28/2017**<br>Last 4 digits of account number **1709** | As of the petition filing date, the claim is: *Check all that apply.* $120.00<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions on 09/24/2017 and 09/26/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.274 0 | **Nonpriority creditor's name and mailing address**<br>**Curtis Turner Studio**<br>**1905 Plantation CT,**<br>**Round Rock, TX 78681**<br><br>Date(s) debt was incurred **9/2/2017**<br>Last 4 digits of account number **1708** | As of the petition filing date, the claim is: *Check all that apply.* $60.00<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions on 08/23/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 459 of 1000

| 3.274 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CW Kreimer**
**6557 Bartlett St.**
**Pittsburgh, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cyan Banister**
**2261 Market St #242**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.274 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cyndee Goldstein**
**1305 Vierra Ct**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.274 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cynthia  McCrea**
**4306 Cook Avenue**
**St Louis, MO 63113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.274 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cynthia Andujar**
**813 Mifflin Ave. #1**
**Pittsburgh, PA 15221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.274 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cynthia Chandler**
**165 Cambridge Ave**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.274 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cynthia Garb**
**1141 Polk Ave**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 460 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.274 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cynthia Horn**
**1525 E. Del Rio St.**
**Chandler, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cynthia Monreal**
**4317 Maryland Avenue, Unit 1E**
**Saint Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cynthia Strawn**
**1490 Chestnut St 4**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cynthia Su**
**48803 Summit View Terrace**
**Fremont, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cynthia Taylor**
**1130 Schooner St**
**Foster City, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,570.00** |
|---|---|---|---|

**Cypress Computer Systems Inc.**
**1778 Imlay City Road, Suite 200**
**Lapeer, MI 48446**

Date(s) debt was incurred **3/16/2017**

Last 4 digits of account number **7001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **HID SE enabled POE reader for TechShop EAR project 50units @$251.4 each**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cyrus Katrak**
**12 Church Street**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 461 of 1000

| 3.275 5 | **Nonpriority creditor's name and mailing address** **D Thorne** 1051 Page Street #3 San Francisco, CA 94117 | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**D Thorne**
1051 Page Street #3
San Francisco, CA 94117

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 6 |
|---|

**Nonpriority creditor's name and mailing address**
**D. Isaac Wolf**
2700 Q Street, N.W.  Apartment 143
Washington, DC 20007

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.275 7 |
|---|

**Nonpriority creditor's name and mailing address**
**D. Mars J. Holt**
1960 Churton Ave
Los Altos, CA 94024

Date(s) debt was incurred  **10/15/2015**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$29,608.22**

---

| 3.275 8 |
|---|

**Nonpriority creditor's name and mailing address**
**D. Wesley Wiley and Janice K. Kendall**
610 Gennessee St
San Francisco, CA 94127

Date(s) debt was incurred  **5/15/2011**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$35,160.78**

---

| 3.275 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Dae Han**
978 valencia st #305
San Francisco, CA 94110

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.276 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Dae Woo Son**
530 Stockton St Apt 301
San Francisco, CA 94108

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.276 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Dagan Trnka**
2719 Justin Woods Ct.
Cameron Park, CA 95682

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 462 of 1000

| 3.276 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dahven White**
**5070 Westminister Pl**
**Saint Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dailon Vesely**
**25 N Extention**
**Mesa, AZ 85011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dale Brimhall**
**2921 E Cicero St #202**
**Mesa, AZ 85213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dale Crombez**
**9615 Ingram**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dale Frank**
**1980 Pacheco Pass Rd.**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dale Gies**
**471 Clise Ct**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dale Loia**
**1795 Marcy Lynn Ct.**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dale Lord**
545 Lawton St
San Francisco, CA 94122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 0 |

**Dale N Scott**
P.O. Box 31537
San Francisco, CA 94131

Date(s) debt was incurred  **6/28/2010**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*   $32,389.59
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 1 |

**Dale N. Scott**
P.O. Box 31537
San Francisco, CA 94131

Date(s) debt was incurred  **12/28/2011**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*   $28,443.28
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 2 |

**Dale Parker**
1369 Phelps Ave., Apt 10
San Jose, CA 95117

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 3 |

**Dale Schotte**
5105 Columbia Avenue
St Louis, MO 63139

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 4 |

**Dale Scott**
P.O. Box 31537
San Francisco, CA 94131

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 5 |

**Dale Smith**
P.O. Box 192371
San Francisco, CA 94119

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 464 of 1000

| 3.277 6 | **Nonpriority creditor's name and mailing address**<br>**Dalene Stangl**<br>**1925 W. Cornwallis**<br>**Durham, NC 27705** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 7 | **Nonpriority creditor's name and mailing address**<br>**Dallas Nichols**<br>**801 E McKellips Dr**<br>**Tempe, AZ 85281** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 8 | **Nonpriority creditor's name and mailing address**<br>**Dalton Natale**<br>**2439 E Erie Ct**<br>**Gilbert, AZ 85295** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 9 | **Nonpriority creditor's name and mailing address**<br>**Damian Dailey**<br>**3535 S Ball St**<br>**Arlington, VA 22202** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 0 | **Nonpriority creditor's name and mailing address**<br>**Damian Glennon**<br>**6071 Monterey Ave**<br>**Richmond, CA 94805** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 1 | **Nonpriority creditor's name and mailing address**<br>**Damien Jones**<br>**3018 San Pablo Ave**<br>**Berkeley, CA 94702** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 2 | **Nonpriority creditor's name and mailing address**<br>**Damien Liggs**<br>**1081 Springfield Dr**<br>**Campbell, CA 95008** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 465 of 1000

| 3.278 3 | **Nonpriority creditor's name and mailing address**<br>**Damon Bowe**<br>1000 New Jersey Ave SE #PH23<br>Washington, DC 20003 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 4 | **Nonpriority creditor's name and mailing address**<br>**Damon Cokenias**<br>310 Park St.<br>San Francisco, CA 94110 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 5 | **Nonpriority creditor's name and mailing address**<br>**Damon Jones**<br>PO Box 471151<br>District Hts, MD 20753 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 6 | **Nonpriority creditor's name and mailing address**<br>**Damon Nelson**<br>385 Grove St.<br>San Francisco, CA 94102 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 7 | **Nonpriority creditor's name and mailing address**<br>**damon sanderson**<br>PO Box 11268<br>Bapchule, AZ 85121 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 8 | **Nonpriority creditor's name and mailing address**<br>**Dan Woods**<br>312 Laurel Way<br>Mill Valley, CA 94941 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 9 | **Nonpriority creditor's name and mailing address**<br>**Dan Beal**<br>32531 N Scottsdale Rd. Ste. 105-229<br>Scottsdale, AZ 85266 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 466 of 1000

| 3.2790 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Book** | ☐ Contingent | |
| **904 Garden Path Dr.** | ☐ Unliquidated | |
| **Round Rock, TX 78664** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2791 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Bounds** | ☐ Contingent | |
| **812 Riverside Drive** | ☐ Unliquidated | |
| **Arnold, MD 21012** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2792 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Busuioc** | ☐ Contingent | |
| **22636 Cherry Hill** | ☐ Unliquidated | |
| **Dearborn, MI 48124** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2793 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Carrier** | ☐ Contingent | |
| **2221 South Clark St** | ☐ Unliquidated | |
| **Arlington, VA 22202** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2794 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Casper** | ☐ Contingent | |
| **569 Autumn Bluff Dr** | ☐ Unliquidated | |
| **Ellisville, MO 63130** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2795 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Collins** | ☐ Contingent | |
| **2251 Eisenhower Avenue Apt 1203** | ☐ Unliquidated | |
| **Alexandria, VA 22314** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2796 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Dongilli** | ☐ Contingent | |
| **1935 Chislett St.** | ☐ Unliquidated | |
| **Pittsburgh, PA 15206** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 467 of 1000

| 3.279 7 | **Nonpriority creditor's name and mailing address**<br>**Dan Droz**<br>**1086 Lyndhurst Dr.**<br>**Pittsburgh, PA 15206** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 8 | **Nonpriority creditor's name and mailing address**<br>**Dan Elliott**<br>**21173 Randall St**<br>**Farmington Hills, MI 48336** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 9 | **Nonpriority creditor's name and mailing address**<br>**Dan Gonzalez**<br>**8516 Magnolia Way**<br>**Gilroy, CA 95020** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 0 | **Nonpriority creditor's name and mailing address**<br>**Dan Harms**<br>**2065 S Glebe Rd**<br>**Arlington, VA 22204** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 1 | **Nonpriority creditor's name and mailing address**<br>**Dan Hennage**<br>**303 cazrea drive**<br>**Mill Valley, CA 94941** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 2 | **Nonpriority creditor's name and mailing address**<br>**Dan Holloway**<br>**21943 Windover**<br>**Ashburn, VA 20148** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 3 | **Nonpriority creditor's name and mailing address**<br>**Dan Hunter**<br>**917 Redwood Ave**<br>**Redwood City, CA 94061** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Levin** | ☐ Contingent | |
| **141 Corona Way** | ☐ Unliquidated | |
| **Portola Valley, CA 94028** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.280 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Levine** | ☐ Contingent | |
| **42 Sharon Street** | ☐ Unliquidated | |
| **San Francisco, CA 94114** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.280 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Lockwood** | ☐ Contingent | |
| **4506 Coastal Pky** | ☐ Unliquidated | |
| **White Lake, MI 48386** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.280 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Lykowski** | ☐ Contingent | |
| **3140 Rubino Dr. Apt 205** | ☐ Unliquidated | |
| **San Jose, CA 95125** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.280 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Machak** | ☐ Contingent | |
| **941 East Grant Place** | ☐ Unliquidated | |
| **San Mateo, CA 94402** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.280 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Mahoney** | ☐ Contingent | |
| **3 Circle Star Way** | ☐ Unliquidated | |
| **San Carlos, CA 94070** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.281 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dan Mars** | ☐ Contingent | |
| **1960 Churton Ave** | ☐ Unliquidated | |
| **Los Altos, CA 94024** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.281**
**1**

Nonpriority creditor's name and mailing address
**Dan Mars & J Holt**
**1960 Churton Ave**
**Los Altos, CA 94024**

Date(s) debt was incurred  **10/19/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$55,161.64**

---

**3.281**
**2**

Nonpriority creditor's name and mailing address
**Dan Masters**
**2605 Cami Path Loop**
**Round Rock, TX 78665**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281**
**3**

Nonpriority creditor's name and mailing address
**Dan Matthews**
**13114 E Galveston St**
**Gilbert, AZ 85233**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281**
**4**

Nonpriority creditor's name and mailing address
**Dan McGee**
**PO Box 165**
**Young, AZ 85554**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281**
**5**

Nonpriority creditor's name and mailing address
**Dan Mendenhall**
**555 Morewood Ave**
**Pittsburgh, PA 15213**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281**
**6**

Nonpriority creditor's name and mailing address
**Dan Neville**
**19296 Gleneagles dr**
**livonia, MI 48157**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281**
**7**

Nonpriority creditor's name and mailing address
**Dan O Mara**
**1115 Keppler Ct Unit A**
**San Francisco, CA 94130**

Date(s) debt was incurred  **10/25/2017**

Last 4 digits of account number  **54**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA -Instructor class instruction for the period 10/01/2017 to 10/23/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$287.50**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 470 of 1000

| 3.281 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Dan O Mara**
1115 Keppler Ct Unit A
San Francisco, CA 94130

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/27/2017**

Last 4 digits of account number **53**

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 09/17/2017 to 09/24/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dan OMara**
1115 A Keppler Ct
San Francisco, CA 94130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Dan Reglin**
4196 E County Down
Chandler, AZ 85249

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **3117**

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instruction for the period 10/03/2017 to 10/24/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Dan Reglin**
4196 E County Down
Chandler, AZ 85249

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/30/2017**

Last 4 digits of account number **3117**

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instruction for the period 08/05/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Dan Reglin**
4196 E County Down
Chandler, AZ 85249

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/30/2017**

Last 4 digits of account number  **3017**

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instruction for the period 09/14/2017 to 09/27/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dan Risacher**
3709 8th ST S
Arlington, VA 22204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 471 of 1000

---

| 3.282 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Rolander**
**14144 Darkwood Circle**
**Centreville, VA 20121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.282 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Rose**
**1876 Cambridge**
**Berkley, MI 48072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.282 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Shahin**
**89 Stillman St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.282 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Slomski**
**546 Fillmore St.**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.282 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Smith**
**762 Peru Ave**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.282 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Stuver**
**1132 Portner Road**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.283 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Thompson**
**6483 Jackson Street**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.283 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $262.50 |
|---|---|---|---|

**Dan Todd_V**
**22 Vista del Grande**
**San Carlos, CA 94070**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **0801**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 08/14/2017 to 08/30/2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.283 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Dan Todd_V**
**22 Vista del Grande**
**San Carlos, CA 94070**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **0802**

Basis for the claim:  **[Notice only] Techshop Menlo Park - STEAM class instructions for the period 08/07/2017 to 08/11/2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.283 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dan Underhill**
**577 Paloma Ave.**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.283 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |
|---|---|---|---|

**Dan Varney**
**21 Hedges Rd**
**East Patchogue, NY 11772**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/9/2017**

Last 4 digits of account number  **1**

Basis for the claim:  **[Notice only] Techshop Brooklyn- Instructor classes for the period 10/14/2017 to 11/11/2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.283 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dan Varney**
**21 Hedges Rd**
**E Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.283 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dan Wheeler**
**907 Parkcrest Ct**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 473 of 1000

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.283 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dan Woodard**
**1906 Barton St.**
**Redwood City, CA 94061**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$108,153.88** |
|---|---|---|---|

**Dan Woods**
**312 Laurel Way**
**Mill Valley, CA 94941**

Date(s) debt was incurred  **11/14/2017**

Last 4 digits of account number  **61**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Total Compensation Deferred for Dan Woods, CEO beginning 8/5/16**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dan Woods**
**1005 Gravenstein Hwy**
**Mill Valley, CA 94941**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dan Woods**
**24 Del Casa Drive**
**Mill Valley, CA 94941**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dana Andersen**
**2 Hidden Valley Rd**
**Mammoth, CA 93546**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dana Bell**
**147 Conselyea St #2R**
**Brooklyn, NY 11211**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dana Bradley**
**30 E. Brown Rd. #2083**
**Mesa, AZ 85201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.284 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dana Gordon**
**1561 S Wolfe Rd**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dana Hansen**
**1588 B Union St**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dana Kittrelle**
**90 Zircon Place**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dana Levinthal**
**956 Wilmington Way**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Dana Monroe**
**103 Westminster Dr**
**Verona, PA 15147**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **10/25/2017**
Last 4 digits of account number **112**

Basis for the claim: **[Notice only] Techshop Pittsburgh- Instructor class instructions for dated 10/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Dana Monroe**
**103 Westminster Dr**
**Verona, PA 15147**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **8/18/2017**
Last 4 digits of account number **107**

Basis for the claim: **[Notice only] Techshop Pittsburgh- Instructor class instructions for period 08/08/2017 to 08/10/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398  Doc# 2  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 475 of 1000

| | |
|---|---|
| 3.285 0 | **Nonpriority creditor's name and mailing address** |

**Dana Monroe**
**3215 Ward Street #2**
**Pittsburgh, PA 15213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.285 1 | **Nonpriority creditor's name and mailing address** |

**Dana Sandoval**
**6537 E Norwood St**
**Mesa, AZ 85215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.285 2 | **Nonpriority creditor's name and mailing address** |

**Dana Sniezko**
**584 castro St #364**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.285 3 | **Nonpriority creditor's name and mailing address** |

**Dana Taylor**
**1130 Schooner St.**
**Foster City, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.285 4 | **Nonpriority creditor's name and mailing address** |

**Dana Tongman Yang**
**13727 Rosetree Ct**
**Chantilly, VA 20151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.285 5 | **Nonpriority creditor's name and mailing address** |

**Dana Wheeler**
**1858 Tacoma Avenue**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.285 6 | **Nonpriority creditor's name and mailing address** |

**Danial Lemire**
**4420 18th Street**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 476 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.285 7 | **Nonpriority creditor's name and mailing address**<br>**Daniel Donnelly**<br>**1000 New Jersey Ave SE**<br>**Washington, DC 20003** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.285 8 | **Nonpriority creditor's name and mailing address**<br>**Daniel Fusaro**<br>**13449 N 76th Street**<br>**Scottsdale, AZ 85260** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.285 9 | **Nonpriority creditor's name and mailing address**<br>**Daniel Holmes**<br>**3701 Quick Hill Rd**<br>**Austin, TX 78728** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.286 0 | **Nonpriority creditor's name and mailing address**<br>**Daniel Lu**<br>**5225 Pooks Hill Road Apt.1620s**<br>**Bethesda, MD 20814** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.286 1 | **Nonpriority creditor's name and mailing address**<br>**Daniel Owens**<br>**1236 Kirkham St**<br>**San Francisco, CA 94122** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.286 2 | **Nonpriority creditor's name and mailing address**<br>**Daniel Reich**<br>**1312 Maxwell Ave**<br>**Royal Oak, MI 48067** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.286 3 | **Nonpriority creditor's name and mailing address**<br>**Daniel Slavin**<br>**4742 Bridge Run Apt. 1C**<br>**Ypsilanti, MI 48197** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 477 of 1000

| 3.286 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Daniel  White**
**2469 Streamview Drive**
**Waldorf, MD 20603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Daniel Aden**
**152 G St.**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Daniel Alnasir**
**9119 Brienne Way**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Daniel Anderson**
**175 Stonecrest Dr**
**San Francisco, CA 94132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Daniel Anderson**
**1165 Miller Ave**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Daniel Anthony**
**399 Lexington**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Daniel Arias**
**11670 Willow**
**Southgate, MI 48195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 478 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.287 1 | **Nonpriority creditor's name and mailing address** <br> **Daniel Baker** <br> **303 W Thompson Pl** <br> **Chandler, AZ 85286** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.287 2 | **Nonpriority creditor's name and mailing address** <br> **Daniel Barry** <br> **163 Albion St.** <br> **San Francisco, CA 94110** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.287 3 | **Nonpriority creditor's name and mailing address** <br> **Daniel Beckman** <br> **557 W Erie St** <br> **Chandler, AZ 85225** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.287 4 | **Nonpriority creditor's name and mailing address** <br> **Daniel Berkowitz** <br> **118 Kingsley Ave** <br> **Palo Alto, CA 94301** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.287 5 | **Nonpriority creditor's name and mailing address** <br> **Daniel Bibl** <br> **421 Oak Street** <br> **San Francisco, CA 94102** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.287 6 | **Nonpriority creditor's name and mailing address** <br> **Daniel Bickmore** <br> **2270 N Towne Ave #2** <br> **Pomona, CA 91767** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.287 7 | **Nonpriority creditor's name and mailing address** <br> **Daniel Bishop** <br> **6621 Wakefield Drive Apt 213B** <br> **Alexandria, VA 22307** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

**3.287 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Daniel Bodner**<br>220 MONTGOMERY ST<br>SAN FRANCISCO, CA 94104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.287 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Daniel Boston**<br>3116 Venice St<br>Dearborn, MI 48124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.288 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Daniel Chin**<br>6357 Florio St.<br>Oakland, CA 94618 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.288 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Daniel Cuddihy**<br>7850 E Gelding Dr<br>Scottsdale, AZ 85260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.288 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Daniel Danner**<br>130 E. San Fernando St. #425<br>San Jose, CA 95112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.288 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Daniel Domzalski**<br>693 W Carob Pl<br>Fountain Hills, AZ 85268 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.288 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,195.93** |
|---|---|---|
| **Daniel E. Erdman**<br>88 E San Fernando St #510<br>San Jose, CA 95113 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **6/4/2013**<br>Last 4 digits of account number **NA** | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 480 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|-------------------|--------------------------|--|
| | Name | | |

**3.2885**

Nonpriority creditor's name and mailing address
**Daniel Egnor**
**483 Forest Ave #E**
**Palo Alto, CA 94301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2886**

Nonpriority creditor's name and mailing address
**Daniel Erdman**
**88 E San Fernando St #510**
**San Jose, CA 95113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2887**

Nonpriority creditor's name and mailing address
**Daniel Estrada**
**0140 Hirasaki Ct**
**Gilroy, CA 95020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2888**

Nonpriority creditor's name and mailing address
**Daniel Flynn**
**1859 E Zenday Way**
**Salt Lake City, UT 84121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2889**

Nonpriority creditor's name and mailing address
**Daniel ForbesRestifo**
**108 Berwick Drive**
**Pittsburgh, PA 15215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2890**

Nonpriority creditor's name and mailing address
**Daniel Fraley**
**2815 Rio Grande St. #207**
**Austin, TX 78705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2891**

Nonpriority creditor's name and mailing address
**Daniel Fullington**
**559 Alvarado St. (lower unit)**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 481 of 1000

**3.289 2**

Nonpriority creditor's name and mailing address
**Daniel Gies**
**286 Monterey Blvd. #C**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.289 3**

Nonpriority creditor's name and mailing address
**daniel gimbe**
**6731 new hamphsir av**
**takoma park, MD 20912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.289 4**

Nonpriority creditor's name and mailing address
**Daniel Goncharov**
**318 Laurel St.**
**Pittsburgh, PA 15218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.289 5**

Nonpriority creditor's name and mailing address
**Daniel Goodwin**
**2412 Los Robles Street**
**Grapevine, TX 76051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.289 6**

Nonpriority creditor's name and mailing address
**Daniel Han**
**756 E Loyota Dr**
**Tempe, AZ 85282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.289 7**

Nonpriority creditor's name and mailing address
**Daniel Herrington**
**8 Spruce Street, 48D**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.289 8**

Nonpriority creditor's name and mailing address
**Daniel Holterhaus**
**4116 Monument Ct Unit #203**
**Fairfax, VA 22033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 482 of 1000

---

**3.2899**

Nonpriority creditor's name and mailing address
**Daniel Horn**
**1525 E. Del Rio St.**
**Chandler, AZ 85225**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2900**

Nonpriority creditor's name and mailing address
**Daniel Horton**
**18224 N 52nd St**
**Scottsdale, AZ 85254**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2901**

Nonpriority creditor's name and mailing address
**Daniel Hurley**
**5230 Thunder Creek Rd**
**Austin, TX 78759**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2902**

Nonpriority creditor's name and mailing address
**Daniel J. Levin**
**141 Corona Way**
**Portola Valley, CA 94028**

Date(s) debt was incurred  **6/15/2011**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$29,055.44**

---

**3.2903**

Nonpriority creditor's name and mailing address
**Daniel Kanner**
**138 Homestead St.**
**Pittsburgh, PA 15218**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2904**

Nonpriority creditor's name and mailing address
**Daniel Klein**
**5606 Northumberland**
**Pittsburgh, PA 15217**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2905**

Nonpriority creditor's name and mailing address
**Daniel Kleinman**
**629 4th St NE #3**
**Washington, DC 20002**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 483 of 1000

**3.290 6**

Nonpriority creditor's name and mailing address
**Daniel Kursave**
**1535 granite hills dr, apt 34**
**el cajon, CA 92019**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.290 7**

Nonpriority creditor's name and mailing address
**Daniel Lamson**
**2711 South Compton**
**St. Louis, MO 63118**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.290 8**

Nonpriority creditor's name and mailing address
**Daniel Langley**
**120 LOWELL AVE**
**SAN RAFAEL, CA 94109**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.290 9**

Nonpriority creditor's name and mailing address
**Daniel Lee**
**1000 Park Pl Apt E**
**San Mateo, CA 94403**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.291 0**

Nonpriority creditor's name and mailing address
**Daniel Lemke**
**740 Leavenworth St. #4**
**San Francisco, CA 94109**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.291 1**

Nonpriority creditor's name and mailing address
**Daniel Liebeskind**
**1 Hallidie Plaza**
**San Francisco, CA 94102**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.291 2**

Nonpriority creditor's name and mailing address
**Daniel Lockwood**
**1119 Castro Street**
**San Francisco, CA 94114**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 484 of 1000

| 3.291 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel Lubrich**
2900 W Highland St
Chandler, AZ 85224

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel Luong**
3200 Hillview Ave
Palo Alto, CA 94304

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel Lynch**
619 South Aiken Avenue Apt. 2
Pittsburgh, PA 15232

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel Madison**
3440 Grindley Park St.
Dearborn, MI 48124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel Madrid**
14751 Lavell St
Livonia, MI 48154

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel Markevitch**
231 Emerson St.
Palo Alto, CA 94301

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel Marsch**
8804 Terry Lynn Ct
Springfield, VA 22152

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 485 of 1000

| 3.292 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Daniel Martin** | ☐ Contingent | |
| **7212 Forsyth Blvd. Apt 2E** | ☐ Unliquidated | |
| **St. Louis, MO 63105** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.292 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Daniel Newman** | ☐ Contingent | |
| **53 Elsie St.** | ☐ Unliquidated | |
| **San Francisco, CA 94110** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.292 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Daniel Olewine** | ☐ Contingent | |
| **2929 Eskridge Rd, Suite S** | ☐ Unliquidated | |
| **Fairfax, VA 22031** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.292 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Daniel Orr** | ☐ Contingent | |
| **2765 Harrison** | ☐ Unliquidated | |
| **Trenton, MI 48183** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.292 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Daniel Owens** | ☐ Contingent | |
| **1236 Kirkham St** | ☐ Unliquidated | |
| **San Francisco, CA 94122** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.292 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Daniel Pacifico** | ☐ Contingent | |
| **1709 Canyon Hills Ct.** | ☐ Unliquidated | |
| **Fairfield, CA 94534** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.292 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Daniel Pang** | ☐ Contingent | |
| **1373 Bedford St** | ☐ Unliquidated | |
| **Fremont, CA 94539** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 486 of 1000

---

**3.2927**

**Nonpriority creditor's name and mailing address**

**Daniel Phelan**
**36 Rico Way**
**San Francisco, CA 94123**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2928**

**Nonpriority creditor's name and mailing address**

**Daniel Quinlan**
**3023 20th Street**
**San Francisco, CA 94110**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2929**

**Nonpriority creditor's name and mailing address**

**Daniel Ramos**
**3714 Columbia Pike Apt 10**
**Arlington, VA 22204**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2930**

**Nonpriority creditor's name and mailing address**

**Daniel Ratner**
**3674 22nd St.**
**San Francisco, CA 94114**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2931**

**Nonpriority creditor's name and mailing address**

**Daniel Reglin**
**3105 E. Winged Foot**
**Chandler, AZ 85249**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2932**

**Nonpriority creditor's name and mailing address**

**Daniel Ricciotti**
**2 lawrence avenue**
**annapolis, MD 21403**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2933**

**Nonpriority creditor's name and mailing address**

**Daniel Rivera**
**4213 Ramsey Ave #B**
**Austin, TX 78756**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 487 of 1000

| 3.293 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Roberts**
**704 A N Wakefield St.**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Rosenberry**
**13407 collingwood ter**
**silver spring, MD 20904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Roth**
**249 E. Paso Fino Way**
**San Tan Valley, AZ 85143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Rust**
**2953 E Dover St.**
**Mesa, AZ 85213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Safronoff**
**8227 Stonewall Drive**
**Vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Schultz**
**570 4th Ave.**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Sebahar**
**717 6th Ave Apt 5**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.294 | | | |
|---|---|---|---|
| **1** | | | |

**Nonpriority creditor's name and mailing address**

**Daniel Sionov**
**1005 N. Pitt St.**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | |
|---|---|
| **2** | |

**Nonpriority creditor's name and mailing address**

**Daniel Stocker**
**5618 Nevada Ave NW**
**WDC, DC 20015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | |
|---|---|
| **3** | |

**Nonpriority creditor's name and mailing address**

**Daniel Stys**
**1147 Nimitz Lane**
**Foster City, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | |
|---|---|
| **4** | |

**Nonpriority creditor's name and mailing address**

**Daniel Suchomel**
**58 Sala Terr**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | |
|---|---|
| **5** | |

**Nonpriority creditor's name and mailing address**

**Daniel Susca**
**3700 W Parmer Ln**
**Austin, TX 78727**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | |
|---|---|
| **6** | |

**Nonpriority creditor's name and mailing address**

**Daniel Todd**
**22 Vista Del Grande**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | |
|---|---|
| **7** | |

**Nonpriority creditor's name and mailing address**

**Daniel Tullie**
**6029 N. 31st Ave**
**Phoenix, AZ 85017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 489 of 1000

| 3.294 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Valdez**
**1652 E La Jolla Dr**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Vianello**
**750 Yale Ave.**
**University City, MO 63130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Vlach**
**2501 Lake Austin Blvd K205**
**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Weiss**
**5724 Colony Church Rd  #6**
**Farmington, MO 63640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Wolf**
**3629 MacGregor Ln.**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,256.89 |
|---|---|---|---|

**Daniel Woods**
**312 Laurel Way**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/2017**

Basis for the claim:  **Expense Reimbursement for the period 05/18/2016 to 10/18/2017**

Last 4 digits of account number  **2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,131.05 |
|---|---|---|---|

**Daniel Woods**
**312 Laurel Way**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2017**

Basis for the claim:  **Expense Reimbursement for the period 12/16/2015 to 04/18/2016**

Last 4 digits of account number  **2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 490 of 1000

| 3.295 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.99 |

**Nonpriority creditor's name and mailing address**
**Daniel Woods**
**312 Laurel Way**
**Mill Valley, CA 94941**

Date(s) debt was incurred  **7/30/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **"Accidental Personal Charge"**

Is the claim subject to offset? ■ No ☐ Yes

$9.99

---

| 3.295 6 |

**Nonpriority creditor's name and mailing address**
**Daniel Woods**
**312 Laurel Way**
**Mill Valley, CA 94941**

Date(s) debt was incurred  **7/30/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **"Accidental Personal Charge"**

Is the claim subject to offset? ■ No ☐ Yes

$2.99

---

| 3.295 7 |

**Nonpriority creditor's name and mailing address**
**Daniel Woods**
**312 Laurel Way**
**Mill Valley, CA 94941**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.295 8 |

**Nonpriority creditor's name and mailing address**
**Daniel Ziegler**
**2145 Paradise Drive**
**Tiburon, CA 94920**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.295 9 |

**Nonpriority creditor's name and mailing address**
**Daniela  Selbert**
**1324 Clarkson Clayton Center #108**
**Ellisville, MO 63011**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.296 0 |

**Nonpriority creditor's name and mailing address**
**Daniela Bertol**
**160 west 77street**
**New York, NY 10024**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.296 1 |

**Nonpriority creditor's name and mailing address**
**Daniela Chavez**
**701 E Apache Blvd**
**Tempe, AZ 85281**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 491 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.296 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniele Radaelli**
**557 Crimsonberry Way**
**San Jose, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danielle Deibler**
**879 29th Ave.**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danielle Johnson**
**2300 W San Angelo Apt 2136**
**Gilbert, AZ 85233**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,070.80** |
|---|---|---|---|

**Danielle Lee Deibler**
**879 29th Ave.**
**San Francisco, CA 94121**

Date(s) debt was incurred  **3/11/2010**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danielle Simone**
**28064 Marshal**
**Southfield, MI 48076**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danielle Yuhasz**
**825 E. Evelyn Ave. #202**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danil Kozyatnikov**
**77 Domingo Av**
**Berkeley, CA 94705**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 492 of 1000

| | | |
|---|---|---|
| 3.296 9 | **Nonpriority creditor's name and mailing address** **Danish Nagda** 20 S Sarah St. St. Louis, MO 63108 | **$0.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.297 0 | **Nonpriority creditor's name and mailing address** **Dannette Peltier** 5539 Anza Street San Francisco, CA 94121 | **$0.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.297 1 | **Nonpriority creditor's name and mailing address** **Danny  Zemanek** 274 Redwood Shores Pkwy. #701 Redwood City, CA 94014 | **$0.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.297 2 | **Nonpriority creditor's name and mailing address** **Danny Andreev** 559 Everett Ave Palo Alto, CA 94301 | **$0.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.297 3 | **Nonpriority creditor's name and mailing address** **Danny Dawson** 1252 Arguello Blvd San Francisco, CA 94122 | **$0.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.297 4 | **Nonpriority creditor's name and mailing address** **Danny Dunbar** 13629 Linwood St Detroit, MI 48238 | **$0.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.297 5 | **Nonpriority creditor's name and mailing address** **Danny E. Mars** 1960 Churton Ave Los Altos, CA 94024 | **$85,405.48** |

Date(s) debt was incurred  **5/10/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

| 3.297 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Danny Garcia**
**1462 San Bruno Ave**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Danny Haeg**
**850 Meridian Way Apt 58**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Danny Lee**
**11700 Old Georetown Rd., Unit 513**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,024.66 |
|---|---|---|---|

**Danny Machak**
**941 East Grant Place**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2015**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Danny McBroom**
**2019 Palos Verdes**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Danny McLane**
**1200 Franklin Mall #309**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Danny Savard**
**1101 Hobart St.**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 494 of 1000

| 3.298 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Danny Schaefer**
**4511 E Ashurst Dr**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.298 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Danny Swarzman**
**3739 Balboa St. #119**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.298 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Danny Yusupov**
**8014 Tysons Oaks Court**
**Gainesville, VA 20155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.298 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dante Repko**
**514 W. 8th Ave.**
**Tarentum, PA 15081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.298 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Darian Ahler**
**1157 Valencia Street apt. 5**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.298 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Darin Lewandowski**
**2211 E. Weldon**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.298 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Darin Phan**
**1821 W Campbell Ave**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 495 of 1000

| 3.299 0 | **Nonpriority creditor's name and mailing address**<br>**Darin Wagner**<br>**797 W Oakland St**<br>**Chandler, AZ 85225** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 1 | **Nonpriority creditor's name and mailing address**<br>**Dario Bianco**<br>**2374 Huntington Station Ct**<br>**Alexandria, VA 22303** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 2 | **Nonpriority creditor's name and mailing address**<br>**Darius B'Alexander**<br>**90 N 9th St, Dungeon Suite**<br>**San Jose, CA 95112** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 3 | **Nonpriority creditor's name and mailing address**<br>**Darius B'Alexander_V**<br>**90 N 9th St.**<br>**Dungeon Suite**<br>**San Jose, CA 95112** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$888.00** |
|---|---|---|---|
| | Date(s) debt was incurred __10/31/2017__<br>Last 4 digits of account number __7018__ | **Basis for the claim:** __[Notice only] Techshop San Jose -Instructor Class Instructions for the period 10/03/2017 to 10/31/2017__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 4 | **Nonpriority creditor's name and mailing address**<br>**Darius B'Alexander_V**<br>**90 N 9th St.**<br>**Dungeon Suite**<br>**San Jose, CA 95112** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$863.00** |
|---|---|---|---|
| | Date(s) debt was incurred __10/10/2017__<br>Last 4 digits of account number __7016__ | **Basis for the claim:** __[Notice only] Techshop San Jose -Instructor Class Instructions for the period 09/03/2017 to 09/26/2017__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 5 | **Nonpriority creditor's name and mailing address**<br>**Darius B'Alexander_V**<br>**90 N 9th St.**<br>**Dungeon Suite**<br>**San Jose, CA 95112** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$353.00** |
|---|---|---|---|
| | Date(s) debt was incurred __10/10/2017__<br>Last 4 digits of account number __7015__ | **Basis for the claim:** __[Notice only] Techshop San Jose -Instructor Class Instructions for the period 09/03/2017 to 09/14/2017__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 496 of 1000

| 3.299 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$863.00** |
|---|---|---|---|

**Darius B'Alexander_V**
90 N 9th St.
Dungeon Suite
San Jose, CA 95112

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __9/6/2017__

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor Class Instructions for the period 08/01/2017 to 08/31/2017**

Last 4 digits of account number  __7014__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.299 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darius Golkar**
677 Waverley St.
Palo Alto, CA 94301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.299 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darius Goodall**
16 Whittier St.
Milpitas, CA 95035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.299 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darlene Guillot**
700 Clearlake Point
Seneca, SC 29672

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.300 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darrel Troxel**
2805 E. Terrace Ave
Gilbert, AZ 85234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.300 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darrell  Brown**
1233 Wood Bury Ln.
Stockton, CA 95206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.300 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darrell Hale**
9409 FAIRVIEW AVE
Laurel, MD 20723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.300 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Darrell Hill** | ☐ Contingent | |
| **161 Hill Road** | ☐ Unliquidated | |
| **Dale, TX 78616** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Darrell Ruppel** | ☐ Contingent | |
| **154 Chestnut St Apt 212** | ☐ Unliquidated | |
| **Santa Cruz, CA 95060** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Darren Brust** | ☐ Contingent | |
| **12116 Labrador Bay Ct** | ☐ Unliquidated | |
| **Austin, TX 78732** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Darren Hughes** | ☐ Contingent | |
| **1914 W. Canyon Way** | ☐ Unliquidated | |
| **Chandler, AZ 85248** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Darren Overby** | ☐ Contingent | |
| **524 San Anselmo Av** | ☐ Unliquidated | |
| **San Anselmo, CA 94960** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Darren Reis** | ☐ Contingent | |
| **358 Tennyson Ave.** | ☐ Unliquidated | |
| **Palo Alto, CA 94301** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Darren Tidwell** | ☐ Contingent | |
| **10610 New Ave.** | ☐ Unliquidated | |
| **Gilroy, CA 95020** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 498 of 1000

| 3.301 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,133.38** |
|---|---|---|---|

**Darrin B. Jewell**
**416 Ridge Rd**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/21/2011__

Last 4 digits of account number __NA__

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darrin Jewell**
**416 Ridge Rd**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darrin Naughton**
**1602 W. Del Rio St.**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darrow Hartman**
**1982 Dakin Ave**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darryl Barnes**
**527 Villa Centre Way**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darryl McAdams**
**2225 NW 6th Terr**
**Wilton Manors, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darryle Hawes**
**262 gates ave apt#br**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 499 of 1000

| 3.301 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Darshana Salvi**
**770 Gemini Lane**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Darwin Darakananda**
**1277 S Beverly Glen Blvd. #503**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Daryl  Krause**
**19408 Vilamoura St**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Daryl Anderson**
**6200 Deer Run Lane**
**Trumansburg, NY 14850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Daryl Fox**
**707 Concord Ave**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,438.36** |
| --- | --- | --- | --- |

**Daryl Smith**
**1749 W Tulsa St**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/14/2016**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38,490.41** |
| --- | --- | --- | --- |

**Daryl Smith**
**1749 W Tulsa St**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/2016**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 500 of 1000

| 3.302 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Daryl Smith** | ☐ Contingent | |
| **1749 W Tulsa St** | ☐ Unliquidated | |
| **Chandler, AZ 85224** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.302 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,394.52** |
| **Daryl Thoren Barnes** | ☐ Contingent | |
| **527 Villa Centre Way** | ☐ Unliquidated | |
| **San Jose, CA 95128** | ☐ Disputed | |
| Date(s) debt was incurred **11/22/2016** | Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.302 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$972.00** |
| **Datapipe.Inc** | ☐ Contingent | |
| **P.O. Box 36477** | ☐ Unliquidated | |
| **Newark, NJ 07188** | ☐ Disputed | |
| Date(s) debt was incurred **10/22/2017** | Basis for the claim: **Tech Shop Managed Cloud (11/19/2017 to 12/18/2017)** | |
| Last 4 digits of account number **0821** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.302 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,720.28** |
| **Dav Impossible Yaginuma** | ☐ Contingent | |
| **126 Bridgeview Dr.** | ☐ Unliquidated | |
| **San Francisco, CA 94124** | ☐ Disputed | |
| Date(s) debt was incurred **5/6/2010** | Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.302 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dav Yaginuma** | ☐ Contingent | |
| **126 Bridgeview Dr.** | ☐ Unliquidated | |
| **San Francisco, CA 94124** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.302 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dave  Binder** | ☐ Contingent | |
| **386 N Milton Ave** | ☐ Unliquidated | |
| **Campbell, CA 95008** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.303 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dave Adams** | ☐ Contingent | |
| **430 Navaro Place #118** | ☐ Unliquidated | |
| **San Jose, CA 95134** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.303 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $537.50 |
| **Dave Atwater** **12 Strath Haven Ct** **Gaithersburg, MD 20886** | ☑ Contingent ☐ Unliquidated ☑ Disputed | |
| Date(s) debt was incurred 10/6/2017 | | |
| Last 4 digits of account number EP17 | Basis for the claim: **[Notice only] Techshop DC Arlington- EDU Instructor Fees for the period 08/31/2017 to 09/23/2017** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.303 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $106.25 |
| **Dave Atwater** **12 Strath Haven Ct** **Gaithersburg, MD 20886** | ☑ Contingent ☐ Unliquidated ☑ Disputed | |
| Date(s) debt was incurred 10/27/2017 | | |
| Last 4 digits of account number ct17 | Basis for the claim: **[Notice only] Techshop DC Arlington- STEAM Instruction fees for Instructor for the period 10/09/2017** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.303 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $656.25 |
| **Dave Atwater** **12 Strath Haven Ct** **Gaithersburg, MD 20886** | ☑ Contingent ☐ Unliquidated ☑ Disputed | |
| Date(s) debt was incurred 11/7/2017 | | |
| Last 4 digits of account number ct17 | Basis for the claim: **[Notice only] Techshop DC Arlington- Instruction fees for Instructor for the period 10/05/2017 to 10/19/2017** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.303 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,350.00 |
| **Dave Atwater** **12 Strath Haven Ct** **Gaithersburg, MD 20886** | ☑ Contingent ☐ Unliquidated ☑ Disputed | |
| Date(s) debt was incurred 9/3/2017 | | |
| Last 4 digits of account number SEP3 | Basis for the claim: **[Notice only] Techshop DC Arlington- STEAM Instructor Fees for the period 08/07/2017 to 09/01/2017** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.303 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $425.00 |
| **Dave Atwater** **12 Strath Haven Ct** **Gaithersburg, MD 20886** | ☑ Contingent ☐ Unliquidated ☑ Disputed | |
| Date(s) debt was incurred 9/3/2017 | | |
| Last 4 digits of account number ug17 | Basis for the claim: **[Notice only] Techshop DC Arlington- Instruction fees for Instructor for the period 07/29/2017 to 08/24/2017** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.303 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Dave Bennett** **2500 E. Penedes Drive** **Gilbert, AZ 85298** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred ___ | | |
| Last 4 digits of account number ___ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 502 of 1000

| 3.303 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Berdych**
**101 Schenley Manor Dr**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Blankenship**
**1908 Via Veneto Apt D**
**St. Louis, MO 63125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Brassfield**
**10612 glenwild rd**
**silver spring, MD 20901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Cislo**
**4910 Horger**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Clark**
**3200 College Ave**
**Beaver Falls, PA 15010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Colbert**
**2413 Buena Vista Ave**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Corbin**
**102 Anderson St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398　　Doc# 2　　Filed: 02/26/18　　Entered: 02/26/18 18:01:21　　Page 503 of 1000

| 3.304 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dave Curtis**
**1655 Manitoba Dr.**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dave Falkenburg**
**5199 Bela Drive**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dave Field**
**1 Henry Adams Street S630**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dave Hunkins**
**3905 Cesar Chavez St.**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dave Jones**
**2326 Jones**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dave Kaminski**
**3200 Hillview Ave**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dave Kodama**
**12909 Glenda St.**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 504 of 1000

| 3.305 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Latka**
850 W Buno Rd
Milford, MI 48381

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Lyons**
1159 Lincoln Ave.
Palo Alto, CA 94301

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Marzetta**
2927 San Juan Blvd.
Belmont, CA 94002

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Matsumoto**
6766 Hampton Dr.
San Jose, CA 95120

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Menconi**
357 Spring Valley Ln
Milpitas, CA 95035

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Messink**
1293 Antwerp Ln
San Jose, CA 95118

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Pence**
126 Green Gable Manor
Zelienople, PA 16063

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 505 of 1000

| 3.3058 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Dave Pifke**
1 South Park St. Unit 404
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3059 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Dave Rachels**
1317 Templeton PL
Rockville, MD 20852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3060 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Dave Rohrl**
751 Linda Mar Blvd
Pacifica, CA 94044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3061 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Dave Sanderson**
726 Ruth Dr.
Pleasant Hill, CA 94523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3062 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Dave Strong**
1644 Tartarian Way
San Jose, CA 95129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3063 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Dave Wardoclip**
304 Heather Hill Drive
Gibsonia, PA 15044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3064 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Dave Yale**
54 Lester Ave #6
San Jose, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 506 of 1000

| | |
|---|---|
| 3.306<br>5 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**DaVero  Garner**
**22705 Lake Ravires dr.**
**Clinton Township, MI 48035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.306<br>6 | **Nonpriority creditor's name and mailing address** |

**David  Dainelis**
**22077 Beech St. Apt 702**
**Dearborn, MI 48124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.306<br>7 | **Nonpriority creditor's name and mailing address** |

**David  Gadling**
**732 10th Avenue**
**San Mateo, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.306<br>8 | **Nonpriority creditor's name and mailing address** |

**David  Griggs**
**2022 Wyoming Street**
**Saint Louis, MO 63118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.306<br>9 | **Nonpriority creditor's name and mailing address** |

**David  Henry**
**15555 Lundg Pkwy**
**Dearborn, MI 48126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.307<br>0 | **Nonpriority creditor's name and mailing address** |

**David  Herman**
**20300 Rotunda**
**Dearborn, MI 48121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.307<br>1 | **Nonpriority creditor's name and mailing address** |

**David  Jeup**
**13154 Elgin Ave**
**Huntington Woods, MI 48070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 507 of 1000

| 3.307 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Jones**
1213 Ridgemont Dr.
Austin, TX 78723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Moneysmith**
934 Howard St
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Paskow**
25315 Mackinac
Roseville, MI 48066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Shen**
609 Hickory Run Dr.
Cedar Park, TX 78613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Smith**
830 Quail Ridge Lane
Salinas, CA 93908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Thomas**
723 San Carlos Ave
Albany, CA 94706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,608.22 |
|---|---|---|---|

**David & Jean Kodama**
12909 Glenda St.
Cerritos, CA 90703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/15/2013**
Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 508 of 1000

| | |
|---|---|
| **3.307 9** | |

**Nonpriority creditor's name and mailing address**
**David (Dave) Koller**
**204 E Henry St**
**Saline, MI 48176**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.308 0** | |

**Nonpriority creditor's name and mailing address**
**David A. Lyons**
**4497 Poinsettia Ct**
**San Jose, CA 95136**

Date(s) debt was incurred  **9/13/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*  $55,556.16
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.308 1** | |

**Nonpriority creditor's name and mailing address**
**David Aguirre**
**1418 Sprucewood Dr**
**San Jose, CA 95118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.308 2** | |

**Nonpriority creditor's name and mailing address**
**David Alexander**
**2777 Mauricia Ave. Apt. B**
**Santa Clara, CA 95051**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.308 3** | |

**Nonpriority creditor's name and mailing address**
**David Alexander**
**551 Ventura Ave**
**san mateo, CA 94403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.308 4** | |

**Nonpriority creditor's name and mailing address**
**David Allan Ellsworth**
**227 Ramona St.**
**San Mateo, CA 94401**

Date(s) debt was incurred  **6/10/2011**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*  $7,248.68
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.308 5** | |

**Nonpriority creditor's name and mailing address**
**David Allen**
**135 Waverly St.**
**Sunnyvale, CA 94086**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

---

| 3.308<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Anchondo**
**632 Rosinante Rd**
**El Paso, TX 79922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Anderson**
**2200 Lakeshire Dr.**
**Alexandria, VA 22308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Ansley**
**195 E Meadows Ct**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Arnott**
**356 E. 40th Ave**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Aronson**
**6567 Tartan Vista Dr**
**Alexandria, VA 22312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Babington**
**137 Ord St**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Notice Only re Techshop Subsidiary LLC Customer</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,336.99** |
|---|---|---|---|

**David Bailey**
**26656 Wexford**
**Warren, MI 48091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>6/3/2016</u>

Last 4 digits of account number <u>NA</u>

Basis for the claim: <u>Principal and accrued interest for loan to TechShop Inc</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 510 of 1000

| 3.309 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **David Bailey** | ☐ Contingent | |
| **26656 Wexford** | ☐ Unliquidated | |
| **Warren, MI 48091** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.309 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **David Baker** | ☐ Contingent | |
| **274 Joost Ave** | ☐ Unliquidated | |
| **San Francisco, CA 94131** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.309 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **David Barry** | ☐ Contingent | |
| **208 LArimore Valley Dr** | ☐ Unliquidated | |
| **Chesterfield, MO 63005** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.309 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,698.63** |
| **David Basset& Carrol Basset** | ☐ Contingent | |
| **6361 Janary Way** | ☐ Unliquidated | |
| **San Jose, CA 95129** | ☐ Disputed | |
| Date(s) debt was incurred **3/30/2014** | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.309 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,698.63** |
| **David Bassett** | ☐ Contingent | |
| **6361 Janary Way** | ☐ Unliquidated | |
| **San Jose, CA 95129** | ☐ Disputed | |
| Date(s) debt was incurred **3/30/2014** | Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.309 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **David Bassett** | ☐ Contingent | |
| **6361 Janary Way** | ☐ Unliquidated | |
| **San Jose, CA 95129** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 511 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.309 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,810.80** |
|---|---|---|---|
| | **David Belleville** **1708 Via Flores Ct** **San Jose, CA 95132** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _5/15/2012_ Last 4 digits of account number _NA_ | Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **David Belleville** **1708 Via Flores Ct** **San Jose, CA 95132** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **David Bellhorn** **1504 Willow Bluff Dr** **Pflugerville, TX 78660** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **David Bend** **501 Delancey St #212** **San Francisco, CA 94107** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **David Bernabo** **427 Dargan St.** **Pittsburgh, PA 15224** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **David Betonte** **PO Box 7232** **Santa Rosa, CA 95407** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **David Bigelow** **2525 E Geneva Dr** **Tempe, AZ 85282** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

**3.310
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **David Bloom**<br>3945 20TH ST APT 5<br>SAN FRANCISCO, CA 94114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.310
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **David Bonwick**<br>1390 McKenzie Ave<br>Los Altos, CA 94024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.310
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **David Books**<br>1500 Braided Rope Dr<br>Austin, TX 78727 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.310
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **David Bordow**<br>977 Howard<br>San Francisco, CA 94103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.311
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **David Bradsher**<br>9236 Lodge Pole Lane<br>Saint Louis, MO 63126 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.311
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **David Bragg**<br>10834 Greene Drive<br>Lorton, VA 22079 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.311
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **David Browne**<br>19 Alexandria Drive<br>Oxon Hill, MD 20745 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 513 of 1000

| 3.311 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,181.37 |

**David Bruce Curtis and Shelley Smith Cur**
1655 Manitoba Dr.
Sunnyvale, CA 94087

Date(s) debt was incurred  4/7/2008

Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Brunner**
1031 Decatur St
Pittsburgh, PA 15233

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Bruno**
308 West 106th street
New York, NY 10025

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Bryson**
507 N 5th Street
San Jose, CA 95112

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Bublitz**
2291 E INDIAN WELLS DR
CHANDLER, AZ 85249

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Bui**
280 Beatrice Street
Mountain View, CA 94043

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Butcher**
1024 Hazelwood Ave.
San Jose, CA 95125

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 514 of 1000

| | |
|---|---|
| 3.312 0 | **$28,819.18** |

**Nonpriority creditor's name and mailing address**
**David C Chein**
**48277 Hackberry St**
**Fremont, CA 94539**

Date(s) debt was incurred  **3/7/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.312 1 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**David Calkins**
**377 Dolan Ave**
**Mill Valley, CA 94941**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.312 2 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**David Canavese**
**744 South Clover**
**San Jose, CA 95128**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.312 3 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**David Carlson**
**316 Laura Lane**
**Bastrop, TX 78602**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.312 4 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**David Cervantes**
**4317 Maryland Ave Apt 1E**
**St. Louis, MO 63108**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.312 5 | **$15,983.92** |

**Nonpriority creditor's name and mailing address**
**David Chang**
**13601 Paseo Del Roble Dr.**
**Los Altos Hills, CA 94022**

Date(s) debt was incurred  **2/28/2011**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.312 6 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**David Chang**
**13601 Paseo Del Roble Dr.**
**Los Altos Hills, CA 94022**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 515 of 1000

| 3.312 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Chau**
2245 Lanai Ave
San Jose, CA 95122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Chen**
48277 Hackberry St
Fremont, CA 94539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Chien**
120 Flynn Ave. Apt D
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Chronowski**
27835 Lauren
Harrison Twp, MI 48045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Chung**
1251 8th Ave, Apt 2
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,078.44 |
|---|---|---|---|

**David Clayton Belleville**
1708 Via Flores Ct
San Jose, CA 95132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/6/2011**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Craig**
3839 Webster st
Oakland, CA 94609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 516 of 1000

| 3.313 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Crane**
2331 Winged Foot Road
Half Moon Bay, CA 94019

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Croker**
551 Merrimac Dr.
Campbell, CA 95008

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David DeNola**
1902 Madison Ave.
Redwood City, CA 94061

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Dickey**
4495 East Nightingale Lane
Gilbert, AZ 85298

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Dowdle**
969 Huntington Common
Fremont, CA 94536

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Dress**
566 23rd St. S
Arlington, VA 22202

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Duggan**
5740 W. John Cabot Rd.
Glendale, AZ 85308

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 517 of 1000

| 3.314 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Dupuis**
**34963 Skylark Dr.**
**Union City, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Duval**
**2508 Parkland Ct.**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,002.74** |
|---|---|---|---|

**David E Chen**
**48277 Hackberry St**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/3/2016**
Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Earl**
**17 La Fond Lane**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Elisofon**
**279 Camino Al Lago**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Ellsworth**
**227 Ramona St.**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Endler**
**603 Davis St. #1003**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Erkkila**
**4618 Crows Nest Ct**
**Brighton, MI 48114**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Evers**
**3815 242nd Ave SE**
**Issaquah, WA 98029**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Feinberg**
**136 Winfield St**
**San Francisco, CA 94110**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Fowler**
**1310 W. Parmer Lane #203**
**Austin, TX 78727**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David France**
**14835 S 7th St**
**Phoenix, AZ 85048**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,390.52 |
|---|---|---|---|

**David Frederick Lyons, II**
**4497 Poinsettia Ct**
**San Jose, CA 95136**

Date(s) debt was incurred  **8/16/2012**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Fribush**
**27977 Via Ventana Way**
**Los Altos Hills, CA 94022**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 519 of 1000

| 3.3155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Fritz**
**409 N Columbus Street**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Fuentes**
**106 Ferris Street, 3L**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Gabel**
**4516 highland terrace**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Gaines**
**33028 Maplenut**
**Farmington Hills, MI 48336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Galvin**
**4105 Cat Hollow Dr**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Garcia**
**2317 Folsom St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Gloede**
**1739 Vallejo St.**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 520 of 1000

---

**3.316
2**

**Nonpriority creditor's name and mailing address**

**David Glover**
**1246 Noringside Drive**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316
3**

**Nonpriority creditor's name and mailing address**

**David Goodin**
**5501 Del Oro Ct**
**san jose, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316
4**

**Nonpriority creditor's name and mailing address**

**David Gottlieb**
**2716 Claridge Ct.**
**Dunwoody, GA 30360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316
5**

**Nonpriority creditor's name and mailing address**

**David Greenspan**
**711 Pleasant Valley Ln**
**Aptos, CA 95003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316
6**

**Nonpriority creditor's name and mailing address**

**David Gustavson**
**1946 Fallen Leaf Ln**
**Los Altos, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316
7**

**Nonpriority creditor's name and mailing address**

**David Gutelius**
**1259 El Camino Real #230**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316
8**

**Nonpriority creditor's name and mailing address**

**David Hale**
**618 Benvenue Ave**
**Los Altos, CA 94024-4013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.316 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Haley**
**8 Dudley Cir**
**Durham, NC 27703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Hall**
**1296 W. Jeanine  Dr.**
**Tempe, AZ 85284**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Hamilton**
**2856 Timberwyck Trail**
**Troy, MI 48098**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Hammerberg**
**12325 Emery Oaks Rd**
**Austin, TX 78758**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Hartzell**
**705 Lagunita Drive**
**Soquel, CA 95073**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Harutyunyan**
**551 Myrtle Ave 4L**
**Brooklyn, NY 11205**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Harvey**
**620 Gloucester Lane**
**Foster City, CA 94404**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 522 of 1000

| | |
|---|---|
| 3.317 6 | |

**Nonpriority creditor's name and mailing address**

**David Haykus**
**24508 New York**
**Dearborn, MI 48124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.317 7 | |

**Nonpriority creditor's name and mailing address**

**David Hayward**
**80 Crestline Dr #11**
**San Francisco, CA 94131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.317 8 | |

**Nonpriority creditor's name and mailing address**

**David Heine**
**800 Sonia Way**
**Mountain View, CA 94040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.317 9 | |

**Nonpriority creditor's name and mailing address**

**David Helms**
**2709 11th Street N**
**Arlington, VA 22201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.318 0 | |

**Nonpriority creditor's name and mailing address**

**David Henderson**
**805 Knollwood Drive**
**Austin, TX 78746**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.318 1 | |

**Nonpriority creditor's name and mailing address**

**David Hess**
**1058 Santa Clara #11`**
**Santa Clara, CA 95050**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.318 2 | |

**Nonpriority creditor's name and mailing address**

**David Hiskens**
**2188 Lakeview Dr**
**Ypsilanti, MI 48198**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 523 of 1000

| 3.318 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Hook**
**2718 E 22nd St.**
**Austin, TX 78722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Howard**
**721 Menlo Ave #B**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Hunt**
**4925 33rd Rd N**
**Arlington, VA 22207-2803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David J. Evers**
**3815 242nd Ave SE**
**Issaquah, WA 98029**

Date(s) debt was incurred **6/13/2008**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*     **$17,041.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David J. Evers_Loan**
**304 S. Broadway**
**Fallon, NV 89406**

Date(s) debt was incurred **7/19/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$8,340.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stop payment against #42932 dated 07/19/2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Jarnagin**
**1310 Barrington Dr.**
**Austin, TX 78753**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Jennings**
**PO Box 336**
**Ben Lomond, CA 95005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 524 of 1000

| 3.319 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Johnson**
**222 E. Warren Cmn.**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,956.05** |
|---|---|---|---|

**David K. Matsumoto**
**6766 Hampton Dr.**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/8/2010**

Last 4 digits of account number  **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Kadel**
**857 Cherry Creek Circle**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Kaemmerer**
**7464 Prairietown road**
**Worden, IL 62097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Kang**
**426 Capitol Ave.**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Karvani**
**One MedImmune Way**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Keister**
**7246 Woodbine Rd**
**Woodbine, MD 21797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 525 of 1000

| 3.319 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Kern**
**1949 E. University #107**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Kowalski**
**5465 tulane ave**
**toledo, OH 43611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Krause**
**23835 N 21 Pl**
**Phoenix, AZ 85024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Krueger**
**312 west 21st Street Apt 3E**
**NYC, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,248.68** |
|---|---|---|---|

**David L. Greenspan**
**711 Pleasant Valley Ln**
**Aptos, CA 95003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/15/2011

Last 4 digits of account number  NA

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Lalush**
**1034 Matt Dr**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David lam**
**1829 Camargo Drive**
**San Jose, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 4 | **Nonpriority creditor's name and mailing address** **David Lang** 1 Spinnaker Way Berkeley, CA 94710 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 5 | **Nonpriority creditor's name and mailing address** **David Lau** 770 Highland Ave Piedmont, CA 94611 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 6 | **Nonpriority creditor's name and mailing address** **David Lawrence** 2887 E Kelly Dr. Gilbert, AZ 85298 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 7 | **Nonpriority creditor's name and mailing address** **David Lehman** 5535 Memorial Dr Ste F #464 Houston, TX 77007 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 8 | **Nonpriority creditor's name and mailing address** **David Lin** 20105 Northwind Sq Cupertino, CA 95014 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 9 | **Nonpriority creditor's name and mailing address** **David Lin** 19478 Miller Ct. Saratoga, CA 95070 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 0 | **Nonpriority creditor's name and mailing address** **David Lin** 2870 Stonecrest Way San Jose, CA 95133 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 527 of 1000

| 3.321 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Lindlief**
**3232 N. Ladera Circle**
**Mesa, AZ 85207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321 2**
**Nonpriority creditor's name and mailing address**
**David Lloyd**
**1111 N Mission Park Blvd #1048**
**Chandler, AZ 85224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321 3**
**Nonpriority creditor's name and mailing address**
**David Loury**
**1476 Willard St**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321 4**
**Nonpriority creditor's name and mailing address**
**David Lucero**
**1931 W Bartlett Ct**
**Chandler, AZ 85248**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321 5**
**Nonpriority creditor's name and mailing address**
**David Ludeke**
**1 Encline Ct.**
**San Francisco, CA 94127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321 6**
**Nonpriority creditor's name and mailing address**
**David Lyle**
**341 Pierce Street**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321 7**
**Nonpriority creditor's name and mailing address**
**David Lyon**
**211 Roxas St.**
**Santa Cruz, CA 95062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 528 of 1000

| 3.321 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Lyons**
4497 Poinsettia Ct
San Jose, CA 95136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David M. Schmaier**
PO Box 1126
Burlingame, CA 94011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Maggiano**
1314 E Beth Dr
Phoenix, AZ 85042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Mahan**
4605 S. Priest #1
Tempe, AZ 85282

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Marcantonio**
722 Page St. #3
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Marvit**
815 24th Ave
San Francisco, CA 94121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Massey**
15616 Prestancia Dr
Austin, TX 78717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 529 of 1000

| 3.322 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Mays**
**226 Paris Street**
**San Francisco, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Melcher**
**6273 Sequoia Dr.**
**Ypsilanti, MI 48197**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Melis**
**976 Stanford Avenue**
**Oakland, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Metz**
**225 Dogwood Drive**
**Fredericksburg, VA 22405**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Milligan**
**6239 Gentle Lane**
**Alexandria, VA 22310**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Mitchell**
**394 Davis Street**
**Northborough, MA 01532**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Moberly**
**3899 Magnolia Drive**
**Palo Alto, CA 94306**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 530 of 1000

| 3.323 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Molter**
**520 South Brentwood Blvd Unit 1D**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Moosavi**
**1755 East Bayshore Rd. Suite 26A**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Morales**
**12501 rush creek lane**
**Austin, TX 78732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID MORETTI**
**3501 GORDON STREET**
**FALLS CHURCH, VA 22041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Morris**
**955 Ferdinand Ave.**
**Half Moon Bay, CA 94019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Moseke**
**12587 Fair Lakes Cir**
**fairfax, VA 22033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Munier**
**3340 St. Mary's Rd.**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 531 of 1000

| 3.323 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,526.03 |
|---|---|---|---|

**David Munier & Tara Munier**
**3340 St. Mary's Rd.**
**Lafayette, CA 94549**

Date(s) debt was incurred __10/30/2013__
Last 4 digits of account number __NA__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.324 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Munoz**
**1974 Alford Ave**
**Los Altos, CA 94024**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.324 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Murphy**
**38658 Glencoe Drive**
**Fremont, CA 94536**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.324 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Mustelier**
**325 China Basin St. #112**
**San Francisco, CA 94158**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.324 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Newsome**
**5235 Diamond Heights**
**san francisco, CA 94131**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.324 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Nichols**
**1640 Golden Gate Ave. #5**
**San Francisco, CA 94115**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.324 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Noble**
**857 Clearfield Dr.**
**Millbrae, CA 94030**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 532 of 1000

| 3.324 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **David Noe** | ☐ Contingent | |
| **402 Sapphire St.** | ☐ Unliquidated | |
| **Redwood City, CA 94062** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **David Olivares** | ☐ Contingent | |
| **2121 S. Mill ave Suite 214** | ☐ Unliquidated | |
| **Tempe, AZ 85282** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **David Orenstein** | ☐ Contingent | |
| **1317 Macon Ave** | ☐ Unliquidated | |
| **Pittsburgh, PA 15218** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,186.30** |
| **David Orenstien** | ☐ Contingent | |
| **1317 Macon Ave** | ☐ Unliquidated | |
| **Pittsburgh, PA 15218** | ☐ Disputed | |
| Date(s) debt was incurred  **12/31/2015** | Basis for the claim:  **Principal and accrued interest for loan to TechShop Pittsburgh LLC** | |
| Last 4 digits of account number  **NA** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **David Orris** | ☐ Contingent | |
| **15038 White Ave** | ☐ Unliquidated | |
| **Allen Park, MI 48101** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **David Ott** | ☐ Contingent | |
| **9 Crestwood Dr.** | ☐ Unliquidated | |
| **Saint Louis, MO 63105** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **David Otto** | ☐ Contingent | |
| **705 Henry Ave** | ☐ Unliquidated | |
| **Ballwin, MO 63011** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 533 of 1000

| 3.325 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Parisean**
925 North Edison Ave.
Royal Oak, MI 48067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Parks**
250 E. Chicago St.
Chandler, AZ 85225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Parrish**
9586 S Darrow Dr
Tempe, AZ 85284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Parvu**
4024 Jackson St.
Dearborn Heights, MI 48125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Patterson**
263 Puffin Ct
Foster City, CA 94404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Payne**
2870 Cypress Ridge Ave.
San Jose, CA 95148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Pellerin**
3903 Bridgeberry Ct
College Station, TX 77845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 534 of 1000

| 3.326 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **David Pendleton** | ☐ Contingent | |
| **113 S. Galaxy Dr.** | ☐ Unliquidated | |
| **Chandler, AZ 85226** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **David Perlman** | ☐ Contingent | |
| **440 Moffett Blvd Spc 3** | ☐ Unliquidated | |
| **Mountain View, CA 94043** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **David Peterson** | ☐ Contingent | |
| **4050 Norwood St West** | ☐ Unliquidated | |
| **Georgetown, TX 78628** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **David Phelps** | ☐ Contingent | |
| **1314 w 3rd st** | ☐ Unliquidated | |
| **unit 2** | ☐ Disputed | |
| **Tempe, AZ 85282** | | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **David Pianka** | ☐ Contingent | |
| **3913 Cadwallder Ave** | ☐ Unliquidated | |
| **San Jose, CA 95121** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **David Pickerell** | ☐ Contingent | |
| **107 Reservoir Road** | ☐ Unliquidated | |
| **Atherton, CA 94027** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **David Pinckney** | ☐ Contingent | |
| **1367 Braided Rope Drive** | ☐ Unliquidated | |
| **Austin, TX 78727** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 535 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.326 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.25 |
|---|---|---|---|

**David Power**

**Jamison, PA 18929**

Date(s) debt was incurred  11/11/2017

Last 4 digits of account number  1

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- Instructor fee for the period 10/16/2017 to 10/25/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.326 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Preston**
**432 Los Gatos Almaden Rd**
**Los Gatos, CA 95032**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.326 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Proctor**
**853 Vista Drive**
**Emerald Hills, CA 94062**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.327 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Richardson**
**1771 W Mariposa Ct.**
**Chandler, AZ 85224**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.327 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Richardson**
**625 W 1st Street**
**Apt 355**
**Tempe, AZ 85281**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.327 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Roberts**
**807 Aldo Ave. Ste. 107**
**Santa Clara, CA 95054**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.327 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Ross**
**43 Peninsula Rd**
**Belvedere Tiburon, CA 94920**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 536 of 1000

| 3.327 4 | **Nonpriority creditor's name and mailing address**<br>**David Ryan**<br>**3636 16th St NW, Apt A630**<br>**Washington, DC 20010** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.327 5 | **Nonpriority creditor's name and mailing address**<br>**David Sachs**<br>**500 W 43rd St #27B**<br>**New York, NY 10036** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.327 6 | **Nonpriority creditor's name and mailing address**<br>**David Sachtleben**<br>**600 North Pleasant Avenue**<br>**Centralia, IL 62801** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.327 7 | **Nonpriority creditor's name and mailing address**<br>**david salaverry**<br>**344 Jones St #402**<br>**san francisco, CA 94102** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.327 8 | **Nonpriority creditor's name and mailing address**<br>**David Salaverry**<br>**344 Jones Street, #402**<br>**San Francisco, CA 94102** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.327 9 | **Nonpriority creditor's name and mailing address**<br>**David Sanders**<br>**24461 W. Norwood Dr.**<br>**Southfield, MI 48075-5532** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.328 0 | **Nonpriority creditor's name and mailing address**<br>**David Schiffrin**<br>**141 Mercy St**<br>**Mountain View, CA 94041** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.328 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Schimon**
**374 11th St, Unit 5**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 2 |
|---|

**Nonpriority creditor's name and mailing address**
**David Schlessman**
**511 S Meramec Ave**
**St. Louis, MO 63119**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 3 |
|---|

**Nonpriority creditor's name and mailing address**
**David Schneider**
**431 Olmsted Rd**
**Stanford, CA 94305**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 4 |
|---|

**Nonpriority creditor's name and mailing address**
**David Scott**
**1099 23rd street #14**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 5 |
|---|

**Nonpriority creditor's name and mailing address**
**David Scurlock**
**265 Scurlock Farms Rd**
**Georgetown, TX 78626**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 6 |
|---|

**Nonpriority creditor's name and mailing address**
**David Shull**
**1164 Morse Ave unit 207**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 7 |
|---|

**Nonpriority creditor's name and mailing address**
**David Smith**
**5022 Rodgers Dr.**
**Clinton, MD 20735**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 538 of 1000

---

**3.3288**

**Nonpriority creditor's name and mailing address**
**David Smith**
**3312 E. Merlot St.**
**Gilbert, AZ 85298**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3289**

**Nonpriority creditor's name and mailing address**
**David Smolarek**
**16425 Rougeway St**
**Livonia, MI 48154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3290**

**Nonpriority creditor's name and mailing address**
**David Solomon**
**58 Sala Terrace**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3291**

**Nonpriority creditor's name and mailing address**
**David Sperman**
**165 Cambridge Ave**
**San Leandro, CA 94577**

Date(s) debt was incurred  12/22/2015

Last 4 digits of account number  NA

**As of the petition filing date, the claim is:** Check all that apply.     **$29,235.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Principal and accrued interest for loan to TechShop Inc

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3292**

**Nonpriority creditor's name and mailing address**
**David Sperman**
**165 Cambridge Ave**
**San Leandro, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3293**

**Nonpriority creditor's name and mailing address**
**David Stueve**
**549 E. Tremaine Ave**
**Gilbert, AZ 85234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3294**

**Nonpriority creditor's name and mailing address**
**David Sywalski**
**1515 Jefferson Davis Highway Apt 103**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 539 of 1000

| 3.3295 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **David Szarzynski**<br>**500 William Street Apt 405**<br>**Oakland, CA 94612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3296 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **David Taylor**<br>**7508 Oxford Dr., Apt 1W**<br>**St. Louis, MO 63105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3297 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **David Tibbs**<br>**2151 18th Ave**<br>**San Francisco, CA 94116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3298 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **David Torrez**<br>**14900 Lipton Lane**<br>**Pflugerville, TX 78660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3299 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **David Treadwell**<br>**179 Trailblazer Dr**<br>**Bastrop, TX 78602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3300 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **David Tu**<br>**645 Eastview Way**<br>**Redwood City, CA 94062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3301 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **David Tullis**<br>**P.O. Box 410422**<br>**San Francisco, CA 94141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 540 of 1000

| 3.330 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **David Urbieta** | ☐ Contingent | |
| **360 Carnegie** | ☐ Unliquidated | |
| **Milpitas, CA 95035** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **David Valencia** | ☐ Contingent | |
| **2300 E. Magma rd. apt 114** | ☐ Unliquidated | |
| **San Tan Valley, AZ 85143** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **David Valencic** | ☐ Contingent | |
| **605 Brockhampton Lane, 301** | ☐ Unliquidated | |
| **Westerville, OH 43082** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **David Vannier** | ☐ Contingent | |
| **14776 via de Marcos** | ☐ Unliquidated | |
| **Saratoga, CA 95070** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **David Vasquez** | ☐ Contingent | |
| **65 La Mesa Dr.** | ☐ Unliquidated | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **David Villaverde** | ☐ Contingent | |
| **150 Hallock St** | ☐ Unliquidated | |
| **Pittsburgh, PA 15211** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **David Weinshenker** | ☐ Contingent | |
| **728 City Walk Place #7** | ☐ Unliquidated | |
| **Hayward, CA 94541** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 541 of 1000

| 3.330 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Wheeler**
**4264 Grand River**
**Detroit, MI 48208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Whitney**
**2040 Franklin Street Unit 1205**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Wiens**
**181 OFarrell St, Apt 502**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Williams**
**39939 Stevenson Blvd. #3053**
**Fremont, CA 74538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Wilson**
**227 North Wakefield St**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Wise**
**3714 Manorwood Rd.**
**Austin, TX 78723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Wolf**
**3629 MacGregor Ln.**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 542 of 1000

| 3.331 6 | **Nonpriority creditor's name and mailing address** **David Wolfenbarger** 530 E Phelps Ct Gilbert, AZ 85295-1594 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 7 | **Nonpriority creditor's name and mailing address** **David Wurmfeld** 901 Pollard St. #1701 Arlington, VA 22203 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 8 | **Nonpriority creditor's name and mailing address** **David Yanoshak** 1506 Romeria Dr. Austin, TX 78757 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 9 | **Nonpriority creditor's name and mailing address** **David Yost** 6696 Buggywhip Court San Jose, CA 95120 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 0 | **Nonpriority creditor's name and mailing address** **David young** pobox 21735 el sobrante, CA 94820 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 1 | **Nonpriority creditor's name and mailing address** **David Yuk Hei Wong** 2362 Walsch Avenue Santa Clara, CA 95051 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 2 | **Nonpriority creditor's name and mailing address** **David Zandman** 1267 Page St. Apt. E San Francisco, CA 94117 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Zehrbach**
**2943 E. South Fork Dr.**
**Phoenix, AZ 85048**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Davis Page**
**530 S forest Ave. #2240**
**Tempe, AZ 85281**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Davis Palmer**
**P.O. Box 1417**
**Pflugerville, TX 78691**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dawn Balinski**
**10310 Breeden Road**
**Lusby, MD 20657**

Date(s) debt was incurred **4/4/2016**
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*   **$28,665.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dawn Balinski**
**10310 Breeden Road**
**Lusby, MD 20657**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dawn Cramer**
**1601 Magic Hill**
**Pflugerville, TX 78660**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dawn Lenz**
**726 Ruth Dr.**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 544 of 1000

**3.3330**

Nonpriority creditor's name and mailing address
**Dawn Mcintosh**
**353 Heller St**
**Redwood City, CA 94063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3331**

Nonpriority creditor's name and mailing address
**Dawn Mondock**
**410 Frankin Ave #2**
**Pittsburghq, PA 15221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3332**

Nonpriority creditor's name and mailing address
**Dawn Murakami**
**18780 Aspesi Dr**
**Saratoga, CA 95070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3333**

Nonpriority creditor's name and mailing address
**Dayrl Snderson**
**726 Ruth Dr.**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred  **9/18/2015**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$29,586.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3334**

Nonpriority creditor's name and mailing address
**DE Lage Landen Financial Services, Inc**
**PO BOX 41604**
**Philadelphia, PA 19101**

Date(s) debt was incurred  **10/21/2017**
Last 4 digits of account number  **1298**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$2,386.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract No FTC96296 8th  Installment (10/15/2017 to 11/14/2017)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3335**

Nonpriority creditor's name and mailing address
**DE Lage Landen Financial Services, Inc**
**PO BOX 41605**
**Philadelphia, PA 19101**

Date(s) debt was incurred  **10/21/2017**
Last 4 digits of account number  **1298**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$65.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Late Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3336**

Nonpriority creditor's name and mailing address
**De Lage Landen Financial Services, Inc.**
**PO BOX 41606**
**Philadelphia, PA 19101**

Date(s) debt was incurred  **11/10/2017**
Last 4 digits of account number  **6959**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$2,488.74**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract No25398522 (11/01/2017 to 11/30/2017)**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 545 of 1000

---

**3.333 7**

**Nonpriority creditor's name and mailing address**
**De Lage Landen Financial Services, Inc.**
PO BOX 41606
Philadelphia, PA 94297

Date(s) debt was incurred **11/10/2017**

Last 4 digits of account number **6959**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract No25398522 -Late Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$248.88**

---

**3.333 8**

**Nonpriority creditor's name and mailing address**
**De Lage Landen Financial Services, Inc.**
PO BOX 41606
Philadelphia, PA 94297

Date(s) debt was incurred **10/7/2017**

Last 4 digits of account number **7842**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract No25398522 (10/01/2017 to 10/31/2017)**

Is the claim subject to offset? ■ No ☐ Yes

**$2,488.74**

---

**3.333 9**

**Nonpriority creditor's name and mailing address**
**Dean  Pierce**
1817 N. Dobson Rd. Apt 2084
Chandler, AZ 85224

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 0**

**Nonpriority creditor's name and mailing address**
**Dean Antolin**
911 Crockett Ave
Campbell, CA 95008

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 1**

**Nonpriority creditor's name and mailing address**
**Dean Barker**
2877 Fernwald Road
Pittsburgh, PA 15217

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 2**

**Nonpriority creditor's name and mailing address**
**Dean Chang**
6598 Rainbow Dr.
San Jose, CA 95129

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 3**

**Nonpriority creditor's name and mailing address**
**Dean Fjelstul**
2 Summit Ct
Redwood City, CA 94062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 546 of 1000

| 3.3344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.3344**

Nonpriority creditor's name and mailing address
**Dean Fox**
**4029 Ambler Way**
**San Jose, CA 95111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3345**

Nonpriority creditor's name and mailing address
**Dean Lewandowski**
**2211 E Weldon**
**Phoenix, AZ 85016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3346**

Nonpriority creditor's name and mailing address
**Dean Merrifield**
**14546 Northline Road #15**
**Southgate, MI 48195**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3347**

Nonpriority creditor's name and mailing address
**Dean Mulla**
**18690 Westview Dr**
**Saratoga, CA 95070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3348**

Nonpriority creditor's name and mailing address
**Dean Paavola**
**22031 N Van Loo Dr**
**Maricopa, AZ 85138**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3349**

Nonpriority creditor's name and mailing address
**Dean Petrella**
**834 Monaca Rd**
**Monaca, PA 15061**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3350**

Nonpriority creditor's name and mailing address
**Dean Reece**
**313 Bluefish Ct.**
**Foster City, CA 94404**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| | | |
|---|---|---|
| 3.335<br>1 | **Nonpriority creditor's name and mailing address**<br>**Deana Tolentino**<br>**1724 Lodi Ave**<br>**San Mateo, CA 94401** | $27,843.84 |

Date(s) debt was incurred  9/1/2016

Last 4 digits of account number  NA

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.335<br>2 | **Nonpriority creditor's name and mailing address**<br>**Deana Tolentino**<br>**1724 Lodi Ave**<br>**San Mateo, CA 94401** | $0.00 |

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.335<br>3 | **Nonpriority creditor's name and mailing address**<br>**Deandre Jamison**<br>**25061 Lyncastle**<br>**Farmington Hills, MI 48336** | $0.00 |

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.335<br>4 | **Nonpriority creditor's name and mailing address**<br>**Deanne Williams**<br>**10406 Loring Dr.**<br>**Austin, TX 78750** | $0.00 |

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.335<br>5 | **Nonpriority creditor's name and mailing address**<br>**Dear John Trailer Inc.**<br>**1618 Route 65**<br>**Ellwood City, PA 16117** | $66.88 |

Date(s) debt was incurred  10/23/2017

Last 4 digits of account number  5925

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **[Notice only] Techshop Pittsburgh- Rental of 20' Sea Container FBXU1450208 Unit for 08/12/2017 to 09/11/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.335<br>6 | **Nonpriority creditor's name and mailing address**<br>**Dear John Trailer Inc.**<br>**1618 Route 65**<br>**Ellwood City, PA 16117** | $74.90 |

Date(s) debt was incurred  10/23/2017

Last 4 digits of account number  5103

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **[Notice only] Techshop Pittsburgh- Rental of 20' Sea Container FBXU1450208 Unit for 06/03/2017 to 07/02/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 548 of 1000

| 3.335 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74.90 |

**Dear John Trailer Inc.**
1618 Route 65
Ellwood City, PA 16117

Date(s) debt was incurred **10/24/2017**

Last 4 digits of account number **5924**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh- Rental of 20' Sea Container FBXU1450208 Unit for 08/03/2017 to 09/02/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.335 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66.88 |

**Dear John Trailer Inc.**
1618 Route 65
Ellwood City, PA 16117

Date(s) debt was incurred **11/1/2017**

Last 4 digits of account number **7248**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh- Rental of 20' Sea Container FBXU1450208 Unit for 11/12/2017 to 12/11/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.335 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66.88 |

**Dear John Trailer Inc.**
1618 Route 65
Ellwood City, PA 16117

Date(s) debt was incurred **10/1/2017**

Last 4 digits of account number **6771**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh- Rental of 20' Sea Container FBXU1450208 Unit for 10/12/2017 to 11/11/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66.88 |

**Dear John Trailer Inc.**
1618 Route 65
Ellwood City, PA 16117

Date(s) debt was incurred **9/1/2017**

Last 4 digits of account number **6391**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh- Rental of 20' Sea Container FBXU1425208 Unit #1318X From 09/12/2017 to 10/11/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Deb Houghtaling**
324 Hendrie Street Apt #24
Detroit, MI 48202

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Deb Kilpatrick**
151 Mountain View Ave.
Los Altos, CA 94024

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 549 of 1000

| 3.336 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Deb McQueen**
**776 Mansfield Dr.**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Debbie Davidson**
**7837 NE 112th Street**
**Kirkland, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Debbie Harriman**
**14672 Gypsy Hill Rd**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Debbie Latka**
**850 W Buno Rd**
**Milford, MI 48381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Debbie Mancuso**
**972 Katherine Court**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Debbie Zylstra**
**2424 E Barnhart Rd**
**Denair, CA 95316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Debi Fong**
**689 66th St.**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 550 of 1000

| 3.337 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deborah  Bishopp**
**1880 E. Linorick Dr.**
**Chandler, AZ 85249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.337 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,989.04 |
|---|---|---|---|

**Deborah & John Bishopp**
**1880 E. Linorick Dr.**
**Chandler, AZ 85249**

Date(s) debt was incurred  2/5/2016

Last 4 digits of account number  NA

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.337 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deborah Nolen**
**777 W. Chandler Blvd. #1264**
**Chandler, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.337 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,509.43 |
|---|---|---|---|

**Deborah Smith Zylstra**
**2424 E Barnhart Rd**
**Denair, CA 95316**

Date(s) debt was incurred  3/2/2011

Last 4 digits of account number  NA

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.337 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Debra  Walker**
**921 Park Street SE**
**Vienna, VA 22180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.337 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Debra Bailey**
**105 Snapdragon Ct**
**Winston-Salem, NC 27130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.337 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Debra DiBiase**
**4686 Alex**
**San Jose, CA 95130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 551 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.337 7**

**Nonpriority creditor's name and mailing address**

**Debra Hara**
**10856 Linda Vista Dr.**
**Cupertino, CA 95014**

Date(s) debt was incurred  6/1/2012

Last 4 digits of account number  NA

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$23,818.20**

---

**3.337 8**

**Nonpriority creditor's name and mailing address**

**Debra Hara**
**10856 Linda Vista Dr.**
**Cupertino, CA 95014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.337 9**

**Nonpriority creditor's name and mailing address**

**Debra Jacobson**
**147 Brightmoor Dr.**
**Henderson, NV 89074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338 0**

**Nonpriority creditor's name and mailing address**

**Debra Mischel**
**2302 MAYFIELD**
**ROUND ROCK, TX 78681**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338 1**

**Nonpriority creditor's name and mailing address**

**Debra Pope**
**1346 The Alameda, #7-202**
**San Jose, CA 95126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338 2**

**Nonpriority creditor's name and mailing address**

**DeBray Carpenter**
**1474 Innes Ave.**
**San Francisco, CA 94124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338 3**

**Nonpriority creditor's name and mailing address**

**Deep Patel**
**1551 W. Ramsey St.**
**Banning, CA 92220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398  Doc# 2  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 552 of 1000

| 3.338 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Deepak Ramanathan**
**1053 Sonoma Ave**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Defne Civelekoglu**
**332 Pine St, Floor 8**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Deirdre Visser**
**1350 Guerrero #3**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,789.70** |
|---|---|---|---|

**Dejan Vucinic**
**2881 Meridian Ave. #247**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/9/2013__

Last 4 digits of account number __NA__

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dejan Vucinic**
**2881 Meridian Ave. #247**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Del Barnwell**
**77 Shelly Ave**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Del Coates**
**7232 Via Vista**
**San Jose, CA 95139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 553 of 1000

| 3.339 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Del Hatch**
**319 Texas St.**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,921.17** |
|---|---|---|---|

**Del Roy Hatch**
**319 Texas St.**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/13/2010**

Last 4 digits of account number  **NA**

**Basis for the claim:**  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Delbert Friesen**
**9181 Willhelm Circle**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DELETE Delete**
**120 Independence Drive**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Delilah  Waldrip**
**2221 S Clark st. #717**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Demetris Roumis**
**11 Loyola Ter**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Denis Britto**
**11148 Glade Drive**
**Reston, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 554 of 1000

| 3.339 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Denis Concordel**
**53 BIG TREE WAY**
**WOODSIDE, CA 94062**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.339 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Denis Gray**
**25 E Braddock Rd**
**Alexandria, VA 22301**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.340 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Denis Ivanov**
**2877 Chapman St, #A**
**Oakland, CA 94601**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.340 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Denise Amling**
**660 4th St. #499**
**San Francisco, CA 94107**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.340 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Denise Andersen**
**1050 Acacia Street**
**Montara, CA 94037**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.340 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dennis Aman**
**2976 Southwood Dr.**
**Alameda, CA 94501**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.340 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dennis Anderson**
**1228 S. Brentwood Ct.**
**Chandler, AZ 85286**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 555 of 1000

**3.340 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dennis Bashur**<br>30630 Vernon Drive<br>Beverly Hills, MI 48025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.340 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dennis Beaver**<br>535 Placitas Ave<br>Menlo Park, CA 94025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.340 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dennis Brozzo**<br>442 Excelsior Ave.<br>San Francisco, CA 94112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.340 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dennis Dowling**<br>92 Garden Grove Drive<br>Daly City, CA 94015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.340 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dennis Griffin**<br>188 Minna St., Apt. 27F<br>San Francisco, CA 94105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.341 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dennis Isken**<br>509 Sunburst Dr.<br>Frankenmuth, MI 48734 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.341 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dennis Jones**<br>10947 E. Sebring Ave.<br>Mesa, AZ 85212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 556 of 1000

| 3.341 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Dennis Leary** <br> **80 Alta St** <br> **San Francisco, CA 94133** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Dennis Lingad** <br> **1591 Greenwood Way** <br> **San Bruno, CA 94066** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Dennis Lower, CEO CORTEX Innovation Comm** <br> **4320 Forest Park Ave., Ste 201** <br> **St. Louis, MI 63108** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Dennis McCloud** <br> **8803 Edward Gibbs Place** <br> **Alexandria, VA 22309** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Dennis Morrow** <br> **1661 Four Oaks Rd** <br> **San Jose, CA 95131** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Dennis Noecker** <br> **201 Ada Ave # 42** <br> **Mountain View, CA 94043** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Dennis Orgeron** <br> **2403 Tivoli Drive** <br> **Cedar Park, TX 78613** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 557 of 1000

| 3.341 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dennis Smith**
**8981 E Captain Dreyfus Ave**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.342 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dennis Stewart**
**18247 Bayview Dr.**
**Los Gatos, CA 95033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.342 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dennis Willis**
**32271 N North Butte Dr**
**San Tan Valley, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.342 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dennis Wittekind**
**3009 Fresh Spring Rd**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.342 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dennis Yang**
**742 Natoma St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.342 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Denny Steele**
**4153 El Camino Way #E**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.342 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deno  Fabbre**
**620 Audubon Dr**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.342 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Department of Taxation - VA**
**P. O. BOx  1777**
**Richmond, VA 23218-1777**

Date(s) debt was incurred  **9/25/2017**

Last 4 digits of account number  **Fees**

As of the petition filing date, the claim is: _Check all that apply._

$116.83

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Late Fees on Sales & Use Tax for April 2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Department of Taxation - VA**
**P. O. BOx  1777**
**Richmond, VA 23218-1777**

Date(s) debt was incurred  **4/19/2017**

Last 4 digits of account number  **2846**

As of the petition filing date, the claim is: _Check all that apply._

$1,728.30

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Sales & Use Tax for Mar 2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Department of Taxation - VA**
**P. O. BOx  1777**
**Richmond, VA 23218-1777**

Date(s) debt was incurred  **6/5/2017**

Last 4 digits of account number  **eFee**

As of the petition filing date, the claim is: _Check all that apply._

$106.80

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Penality & Interest on Sales / Use tax for March 2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Department of Taxation - VA**
**P. O. BOx  1777**
**Richmond, VA 23218-1777**

Date(s) debt was incurred  **7/17/2017**

Last 4 digits of account number  **Fee1**

As of the petition filing date, the claim is: _Check all that apply._

$108.80

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Penality & Interest on Sales / Use tax for March 2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Department of Taxation - VA**
**P. O. BOx  1777**
**Richmond, VA 23218-1777**

Date(s) debt was incurred  **7/21/2017**

Last 4 digits of account number  **1884**

As of the petition filing date, the claim is: _Check all that apply._

$1,953.68

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Sales & Use Tax for April 2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Deqing Sun**
**330 E 49th St, 12C**
**New York, NY 10017**

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

As of the petition filing date, the claim is: _Check all that apply._

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 559 of 1000

| 3.343 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Derek Anderson**
721 North 17th Street, apt. 509
St. Louis, MO 63103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Derek Baker**
303 W. Thompson Pl.
Chandler, AZ 85286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Derek Basehore**
1730 W El Camino Real, Apt 422
Mountain View, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Derek Braun**
2645 W. Flint St
Chandler, AZ 85224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Derek Chow**
343 Santa Elena Terrace
Sunnyvale, CA 94085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Derek Diesburg**
211 N Lindbergh Blvd
St Louis, MO 63141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Derek Gladding**
1061 Fassler Ave
Pacifica, CA 94044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 560 of 1000

| | |
|---|---|
| Debtor | **TechShop, Inc.** |
| | Name |

Case number (if known) _____

---

**3.343 9**

**Nonpriority creditor's name and mailing address**

**Derek Julkowski**
**3 Swan Drive**
**Pittsburgh, PA 15237**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.344 0**

**Nonpriority creditor's name and mailing address**

**Derek Lang**
**1645 via Laguna**
**San Mateo, CA 94404**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.344 1**

**Nonpriority creditor's name and mailing address**

**Derek Owen**
**299 S. Kenwood Ave**
**Chandler, AZ 85226**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.344 2**

**Nonpriority creditor's name and mailing address**

**Derek P. Young**
**3315 Gloucester Pl**
**Fremont, CA 94555**

Date(s) debt was incurred  2/3/2011
Last 4 digits of account number  NA

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

$8,307.65

---

**3.344 3**

**Nonpriority creditor's name and mailing address**

**Derek Robinson**
**19357 Wreape Ave**
**Litchfield Park, AZ 85340**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.344 4**

**Nonpriority creditor's name and mailing address**

**Derek Seney**
**815 Pershing Dr Apt 319**
**Silver Spring, MD 20910**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.344 5**

**Nonpriority creditor's name and mailing address**

**Derek Young**
**3315 Gloucester Pl**
**Fremont, CA 94555**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.344 6 | **Nonpriority creditor's name and mailing address**<br>**Derreck Barber**<br>**11654 Plaza America Drive Suite 631**<br>**Reston, VA 20190-4700** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.344 7 | **Nonpriority creditor's name and mailing address**<br>**Derry Kabcenell**<br>**4900 Alpine Rd**<br>**Portola Valley, CA 94028** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.344 8 | **Nonpriority creditor's name and mailing address**<br>**DeShawn Ray**<br>**6325 S. Nash Way**<br>**Chandler, AZ 85249** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.344 9 | **Nonpriority creditor's name and mailing address**<br>**Desiree Ward**<br>**300 Milton Cv.**<br>**Pflugerville, TX 78660** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.345 0 | **Nonpriority creditor's name and mailing address**<br>**Destiny Augustine**<br>**4508 Little Hill Circle**<br>**Austin, TX 78725** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.345 1 | **Nonpriority creditor's name and mailing address**<br>**Detroit Band Saw Works Inc**<br>**P.O. Box 530566**<br>**Livonia, MI 48153** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$176.59** |
|---|---|---|---|
| | Date(s) debt was incurred 8/9/2017<br>Last 4 digits of account number 4353 | **Basis for the claim:** [Notice only] Techshop Detroit- 10FT 31N-1/2X .025*14R DIEBAND<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.345 2 | **Nonpriority creditor's name and mailing address**<br>**Devaraj Dhakshinamurthy**<br>**10020 Commonwealth Blvd**<br>**Fairfax, VA 22032** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 562 of 1000

| 3.345 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Devin Arnold**
**566 Carrick Ct**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Devin Bergkamp**
**8080 N. 15th Drive**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Devin Clunn**
**3670 Charter Park Dr. Ste A**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Devin Drew**
**750 Van Ness Ave #1203**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**devin fell**
**519 parrott st**
**san jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Devin Nickoloff**
**622 Haight St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Devin Seman**
**6901 Lynn Way**
**Pittsburgh, PA 15208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 563 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.346 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Devon Dill**
**1229 Itin street**
**Pittsburgh, PA 15212**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Devon Ferguson**
**1648 Great Hwy**
**San Francisco, CA 94122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Devon Gelb**
**11132 E Clinton Street**
**Scottsdale, AZ 85259**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Devon Luna**
**1648 Jacob Ave**
**San Jose, CA 95124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Devon McGuire**
**437 36th Street, #4**
**Oakland, CA 94609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Devon Winrick**
**48 Birch Street Apt 3**
**Redwood City, CA 94062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Devrath Iyer**
**2310 W Maplewood St**
**Chandler, AZ 85286**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,429.86** |
|---|---|---|---|

**Dhananjay Joshi**
**PO Box 77377**
**Baton Rouge, LA 70879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/3/2010**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dhananjay Joshi**
**PO Box 77377**
**Baton Rouge, LA 70879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dharma Tamm**
**PO Box 14956**
**Stanford, CA 94305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dheera Venkatraman**
**670 Live Oak Ave.**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Diana Huang**
**75 Folsom St Apt804**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Diana Petitti**
**1711 W. Lodge Drive**
**Phoenix, AZ 85041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Diana Prkacin**
**460 Francisco St. #302**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 565 of 1000

| | |
|---|---|
| 3.347 4 | **Nonpriority creditor's name and mailing address** |

**Diane Jaros**
250 King St. #1006
San Francisco, CA 94107

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.347 5 | **Nonpriority creditor's name and mailing address** |

**Diane Vasiliou-Scheffel**
1142 Pome Ave.
Sunnyvale, CA 94087

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.347 6 | **Nonpriority creditor's name and mailing address** |

**Diane Danforth**
8000 Christopher Wren Dr #316
Wexford, PA 15090

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.347 7 | **Nonpriority creditor's name and mailing address** |

**Diane Doran**
21490 Mayfair
Woodhaven, MI 48183

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.347 8 | **Nonpriority creditor's name and mailing address** |

**Diane levinthal**
956 wilmington way
redwood city, CA 94062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.347 9 | **Nonpriority creditor's name and mailing address** |

**Diane Scheffel**
1142 Pome Ave
Sunnyvale, CA 94087

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.348 0 | **Nonpriority creditor's name and mailing address** |

**Diane Webster**
8735 Dexter
Detroit, MI 48206

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 566 of 1000

**3.348**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Dianna Mendoza**<br>**1519 S Chestnut Circle**<br>**Mesa, AZ 85204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.348**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Dianna Adair**<br>**399 E Maude Ave.**<br>**Sunnyvale, CA 94085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.348**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Dianne Ferguson**<br>**8802 Balcones Club**<br>**Austin, TX 78750** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.348**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Diante Murtaza**<br>**159 Central**<br>**North Versailles, PA 15137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.348**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Diego Rodriguez**<br>**940 Matadero St.**<br>**Palo Alto, CA 94306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.348**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Diego SBernardo**<br>**5559 Hobart St, 20**<br>**Pittsburgh, PA 15217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.348**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Dietrich Bragg**<br>**10834 Greene Drive**<br>**Lorton, VA 22079** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$362.13** |
| --- | --- | --- | --- |

**Digital Paper Source**
PO Box1066
Danville, CA 94526

Date(s) debt was incurred  __10/27/2017__

Last 4 digits of account number  __1912__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __[Notice only] Techshop San Jose -ULS Flex Connector Assembly and Lens Replacement - Invoice dated 1/11/2017__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,984.68** |
| --- | --- | --- | --- |

**Digital Paper Source**
PO Box1066
Danville, CA 94526

Date(s) debt was incurred  __10/31/2017__

Last 4 digits of account number  __3879__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __[Notice only] Techshop Brooklyn- BOFA ADVANTAGE BASE 1 ORACLE FILTRATION SYSTEM__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Dillon Kwiat**
953 Indiana Street
San Francisco, CA 94107

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Dimitri Gudgenov**
7312 Bonnie Ridge Ct.
Raleigh, NC 27615

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Dimitrie Vincent**
19454 Dalby
Redford, MI 48240

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Dinah Sanders**
556 Fell Street
San Francisco, CA 94102

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 568 of 1000

| 3.349 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DinChun Chen**
**3442 E Indigo St.**
**Gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dio Nazzetta**
**4270 Albany, Apt H310**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Diptikanta Sandhibigraha**
**19480 Mayfield Ave**
**Livonia, MI 48152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dipu Pramanik**
**12667 Cheverly Ct.**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,451.35** |
|---|---|---|---|

**Dirk A. Kabcenell and Charlene C. Kabcen**
**4900 Alpine Rd**
**Portola Valley, CA 94028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/6/2010**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dirk Harms-Merbitz**
**PO Box 595**
**El Granada, CA 94018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dmitri Koluch**
**7862 Midday Lane**
**Alexandria, VA 22306-2724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.350 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dmitri Wolf**
**906 Capital Court, Unit A**
**Austin, TX 78756**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dmitri Zima**
**695 Bristol Dr 378**
**Hayward, CA 94544**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dmitriy Khatayevich**
**3150 Hoover St #B**
**Redwood City, CA 94063**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dmitry Shapiro**
**810 Fell St**
**San Francisco, CA 94117**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $494.00 |
|---|---|---|---|

**DMV**
**PO Box 942897**
**Sacramento, CA 95663**

Date(s) debt was incurred  **9/28/2017**

Last 4 digits of account number  **6252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1FTFW1CTOEKF76252  Vehical registration renewal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.00 |
|---|---|---|---|

**DMV**
**PO Box 942897**
**Sacramento, CA 95663**

Date(s) debt was incurred  **11/1/2017**

Last 4 digits of account number  **4480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1FMFK20578LA14480  Vehical registration renewal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doaa Al_Esmaeel**
**1811 E. Apache Blvd. #2017**
**Tempe, AZ 85281**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 570 of 1000

| 3.350 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Doherty Steven**
220 Haight ST
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Domingo Garcia III**
134 Ridgewood Cove
Georgetown, TX 78633

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Dominic Borg**
1630 Bonita Ave.
Mountain View, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Dominic Evangelista**
2031 E Indigo Dr
Chandler, AZ 85286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Dominic Petty**
1600 S Eads St #2315
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,618.85 |
|---------|---|---|---|

**Dominion Virginia Power**
P.O.Box 26543
Richmond, VA 23290-0001

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/12/2017**

Last 4 digits of account number  **3Oct**

Basis for the claim:  **[Notice only] Techshop DC Arlington- Energy Charges for the period 09/12/2017 to 10/11/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Dominique Munoz**
7364 Lee hwy Apt 102
Falls Church, VA 22046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 571 of 1000

| 3.351 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Don Alden**
1312 Nelson Way
Sunnyvale, CA 94087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Don Basile**
21880 east river rd
grosse ile, MI 48138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Don Bonfoey**
3 allegheny center apartment 501
Pittsburgh, PA 15212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Don Brager**
220 20th Street South, Apt 508
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Don Cabaluna**
705 CRANE AVE
FOSTER CITY, CA 94404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,898.01** |
|---|---|---|---|

**Don Carl Ferguson**
1648 Great Highway
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/15/2010
Last 4 digits of account number  NA

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Don Chamberlain**
1210 Kotenberg Av
San Jose, CA 95125-2353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Chennavasin**
**18826 Blythswood Dr**
**Los Gatos, CA 95030**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Chesarek**
**280 Belblossom Way**
**Los Gatos, CA 95032**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Chu**
**1828B River Crossing Circle**
**Austin, TX 78741**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Curry**
**333 Leland Ave.**
**Menlo Park, CA 94025**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Davis**
**13276 Darwin Lane**
**AUSTIN, TX 78729**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don DeBear**
**528 Downing Ave.**
**San Jose, CA 95128**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Elthon**
**404 East Broad St**
**Falls Church, VA 22046**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398　　Doc# 2　　Filed: 02/26/18　　Entered: 02/26/18 18:01:21　　Page 573 of 1000

**3.3529**

**Nonpriority creditor's name and mailing address**
**Don Fedorko**
**7814 S. Broadway**
**St. Louis, MO 63111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3530**

**Nonpriority creditor's name and mailing address**
**Don Ferguson**
**1648 Great Highway**
**San Francisco, CA 94122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3531**

**Nonpriority creditor's name and mailing address**
**Don Hackler**
**PO Box 62139**
**Sunnyvale, CA 94088**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3532**

**Nonpriority creditor's name and mailing address**
**Don Hess**
**1000 York St.**
**Plymouth, MI 48170**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3533**

**Nonpriority creditor's name and mailing address**
**Don Iacovoni**
**948 Dewey St**
**Plymouth, MI 48170**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3534**

**Nonpriority creditor's name and mailing address**
**Don Johnson**
**3800 North Fairfax Drive**
**Arlington, VA 22203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3535**

**Nonpriority creditor's name and mailing address**
**Don Johnson**
**455 Elm Street**
**Indiana, PA 15701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 574 of 1000

| 3.3536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Don Jones**
601 Laurel Ave. #408
San Mateo, CA 94401

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Don Knuth**
1063 Vernier Place
Stanford, CA 94305

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Don Lee**
209 Lincoln Pl
Brooklyn, NY 11217

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Don Mackenzie**
1119 Rochioli Dr.
Windsor, CA 95492

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Don Martin**
2963 Green St
Lincoln Park, MI 48146

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Don Newman**
3773 Farm Hills Blvd.
Redwood City, CA 94061

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Don Oh**
20595 Debbie Ln
Saratoga, CA 95070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 575 of 1000

| 3.354 3 | Nonpriority creditor's name and mailing address **Don P. Jones Trust Dated May 10, 1984** **601 Laurel Ave. #408** **San Mateo, CA 94401** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,452.98** |
|---|---|---|---|

Date(s) debt was incurred  5/15/2011

Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 4 | Nonpriority creditor's name and mailing address **Don Pannell** **10873 Wilkinson Ave.** **Cupertino, CA 95014** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 5 | Nonpriority creditor's name and mailing address **Don Perlick** **31181 Westhill** **Farmington Hills, MI 48336** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 6 | Nonpriority creditor's name and mailing address **Don Price** **21485 Silchester Ct.** **Northville, MI 48167** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 7 | Nonpriority creditor's name and mailing address **Don Sheridan** **16026 Lacona Cir** **Woodbridge, VA 22191** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 8 | Nonpriority creditor's name and mailing address **Don Simpson** **977 Kains Avenue** **Albany, CA 94706** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 9 | Nonpriority creditor's name and mailing address **Don Stack** **1900 N Calvert St. Apt 204** **Arlington, VA 22201** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 576 of 1000

| 3.355 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Don Ukrainec**
**2131 Trenton Drive S**
**Trenton, MI 48183**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.355 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Don Vince-Cruz**
**601 Alameda Drive # D4**
**Campbell, CA 95008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.355 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Don Wilde**
**300 W Gila Springs**
**Chandler, AZ 85226**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.355 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Don Yuhasz**
**825 E. Evelyn Ave. #202**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.355 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Donald  Bradfield**
**4624 Rochester Rd**
**Royal Oak, MI 48073**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.355 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Donald  Van Court**
**2065 Flint Rock Loop**
**Driftwood, TX 78619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.355 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Donald Bennett**
**14 Woodside RD**
**Pittsburgh, PA 15221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 577 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.355 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,813.15** |
|---|---|---|---|
| | **Donald Chesarek** **280 Belblossom Way** **Los Gatos, CA 95032** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _1/27/2017_ Last 4 digits of account number _NA_ | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.355 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Donald Coates** **633 Maryland Ave NE** **Washington, DC 20002** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.355 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Donald Cober** **5410 Kent Way** **Pittsburgh, PA 15201** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Donald Cook** **1107 Nancy Jean Cove** **Cedar Park, TX 78613** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Donald Coupe** **8945 Valcour Ave #2W** **St. Louis, MO 63123** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Donald Duval** **3462 Bonita Avenue** **Santa Clara, CA 95051** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Donald Glockner** **119 RAPELYE ST** **BROOKLYN, NY 11231** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 578 of 1000

| 3.356 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donald Glockner**
**119 Rapelye**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donald Klingbeil**
**200 California St. STE 300**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donald Ludwig**
**4806 Plainfield Dr.**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Donald Martin**
**2963 Green Street**
**Lincoln Park, MI 48146**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/20/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions for period 10/03/2017 to 10/18/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Donald Martin**
**2963 Green Street**
**Lincoln Park, MI 48146**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/20/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions for period 09/07/2017 to 09/13/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Donald Martin**
**2963 Green Street**
**Lincoln Park, MI 48146**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/23/2017**

Last 4 digits of account number  **2317**

Basis for the claim:  **[Notice only] Techshop Detroit- Instructor class instructions for period 08/01/2017 to 08/16/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 579 of 1000

| 3.357 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,538.08 |
|---|---|---|---|

**Donald Price**
**21485 Silchester Ct.**
**Northville, MI 48167**

Date(s) debt was incurred  1/12/2017

Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,515.07 |
|---|---|---|---|

**Donald Stuart DeBear As Trustee of The D**
**528 Downing Ave.**
**San Jose, CA 95128**

Date(s) debt was incurred  11/1/2013

Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donelle Reed**
**1878 7th Avenue**
**new york, NY 10017**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dong Phan**
**1821 W Campbell Ave**
**Campbell, CA 95008**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donna Cheng**
**220 E 95th St, Apt 3D**
**New York, NY 10128**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donna Dosik**
**13857 Gullane Drive**
**Woodbridge, VA 22191**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donna Hale**
**9409 FAIRVIEW AVE**
**Laurel, MD 20723**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 580 of 1000

| 3.357 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donna Harris**
**4604 Mount Blanc Dr**
**Bee Cave, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donna Lehman**
**3952 Mt. Royal Blvd**
**Allison Park, PA 15101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donna Lew**
**3065 Emerald Wind St.**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donna Nicholas**
**915 Estudillo Ave**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donna Rosenlof**
**2110 E. Cindy St.**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donna Wong**
**1331 S Eads St #1402**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donnie Barnes**
**200 Carefree Way**
**Chapel Hill, NC 27516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 581 of 1000

| 3.358 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donovan Mott**
**2941 E. Megan St.**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donya White**
**2298 Cornell St**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Doreen O'Donovan**
**629 E JULIAN ST**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dorian DAGNAS**
**1950 Golden Gate**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Doron Markus**
**1336 Pearl St**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dorothy  Smith**
**6121 Blantyre Rd.**
**Broad Run, VA 20137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dottie Larson**
**24044 Oak Knoll Circle**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 582 of 1000

---

**3.359**
**1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
**Doug Kusey**
**4106 Tablerock Dr**                                                ☐ Contingent
**Austin, TX 78731**                                                 ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred  _
                                                                Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**
Last 4 digits of account number  _

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.359**
**2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
**Doug Osterfeld**
**2500 Takata Dr**                                                   ☐ Contingent
**Auburn Hills, MI 48329**                                           ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred  _
                                                                Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**
Last 4 digits of account number  _

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.359**
**3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
**Doug Yukihiro**
**1533 Crespi Dr**                                                   ☐ Contingent
**San Jose, CA 95129**                                               ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred  _
                                                                Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**
Last 4 digits of account number  _

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.359**
**4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
**Doug Bend**
**88 King St #1019**                                                 ☐ Contingent
**San Francisco, CA 94107**                                          ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred  _
                                                                Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**
Last 4 digits of account number  _

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.359**
**5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$2,083.33**
**Doug Busch**
**2795 Horse-n-Round Lane**                                          ☐ Contingent
**Penryn, CA 95663**                                                 ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred  **10/31/2017**
                                                                Basis for the claim:  **Advisory retainership for the month of  October 2017**
Last 4 digits of account number  **7Oct**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.359**
**6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$2,083.33**
**Doug Busch**
**2795 Horse-n-Round Lane**                                          ☐ Contingent
**Penryn, CA 95663**                                                 ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred  **9/30/2017**
                                                                Basis for the claim:  **Advisory retainership for the month of  September**
Last 4 digits of account number  **7Sep**                           **2017**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.359**
**7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$2,083.33**
**Doug Busch**
**2795 Horse-n-Round Lane**                                          ☐ Contingent
**Penryn, CA 95663**                                                 ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred  **8/31/2017**
                                                                Basis for the claim:  **Advisory retainership for the month of  August 2017**
Last 4 digits of account number  **7Aug**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 583 of
1000

| 3.3598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/30/2015**
Last 4 digits of account number **5Nov**

Basis for the claim: **Advisory retainership for the month of November 2015**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/31/2015**
Last 4 digits of account number **5Dec**

Basis for the claim: **Advisory retainership for the month of December 2015**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/31/2016**
Last 4 digits of account number **6Jan**

Basis for the claim: **Advisory retainership for the month of January 2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/29/2016**
Last 4 digits of account number **6Feb**

Basis for the claim: **Advisory retainership for the month of February 2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/31/2016**
Last 4 digits of account number **6Mar**

Basis for the claim: **Advisory retainership for the month of March 2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/30/2016**
Last 4 digits of account number **6Apr**

Basis for the claim: **Advisory retainership for the month of April 2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/31/2016**
Last 4 digits of account number **6May**

Basis for the claim: **Advisory retainership for the month of May 2016**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.360 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,083.33** |
|---|---|---|---|

**Doug Busch**
**2795 Horse-n-Round Lane**
**Penryn, CA 95663**

Date(s) debt was incurred  6/30/2016
Last 4 digits of account number  6Jun

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advisory retainership for the month of June 2016

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,083.33** |
|---|---|---|---|

**Doug Busch**
**2795 Horse-n-Round Lane**
**Penryn, CA 95663**

Date(s) debt was incurred  7/31/2016
Last 4 digits of account number  6Jul

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advisory retainership for the month of July 2016

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,083.33** |
|---|---|---|---|

**Doug Busch**
**2795 Horse-n-Round Lane**
**Penryn, CA 95663**

Date(s) debt was incurred  8/31/2016
Last 4 digits of account number  6Aug

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advisory retainership for the month of August 2016

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,083.33** |
|---|---|---|---|

**Doug Busch**
**2795 Horse-n-Round Lane**
**Penryn, CA 95663**

Date(s) debt was incurred  9/30/2016
Last 4 digits of account number  6Sep

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advisory retainership for the month of September 2016

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,083.33** |
|---|---|---|---|

**Doug Busch**
**2795 Horse-n-Round Lane**
**Penryn, CA 95663**

Date(s) debt was incurred  10/31/2016
Last 4 digits of account number  6Oct

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advisory retainership for the month of October 2016

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,083.33** |
|---|---|---|---|

**Doug Busch**
**2795 Horse-n-Round Lane**
**Penryn, CA 95663**

Date(s) debt was incurred  11/30/2016
Last 4 digits of account number  6Nov

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advisory retainership for the month of November 2016

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 585 of 1000

| 3.361 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/31/2016**
Last 4 digits of account number **6Dec**

Basis for the claim: **Advisory retainership for the month of December 2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/31/2017**
Last 4 digits of account number **7Jan**

Basis for the claim: **Advisory retainership for the month of January 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/28/2017**
Last 4 digits of account number **7Feb**

Basis for the claim: **Advisory retainership for the month of February 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/31/2017**
Last 4 digits of account number **7Mar**

Basis for the claim: **Advisory retainership for the month of March 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/30/2017**
Last 4 digits of account number **7Apr**

Basis for the claim: **Advisory retainership for the month of April 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/31/2017**
Last 4 digits of account number **7May**

Basis for the claim: **Advisory retainership for the month of May 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,083.33 |
|---|---|---|---|

**Doug Busch**
2795 Horse-n-Round Lane
Penryn, CA 95663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/30/2017**
Last 4 digits of account number **7Jun**

Basis for the claim: **Advisory retainership for the month of June 2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 586 of 1000

**3.361 8**

**Nonpriority creditor's name and mailing address**
**Doug Busch**
**P.O.Box 740810**
**Los Angeles, CA 90074**

Date(s) debt was incurred  **7/31/2017**

Last 4 digits of account number  **7Jul**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advisory retainership for the month of July 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$2,083.33**

---

**3.361 9**

**Nonpriority creditor's name and mailing address**
**Doug Busch**
**2795 Horse-n-Round Lane**
**Penryn, CA 95663**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362 0**

**Nonpriority creditor's name and mailing address**
**Doug Chang**
**1057 Saginaw Terrace, unit 101**
**Sunnyvale, CA 94089**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362 1**

**Nonpriority creditor's name and mailing address**
**Doug Cheek**
**2360 Shibley Ave**
**San Jose, CA 95125**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362 2**

**Nonpriority creditor's name and mailing address**
**Doug Crowder**
**169 Charles Ave.**
**Sunnyvale, CA 94086**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362 3**

**Nonpriority creditor's name and mailing address**
**Doug Dale**
**3017 Riverdale Ave Apt 4B**
**Bronx, NY 10463**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362 4**

**Nonpriority creditor's name and mailing address**
**Doug Dodd**
**15034 Dickens Ave**
**San Jose, CA 95124**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 587 of 1000

---

**3.362 5**

**Nonpriority creditor's name and mailing address**

**Doug Eichert**
**1309 Alegria Rd**
**Austin, TX 78757**

Date(s) debt was incurred  **10/4/2017**

Last 4 digits of account number  **5**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor fees for the period 09/13/2017 to 09/18/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$80.00**

---

**3.362 6**

**Nonpriority creditor's name and mailing address**

**Doug Eichert**
**1309 Alegria Rd**
**Austin, TX 78757**

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **4**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor fees for the period 08/01/2017 to 08/31/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$80.00**

---

**3.362 7**

**Nonpriority creditor's name and mailing address**

**Doug Eichert**
**1309 Alegria Rd**
**Austin, TX 78757**

Date(s) debt was incurred  **9/11/2017**

Last 4 digits of account number  **2**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor fees for the period 06/05/2017 to 06/19/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$220.00**

---

**3.362 8**

**Nonpriority creditor's name and mailing address**

**Doug Faunt**
**6405 Regent St.**
**Oakland, CA 94618**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.362 9**

**Nonpriority creditor's name and mailing address**

**Doug Janowski**
**1000 Lower Elgin Rd.**
**Elgin, TX 78621**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.363 0**

**Nonpriority creditor's name and mailing address**

**Doug Jones**
**5441 S. Wesley**
**Mesa, AZ 85212**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 588 of 1000

| 3.363 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug Larson**
**2770 Pruneridge Avenue**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug May**
**1129 South Shelter Bay**
**Hercules, CA 94547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug McCoy**
**268 Willard North Street**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug McEwan**
**1320 Crooks Rd, apt 101**
**Royal Oak, MI 48067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug Mytty**
**6 Harmony Lane**
**Carbondale, CO 81623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug Pan**
**317 Bowsman Ct**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug Seelig**
**20894 Waveview Dr**
**Topanga, CA 90290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 589 of 1000

| | Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|---|
| | | Name | | |

| 3.363 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doug Shortes**
**1108-A Bryant Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.363 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doug Tozzini**
**114 Myrtle St.**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.364 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Bourne**
**1114 Linda Drive**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.364 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Craig**
**713 Garden Meadow Dr**
**Georgetown, TX 78628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.364 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Dickerson**
**11 Haight St. #2**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.364 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,139.62 |
|---|---|---|---|

**Douglas Faunt**
**6405 Regent St.**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/23/2010**

Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**

Last 4 digits of account number **NA**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.364 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Fritz**
**306 Elm Grove Ave**
**Hazelwood, MO 63042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.364 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Douglas Gritzinger**
2879 Abingdon St
Arlington, VA 22206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Douglas Harakal**
36 Abbey St
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Douglas Marrs**
5350 E Jacob Waltz St
Apache Junction, AZ 85119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Douglas Myers**
8940 Nesbit Lakes Dr.
Alpharetta, GA 30022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Douglas Oliver**
19540 Lennane
Redford, MI 48240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,763.01** |

**Douglas Pan**
317 Bowsman Ct
Oakland, CA 94601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/15/2011**

**Basis for the claim:** **Principal and accrued interest for loan to TechShop SOMA LLC**

Last 4 digits of account number **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Douglas Ponciano**
4038 Kelvington Ct
San Jose, CA 95121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 591 of 1000

| 3.365 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Purvis**
P.O. box 270133
Austin, TX 78727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Rhode**
32743 Hearthstone Rd.
Farmington Hills, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Rieck**
1177 Howard
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Rosner**
18141 GlennGarry Dr
Livonia, MI 48152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Ruth**
324 Kenmore Ave.
Sunnyvale, CA 94086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Taphouse**
610 Bennington Drive
Silver Spring, MD 20910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Tihen**
111 George Bush Blvd.
Troy, IL 62294

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 592 of 1000

**3.365 9**

Nonpriority creditor's name and mailing address
**Douglas Weston**
**97 Shadyside Avenue**
**Port Washington, NY 11050**

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.366 0**

Nonpriority creditor's name and mailing address
**Douglas Wood**
**340 Arco Ct.**
**San Jose, CA 95123**

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.366 1**

Nonpriority creditor's name and mailing address
**Douglas Wright**
**175 Ortega Ave**
**Mountain View, CA 94040**

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.366 2**

Nonpriority creditor's name and mailing address
**Douglas Younger**
**695 Tasman Drive Apt 3224**
**Sunnyvale, CA 94089**

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.366 3**

Nonpriority creditor's name and mailing address
**Douglas Zimmerman**
**8880 Ashgrove Ln**
**Vienna, VA 22182**

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.366 4**

Nonpriority creditor's name and mailing address
**Drake Moore**
**47 View St**
**Los Altos, CA 94022**

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.366 5**

Nonpriority creditor's name and mailing address
**Draven Francisco**
**1072 W Morelos St**
**Chandler, AZ 85224**

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 593 of 1000

---

| 3.3666 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Drew Chidester** | ☐ Contingent | |
| **912 Summit Dr** | ☐ Unliquidated | |
| **Wexford, PA 15090** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.3667 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Drew Hamilton** | ☐ Contingent | |
| **323 53rd St. APT 1** | ☐ Unliquidated | |
| **Brooklyn, NY 11220** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.3668 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Drew Hammitt** | ☐ Contingent | |
| **4343 N Pershing Drive** | ☐ Unliquidated | |
| **Arlington, VA 22203** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.3669 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Drew Kutlik** | ☐ Contingent | |
| **6900 Koll Center Pkwy #401** | ☐ Unliquidated | |
| **Pleasanton, CA 94566** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.3670 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Drew Lentz** | ☐ Contingent | |
| **11 4th Place Apt 3A** | ☐ Unliquidated | |
| **Brooklyn, NY 11231** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.3671 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Drew Robinson** | ☐ Contingent | |
| **1119 Alabama** | ☐ Unliquidated | |
| **San Francisco, CA 94110** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.3672 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Drew Thomas** | ☐ Contingent | |
| **7024F Pennsylvania Avenue** | ☐ Unliquidated | |
| **St. Louis, MO 63111** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 594 of 1000

| 3.367 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,386.22** |
|---|---|---|---|
| | DTE Energy<br>P.O. Box 740786<br>Cincinnati, OH 45274-0786 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/10/2017**<br>Last 4 digits of account number  **949B** | **Basis for the claim:  [Notice only] Techshop Detroit- A/c- 910033562281 - Electricity Charges for the period 10/10/2017 to 11/09/2017** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,443.27** |
|---|---|---|---|
| | DTE Energy<br>P.O. Box 740786<br>Cincinnati, OH 45274-0786 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/12/2017**<br>Last 4 digits of account number  **327B** | **Basis for the claim:  [Notice only] Techshop Detroit- A/c- 910033562281 - Electricity Charges for the period 09/12/2017 t[Notice only] Techshop Detroit- o 10/09/2017** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | Duane  Rothacher<br>586 Curie Dr<br>San Jose, CA 95123 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | Duane Hess<br>4016 Orme St<br>Palo Alto, CA 94306 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | Duane Phinney<br>645 San Jose Avenue<br>San Francisco, CA 94110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | Duane Pinkerton<br>5453 Roberts Ave<br>OAKLAND, CA 94619 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 595 of 1000

| | | |
|---|---|---|
| 3.3679 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Dudley Chamberlin**
1411 El Camino Real #203
Burlingame, CA 94010

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3680 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Duke Cox**
7480 E Jolly Rogue Ln
Williams, AZ 86046

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3681 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Duleesha Kulasooriya**
1628 Alemany Blvd
San Francisco, CA 94112

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3682 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Duncan  Marks**
1143 W. 10th st
Tempe, AZ 85281

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3683 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Duncan Anderson**
550 14 Rd South Apt 523
Arlington, VA 22202

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3684 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Duncan Lord**
1714 Elizabeth St.
San Carlos, CA 94070

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3685 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Duncan McNamara**
4 Gaylord Court
San Carlos, CA 94070

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 596 of 1000

**3.3686**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Duncan Palm**
18704 E. Mary Ann Way
Queen Creek, AZ 85142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3687**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Duncan Werner**
1233 Howard Street, Apt. 3F
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3688**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,078.50 |
|---|---|---|

**Duquesne Light Company**
Payment Processing Center
PO Box 10
Pittsburgh, PA 15230

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/8/2017**

Last 4 digits of account number  **OV17**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Electricity charges for period 10/09/2017 to 11/07/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3689**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.79 |
|---|---|---|

**Duquesne Light Company**
Payment Processing Center
PO Box 10
Pittsburgh, PA 15230

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/1/2017**

Last 4 digits of account number  **Late Fees**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Late Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3690**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Duran Mapson**
27300 ParkView compound Apt 7305
Warren, MI 48092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3691**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Durb Curlee**
232 N. Kingshighway Blvd., Unit 2302
Saint Louis, MO 63108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3692**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Dustin Byford**
1151 De Haro St
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369
3**

**Nonpriority creditor's name and mailing address**

**Dustin Coker**
**1551 Madison Street. #306**
**Oakland, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369
4**

**Nonpriority creditor's name and mailing address**

**Dustin Pfannenstiel**
**11400 Domain Dr. #5102**
**Austin, TX 78758**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369
5**

**Nonpriority creditor's name and mailing address**

**Dustin Robbins**
**3600 S Glebe Rd Unit 720**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369
6**

**Nonpriority creditor's name and mailing address**

**Dustin Smith**
**1900 R St SE**
**Washington, DC 20020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369
7**

**Nonpriority creditor's name and mailing address**

**Dustin Williams**
**155 E. Frye Rd.**
**Chandler, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369
8**

**Nonpriority creditor's name and mailing address**

**Dustin Yautz**
**216 RIDC Park West Dr.**
**Pittsburgh, PA 15275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369
9**

**Nonpriority creditor's name and mailing address**

**DW Williams**
**PO Box 248**
**Warhougal, WA 98671**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.370 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dwain Osborne**
**13125 Old Gregg Ln**
**Manor, TX 78653**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dwayne Anderson**
**85 Cleary Court #2**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dwayne Barlow**
**209 Vista Ln.**
**Georgetown, TX 78633**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dylan Barlett**
**4225 N #4 Henderson Rd**
**Arlington, VA 22203**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dylan Covington**
**533 w 17th street**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dylan Dey**
**16607 Burning Glade**
**San Antonio, TX 78247**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dylan Drummond**
**2665 Velvet Way**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 599 of 1000

| 3.370 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dylan Eacret**
**951 Jackson St**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dylan Erb**
**610 S. Melborn St.**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dylan Hively**
**1431 Rosalia Avenue**
**San Jose, CA 95130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dylan Lovett**
**2130 Fell Street, APT 4**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dylan Mascarella**
**639 W 3rd St**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**E.Louise Larson**
**5121 Dearborn St**
**Pittsburgh, PA 15224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Earl Brown**
**130 Legacy Park Circle**
**Dearborn Heights, MI 48127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 600 of 1000

| 3.371 4 | Nonpriority creditor's name and mailing address **Earl Powell** 1050 Borregas Ave. #92 Sunnyvale, CA 94089 | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 5 | Nonpriority creditor's name and mailing address **Earl Scott** 327 Thompson Ave Turtle Creek, PA 15145 | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 6 | Nonpriority creditor's name and mailing address **Early Growth Financial Services** P.O.Box 740809 Los Angeles, CA 90074 | As of the petition filing date, the claim is: *Check all that apply.* | $13,386.00 |
|---|---|---|---|

Date(s) debt was incurred **10/15/2017**

Last 4 digits of account number **6104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting fee for the period 10/01/2017 to 10/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 7 | Nonpriority creditor's name and mailing address **Early Growth Financial Services** P.O.Box 740809 Los Angeles, CA 90074 | As of the petition filing date, the claim is: *Check all that apply.* | $13,935.00 |
|---|---|---|---|

Date(s) debt was incurred **10/31/2017**

Last 4 digits of account number **6495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting fee for the period 10/16/2017 to 10/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 8 | Nonpriority creditor's name and mailing address **Early Growth Financial Services** P.O.Box 740809 Los Angeles, CA 90074 | As of the petition filing date, the claim is: *Check all that apply.* | $16,599.00 |
|---|---|---|---|

Date(s) debt was incurred **9/15/2017**

Last 4 digits of account number **5247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting fee for the period 08/28/2017 to 09/11/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 9 | Nonpriority creditor's name and mailing address **Early Growth Financial Services** P.O.Box 740809 Los Angeles, CA 90074 | As of the petition filing date, the claim is: *Check all that apply.* | $10,970.00 |
|---|---|---|---|

Date(s) debt was incurred **9/30/2017**

Last 4 digits of account number **5561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting fee for the period 09/11/2017 to 09/25/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 601 of 1000

**3.372 0**

**Nonpriority creditor's name and mailing address**

**Early Growth Financial Services**
P.O.Box 740809
Los Angeles, CA 90074

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **4948**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting fee for the period 08/15/2017 to 08/28/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,580.00**

---

**3.372 1**

**Nonpriority creditor's name and mailing address**

**Earthlink Business**
1058 PO Box 2252
Birmingham, AL 35246

Date(s) debt was incurred  **10/21/2017**

Last 4 digits of account number  **1**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/C-13359716-October 2017- Access,Local Service,Equipment,Carrier Surcharges,Federal universal s...**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,132.31**

---

**3.372 2**

**Nonpriority creditor's name and mailing address**

**Easton Piaget**
3708 Sacramento Street
San Francisco, CA 94118

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.372 3**

**Nonpriority creditor's name and mailing address**

**Eastwick Communication, Inc**
222 Kearny Street Suite 400
San Francisco, CA 94108

Date(s) debt was incurred  **7/18/2016**

Last 4 digits of account number  **7182**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Councel, Strategy & Planning , Content Development and Media Relation for the month of July 2016**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,806.43**

---

**3.372 4**

**Nonpriority creditor's name and mailing address**

**Eastwick Communication, Inc**
222 Kearny Street Suite 400
San Francisco, CA 94108

Date(s) debt was incurred  **7/18/2016**

Last 4 digits of account number  **7183**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketwired- TechShop CEO Mark Hatch Resigning postion to puruse other opportunities**

Is the claim subject to offset? ■ No  ☐ Yes

**$873.40**

---

**3.372 5**

**Nonpriority creditor's name and mailing address**

**Echo International**
Three Gateway Center Floor 14
West Pittsburgh, PA 35246

Date(s) debt was incurred  **12/1/2016**

Last 4 digits of account number  **4732**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Japanese Interpreting**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 602 of 1000

| 3.372 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $32,076.30 |
|---|---|---|---|

**Ed & Julie Hall**
**1528 Constanzo Way**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19/2011**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Ed Bardsley**
**13100 Byrd Lane**
**Los Altos Hills, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Ed Cardinal**
**1341 University Drive**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Ed Cirimele**
**1573 Gretel Lane**
**MOUNTAIN VIEW, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Ed Haazer**
**17 Skyline drive**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Ed Hall**
**1528 Constanzo Way**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Ed Korthof**
**126 Jersey St.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.373
3**

**Nonpriority creditor's name and mailing address**

**Ed Niemeyer**
**2217 E Frye Rd**
**Chandler, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373
4**

**Nonpriority creditor's name and mailing address**

**Ed Ulibarri**
**PO Box 1466**
**Mesa, AZ 85211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373
5**

**Nonpriority creditor's name and mailing address**

**Eddie Lee**
**1463 Bittern Dr.**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373
6**

**Nonpriority creditor's name and mailing address**

**Eddie Pavlu**
**499 Mill River Ln**
**San Jose, CA 95134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373
7**

**Nonpriority creditor's name and mailing address**

**Eddie Saurenman**
**6337 Southwood Ave 3W**
**Clayton, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373
8**

**Nonpriority creditor's name and mailing address**

**Eddie Williams**
**225 Butte Drive Apt C**
**Los Osos, CA 93402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373
9**

**Nonpriority creditor's name and mailing address**

**Eddy Lopez**
**1230 Palou Ave.**
**San Francisco, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | |
|---|---|
| 3.3740 | |

**Nonpriority creditor's name and mailing address**

**Eddy Vromen**
430 East Okeefe Apt 203
Palo Alto, CA 94303

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.3741 | |

**Nonpriority creditor's name and mailing address**

**Eden Sherry**
548 Market St. #40486
San Francisco, CA 94104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.3742 | |

**Nonpriority creditor's name and mailing address**

**Edgar  Wagner**
97 Aberdeen Pl
Clayton, MO 63105

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.3743 | |

**Nonpriority creditor's name and mailing address**

**Edgar Aguirre**
2785 S. Bascom Ave #48
Campbell, CA 95008

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.3744 | |

**Nonpriority creditor's name and mailing address**

**Edgar Malave**
227 Telluride Dr.
Georgetown, TX 78626

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.3745 | |

**Nonpriority creditor's name and mailing address**

**Edgar Manriquez_Sandoval**
615 S Hardy Dr Apt 1245
Tempe, AZ 85281

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.3746 | |

**Nonpriority creditor's name and mailing address**

**Edison Ditto**
511 Bellwood Dr
Santa Clara, CA 95054

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 605 of 1000

| 3.3747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edison Siu**
6945 E. Cheney Dr.
Paradise Valley, AZ 85253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edith Root-CLARK**
6306 Tamerlane Dr
West Bloomfield Township, MI 48322-2377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edmond  Soun**
862 37th St
Oakland, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edmund Dupont**
209 Johnston St.
New Braunfels, TX 78130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edoardo Croce**
452 Eureka Street
San Francisco, CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eduard Gorina**
3225 Upper Lock Ave.
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eduardo Bustamante**
351 Modrid St
San Francisco, CA 94112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 606 of 1000

---

**3.375 4**

**Nonpriority creditor's name and mailing address**

**Eduardo Moreno**
**1045 Noel Dr.**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375 5**

**Nonpriority creditor's name and mailing address**

**Eduardo Serrano**
**1303 Montgomery st**
**San Francisco, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375 6**

**Nonpriority creditor's name and mailing address**

**Edward Bulin**
**3706 17th St**
**Arlington, VA 22207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375 7**

**Nonpriority creditor's name and mailing address**

**Edward Engel**
**1521 Washington Ave**
**St. Louis, MO 63103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375 8**

**Nonpriority creditor's name and mailing address**

**Edward & Deborah Harriman**
**14672 Gypsy Hill Rd**
**Saratoga, CA 95070**

Date(s) debt was incurred **6/21/2012**

Last 4 digits of account number **NA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$27,709.12**

---

**3.375 9**

**Nonpriority creditor's name and mailing address**

**Edward Bailey**
**105 Snapdragon Ct**
**Cary, NC 27513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.376 0**

**Nonpriority creditor's name and mailing address**

**Edward Calvey**
**2610 E. 2nd Street**
**Austin, TX 78702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 607 of 1000

| 3.376<br>1 | Nonpriority creditor's name and mailing address<br>**Edward Chen**<br>**88 E. San Fernando St Unit 1811**<br>**San Jose, CA 95113** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28,265.75** |
| | Date(s) debt was incurred  6/16/2016<br>Last 4 digits of account number  NA | Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.376<br>2 | Nonpriority creditor's name and mailing address<br>**Edward Chen**<br>**88 E. San Fernando St Unit 1811**<br>**San Jose, CA 95113** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.376<br>3 | Nonpriority creditor's name and mailing address<br>**Edward Cheung**<br>**555 4th St. #833**<br>**San Francisco, CA 94107** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.376<br>4 | Nonpriority creditor's name and mailing address<br>**Edward Clapper**<br>**101 East Riviera Drive**<br>**Tempe, AZ 85282** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.376<br>5 | Nonpriority creditor's name and mailing address<br>**Edward Conger**<br>**1064 Hickorynut Ct**<br>**Sunnyvale, CA 94087** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.376<br>6 | Nonpriority creditor's name and mailing address<br>**Edward DeVaucorbeil**<br>**2317 S. Pleasant Valley Rd - APT 826**<br>**Austin, TX 78741** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.376<br>7 | Nonpriority creditor's name and mailing address<br>**Edward Dobner**<br>**100 I St. SE Apt 804**<br>**Washington, DC 20003** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 608 of 1000

**3.3768**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Edward Edjourian**
3378 E. Devonshire ave
Gilbert, AZ 85297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3769**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Edward Eugenio**
11 S Central Ave., #1508
Phoenix, AZ 85004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3770**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Edward Gilbert**
168 Glacier St
Woodland, CA 95695

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3771**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,684.93 |
|---|---|---|

**Edward Harriman**
14672 Gypsy Hill Rd
Saratoga, CA 95070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2/2016
Last 4 digits of account number  NA

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3772**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Edward Harris**
556 Boden Way #5
Oakland, CA 94610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3773**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Edward Hartman**
1982 Dakin Ave
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3774**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Edward Holman**
3026 Angelina
Round Rock, TX 78665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 609 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.377 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edward Kang**
**2501 9th Rd S #533**
**ARLINGTON, VA 22204**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edward Koch**
**208 Devon Dr.**
**San Rafael, CA 94903**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,905.21** |
|---|---|---|---|

**Edward Korthof**
**126 Jersey St.**
**San Francisco, CA 94114**

Date(s) debt was incurred  **1/18/2014**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,783.45** |
|---|---|---|---|

**Edward L Koch**
**208 Devon Dr.**
**San Rafael, CA 94903**

Date(s) debt was incurred  **6/17/2010**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edward Li**
**520 N Daisy Ave**
**Pasadena, CA 91107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edward Madden**
**901 brantford ave**
**silver spring, MD 20904**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edward Marks**
**30 Walter St**
**San Francisco, CA 94114**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.378 2** | |

**Nonpriority creditor's name and mailing address**
**Edward Nolan Leake and Tennille Marie Ch**
**1788 Elsie Ave.**
**Mountain View, CA 94043**

Date(s) debt was incurred  **5/18/2010**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$49,453.52**

---

| | |
|---|---|
| **3.378 3** | |

**Nonpriority creditor's name and mailing address**
**Edward Plaza**
**885 Highview**
**Dearborn, MI 48128**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.378 4** | |

**Nonpriority creditor's name and mailing address**
**Edward S. Conger**
**1064 Hickorynut Ct**
**Sunnyvale, CA 94087**

Date(s) debt was incurred  **4/4/2014**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$36,805.48**

---

| | |
|---|---|
| **3.378 5** | |

**Nonpriority creditor's name and mailing address**
**Edward Savage**
**108 Parkspring Ct**
**Cary, NC 27519**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.378 6** | |

**Nonpriority creditor's name and mailing address**
**Edward thomas**
**18554 blakely dr**
**woodhaven, MI 48183**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.378 7** | |

**Nonpriority creditor's name and mailing address**
**edward villegas**
**14837 elton drive**
**san jose, CA 95124**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.378 8** | |

**Nonpriority creditor's name and mailing address**
**Edward Vinces**
**915 Park Pacifica**
**Pacifica, CA 94044**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 611 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

**3.3789**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **EdwardSr Cardinal**<br>**1132 Kayellen Ct**<br>**San Jose, CA 95125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3790**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Edwin  Montgomery**<br>**103 Overdale Rd**<br>**Pittsburgh, PA 15221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3791**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Edwin Aoki**<br>**115 Stadler Dr.**<br>**Woodside, CA 94062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3792**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Edwin Chang**<br>**1215 45th St**<br>**Emeryville, CA 94608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3793**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Edwin Gaddis**<br>**3100 Clarendon Blvd Ste 200**<br>**Arlington, VA 22201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3794**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Edwin Hall**<br>**1528 Constanso Way**<br>**San Jose, CA 95129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3795**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Edwin McPherson**<br>**3629 Eagles Nest St**<br>**Round Rock, TX 78665** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 612 of 1000

---

**3.3796**

**Nonpriority creditor's name and mailing address**

**Effatina Behjat**
**1268 Bouret Dr. Unit 4**
**San Jose, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3797**

**Nonpriority creditor's name and mailing address**

**Ehoud Amos**
**530 Showers Dr Apt 7-236**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3798**

**Nonpriority creditor's name and mailing address**

**Eiji Jimbo**
**ATTN: Emily Gallivan**
**1728 Parker St.**
**Berkeley, CA 94703**

Date(s) debt was incurred  **7/31/2017**

Last 4 digits of account number  **33**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**$400.00**

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 07/01/2017 to 07/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3799**

**Nonpriority creditor's name and mailing address**

**Eiji Kobayashi**
**1154 Eddy Street, Unit D**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3800**

**Nonpriority creditor's name and mailing address**

**Eileen Kuletz-Burke**
**607 N. Tazewell Street**
**Arlington, VA 22203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3801**

**Nonpriority creditor's name and mailing address**

**EJ Brown**
**1006 Rebecca Drive**
**Austin, TX 78703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3802**

**Nonpriority creditor's name and mailing address**

**EJ Swanson**
**668 Jamaica**
**Troy, MI 48083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.380 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eknoor  Dhillon**
**49198 Dominion Ct**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elaina Jacob**
**5818 Stanton Ave Apt 4**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elaine Drake**
**327 Curie Dr.**
**San Jose, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elaine Uang**
**321 Kipling Street**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elaine Wherry**
**334 Santana Row APT 335**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elaine Wong**
**175 Bellavista Drive**
**Hillsborough, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elana Quint**
**13201 N. 7th Dr.**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eldar Causevic**
7552 Wydown Blvd 1E
Saint Louis, MO 63105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eleanor Lawson**
689 South 6th St.
San Jose, CA 95112

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elecia White**
2604 Camloop Dr.
San Jose, CA 95130

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elena Ilieva**
3112 Lindenwood Dr
Dearborn, MI 48120

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eli B. Wenger**
414 South Graham Street
Pittsburgh, PA 15232

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eli Gabriele**
4250 E. Hartford Ave
Phoenix, AZ 85032

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eli McGlothern**
403 West 11th
Tempe, AZ 85281

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | |
|---|---|---|
| 3.381 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Eli Phillips**
**10305 Stubble Quail Circle**
**Austin, TX 78758**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.381 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Eli Wiel**
**331 Infantry Terrace**
**San Francisco, CA 94129**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.381 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Eli Zajicek**
**1606 Blue Meadow Rd**
**Rockville, MD 20854**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.382 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Elias Fedorowski**
**800 Jefferson St**
**Oakland, CA 94607**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.382 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Elias Senter**
**2903 Traymore Lane**
**Bowie, MD 20715**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.382 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Eliezer Ramos**
**3110 Orthello Way**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.382 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Elijah Guinanao**
**10300 E Calle Decamso**
**Tucson, AZ 85749**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 616 of 1000

| 3.382 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Eliot Barker**
2987 22nd St
San Francisco, CA 95134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Eliot Brown**
19 Moss St #4
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Eliot Tarlov**
379 Eureka St
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Elisa jo**
555 4th St Unit 102
San Francisco, CA 94107-1604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Elisa Wiel**
331 infantry terrace
San Francisco, CA 94129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Elise DeChard**
523 Highland Ave
Pontiac, MI 48341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Elise Engelhardt**
349 Avenida Arboles
San Jose, CA 95123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elisha Peck**
**2209 Henslowe Dr**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elissa Maune**
**1945 Berkeley Way #129**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elissa Wolf**
**4990 Columbia Pike,  Apt 508**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eliza Nguyen**
**660 4th Street #431**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth  Michelle Brant**
**7427 E Thunderhawk Rd**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth  Moore**
**130 Carl St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth  Palombo**
**630 N. Woodlawn Ave.**
**St. Louis, MO 63122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 618 of 1000

| 3.3838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Welder**
po box 151513
Austin, TX 78715

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Barley**
2808 Saint Mary's View Road
Accokeek, MD 20607

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Bender**
6045 Kingsbury
St. Louis, MO 63112

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Bifano**
6450 Golfview Street
Garden City, MI 48135

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Broomall**
100 E. McDowell Rd
Phoenix, AZ 85004

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Chiarelli**
104 Stewart Ave. #4
Arlington, VA 22301

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Dombrowski**
2700 S Adams St #407
Arlington, VA 22206

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 619 of 1000

| 3.384 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Emond**
5812 Bush Hill Drive
Alexandria, VA 22310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Geerling**
4353 Westminster Pl
Saint Louis, MO 63108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Greer**
244 Johnson Ave.
Los Gatos, CA 95030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Klasek**
6557 Creek Run Dr
Centreville, VA 20121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Lee**
701 Canyon Bend
Pflugerville, TX 78660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Lira**
234 S 11th St
San Jose, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Lopez**
325 Arleta Ave.
San Francisco, CA 94134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 620 of 1000

| 3.385 2 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Mistler**<br>**1038 Lafayette Drive**<br>**Yandley, PA 19067** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.385 3 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Munnelly**<br>**218 N. Tomahawk Island  Drive**<br>**Portland, OR 97217** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.385 4 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Neely**<br>**501 Slaters Lane**<br>**Alexandria, VA 22314** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.385 5 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Newell**<br>**24 Henderson Place**<br>**Menlo Park, CA 94025** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.385 6 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Pollom**<br>**2035 Amherst St**<br>**Palo Alto, CA 94306** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.385 7 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Saeger**<br>**1526 N. Lafayette**<br>**Dearborn, MI 48128** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.385 8 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Shaya**<br>**2221 S Clark St**<br>**Arlington, VA 22202** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3859**

Nonpriority creditor's name and mailing address
**Elizabeth Siemanski**
**350 Arguello Blvd.**
**San Francisco, CA 94118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3860**

Nonpriority creditor's name and mailing address
**Elizabeth Spracklen**
**1190 Talley Loop**
**Buda, TX 78610**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3861**

Nonpriority creditor's name and mailing address
**Elizabeth torrance**
**1007 86th Ave AptB**
**Oakland, CA 94621**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3862**

Nonpriority creditor's name and mailing address
**Elizabeth Willits**
**25050 Riding Plaza,**
**Suite 130-182**
**Chantilly, VA 20152**

Date(s) debt was incurred  **8/27/2017**
Last 4 digits of account number  **ug17**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

$2,187.50

Basis for the claim:  **[Notice only] Techshop DC Arlington- STEAM instructor fees for the period 07/24/2017 to 08/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3863**

Nonpriority creditor's name and mailing address
**elizabeth willits**
**25050 Riding Plz #130-182**
**chantilly, VA 20152**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3864**

Nonpriority creditor's name and mailing address
**Elizabeth Wolf**
**7701 Beech Tree Ln.**
**Bethesda, MD 20817**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3865**

Nonpriority creditor's name and mailing address
**Elizabeth Woll**
**2400 24th St.**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 622 of 1000

| 3.386 6 | Nonpriority creditor's name and mailing address<br>**Elizabeth Woodfill**<br>**560 Chapman Dr.**<br>**Campbell, CA 95008** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 7 | Nonpriority creditor's name and mailing address<br>**Elke Augustino**<br>**4609 25th Street**<br>**San Francisco, CA 94114** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 8 | Nonpriority creditor's name and mailing address<br>**Ella Suter**<br>**5930 Bush Hill Drive**<br>**Alexandria, VA 22310** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 9 | Nonpriority creditor's name and mailing address<br>**Elle Stapleton**<br>**341 Clement St.**<br>**San Francisco, CA 94118** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.387 0 | Nonpriority creditor's name and mailing address<br>**Ellen Chisa**<br>**616 11th Ave. E.**<br>**Seattle, WA 98102** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.387 1 | Nonpriority creditor's name and mailing address<br>**Ellen Cousins**<br>**14330 Cordwood Ct**<br>**Saratoga, CA 95070** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.387 2 | Nonpriority creditor's name and mailing address<br>**Ellen Dombrowski**<br>**11336 Van Gilder Rd**<br>**Delevan, NY 14042** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398     Doc# 2     Filed: 02/26/18     Entered: 02/26/18 18:01:21     Page 623 of 1000

| 3.387 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ellen Isaacs**
**2162 Coroner Dr**
**San Jose, CA 95124**

Date(s) debt was incurred _12/19/2016_
Last 4 digits of account number _NA_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$54,493.15**

---

| 3.387 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ellen Isaacs**
**2162 Coroner Dr**
**San Jose, CA 95124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.387 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ellen Ocampo**
**2475 Post Street**
**San Francisco, CA 94115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.387 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ellen Ridjway**
**575 Elizabeth St.**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.387 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ellen Wang**
**1357 Webster Street**
**Palo Alto, CA 94301**

Date(s) debt was incurred _11/15/2016_
Last 4 digits of account number _NA_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$27,432.88**

---

| 3.387 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ellen Wang**
**1357 Webster Street**
**Palo Alto, CA 94301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.387 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ellie Flanigan**
**8609 Aponi Rd**
**Vienna, VA 22180**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

---

**3.3880**

**Nonpriority creditor's name and mailing address**

**Ellie Sonnenwirth Weisz**
**7733 Delmar Blvd**
**St. Louis, MO 63130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3881**

**Nonpriority creditor's name and mailing address**

**Elliot Roe**
**25 Camp St APt 5**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3882**

**Nonpriority creditor's name and mailing address**

**Elliot Kopitske**
**4327 Grace Ave**
**St. Louis, MO 63116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3883**

**Nonpriority creditor's name and mailing address**

**Elliot Roth**
**3400 Prospect St NW**
**Washington, DC 20007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3884**

**Nonpriority creditor's name and mailing address**

**Elliot Sanders**
**15-2662 Pahoa Village Road, Ste 306-8632**
**Pahoa, HI 96778**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3885**

**Nonpriority creditor's name and mailing address**

**Elliot Seibert**
**315 U Street**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3886**

**Nonpriority creditor's name and mailing address**

**Elliott Hobbs**
**1317 E. Coolidge Street**
**Phoenix, AZ 85014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 625 of 1000

**3.3887**

**Nonpriority creditor's name and mailing address**
Elliott Martin
PO Box 1116
Santa Fe, NM 87504

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3888**

**Nonpriority creditor's name and mailing address**
Elliott Rosner
722 N Buchanan St
Arlington, VA 22203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3889**

**Nonpriority creditor's name and mailing address**
Elliott Williams
5407 black st
pittsburgh, PA 15206

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3890**

**Nonpriority creditor's name and mailing address**
Ellyn Cox
1900 McNair PL
Saint Louis, MO 63301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3891**

**Nonpriority creditor's name and mailing address**
Elodie Corrie
2732 13th Ave
Oakland, CA 94606

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3892**

**Nonpriority creditor's name and mailing address**
Elon Smith
8213 Light Horse Ct
Arlington, VA 22003

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3893**

**Nonpriority creditor's name and mailing address**
Elroy Grandy
882 5th st
Wyandotte, MI 48192

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 626 of 1000

| 3.389 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elva Groves**
**11102 Spicewood Club**
**Austin, TX 78750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ely Albalos**
**1690 Monte Vista Dr**
**Hollister, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elymar Vargas**
**18941 Quiet Oak Lane**
**Germantown, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elyse McDonald**
**218 Haight Street #2**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emerson Beech**
**205 Elva Drive**
**Aptos, CA 95003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emerson Glassey**
**380 Maple St.**
**Willits, CA 95490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emerson SwanII**
**210 Crest Rd.**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 627 of 1000

| 3.390 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emerson SwanIII**
210 Crest Road
Woodside, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emil Forsman**
748 Tuttle Ave
Watsonville, CA 95076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emilia Feria**
1688 Tacoma Ave
Berkeley, CA 94707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emilio Couchee**
8498 E Twisted Leaf
Gold Canyon, AZ 85118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emilio Zacarias**
221 Crest Trail
San Antonio, TX 78232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emily Ward**
1229 divisadero st
San Francsico, CA 94115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emily Agostino**
6 Willow Lane
Londonderry, NH 03053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 3.390 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**3.390 8**

**Nonpriority creditor's name and mailing address**

**Emily Alcazar**
**683 e Fairview Ct**
**Gilbert, AZ 85295**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.390 9**

**Nonpriority creditor's name and mailing address**

**Emily Barbara**
**3309 E Flossmoor Ave**
**Mesa, AZ 85204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.391 0**

**Nonpriority creditor's name and mailing address**

**Emily Beighley**
**149 Elm Street**
**San Mateo, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.391 1**

**Nonpriority creditor's name and mailing address**

**Emily Dunlap**
**2166 Tower Grove Ave**
**St. Louis, MO 63110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.391 2**

**Nonpriority creditor's name and mailing address**

**Emily Eustace**
**205 Hanna Way**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.391 3**

**Nonpriority creditor's name and mailing address**

**Emily Hunt**
**4925 33rd Rd N**
**Arlington, VA 22207-2803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.391 4**

**Nonpriority creditor's name and mailing address**

**Emily Kellison-Linn**
**2802 Louis Rd.**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 629 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td>3.391 5</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Emily Kistler</b><br><b>66 Spring St</b><br><b>Marion, MA 02738</b><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b> <u>Notice Only re Techshop Subsidiary LLC Customer</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td><b>$0.00</b></td></tr>
</table>

---

| 3.391 6 | **Nonpriority creditor's name and mailing address**<br>**Emily Kuhlman**<br>**4265 Cleveland Avenue**<br>**St. Louis, MO 63101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.391 7 | **Nonpriority creditor's name and mailing address**<br>**Emily Lysyk**<br>**7458 E. Clovis Cir.**<br>**Mesa, AZ 85208**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.391 8 | **Nonpriority creditor's name and mailing address**<br>**Emily Ma**<br>**100 Forest Ave.**<br>**Palo Alto, CA 94301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.391 9 | **Nonpriority creditor's name and mailing address**<br>**Emily Obert**<br>**4240 Cass Ave Apt 215**<br>**Detroit, MI 48201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.392 0 | **Nonpriority creditor's name and mailing address**<br>**Emily P Quesada**<br>**1629 Green St.**<br>**San Francisco, CA 94123**<br><br>Date(s) debt was incurred **3/25/2010**<br>Last 4 digits of account number **NA** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Principal and accrued interest for loan to TechShop SOMA LLC</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$24,983.16** |

---

| 3.392 1 | **Nonpriority creditor's name and mailing address**<br>**emily Peters**<br>**4155 Magnolia Ave apt # 5**<br>**St. Louis, MO 63110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 630 of 1000

---

| 3.392<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emily Pryor-Slade**
2443 Fillmore Street #333
San Francisco, CA 94115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emily Quesada**
1629 Green St.
San Francisco, CA 94123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emily Ramos**
44065 Owl Drive
Fremont, CA 94539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emily Shields**
2060 Leavenworth Street Apt 1
San Francisco, CA 94133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emily Winston**
1373 Fountain St.
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emily Woods**
312 Laurel Way
Mill Valley, CA 94941

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emily Wray**
5016 Deville Ave.
St. Louis, MO 63108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 631 of 1000

| | | |
|---|---|---|
| 3.392 9 | **Nonpriority creditor's name and mailing address** **Emma Blankespoor** 276 Charles Marx Way Palo Alto, CA 94304 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.393 0 | **Nonpriority creditor's name and mailing address** **Emma Bodell** 107 Reservoir Rd Atherton, CA 94027 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.393 1 | **Nonpriority creditor's name and mailing address** **Emma Camell** 131 Malberry New York, NY 10013 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.393 2 | **Nonpriority creditor's name and mailing address** **EMMA HINNIGAN** PO BOX 71994 OAKLAND, CA 94612 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.393 3 | **Nonpriority creditor's name and mailing address** **Emma Howell** 4204 E Ravenswood Dr Gilbert, AZ 85298 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.393 4 | **Nonpriority creditor's name and mailing address** **Emma Knight** 1108 North East 15th Place Gainsville, FL 32601 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.393 5 | **Nonpriority creditor's name and mailing address** **Emma Nowlin** 2107 S Grand Blvd Apt 1000 St. Louis, MO 63104 | **$220.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/30/2017**
Last 4 digits of account number **2017**

Basis for the claim: **[Notice only] Techshop St. Louis- Steam Instructor fee for the period 09/01/2017 to 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 632 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.393 6 | **Nonpriority creditor's name and mailing address**<br>**Emma Nowlin**<br>2107 S Grand Blvd Apt 1000<br>St. Louis, MO 63104<br><br>Date(s) debt was incurred __10/31/2017__<br>Last 4 digits of account number __7Oct__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: __[Notice only] Techshop St. Louis- Steam Instructor fee for the period 10/01/2017 to 10/31/2017__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$260.00** |
|---|---|---|---|
| 3.393 7 | **Nonpriority creditor's name and mailing address**<br>**Emma Nowlin**<br>2107 S Grand Blvd Apt 1000<br>St. Louis, MO 63104<br><br>Date(s) debt was incurred __8/31/2017__<br>Last 4 digits of account number __7Aug__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: __[Notice only] Techshop St. Louis- Steam Instructor fee for the period 08/08/2017 to 08/31/2017__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$250.00** |
| 3.393 8 | **Nonpriority creditor's name and mailing address**<br>**Emma Rose Mahoney-Rohrl**<br>2230 Caremlita Drive<br>San Carlos, CA 94070<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.393 9 | **Nonpriority creditor's name and mailing address**<br>**Emma Waldspurger**<br>517 Georgia Ave.<br>Palo Alto, CA 94306<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.394 0 | **Nonpriority creditor's name and mailing address**<br>**Emmanuel Atsin**<br>26 Muirwood Dr.<br>Daly City, CA 94014<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.394 1 | **Nonpriority creditor's name and mailing address**<br>**Emmanuel Wilson**<br>1117 10th St NW, Unit 1104<br>Washington, DC 20001<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 633 of 1000

| 3.394 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emmett Cunningham**
195 Rizal Drive
Hillsborough, CA 94010

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emmett Nelson**
2155 Prospect St
Menlo Park, CA 94025

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emory Dunn**
4325 Salem Street
Emeryville, CA 94608

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.63 |
|---|---|---|---|

**Endeavour Inc.**
45949 Warm Springs Blvd.
Fremont, CA 94539

Date(s) debt was incurred  5/11/2017
Last 4 digits of account number  2024

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Endeavour storage unit: May 2017(Container 2777)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.07 |
|---|---|---|---|

**Endeavour Inc.**
45949 Warm Springs Blvd.
Fremont, CA 94539

Date(s) debt was incurred  6/11/2017
Last 4 digits of account number  2979

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Endeavour storage unit: June 2017(Container 2814)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.07 |
|---|---|---|---|

**Endeavour Inc.**
45949 Warm Springs Blvd.
Fremont, CA 94539

Date(s) debt was incurred  6/11/2017
Last 4 digits of account number  2980

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Endeavour storage unit: June 2017(Container 2779)**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 634 of 1000

| Debtor | **TechShop, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.394
8**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**Endeavour Inc.**<br>**45949 Warm Springs Blvd.**<br>**Fremont, CA 94539** | As of the petition filing date, the claim is: *Check all that apply.*      **$119.63**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred  **6/11/2017** | |
| Last 4 digits of account number  **2981** | Basis for the claim:  **[Notice only] Techshop SOMA - Endeavour storage unit: June 2017(Container 2777)** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.394
9**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**Endeavour Inc.**<br>**45949 Warm Springs Blvd.**<br>**Fremont, CA 94539** | As of the petition filing date, the claim is: *Check all that apply.*      **$119.63**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred  **8/10/2017** | |
| Last 4 digits of account number  **3954** | Basis for the claim:  **[Notice only] Techshop SOMA - Endeavour storage unit: July 2017(Container 2777)** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.395
0**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**Endeavour Inc.**<br>**45949 Warm Springs Blvd.**<br>**Fremont, CA 94539** | As of the petition filing date, the claim is: *Check all that apply.*      **$125.07**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred  **8/10/2017** | |
| Last 4 digits of account number  **3952** | Basis for the claim:  **[Notice only] Techshop SOMA - Endeavour storage unit: July 2017(Container 2814)** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.395
1**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**Endeavour Inc.**<br>**45949 Warm Springs Blvd.**<br>**Fremont, CA 94539** | As of the petition filing date, the claim is: *Check all that apply.*      **$125.07**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred  **8/10/2017** | |
| Last 4 digits of account number  **3953** | Basis for the claim:  **[Notice only] Techshop SOMA - Endeavour storage unit: July 2017(Container 2779)** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.395
2**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**Endeavour Inc.**<br>**45949 Warm Springs Blvd.**<br>**Fremont, CA 94539** | As of the petition filing date, the claim is: *Check all that apply.*      **$125.07**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred  **8/11/2017** | |
| Last 4 digits of account number  **4927** | Basis for the claim:  **[Notice only] Techshop SOMA - Endeavour storage unit: August 2017(Container 2814)** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.395
3**

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>**Endeavour Inc.**<br>**45949 Warm Springs Blvd.**<br>**Fremont, CA 94539** | As of the petition filing date, the claim is: *Check all that apply.*      **$125.07**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred  **8/11/2017** | |
| Last 4 digits of account number  **4928** | Basis for the claim:  **[Notice only] Techshop SOMA - Endeavour storage unit: August 2017(Container 2779)** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

| 3.395 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.63 |
| --- | --- | --- | --- |

**Endeavour Inc.**
45949 Warm Springs Blvd.
Fremont, CA 94539

Date(s) debt was incurred  **8/11/2017**

Last 4 digits of account number  **4929**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Endeavour storage unit: August 2017(Container 2777)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ennis Olson**
340 Ulloa St
San Francisco, CA 94127

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Enrique Romero**
212 Cowper St.
Palo Alto, CA 94301

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,291.47 |
| --- | --- | --- | --- |

**Entrust Carolinas, LLC FBO Matthew Ho IR**
2121 Peralta St. Ste #125
Oakland, CA 94607

Date(s) debt was incurred  **6/30/2010**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Eoin Keane**
275 Hawthorne Ave Apt 142
Palo Alto, CA 94301

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Eoin Keane**
555 Mission Rock Street Unit 626
San Francisco, CA 94158

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 636 of 1000

---

**3.396 0**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$52.60** |

**Epilog Corporation**
16371 Table Mountain Parkway
Golden, CO 80403

Date(s) debt was incurred **10/24/2017**

Last 4 digits of account number **1511**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Helix 60 Item Components- Service Part Warranty List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.396 1**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*     **$276.66**

**Epilog Corporation**
16371 Table Mountain Parkway
Golden, CO 80403

Date(s) debt was incurred **9/25/2017**

Last 4 digits of account number **1541**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Helix, 60 watt, 115v, English -06/06/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.396 2**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*     **$971.29**

**Epilog Corporation**
16371 Table Mountain Parkway
Golden, CO 80403

Date(s) debt was incurred **9/25/2017**

Last 4 digits of account number **3529**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Helix, 60 watt, 115v, English -07/27/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.396 3**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*     **$1,995.00**

**Epilog Corporation**
16371 Table Mountain Parkway
Golden, CO 80403

Date(s) debt was incurred **9/25/2017**

Last 4 digits of account number **1777**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Helix, 60 watt, 115v, English -06/12/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.396 4**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*     **$357.75**

**Epilog Corporation**
16371 Table Mountain Parkway
Golden, CO 80403

Date(s) debt was incurred **9/20/2017**

Last 4 digits of account number **6490**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Helix, 60 watt, 115v, English**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.396 5**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*     **$379.04**

**Epilog Laser**
16371 Table Mountain Pkwy,
Golden, CO 80403

Date(s) debt was incurred **8/31/2017**

Last 4 digits of account number **5486**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop Detroit-Helix 60 Watt 115V Service Parts**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.396 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.60 |
|---|---|---|---|

**Epilog Laser**
16371 Table Mountain Pkwy,
Golden, CO 80403

Date(s) debt was incurred  **9/6/2017**

Last 4 digits of account number  **5704**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Detroit-Linear Guide w/oiler - 8060-1199942418R**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.50 |
|---|---|---|---|

**Epilog Laser**
16371 Table Mountain Pkwy,
Golden, CO 80403

Date(s) debt was incurred  **9/26/2017**

Last 4 digits of account number  **2253**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Detroit-Lens 2 Focal Length Helix, 60 watt and 115V**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,093.12 |
|---|---|---|---|

**Epilog Laser**
16371 Table Mountain Pkwy,
Golden, CO 80403

Date(s) debt was incurred  **5/23/2017**

Last 4 digits of account number  **3025**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Detroit-Machine Serial No 8060-1199942418R**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eri Takahashi**
1306 Dartmouth St
Albany, CA 94706

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric  Doyle**
322 Laurel Ave
Menlo Park, CA 94025

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Havenhill**
10165 Abrams Fork
Brighton, MI 48114

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 638 of 1000

| 3.397 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric  Kustarz**
1105 Fell St. #2
San Francisco, CA 94117

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 3 |
|---|

**Eric  Shrewsberry**
3572 Arbytre Ave
Palo Alto, CA 94303

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.397 4 |
|---|

**Eric  Timmerman**
25 Nickelby Ct
Damascus, MD 20872

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.397 5 |
|---|

**Eric  Wolter**
2340 Delaware Dr
Saint Louis, MO 63303

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.397 6 |
|---|

**Eric  Wood**
4024 E Flower Ave
Mesa, AZ 85206

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.397 7 |
|---|

**Eric  Acosta**
20427 Bloomingville Ct
Germantown, MD 20876

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.397 8 |
|---|

**Eric  Baker**
113 Kirkwood
PGH, PA 15215

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 639 of 1000

| Debtor | TechShop, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.397 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Eric Bitondo<br>1521 Fallen Leaf Lane<br>Los Altos, CA 94024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.398 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Eric Butler<br>2137 Samaritan Drive<br>San Jose, CA 95124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.398 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Eric Carlson<br>Laurel Glen Terrace<br>San Rafael, CA 94903 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.398 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Eric Cavazos-Smith<br>920 Bluebonnet Drive<br>Sunnyvale, CA 94086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.398 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Eric Chamberlain<br>4449 18th St<br>San Francisco, CA 94114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.398 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Eric Corley<br>3105 Rabbits Tail Dr<br>Leander, TX 78641 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.398 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Eric Dahl<br>330 13th St. #302<br>Oakland, CA 94612 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 640 of 1000

| 3.398 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Danch**
180 Clifford Terrace Apt. 7
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric DeFeo**
770 Barizsamo Rd. #204
Redwood City, CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Eaton**
1075 Syracuse Dr.
Sunnyvale, CA 94087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Edwards**
288 Whitmore Street #403
Oakland, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Eggel**
2816 Stemple Ct.
San Jose, CA 95121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Escamilla**
1480 S. Rural Rd.
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Frasch**
3212 BAKER ST
SAN FRANCISCO, CA 94123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 641 of 1000

| 3.399 3 | **Nonpriority creditor's name and mailing address** **Eric Fredricksen** 170 Stacia St Los Gatos, CA 95030 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---------|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 4 | **Nonpriority creditor's name and mailing address** **Eric Glassey** 380 Maple St. Willits, CA 95490 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---------|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 5 | **Nonpriority creditor's name and mailing address** **Eric Glover** 260 King St #527 San Francisco, CA 94107 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---------|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 6 | **Nonpriority creditor's name and mailing address** **Eric Haengel** 2525 10th St N Arlington, VA 22201 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---------|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 7 | **Nonpriority creditor's name and mailing address** **Eric Hanson** 855 Folsom st apt#120 San Francisco, CA 94107 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---------|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 8 | **Nonpriority creditor's name and mailing address** **Eric Hay** 5821 22nd St N Arlington, VA 22205 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---------|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 9 | **Nonpriority creditor's name and mailing address** **Eric Hepfinger** 4550 S Fresno St Chandler, AZ 85249 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---------|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 642 of 1000

| 3.400 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Hess**
**1505 De Rose Way, Apartment #139**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Hsiung**
**1523 Asbury Place**
**Pittsburgh, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Jackson**
**2221 South Clark Street**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,265.75 |
|---|---|---|---|

**Eric Jacobson**
**2391 Downing Ave.**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/16/2016**
Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Jacobson**
**2391 Downing Ave.**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Kommer**
**485 Miranda Road**
**Pittsburgh, PA 15241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Konieczynski**
**8489 Charmed Days**
**Laurel, MD 20723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 643 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.400 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Larow**
88 Harbour Heights Drive
Annapolis, MD 21401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.400 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Larsen**
601 Cornwallis Lane
Foster City, CA 94404-3737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.400 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Eric Larsen_V**
601 Cornwallis Lane
Foster City, CA 94404

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **0031**

**Basis for the claim:** **[Notice only] Techshop Menlo Park - Instructor class instruction for the period 10/16/2017 to 10/130/2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.401 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Eric Larsen_V**
601 Cornwallis Lane
Foster City,, CA 94404

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **0030**

**Basis for the claim:** **[Notice only] Techshop Menlo Park - Instructor class instruction for the period 09/06/2017 to 09/16/2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.401 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Eric Larsen_V**
601 Cornwallis Lane
Foster City,, CA 94404

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **9029**

**Basis for the claim:** **[Notice only] Techshop Menlo Park - Instructor class instruction for the period 08/07/2017 to 08/28/2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.401 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Lee**
228 S Bernardo Ave.
Sunnyvale, CA 94086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.401 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric Lee and Xuhua Wang Revocable Trust**
**701 Hartranft Avenue**
**Fort Washington, PA 19034**

Date(s) debt was incurred  **6/25/2014**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,258.71**

---

| 3.401 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric Lee and Xuhua Wang Revocable Trust**
**701 Hartranft Avenue**
**Fort Washington, PA 19034**

Date(s) debt was incurred  **12/20/2010**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No  ☐ Yes

**$27,872.36**

---

| 3.401 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric Lichtenheld**
**501 W Grant Road**
**Tucson, AZ 85705**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.401 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric Litwiller**
**4281 Express Ln Ste L1016**
**Sarasota, FL 34238**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.401 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric Liu**
**270 Club Dr**
**San Carlos, CA 94070**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.401 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric Manes**
**5913 onondaga rd**
**Bethesda, MD 20816**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.401 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric Maschwitz**
**1651 Coyote Point Drive**
**San Mateo, CA 94401**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 645 of 1000

| 3.402 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Eric Matthews** | ☐ Contingent | |
| **4486 e. Ivanhoe St.** | ☐ Unliquidated | |
| **Gilbert, AZ 85295** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Eric Mead** | ☐ Contingent | |
| **201 South 4th Street #417** | ☐ Unliquidated | |
| **San Jose, CA 95112** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Eric Miller** | ☐ Contingent | |
| **3555 Partition Road** | ☐ Unliquidated | |
| **Woodside, CA 94062** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Eric Mitchell** | ☐ Contingent | |
| **117 Mirage drive** | ☐ Unliquidated | |
| **Cranberry Twnshp, PA 16066** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Eric Mittleman** | ☐ Contingent | |
| **1129 E Eli Ct.** | ☐ Unliquidated | |
| **Gilbert, AZ 85295** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Eric Mueller** | ☐ Contingent | |
| **1012 Bonita Ave. Apt. A** | ☐ Unliquidated | |
| **mountain View, CA 94040** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Eric Nellen** | ☐ Contingent | |
| **839 Dederick Court** | ☐ Unliquidated | |
| **San Jose, CA 95125** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 646 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.402 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Offermann**
**1931 Anderson Road**
**Falls Church, VA 22043**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Page**
**88 King St Apt 618**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Probst**
**3505 West Kent Circle**
**Chandler, AZ 85226**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Ruby**
**1185 Broadway**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Sabelman**
**711 Central Ave.**
**Menlo Park, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Sanders**
**984 Curtner Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Sanders**
**1130 W Roma Ave**
**Phoenix, AZ 85013**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Name

| 3.403<br>4 | **Nonpriority creditor's name and mailing address**<br>**Eric Savage**<br>**2751 Warrior Drive**<br>**Wixom, MI 48393** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403<br>5 | **Nonpriority creditor's name and mailing address**<br>**Eric Schactman**<br>**7221 Greenway Ave**<br>**Saint Louis, MO 63130** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403<br>6 | **Nonpriority creditor's name and mailing address**<br>**Eric Sebastiani**<br>**1036 Tahoe Drive**<br>**Belmont, CA 94002** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403<br>7 | **Nonpriority creditor's name and mailing address**<br>**Eric Sheen**<br>**6935 McPherson Blvd.**<br>**Pittsburgh, PA 15208** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403<br>8 | **Nonpriority creditor's name and mailing address**<br>**Eric Shoults**<br>**36 Stillmeadow**<br>**Round Rock, TX 78604** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403<br>9 | **Nonpriority creditor's name and mailing address**<br>**Eric Silver**<br>**1063 Parkview Blvd**<br>**Pittsburgh, PA 15217** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$34,418.11** |
|---|---|---|---|

Date(s) debt was incurred **4/25/2013**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.404<br>0 | **Nonpriority creditor's name and mailing address**<br>**Eric Silver**<br>**1063 Parkview Blvd**<br>**Pittsburgh, PA 15217** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.404 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Singer**
**6623 Dalzell Pl**
**Pittsburgh, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Skaggs**
**100 Grant Ave. Apt 202**
**Duquesne, PA 15110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Stahl-David**
**1365 york street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Steinberg**
**Box 863**
**Sausalito, CA 94966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Stratten**
**9110 Rocker Ave**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Sutherland**
**14817 S 7th Way**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Tank**
**11709 Potomac Crossing Way Apt 4**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.4048**

Nonpriority creditor's name and mailing address
**Eric Turcotte**
**865 Rambling Pine Dr**
**Saint Charles, MO 63303**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.4049**

Nonpriority creditor's name and mailing address
**Eric Uhrhane**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.4050**

Nonpriority creditor's name and mailing address
**Eric Ullrich**
**1108 R Street #334**
**Sacramento, CA 95811**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.4051**

Nonpriority creditor's name and mailing address
**Eric Vincent**
**2636 East Ave**
**Hayward, CA 94541**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.4052**

Nonpriority creditor's name and mailing address
**Eric Wedel**
**1023 Tulane Drive**
**Mountain View, CA 94040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.4053**

Nonpriority creditor's name and mailing address
**Eric Wells**
**1118 Brussels St**
**San Francisco, CA 94134**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.4054**

Nonpriority creditor's name and mailing address
**Eric Werner**
**619 Mountian View Ave.**
**Mountain View, CA 94041**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 650 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.405 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,724.60** |
|---|---|---|---|

**Eric Werner, Birgit Werner**
**619 Mountian View Ave.**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16/2013**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Wilms**
**1505 Ernestine Lane**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Wu**
**2063 31st Avenue**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Yee**
**4257 MARSTON LANE**
**SANTA CLARA, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Yu**
**1921 Culver Ave**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Erica Barrueto**
**1453 1/2 66th Street**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Erica Brown**
**7500 Leadale dr**
**Saint louis, MO 63121**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/15/2017**

Last 4 digits of account number  **0014**

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor class on 10/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 651 of 1000

| 3.406 2 | **Nonpriority creditor's name and mailing address**<br>**Erica Brown**<br>**6423 Woodrow**<br>**St. Louis, MO 63121**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| --- | --- | --- |
| 3.406 3 | **Nonpriority creditor's name and mailing address**<br>**Erica Ronchetto**<br>**3333 Coyote Hill Road**<br>**Palo Alto, CA 94304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.406 4 | **Nonpriority creditor's name and mailing address**<br>**Erich Ewy**<br>**5349 W Buffalo Pl**<br>**Chandler, AZ 85226**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.406 5 | **Nonpriority creditor's name and mailing address**<br>**Erik Alan Wagenheim**<br>**8200 East Jefferson #511**<br>**Detroit, MI 48214**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.406 6 | **Nonpriority creditor's name and mailing address**<br>**Erik Bolyard**<br>**42375 Woodwind Ln**<br>**Canton, MI 48188**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.406 7 | **Nonpriority creditor's name and mailing address**<br>**Erik Brandt**<br>**142 farallones St.**<br>**San Francisco, CA 94112**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.406 8 | **Nonpriority creditor's name and mailing address**<br>**Erik Brobyn**<br>**83 Basswood Ct**<br>**Warrington, PA 18976**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 652 of 1000

| 3.406 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,051.00 |
|---|---|---|---|
| | **Erik Gatz**<br>**938 Oranmore St**<br>**Pittsburgh, PA 15201** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/7/2017** | Basis for the claim:  **[Notice only] Techshop Pittsburgh- Instructor class instructions for period 05/17/2017 to 08/08/2017** | |
| | Last 4 digits of account number  **3** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.407 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Erik Gatz**<br>**938 Oranmore St**<br>**Pittsburgh, PA 15201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.407 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Erik Hartwig**<br>**370 Church Street Apt F**<br>**San Francisco, CA 94114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.407 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Erik Hilsdale**<br>**113 W Ferndale Ave**<br>**Sunnyvale, CA 94085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.407 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Erik Kinservik**<br>**1001 Hidden Ridge CT**<br>**Round Rock, TX 78681** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.407 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Erik Koppl**<br>**800 Airport Blvd, Suite 510**<br>**Burlingame, CA 94010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.407 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Erik Newton**<br>**240 Stockton Street, Suite 300**<br>**San Francisco, CA 94108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 653 of 1000

**3.407 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Erik Pfleiderer** P.O Box 191012 San Francisco, CA 94119 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

**3.407 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Erik Schoenfeld** 525 Chesepeake Drive Redwood City, CA 94063 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

**3.407 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Erik Soderlind** 379707 circle Drive Harrison Twp., MI 48045 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

**3.407 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Erik Sunden** 177 henry San Francisco, CA 94114 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

**3.408 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Erik VanLandingham** 25028 Cary St. Taylor, MI 48180 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

**3.408 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Erik Withers** 8102 Burrell Drive Austin, TX 78757 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

**3.408 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Erika Boeing** 998 Emge Road O'Fallon, MO 63366 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 654 of 1000

---

| 3.408 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erika Daniels**
**8232 E Camelback Rd**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erika Duscha**
**38255 Paseo Padre Pky**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erika Hale**
**64 S 75th Place**
**Mesa, AZ 85208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erika Hirose**
**1309 B Maple St**
**San Mateo, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.00** |
|---|---|---|---|

**Erika Peinado**
**7025 S. 40PL**
**Phoenix, AZ 85042**

Date(s) debt was incurred **9/1/2017**

Last 4 digits of account number **3117**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Chandler- Instructor class instruction for the period dated 5/20/17 - 5/21/17**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erika Peinado**
**4284 N. 81st. Street**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erin  Beneke**
**7842 E Harvard St**
**Scottsdale, AZ 85257**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 655 of 1000

| | |
|---|---|
| **3.4090** | |

**Nonpriority creditor's name and mailing address**
**Erin Huber**
**9938 N 181st Ave**
**Waddell, AZ 85355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.4091** | |

**Nonpriority creditor's name and mailing address**
**Erin Anderson**
**1165 Miller Ave**
**Berkeley, CA 94708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.4092** | |

**Nonpriority creditor's name and mailing address**
**Erin Beck**
**8103 E Obispo Ave**
**Mesa, AZ 85212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.4093** | |

**Nonpriority creditor's name and mailing address**
**Erin Gatz**
**938 Oranmore Street**
**Pittsburgh, PA 15201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.4094** | |

**Nonpriority creditor's name and mailing address**
**Erin HetrickHohenner**
**445 Ignacio Blvd #345**
**Novato, CA 94949**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.4095** | |

**Nonpriority creditor's name and mailing address**
**Erin Hipp**
**121 Broderick Street #5**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.4096** | |

**Nonpriority creditor's name and mailing address**
**Erin Smelcer**
**875 Amersham Dr**
**St. Louis, MO 63141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

---

**3.4097**

Nonpriority creditor's name and mailing address
**Erin Stainken**
**1817 E. Oltorf**
**Austin, TX 78741**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4098**

Nonpriority creditor's name and mailing address
**Erin Young**
**15532 Sarahs Creek Drive**
**Pflugerville, TX 78660**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4099**

Nonpriority creditor's name and mailing address
**Ernest Herrold**
**867 Hercules Lane**
**Foster City, CA 94404**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4100**

Nonpriority creditor's name and mailing address
**Ernest Kahn**
**1251 21st Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4101**

Nonpriority creditor's name and mailing address
**Ernest Manders**
**1401 Forbes Ave. Ste 237**
**Pittsburgh, PA 15219**

Date(s) debt was incurred __12/23/2013__
Last 4 digits of account number __NA__

As of the petition filing date, the claim is: Check all that apply.      **$33,230.14**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4102**

Nonpriority creditor's name and mailing address
**Ernest Romito**
**12 Margaret Street**
**New Kensington, PA 15068**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4103**

Nonpriority creditor's name and mailing address
**Ernie Manders**
**1401 Forbes Ave. Ste 237**
**Pittsburgh, PA 15219**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Errica Crome**
**5060 kingston way**
**San Jose, CA 95130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Errol Davis**
**19616 Midway Rd**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ersin Akinci**
**147 Monterey Blvd.**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ertem Mutlu**
**13600 Fowke Ln**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erwin Tan**
**4798 Sutcliff Ave**
**San Jose, CA 95118-2339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erynn Truex**
**1545 W Lynwood St**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,496.14 |
|---|---|---|---|

**Escalon Services Inc**
**Escalon TPC, Box 606**
**405 El Camino Real Menlo Park, CA**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/16/2017**

Last 4 digits of account number  **744H**

Basis for the claim:  **[Notice only] Techshop Chandler- Monthly Accounting Fee for 10/01/2017 to 10/15/2017**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **TechShop, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 3.411<br>1 | **Nonpriority creditor's name and mailing address**<br>**Escalon Services Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real Menlo Park, CA**<br><br>Date(s) debt was incurred **10/31/2017**<br>Last 4 digits of account number **772H** | As of the petition filing date, the claim is: _Check all that apply._<br><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop Chandler- Monthly Accounting Fee for 10/16/2017 to 10/31/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,499.71** |

| 3.411<br>2 | **Nonpriority creditor's name and mailing address**<br>**Escalon Services Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real Menlo Park, CA**<br><br>Date(s) debt was incurred **9/30/2017**<br>Last 4 digits of account number **290H** | As of the petition filing date, the claim is: _Check all that apply._<br><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop Chandler- Monthly Accounting Fee for 09/16/2017 to 09/30/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,417.39** |

| 3.411<br>3 | **Nonpriority creditor's name and mailing address**<br>**Escalon Services Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real Menlo Park, CA**<br><br>Date(s) debt was incurred **8/31/2017**<br>Last 4 digits of account number **664H** | As of the petition filing date, the claim is: _Check all that apply._<br><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop Chandler- Monthly Accounting Fee for 08/16/2017 to 08/31/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,510.41** |

| 3.411<br>4 | **Nonpriority creditor's name and mailing address**<br>**Escalon Services Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real Menlo Park, CA**<br><br>Date(s) debt was incurred **9/15/2017**<br>Last 4 digits of account number **265H** | As of the petition filing date, the claim is: _Check all that apply._<br><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop Chandler- Monthly Accounting Fee for 09/01/2017 to 09/15/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,485.79** |

| 3.411<br>5 | **Nonpriority creditor's name and mailing address**<br>**Escalon Services Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real Menlo Park, CA**<br><br>Date(s) debt was incurred **7/31/2017**<br>Last 4 digits of account number **238H** | As of the petition filing date, the claim is: _Check all that apply._<br><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop Chandler- Monthly Accounting Fee for 07/16/2017 to 07/31/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,481.78** |

| 3.411<br>6 | **Nonpriority creditor's name and mailing address**<br>**Escalon Services Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real Menlo Park, CA**<br><br>Date(s) debt was incurred **8/15/2017**<br>Last 4 digits of account number **633H** | As of the petition filing date, the claim is: _Check all that apply._<br><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop Chandler- Monthly Accounting Fee for 08/01/2017 to 08/15/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,431.00** |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 659 of 1000

| 3.411 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,495.99 |
|---|---|---|---|

**Escalon Services Inc**
**Escalon TPC, Box 606**
**405 El Camino Real Menlo Park, CA**

Date(s) debt was incurred  **2/28/2017**
Last 4 digits of account number  **9853**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Monthly Accounting Fee for 02/16/2017 to 02/28/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 8 | Nonpriority creditor's name and mailing address | | $1,457.49 |
|---|---|---|---|

**Escalon Services Inc**
**Escalon TPC, Box 606**
**405 El Camino Real Menlo Park, CA**

Date(s) debt was incurred  **3/20/2017**
Last 4 digits of account number  **0236**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Monthly Accounting Fee for 03/01/2017 to 03/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 9 | Nonpriority creditor's name and mailing address | | $1,740.37 |
|---|---|---|---|

**Escalon Services Inc**
**Escalon TPC, Box 606**
**405 El Camino Real Menlo Park, CA**

Date(s) debt was incurred  **3/31/2017**
Last 4 digits of account number  **0265**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Monthly Accounting Fee for 03/16/2017 to 03/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 0 | Nonpriority creditor's name and mailing address | | $1,554.20 |
|---|---|---|---|

**Escalon Services Inc**
**Escalon TPC, Box 606**
**405 El Camino Real Menlo Park, CA**

Date(s) debt was incurred  **4/20/2017**
Last 4 digits of account number  **0652**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Monthly Accounting Fee for 04/01/2017 to 04/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 1 | Nonpriority creditor's name and mailing address | | $1,508.10 |
|---|---|---|---|

**Escalon Services Inc**
**Escalon TPC, Box 606**
**405 El Camino Real Menlo Park, CA**

Date(s) debt was incurred  **4/30/2017**
Last 4 digits of account number  **0670**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Monthly Accounting Fee for 04/16/2017 to 04/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 2 | Nonpriority creditor's name and mailing address | | $1,521.95 |
|---|---|---|---|

**Escalon Services Inc**
**Escalon TPC, Box 606**
**405 El Camino Real Menlo Park, CA**

Date(s) debt was incurred  **5/17/2017**
Last 4 digits of account number  **1041**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Monthly Accounting Fee for 05/01/2017 to 05/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 660 of 1000

| 3.412 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,533.96** |
| **Escalon Services Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real Menlo Park, CA** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **5/31/2017** | Basis for the claim: **[Notice only] Techshop Chandler- Monthly Accounting Fee for 05/16/2017 to 05/31/2017** | |
| Last 4 digits of account number **1073** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.412 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,577.89** |
| **Escalon Services Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real Menlo Park, CA** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **6/15/2017** | Basis for the claim: **[Notice only] Techshop Chandler- Monthly Accounting Fee for 06/01/2017 to 06/15/2017** | |
| Last 4 digits of account number **787H** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.412 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,514.49** |
| **Escalon Services Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real Menlo Park, CA** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **6/30/2017** | Basis for the claim: **[Notice only] Techshop Chandler- Monthly Accounting Fee for 06/16/2017 to 06/30/2017** | |
| Last 4 digits of account number **815H** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.412 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,431.24** |
| **Escalon Services Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real Menlo Park, CA** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **7/16/2017** | Basis for the claim: **[Notice only] Techshop Chandler- Monthly Accounting Fee for 07/01/2017 to 07/15/2017** | |
| Last 4 digits of account number **222H** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.412 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,491.95** |
| **Escalon Services, Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real**<br>**Menlo Park, CA 94025** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **11/15/2017** | Basis for the claim: **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for Oct 1st - Oct 15th, 2017** | |
| Last 4 digits of account number **743H** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.412 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,461.11** |
| **Escalon Services, Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real**<br>**Menlo Park, CA 94025** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **11/30/2017** | Basis for the claim: **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for Oct 16th - Oct 31st, 2017** | |
| Last 4 digits of account number **771H** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.412 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,525.39 |
|---|---|---|---|

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/15/2017**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for Sep 1st - Sep 15th, 2017**

Last 4 digits of account number  **264H**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,498.00 |
|---|---|---|---|

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/30/2017**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for Sep 16th - Sep 30th, 2017**

Last 4 digits of account number  **289H**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,509.06 |
|---|---|---|---|

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/30/2017**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for Aug 16th - Aug 31st, 2017**

Last 4 digits of account number  **663H**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,456.15 |
|---|---|---|---|

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/30/2017**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for July 16th - July 31, 2017**

Last 4 digits of account number  **237H**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,513.79 |
|---|---|---|---|

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/14/2017**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for Aug 1st - Aug 15th, 2017**

Last 4 digits of account number  **632H**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,392.08 |
|---|---|---|---|

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/17/2017**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for 02/01/2017 to 02/15/2017**

Last 4 digits of account number  **9829**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 662 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.413** **5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,544.51** |

Escalon Services, Inc
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/30/2017**

Last 4 digits of account number  **9852**

**Basis for the claim:** **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for 02/16/2017 to 02/28/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.413** **6**

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$1,550.94**

Escalon Services, Inc
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/19/2017**

Last 4 digits of account number  **0235**

**Basis for the claim:** **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for 03/01/2017 to 03/15/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.413** **7**

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$1,535.37**

Escalon Services, Inc
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/30/2017**

Last 4 digits of account number  **0264**

**Basis for the claim:** **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for 03/16/2017 to 03/31/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.413** **8**

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$1,507.00**

Escalon Services, Inc
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/20/2017**

Last 4 digits of account number  **0651**

**Basis for the claim:** **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for 04/01/2017 to 04/15/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.413** **9**

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$1,532.46**

Escalon Services, Inc
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/30/2017**

Last 4 digits of account number  **0669**

**Basis for the claim:** **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for 04/16/2017 to 04/30/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.414** **0**

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$1,466.66**

Escalon Services, Inc
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/16/2017**

Last 4 digits of account number  **1040**

**Basis for the claim:** **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for 05/01/2017 to 05/15/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 663 of 1000

| 3.414 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,523.79 |
|---|---|---|---|

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/30/2017**
Last 4 digits of account number  **1072**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for 05/16/2017 to 05/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,511.65 |
|---|---|---|---|

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/15/2017**
Last 4 digits of account number  **786H**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for 06/01/2017 to 06/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,481.00 |
|---|---|---|---|

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/30/2017**
Last 4 digits of account number  **809H**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for 06/16/2017 to 06/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,484.09 |
|---|---|---|---|

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/15/2017**
Last 4 digits of account number  **223H**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Monthly Accounting Fee for 07/01/2017 to 07/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,713.64 |
|---|---|---|---|

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/16/2017**
Last 4 digits of account number  **747H**

Basis for the claim:  **[Notice only] Techshop San Jose -Monthly Accounting Fee for Oct 1st - Oct 15th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,744.10 |
|---|---|---|---|

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/31/2017**
Last 4 digits of account number  **775H**

Basis for the claim:  **[Notice only] Techshop San Jose - Monthly Accounting Fee for Oct 16th - Oct 31st, 2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 664 of 1000

| 3.414 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,803.56** |
| **Escalon Services, Inc** | ■ Contingent | |
| **Escalon TPC, Box 606** | ☐ Unliquidated | |
| **405 El Camino Real** | | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred __9/30/2017__ | **Basis for the claim:** __[Notice only] Techshop San Jose -Monthly Accounting Fee for Sept 16th - Sept 30th, 2017__ | |
| Last 4 digits of account number __293H__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.414 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,862.86** |
| **Escalon Services, Inc** | ■ Contingent | |
| **Escalon TPC, Box 606** | ☐ Unliquidated | |
| **405 El Camino Real** | | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred __8/31/2017__ | **Basis for the claim:** __[Notice only] Techshop San Jose -Monthly Accounting Fee for Aug 16th - Aug 31st, 2017__ | |
| Last 4 digits of account number __667H__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.414 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,685.96** |
| **Escalon Services, Inc** | ■ Contingent | |
| **Escalon TPC, Box 606** | ☐ Unliquidated | |
| **405 El Camino Real** | | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred __9/15/2017__ | **Basis for the claim:** __[Notice only] Techshop San Jose -Monthly Accounting Fee for Sep 1st - Sept 15th, 2017__ | |
| Last 4 digits of account number __268H__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,794.76** |
| **Escalon Services, Inc** | ■ Contingent | |
| **Escalon TPC, Box 606** | ☐ Unliquidated | |
| **405 El Camino Real** | | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred __7/31/2017__ | **Basis for the claim:** __[Notice only] Techshop San Jose -Monthly Accounting Fee for July 16th - July 31st, 2017__ | |
| Last 4 digits of account number __241H__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,796.24** |
| **Escalon Services, Inc** | ■ Contingent | |
| **Escalon TPC, Box 606** | ☐ Unliquidated | |
| **405 El Camino Real** | | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred __8/15/2017__ | **Basis for the claim:** __[Notice only] Techshop San Jose -Monthly Accounting Fee for Aug 1st - Aug 15th, 2017__ | |
| Last 4 digits of account number __636H__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,939.85** |
| **Escalon Services, Inc** | ■ Contingent | |
| **Escalon TPC, Box 606** | ☐ Unliquidated | |
| **405 El Camino Real** | | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred __2/15/2017__ | **Basis for the claim:** __[Notice only] Techshop San Jose -Monthly Accounting Fee for Feb 1st - Feb 15th, 2017__ | |
| Last 4 digits of account number __9833__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 665 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.415 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,590.95** |
| Escalon Services, Inc | | ■ Contingent | |
| Escalon TPC, Box 606 | | ☐ Unliquidated | |
| 405 El Camino Real | | ☐ Disputed | |
| Menlo Park, CA 94025 | | | |
| Date(s) debt was incurred  **2/28/2017** | | **Basis for the claim:**  **[Notice only] Techshop San Jose -Monthly Accounting Fee for Feb 16th - Feb 28th, 2017** | |
| Last 4 digits of account number  **9856** | | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.415 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,652.10** |
| Escalon Services, Inc | | ■ Contingent | |
| Escalon TPC, Box 606 | | ☐ Unliquidated | |
| 405 El Camino Real | | ☐ Disputed | |
| Menlo Park, CA 94025 | | | |
| Date(s) debt was incurred  **3/20/2017** | | **Basis for the claim:**  **[Notice only] Techshop San Jose -Monthly Accounting Fee for Mar 1st - Mar 15th, 2017** | |
| Last 4 digits of account number  **0240** | | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.415 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,677.10** |
| Escalon Services, Inc | | ■ Contingent | |
| Escalon TPC, Box 606 | | ☐ Unliquidated | |
| 405 El Camino Real | | ☐ Disputed | |
| Menlo Park, CA 94025 | | | |
| Date(s) debt was incurred  **3/31/2017** | | **Basis for the claim:**  **[Notice only] Techshop San Jose -Monthly Accounting Fee for Mar 16th - Mar 31st, 2017** | |
| Last 4 digits of account number  **0268** | | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.415 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,687.06** |
| Escalon Services, Inc | | ■ Contingent | |
| Escalon TPC, Box 606 | | ☐ Unliquidated | |
| 405 El Camino Real | | ☐ Disputed | |
| Menlo Park, CA 94025 | | | |
| Date(s) debt was incurred  **4/30/2017** | | **Basis for the claim:**  **[Notice only] Techshop San Jose -Monthly Accounting Fee for Apr 16th - Apr 30th, 2017** | |
| Last 4 digits of account number  **0674** | | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.415 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,693.21** |
| Escalon Services, Inc | | ■ Contingent | |
| Escalon TPC, Box 606 | | ☐ Unliquidated | |
| 405 El Camino Real | | ☐ Disputed | |
| Menlo Park, CA 94025 | | | |
| Date(s) debt was incurred  **4/20/2017** | | **Basis for the claim:**  **[Notice only] Techshop San Jose -Monthly Accounting Fee for Apr 1st - Apr 15th, 2017** | |
| Last 4 digits of account number  **0655** | | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.415 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,657.96** |
| Escalon Services, Inc | | ■ Contingent | |
| Escalon TPC, Box 606 | | ☐ Unliquidated | |
| 405 El Camino Real | | ☐ Disputed | |
| Menlo Park, CA 94025 | | | |
| Date(s) debt was incurred  **5/17/2017** | | **Basis for the claim:**  **[Notice only] Techshop San Jose -Monthly Accounting Fee for May 1st -May 15th, 2017** | |
| Last 4 digits of account number  **1044** | | **Is the claim subject to offset?** ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 666 of 1000

| Debtor | **TechShop, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.415 9 | **Nonpriority creditor's name and mailing address**<br>**Escalon Services, Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real**<br>**Menlo Park, CA 94025**<br><br>Date(s) debt was incurred **5/31/2017**<br>Last 4 digits of account number **1076** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: **[Notice only] Techshop San Jose -Monthly Accounting Fee for May 16th - May 31st, 2017**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,720.27** |

| | | |
|---|---|---|
| 3.416 0 | **Nonpriority creditor's name and mailing address**<br>**Escalon Services, Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real**<br>**Menlo Park, CA 94025**<br><br>Date(s) debt was incurred **6/15/2017**<br>Last 4 digits of account number **799H** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: **[Notice only] Techshop San Jose -Monthly Accounting Fee for June 1st - June 15th, 2017**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,670.00** |

| | | |
|---|---|---|
| 3.416 1 | **Nonpriority creditor's name and mailing address**<br>**Escalon Services, Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real**<br>**Menlo Park, CA 94025**<br><br>Date(s) debt was incurred **6/30/2017**<br>Last 4 digits of account number **814H** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: **[Notice only] Techshop San Jose -Monthly Accounting Fee for June 16th - June 30th, 2017**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,679.02** |

| | | |
|---|---|---|
| 3.416 2 | **Nonpriority creditor's name and mailing address**<br>**Escalon Services, Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real**<br>**Menlo Park, CA 94025**<br><br>Date(s) debt was incurred **7/16/2017**<br>Last 4 digits of account number **219H** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: **[Notice only] Techshop San Jose -Monthly Accounting Fee for July 1st - July 15th, 2017**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,607.05** |

| | | |
|---|---|---|
| 3.416 3 | **Nonpriority creditor's name and mailing address**<br>**Escalon Services, Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real**<br>**Menlo Park, CA 94025**<br><br>Date(s) debt was incurred **10/16/2017**<br>Last 4 digits of account number **751H** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period Oct 1 - Oct 15 , 2017**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,443.00** |

| | | |
|---|---|---|
| 3.416 4 | **Nonpriority creditor's name and mailing address**<br>**Escalon Services, Inc**<br>**Escalon TPC, Box 606**<br>**405 El Camino Real**<br>**Menlo Park, CA 94025**<br><br>Date(s) debt was incurred **10/31/2017**<br>Last 4 digits of account number **778H** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period Oct 16 - Oct 31 , 2017**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,501.00** |

| 3.416 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,460.00 |

**Escalon Services, Inc**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2017**
Last 4 digits of account number  **297H**

Basis for the claim:  **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period Sep 16th - Sep 30th, 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.416 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,504.50 |

**Escalon Services, Inc**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/31/2017**
Last 4 digits of account number  **669H**

Basis for the claim:  **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period Aug 16th- Aug 31st, 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.416 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,453.25 |

**Escalon Services, Inc**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/15/2017**
Last 4 digits of account number  **270H**

Basis for the claim:  **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period Sep 1st - Sep 15th, 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.416 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,511.25 |

**Escalon Services, Inc**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2017**
Last 4 digits of account number  **245H**

Basis for the claim:  **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period July 16th - July 31st, 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.416 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,455.50 |

**Escalon Services, Inc**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/15/2017**
Last 4 digits of account number  **639H**

Basis for the claim:  **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period Aug 1st - Aug 15th, 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.417 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,699.10 |

**Escalon Services, Inc**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/15/2017**
Last 4 digits of account number  **9837**

Basis for the claim:  **[Notice only] Techshop St. Louis- Monthly Accounting Fee for  the period 02/01/2017 to 02/15/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 668 of 1000

| 3.417 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,530.50 |
|---|---|---|---|

**3.417**
**1**

Nonpriority creditor's name and mailing address

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred   **2/28/2017**

Last 4 digits of account number   **9860**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **[Notice only] Techshop St. Louis- Monthly Accounting Fee for Feb 16th - Feb 28th, 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,530.50

---

**3.417**
**2**

Nonpriority creditor's name and mailing address

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred   **3/20/2017**

Last 4 digits of account number   **0243**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **[Notice only] Techshop St. Louis- Monthly Accounting Fee for Mar 1st - Mar 15th, 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,403.75

---

**3.417**
**3**

Nonpriority creditor's name and mailing address

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred   **3/31/2017**

Last 4 digits of account number   **0272**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **[Notice only] Techshop St. Louis- Monthly Accounting Fee for Mar 16th - Mar 31st, 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,442.25

---

**3.417**
**4**

Nonpriority creditor's name and mailing address

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred   **4/30/2017**

Last 4 digits of account number   **0672**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period April 16th-30th April 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,484.25

---

**3.417**
**5**

Nonpriority creditor's name and mailing address

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred   **4/20/2017**

Last 4 digits of account number   **0660**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period April 1st- April 15th 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,485.75

---

**3.417**
**6**

Nonpriority creditor's name and mailing address

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred   **5/17/2017**

Last 4 digits of account number   **1048**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period May 1st-May 15th 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,539.74

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 669 of 1000

| | |
|---|---|
| 3.417 7 | **$1,503.00** |

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred **5/31/2017**
Last 4 digits of account number **1079**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period May 16th-May 31st 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.417 8 | **$1,575.50** |

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred **6/15/2017**
Last 4 digits of account number **792H**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period Jun 1st - Jun 15th, 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.417 9 | **$1,605.25** |

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred **6/30/2017**
Last 4 digits of account number **813H**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period Jun 16th - Jun 30th, 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.418 0 | **$1,556.25** |

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred **7/16/2017**
Last 4 digits of account number **215H**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop St. Louis- Monthly accounting Fee for the period July 1st - July 15th, 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.418 1 | **$1,307.00** |

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc**
**Escalon TPC, Box 606,**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred **10/16/2017**
Last 4 digits of account number **742H**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Brooklyn- Monthly Accounting Fee for 10/01/2017 to 10/15/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.418 2 | **$1,307.00** |

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc**
**Escalon TPC, Box 606,**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred **10/31/2017**
Last 4 digits of account number **780H**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Brooklyn- Monthly Accounting Fee for 10/16/2017 to 10/31/2017**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 670 of 1000

| 3.418 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc**
**Escalon TPC, Box 606,**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **287H**

As of the petition filing date, the claim is: *Check all that apply.*

$624.70

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- Monthly Accounting Fee for Sept 16th -Sept 30th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc**
**Escalon TPC, Box 606,**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **9/15/2017**

Last 4 digits of account number  **272H**

As of the petition filing date, the claim is: *Check all that apply.*

$164.00

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- Monthly Accounting Fee for Sept 1st -Sept 15th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **10/16/2017**

Last 4 digits of account number  **749H**

As of the petition filing date, the claim is: *Check all that apply.*

$3,412.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the period 10/01/2017 to 10/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **776H**

As of the petition filing date, the claim is: *Check all that apply.*

$3,465.48

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the period 10/16/2017 to 10/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **781H**

As of the petition filing date, the claim is: *Check all that apply.*

$250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the month of October 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **9/15/2017**

Last 4 digits of account number  **271H**

As of the petition filing date, the claim is: *Check all that apply.*

$2,114.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the period 09/01/2017 to 09/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 671 of 1000

| | |
|---|---|
| **3.418 9** | |

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **9/30/2017**
Last 4 digits of account number  **295H**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the period 09/16/2017 to 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$2,259.83**

---

| | |
|---|---|
| **3.419 0** | |

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **9/30/2017**
Last 4 digits of account number  **288H**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the month of September 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| | |
|---|---|
| **3.419 1** | |

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **8/16/2017**
Last 4 digits of account number  **642H**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the month of July 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| | |
|---|---|
| **3.419 2** | |

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **8/31/2017**
Last 4 digits of account number  **670H**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the period 08/16/2017 to 08/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$4,187.50**

---

| | |
|---|---|
| **3.419 3** | |

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **8/31/2017**
Last 4 digits of account number  **275H**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the month of August 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| | |
|---|---|
| **3.419 4** | |

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **7/31/2017**
Last 4 digits of account number  **243H**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the period 07/16/2017 to 07/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$2,226.41**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 672 of 1000

| Debtor | **TechShop, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.419 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2017**

**Basis for the claim:  Accounting Fee for 1st & 2nd Quarter -2017**

Last 4 digits of account number  **641H**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,192.00** |
|---|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/15/2017**

**Basis for the claim:  Monthly accounting services for the period 08/01/2017 to 08/15/2017**

Last 4 digits of account number  **638H**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,379.91** |
|---|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2017**

**Basis for the claim:  Monthly accounting services for the period 02/16/2017 to 02/28/2017**

Last 4 digits of account number  **9858**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,479.99** |
|---|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2017**

**Basis for the claim:  Monthly accounting services for the period 03/01/2017 to 03/15/2017**

Last 4 digits of account number  **0241**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,426.00** |
|---|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2017**

**Basis for the claim:  Monthly accounting services for the period 03/16/2017 to 03/31/2017**

Last 4 digits of account number  **0270**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,465.00** |
|---|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/20/2017**

**Basis for the claim:  Monthly accounting services for the period 04/01/2017 to 04/15/2017**

Last 4 digits of account number  **0657**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.420**
**1**

**Nonpriority creditor's name and mailing address**
**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **4/30/2017**
Last 4 digits of account number  **0676**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the period 04/16/2017 to 04/30/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,010.00**

---

**3.420**
**2**

**Nonpriority creditor's name and mailing address**
**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **5/17/2017**
Last 4 digits of account number  **1046**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the period 05/1/2017 to 05/15/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,465.00**

---

**3.420**
**3**

**Nonpriority creditor's name and mailing address**
**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **5/31/2017**
Last 4 digits of account number  **1069**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the period 05/16/2017 to 05/31/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,387.00**

---

**3.420**
**4**

**Nonpriority creditor's name and mailing address**
**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **6/15/2017**
Last 4 digits of account number  **791H**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the period 06/1/2017 to 06/15/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,387.00**

---

**3.420**
**5**

**Nonpriority creditor's name and mailing address**
**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **6/30/2017**
Last 4 digits of account number  **816H**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the period 06/16/2017 to 06/30/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,991.15**

---

**3.420**
**6**

**Nonpriority creditor's name and mailing address**
**Escalon Services, Inc.**
**Escalon TPC, Box 606 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **7/16/2017**
Last 4 digits of account number  **217H**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly accounting services for the period 07/1/2017 to 07/15/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,192.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 674 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.420** **7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,763.26 |
|---|---|---|
| Escalon Services, Inc.<br>Escalon TPC, Box 606<br>405 El Camino Real,<br>Menlo Park, CA 94025 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **11/15/2017**<br>Last 4 digits of account number **746H** | Basis for the claim: **[Notice only] Techshop SOMA - Monthly Accounting Fee for Oct 1st - Oct 15th, 2017** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.420** **8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,794.04 |
|---|---|---|
| Escalon Services, Inc.<br>Escalon TPC, Box 606<br>405 El Camino Real,<br>Menlo Park, CA 94025 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **11/30/2017**<br>Last 4 digits of account number **774H** | Basis for the claim: **[Notice only] Techshop SOMA - Monthly Accounting Fee for Oct 16th - Oct 31st, 2017** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.420** **9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,687.51 |
|---|---|---|
| Escalon Services, Inc.<br>Escalon TPC, Box 606<br>405 El Camino Real,<br>Menlo Park, CA 94025 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **10/30/2017**<br>Last 4 digits of account number **292H** | Basis for the claim: **[Notice only] Techshop SOMA - Monthly Accounting Fee for Sep 16th - Sep 30th, 2017** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.421** **0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,986.29 |
|---|---|---|
| Escalon Services, Inc.<br>Escalon TPC, Box 606<br>405 El Camino Real,<br>Menlo Park, CA 94025 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **9/30/2017**<br>Last 4 digits of account number **666H** | Basis for the claim: **[Notice only] Techshop SOMA - Monthly Accounting Fee for Aug 16th - Aug 31st, 2017** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.421** **1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,928.20 |
|---|---|---|
| Escalon Services, Inc.<br>Escalon TPC, Box 606<br>405 El Camino Real,<br>Menlo Park, CA 94025 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **10/15/2017**<br>Last 4 digits of account number **267H** | Basis for the claim: **[Notice only] Techshop SOMA - Monthly Accounting Fee for Sep 1st - Sep 15th, 2017** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.421** **2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,815.95 |
|---|---|---|
| Escalon Services, Inc.<br>Escalon TPC, Box 606<br>405 El Camino Real,<br>Menlo Park, CA 94025 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **8/30/2017**<br>Last 4 digits of account number **240H** | Basis for the claim: **[Notice only] Techshop SOMA - Monthly Accounting Fee for July 16th - July 31, 2017** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 675 of 1000

| 3.421 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,790.70** |
| Escalon Services, Inc. | | ■ Contingent | |
| Escalon TPC, Box 606 | | ☐ Unliquidated | |
| 405 El Camino Real, | | ■ Disputed | |
| Menlo Park, CA 94025 | | | |
| **Date(s) debt was incurred** 9/14/2017 | | **Basis for the claim:** [Notice only] Techshop SOMA - Monthly Accounting Fee for Aug 1st - Aug 15th, 2017 | |
| **Last 4 digits of account number** 635H | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,859.90** |
| Escalon Services, Inc. | | ■ Contingent | |
| Escalon TPC, Box 606 | | ☐ Unliquidated | |
| 405 El Camino Real, | | ■ Disputed | |
| Menlo Park, CA 94025 | | | |
| **Date(s) debt was incurred** 3/2/2017 | | **Basis for the claim:** [Notice only] Techshop SOMA - Monthly Accounting Fee for 01/16/2017 to 01/31/2017 | |
| **Last 4 digits of account number** 9457 | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,691.88** |
| Escalon Services, Inc. | | ■ Contingent | |
| Escalon TPC, Box 606 | | ☐ Unliquidated | |
| 405 El Camino Real, | | ■ Disputed | |
| Menlo Park, CA 94025 | | | |
| **Date(s) debt was incurred** 3/17/2017 | | **Basis for the claim:** [Notice only] Techshop SOMA - Monthly Accounting Fee for 02/01/2017 to 02/15/2017 | |
| **Last 4 digits of account number** 9832 | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,898.36** |
| Escalon Services, Inc. | | ■ Contingent | |
| Escalon TPC, Box 606 | | ☐ Unliquidated | |
| 405 El Camino Real, | | ■ Disputed | |
| Menlo Park, CA 94025 | | | |
| **Date(s) debt was incurred** 3/30/2017 | | **Basis for the claim:** [Notice only] Techshop SOMA - Monthly Accounting Fee for Feb 16th - Feb 28th, 2017 | |
| **Last 4 digits of account number** 9855 | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,939.66** |
| Escalon Services, Inc. | | ■ Contingent | |
| Escalon TPC, Box 606 | | ☐ Unliquidated | |
| 405 El Camino Real, | | ■ Disputed | |
| Menlo Park, CA 94025 | | | |
| **Date(s) debt was incurred** 4/19/2017 | | **Basis for the claim:** [Notice only] Techshop SOMA - Monthly Accounting Fee for Mar 1st - Mar 15th, 2017 | |
| **Last 4 digits of account number** 0238 | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,741.75** |
| Escalon Services, Inc. | | ■ Contingent | |
| Escalon TPC, Box 606 | | ☐ Unliquidated | |
| 405 El Camino Real, | | ■ Disputed | |
| Menlo Park, CA 94025 | | | |
| **Date(s) debt was incurred** 4/30/2017 | | **Basis for the claim:** [Notice only] Techshop SOMA - Monthly Accounting Fee for Mar 16th - Mar 31st, 2017 | |
| **Last 4 digits of account number** 0267 | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 676 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.421 9**

Nonpriority creditor's name and mailing address

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real,
Menlo Park, CA 94025

Date(s) debt was incurred **5/20/2017**

Last 4 digits of account number **0654**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Monthly Accounting Fee for Apr 1st - Apr 15th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,928.10**

---

**3.422 0**

Nonpriority creditor's name and mailing address

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real,
Menlo Park, CA 94025

Date(s) debt was incurred **5/30/2017**

Last 4 digits of account number **0673**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Monthly Accounting Fee for Apr 16th - Apr 30th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,715.00**

---

**3.422 1**

Nonpriority creditor's name and mailing address

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real,
Menlo Park, CA 94025

Date(s) debt was incurred **6/16/2017**

Last 4 digits of account number **1043**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Monthly Accounting Fee for May 1st - May 15th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,762.24**

---

**3.422 2**

Nonpriority creditor's name and mailing address

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real,
Menlo Park, CA 94025

Date(s) debt was incurred **6/30/2017**

Last 4 digits of account number **1075**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Monthly Accounting Fee for May 16th - May 31st, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,711.64**

---

**3.422 3**

Nonpriority creditor's name and mailing address

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real,
Menlo Park, CA 94025

Date(s) debt was incurred **7/15/2017**

Last 4 digits of account number **789H**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Monthly Accounting Fee for Jun 1st - Jun 15th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,689.34**

---

**3.422 4**

Nonpriority creditor's name and mailing address

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real,
Menlo Park, CA 94025

Date(s) debt was incurred **7/30/2017**

Last 4 digits of account number **811H**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Monthly Accounting Fee for Jun 16th - Jun 30th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,751.41**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 677 of 1000

| 3.422 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Escalon Services, Inc.
Escalon TPC, Box 606
405 El Camino Real,
Menlo Park, CA 94025

Date(s) debt was incurred  **8/15/2017**

Last 4 digits of account number  **220H**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Monthly Accounting Fee for July 1st - July 15th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,790.00**

---

| 3.422 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Escalon Services, Inc.
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  **10/16/2017**

Last 4 digits of account number  **741H**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for Oct 1st - Oct 15th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,534.06**

---

| 3.422 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Escalon Services, Inc.
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **783H**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for Oct 16th - Oct 31st, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,555.80**

---

| 3.422 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Escalon Services, Inc.
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **286H**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for Sept 16th - Sept 30th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,373.81**

---

| 3.422 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Escalon Services, Inc.
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **661H**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for Aug 16th - Aug 31st, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,454.16**

---

| 3.423 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Escalon Services, Inc.
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  **9/15/2017**

Last 4 digits of account number  **262H**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for Sept 1st - Sept 15th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,489.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 678 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|-------------------|--------------------------|--|
| | Name | | |

| 3.423 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,509.86 |
|---------|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  **7/31/2017**

Last 4 digits of account number  **235H**

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for July 16th - July 31st, 2017**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.423 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,414.15 |
|---------|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  **8/15/2017**

Last 4 digits of account number  **629H**

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for Aug 1st - Aug 15th, 2017**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.423 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.00 |
|---------|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  **3/20/2017**

Last 4 digits of account number  **0234**

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for March 1st -  March 15th, 2017**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.423 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,428.75 |
|---------|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  **3/31/2017**

Last 4 digits of account number  **0263**

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for Mar 16th - Mar 31st, 2017**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.423 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,482.00 |
|---------|---|---|---|

**Escalon Services, Inc.**
**[Notice only] Techshop Austin -**
**405 El Camino Real**
**Menlo Park, CA 94025**

- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  **4/20/2017**

Last 4 digits of account number  **0654**

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for Apr 1st - Apr 15th, 2017**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.423 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,334.50 |
|---------|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  **4/30/2017**

Last 4 digits of account number  **0668**

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for Apr 16th - Apr 30th, 2017**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 679 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.423 7**

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **5/17/2017**

Last 4 digits of account number  **1039**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for May 1st - May 15th, 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,382.25**

---

**3.423 8**

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **5/31/2017**

Last 4 digits of account number  **1070**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for May 16th - May 31st, 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,539.25**

---

**3.423 9**

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **6/15/2017**

Last 4 digits of account number  **785H**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for June 1st - June 15th, 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,430.46**

---

**3.424 0**

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **6/30/2017**

Last 4 digits of account number  **807H**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for June 16th - June 30th, 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,442.85**

---

**3.424 1**

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606**
**405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **7/16/2017**

Last 4 digits of account number  **224H**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Monthly Accounting Fee for July 1st - July 15th, 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,398.31**

---

**3.424 2**

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606, 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **10/16/2017**

Last 4 digits of account number  **745H**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for Oct 1st - Oct 15th, 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,151.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 680 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.424 3 | Nonpriority creditor's name and mailing address **Escalon Services, Inc. Escalon TPC, Box 606, 405 El Camino Real Menlo Park, CA 94025** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☐ Unliquidated ☒ Disputed | $1,151.00 |
|---|---|---|---|
| | Date(s) debt was incurred **10/31/2017** Last 4 digits of account number **773H** | Basis for the claim: **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for Oct 16th - Oct 31st, 2017** Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.424 4 | Nonpriority creditor's name and mailing address **Escalon Services, Inc. Escalon TPC, Box 606, 405 El Camino Real Menlo Park, CA 94025** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☐ Unliquidated ☒ Disputed | $1,291.00 |
|---|---|---|---|
| | Date(s) debt was incurred **9/30/2017** Last 4 digits of account number **291H** | Basis for the claim: **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for Sep 16th - Sep 30th, 2017** Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.424 5 | Nonpriority creditor's name and mailing address **Escalon Services, Inc. Escalon TPC, Box 606, 405 El Camino Real Menlo Park, CA 94025** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☐ Unliquidated ☒ Disputed | $1,442.69 |
|---|---|---|---|
| | Date(s) debt was incurred **8/31/2017** Last 4 digits of account number **665H** | Basis for the claim: **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for Aug 16th - Aug 31st, 2017** Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.424 6 | Nonpriority creditor's name and mailing address **Escalon Services, Inc. Escalon TPC, Box 606, 405 El Camino Real Menlo Park, CA 94025** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☐ Unliquidated ☒ Disputed | $1,352.50 |
|---|---|---|---|
| | Date(s) debt was incurred **9/15/2017** Last 4 digits of account number **266H** | Basis for the claim: **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for Sep 1st - Sep 15th, 2017** Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.424 7 | Nonpriority creditor's name and mailing address **Escalon Services, Inc. Escalon TPC, Box 606, 405 El Camino Real Menlo Park, CA 94025** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☐ Unliquidated ☒ Disputed | $1,497.10 |
|---|---|---|---|
| | Date(s) debt was incurred **7/31/2017** Last 4 digits of account number **239H** | Basis for the claim: **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for July 16th to July 31st 2017** Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.424 8 | Nonpriority creditor's name and mailing address **Escalon Services, Inc. Escalon TPC, Box 606, 405 El Camino Real Menlo Park, CA 94025** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☐ Unliquidated ☒ Disputed | $1,548.86 |
|---|---|---|---|
| | Date(s) debt was incurred **8/15/2017** Last 4 digits of account number **634H** | Basis for the claim: **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for Aug 1st - Aug 15th, 2017** Is the claim subject to offset? ☒ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 681 of 1000

| 3.424 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,613.50** |

**Escalon Services, Inc.**
Escalon TPC, Box 606, 405 El Camino Real
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2017**

Last 4 digits of account number  **9854**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for Feb 16th - Feb 28th, 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.425 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,624.41** |

**Escalon Services, Inc.**
Escalon TPC, Box 606, 405 El Camino Real
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2017**

Last 4 digits of account number  **0237**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for March 1st to March 15th 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.425 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,455.94** |

**Escalon Services, Inc.**
Escalon TPC, Box 606, 405 El Camino Real
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2017**

Last 4 digits of account number  **0266**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for March 16th to March 31st 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.425 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,556.00** |

**Escalon Services, Inc.**
Escalon TPC, Box 606, 405 El Camino Real
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/20/2017**

Last 4 digits of account number  **0653**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for April 1st to 15th April 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.425 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,574.44** |

**Escalon Services, Inc.**
Escalon TPC, Box 606, 405 El Camino Real
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/30/2017**

Last 4 digits of account number  **0671**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for April 16th to 30th April 2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.425 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,651.05** |

**Escalon Services, Inc.**
Escalon TPC, Box 606, 405 El Camino Real
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/17/2017**

Last 4 digits of account number  **1042**

Basis for the claim:  **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for May 1st  To May 15th 2017**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 682 of 1000

---

**3.425 5**

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606, 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred __5/31/2017__

Last 4 digits of account number __1074__

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for May 16th to May 31st 2017**

Is the claim subject to offset? ☑ No ☐ Yes

$1,620.65

---

**3.425 6**

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606, 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred __6/15/2017__

Last 4 digits of account number __788H__

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for June 1st To June 15th 2017**

Is the claim subject to offset? ☑ No ☐ Yes

$1,608.00

---

**3.425 7**

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606, 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred __6/30/2017__

Last 4 digits of account number __810H__

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for June 16th to June 30th 2017**

Is the claim subject to offset? ☑ No ☐ Yes

$1,609.20

---

**3.425 8**

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606, 405 El Camino Real**
**Menlo Park, CA 94025**

Date(s) debt was incurred __7/16/2017__

Last 4 digits of account number __221H__

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh- Monthly Accounting Fee for July 1st to July 15th 2017**

Is the claim subject to offset? ☑ No ☐ Yes

$1,545.59

---

**3.425 9**

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606,**
**405 El Camino Real,**
**Menlo Park, CA 94025**

Date(s) debt was incurred __10/16/2017__

Last 4 digits of account number __750H__

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop Detroit-Monthly Accounting Fee for Oct 1st - Oct 15th, 2017**

Is the claim subject to offset? ☑ No ☐ Yes

$1,480.00

---

**3.426 0**

**Nonpriority creditor's name and mailing address**

**Escalon Services, Inc.**
**Escalon TPC, Box 606,**
**405 El Camino Real,**
**Menlo Park, CA 94025**

Date(s) debt was incurred __10/31/2017__

Last 4 digits of account number __777H__

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop Detroit-Monthly Accounting Fee for Oct 16th - Oct 31st, 2017**

Is the claim subject to offset? ☑ No ☐ Yes

$1,525.75

---

| Debtor | **TechShop, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

---

**3.426**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,449.95** |
|---|---|---|

Escalon Services, Inc.
Escalon TPC, Box 606,
405 El Camino Real,
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/30/2017**

Last 4 digits of account number **296H**

Basis for the claim: **[Notice only] Techshop Detroit-Monthly Accounting Fee for Sep 16th - Sep 30th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,524.31** |
|---|---|---|

Escalon Services, Inc.
Escalon TPC, Box 606,
405 El Camino Real,
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **8/31/2017**

Last 4 digits of account number **662H**

Basis for the claim: **[Notice only] Techshop Detroit-Monthly Accounting Fee for Aug 16th - Aug 31st, 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,464.75** |
|---|---|---|

Escalon Services, Inc.
Escalon TPC, Box 606,
405 El Camino Real,
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/15/2017**

Last 4 digits of account number **263H**

Basis for the claim: **[Notice only] Techshop Detroit-Monthly Accounting Fee for Sep 1st - Sep 15th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,439.66** |
|---|---|---|

Escalon Services, Inc.
Escalon TPC, Box 606,
405 El Camino Real,
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **7/31/2017**

Last 4 digits of account number **244H**

Basis for the claim: **[Notice only] Techshop Detroit-Monthly Accounting Fee for July 16th - July 31, 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,416.79** |
|---|---|---|

Escalon Services, Inc.
Escalon TPC, Box 606,
405 El Camino Real,
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **8/15/2017**

Last 4 digits of account number **631H**

Basis for the claim: **[Notice only] Techshop Detroit-Monthly Accounting Fee for Aug 1st - Aug 15th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,466.72** |
|---|---|---|

Escalon Services, Inc.
Escalon TPC, Box 606,
405 El Camino Real,
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2/28/2017**

Last 4 digits of account number **9859**

Basis for the claim: **[Notice only] Techshop Detroit-Monthly Accounting Fee for Feb 16th - Feb 28th, 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.426 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,344.05 |
|---|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606,**
**405 El Camino Real,**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2017**

Basis for the claim:  **[Notice only] Techshop Detroit-Monthly Accounting Fee for Mar 1st - Mar 15th, 2017**

Last 4 digits of account number  **0242**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.426 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,342.59 |
|---|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606,**
**405 El Camino Real,**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2017**

Basis for the claim:  **[Notice only] Techshop Detroit-Monthly Accounting Fee for Mar 16th - Mar 31st, 2017**

Last 4 digits of account number  **0271**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.426 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,408.00 |
|---|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606,**
**405 El Camino Real,**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/20/2017**

Basis for the claim:  **[Notice only] Techshop Detroit-Monthly Accounting Fee for Apr 1st - Apr 15th, 2017**

Last 4 digits of account number  **0658**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.427 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,441.52 |
|---|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606,**
**405 El Camino Real,**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/30/2017**

Basis for the claim:  **[Notice only] Techshop Detroit-Monthly Accounting Fee for Apr 16th - Apr 30th, 2017**

Last 4 digits of account number  **0677**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.427 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,496.20 |
|---|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606,**
**405 El Camino Real,**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/17/2017**

Basis for the claim:  **[Notice only] Techshop Detroit-Monthly Accounting Fee for May 1st - May 15th, 2017**

Last 4 digits of account number  **1047**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.427 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,431.64 |
|---|---|---|---|

**Escalon Services, Inc.**
**Escalon TPC, Box 606,**
**405 El Camino Real,**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2017**

Basis for the claim:  **[Notice only] Techshop Detroit-Monthly Accounting Fee for May 16th - May 31st, 2017**

Last 4 digits of account number  **1078**

Is the claim subject to offset? ☐ No ☐ Yes

**3.427 3**

**Nonpriority creditor's name and mailing address**

Escalon Services, Inc.
Escalon TPC, Box 606,
405 El Camino Real,
Menlo Park, CA 94025

Date(s) debt was incurred  **6/15/2017**

Last 4 digits of account number  **790H**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop Detroit-Monthly Accounting Fee for Jun 1st - Jun 15th, 2017

Is the claim subject to offset? ■ No ☐ Yes

**$1,381.85**

---

**3.427 4**

**Nonpriority creditor's name and mailing address**

Escalon Services, Inc.
Escalon TPC, Box 606,
405 El Camino Real,
Menlo Park, CA 94025

Date(s) debt was incurred  **6/30/2017**

Last 4 digits of account number  **808H**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop Detroit-Monthly Accounting Fee for Jun 16th - Jun 30th, 2017

Is the claim subject to offset? ■ No ☐ Yes

**$1,418.05**

---

**3.427 5**

**Nonpriority creditor's name and mailing address**

Escalon Services, Inc.
Escalon TPC, Box 606,
405 El Camino Real,
Menlo Park, CA 94025

Date(s) debt was incurred  **7/16/2017**

Last 4 digits of account number  **216H**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop Detroit-Monthly Accounting Fee for July 1st - July 15th, 2017

Is the claim subject to offset? ■ No ☐ Yes

**$1,450.70**

---

**3.427 6**

**Nonpriority creditor's name and mailing address**

Escalon Services, Inc.
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  **10/16/2017**

Last 4 digits of account number  **748H**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop DC Arlington- Monthly Accounting Fee for Oct 1st - Oct 15th, 2017

Is the claim subject to offset? ■ No ☐ Yes

**$1,722.30**

---

**3.427 7**

**Nonpriority creditor's name and mailing address**

Escalon Services, Inc.
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **779H**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop DC Arlington- Monthly Accounting Fee for Oct 16th - Oct 31st, 2017

Is the claim subject to offset? ■ No ☐ Yes

**$1,661.24**

---

**3.427 8**

**Nonpriority creditor's name and mailing address**

Escalon Services, Inc.
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **294H**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop DC Arlington- Monthly Accounting Fee for Sep 16th - Sep 30th, 2017

Is the claim subject to offset? ■ No ☐ Yes

**$1,688.66**

---

| 3.427 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,741.11 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  8/31/2017
Last 4 digits of account number  668H

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop DC Arlington- Monthly Accounting Fee for Aug 16th - Aug 31st, 2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,763.19 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  9/15/2017
Last 4 digits of account number  269H

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop DC Arlington- Monthly Accounting Fee for Sep 1st - Sep 15th, 2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,784.20 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  7/31/2017
Last 4 digits of account number  242H

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop DC Arlington- Monthly Accounting Fee for July 16th - July 31, 2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,651.86 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  8/15/2017
Last 4 digits of account number  637H

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop DC Arlington- Monthly Accounting Fee for Aug 1st - Aug 15th, 2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,599.66 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  2/28/2017
Last 4 digits of account number  9857

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop DC Arlington- Monthly Accounting Fee for Feb 16th - Feb 28th, 2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,618.64 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

Date(s) debt was incurred  3/20/2017
Last 4 digits of account number  0239

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop DC Arlington- Monthly Accounting Fee for Mar 1st - Mar 15th, 2017

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 687 of 1000

| 3.428 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,589.79** |
| Escalon Services, Inc.<br>Escalon TPC, Box 606<br>405 El Camino Real<br>Menlo Park, CA 94025 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **3/31/2017** | Basis for the claim: **[Notice only] Techshop DC Arlington- Monthly Accounting Fee for Mar 16th - Mar 31st, 2017** | |
| Last 4 digits of account number **0269** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,545.41** |
| Escalon Services, Inc.<br>Escalon TPC, Box 606<br>405 El Camino Real<br>Menlo Park, CA 94025 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **4/20/2017** | Basis for the claim: **[Notice only] Techshop DC Arlington- Monthly Accounting Fee for Apr 1st - Apr 15th, 2017** | |
| Last 4 digits of account number **0656** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,513.85** |
| Escalon Services, Inc.<br>Escalon TPC, Box 606<br>405 El Camino Real<br>Menlo Park, CA 94025 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **4/30/2017** | Basis for the claim: **[Notice only] Techshop DC Arlington- Monthly Accounting Fee for Apr 16th - Apr 30th, 2017** | |
| Last 4 digits of account number **0675** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,631.96** |
| Escalon Services, Inc.<br>Escalon TPC, Box 606<br>405 El Camino Real<br>Menlo Park, CA 94025 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **5/17/2017** | Basis for the claim: **[Notice only] Techshop DC Arlington- Monthly Accounting Fee for May 1st - May 15th, 2017** | |
| Last 4 digits of account number **1045** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,689.05** |
| Escalon Services, Inc.<br>Escalon TPC, Box 606<br>405 El Camino Real<br>Menlo Park, CA 94025 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **5/31/2017** | Basis for the claim: **[Notice only] Techshop DC Arlington- Monthly Accounting Fee for May 16th - May 31st, 2017** | |
| Last 4 digits of account number **1077** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.429 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,661.84** |
| Escalon Services, Inc.<br>Escalon TPC, Box 606<br>405 El Camino Real<br>Menlo Park, CA 94025 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **6/15/2017** | Basis for the claim: **[Notice only] Techshop DC Arlington- Monthly Accounting Fee for Jun 1st - Jun 15th, 2017** | |
| Last 4 digits of account number **793H** | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 688 of 1000

| Debtor | **TechShop, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 3.429 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,734.54** |
|---|---|---|---|

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/30/2017**
Last 4 digits of account number  **812H**

Basis for the claim:  **[Notice only] Techshop DC Arlington- Monthly Accounting Fee for Jun 16th - Jun 30th, 2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,569.89** |
|---|---|---|---|

**Escalon Services, Inc.**
Escalon TPC, Box 606
405 El Camino Real
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/16/2017**
Last 4 digits of account number  **218H**

Basis for the claim:  **[Notice only] Techshop DC Arlington- Monthly Accounting Fee for July 1st - July 15th, 2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Esteban Cruz_Rangel**
750 E Dana Ave, Apt. 2
Mesa, AZ 85204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$662.50** |
|---|---|---|---|

**Esteban Ruiz**
700 Masson Avenue,
San Bruno, CA 94066

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/30/2017**
Last 4 digits of account number  **1**

Basis for the claim:  **[Notice only] Techshop SOMA Instructor class instruction for the period 10/02/2017 to 10/27/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Esteban Ruiz**
P.O. Box 71384
Pittsburgh, PA 15213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Estrella Nantel**
2202 Charter Way
San Leandro, CA 94597

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 689 of 1000

**3.4297**

Nonpriority creditor's name and mailing address

**Estuardo Xigua**
**54 East 38th Street**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4298**

Nonpriority creditor's name and mailing address

**Ethan Aaron Port**
**217 College St.**
**Mountain View, CA 94040**

Date(s) debt was incurred **3/1/2011**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$32,212.70**

---

**3.4299**

Nonpriority creditor's name and mailing address

**Ethan Ananny**
**149 Commonwealth Drive**
**Menlo Park, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4300**

Nonpriority creditor's name and mailing address

**Ethan Desautels**
**314 Waverly Road**
**Shelton, CT 06489**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4301**

Nonpriority creditor's name and mailing address

**Ethan Jaranson**
**22059 olmstead**
**dearborn, MI 48128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4302**

Nonpriority creditor's name and mailing address

**Ethan Klein**
**1120 S Ash Ave**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4303**

Nonpriority creditor's name and mailing address

**Ethan Odom**
**11117 Edgecomb Cv**
**Austin, TX 78737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 690 of 1000

| 3.430<br>4 | | | $30,999.57 |

**Nonpriority creditor's name and mailing address**
**Ethan Port**
**217 College St.**
**Mountain View, CA 94040**

Date(s) debt was incurred  **12/12/2012**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.430<br>5 | | | $0.00 |

**Nonpriority creditor's name and mailing address**
**Ethan Port**
**217 College St.**
**Mountain View, CA 94040**

Date(s) debt was incurred  _____
Last 4 digits of account number  _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.430<br>6 | | | $0.00 |

**Nonpriority creditor's name and mailing address**
**Ethan Sanborn**
**867 Country Creek Dr**
**Saline, MI 48176**

Date(s) debt was incurred  _____
Last 4 digits of account number  _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.430<br>7 | | | $750.00 |

**Nonpriority creditor's name and mailing address**
**Ethan Waldman**
**3122 N. Nottingham St.**
**Arlington, VA 22207**

Date(s) debt was incurred  **8/29/2017**
Last 4 digits of account number  **V002**

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- STEAM Instructor Fees for instruction for the period 07/31/2017 to 08/04/2017**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.430<br>8 | | | $0.00 |

**Nonpriority creditor's name and mailing address**
**Ethan Watson**
**914 Hazelnut Court**
**Sunnyvale, CA 94087**

Date(s) debt was incurred  _____
Last 4 digits of account number  _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.430<br>9 | | | $0.00 |

**Nonpriority creditor's name and mailing address**
**Ethan Wissinger**
**1041 N Ash dr.**
**Chandler, AZ 85224**

Date(s) debt was incurred  _____
Last 4 digits of account number  _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.431<br>0 | | | $0.00 |

**Nonpriority creditor's name and mailing address**
**Eugene Abovsky**
**60 Hallam St**
**San Francisco, CA 94103**

Date(s) debt was incurred  _____
Last 4 digits of account number  _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 691 of 1000

| 3.431 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,653.37** |
|---|---|---|---|

**Eugene Gershtein**
**1418 Valota Rd**
**Redwood City, CA 94061**

Date(s) debt was incurred **9/28/2015**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eugene Gershtein**
**1418 Valota Rd**
**Redwood City, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eugene Kim**
**14781 Keavy Ridge Ct**
**Haymarket, VA 20169**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eugene Levinthal**
**956 Wilmington Way**
**Redwood City, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eugene Tam**
**245 5th Street Suite 302**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eva Greenwell**
**621 Hawthorne Lane**
**Round Rock, TX 78664**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 692 of 1000

**3.4317**

Nonpriority creditor's name and mailing address

**Eva Marie Cooper**
**3490 stanley road**
**Winterville, NC 28590**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Check has been re-issued #42719 dated 07/12/2017 agianst the inv #EMC-01 05/27/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$425.00**

---

**3.4318**

Nonpriority creditor's name and mailing address

**Eva Martin**
**909 Marina Village Pkwy #400**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.4319**

Nonpriority creditor's name and mailing address

**Eva Martin**
**66 Rockwell Pl #27F**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.4320**

Nonpriority creditor's name and mailing address

**Eva Waterman**
**780 Bucknall Rd**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.4321**

Nonpriority creditor's name and mailing address

**Eva Watte**
**36 Circle Road**
**Redwood City, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.4322**

Nonpriority creditor's name and mailing address

**Evan  Kimbrell**
**707 A Shotwell St.**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.4323**

Nonpriority creditor's name and mailing address

**Evan Andersen**
**1616 Wellington St**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 693 of 1000

| | |
|---|---|
| 3.4324 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Evan Bailey** 860 N McQueen Rd #1046 Chandler, AZ 85225 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.4325 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Evan Blaser** 1688 Sacramento St. San Francisco, CA 94109 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.4326 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Evan Bodell** 107 Reservoir Rd Atherton, CA 94027 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.4327 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Evan Buttermer** 1218 3rd Ave San Francisco, CA 94122 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.4328 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Evan Frazier** 1912 Garrick Dr. Pittsburgh, PA 15235 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.4329 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Evan Gealy** 2130 E. Carson St. Pittsburgh, PA 15203 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.4330 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Evan Gericke** 165 Merrimac St., Front Pittsburgh, PA 15211 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** |
| | Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 694 of 1000

| 3.433 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evan Hazlett**
**4032 Willow St.**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evan Hogan**
**3483 Brodhead Road**
**Monaca, PA 15061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evan Johnson**
**6315 Kenilworth Ave Unit B**
**Riverdale, MD 20737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evan Josa**
**1301 Pebble Drive**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evan Leach**
**1533 Bavona**
**Saint Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evan McGinnis**
**48 South 14th St.**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evan Morckel**
**36303 N. Livorno Way**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 695 of 1000

| | |
|---|---|
| **3.433 8** | **Nonpriority creditor's name and mailing address** |

**3.4338**

**Nonpriority creditor's name and mailing address**

**Evan Swinger**
**28944 Leamington Dr.**
**Farmington Hills, MI 48334**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4339**

**Nonpriority creditor's name and mailing address**

**Evans Pang**
**3500 Braxton Cmn**
**Fremont, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4340**

**Nonpriority creditor's name and mailing address**

**Eve Lebwohl**
**637 Guerrero st**
**San francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4341**

**Nonpriority creditor's name and mailing address**

**Eveline Schneider**
**1449 Broadway**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4342**

**Nonpriority creditor's name and mailing address**

**Evelyn Egan**
**1805 Crystal Dr. #906**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4343**

**Nonpriority creditor's name and mailing address**

**Everett Kleven**
**605 Clara Ave Apt 310**
**Saint Louis, MO 63112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4344**

**Nonpriority creditor's name and mailing address**

**Everett Wurz**
**1131 Rhode Island Street**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 696 of 1000

| | |
|---|---|
| **3.434 5** | |

**Nonpriority creditor's name and mailing address**
**Evgueni Orlov**
**699 Dekalb Ave., Apt. 1R**
**Brooklyn, NY 11216**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.434 6** | |

**Nonpriority creditor's name and mailing address**
**Evie Moeckel**
**960 Hanna Rd**
**Manchester, MO 63021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.434 7** | |

**Nonpriority creditor's name and mailing address**
**Ewin Hong**
**5250 valley forge dr apt 415**
**Alexandria, VA 22304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.434 8** | |

**Nonpriority creditor's name and mailing address**
**Eyad Al_Sulaimi**
**280 S. Evergreen #1297**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.434 9** | |

**Nonpriority creditor's name and mailing address**
**Eyal Cohen**
**62 Dolores Ter.**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.435 0** | |

**Nonpriority creditor's name and mailing address**
**Ezekial Carnes_Mason**
**3773 Mission St**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.435 1** | |

**Nonpriority creditor's name and mailing address**
**Ezra Ehrhard**
**3391 S Huachuca Way**
**Chandler, AZ 85286**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.435 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Ezra LeVine**
**319 Deerfield Drive**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Ezra Ranz-Schleifer**
**491 Country Club Rd**
**Greensboro, VT 05841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Fabian Flores**
**3818 E Earll Dr Apt 206**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Fabian Ramirez**
**6245 Arlington Blvd**
**Richmond, CA 94805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Fabienne Bismuth**
**2872 Cowper St**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
| --- | --- | --- | --- |

**Facet Plus LLC**
**Attn. Jason Granado**
**4850 Eisenhower Ave. Unit. #324**
**Alexandria, VA 22304**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/30/2017**

Basis for the claim:  **[Notice only] Techshop DC Arlington- Instructor class instruction for the period 09/02/2017 to 09/16/2017**

Last 4 digits of account number  **4040**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 698 of 1000

---

**3.4358**

**Nonpriority creditor's name and mailing address**

Facet Plus LLC
Attn. Jason Granado
4850 Eisenhower Ave. Unit. #324
Alexandria, VA 22304

Date(s) debt was incurred **10/24/2017**

Last 4 digits of account number **4041**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **[Notice only] Techshop DC Arlington- Instructor class instruction for the period 10/01/2017 to 10/08/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

**3.4359**

**Nonpriority creditor's name and mailing address**

Facet Plus LLC
Attn. Jason Granado
4850 Eisenhower Ave. Unit. #324
Alexandria, VA 22304

Date(s) debt was incurred **10/24/2017**

Last 4 digits of account number **4042**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **[Notice only] Techshop DC Arlington- Instructor class instruction for the period 10/16/2017 to 10/22/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$487.50**

---

**3.4360**

**Nonpriority creditor's name and mailing address**

Facet Plus LLC
Attn. Jason Granado
4850 Eisenhower Ave. Unit. #324
Alexandria, VA 22304

Date(s) debt was incurred **10/24/2017**

Last 4 digits of account number **4043**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **[Notice only] Techshop DC Arlington- Instructor class instruction for the period 10/29/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$237.50**

---

**3.4361**

**Nonpriority creditor's name and mailing address**

Facet Plus LLC
Attn. Jason Granado
4850 Eisenhower Ave. Unit. #324
Alexandria, VA 22304

Date(s) debt was incurred **8/26/2017**

Last 4 digits of account number **4039**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **[Notice only] Techshop DC Arlington- Instructor class instruction for the period 08/05/2017 to 08/27/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$437.50**

---

**3.4362**

**Nonpriority creditor's name and mailing address**

Fadi Bakour
2413 San Carlos Ave
San Carlos, CA 94070

Date(s) debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.4363**

**Nonpriority creditor's name and mailing address**

Fahed Shreim
2975 Chesham st
Fairfax, VA 22031

Date(s) debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 699 of 1000

| 3.436 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Faheem Inayat**
20600 Aldercroft hts
Los Gatos, CA 95033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Faisal Al-Rsheed**
1811 E. Apache Blvd.
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Faithe Olson**
1155 Clark St
Detroit, MI 48209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fan Yangyang**
108 BRYANT ST APT 8
MOUNTAIN VIEW, CA 94041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Farah Weheba**
88 Hillside Blvd apt 314
Daly City, CA 94014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fardad Hashemi**
1399 Shoreway Road
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fariba Rahimian marnani**
4353 Payne Ave #702
San Jose, CA 95117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 700 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.437 1**

**Nonpriority creditor's name and mailing address**
**farrah abubaker**
**7872 Tyson Oaks Circle**
**vienna, VA 22182**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.437 2**

**Nonpriority creditor's name and mailing address**
**Fastenal**
**P.O. Box 1286**
**Winona, MN 55987-1286**

Date(s) debt was incurred  **10/31/2017**
Last 4 digits of account number  **7341**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- CC600PerfBox 126Ct**

Is the claim subject to offset? ☑ No ☐ Yes

**$442.95**

---

**3.437 3**

**Nonpriority creditor's name and mailing address**
**Fastenal**
**P.O. Box 1286**
**Winona, MN 55987-1286**

Date(s) debt was incurred  **10/31/2017**
Last 4 digits of account number  **7343**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- 20"x24"x2" Elite SC**

Is the claim subject to offset? ☑ No ☐ Yes

**$111.80**

---

**3.437 4**

**Nonpriority creditor's name and mailing address**
**Fastenal**
**P.O. Box 1286**
**Winona, MN 55987-1286**

Date(s) debt was incurred  **10/31/2017**
Last 4 digits of account number  **7595**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- 1/4" HSS Downcut Bit , HFEM S2C .375 X .375**

Is the claim subject to offset? ☑ No ☐ Yes

**$398.24**

---

**3.437 5**

**Nonpriority creditor's name and mailing address**
**Fastenal**
**P.O. Box 1286**
**Winona, MN 55987-1286**

Date(s) debt was incurred  **10/31/2017**
Last 4 digits of account number  **7666**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- Alcohol Wipes 50Ct,1gr AntibioOint 25Ct,7/8"x3"Bandage [Notice only] Techshop St. Louis- 50Ct,SanitizerWipes10Ct**

Is the claim subject to offset? ☑ No ☐ Yes

**$37.00**

---

**3.437 6**

**Nonpriority creditor's name and mailing address**
**Fastenal**
**P.O. Box 1286**
**Winona, MN 55987-1286**

Date(s) debt was incurred  **9/22/2017**
Last 4 digits of account number  **7157**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- 10N32 STD ColletBody**

Is the claim subject to offset? ☑ No ☐ Yes

**$222.93**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 701 of 1000

| | |
|---|---|
| **3.437 7** | |

**Nonpriority creditor's name and mailing address**
**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **9/29/2017**
Last 4 digits of account number  **6931**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- N95ValPartResp 10Ct**

Is the claim subject to offset? ☑ No ☐ Yes

**$142.19**

---

| | |
|---|---|
| **3.437 8** | |

**Nonpriority creditor's name and mailing address**
**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **9/29/2017**
Last 4 digits of account number  **6985**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- 2-Ply CC Std Roll**

Is the claim subject to offset? ☑ No ☐ Yes

**$471.34**

---

| | |
|---|---|
| **3.437 9** | |

**Nonpriority creditor's name and mailing address**
**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **9/29/2017**
Last 4 digits of account number  **6988**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- 1/4" HSS Downcut Bit**

Is the claim subject to offset? ☑ No ☐ Yes

**$601.04**

---

| | |
|---|---|
| **3.438 0** | |

**Nonpriority creditor's name and mailing address**
**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **9/29/2017**
Last 4 digits of account number  **7246**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis-7 /8"x3"Bandage 50Ct**

Is the claim subject to offset? ☑ No ☐ Yes

**$11.99**

---

| | |
|---|---|
| **3.438 1** | |

**Nonpriority creditor's name and mailing address**
**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **10/31/2017**
Last 4 digits of account number  **7342**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- 8.5x11CopyPpr 500Ct**

Is the claim subject to offset? ☑ No ☐ Yes

**$69.61**

---

| | |
|---|---|
| **3.438 2** | |

**Nonpriority creditor's name and mailing address**
**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **8/31/2017**
Last 4 digits of account number  **6520**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- N95ValPartResp 10Ct**

Is the claim subject to offset? ☑ No ☐ Yes

**$241.12**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 702 of 1000

| 3.438 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.33 |

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **8/31/2017**
Last 4 digits of account number  **6526**

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- #63 SPNG/SCR YEL/WHT**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.438 4 |

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **8/31/2017**
Last 4 digits of account number  **6559**

$586.04

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- 1/4" HSS Downcut Bit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.438 5 |

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **8/31/2017**
Last 4 digits of account number  **6717**

$82.78

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- 8.5x11CopyPpr 500Ct**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.438 6 |

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **8/31/2017**
Last 4 digits of account number  **6726**

$8.16

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- KnuckleWovenBnd 40Ct**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.438 7 |

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **4/28/2017**
Last 4 digits of account number  **4960**

$51.73

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- JW74 Jumbo Straw**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.438 8 |

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **4/28/2017**
Last 4 digits of account number  **4962**

$330.28

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- Cleaning Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398  Doc# 2  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 703 of 1000

| | Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|---|
| | | Name | | |

| 3.438 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $627.59 |

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **5/31/2017**

Last 4 digits of account number  **5252**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- 12-20GalVacBag2Ct, IND.BAG 33x39 1.2 ml and Lrg NS50856 Glove**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $88.86 |

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **5/31/2017**

Last 4 digits of account number  **5420**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- BlackRoundStic 12Ct, 8.5x11CopyPp[Notice only] Techshop St. Louis- r 500Ct and 6Pc AssortHiLiterSet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $538.98 |

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **5/31/2017**

Last 4 digits of account number  **5421**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- HFEM S2C .375 X .375 and 1/4" HSS Downcut Bit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $694.06 |

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **6/30/2017**

Last 4 digits of account number  **5746**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- 7-7/8"x350' HrdwndRI**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,083.39 |

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **6/30/2017**

Last 4 digits of account number  **5750**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- 20x20x2 M11 Cl Fltr**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $720.72 |

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **6/30/2017**

Last 4 digits of account number  **5854**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- 8x22Radial Ball Brng**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 704 of 1000

---

| 3.439 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  6/30/2017

Last 4 digits of account number  6112

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop St. Louis- 8.5x11CopyPpr 500Ct

Is the claim subject to offset? ■ No  ☐ Yes

**$60.25**

---

| 3.439 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  7/31/2017

Last 4 digits of account number  6138

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop St. Louis- 59507 6"ConvWheel

Is the claim subject to offset? ■ No  ☐ Yes

**$522.06**

---

| 3.439 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  7/31/2017

Last 4 digits of account number  6174

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop St. Louis- 6Pc AssortHilLiter Set

Is the claim subject to offset? ■ No  ☐ Yes

**$72.04**

---

| 3.439 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  7/31/2017

Last 4 digits of account number  6175

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop St. Louis- HFEM S2C .375X.375

Is the claim subject to offset? ■ No  ☐ Yes

**$490.34**

---

| 3.439 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  7/31/2017

Last 4 digits of account number  6283

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop St. Louis- 1gr AntibioOint 25Ct

Is the claim subject to offset? ■ No  ☐ Yes

**$21.29**

---

| 3.440 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fastenal**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  7/31/2017

Last 4 digits of account number  6159

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop St. Louis- 1galBioRem2000Cleanr

Is the claim subject to offset? ■ No  ☐ Yes

**$650.64**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 705 of 1000

| 3.440 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Faye Silverman**
5555 Forbes Ave
Pittsburgh, PA 15217

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.440 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Fazil Khan**
6953 S. Topaz Place
Chandler, AZ 85298

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.440 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.17 |

**FedEx**
P.O. Box 7221
Pasadena, CA 91111

Date(s) debt was incurred  **11/3/2017**

Last 4 digits of account number  **9900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/c 4013-0248-4 FedEx Express Services, Ground Services & Other Charges**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.440 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.13 |

**FedEx**
P.O. Box 7221
Pasadena, CA 91112

Date(s) debt was incurred  **11/10/2017**

Last 4 digits of account number  **9296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/c 4013-0248-4 FedEx Express Services, Ground Services & Other Charges**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.440 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.46 |

**FedEx**
P.O. Box 7221
Pasadena, CA 91113

Date(s) debt was incurred  **10/13/2017**

Last 4 digits of account number  **6252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/c 4013-0248-4 FedEx Express Services, Ground Services & Other Charges**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.440 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209.79 |

**FedEx**
P.O. Box 7221
Pasadena, CA 91113

Date(s) debt was incurred  **10/20/2017**

Last 4 digits of account number  **0954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/c 4013-0248-4 FedEx Express Services, Ground Services & Other Charges**

Is the claim subject to offset? ☒ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 706 of 1000

| 3.440 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.85 |
|---|---|---|---|

**FedEx**
P.O. Box 7221
Pasadena, CA 91113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/27/2017**

Last 4 digits of account number  **2945**

Basis for the claim:  **A/c 4013-0248-4 FedEx Express Services, Ground Services & Other Charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Felipe Melivilu**
2221 South Clark Street
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Felipe Payet**
6005 Bon Terra Dr.
Austin, TX 78731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Felix Madrid**
43748 W. Carey Dr.
Maricopa, AZ 85138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Felix Rusu**
6062 Fairborn Dr.
Canton, MI 48187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Felix Watte**
36 Circle Road
Redwood City, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Feliza Conway**
122 FOREST TRAIL
LEANDER, TX 78641

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 707 of 1000

| 3.441 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Feraidoon Esmailloo**
**1723 Wilson Blvd**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ferenc Lazar**
**1047 Grebe St.**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ferhat Yildirim**
**3321 21st Street Apt 4**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Fernanda Abogado**
**5512B Rayburn Ave**
**Alexandria, VA 22211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Fernando Spadaro**
**213 Alton St**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Fernando Zetina**
**1557 Commodore Cir**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Finn Tseng**
**3230 Springbrook**
**Ann Arbor, MI 48108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 708 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.442 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00** |
| | **Fire Alert, Inc.** | ■ Contingent | |
| | **15732 Los Gatos Blvd.,** | ☐ Unliquidated | |
| | **PMB 700 Los Gatos,, CA 95032** | ■ Disputed | |
| | Date(s) debt was incurred  11/1/2017 | Basis for the claim:  [Notice only] Techshop San Jose -Monitoring Service for the month of November 2017 | |
| | Last 4 digits of account number  0288 | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.442 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
| | **First Choice** | ■ Contingent | |
| | **3130 Alfred St.** | ☐ Unliquidated | |
| | **Santa Clara, CA 95054** | ■ Disputed | |
| | Date(s) debt was incurred  10/28/2017 | Basis for the claim:  [Notice only] Techshop San Jose -Multiple item purchased | |
| | Last 4 digits of account number  4820 | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.442 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65.35** |
| | **First Choice Coffee Services** | ■ Contingent | |
| | **3130 Alfred St.** | ☐ Unliquidated | |
| | **Santa Clara,, CA 95054** | ■ Disputed | |
| | Date(s) debt was incurred  11/3/2017 | Basis for the claim:  [Notice only] Techshop Menlo Park - Keurig brewer equipment - Posted as per statement | |
| | Last 4 digits of account number  4069 | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.442 4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| | **First Choice Coffee Services** | ■ Contingent | |
| | **3130 Alfred St.** | ☐ Unliquidated | |
| | **Santa Clara,, CA 95054** | ■ Disputed | |
| | Date(s) debt was incurred  11/7/2017 | Basis for the claim:  [Notice only] Techshop Menlo Park - Keurig brewer equipment November rentals | |
| | Last 4 digits of account number  4744 | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.442 5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,614.12** |
| | **First Lease Inc.** | ☐ Contingent | |
| | **PO Box 57309** | ☐ Unliquidated | |
| | **Philadelphia, PA 19111** | ☐ Disputed | |
| | Date(s) debt was incurred  10/21/2017 | Basis for the claim:  Lease # 24825 - Universal Laser Systems Contract PMT # 33 of 60 | |
| | Last 4 digits of account number  of60 | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.442 6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **First National Bank of Omaha 1620 Dodge** | ☐ Contingent | |
| | **1620 Dodge Street** | ☐ Unliquidated | |
| | **Omaha, NE 68197** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  78 credit cards | |
| | Last 4 digits of account number  5000 | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 709 of 1000

| 3.442 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fivel Muntian**
728 Guerrero
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.442 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Flora Garcia**
199 New Montgomery St. #1509
San Francisco, CA 94105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.442 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Florian Oberstrass**
810 Coleman Ave #18
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127,761.74 |
|---|---|---|---|

**Flow International Corporation**

Date(s) debt was incurred  **8/20/2013**
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Flow Integrated Waterjet System Model M2 2031b Precision Z Axis**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.50 |
|---|---|---|---|

**Flow International Corporation**
PO BOX 749647,
Los Angeles, CA 90074-9647

Date(s) debt was incurred  **11/1/2017**
Last 4 digits of account number  **5553**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- Per Diem and Service hours - Travel**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.11 |
|---|---|---|---|

**Flow International Corporation**
PO BOX 749647,
Los Angeles, CA 90074-9647

Date(s) debt was incurred  **11/1/2017**
Last 4 digits of account number  **6977**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- Shield, Spray, Dwj,Disk, Blast, Cutting HD**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 710 of 1000

| 3.443 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Flynn Oldfield**
209 E JAVA DR # 60819
SUNNYVALE, CA 94088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $541.25 |
|---|---|---|---|

**Ford Credit**
PO Box 552679
Detroit, MI 48255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/28/2017**

Last 4 digits of account number  **7Nov**

Basis for the claim: **Lease payment - November 2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,428.48 |
|---|---|---|---|

**Ford Motor Land**
Dept 18601
P. O. Box 67000
Detroit, MI 48267

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **10/25/2017**

Last 4 digits of account number  **7Nov**

Basis for the claim: **[Notice only] Techshop Detroit-Rent for the month of November - 2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $989.93 |
|---|---|---|---|

**Ford Motor Land**
Dept 18601
P. O. Box 67000
Detroit, MI 48267

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **11/1/2017**

Last 4 digits of account number  **4030**

Basis for the claim: **[Notice only] Techshop Detroit-Late Fees On Outstanding Balance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234.00 |
|---|---|---|---|

**Ford Motor Land**
Dept 18601
P. O. Box 67000
Detroit, MI 48267

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **11/1/2017**

Last 4 digits of account number  **9105**

Basis for the claim: **[Notice only] Techshop Detroit-Tables and Linens for 6-23-16 Per Work Order C1754519**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Forest Lowry**
1850 Gough Street, Apt 602
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 711 of 1000

**3.443 9**

**Nonpriority creditor's name and mailing address**

**Forest Thola**
**4531 Flintstone Rd**
**Alexandria, VA 22306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444 0**

**Nonpriority creditor's name and mailing address**

**Fori Owurowa**
**31275 N41st st**
**cave creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444 1**

**Nonpriority creditor's name and mailing address**

**Formech Inc.**
**2324 Pinehurst Drive**
**Middleton, WI 53562**

Date(s) debt was incurred  **6/10/2016**

Last 4 digits of account number  **1087**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**$4,070.00**

**Basis for the claim:**  [Notice only] Techshop SOMA - To Purchase of Formech: 686 Vacuum Former S/N: 1087,Power Supply: 220-240 volt 1Phase + N + eart...

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444 2**

**Nonpriority creditor's name and mailing address**

**Formech Inc.**
**2324 Pinehurst Drive**
**Middleton, WI 53562**

Date(s) debt was incurred  **6/10/2016**

Last 4 digits of account number  **7036**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**$599.66**

**Basis for the claim:**  [Notice only] Techshop SOMA - Spare Parts:P05 1/2" Air valve (Asco 1/2" Y 2/2 valve),EE19 FM660 output PCB

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444 3**

**Nonpriority creditor's name and mailing address**

**Forrest Greene**
**3431 N Hills Dr**
**Austin, TX 78731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444 4**

**Nonpriority creditor's name and mailing address**

**Forrest Novy**
**4712 Avenue G**
**AUSTIN, TX 78751**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 712 of 1000

| 3.444 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Fox Peterson** | ☐ Contingent | |
| 13083 bell rd | ☐ Unliquidated | |
| los gatos, CA 95033 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.444 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Foy Thompson** | ☐ Contingent | |
| 3319 Lambrusco Ln | ☐ Unliquidated | |
| Leander, TX 78641 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.444 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Fran Henderson** | ☐ Contingent | |
| 873 E. Butler Dr. | ☐ Unliquidated | |
| Chandler, AZ 85225 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.444 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Frances (Chia wen) Chang** | ☐ Contingent | |
| 2101 Bryant Street, #206 | ☐ Unliquidated | |
| San Francisco, CA 94110 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.444 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Frances Ho** | ☐ Contingent | |
| 1921 Broderick Street | ☐ Unliquidated | |
| San Francisco, CA 94115 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.445 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Francesco Meschia** | ☐ Contingent | |
| 2309 Rock Street, Apt. 18 | ☐ Unliquidated | |
| Mountain View, CA 94043 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.445 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Franchesca  Pena** | ☐ Contingent | |
| 22 Villa Avenue | ☐ Unliquidated | |
| San rafael, CA 94901 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.445 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francis Bostick**
**6166 Cottle Road**
**San Jose, CA 95123**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francis Govers**
**NASA Research Park, PO Box 345**
**Mountain View, CA 94035**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francis Li**
**1875 Mission St #202**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francis Silva**
**16602 N 25th St #214**
**Phoenix, AZ 85032**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francis Yu**
**3 Maple Drive**
**Atherton, CA 94027**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francisca Dominguez**
**3675 Corkhill Way**
**San Jose, CA 95121**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francisco  Alvarez**
**140 58th St  Bldg A  Suite A**
**Brooklyn, NY 11220**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| | |
|---|---|
| **3.445 9** | |

**Nonpriority creditor's name and mailing address**

**Francisco  Gularte**
**1667 21st avenue**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.446 0** | |

**Nonpriority creditor's name and mailing address**

**Francisco Bertran-Salvans**
**277 Randall St.**
**SAN FRANCISCO, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.446 1** | |

**Nonpriority creditor's name and mailing address**

**Francisco Sanchez**
**858 W. Remington Dr.**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.446 2** | |

**Nonpriority creditor's name and mailing address**

**Franco  Salguero**
**43621 McDowell SQ**
**Leesburg, VA 20176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.446 3** | |

**Nonpriority creditor's name and mailing address**

**Frank  Schwarzenau**
**1470 Valencia St**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.446 4** | |

**Nonpriority creditor's name and mailing address**

**Frank  Sudia**
**5735 Ellsworth Ave Apt C1**
**Pittsburgh, PA 15232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.446 5** | |

**Nonpriority creditor's name and mailing address**

**Frank Cusack**
**12424 Skyline Blvd**
**Woodside, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 715 of 1000

| 3.446 6 | **Nonpriority creditor's name and mailing address**<br>**Frank DeFrancesco**<br>**2469 High St**<br>**Palo Alto, CA 94301**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|
| 3.446 7 | **Nonpriority creditor's name and mailing address**<br>**Frank Dressel**<br>**4932 Wilderness Pt**<br>**Smithton, IL 62285**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.446 8 | **Nonpriority creditor's name and mailing address**<br>**Frank Ford**<br>**619 Fulton St.**<br>**Palo Alto, CA 94301**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.446 9 | **Nonpriority creditor's name and mailing address**<br>**Frank Goodman**<br>**10305 Bushman Dr.**<br>**Oakton, VA 22124**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.447 0 | **Nonpriority creditor's name and mailing address**<br>**Frank Halasz**<br>**130 Bradley Dr.**<br>**Santa Cruz, CA 95060**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.447 1 | **Nonpriority creditor's name and mailing address**<br>**Frank Hanson**<br>**513 Whitetail Dr**<br>**Georgetown, TX 78628**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.447 2 | **Nonpriority creditor's name and mailing address**<br>**Frank Key**<br>**5903 Moss Wood Ln.**<br>**Mclean, VA 22101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 716 of 1000

| 3.447 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frank Liu**
270 Club Dr
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frank Plew**
1250 4th St SW, APT W410
Washington, DC 20024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frank Purrington**
7309 Highview
Dearborn Heights, MI 48127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frank Raniolo**
49 D Hangar Way
Watsonville, CA 96076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frank Rodriguez**
13071 Brown Ave
San Jose, CA 95111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.50 |
|---|---|---|---|

**Frank Rodriguez_V**
13071 Brown Ave
San Jose, CA 95111

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/29/2017**

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor Class Instruction for the period of 08/05/2017 to 08/12/2017**

Last 4 digits of account number  **18**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frank Rossi**
5736 Holland Ln
San Jose, CA 95118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 717 of 1000

---

| 3.4480 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Frank Rothacker**<br>**PO Box 1084**<br>**Los Altos, CA 94023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4481 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Frank Rowand**<br>**80 Cherry Ridge Ct**<br>**San Jose, CA 95136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4482 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Frank Zaugg**<br>**476 Quartz Str**<br>**Redwood City, CA 94062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4483 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Frankie Wong**<br>**1219 8th Ave.**<br>**San Francisco, CA 94118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4484 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Franklin Roberts**<br>**1164 Bearkat Canyon Dr**<br>**Dripping Spring, TX 78620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4485 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Franklin Wong**<br>**1579 Scenic St.**<br>**Berkeley, CA 94708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4486 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Frazer Bradshaw**<br>**845 47th St**<br>**Oakland, CA 94608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 718 of 1000

| 3.448 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fred  Co**
622 Bucher Ave
Santa Clara, CA 95051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fred Bauer**
1526 Carol Ave
Burlingame, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fred Etcheverry**
1820 Hector Lane
Santa Cruz, CA 95062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fred Gannod**
916 Mohawk
Royal Oak, MI 48067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fred Grandy**
4592 E 2nd Street, Ste P
Benicia, CA 94510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fred Hansen**
3600 Stevenson Blvd #Q37
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fred Kemp**
1320 Geders lane
Saint Louis, MO 63122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 719 of 1000

| 3.4494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fred Kull**
506 Brookwood Dr
Durham, NC 27707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fred Liang**
7232 Sleepy Creek Drive
San Jose, CA 95120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fred Salan**
667 22nd Ave
San Francisco, CA 94121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fred Stahl**
60 W Seaview Avenue
San Rafael, CA 94901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fred Worley**
1471 Greene Dr
San Jose, CA 95129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Freda Fanning**
3209 12th St S
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Freddy Kellison-Linn**
2602 Louis Road
Palo Alto, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.450 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Freddy Mesiha**
**6859 Ural Ave., Unit 2**
**Mesa, AZ 85212**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frederick Kull**
**8313 Oxford Rd**
**Timberlake, NC 27583**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frederick Garcia**
**131 Brighton Rd**
**Pacifica, CA 94044**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frederick Hockett**
**230 Lakeside Rd**
**Raeford, NC 28376**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frederick Lee**
**2470 Monroe St**
**Santa Clara, CA 95051**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frederick Lough**
**2708 23rd St**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FREDERICK SHADRACKS**
**3930 HAMILTON AVE APT 9**
**SAN JOSE, CA 95130**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 721 of 1000

**3.4508**

Nonpriority creditor's name and mailing address

**Frederick Zeise**
**1949 Grand Teton Drive**
**Milpitas, CA 95035-6614**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4509**

Nonpriority creditor's name and mailing address

**Fredrick Gonzales**
**PO Box 781**
**Pflugerville, TX 78691**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4510**

Nonpriority creditor's name and mailing address

**Free Form LLC**
**4802 E Ray Rd. Ste. 23-538**
**Phoenix, AZ 85044**

Date(s) debt was incurred  **8/29/2017**

Last 4 digits of account number  **0190**

As of the petition filing date, the claim is: *Check all that apply.*                    **$200.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- 3D Services - Instructional Design / Training for Aug'17**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4511**

Nonpriority creditor's name and mailing address

**Fritz Jacobs**
**1259 48th ave**
**San Francisco, CA 94103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4512**

Nonpriority creditor's name and mailing address

**Fritz Koenig**
**2806 SE 36th Ave.**
**Portland, OR 97202**

Date(s) debt was incurred  **12/11/2013**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*                    **$29,430.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4513**

Nonpriority creditor's name and mailing address

**Fritz Koenig**
**2806 SE 36th Ave.**
**Portland, OR 97202**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4514**

Nonpriority creditor's name and mailing address

**FUHANG DAO**
**1489 Webster St.**
**San Francisco, CA 94115**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 722 of 1000

| 3.451 5 | Nonpriority creditor's name and mailing address **Fujitsu** | As of the petition filing date, the claim is: Check all that apply. | $2,557.45 |

Date(s) debt was incurred __10/7/2015__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __[Notice only] Techshop Chandler- Fujitsu Lifebook E554, Intel Core i5-4210M ntel Graphics__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 6 | Nonpriority creditor's name and mailing address **Furkan Filiz** 6635 Hollis St. Emeryville, CA 94608 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 7 | Nonpriority creditor's name and mailing address **G Jackson Tanner** 7847 Brompton Street Springfield, VA 22152 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 8 | Nonpriority creditor's name and mailing address **Gabe Cottrell** 1041 Pine St. Ambridge, PA 15003 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 9 | Nonpriority creditor's name and mailing address **Gabe Higgins** 8455 N 90th St Ste4 Scottsdale, AZ 85258 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 0 | Nonpriority creditor's name and mailing address **Gabe Seelig** 20894 Waveview Dr Topanga, CA 90290 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 1 | Nonpriority creditor's name and mailing address **Gabriel Robson** 7724 Seneca Falls Loop Austin, TX 78739 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 723 of 1000

**3.452 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Gabriel Baltaian**
**175-09 73 Ave**
**Fresh Meadows, NY 11366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.452 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Gabriel Corbett**
**11508 Arroyo Blanco Dr.**
**Austin, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.452 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Gabriel DeGuire**
**4268 Shenandoah Ave**
**Saint Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.452 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Gabriel Faber**
**3027 Rubino Cir**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.452 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,740.38 |
|---|---|---|

**Gabriel Faber and Hilluus Faber**
**3027 Rubino Cir**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/17/2015**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.452 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Gabriel Keeven**
**1536 Sanford Avenue**
**St. Louis, MO 63139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.452 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Gabriel Mecklenburg**
**600 California St**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| 3.452<br>9 | **Nonpriority creditor's name and mailing address**<br>**Gabriel Mellan**<br>**1204 Lamont St NW**<br>**Wasington, DC 20010** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453<br>0 | **Nonpriority creditor's name and mailing address**<br>**Gabriel Orozco**<br>**734 Arce Street**<br>**Watsonville, CA 95076** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453<br>1 | **Nonpriority creditor's name and mailing address**<br>**Gabriel Rogers**<br>**2743 Via Caballero del Sur**<br>**Santa Fe, NM 87505** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453<br>2 | **Nonpriority creditor's name and mailing address**<br>**Gabriel Santistevan**<br>**3227 N 20th PL**<br>**Phoenix, AZ 85016** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453<br>3 | **Nonpriority creditor's name and mailing address**<br>**Gabriel Silk**<br>**255 3rd Street**<br>**Oakland, CA 94607** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453<br>4 | **Nonpriority creditor's name and mailing address**<br>**Gabriel Soares**<br>**888 N Quincy St, Apt 1811**<br>**Arlington, VA 22203** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453<br>5 | **Nonpriority creditor's name and mailing address**<br>**Gabriel Zuniga**<br>**1840 Alford Ave.**<br>**Los Altos, CA 94024** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 725 of 1000

| 3.453 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gabriele Di Fiore**
**1268 West St.**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gabriella Grahek**
**851 California St**
**San Francisco, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gabrielle Halberg**
**1101 5th Ave.**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gadsden Merrill**
**4822 Coleridge St**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gae Shulman**
**563 Vermont St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gail Knight**
**4523 Sherwood Trace**
**Gainsville, FL 32605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gail Massot**
**21 S. Fenwick St.**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 726 of 1000

| 3.454 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gale Iguchi**
**713 Borello Way**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 4 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Galen Giampetro**
**1110 L Street #5**
**Modesto, CA 95354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 5 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Gareth Rose**
**3773 Farm Hills Blvd.**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 6 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Garret Autry**
**5555 Memorial Dr Ste F #464**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 7 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Garret Willis**
**1516 Foppiano Loop**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 8 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Garrett  Monson**
**541 South 27th Place**
**Mesa, AZ 85204-3040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 9 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Garrett Bishopp**
**2880 E. Lindrick Dr**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 727 of 1000

---

**3.4550**

**Nonpriority creditor's name and mailing address**
**Garrett Corey**
**417 A St. APT 326**
**Daly City, CA 94014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4551**

**Nonpriority creditor's name and mailing address**
**Garrett Geraci**
**300 L St. NE Apt. 107**
**Washington, DC 20002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4552**

**Nonpriority creditor's name and mailing address**
**Garrett Grimm**
**140 Divisadero #2**
**SAN FRANCISCO, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4553**

**Nonpriority creditor's name and mailing address**
**Garrett Hara**
**2041 Atlas Loop**
**Mountain View, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4554**

**Nonpriority creditor's name and mailing address**
**Garrett Mancillas**
**11009 Silo Valley Drive**
**Austin, TX 78754**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4555**

**Nonpriority creditor's name and mailing address**
**Garrett Mattrocce**
**100 Esplanade Ave #110**
**Pacifica, CA 94044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4556**

**Nonpriority creditor's name and mailing address**
**Garrett ODonohue**
**11325 Ingram**
**Livonia, MI 48150**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 728 of 1000

| 3.455 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Garrett Rayner**
**407 Wayne Avenue**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.455 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Garrett Schander**
**1890 e appleby rd**
**gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.455 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Garrett White**
**6234 Washington Ave**
**Saint Louis, MO 63130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.456 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Garrick Beaster**
**6023 Treetops Dr**
**Romulus, MI 48174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.456 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Garrie Burr**
**Box 1245, Lindell & Skinker Blvds.**
**St. Louis, MO 63130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.456 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Garth Webb**
**997 Tennessee St.**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.456 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary  Thomason**
**4300 Duncan**
**St. Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 729 of 1000

| 3.456 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.456 4**

**Nonpriority creditor's name and mailing address**

**Gary Aden**
**350 Turkshead Ln**
**Redwood City, CA 94065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.456 5**

**Nonpriority creditor's name and mailing address**

**Gary Aurit**
**1427 Floribunda Avenue, #102**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.456 6**

**Nonpriority creditor's name and mailing address**

**Gary Banta**
**27185 Prado Del Sol**
**Carmel Valley, CA 93923**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.456 7**

**Nonpriority creditor's name and mailing address**

**Gary Beberman**
**697 Douglass St.**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.456 8**

**Nonpriority creditor's name and mailing address**

**Gary Buhrmaster**
**107 S Mary Ave, Apt 6**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.456 9**

**Nonpriority creditor's name and mailing address**

**Gary Campbell**
**211 Kindlewood Dr**
**Durham, NC 27703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.457 0**

**Nonpriority creditor's name and mailing address**

**Gary D. Aden**
**350 Turkshead Ln**
**Redwood City, CA 94065**

Date(s) debt was incurred **1/11/2012**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ☐ No ☐ Yes

**$20,349.42**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 730 of 1000

| 3.457 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Feierbach**
**3206 E. Laurel Ck. Rd.**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Fitzgerald**
**984 Chestnut Oak Drive**
**St. Charles, MO 63303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Grzebienik**
**420 N Crooks Rd**
**Clawson, MI 48017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Hemby**
**26 Underwood Place NW.**
**Washington, DC 20012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Kish**
**1018 Sunnybrae Blvd**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Lindsey**
**3920 Kingsbarns Dr**
**Roseville, CA 95747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Malady**
**6732 Hot Springs Drive**
**Austin, TX 78749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 731 of 1000

| 3.457 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gary McGregor**
PObox 388
Elgin, TX 78621

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gary Middelkamp**
3317 E. Bell Rd. #101-423
Phoenix, AZ 85032

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gary Moschetta**
1440 Abers Creek Road
Plum, PA 15239

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gary Murry**
958 Desmet Way
San Jose, CA 95125

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gary Nola**
1915 W Fort St Apt 517
Detroit, MI 48216

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gary Oliver**
1618 sullivan ave suite 105
Daly City, CA 94015-1968

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gary Prischak**
111 Hahn Rd.
Pittsburgh, PA 15209

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 732 of 1000

---

**3.458
5**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Gary Rabins**
**961 Chehalis Dr.**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458
6**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Gary Rashed**
**1775 York Ave Apt 23E**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458
7**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Gary Rauscher**
**2135 Denise Drive**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458
8**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Gary Saxon**
**1322 El Camino Real**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458
9**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Gary Snyder**
**790 Mariner Park Way, #12**
**Santa Cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459
0**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Gary Stoll**
**1176 S. San Tomas Aquino Rd.**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459
1**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Gary Thomas**
**4002 E Turney Ave**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 733 of 1000

| 3.459 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Withey**
135 Lexington St
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Wozniak**
200 Winchester Circle
Apt C313, CA 95032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Young**
1850 Montecito Ave
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Yuhara**
20410 Santa Cruz Hwy
Los Gatos, CA 95033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Zellweger**
236 Saint Francis St
Redwood City, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Zhibin Zhang**
1408 Nighthawk Dr
Santa Rosa, CA 95409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Zoellner**
1501 W. 24th Street, Suite 204
Yuma, AZ 85364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gashaw Bizana**
851 E. Lemon St. #5176
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gaspar Raj**
532 N jordon rd,apt 304
alexandria, VA 22304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gaurav Khatri**
1510 S BASCOM AVE APT 112
CAMPBELL, CA 95008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gautham Shankar Ayyapessur**
1255 East University Dr., #1075
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gavin Barr**
1062 Byerley
San Jose, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.50 |
|---|---|---|---|

**Gavin Rea_V**
314 Walnut St
Menlo Park, CA 94025

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **8/22/2017**

Last 4 digits of account number **3**

Basis for the claim: **[Notice only] Techshop Menlo Park - STEAM instructor Fees for 07/18/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gavin Stevens**
770 E Cherrywood Pl
Chandler, AZ 85249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.460 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gazal Sahai**
**400 River side ct, apt no 110**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geary Chew**
**701 Bahama Lane**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gene Durkin**
**17221 13th Ave. NW**
**Shoreline, WA 98177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gene Homicki**
**2111 Hearst Ave.**
**Berkeley, CA 94709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gene Joe**
**4425 Destinys Gate**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Genevieve Laroche**
**135 Rio Robles E. Unit 406**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Genevieve Patterson**
**3433 Mount Burnside Way**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 736 of 1000

| 3.461 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Genna Hodges**
**1725 Celeste**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.461 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geoff Budd**
**1101 5th Ave.**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.461 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geoff Cant**
**445 Tehama St. Apt. C**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.461 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geoff Facer**
**Levitas c/o TechShop, 2415 Bay Rd, Tahoe**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.461 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geoff Guidetti**
**822 53rd St**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.461 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geoff Larson**
**455 Blackwood St**
**Sacramento, CA 95815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.461 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geoff Moyer**
**276 La Cuesta Drive**
**Portola Valley, CA 94028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 737 of 1000

| 3.462 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geoff Ricco**
**1967 Eastern Avenue Suite 2**
**Verona, PA 15147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geoff Schmidt**
**140 9th St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geoffrey Dubridge**
**1347 N Redwood Ave**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geoffrey Gratz**
**1 Federal Street #49**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,575.34 |
|---|---|---|---|

**Geoffrey Moyer**
**276 La Cuesta Drive**
**Portola Valley, CA 94028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/21/2015**
Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geoffrey Schecht**
**1600 Bengal Drive**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geoffroy Birtz**
**1516 Lima Ct**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 738 of 1000

| 3.462 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **George Kitchen** | ☐ Contingent | |
| **11760 Sunrise Valley Dr #413** | ☐ Unliquidated | |
| **Reston, VA 20191** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.462 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **George Lewis** | ☐ Contingent | |
| **2107 Wilson Blvd, Suite 1100** | ☐ Unliquidated | |
| **Arlington, VA 22201** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.462 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **George Rapley** | ☐ Contingent | |
| **45 Carmel street** | ☐ Unliquidated | |
| **San Francisco, CA 94117** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.463 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,053.09** |
| **George A. Miller** | ☐ Contingent | |
| **1750 Taylor St. #205** | ☐ Unliquidated | |
| **San Francisco, CA 94133** | ☐ Disputed | |
| Date(s) debt was incurred **3/1/2012** | Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.463 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **George Barrinuevo** | ☐ Contingent | |
| **PO Box 640792** | ☐ Unliquidated | |
| **San Jose, CA 95164** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.463 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **George Blass** | ☐ Contingent | |
| **921 Drexel** | ☐ Unliquidated | |
| **Dearborn, MI 48128** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.463 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **George Bollinger** | ☐ Contingent | |
| **4887 N. Cactus Rd** | ☐ Unliquidated | |
| **APACHE JCT, AZ 85119** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 739 of 1000

| 3.463 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Campbell**
**10890 Wunderlich Drive**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Chisa**
**2925 Bond St.**
**Rochester Hills, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Clessas**
**5913 Brookview Dr**
**Alexandria, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Constas**
**4815 Trumbull**
**Detroit, MI 48208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Deines**
**3231 S. Martingale Rd.**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Denison**
**6772 Harrison**
**Garden City, MI 48135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.464 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**George Denison_V**
**6772 Harrison St.**
**Garden City, MI 48135**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **10/25/2017**
Last 4 digits of account number  **1771**

Basis for the claim: **[Notice only] Techshop Detroit-Instructor class instructions for period 09/29/2017 to 10/25/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 740 of 1000

---

**3.464**
**1**

**Nonpriority creditor's name and mailing address**
**George Denison_V**
**6772 Harrison St.**
**Garden City, MI 48135**

Date(s) debt was incurred  9/25/2017

Last 4 digits of account number  1770

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions dated 09/09/2017 to 09/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

$140.00

---

**3.464**
**2**

**Nonpriority creditor's name and mailing address**
**George Denison_V**
**6772 Harrison St.**
**Garden City, MI 48135**

Date(s) debt was incurred  8/25/2017

Last 4 digits of account number  1769

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions dated 08/05/2017**

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

**3.464**
**3**

**Nonpriority creditor's name and mailing address**
**George Ekas**
**959 Arlington**
**Redwood City, CA 94062**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.464**
**4**

**Nonpriority creditor's name and mailing address**
**George Glaser**
**815 18th Street South G-1**
**Arlington, VA 22202**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.464**
**5**

**Nonpriority creditor's name and mailing address**
**George Happens**
**225 East 36th St, Ste 17F**
**New York, NY 10016**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.464**
**6**

**Nonpriority creditor's name and mailing address**
**George Koodarappally**
**41786 Chadbourne Dr**
**Fremont, CA 94539**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 741 of 1000

| | | | |
|---|---|---|---|
| 3.464 7 | **Nonpriority creditor's name and mailing address**<br>**George McConnell**<br>**35 Vista Drive**<br>**Maytown, PA 17550**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.464 8 | **Nonpriority creditor's name and mailing address**<br>**George Menard**<br>**PO BOX 1170**<br>**Watsonville, CA 95077**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.464 9 | **Nonpriority creditor's name and mailing address**<br>**George Miller**<br>**1750 Taylor St. #205**<br>**San Francisco, CA 94133**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.465 0 | **Nonpriority creditor's name and mailing address**<br>**George Mitchell**<br>**3344 runny mede place nw**<br>**Washington dc, DC 00020-0015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.465 1 | **Nonpriority creditor's name and mailing address**<br>**George Pickett**<br>**865 Florida Street, 1**<br>**San Francisco, CA 94110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.465 2 | **Nonpriority creditor's name and mailing address**<br>**George Polacek**<br>**1911 Branston Rd.**<br>**Catonsville, MD 21228**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.465 3 | **Nonpriority creditor's name and mailing address**<br>**George Primbs**<br>**11547 Hill Meade Lane**<br>**Lake Ridge, VA 22192**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 742 of 1000

| 3.465 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Repple**
229 O'Connor Street
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Scott**
5980 Richmond Hwy #607
Alexandria, VA 22303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Teske**
1105 Cresswell Dr
Pflugerville, TX 78660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,040.00** |
|---|---|---|---|

**George Thomas**
7024F Pennsylvania Ave
Saint Louis, MO 63111

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  9/5/2017

Last 4 digits of account number  1

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 02/02/2017-08/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Vo**
400 Buttercup Lane
Pleasant Hill, CA 94523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Georgel Williams**
3100 Highland Terrace West
Austin, TX 78731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Georgio Malouf**
538 72nd street
Brooklyn, NY 11209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 743 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.466 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gerald Damian**
**515 N. Franklin**
**Dearborn, MI 48128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,332.85** |
|---|---|---|---|

**Gerald F. Davis**
**1047 Martin Pl**
**Ann Arbor, MI 48104**

Date(s) debt was incurred **1/9/2012**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gerald Lovelace**
**1641 Country Club Drive**
**Milpitas, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gerald Sauer**
**18 Sandstone St**
**Portola Valley, CA 94028**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gerald Smith**
**2760 Melendy Dr.**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gerald Witters**
**679 N 11th St**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gerald Zhou**
**2028 Jones St**
**San Francisco, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Geralyn Moore**
**47 View St**
**Los Altos, CA 94022**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.466 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gerard Stocker**
**5618 Nevada Ave NW**
**Washington, DC 20015**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.467 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gerardo Pelayo**
**15510 Ranch Road , 620 N Apt 01307**
**Austin, TX 78717-5222**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.467 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gerin River**
**3912 Ruby St.**
**Oakland, CA 94609**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.467 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gerrit Coetzee**
**1201 Dolores St Apt 5**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.467 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gerry Alcocer**
**2857 Regatta Dr**
**Oakland, CA 94601**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.467 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gerry Brown**
**1724 EAST AVE**
**McLEAN, VA 22101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 745 of 1000

| 3.467 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gervais Tompkin**
**14 Willow Avenue**
**Fairfax, CA 94930**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Getty Hill**
**1245 N State Pkwy**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**GG Gala Living Trust**
**290 Walnut Ave #205**
**Santa Cruz, CA 95060**

Date(s) debt was incurred  **5/24/2017**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,391.78

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ghadah Alhasan**
**7567 Clayton Rd**
**Saint louis, MO 63117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gianluca Martini**
**1111 Pine street, 202**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gil Citro**
**PO Box 81786**
**Pittsburgh, PA 15217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gilles Roux**
**104 Baker St Apt 5**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 746 of 1000

| 3.468 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Gillian Brockett**
**1501 Cullen Ave**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Gillian Preston**
**5436 Stanton Ave. Apt 2**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Gillian Wallace**
**456 Heatherbray Ct.**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Gina Falsetto**
**93 Buena Vista Terrace**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Gina Grafos**
**5383 Reber Place**
**St. Louis, MO 63139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Gina Mann**
**14163 N 90th Pl**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Gina Su**
**2332 Channing Way Unit B**
**Berkeley, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 747 of 1000

---

**3.4689**

Nonpriority creditor's name and mailing address

**Ginny Machak**
**941 East Grant Place**
**San Mateo, CA 94402**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4690**

Nonpriority creditor's name and mailing address

**Gint Puskorius**
**22559 Fuller Drive**
**Novi, MI 48374**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4691**

Nonpriority creditor's name and mailing address

**Giovanni Garcia**
**8200 Tonupa Ln.**
**Austin, TX 78724**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4692**

Nonpriority creditor's name and mailing address

**Giovanni Lupo**
**1013 King street**
**Alexandria, VA 22314**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4693**

Nonpriority creditor's name and mailing address

**Girma Bekele**
**14985 Citation Ct**
**Morgan Hill, CA 95037**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4694**

Nonpriority creditor's name and mailing address

**Girts Folkmanis**
**1480 Fulton St. Apt, 3**
**San Francisco, CA 94117**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4695**

Nonpriority creditor's name and mailing address

**Gisele Nimic**
**1529 Longfellow Ct**
**Mclean, VA 22101**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 748 of 1000

| 3.469 6 | **Nonpriority creditor's name and mailing address** **Giselle Lee** 1127 High School Way Mountain View, CA 94041 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 7 | **Nonpriority creditor's name and mailing address** **Giselle Oliveira** 825 Marshall Stret #310 Redwood City, CA 94063 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 8 | **Nonpriority creditor's name and mailing address** **Giulio Gratta** 937 Wing Place Stanford, CA 94305 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 9 | **Nonpriority creditor's name and mailing address** **Glen Dils** 1829 Eaton Ave San Carlos, CA 94070 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 0 | **Nonpriority creditor's name and mailing address** **Glen Emory** 1280 Westwood St. Redwood City, CA 94061 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 1 | **Nonpriority creditor's name and mailing address** **Glen Selle** 811 Ganahl Dr. Ballwin, MO 63011 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 2 | **Nonpriority creditor's name and mailing address** **Glen Wester** 2037 Olive Ave San Jose, CA 95128 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 749 of 1000

| 3.470 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Glenn Barnes**
**9848 Arv Ellen Drive**
**Saint Louis, MO 63123**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Glenn Black**
**235A 36th Ave**
**San Mateo, CA 94403**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Glenn Eagens 5m Project, LLC**
**5 Third Street, Suite 200**
**San Francisco, CA 94103**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Glenn Eason**
**3500 Arrowhead**
**Round Rock, TX 78681**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Glenn Ellingson**
**450 S 13th St**
**San Jose, CA 95112**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Glenn Flaten**
**20958 E. Arroyo Verde Dr.**
**Queen Creek, AZ 85142**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Glenn Robertson**
**365 Creekside Dr**
**Buda, TX 78610**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 750 of 1000

| 3.471 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.67 |
|---|---|---|---|

**Global Capacity**
PO BOX 674041
Dallas, TX 75267

Date(s) debt was incurred __12/1/2017__

Last 4 digits of account number __3582__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - DDSL ,regulatory Recovery Surcharge & Paper Invoice Mailing Fee for the period of Nov and Dec 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.67 |
|---|---|---|---|

**Global Capacity**
PO BOX 674041
Dallas, TX 75267

Date(s) debt was incurred __10/31/2017__

Last 4 digits of account number __1580__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - DDSL ,regulatory Recovery Surcharge & Paper Invoice Mailing Fee for the period of Oct 2017 to No...**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,415.20 |
|---|---|---|---|

**Global Equipment Company Inc.**
29833 Network Place
Chicago   60673-1298

Date(s) debt was incurred __11/1/2017__

Last 4 digits of account number __5663__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- Sandusky Elite Series and Storage Cabinet EA4R**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,507.50 |
|---|---|---|---|

**Global Equipment Company Inc.**
29833 Network Place
Chicago   60673-1298

Date(s) debt was incurred __10/1/2017__

Last 4 digits of account number __4541__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- Bluff #174, Orange Sheet, Wall Bracket and Durham HDWB**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,025.19 |
|---|---|---|---|

**Global Equipment Company Inc.**
29833 Network Place
Chicago   60673-1298

Date(s) debt was incurred __10/1/2017__

Last 4 digits of account number __0450__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- Tennsco Counter High Metal Storage Cabinet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,469.47 |
|---|---|---|---|

**Global Equipment Company Inc.**
29833 Network Place
Chicago   60673-1298

Date(s) debt was incurred __9/5/2017__

Last 4 digits of account number __4616__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- STORAGE LOCKER Part# (238231BL , 652079BL & 238849BL)**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 751 of 1000

| 3.471 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$491.79** |
|---|---|---|---|

Global Equipment Company Inc.
29833 Network Place
Chicago  60673-1298

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/6/2017

Last 4 digits of account number  0985

Basis for the claim:  **[Notice only] Techshop Brooklyn- Stock # B485447 -Durham Slide Rack 303-95-For Large Compartment Qty -5@$72.49**

Is the claim subject to offset? ■ No ☐ Yes

| 3.471 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$385.57** |
|---|---|---|---|

Global Equipment Company Inc.
29833 Network Place
Chicago  60673-1298

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/12/2017

Last 4 digits of account number  2396

Basis for the claim:  **[Notice only] Techshop Brooklyn- Durham Steel Scoop Compartment Box 123-**

Is the claim subject to offset? ■ No ☐ Yes

| 3.471 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,863.99** |
|---|---|---|---|

Global Equipment Company Inc.
29833 Network Place
Chicago  60673-1298

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/13/2017

Last 4 digits of account number  8561

Basis for the claim:  **[Notice only] Techshop Brooklyn- Wilton 11104 4" Jaw Width 2-1/4" Throat Depth**

Is the claim subject to offset? ■ No ☐ Yes

| 3.471 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

gloria cardenas
1253 B exposition Dr
san Francisco, CA 94130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.472 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Gloria Walls
4807 Gypsy Cv
Austin, TX 78727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.472 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Glynis Hively
1431 Rosalia Ave
San Jose, CA 95130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 752 of 1000

| 3.472 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glynniece Westmoreland**
3362 W Ross Dr
Chandler, AZ 85226

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,531.51 |
|---|---|---|---|

**GM 99 GMSS INC.**
1710 S Holt Ave
Los Angeles, CA 90035

Date(s) debt was incurred  **9/28/2015**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,840.00 |
|---|---|---|---|

**GMCN**
115 East Laurel Street
Garden City, KS 67846

Date(s) debt was incurred  **1/1/2017**

Last 4 digits of account number  **TS51**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CSN 10-31-2016 Programming Design -PD1 & Schematic Design -SD1**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,484.02 |
|---|---|---|---|

**GMCN**
115 E. LAUREL ST
GARDEN CITY, KS 67846

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number  **2069**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Moved from TS - Corp to TS - SJ as per Jessica Kasner email dated 01/06/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,278.14 |
|---|---|---|---|

**GMCN**
115 E. LAUREL ST
GARDEN CITY, KS 67846

Date(s) debt was incurred  **1/26/2017**

Last 4 digits of account number  **TS57**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Invoice for architectural service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,135.10 |
|---|---|---|---|

**GMCN**
115 East Laurel Street
Garden City, KS 67846

Date(s) debt was incurred  **9/12/2017**

Last 4 digits of account number  **TS16**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn- Services rendered related to Site Visits, Permits & Application & HNY Consulting Enginerrs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.96 |
|---|---|---|---|

**Golden Gate Office Solutions_V**
927 Howard Street
San Francisco, CA 94103

Date(s) debt was incurred **9/7/2017**

Last 4 digits of account number **3250**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Office supply on dated 07/07/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gonz Jove**
5415 Page
St. Louis, MO 63112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gonzalo Cabrera**
3367 Oak West Dr
Ellicot City, MD 21043

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gonzalo Martinez**
3 White Oak Way
Novato, CA 94949

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gopi Flaherty**
1308 Alton Avenue
Pittsburgh, PA 15216

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gordon Crago**
PO Box 2532
FAlls CHurch, VA 22042

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gordon Cutler**
9821 Inwood Rd
Folsom, CA 95630

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 754 of 1000

---

**3.473 5**

**Nonpriority creditor's name and mailing address**
**Gordon Garb**
**1141 Polk Ave.**
**Sunnyvale, CA 94086**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 6**

**Nonpriority creditor's name and mailing address**
**Gordon Kirkwood**
**216 park lane**
**atherton, CA 94027**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 7**

**Nonpriority creditor's name and mailing address**
**Gordon Kwan**
**7143 Galli Dr.**
**San Jose, CA 95129**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 8**

**Nonpriority creditor's name and mailing address**
**Gordon Russell**
**701 E Apache Blvd**
**D2043D**
**Tempe, AZ 85281**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 9**

**Nonpriority creditor's name and mailing address**
**Gordon Waite**
**885 E. Cindy St.**
**Chandler, AZ 85225**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 0**

**Nonpriority creditor's name and mailing address**
**Gordon Wallace**
**320 23rd Street S Apt 1301**
**Arlington, VA 22202**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 1**

**Nonpriority creditor's name and mailing address**
**Gordon Walton**
**600 Spang Rd.**
**Baden, PA 15005**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 2**

**Nonpriority creditor's name and mailing address**
**Gordon White**
**6351 Dublin Blvd**
**Dublin, CA 94568**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 3**

**Nonpriority creditor's name and mailing address**
**Grace Breyley**
**149 Morse Street**
**San Francisco, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 4**

**Nonpriority creditor's name and mailing address**
**Grace Cousins**
**14330 Cordwood Ct**
**Saratoga, CA 95070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 5**

**Nonpriority creditor's name and mailing address**
**Grace Credo**
**1430 Via Vista**
**San Mateo, CA 94404**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 6**

**Nonpriority creditor's name and mailing address**
**Grace Lee**
**3200 Hillview Ave.**
**Palo Alto, CA 94304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 7**

**Nonpriority creditor's name and mailing address**
**Grace Lin**
**92 Hillcrest Rd.**
**San Carlos, CA 94070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 8**

**Nonpriority creditor's name and mailing address**
**Grace Moss**
**505 62nd St Apt D1**
**Brooklyn, NY 11220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 756 of 1000

**3.474 9**

**Nonpriority creditor's name and mailing address**
**Graeme Ware**
**116 Hillcrest Road**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.475 0**

**Nonpriority creditor's name and mailing address**
**Graham  Browne**
**2724 Utah st**
**st. Louis, MO 63118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.475 1**

**Nonpriority creditor's name and mailing address**
**Graham Arthur**
**5032 Forbes Avenue, SMC 4613**
**Pittsburgh, PA 15289**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.475 2**

**Nonpriority creditor's name and mailing address**
**Graham Galloway**
**129 Magnolia St.**
**Santa Cruz, CA 95065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.475 3**

**Nonpriority creditor's name and mailing address**
**Graig Marx**
**216 Ligonier Ln**
**Newbensrgh, PA 15068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.475 4**

**Nonpriority creditor's name and mailing address**
**Grainger**
**DEPT 871006326**
**Palatine, IL 60038**

Date(s) debt was incurred  **9/21/2017**

Last 4 digits of account number  **6576**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - CLEANER/DEGREASER, Multifold Sheets etc. for July 2017**

Is the claim subject to offset? ■ No  ☐ Yes

$514.09

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 757 of 1000

| | |
|---|---|
| **3.475 5** | |

**Nonpriority creditor's name and mailing address**
**Grainger**
**DEPT 871006326**
**Palatine, IL 60038**

Date(s) debt was incurred **8/19/2017**

Last 4 digits of account number **8542**

**As of the petition filing date, the claim is:** *Check all that apply.*     **$98.44**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Desiccant, Non Woven for July 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.475 6** | |

**Nonpriority creditor's name and mailing address**
**Grainger**
**DEPT. 871006326**
**PALATINE, IL 60038-0001**

Date(s) debt was incurred **10/3/2017**

Last 4 digits of account number **6576**

**As of the petition filing date, the claim is:** *Check all that apply.*     **$514.09**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Multiple Item Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.475 7** | |

**Nonpriority creditor's name and mailing address**
**Grainger**
**DEPT. 871006326**
**PALATINE, IL 60038-0001**

Date(s) debt was incurred **10/3/2017**

Last 4 digits of account number **8542**

**As of the petition filing date, the claim is:** *Check all that apply.*     **$98.44**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Multiple Item Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.475 8** | |

**Nonpriority creditor's name and mailing address**
**Grant Bouvier**
**311 Fourth Avenue**
**Phoenixville, PA 19460**

Date(s) debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.475 9** | |

**Nonpriority creditor's name and mailing address**
**Grant Compton**
**17505 Rexwood**
**Livonia, MI 48152**

Date(s) debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.476 0** | |

**Nonpriority creditor's name and mailing address**
**Grant Peterson**
**16417 S. Mountain Stone Trail**
**Phoenix, AZ 85048**

Date(s) debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 758 of 1000

| 3.476 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grant Toeppen**
36 Fairview Ave.
Atherton, CA 94027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grant Willig**
1297 Carson St.
Redwood City, CA 94061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gray Dunn**
1197 Laurie Ave
San Jose, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grayson Schlichting**
11601 Century Oaks Terr #4109
Austin, TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grayson Willis**
989 Nettle Place
Sunnyvale, CA 94086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.00 |
|---|---|---|---|

**Greater St. Louis Area Council, BSA**
4568 West Pine Blvd.
St. Louis, MO 63108

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/6/2017**

Last 4 digits of account number  **2**

Basis for the claim:  **[Notice only] Techshop St. Louis- Payment for 2nd Quarter STEM Workshops (April - June, 2017)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Greg Ansley**
195 E Meadows Ct
Alpharetta, GA 30005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 759 of 1000

| 3.476 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Greg Barr**
**1062 Byerley Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Greg Brant**
**721 209th Avenue Court East**
**Lake Tapps, WA 98391**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,380.82 |
|---|---|---|---|

**Greg Buchner**
**690 Covington Rd.**
**Los Altos, CA 94024**

Date(s) debt was incurred  **5/26/2016**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Greg Buchner**
**690 Covington Rd.**
**Los Altos, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Greg Butler**
**72 W. Prospect Ave**
**Pittsburgh, PA 15205**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Greg Corrado**
**274A Connecticut St**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Greg Cory**
**1391 6th Ave**
**san francisco, CA 94122**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 760 of 1000

| | |
|---|---|
| 3.477<br>5 | **Nonpriority creditor's name and mailing address** |

**Greg Courville**
**7151 Wooded Lake Dr.**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.477<br>6 | **Nonpriority creditor's name and mailing address** |

**Greg Cutler**
**151 Duncan Street**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.477<br>7 | **Nonpriority creditor's name and mailing address** |

**Greg Fadell**
**9420 allen rd**
**clarkston, MI 48348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.477<br>8 | **Nonpriority creditor's name and mailing address** |

**Greg Feneis**
**903 Fourth Avenue**
**Redwood City, CA 94063-4006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.477<br>9 | **Nonpriority creditor's name and mailing address** |

**Greg Geerling**
**4353 Westminster Pl**
**Saint Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.478<br>0 | **Nonpriority creditor's name and mailing address** |

**Greg Good**
**444 Cambridge**
**Royal Oak, MI 48007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.478<br>1 | **Nonpriority creditor's name and mailing address** |

**Greg Gunn**
**300 Ivy St, Apartment #500**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 761 of 1000

**3.478 2**

**Nonpriority creditor's name and mailing address**

**greg humphrey**
**166 del vale ave**
**San Francisco, CA 94127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 3**

**Nonpriority creditor's name and mailing address**

**Greg Justice**
**1131 Park St NE**
**Washington, DC 20002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 4**

**Nonpriority creditor's name and mailing address**

**Greg Kaine**
**508 Ironwood Terrace #3**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 5**

**Nonpriority creditor's name and mailing address**

**Greg Kaspherskiy**
**15547 Palos Verdes Mall #159**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 6**

**Nonpriority creditor's name and mailing address**

**Greg King**
**12800 Centerlake Drive APT 234**
**Austin, TX 78753**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 7**

**Nonpriority creditor's name and mailing address**

**Greg LaKomski**
**PO Box 671**
**Elgin, TX 78621**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 8**

**Nonpriority creditor's name and mailing address**

**Greg Lindahl**
**1259 Lakeside Drive #2206**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 762 of 1000

**3.4789**

Nonpriority creditor's name and mailing address
**Greg McConville**
**4458 Blossom Hill Trail**
**Ann Arbor, MI 48108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4790**

Nonpriority creditor's name and mailing address
**Greg McGovern**
**10269 Dorchester Place**
**Manassas, VA 20110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4791**

Nonpriority creditor's name and mailing address
**Greg McPheeters**
**741 Seaside St.**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4792**

Nonpriority creditor's name and mailing address
**Greg Melia**
**1915 Wells Branch Parkway, Apt 1114**
**Austin, TX 78728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4793**

Nonpriority creditor's name and mailing address
**Greg Melia _V**
**14000 Renaissance Court**
**Apt 3090**
**Austin, TX 78728**

Date(s) debt was incurred  **10/24/2017**

Last 4 digits of account number  **24**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions from 06/08/2017 to 06/21/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.4794**

Nonpriority creditor's name and mailing address
**Greg Melia _V**
**14000 Renaissance Court**
**Apt 3090**
**Austin, TX 78728**

Date(s) debt was incurred  **10/24/2017**

Last 4 digits of account number  **25**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions from 07/07/2017 to 07/12/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 763 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.479 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**Greg Melia _V**
**14000 Renaissance Court**
**Apt 3090**
**Austin, TX 78728**

Date(s) debt was incurred  **10/24/2017**

Last 4 digits of account number  **26**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions from 09/16/2017 to 09/29/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Greg Melia _V**
**14000 Renaissance Court**
**Apt 3090**
**Austin, TX 78728**

Date(s) debt was incurred  **11/2/2017**

Last 4 digits of account number  **27**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions on 10/28/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Greg Minion**
**5521 Margaretta St**
**Pittsburgh, PA 15206**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Greg Moran**
**1330 S Fern St**
**Arlington, VA 22202**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Greg Onstott**
**3300 Bee Cave Rd, Ste 650-203**
**Austin, TX 78746**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Greg Place**
**329 McDonald Pl**
**St. Louis, MO 63119**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 764 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.480**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,164.38** |
|---|---|---|
| **Greg Shipley**<br>**3267 N St. NW Unit 5**<br>**Washington, DC 20007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/4/2014 | Basis for the claim:  **Principal and accrued interest for loan to TechShop** | |
| Last 4 digits of account number  NA | **DC-Arlington LLC** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.480**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Greg Shipley**<br>**3267 N St. NW Unit 5**<br>**Washington, DC 20007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.480**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Greg Smith**<br>**1709 Stanhope Ave.**<br>**grosse Pointe Woods, MI 48236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.480**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Greg Sumner**<br>**788 17th Ave**<br>**San Francisco, CA 94121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.480**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Greg Waner**<br>**407 Battle Bend Blvd.**<br>**Austin, TX 78745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.480**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Greg Werner**<br>**43480 Southerland Way**<br>**Fremont, CA 94539** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.480**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Greg Zuber**<br>**PO Box 4611**<br>**Walnut Creek, CA 94596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 765 of 1000

| 3.4808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregg Camp**
230 Shoreview Drive
Aptos, CA 95003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregg Louis**
2900 Indiana Ave, Unit 1
St. Louis, MO 63118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregg Oleksa**
6144 Deer Ridge Trail
Springfield, VA 22150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregg Roos**
133 Kingston St.
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**Gregg Wrobleski**
2601 La Frontera Blvd.  Apt #2318
Round Rock, TX 78681

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  11/1/2017
Last 4 digits of account number  9008

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions on 10/21/2017 and 10/29/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Gregg Wrobleski**
2601 La Frontera Blvd.  Apt #2318
Round Rock, TX 78681

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  9/30/2017
Last 4 digits of account number  9007

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions on 09/17/2017 and 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 766 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.481 4 | **Nonpriority creditor's name and mailing address** **Gregg Wrobleski** **2601 La Frontera Blvd.  Apt #2318** **Round Rock, TX 78681** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ☐ Unliquidated ■ Disputed | $60.00 |
| | Date(s) debt was incurred  **8/29/2017** Last 4 digits of account number  **8006** | Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions on 08/18/2017** Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.481 5 | **Nonpriority creditor's name and mailing address** **GreggWilliamson Perez** **259 Wyckoff St. Apt. 3** **Brooklyn, NY 11217** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
| | Date(s) debt was incurred  _ Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.481 6 | **Nonpriority creditor's name and mailing address** **Gregoire HENRY** **180 SANSOME ST.** **SAN FRANCISCO, CA 94103** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
| | Date(s) debt was incurred  _ Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.481 7 | **Nonpriority creditor's name and mailing address** **Gregori Niculitcheff** **214 Redwood Dr.** **La Honda, CA 94020** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
| | Date(s) debt was incurred  _ Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.481 8 | **Nonpriority creditor's name and mailing address** **Gregory Castellanos** **926 Howard Street** **San Francisco, CA 94103** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ☐ Unliquidated ■ Disputed | $25.00 |
| | Date(s) debt was incurred  _ Last 4 digits of account number  **2317** | Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instruction on dated 10/10/2017** Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.481 9 | **Nonpriority creditor's name and mailing address** **Gregory Castellanos_V** **TechShop SF** **926 Howard St** **San Francisco, CA 94103** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ☐ Unliquidated ■ Disputed | $225.00 |
| | Date(s) debt was incurred  **10/23/2017** Last 4 digits of account number  **2317** | Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction on dated 10/10/2017** Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 767 of 1000

| 3.482 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,487.50** |
|---|---|---|---|

**Gregory Castellanos_V**
**TechShop SF**
**926 Howard St**
**San Francisco, CA 94103**

Date(s) debt was incurred  9/9/2017

Last 4 digits of account number  2017

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  [Notice only] Techshop SOMA - Instructor class instruction for the period 07/29/2017 to 09/08/2017

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 1 |
|---|

**Gregory Castellanos_V**
**TechShop SF**
**926 Howard St**
**San Francisco, CA 94103**

Date(s) debt was incurred  7/31/2017

Last 4 digits of account number  3117

As of the petition filing date, the claim is: Check all that apply.    **$5,787.50**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  [Notice only] Techshop SOMA - Instructor class instruction for the period 05/25/2017 to 07/28/2017

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 2 |
|---|

**Gregory Gingell**
**2695 S Tucana Ct**
**Gilbert, AZ 85295**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 3 |
|---|

**Gregory Harriman**
**14672 Gypsy Hill Rd**
**Saratoga, CA 95070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 4 |
|---|

**Gregory Henry**
**1790 S. Lynn St.**
**Arlington, VA 22202**

Date(s) debt va incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 5 |
|---|

**Gregory Hughes**
**440 Belmont Ave.**
**San Jose, CA 95125**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 768 of 1000

| 3.482 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gregory Jaworski**
**333 Main ST APT 224**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gregory Luedtke**
**1589 Rebel Way**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gregory Miller**
**One Clarence Place #1**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gregory Nicol**
**1310C Gateview Avenue**
**San Francisco, CA 94130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gregory Sadowy**
**936 Beverly Way**
**Altadena, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gregory Stone**
**472 n winchester blvd #4**
**santa clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,402.72** |
|---|---|---|---|

**Gregory Thomas McPheeters**
**741 Seaside St.**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/2/2011**
Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 769 of 1000

| | |
|---|---|
| 3.483 3 | |

**Nonpriority creditor's name and mailing address**
**Gregory Voigt**
**1832 E. Mountain Sky Ave.**
**Phoenix, AZ 85048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.483 4 | |

**Nonpriority creditor's name and mailing address**
**Gregory Woods**
**6802 Brisbane Street**
**Springfield, VA 22152**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.483 5 | |

**Nonpriority creditor's name and mailing address**
**Gregory Zak**
**116 E Middlefield Rd #C**
**Mountain View, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.483 6 | |

**Nonpriority creditor's name and mailing address**
**Gregory Zumsteg**
**1563 Fraser Drive**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.483 7 | |

**Nonpriority creditor's name and mailing address**
**Gregory-Adam Terry**
**1709 Otis Place NE**
**Washington, DC 00020-0018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.483 8 | |

**Nonpriority creditor's name and mailing address**
**Greta Galindo**
**33590 Canvas Back St**
**Woodland, CA 95695**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.483 9 | |

**Nonpriority creditor's name and mailing address**
**Gretchen Briggs**
**1793 Paducah Court**
**Woodbridge, VA 22191**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 770 of 1000

Debtor **TechShop, Inc.**
     Name
Case number *(if known)*

| | |
|---|---|
| **3.4840** | |

**Nonpriority creditor's name and mailing address**
**Griffin Crown**
**1260 E University Dr**
**Apt 1080**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.4841** | |

**Nonpriority creditor's name and mailing address**
**Guglielmo Morandin**
**956 Franquette Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.4842** | |

**Nonpriority creditor's name and mailing address**
**Guillermo  Cornejo**
**38 Broadway Street**
**Redwood City, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.4843** | |

**Nonpriority creditor's name and mailing address**
**Gulu Gambhir**
**436 West St NW**
**Vienna, VA 22180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.4844** | |

**Nonpriority creditor's name and mailing address**
**Guo Feng**
**3573 Sunnymead Court**
**San Jose, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.4845** | |

**Nonpriority creditor's name and mailing address**
**Guoyu Liu**
**1571 W El Camino Real Apt#16**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.4846** | |

**Nonpriority creditor's name and mailing address**
**Gus  Andrade**
**1360 Vinci Park Way**
**San Jose, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 771 of 1000

| 3.4847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gustav Rutecki**
9320 Saddlebrook Court
Plymouth, MI 48170

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,385.98 |
|---|---|---|---|

**Gustavo Adolfo Gil**
14837 West Escondido Dr. North
Litchfield Park, AZ 85340

Date(s) debt was incurred  **3/22/2010**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gustavo Berga**
300 N Lamar Blvd, Apt 207
Austin, TX 78703

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gustavo Correa**
13629 Kings
Fontana, CA 92236

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gustavo Gil**
14837 West Escondido Dr. North
Litchfield Park, AZ 85340

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gustavo Moreno**
105 Hilltop Dr. #1
Liberty Hill, TX 78642

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,454.79 |
|---|---|---|---|

**Gutelius Family Revocable Trust**
1259 El Camino Real #230
Menlo Park, CA 94025

Date(s) debt was incurred  **11/12/2013**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 772 of 1000

| 3.485 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Guy Bieber**
**662 S. Colonial Ct.**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Guy El_Jamous**
**623 W Guadalupe Rd**
**Mesa, AZ 85210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Guy Jirrels**
**1300 W. Brooks St.**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Guy Mackenzie**
**100 Copper Leaf Ct**
**Georgetown, TX 78633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Guy McCarthy**
**1710 W. Montery St.**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Guy Wilson**
**1646A Filbert Street**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gwelle Boissiere**
**8902 E Via Linda #66**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 773 of 1000

| 3.486 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gwen Brown**
290 Wheeler Ave
Redwood City, CA 94061

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gwendolyn Chung**
6158 Chesbro Ave
San Jose, CA 95123

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gyne Riser**
3021 Maxwell Ave
Oakland, CA 94619

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gypsy Rogers**
590 Avocet Dr, Apartment 7102
Redwood City, CA 94065

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hacene Gherbi**
1770 bay ridge pkwy, 1d
brooklyn, NY 11204

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hadi Tabatabai**
2571 Shattuck Avenue, Berkeley 94704, St
berkeley, CA 94704

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hadley Pratt**
351 Stratford Ave
Pittsburgh, PA 15122

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 774 of 1000

| 3.486 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Haile Negussie**
**2325 3rd St. Suite 215**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hailey Boshell**
**26275 N Heeler Ln**
**Paulden, AZ 86334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Haitham Mokahel**
**4833 Montague Ave**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hajarat Yusuf**
**1118 Cambria Drive**
**East Lansing, MI 48823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Haji Uesato**
**60 East 8th Street Apt 33F**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hal Rodriguez**
**525 19th Avenue**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Halbert Tam**
**1102 Courtland Ave.**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398  Doc# 2  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 775 of 1000

| 3.487 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Hallsi Killian**
**616 S Main St**
**Pittsburgh, PA 15220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.487 6 |

**Nonpriority creditor's name and mailing address**
**Hamad Esmail**
**1275 E. University Dr.**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.487 7 |

**Nonpriority creditor's name and mailing address**
**Hamid Motalebi**
**1401 Red Hawk Cir, AptH202**
**Fremont, CA 94538**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.487 8 |

**Nonpriority creditor's name and mailing address**
**Hamza Yusuf**
**1118 Cambria Drive**
**East Lansing, MI 48823**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.487 9 |

**Nonpriority creditor's name and mailing address**
**Hanaa Zeid**
**4196 Lemoyne Way**
**Campbell, CA 95008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.488 0 |

**Nonpriority creditor's name and mailing address**
**Hanmi Bank**
**C/O Lease Services**
**P.O. Box 3892**
**Seattle, WA 98124**

Date(s) debt was incurred  **10/23/2017**
Last 4 digits of account number  **2017**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Installment for the Month of  November 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$656.11**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 776 of 1000

| | |
|---|---|
| **3.488 1** | |

**Nonpriority creditor's name and mailing address**

Hanmi Bank
C/O Lease Services
P.O Box 3892
Seattle, WA 98124

Date(s) debt was incurred  **10/22/2017**

Last 4 digits of account number  **2017**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Recurring Monthly Loan Repayment for November 2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$559.87**

---

| | |
|---|---|
| **3.488 2** | |

**Nonpriority creditor's name and mailing address**

Hanmi Bank
C/O Lease Services
P.O. Box 3892
Seattle, WA 98124

Date(s) debt was incurred  **10/25/2017**

Last 4 digits of account number  **2017**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Recurring monthly lease payment for November 2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$494.14**

---

| | |
|---|---|
| **3.488 3** | |

**Nonpriority creditor's name and mailing address**

Hanmi Bank
C/O Lease Services
P.O. Box 3892
Seattle, WA 98124

Date(s) debt was incurred  **10/25/2017**

Last 4 digits of account number  **2017**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Recurring Loan Repayment for the m/o Nov 2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$349.67**

---

| | |
|---|---|
| **3.488 4** | |

**Nonpriority creditor's name and mailing address**

Hanna Saurenman
6337 SOUTHWOOD AVE 3W
Clayton, MO 63105

Date(s) debt was incurred  

Last 4 digits of account number  

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.488 5** | |

**Nonpriority creditor's name and mailing address**

Hannah Bowers
305 Oakland Ave, Apt A
Oakland, CA 94611

Date(s) debt was incurred  

Last 4 digits of account number  

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.488 6** | |

**Nonpriority creditor's name and mailing address**

Hannah Capel
868 43rd St.
Emeryville, CA 94608

Date(s) debt was incurred  

Last 4 digits of account number  

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 777 of 1000

| | | |
|---|---|---|
| 3.488 7 | **Nonpriority creditor's name and mailing address**<br>**Hannah Ireland**<br>**131 Ellsworth St.**<br>**San Francisco, CA 94110** | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.488 8 | **Nonpriority creditor's name and mailing address**<br>**Hannah Kerner**<br>**3506 S. Terrace Rd**<br>**Tempe, AZ 85282** | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.488 9 | **Nonpriority creditor's name and mailing address**<br>**Hannah Robinson**<br>**2795 Golden Gate Ave**<br>**San Francisco, CA 94118-4108** | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.489 0 | **Nonpriority creditor's name and mailing address**<br>**Hannah Weintraub**<br>**231 Dale Drive**<br>**Silver Spring, MD 20910** | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.489 1 | **Nonpriority creditor's name and mailing address**<br>**Hannah Zachritz**<br>**126 Hancock St**<br>**San Francisco, CA 94114** | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.489 2 | **Nonpriority creditor's name and mailing address**<br>**Hannah Zampaglione**<br>**1615 Canyon View Dr.**<br>**San Jose, CA 95132** | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.489 3 | **Nonpriority creditor's name and mailing address**<br>**Hanover Insurance Co**<br>**PO Box 580045 Charlotte, NC 28258-0045**<br>**Charlotte, NC 28258** | **$6.00** |

Date(s) debt was incurred  **10/16/2017**

Last 4 digits of account number  **3902**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Late Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 778 of 1000

| 3.489 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,116.00 |
|---|---|---|---|

**Hanover Insurance Co**
PO Box 580045 Charlotte, NC 28258-0045
Charlotte, NC 28258

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **3902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revised  Audit for 2016-17 Workers Compensation Policy (to be paid in 4 equal installments of $4...**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,884.80 |
|---|---|---|---|

**Hanover Insurance Co**
PO Box 580045 Charlotte, NC 28258-0045
Charlotte, NC 28258

Date(s) debt was incurred  **4/11/2017**

Last 4 digits of account number  **3903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Worker Compensation policy  WHF A264239-03,Commercial Auto Policy AWF A264253-03 & Commercial Pa...**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,648.20 |
|---|---|---|---|

**Hanover Insurance Co**
PO Box 580045 Charlotte, NC 28258-0045
Charlotte, NC 28258

Date(s) debt was incurred  **4/11/2017**

Last 4 digits of account number  **5303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Worker Compensation policy  WHF A264239-03,Commercial Auto Policy AWF A264253-03 & Commercial Pa...**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,987.18 |
|---|---|---|---|

**Hanover Insurance Co**
PO Box 580045 Charlotte, NC 28258-0045
Charlotte, NC 28258

Date(s) debt was incurred  **4/11/2017**

Last 4 digits of account number  **7408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Worker Compensation policy  WHF A264239-03,Commercial Auto Policy AWF A264253-03 & Commercial Pa...**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hanqing Zhu**
2351 11th St
San Jose, CA 95112

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hans Schellenberg**
144 Shorebird Circle
Redwood City, CA 94065-5107

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 779 of 1000

| | | | |
|---|---|---|---|
| 3.490 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Hanson Linek** | ☐ Contingent | |
| | **4635 capitan drive** | ☐ Unliquidated | |
| | **Fremont, CA 94536** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.490 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Hany Nassef** | ☐ Contingent | |
| | **2150 Shattuck Ave. PH** | ☐ Unliquidated | |
| | **Berkeley, CA 94704** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.490 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Hao Lin** | ☐ Contingent | |
| | **2827 S Paseo Loma** | ☐ Unliquidated | |
| | **Mesa, AZ 85202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.490 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Hardev Kahlon** | ☐ Contingent | |
| | **2089 Cinderella Lane** | ☐ Unliquidated | |
| | **San Jose, CA 95116** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.490 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Hareesh Iyer** | ☐ Contingent | |
| | **100 W San Fernando St Suite 114** | ☐ Unliquidated | |
| | **San Jose, CA 95113** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.490 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Harlan Kilbourn** | ☐ Contingent | |
| | **12107 Shetland Chase** | ☐ Unliquidated | |
| | **Austin, TX 78727** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.490 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Harmanjeet Bains** | ☐ Contingent | |
| | **2945 S 296th Pl** | ☐ Unliquidated | |
| | **Federal Way, WA 98003** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 780 of 1000

| 3.490 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Harold Gibbs** | ☐ Contingent | |
| **140 E Rio Solado Pkwy** | ☐ Unliquidated | |
| **Tempe, AZ 85281** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.490 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Harold Russell** | ☐ Contingent | |
| **1012 Bonita Ave** | ☐ Unliquidated | |
| **Mountain View, CA 94040** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.490 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Harold Sears** | ☐ Contingent | |
| **15065 Blue Skies St.** | ☐ Unliquidated | |
| **Livonia, MI 48154** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Harold Williamson** | ☐ Contingent | |
| **2614 Belmont Canyon Road** | ☐ Unliquidated | |
| **Belmont, CA 94002** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Haroon  Dirie** | ☐ Contingent | |
| **4351 Hamilton Ave Apt 1** | ☐ Unliquidated | |
| **San Jose, CA 95130** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,010.96 |
| **Harriman Revocable Trust Dated May 17, 2** | ☐ Contingent | |
| **14672 Gypsy Hill Rd** | ☐ Unliquidated | |
| **Saratoga, CA 95070** | ☐ Disputed | |
| Date(s) debt was incurred  **1/15/2011** | Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC** | |
| Last 4 digits of account number  **NA** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Harris Chaiklin** | ☐ Contingent | |
| **1055 Escalon Ave Apt. 607** | ☐ Unliquidated | |
| **Sunnyvale, CA 94085** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.491 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harrison  Smith**
**4111 N DrinkWater Blvd A 405**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harrison McHugh**
**1263 11th Ave APT#1**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harrison Oglesby**
**6354 Blackwood Dr**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harrison Richards**
**1201 W 6th Street, Suite G**
**Austin, TX 78703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harrison Steves**
**3452 W Jefferson Ave**
**Trenton, MI 48183**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harry  Arnold**
**18141 Anglin**
**Detroit, MI 48234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harry Cheung**
**2479 E Bayshore Rd Ste 250**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 782 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.492 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harry Guillen**
**5401 East Van Buren Street Unit 3047**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harry Lobo**
**20901 Oakwood Blvd**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harry Mullin**
**41 Lebanoon Hills Drive**
**Pittsburgh, PA 15228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harry Nagel**
**3000 McCully Road**
**Allison Park, PA 15101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harry Price/ Wantin Living Trust CDI Dev**
**490 Chadbourney Rd.**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harry Ragland**
**7646 Carswold**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harry Scott**
**7101 Easy Wind Dr.**
**Austin, TX 78752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

---

**3.4928**

**Nonpriority creditor's name and mailing address**

**Harry Weppner**
**1620 Connecticut Drive**
**Redwood City, CA 94061**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4929**

**Nonpriority creditor's name and mailing address**

**Harsha Srivatsa**
**2000 Walnut Ave Apt. H201**
**Fremont, CA 94538**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4930**

**Nonpriority creditor's name and mailing address**

**Harvey Sellner**
**1014 Millspring Dr.**
**Durham, NC 27705**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4931**

**Nonpriority creditor's name and mailing address**

**Hasan Alenezi**
**1050 S Terrace rd**
**Tempe, AZ 85281**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4932**

**Nonpriority creditor's name and mailing address**

**Hasti Afsarifard**
**311 Atherton Avenue**
**Atherton, CA 94027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4933**

**Nonpriority creditor's name and mailing address**

**Hatim Amro**
**2203 Speidel Dr**
**Pflugerville, TX 78660**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4934**

**Nonpriority creditor's name and mailing address**

**Hattie Hardt**
**8603 Parkdale Dr**
**Caseyville, IL 62232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 784 of 1000

| | |
|---|---|
| **3.493 5** | |

**Nonpriority creditor's name and mailing address**
**Hayle Estrada**
**1040 Hirasaki Ct.**
**Gilroy, CA 95020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.493 6** | |

**Nonpriority creditor's name and mailing address**
**Hazel McLaws**
**1371 W Canary Way**
**Chandler, AZ 85286**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.493 7** | |

**Nonpriority creditor's name and mailing address**
**Hearst Communications Inc**
**Chronicle Downtown Properties**
**5 Third Street, Suite 200**
**San Francisco, CA 94103**

Date(s) debt was incurred **10/25/2017**

Last 4 digits of account number **7Nov**

As of the petition filing date, the claim is: *Check all that apply.*       **$33,750.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA -Rent of 926 Howard Street - November 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.493 8** | |

**Nonpriority creditor's name and mailing address**
**Hearst Communications Inc**
**Chronicle Downtown Properties**
**5 Third Street, Suite 200**
**San Francisco, CA 94103**

Date(s) debt was incurred **10/29/2017**

Last 4 digits of account number **lity**

As of the petition filing date, the claim is: *Check all that apply.*       **$1,168.89**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA -Utility charges for the month of August 2017 and September 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.493 9** | |

**Nonpriority creditor's name and mailing address**
**Heath Conaway**
**613 Leo Lane**
**Killeen, TX 76542**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.494 0** | |

**Nonpriority creditor's name and mailing address**
**Heath Culp**
**383 Logan Ranch Rd**
**Georgetown, TX 78628**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 785 of 1000

| 3.494 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heath Dieckert**
**11508 Champion Drive**
**Austin, TX 78750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heath Sullivan**
**4326 E Clayton ave**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heather Boswell**
**1120 Millbrae Ave**
**Millbrae, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heather Bowers**
**966 Lakeview Way**
**Emerald Hills, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heather Deshazer**
**314 Lakechime Dr**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heather diMarco**
**1918 Meadowbrook Rd.**
**Prescott, AZ 86303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heather DiTore**
**2125 S. Longmore**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 786 of 1000

**3.4948**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Heather Houska**<br>**120 Forest Lane**<br>**Berkeley, CA 94708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4949**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Heather Klaubert**<br>**1104 Pine St**<br>**Menlo Park, CA 94025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4950**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Heather Mallak**<br>**129 41st St**<br>**Pittsburgh, PA 15201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4951**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Heather Martinez**<br>**2251 Eisenhower Avenue #1522**<br>**Alexandria, VA 22314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4952**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Heather Stewart**<br>**1960 mandela pkwy**<br>**Oakland, CA 94607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4953**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Heather Tadlock**<br>**902 Country Aire Unit A**<br>**Round Rock, TX 78664** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4954**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Heather Tom**<br>**14959 Crosby Street**<br>**San Leandro, CA 94579** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 787 of 1000

| 3.495 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hector DeLaTorre**
**712 Trailside Bend**
**Round Rock, TX 78665**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.495 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hector Lopez**
**1313 Portchester Castle Path**
**Pflugerville, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.495 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hector Salamanca**
**3341 Ohio Ave**
**St. Louis, MO 63116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.495 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Heidi  Green**
**16886 Bold Venture**
**Leesburg, VA 20176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.495 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Heidi Abdul**
**6725 E Nicolet Ave**
**Glendale, AZ 85303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.496 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Heidi Hitchcock**
**743A Union St.**
**San Francisco, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.496 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Heidi Sodemann**
**1110 Stratford Ct**
**Round Rock, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 788 of 1000

| 3.496 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Heidi Stern**
**4282 Suzanne Drive**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Helen  Julson**
**108 Palo Duro Drive**
**Cedar Creek, TX 78612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Helen Co**
**630 N. Dixboro Rd.**
**Ann Arbor, MI 48105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HelenaFitzgerald Lindsay**
**12300 Obrad Dr**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hem Korubilli**
**1268 Casa Marcia Pl**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hema-Lou VARMA**
**402 ST.FRANCIS BLVD.**
**SAN FRANCISCO, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hendrik Lies**
**312 Fillmore Street, Apt. #15**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 789 of 1000

---

**3.4969**

**Nonpriority creditor's name and mailing address**

**Henri Bai**
**2370 market St. Ste 112**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4970**

**Nonpriority creditor's name and mailing address**

**Henry  Briggs**
**226 Henquin Dr.**
**Saint Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4971**

**Nonpriority creditor's name and mailing address**

**Henry Blankespoor**
**276 Charles Marx Way**
**Palo Alto, CA 94304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4972**

**Nonpriority creditor's name and mailing address**

**Henry Braunreuther**
**1596 Edmond Ct.**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4973**

**Nonpriority creditor's name and mailing address**

**Henry C. Moore**
**205 Laning Dr.**
**Woodside, CA 94062**

Date(s) debt was incurred  **6/14/2011**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*     **$7,932.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4974**

**Nonpriority creditor's name and mailing address**

**Henry Crome**
**5060 Kingston Way**
**San Jose, CA 95130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4975**

**Nonpriority creditor's name and mailing address**

**Henry Goffin**
**578C Hickory St**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 790 of 1000

| 3.497 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Henry Graham**
7307 Huntington Dr.
St. Louis, MO 63121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Henry Graves**
803 Oakridge Drive
Round Rock, TX 78681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Henry Jovanovic**
2722 West Estrella Drive
Chandler, AZ 85224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Henry Lam**
46 Long Pond Lane
Staten Island, NY 10304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Henry Lee**
1922 Bayview Ave
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Henry Moore**
205 Laning Dr.
Woodside, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Henry Nester**
214 McHenry Street
vienna, VA 22180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.498 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Henry Pang**
**732 bounty drive #3212**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Henry Sullivan**
**105 East Oak Street**
**Alexandria, VA 22301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Henry Thorne**
**143 H V Dr**
**Pittsburgh, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Henry Thorne-Thomsen**
**1902 Inverness Blvd**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Henry Tran**
**581 Paloma Avenue**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Henry Ubik**
**818 bishop rd**
**Grosse pt park, MI 48230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Herb Hundt**
**2600 Crystal Drive #1804**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | |
|---|---|---|
| 3.499 0 | **Nonpriority creditor's name and mailing address** **Herman Wong** 4601 Korbel St Union City, CA 94587 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.499 1 | **Nonpriority creditor's name and mailing address** **Herminio  Gonzalez** 1316 Town Center Dr. Apt 3118 Pflugerville, TX 78660 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.499 2 | **Nonpriority creditor's name and mailing address** **Hernando Chovil** 1554 Great Falls St Mclean, VA 22101 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.499 3 | **Nonpriority creditor's name and mailing address** **Herrick Family Limited Partnership** 3970 Peninsula Dr. Bay Harbor, MI 49770 | **$27,818.32** |

Date(s) debt was incurred  5/30/2012

Last 4 digits of account number  NA

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.499 4 | **Nonpriority creditor's name and mailing address** **Hilarion Sivananthan** 4557 W. Ivanhoe St. Chandler, AZ 85226 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.499 5 | **Nonpriority creditor's name and mailing address** **Hilary  Ball** 2805 31st Street NW Washington, DC 20008 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.499 6 | **Nonpriority creditor's name and mailing address** **Hilary Darbonne** 1847 Granite Creek Road Santa Cruz, CA 95065 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 793 of 1000

| | | |
|---|---|---|
| 3.499 7 | **Nonpriority creditor's name and mailing address**<br>**Hilary E Ball**<br>**2805 31st Street NW**<br>**Washington, DC 20008**<br><br>Date(s) debt was incurred  **10/14/2015**<br>Last 4 digits of account number  **NA** | **$29,613.70** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.499 8 | **Nonpriority creditor's name and mailing address**<br>**Hilary Heincer**<br>**8621 spring creek ct**<br>**Springfield, VA 22153**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.499 9 | **Nonpriority creditor's name and mailing address**<br>**Hilary Pendleton**<br>**113 S GALAXY DR**<br>**Chandler, AZ 85226**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.500 0 | **Nonpriority creditor's name and mailing address**<br>**Hilda Buxbaum**<br>**928 Bellefont St**<br>**Pittsburgh, PA 15232**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.500 1 | **Nonpriority creditor's name and mailing address**<br>**Hildreth Garb**<br>**1141 Polk Ave**<br>**Sunnyvale, CA 94086**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.500 2 | **Nonpriority creditor's name and mailing address**<br>**Himanshu Patel**<br>**1114 Nevada Ave.**<br>**San Jose, CA 95125**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.500 3 | **Nonpriority creditor's name and mailing address**<br>**Hind Ourahou**<br>**540 E Chesterfield**<br>**Ferndale, MI 48220**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 794 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.500 4 | **Nonpriority creditor's name and mailing address** <br> **Hinshaw & Culbertson, LLP** <br> **8142 Solutions Center DR.** <br> **Chicago, IL 60677** <br><br> Date(s) debt was incurred  **10/11/2017** <br><br> Last 4 digits of account number  **1215** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **For professional Services rendered through Sep 25, 2017** <br><br> Is the claim subject to offset? ☑ No  ☐ Yes | **$50.00** |
|---|---|---|

| 3.500 5 | **Nonpriority creditor's name and mailing address** <br> **Hinshaw & Culbertson, LLP** <br> **8142 Solutions Center DR.** <br> ` <br> **Chicago, IL 60678** <br><br> Date(s) debt was incurred  **10/1/2017** <br><br> Last 4 digits of account number  **2058** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **For professional Services rendered through July 18, 2017** <br><br> Is the claim subject to offset? ☑ No  ☐ Yes | **$75.00** |
|---|---|---|

| 3.500 6 | **Nonpriority creditor's name and mailing address** <br> **Hiro Kanahori** <br> **440 N Wolfe Rd** <br> **Sunnyvale, CA 94085** <br><br> Date(s) debt was incurred  _ <br><br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
|---|---|---|

| 3.500 7 | **Nonpriority creditor's name and mailing address** <br> **Hiroko Kurihara** <br> **341 62 St.** <br> **Oakland, CA 94618** <br><br> Date(s) debt was incurred  _ <br><br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
|---|---|---|

| 3.500 8 | **Nonpriority creditor's name and mailing address** <br> **Hnin Ookhin** <br> **135 Eureka Street** <br> **San Francisco, CA 94114** <br><br> Date(s) debt was incurred  _ <br><br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
|---|---|---|

| 3.500 9 | **Nonpriority creditor's name and mailing address** <br> **HNK Ventures, LLC** <br> **2479 E Bayshore Rd Ste 250** <br> **Palo Alto, CA 94303** <br><br> Date(s) debt was incurred  **12/9/2010** <br><br> Last 4 digits of account number  **NA** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Principal and accrued interest for loan to TechShop San Jose LLC** <br><br> Is the claim subject to offset? ☑ No  ☐ Yes | **$30,244.61** |
|---|---|---|

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 795 of 1000

| 3.5010 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,571.68** |
|---|---|---|---|

**HNK Ventures, LLC**
**2479 E Bayshore Rd Ste 250**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   6/30/2012

Last 4 digits of account number   NA

**Basis for the claim:**   **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5011 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holden Karau**
**3407 24th st apt 2**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5012 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holly Earl**
**808 Ramona Ave**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5013 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holly Gurwell**
**2146 E Sunland Ave**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5014 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holly Mendenhall**
**4170 17th Street #202**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5015 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holly Ngo**
**357 S 4th St #8**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5016 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holly O'Leary**
**631 O'Farrell St Apt 302**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 796 of 1000

| 3.5017 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Holly Rankin**
622 Haight St
San Francisco, CA 94117

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5018 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Holly Rice**
1058 Joshua Drive
Rio Rancho, NM 87124

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5019 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**holly schwarz**
1522 Henry St., Apt. B
Berkeley, CA 94709

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5020 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Holly Scudder**
1200 Rice Ave
Cedar Park, TX 78613

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5021 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hope Kusy**
92 South 5th Street Apt. #3
San Jose, CA 95112

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5022 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hope Nam**
3605 Kenwood Ave.
San Mateo, CA 94403

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5023 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hortense FANOUILLAIRE**
186 BELLEVUE AVE.
SAN FRANCISCO, CA 94014

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 797 of 1000

| | | |
|---|---|---|
| 3.502 4 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Hossein Yazdi**
**310 Crescent Village Circle**
**San Jose, CA 95134**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.502 5 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Howard Degenholtz**
**939 N. Sheridan Ave**
**Pittsburgh, PA 15206**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.502 6 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Howard Edington**
**176 Thousand Oaks Dr**
**Pittsburgh, PA 15241**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.502 7 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Howard Fink**
**202 West 107th St Apt 6W**
**New York, NY 10025**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.502 8 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Howard Hsieh**
**1071 Regency Knoll Dr.**
**San Jose, CA 95129**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.502 9 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Howard Paczynski**
**Barley Field Pass**
**Pflugerville, TX 78660**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.503 0 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Howard Wieman**
**26 Sereno Cir**
**Oakland, CA 94619**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 798 of 1000

| 3.503 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hubert Lee**<br>**6872 Shearwater Dr.**<br>**San Jose, CA 95120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.503 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hudson Barnes**<br>**527 Villa Centre Way**<br>**San Jose, CA 95128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.503 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hugh Ragsdale**<br>**41 Sunset Trail**<br>**Clinton Corners, NY 12514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.503 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hugh Reynolds**<br>**1810 Ayers Rd**<br>**Concord, CA 94521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.503 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hugh Sutton-Gee**<br>**1839 Ygnacio Valley Rd. #203**<br>**Walnut Creek, CA 94598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.503 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hugh Walker**<br>**2915 Aftonshire Way 5-306**<br>**Austin, TX 78748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.503 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hugo Wang**<br>**2425B Channing Way Suite 357**<br>**Berkeley, CA 94704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 799 of 1000

| 3.503 8 | **Nonpriority creditor's name and mailing address**<br>**Hung Hoang**<br>**571 English Avenue**<br>**Monterey, CA 93940**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.503 9 | **Nonpriority creditor's name and mailing address**<br>**Hunter  Marckwald**<br>**4247 E Sells Dr**<br>**Phoenix, AZ 85018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.504 0 | **Nonpriority creditor's name and mailing address**<br>**Hunter Nordhauser**<br>**555 O'Farrell St.**<br>**San Francisco, CA 94102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.504 1 | **Nonpriority creditor's name and mailing address**<br>**Hunter Verbeck**<br>**736 Oakview Way**<br>**Redwood City, CA 94062**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.504 2 | **Nonpriority creditor's name and mailing address**<br>**Hunter Whitchurch**<br>**908 Kennedy Dr**<br>**Capitola, CA 95010**<br><br>Date(s) debt was incurred  **9/12/2017**<br>Last 4 digits of account number  **7** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop San Jose -TechShop Event (Chain Reaction) on 09/12/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$175.00** |
|---|---|---|

| 3.504 3 | **Nonpriority creditor's name and mailing address**<br>**Hunter Whitchurch**<br>**908 Kennedy Dr**<br>**Capitola, CA 95010**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.504 4 | **Nonpriority creditor's name and mailing address**<br>**Hunter Wills**<br>**12590 Miraloma Way**<br>**Los Altos, CA 94024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

---

**3.504 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Huntting Jessup**<br>4649 West Gail<br>Chandler, AZ 85226 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.504 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,241.10** |
|---|---|---|
| **Hurwitz Family 2008 Trust**<br>6405 Vicanna Dr.<br>San Jose, CA 95129 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __12/21/2013 | **Basis for the claim:** **Principal and accrued interest for loan to TechShop Mid Peninsula LLC** | |
| Last 4 digits of account number __NA | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.504 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Husni Almoubayyed**<br>5000 Forbes Ave<br>Pittsburgh, PA 15213 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.504 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Huy Hong**<br>735 Emerson St.<br>Palo Alto, CA 94301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.504 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Huyen Pham**<br>7236 N 26th Ln<br>Phoenix, AZ 85051 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.505 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Iain Weissburg**<br>1601 Molitor Rd.<br>Belmont, CA 94002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.505 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Ian Manger**<br>22 Grove St #3E<br>New York, NY 10014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 801 of 1000

| 3.505 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ian Saxton**
32 Turquoise Way
San Francisco, CA 94131

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,704.11 |
|---|---|---|---|

**Ian A Twombly**
2348 Rosita Ave
Santa Clara, CA 95050

Date(s) debt was incurred  3/28/2016

Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ian Bain**
1772 Anamor St.
Redwood City, CA 94061

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ian Beamer**
27915 Iberville Glen Dr
Katy, TX 77494

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ian Bettinger**
243 Monterey Blvd
San Francisco, CA 94131

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ian Brown**
602 Arcadia Terrace #304
Sunnyvale, CA 94085

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ian Brown**
51 Surrey St
San Francisco, CA 94131

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 802 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5059**

**Nonpriority creditor's name and mailing address**

**Ian Bruce**
**448 N 10th St**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.5060**

**Nonpriority creditor's name and mailing address**

**Ian Buckley**
**73 Highland Ave**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.5061**

**Nonpriority creditor's name and mailing address**

**Ian Carmack**
**11816 Breton Ct, 11**
**Reston, VA 20191**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.5062**

**Nonpriority creditor's name and mailing address**

**Ian Cashen**
**3776 E. Marlene Dr**
**Gilbert, AZ 85296**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.5063**

**Nonpriority creditor's name and mailing address**

**Ian Christoph**
**4058 26th Street**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.5064**

**Nonpriority creditor's name and mailing address**

**Ian Darby**
**18970 Barnhart Ave**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.5065**

**Nonpriority creditor's name and mailing address**

**Ian Emmons**
**1220 Tasman Drive #280**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 803 of 1000

| | |
|---|---|
| 3.506 6 | |

**Nonpriority creditor's name and mailing address**

**Ian Fong**
**3396 Capulet Circle**
**Fremont, CA 94555**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.506 7 | |

**Nonpriority creditor's name and mailing address**

**Ian Harvey**
**1480 S. Rural Rd.**
**#0316**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.506 8 | |

**Nonpriority creditor's name and mailing address**

**Ian McCutcheon**
**11085 center ave**
**Gilroy, CA 95020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.506 9 | |

**Nonpriority creditor's name and mailing address**

**Ian Million**
**PO box 843**
**Ballwin, MO 63011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.507 0 | |

**Nonpriority creditor's name and mailing address**

**Ian Pang**
**454 35th Ave**
**San Francisco, CA 94121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.507 1 | |

**Nonpriority creditor's name and mailing address**

**Ian Shain**
**735 Market Street, Floor 4**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.507 2 | |

**Nonpriority creditor's name and mailing address**

**Ian Sights**
**5413 Agatha Circle**
**Austin, TX 78724**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 3.507 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ian Smelser**
**9621 Sandbur Pl**
**Salinas, CA 93907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ian Spiro**
**822A Cedar St**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ian Tran**
**43121 Laundonderry Ct**
**Canton, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ian Ulibarri**
**1280 15th Ave. #109**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ian Very**
**732 Robinwood Drive**
**Pittsburgh, PA 15220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ida Mayer**
**1355 Sage Hen Way Unit R**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Idan Fiksel**
**5249 E. Blanche Dr.**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 805 of 1000

| 3.508 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Idan Warsawski**
**200 Rector Pl Apt 25N**
**New York, NY 10280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ikem Ajaelo**
**328 Arrowhead way**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ikhyun Choi**
**853 Commodore Dr. Apt. 526**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ikuyo Cochran**
**10041 S 46th Way**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Iliyan Malchev**
**39 Encline Ct**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ilona Isaacs**
**11501 Hyde Pl**
**Raleigh, NC 27614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ilya Gribov**
**221 Ditmas AVE**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 3.508 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ilya Neizvestny**
50 S. Montgomery St
San Jose, CA 95126

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ilya Polyakov**
1276 18th Ave #1
San Francisco, CA 94122

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ILYA SHOR**
1026 HYDE AVE
SAN JOSE, CA 95129

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ilya Smelansky**
411 Saint Johns Place
Brooklyn, NY 11238

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Imad Elayle**
2339 benton st
Santa Clara, CA 95050

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Imar Uriostegui**
3217 W Fillmore St.
Phoenix, AZ 85009

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Imen Guediche**
2277 Moss Rose Ct.
Ann Arbor, MI 48103

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 807 of 1000

| | |
|---|---|
| 3.509 4 | **Nonpriority creditor's name and mailing address**<br>**Immanuella Kankam**<br>525 S Forest<br>Tempe, AZ 85281 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.509 5 | **Nonpriority creditor's name and mailing address**<br>**Incite Networks, Inc.**<br>A Superne Technologies Divison<br>2885 Sanford Ave SW#22296<br>Grandville, MI 49418 |

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**$345.93**

Date(s) debt was incurred 10/23/2017
Last 4 digits of account number 4124

**Basis for the claim:** [Notice only] Techshop Detroit-Diagnostic on computers in boot loop

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.509 6 | **Nonpriority creditor's name and mailing address**<br>**Incite Networks, Inc.**<br>A Superne Technologies Divison<br>2885 Sanford Ave SW#22296<br>Grandville, MI 49418 |

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**$2,329.27**

Date(s) debt was incurred 10/23/2017
Last 4 digits of account number 4164

**Basis for the claim:** [Notice only] Techshop Detroit-Conference call, Site survey and Documented existing configuration

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.509 7 | **Nonpriority creditor's name and mailing address**<br>**Incite Networks, Inc.**<br>A Superne Technologies Divison<br>2885 Sanford Ave SW#22296<br>Grandville, MI 49418 |

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**$1,630.83**

Date(s) debt was incurred 10/23/2017
Last 4 digits of account number 4184

**Basis for the claim:** [Notice only] Techshop Detroit-Reload Windows 7 & Installed programs for master image remotely.

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.509 8 | **Nonpriority creditor's name and mailing address**<br>**Incite Networks, Inc.**<br>A Superne Technologies Divison<br>2885 Sanford Ave SW#22296<br>Grandville, MI 49418 |

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**$193.80**

Date(s) debt was incurred 10/23/2017
Last 4 digits of account number 4214

**Basis for the claim:** [Notice only] Techshop Detroit-Fixed tsap server outage & Esx lost the correct network settings after a reboot

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.509 9 | **Nonpriority creditor's name and mailing address**<br>**Indira Joshi**<br>19950 Bonnie Ridge Way<br>Saratoga, CA 95070 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.510 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Ingrid Werber** **3320 valley drive** **Arlington, VA 22302** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.510 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Insiya Dhatt** **2143 North Point St** **San francisco, CA 94123** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.510 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Ioana Browne** **1911 Barbara Dr.** **Palo Alto, CA 94303** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.510 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Ioann Larsen** **23411 E. Orville St.** **Florence, AZ 85132** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.510 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$752.53** |
| | **IPFS Corporation** **24722 Network Place** **Chicago, IL 60673** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **11/13/2017** | Basis for the claim: **Late Fees** | |
| | Last 4 digits of account number **0415** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.510 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,346.59** |
| | **IPFS Corporation** **24722 Network Place** **Chicago, IL 60673** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **4/11/2017** | Basis for the claim: **WAB-160415** | |
| | Last 4 digits of account number **0415** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.510 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,979.70** |
| | **IPFS Corporation** **24722 Network Place** **Chicago, IL 60673** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **4/11/2017** | Basis for the claim: **WAB-160536** | |
| | Last 4 digits of account number **0536** | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 809 of 1000

| 3.510 7 | **Nonpriority creditor's name and mailing address**<br>**Ira Elo**<br>**PO Box 90107**<br>**Pittsburgh, PA 15224** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.510 8 | **Nonpriority creditor's name and mailing address**<br>**Irene Tsang**<br>**16481 LIBERTY ST**<br>**SAN LEANDRO, CA 94578** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.510 9 | **Nonpriority creditor's name and mailing address**<br>**Irene Wittig**<br>**1619 S Quincy St.**<br>**Arlington, VA 22204** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.511 0 | **Nonpriority creditor's name and mailing address**<br>**Irina Zaks**<br>**1143 Carver**<br>**Mountain View, CA 94040** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.511 1 | **Nonpriority creditor's name and mailing address**<br>**Iris LANGLET**<br>**1245 CLAYTON ST.**<br>**SAN FRANCISCO, CA 94114** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.511 2 | **Nonpriority creditor's name and mailing address**<br>**Irma Collins**<br>**1019 Canterbury Trail**<br>**Georgetown, TX 78626** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.511 3 | **Nonpriority creditor's name and mailing address**<br>**Irvin Deener**<br>**43746 Calistoga Sq**<br>**Ashburn, VA 20147** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 810 of 1000

| 3.511 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Isaac Asaro**
**1725 Michaelwood Ct**
**Saint Charles, MO 63303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Isaac Dixon**
**924 Hyde Park Dr**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Isaac Gonzalez**
**123 bay place, #204**
**oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Isaac Hepworth**
**2828 Harrison St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Isaac Levine**
**336.5 S. State St**
**Ann Arbor, MI 48104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Isabel Anderson**
**1165 Miller Ave**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Isabel Maas**
**9 Tupelo Way**
**Acton, MA 01720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 811 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|---------------------|--------------------------|---|
| | Name | | |

| 3.512<br>1 | **Nonpriority creditor's name and mailing address**<br>**Isabella Rhein**<br>**2933 Garfield St NW**<br>**Washington, DC 20008** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.512<br>2 | **Nonpriority creditor's name and mailing address**<br>**Isabella Baynard**<br>**4388 El Camino Real Unit 339**<br>**Los Altos, CA 94022** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.512<br>3 | **Nonpriority creditor's name and mailing address**<br>**Isabella Cates**<br>**2422 Menokin Dr Apt 201**<br>**Alexandria, VA 22302** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.512<br>4 | **Nonpriority creditor's name and mailing address**<br>**Isabelle Borie**<br>**1005 E 8th St #20090**<br>**Tempe, AZ 85281** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.512<br>5 | **Nonpriority creditor's name and mailing address**<br>**Isaiah LyndPorter**<br>**2631 louisiana Avenue**<br>**St. Louis, MO 63118** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.512<br>6 | **Nonpriority creditor's name and mailing address**<br>**Isaiah Malloy**<br>**39 Elizabeth St**<br>**Pittsburgh, PA 15220** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.512<br>7 | **Nonpriority creditor's name and mailing address**<br>**Isao Yagi**<br>**827 Coventry Ct**<br>**Sunnyvale, CA 94087-3575** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 812 of 1000

| 3.512 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ishit Shah**
4638 Centre Ave
Pittsburgh, PA 15213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Isidro Garcia**
20300 Rotunda Dr
Dearborn, MI 48124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Itay Donanhirsh**
55 Vallecito Lane
Walnut Creek, CA 94596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Iva Wallace**
320 23rd Street S Apt 1301
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ivan Dorflinger**
5616 South 1st #37
Austin, TX 78745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ivan Echevarria**
119 12th Ave.
San Mateo, CA 94402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ivan Ivisic**
448 Saratoga Ave. Apt. 109
San Jose, CA 95133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 813 of 1000

| 3.513 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ivan Lopez**
**1051 Geneva Ave.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ivan Stolze**
**1619 Ashby #2**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ivan Sutherland**
**2623 NW Northrup St**
**Portland, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$570.00** |
|---|---|---|---|

**Ivan Yen**
**15 Mountain View Place**
**San Mateo, CA 94402**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/14/2017**

Last 4 digits of account number  **3**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Steam Class Instructions for the period 08/07/2017 to 08/11/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ivanovich Valentino**
**2498 cove place**
**Discovery bay, CA 94505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Iwalani Kaya**
**2301 Lass Dr.**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Iwan Grau**
**3606 E. Red Oak Ln.**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 814 of 1000

| 3.514 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Izaak Rohman**
**4495 E Peach Tree**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.514 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**J Hugh Visser**
**40 Balceta Ave.**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.514 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**J r mie LEVRAY**
**622 Leavenworth St**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.514 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**J. Evans**
**945 Sonoma Street**
**Richmond, CA 94805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.514 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**J. Simmons**
**3828 Georgia Ave. Nw**
**Washington DC, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.514 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**J.F. Ellman**
**240 11th St.#A**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.514 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jaaron Leibson**
**3175 Stonegate Dr**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 815 of 1000

| 3.514 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jace Cao**
9702 E. Jan Ave.
Mesa, AZ 85209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.515 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Jace Cleron**
1160 Klamath Drive
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.515 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Jack Cackler**
146a Kittoe Dr
Mountain View, CA 94043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.515 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Jack Chin**
1847 E. Merlot St.
Gilbert, AZ 85298

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.515 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Jack Chin_V**
1847 E Merlot St
Gilbert, AZ 85298

Date(s) debt was incurred **10/17/2017**
Last 4 digits of account number **1717**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop Chandler- Instructor class instructions for the period 09/18/2017 to 10/16/2017**

Is the claim subject to offset? ☑ No ☐ Yes

$350.00

---

| 3.515 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Jack Chin_V**
1847 E Merlot St
Gilbert, AZ 85298

Date(s) debt was incurred **10/23/2017**
Last 4 digits of account number **2317**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop Chandler- Instructor class instructions for the period 10/20/2017 to 10/22/2017**

Is the claim subject to offset? ☑ No ☐ Yes

$150.00

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 816 of 1000

| Debtor | **TechShop, Inc.** | Case number _(if known)_ |
|---|---|---|
| | Name | |

| 3.515 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $290.00 |
|---|---|---|---|

**Jack Chin_V**
1847 E Merlot St
Gilbert, AZ 85298

Date(s) debt was incurred  9/12/2017

Last 4 digits of account number  1217

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instructions for the period 08/08/2017 to 08/31/2017**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.515 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Jack Doherty**
4026 E Lavender ln
Phoenix, AZ 85044

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.515 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Jack Faraone**
15840 Kennedy Road
Los Gatos, CA 95032

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.515 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Jack Fisher**
714 E. McKinley
Phoenix, AZ 85006

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.515 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Jack Forney**
462 Westlake Dr
San Jose, CA 95117

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.516 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Jack Frosch**
6209 Mid Rivers Mall Drive, #314
Saint Peters, MO 63304

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.516 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Jack Glenn**
2529 Graceland Ave
San Carlos, CA 94070

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 817 of 1000

Debtor **TechShop, Inc.**
    Name
Case number (if known) _____

| | |
|---|---|
| **3.516 2** | |

**Nonpriority creditor's name and mailing address**

**Jack Gratteau**
**17147 Tassajara Circle**
**Morgan Hill, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.516 3** | |

**Nonpriority creditor's name and mailing address**

**Jack Greenfield**
**2632 Gonzaga st**
**East Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.516 4** | |

**Nonpriority creditor's name and mailing address**

**Jack Griffin**
**1839 E Jola Dr**
**Tempe, AZ 85282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.516 5** | |

**Nonpriority creditor's name and mailing address**

**Jack Henley**
**2230 Carmelita Drive**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.516 6** | |

**Nonpriority creditor's name and mailing address**

**Jack Kafafian**
**13651 Ludlow**
**Oak Park, MI 48237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.516 7** | |

**Nonpriority creditor's name and mailing address**

**Jack Leblond**
**3716 Apple Vista Circle**
**Pflugerville, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.516 8** | |

**Nonpriority creditor's name and mailing address**

**Jack Lin**
**35-21 81st Street #5B**
**Jackson Heights, NY 11372**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 818 of 1000

| | | |
|---|---|---|
| 3.516 9 | **Nonpriority creditor's name and mailing address** <br> **Jack Powers** <br> 747 SE 27th St. <br> Gresham, OR 97080 <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes |
| 3.517 0 | **Nonpriority creditor's name and mailing address** <br> **Jack Rowe_V** <br> 36364 Fairway DR, <br> Livonia, MI 48152 <br><br> Date(s) debt was incurred **10/25/2017** <br> Last 4 digits of account number **2517** | As of the petition filing date, the claim is: *Check all that apply.*      **$220.00** <br> ■ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> Basis for the claim: **[Notice only] Techshop Detroit-Instructor class instructions for period 09/27/2017 to 10/19/2017** <br><br> Is the claim subject to offset? ■ No ☐ Yes |
| 3.517 1 | **Nonpriority creditor's name and mailing address** <br> **Jack Southard** <br> 2128 Grove St. <br> San Francisco, CA 94117 <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes |
| 3.517 2 | **Nonpriority creditor's name and mailing address** <br> **Jack Withers** <br> 903 Floradale Dr. <br> Austin, TX 78753 <br><br> Date(s) debt was incurred **11/2/2017** <br> Last 4 digits of account number **035a** | As of the petition filing date, the claim is: *Check all that apply.*      **$280.00** <br> ■ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions for period 10/12/2017 to 10/28/2017** <br><br> Is the claim subject to offset? ■ No ☐ Yes |
| 3.517 3 | **Nonpriority creditor's name and mailing address** <br> **Jack Withers** <br> 903 Floradale Dr. <br> Austin, TX 78753 <br><br> Date(s) debt was incurred **8/31/2017** <br> Last 4 digits of account number **031A** | As of the petition filing date, the claim is: *Check all that apply.*      **$510.00** <br> ■ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions for period 08/16/2017 to 08/30/2017** <br><br> Is the claim subject to offset? ■ No ☐ Yes |
| 3.517 4 | **Nonpriority creditor's name and mailing address** <br> **Jack Withers** <br> 903 Floradale <br> Austin, TX 78753 <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 819 of 1000

| 3.517 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jack Yarborough**
**8604 Mesa Dr, Unit A**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jackie Callahan**
**1958 Ellen Ave**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jackie Chin**
**1600 Villa St Apt 263**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jackie DelCastillo**
**432 High St #301**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jackie Hasa**
**1245 hayes st #4**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jackie Huck**
**164 Lundys**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jackie Qiang**
**525 Middlefield Rd #981**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 820 of 1000

| 3.518 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jackie Quirin**
**1822 West Blvd.**
**Belleville, IL 62221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.518 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jackie Soussan**
**1045 W. Iowa Ave**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.518 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jackson Troll**
**3420 Commonwealth Ave**
**Maplewood, MO 63143**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.518 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jackson White**
**331 Marion ave**
**St. Louis, MO 63119**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.518 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jackson Wolfe**
**365 S Graham Street**
**Pittsburgh, PA 15232**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.518 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jaclyn Stosz**
**2225 E Sausalito Ct**
**Gilbert, AZ 85234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.518 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jacob  Adams**
**3305 Grooms St Apt C**
**Austin, TX 78705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 821 of 1000

| 3.518 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacob Alexander**
**2277B Mauricia Ave Apt. B**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacob Adler**
**1927 E. Loyola Dr.**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacob Apontes**
**809 Laurel St 257**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacob Boyce**
**936 S. Mystic**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacob DeHart**
**12215 Hunters Chase Dr 6106**
**Austin, TX 78729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacob Demo**
**563 Jackson Ave, Apt. #3**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacob Fenwick**
**140 9th st**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 822 of 1000

| 3.519 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacob Francois**
4101 Mcdonald Ave
St. Louis, MO 63116

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 7 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Jacob Fredette_Roman**
4441 E Sports Dr
Gilbert, AZ 85298

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 8 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Jacob Hilton**
711 N Evergreen Rd
Mesa, AZ 85201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 9 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Jacob Kelsay**
3617 West Morelos St
Chandler, AZ 85226

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 0 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Jacob LaBenz**
1443 E. Butler Circle
Chandler, AZ 85225

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 1 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Jacob Lemus**
3811 E Kent Dr
Phoenix, AZ 85044

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 2 | Nonpriority creditor's name and mailing address | | $50.00 |
|---|---|---|---|

**Jacob Lineberry**
423 Kern St.
Woodstock, VA 22664

Date(s) debt was incurred **10/3/2017**
Last 4 digits of account number **0002**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- Instructor Fees for instructions of 09/19/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 823 of 1000

| 3.520 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $793.75 |
|---|---|---|---|

**Jacob Lineberry**
**423 Kern St.**
**Woodstock, VA 22664**

Date(s) debt was incurred  **8/21/2017**

Last 4 digits of account number  **0004**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- STEAM instructor Fees for the period 08/07/2017 to 08/11/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.520 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $537.50 |
|---|---|---|---|

**Jacob Lineberry**
**423 Kern St.**
**Woodstock, VA 22664**

Date(s) debt was incurred  **8/28/2017**

Last 4 digits of account number  **0005**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- STEAM instructor Fees for the period 08/21/2017 to 08/24/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.520 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacob Lineberry**
**423 Kern St**
**Woodstock, VA 22664**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.520 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacob Lynn**
**220 S. 17th St.**
**Camp Hill, PA 17011**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.520 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacob Orenstein**
**1317 Macon Ave**
**Pittsburgh, PA 15218**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.520 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacob Reid**
**1140 Sutter St, Apt 307**
**SAN FRANCISCO, CA 94109**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 824 of 1000

| 3.520 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacob Sams**
33 Empire Dr
Belleville, IL 62220

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacob Spann**
3810 duval st
austin, TX 78751

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacob Sprowes**
4549 El Cajon Avenue
Fremont, CA 94536

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacob Sullivan**
5122 W Pershing Ave
Glendale, AZ 85304

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacobo Galina**
312 Chestnut
Redwood City, CA 94063

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacqeline Pennoyer**
977 Howard street
San Francisco, CA 94103

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacqueline  Armada**
301 Main St
San Francisco, CA 94105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 825 of 1000

| 3.521 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacqueline Fontaine**
10819 Oaklane #19305
Bellevilee, MI 48111

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacqueline Barba Dsouza**
4300 The Woods Drive #1803
San Jose, CA 95136

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacqueline Brady**
1417 E. Darrel Rd
Phoenix, AZ 85042

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacqueline Byers**
6208 Beard Pl
Edina, MN 55410

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacqueline Church**
8636 Tyndall St #A SW
Washington, DC 20032

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacqueline Jay**
623 33rd St Ave
San Francisco, CA 94121

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacqueline Villalba-Larson**
850 S River Dr #1053
Tempe, AZ 85281

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 826 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.522 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Jacqui Hendricks** | ☐ Contingent |
| | **860 Fell St.** | ☐ Unliquidated |
| | **San Francisco, CA 94117** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.522 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Jad Hamdan** | ■ Contingent |
| | **4876 Keithdale ln** | ☐ Unliquidated |
| | **Blommfield Hills, MI 48302** | ■ Disputed |
| | Date(s) debt was incurred 10/14/2017 | **Basis for the claim:** [Notice only] Techshop Detroit-Marketing expense for the period 10/07/2017 to 10/14/2017 |
| | Last 4 digits of account number 10 | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$132.00**

| | | |
|---|---|---|
| 3.522 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Jade Garrett** | ☐ Contingent |
| | **9412 Talisman Dr** | ☐ Unliquidated |
| | **Vienna, VA 22182** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.522 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Jade Feria** | ☐ Contingent |
| | **1688 Tacoma Ave** | ☐ Unliquidated |
| | **Berkeley, CA 94707** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.522 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Jade Russell** | ☐ Contingent |
| | **286 W. Palomino Dr. #87** | ☐ Unliquidated |
| | **Chandler, AZ 85225** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.522 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Jae-Ho Pyeon** | ☐ Contingent |
| | **1 Washington Square** | ☐ Unliquidated |
| | **San Jose, CA 95112** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.522 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Jai Krishnan** | ☐ Contingent |
| | **206 Surrey Street** | ☐ Unliquidated |
| | **San Francisco, CA 94131** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | |
|---|---|
| 3.523 0 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Jaime SanchezDeLaVega**
**2121 South Pennington**
**Mesa, AZ 85202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.523 1**

**Nonpriority creditor's name and mailing address**

**Jaime Ballesteros**
**114 Grant St.**
**Burgettstown, PA 15021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.523 2**

**Nonpriority creditor's name and mailing address**

**Jaime Mahaffey**
**45 Hobson St #7B**
**San Jose, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.523 3**

**Nonpriority creditor's name and mailing address**

**Jaime Ng**
**153 St Francis Blvd**
**Daly City, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.523 4**

**Nonpriority creditor's name and mailing address**

**Jaime Trujillo**
**3206 Sanaloma Dr**
**Georgetown, TX 78628**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.523 5**

**Nonpriority creditor's name and mailing address**

**Jaime Zahorian**
**419 Prince St. APT5**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.523 6**

**Nonpriority creditor's name and mailing address**

**Jairus Cesarz**
**1368 Myrtle Ave Apt 3**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 828 of 1000

| 3.523 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Jake Carps** | ☐ Contingent | |
| | **4557 W. Albain Road** | ☐ Unliquidated | |
| | **Monroe, MI 48161** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Jake Fisher** | ☐ Contingent | |
| | **6224 Marmaduke Ave.** | ☐ Unliquidated | |
| | **St. Louis, MO 63139** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Jake Al-Haffar** | ☐ Contingent | |
| | **511 Greene Ave** | ☐ Unliquidated | |
| | **Brooklyn, NY 11216** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Jake Anderson** | ☐ Contingent | |
| | **113 Greenmont Ln.** | ☐ Unliquidated | |
| | **Cary, NC 27511** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Jake Galbreath** | ☐ Contingent | |
| | **1125 Park Pl, #117** | ☐ Unliquidated | |
| | **San Mateo, CA 94403** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Jake Haggmark** | ☐ Contingent | |
| | **1300 Convention Plaza Unit 208** | ☐ Unliquidated | |
| | **St. Louis, MO 63103** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Jake Hosking** | ☐ Contingent | |
| | **1901 Larchwood Circle** | ☐ Unliquidated | |
| | **Prescott, AZ 86301** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 829 of 1000

| 3.524 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jake Kolojejchick**
1212 LaClair St
Pittsburgh, PA 15218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jake Laktas**
1100 Corporate Square Dr
Creve Coeur, MO 63132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jake Martin**
580 Middlefield Road
Atherton, CA 94027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jake Rankinen**
6627 Cavalier Dr
Alexandria, VA 22307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jake Schultz**
26 O'Farrell st, 7th Floor
San Francisco, CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jake Smith**
1503 Edwards Ferry Rd NE, Suite 201
Leesburg, VA 20176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jake Weppner**
1769 Valley View Ave
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 830 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.525 1**

**Nonpriority creditor's name and mailing address**

**Jake Xu**
**2941 S. Tumbleweed Ln. Chandler AZ**
**Chandler, AZ 85286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 2**

**Nonpriority creditor's name and mailing address**

**Jakob Hoellerbauer**
**1575 Stacy Dr**
**Canton, MI 48188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 3**

**Nonpriority creditor's name and mailing address**

**Jalal Clemens**
**2389 39th ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 4**

**Nonpriority creditor's name and mailing address**

**Jamal Alezzani**
**9930 Frederick**
**dearborn, MI 48120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 5**

**Nonpriority creditor's name and mailing address**

**Jamal Cahoon**
**577 Castro St Apt 105**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 6**

**Nonpriority creditor's name and mailing address**

**Jamal Davis**
**88 North Jackson Avenue**
**San Jose, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 7**

**Nonpriority creditor's name and mailing address**

**Jameco Electronics**
**1355 Shoreway Road**
**Belmont,, CA 94002**

Date(s) debt was incurred **7/24/2017**

Last 4 digits of account number **5257**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Detroit-Sensor, Soft Pot and Membrane Potentionmeter**

Is the claim subject to offset? ■ No ☐ Yes

**$49.30**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 831 of 1000

| | |
|---|---|
| **3.525 8** | |

**Nonpriority creditor's name and mailing address**

**Jameco Electronics**
**1355 Shoreway Road**
**Belmont,, CA 94002**

Date(s) debt was incurred  **7/26/2017**

Last 4 digits of account number  **6683**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Servo, SUB-Micro, MCU, Arduino Uno R3**

Is the claim subject to offset? ☑ No ☐ Yes

**$382.29**

---

| | |
|---|---|
| **3.525 9** | |

**Nonpriority creditor's name and mailing address**

**Jamel Belwafa**
**2277 Moss Rose Ct.**
**Ann Arbor, MI 48103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.526 0** | |

**Nonpriority creditor's name and mailing address**

**James  Farris**
**13505 Abraham Lincoln St**
**Manor, TX 78613**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.526 1** | |

**Nonpriority creditor's name and mailing address**

**James (Jim) Stall**
**5205 N 8th Place**
**Phoenix, AZ 85014**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.526 2** | |

**Nonpriority creditor's name and mailing address**

**James Anderson**
**4600 S. Four Mile Run Dr., Apt 520**
**Arlington, VA 22204**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.526 3** | |

**Nonpriority creditor's name and mailing address**

**James Appleby**
**218 Kentucky Ave, SE**
**Washington, DC 20003**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.526 4** | |

**Nonpriority creditor's name and mailing address**

**James Barrese**
**51 Alice Ave**
**Campbell, CA 95008**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 832 of 1000

| 3.526 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**James Barton**
2835 Halsey ave
Redwood City, CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**James Begole**
897 Highlands Circle
Los Altos, CA 94024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**James Bell**
500 WEST MIDDLEFIELD RD #88
MOUNTAIN VIEW, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**James Biesemeyer**
5939 Garces Ave.
San Jose, CA 95123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**James Biggs**
481 N Santa Cruz Ave
Los Gatos, CA 95030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**James Bobowski**
527 23rd Ave Apt 113
Oakland, CA 94606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**James Bodnar**
7418 Brian Run Ct
Springfield, VA 22153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Bowerman**
729 north george mason drive
arlington, VA 22203

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Brady**
250 Omira Dr
San Jose, CA 95123

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Brinkman**
3330 Cesar Chavez ap 321
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Buck**
1934 Old Post Rd
Crofton, MD 21114

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Burkhardt**
517 Madera Ave
San Jose, CA 95111

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Bynum**
5645 Oak blvd
Austin, TX 78735

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Byrd**
1045 S. San Jose
Mesa, AZ 85021

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 834 of 1000

| 3.527 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Campbell**
**580 West Middlefied #88**
**Mountain View, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Campbell**
**1858 Culver Ave**
**Dearborn, MI 48124**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Carthew**
**1724 35th Ave.**
**Oakland, CA 94601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Clark**
**4942 Kemper Avenue**
**St. Louis, MO 63139**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Cook**
**1913 Spahn Lane**
**Placenha, CA 92870**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Cordle**
**183 west street**
**Annapolis, MD 21403**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Courtney**
**904 Harmon Drive**
**Menlo Park, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 835 of 1000

| | |
|---|---|
| 3.528 6 | **Nonpriority creditor's name and mailing address** |

**James Covian**
13450 Research Blvd # 111
Austin, TX 78750

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.528 7 | **Nonpriority creditor's name and mailing address** |

**James Crenshaw**
12028 W. Alex Ct.
Sun City, AZ 85373

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.528 8 | **Nonpriority creditor's name and mailing address** |

**James Crouchman**
3762 Kenmore
Berkley, MI 48072

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.528 9 | **Nonpriority creditor's name and mailing address** |

**James Cummiskey**
2 Botant Court
Gaithersburg, MD 20878

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.529 0 | **Nonpriority creditor's name and mailing address** |

**James Dancer**
702 W. Quinn
Thorndale, TX 76577

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.529 1 | **Nonpriority creditor's name and mailing address** |

**James Davis**
2871 Lausanne Ct
San Jose, CA 95132

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.529 2 | **Nonpriority creditor's name and mailing address** |

**James Dawson**
2212 N 63rd Pl
Mesa, AZ 85215

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 836 of 1000

| 3.529 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **James Doherty** | ☐ Contingent | |
| **991 Lundy Lane** | ☐ Unliquidated | |
| **Los Altos, CA 94024** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.529 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **James Donovan** | ☐ Contingent | |
| **227 Sanchez Street 10** | ☐ Unliquidated | |
| **San Francisco, CA 94114** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.529 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **James Doty** | ☐ Contingent | |
| **14190 Amherst Ct.** | ☐ Unliquidated | |
| **Los Altos Hills, CA 94022** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.529 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **James Dowe** | ☐ Contingent | |
| **5114 Spring Drive** | ☐ Unliquidated | |
| **Killeen, TX 76542** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.529 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **James Duffy** | ☐ Contingent | |
| **450 Abrams Rd.** | ☐ Unliquidated | |
| **Georgetown, TX 78633** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.529 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **James Dunger** | ☐ Contingent | |
| **33 Frontenac Estates Dr** | ☐ Unliquidated | |
| **St. Louis, MO 63131** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.529 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$29,436.84** |
| **James E. Kutz** | ☐ Contingent | |
| **1340 Garthwick Dr** | ☐ Unliquidated | |
| **Los Altos, CA 94024** | ☐ Disputed | |
| Date(s) debt was incurred **1/11/2016** | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 837 of 1000

| 3.530 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**James Early**
128 College Ave
Mountain View, CA 94040

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 1 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
| --- | --- | --- | --- |

**James Egan**
1805 Crystal Dr. #906
Arlington, VA 22202

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 2 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
| --- | --- | --- | --- |

**James Egbert**
106 Cascades Dr.
Saint Charles, MO 63303

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 3 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
| --- | --- | --- | --- |

**James Egenrieder**
1615 N. Cleveland St.
Arlington, VA 22201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 4 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
| --- | --- | --- | --- |

**James Feezell**
538 Colecroft Court
Alexandria, VA 22314

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 5 | **Nonpriority creditor's name and mailing address** | | **$262.50** |
| --- | --- | --- | --- |

**James Feezell_V**
538 Colecroft Ct
Alexandria, VA 22314

Date(s) debt was incurred  **8/28/2017**

Last 4 digits of account number  **1705**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington- Instructor Fees for instructions for the period 07/30/2017 to 08/27/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 6 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
| --- | --- | --- | --- |

**James Fialho**
320 S Mathilda St #8
Pittsburgh, PA 15224

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 838 of 1000

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.530 7 | **Nonpriority creditor's name and mailing address** **James Fitzgerald** **23124 Beech** **Dearborn, MI 48124** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.530 8 | **Nonpriority creditor's name and mailing address** **James Folden** **340 Belmont** **Detroit, MI 48202** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.530 9 | **Nonpriority creditor's name and mailing address** **James Ford** **344 Carl Street Apt 7** **San Francisco, CA 94117** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.531 0 | **Nonpriority creditor's name and mailing address** **James Garb** **1141 Polk Ave** **Sunnyvale, CA 94086** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.531 1 | **Nonpriority creditor's name and mailing address** **James Gasser** **12005 Wander Ln.** **Austin, TX 78750** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.531 2 | **Nonpriority creditor's name and mailing address** **James Gloudemans** **2309 Clipper St.** **San Mateo, CA 94403** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.531 3 | **Nonpriority creditor's name and mailing address** **James Gyre** **5 Sagwa St.** **Pittsburgh, PA 15212** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 839 of 1000

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.531 4**

Nonpriority creditor's name and mailing address

**James H Somerville**
**129 Bradford Park Rd.**
**Baden, PA 15005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.531 5**

Nonpriority creditor's name and mailing address

**James Hagerman**
**723 Old Country Road Apt O**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.531 6**

Nonpriority creditor's name and mailing address

**James Hartman**
**921A Alvarado Street**
**san Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.531 7**

Nonpriority creditor's name and mailing address

**James Hastings**
**4111 E Firestone Dr**
**Chandler, AZ 85249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.531 8**

Nonpriority creditor's name and mailing address

**James Hauk**
**1045 Wallea Dr**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.531 9**

Nonpriority creditor's name and mailing address

**James Holis**
**527 12th St SE**
**Washington, DC 20003**

Date(s) debt was incurred  **4/15/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

$28,605.48

---

**3.532 0**

Nonpriority creditor's name and mailing address

**James Hollis**
**527 12th St SE**
**Washington, DC 20003**

Date(s) debt was incurred  **12/30/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

$27,294.58

---

| 3.532 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Hughes**
**719 Middlefield Rd**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Hurd**
**1000 N. Edgewood St.**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Jonas**
**P.O. Box 367**
**Redwood City, CA 94064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Kalin**
**2150 Allston Way, #400**
**Berkeley, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Kao**
**4388 El Camino Real #139**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Kerchenfaut**
**107 S Mary Ave Apt 73**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Lechner**
**5581 Andromeda Circle**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.532 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**James Leibson**
3175 stonegate Dr
Alamo, CA 94507

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**James Lewis**
722 Roble Ave
Menlo Park, CA 94025

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**James Liu**
12720 East Lupine Avenue
Scottsdale, AZ 85259

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**James Loftus-Mercer**
12400 Blue Water Circle
Austin, TX 78758

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,850.41 |

**James M Kao**
4388 El Camino Real #139
Los Altos, CA 94022

Date(s) debt was incurred **1/10/2017**
Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,087.67 |

**James M Kao**
4388 El Camino Real #139
Los Altos, CA 94022

Date(s) debt was incurred **1/18/2014**
Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**James Manganaro**
225 Lexington Drive
Menlo Park, CA 94025

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 842 of 1000

**3.5335**

Nonpriority creditor's name and mailing address

**James Manou**
**394 O'Connor St.**
**Menlo Park, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5336**

Nonpriority creditor's name and mailing address

**James Markevitch**
**231 Emerson St.**
**Palo Alto, CA 94301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5337**

Nonpriority creditor's name and mailing address

**James Mason**
**2336 Sylvan Ln**
**Glendale, CA 91208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5338**

Nonpriority creditor's name and mailing address

**James Maxcy**
**240 S. Dakota St.**
**Chandler, AZ 85225**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5339**

Nonpriority creditor's name and mailing address

**James Mazzaferro**
**1223 Franklin St NE**
**Washington, DC 20017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5340**

Nonpriority creditor's name and mailing address

**James McBennett**
**3841 18th Avenue**
**Brooklyn, NY 11218**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5341**

Nonpriority creditor's name and mailing address

**James Melnyk**
**6434 Jackson St.**
**Pittsburgh, PA 15206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 843 of 1000

**3.534 2**

Nonpriority creditor's name and mailing address
**James Mensch**
**6536 Purple Cliff Ct**
**San Jose, CA 95119**

Date(s) debt was incurred  **2/24/2012**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$33,806.27**

---

**3.534 3**

Nonpriority creditor's name and mailing address
**James Mirowski**
**527  Hillcrest Rd**
**San Carlos, CA 94070**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.534 4**

Nonpriority creditor's name and mailing address
**James Morgan**
**pob 720112**
**san jose, CA 95172**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.534 5**

Nonpriority creditor's name and mailing address
**James Moulton**
**12720 E. Lupine Ave.**
**Scottsdale, AZ 85259**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.534 6**

Nonpriority creditor's name and mailing address
**James Mueller**
**1545 18th ST nw 916**
**Washington, DC 20036**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.534 7**

Nonpriority creditor's name and mailing address
**James Noble**
**19156 Bainbridge**
**Livonia, MI 48152**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.534 8**

Nonpriority creditor's name and mailing address
**James Ogles**
**3532 E. Dublin St.**
**Gilbert, AZ 85296**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 844 of 1000

| | |
|---|---|
| **3.534 9** | |

**Nonpriority creditor's name and mailing address**
**James Palinkas**
**106-20 Shore Front PKWY Apt. 7H**
**Rockaway Park, NY 11694**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.535 0** | |

**Nonpriority creditor's name and mailing address**
**James Palmer**
**4214 Venado Dr.**
**Austin, TX 78731**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.535 1** | |

**Nonpriority creditor's name and mailing address**
**James Palmer**
**P.O. Box 1417**
**Pflugerville, TX 78691**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.535 2** | |

**Nonpriority creditor's name and mailing address**
**James Pan**
**15466 Heron Dr.**
**San Leandro, CA 94579**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.535 3** | |

**Nonpriority creditor's name and mailing address**
**James Parker**
**P.O. Box 28745**
**Austin, TX 78755**

Date(s) debt was incurred _10/31/2012_
Last 4 digits of account number **NA**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$22,929.98**

---

| | |
|---|---|
| **3.535 4** | |

**Nonpriority creditor's name and mailing address**
**James Pendegraft**
**6443 Wydown Blvd**
**Clayton, MO 63105**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.535 5** | |

**Nonpriority creditor's name and mailing address**
**James Peverill**
**650 Shetland Court**
**Milpitas, CA 95035**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.535 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Pistorino**
224 Lexington Dr.
Menlo Park, CA 94025

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.535 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Poleto**
902 Slater Lane
Alexandria, VA 22214

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.535 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Prout**
15216 Sweet Caddies Dr.
Pflugerville, TX 78660

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.535 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Rankin**
307 Langton St
San Francisco, CA 94103

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Rast**
11144 E. Villa Park St.
Chandler, AZ 85248

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Rawcliffe**
602 Bull Creek Pkwy
Cedar Park, TX 78613

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Reagan**
1428 Yates Store Rd
Cary, NC 27519

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 846 of 1000

| 3.536 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Ritts**
3015 Myrtle Street Apt 14
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Rogers**
1001 N Randolph St. #717
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**james rojas**
313 So. Cordova
Alhambra, CA 91801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James rubinstein**
12469 saratoga ave
saratoga, CA 95070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Saxon**
1624 Highland Blvd
Hayward, CA 94542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Shook**
809 San Antonio Rd. #8
Palo Alto, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Stelzer**
1905 Montecito #1
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 847 of 1000

---

**3.5370**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **James Stephens**<br>**2312 Matador Circle**<br>**Austin, TX 78746** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5371**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **James Stoughton**<br>**8517 Rimini Cove**<br>**Round Rock, TX 78681** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5372**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **James Sunstrum**<br>**1838 McMillan**<br>**Dearborn, MI 48128** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5373**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **James Swoish**<br>**17496 Maple Hill Dr.**<br>**Northville, MI 48168** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5374**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **James Tarr**<br>**800 west queen creek road #2177**<br>**chandler, AZ 85248** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5375**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **James Teasley**<br>**800 Lincoln Lane Apt 1505**<br>**Dearborn, MI 48126** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5376**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **James Ter Beest**<br>**1425 P ST NW #202**<br>**Washington, DC 20005** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| 3.537 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Thompson**
**1700 Bryant Dr #205**
**Round Rock, TX 78664**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Trevor Clark**
**196 Farley St**
**Mountain View, CA 94043-4418**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Vandall**
**200 Meridan ST**
**Pittsburgh, PA 15211**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Waller**
**10958 E Sombra Ave**
**Mesa, AZ 85212**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Waterstripe**
**3659 E Secretariat Rd**
**Tucson, AZ 85739**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James West**
**44th St.**
**Pittsburgh, PA 15238**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James West**
**2750 Hunters Cir. Apt. 523**
**Allison Park, PA 15101**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 849 of 1000

| 3.538 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Whetstone**
**625 Creekside Way APT #1103**
**New Braunfels, TX 78130**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James White**
**2972 E Beechnut Pl**
**Chandler, AZ 85249**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James White**
**12816 Waynespur Lane**
**Elgin, TX 78621**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Wilson**
**66 Danton St.**
**San Francisco, CA 94112**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Woodford**
**3209 IH-35 Apt 3088**
**Austin, TX 78741**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Woods**
**12366 Kent Ct**
**Southgate, MI 48195**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**james yett**
**po box 4895**
**san jose, CA 95150**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 850 of 1000

| 3.539 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Yong**
3415 Santa Barbara Ave.
Santa Clara, CA 95051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JamesD Clark**
8699 Empire Grade
Santa Cruz, CA 95060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JamesLee Fabian**
6804 N Capital of Texas Hwy
Austin, TX 78731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jameson Yung**
150 Franklin St Apt 108
San Francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jamie Porter**
3642 Darwin Dr
Fremont, CA 94555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jamie Bresner**
100 E Cliff St
Alexandria, VA 22301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jamie Brim**
1388 Gough St #1203
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 851 of 1000

| | |
|---|---|
| 3.539<br>8 | |

**Nonpriority creditor's name and mailing address**
**Jamie Cordelier**
**30 E. Cairo Dr**
**Tempe, AZ 85282**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.539<br>9 | |

**Nonpriority creditor's name and mailing address**
**Jamie Foster**
**1400 Colby Lane**
**Cedar Park, TX 78613**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.540<br>0 | |

**Nonpriority creditor's name and mailing address**
**Jamie Gaspar**
**255 Los Palmos Way**
**San Jose, CA 95119**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.540<br>1 | |

**Nonpriority creditor's name and mailing address**
**Jamie Goforth**
**8652 Byron Rd.**
**Howell, MI 48855**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.540<br>2 | |

**Nonpriority creditor's name and mailing address**
**Jamie Gray**
**1445 Lakeside Dr #107**
**Oakland, CA 94612**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.540<br>3 | |

**Nonpriority creditor's name and mailing address**
**Jamie Greene**
**880 36th St**
**Emeryville, CA 94608**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.540<br>4 | |

**Nonpriority creditor's name and mailing address**
**Jamie Haberman**
**1248 Wadams Blvd**
**Los Angeles, CA 90007**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 852 of 1000

| 3.540 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jamie Joaquin**
75 Gough St
San Francisco, CA 94102

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jamie Kidd**
2806 Innsbruck Drive, Apartment E
St. Louis, MO 63129

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jamie Lawrence**
22 Russ St.
San Francisco, CA 94103

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jamie Riotto**
PO Box 370628
Montara, CA 94037

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jamie Robertson**
2402 Roosevelt Ave.
Berkely, CA 94703

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jamil Scott**
16722 Hamilton Sta. Rd
Hamilton, VA 20158

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jamila Keba**
115 San Jose Ave. #1
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| 3.541 2 | **Nonpriority creditor's name and mailing address** **Jamison Beaver** **442 F Costa Mesa Ter** **Sunnyvale, CA 94085** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.541 3 | **Nonpriority creditor's name and mailing address** **Jamus MacDonald** **1060 Bush Street Apt 210** **San Francisco, CA 94109** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.541 4 | **Nonpriority creditor's name and mailing address** **Jan Bottorff** **47 Chaucer Court** **San Ramon, CA 94583** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.541 5 | **Nonpriority creditor's name and mailing address** **Jan Brander Kinnison** **25 Country Lakes Lane** **Waterloo, IL 62298** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.541 6 | **Nonpriority creditor's name and mailing address** **Jan Cislo** **4910 Horger Street** **Dearborn, MI 48126** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.541 7 | **Nonpriority creditor's name and mailing address** **Jan Dressel** **4932 Wilderness Pt** **Smithton, IL 62285** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.541 8 | **Nonpriority creditor's name and mailing address** **Jan Groza** **140 58th st, Unit 6C** **Brooklyn, NY 11220** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 854 of 1000

| 3.541 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jan Hobbel**
**20 Elm Avenue**
**Larkspur, CA 94939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.542 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jan Morris**
**1520 Spruce Street #2**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.542 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jan Scardina**
**225 Pearl Ave**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.542 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jan Stenstadvolden**
**24903 Granite Bluff Ln**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.542 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jana Halle**
**1989A Santa Rita Road, Suite 266**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.542 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jana Harvison**
**152 Manor Road**
**Pittsburgh, PA 15237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.542 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jana Rokos**
**489 Northave Drive #101**
**San Jose, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.542 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janaina DeSousa**
**299 Bayview Ave**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jane Thipphavong**
**4317 Verdigris Circle**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jane Thompson**
**3636 25th St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janeka Johnson**
**140 Lacrosse st.**
**Pittsburgh, PA 15218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janelle Sapantay**
**2368 Greendale Drive**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janet Best**
**100 Rohrer Lane**
**Mars, PA 16046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janet Davis**
**400 ferreira ct**
**milipitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 856 of 1000

| 3.543 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Janet Diaz**
**812 1/2 S Maple Ave**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Janet Livingston**
**PO Box 56622**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Janet Tabas**
**335 Butler St.**
**Pittsburgh, PA 15223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Janett Peace**
**258 N. 15th Street**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Janice Bouk**
**13904 Edgecamb Court**
**Centerville, VA 20120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Janice Kendall**
**610 Gennessee St**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Janice Martinson**
**2530 Castello Way**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| **3.544 0** | |

**Nonpriority creditor's name and mailing address**
**Janie Oliphant**
**4101 Magnolia Ave Apt209**
**St. Louis, MO 63110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.544 1** | |

**Nonpriority creditor's name and mailing address**
**Janie White**
**9471 E. Orange Grove**
**Florence, AZ 85132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.544 2** | |

**Nonpriority creditor's name and mailing address**
**Janna Fox**
**4029 Ambler Way**
**San Jose, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.544 3** | |

**Nonpriority creditor's name and mailing address**
**Jannat Saxena**
**5002 Kingston Way**
**San Jose, CA 95130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.544 4** | |

**Nonpriority creditor's name and mailing address**
**Jannie Buckley**
**249 Los Gatos Blvd**
**Los Gatos, CA 95030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.544 5** | |

**Nonpriority creditor's name and mailing address**
**Jannie Rose Que**
**7550 Saint Patrick Way #438**
**Dublin, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.544 6** | |

**Nonpriority creditor's name and mailing address**
**Japheth Gielen**
**1812 S Hardy Dr**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 858 of 1000

---

**3.5447**

Nonpriority creditor's name and mailing address
**Jared Hein**
**821 Villa Lane, Apt 1.**
**Moraga, CA 94556**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5448**

Nonpriority creditor's name and mailing address
**Jared Barretto**
**945 E. Empire Street**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5449**

Nonpriority creditor's name and mailing address
**Jared Bullock**
**715A Interdrive**
**University City, MO 63130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5450**

Nonpriority creditor's name and mailing address
**Jared Gruber**
**2011 key blvd, apt 598**
**Arlington, VA 22201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5451**

Nonpriority creditor's name and mailing address
**Jared Holstein**
**2730 West Lake Road**
**Cazenovia, NY 13035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5452**

Nonpriority creditor's name and mailing address
**Jared Hsu**
**214 Mark Train Ct**
**Santa Clara, CA 95050**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5453**

Nonpriority creditor's name and mailing address
**Jared Miller**
**14624 Laketrails Court**
**Chesterfield, MO 63017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 859 of 1000

| 3.545 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jared Miller**
**680 Shotwell st**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jared Renfro**
**1549 W 2nd St**
**Mesa, AZ 85201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jared Rudiak**
**10320 Boulder Ln apt 1825**
**Austin, TX 78726**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jared Saussy**
**2000 S Eads St Apt 1130**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jared Shaw**
**728 Alabama Street Apt 202**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jared Shroyer**
**3612 Heritage Parkway**
**Dearborn, MI 48124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jared Thorn**
**15255 S. 14th Place**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 860 of 1000

| 3.546 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jarett Baker-Dunn**
**2704 All View Way**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jarrett Herold**
**1690 Bay Street, Apartment 205**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jarrod Hsu**
**555 Benvenue Ave.**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jasmin Lim**
**3051 Dohr St. Apt A**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jasmine  Lawrence**
**800 W. Willis Rd.**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jasmine OLeary**
**4422 24th Street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason  Douglas**
**1448 Clary Sage Lp**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 861 of 1000

| | | |
|---|---|---|
| **3.546 8** | **Nonpriority creditor's name and mailing address** <br> **Jason Granado** <br> **1420 West Abingdon Drive Apt 217** <br> **Alexandria, VA 22314** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.546 9** | **Nonpriority creditor's name and mailing address** <br> **Jason Lambert** <br> **3912 Woolslayer Way** <br> **Pittsburgh, PA 15224** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.547 0** | **Nonpriority creditor's name and mailing address** <br> **Jason McKay** <br> **319 E Del Ray Ave** <br> **Alexandria, VA 22301** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.547 1** | **Nonpriority creditor's name and mailing address** <br> **Jason Mendus** <br> **21350 Audette ST.** <br> **Dearborn, MI 48124** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.547 2** | **Nonpriority creditor's name and mailing address** <br> **Jason Roesslein** <br> **22220 Carrington Cir.** <br> **Redwood City, CA 94062** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.547 3** | **Nonpriority creditor's name and mailing address** <br> **Jason Worrell** <br> **604 Yeonas Dr SW** <br> **Vienna, VA 22180** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.547 4** | **Nonpriority creditor's name and mailing address** <br> **Jason Abele** <br> **2172 15th St Apt #5** <br> **San Francisco, CA 94114** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 862 of 1000

| Debtor | **TechShop, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.547 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Aguirre**
**1418 Sprucewood Dr**
**San Jose, CA 95118**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Altekruse**
**624 Morse Ave Apt 15**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Appelbaum**
**5540 Doyle St.**
**Emeryville, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Bagby**
**PO Box 15**
**Rockdale, TX 76567**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,183.80** |
|---|---|---|---|

**Jason Beaver**
**1342 Hillcrest Ct.**
**San Jose, CA 95120**

Date(s) debt was incurred  **2/7/2012**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Beaver**
**1342 Hillcrest Ct.**
**San Jose, CA 95120**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Belich**
**33 Higuera Ave**
**San Francisco, CA 94132**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 863 of 1000

| 3.548 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jason Bellinger** | ☐ Contingent | |
| **4908 Bristow DR** | ☐ Unliquidated | |
| **Annandale, VA 22003** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jason Black** | ☐ Contingent | |
| **1068 S. Roca St.** | ☐ Unliquidated | |
| **Gilbert, AZ 85296** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jason Bowen** | ☐ Contingent | |
| **17212 N Scottsdale Rd Apt 1103** | ☐ Unliquidated | |
| **Scottsdale, AZ 85048** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jason Brush** | ☐ Contingent | |
| **512 Chenery St.** | ☐ Unliquidated | |
| **San Francisco, CA 94131** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jason Bulluck** | ☐ Contingent | |
| **3511 Upshur Street** | ☐ Unliquidated | |
| **Brentwood, MD 20722** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jason Campbell** | ☐ Contingent | |
| **5552 Beacon St** | ☐ Unliquidated | |
| **Pittsburgh, PA 15217** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jason Cohn** | ☐ Contingent | |
| **425 Center Street** | ☐ Unliquidated | |
| **Pittsburgh, PA 15221** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 864 of 1000

---

| 3.5489 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Cox**
**1942 15th Street, Apt.5**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5490 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason DeCruz**
**325 Sutter St., APT 200**
**San Francisco, CA, CA 94108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5491 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Dombrowski**
**2700 S Adams St #407**
**Arlington, VA 22206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5492 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Eads**
**1111 W El Camino Real STE 109-189**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5493 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Enriquez**
**10752 W. Woodland Ave.**
**Avondale, AZ 85323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5494 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Erickson**
**439 connecticut st**
**san francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5495 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Fields**
**1121 Myrtle Eve**
**Kansas City, MO 64127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.549 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Francois**
4866 S. Covalent Ln.
Mesa, AZ 85212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Fulbrook**
3478 Barrister's Keepe Circle
Fairfax, VA 22031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Gao**
9457 Wooded Glen Ave
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Gilbert**
74 New Montgomery Street, Unit 415
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Gridley-Waters**
2001 Burger St
Dearborn, MI 48128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Grix**
31627 Norfolk St
Livonia, MI 48152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Hansen**
907 Savannah Avenue
Wilkinsburg, PA 15221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 866 of 1000

| 3.550 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Harris**
**3301 6th St S**
**Arlington, VA 22204-1703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Haskins**
**703 Elder Way**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Hawke**
**3920 7th ST NE**
**Washington, DC 20017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Heller**
**1710 Industrial Road**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Katzer**
**190 Ryland #5204**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Keenan**
**24521 Winona**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Kelley**
**253 Kelley Road**
**Connellsville, PA 15425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 867 of 1000

| | |
|---|---|
| Debtor **TechShop, Inc.** | Case number *(if known)* |
| Name | |

**3.551 0**

Nonpriority creditor's name and mailing address
**Jason Kim**
**1401 Marcello**
**San Jose, CA 95131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551 1**

Nonpriority creditor's name and mailing address
**Jason Krznarich**
**353 King St Apt 103**
**San Francisco, CA 94158**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551 2**

Nonpriority creditor's name and mailing address
**Jason Lee**
**10410 Miller avenue**
**Cupertino, CA 95014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551 3**

Nonpriority creditor's name and mailing address
**Jason Lentz**
**940 Laurel St Unit A**
**San Carlos, CA 94070**

Date(s) debt was incurred  **11/15/2017**
Last 4 digits of account number  **2**

As of the petition filing date, the claim is: *Check all that apply.*                **$612.50**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor Fees for instructions for the period 09/03/2017 to 09/25/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551 4**

Nonpriority creditor's name and mailing address
**Jason Lentz**
**940 Laurel St Unit A**
**San Carlos, CA 94070**

Date(s) debt was incurred  **10/21/2017**
Last 4 digits of account number  **1**

As of the petition filing date, the claim is: *Check all that apply.*                **$181.25**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor Fees for instructions for the period 08/08/2017 to 08/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551 5**

Nonpriority creditor's name and mailing address
**Jason Lentz**
**245 Visitacion Ave.**
**Brisbane, CA 94005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 868 of 1000

| 3.551 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Libsch**
**584 Chetwood Street**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.551 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Marks**
**722 Live Oak Ave**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.551 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Martin**
**117 36th Street**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.551 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Jason Meekhof**
**20765 Delaware St,**
**Southfield, MI 48033**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/25/2017**

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for period 10/04/2017 to 10/16/2017**

Last 4 digits of account number  **80**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.552 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Jason Meekhof**
**20765 Delaware St,**
**Southfield, MI 48033**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/25/2017**

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions dated 08/23/2017**

Last 4 digits of account number  **79**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.552 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Jason Meekhof**
**20765 Delaware St,**
**Southfield, MI 48033**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/25/2017**

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for dated 08/23/2017**

Last 4 digits of account number  **78**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 869 of 1000

| 3.552 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Meekhof**
**20765 Delaware**
**Southfield, MI 48033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Meyer**
**45438 Augusta Dr.**
**Canton, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Miller**
**22260 Churchveiw**
**woodhaven, MI 48183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Miller**
**13404 Creole Cv**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Moline**
**22 Amicita Ave**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Olson**
**9648 W. Keyser Dr.**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Park**
**133 Brosnan Ct.**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.552 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Peck**
**5 Country Green Dr**
**Holtsville, NY 11742**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.553 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Petersen**
**255 Potrero Ave**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.553 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Pittman**
**800 High School Way #304**
**Mountain View, CA 94041**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.553 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Powell**
**131 Otis Avenue**
**Woodside, CA 94062**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.553 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Proch**
**6315 W Banff Ln**
**Glendale, AZ 85306**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.553 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,056.42** |
|---|---|---|---|

**Jason R. Williams**
**536 Hopkins St.**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **2/3/2012**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.553 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Radcliffe**
**3654 Farm Hill Blvd**
**Redwood City, CA 94061**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 871 of 1000

| 3.553 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.553 6**

**Nonpriority creditor's name and mailing address**
**Jason Raifsnyder**
**7424 Maple Ave**
**St. Louis, MO 63143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.553 7**

**Nonpriority creditor's name and mailing address**
**Jason Rasmussen**
**50 Liberty Dock**
**Sausalito, CA 94965**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.553 8**

**Nonpriority creditor's name and mailing address**
**Jason Rasmussen_V**
**616 Throckmorton Ave,**
**Mill Valley, CA 94941**

Date(s) debt was incurred  **11/30/2017**

Last 4 digits of account number  **29**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$825.00**

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor clas instruction for the period 10/01/2017 to 10/29/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.553 9**

**Nonpriority creditor's name and mailing address**
**Jason Rasmussen_V**
**616 Throckmorton Ave,**
**Mill Valley, CA 94941**

Date(s) debt was incurred  **11/13/2017**

Last 4 digits of account number  **27**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$1,075.00**

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 09/07/2017 to 09/27/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.554 0**

**Nonpriority creditor's name and mailing address**
**Jason Rasmussen_V**
**616 Throckmorton Ave,**
**Mill Valley, CA 94941**

Date(s) debt was incurred  **10/10/2017**

Last 4 digits of account number  **26**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$425.00**

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 08/02/2017 to 08/31/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.554 1**

**Nonpriority creditor's name and mailing address**
**Jason Rasmussen_V**
**616 Throckmorton Ave,**
**Mill Valley, CA 94941**

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **24**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$700.00**

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction fot the period 07/01/2017 to 07/31/2017**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.554 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jason Rivers**
**47671 Pembroke Dr**
**Canton, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jason Robbins**
**10507 Yucca DR**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jason Ruff**
**1300 W Warner Rd #2092**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jason Sankovitch**
**1703 Lakeshore Dr**
**St. Charles, MO 63303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jason Smith**
**50103 Flintrock Dr.**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$215.00** |
|---|---|---|---|

**Jason Sollman_V**
**3505 Leafield Dr, Unit B**
**Austin, TX 78749**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/10/2017**
Last 4 digits of account number  **4**

Basis for the claim:  **[Notice only] Techshop Austin -Instructor Class Instructions for the period of 09/01/2017 to 09/25/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 873 of 1000

| 3.554 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Jason Sollman_V**
**3505 Leafield Dr, Unit B**
**Austin, TX 78749**

Date(s) debt was incurred  8/31/2017

Last 4 digits of account number  3

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  [Notice only] Techshop Austin -Instructor Class Instructions on 08/17/2017

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.554 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jason Speck**
**1562 E. Elgin Street**
**Gilbert, AZ 85295**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jason Springs**
**1055 Bennett Way**
**San Jose, CA 95125**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jason Stephan**
**635 S. Newport St**
**Chandler, AZ 85225**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jason Stone**
**440 Davis Court Apt 1121**
**San Francisco, CA 94111**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jason Trujillo**
**222 East Riverside**
**Austin, TX 78704**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jason UnzelmanLangsdorf**
**2654 Eaton Ave**
**Redwood City, CA 94062**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 874 of 1000

| 3.555 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Vaughn**
**1100 N Priest Dr**
**#1120**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Vetsch**
**5615 N 7th St Apt 60**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Vincent**
**1005 East rot St Apt 12**
**Seattle, WA 98102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Wang**
**2627 37th Ave.**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Ware**
**3915 East Taro Lane**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.556 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Wellman**
**1741 W Laredo**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.556 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Wiegand**
**13301 Lahbrook lane east**
**brighton, MI 48114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.556 2** | |

**Nonpriority creditor's name and mailing address**
**Jason Williams**
**536 Hopkins St.**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.556 3** | |

**Nonpriority creditor's name and mailing address**
**Jason Winkleman**
**450 s aiken ave**
**pittsburgh, PA 15232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.556 4** | |

**Nonpriority creditor's name and mailing address**
**Jason Wou**
**25695 Laramie Dr**
**Novi, MI 48374**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.556 5** | |

**Nonpriority creditor's name and mailing address**
**Jason Wu**
**3060 EL CERRITO PLZ #203**
**EL CERRITO, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.556 6** | |

**Nonpriority creditor's name and mailing address**
**Jason Wyant**
**817 N. Main Street**
**Niles, OH 44446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.556 7** | |

**Nonpriority creditor's name and mailing address**
**Jason Young**
**15532 Sarahs Creek Drive**
**Pflugerville, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.556 8** | |

**Nonpriority creditor's name and mailing address**
**Jason Young_V**
**PO Box 2616**
**Pflugerville, TX 78691**

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **77TS**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instrcutions for period 10/01/2017 to 10/27/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$510.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 876 of 1000

| | |
|---|---|
| **3.556 9** | **$240.00** |

**Nonpriority creditor's name and mailing address**
**Jason Young_V**
**PO Box 2616**
**Pflugerville, TX 78691**

Date(s) debt was incurred  9/30/2017
Last 4 digits of account number  77TS

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** [Notice only] Techshop Austin -Instructor class instructions for period 09/01/2017 to 09/28/2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.557 0** | **$0.00** |

**Nonpriority creditor's name and mailing address**
**JASPER BOTE**
**167 VALMAR TER**
**SAN FRANCISCO, CA 94112**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.557 1** | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Jasper Thomas**
**3154 26th Street**
**San Francisco, CA 94110**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.557 2** | **$1,854.00** |

**Nonpriority creditor's name and mailing address**
**Jasper Thomas_V**
**926 Howard St.**
**San Francisco, CA 94103**

Date(s) debt was incurred  11/9/2017
Last 4 digits of account number  70

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** [Notice only] Techshop SOMA - Instructor class instruction for the period 09/16/2017 to 10/31/2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.557 3** | **$1,899.00** |

**Nonpriority creditor's name and mailing address**
**Jasper Thomas_V**
**926 Howard St.**
**San Francisco, CA 94103**

Date(s) debt was incurred  10/3/2017
Last 4 digits of account number  69

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** [Notice only] Techshop SOMA - Instructor class instruction for the period 09/05/2017 to 09/29/2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.557 4** | **$325.50** |

**Nonpriority creditor's name and mailing address**
**Jasper Thomas_V**
**926 Howard St.**
**San Francisco, CA 94103**

Date(s) debt was incurred  10/9/2017
Last 4 digits of account number  1

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** [Notice only] Techshop SOMA - Art at SF MakersMart (70/30 commision) for the period 05/08/2017 to 09/01/2017

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 877 of 1000

| 3.557 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265.31 |
|---|---|---|---|

**Jasper Thomas_V**
926 Howard St.
San Francisco, CA 94103

Date(s) debt was incurred  **10/9/2017**

Last 4 digits of account number  **0917**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Leather, leather tools, leather hardware, conditioner**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,965.00 |
|---|---|---|---|

**Jasper Thomas_V**
926 Howard St.
San Francisco, CA 94103

Date(s) debt was incurred  **9/5/2017**

Last 4 digits of account number  **68**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 08/01/2017 to 08/21/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jasper van Tongeren**
1707 Oak street
San Francisco, CA 94117

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAVIER DIAZ**
1253 B
SAN FRANCISCO, CA 94130

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Javier YepValencia**
1286 Sunny Ct #4
San jose, CA 95116

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jay  King**
2 W. Vinedo Ln.
Tempe, AZ 85284

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 878 of 1000

| 3.558 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jay Stosz**
2225 E Sausalito Ct
Gilbert, AZ 85234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jay Buffington**
5 Cook St.
San Francisco, CA 94118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jay Davidson**
579 7th Ave
San Francisco, CA 94118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jay Davis**
1806 Princeton Ave
Austin, TX 78757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jay Degenkolb**
20064 Herzog
Rockwood, MI 48173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jay Doherty**
1445 Eddy St
SAN FRANCISCO, CA 94115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jay Hsin**
4200 Love Bird Ln
Austin, TX 78730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398　　Doc# 2　　Filed: 02/26/18　　Entered: 02/26/18 18:01:21　　Page 879 of 1000

---

**3.5588**

**Nonpriority creditor's name and mailing address**
**Jay Jackson-Doyle**
**2001 Enterprise Dr #130**
**Round Rock, TX 78664**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5589**

**Nonpriority creditor's name and mailing address**
**Jay Jurma**
**3405 Doremus**
**Hamtramck, MI 48212**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5590**

**Nonpriority creditor's name and mailing address**
**Jay Logue**
**3382 Olsen Dr**
**San Jose, CA 95117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5591**

**Nonpriority creditor's name and mailing address**
**Jay Malvar**
**639 Grove Street Apt. 9**
**San Francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5592**

**Nonpriority creditor's name and mailing address**
**Jay Miah**
**2310 Arlington Avenue**
**Pittsburgh, PA 15209**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5593**

**Nonpriority creditor's name and mailing address**
**Jay Parsons**
**6904 Bancroft Woods Dr**
**Austin, TX 78729**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5594**

**Nonpriority creditor's name and mailing address**
**Jay Roberts**
**8221 S FM 1174**
**Bertram, TX 78605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 880 of 1000

| 3.559 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jay Roy**
**511 S Madison St.**
**La Grange, TX 78945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jay Shah**
**87 Swanton News Unit 100**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jay Weber**
**1902 Mulligan Drive**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jaya Griscom**
**1026 Ringwood Ave**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jayant Mehta**
**2367 Middlefield Ave**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jayant Sanders**
**650 Park Court**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jayden Hilton**
**744A Portola Drive**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 881 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.560 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Jaye Sosa** **140 E. 14th St Apt 706B** **new York, NY 10003** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.560 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Jayesh Patil** **451 n Cordoba Pl** **Chandler, AZ 85226** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.560 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00** |
| | **Jayla Patton_V** **2407 Salisbury St** **Pittsburgh, PA 15210** | ■ Contingent ☐ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred **8/18/2017** Last 4 digits of account number **63** | Basis for the claim: **[Notice only] Techshop Pittsburgh-Instructor class instructions for period 08/07/2017 to 08/11/2017** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.560 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
| | **Jayla Patton_V** **2407 Salisbury St** **Pittsburgh, PA 15210** | ■ Contingent ☐ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred **9/6/2017** Last 4 digits of account number **64** | Basis for the claim: **[Notice only] Techshop Pittsburgh-Instructor class instructions dated 08/26/2017 and 09/02/2017** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.560 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Jaymes Winger** **550 Mansion Park Dr., #302** **Santa Clara, CA 95054** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.560 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,978.08** |
| | **Jayne Brownlee** **700 Central Ave.** **Menlo Park, CA 94025** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **2/7/2014** Last 4 digits of account number **NA** | Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 882 of 1000

| | |
|---|---|
| **3.560 8** | |

**Nonpriority creditor's name and mailing address**

**Jayne Brownlee**
**700 Central Ave.**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.560 9** | |

**Nonpriority creditor's name and mailing address**

**Jazz Sabian**
**200 Sherdan Ave #208**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.561 0** | |

**Nonpriority creditor's name and mailing address**

**JB Foreman**
**639 Bair Island Road #502**
**Redwood City, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.561 1** | |

**Nonpriority creditor's name and mailing address**

**JC Escalante**
**217 San Luis Ave**
**San Bruno, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.561 2** | |

**Nonpriority creditor's name and mailing address**

**JD Cole**
**3097 Turk Blvd**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.561 3** | |

**Nonpriority creditor's name and mailing address**

**JD Durst**
**989 Chenery St.**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.561 4** | |

**Nonpriority creditor's name and mailing address**

**Jean  Sausele-Knodt**
**202 Forest Drive**
**Falls Church, VA 22046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 883 of 1000

| 3.561 5 | **Nonpriority creditor's name and mailing address**<br>**JEAN JACQUES LOESCH**<br>**1616 West El Camino Real, STE 1202**<br>**Mountain View, CA 94040** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.561 6 | **Nonpriority creditor's name and mailing address**<br>**Jean Kodama**<br>**12909 Glenda Street**<br>**Cerritos, CA 90703** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.561 7 | **Nonpriority creditor's name and mailing address**<br>**Jean Turney**<br>**4112 Wyoming St**<br>**St. Louis, MO 63108** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.561 8 | **Nonpriority creditor's name and mailing address**<br>**Jean-Baptiste KALOYA**<br>**2419 2419 spalding ave**<br>**Berkely, CA 95703** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.561 9 | **Nonpriority creditor's name and mailing address**<br>**Jean-Fran ois BOTTIAU**<br>**1353 Bush st.**<br>**San Francisco, CA 94109** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.562 0 | **Nonpriority creditor's name and mailing address**<br>**Jeanie Linden**<br>**163 Zander Dr.**<br>**Orinida, CA 94563** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.562 1 | **Nonpriority creditor's name and mailing address**<br>**Jeanna Kim**<br>**3918 W St NW, Unit #1**<br>**Washington, DC 20007** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 884 of 1000

| 3.562 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeanne CHAUVEAU**
**1245 CLAYTON ST.**
**SAN FRANCISCO, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeanne Christiansen**
**2114 Anthony Dr.**
**Campbell, CA 95008**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeannette H. Taggart, Esq. Taggart Law O**
**111 North Market Street, Suite 300**
**San Jose, CA 95113**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeannette H. Taggart, Esq. Taggart Law O**
**111 North Market Street, Suite 300**
**San Jose, CA 95113**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeannette H. Taggart, Esq. Taggart Law O**
**111 North Market Street, Suite 300**
**San Jose, CA 95113**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeannette Whitcomb**
**2260 Cobblehill Place**
**San Mateo, CA 94402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Jeannie Llewellyn**
**867 East Meadow Dr**
**Palo Alto, CA 94303**

Date(s) debt was incurred  **10/3/2017**
Last 4 digits of account number  **1706**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - STEAM Camp for the period 09/26/2017 to 10/03/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 885 of 1000

| 3.562 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**Jeannie Llewellyn**
**867 East Meadow Dr**
**Palo Alto, CA 94303**

Date(s) debt was incurred **8/25/2017**

Last 4 digits of account number **1703**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - STEAM Camp for the period 07/17/2017 to 07/21/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,037.50 |
|---|---|---|---|

**Jeannie Llewellyn**
**867 East Meadow Dr**
**Palo Alto, CA 94303**

Date(s) debt was incurred **8/25/2017**

Last 4 digits of account number **1702**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - STEAM Camp for the period 06/25/2017 to 07/14/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.50 |
|---|---|---|---|

**Jeannie Llewellyn**
**867 East Meadow Dr**
**Palo Alto, CA 94303**

Date(s) debt was incurred **8/25/2017**

Last 4 digits of account number **1701**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - STEAM Camp online training for the period 06/06/2017 to 06/10/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeannie Llewellyn**
**867 E. Meadow Dr.**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeannie Parker**
**3030 Hillside Dr.**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeannie Stamberger**
**479 Waverly Street**
**Menlo Park, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 886 of 1000

---

**3.563 5**

**Nonpriority creditor's name and mailing address**

**Jeannique McGlothen**
**1473 Gateway dr**
**Vallejo, CA 94589**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.563 6**

**Nonpriority creditor's name and mailing address**

**Jeb Buie**
**319 Sendero Lane**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.563 7**

**Nonpriority creditor's name and mailing address**

**Jeb Phillips**
**50612 Paine St**
**Canton, MI 48188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.563 8**

**Nonpriority creditor's name and mailing address**

**Jed Phillips**
**870 E El Camino Real #82**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.563 9**

**Nonpriority creditor's name and mailing address**

**Jeff  Baxter**
**13177 Briar Hill**
**Carleton, MI 48117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.564 0**

**Nonpriority creditor's name and mailing address**

**Jeff  Chyatte**
**7605 Honeywell Lane**
**Bethesda, MD 20814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.564 1**

**Nonpriority creditor's name and mailing address**

**Jeff  Galac**
**5366 Northumberland**
**Pittsburgh, PA 15217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 887 of 1000

| 3.564 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeff Peterson**
**146 Hartwood Dr**
**Pittsburgh, PA 15208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeff Abramovitz**
**1288 Denniston**
**PGH, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,476.71** |
|---|---|---|---|

**Jeff Angwin**
**3455 Casa Loma Rd**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/7/2016**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeff Angwin**
**3455 Casa Loma Rd**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeff Bonwick**
**1390 McKenzie Ave**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeff Brachhausen**
**33060 Lake Wawasee St.**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeff Carloni**
**1037 Coleman Rd. Apt. # 5303**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 888 of 1000

| | | |
|---|---|---|
| 3.564 9 | **Nonpriority creditor's name and mailing address** **Jeff Clark** 3860 S. Peden Dr. Chandler, AZ 85248 | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.565 0 | **Nonpriority creditor's name and mailing address** **Jeff Coulam** 14403 Tucumcari trail Austin, TX 78734 | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.565 1 | **Nonpriority creditor's name and mailing address** **Jeff Cronk** 29 Juniper Berry Way Austin, TX 78734 | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.565 2 | **Nonpriority creditor's name and mailing address** **Jeff Cutting** 19561Canon Dr Los Gatos, CA 95030 | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.565 3 | **Nonpriority creditor's name and mailing address** **Jeff Daugherty** 4406 Hunters Lodge Dr Round Rock, TX 78681 | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.565 4 | **Nonpriority creditor's name and mailing address** **Jeff DePaso** 2108 Polo Pointe Dr. Vienna, VA 22181 | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.565 5 | **Nonpriority creditor's name and mailing address** **Jeff Dowler** 832 Thorn St. Sewickley, PA 15143 | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 889 of 1000

| 3.565 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Edmonston**
**320 Saclan Terrace**
**Clayton, CA 94517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Jeff Georgette**
**136 Mesa Verde Way**
**San Carlos, CA 94070**

Date(s) debt was incurred **11/7/2017**

Last 4 digits of account number **1**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Instructor Class Instruction on 11/07/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Georgette**
**831 Sweeney Ave.**
**Redwood City, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Hentschel**
**40555 Mill Road Ct E**
**Novi, MI 48375**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Jacobs**
**505 Cornell Ave**
**San Mateo, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Jeffries**
**5133 Harding Pike B10-118**
**Nashville, TN 37205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Kaddas**
**111 Lowell St.**
**Redwood City, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 890 of 1000

| 3.566 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jeff Keyzer**
**227 Dellbrook Ave**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jeff LaBenz**
**1443 E. Butler Circle**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jeff Leanse**
**1057 Menlo Oaks Dr.**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jeff McFall**
**1525 Sharon Pl.**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Jeff McGlew**
**9705 Zion Way**
**Austin, TX 78733**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2017**
Last 4 digits of account number  **917**

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions on 09/14/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |

**Jeff McGlew**
**9705 Zion Way**
**Austin, TX 78733**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/28/2017**
Last 4 digits of account number  **817**

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions for the period of 08/03/2017 to 08/24/2017**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 891 of 1000

| 3.566 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Mecredy**
**2652 Polk st. #2**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.567 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Miller**
**1531 Washington Avenue 4C**
**St Louis, MO 63103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.567 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Moorhead**
**7322 Reddfield Ct**
**FALLS CHURCH, VA 22043**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.567 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Mueller**
**498 8th Ave**
**San Francisco, CA 94118**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.567 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Mullins**
**15586 Regina**
**Allen Park, MI 48101**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.567 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Nabhan**
**704 Valley Way**
**Santa Clara, CA 95051**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.567 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff ODonohue**
**1321 Waverly Street**
**Palo Alto, CA 94306**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.567 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Osborn**
3130 Alpine Rd. #288 box 401
Portola Valley, CA 94028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Paddock**
6155 North Silvery Lane
Dearborn Heights, MI 48127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Pettit**
2775 Market Street Apartment 303
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Polus**
4240 Duncan
St. Louis, MO 63108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Porter**
346 S Buena Vista Ave.
Gilbert, AZ 85296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Ranken**
6609 Allen Rd.
Allen Park, MI 48101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Royer**
614 E Breckenridge
Ferndale, MI 48220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 893 of 1000

| 3.568 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Ryan**
168 N. Meramec
Clayton, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Sgroi**
8829 Wildwood Links
Raleigh, NC 27613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Sherman**
774 Owl Ct
Louisville, CO 80027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Sid**
554 Hawthorne Ave.
Palo Alto, CA 94301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Simpson**
718 Shiny Rock Dr
Austin, TX 78748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Sims**
711 Gier Ct
San Jose, CA 95111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Singer**
50422 monroe
canton, MI 48188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398　Doc# 2　Filed: 02/26/18　Entered: 02/26/18 18:01:21　Page 894 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.569 0 | Nonpriority creditor's name and mailing address<br>**Jeff Soares--Loether**<br>**973-C Russell Ave**<br>**Gaithersburg, MD 20879**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.569 1 | Nonpriority creditor's name and mailing address<br>**Jeff Southard**<br>**2128 Grove St.**<br>**San Francisco, CA 94117**<br><br>Date(s) debt was incurred __4/18/2012__<br><br>Last 4 digits of account number __NA__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19,842.67** |

| 3.569 2 | Nonpriority creditor's name and mailing address<br>**Jeff Southard**<br>**2128 Grove St.**<br>**San Francisco, CA 94117**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.569 3 | Nonpriority creditor's name and mailing address<br>**Jeff Southard & Maria Ray**<br>**2128 Grove St.**<br>**San Francisco, CA 94117**<br><br>Date(s) debt was incurred __2/11/2010__<br><br>Last 4 digits of account number __NA__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21,615.08** |

| 3.569 4 | Nonpriority creditor's name and mailing address<br>**Jeff Staebler**<br>**2566 East Grand Blvd. Unit 231**<br>**Detroit, MI 48211**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.569 5 | Nonpriority creditor's name and mailing address<br>**Jeff Tomasello**<br>**9214 Orinda Way**<br>**Gilroy, CA 95020**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.569 6 | Nonpriority creditor's name and mailing address<br>**Jeff Visser**<br>**2312 19th Avenue**<br>**San Francisco, CA 94116**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.5697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Wang**
25 King St
Redwood City, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Warrow**
17540 hennebec st
riverview, MI 48193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Whaley**
360 South Market St Unit 2104
San Jose, CA 95113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Wilbur**
709 Shorefront Cir.
Midland, MI 48640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Winkelman**
1316 Town Center Dr, #3603
Pflugerville, TX 78660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Wishner**
650 Delancey Street APT 415
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jefferson Fleming**
1021 W 9th St
Tempe, AZ 85706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 896 of 1000

| 3.570 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Jefferson Huang**
**907 Quincy St NW**
**Washington, DC 20011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 5 |

**Nonpriority creditor's name and mailing address**
**Jeffery Whaley**
**360 South Market St Unit 2104**
**San Jose, CA 95113**

Date(s) debt was incurred **12/30/2016**
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,186.30**

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 6 |

**Nonpriority creditor's name and mailing address**
**Jeffery Hall**
**9229 Waterford  Center Blvd. #110**
**Austin, TX 78758**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 7 |

**Nonpriority creditor's name and mailing address**
**Jeffey Ly**
**2257 Octavia Ct**
**Tracy, CA 95377**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 8 |

**Nonpriority creditor's name and mailing address**
**Jeffrey  Hess**
**6817 Chadwick Dr**
**Canton, MI 48187**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 9 |

**Nonpriority creditor's name and mailing address**
**Jeffrey A Porter**
**346 S Buena Vista Ave.**
**Gilbert, AZ 85296**

Date(s) debt was incurred **11/28/2014**
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$31,367.12**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 897 of 1000

---

**3.571 0**

**Nonpriority creditor's name and mailing address**

**Jeffrey A. Sherman**
**774 Owl Ct**
**Louisville, CO 80027**

Date(s) debt was incurred **9/28/2009**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$16,027.18**

---

**3.571 1**

**Nonpriority creditor's name and mailing address**

**Jeffrey Arnold**
**804 Dwight St**
**Ypsilanti, MI 48198**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.571 2**

**Nonpriority creditor's name and mailing address**

**Jeffrey Ayer**
**3408 N Glebe Rd**
**Arlington, VA 22207**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.571 3**

**Nonpriority creditor's name and mailing address**

**Jeffrey Bernstein**
**1711 Valley View Ave.**
**Belmont, CA 94002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.571 4**

**Nonpriority creditor's name and mailing address**

**Jeffrey Bloker**
**4126 E Pindnot Ave.**
**Phoenix, AZ 85018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.571 5**

**Nonpriority creditor's name and mailing address**

**Jeffrey Chininis**
**1 Briarbrook Trail**
**Saint Louis, MO 63131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.571 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey Clark**
**3860 S. Peden Dr.**
**Chandler, AZ 85248**

Date(s) debt was incurred **9/20/2016**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$27,739.73**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 898 of 1000

---

**3.571 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey Doering**
**46240 Spinning Wheel Dr**
**Canton, MI 48187**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.571 8**

**Nonpriority creditor's name and mailing address**

**Jeffrey Flower**
**1089 1/2 Lincoln Ave.**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.571 9**

**Nonpriority creditor's name and mailing address**

**Jeffrey Ford**
**5017 Powell Rd**
**Fairfax, VA 22032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 0**

**Nonpriority creditor's name and mailing address**

**Jeffrey Gamble**
**4253A Russell Avenue**
**St. Louis, MO 63110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 1**

**Nonpriority creditor's name and mailing address**

**Jeffrey Haag**
**2850 Burns St**
**Dearborn, MI 48124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 2**

**Nonpriority creditor's name and mailing address**

**Jeffrey Kenyon**
**284 S 16th St**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 3**

**Nonpriority creditor's name and mailing address**

**Jeffrey L. Stabel**
**9605 S 48th St Apt # 2075**
**Phoenix, AZ 85044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 899 of 1000

**3.572 4**

**Nonpriority creditor's name and mailing address**

**Jeffrey Litz**
**1631 Fillmore Ave**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 5**

**Nonpriority creditor's name and mailing address**

**Jeffrey Mosley**
**742 N Beatty**
**Pittsburgh, PA 15206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey Moy**
**729 Stone Canyon Circle**
**Inverness, IL 60010**

Date(s) debt was incurred **9/23/2015**

Last 4 digits of account number **NA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$29,707.51**

---

**3.572 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey Moy**
**729 Stone Canyon Circle**
**Inverness, IL 60010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 8**

**Nonpriority creditor's name and mailing address**

**Jeffrey Odell**
**643 17th Ave.**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 9**

**Nonpriority creditor's name and mailing address**

**Jeffrey Olson**
**616 Caroline St.**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.573 0**

**Nonpriority creditor's name and mailing address**

**Jeffrey Oppenheimer**
**16 Terrace Ave.**
**Kentfield, CA 94904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 900 of 1000

| 3.573 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Queisser**
**804 17th Ave.**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Reiter**
**3814 Jarrett Way**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,609.18 |
|---|---|---|---|

**Jeffrey Robert Angwin & Joan Goddard Ang**
**3455 Casa Loma Rd**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2012**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Detroit LLC**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,597.26 |
|---|---|---|---|

**Jeffrey Robert Angwin and Joan Goddard A**
**3455 Casa Loma Rd**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/17/2013**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,375.68 |
|---|---|---|---|

**Jeffrey Robert Angwin and Joan Goddard A**
**3455 Casa Loma Rd**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2011**

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Rule**
**3906 Laird Place**
**Chevy CHase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 901 of 1000

| 3.573 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey Scruggs**
8323 Liberty Walk Dr
Round Rock, TX 78681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey Sligar**
611 La Maison Drive
San Jose, CA 95128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey Spaulding**
110 lake dawn rd
port angeles, WA 98362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey Spragg**
1220 N. Fair Oaks
Sunnyvale, CA 94089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey Sun**
940A Shotwell St
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey Taylor**
6013 Castello Dr
San Jose, CA 95120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey Waggett**
2811 12th ST S
Arlington, VA 22204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574<br>4 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Wolfe**<br>**247 Superior Blvd**<br>**Wyandotte, MI 48192** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.574<br>5 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Yeung**<br>**45245 Seabrook Dr**<br>**Canton, MI 48188** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.574<br>6 | **Nonpriority creditor's name and mailing address**<br>**Jein Kim**<br><br>**Whitestone, NY 11357** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$300.00** |
|---|---|---|---|
| | Date(s) debt was incurred  11/10/2017<br>Last 4 digits of account number  1 | **Basis for the claim:** Instructors fee for the period 10/15/2017 to 11/08/2017<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.574<br>7 | **Nonpriority creditor's name and mailing address**<br>**Jein Kim**<br>**163-57 17th Ave**<br>**Whitestone, NY 11357** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.574<br>8 | **Nonpriority creditor's name and mailing address**<br>**Jeizzon Viana_Mendes**<br>**400 Brazil Avenue**<br>**San Francisco, CA 94112** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.574<br>9 | **Nonpriority creditor's name and mailing address**<br>**Jemeer Loveberry**<br>**4486 W Jefferson**<br>**Ecorse, MI 48229** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.575<br>0 | **Nonpriority creditor's name and mailing address**<br>**Jen Hawthorne**<br>**1302 The Alameda Apt 201**<br>**San Jose, CA 95126** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 903 of 1000

---

**3.575**
**1**

**Nonpriority creditor's name and mailing address**
**Jen Hitchcock**
**10208 Clair Ave**
**Pittsburgh, PA 15235**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575**
**2**

**Nonpriority creditor's name and mailing address**
**Jen Rizzo**
**3649  26th St.**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575**
**3**

**Nonpriority creditor's name and mailing address**
**Jena Chafin**
**2626 Kitsap Ct.**
**Santa Clara, CA 95051**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575**
**4**

**Nonpriority creditor's name and mailing address**
**Jenae Michelle**
**3305 8th Street NE**
**Washington, DC 20017**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575**
**5**

**Nonpriority creditor's name and mailing address**
**Jenalea Schultz**
**610 Webster St #11**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575**
**6**

**Nonpriority creditor's name and mailing address**
**Jeni  Jones**
**4352 E. Santa Rosa Pl**
**Gilbert, AZ 85234**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575**
**7**

**Nonpriority creditor's name and mailing address**
**Jenn Gooch**
**5179 Kincaid St**
**Pittsburgh, PA 15224**

Date(s) debt was incurred  **9/30/2017**
Last 4 digits of account number  **59**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **[Notice only] Techshop Pittsburgh-Instructor clas instructions for period 08/29/2017 to 09/19/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 904 of 1000

---

| 3.575 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jenna  Esposito**
**12620 Pony Lane**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JENNA ANAST**
**38660 hastings st, Apt 204**
**fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jenna Clark**
**3860 S. Peden Drive**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer  Gray**
**5274 26th St N**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer  Kruman**
**465 Springer Road**
**Freedom, PA 15042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer  Nelson**
**5122 Westminster Place**
**Saint Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Bardsley**
**13100 Byrd Lane**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 905 of 1000

| 3.576 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Beaver**
1528 Ivan Place
San Jose, CA 95120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Bernstein**
928 Heather Dr.
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Brandon**
4310 Chouteau Ave
Saint Louis, MO 63110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,922.28** |
|---|---|---|---|

**Jennifer C. Elliott**
23054 Evergreen Ln
Los Gatos, CA 95033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2010**
Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Colliau**
2126 Roosevelt Avenue
Berkeley, CA 94703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Downing**
1552 Guerrero St #3
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Dunn**
1453 Revere Avenue
San Jose, CA 95118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 906 of 1000

| 3.577<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Jennifer Elliott**<br>**23054 Evergreen Ln**<br>**Los Gatos, CA 95033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.577<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Jennifer Forbes**<br>**108 Berwick Dr**<br>**Pittsburgh, PA 15215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.577<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Jennifer Grimes**<br>**5769 Vicente St.**<br>**Oakland, CA 94609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.577<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Jennifer Grysho**<br>**500 E. Montebello Ave Apt 4**<br>**Phoenix, AZ 85012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.577<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Jennifer Hatch**<br>**2270 N Towne Ave #2**<br>**Pomona, CA 91767** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.577<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Jennifer Holley**<br>**41 Octavia St  #1**<br>**San Francisco, CA 94102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.577<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Jennifer Huie**<br>**3146 Reva Dr.**<br>**Concord, CA 94519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 907 of 1000

| 3.577 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Johnson**
P.O. Box 240
Santa Clara, CA 95052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Johnson**
1300 crystal drive
arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Kesteloot**
1120 Persia Avenue
San Francisco, CA 94112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer King**
1465 Shasta Ave
San Jose, CA 95126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Lew**
2230 Byron St.
Berkeley, CA 94702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Liao**
631 Alerton Loop
Campbell, CA 95008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Melnyk**
5511 Margaretta St.apt3
Pittsburgh, PA 15206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 908 of 1000

---

**3.5786**

**Nonpriority creditor's name and mailing address**

**Jennifer Merideth**
**33707 Glen St.**
**Westland, MI 48186**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5787**

**Nonpriority creditor's name and mailing address**

**Jennifer Meyer**
**4831 Rollingwood Drive**
**Rollington, TX 78746**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5788**

**Nonpriority creditor's name and mailing address**

**Jennifer Murphy-Tong**
**Jennifer Murphy 65 Norfolk St  Unit 2**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5789**

**Nonpriority creditor's name and mailing address**

**Jennifer Savage**
**108 Parkspring Ct**
**Cary, NC 27519**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5790**

**Nonpriority creditor's name and mailing address**

**Jennifer Stuart**
**5601 S Quaker**
**Alexandria, VA 22303**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5791**

**Nonpriority creditor's name and mailing address**

**Jennifer Taggart**
**1620 W Southern Ave Apt 101**
**Mesa, AZ 85202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5792**

**Nonpriority creditor's name and mailing address**

**Jennifer Taylor**
**13329 Carters Way Rd.**
**Chesterfield, VA 23838**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 909 of 1000

---

**3.579 3**

**Nonpriority creditor's name and mailing address**
**Jennifer Torloni**
**651 S. Jay St.**
**Chandler, AZ 85225**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579 4**

**Nonpriority creditor's name and mailing address**
**Jennifer Walker**
**5500 Friendship Blvd Apt 2126**
**Chevy Chase, MD 20815**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579 5**

**Nonpriority creditor's name and mailing address**
**Jennifer Weimer**
**12100 Samsung Blvd**
**Austin, TX 78754**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579 6**

**Nonpriority creditor's name and mailing address**
**Jennifer Whaley**
**209 S. Wallace**
**Ypsilanti, MI 48197**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579 7**

**Nonpriority creditor's name and mailing address**
**Jennings L. Hart, III**
**Mintzer Sarowitz Zeris Ledva &Meyers LLP**
**EQT Plaza, Suite 390**
**Pittsburgh, PA 15222**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** _Flicker v. Techshop - PA lawsuit - Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579 8**

**Nonpriority creditor's name and mailing address**
**Jenny Ackermann**
**1116 Lanvale Drive**
**Webster Groves, MO 63119**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579 9**

**Nonpriority creditor's name and mailing address**
**Jenny Leonard**
**42 Hibiscus Lane**
**Robbinsville, NJ 08691**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 910 of 1000

| 3.580 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jenny Mott** | ☐ Contingent | |
| **3301 Windy Harbor Dr.** | ☐ Unliquidated | |
| **Austin, TX 78734** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jenny Rearick** | ☐ Contingent | |
| **7422 Picadilly Ave** | ☐ Unliquidated | |
| **Maplewood, MO 63143** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jens Alfke** | ☐ Contingent | |
| **819 Frederick Commons** | ☐ Unliquidated | |
| **San Jose, CA 95126** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jens Leerssen** | ☐ Contingent | |
| **2127 Fillmore St., #17** | ☐ Unliquidated | |
| **San Francisco, CA 94115** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jens Malmborg** | ☐ Contingent | |
| **1028 W Peralta Ave.** | ☐ Unliquidated | |
| **Mesa, AZ 85210** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jens Voges** | ☐ Contingent | |
| **1735 Vistazo St. W** | ☐ Unliquidated | |
| **Tiburon, CA 94920** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jerald Flowers** | ☐ Contingent | |
| **2543 Erie Dr** | ☐ Unliquidated | |
| **Concord, CA 94519** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 911 of 1000

Debtor **TechShop, Inc.**
    Name
Case number (if known) _____

| 3.580 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeremiah Bailey**
**1410 Massachusetts Ave SE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeremiah Hanley**
**1321 Oak Ave.**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeremiah Hill**
**50 Aquavista Way**
**San Francicso, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeremiah Jeffries**
**26 Burlington Dr**
**Petaluma, CA 94952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeremiah Mallin**
**245 Union Ave Apt A1003**
**Campell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeremiah Pepper**
**1441 Hampton drive**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeremiah Robbins**
**92 Garden Grove Drive**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 912 of 1000

| 3.581 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeremiah Twitty**
**8915 Westlake**
**Taylor, MI 48180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.581 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeremy Barnes**
**6515 Wydawn Blvd**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.581 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeremy  Rausch**
**326 Channing Street NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.581 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeremy  Richardson**
**411 S Murtland St.**
**Pittsburgh, PA 15208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.581 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeremy  Trilling**
**237 Churchill Avenue**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.581 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeremy Boyette**
**13641 Ferncrest Ct**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.582 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeremy Cooper**
**15450 FM 1325 #1818**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 913 of 1000

| 3.582 1 | Nonpriority creditor's name and mailing address<br>**Jeremy Demarest**<br>**1244 Dundee Drive**<br>**Waterford, MI 48327**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|
| 3.582 2 | Nonpriority creditor's name and mailing address<br>**Jeremy Dunck**<br>**PO Box 788**<br>**San Bruno, CA 94066**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.582 3 | Nonpriority creditor's name and mailing address<br>**Jeremy Espino**<br>**236 Broadmoor Avenue**<br>**Pittsburgh, PA 15228**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.582 4 | Nonpriority creditor's name and mailing address<br>**Jeremy Feldman**<br>**9121 Harrington Drive**<br>**Potomac, MD 20854**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.582 5 | Nonpriority creditor's name and mailing address<br>**Jeremy Fox**<br>**2601 Scofield Ridge Pkwy #236**<br>**Austin, TX 78727**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.582 6 | Nonpriority creditor's name and mailing address<br>**Jeremy Freiss**<br>**98 Maplewood Road**<br>**Pittsburgh, PA 15214**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.582 7 | Nonpriority creditor's name and mailing address<br>**Jeremy Friedenthal**<br>**46 Tum Suden Way**<br>**Redwood City, CA 94062**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 914 of 1000

| 3.582 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeremy Gillick**
615 Noe St #1
San Francisco, CA 94114

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeremy Henson**
1322 VALLEJO ST
SAN FRANCISCO, CA 94109

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeremy Hidalgo**
913 Sirocco Dr Unit A
Austin, TX 78745

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeremy Hurwitz**
2468 Embarcadero Way
Palo Alto, CA 94303

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeremy Leckington**
2110 E Cindy st
Chandler, AZ 85225

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeremy Lin**
2641 Agua Vista Dr
San Jose, CA 95132

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeremy Ljunggren**
12005 Wander Ln.
Austin, TX 78749

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 915 of 1000

| 3.583 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Jeremy Maylard**
802 W. Remington Dr
Sunnyvale, CA 94087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.583 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Jeremy McKowski**
1330 South Fair St Apt 710
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.583 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Jeremy Moore**
28 S Summit St
Ypsilanti, MI 48197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.583 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Jeremy Mott**
100 MichaelAngelo Way
Austin, TX 78728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.583 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Jeremy Posner**
4560 Valleyview Dr
West Bloomfield, MI 48323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Jeremy Regenbogen**
1058 De Haro St.
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $21,899.97 |
|---|---|---|---|

**Jeremy Richardson and Sarah Aerni_ Loan**
411 S. Murtland St.
Pittsburgh, PA 15208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/8/2013**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 916 of 1000

| 3.584 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jeremy Smith**
**1465 Revere Ave.**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jeremy Thurman**
**23130 Harmon**
**St Clair Shores, MI 48080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jeremy Untalan**
**15512 oceanside way**
**san leandro, CA 94579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jeremy Zelsnack**
**4515 Depew Ave**
**Austin, TX 78751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jereomy Faber**
**720 Stansted Manor Dr**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**jericho green**
**3311 1/2 mission st**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jerimiah Hall**
**11909 alpheus ave**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 917 of 1000

| 3.584 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerol Enoch**
312 S. Elizabeth
St.Louis, MO 63135

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerome Buckley**
249 Los Gatos Blvd. #2
Los Gatos, CA 95030

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerome Mungapen**
37 Powers Ave.
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerrett  Levensalor**
125 N. 2nd Street Suite 110 # 132
Phoenix, AZ 85004

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerrold Ancheta**
335 Bautista Place
San Jose, CA 95126

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,605.48 |
|---|---|---|---|

**Jerry and Catherine Gindele**
333 S. Highland
Pittsburgh, PA 15206

Date(s) debt was incurred  **4/15/2016**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Bassler**
70 corte real
greenbrae, CA 94904

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 918 of 1000

| 3.585 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jerry Brooks**
1416 W Temple Pl
Chandler, AZ 85224

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jerry Burka**
8045 Big Bend Blvd. Suite 106
St. Louis, MO 63119

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jerry Carlin**
3417 Trickling Springs Way
Pflugerville, TX 78660

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jerry Chacon Jr.**
1098 Cherry Ave.
San Jose, CA 95125-4311

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jerry Chacon Sr.**
1320 Minnesota Ave.
San Jose, CA 95125

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jerry Coyle**
332 Le Roi Rd
Pittsburgh, PA 15208

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jerry Craig**
4610 E. Everett
Phoenix, AZ 85032

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 919 of 1000

| | |
|---|---|
| 3.586 3 | **Nonpriority creditor's name and mailing address** |

**Jerry Davis**
**1047 Martin Pl**
**Ann Arbor, MI 48104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.586 4 | **Nonpriority creditor's name and mailing address** |

**Jerry Drew**
**1100 17th Street NW, Suite 605**
**Washington, DC 20036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.586 5 | **Nonpriority creditor's name and mailing address** |

**Jerry Gable**
**3126 W El Caminito Dr**
**Phoenix, AZ 85051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.586 6 | **Nonpriority creditor's name and mailing address** |

**Jerry Gindele**
**333 S. Highland**
**Pittsburgh, PA 15206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.586 7 | **Nonpriority creditor's name and mailing address** |

**Jerry Greenberg**
**4531 W Chicago St**
**Chandler, AZ 85226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.586 8 | **Nonpriority creditor's name and mailing address** |

**Jerry Knoblach**
**2535 W. Fairview St**
**Chandler, AZ 85224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.586 9 | **Nonpriority creditor's name and mailing address** |

**Jerry Murry**
**3056 Dow Dr**
**San Jose, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398 Doc# 2 Filed: 02/26/18 Entered: 02/26/18 18:01:21 Page 920 of 1000

| | |
|---|---|
| **3.587 0** | |

**Nonpriority creditor's name and mailing address**

**Jerry OSullivan**
**43419 Livery Sq**
**Ashburn, VA 20147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.587 1** | |

**Nonpriority creditor's name and mailing address**

**Jerry Ricciotti**
**85 N. 3rd St.**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.587 2** | |

**Nonpriority creditor's name and mailing address**

**Jerry Schauffler**
**3812E Happy Valley Rd**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.587 3** | |

**Nonpriority creditor's name and mailing address**

**Jerry Shubert**
**115 Merlin Ct**
**SPRING BRANCH, TX 78070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.587 4** | |

**Nonpriority creditor's name and mailing address**

**Jerry Siebe**
**1026 Foxchase Dr Apt 126**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.587 5** | |

**Nonpriority creditor's name and mailing address**

**Jerry Stark**
**900 limerock dr**
**round rock, TX 78681**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.587 6** | |

**Nonpriority creditor's name and mailing address**

**Jerry Sun**
**645 CALIFORNIA ST**
**MOUNTAIN VIEW, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

---

**3.587 7**

**Nonpriority creditor's name and mailing address**

**Jervoni Franklin**
**11905 Stout Oak Lane**
**Austin, TX 78750**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587 8**

**Nonpriority creditor's name and mailing address**

**Jess Lanham**
**1945 McAllister Ave.**
**San Francisco, CA 94133**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587 9**

**Nonpriority creditor's name and mailing address**

**Jess Neely**
**20000 Rotunda Dr #124071**
**Dearborn, MI 48124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588 0**

**Nonpriority creditor's name and mailing address**

**Jessa Lee**
**10856 Linda Vista Dr**
**Cupertino, CA 95014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588 1**

**Nonpriority creditor's name and mailing address**

**Jesse  Florig**
**7 Logan Circle NW**
**Washington, DC 20005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588 2**

**Nonpriority creditor's name and mailing address**

**Jesse Burns**
**128 Jersey St.**
**San Francisco, CA 94114**

Date(s) debt was incurred  **6/15/2011**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*     **$15,935.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588 3**

**Nonpriority creditor's name and mailing address**

**Jesse Burns**
**128 Jersey St.**
**San Francisco, CA 94114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 922 of 1000

| 3.588<br>4 | **Nonpriority creditor's name and mailing address**<br>**Jesse Cortez**<br>**2142 Buena Vista Ave**<br>**Alameda, CA 94501** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.588<br>5 | **Nonpriority creditor's name and mailing address**<br>**Jesse Easudes**<br>**3945 Forbes Ave. #469**<br>**Pittsburgh, PA 15213** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.588<br>6 | **Nonpriority creditor's name and mailing address**<br>**Jesse England**<br>**1034 Murray Hill Ave #5**<br>**Pittsburgh, PA 15217** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.588<br>7 | **Nonpriority creditor's name and mailing address**<br>**Jesse Feuer**<br>**343 101st St., 4H**<br>**Brooklyn, NY 11209** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.588<br>8 | **Nonpriority creditor's name and mailing address**<br>**Jesse Flores**<br>**4000 tunlaw rd. #602**<br>**Washington, DC 20007** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.588<br>9 | **Nonpriority creditor's name and mailing address**<br>**Jesse Handsher**<br>**1366 18th Avenue**<br>**San Francisco, CA 94122** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.589<br>0 | **Nonpriority creditor's name and mailing address**<br>**Jesse Harrington Au**<br>**3895 Green Road**<br>**Bristol, NY 14469** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 923 of 1000

| | | |
|---|---|---|
| 3.589<br>1 | **Nonpriority creditor's name and mailing address**<br>**Jesse Johnson**<br>**170 Seminary Dr.**<br>**Menlo Park, CA 94025** | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.589<br>2 | **Nonpriority creditor's name and mailing address**<br>**Jesse Kimble**<br>**3080 E San Pedro Ct**<br>**Gilbert, AZ 85234** | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.589<br>3 | **Nonpriority creditor's name and mailing address**<br>**Jesse Maschmeyer**<br>**512 VAN NESS AVE #203**<br>**SAN FRANCISCO, CA 94102** | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.589<br>4 | **Nonpriority creditor's name and mailing address**<br>**Jesse Morris**<br>**72 Lansing**<br>**San Francisco, CA 94105** | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.589<br>5 | **Nonpriority creditor's name and mailing address**<br>**Jesse Rapsack**<br>**2412 Morrow Place**<br>**Bethel Park, PA 15102** | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.589<br>6 | **Nonpriority creditor's name and mailing address**<br>**Jesse Rocco**<br>**2010 19th Street**<br>**San Francisco, CA 94107** | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.589<br>7 | **Nonpriority creditor's name and mailing address**<br>**Jesse Rosalia**<br>**128 Morris St #13**<br>**San Francisco, CA 94107** | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 924 of 1000

| 3.589 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**jesse VanVleck**
**740 N 2nd St.**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.589 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jessi Tallarita**
**351 La Questa Way**
**Woodside, CA 94062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.590 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jessica Selin-Williams**
**2945 Garfield Ter NW**
**Washington, DC 20008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.590 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jessica Bickmore**
**2270 N Towne Ave #2**
**Pomona, CA 91767**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.590 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jessica Chien**
**670 Morse Ave #6**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.590 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jessica Dahl**
**177 Spence Lane**
**Elgin, TX 78621**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.590 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jessica Drosche**
**805 Cactus Dr.**
**Round Rock, TX 78681**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 925 of 1000

| 3.590 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Dzielinski**
3061 N. 24th Lane
Phoenix, AZ 85015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Gadling**
732 10th Ave
San Mateo, CA 94402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Galfas**
1507 Kinney Ave Apt 214
Austin, TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Herrera-Flanigan**
8609 Aponi Rd
Vienna, VA 22180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Hicks**
1281 New Hope Church Rd.
Apex, NC 27523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.00** |
|---|---|---|---|

**Jessica Hogan**
5915 Jacob Gln
Austin, TX 78727

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  10/17/2017

Last 4 digits of account number  6

Basis for the claim:  **[Notice only] Techshop Austin -Instructor Class Instruction Fee for the period of 07/07/2017 to 08/19/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 926 of 1000

| 3.591 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Jessica Hogan**
**5915 Jacob Gln**
**Austin, TX 78727**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **10/30/2017**

Last 4 digits of account number  **1**

Basis for the claim:  **[Notice only] Techshop Austin -Instructor Class Instruction Fee on 05/08/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Jessica Hogan**
**5915 Jacob Gln**
**Austin, TX 78727**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **10/30/2017**

Last 4 digits of account number  **7**

Basis for the claim:  **[Notice only] Techshop Austin -Instructor Class Instruction Fee on 05/22/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Jessica Hogan**
**5915 Jacob Gln**
**Austin, TX 78727**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **10/30/2017**

Last 4 digits of account number  **8**

Basis for the claim:  **[Notice only] Techshop Austin -Instructor Class Instruction Fee for the period of 09/07/2017 to 09/28/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Kopitske**
**4327 Grace Ave**
**SAINT LOUIS, MO 63116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica lee**
**1100 Birmingham Blvd**
**Birmingham, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Marzetta**
**1230 Alden Ct**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 927 of 1000

---

| 3.591 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|-----------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jessica Maschino**
**1501 E. Ibis St.**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.591 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|-----------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jessica Mills**
**848 Charlesgate Dr.**
**Saint Louis, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.591 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|-----------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jessica Munro**
**1588 Hanchett Ave**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|-----------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jessica Nguyen**
**247 Vista Roma Way**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|-----------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jessica Parker**
**730 Bicknell**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|-----------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jessica Reddy**
**85 Ora Way #301**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|-----------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jessica Rose**
**38600 Lexington St. #636**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 928 of 1000

| 3.592 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Sobhani**
1066 London Ln
Georgetown, TX 78626

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Starr**
3206 Impala Dr #12
San Jose, CA 95117

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Becker**
1270 Cedar St
Palo Alto, CA 94301

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Bell**
980 Woodland Drive
Hillsborough, CA 94010

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Jackson**
1190 Mendell St,
San Francisco, CA 94124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie McCool**
945 Old Bonhomme Road
St. Louis, MO 63132

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Tymoczko**
138 Homestead St.
Pittsburgh, PA 15218

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.593 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JessRose Narsinghia**
**49840 Parkside Drive**
**Northville, MI 48168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jessup Miller**
**7373 Wells Avenue**
**Newark, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jesus Arzaga**
**2507 Waizel Way**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jesus Gonzalez**
**359 Whispering Wind Way**
**Austin, TX 78737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jesus Medrano**
**102 n Trenton st #4**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jesus Ruiz**
**714 Braxton Drive**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jesus Santiago**
**506 Hidden Brook Ln**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 930 of 1000

| 3.593 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jian Shen**
**922 Oakes St.**
**East Palo Alto, CA 94303**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jiaxi Fang**
**4320 Forest Park Ave STE 304**
**St Louis, MO 63108**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jie_Rui_Jezreel Ng**
**4220 Cesar Chavez St, Apt 212**
**San Francisco, CA 94131**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jill  Waring**
**4317 Maryland**
**St Louis, MO 63108**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jill Braun**
**2725 S. Grant Street**
**Arlington, VA 22202**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jill DeLine**
**3617 Meadow Park Dr**
**Round Rock, TX 78665**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jill Knuth**
**1063 Vernier Pl**
**Stanford, CA 94305**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 931 of 1000

| 3.594 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jill Steiner**
**722 A Copeland St.**
**Pittsburgh, PA 15232**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jill Wilker**
**42668 Lerwick Street**
**Fremont, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim  Fulbrook**
**3478 Barristars Keepe Circle**
**Fairfax, VA 22031**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim  Papageorge**
**21029 starflower way**
**Ashburn, VA 20147**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim  Surman**
**17317 Merryweather**
**Clinton Twp., MI 48038**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim Aarhus**
**1549 E Robinson Way**
**Chandler, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,390.81** |
|---|---|---|---|

**Jim and Karen Mott**
**3301 Windy Harbor Dr.**
**Austin, TX 78734**

Date(s) debt was incurred  **3/21/2013**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.595 2 | **Nonpriority creditor's name and mailing address** |

**3.595 2**

**Nonpriority creditor's name and mailing address**
**Jim Aspinwall**
**329 Dallas Dr.**
**Campbell, CA 95008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.595 3**

**Nonpriority creditor's name and mailing address**
**Jim Austin**
**1225 Magdalena Ct**
**Los Altos, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.595 4**

**Nonpriority creditor's name and mailing address**
**Jim Baack**
**92 Garden Grove Drive**
**Daly City, CA 94015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.595 5**

**Nonpriority creditor's name and mailing address**
**Jim Bauer**
**1317 Yorkshire Dr**
**Austin, TX 78723**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.595 6**

**Nonpriority creditor's name and mailing address**
**Jim Bayler**
**18677 Martha Avenue**
**Saratoga, CA 95070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.595 7**

**Nonpriority creditor's name and mailing address**
**Jim Bell**
**5036 A Oleatha Ave.**
**Saint Louis, MO 63139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.595 8**

**Nonpriority creditor's name and mailing address**
**Jim Billy**
**1005 Market st.,apt 313**
**SanFrancisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Case: 18-50398　Doc# 2　Filed: 02/26/18　Entered: 02/26/18 18:01:21　Page 933 of 1000

---

**3.595 9**

**Nonpriority creditor's name and mailing address**
**Jim Burwinkel**
**2618 S. Jefferson Avenue**
**St Louis, MO 63103**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.596 0**

**Nonpriority creditor's name and mailing address**
**Jim Bury**
**5380 S Miller Pl**
**Chandler, AZ 85249**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.596 1**

**Nonpriority creditor's name and mailing address**
**Jim Cordova**
**1495 Barton Drive**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.596 2**

**Nonpriority creditor's name and mailing address**
**Jim Craven**
**7485 Oakmont Drive**
**Canton, MI 48187**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.596 3**

**Nonpriority creditor's name and mailing address**
**Jim Dalton**
**1842 Jason Circle**
**Rochester Hills, MI 48306**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.596 4**

**Nonpriority creditor's name and mailing address**
**Jim DeFeo**
**106 Dasher Drive**
**Cedar Park, TX 78613**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.596 5**

**Nonpriority creditor's name and mailing address**
**Jim Dickey**
**7817 Aylesford Lane**
**Laurel, MD 20707**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 934 of 1000

| 3.596 6 | **Nonpriority creditor's name and mailing address**<br>**Jim Dooley**<br>6030 22nd St N<br>Arlington, VA 22205 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.596 7 | **Nonpriority creditor's name and mailing address**<br>**Jim Dunaway**<br>22617 Royal Oak Way<br>Cupertino, CA 95014 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.596 8 | **Nonpriority creditor's name and mailing address**<br>**Jim Feniello**<br>9883 Moccasin Trail<br>Wexford, PA 15090 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.596 9 | **Nonpriority creditor's name and mailing address**<br>**Jim Foraker**<br>2150 Lakeshore Ave Apt 2<br>Oakland, CA 94606 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.597 0 | **Nonpriority creditor's name and mailing address**<br>**Jim Goetzinger**<br>105 N. Beebe #1025<br>Gilbert, AZ 85234 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.597 1 | **Nonpriority creditor's name and mailing address**<br>**Jim Hansen**<br>P.O. Box 2085<br>Dearborn, MI 48123 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.597 2 | **Nonpriority creditor's name and mailing address**<br>**Jim Harrison**<br>218 Murlagan Ave. Unit C<br>Mountain View, CA 94043 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 935 of 1000

**3.597 3**

**Nonpriority creditor's name and mailing address**
**Jim Hejl**
**2907 Edgewater Dr**
**Austin, TX 78733**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.597 4**

**Nonpriority creditor's name and mailing address**
**Jim Hendrickson**
**465 Springer Road**
**Freedom, PA 15042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.597 5**

**Nonpriority creditor's name and mailing address**
**Jim Hollis**
**1324 Clarkson Clayton Center #108**
**Ellisville, MO 63011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.597 6**

**Nonpriority creditor's name and mailing address**
**Jim Jones**
**1780 Pine Ave.**
**Petaluma, CA 94954**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.597 7**

**Nonpriority creditor's name and mailing address**
**Jim Jue**
**1980 Spylgass Dr.**
**San Bruno, CA 94066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.597 8**

**Nonpriority creditor's name and mailing address**
**Jim Klocinski**
**491 Eastlock**
**Saline, MI 48176**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.597 9**

**Nonpriority creditor's name and mailing address**
**Jim Kutz**
**1340 Garthwick Dr**
**Los Altos, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.598 0** | **Nonpriority creditor's name and mailing address**<br>**Jim Loftus**<br>**P. O. Box 3726**<br>**Santa Clara, CA 95055**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.598 1** | **Nonpriority creditor's name and mailing address**<br>**Jim Luther**<br>**20373 Via Portofino**<br>**Cupertino, CA 95014**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.598 2** | **Nonpriority creditor's name and mailing address**<br>**Jim McCollum**<br>**537 Fillmore St., Apt. 1**<br>**San Francisco, CA 94117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.598 3** | **Nonpriority creditor's name and mailing address**<br>**Jim McCormick**<br>**3506 Kings Cross Rd**<br>**Alexandria, VA 22303**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.598 4** | **Nonpriority creditor's name and mailing address**<br>**Jim Mensch**<br>**6536 Purple Cliff Ct**<br>**San Jose, CA 95119**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.598 5** | **Nonpriority creditor's name and mailing address**<br>**Jim Miller**<br>**4331 Palladio**<br>**Austin, TX 78731**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.598 6** | **Nonpriority creditor's name and mailing address**<br>**Jim Mischel**<br>**2302 Mayfield Dr**<br>**Round Rock, TX 78681**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 937 of 1000

| | | |
|---|---|---|
| 3.598 7 | **Nonpriority creditor's name and mailing address**<br>**Jim Mott**<br>**3301 Windy Harbor Dr.**<br>**Austin, TX 78734**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.598 8 | **Nonpriority creditor's name and mailing address**<br>**Jim Newton**<br><br>Date(s) debt was incurred **11/14/2017**<br>Last 4 digits of account number **62** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$114,632.60**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Total Compensation Deferred for Jim Newton, Executive Chairman, beginning 8/5/16**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.598 9 | **Nonpriority creditor's name and mailing address**<br>**Jim Newton**<br>**524 Keelson Cir**<br>**Redwood City, CA 94065**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.599 0 | **Nonpriority creditor's name and mailing address**<br>**Jim Nicholas**<br>**20 Edgewood Road**<br>**Pittsburgh, PA 15215**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.599 1 | **Nonpriority creditor's name and mailing address**<br>**Jim Nisbet**<br>**320 Santa Margarita Avenue**<br>**Menlo Park, CA 94025**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.599 2 | **Nonpriority creditor's name and mailing address**<br>**Jim Noble**<br>**139 Johnson Ave**<br>**Los Gatos, CA 95030**<br><br>Date(s) debt was incurred **3/28/2016**<br>Last 4 digits of account number **NA** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$28,825.97**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.599 3 | **Nonpriority creditor's name and mailing address**<br>**Jim Noble**<br>**139 Johnson Ave**<br>**Los Gatos, CA 95030**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 938 of 1000

| 3.599 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jim Noble**
19156 Bainbridge
Livonia, MI 48157

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jim Ockers**
244 Berkley
Dearborn, MI 48124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jim Parker**
P.O. Box 28745
Austin, TX 78755

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jim Piscopo**
4142 N. 86th Place
Scottsdale, AZ 85251

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jim Robinson**
107 S Mary Ave, #61
Sunnyvale, CA 94086

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jim Schrempp**
14587 Oak St.
Saratoga, CA 95070

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jim Sencenbaugh**
12 Iris St.
Redwood City, CA 94062

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 939 of 1000

| 3.600 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jim Smutek**
**21228 Whitlok Dr.**
**Dearborn Heights, MI 48127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jim Somers**
**P.O. Box 1081**
**San Carlos, CA 94070**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jim Stall**
**5205 N 8th Pl**
**Phoenix, AZ 85014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jim Stanec**
**1556 Foxleigh Ct.**
**St.Louis, MO 63131**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |
|---|---|---|---|

**Jim Tarr**
**825 W. Queen Creek Road**
**#2048**
**Chandler, AZ 85248**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **9/1/2017**

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instruction on dt. 04/172017**

Last 4 digits of account number  **1019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |
|---|---|---|---|

**Jim Tarr**
**825 W. Queen Creek Road**
**#2048**
**Chandler, AZ 85248**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **9/1/2017**

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instruction on dt. 08/26/2017**

Last 4 digits of account number  **1020**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 940 of 1000

| 3.600 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jim Temple** | ☐ Contingent | |
| **4402 Temilance Dr.** | ☐ Unliquidated | |
| **Austin, TX 78741** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.600 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jim Thompson** | ☐ Contingent | |
| **3800 N Lamar Suite 730-203** | ☐ Unliquidated | |
| **Austin, TX 78756** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.600 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jim VanHorn** | ☐ Contingent | |
| **16747 Babler View Drive** | ☐ Unliquidated | |
| **Wildwood, MO 63011** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.601 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jim VanLoon** | ☐ Contingent | |
| **600 River Place Dr.** | ☐ Unliquidated | |
| **Detroit, MI 48207** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.601 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jim Wallace** | ☐ Contingent | |
| **2023 University Way** | ☐ Unliquidated | |
| **San Jose, CA 95128** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.601 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jim Wano** | ☐ Contingent | |
| **701 Hilltop Terrace** | ☐ Unliquidated | |
| **Alexandria, VA 22301** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.601 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jim Wilfong** | ☐ Contingent | |
| **2727 Victoria Manor** | ☐ Unliquidated | |
| **San Carlos, CA 94070** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 941 of 1000

| 3.601 4 | Nonpriority creditor's name and mailing address **Jim Williams** 7820 Grand Estate Dr #2214 Apex, NC 27523 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 5 | Nonpriority creditor's name and mailing address **Jim Wyman** 300 W Woodcroft Pkwy #31B Durham, NC 27713 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 6 | Nonpriority creditor's name and mailing address **Jim Yorke** 1256 Echo Ridge Ct. San Jose, CA 95120 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 7 | Nonpriority creditor's name and mailing address **Jimmey Todd** 42029 Bear Tooth Drive Aldie, VA 20105 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 8 | Nonpriority creditor's name and mailing address **Jimmie L. Trigg Jr.** 4103 Komes Court Alexandria, VA 22306 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 9 | Nonpriority creditor's name and mailing address **Jimmie Sancious** 655 Alabama St. San Francisco, CA 94110 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 0 | Nonpriority creditor's name and mailing address **Jimmy  McWherter** 21518 Bridge St Southfield, MI 48033 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 942 of 1000

| 3.602 1 | **Nonpriority creditor's name and mailing address**<br>**Jimmy Hairston**<br>**14877 prest st**<br>**detroit, MI 48227** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.602 2 | **Nonpriority creditor's name and mailing address**<br>**Jimmy Mann**<br>**533 5th street SE**<br>**Washington, DC 20003** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.602 3 | **Nonpriority creditor's name and mailing address**<br>**Jimmy Rico**<br>**5856 Casita Way**<br>**Gilroy, CA 95020** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.602 4 | **Nonpriority creditor's name and mailing address**<br>**Jin Dai**<br>**5562 Hobart St. Apt 304**<br>**Pittsburgh, PA 15217** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.602 5 | **Nonpriority creditor's name and mailing address**<br>**Jin-Ching Lim**<br>**18847 Casa Blanca Lane**<br>**Saratoga, CA 95070** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.602 6 | **Nonpriority creditor's name and mailing address**<br>**Jinghan Peng**<br>**375 S. 9th St.**<br>**San Jose, CA 95112** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.602 7 | **Nonpriority creditor's name and mailing address**<br>**Jingwen Peng**<br>**375 S. 9th Street**<br>**San Jose, CA 95112** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 943 of 1000

| | |
|---|---|
| 3.6028 **Nonpriority creditor's name and mailing address**<br>**Jinhyoung Oh**<br>**3119 Southwycke**<br>**Fremont, CA 94536**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.6029 **Nonpriority creditor's name and mailing address**<br>**Jinju Carlson**<br>**801 N PITT ST Apt 309**<br>**Alexandria, VA 22314**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.6030 **Nonpriority creditor's name and mailing address**<br>**Jinju Carlson_V**<br>**7205 Tyler Ave**<br>**Falls Church, VA 22042**<br><br>Date(s) debt was incurred  9/1/2017<br>Last 4 digits of account number  3 | **As of the petition filing date, the claim is:** *Check all that apply.*  $43.75<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop DC Arlington- Instructor Fees for instructor for 08/10/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.6031 **Nonpriority creditor's name and mailing address**<br>**Jitka Mele**<br>**104 Creeks Edge**<br>**Chapel Hill, NC 27516**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.6032 **Nonpriority creditor's name and mailing address**<br>**Jiunn Chang**<br>**16 Lagoon Ct.**<br>**San Rafael, CA 94903**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.6033 **Nonpriority creditor's name and mailing address**<br>**JJ Jasper**<br>**426 Attucks St**<br>**Kirkwood, MO 63130**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.6034 **Nonpriority creditor's name and mailing address**<br>**Jo Toscana**<br>**13999 Alta Vista Ave**<br>**Saratoga, CA 95070**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

---

| 3.603 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Joan Angwin**
**1442 Shasta Ave**
**San Jose, CA 95726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Joan McCreary**
**4921 Roundtree Dr**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Joann Cobb**
**2960 Monte Cresta Dr**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Joanna  Chen**
**1074 Laureles Dr**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Joanna  Conlu**
**533 Iris St**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Joanna Gick**
**783 W. Honeysuckle Dr**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Joanna Tong**
**109 Buchanan Street #2**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 945 of 1000

| 3.604 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne  Debyah**
**2415 Arbor Dr**
**Round Rock, TX 78681**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.604 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne  Ha**
**4526 20th st**
**San Francisco, CA 94114**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.604 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne Evangelista**
**1688 York St.**
**San Francisco, CA 94110**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.604 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne Neukirchen**
**121 12th Street SE, Apt. 501**
**Washington, DC 20003**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.604 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne Ng**
**1464 12th Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.604 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joanne Verbeck**
**736 Oakview Way**
**Emerald Hills, CA 94062**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.604 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joao Lopes**
**20 N Grand**
**St. Louis, MO 63103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.604 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joao Paulo Legai**
**20 S. 2nd St. #236**
**San Jose, CA 95113**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jocelyn Ting**
**1149 Skyline Dr**
**Daly City, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jochen Frey**
**147 Alabama St.**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jodi Bade**
**10106 Falcon Ridge Dr.**
**Austin, TX, TX 78733**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jodi Mascarenas**
**1895 camden ave.**
**San Jose, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**jody burford**
**312 Bowdoin St**
**san francisco, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jody Jensen**
**2615 Deep River Circle**
**Round Rock, TX 78665**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 947 of 1000

| 3.605 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jody-Ann Allen**<br>**953 Newkirk Avenue**<br>**Brooklyn, NY 11230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joe  Donelko**<br>**119 S Gainsborough Ave**<br>**Royal Oak, MI 48067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joe  Wisniewski**<br>**3046 Bamlet Rd**<br>**Royal Oak, MI 48073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joe Beiser**<br>**20300 rotonda**<br>**dearborn, MI 48124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joe Besser**<br>**8834 Sturdy Dr**<br>**Saint Louis, MO 63126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joe Betancourt**<br>**20251 N 75th Ave #1036**<br>**Glendale, AZ 85308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joe Campeau**<br>**14738 Longtin Street**<br>**Southgate, MI 48195** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 948 of 1000

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.606 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Joe Carver V** | ☐ Contingent | |
| | **54 Bonita Ave** | ☐ Unliquidated | |
| | **Redwood City, CA 94061** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Joe Carver_III** | ☐ Contingent | |
| | **4749 Nicol Cmn #104** | ☐ Unliquidated | |
| | **Livermore, CA 94550** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Joe CarverIV** | ☐ Contingent | |
| | **54 Bonita Avenue** | ☐ Unliquidated | |
| | **Redwood City, CA 94061** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Joe Coveney** | ☐ Contingent | |
| | **854 Elizabeth St** | ☐ Unliquidated | |
| | **San Francisco, CA 94114** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Joe Cuniberti** | ☐ Contingent | |
| | **46864 Covington Dr** | ☐ Unliquidated | |
| | **Macomb, MI 48044** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Joe Dakoske** | ☐ Contingent | |
| | **40170 Alden Drive** | ☐ Unliquidated | |
| | **Belleville, MI 48111** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Joe DeLiso** | ☐ Contingent | |
| | **3720 Laclede Avenue** | ☐ Unliquidated | |
| | **St. Louis, MO 63108** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.607 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joe Girard**
**229 Puffin Court**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joe Hershberger**
**7412 Tovar Dr**
**Austin, TX 78729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joe Jacks**
**353 King Street**
**San Francisco, CA 94158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joe Jensen**
**990 E. Drake Dr.**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joe Katona**
**1475 Ridge Ct**
**Rochester, MI 48306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joe Kennedy**
**P.O. Box 2070**
**Los Altos, CA 94023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joe Lin**
**969 Broadleaf Lane**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 950 of 1000

| 3.607 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Joe Lovelace**<br>**20754 Summerfield**<br>**Macomb, MI 48044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.607 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Joe Malkowski**<br>**2638 Hollywood St**<br>**Dearborn, MI 48124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.607 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Joe Mayer**<br>**18117 W Townley Ave**<br>**Waddell, AZ 85355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.608 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Joe Menard**<br>**13999 Alta Vista Ave**<br>**Saratoga, CA 95070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.608 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Joe Mertz**<br>**107 Bentley Dr**<br>**Pittsburgh, PA 15238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.608 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Joe Metz**<br>**310 G Street**<br>**Fremont, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.608 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Joe Mizrahi**<br>**2317 Beach Blvd. #303**<br>**Pacifica, CA 94044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 951 of 1000

---

**3.608
4**

**Nonpriority creditor's name and mailing address**
**Joe Mobley**
**910 Lenora St. #1502**
**Seattle, WA 98121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608
5**

**Nonpriority creditor's name and mailing address**
**Joe Monahan**
**6202 Civic Drive**
**Lago Vista, TX 78645**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608
6**

**Nonpriority creditor's name and mailing address**
**Joe Murphy**
**3211 Nevin Ave**
**Richmond, CA 94804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608
7**

**Nonpriority creditor's name and mailing address**
**Joe O'Brien**
**223 Spring Ave.**
**Webster Groves, MO 63119**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608
8**

**Nonpriority creditor's name and mailing address**
**Joe Peck**
**308 Comanche Circle**
**Hutto, TX 78634**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608
9**

**Nonpriority creditor's name and mailing address**
**Joe Perch**
**3323 Perch Trail**
**Round Rock, TX 78665**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.609
0**

**Nonpriority creditor's name and mailing address**
**Joe Ricioppo**
**4131 24th Street #2**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 952 of 1000

| | | |
|---|---|---|
| **3.609 1** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Joe Rosales**
**7403 Castle Wood**
**San Antonio, TX 78218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.609 2** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Joe Saman**
**11581 Laurel Lake Square**
**Fairfax, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.609 3** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Joe Sanders**
**8249 Normandy Trace Ct. Apt. F**
**Normandy, MO 63121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.609 4** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Joe Smay**
**966 Summerplace Dr**
**San Jose, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.609 5** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Joe Stafura**
**2A Monastery St.**
**Pittsburgh, PA 15203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.609 6** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Joe Sullivan**
**8400 Taylor Lane**
**Annandale, VA 22003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.609 7** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Joe Thomas**
**605 Peralta Ave.**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 953 of 1000

| 3.609 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joe Tocci**
**1242 Howard St. Apt. 4**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joe Traenkle**
**320 Tula Trail**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joe Tutterow**
**428 A Pierce St.**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joe Walp**
**6006 Claremont Ave #4**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joe White**
**1585 Terrace Way #344**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joe Winkles**
**4412 Paseda Lane**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joe Young**
**190 S. 15th St.**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 954 of 1000

| 3.610 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joe Zagar**
10106 Woodglen Drive
Austin, TX 78753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joe Zhou**
86 Pierce Ave Apt 1
San Jose, CA 95110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joel Cammarata**
265 Avalon Drive
Daly City, CA 94015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joel Cotton**
7260 Bruno Avenue
Saint Louis, MO 63143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joel Curtin**
3222 20th street NE
Washington, DC 20018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joel Davidson**
7837 NE 112th Street
Kirkland, WA 98034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joel Dixon**
924 Hyde Park Dr
Round Rock, TX 78665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 955 of 1000

| 3.611 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joel Gabel**
**4925 Cromwell Drive, Apt 6107**
**Kyle, TX 78640**

Date(s) debt was incurred ＿

Last 4 digits of account number ＿

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joel Goode**
**1402 Ash Street**
**Georgetown, TX 78626**

Date(s) debt was incurred ＿

Last 4 digits of account number ＿

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joel Goodin**
**5501 Del Oro Ct**
**San Jose, CA 95124**

Date(s) debt was incurred ＿

Last 4 digits of account number ＿

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joel Hawkins**
**2060 Leavenworth St.**
**San Francisco, CA 94133**

Date(s) debt was incurred ＿

Last 4 digits of account number ＿

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
|---|---|---|---|

**Joel Katako**

Date(s) debt was incurred **11/1/2017**

Last 4 digits of account number **11**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **[Notice only] Techshop Brooklyn-IT consulting Work for 17 hours**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Joel Katako**

Date(s) debt was incurred **11/1/2017**

Last 4 digits of account number **12**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **[Notice only] Techshop Brooklyn-IT consulting Work for 30 hours**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 956 of 1000

| 3.611 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Joel Katako**

Date(s) debt was incurred __11/1/2017__
Last 4 digits of account number __13__

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Brooklyn-IT consulting Work for 15 hours**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.611 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,180.00 |
|---|---|---|---|

**Joel Katako**

Date(s) debt was incurred __11/1/2017__
Last 4 digits of account number __14__

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Brooklyn-IT consulting Work for 59 hours**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.612 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $920.00 |
|---|---|---|---|

**Joel Katako**

Date(s) debt was incurred __11/1/2017__
Last 4 digits of account number __15__

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Brooklyn-IT consulting Work for 46 hours**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.612 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,220.00 |
|---|---|---|---|

**Joel Katako**

Date(s) debt was incurred __11/1/2017__
Last 4 digits of account number __16__

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Brooklyn-IT consulting Work for 61 hours**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.612 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joel Nikolaus**
**88 Bush St**
**San Jose, CA 95126**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.612 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joel Pierce**
**10875 Calumet**
**whitmore lake, MI 48189**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 957 of 1000

---

**3.612 4**

**Nonpriority creditor's name and mailing address**

**Joel Sadler**
**449 Banks Street**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.612 5**

**Nonpriority creditor's name and mailing address**

**Joel St_John**
**8127 E Gary Road**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.612 6**

**Nonpriority creditor's name and mailing address**

**Joel Traylor**
**3311 Rhode Island Avenue #218**
**Mount RAinier, MD 20712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.612 7**

**Nonpriority creditor's name and mailing address**

**Joel Warner**
**16303 Chelsea**
**Selma, TX 78154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.612 8**

**Nonpriority creditor's name and mailing address**

**Joel Zhou**
**5821 Pearson Lane**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.612 9**

**Nonpriority creditor's name and mailing address**

**Joeseph Davis**
**607 San Gabriel Pl.**
**St.louis, MO 63125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.613 0**

**Nonpriority creditor's name and mailing address**

**Joey Hakanson**
**804 Westbrooke Village Drive Apt. B**
**Manchester, MO 63021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 958 of 1000

| 3.613 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joey Havlisch**
**1618 Naomi Ct**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joey Hayes**
**999 16th Street #15**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joey Kellison-Linn**
**2802 Louis Rd.**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joey Lee**
**5 Scotia Ave.**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joey Madrigal**
**7681 Dowdy St.**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joey Reinhart**
**6117 Silberman Dr.**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joey Tulumello**
**7544 E. Grandview Circle**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 959 of 1000

**3.613 8**

**Nonpriority creditor's name and mailing address**

**Joey Zhao**
**2647 Boren Dr**
**San Jose, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.613 9**

**Nonpriority creditor's name and mailing address**

**Johan Koning**
**1360 Flicker Way**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.614 0**

**Nonpriority creditor's name and mailing address**

**Johan Sanmartin**
**159 East 106 Street Apt#4B**
**New York, NY 10029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.614 1**

**Nonpriority creditor's name and mailing address**

**Johann Dreyer**
**116 Santa Rosa Ave**
**Sausalito, CA 94965**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.614 2**

**Nonpriority creditor's name and mailing address**

**Johann Koenig**
**413 1/2 Buena Vista Ave.**
**Santa Cruz, CA 95062**

Date(s) debt was incurred **12/19/2013**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$29,252.05**

---

**3.614 3**

**Nonpriority creditor's name and mailing address**

**Johann Koenig**
**413 1/2 Buena Vista Ave.**
**Santa Cruz, CA 95062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.614 4**

**Nonpriority creditor's name and mailing address**

**Johanna Evans**
**6018 Shelter Bay Ave.**
**Mill Valley, CA 94941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 960 of 1000

| 3.614 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Johanna Kwan**
**4150 Hepner Ln.**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.614 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Johanna Silverthorne**
**540 East William St.**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.614 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Johanna Wright**
**495 Toft St**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.614 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Johannes  Hacker**
**543 South Park Victoria Drive #520**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.614 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Johannes Eissing**
**1124 Pomeroy Ave.**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.615 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Johannes Kristinsson**
**2404 Leslie Circle**
**Ann Arbor, MI 48105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.615 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John  Joyce**
**6655 Beverly Crest**
**West Bloomfield, MI 48322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 961 of 1000

| 3.615 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John  Bishopp**
2880 E. Lindrick Dr
Chandler, AZ 85249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John  Brosnan**
1561 Boyle Ct.
Pinole, CA 94564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John  Brunetti**
1505 North Rhodes St.
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John  Carver**
1411 Saratoga Ave., Apt. 259
San Jose, CA 95129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John  Khouri**
13580 Heritage Farms Drive
Gainesville, VA 20155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John  Lamberton**
514 19th AVE. Apt 311
Seattle, WA 98112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John  Locke**
920 Lochaven
Waterford, MI 48327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 962 of 1000

| 3.615 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Myer**
**140 Allenhurst Ave**
**Royal Oak, MI 48067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Sharvin**
**445 Ella St**
**Pittsburgh, PA 15224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Trimarco**
**1311 Lakeside Loop**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Zwerner**
**27226 N 96th wy.**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Acton**
**4921 Canto Dr #4**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Adams**
**245 5th St #305**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Ames**
**3200 Zanker Rd Apt 1429**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 963 of 1000

| 3.616 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Archield**
**5155 Jones Ct**
**JB Andrews, MD 20762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Bailey Jr**
**1018 N. Negley Ave Apt4**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Baker**
**113 KirkWood Ave**
**Pittsburgh, PA 15215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Beans**
**231 Daylight Pl**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Beasley**
**403 Lippershey Ct.**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Benoit**
**1059 W. McKinley Ave**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Bida**
**234 Ramona**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398　Doc# 2　Filed: 02/26/18　Entered: 02/26/18 18:01:21　Page 964 of 1000

| 3.617 3 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|---|

**John Binns**
**1714 Enfield Rd Apt 104**
**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Blessing**
**911 Guerrero St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Bohn**
**P.O Box 871100**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Bolyard**
**42375 Woodwind Ln**
**Canton, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Borton**
**20300 Bear Creek Rd**
**Los Gatos, CA 95033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Boyer**
**58 Treehaven Dr.**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Bradley**
**309 Rayos Del Sol Dr**
**San Jose, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 965 of 1000

| | | |
|---|---|---|
| 3.618 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **John Braunreuther**<br>1596 Edmond Ct<br>San Jose, CA 95125 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.618 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **John Brevick**<br>39175 Parkhurst<br>Livonia, MI 48154 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.618 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **John Brisbin**<br>1857 Andrews Avenue<br>San Jose, CA 95124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.618 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **John Burnett**<br>700 Castro St<br>San Francisco, CA 94114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.618 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **John Cardillo**<br>1700 Fairlane<br>Allen Park, MI 48101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.618 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **John Carmichael**<br>85 Middlegate Street<br>Atherton, CA 94027 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.618 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **John Carnes**<br>1755 La Honda Road #95<br>Woodside, CA 94062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| 3.618 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**John Carpenter**
15210 S.16th place
Phoenix, AZ 85048

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**John Cashin**
6346 Southwood Ave Apt 25
St. Louis, MO 63105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**John Chamberlin**
353 Jersey St
San Francisco, CA 94114

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**John Chen**
12075 SARAGLEN DR
SARATOGA, CA 95070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**John Chicoski**
P.O. Box 5215
Arlington, VA 22205

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $330.00 |
|---|---|---|---|

**John Chris Ford**
620 W. Crestland
Austin, TX 78752

Date(s) debt was incurred  **9/7/2017**
Last 4 digits of account number  **J059**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Stop Payment Placed against check #42397 issued against invoice #65 & 66acc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**John Clark**
397 NewCastle Dr
Redwood City, CA 94061

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 967 of 1000

| 3.619 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **John Cobb** | ☐ Contingent | |
| **40 idlewood rd** | ☐ Unliquidated | |
| **kentfield, CA 94904** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.619 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **John Coffman** | ☐ Contingent | |
| **19529 Kennemer Dr** | ☐ Unliquidated | |
| **Pflugerville, TX 78660** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.619 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **John Coller** | ☐ Contingent | |
| **269 Campus Dr** | ☐ Unliquidated | |
| **Stanford, CA 94305-5177** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.619 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
| **John Conturo** | ■ Contingent | |
| **7100 Thomas Blvd** | ☐ Unliquidated | |
| **Apt 4** | ■ Disputed | |
| **Pittsburgh, PA 15208** | | |
| Date(s) debt was incurred **8/11/2017** | Basis for the claim: **[Notice only] Techshop Pittsburgh-Instructor Class instructions for period 07/20/2017 to 08/10/2017** | |
| Last 4 digits of account number **24** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.619 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **John Conturo** | ☐ Contingent | |
| **6343 Jackson St.** | ☐ Unliquidated | |
| **Pittsburgh, PA 15206** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.619 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **John Copeland** | ☐ Contingent | |
| **919 CLINTON, APT 3** | ☐ Unliquidated | |
| **Redwood City, CA 94061-1781** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.620 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **John Cottrell** | ☐ Contingent | |
| **1503 Wethersfield Rd.** | ☐ Unliquidated | |
| **Austin, TX 78703** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 968 of 1000

| | | | |
|---|---|---|---|
| 3.620 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,681.94** |
| | **John D Durst and Susan E. McComg** | ☐ Contingent | |
| | **989 Chenery St.** | ☐ Unliquidated | |
| | **San Francisco, CA 94131** | ☐ Disputed | |
| | Date(s) debt was incurred  **10/1/2014** | Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc** | |
| | Last 4 digits of account number  **NA** | | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.620 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **John DAmours** | ☐ Contingent | |
| | **162 S. Forest Ct.** | ☐ Unliquidated | |
| | **Chandler, AZ 85226** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.620 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **John Davidson** | ☐ Contingent | |
| | **7837 NE 112th Street** | ☐ Unliquidated | |
| | **Kirkland, WA 98034** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.620 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **John Dietz** | ☐ Contingent | |
| | **137 N 10th Street** | ☐ Unliquidated | |
| | **San Jose, CA 95112** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.620 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **John Dolinsky** | ☐ Contingent | |
| | **3747 Tanglewood Ct.** | ☐ Unliquidated | |
| | **Ann Arbor, MI 48105** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.620 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **John Drain** | ☐ Contingent | |
| | **3909 Woodward Ave** | ☐ Unliquidated | |
| | **Detroit, MI 48201** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.620 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **John Drybread** | ☐ Contingent | |
| | **6390 escallonia dr** | ☐ Unliquidated | |
| | **Newark, CA 94560** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number  _ | | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 969 of 1000

---

**3.6208**

**Nonpriority creditor's name and mailing address**
**John Duken**
**510 Salem Heights Drive**
**Gibsonia, PA 15044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6209**

**Nonpriority creditor's name and mailing address**
**John Eggers**
**2777 Yulupa Ave #241**
**Santa Rosa, CA 95405**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6210**

**Nonpriority creditor's name and mailing address**
**John Emery**
**7744 Northcross Drive N 139**
**Austin, TX 78757**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6211**

**Nonpriority creditor's name and mailing address**
**John Engle**
**MSC 1043, 20 N Grand Blvd**
**St Louis, MO 63025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6212**

**Nonpriority creditor's name and mailing address**
**John Eric Doyle**
**322 Laurel Ave**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **9/16/2015**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

$29,597.26

---

**3.6213**

**Nonpriority creditor's name and mailing address**
**John F. McClusky**
**317 School St.**
**Fremont, CA 94536**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6214**

**Nonpriority creditor's name and mailing address**
**John Ference**
**3134 Scenic Court**
**Allison Park, PA 15101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 970 of 1000

| | |
|---|---|
| **3.621 5** | |

**Nonpriority creditor's name and mailing address**
**John Ferrell**
**2333 Camino Del Verdes Place**
**Round Rock, TX 78681**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.621 6** | |

**Nonpriority creditor's name and mailing address**
**John Fisher**
**8915 Colesbury Place**
**Fairfax, VA 22031**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.621 7** | |

**Nonpriority creditor's name and mailing address**
**John Foster**
**945 High School Way #19**
**Mountain View, CA 94041**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.621 8** | |

**Nonpriority creditor's name and mailing address**
**John Frank**
**1702 Mariposa Dr**
**Austin, TX 78741**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.621 9** | |

**Nonpriority creditor's name and mailing address**
**John Friend**
**90 Pinegrove**
**Pontiac, MI 48342**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.622 0** | |

**Nonpriority creditor's name and mailing address**
**JOHN Gadbaw**
**1828 academy st**
**Dearborn, MI 48124**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.622 1** | |

**Nonpriority creditor's name and mailing address**
**John Garrison**
**2111 E. Virgo Pl.**
**Chandler, AZ 85249**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 971 of 1000

| 3.622 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John Gillespie**
**PO Box 1871**
**Mason, TX 76856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John Gillham**
**203 E 2nd**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John Godwin**
**1801 Pyramid Dr**
**Austin, TX 78634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John Goins**
**647 Light Tower Dr.**
**Bellville, MI 48111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John Goldsmith**
**1045 Mission St Apt 480**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John Goodson**
**550 W Baseline Rd. #102-353**
**Mesa, AZ 85210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John Grant**
**1423 Ruby Ave**
**Rochester Hills, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 972 of 1000

| 3.622 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Gruse**
**404 Virginia Ave Apt 12**
**Royal Oak, MI 48067**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John H Eggers**
**17503 Hwy 12**
**Sonoma, CA 95476**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Haliburton**
**3475 Edison Way**
**Menlo Park, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Hammontree**
**310 channing way, apt 209**
**san rafael, CA 94903**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Hansmann**
**337 S Fremont Street, #313**
**San Mateo, CA 94401**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Hawkins**
**2516 Buena Vista Ave.**
**Belmont, CA 94002**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Hay**
**312 Midvale**
**Lansing, MI 48912**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 973 of 1000

| 3.623 6 | **Nonpriority creditor's name and mailing address**<br>**John Heber**<br>**4917 Mcphersom**<br>**St. Louis, MO 63108** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.623 7 | **Nonpriority creditor's name and mailing address**<br>**John Heinze**<br>**915 Olive Street Unit 1101**<br>**Saint Louis, MO 63101** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.623 8 | **Nonpriority creditor's name and mailing address**<br>**John Helfen**<br>**5555 Whitehaven**<br>**Troy, MI 48085** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.623 9 | **Nonpriority creditor's name and mailing address**<br>**John Hempel**<br>**123 Gordon St**<br>**Edgewood, PA 15218** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.624 0 | **Nonpriority creditor's name and mailing address**<br>**John Hermannsson**<br>**314 Grand Street**<br>**Redwood City, CA 94062** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.624 1 | **Nonpriority creditor's name and mailing address**<br>**John Hill**<br>**80 S. Market St**<br>**San Jose, CA 95113** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.624 2 | **Nonpriority creditor's name and mailing address**<br>**John Huber**<br>**44115 Stassen Ave**<br>**Novi, MI 48375** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 974 of 1000

| 3.624 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

John Hunt
4008 Claitor Way
San Jose, CA 95132

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

John Huynh
112 Kenbrooke Cir
San Jose, CA 95111

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

John Jack
3011 E Glendale Dr
Chandler, AZ 85249

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

John Jaranson
22059 Olmstead
Dearborn, MI 48124

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

John Jaranson_V
22059 Olmstead
Dearborn, MI 48124

Date(s) debt was incurred **10/25/2017**
Last 4 digits of account number **1710**

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Detroit-Instructor class instructions for period 10/02/2017 to 10/16/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

John Jaranson_V
22059 Olmstead
Dearborn, MI 48124

Date(s) debt was incurred **9/25/2017**
Last 4 digits of account number **1709**

As of the petition filing date, the claim is: *Check all that apply.*    **$120.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Detroit-Instructor class instructions dated 08/28/2017 to 09/25/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 975 of 1000

| 3.624 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**John Jaranson_V**
22059 Olmstead
Dearborn, MI 48124

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **8/24/2017**

Last 4 digits of account number  **1708**

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for period 07/27/2017 to 08/21/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.625 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Joseph**
338 27th Street
San Francisco, CA 94131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.625 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Joseph**
201 4th St, Apt 309
Oakland, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.625 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Kelley**
1685 Oak St. #201
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.625 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Kelly**
5471 S Big Horn Pl
Chandler, AZ 85249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.625 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Kimball**
1314 E Evergreen St
Mesa, AZ 85203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.625 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Kingscott**
8109 Riverside Ave.
Cabin John, MD 20818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 976 of 1000

---

| 3.625 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Kloman** | ☐ Contingent | |
| **3200 Dominy Ct.** | ☐ Unliquidated | |
| **Oakton, VA 22124** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.625 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Lai** | ☐ Contingent | |
| **1771 Flint Creek Way** | ☐ Unliquidated | |
| **San Jose, CA 95148** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.625 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Landino** | ☐ Contingent | |
| **29108 congress** | ☐ Unliquidated | |
| **roseville, MI 48066** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.625 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Lara** | ☐ Contingent | |
| **17205 County Line Rd** | ☐ Unliquidated | |
| **Elgin, TX 78621** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.626 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Law** | ☐ Contingent | |
| **846 Bush Street Apartment 28** | ☐ Unliquidated | |
| **San Francisco, CA 94108** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.626 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Lawton** | ☐ Contingent | |
| **7003 Vallecito Dr** | ☐ Unliquidated | |
| **Austin, TX 78759** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.626 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
| **John Lazear** | ■ Contingent | |
| **2123 E. Redmon Dr.** | ☐ Unliquidated | |
| **Tempe, AZ 85283** | ■ Disputed | |
| Date(s) debt was incurred **9/30/2017** | Basis for the claim: **[Notice only] Techshop Chandler- Instructor classes Instruction for the period from 09/06/2017 - 09/29/2017** | |
| Last 4 digits of account number **1709** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 977 of 1000

| | | |
|---|---|---|
| 3.626 3 | **Nonpriority creditor's name and mailing address** <br> **John Lazear** <br> **2123 E. Redmon Dr.** <br> **Tempe, AZ 85283** <br><br> Date(s) debt was incurred  **9/10/2017** <br><br> Last 4 digits of account number  **1708** | **As of the petition filing date, the claim is:** *Check all that apply.* **$180.00** <br> ■ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> Basis for the claim:  **[Notice only] Techshop Chandler- Instructor classes Instruction for the period from 08/12/2017 to 08/29/2017** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.626 4 | **Nonpriority creditor's name and mailing address** <br> **John Lazear** <br> **1535 Valley Dr.** <br> **Topanga, CA 90290** <br><br> Date(s) debt was incurred  _ <br><br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.626 5 | **Nonpriority creditor's name and mailing address** <br> **John Lehman** <br> **25 Aztec Drive** <br> **Stafford, VA 22554** <br><br> Date(s) debt was incurred  _ <br><br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.626 6 | **Nonpriority creditor's name and mailing address** <br> **John Lewy** <br> **5993 Beech Daly Rd** <br> **Taylor, MI 48180** <br><br> Date(s) debt was incurred  _ <br><br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.626 7 | **Nonpriority creditor's name and mailing address** <br> **John Lockwood** <br> **530 Lytton Ave 2nd Floor** <br> **Palo Alto, CA 94301** <br><br> Date(s) debt was incurred  _ <br><br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.626 8 | **Nonpriority creditor's name and mailing address** <br> **John Lucey** <br> **105 Michele CIrcle** <br> **Novato, CA 94947** <br><br> Date(s) debt was incurred  _ <br><br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.626 9 | **Nonpriority creditor's name and mailing address** <br> **John Ludeke** <br> **1 Encline Ct.** <br> **San Francisco, CA 94127** <br><br> Date(s) debt was incurred  _ <br><br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 978 of 1000

| 3.627 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**John Luo**
**2400 W El Camino real Apt 714**
**Mountain View, CA 94040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.627 1 |

**Nonpriority creditor's name and mailing address**
**John Ly**
**4833 Shetland Ave**
**Oakland, CA 94605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| 3.627 2 |

**Nonpriority creditor's name and mailing address**
**John Magdziarz**
**1224 Castro St**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| 3.627 3 |

**Nonpriority creditor's name and mailing address**
**John Maier**
**3518 5th Ave**
**Pittsburgh, PA 15201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| 3.627 4 |

**Nonpriority creditor's name and mailing address**
**John Manford**
**17 Bull Elk**
**Cloudcraft, NM 88317**

Date(s) debt was incurred  **12/31/2015**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☐ No ☐ Yes

**$29,186.30**

---

| 3.627 5 |

**Nonpriority creditor's name and mailing address**
**John Manford**
**17 Bull Elk**
**Cloudcraft, NM 88317**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| 3.627 6 |

**Nonpriority creditor's name and mailing address**
**John Marsh**
**111 W 6TH ST APT 2201**
**TEMPE, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 979 of 1000

| 3.627 7 | Nonpriority creditor's name and mailing address **John Marshall** 7625 Journeyville Dr. Austin, TX 78735 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 8 | Nonpriority creditor's name and mailing address **John Martin** 1309 Alviso St Santa Clara, CA 95050 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 9 | Nonpriority creditor's name and mailing address **John Martin** 120 David Duval Ct Round Rock, TX 78664 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 0 | Nonpriority creditor's name and mailing address **John McCarthy** 6723 Grey Fox Drive Springfield, VA 22152 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 1 | Nonpriority creditor's name and mailing address **John McCaughey** 732 Cedar St. San Carlos, CA 94070 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 2 | Nonpriority creditor's name and mailing address **John McCool** 945 Old Bonhomme Road Saint Louis, MO 63132 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 3 | Nonpriority creditor's name and mailing address **John McCreight** 500 Race St. APT 5113 San Jose, CA 95126 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.628 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**John McMaster**
**1807 Valdez Ave**
**Belmont, CA 94002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.628 5 |
|---|

**Nonpriority creditor's name and mailing address**
**John Mendieta**
**739 Mirimar**
**San Francisco, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.628 6 |
|---|

**Nonpriority creditor's name and mailing address**
**John Micali**
**16105 Greenwood Lane**
**Monte Sereno, CA 95030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.628 7 |
|---|

**Nonpriority creditor's name and mailing address**
**John Michael O'Toole**
**2502 10th street**
**berkeley, CA 94710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.628 8 |
|---|

**Nonpriority creditor's name and mailing address**
**John Miller**
**292 Sandpiper Ct**
**Foster City, CA 94404**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.628 9 |
|---|

**Nonpriority creditor's name and mailing address**
**John Mishanski**
**555 4th St. Unit 641**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.629 0 |
|---|

**Nonpriority creditor's name and mailing address**
**John Monda**
**6053 Scanlan Ave**
**St. Louis, MO 63139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 981 of 1000

**3.629 1**

**Nonpriority creditor's name and mailing address**

**John Moran**
**1620 S Hardy**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629 2**

**Nonpriority creditor's name and mailing address**

**John Muth**
**2410 Campus Shore Dr., 334 Monteith Rese**
**Raleigh, NC 27606**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629 3**

**Nonpriority creditor's name and mailing address**

**John Nagle**
**1510 Deer Creek Ln.**
**Emerald Hills, CA 94062**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629 4**

**Nonpriority creditor's name and mailing address**

**John Nathan**
**1175 Park Ave**
**new york, NY 10128**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629 5**

**Nonpriority creditor's name and mailing address**

**John Oliver**
**1929 E. Springfield Pl.**
**Chandler, AZ 85286**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629 6**

**Nonpriority creditor's name and mailing address**

**John Osborne**
**15941 Goldwin Pl**
**Southfield, MI 48075**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629 7**

**Nonpriority creditor's name and mailing address**

**John Otto**
**87136 Camelback**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.629 8 | **Nonpriority creditor's name and mailing address**<br>**John Owen**<br>**3956 oneill**<br>**San Mateo, CA 94403** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.629 9 | **Nonpriority creditor's name and mailing address**<br>**John Passacantando**<br>**8419 West Blvd. Dr.**<br>**Alexandria, VA 22038** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.630 0 | **Nonpriority creditor's name and mailing address**<br>**John Patten**<br>**P.O. BOX 111025**<br>**Campbell, CA 95011** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.630 1 | **Nonpriority creditor's name and mailing address**<br>**John Paul Michael Turner**<br>**308 Pheasant Cove**<br>**Hutto, TX 78634** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.630 2 | **Nonpriority creditor's name and mailing address**<br>**John Peck**<br>**204 Killian Loop**<br>**Hutto, TX 78634** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.630 3 | **Nonpriority creditor's name and mailing address**<br>**John Phillips**<br>**20 South 2nd Street #329**<br>**San Jose, CA 95113** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.630 4 | **Nonpriority creditor's name and mailing address**<br>**John Phung**<br>**2059 2nd St**<br>**Santa Clara, CA 95054** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 983 of 1000

---

**3.630 5**

**Nonpriority creditor's name and mailing address**

**John Pilgrim**
**438 Duncan St**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.630 6**

**Nonpriority creditor's name and mailing address**

**John Plocher**
**406 Belmont**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.630 7**

**Nonpriority creditor's name and mailing address**

**John Rainwater**
**5128 Grimm Drive**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.630 8**

**Nonpriority creditor's name and mailing address**

**John Randolph**
**17225 Federal Drive**
**Allen park, MI 48101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.630 9**

**Nonpriority creditor's name and mailing address**

**John Reynolds**
**501 Pamela Lane**
**Kirkwood, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.631 0**

**Nonpriority creditor's name and mailing address**

**John Robert Sisler**
**795 Whispering Pines Dr.**
**Scotts Valley, CA 95066**

Date(s) debt was incurred  **11/4/2008**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,988.69**

---

**3.631 1**

**Nonpriority creditor's name and mailing address**

**John Rokos**
**3173 Neal Ave. Unit 2**
**San Jose, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 984 of 1000

Debtor **TechShop, Inc.**
     Name
     Case number (if known) _____

| 3.631 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Rowland**
**1530 New Stock Rd**
**Weaverville, NC 28787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.631 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Sankovitch**
**1308 Kinyon circle**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.631 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Scheesele**
**1521 Fox Chase Ln**
**Pittsburgh, PA 15241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.631 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Scheffel**
**1142 Pome Ave**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.631 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Schiavi**
**2709 Kings Crossing Drive**
**Barnhart, MO 63012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.631 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Schiffman**
**3000 Town Center Suite 2222**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.631 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Schneider**
**4648 E. Piedmont Rd.**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 985 of 1000

| | |
|---|---|
| 3.631 9 | **Nonpriority creditor's name and mailing address**<br>**John Selin**<br>**1741 Francis Ct**<br>**Belmont, CA 94002** |

**Nonpriority creditor's name and mailing address**
**John Selin**
**1741 Francis Ct**
**Belmont, CA 94002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.632 0**

**Nonpriority creditor's name and mailing address**
**John Shern**
**57 West 39th Ave**
**San Mateo, CA 94403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.632 1**

**Nonpriority creditor's name and mailing address**
**John Sheu**
**1018 Thistle Ct.**
**Sunnyvale, CA 94086**

Date(s) debt was incurred  **4/6/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**$28,654.79**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.632 2**

**Nonpriority creditor's name and mailing address**
**John Sheu**
**1018 Thistle Ct.**
**Sunnyvale, CA 94086**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.632 3**

**Nonpriority creditor's name and mailing address**
**John Sheu**
**3301 Mission apt 301**
**San Francisco, CA 94110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.632 4**

**Nonpriority creditor's name and mailing address**
**John Shield**
**3109 Sunset Ter**
**San Mateo, CA 94403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.632 5**

**Nonpriority creditor's name and mailing address**
**John Sisler**
**795 Whispering Pines Dr.**
**Scotts Valley, CA 95066**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.632 6 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**John Skidgel**
**5 Bonita Lane**
**Orinda, CA 94563**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.632 7 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**John Slater**
**1021 Jones CT**
**Redwood City, CA 94063**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.632 8 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**John Sleeman**
**721F Menlo Ave**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.632 9 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**John Stacey**
**PO Box 752**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.633 0 | **$59,585.10** |

**Nonpriority creditor's name and mailing address**
**John Stanec**
**3730 Callison St**
**Loomis, CA 95650**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2015**
Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.633 1 | **$28,763.07** |

**Nonpriority creditor's name and mailing address**
**John Stanec**
**3730 Callison St**
**Loomis, CA 95650**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2016**
Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.633 2 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**John Stanec**
**3730 Callison St**
**Loomis, CA 95650**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 987 of 1000

| 3.633 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Stehman**
**7 Klein Ct.**
**Collinsville, IL 62234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Steinberg**
**481 N. Santa Cruz Ave.**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Stewart**
**1800 Wilson Blvd APT 413**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Stimmer**
**422 Cliff St**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Stirton**
**4200 Suter St.**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Subranni**
**1642 Hobart St. NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Swearingen**
**7855 Hartwell**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 988 of 1000

| | | |
|---|---|---|
| **3.634 0** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**John Taylor**
13329 Carters Way Rd.
Chesterfield, VA 23838

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.634 1** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**John Teodecki**
500 Barrington
Grosse Pointe Park, MI 48230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.634 2** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**John Terry**
6081 Foothill Glen Ct
San Jose, CA 95123

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.634 3** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**John Thomason**
500 Race Street, Apt 3214
San Jose, CA 95126

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.634 4** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**John Thorne-Thomsen**
1902 Inverness Blvd
Austin, TX 78745

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.634 5** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**John Thornton**
16776 Potter Court
Los Gatos, CA 95032

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.634 6** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**John Tierney**
368 N 6th St.
San Jose, CA 95113

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 989 of 1000

| | | |
|---|---|---|
| **3.634 7** | **Nonpriority creditor's name and mailing address**<br>**John Todd**<br>**25 Miraloma Dr.**<br>**San Francisco, CA 94125** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634 8**    **Nonpriority creditor's name and mailing address**
**John Tronsor**
**145 40th St Apt 2**
**Pittsburgh, PA 15201**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634 9**    **Nonpriority creditor's name and mailing address**
**John Turik**
**29900 Franklin Rd # 122**
**Southfield, MI 48034**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.635 0**    **Nonpriority creditor's name and mailing address**
**John Turner**
**12864 Royal Grand**
**Redford, MI 48239**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.635 1**    **Nonpriority creditor's name and mailing address**
**John Turner**
**5713 Heatherstone Dr.**
**Raleigh, NC 27606**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.635 2**    **Nonpriority creditor's name and mailing address**
**John Tyler**
**P.O. Box 205**
**Indianola, WA 98342**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.635 3**    **Nonpriority creditor's name and mailing address**
**John Umberger**
**3612 Massachusetts Ave NW**
**Washington, DC 20007**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 990 of 1000

| 3.635 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Vangelov**
162 Easton Dr
South Lyon, MI 48178

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Vasquez**
1428 E Buffalo St
Gilbert, AZ 85295

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Viator**
309 Libermann Hall
Pittsburgh, PA 15282

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Vink**
927 Radcliffe Drive
San Jose, CA 95117

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,719.78 |
|---|---|---|---|

**John W Shield**
3109 Sunset Ter
San Mateo, CA 94403

Date(s) debt was incurred **9/23/2015**
Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Wagner**
97 Aberdeen Pl.
Clayton, MO 63105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Wahl**
714 19th St S
Arlington, VA 22202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 991 of 1000

| 3.636 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.636 1**

**Nonpriority creditor's name and mailing address**
**John Ware**
**857 Clearfield Dr.**
**Millbrae, CA 94030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.636 2**

**Nonpriority creditor's name and mailing address**
**John Watters**
**20503 McShepherd Cove**
**Georgetown, TX 78626**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.636 3**

**Nonpriority creditor's name and mailing address**
**John Wesley Williams II**
**1458 Miller Ave.**
**San Jose, CA 95129**

Date(s) debt was incurred **3/31/2011**
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29,514.54**

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.636 4**

**Nonpriority creditor's name and mailing address**
**John Whitman**
**200 Yarborough**
**redwood city, CA 94061**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.636 5**

**Nonpriority creditor's name and mailing address**
**John Whitman_V**
**200 Yarborough Lane**
**Redwood City, CA 94061**

Date(s) debt was incurred **8/12/2017**
Last 4 digits of account number **26**

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**$500.00**

Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 07/01/2017 to 07/31/2017**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.636 6**

**Nonpriority creditor's name and mailing address**
**John Widman**
**11708 Summerchase Circle # D**
**Reston, VA 20194**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.636 7**

**Nonpriority creditor's name and mailing address**
**John Wilbur**
**20618 Nob Hill Cir**
**Groveland, CA 95321**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 992 of 1000

| 3.6368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**John Williams**
**1458 Miller Ave.**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**John Winters**
**17004 Simsbrook Dr**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**John Worthington**
**777 Masson Ave.**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**John Zeok**
**2810 Lee Oaks Ct #301**
**Falls Church, VA 22046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**John Zitterkopf**
**5007 Trail West Dr**
**Austin, TX 78735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**John-Michael Seng-Wheeler**
**2609 Blake St. #404**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**John-Paul Martin**
**330 2nd St, Suite 202**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 993 of 1000

---

**3.637 5**

**Nonpriority creditor's name and mailing address**

**Johnathan Ashbrook**
**204 Russia Ave**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.637 6**

**Nonpriority creditor's name and mailing address**

**Johnathan Boyd**
**12140 Monument Dr #262**
**Fairfax, VA 22033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.637 7**

**Nonpriority creditor's name and mailing address**

**Johnathan Boyt**
**315 Sheridan Ave**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.637 8**

**Nonpriority creditor's name and mailing address**

**JohnMichael Ferrer**
**3200 Hillview Ave #200**
**Palo Alto, CA 94304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.637 9**

**Nonpriority creditor's name and mailing address**

**Johnna Spikes**
**3222 Madera Ave.**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.638 0**

**Nonpriority creditor's name and mailing address**

**Johnny Butler**
**5703 Reynolds Rd**
**Austin, TX 78749**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.638 1**

**Nonpriority creditor's name and mailing address**

**Johnny Lemoine**
**1232 E 19th St**
**Oakland, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 994 of 1000

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.638 2**

**Nonpriority creditor's name and mailing address**

**Johnny Chung Lee**
**1075 Space Park Way #28**
**Mountain View, CA 94043**

Date(s) debt was incurred  2/10/2011

Last 4 digits of account number  NA

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$32,148.52**

---

**3.638 3**

**Nonpriority creditor's name and mailing address**

**Johnny DePalma**
**801 Miller Ave**
**Campbell, CA 95008**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.638 4**

**Nonpriority creditor's name and mailing address**

**Johnny Dukovich**
**1201 Pine Hill Rd.**
**McLean, VA 22101**

Date(s) debt was incurred  10/24/2017

Last 4 digits of account number  h40b

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **[Notice only] Techshop DC Arlington- Instructor class for instructions for the period 10/16/2017 to 10/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.638 5**

**Nonpriority creditor's name and mailing address**

**Johnny Dukovich**
**1201 Pine Hill Rd.**
**McLean, VA 22101**

Date(s) debt was incurred  11/3/2017

Last 4 digits of account number  h40c

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **[Notice only] Techshop DC Arlington- Instructor class for instructions for the period 10/22/2017 to 10/29/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.638 6**

**Nonpriority creditor's name and mailing address**

**Johnny Dukovich**
**1201 Pine Hill Rd.**
**McLean, VA 22101**

Date(s) debt was incurred  11/14/2017

Last 4 digits of account number  h41a

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **[Notice only] Techshop DC Arlington- Instructor class for instructions for the period 11/06/2017 to 11/12/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.638 7**

**Nonpriority creditor's name and mailing address**

**Johnny Dukovich**
**1201 Pine Hill Rd.**
**McLean, VA 22101**

Date(s) debt was incurred  9/28/2017

Last 4 digits of account number  h39b

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **[Notice only] Techshop DC Arlington- Instructor class for instructions for the period 09/18/2017 to 09/27/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$212.50**

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 995 of 1000

| | |
|---|---|
| 3.638 8 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Johnny Dukovich**
**1201 Pine Hill Rd.**
**McLean, VA 22101**

Date(s) debt was incurred **10/10/2017**
Last 4 digits of account number **h40a**

As of the petition filing date, the claim is: *Check all that apply.*           **$62.50**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- Instructor class for instructions for the period 10/01/2017 to 10/08/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.638 9 | |

**Nonpriority creditor's name and mailing address**
**Johnny Dukovich**
**1201 Pine Hill Rd.**
**McLean, VA 22101**

Date(s) debt was incurred **8/31/2017**
Last 4 digits of account number **h38s**

As of the petition filing date, the claim is: *Check all that apply.*          **$137.50**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- STEAM instructor fees for instructions for 08/14/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.639 0 | |

**Nonpriority creditor's name and mailing address**
**Johnny Dukovich**
**1201 Pine Hill Rd.**
**McLean, VA 22101**

Date(s) debt was incurred **9/12/2017**
Last 4 digits of account number **h39a**

As of the petition filing date, the claim is: *Check all that apply.*          **$225.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- Instructor class for instructions for the period 09/06/2017 to 09/11/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.639 1 | |

**Nonpriority creditor's name and mailing address**
**Johnny Dukovich**
**1201 Pine Hill Rd**
**Mc Lean, VA 22101**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.639 2 | |

**Nonpriority creditor's name and mailing address**
**Johnny Lee**
**1075 Space Park Way #28**
**Mountain View, CA 94043**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.639 3 | |

**Nonpriority creditor's name and mailing address**
**Jolie Karno_V**
**1472 University Ave # J**
**Berkeley, CA 94702**

Date(s) debt was incurred **8/30/2017**
Last 4 digits of account number **3017**

As of the petition filing date, the claim is: *Check all that apply.*           **$75.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Instructor class instruction on dated 08/16/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jomo Tariku**
**7287 Olde Lantern Way**
**Springfield, VA 22152**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon  Firpach**
**15001 N HAYDEN rd # 101**
**Scottsdale, AZ 85260**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon Andrews**
**1577 Koch Ln.**
**San Jose, CA 95125**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon Baney**
**5908 Sierra Madre**
**Austin, TX 78759**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon Barbara**
**3309 E. Flossmoor Ave.**
**Mesa, AZ 85204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon Barnard**
**672 Mayten Dr.**
**Livermore, CA 94551**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**jon bradford**
**2027 18th st**
**San Francisco, CA 94107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 997 of 1000

| Debtor | **TechShop, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **3.640** **1** | **Nonpriority creditor's name and mailing address** **Jon Bradley** **281 14th street** **San Francisco, CA 94103** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.640** **2** | **Nonpriority creditor's name and mailing address** **Jon Colias** **817F Quarry Road** **San Francisco, CA 94129** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.640** **3** | **Nonpriority creditor's name and mailing address** **Jon Davis** **1207 Indiana Street #10** **San Francisco, CA 94107** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.640** **4** | **Nonpriority creditor's name and mailing address** **Jon Eric Watt** **36 Circle Road** **Redwood City, CA 94062** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$27,273.97** |
| | Date(s) debt was incurred  **12/14/2016** Last 4 digits of account number  **NA** | Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.640** **5** | **Nonpriority creditor's name and mailing address** **Jon Friesell** **144 s park ave** **SANTA CRUZ, CA 95062** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.640** **6** | **Nonpriority creditor's name and mailing address** **Jon Garza** **1144 E Liberty Shores** **Gilbert, AZ 85234** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.640** **7** | **Nonpriority creditor's name and mailing address** **Jon Gold** **888 Brannan St, Floor 3** **San Francisco, CA 94103** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.640 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Hamilton**
**15835 Foothill Farms Lp**
**Pflugerville, TX 78660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.640 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Hoffmann**
**2181 Lowrie Street**
**Pittsburgh, PA 15212**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.641 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Levy**
**8714 Garfield St**
**Bethesda, MD 20817**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.641 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Lorman**
**114 North Willard Avenue**
**San Jose, CA 95126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.641 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Maiara**
**930 Pine St. #108**
**San Francisco, CA 94108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.641 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Mayo**
**970 Meridian Ave Apt 38**
**San Jose, CA 95126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.641 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Jon Meyers**
**3896 E Palo Verde St**
**Gilbert, AZ 85296**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

---

| 3.641 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon Mueller**
3330 2nd St. S.
Arlington, VA 22204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon Pannell**
10873 Wilkinson Ave.
Cupertino, CA 95014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon Peters**
14486 SE Lyon CT
Happy Valley, OR 97086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon Pittman**
111 McInnis Pkwy
San Francisco, CA 94903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Jon Rabinovitz_ V**
324 5th st (c/o datafox)
San Fransisco, CA 94107

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **[Notice only] Techshop SOMA - Reverse of GJE -- Stop placement placed for check #44297 dt. 03/09/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon Saunders**
550 23rd Pl, NE
Washington, DC 20002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jon Schuette**
41312 W Sanders Way
Maricopa, AZ 85207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 1000 of 1000