| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.642 2**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jon Thoms** | ☐ Contingent | |
| **130 E San Fernando St. PH7** | ☐ Unliquidated | |
| **San Jose, CA 95112** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.642 3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jon Wallace** | ☐ Contingent | |
| **6916 E Minton St** | ☐ Unliquidated | |
| **Mesa, AZ 85207** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.642 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jon Watte** | ☐ Contingent | |
| **36 Circle Road** | ☐ Unliquidated | |
| **Redwood City, CA 94062** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.642 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jon-Paul Kelly** | ☐ Contingent | |
| **1167 Burrows Street** | ☐ Unliquidated | |
| **San Francisco, CA 94134** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.642 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jonah Harley** | ☐ Contingent | |
| **15290 Kennedy Rd.** | ☐ Unliquidated | |
| **Los Gatos, CA 95032** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.642 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jonalyn Lancaster** | ☐ Contingent | |
| **88 E. San Fernando St #510** | ☐ Unliquidated | |
| **San Jose, CA 95113** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.642 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jonathan  Blecherman** | ☐ Contingent | |
| **241 Menlo oaks Drive** | ☐ Unliquidated | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 1 of 961

| 3.642 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Chung**
**One MedImmune Way**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Clarke**
**1127 Winthrop**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Havlik**
**3318 A Magnolia Avenue**
**St. Louis, MO 63118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Mullen**
**37485 Dale Dr, # 204**
**Westland, MI 48185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Abner**
**5911 Crane Circle**
**Saint Louis, MO 63109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Adams**
**1209 Derby St**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Andrews**
**1942 Witt Street**
**Pittsburgh, PA 15226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.643 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Baeckel**
**109 McKay Street**
**Pittsburgh, PA 15215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Bair**
**2938 Avalon Avenue**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$880.00** |
|---|---|---|---|

**Jonathan Barnard**
**672 Mayten Drive**
**Livermore, CA 94551**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/26/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop SOMA -Instructor class instruction for the period 10/02/2017 to 10/23/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$720.00** |
|---|---|---|---|

**Jonathan Barnard**
**672 Mayten Drive**
**Livermore, CA 94551**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/25/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 08/27/2017 to 09/24/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$560.00** |
|---|---|---|---|

**Jonathan Barnard**
**672 Mayten Drive**
**Livermore, CA 94551**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/27/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 08/06/2017 to 08/27/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Barnes**
**600 Capp st.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 3 of 961

| 3.644 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jonathan Barron**
**1545 w lynwood st**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jonathan Bremer**
**59 Santa Rosa Ave.**
**Half Moon Bay, CA 94019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jonathan Buckalew**
**3641 Jackson St**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jonathan Butts**
**411 Aspen st NW**
**Washington, DC 20012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jonathan Butzke**
**1147 Jancey St**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jonathan Byars**
**1331 S Eads Street #1402**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jonathan Casero**
**15134 W Corrine Dr**
**Surprise, AZ 85379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 4 of 961

| 3.644 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Claypool**
18662 Tenash Rd
Murrieta, CA 92562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.645 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Dagle**
417 N Peyton St.
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.645 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Edwards**
12820 John Adams ST
Manor, TX 78653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.645 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Finchum**
353 South York St.
Dearborn, MI 48124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.645 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Friedman**
1235 Waller St
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.645 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Gorday**
1000 Green Arbor Dr.
St. Louis, MO 63026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.645 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Gunger**
42592 Crawborn
Canton, MI 48187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 5 of
961

| 3.645 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Harris**
4139 W Holly St
Phoenix, AZ 85009

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Hernandez**
8311 W Glenrosa Ave
Phoenix, AZ 85037

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237.50 |
|---|---|---|---|

**Jonathan Hodges**
2174-A 22nd Ave.
San Francisco, CA 94116

Date(s) debt was incurred **9/21/2017**
Last 4 digits of account number **6**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - instructor class instruction for the period 04/28/2017 to 06/23/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Hodges**
144 13th street apt14
Richmond, CA 94801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Hoogendoorn**
2636 Wagon Drive Apt 273
Alexandria, VA 22303

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Jacobs**
637 s eton St
Birmingham, MI 48009

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Latorre**
4740 Victorian SQ E
Canton, MI 48188

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 3 | Nonpriority creditor's name and mailing address **Jonathan Lee** 450 N Mathilda Ave Sunnyvale, CA 94085 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 4 | Nonpriority creditor's name and mailing address **Jonathan Lockard** 330 W. New Dawn Dr. Chandler, AZ 85248 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 5 | Nonpriority creditor's name and mailing address **JONATHAN MA** 26 PERITA DR DALY CITY, CA 94015 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 6 | Nonpriority creditor's name and mailing address **Jonathan Manzo** 463 Texas Street San Francisco, CA 94107 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 7 | Nonpriority creditor's name and mailing address **Jonathan Mayer** 3353 Cesar Chavez St. San Francisco, CA 94110 | As of the petition filing date, the claim is: *Check all that apply.* | **$8,514.68** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2010**
Last 4 digits of account number  **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 8 | Nonpriority creditor's name and mailing address **Jonathan Mayer** 3353 Cesar Chavez St. San Francisco, CA 94110 | As of the petition filing date, the claim is: *Check all that apply.* | **$38,345.36** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2012**
Last 4 digits of account number  **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 9 | Nonpriority creditor's name and mailing address **Jonathan Mayer** 3353 Cesar Chavez St. San Francisco, CA 94110 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 7 of 961

| 3.647 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jonathan McHugh**
**205 Jackson ST**
**Falls Church, VA 22046**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.647 1 |

**Nonpriority creditor's name and mailing address**
**Jonathan Moisant-Thompson**
**3275 Irlanda Way**
**San Jose, CA 95124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.647 2 |

**Nonpriority creditor's name and mailing address**
**Jonathan Newton**
**5510 Peppercorn Dr.**
**Burke, VA 22015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.647 3 |

**Nonpriority creditor's name and mailing address**
**Jonathan Pease**
**375 Upper Terrace**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.647 4 |

**Nonpriority creditor's name and mailing address**
**Jonathan Petrashune**
**203 Lehigh Ave, Apt. 2**
**Pittsburgh, PA 15232**

Date(s) debt was incurred  **9/22/2017**
Last 4 digits of account number  **6**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh-Instructor class instructions for period 08/19/2017 to 09/18/2017**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| 3.647 5 |

**Nonpriority creditor's name and mailing address**
**Jonathan Petrashune**
**203 Lehigh Ave**
**Pittsburgh, PA 15232**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.647 6 |

**Nonpriority creditor's name and mailing address**
**Jonathan Prouty**
**7904 S Peppertree Dr**
**Gilbert, AZ 85298**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 8 of 961

| 3.647 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Reimers**
**275 South 22nd Street**
**San Jose, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Sandheinrich**
**2014 S. 11th St.**
**St Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Schaefer**
**1 N Grand**
**St. Louis, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Thacher**
**3715 Merlin Way**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Thorn**
**20638 Maria Ct**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Vlock**
**1272 DOLORES ST**
**SAN FRANCISCO, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Vogt**
**1336 San Reliez ct**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 9 of 961

| 3.648 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jonathan Weiss**
**4840 Kingbrook Dr**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jonathan West**
**2211 JEFFERSON DAVIS HWY UNIT 102**
**ALEXANDRIA, VA 22301-1775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jonathan Wilkins**
**237 Kearny st #229**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jonathan Wolk**
**21556 Field Station Terrace**
**BROADLANDS, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jonathan Woolf**
**1725 Washington St. Apt. 3**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jonathon Anthony**
**600 Fell St. Apt 208**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jonathon Rogers**
**19444 Greenwood Dr. #1**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 10 of 961

| 3.649 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jonathon-Tyler Webb**
9217 Hwy 290W Ste 160
Austin, TX 78736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jong Won Choi**
1508 grandview dr.
berkeley, CA 94705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jongan Sunn**
350 Alabama St. #7
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joni Mici**
2131 Sterling Ave
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joost Kemink**
255 Berry Street, #318
San Francisco, CA 94158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jordan  Chaffin**
1200 W. Relation St.
Safford, AZ 85546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jordan  Colby**
4141 N. 78th way
Scottsdale, AZ 85251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.649 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jordan  Furness** | ☐ Contingent | |
| **3344 Polk st.** | ☐ Unliquidated | |
| **Dearborn, MI 48124** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.649 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jordan  Sharpe** | ☐ Contingent | |
| **1206 1/4 S. Ash Ave.** | ☐ Unliquidated | |
| **Tempe, AZ 85281** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.650 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jordan Baker** | ☐ Contingent | |
| **Po box 1246** | ☐ Unliquidated | |
| **San Jose, CA 95108** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.650 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jordan Blackthorne** | ☐ Contingent | |
| **635 Tennessee St Apt 401** | ☐ Unliquidated | |
| **San Francisco, CA 94107** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.650 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jordan Humble** | ☐ Contingent | |
| **14475 Liddichoat Circle** | ☐ Unliquidated | |
| **Los Altos, CA 94022** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.650 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jordan Kochavi** | ☐ Contingent | |
| **47 Kathleen Ct.** | ☐ Unliquidated | |
| **Pacifica, CA 94044** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.650 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jordan Littlejohn** | ☐ Contingent | |
| **3001 Colonial Pkwy #7128** | ☐ Unliquidated | |
| **Cedar Park, TX 78610** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 12 of 961

| 3.650 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jordan Oberhaus**
5744 Pershing
St. Louis, MO 63112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jordan Patterson**
5511 S. Jolly Roger Rd
Tempe, AZ 85283

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jordan Patton**
454 Bailey Ave
Pittsburgh, PA 15211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jordan Pepe**
642 Wilson Ave
Brooklyn, NY 11207

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jordan Reece**
313 Bluefish Court
Foster City, CA 94404

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jordan Rejaud**
945 Larkin Street, Apt 16
SAN FRANCISCO, CA 94109

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jordan Romaidis**
370 6th Ave
San Francisco, CA 94118

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 2 | **Nonpriority creditor's name and mailing address** **Jordan Rosenbaum** **42 Zita Manor** **Daly City, CA 94015** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 3 | **Nonpriority creditor's name and mailing address** **Jordan Sutton** **5301 MLK way** **Oakland, CA 94609** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 4 | **Nonpriority creditor's name and mailing address** **Jordan Whitney** **1025 Otter Ave** **Waterford, MI 48328** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 5 | **Nonpriority creditor's name and mailing address** **Jordan Wills** **8000 Snook Hook Trail** **Austin, TX 78729** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 6 | **Nonpriority creditor's name and mailing address** **Jordan Wilson** **667 o-farrel** **San Francisco, CA 94109** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 7 | **Nonpriority creditor's name and mailing address** **JORETH TOROPOV** **917 PASEITO TERRACE** **Pacifica, CA 94044** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 8 | **Nonpriority creditor's name and mailing address** **Jorge Losada** **17 Rio Vista Avenue** **Oakland, CA 94611** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 14 of 961

| 3.651 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Jorge martinez** | ☐ Contingent | |
| | **681 old county road** | ☐ Unliquidated | |
| | **san carlos, CA 94070** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.652 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Jorge Medrano** | ☐ Contingent | |
| | **308 Pheasant Cove** | ☐ Unliquidated | |
| | **Hutto, TX 78634** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.652 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Jorge Pinedo** | ☐ Contingent | |
| | **708 Crestwood Lane** | ☐ Unliquidated | |
| | **Round Rock, TX 78665** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.652 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Jorge Sanchez** | ☐ Contingent | |
| | **87 E. San Fernando St.** | ☐ Unliquidated | |
| | **San Jose, CA 95113** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.652 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Jorge Suarez-Rivaya** | ☐ Contingent | |
| | **3200 Hillview Ave** | ☐ Unliquidated | |
| | **Palo Alto, CA 94304** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.652 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Jorge Supkay** | ☐ Contingent | |
| | **3201 Esperanza Crossing** | ☐ Unliquidated | |
| | **Austin, TX 78758** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.652 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Jorgen Cederlof** | ☐ Contingent | |
| | **69 Wood Street** | ☐ Unliquidated | |
| | **San Francisco, CA 94118** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.652 6 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jory Post**
**184 Kenny Ct.**
**Santa Cruz, CA 95065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.652 7 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jos Cocquyt**
**70 Museum Way**
**san francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.652 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jose  Esquitin**
**986 Princess Anne Dr**
**San Jose, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.652 9 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jose Camero**
**117 Bastian Lane**
**Georgetown, TX 78626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.653 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jose Flores**
**5327 Cypress Rd**
**Oxnard, CA 93033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.653 1 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jose Gonzalez**
**359 Whispering Wind Way**
**Austin, TX 78737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.653 2 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jose Guerrero**
**15801 S 48th St.**
**Apt. #1055**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398     Doc# 2-1     Filed: 02/26/18     Entered: 02/26/18 18:01:21     Page 16 of 961

| Debtor | **TechShop, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**3.653 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jose jaquez** | ☐ Contingent | |
| **877 s 9th st** | ☐ Unliquidated | |
| **san jose, CA 95112** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.653 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jose Landivar** | ☐ Contingent | |
| **3019 Ruby Ave** | ☐ Unliquidated | |
| **San Jose, CA 95135** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.653 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jose Leos** | ☐ Contingent | |
| **1055 Filbert Street** | ☐ Unliquidated | |
| **San Francisco, CA 94133** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.653 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jose Lopez** | ☐ Contingent | |
| **665 Santa Paula Ave.** | ☐ Unliquidated | |
| **Sunnyvale, CA 94085** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.653 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |
|---|---|---|
| **Jose M.Soto** | ■ Contingent | |
| **Landscaping & Tree Service** | ☐ Unliquidated | |
| **PO.Box 2447** | ■ Disputed | |
| **Menlo Park, CA 94026** | | |
| Date(s) debt was incurred **11/1/2017** | **Basis for the claim:** **[Notice only] Techshop Menlo Park - Landscape Maintenance for the month of October 2017** | |
| Last 4 digits of account number **3076** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.653 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |
|---|---|---|
| **Jose M.Soto** | ■ Contingent | |
| **Landscaping & Tree Service** | ☐ Unliquidated | |
| **PO.Box 2447** | ■ Disputed | |
| **Menlo Park, CA 94026** | | |
| Date(s) debt was incurred **10/1/2017** | **Basis for the claim:** **[Notice only] Techshop Menlo Park - Landscape Maintenance for the month of September 2017** | |
| Last 4 digits of account number **3018** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.653 9**

**Nonpriority creditor's name and mailing address**

**Jose M.Soto**
**Landscaping & Tree Service**
**P.O.Box 2447**
**Menlo Park, CA 94026**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **2959**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Landscape Maintenance for the month of August 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.654 0**

**Nonpriority creditor's name and mailing address**

**Jose Maldonado**
**15184 Merriman Rd**
**Livonia, MI 48154**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 1**

**Nonpriority creditor's name and mailing address**

**Jose Marquez**
**23185 S. Country Club Dr.**
**Mesa, AZ 85210**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 2**

**Nonpriority creditor's name and mailing address**

**Jose Martinez**
**11061 la Paloma Loop East**
**Salado, TX 76571**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 3**

**Nonpriority creditor's name and mailing address**

**Jose Melendez**
**2025 Tobago Ave**
**San Jose, CA 95122**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 4**

**Nonpriority creditor's name and mailing address**

**Jose Pfondevida**
**320 Camino Aroyo E**
**Danville, CA 94506**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 5**

**Nonpriority creditor's name and mailing address**

**Jose Pulido**
**2316 Mt. Pleasant Rd.**
**San Jose, CA 95148**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.654 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Quinteiro**
**711 48th Avenue**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Sanchez**
**6480 Living Place Apt. 432**
**Pittsburgh, PA 15206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Soltren**
**1201 W Park St**
**Cedar Park, TX 78613-2801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Vega**
**3841 Dale PL.**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph  Contreras**
**61 Terrace Drive,**
**Sausalito, CA 94965**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph  Young**
**3311 E Brookwood Ct**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Balough**
**609 Virginia Avenue Extension**
**Pittsburgh, PA 15215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.655 3**

**Nonpriority creditor's name and mailing address**

**Joseph Barker**
**242 5th Ave #2**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.655 4**

**Nonpriority creditor's name and mailing address**

**Joseph Bautista**
**4973 Seneca Park Loop**
**Fremont, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.655 5**

**Nonpriority creditor's name and mailing address**

**Joseph Bello**
**411 N 8TH ST APT 2303**
**ST LOUIS, MO 63101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.655 6**

**Nonpriority creditor's name and mailing address**

**Joseph Bogusky**
**144 S 3rd St, Unit 331**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.655 7**

**Nonpriority creditor's name and mailing address**

**Joseph Burch**
**2805 E Cathedral Rock Dr**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.655 8**

**Nonpriority creditor's name and mailing address**

**Joseph Cadwallader**
**30521 Hennigan St**
**Roseville, MI 48066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.655 9**

**Nonpriority creditor's name and mailing address**

**Joseph Cafferata**
**1613 Harvard ST NW # 211**
**Washington, DC 20009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.656 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Joseph Caglio**
**500 N Roosevelt Ave. Unit #21**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Joseph Castle**
**353 Heller St**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Joseph Chotiros**
**6910 Hart Ln #104**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Joseph Daugherty**
**4244 Shenandoah**
**St. Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Joseph Dombrowski**
**11336 Van Gilder Rd**
**Delevan, NY 14042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Joseph Dupre**
**544 31st Street**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,050.64** |

**Joseph E. Peck & Mary G. Peck_V**
**308 Comanche Circle**
**Hutto, TX 78634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/22/2012**

Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC**

Last 4 digits of account number **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Name

---

**3.656 7**

**Nonpriority creditor's name and mailing address**

**Joseph Engel**
**3264 Saint Ignatius Place**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

---

**3.656 8**

**Nonpriority creditor's name and mailing address**

**Joseph Fratantoni**
**17850 Iroquois Trace**
**Tinley Park, IL 60477**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

---

**3.656 9**

**Nonpriority creditor's name and mailing address**

**Joseph Gratz**
**556 Fell St**
**San Francisco, CA 94102**

Date(s) debt was incurred **4/3/2017**

Last 4 digits of account number **NA**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset? ■ No ☐ Yes

**$26,671.23**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

---

**3.657 0**

**Nonpriority creditor's name and mailing address**

**Joseph Gratz**
**556 Fell St**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

---

**3.657 1**

**Nonpriority creditor's name and mailing address**

**Joseph Helvey**
**19323 Oakland Green Rd.**
**Leesburg, VA 20175**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

---

**3.657 2**

**Nonpriority creditor's name and mailing address**

**Joseph Jackson**
**1254 W Sunrise St**
**Bisbee, AZ 85603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

---

**3.657 3**

**Nonpriority creditor's name and mailing address**

**Joseph Johnnie**
**26132 Enzos Way**
**Montgomery, TX 77316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| 3.657 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,558.90** |
| **Joseph Kennedy**<br>**P.O. Box 2070**<br>**Los Altos, CA 94023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **10/24/2013** | Basis for the claim:  **Principal and accrued interest for loan to TechShop** | |
| Last 4 digits of account number  **NA** | **Mid Peninsula LLC** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.657 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joseph Kielian**<br>**120 Claremont Ave.**<br>**South San Francisco, CA 94080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.657 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joseph Koon**<br>**239 Dorland St.**<br>**San Francisco, CA 94114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.657 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joseph Kral**<br>**P.O. Box 710**<br>**La Honda, CA 94020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.657 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,652.05** |
| **Joseph L. Kral and Lisa E. Lee, Trustees**<br>**P.O. Box 710**<br>**La Honda, CA 94020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **10/7/2013** | Basis for the claim:  **Principal and accrued interest for loan to TechShop** | |
| Last 4 digits of account number  **NA** | **Mid Peninsula LLC** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.657 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joseph LaTourette**<br>**88 Bush St. Unit 4182**<br>**San Jose, CA 95126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.658 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joseph Ly**<br>**10125 South Blaney Ave. #A**<br>**Cupertino, CA 95014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 23 of 961

| 3.658 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
| --- | --- | --- | --- |

**Joseph M. Cuniberti**
950 Village Green Lane,
Apt. #3005 Waterford,, MI 48328

Date(s) debt was incurred  **10/23/2017**

Last 4 digits of account number  **13**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for period 10/01/2017 to 10/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |
| --- | --- | --- | --- |

**Joseph M. Cuniberti**
950 Village Green Lane,
Apt. #3005 Waterford,, MI 48328

Date(s) debt was incurred  **9/25/2017**

Last 4 digits of account number  **12**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for period 08/27/2017 to 09/24/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Joseph Mansour**
2929 Landover St
Alexandria, VA 22305

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Joseph Mardall**
677 Valencia St. Apt #1
San Francisco, CA 94110

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Joseph McNeely**
1200 First St Apt 1329
Alexandria, VA 22314

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Joseph Miller**
488 Castro Street
San Francisco, CA 94114

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Miller**
**2354 W. University Dr., Apt. 2146**
**Mesa, AZ 85201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,473.55 |
|---|---|---|---|

**Joseph Mobley**
**910 Lenora St. #1502**
**Seattle, WA 98121**

Date(s) debt was incurred  **8/5/2008**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Newcomer**
**610 Kirtland Street**
**Pittsburgh, PA 15208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Ols**
**PO Box 2266**
**Los Gatos, CA 95031**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Pachan**
**P.O. Box 1901**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Phaneuf**
**210 Murlagan Ave Apt C**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Porcelli**
**6007 Curtier Drive, Unit B**
**Alexandria, VA 22310**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 25 of 961

| 3.659 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Rodriguez**
**87 Silcreek Dr**
**San Jose, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Rork**
**575 Irvin St**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Segura-Conn**
**706 More Ave**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Segura-Conn**
**609 Louise Court**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Sprowes**
**4549 El Cajon Avenue**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Tartaglia**
**15805 Uvas Road, Unit D**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Thomas**
**6947 Flinchbaugh**
**Kimball, MI 48074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 26 of 961

| 3.660 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Joseph Tonner** | ☐ Contingent | |
| | **8945 S Oakley Ave** | ☐ Unliquidated | |
| | **Chicago, NE 68643** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.660 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Joseph Tovar** | ☐ Contingent | |
| | **966 Martiri Ct** | ☐ Unliquidated | |
| | **Gilroy, CA 95020** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.660 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Joseph Unruh** | ☐ Contingent | |
| | **900 Minnesota St. #118** | ☐ Unliquidated | |
| | **San Francisco, CA 94107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.660 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Joseph Villaveces** | ☐ Contingent | |
| | **4348 Broadway Apt. D** | ☐ Unliquidated | |
| | **Oakland, CA 94611** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.660 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Joseph Wahlquist** | ☐ Contingent | |
| | **100 Bartlett Peak Drive** | ☐ Unliquidated | |
| | **Georgetown, TX 78633** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.660 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Joseph Young** | ☐ Contingent | |
| | **11215 Research BLVD APT 1169** | ☐ Unliquidated | |
| | **Austin, TX 78759** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.660 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Joseph Zisa** | ☐ Contingent | |
| | **611 Bounty Drive, Apt. 611-205** | ☐ Unliquidated | |
| | **Foster City, CA 94404** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 27 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.660
8**

**Nonpriority creditor's name and mailing address**

**JosephCarlo Daite**
**16660 West Sandra Lane**
**Surprise, AZ 85388**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.660
9**

**Nonpriority creditor's name and mailing address**

**Josephine Oppenheimer**
**16 Terrace Ave.**
**Kentfield, CA 94904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.661
0**

**Nonpriority creditor's name and mailing address**

**Josh Anacker**
**128 College Avenue**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.661
1**

**Nonpriority creditor's name and mailing address**

**Josh Butts**
**13509 Will Rogers Ln**
**Austin, TX 78727**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.661
2**

**Nonpriority creditor's name and mailing address**

**Josh Chang**
**21534 Conradia Ct**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.661
3**

**Nonpriority creditor's name and mailing address**

**Josh Clauser**
**3266 Jasper Park**
**St. Louis, MO 63139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.661
4**

**Nonpriority creditor's name and mailing address**

**Josh De La Rosa**
**977 Howard St**
**San Francisco, CA 94301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

---

**3.6615**

**Nonpriority creditor's name and mailing address**

**Josh Dorese**
**620 cypress ln**
**campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6616**

**Nonpriority creditor's name and mailing address**

**Josh Favara**
**1901 Greenmeadow Court**
**Arlington, TX 76015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6617**

**Nonpriority creditor's name and mailing address**

**Josh Geating**
**2507 Bowen Road SE**
**Washington, DC 20020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6618**

**Nonpriority creditor's name and mailing address**

**Josh Graham**
**2000 FM 1460, APT 9307**
**Georgetown, TX 78626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6619**

**Nonpriority creditor's name and mailing address**

**Josh Gunnar**
**4112 Hyridge Dr**
**Austin, TX 78759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6620**

**Nonpriority creditor's name and mailing address**

**Josh Hirt**
**658 Sierra Vista Ave.**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6621**

**Nonpriority creditor's name and mailing address**

**Josh Katz**
**2914 Martin Luther King jr way apt B**
**Oakland, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 29 of 961

| 3.662<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Josh Klein**
**1562 N. Horne Street**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Josh Korsower**
**5814 MacArthur Blvd NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Josh Lozano**
**1210 Glenda Dr Apt B**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Josh Meyerson**
**5621 Delmar Blvd, APT# 603**
**St. Louis, MO 63112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Josh Morton**
**1616 W. Germann Rd. #1015**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Josh Nauman**
**2307 Ravine Ct**
**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Josh Norwood**
**642 West Forest Apt 1**
**Detroit, MI 48201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | | |
|---|---|---|
| 3.662 9 | **Nonpriority creditor's name and mailing address** **Josh Olsen** 103 8th St NE Washington, DC 20002 | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.663 0 | **Nonpriority creditor's name and mailing address** **Josh Peck** 5722 Kingsbury Place St. Louis, MO 63112 | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.663 1 | **Nonpriority creditor's name and mailing address** **Josh Plaisted** 2607 7th Street, Suite G Berkeley, CA 94710 | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.663 2 | **Nonpriority creditor's name and mailing address** **Josh Postell** 1235 Electric Wyandotte, MI 48192 | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.663 3 | **Nonpriority creditor's name and mailing address** **Josh Stauffer** 13201 Legendary Dr Apt 4204 Austin, TX 78727 | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.663 4 | **Nonpriority creditor's name and mailing address** **Josh Tidsbury** 206 Chenery Street San Francisco, CA 94131 | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.663 5 | **Nonpriority creditor's name and mailing address** **Josh Villegas** 1824 Keesling Ave San Jose, CA 95125 | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josh VonAllworden**
**9160 S. Rural Rd**
**Tempe, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josh Walker**
**26058 Carol**
**Franklin, MI 48025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josh Wizinsky**
**6946 Lamphere**
**Dearborn, MI 48127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josh Wolf**
**112 Glenwood Glade**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josh Young**
**5229 Krueger Lane**
**Austin, TX 78723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josh_J Smith**
**1600 Ampitheatre Parkway**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua  Smith**
**4310 Westlake Circle**
**Belleville, MI 48111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 32 of 961

| 3.664 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
| **Joshua A. Postell** | ■ Contingent | |
| **1235 Electric St.** | ☐ Unliquidated | |
| **Wyandotte, MI 48192** | ☐ Disputed | |
| Date(s) debt was incurred **10/26/2017** | **Basis for the claim:** **[Notice only] Techshop Detroit-Instructor class instructions for dated 10/06/2017** | |
| Last 4 digits of account number **17** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |
| **Joshua A. Postell** | ■ Contingent | |
| **1235 Electric St.** | ☐ Unliquidated | |
| **Wyandotte, MI 48192** | ☐ Disputed | |
| Date(s) debt was incurred **9/26/2017** | **Basis for the claim:** **[Notice only] Techshop Detroit-Instructor class instructions for period 09/12/2017 to 09/19/2017** | |
| Last 4 digits of account number **16** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$240.00** |
| **Joshua A. Postell** | ■ Contingent | |
| **1235 Electric St.** | ☐ Unliquidated | |
| **Wyandotte, MI 48192** | ☐ Disputed | |
| Date(s) debt was incurred **8/16/2017** | **Basis for the claim:** **[Notice only] Techshop Detroit-Instructor class instructions for period 07/30/2017 to 08/15/2017** | |
| Last 4 digits of account number **15** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Joshua Benham** | ☐ Contingent | |
| **401 Belvedere St.** | ☐ Unliquidated | |
| **SAN FRANCISCO, CA 94117** | ☐ Disputed | |
| Date(s) debt was incurred | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Joshua Berer** | ☐ Contingent | |
| **625 Elm Ave** | ☐ Unliquidated | |
| **Takoma Park, MD 20912** | ☐ Disputed | |
| Date(s) debt was incurred | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Joshua Brooks** | ☐ Contingent | |
| **525 Middlefield Rd #981** | ☐ Unliquidated | |
| **Redwood City, CA 94063** | ☐ Disputed | |
| Date(s) debt was incurred | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joshua Burchard**
**1635 W. Hudson Dr.**
**Tucson, AZ 85704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joshua Carpoff**
**548 Market Street #84090**
**SAN FRANCISCO, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joshua Cruz**
**1665 East 12th St**
**Brooklyn, NY 11229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joshua Cuevas**
**500 E. University Dr. #1975**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joshua Curry**
**88 S, 3rd St**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joshua DeWitt**
**1107 Carlisle Drive**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joshua Gonzalez**
**7318 Melrose Blvd.**
**University City, MO 63130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.665 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,591.78 |
|---|---|---|---|

**Joshua Gunnar**
**4112 Hyridge Dr**
**Austin, TX 78759**

Date(s) debt was incurred  **9/17/2015**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua Haunschild**
**101 West 5th St., Apt. 3021**
**Tempe, AZ 85281**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua Hayashi**
**6365 S Amulet**
**Mesa, AZ 85212**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua Helfert**
**833 Twosome Ct**
**Ballwin, MO 63011**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua Kivijarv**
**7 Ocean View Avenue**
**Greenwich, CT 06830**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua Kostroun**
**10205 Chestnut Ridge Road**
**Austin, TX 78726**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua Letner**
**9301 Concordia Rd**
**Belleville, IL 62223**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua Levine**
**549 53rd Street**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua Lindsay**
**30 Martin Lane**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua Lowe**
**6561 E Palm St**
**Mesa, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua MacDonald**
**3009 26th St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua Mason Leslie**
**793 Flatbush Avenue #3**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua McKee**
**PO Box 789**
**Los Gatos, CA 95031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua Moore**
**6901 Lynn Way Suite 310**
**PITTSBURGH, PA 15208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.667 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Joshua Neal**
391 Kincora Ct.
San Jose, CA 95136

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Joshua Parise**
428 Delaware Avenue
Oakmont, PA 15139

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Joshua Reiter**
3110 S. Hayes St
Arlington, VA 22202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Joshua Robertson**
33255 Lark Way
Fremont, CA 94555

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $28,150.68 |
|---|---|---|---|

**Joshua Rosenberg**
5350 Felter Road
San Jose, CA 95132

Date(s) debt was incurred **7/7/2016**
Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Joshua Rosenberg**
5350 Felter Road
San Jose, CA 95132

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Joshua Russell**
934 Millie Ave.
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 37 of 961

| 3.667 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua Rutherford**
17507 Port Hood Dr
Leander, TX 78641

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua Schachter**
60 E Portola Ave
Los Altos, CA 94022

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua Schisser**
2040 W. Middlefield Rd.
Mountain View, CA 94043

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua Schmidt**
3003 Van Ness Street NW, W406
Washington, DC 20008

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua Sellers**
4100 Ave C #202
Austin, TX 78751

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua Thomson**
9542 Eagle Hills Way
Gilroy, CA 95020

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua Twyman**
6631 Wakefield Dr Apt 210
Alexandria, VA 22307

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Joshua Veltman**
**3 Wildwood Lane**
**Menlo Park, CA 94025**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Joshua Wendelken**
**11433 N 66th St**
**Scottsdale, AZ 85254**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Josiah Copley**
**868 S Arizona Ave Apt 2070**
**Chandler, AZ 85225**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$80.00** |
|---|---|---|---|

**Josiah Copley_V**
**868 S Arizona Ave Apt 2070**
**Chandler, AZ 85225**

Date(s) debt was incurred  **10/13/2017**

Last 4 digits of account number  **2017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instructions on 10132017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$80.00** |
|---|---|---|---|

**Josiah Copley_V**
**868 S Arizona Ave Apt 2070**
**Chandler, AZ 85225**

Date(s) debt was incurred  **8/24/2017**

Last 4 digits of account number  **2017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instructions on 08/24/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$80.00** |
|---|---|---|---|

**Josiah Copley_V**
**868 S Arizona Ave Apt 2070**
**Chandler, AZ 85225**

Date(s) debt was incurred  **9/2/2017**

Last 4 digits of account number  **2017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instructions on 09/02/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 39 of 961

| 3.669 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josie McHale**
**3630 Sneath Ln**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josuha Stevens**
**1330 nw 12th street**
**corvallis, OR 97330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joty Dhaliwal**
**521 33rd Unit #1**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jovani Hernandez**
**1725 N Date St Unit 39**
**Mesa, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joy Carter**
**1030 W Estrella Dr**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joy Craig**
**127 Andrew's Store Rd**
**Pittsboro, NC 27312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joy Jacobs**
**15770 Robinwood**
**Northville, MI 48168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 40 of 961

---

**3.6697**

**Nonpriority creditor's name and mailing address**

**Joy Liu**
**1209 Socorro Ave**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6698**

**Nonpriority creditor's name and mailing address**

**Joyce Choi**
**331 N. Bridlegate Dr.**
**Gilbert, AZ 85234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6699**

**Nonpriority creditor's name and mailing address**

**Joyce DeLaTorre**
**712 Trailside Bend**
**Round Rock, TX 78665**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6700**

**Nonpriority creditor's name and mailing address**

**Joyce Lin**
**6 Montague Pl**
**San Francisco, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6701**

**Nonpriority creditor's name and mailing address**

**Joyce Steinfeld**
**19281 Mountain Way**
**Los Gatos, CA 95030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6702**

**Nonpriority creditor's name and mailing address**

**JP Abgrall**
**2464 Crystal Dr**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6703**

**Nonpriority creditor's name and mailing address**

**JPMorgan Chase Bank Attn: Current Office**
**4601 Six Forks Rd**
**Raleigh, NC 27609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only - overdrawn account issue]**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 41 of 961

---

**3.670 4**

**Nonpriority creditor's name and mailing address**
**JPMorgan Chase Bank Attn: Current Office**
**4601 Six Forks Rd**
**Raleigh, NC 27609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **[Notice only - overdrawn account issue]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670 5**

**Nonpriority creditor's name and mailing address**
**JPW Industries Inc.**
**7812 Solution Center**
**Chicago, IL 60677**

Date(s) debt was incurred **7/11/2017**

Last 4 digits of account number **9922**

**As of the petition filing date, the claim is:** *Check all that apply.*                                                   **$52.32**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop San Jose -Supporting Pin VBS1408/1610**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670 6**

**Nonpriority creditor's name and mailing address**
**JT Vagnino**
**3528 Pestalozzi Street**
**St.Louis, MO 63118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670 7**

**Nonpriority creditor's name and mailing address**
**Juan Moncada**
**2769 Agate dr, Apt 2**
**santa clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670 8**

**Nonpriority creditor's name and mailing address**
**Juan Carlos Santilli**
**601 Andover st**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670 9**

**Nonpriority creditor's name and mailing address**
**Juan Garcia_Leyva**
**2348 N 47th Ave**
**Phoenix, AZ 85035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.671 0**

**Nonpriority creditor's name and mailing address**
**Juan Hernandez**
**1803 Orchard Ave**
**Glendale, CA 91206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.671 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JUAN NEGRETE**
**611 GUERRERO ST**
**SAN FRANCISCO, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juan Saenz**
**1410 Mass Ave SE Apt B**
**Washington, DC 20003**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juan Turcios**
**629 11th street**
**Richmond, CA 94801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juan-Carlos Oliva**
**28422 N. 51st. St.**
**Cavecreek, AZ 85331**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juanito Co**
**630 N. Dixboro Rd.**
**Ann Arbor, MI 48105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juanjuan Sun**
**441 W. Trimble Rd.**
**San Jose, CA 95131**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jude  Sullivan**
**8400 Taylor Lane**
**Annandale, VA 22003**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Judith Richardson**
**18692 Devon Ave**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Judith Speck**
**924 Deely St**
**Pittsburgh, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Judy Sanborn**
**24301 Rockford**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,569.86** |
|---|---|---|---|

**Judy & Sergio Feria/Li-Hua Peng**
**1688 Tacoma Ave**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/21/2015**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Judy Feria**
**1688 Tacoma Ave**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Judy Palmer**
**441 Carolina Lane**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Judy Schulz**
**1701 Buttercup Road**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.672 5 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Juhee Chung**
30-92 29th Street, 4K
Astoria, NY 11102

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 6 |

**Nonpriority creditor's name and mailing address**
**Julea Dunn**
2418 Stuart St
Berkeley, CA 94705

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.672 7 |

**Nonpriority creditor's name and mailing address**
**Jules Houts**
71 Nueva Ave.
Redwood City, CA 94061

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.672 8 |

**Nonpriority creditor's name and mailing address**
**Julia  Piehler**
455 W Evelyn #1128
Mountain View, CA 94041

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.672 9 |

**Nonpriority creditor's name and mailing address**
**Julia Gatliff**
18328 Masi Loop
Pflugerville, TX 78660

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.673 0 |

**Nonpriority creditor's name and mailing address**
**Julia Gorina**
3225 Upper Lock Ave.
Belmont, CA 94002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.673 1 |

**Nonpriority creditor's name and mailing address**
**Julia Graves**
2130 VanTine
Pittsburgh, PA 15221

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

---

**3.673 2**

**Nonpriority creditor's name and mailing address**

**julia gray**
**2711 South Compton**
**St. Louis, MO 63118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.673 3**

**Nonpriority creditor's name and mailing address**

**Julia Hall**
**1528 Constanzo Way**
**San Jose, CA 95129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.673 4**

**Nonpriority creditor's name and mailing address**

**Julia Hunt**
**4008 Claitor Way**
**San Jose, CA 95132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.673 5**

**Nonpriority creditor's name and mailing address**

**Julia Menshenina**
**1718 HIllman Ave,**
**Belmont, CA 94002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.673 6**

**Nonpriority creditor's name and mailing address**

**Julia Piehler**
**455 W Evelyn #1128**
**Mountain View, CA 94041**

Date(s) debt was incurred **5/24/2016**
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$28,391.78**

---

**3.673 7**

**Nonpriority creditor's name and mailing address**

**Julia Roessner**
**4110 Bunny Run #8**
**Austin, TX 78746**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.673 8**

**Nonpriority creditor's name and mailing address**

**Julia Zaks**
**255 Kang Street, Apt. 523**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 46 of 961

| | | |
|---|---|---|
| 3.673 9 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Julian Carpenter**
507 E. Kingsley St.
Ann Arbor, MI 48104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.674 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Julian Coto**
385 River Oaks Parkway Apt 2032
San Jose, CA 95134

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.674 1 | **Nonpriority creditor's name and mailing address** | **$30,430.99** |

**Julian David Christian Richardson**
871 Robb Rd
Palo Alto, CA 94306

Date(s) debt was incurred **5/15/2011**
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.674 2 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Julian Hricik**
3460 Beechwood Blvd.
Pittsburgh, PA 15217

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.674 3 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Julian quayle**
555 key blvd
richmond, CA 94805

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.674 4 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Julian Richardson**
871 Robb Rd
Palo Alto, CA 94306

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.674 5 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Julian Sandoval**
714 Filbert Street Apt 1
Pittsburgh, PA 15232

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 3.674 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julian Schwartz**
**2523 Ridge Rd. #320**
**Berkeley, CA 95709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.674 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julian Silva**
**18812 E. Via De Arboles**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.674 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julian Symonds**
**154 Sunol Street**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.674 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julie  Campbell**
**451 Kansas St #426**
**SanFrancisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.675 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julie  Hundt**
**2600 Crystal Drive**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.675 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julie Basu**
**3583 Madison Common**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.675 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julie Baxter**
**3912 Ruby St.**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 48 of 961

---

**3.675
3**

**Nonpriority creditor's name and mailing address**

**Julie Busch**
**2795 Horse-n-Round Lane**
**Penryn, CA 95663**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.675
4**

**Nonpriority creditor's name and mailing address**

**Julie Chin**
**87 Dolores Street Apt. 501**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.675
5**

**Nonpriority creditor's name and mailing address**

**Julie Diaz-Asper**
**3432 Lowell Street, NW**
**Washington, DC 20016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.675
6**

**Nonpriority creditor's name and mailing address**

**Julie Hall**
**1528 Constanzo Way**
**San Jose, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.675
7**

**Nonpriority creditor's name and mailing address**

**Julie Hayes**
**1050 Ringwood Ave.**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.675
8**

**Nonpriority creditor's name and mailing address**

**Julie Mok**
**1608 Rivera Street**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.675
9**

**Nonpriority creditor's name and mailing address**

**Julie Nabhan**
**704 Valley Way**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 49 of 961

| 3.676 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Julie Neubauer**
**2229 Lombard Street**
**San Francisco, CA 94147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Julie Newdoll**
**36 Coronado Avenue**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Julie OBrien**
**6921 Gabion Dr**
**Austin, TX 78749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Julie Petrie**
**1114 Camino La Costa #2041**
**Austin, TX 78752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Julie Pompizzi**
**116 Brookston Drive**
**Cranberry Twnsp, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Julie Velky**
**3571 Far West Blvd #134**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Julie Vuong**
**15415 S. 45th St.**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 50 of 961

| 3.676 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Julie West**
**921A Alvarado Street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Julie Willey**
**5230 Twin Falls Road**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Julieanne Sparrow**
**11512 Clematis Blvd**
**Pittsburgh, PA 15235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Julien Lallemand**
**67 Mirabel Ave.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Juliet McCurry**
**20093 Bernard St**
**Taylor, MI 48180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**julieta guillermet**
**2300 18th NW #304**
**DC, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Juliette CUNY**
**1245 CLAYTON ST.**
**SAN FRANCISCO, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 51 of 961

| 3.677 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Juliette Faraco**
3130 Alpine Road #288-481
Portola Valley, CA 94028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Julio Hernandez**
22750 Hwy 321
Cleveland, TX 77327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Julio Martinez**
88 S 3rd St #104
San Jose, CA 95113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Julio Vargas**
18941 Quiet Oak Ln
Germantown, MD 20874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Julius Ball-Heldman**
2805 31 St NW
Washington, DC 20008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Julius Ball-Heldman**
2805 31st Street NW
Washington, CA 90008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Julius Beberman**
697 Douglass St.
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 52 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.678 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Julius Marchwicki**
**1247 Woodward Ave #1010**
**Detroit, MI 48226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jumbo Duclayan**
**1060 S. 3rd St #1350**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**June Campbell**
**5511 Begonia Dr.**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**June Grant**
**4228 martin luther king jr way**
**oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$975.20** |
|---|---|---|---|

**June Hayes**
**5227 Catharine St**
**Floor 2**
**Philadelphia, PA 19143**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/2/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop Brooklyn-Tolls - driving to and from DC and Philadelphia, Philadelphia and NY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$403.89** |
|---|---|---|---|

**June Hayes**
**5227 Catharine St**
**Floor 2**
**Philadelphia, PA 19143**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/14/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop Brooklyn-Tolls, Stickers for Mechanical Piping - Required for passing Mechanical Inspection**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 53 of 961

| 3.678 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**June Hayes**
**5414 First Place NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jung Na**
**1428 E Iris Dt**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Junnosuke kurihara**
**1312 gingerwood dr**
**milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juraj Mihalik**
**16 Linda St Apt 3**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Justice Kimbo**
**1624 Forbes Avenue**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Justin  Gauvin**
**235 East Main St**
**Northville, MI 48167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Justin  Mendenhall**
**3418 Harding St**
**Deaborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Justin Bray**
**760 Union St Apt C**
**San Francisco, CA 94133**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Justin Bronder**
**633 Villa Centre Way**
**San Jose, CA 95128**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Justin Care**
**41277 N Cambria Dr**
**Santan Valley, AZ 85140**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Justin Carlson**
**5911 Hobart St.**
**Pittsburgh, PA 15217**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Justin Cesarin**
**150 Cleaveland Road, Apt. 97**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$26,602.81** |
|---|---|---|---|

**Justin Church**
**1154 18th Ave. E**
**Seattle, WA 98112**

Date(s) debt was incurred  **5/6/2010**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Justin Church**
**1154 18th Ave. E**
**Seattle, WA 98112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 55 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.680 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Justin Coughlin** <br> **37934 Greenwich** <br> **Clinton TWP, MI 48036** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.680 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Justin Counts** <br> **449 N Eton apt 506** <br> **Birmingham, MI 48009** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.680 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Justin Covington** <br> **2170 N. Ithica St.** <br> **Chandler, AZ 85225** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.680 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Justin Fritz** <br> **2149 Castro St** <br> **San Francisco, CA 94131** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.680 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Justin Fritz** <br> **804 E Wood Dr** <br> **Chandler, AZ 85249** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.680 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Justin George** <br> **110 North Pacific Ave.** <br> **Pittsburgh, PA 15224** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.680 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Justin Goyer** <br> **524 E Coconino Dr** <br> **Chandler, AZ 85249** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

---

| 3.680 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Graham**
**304 Atherton St**
**Saginaw, MI 48603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.680 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Harvilla**
**713 7th Street**
**Mather, PA 15346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**justin jones**
**945 Capp St #1**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Kim**
**8054 Russell Dr.**
**Westland, MI 48185**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Kruger**
**548 Brannan Street #409**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Krull**
**151 Calderon Ave. #175**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Justin Leathers**
**721 Menlo Ave. Apt B**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398     Doc# 2-1     Filed: 02/26/18     Entered: 02/26/18 18:01:21     Page 57 of 961

| 3.681 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Justin Manzo**
**7233 Deborah Drive**
**Falls Church, VA 22046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Justin Marini**
**216 RIDC Park West Drive**
**Pittsburgh, PA 15275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Justin Masone**
**311 7th St NE #203**
**Washington DC, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Justin McCollin**
**38 N Almaden Blvd**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Justin Mcfarland**
**1387 E 32nd Street**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Justin Meisse**
**2410 Spring Wagon Ln**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Justin Melendez**
**1053-2 South Vandeventer Ave**
**Saint Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 58 of 961

**3.682 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Justin Mesina**<br>**535 S. Market St Apt. 310**<br>**San Jose, CA 95113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.682 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Justin Metcalf**<br>**515 Congress Ave, Ste 1515**<br>**Austin, TX 78701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.682 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Justin Moen**<br>**1960 McAllister St**<br>**San Francisco, CA 94115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.682 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Justin Muller**<br>**130 BARONI AVE #37**<br>**SAN JOSE, CA 95136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.682 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Justin Quimbly**<br>**2121 Peralta St. #102**<br>**Oakland, CA 94607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.682 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Justin Raines**<br>**616 23rd St South Apt. B**<br>**Arlington, VA 22202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.682 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Justin Salinel**<br>**3668 E. Constitution Dr.**<br>**Gilbert, AZ 85296** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.682 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Seganti**
**1655 E University**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Shum**
**1727 Bay St SE**
**Washington, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Smith**
**1506 East 19th Street**
**GEORGETOWN, TX 78626**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Strait**
**3415 Elmwood Dr**
**Alexandria, VA 22303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Suryanata**
**6092 W Dublin**
**Chandler, AZ 85226**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Trumbull**
**1470 9th Avenue, Apt. 3**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Vincent**
**564 Annie Laurie St Unit 1**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.683 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin Wilson**
2822 S. Pasero Loma
Mesa, AZ 85202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin Works**
1332 Mills Ave
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin Wright**
1401 Columbia Rd NW Apt 316
Washington, DC 20009

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin Young**
50 Flint St #2
San Francisco, CA 94114

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justine Tang**
3109 E Battala Crt
Gilbert, AZ 85297

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Juuls Aleman Salas**
1401 S. Interstate 35
Austin, TX 78741

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jyoti Jain**
45990 Tissiack Pl
Fremont, CA 94539

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.684 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **K.Griffith Moore**<br>**4340 McRee Ave, Apt 2E**<br>**St.Louis, MO 63110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.684 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,928.79** |
| **Kacey Fitzpatrick**<br>**151 Mountain View Ave**<br>**Los Altos, CA 94024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2/16/2016** | **Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.684 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Kacey Fitzpatrick**<br>**151 Mountain View Ave**<br>**Los Altos, CA 94024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.684 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Kacie Shintani**<br>**977 E. Apache Blvd. 4013 B**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.684 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Kade Flegel**<br>**5546 AMBY DR**<br>**SAN JOSE, CA 95124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.684 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Kael Fitzpatrick**<br>**151 Mountain View Ave.**<br>**Los Altos, CA 94024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.684 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Kai Marx**<br>**3626 Dumbarton St.**<br>**Concord, CA 94519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.685 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kai ozawa**
**180 W. Wisteria Pl**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kai Triantos**
**351 La Questa Way**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kailee Sanderson**
**726 Ruth Dr.**
**Pleasent Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kailey Allan**
**25616 Moody Road**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kailyn Vanlandingham**
**25028 Cary St**
**Taylor, MI 48180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,160.32 |
|---|---|---|---|

**Kaiser Foundation Health Plan**
**File 5915**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/10/2017**

Last 4 digits of account number **7Dec**

Basis for the claim: **Billing Unit: 685132404 Customer ID: 00700673-0000 for the month of December 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $8,295.84 |
|---|---|---|---|

**Kaiser Foundation Health Plan**
**File 5915**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/10/2017**

Last 4 digits of account number **7Nov**

Basis for the claim: **Billing Unit: 685132404 Customer ID: 00700673-0000 for the month of November 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.685 7**

**Nonpriority creditor's name and mailing address**

**Kaiser Foundation Health Plan**
**File 5915**
**Los Angeles, CA 90074**

Date(s) debt was incurred **8/9/2017**

Last 4 digits of account number **obra**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Billing Unit: 785132404 Customer ID: 00700673-7000-Retrospective Dues_September Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$395.04**

---

**3.685 8**

**Nonpriority creditor's name and mailing address**

**Kaitlind Gittings**
**45979 Omega Dr**
**Fremont, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.685 9**

**Nonpriority creditor's name and mailing address**

**Kalia Crowder**
**169 Charles Ave.**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 0**

**Nonpriority creditor's name and mailing address**

**Kalina Kheirolomoom**
**207 Vicksburg St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 1**

**Nonpriority creditor's name and mailing address**

**Kamaljit Bains**
**1768 Page Street Apt #2**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 2**

**Nonpriority creditor's name and mailing address**

**Kameron  Gentry**
**12330 Little Emily Way**
**Austin, TX 78753**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 3**

**Nonpriority creditor's name and mailing address**

**Kameron Chan**
**1760 Cesar Chavez St Suite D**
**San Francisco, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 4**

Nonpriority creditor's name and mailing address
**Kami Wilt**
**2013 Holly**
**austin, TX 78702**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 5**

Nonpriority creditor's name and mailing address
**Kanav Mahotra**
**723 Shoreview Dr**
**Canton, MI 48188**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 6**

Nonpriority creditor's name and mailing address
**Kar Rosen**

**Holbrook, NY 11741**

Date(s) debt was incurred  **11/12/2017**
Last 4 digits of account number  **1**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Brooklyn-Instructor fee for the period 10/15/2017 to 11/12/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$243.75**

---

**3.686 7**

Nonpriority creditor's name and mailing address
**Kar Rosen**
**124 Bradford Ave**
**Holbrook, NY 11741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 8**

Nonpriority creditor's name and mailing address
**Kara Bressie**
**504 Fell St.**
**San Francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 9**

Nonpriority creditor's name and mailing address
**Kara Selberis**
**347 Sunbury Rd.**
**Slippery Rock, PA 16057**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.687 0**

Nonpriority creditor's name and mailing address
**Karan Ramchandani**
**400 Clementina St #423**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 65 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.687 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Karan Rao** <br> **314 N. Neville Apt. #7** <br> **Pittsburgh, PA 15289** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.687 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Kareem Carter** <br> **1329 Pierce St #7** <br> **San Francisco, CA 94115** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.687 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Kareemullah Shaik** <br> **5523 Santa Cruz Ave** <br> **Richmond, CA 94804** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.687 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Karel Youssefi** <br> **2173 Hillstone Drive** <br> **San Jose, CA 95138** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.687 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Karen  Johnson** <br> **3344 Runnymead Pl NWP** <br> **Washington, DC 20015** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.687 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Karen Althe** <br> **1000 Madison Street** <br> **Port Townsend, WA 98068** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.687 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Karen Au** <br> **1165 White Pine Court** <br> **San Jose, CA 95125** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.687 8 | **Nonpriority creditor's name and mailing address** **Karen Carley** 44861 Weymouth Dr. Canton, MI 48188 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 9 | **Nonpriority creditor's name and mailing address** **Karen Conroy** 1105 Lorne Way Sunnyvale, CA 94087 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 0 | **Nonpriority creditor's name and mailing address** **Karen Davis** 275 S 20th St San Jose, CA 95116 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 1 | **Nonpriority creditor's name and mailing address** **Karen DeGuire** 4268 Shenandoah Ave Saint Louis, MO 63110 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 2 | **Nonpriority creditor's name and mailing address** **Karen Guerrero** 721 E Madero Cir Mesa, AZ 85210 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 3 | **Nonpriority creditor's name and mailing address** **Karen Hill** 9010 E. Harborage Dr Tucson, AZ 85710 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 4 | **Nonpriority creditor's name and mailing address** **Karen Huie** 885 San Carlos Ct. Fremont, CA 94539 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 67 of 961

| 3.688 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Karen Inman**
**5300 Columbia Pike  #710**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Karen Jarratt**
**3414 Elliott St.**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Karen Kocher**
**45 Vine ST.**
**Pittsburgh, PA 15223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Karen Liggett**
**15234 S. 40th Place**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**karen metzger**
**4030 west rincon ave**
**campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Karen Mott**
**3301 Windy Harbor Dr**
**Austin, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Karen Pigott**
**2026 E. Tecoma Rd**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 68 of 961

| 3.689 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karen Powell**
**31570 Page Mill Road**
**Los Altos Hills, CA 94022**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karen Reed**
**4466 Grindley PArk St**
**Dearborn Heights, MI 48125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karen Robinson**
**230 Palmita Place**
**Mountain View, CA 94041**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karen Smid**
**5003 Placid Pl**
**Austin, TX 78731**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karen Snipes**
**4324 Graham newton Rd**
**Raleigh, NC 27606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karen Swartz**
**1053-2 South Vandeventer Ave**
**saint louis, MO 63110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karen Tierney**
**7111 E Pasadena Ave**
**Scottsdale, AZ 85253**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Karen Walton**
**1151 Nimitz Lane**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kari Gerrits**
**371 Elan Village Ln #310**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kari Ryder Wilkie**
**302 N St SW**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kari Wehrs**
**801 E. McKellips Road, Apt 28D**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Karim Nice**
**2812 Silver Stirrup Ln**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Karin Barend**
**500 Race St., APT 5113**
**SAN JOSE, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Karina Santillan**
**4323 N. 53rd Lane, Apt. 2034**
**Box 5131 Cereus Hall**
**Phoenix, AZ 85031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **3.690 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Karissa Huang**
**776 Sequoia Dr**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.690 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Karl Bradley Saclolo**
**1002 Victories Loop**
**San Jose**
**San Jose, CA 95116**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  9/29/2017

**Basis for the claim:**  [Notice only] Techshop San Jose -AUD130: Autodesk Fusion 360 Basics on 09/12/2017

Last 4 digits of account number  8

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.690 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Karl Clark**
**44940 Lindsey**
**Belleville, MI 48111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.690 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Karl Eason**
**808 Estes Park**
**Taylor, TX 76574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.691 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Karl Feldman**
**2511 Q street NW**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.691 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Karl Kistler**
**66 Spring St**
**Marion, MA 02738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.691 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Karl Murphy**
**145 E Estero**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 71 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.691 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karl Nelson**
**5846 15th RD N**
**Arlington, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.691 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karl Paetzel**
**2914 Stonecreek Drive**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.691 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karl Pedersen**
**506 Sang Saloon**
**Cedar Park, TX 78613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.691 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karl Petrosky**
**349 Landfaire Ave.**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.691 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karl Saclolo**
**1002 Victories Loop**
**San Jose, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.691 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karl Schulz**
**1701 Buttercup Road**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.691 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karl Smith**
**456 el Dorado**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| 3.692 0 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Karl Sorensen**
**1070 green street apt 1003**
**SAN FRANCISCO, CA 94133**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.692 1 | **$32,747.95** |

**Nonpriority creditor's name and mailing address**
**Karl Stahl**
**904 Fremont Pl #2**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **3/21/2014**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.692 2 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Karl Stahl**
**904 Fremont Pl #2**
**Menlo Park, CA 94025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.692 3 | **$29,126.03** |

**Nonpriority creditor's name and mailing address**
**Karl W. Schulz**
**1701 Buttercup Road**
**Pflugerville, TX 78660**

Date(s) debt was incurred  **1/11/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.692 4 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Karla  Burns**
**165 Monroe Dr.**
**Campbell, CA 95008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.692 5 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Karrie Quong**
**1340 Garthwick Drive**
**Los Altos, CA 94024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.692 6 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Karriem Muhammad**
**4708 Pear Ave**
**East St. Louis, IL 62207**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 73 of 961

| 3.692 7 | **Nonpriority creditor's name and mailing address**<br>**Karthik Krishnamurthy**<br>**27 Bradford Ct**<br>**Dearborn, MI 48126**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.692 8 | **Nonpriority creditor's name and mailing address**<br>**Karthik Subramanian Sankaran**<br>**1255 East University Dr., #1075**<br>**Tempe, AZ 85281**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.692 9 | **Nonpriority creditor's name and mailing address**<br>**Karthik Vijayraghavan**<br>**1965 Grosvenor Drive**<br>**San Jose, CA 95132**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.693 0 | **Nonpriority creditor's name and mailing address**<br>**Kartik Lamba**<br>**730 Norvell St**<br>**El Cerrito, CA 94530**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.693 1 | **Nonpriority creditor's name and mailing address**<br>**Kasey Gibbs**<br>**P. O. 220157**<br>**Saint Loiuis, MO 63122**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.693 2 | **Nonpriority creditor's name and mailing address**<br>**Kasey Gibbs_V**<br>**P.O. Box 220157**<br>**Saint Louis, MO 63122**<br><br>Date(s) debt was incurred  **9/30/2017**<br><br>Last 4 digits of account number  **10** | As of the petition filing date, the claim is: _Check all that apply._<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 09/07/2017-09/282017**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$180.00** |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 74 of 961

| 3.693<br>3 | **Nonpriority creditor's name and mailing address**<br>**Kasey Gibbs_V**<br>P.O. Box 220157<br>Saint Louis, MO 63122 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$210.00** |

Date(s) debt was incurred  8/31/2017

Last 4 digits of account number  9

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 08/05/2017-08/292017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693<br>4 | **Nonpriority creditor's name and mailing address**<br>**Kasha Williams**<br>930 Parker Court apt 1<br>Santa Clara, CA 95050 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693<br>5 | **Nonpriority creditor's name and mailing address**<br>**Kasitalea Talakai**<br>24607 Amador St.<br>Hayward, CA 94544 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693<br>6 | **Nonpriority creditor's name and mailing address**<br>**Kaspar Sakmann**<br>2721 Midtown Ct<br>Palo Alto, CA 94303 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693<br>7 | **Nonpriority creditor's name and mailing address**<br>**Kassie Kussman**<br>353 Clark Ave<br>Webster Groves, MO 63116 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693<br>8 | **Nonpriority creditor's name and mailing address**<br>**Kat Burdine**<br>5524 Cass Ave<br>Detroit, MI 48202 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693<br>9 | **Nonpriority creditor's name and mailing address**<br>**Kat Jurick**<br>1067 Washington St #10<br>San Francisco, CA 94108 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kat Montgomery**
**6880 Shiloh Rd**
**Midlothian, TX 76065**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kate Anderson**
**10 kirkland ct**
**oakland, CA 94605**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kate Burrus**
**3333 Iowa Avenue**
**St. Louis, MO 63118**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kate Ford**
**1640 W Desert Broom Dr**
**Chandler, AZ 85248**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kate Gage**
**1430 T Street, NW**
**Washington, DC 20009**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kate Kealy**
**39 E Woodward Dr**
**Phoenix, AZ 85004**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kate Laue**
**222 Valencia St #7**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.694 7 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Kate Orr**
2765 Harrison
Trenton, MI 48183

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.694 8 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Kate Sofis**
2617 19th St
San Francisco, CA 94110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.694 9 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Katelyn Eustace**
205 Hanna Way
Menlo Park, CA 94025

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.695 0 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Katelyn Wolfenberger**
2379 Leslie Circle
Ann Arbor, MI 48105

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.695 1 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**KATERINA JUSZCZAK**
402 N. Birmingham Avenue
Avalon, PA 15202

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.695 2 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Katha Gazda**
2199 Radio Ave.
San Jose, CA 95125

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.695 3 | **Nonpriority creditor's name and mailing address** | | **$23,291.73** |
|---|---|---|---|

**Katha S. Gazda**
2199 Radio Ave.
San Jose, CA 95125

Date(s) debt was incurred  **8/10/2012**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.695 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| Katharina Lenz<br>1612 Mary Drive<br>Pleasant Hill, CA 94523 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

**3.695 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| Katharine Ku<br>846 Lathrop Drive<br>STanford, CA 94305 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

**3.695 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| Katherine  Shield<br>734 Cragmont Ave<br>Berkeley, CA 94708 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

**3.695 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| Katherine Allen<br>2040 Santa Clara Ave, Apt P<br>Alameda, CA 94501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

**3.695 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| Katherine Dykes<br>575 Diamond St.<br>San Francisco, CA 94114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

**3.695 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| Katherine Frattini<br>3835 9th St. N 302W<br>Arlington, VA 22203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

**3.696 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| Katherine Fulwood<br>138 G Street SW<br>Washington, DC 20024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.696 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katherine GloriosoDress**
566 23rd St. S
Arlington, VA 22202

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katherine Kam**
2116 Robert Browning Street
Austin, TX 78723

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katherine Khor**
250 King Street, Apt 1416
San Francisco, CA 94107

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katherine Leon**
1506 Kooser Rd
San Jose, CA 95118

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katherine Mackenzie**
1808 Dwight Way
Berkeley, CA 94703

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katherine Paur**
117 GREENWOOD AVE
SAN RAFAEL, CA 94901-3624

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katherine Plunkard**
2946 Higgins
austin, TX 78722

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.696 8** | **Nonpriority creditor's name and mailing address** | $0.00 |

**Katherine Randall**
**21701 Audette**
**Dearborn, MI 48124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.696 9** | **Nonpriority creditor's name and mailing address** | $50.00 |

**Katherine Scott**
**1203 Tewkesbury Place, NW**
**Washington, DC 20012**

Date(s) debt was incurred **10/28/2017**

Last 4 digits of account number **2802**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Brooklyn-Instruction class for the period dated 09/29/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.697 0** | **Nonpriority creditor's name and mailing address** | $0.00 |

**Katherine Scott**
**805 Florida St #1**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.697 1** | **Nonpriority creditor's name and mailing address** | $0.00 |

**Katherine Spencer**
**1742 Naglee Avenue**
**San Jose, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.697 2** | **Nonpriority creditor's name and mailing address** | $0.00 |

**Katherine Vonderhaar**
**1600 South Joyce St, Apt 424**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.697 3** | **Nonpriority creditor's name and mailing address** | $0.00 |

**Kathleen Berg**
**5145 Harvest Est**
**San Jose, CA 95135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.697 4** | **Nonpriority creditor's name and mailing address** | $0.00 |

**Kathleen Cederlof**
**1637 Notre Dame Ave**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.697 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kathleen Digby**
**6821 Fyler Ave**
**Saint Louis, MO 63139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kathleen Durkin**
**101 Commodore Dr**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kathleen Flood**
**9101 Rockville Pike**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kathleen Grimley**
**2111 Yale Drive**
**Alexandria, VA 22307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kathleen Isaac**
**2028 Fulton Rd**
**Santa Rosa, CA 95403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |

**Kathleen Jamieson_V**
**1615 N. Quincy Street**
**Arlington, VA 22207**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _10/16/2017_

**Basis for the claim:** _[Notice only] Techshop DC Arlington- Instructor class for instructions for the period 10/09/2017 to 10/15/2017_

Last 4 digits of account number _1707_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---------|------------------------------------------------|----------------------------------------------------------------------|--------|

**Kathleen Jamieson_V**
**1615 N. Quincy Street**
**Arlington, VA 22207**

Date(s) debt was incurred **10/26/2017**

Last 4 digits of account number **1709**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- Instructor class for instructions for the period 10/16/2017 to 10/21/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---------|------------------------------------------------|----------------------------------------------------------------------|--------|

**Kathleen Jamieson_V**
**1615 N. Quincy Street**
**Arlington, VA 22207**

Date(s) debt was incurred **10/31/2017**

Last 4 digits of account number **1710**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- Instructor class for instructions for the period 10/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.50 |
|---------|------------------------------------------------|----------------------------------------------------------------------|---------|

**Kathleen Jamieson_V**
**1615 N. Quincy Street**
**Arlington, VA 22207**

Date(s) debt was incurred **9/29/2017**

Last 4 digits of account number **ep17**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington- Instructor class instruction from 09/02/2017 to 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------------------------------------------------|----------------------------------------------------------------------|-------|

**Kathleen Kramer**
**3403 E Main #3239**
**Mesa, AZ 85213**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------------------------------------------------|----------------------------------------------------------------------|-------|

**Kathleen Luce**
**1725 Celeste Drive**
**San Mateo, CA 94402**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------------------------------------------------|----------------------------------------------------------------------|-------|

**Kathleen Mandis**
**19395 Montevina Road**
**Los Gatos, CA 95033**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6987 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kathleen McCabe**
**2422 Caron Lane**
**Falls Church, VA 22043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6988 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kathleen Wilfong**
**2727 Victoria Manor**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6989 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,597.26** |

**Kathrine H Chang**
**18762 E Cavendish Drive**
**Castro Valley, CA 94552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/16/2015**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kathry  Gallagher**
**25 Capistrano Ave**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6991 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kathry  Niemela**
**1903 Rampart dr**
**Alexandria, VA 22301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6992 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kathryn Bush**
**291 Justin Drive**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6993 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$230.00** |

**Kathryn Gallagher**
**25 Capistrano Ave.**
**San Francisco, CA 94112**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **10/4/2017**

Last 4 digits of account number **0417**

Basis for the claim: **[Notice only] Techshop SOMA - Event on dated 09/19/2017 and 09/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.6994 | **Nonpriority creditor's name and mailing address** |
| | **Kathryn Hedges** |
| | **158 E Saint John St #516** |
| | **San Jose, CA 95112** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.6995 | **Nonpriority creditor's name and mailing address** |
| | **Kathryn Keister** |
| | **1307 Ellison St.** |
| | **Falls Church, VA 22046** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.6996 | **Nonpriority creditor's name and mailing address** |
| | **Kathryn Kelly** |
| | **234 Emerson St.** |
| | **Pittsburgh, PA 15206** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.6997 | **Nonpriority creditor's name and mailing address** |
| | **Kathryn Olsen** |
| | **3445 Cade Drive** |
| | **Fremont, CA 94536** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.6998 | **Nonpriority creditor's name and mailing address** |
| | **Kathryn Osborn** |
| | **2053 Skyline Dr.** |
| | **Milpitas, CA 95035** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.6999 | **Nonpriority creditor's name and mailing address** |
| | **Kathryn Tullis** |
| | **4320 California Street, #5** |
| | **San Francisco, CA 94118** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.7000 | **Nonpriority creditor's name and mailing address** |
| | **Kathy Adasiewicz** |
| | **360-A Alta Vista Drive** |
| | **South San Francisco, CA 94080** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 84 of 961

**3.700** **1**

Nonpriority creditor's name and mailing address

**Kathy Conte**
**349 Orchard Ave.**
**Redwood City, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.700** **2**

Nonpriority creditor's name and mailing address

**Kathy Fulton**
**10431 Lansdale Ave**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.700** **3**

Nonpriority creditor's name and mailing address

**Kathy Lin**
**226 Caselli Ave.**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.700** **4**

Nonpriority creditor's name and mailing address

**Katie Bordenave**
**110 Van Tassel Ct**
**San Anselmo, CA 94960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.700** **5**

Nonpriority creditor's name and mailing address

**Katie Breton**
**4917 43rd Place, NW**
**Washington, DC 20016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.700** **6**

Nonpriority creditor's name and mailing address

**Katie Christman**
**1340 Byron Street**
**Palo Alto, CA 94301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.700** **7**

Nonpriority creditor's name and mailing address

**Katie Freiberg**
**675 Tashman Drive #2416**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.700 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Katie Helldorfer** | ☐ Contingent | |
| **406 N Pitt St** | ☐ Unliquidated | |
| **Alexandria, VA 22204** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.700 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Katie Noonan** | ☐ Contingent | |
| **2605 Louisiana Avenue** | ☐ Unliquidated | |
| **St. Louis, MO 63118** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.701 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Katie Owen** | ☐ Contingent | |
| **1701 Springlake Drive** | ☐ Unliquidated | |
| **Dripping Springs, TX 78620** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.701 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Katie Taylor** | ☐ Contingent | |
| **6386 Sussex Ct** | ☐ Unliquidated | |
| **Dublin, CA 94568** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.701 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Katrin Gosling** | ☐ Contingent | |
| **101 Phillips Lane** | ☐ Unliquidated | |
| **Woodside, CA 94062** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.701 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Katrina Fralick** | ☐ Contingent | |
| **1422 11th Ave** | ☐ Unliquidated | |
| **San Francisco, CA 94122** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.701 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Katrina Decker** | ☐ Contingent | |
| **916 Anza St.** | ☐ Unliquidated | |
| **San Francisco, CA 94118** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.701 5 | **Nonpriority creditor's name and mailing address**<br>**Katrina Merritt**<br>**1500 E. Broadway Rd. #2099**<br>**Tempe, AZ 85281**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.701 6 | **Nonpriority creditor's name and mailing address**<br>**Katsu Stibich**<br>**230 Donahue St**<br>**Sausalito, CA 94965**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.701 7 | **Nonpriority creditor's name and mailing address**<br>**Katsunori Mizuno**<br>**2216 Sun Mov Ave**<br>**Mountain View, CA 94040**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.701 8 | **Nonpriority creditor's name and mailing address**<br>**Katy Dickinson**<br>**406 Belmont**<br>**San Jose, CA 95125**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.701 9 | **Nonpriority creditor's name and mailing address**<br>**Katy Downey**<br>**388 Sonia Way**<br>**Mountain View, CA 94040**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.702 0 | **Nonpriority creditor's name and mailing address**<br>**Katy Giesken**<br>**102 Timber Hollow Ct #211**<br>**Chapel Hill, NC 27514**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.702 1 | **Nonpriority creditor's name and mailing address**<br>**Katy Hearey**<br>**170 Roosevelt Way**<br>**San Francisco, CA 94114**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398 Doc# 2-1 Filed: 02/26/18 Entered: 02/26/18 18:01:21 Page 87 of 961

| 3.702 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katy Petrashune**
203 Lehigh Avenue, Apt 2
Pittsburgh, PA 15232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katz Mizuno**
1240 E. Arques
Sunnyvale, CA 94085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katzo Jamieson**
1615 N. Quincy St
Alexandria, VA 22207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kauna Lei**
773 Bryn Mawr Court.
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kaushik Valluri**
7201 Rain Creek Parkway
Austin, TX 78759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kavi Bidlack**
1259 El Camino Real, #403
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kavita Mistry**
1696 Gretel Lane
Mountain View, CA 94040-3707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case: 18-50398  Doc# 2-1  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 88 of 961

| 3.702 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Kay Freund**<br>**216 La Mesa Ln**<br>**Georgetown, TX 78628** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Kay Whaley**<br>**360 South Market St Unit 2104**<br>**San Jose, CA 95113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Kaydee Boone**<br>**33 S. 3rd Street #311**<br>**San Jose, CA 95113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Kayte Rose**<br>**614 Mellon St. Apt. 1**<br>**Pittsburgh, PA 15206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Keavon Chambers**<br>**25690 Adams Road**<br>**Los Gatos, CA 95033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Keefe Butler**<br>**PO Box 220154**<br>**Brooklyn, NY 11205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Keegan Darbonne**<br>**681 37th Ave. Suite A**<br>**Santa Cruz, CA 95062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 6 | **Nonpriority creditor's name and mailing address**<br>**Keegan McDermott**<br>**528 1st Street SE**<br>**Washington, DC 20003** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 7 | **Nonpriority creditor's name and mailing address**<br>**Keenan Chicovsky**<br>**1412 willard street**<br>**San Francisco, CA 94117** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 8 | **Nonpriority creditor's name and mailing address**<br>**Keenan Chicovsky**<br>**2945 Harrison**<br>**San Francisco, CA 94110** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 9 | **Nonpriority creditor's name and mailing address**<br>**Keene Owen**<br>**1701 Springlake Drive**<br>**Dripping Springs, TX 78620** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.704 0 | **Nonpriority creditor's name and mailing address**<br>**Kegan Scannell**<br>**714 Lexington**<br>**Royal Oak, MI 48073** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.704 1 | **Nonpriority creditor's name and mailing address**<br>**Keiichiro Ichiryu**<br>**95 Salice Way**<br>**Campbell, CA 95008** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.704 2 | **Nonpriority creditor's name and mailing address**<br>**Keita Kasahara**<br>**9635 Heinrich Hertz Dr.**<br>**San Diego, CA 92154** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 90 of 961

---

**3.704 3**

**Nonpriority creditor's name and mailing address**

**Keith  Hartupee**
**7728 Meadow View Cr.**
**Union, MO 63084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.704 4**

**Nonpriority creditor's name and mailing address**

**Keith Amidon**
**88 Higgins Ave.**
**Los Altos, CA 94022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.704 5**

**Nonpriority creditor's name and mailing address**

**Keith Baldwin**
**PO Box 101956**
**Arlington, VA 22210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.704 6**

**Nonpriority creditor's name and mailing address**

**Keith Beals**
**1581 Applewood**
**Lincoln Park, MI 48146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.704 7**

**Nonpriority creditor's name and mailing address**

**Keith Blackey**
**3553 Jefferson Ave**
**Redwood City, CA 94062**

Date(s) debt was incurred  **10/16/2017**

Last 4 digits of account number  **710A**

**As of the petition filing date, the claim is:** Check all that apply.                    **$750.00**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **[Notice only] Techshop Menlo Park - Instructor fees for instructions for the period 10/01/2017 to 10/15/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.704 8**

**Nonpriority creditor's name and mailing address**

**Keith Blackey**
**3553 Jefferson Ave**
**Redwood City, CA 94062**

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **710B**

**As of the petition filing date, the claim is:** Check all that apply.                    **$700.00**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **[Notice only] Techshop Menlo Park - Instructor fees for instructions for the period 10/06/2017 to 10/31/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 91 of 961

**3.7049**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Keith Blackey** | ■ Contingent | |
| **3553 Jefferson Ave** | ☐ Unliquidated | |
| **Redwood City, CA 94062** | ■ Disputed | |
| Date(s) debt was incurred **11/4/2017** | Basis for the claim: **[Notice only] Techshop Menlo Park - Events for the period 11/03/2017** | |
| Last 4 digits of account number **1103** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7050**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.50 |
|---|---|---|
| **Keith Blackey** | ■ Contingent | |
| **3553 Jefferson Ave** | ☐ Unliquidated | |
| **Redwood City, CA 94062** | ■ Disputed | |
| Date(s) debt was incurred **9/21/2017** | Basis for the claim: **[Notice only] Techshop Menlo Park - Events Fees for 09/20/2017** | |
| Last 4 digits of account number **0920** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7051**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **Keith Blackey** | ■ Contingent | |
| **3553 Jefferson Ave** | ☐ Unliquidated | |
| **Redwood City, CA 94062** | ■ Disputed | |
| Date(s) debt was incurred **9/22/2017** | Basis for the claim: **[Notice only] Techshop Menlo Park - nstructor fees for instructions for the period 09/01/2017 to 09/30/2017** | |
| Last 4 digits of account number **1709** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7052**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,503.74 |
|---|---|---|
| **Keith Blackey** | ■ Contingent | |
| **3553 Jefferson Ave** | ☐ Unliquidated | |
| **Redwood City, CA 94062** | ■ Disputed | |
| Date(s) debt was incurred **8/18/2017** | Basis for the claim: **[Notice only] Techshop Menlo Park - STEAM instructor fees and Event Costs for the period 06/01/2017 to 06/30/2017** | |
| Last 4 digits of account number **1706** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7053**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,722.90 |
|---|---|---|
| **Keith Blackey** | ■ Contingent | |
| **3553 Jefferson Ave** | ☐ Unliquidated | |
| **Redwood City, CA 94062** | ■ Disputed | |
| Date(s) debt was incurred **8/18/2017** | Basis for the claim: **[Notice only] Techshop Menlo Park - STEAM instructor fees and Event costs for the period 03/01/2017 to 03/31/2017** | |
| Last 4 digits of account number **1703** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7054**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,338.32 |
|---|---|---|
| **Keith Blackey** | ■ Contingent | |
| **3553 Jefferson Ave** | ☐ Unliquidated | |
| **Redwood City, CA 94062** | ■ Disputed | |
| Date(s) debt was incurred **8/18/2017** | Basis for the claim: **[Notice only] Techshop Menlo Park - Event Costs for the period 01/01/2017 to 01/31/2017** | |
| Last 4 digits of account number **1701** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.705 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$367.29** |

**Keith Blackey**
**3553 Jefferson Ave**
**Redwood City, CA 94062**

Date(s) debt was incurred  **8/28/2017**

Last 4 digits of account number  **1705**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - STEAM instructor fees and Events charges for the period 05/01/2017 to 05/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 6 | **Nonpriority creditor's name and mailing address** | | **$1,050.00** |

**Keith Blackey**
**3553 Jefferson Ave**
**Redwood City, CA 94062**

Date(s) debt was incurred  **9/4/2017**

Last 4 digits of account number  **1708**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - STEAM instructor fees for the period 08/03/2017 to 08/11/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 7 | **Nonpriority creditor's name and mailing address** | | **$50.00** |

**Keith Blackey**
**3553 Jefferson Ave**
**Redwood City, CA 94062**

Date(s) debt was incurred  **9/8/2017**

Last 4 digits of account number  **1708**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Events Fees for the 08/04/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 8 | **Nonpriority creditor's name and mailing address** | | **$159.60** |

**Keith Blackey**
**3553 Jefferson Ave**
**Redwood City, CA 94062**

Date(s) debt was incurred  **9/12/2017**

Last 4 digits of account number  **1709**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Events Fees for 09/12/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 9 | **Nonpriority creditor's name and mailing address** | | **$167.50** |

**Keith Blackey**
**3553 Jefferson Ave.**
**Redwood City, CA 94062**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **0831**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Event cost on 08/31/2017 -Event - Google Vacuum Forming,RTV mold making at TSSJ**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 0 | **Nonpriority creditor's name and mailing address** | | **$215.77** |

**Keith Blackey**
**3553 Jefferson Ave.**
**Redwood City, CA 94062**

Date(s) debt was incurred  **9/4/2017**

Last 4 digits of account number  **0903**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Event cost on 09/03/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 93 of 961

| 3.706 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.00 |

**Keith Blackey**
3553 Jefferson Ave.
Redwood City, CA 94062

Date(s) debt was incurred  9/14/2017

Last 4 digits of account number  0914

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop San Jose -Event cost on 09/14/2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.706 2 | Nonpriority creditor's name and mailing address | $0.00 |

**Keith Blackey**
3553 Jefferson Ave
Redwood City, CA 94062

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.706 3 | Nonpriority creditor's name and mailing address | $225.00 |

**Keith Blackey_V**
3553 Jefferson Ave
Redwood City, CA

Date(s) debt was incurred  11/21/2017

Last 4 digits of account number  1711

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop SOMA - Event on dated 09/11/2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.706 4 | Nonpriority creditor's name and mailing address | $0.00 |

**Keith Burton**
25833 S. Val Vista
Gilbert, AZ 85298

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.706 5 | Nonpriority creditor's name and mailing address | $8,576.24 |

**Keith Erhart Rasmussen, Terrie Rasmussen**
1018 Water St. Unit 2A
Port Townsend, WA 98363

Date(s) debt was incurred  2/6/2010

Last 4 digits of account number  NA

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Principal and accrued interest for loan to TechShop SOMA LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.706 6 | Nonpriority creditor's name and mailing address | $0.00 |

**Keith Gagne**
849 E Charleston St
Palo Alto, CA 94303

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 94 of 961

| 3.706 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Keith Henry**
**6728 Clifford Drive**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Keith Kritselis**
**10613 pinehurst dr**
**Austin, TX 78747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |
|---|---|---|---|

**Keith Kritselis_V**
**10613 Pinehurst Dr.**
**Austin, TX 78747**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred**  **9/8/2017**
**Last 4 digits of account number**  **11**

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions for period 07/22/2017 to 08/29/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Keith Miazgowicz**
**1612 N. Lafayette**
**Dearborn, MI 48128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Keith Plagens**
**49665 s. glacier**
**Northville, MI 48168**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Keith Rasmussen**
**1018 Water St. Unit 2A**
**Port Townsend, WA 98363**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Keith Rothman**
**29 Church St Apt 4**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 95 of 961

| 3.707 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------------------------------------------------|--------------------------------------------------------------------|-------|

**Keith Ryan**
26 Sunny View Dr
St. Peters, MO 63376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,813.15 |
|---------|------------------------------------------------|--------------------------------------------------------------------|-----------|

**Keith Stattenfield**
1395 Gazdar Ct
Santa Clara, CA 95051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/27/2017

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------------------------------------------------|--------------------------------------------------------------------|-------|

**Keith Stattenfield**
1395 Gazdar Ct
Santa Clara, CA 95051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------------------------------------------------|--------------------------------------------------------------------|-------|

**Keith Teleki**
245 College St.
Mountain View, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------------------------------------------------|--------------------------------------------------------------------|-------|

**Keith Whitehouse**
22781 Doncaster
Brownstown, MI 48193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------------------------------------------------|--------------------------------------------------------------------|-------|

**Keith Wiley**
1247 Moonsail Ln
Foster City, CA 94404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------------------------------------------------|--------------------------------------------------------------------|-------|

**Keith Woeltje**
665 Dougherty Terrace Dr.
Manchester, MO 63021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 96 of 961

| 3.708 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Keith Wojcik**<br>**5024 R 1/2 Rear #2**<br>**Galveston, TX 77551** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.708 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Kel Helmick**<br>**250 E. Chicago St.**<br>**Chandler, AZ 85225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.708 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Kelcea Lesinski**<br>**1600 Locust Street #703**<br>**Saint Louis, MO 63106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.708 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Keli  Alark**<br>**22711 Law St.**<br>**Dearborn, MI 48124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.708 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Keller Latka**<br>**850 W Buno Rd**<br>**Milford, MI 48381** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.708 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Kelli Blucher**<br>**149 Jackson Ave. #107**<br>**Redwood City, CA 94061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.708 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Kelli Burns**<br>**4920 Magnolia Ave**<br>**St. Louis, MO 63139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 97 of 961

| 3.708 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Alexander**
**7602B Hardy Dr**
**Austin, TX 78757**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.708 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,093.75 |
|---|---|---|---|

**Kelly Boyer**
**10825 Show Pony Place**
**Damascus, MD 20872**

Date(s) debt was incurred  **8/26/2017**

Last 4 digits of account number  **M004**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-STEAM Instructor fees for the period 08/07/2017 to 08/18/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Boyer**
**1011 West Marshall St**
**Richmond, VA 23220**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Brady**
**598 Westridge Drive**
**San Jose, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Cheng**
**1 Bayside Village Pl., Apt 413**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Cox**
**204 Gentry Ave**
**Alexandria, VA 22305**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Eastman**
**6000 Fulton street**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709<br>5 | **Nonpriority creditor's name and mailing address**<br>**Kelly Gallamore**<br>3359 cesar chavez<br>san francisco, CA 94110 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.709<br>6 | **Nonpriority creditor's name and mailing address**<br>**Kelly Householder**<br>3290 S Colt Dr<br>Gilbert, AZ 85297 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.709<br>7 | **Nonpriority creditor's name and mailing address**<br>**Kelly Joyner**<br>1559 S Wolfe Rd<br>Sunnyvale, CA 94087 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.709<br>8 | **Nonpriority creditor's name and mailing address**<br>**Kelly King**<br>1223 El Camino Real, #2<br>Burlingame, CA 94010 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.709<br>9 | **Nonpriority creditor's name and mailing address**<br>**Kelly Levy**<br>1 Lakeside Drive, #811<br>Oakland, CA 94612 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.710<br>0 | **Nonpriority creditor's name and mailing address**<br>**Kelly Orgeron**<br>12001 Dessau Rd Apt 1825<br>Austin, TX 78754 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.710<br>1 | **Nonpriority creditor's name and mailing address**<br>**Kelly Pike**<br>2077 Touraine Lane<br>Half Moon Bay, CA 94019-1444 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 99 of 961

| 3.710 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kelly Ryan**
**982 E. Divot Dr.**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kelly Teal**
**2066 E. Ellis Drive**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kelly Tinker**
**133 Cliffside Drive Apt.C**
**Monroeville, PA 15146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kelly Yamanishi**
**6072 Castello Drive**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kelsea Helmick**
**1 Mountain Rd.**
**Scott Depot, WV 25560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kelsey Jirrels**
**1300 West Brooks Street**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kelsey Moffitt**
**6030 22nd st n**
**arlington, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 100
of 961

| 3.710 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelsey Risi**
2189 Hogan Dr
Santa Clara, CA 95050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ken  McGuire**
2506 WHITE MOON DRIVE
HARKER HEIGHTS, TX 76548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ken Anderson**
21111 Rainbow Dr
Cupertino, CA 95014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ken Baker**
1034 Pine St. #3
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ken Balderrama**
1616 Highland Way
Brentwood, CA 94513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ken Brady**
598 Westridge Drive
San Jose, CA 95117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ken Bruce**
4539 E. Longhorn st
San Tan Valley, AZ 85140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.711 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ken Callegari**
333 26th Ave.
San Mateo, CA 94403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.711 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ken Caluwaerts**
139 Stillman st. Apt. 4
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.711 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ken Chambers**
25690 Adams Rd
Los Gatos, CA 95033-8177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.711 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ken Chaney**
13436 Pastel Lane
Mountian View, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.712 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ken Dunlap**
6454 Living Place #530
Pittsburgh, PA 15206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.712 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ken Dwiggins**
1030 Guinda St.
Palo Alto, CA 94301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.712 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ken Hatch**
838 Hyde Street Apartment #5
San Francisco, CA 91409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 102
of 961

| 3.712 3 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Ken Hay** <br> **1 Mandalay Place 1006** <br> **South San Francisco, CA 94080** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☐ No ☐ Yes |

| 3.712 4 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Ken Jackson** <br> **22165 Park** <br> **dearborn, MI 48124** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☐ No ☐ Yes |

| 3.712 5 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Ken Joye** <br> **3793 Park Blvd** <br> **Palo Alto, CA 94306** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☐ No ☐ Yes |

| 3.712 6 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Ken Koblas** <br> **729 Anderson Ave** <br> **Los Altos, CA 94024** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☐ No ☐ Yes |

| 3.712 7 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Ken Milnes** <br> **35815 Hibiscus Ct** <br> **Fremont, CA 94536** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☐ No ☐ Yes |

| 3.712 8 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Ken Moore** <br> **1724 Zenato Pl** <br> **Pleasanton, CA 94566** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☐ No ☐ Yes |

| 3.712 9 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Ken Namimatsu** <br> **2219 Maykirk Rd** <br> **San Jose, CA 95129** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☐ No ☐ Yes |

| 3.713 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ken Nelson**
**3518 Waverley St**
**palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ken Randles**
**1863 Lakeview St**
**Trenton, MI 48183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ken Smith**
**1123 Thorntree Ct**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ken Tokunaga**
**39250 Marbella Terraza**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ken Wolff**
**2199 GORDON AVE**
**MENLO PARK, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ken Woo**
**133 Foote**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ken Zheng**
**6314 Northwood Ave Apt. W**
**Saint Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.713 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kenan Wollborg**
**336 Biltmore St**
**Inkster, MI 48141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.713 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**Kendrick Coburn_V**
**C/o TechShop**
**926 Howard Street,**
**San Francisco, CA**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __10/31/2017__

Last 4 digits of account number __0002__

**Basis for the claim:** [Notice only] Techshop SOMA - Instructor Class for Instruction on dated 10/26/2017 and 10/27/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.713 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |

**Kendrick Coburn_V**
**C/o TechShop**
**926 Howard Street,**
**San Francisco, CA**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __9/28/2017__

Last 4 digits of account number __1701__

**Basis for the claim:** [Notice only] Techshop SOMA - Instructor Class for Instruction period of 08/31/2017 to 09/21/2017

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.714 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kenishe Bradley**
**309 Rayos Del Sol**
**San Jose, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.714 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kenji Music**
**355 Roosevelt Way**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.714 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kennedy  Childers**
**2436 Rick Whinery**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 105 of 961

| 3.714 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth Kinosian**
1941 California St. #16
Mountain View, CA 94040

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth Mai**
607 Pitcairn Pl.
Pittsburgh, PA 15232

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth Nip**
808 Seal Pointe Drive
Redwood City, CA 94065

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,421.66** |
|---|---|---|---|

**Kenneth A Milnes and Janice E Milnes**
35815 Hibiscus Ct
Fremont, CA 94536

Date(s) debt was incurred  2/24/2013
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth Brownlee**
3617 Louis Rd
Palo Alto, CA 94303

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth Cline**
7201 Ranch Road 2222 Apt 3315
Austin, TX 78730

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth Davis**
3201 Landover St. Apt 416
Alexandria, VA 22305

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.715 0 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Dominguez**<br>**51 Golden EYe Ln**<br>**Port Monmouth, NJ 07758**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.715 1 | **Nonpriority creditor's name and mailing address**<br>**Kenneth G Moore**<br>**1724 Zenato Pl**<br>**Pleasanton, CA 94566**<br><br>Date(s) debt was incurred **2/20/2014**<br>Last 4 digits of account number **NA** | **$28,906.85** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.715 2 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Hawthorn**<br>**650 Castro St**<br>**Mountain View, CA 94041**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.715 3 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Johns**<br>**9 Old Mine Ct**<br>**Wimberley, TX 78676**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.715 4 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Keast**<br>**976 Sakura Drive**<br>**San Jose, CA 95112**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.715 5 | **Nonpriority creditor's name and mailing address**<br>**Kenneth L Schultz**<br>**1374 W Remington Dr.**<br>**Chandler, AZ 85286**<br><br>Date(s) debt was incurred **12/12/2014**<br>Last 4 digits of account number **NA** | **$29,290.41** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Chandler LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.715 6 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Nagaishi**<br>**647 Orizaba ave**<br>**San Francisco, CA 94132**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.715 7 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Pifher**<br>**10038 Michael**<br>**Taylor, MI 48180**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.715 8 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Pursley**<br>**2727 Exposition Blvd #119**<br>**Austin, TX 78703**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.715 9 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Quinn**<br>**30438 Colehaven Ct.**<br>**Westly Chapel, FL 33543**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.716 0 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Schultz**<br>**1374 W Remington Dr.**<br>**Chandler, AZ 85286**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.716 1 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Scott**<br>**1040 S 12th St**<br>**San Jose, CA 95112**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.716 2 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Scott**<br>**7006 S UTE TRL**<br>**Austin, TX 78729**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.716 3 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Volkmann**<br>**1 Locust Street**<br>**San Francsico, CA 94118**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 108 of 961

| 3.716 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kenneth Webb**
**232 Athol Avenue**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kenneth Weipert**
**453 E Bridgeport Pkwy**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kenneth Wong**
**1280 15th Ave #309**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kenny Chen**
**907 Brighton Rd. Apt. 3**
**Pittsburgh, PA 15233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kenrick Fernandes**
**4920 Centre Ave**
**Pittsburgh, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kent Diehl**
**664 College Ave**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kent Herrick**
**9693 Woodbend Dr.**
**Saline, MI 48176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.717 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kent Manske**
**33 Dexter Ave**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kent Mason**
**3594 Payne Ave. Apt 5**
**San Jose, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kent McKernan**
**236 Watson Drive #2**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kent Piesbergen**
**1903 Rampart Drive**
**Alexandria, VA 22308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kenton Hoover**
**774 ALCATRAZ AVENUE**
**OAKLAND, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kenton Johnston**
**10939 Harpers Square Ct.**
**Reston, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kenya Wortherly**
**PO Box 15706**
**Arlington, VA 22215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 110
of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|-----|------|---|

---

**3.7178**

Nonpriority creditor's name and mailing address
**Kenyi Donoso**
**819 College Ave**
**Palo Alto, CA 94306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7179**

Nonpriority creditor's name and mailing address
**Keon Honaryar**
**14 Beaconsfield Court**
**Orinda, CA 94563**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7180**

Nonpriority creditor's name and mailing address
**Keri Morgret**
**8160 Olympic Court**
**Newark, CA 94560**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7181**

Nonpriority creditor's name and mailing address
**Kermit Zarley**
**16600 N. Thompson Peak Pky., #2081**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7182**

Nonpriority creditor's name and mailing address
**Kerri DeWaters**
**PO Box 206**
**Pinetop, AZ 85935**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7183**

Nonpriority creditor's name and mailing address
**Kerry Terry**
**3296 Farthing Way**
**San Jose, CA 95132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7184**

Nonpriority creditor's name and mailing address
**Kevan Lawrence**
**10031 E June Circle**
**Mesa, AZ 85207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

---

| 3.718 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kevan Martone**
316a 28th ave
San Mateo, CA 94403

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kevan Pimentel**
1409 Enfield #8
Austin, TX 78703

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kevin  Fah**
1450 E. Folley Pl.
Chandler, AZ 85225

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kevin  Hsu**
1228 Cordelin Ave
San Jose, CA 95129

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kevin  McRae**
1148 Krista Lane
Rochester, MI 48307

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,454.79** |

**Kevin and Connie Murphy**
4050 Yellowstone Dr.
San Jose, CA 95130

Date(s) debt was incurred  **11/12/2013**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kevin Armstrong**
75 S 14th St.
San Jose, CA 95112

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Ball**
**PO Box 3482**
**Redwood City, CA 94064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.719 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Belleville**
**1708 Via Flores Ct**
**San Jose, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.719 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Bingham**
**427 w Greendale**
**Detroit, MI 48203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.719 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Blasko**
**191 Easy St, Unit B**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.719 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Burns**
**1413 n Eucalid Ave**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.719 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Busque**
**610 Edinburgh Street**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.719 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Butler**
**3260 E. Forge Ave.**
**Mesa, AZ 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 113
of 961

| 3.719 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Charles**
4177 Barrymore Dr
San Jose, CA 95117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Collins**
868 S. Arizona Ave.
Chandler, AZ 85225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Flahavan**
6 Honeysuckle Lane
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Glatzel**
17905 Mozelle Court
Los Gatos, CA 95033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Hague**
4150 Heppner Lane
San Jose, CA 95136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Hale**
450 N Emerson
Mesa, AZ 85201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Harriford**
777 7th St NW #817
Washington, DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 114 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.720 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Hart**
**2213 Deacon**
**Detroit, MI 48217**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Harvell**
**2521 Central Ave 103**
**Alameda, CA 94501**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Hermida**
**300 Mercer St. #31G**
**New York, NY 10003**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Hille**
**8931 Whittlesey Lake Dr**
**Plymouth, MI 48170**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Kevin Hoogland**
**8801 Slayton Drive**
**Austin TX  78753**

Date(s) debt was incurred  **10/31/2017**
Last 4 digits of account number  **68**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions for the period of 09/06/2017 to 09/27/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Kevin Hoogland**
**8801 Slayton Drive**
**Austin TX  78753**

Date(s) debt was incurred  **10/31/2017**
Last 4 digits of account number  **69**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions for the period of 10/03/2017 to 10/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.721 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$240.00** |

**Kevin Hoogland**
**8801 Slayton Drive**
**Austin TX  78753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2/2017__

Last 4 digits of account number  __66__

**Basis for the claim:** **[Notice only] Techshop Austin -Instructor class instructions for the period 07/01/2017 to 07/30/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160.00** |

**Kevin Hoogland**
**8801 Slayton Drive**
**Austin TX  78753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/15/2017__

Last 4 digits of account number  __67__

**Basis for the claim:** **[Notice only] Techshop Austin -Instructor class instructions for the period 08/13/2017 to 08/20/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kevin Hoogland**
**6401 Hopkins Drive**
**Austin, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kevin Jones**
**156 Azalia Drive**
**East Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kevin Jorde**
**1 turner court**
**oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kevin Kenney**
**1535 Grandview**
**Rochester Hills, MI 48306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.721 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Knuth**
**1063 Vernier Place**
**Stanford, CO 80908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.721 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Krause**
**2457 E. Winchester Place**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.722 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Krumwiede**
**406 Manzanita**
**Corte Madera, CA 94925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.722 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin LaVoie**
**104 LaVonne Dr.**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.722 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Lee**
**8701 Waynick Dr**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.722 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Low**
**6901 Lynn Way, Suite 310**
**Pittsburgh, PA 15208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.722 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Lu**
**2406B Bluegrass Dr**
**Mt Laurel, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.722 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kevin Mar**
**1622 Canary Dr**
**Sunnyvale, CA 94087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kevin Marks**
**1900 Hillman Ave.**
**Belmont, CA 94002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kevin Marx**
**1509 N. Washington**
**Royal Oak, MI 48067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kevin McCabe**
**2422 Carron Ln.**
**FALLS CHURCH, VA 22043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kevin McShea**
**8172 Stone Ridge Dr**
**Frederick, MD 21702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kevin Moriarty**
**1140 E Broadmor**
**Tempe, AZ 85282**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kevin Mott**
**3301 Windy Harbor Dr.**
**Austin, TX 78734**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 118 of 961

| 3.723 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Muir**
**3020 Prathenhu**
**Santa Cruz, CA 95065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Murphy**
**4050 Yellowstone Dr.**
**San Jose, CA 95130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Obradovits**
**8504 Elmore Ave**
**University City, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin ODonnell**
**31545 Robinhood**
**Beverly Hills, MI 48025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Pankhurst**
**1551 20th Avenue**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Pelto**
**21818 Ruth Street**
**Farmington Hills, MI 48336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Price**
**5720 Shore Dr.**
**Orchard Lake, MI 48324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Przewodek**
**58985 Carriage Lane**
**South Lyon, MI 48178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Rabideau**
**1250 Borregas Ave.**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Reynolds**
**8 Bernice St. #102**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Robertson**
**33255 Lark Way**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Roche**
**536 Cassatt Way**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Rowe**
**707 Newton Street**
**Lansing, MI 48912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**Kevin Rowe_V**
**707 Newton St.**
**Lansing, MI 48912**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/25/2017**

Last 4 digits of account number  **52**

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for period 10/07/2017 to 10/21/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.724 6**

**Nonpriority creditor's name and mailing address**

**Kevin Rowe_V**
**707 Newton St.**
**Lansing, MI 48912**

Date(s) debt was incurred  **9/25/2017**

Last 4 digits of account number  **51**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions dated 08/27/2017 to 09/27/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$240.00**

---

**3.724 7**

**Nonpriority creditor's name and mailing address**

**Kevin Rowe_V**
**707 Newton St.**
**Lansing, MI 48912**

Date(s) debt was incurred  **8/25/2017**

Last 4 digits of account number  **50**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for period 07/29/2017 to 09/20/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$180.00**

---

**3.724 8**

**Nonpriority creditor's name and mailing address**

**Kevin Rowett**
**21906 Monte Ct**
**Cupertino, CA 95014**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.724 9**

**Nonpriority creditor's name and mailing address**

**Kevin Rumon**
**230 San Rafael Ave**
**San Rafael, CA 94901**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.725 0**

**Nonpriority creditor's name and mailing address**

**Kevin Rushing**
**4131 Weddel**
**Dearborn Heights, MI 48125**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.725 1**

**Nonpriority creditor's name and mailing address**

**Kevin Ruybal**
**508 W. 57th St**
**Erie, PA 16509**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 121 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.725 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Ryszka**
**36108 Dominion Cr**
**Sterling Hts., MI 48310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Saxon**
**835 Milo Ct**
**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Schweikert**
**13305 Lismore Ln**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,908.63** |
|---|---|---|---|

**Kevin Scott Armstrong**
**75 S 14th St.**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2011**

Last 4 digits of account number  **NA**

**Basis for the claim:** **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Sok**
**1403 McQuesten Drive APT C**
**San Jose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Stampfl**
**1025 Park Way**
**Moss Beach, CA 94038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**kevin tran**
**835 N Capitol Ave Apt#2, 2**
**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Travers**
1455 Adams Dr.
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Trigg**
4103 Komes Court
Alexandria, VA 22306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin VanNuland**
4301 Renaissance Dr Apt 126
San jose, CA 95134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Vokes**
12000 Dessau Rd #824
Austin, TX 78754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Wegner**
2000 Connecticut Avenue
washington, DC 20008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**kevin wegner**
3200 16 St.. NW
Washington, DC 20010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Wetzel**
3545 23rd St, Apt B
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 123 of 961

| 3.726 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Khalid Almo**
2803 16th rd s
Arlington, VA 22204

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 7 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Khalifa Almazrouei**
2402 E 5th st
Tempe, AZ 85281

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 8 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Khiem Nguyen**
1107 Blue Fox Dr
Austin, TX 78753

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 9 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Khoi Nguyen**
4718 Davenport Avenue
Oakland, CA 94619

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 0 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Khoi Nguyen**
880 Mitten Road, Suite 105
Burlingame, CA 94010

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 1 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**KI_WOONG KIM**
3400 Richmond Pkwy #4217
San Pablo, CA 94806

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 2 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Kiera Wells**
3829 w. 7th st. #4
los angeles, CA 90005

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Kieran Baack**
**92 Garden Grove Drive**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Kieran Batchelli-Hennessey**
**874 Page St, Apt 4**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Kiet Kuru**
**532 S Bay Shore Blvd.**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Kim  Davis**
**317 W Holly St**
**Phoenix, AZ 85003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Kim Fedewa**
**4973 Menominee LN**
**Clarkston, MI 48348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Kim Filiatrault**
**6050 Ronchamps Dr**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Kim Law**
**7713 Ricardo Ct.**
**el cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Martin**
**2879 Louis Road**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Parham**
**20501 Livernois, Unit 211223**
**Detroit, MI 48221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Phillips**
**7109 North Ute Trail**
**Austin, TX 78729**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KIM SMIT**
**2111 SAN PABLO AVE UNIT 2309**
**BERKELEY, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kimberley Clayton**
**2814 Hermosa St.**
**Pinole, CA 94564**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kimberley Miller**
**783 41st Ave**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kimberly  Bridges Moss**
**14612 Big Timber Lane**
**Chesterfield, MO 63017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.728 7**

**Nonpriority creditor's name and mailing address**
**Kimberly Chacra**
**3819 18th Street Apt 2**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.728 8**

**Nonpriority creditor's name and mailing address**
**Kimberly Lyle**
**636 E Wesleyan Dr**
**Tempe, AZ 85282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.728 9**

**Nonpriority creditor's name and mailing address**
**Kimberly Mouton**
**3521 Fitzroy Avenue**
**Austin, TX 78748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.729 0**

**Nonpriority creditor's name and mailing address**
**Kimberly Smith**
**140 E Dana St.**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.729 1**

**Nonpriority creditor's name and mailing address**
**Kimberly Williams**
**9000 Crow Canyon Rd, Ste 349**
**Danville, CA 94506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.729 2**

**Nonpriority creditor's name and mailing address**
**Kimi Naval**
**20 S. 2nd St. #236**
**San Jose, CA 95113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.729 3**

**Nonpriority creditor's name and mailing address**
**King Chan**
**671 Cypress Ave**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729<br>4 | **Nonpriority creditor's name and mailing address**<br>**Kingston Baynard**<br>4388 El Camino Real Unit 339<br>Los Altos, CA 94022 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.729<br>5 | **Nonpriority creditor's name and mailing address**<br>**Kinsey Turk**<br>6178 W Megan St<br>Chandler, AZ 85226 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.729<br>6 | **Nonpriority creditor's name and mailing address**<br>**Kinyavong Phrathep**<br>10005 Berwick<br>Livonia, MI 48150 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.729<br>7 | **Nonpriority creditor's name and mailing address**<br>**Kiran Malladi**<br>1177 Harrison St<br>San Francisco, CA 94110 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.729<br>8 | **Nonpriority creditor's name and mailing address**<br>**Kirby Charles**<br>541 Steiner St<br>San Francisco, CA 94117 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.729<br>9 | **Nonpriority creditor's name and mailing address**<br>**Kirill Novitchenko**<br>1436 Dolores St<br>San Francisco, CA 94110 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.730<br>0 | **Nonpriority creditor's name and mailing address**<br>**Kirk Fetzer**<br>14 Godeus St<br>San Francisco, CA 94110 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.730 1 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Kirk Kozlowski Saratoga Capital Manageme**
**485 Alberto Way, Suite 200**
**Los Gatos, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.730 2 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Kirk McLarty**
**2722 East Amelia Ave.**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.730 3 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Kirk Shindle**
**1405 South Carolina Ave. SE**
**Washington, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.730 4 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Kirsten Scheliga**
**1053 Parkwood Dr, Apt 4**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.730 5 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Kirsten Winky" Winkelbauer"**
**161 Lake Dr.**
**San Bruno, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.730 6 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Kirt Eschtruth**
**16795 Mayfield**
**Livonia, MI 48154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.730 7 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Kirt Fitzpatrick**
**807 Haight Street, Apt 1**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398     Doc# 2-1     Filed: 02/26/18     Entered: 02/26/18 18:01:21     Page 129 of 961

| 3.730<br>8 | **Nonpriority creditor's name and mailing address**<br>**Kit Gallagher**<br>**25 Capistrano Ave**<br>**San francisco, CA 94112** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.730<br>9 | **Nonpriority creditor's name and mailing address**<br>**Kit Halvorsen**<br>**322 Greenwich Street**<br>**San Francisco, CA 94133** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.731<br>0 | **Nonpriority creditor's name and mailing address**<br>**Kit Hough**<br>**14817 East Hills Drive**<br>**San Jose, CA 95127** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.731<br>1 | **Nonpriority creditor's name and mailing address**<br>**Kit Mueller**<br>**111 N. Whitfield**<br>**Pittsburgh, PA 15206** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.731<br>2 | **Nonpriority creditor's name and mailing address**<br>**Kitae Kwon**<br>**6771 Crosby Ct.**<br>**Santa Clara, CA 95051** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.731<br>3 | **Nonpriority creditor's name and mailing address**<br>**Kitty Lee**<br>**825 Oregon Ave**<br>**Palo Alto, CA 94303** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.731<br>4 | **Nonpriority creditor's name and mailing address**<br>**Klaus Sinner**<br>**Lichtenbergstr 8**<br>**Munich, Germany, CO 80807** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.731 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kong Sham**
238 Vicente St.
San Francisco, CA 94127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Konrad Dudek**
62 Joost Ave
San Francisco, CA 94131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Konrad Schiffert**
4914 Paseo Olivos
San Jose, CA 95130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Konstantin Azarov**
1425 Lakeside drive apt 306
OAKLAND, CA 94612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Konstantin Gredeskoul**
1113 Carolina Street
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Konstantin Kisly**
1717 Woodland ave, apt 209
Palo Alto, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Konstantin Popov**
310 2nd St #3
Jersey City, NJ 07302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 131 of 961

| 3.732 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Koon Wong**
**1150 Apt 3L, Ovington Ave**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kory Russel**
**169 Waverley St. Apt B**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kozine lewis**
**30771 Tamarack**
**wixom, MI 48393**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kraig Daniels**
**2618 Delmar**
**St. Louis, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$316.75** |
|---|---|---|---|

**Kreg Enterprises, Inc.**
**DBA Kreg Tool Company**
**201 Campus Drive**
**Huxley, IA 50124**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  11/12/2017**

**Last 4 digits of account number  7727**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Kreg Router Stand, Pocket Hole system and etc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kregg Phillips**
**7109 North Ute**
**Austin, TX 78729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kris Besley**
**8400 Oceanview Terrace, #305**
**San Francisco, CA 94132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kris Mendenhall**
**726 Golden Gate Ave**
**Richmond, CA 94801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Krista Camero**
**722 Niantic Ave**
**Daly City, CA 94014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Krista Erickson**
**106 Charles Drive**
**Carnegie, PA 15106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kristen Anderson**
**550 14th Rd S, #523**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kristen Berg**
**256 Page Street**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kristen Demarjian**
**631 18th Street**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kristen Hoeflinger**
**1337 Argall Place**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7336**

**Nonpriority creditor's name and mailing address**
**Kristen Kennedy**
**400 Baker Street**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7337**

**Nonpriority creditor's name and mailing address**
**Kristen Merek**
**10 Auburn Court Apt 10C**
**Alexandria, VA 22305**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7338**

**Nonpriority creditor's name and mailing address**
**Kristen Seiler**
**7489 Stanford Ave**
**Saint Louis, MO 63130**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7339**

**Nonpriority creditor's name and mailing address**
**Kristen Wheeler**
**1281 Lawrence Station Rd Apt 373**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7340**

**Nonpriority creditor's name and mailing address**
**Kristen Willis**
**363 N. Ocean Dr.**
**Gilbert, AZ 85233**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7341**

**Nonpriority creditor's name and mailing address**
**Kristena Bins-Turner**
**1905 Plantation Ct**
**Round Rock, TX 78681**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7342**

**Nonpriority creditor's name and mailing address**
**KRISTI Kelly**
**30 E. Julian Street #306**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

---

**3.734 3**

**Nonpriority creditor's name and mailing address**
**Kristian Parker**
**1717 Lyon St.**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.734 4**

**Nonpriority creditor's name and mailing address**
**Kristiann Garrett**
**237 Winding Way**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.734 5**

**Nonpriority creditor's name and mailing address**
**Kristin Jardina**
**745 W Longhorn Dr.**
**Chandler, AZ 85286**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.734 6**

**Nonpriority creditor's name and mailing address**
**Kristin Slater**
**3858 Shenandoah Ave**
**St Louis, MO 63110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.734 7**

**Nonpriority creditor's name and mailing address**
**Kristin Abkemeier**
**1800 Wilson Boulevard, Unit 442**
**Arlington, VA 22201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.734 8**

**Nonpriority creditor's name and mailing address**
**Kristin Gustavson**
**123 Park Watson Pl**
**San Jose, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.734 9**

**Nonpriority creditor's name and mailing address**
**Kristin Jamieson**
**1711 46th Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **Debtor** TechShop, Inc. | **Case number** (if known) _____ |
| Name | |

---

**3.735 0**

**Nonpriority creditor's name and mailing address**
Kristin Jardina
725 W Longhorn Dr.
Chandler, AZ 85286

Date(s) debt was incurred __10/25/2017__
Last 4 digits of account number __dina__

**As of the petition filing date, the claim is:** *Check all that apply.*
$80.00

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __[Notice only] Techshop Chandler- Instructor Classes Instruction for the period 10/10/2017 to 10/21/2017__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.735 1**

**Nonpriority creditor's name and mailing address**
Kristin Jardina
725 W Longhorn Dr.
Chandler, AZ 85286

Date(s) debt was incurred __9/30/2017__
Last 4 digits of account number __dina__

**As of the petition filing date, the claim is:** *Check all that apply.*
$120.00

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __[Notice only] Techshop Chandler- Instructor Classes Instruction for the period 09/05/2017 to 09/26/2017__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.735 2**

**Nonpriority creditor's name and mailing address**
Kristin Jardina
725 W Longhorn Dr.
Chandler, AZ 85286

Date(s) debt was incurred __8/24/2017__
Last 4 digits of account number __dina__

**As of the petition filing date, the claim is:** *Check all that apply.*
$120.00

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __[Notice only] Techshop Chandler- Instructor Classes Instruction for the period 08/15/2017 to 08/20/2017__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.735 3**

**Nonpriority creditor's name and mailing address**
Kristin Raymaker
318 2nd Avenue
San Francisco, CA 94118

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.735 4**

**Nonpriority creditor's name and mailing address**
Kristina Andrews
653 Jackson Street
Albany, CA 94706

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.735 5**

**Nonpriority creditor's name and mailing address**
Kristina Genslak
1566 Capri Dr
Campbell, CA 95008

Date(s) debt was incurred __9/18/2017__
Last 4 digits of account number __2100__

**As of the petition filing date, the claim is:** *Check all that apply.*
$125.00

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __[Notice only] Techshop San Jose -Instructor Class Instructtion for August 2017__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 136 of 961

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.735 6 | **Nonpriority creditor's name and mailing address**<br>**Kristina Genslak**<br>**1566 Capri Dr**<br>**Campbell, CA 95008** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$105.00** |
|---|---|---|---|
| | Date(s) debt was incurred  9/19/2017 | **Basis for the claim:**  [Notice only] Techshop San Jose -Sumobot Event on 09/13/2017 | |
| | Last 4 digits of account number  2101 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.735 7 | **Nonpriority creditor's name and mailing address**<br>**Kristina Genslak**<br>**1566 Capri Drive**<br>**Capbell, CA 95008** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.735 8 | **Nonpriority creditor's name and mailing address**<br>**Kristina Kotlier**<br>**2413 Seville Court**<br>**Pinole, CA 94564** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.735 9 | **Nonpriority creditor's name and mailing address**<br>**Kristina Lewis**<br>**626 Hampshire St**<br>**San Francisco, CA 94110** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.736 0 | **Nonpriority creditor's name and mailing address**<br>**Kristina Ricci**<br>**303 N. Miller Rd Unit 1008**<br>**Scottsdale, AZ 85257** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.736 1 | **Nonpriority creditor's name and mailing address**<br>**Kristine  Massey**<br>**15616 Prestancia Dr**<br>**Austin, TX 78717** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.736 2 | **Nonpriority creditor's name and mailing address**<br>**Kristine  Zehner**<br>**738 Henrietta Ave**<br>**Sunnyvale, CA 94086** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 137 of 961

| 3.736 3 | **Nonpriority creditor's name and mailing address** <br> **Kristine Ahlport** <br> **2537 Claire Court** <br> **Mountain View, CA 94043** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 4 | **Nonpriority creditor's name and mailing address** <br> **Kristine Glenz** <br> **501 Hillside Dr** <br> **Round Rock, TX 78681** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 5 | **Nonpriority creditor's name and mailing address** <br> **Kristine Kaemmerer** <br> **7464 Prairietown Rd** <br> **Worden, IL 62097** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 6 | **Nonpriority creditor's name and mailing address** <br> **Kristofer Gleason** <br> **PO Box 301534** <br> **Austin, TX 78703** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 7 | **Nonpriority creditor's name and mailing address** <br> **Kristopher Allen** <br> **614 PRINCETON PL NW** <br> **WASHINGTON, DC 20010** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 8 | **Nonpriority creditor's name and mailing address** <br> **Kristopher Vassallo** <br> **601 3rd Ave** <br> **Redwood City, CA 94063** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 9 | **Nonpriority creditor's name and mailing address** <br> **Kristy Hsiao** <br> **340 N Fig Tree Ln** <br> **Plantation, FL 33317** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.737 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kristy McKoy**
**597 Guerrero St #16**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kroy Richardson**
**3338 Page St.**
**Redwood City, CA 94063**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Krystian Zimowski**
**1924 8TH ST NW APT 610**
**WASHINGTON, DC 20001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kuan Khor**
**645 Quince Ln**
**Milpitas, CA 95035**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,803.51** |
|---|---|---|---|

**Kuan Khor and Chai Hiong Ng**
**645 Quince Ln**
**Milpitas, CA 95035**

Date(s) debt was incurred **10/4/2013**
Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kunal Patel**
**1114 Nevada Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kunal Sahasrabuddhe**
**85 S 11th St**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.737 7 | |

**Nonpriority creditor's name and mailing address**
**Kunal Sarkar**
**2963 22ns St**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.737 8 | |

**Nonpriority creditor's name and mailing address**
**Kurt Dalmas**
**1400 El Camino Real #329**
**South San Francisco, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.737 9 | |

**Nonpriority creditor's name and mailing address**
**Kurt Finnie**
**42235 N. La Plata Rd.**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.738 0 | |

**Nonpriority creditor's name and mailing address**
**Kurt Grubaugh**
**10 Milland Dr. C5**
**Mill Valley, CA 94941**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.738 1 | |

**Nonpriority creditor's name and mailing address**
**Kurt Lieber**
**7116 E Gary Road**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.738 2 | |

**Nonpriority creditor's name and mailing address**
**Kurt M. Leiber**
**7116 E Gary Road**
**Scottsdale, AZ 85254**

Date(s) debt was incurred **10/11/2016**

Last 4 digits of account number **NA**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$27,624.66**

---

| | |
|---|---|
| 3.738 3 | |

**Nonpriority creditor's name and mailing address**
**Kurt Ohms**
**1796 Park Blvd.**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 140
of 961

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.738 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Petersen**
8130 Greenslope Dr.
Austin, TX 78759

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Schaefer**
PO Box 98
La Honda, CA 94020

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Smith**
616 w crestland
Austin, TX 78752

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Weipert**
4936 Zenith St #114
Metairie, LA 70001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurtis Simpson**
25 Oak Knoll Place
Belleville, IL 62223

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle  Amelung**
18 Kingshighway Blvd #145
Saint Louis, MO 63108

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle  Bolyard**
43275 Woodwind Ln
Canton, MI 48188

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle St John**
42941 Northville Place Drive, Apt: 1615
Northville, MI 48167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Anderson**
1262 W McKinley Apt 6
Sunnyvale, CA 94086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Bancroft**
4710 40th Ave
Hyattsville, MD 20781

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Brague**
20340 E. Stomelnest Dr.
Queen Creek, AZ 85142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Burgard**
315 E. Lavitt Ln
Phoenix, AZ 85086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Cameron**
11720 Timber Heights Dr
Austin, TX 78754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Craig**
1325 River Forest Dr.
Round Rock, TX 78665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 142 of 961

| 3.7398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Ferguson**
2434 33rd St, Flr 1
Queens, NY 11102

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Fleming**
1188 Mission St Apt 1701
San Francisco, CA 94103

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Heffernan**
446 e bluebell ln
Tempe, AZ 85281

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Hoover**
13777 Forest Park Dr
Grand Haven, MI 49417

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Johnson**
500 E University Dr #2407
Tempe, AZ 85287

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Kepley**
14406 Middlefield Ln
MOUNTAIN VIEW, FL 33336

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle McClay**
818 Treehaven Ct
Pleasant Hill, CA 94523

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.740 5**

Nonpriority creditor's name and mailing address
**Kyle Morford**
1601 Argonne Place NW Apt 434
Washington, DC 20009

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.740 6**

Nonpriority creditor's name and mailing address
**Kyle Moss**
265 Sobrante Way, Suite M
Sunnyvale, CA 94086

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.740 7**

Nonpriority creditor's name and mailing address
**Kyle Ness**
2905 Benjamin Ave
Royal Oak, MI 48073

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.740 8**

Nonpriority creditor's name and mailing address
**Kyle O'Rourke**
24 Lynnbrook Ct.
San Ramon, CA 94583

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.740 9**

Nonpriority creditor's name and mailing address
**Kyle Petrich**
1343 Paloma
Belmont, CA 94002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.741 0**

Nonpriority creditor's name and mailing address
**Kyle Potter**
P.O. Box 191544
St. Louis, MO 63119

Date(s) debt was incurred  **10/31/2017**
Last 4 digits of account number  **14TS**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 10/03/2017 - 10/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

$310.00

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 144 of 961

| 3.741 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$445.00** |
|---|---|---|---|

**Kyle Potter**
P.O. Box 191544
St. Louis, MO 63119

Date(s) debt was incurred  9/30/2017

Last 4 digits of account number  13TS

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  [Notice only] Techshop St. Louis- Instructor fee for the period 09/05/2017 - 09/23/2017

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.741 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$505.00** |
|---|---|---|---|

**Kyle Potter**
P.O. Box 191544
St. Louis, MO 63119

Date(s) debt was incurred  8/31/2017

Last 4 digits of account number  12TS

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  [Notice only] Techshop St. Louis- Instructor fee for the period 08/10/2017 - 08/29/2017

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.741 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kyle Ramirez**
455 Arlington St, Apt 1
San Francisco, CA 94131

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.741 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Kyle Richardson**
5549 Brush St
Detroit, MI 48202

Date(s) debt was incurred  10/25/2017

Last 4 digits of account number  2

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  [Notice only] Techshop Detroit-Instructor class instructions dated 10/06/2017

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.741 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |
|---|---|---|---|

**Kyle Richardson**
5549 Brush St
Detroit, MI 48202

Date(s) debt was incurred  9/25/2017

Last 4 digits of account number  101

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  [Notice only] Techshop Detroit-Instructor class instructions for period 08/15/2017 to 09/23/2017

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.741 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kyle Richardson**
5549 Brush ST
Detroit, MI 48202

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 145 of 961

| 3.741 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,835.07** |
|---|---|---|---|

**Kyle S. Butt**
654 San Pedro Ave
Sunnyvale, CA 94085

Date(s) debt was incurred __1/17/2017__

Last 4 digits of account number __NA__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kyle Scholz**
245 Ramona St.
Palo Alto, CA 94301

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kyle Thorson**
6916 Pinnacle Ridge Rd.
Raleigh, NC 27603

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kyle Torrico**
1976 Eastern Ave Suite 2
Verona, PA 15147

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kyle Watson**
1255 Lakepointe
Grosss Pointe Park, MI 48230

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kyle Whatley**
1009 Fazio Cove
Round Rock, TX 78664

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kyle Withrow**
2722 mirasol loop
Round rock, TX 78681

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 146 of 961

| 3.742 4 | **Nonpriority creditor's name and mailing address** **Kyle Zurawski** 355 N. Wolfe Rd. #815 Sunnyvale, CA 94085 | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 5 | **Nonpriority creditor's name and mailing address** **Kyley N Smithers** 860 Saratoga Ave. Apt. H212 San Jose, CA 95129 | **As of the petition filing date, the claim is:** *Check all that apply.* | **$987.50** |
|---|---|---|---|

Date(s) debt was incurred  8/14/2017

Last 4 digits of account number  9

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  [Notice only] Techshop San Jose -Instructor class Instruction for the period of 08/04/2017 to 08/07/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 6 | **Nonpriority creditor's name and mailing address** **Kyley Smithers** 860 Saratoga Ave Apt H212 San Jose, CA 95129 | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 7 | **Nonpriority creditor's name and mailing address** **Kyosuke Inoue** 1001 NATIONAL AVE SAN BRUNO, CA 94066 | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 8 | **Nonpriority creditor's name and mailing address** **KyuKyu Hyun   Kim** 10 Avenida Dr. Berkeley, CA 94708 | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 9 | **Nonpriority creditor's name and mailing address** **L a KOWALYK-CANGEMI** 1245 CLAYTON ST. SAN FRANCISCO, CA 94114 | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 0 | **Nonpriority creditor's name and mailing address** **L na RIVIERE** 1950 Golden Gate Avenue San Francisco, CA 94115 | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.743 1**

**Nonpriority creditor's name and mailing address**

**La Frontera Village LP**
**PO Box 204372**
**Dallas, TX 75320**

**Date(s) debt was incurred** __10/23/2017__

**Last 4 digits of account number** __7Nov__

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop Austin -Rent & CAM charges for the month of November- 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$34,558.50**

---

**3.743 2**

**Nonpriority creditor's name and mailing address**

**Lacey Ingalls**
**1040 Steiner St, Apt 12**
**San Francisco, CA 94115**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 3**

**Nonpriority creditor's name and mailing address**

**Lafe Spietz**
**1150 Galapago St. #501**
**Denver, CO 80204**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 4**

**Nonpriority creditor's name and mailing address**

**Lai Kuku**
**1138 E. Wendsor Dr.**
**Gilbert, AZ 85296**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 5**

**Nonpriority creditor's name and mailing address**

**Laine Tammer**
**1777 Lafayette St. Ste. 101**
**Santa Clara, CA 95050**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 6**

**Nonpriority creditor's name and mailing address**

**Lainne Bacharach**
**323 S. Winebiddle St**
**Pittsburgh, PA 15224**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 148 of 961

| 3.743 7 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**Laird Plastics**
**75 Remittance Drive**
**Suite 2720**
**Chicago, IL 60675**

Date(s) debt was incurred  **8/3/2017**

Last 4 digits of account number  **7191**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Various Item for shop consumption purchased as per invoice**

Is the claim subject to offset? ☑ No ☐ Yes

$2,518.43

---

| 3.743 8 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**Lake Nieltawee**
**2217 Rosemount Lane**
**San Ramon, CA 94582**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.743 9 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**Lakshi Joshi**
**1917 Emma Long**
**Austin, TX 78723**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.744 0 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**Lamont Alan Lucas**
**178 Henry St.**
**San Francisco, CA 94114**

Date(s) debt was incurred  **2/13/2010**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ☑ No ☐ Yes

$25,925.17

---

| 3.744 1 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**Lamont Holm**
**1327 Kains**
**San Bruno, CA 94066**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.744 2 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**Lamont Lucas**
**178 Henry St.**
**San Francisco, CA 94114**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.744 3 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**Lan-Chi Nguyen**
**3297 Vin Santo Lane**
**San Jose, CA 95148**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.744 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---------|---|---|---|

**Lana Hawkins**
**1917 Washtenaw**
**Ann Arbor, MI 48104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Lance  Booth**
**4562 E 2nd ST. STE F**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Lance  Sprague**
**1036 Cayuga Street**
**Santa Cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Lance Gibson**
**1244 East Sequioa Drive**
**Phoenix, AZ 85024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Lance Liggett**
**15234 S. 40th Place**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Lance Moore**
**508 Larkin St**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Lance Moore**
**PO Box 3248**
**Cedar Park, TX 78630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 150
of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.745**
**1**

**Nonpriority creditor's name and mailing address**
**Lance Oswald Sanchez**
**1305 mayapple st**
**Pflugerville, TX 78660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745**
**2**

**Nonpriority creditor's name and mailing address**
**Lance Scarrow**
**414 1st St. NE**
**Mason City, IA 50401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745**
**3**

**Nonpriority creditor's name and mailing address**
**Lance Smith**
**2780 B Lighthouse Point East #3**
**Baltimore, MD 21224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745**
**4**

**Nonpriority creditor's name and mailing address**
**Landon Harris**
**4604 Mon Blanc Drive**
**Bee Cave, TX 78738**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745**
**5**

**Nonpriority creditor's name and mailing address**
**Landon Long**
**35580 Ribera Court**
**Fremont, CA 94536**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745**
**6**

**Nonpriority creditor's name and mailing address**
**Landon Sturgeon**
**660 King Street**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745**
**7**

**Nonpriority creditor's name and mailing address**
**Lane Wilson**
**1114 Darnell Hollow Rd**
**Bruceton Mills, WV 26525**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.7458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Lang Hames** | ☐ Contingent | |
| | **631 O'Farrell St #1516** | ☐ Unliquidated | |
| | **San Francisco, CA 94109** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Lani Morris** | ☐ Contingent | |
| | **6022 Broad Street** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15206** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Lara OrtizdeMontellano** | ☐ Contingent | |
| | **335 Granada Ave** | ☐ Unliquidated | |
| | **San Francisco, CA 94112** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Larissa Russell** | ☐ Contingent | |
| | **3425 23rd St.** | ☐ Unliquidated | |
| | **San Francisco, CA 94110** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Larry Banasky Sr.** | ☐ Contingent | |
| | **117 Walnut St.** | ☐ Unliquidated | |
| | **River Rouge, MI 48218** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Larry Berg** | ☐ Contingent | |
| | **5145 Harvest Estates** | ☐ Unliquidated | |
| | **San Jose, CA 95135** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Larry Birch** | ☐ Contingent | |
| | **4830 N. 74th Place** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85251** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 152 of 961

| 3.746 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Bisares**
**312 Chestnut St.**
**Redwood City, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Black**
**1718 Ranch Road 2233**
**Llano, TX 78643**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Burriesci**
**20900 Alves Drive**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Chappel**
**15969 shannon rd**
**Los Gatos, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Cox**
**2657 Windmill Pkwy #339**
**Henderson, NV 89074**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Dosik**
**13857 Gullane Drive**
**Woodbridge, VA 22191**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Gomes**
**26241 Mocine Ave**
**Hayward, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 153 of 961

| 3.747 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Hubbman**
33 Empire Dr
Belleville, IL 62220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Jacobson**
4416 Enclave Cove
Austin, TX 78731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Karas**
20901 Oakwood Blvd
Dearborn, MI 48164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Larson**
95 Azucar Ave.
San Jose, CA 95111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Lesniak**
380 Dodds Road
Butler, PA 16002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Marshall**
616 Canyon Rd. Apot. 306
Redwood City, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry McDonald**
906 King Street
Redwood City, CA 94061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.7479**

Nonpriority creditor's name and mailing address

**Larry Prentice**
**15444 Windsong Dr.**
**Macoma, MI 48044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7480**

Nonpriority creditor's name and mailing address

**Larry stec**
**2492 22nd st.**
**wyandotte, MI 48192-4430**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7481**

Nonpriority creditor's name and mailing address

**Larry Stone**
**20630 W Virgil Dr**
**Queencreek, AZ 85142**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7482**

Nonpriority creditor's name and mailing address

**Lars  Issa**
**3101 Olin Drive**
**Falls Church, VA 22044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7483**

Nonpriority creditor's name and mailing address

**Lars Florio**
**1502 N Fillmore St.**
**Arlington, VA 22201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7484**

Nonpriority creditor's name and mailing address

**Lasbrey Nwachukwu**
**233 Enterprise**
**Kyle, TX 78640**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7485**

Nonpriority creditor's name and mailing address

**LaShun Washington**
**19327 Belleau Wood Dr., Apt. 201**
**Triangle, VA 22172**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.748 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Latoya Harris**
**P.O. Box 1798**
**Chandler, AZ 85244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laura  Flavin**
**229 N Graham St**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laura Aden**
**350 Turkshead Lane**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laura Atkins**
**955 Mouton Circle**
**East Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laura Bunger**
**1743, 17th Avenue**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laura Denton**
**1539 Greenwich St #5**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laura DeWald**
**45 Lansing St Unit 4001**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laura Gyre**
**5 sagwa st**
**pittsburgh, PA 15212**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laura Herzberg**
**996 Whitcomb Ct.**
**Milpitas, CA 95035**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laura Holmes**
**68 Collingwood St**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laura Jones**
**85 Bluxome St**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Laura McConnell**
**29205 Broadmoor St.**
**Livonia, MI 48154**

Date(s) debt was incurred **10/25/2017**
Last 4 digits of account number **6**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Detroit-Instructor class instructions dated 10/11/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Laura McConnell**
**29205 Broadmoor St.**
**Livonia, MI 48154**

Date(s) debt was incurred **9/25/2017**
Last 4 digits of account number **5**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Detroit-Instructor class instructions dated 08/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 157 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.749 9 | **Nonpriority creditor's name and mailing address** **Laura McConnell** 29205 Broadmoor St. Livonia, MI 48154 | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

Date(s) debt was incurred  8/24/2017

Last 4 digits of account number  4

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for period 08/09/2017 & 08/23/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.750 0 | **Nonpriority creditor's name and mailing address** **Laura Menard** 16360 S. Kennedy Rd. Los Gatos, CA 95030 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.750 1 | **Nonpriority creditor's name and mailing address** **Laura Phipps** 615 N Main St. #150 Euless, TX 76039 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.750 2 | **Nonpriority creditor's name and mailing address** **Laura Rhodes** 3839 Bret Harte Drive Redwood City, CA 94061 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.750 3 | **Nonpriority creditor's name and mailing address** **Laura Stewart** 918 N Rengstorff Ave #882 Mountain View, CA 94043 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.750 4 | **Nonpriority creditor's name and mailing address** **Laura Tabakman** 137 Alleyne Dr. Pittsburgh, PA 15215 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.750 5 | **Nonpriority creditor's name and mailing address** **Laura Ward** 1245 S Mountain View Rd Apache Junction, AZ 85119 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| 3.750 6 | **Nonpriority creditor's name and mailing address**<br>**LauraBeth Konopinski**<br>**5129 Liberty Ave Apt. 2**<br>**Pittsburgh, PA 15224**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|
| 3.750 7 | **Nonpriority creditor's name and mailing address**<br>**Laurel Buell**<br>**750 N 97th Pl**<br>**Mesa, AZ 85207**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.750 8 | **Nonpriority creditor's name and mailing address**<br>**Laurel Clarke**<br>**319 Missouri St.**<br>**San Francisco, CA 94107**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.750 9 | **Nonpriority creditor's name and mailing address**<br>**Laurel Gaddie**<br>**527 Page St.**<br>**San Francisco, CA 94117**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.751 0 | **Nonpriority creditor's name and mailing address**<br>**Laurel Machak**<br>**941 E. Grant Place**<br>**San Mateo, CA 94402**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.751 1 | **Nonpriority creditor's name and mailing address**<br>**Laurel Smith_V**<br>**700 Steiner St apt 601**<br>**San Francisco, CA 94117**<br><br>Date(s) debt was incurred  **9/30/2017**<br><br>Last 4 digits of account number  **56** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop SOMA - Event for the period 08/01/2017 to 08/28/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$450.00** |

| 3.751 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**Laurel Smith_V**
**700 Steiner St apt 601**
**San Francisco, CA 94117**

Date(s) debt was incurred  **10/9/2017**

Last 4 digits of account number  **57**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Event for the period 09/11/2017 to 10/05/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.751 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**Laurel Smith_V**
**700 Steiner St apt 601**
**San Francisco, CA 94117**

Date(s) debt was incurred  **10/11/2017**

Last 4 digits of account number  **58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Event for the period 10/01/2017 to 10/11/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.751 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lauren  Barghout**
**3420 Rubin Drive**
**Oakland, CA 94602**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.751 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lauren  Towles**
**16247 Norhtlawn St**
**Detroit, MI 48221**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.751 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lauren  Zemering**
**5561 Beeler St.**
**Pittsburgh, PA 15213**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.751 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lauren Castellano**
**1320 Byron Street**
**Palo Alto, CA 94043**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.751 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lauren Clifton**
**2600 Lake Austin Blvd #3305**
**Austin, TX 78703**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.751 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauren Conners**
**1013 Lonesome Lilly Way**
**Pflugerville, TX 78660**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauren Copley**
**2413 E Nathan Way**
**Chandler, AZ 85225**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauren Fahey**
**596 S 2nd St**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauren Franklin**
**1357 Hancock St apt 3r**
**Brooklyn, NY 11237**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauren Goeser**
**197 Lyndhurst Ave**
**San Carlos, CA 94070**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauren Harriman**
**14672 Gypsy Hill Rd.**
**Saratoga, CA 95070**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauren Kim**
**903 Bonneville Way**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 161 of 961

**3.752 6**

Nonpriority creditor's name and mailing address
**Lauren Meyer**
**4831 Rollingwood Drive**
**Rollingwood, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.752 7**

Nonpriority creditor's name and mailing address
**Lauren Piehler**
**455 W, Evelyn Ave #1128**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.752 8**

Nonpriority creditor's name and mailing address
**Lauren Somersille Sibley**
**1531 Begen Ave**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.752 9**

Nonpriority creditor's name and mailing address
**Lauren Tichy**
**640 Brooklyn Ave #6**
**Oakland, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.753 0**

Nonpriority creditor's name and mailing address
**Lauren Zemering_v**
**147 Jefferson Drive**
**Pittsburgh, PA 15228**

Date(s) debt was incurred **9/30/2017**

Last 4 digits of account number **6**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh-Instructor class instructions dated 08/18/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.753 1**

Nonpriority creditor's name and mailing address
**Laurence Hubby**
**985 Harriet St**
**Palo Alto, CA 94301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.753 2**

Nonpriority creditor's name and mailing address
**Laurence Srinivasan**
**584 Castro St. #775**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.753 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurens Gunnarsen**
**691 Victor Way, Apt. 4**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.753 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurent Stadler**
**1730 Dolores St., Apt #2**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.753 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurent Stadler**
**1027 Portola Dr.**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.753 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurent Trieu**
**10117 Round Top Ct**
**Fairfax, VA 22032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.753 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauri Myers**
**11323 E Chestnut Dr**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.753 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurie Andrade**
**1360 Vinci Park Way**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.753 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,541.48 |
|---|---|---|---|

**Laurie Bowers Connolly**
**355 Sunrise Shores**
**Harrodsburg, KY 40330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **0169**

Basis for the claim:  **Editing for the period 10/01/2017 to 10/31/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.754 0 | Nonpriority creditor's name and mailing address | | $3,250.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Laurie Bowers Connolly**
**355 Sunrise Shores**
**Harrodsburg, KY 40330**

Date(s) debt was incurred  **9/11/2017**

Last 4 digits of account number  **0166**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,250.00**

Basis for the claim:  **Editing for the period 08/01/2017 to 08/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Laurie Bowers Connolly**
**355 Sunrise Shores**
**Harrodsburg, KY 40330**

Date(s) debt was incurred  **9/11/2017**

Last 4 digits of account number  **0167**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,108.17**

Basis for the claim:  **Editing for the period 08/27/2017 to 09/09/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Laurie Bowers Connolly**
**355 Sunrise Shores**
**Harrodsburg, KY 40330**

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **0168**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,645.85**

Basis for the claim:  **Editing for the period 09/10/2017 to 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Laurie Bowers Connolly**
**355 Sunrise Shores**
**Harrodsburg, KY 40330**

Date(s) debt was incurred  **5/9/2017**

Last 4 digits of account number  **0161**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,608.33**

Basis for the claim:  **Editing for the period 05/07/2017 to 05/20/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Laurie Bowers Connolly**
**355 Sunrise Shores**
**Harrodsburg, KY 40330**

Date(s) debt was incurred  **6/5/2017**

Last 4 digits of account number  **0162**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,083.33**

Basis for the claim:  **Editing for the period 05/21/2017 to 06/03/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Laurie Bowers Connolly**
**355 Sunrise Shores**
**Harrodsburg, KY 40330**

Date(s) debt was incurred  **6/22/2017**

Last 4 digits of account number  **0163**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,000.00**

Basis for the claim:  **Editing for the period 06/04/2017 to 06/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Laurie Bowers Connolly**
**355 Sunrise Shores**
**Harrodsburg, KY 40330**

Date(s) debt was incurred  **8/13/2017**

Last 4 digits of account number  **0164**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,783.33**

Basis for the claim:  **Editing for the period 06/18/2017 to 07/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.754 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,041.67 |
|---|---|---|---|

**Laurie Bowers Connolly**
355 Sunrise Shores
Harrodsburg, KY 40330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2017**

Last 4 digits of account number  **0165**

Basis for the claim:  **Editing for the period 07/16/2017 to 07/31/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.754 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Laurie Bowers Connolly**
355 Sunrise Shores
Harrodsburg, KY 40330

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **0169**

Basis for the claim:  **[Notice only] Techshop Chandler- Editing for the period 10/01/2017 to 10/312017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.754 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Laurie Bowers Connolly**
355 Sunrise Shores
Harrodsburg, KY 40330

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **0169**

Basis for the claim:  **[Notice only] Techshop Chandler- Editing for the period 10/01/2017 to 10/312017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.755 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurie Brown**
541 W. Oakridge
Ferndale, MI 48220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurie Brown**
3018 Sylvan Drive
Falls Church, VA 22042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurie Childers**
2436 Rick Whinery
austin, TX 78728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.755 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurie Chin**
**36 San Carlos St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurie Dixon**
**924 Hyde Park Dr**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurie Masyga**
**1374 W Remington Dr.**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurie Mobilio**
**20979 Saraview Court**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurie Pianka**
**3913 Cadwalladu Ave**
**San Jose, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurie Woodfill**
**550 Chapman Dr.**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurin Davis**
**2644 Beacon Hill Ct.**
**Auburn Hills, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurisa Goergen**
**4825 Regiment CT**
**Woodbridge, VA 22193**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurus Myth**
**2065 Limewood Dr.**
**San Jose, CA 95132**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LAVELL CARRADINE**
**131 TUSCANY CT**
**HERCULES, CA 94547**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LaVerne Kemp**
**5825 Elgin Street**
**Pittsburgh, PA 15206**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $305.65 |
|---|---|---|---|

**Law Offices of Derek K. Yu**
**1939 Harrison Street, Suite #612**
**Oakland, CA 94612**

Date(s) debt was incurred  11/2/2017
Last 4 digits of account number  3225

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Review and evaluate demand letter, email to and from Joseph Marshall, Reveire and evaluate event...**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $526.45 |
|---|---|---|---|

**Law Offices of Derek K. Yu**
**1939 Harrison Street, Suite #612**
**Oakland, CA 94612**

Date(s) debt was incurred  9/7/2017
Last 4 digits of account number  3207

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Review and evaluate summon & Complaint, Email to Amanda for Finance Charge & Review of Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,059.65 |

**Law Offices of Derek K. Yu**
1939 Harrison Street, Suite #612
Oakland, CA 94612

Date(s) debt was incurred  **10/7/2017**

Last 4 digits of account number  **3224**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Emails from and to Successor Trustee, Review and evaluate settlement offer by curtis family for ...**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 7 |

**Law Offices of Derek K. Yu**
1939 Harrison Street, Suite #612
Oakland, CA 94612

Date(s) debt was incurred  **7/3/2017**

Last 4 digits of account number  **3148**

$1,622.65

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees for the month of  June 2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 8 |

**Law Offices of Derek K. Yu**
1939 Harrison Street, Suite #612
Oakland, CA 94612

Date(s) debt was incurred  **8/8/2017**

Last 4 digits of account number  **3183**

$513.65

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Emails to Cintas for settlement aggrement, Prepare Stock Certificate & Email to Jessica for paym...**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 9 |

**Law Offices of Derek Yu**
1939 Harrison Street
Oakland, CA 94612

Date(s) debt was incurred  _

Last 4 digits of account number  _

$0.00

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice Only]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.757 0 |

**Lawrence Banasky**
14090 Riga
Livonia, MI 48154

Date(s) debt was incurred  _

Last 4 digits of account number  _

$0.00

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.757 1 |

**Lawrence Bell**
900 Soaperry Circle
Irvington, TX 75063

Date(s) debt was incurred  _

Last 4 digits of account number  _

$0.00

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.757 2 |

**Lawrence Gallagher**
455 W. Evelyn Ave. #1128
Mountain View, CA 94041

Date(s) debt was incurred  _

Last 4 digits of account number  _

$0.00

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.757 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lawrence Gresko**
**2509 Terrett Ave**
**Alexandria, VA 22301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.757 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lawrence Gunn**
**1014 West Olive Avenue, APT 2**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.757 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lawrence Johnston**
**605 Stannage Ave #4**
**Albany, CA 94706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.757 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lawrence Kesteloot**
**1120 Persia Ave.**
**San Francisco, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.757 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lawrence Koepke**
**3460 Ramstad Drive**
**San Jose, CA 95127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.757 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Layla Miller**
**5334 Nebraska Ave. NW**
**Washington, DC 20015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.757 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Layne Muilman**
**209 Innwood Dr**
**Georgetown, TX 78628**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 169 of 961

| 3.758 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lazaro Cardenas**
PO BX 1985
San Jose, CA 95109

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LC Shelton**
Po Box 90071
Alexandria, VA 22309

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,915.50 |
|---|---|---|---|

**LCA Bank Corporation**
PO Box 1650
Troy, MI 48099

Date(s) debt was incurred **10/10/2017**
Last 4 digits of account number **2017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract#135236-001(30 of 60)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.51 |
|---|---|---|---|

**LEAF Capital Funding, LLC.**
P.O. Box 742647
Cinccinnati, OH 45274

Date(s) debt was incurred **11/1/2017**
Last 4 digits of account number **2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Late Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,045.12 |
|---|---|---|---|

**LEAF Capital Funding, LLC.**
P.O. Box 742647
Cinccinnati, OH 45274

Date(s) debt was incurred **9/20/2017**
Last 4 digits of account number **8883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract#100-3298588-001October 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,045.12 |
|---|---|---|---|

**LEAF Capital Funding, LLC.**
P.O. Box 742647
Cinccinnati, OH 45274

Date(s) debt was incurred **10/21/2017**
Last 4 digits of account number **2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract#100-3298588-001November 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leah Bryson**
1489 Webster St Apt #404
San Francisco, CA 94115

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 170 of 961

| 3.758 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leah Mawhinney**
**767 River Rd**
**Mexico, ME 04257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leah Mendelson**
**5228 Miles Avenue**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leah Robertson**
**33255 Lark Way**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leah Triantos**
**351 La Questa Way**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leann Scott**
**2638 E Azalea Ct**
**Gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leanne BakkemoAltberg**
**38 Country Club Dr.**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leanne Davis**
**2322 N 11th Street**
**Phoenix, AZ 85006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Burnette**
PO Box 390
Clanton, AL 35046

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Helpingstine**
3270 Minerva St
Ferndale, MI 48220

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Anderson**
441 E Crescent Place
Chandler, AZ 85249

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Bryant**
12024 Hwy 290 West
Austin, TX 78737

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Buckland**
3423 Tourmaline Trail
Round Rock, TX 78681

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Burnette**
1751 Cr 107
Hutto, TX 78634

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Carter**
350 Arguello Blvd
San Francisco, CA 94118

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 172 of 961

| 3.760<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Dydo**
414 Richmond Ave
San Jose, CA 95128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Finewood**
1919 Clarendon Blvd Apt 214
Washington, DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Haddad**
400 Beale Street, #707
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Hernandez**
507 Sundance Way
Chandler, AZ 85225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Ludden**
2308 E Stottler Dr
Gilbert, AZ 85296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Wright**
3351 S. Horizon Place
Chandler, AZ 85248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Zello**
403 S 15th St
San Jose, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.760<br>8 | **Nonpriority creditor's name and mailing address** |

**Leef Armontrout**
2319 South 12th St
ST. Louis, MO 63104

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.760<br>9 | **Nonpriority creditor's name and mailing address** |

**Leesa Lee**
402 Headlands Court
Sausalito, CA 94965

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.761<br>0 | **Nonpriority creditor's name and mailing address** |

**Lei Lu**
5610 Bellagio Dr
San Jose, CA 95118

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.761<br>1 | **Nonpriority creditor's name and mailing address** |

**Leigh Linden**
205 E 35th St
Austin, TX 78705

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.761<br>2 | **Nonpriority creditor's name and mailing address** |

**Leigh Quinn**
9 Laurel Oaks Court
Lake Saint Louis, MO 63367

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.761<br>3 | **Nonpriority creditor's name and mailing address** |

**Leigh West**
20584 Sunrise Drive
Cupertino, CA 95014

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.761<br>4 | **Nonpriority creditor's name and mailing address** |

**Leigh Williams**
1458 Miller Ave.
San Jose, CA 95129

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 174
of 961

| 3.761 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leila Janah**
2501 Harrison St.
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leila Rodriguez**
824 Grand Avenue Pkwy
Pflugerville, TX 78660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lekan Wang**
1210A Emerson St
Palo Alto, CA 94301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leland Wallace**
456 Heatherbray Ct
San Jose, CA 95136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lemi Conrad**
950 Charter St.
Redwood City, CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lena  Selzer**
440 Burroughs St., Suite 200
Detroit, MI 48202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lena Kim**
525 Middlefield Rd. #487
Redwood City, CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 175 of 961

| Debtor | **TechShop, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.762 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lensyl Urbano**
**2367 Highway T**
**Lebadie, MO 63055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leo  Early**
**22634 Michigan Ave.**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leo Breton**
**4917 43rd Place, NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54,372.60** |
|---|---|---|---|

**Leo Butler**
**19 Kimmie Ct.**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/2016**

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leo Butler**
**19 Kimmie Ct.**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leo Chan**
**575 Corbett Ave.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leo Chan**
**1600 Wyatt Drive Ste 16**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leo Gutierrez**
**395 Madison Street**
**Santa Clara, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leo Singer**
**941 O St. NW**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leo Wright**
**495 Toft St**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leo Zuckerman**
**1801 Clydesdale Pl NW**
**Washington, DC 20011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leon  Marucchi**
**225 Queen St**
**Leesburg, VA 20176**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leon Horne**
**P.O. Box 181**
**Bodega Bay, CA 94923**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leon Urdahl**
**1205 Mayan Way**
**Austin, TX 78733**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 177 of 961

**3.763 6**

Nonpriority creditor's name and mailing address
**Leona Messink**
**1293 Antwerp Ln**
**San Jose, CA 95118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.763 7**

Nonpriority creditor's name and mailing address
**Leonard Prezecki**
**2968 Leslie Park Cir**
**Ann Arbor, MI 48105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.763 8**

Nonpriority creditor's name and mailing address
**Leonard Sherman**
**12795 Viscaino Rd**
**Los Altos, CA 94022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.763 9**

Nonpriority creditor's name and mailing address
**Leonard Shustek**
**160 Cherokee Way**
**Portola Valley, CA 94028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.764 0**

Nonpriority creditor's name and mailing address
**Leonardo Meza**
**303 S 9th St**
**Pflugerville, TX 78660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.764 1**

Nonpriority creditor's name and mailing address
**Leonardo Pelegrine**
**202 Ammunition ave**
**Odenton, MD 21113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.764 2**

Nonpriority creditor's name and mailing address
**Leonora Egoutkina**
**651 Ardis Ave.**
**san jose, CA 95117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.764 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leopold Dittler**
**350 Velarde St**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leroy Merlin France Attn: Thomas Bouret**
**Rue Chanzy**
**59 260 Lezennes**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **[Notice Only]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Les Carter**
**987 Desert Isle Dr.**
**San Jose, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,635.28 |
|---|---|---|---|

**Les LaZar**
**4417 Bergamo Dr.**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/11/2008**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Les LaZar**
**4417 Bergamo Dr.**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Les Levitt**
**43 S. 14th St.**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Les Rosenberg**
**27813 Browning Ct**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7650**

Nonpriority creditor's name and mailing address
**Lesley Dipiazza**
**11330 w. clements cir**
**livonia, MI 48150**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7651**

Nonpriority creditor's name and mailing address
**Leslie Foster**
**3351 Nesta Drive**
**San Jose, CA 95118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7652**

Nonpriority creditor's name and mailing address
**Leslie Middleton**
**812 Huron Ct.**
**Gibsonia, PA 15044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7653**

Nonpriority creditor's name and mailing address
**Leslie Nguesso**
**183 Channel St**
**San francisco, CA 94158**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7654**

Nonpriority creditor's name and mailing address
**Leslie Olson**
**5701 Westslope Drive #21**
**Austin, TX 78731**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7655**

Nonpriority creditor's name and mailing address
**Leslie Picardo**
**1249 Lakeside Dr #3064**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7656**

Nonpriority creditor's name and mailing address
**Leslie RAMLALL**
**10 Ayril Magnin St**
**San Francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 180 of 961

| 3.765 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Swan**
210 Crest Road
Woodside, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Tagorda**
2124 15th st
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Terzian**
469 Douglass Street
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Trieu**
10117 Roundtop Ct
Fairfax, VA 22302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Wolff**
14414 N. 20th Place
Phoenix, AZ 85022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lester Quan**
70 McCreery Drive
Hillsborough, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lev Israel**
174 Hudson St, 6th Floor
New York, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Levy Ring**
**157 Ashton Ave.**
**Millbrae, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lew Glendenning**
**543 Grand Fir Avenue**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lewis  Obermiller**
**408 W. Balsam Drive**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lewis Guignard**
**1109 Virginia Ave**
**Durham, NC 27705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lex Lewyckyj**
**202 Hillsboro Drive**
**Silver Spring, MD 20902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lex Nakashima**
**9337 Laurel Canyon Blvd**
**Arleta, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LGSONS Auction_2015_01**
**19601 Black Road**
**Los Gatos, CA 95033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | | Case number *(if known)* | |
|--------|---------------------|--|--------------------------|--|
| | Name | | | |

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-----------|
| 1 | | | |

**LGSONS Auction_2015_02**
**19601 Black Road**
**Los Gatos, CA 95033**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-----------|
| 2 | | | |

**Liam benkert**
**454 Holladay Ave**
**san francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-----------|
| 3 | | | |

**Liam Chasteen**
**379 N Murphy Ave**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-----------|
| 4 | | | |

**Liam Dumanske**
**410 Poplar Ave**
**Redwood City, CA 94061**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-----------|
| 5 | | | |

**Liam O'Leary**
**4422 24th Street**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-----------|
| 6 | | | |

**Liam Staskawicz**
**644 Cole St., #4**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-----------|
| 7 | | | |

**Liam Tilenius**
**30 Drayton Rd.**
**Hillsborough, CA 94010**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 183
of 961

| Debtor | TechShop, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.767 8**

Nonpriority creditor's name and mailing address
**Liana Tomchesson**
**1904A Newton**
**Austin, TX 78704**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.767 9**

Nonpriority creditor's name and mailing address
**Liane Fang**
**PO Box 7127**
**Redwood City, CA 94063**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.768 0**

Nonpriority creditor's name and mailing address
**Libardo Cardenas**
**4360 N Desert Oasis Circle**
**Mesa, AZ 85207**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.768 1**

Nonpriority creditor's name and mailing address
**Liberty Mutual Insurance**
**PO Box 85834**
**San Diego, CA 92186**

Date(s) debt was incurred  **5/16/2017**
Last 4 digits of account number  **2310**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Business Property Insurance**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,451.00**

---

**3.768 2**

Nonpriority creditor's name and mailing address
**Light Path Capital Inc.**
**5670 Wilshire Blvd, #1800**
**Los Angeles, CA 90036**

Date(s) debt was incurred  **9/6/2017**
Last 4 digits of account number  **0917**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly retainer for services rendered & China representative service fee - September 2017**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,000.00**

---

**3.768 3**

Nonpriority creditor's name and mailing address
**Light Path Capital Inc.**
**5670 Wilshire Blvd, #1800**
**Los Angeles, CA 90036**

Date(s) debt was incurred  **6/1/2017**
Last 4 digits of account number  **0617**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly retainer for services rendered & China representative service fee - June 2017**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,000.00**

| 3.768 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
| **Light Path Capital Inc.** | ☐ Contingent | |
| **5670 Wilshire Blvd, #1800** | ☐ Unliquidated | |
| **Los Angeles, CA 90036** | ☐ Disputed | |
| Date(s) debt was incurred **7/3/2017** | Basis for the claim: **Monthly retainer for services rendered & China representative service fee - July 2017** | |
| Last 4 digits of account number **0717** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.768 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
| **Light Path Capital Inc.** | ☐ Contingent | |
| **5670 Wilshire Blvd, #1800** | ☐ Unliquidated | |
| **Los Angeles, CA 90036** | ☐ Disputed | |
| Date(s) debt was incurred **8/1/2017** | Basis for the claim: **Monthly retainer for services rendered & China representative service fee - August 2017** | |
| Last 4 digits of account number **0817** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.768 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$735.48** |
| **Lightower Fiber Networks I, LLC** | ■ Contingent | |
| **PO Box 27135** | ☐ Unliquidated | |
| **New York, NY 10087-7135** | ■ Disputed | |
| Date(s) debt was incurred **11/1/2017** | Basis for the claim: **[Notice only] Techshop Brooklyn-Service #: S124935 Internet . 100Mbps . Dedicated Internet Access** | |
| Last 4 digits of account number **6647** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.768 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Lilah Crews-Pless** | ☐ Contingent | |
| **5518 Genoa Street** | ☐ Unliquidated | |
| **berkley, CA 94510** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.768 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Lilah Sperman** | ☐ Contingent | |
| **165 Cambridge Ave** | ☐ Unliquidated | |
| **San Leandro, CA 94577** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.768 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Lilian Bocanegra_Batriz** | ☐ Contingent | |
| **1133 W 5TH St** | ☐ Unliquidated | |
| **Tempe, AZ 85281** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.769 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lilli Thompson**
**2347 Clipper St**
**San Mateo, CA 94403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 1 |

**Nonpriority creditor's name and mailing address**
**Lillian Denhardt**
**110 North Pacific Avenue**
**Pittsburgh, PA 15224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.769 2 |

**Nonpriority creditor's name and mailing address**
**Lillian Morris**
**1717 Old Cahert Ct**
**Severn, MD 21144**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.769 3 |

**Nonpriority creditor's name and mailing address**
**Lily  Abrons**
**641 Waterview Isle**
**Alameda, CA 94501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.769 4 |

**Nonpriority creditor's name and mailing address**
**Lily Han**
**3456 Cesar Chavez #5**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.769 5 |

**Nonpriority creditor's name and mailing address**
**Lily Homer**
**1005 Market Street, Suite 302**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.769 6 |

**Nonpriority creditor's name and mailing address**
**Lily Israel**
**2726 N Harrison St**
**Arlington, VA 22207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.769 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lily Montgomery**
1118 N 18th St
Phoenix, AZ 85006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lincoln Jaros**
5372 Elrose Ave.
San Jose, CA 95124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Linda  Minden**
4552 GIBSON AVE
SAINT LOUIS, MO 63110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Linda Baek**
2889 Fresno St.
Santa Clara, CA 95051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Linda Becker**
643 2nd Ave
San Francisco, CA 94118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Linda Bradford**
759 taylor ave
alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Linda Calderone**
1380 Masonic Avenue
san francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 187 of 961

| 3.770 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Chin**
**836 Santa Rita Ave**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Halvorson**
**3395 Taper Ave.**
**Santa Clara, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Hartley**
**804 Black Locust Dr**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Hooi**
**Box 1791**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Liebenow**
**765 Orkney Avenue**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Lobato**
**934 Howard St.**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda McAllister**
**149 Webster St.**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398　Doc# 2-1　Filed: 02/26/18　Entered: 02/26/18 18:01:21　Page 188 of 961

| 3.771 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda McMahon**
**304 Laurelwood Dr**
**Austin, TX 78733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.771 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Mompalao**
**50 Lyman Ave**
**Staten Island, NY 10305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.771 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Peix**
**871 Cape Breton Drive**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.771 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Pond**
**16786 Fulton Pings**
**Livonia, MI 48154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.771 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Sampson CBRE Global Workplace**
**Solu**
**1000 Republic Drive, Suite 670**
**Allen Park, MI 48101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.771 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Tran**
**736 Charter Street**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.771 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Warren**
**433 E Taylor St**
**Trempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.771 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Linda Yee-Chen**
**48277 Hackberry St**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lindell Sapp**
**557 E 26 Street**
**Brooklyn, NY 11210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lindsay Evanish**
**814 Pittsburgh-McKeesport Rd**
**West Mifflin, PA 15122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lindsay Wyszomirski**
**19281 Mountain Way**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lindsey Mangan**
**1703 Silverwood Dr**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |
|---|---|---|---|

**Lindsey Stouffer**
**414 North 23rd Street Unit 416**
**St. Louis, MO 63103**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/2/2017**

Last 4 digits of account number **3**

Basis for the claim: **[Notice only] Techshop St. Louis- Instructor fee for the period 08/13/2017 to 08/27/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lindsley Etienne**
**4373 Maryland Avenue**
**St. Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 190
of 961

| 3.772 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ling Triantos**
351 La Questa way
Woodside, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.772 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Linnea Oliver**
1633 Market Street
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.772 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lino Velo**
PO BOX 2690
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.772 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Linus Kung**
1481 Webster St. Apt. 404
San Francisco, CA 94115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.772 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lisa  Savage**
2731 Warrior Drive
Wixom, MI 48393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.773 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lisa  Scott**
151 Mabledrough
bloomfield, MI 48302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.773 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lisa Bruemmer**
7100 Thomas Blvd
Pittsburgh, PA 15208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | |
|---|---|
| 3.773 2 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Lisa Chan**
**3357 Jordan Road**
**Oakland, CA 94602**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.773 3 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Lisa Fernandez**
**280 Coral Reef Ave.**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.773 4 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Lisa Fisher**
**4779 18th St.**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.773 5 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Lisa Healy**
**792 Madison St Apt 2L**
**Brooklyn, NY 11221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.773 6 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Lisa Kwietniak**
**1042 Promenade St**
**Hercules, CA 94547**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.773 7 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Lisa Lee**
**P.O. Box 710**
**La Honda, CA 94020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.773 8 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Lisa Lorenzin**
**3614 Laurel Creek Way**
**Durham, NC 27712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 192
of 961

---

**3.7739**

**Nonpriority creditor's name and mailing address**
**Lisa Lunday**
**429 Edgewood Rd**
**San mateo, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7740**

**Nonpriority creditor's name and mailing address**
**Lisa Nakano**
**1326 Alridge Dr**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7741**

**Nonpriority creditor's name and mailing address**
**Lisa Pavlu**
**499 Mill River Ln**
**San Jose, CA 95134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7742**

**Nonpriority creditor's name and mailing address**
**Lisa Pelgrim**
**1197 Laurie Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7743**

**Nonpriority creditor's name and mailing address**
**Lisa Piehler**
**455 W. Evelyn Ave #1128**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7744**

**Nonpriority creditor's name and mailing address**
**Lisa Robinson**
**216 Blackstone Dr.**
**Boulder Creek, CA 95006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7745**

**Nonpriority creditor's name and mailing address**
**Lisa Wolfe**
**365 S Graham St**
**Pittsburgh, PA 15232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 193 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.774 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Lise Currie**<br>**2683 15th Ave**<br>**San Francisco, CA 94127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.774 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Lisha McCurry**<br>**20093 Bernard St**<br>**Taylor, MI 48180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.774 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Lissa Doty**<br>**4104 24th St #328**<br>**San Francisco, CA 94114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.774 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,142.55** |
|---|---|---|---|
| | **Lithium Networks, LLC**<br><br>**PO Box 29941, Austin, TX 78755** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **10/11/2017**<br>Last 4 digits of account number **2165** | Basis for the claim: **[Notice only] Techshop Brooklyn-7' Black CAT5E and Meraki MR18-HW, refurbished - Storage room WAP** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.775 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Lito J.  Cruz**<br>**3379 Halderman St**<br>**Los Angeles, CA 90066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.775 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Liv Witkowski**<br>**4944 Lindell Blvd. Apt. 4W**<br>**St. Louis, MO 63108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.775 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Liyan Liu**<br>**750 W Baseline Rd**<br>**Tempe, AZ 85283** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|-------------------|--------------------------|--|
| | Name | | |

---

**3.775**
**3**

**Nonpriority creditor's name and mailing address**

**Liz Batronis**
**912 E Drexel Dr**
**Gilbert, AZ 85297**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.775**
**4**

**Nonpriority creditor's name and mailing address**

**Liz Conley**
**645 Bush St. #103**
**San Francisco, CA 94108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.775**
**5**

**Nonpriority creditor's name and mailing address**

**Liz Dietrich**
**1043 Treat Ave.**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.775**
**6**

**Nonpriority creditor's name and mailing address**

**Liz Konsella**
**4201 Ulloa Street**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.775**
**7**

**Nonpriority creditor's name and mailing address**

**Liz Liguori**
**141 SPENCER STREET APT 103**
**BROOKLYN, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.775**
**8**

**Nonpriority creditor's name and mailing address**

**Liz Pasek-Allen**
**348 Shotwell st.**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.775**
**9**

**Nonpriority creditor's name and mailing address**

**Liz Sabol**
**1410 Fox Chapel Road**
**Pittsburgh, PA 15238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.776 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Liz Seip**
**400 Penn Center Blvd, Suite 800**
**Pittsburgh, PA 15235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.776 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Liz Teifer**
**265 E Saratoga St**
**Ferndale, MI 48220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.776 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lizz  Porter**
**3642 Darwin Dr**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.776 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lizz Andrews**
**19160 Hilton dr.**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.776 4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lizz Milota**
**3458 Richmond blvd**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.776 5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lizzee Solomon**
**260 Gross Street #7**
**Pittsburgh, PA 15224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.776 6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**Lizzee Solomon_v**
**5009 Friendship Avenue**
**Pittsburgh, PA 15224**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/14/2017**
Last 4 digits of account number  **23**

Basis for the claim:  **[Notice only] Techshop Pittsburgh-Instructor class instructions on 08/16/2017 & 09/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 196 of 961

**3.776 7**

**Nonpriority creditor's name and mailing address**

**Lizzie Bontrager**
**12700 16th St. S**
**Arlington, VA 22204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.776 8**

**Nonpriority creditor's name and mailing address**

**Lizzie Orr**
**528 Patricia Ln**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.776 9**

**Nonpriority creditor's name and mailing address**

**Lizzy Taber**
**1081 North Parkside Dr C302**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.777 0**

**Nonpriority creditor's name and mailing address**

**Llewelynn Fletcher**
**439 49th St. #22**
**Oakland, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.777 1**

**Nonpriority creditor's name and mailing address**

**Lloyd Eakin**
**7 CHILTON AVE.**
**SAN FRANCISCO, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.777 2**

**Nonpriority creditor's name and mailing address**

**Lloyd Leanse**
**1057 Menlo Oaks Dr**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.777 3**

**Nonpriority creditor's name and mailing address**

**Lloyd Taylor**
**1130 Schooner St**
**Foster City, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.777 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Loc Nguyen**
**2642 Kendrick Cir**
**San Jose, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Loc Vo**
**400 Buttercup Lane**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Loddie Alspach**
**1018 Price Street**
**Taylor, TX 76574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lodelle Marcelino**
**33048 Compton Ct**
**Union city, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Loel Gnadt**
**429 Ford Blvd.**
**Lincoln Park, MI 48146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Logan Becker**
**701 E Apache Blvd**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Logan Fagg**
**10050 Great Hills Trl # 1318**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.778 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Logan Herr**
**1152 South Van Ness**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Logan Jager**
**2130 Bay St**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Logan Jones**
**4240 Duncan**
**St. Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Logan Lieber**
**7116 E Gary Rd**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Logan Powell**
**801 15th street south, Apt 1006**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Logan Randolph**
**509 S Trenton Ave #3**
**Pittsburgh, PA 15221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Logan Riley**
**322 Parnassus Ave. Apt. 4**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.778 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Logan Smith**
**1749 W Tulsa St**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Logan Weintraub**
**231 Dale Drive**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Loliya Memberr**
**16223 N 37th**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Lonna Peters**
**30530 Appalachian Dr**
**Castaic, CA 91384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Lora Everett**
**918 16th St S**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Loren  Carrier**
**2455 E. Westchester Dr.**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|---|---|---|

**Loren Carpenter**
**5749 Lucas Valley Road**
**Nicasio, CA 94946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 200
of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.779 5 | **Nonpriority creditor's name and mailing address**<br>**Loren Olson**<br>**7192 Via Colina**<br>**San Jose, CA 95139**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>Notice Only re Techshop Subsidiary LLC Customer</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.779 6 | **Nonpriority creditor's name and mailing address**<br>**Lorenz Redlefsen**<br>**1600 Forest Trail**<br>**Austin, TX 78703**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>Notice Only re Techshop Subsidiary LLC Customer</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.779 7 | **Nonpriority creditor's name and mailing address**<br>**Lorenzo Parra**<br>**4300 Columbine Dr.**<br>**Austin, TX 78727**<br><br>Date(s) debt was incurred <u>10/4/2017</u><br>Last 4 digits of account number <u>3</u> | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: <u>[Notice only] Techshop Austin -Instructor Fees for the class on 09/12/2017</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40.00** |

| 3.779 8 | **Nonpriority creditor's name and mailing address**<br>**Lorenzo Parra**<br>**4300 Columbine Dr**<br>**Austin, TX 78727**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>Notice Only re Techshop Subsidiary LLC Customer</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.779 9 | **Nonpriority creditor's name and mailing address**<br>**Lorenzo Zesati**<br>**P.O. Box 44**<br>**Gilbert, AZ 85299**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>Notice Only re Techshop Subsidiary LLC Customer</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.780 0 | **Nonpriority creditor's name and mailing address**<br>**Loretta Beavers**<br>**1395 Gazdar Ct.**<br>**Santa Clara, CA 95051**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>Notice Only re Techshop Subsidiary LLC Customer</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.780 1 | **Nonpriority creditor's name and mailing address**<br>**Lori LaRue**<br>**251 Portola State Park Road**<br>**La Honda, CA 94020**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>Notice Only re Techshop Subsidiary LLC Customer</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.780 2 | **Nonpriority creditor's name and mailing address** |
| | **Lori Champagne** |
| | **2135 Watkins Lane Rd** |
| | **Waterford, MI 48328** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.780 3 | **Nonpriority creditor's name and mailing address** |
| | **Lori Champagne_V** |
| | **2135 Watkins Lake Road** |
| | **Waterford, MI 48328** |

Date(s) debt was incurred  **10/20/2017**

Last 4 digits of account number  **C072**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for period 09/21/2017 to 10/04/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$220.00**

---

| | |
|---|---|
| 3.780 4 | **Nonpriority creditor's name and mailing address** |
| | **Lori Champagne_V** |
| | **2135 Watkins Lake Road** |
| | **Waterford, MI 48328** |

Date(s) debt was incurred  **9/20/2017**

Last 4 digits of account number  **C071**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for period 09/05/2017 to 09/20/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$260.00**

---

| | |
|---|---|
| 3.780 5 | **Nonpriority creditor's name and mailing address** |
| | **Lori Champagne_V** |
| | **2135 Watkins Lake Road** |
| | **Waterford, MI 48328** |

Date(s) debt was incurred  **8/20/2017**

Last 4 digits of account number  **C070**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for period 07/21/2017 to 08/18/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$350.00**

---

| | |
|---|---|
| 3.780 6 | **Nonpriority creditor's name and mailing address** |
| | **Lori Filiatrault** |
| | **6050 Ronchamps Dr** |
| | **Round Rock, TX 78681** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.780 7 | **Nonpriority creditor's name and mailing address** |
| | **Lori Frey** |
| | **3955 Mayfair** |
| | **Dearborn Heights, MI 48125** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 202 of 961

| | | |
|---|---|---|
| **3.780 8** | **Nonpriority creditor's name and mailing address** <br> **Lori Hebert** <br> **95 Stoney ford Ave,** <br> **San Francisco, CA 94112** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.780 9** | **Nonpriority creditor's name and mailing address** <br> **Lori Hepner** <br> **3603 California Ave. Unit A** <br> **Pittsburgh, PA 15212** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.781 0** | **Nonpriority creditor's name and mailing address** <br> **Lori Jain** <br> **610 Jackson St., Suite 220** <br> **Santa Clara, CA 95050** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.781 1** | **Nonpriority creditor's name and mailing address** <br> **Lori Petitt** <br> **2334 21st St.** <br> **Santa Monica, CA 90405** | **$29,991.78** |

Date(s) debt was incurred  **8/6/2015**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.781 2** | **Nonpriority creditor's name and mailing address** <br> **Lori Petitti** <br> **2334 21st St.** <br> **Santa Monica, CA 90405** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.781 3** | **Nonpriority creditor's name and mailing address** <br> **Lori Richards** <br> **12234 Arcola st.** <br> **Livonia, MI 48150** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.781 4** | **Nonpriority creditor's name and mailing address** <br> **Lori Saxon** <br> **835 Milo Ct** <br> **San Jose, CA 95133** | **$57,079.45** |

Date(s) debt was incurred  **4/27/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.781 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lori Tierney**
**368 N 6th St.**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.781 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lorne Zhang**
**1115 St. Joseph Ave.**
**Los Altos, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.781 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lorraine Allard**
**2213 Crescent ave**
**Montrose, CA 91020**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.781 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lorrie McPheeters**
**2994 Cotttonwood Ct**
**Santa Clara, CA 95051**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.781 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Loryn Bertoti**
**618 Parkview Ave**
**North Braddock, PA 15104**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lou Lippincott**
**720 Anderson Dr**
**Los Altos, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Louane Kuang**
**475 Paiute Lane**
**San Jose, CA 95123**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Louie  Carmona**
**1503 E. Ivyglen St.**
**Mesa, AZ 85203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Louie Fielding**
**1057 Montgomery St.**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Louie Patacsil**
**139 Tellerday Ct**
**Vallejo, CA 94589**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Louis  Chapman**
**One MedImmune Way**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Louis De La Cruz**
**1006 Olympic Dr**
**Pflugerville, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Louis Erickson**
**2716 Joseph Av. #1**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Louis Freitas**
**1766 Gilda Way**
**San Jose, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.782 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Louis Garbis**
**5504 Sacramento Mews Pl**
**Alexandria, VA 22309**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Louis Gerbarg**
**45 Lansing St. #4001**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Louis Wilcox**
**227 W Caroline Ln**
**Tempe, AZ 85284**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Louisa Cheung**
**288 3rd St #601**
**San Francisco, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Louise Hobbs**
**221 11th St.**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Louisiane WORMSER**
**1080 Folsom St**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lourdes Muguerza**
**4451 Jan Way**
**San Jose, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td>3.783<br>6</td><td>**Nonpriority creditor's name and mailing address**<br>**Lowell Daniels**<br>**800 Olive, Apt. 1319**<br>**St. Louis, MO 63101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>**$0.00**</td></tr>
</table>

<table>
<tr><td>3.783<br>7</td><td>**Nonpriority creditor's name and mailing address**<br>**Lu Han**<br>**5515 Waterman**<br>**St. Louis, MO 63112**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>**$0.00**</td></tr>
</table>

<table>
<tr><td>3.783<br>8</td><td>**Nonpriority creditor's name and mailing address**<br>**Luba Lieber**<br>**7116 E Gary Rd**<br>**Scottsdale, AZ 85254**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>**$0.00**</td></tr>
</table>

<table>
<tr><td>3.783<br>9</td><td>**Nonpriority creditor's name and mailing address**<br>**Luba Reznikova**<br>**300 Mercer St**<br>**New York, NY 10003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>**$0.00**</td></tr>
</table>

<table>
<tr><td>3.784<br>0</td><td>**Nonpriority creditor's name and mailing address**<br>**Lucas Fritz**<br>**135 Corwin Apt 1**<br>**San Francisco, CA 94114**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>**$0.00**</td></tr>
</table>

<table>
<tr><td>3.784<br>1</td><td>**Nonpriority creditor's name and mailing address**<br>**Lucas Krull**<br>**17300 Brook Hill Drive**<br>**Orland Park, IL 60467**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>**$0.00**</td></tr>
</table>

<table>
<tr><td>3.784<br>2</td><td>**Nonpriority creditor's name and mailing address**<br>**Lucas Nene**<br>**1016 Woodbine Ave.**<br>**Pittsburgh, PA 15201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>**$0.00**</td></tr>
</table>

| 3.784 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lucas Pierson**
551 E Apache Blvd.
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lucas Robinson**
423 6th St NE
Washington, DC 20002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lucas Saugen**
3201 Colfax Ave
Minneapolis, MN 55408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lucas Shryock**
7352 Fernbrook Dr.
Saint Louis, MO 63123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lucas Vogelsang**
1449 Broadway
Brooklyn, NY 11221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lucas Whipple**
2439 Hastings Dr.
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lucia Casu**
33 Shorebreeze Ct
East Palo Alto, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 208
of 961

| 3.785 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lucia Leal**
**297 Chenery St**
**San Francisc, CA 94131**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lucien Hollins**
**1216 E Vista Del Cerro Dr Apt 1014**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lucky Landsverk**
**479 Naples Street**
**San Francisco, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $27,010.96 |
|---|---|---|---|

**Lucy Hsu**
**555 Benvenue Ave.**
**Los Altos, CA 94024**

Date(s) debt was incurred  **1/31/2017**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lucy im**
**801 Minnesota, 19**
**san francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lucy Wright**
**495 Toft St**
**Mountain View, CA 94041**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lucya Koroleva**
**1388 Gough St #1203**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.785 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Lucyna Boyle**
2446 E Hope St
Mesa, AZ 85213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ludwig Dittler**
350 Velarde St
Mountain View, CA 94041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Luis Ibarra**
1115 E Lenor St
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Luis Lorenzotti**
33-20 48th Ave
Long Island City, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Luis Medina**
1050 S Terrace Rd
Apt 2002
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Luis Moreno**
1312 Willow St.
Austin, TX 78702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Luis Santilla**
1328 84th Ave
Oakland, CA 94621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|------------------|-------------------------|---|
| | Name | | |

| 3.786 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Luise Hipolito**<br>**1314 Lausuen Dr.**<br>**Millbrae, CA 94030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.786 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Luise Jones**<br>**1780 Pine Ave**<br>**Petauluma, CA 94954** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.786 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Luka Mullen**<br>**588 Page St**<br>**San Francisco, CA 94117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.786 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Lukas  Flenner**<br>**529, 44th st**<br>**Oakland, CA 94609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.786 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Luke  Burgtorf**<br>**6640 Madison**<br>**Taylor, MI 48180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.786 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Luke Allen**<br>**1175 Park Place #106**<br>**San Mateo, CA 94403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.787 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Luke Hatch**<br>**390 W. Columbia Rd.**<br>**Thousand Oaks, CA 91360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

---

| 3.787 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Luke Jacobs** | ☐ Contingent | |
| **44963 Sondra** | ☐ Unliquidated | |
| **Belleville, MI 48111** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.787 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Luke Keyes** | ☐ Contingent | |
| **11803 Dove Haven Drive** | ☐ Unliquidated | |
| **Austin, TX 78753** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.787 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,391.78** |
| **Luke Kung** | ☐ Contingent | |
| **3297 Vin Santo Lane** | ☐ Unliquidated | |
| **San Jose, CA 95054** | ☐ Disputed | |
| Date(s) debt was incurred **5/24/2016** | **Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.787 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Luke Kung** | ☐ Contingent | |
| **3297 Vin Santo Lane** | ☐ Unliquidated | |
| **San Jose, CA 95054** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.787 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Luke Matthys** | ☐ Contingent | |
| **1225 Balboa Ave.** | ☐ Unliquidated | |
| **Burlingame, CA 94010** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.787 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,208.22** |
| **Luke Matthys & Marily Good JNT TEN** | ☐ Contingent | |
| **1225 Balboa Ave.** | ☐ Unliquidated | |
| **Burlingame, CA 94010** | ☐ Disputed | |
| Date(s) debt was incurred **12/27/2013** | **Basis for the claim:** **Principal and accrued interest for loan to TechShop Mid Peninsula LLC** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.787 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Luke Mullen** | ☐ Contingent | |
| **3420 Bay Rd** | ☐ Unliquidated | |
| **Redwood City, CA 94063** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.787 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luke O'Malley**
**275 Hawthorne Ave, Apt. 203**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luke Pan**
**426 W Thunderhill Dr.**
**Phoenix, AZ 85045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luke Raymer**
**3110 Phelau Way**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luke Stangel**
**1543 Lincoln Ave**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luke Stevens**
**1091 Calcot Pl. #216**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luke Williamson**
**2607 Sunflower Trail**
**Copperas Cove, TX 76522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luke Winterstein**
**3257 E. University Dr.**
**Mesa, AZ 85213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 213 of 961

| Debtor | TechShop, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.788 5 | **Nonpriority creditor's name and mailing address**<br>**Luke Zito**<br>**1011 Union St. Apt. 2**<br>**San Francisco, CA 94133** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.788 6 | **Nonpriority creditor's name and mailing address**<br>**Lulu Ren**<br>**2085 Denise Dr**<br>**Santa Clara, CA 95050** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.788 7 | **Nonpriority creditor's name and mailing address**<br>**Lumio LLC**<br>**8 Gallagher Lane**<br>**San Francisco, CA 94103** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$2,025.00** |
| | Date(s) debt was incurred  **10/1/2017**<br>Last 4 digits of account number  **0335** | **Basis for the claim:**  **[Notice only] Techshop Brooklyn-Classic Lumio Lamp - Walnut**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.788 8 | **Nonpriority creditor's name and mailing address**<br>**Luther Patenge**<br>**635 Ellis Street, Apt 401**<br>**San Francisco, CA 94109** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.788 9 | **Nonpriority creditor's name and mailing address**<br>**Lydia Bellevue**<br>**243 Greene Avenue, #2**<br>**Brooklyn, NY 11238** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.789 0 | **Nonpriority creditor's name and mailing address**<br>**Lydia Bestul**<br>**6022 Broad Street**<br>**Pittsburgh, PA 15206** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.789 1 | **Nonpriority creditor's name and mailing address**<br>**Lydia Harry**<br>**1050 Borregas Ave. Apt.92**<br>**Sunnyvale, CA 94089** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 214
of 961

| 3.789 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lyle Chamberlain**
2359 1/2 Tilbury Ave.
Pittsburgh, PA 15217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lyle Franklin**
1111 Pine St., Apt. 400
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lyle Hailey**
1724 S Sierra Vista Dr.
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lyle Smith**
61 Yale Rd
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lyle Tucker**
215 Main Street Apt2
Romeo, MI 48065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lyn Azevedo**
216 Rodonovan Drive
Santa Clara, CA 95051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lynden Johnson**
941 Delbert Way
San Jose, CA 95126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number (if known) |
|--------|--------------------|------------------------|
| | Name | |

---

**3.7899**

**Nonpriority creditor's name and mailing address**
**Lynette Jarrette**
**16822 S. 15th Ave**
**Phx, AZ 85045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7900**

**Nonpriority creditor's name and mailing address**
**Lynn Bodell**
**107 Reservoir Rd**
**Atherton, CA 94027**

Date(s) debt was incurred  **2/11/2011**

Last 4 digits of account number  **NA**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$16,081.29**

---

**3.7901**

**Nonpriority creditor's name and mailing address**
**Lynn Bodell**
**107 Reservoir Rd**
**Atherton, CA 94027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7902**

**Nonpriority creditor's name and mailing address**
**Lynn caldwell**
**1990 josephine drive**
**san jose, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7903**

**Nonpriority creditor's name and mailing address**
**Lynn Fernandez**
**743 S Granada St**
**Arlington, VA 22204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7904**

**Nonpriority creditor's name and mailing address**
**Lynn Jepsen**
**651 Scott St**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7905**

**Nonpriority creditor's name and mailing address**
**Lynn McGraw**
**674 Applewood Dr.**
**Saint Louis, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 216
of 961

| 3.790 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynn McLeod**
26950 Orchard Hill Ln
Los Altos Hills, CA 91011

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynn Rosen**
261 N. Glenhurst
Bloomfield Hills, MI 48301

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynn Skora**
1503 North Village Road
Reston, VA 20194

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynn Wu**
526 E Santa Inez Ave.
San Mateo, CA 94401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynne  Avadenka**
26116 York
Huntington Woods, MI 48070

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynne Angeloro**
1813 Channing Ave
Palo Alto, CA 94303

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynne Freeman**
355 Bryant St Unit 110
San Francisco, CA 94107

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 217 of 961

**3.791 3**

**Nonpriority creditor's name and mailing address**
**Lynne Irvin**
**1354 N. Sheridan Ave.**
**Pittsburgh, PA 15206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.791 4**

**Nonpriority creditor's name and mailing address**
**M Khong & H Khong**
**1343 W Roadrunner Dr**
**Chandler, AZ 85286**

Date(s) debt was incurred **9/16/2015**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$29,597.26**

---

**3.791 5**

**Nonpriority creditor's name and mailing address**
**M. Gilligan Designs**
**956 Milton St.**
**Pittsburgh, PA 15218**

Date(s) debt was incurred **6/17/2014**

Last 4 digits of account number **0381**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh-Check # 40381twicely eleared in bank**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.791 6**

**Nonpriority creditor's name and mailing address**
**M. Gilligan Designs**
**956 Milton St.**
**Pittsburgh, PA 15218**

Date(s) debt was incurred **6/17/2014**

Last 4 digits of account number **0395**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh-Check # 40395twicely eleared in bank**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.791 7**

**Nonpriority creditor's name and mailing address**
**Maansi Desai**
**1962 11th Avenue**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.791 8**

**Nonpriority creditor's name and mailing address**
**Maayan Zuniga**
**1840 Alford Ave.**
**Los Altos, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.791 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mabel Fong**
**10570 White Fir Court**
**Cupertino, CA 95014**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mabel Owen**
**17001 Springlake Drive**
**Dripping Springs, TX 78620**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mac Garrison**
**3812 12th St S**
**Arlington, VA 22204**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mac McJunkin**
**1853 Embarcadero 2B**
**Oakland, CA 94606**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MacColl Nicolson**
**3280 South Debbie st**
**Flagstaff, AZ 86005**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.10 |

**Machinery Finance Resources**
**PO BOX 858178**
**MINNEAPOLIS,, MN 55485-8178**

Date(s) debt was incurred **11/1/2017**
Last 4 digits of account number **6639**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-November 2017 Installment**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 219 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.792 5 | **Nonpriority creditor's name and mailing address**<br>**Machinery Finance Resources**<br>PO BOX 858178<br>MINNEAPOLIS,, MN 55485-8178 | **As of the petition filing date, the claim is:** *Check all that apply.*       **$1,837.61**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred <u>10/1/2017</u><br>Last 4 digits of account number <u>1987</u> | **Basis for the claim:** <u>[Notice only] Techshop DC Arlington-October 2017</u><br><u>Installment</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.792 6 | **Nonpriority creditor's name and mailing address**<br>**Mack Lutz**<br>708 S. Negley Ave., Apt 2<br>Pittsburgh, PA 15232 | **As of the petition filing date, the claim is:** *Check all that apply.*       **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.792 7 | **Nonpriority creditor's name and mailing address**<br>**Mackenna Donahue**<br>637 Collins Ave<br>Pittsburgh, PA 15206 | **As of the petition filing date, the claim is:** *Check all that apply.*       **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.792 8 | **Nonpriority creditor's name and mailing address**<br>**Mackenzie Cowell**<br>690 Pennsylvania ave #120<br>San Francisco, CA 94107 | **As of the petition filing date, the claim is:** *Check all that apply.*       **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.792 9 | **Nonpriority creditor's name and mailing address**<br>**Mackenzie Ross**<br>8210 Bent Tree Rd APT 106<br>Austin, TX 78759 | **As of the petition filing date, the claim is:** *Check all that apply.*       **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.793 0 | **Nonpriority creditor's name and mailing address**<br>**Maclain Bonfield**<br>11438 S. 45th Ct<br>Phoenix, AZ 85044 | **As of the petition filing date, the claim is:** *Check all that apply.*       **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** <u>Notice Only re Techshop Subsidiary LLC Customer</u><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.793 1 | **Nonpriority creditor's name and mailing address** **MADCO Welding Supply Company Inc** 1988 Old Middlefield Way Mountain View, CA 94043 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed | **$4.70** |
|---|---|---|---|
| | Date(s) debt was incurred **11/30/2017** Last 4 digits of account number **0333** | **Basis for the claim:** **[Notice only] Techshop Menlo Park - Service Charges** Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.793 2 | **Nonpriority creditor's name and mailing address** **MADCO Welding Supply Company Inc** 1988 Old Middlefield Way Mountain View, CA 94043 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed | **$4.70** |
|---|---|---|---|
| | Date(s) debt was incurred **10/30/2017** Last 4 digits of account number **9333** | **Basis for the claim:** **[Notice only] Techshop Menlo Park - Service Charges** Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.793 3 | **Nonpriority creditor's name and mailing address** **MADCO Welding Supply Company Inc** 1988 Old Middlefield Way Mountain View, CA 94043 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed | **$313.59** |
|---|---|---|---|
| | Date(s) debt was incurred **10/12/2017** Last 4 digits of account number **1874** | **Basis for the claim:** **[Notice only] Techshop Menlo Park - Argon,Compressed expense and delivery charges** Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.793 4 | **Nonpriority creditor's name and mailing address** **MADCO Welding Supply Company Inc** 1988 Old Middlefield Way Mountain View, CA 94043 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed | **$383.64** |
|---|---|---|---|
| | Date(s) debt was incurred **9/3/2017** Last 4 digits of account number **1444** | **Basis for the claim:** **[Notice only] Techshop Menlo Park - Argon,Compressed expense and delivery charges** Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.793 5 | **Nonpriority creditor's name and mailing address** **MADCO Welding Supply Company Inc** 1988 Old Middlefield Way Mountain View, CA 94043 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☐ Unliquidated ☐ Disputed | **$313.59** |
|---|---|---|---|
| | Date(s) debt was incurred **7/9/2017** Last 4 digits of account number **0827** | **Basis for the claim:** **[Notice only] Techshop Menlo Park - Argon,Compressed expense for the period dated 06/09/2017** Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.793 6 | **Nonpriority creditor's name and mailing address** **Maddie Howell** 4202 E Ravenswood Gilbert, AZ 85298 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred ___ Last 4 digits of account number ___ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.793 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maddison Hovestadt**
**180 Buckingham Ave #223**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.793 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $162.50 |
|---|---|---|---|

**Maddison Hovestadt_V**
**299 Franklin St. Unit 531**
**Redwood City, CA 94063**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/17/2017**

Last 4 digits of account number  **70**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 08/01/2017 to 08/31/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.793 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maddy Cika**
**109 E Broadway Rd**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madeline Beaver**
**1342 Hillcrest Ct**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madeline Boatwright**
**739 Pecan Way**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madeline Kistler**
**66 Spring St**
**Marion, MA 02738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madeline Zehner**
**738 Henrietta Ave**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.794<br>4 | Nonpriority creditor's name and mailing address<br>**Madison  Ethington**<br>**1142 E. Lynx**<br>**Chandler, AZ 85249** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.794<br>5 | Nonpriority creditor's name and mailing address<br>**Madison Evans**<br>**1645 Hawkins Cove Trail**<br>**Roswell, GA 30076** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.794<br>6 | Nonpriority creditor's name and mailing address<br>**Maged Nabawy**<br>**3400 Stevenson Blvd., Unit D32**<br>**San Francisco, CA 94110** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.794<br>7 | Nonpriority creditor's name and mailing address<br>**Maggie  Porter**<br>**18740 Grey Ave**<br>**Allen Park, MI 48101** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.794<br>8 | Nonpriority creditor's name and mailing address<br>**Maggie Blatnick**<br>**1281 Holly St**<br>**Westmoreland City, PA 15692** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.794<br>9 | Nonpriority creditor's name and mailing address<br>**Maggie Grabmeier**<br>**670 De Haro St**<br>**San Francisco, CA 94107** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.795<br>0 | Nonpriority creditor's name and mailing address<br>**Maggie Porter**<br>**18740 Grey Ave**<br>**Allen Park, MI 48101** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$336.00** |
| | Date(s) debt was incurred  **10/14/2017**<br>Last 4 digits of account number  **8** | Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for period 09/27/2017 to 10/14/2017**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.795 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mahmoud  Abou-Nasr**
**501 Delaford Ct**
**Canton, MI 48188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Mai Nguyen**
**1477 Ernestine Lane**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.795 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Maia Adar**
**706 Chimalus Dr**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.795 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Maia Jacobson**
**2391 Downing Ave.**
**San Jose, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.795 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Maia Stern**
**602 w willow st**
**Carbondale, IL 62901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.795 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Maite Teran**
**3225 Upper Lock Ave.**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.795 7 |
|---|

**Nonpriority creditor's name and mailing address**
**Maiya Skye**
**1825 7th Street NW #312**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.795 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maja Watte**
**36 Circle Road**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Majd Taby**
**14 Dolores Terrace**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Makram Fehri**
**7016 Longwood rd**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Malcolm Knapp**
**1435 Martin Luther King Jr Way #3**
**Berkeley, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Malcolm McLane**
**2108 West Cortez Place**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Malissa Smith**
**370 Ashton Ave.**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mallory  Kato**
**5266 Camden Ave**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 225
of 961

| 3.796 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Malorie Coughlin**
37934 Greenwich
Clinton TWP, MI 48036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Man-Fai Tam**
10109 Marshall Canyon Ct
Dublin, CA 94568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mandar Joshi**
19950 Bonnie Ridge Way
Saratoga, CA 95070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MANDIMBY RAHARISON**
2700 Pleasantdale Rd, Apt 204
Vienna, VA 22180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mandira Sareen**
1322 Half Street SW Apt 201
Washington, DC 20024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mandy Brady**
5350 Fetter Road
San Jose, CA 95132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mandy Kendall**
215 Grant Ave. Apt. 1
Millvale, PA 15209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 226 of 961

---

**3.797 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Mani Kulasooriya**
**170 Sunrise Dr.**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/18/2014
Last 4 digits of account number  NA

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$28,799.07**

---

**3.797 3**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**Mani Kulasooriya**
**170 Sunrise Dr.**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797 4**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**Manidipa Basu**
**60 South Market Street, Suite 150**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797 5**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**Manish Gupta**
**482 Thompson Ave**
**Mountain  View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/30/2017
Last 4 digits of account number  NA

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$27,016.44**

---

**3.797 6**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**Manish Gupta**
**482 Thompson Ave**
**Mountain  View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797 7**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**Manny DeBattista**
**3965 Jefferson Ave**
**Emerald Hills, CA 94062**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  10/31/2017
Last 4 digits of account number  21

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 10/01/2017 to 10/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 227 of 961

**3.797 8**

**Nonpriority creditor's name and mailing address**

**Manny DeBattista**
**3965 Jefferson Ave**
**Emerald Hills, CA 94062**

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **22**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 10/01/2017 to 10/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.797 9**

**Nonpriority creditor's name and mailing address**

**Manny DeBattista**
**3965 Jefferson Ave**
**Emerald Hills, CA 94062**

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **20**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 09/01/2017 to 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$387.50**

---

**3.798 0**

**Nonpriority creditor's name and mailing address**

**Manny DeBattista**
**3965 Jefferson Ave**
**Emerald Hills, CA 94062**

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **19**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 08/08/2017 to 08/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.798 1**

**Nonpriority creditor's name and mailing address**

**Manny Debattista**
**3965 Jefferson Ave.**
**Emerald Hills, CA 94062**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.798 2**

**Nonpriority creditor's name and mailing address**

**Manpreet Bajwa**
**23139 Sagebrush**
**Novi, MI 48375**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.798 3**

**Nonpriority creditor's name and mailing address**

**Manuel Flamerich**
**986 La Mesa Terrace #E**
**Sunnyvale, CA 94086**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.798 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Manuel Rodriguez**
**1701 E. 8th St.**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mara Beardmore**
**292 Laquesta Dr**
**Danville, CA 94526**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marat Nepomnyashy**
**PO Box 610322**
**San Jose, CA 95161**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marc Augustine**
**2610 Windy Hill Road**
**Durham, NC 27703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARC BODMER**
**3731 24TH ST**
**SAN FRANCISCO, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marc Boechat**
**10368 B Haven Ave.**
**Redwood City, CA 94063**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.799 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marc Davis**
**1404 Alta Vista Ave**
**Austin, TX 78704**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 229
of 961

| 3.799 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Marc DeAngelis**
128 S. Aberdeen St.
Arlington, VA 22204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Marc Dubresson**
2885 Sanford Ave. SW #16497
Grandville, MI 49418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Marc Finley**
2100 Sidney St
Saint Louis, MO 63104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Marc Fong**
148 Central Ave #2
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Marc Fong**
148 Central Ave #2, ----
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Marc Kreidler**
645 E. McKinley Ave
Sunnyvale, CA 94086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Marc Mainville**
1681 Lochmoor Blvd
groosepoint woods, MI 48236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.7998 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Marc Paust** | ☐ Contingent | |
| **10572 N 79th Street** | ☐ Unliquidated | |
| **Scottsdale, AZ 85258** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7999 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Marc Piche** | ☐ Contingent | |
| **1725 Noe Street** | ☐ Unliquidated | |
| **San Francisco, CA 94131** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8000 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Marc Reed** | ☐ Contingent | |
| **1401 Baronets Trl** | ☐ Unliquidated | |
| **Austin, TX 78753** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8001 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Marc Taylor** | ☐ Contingent | |
| **95 Park Terrace East Apt AC** | ☐ Unliquidated | |
| **New York, NY 10034** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8002 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Marc Warsowe** | ☐ Contingent | |
| **456 St. Francis St.** | ☐ Unliquidated | |
| **Redwood City, CA 94062** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8003 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Marc Williams** | ☐ Contingent | |
| **441 Nolden Ave** | ☐ Unliquidated | |
| **San Jose, CA 95117** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8004 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Marcela Cabrera** | ☐ Contingent | |
| **199 montecito ave #209** | ☐ Unliquidated | |
| **oakland, CA 94610** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 231 of 961

| 3.800 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcelle Bolding**
**1018 4th Avenue, APT 304**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.800 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcelo Pando**
**11823 N 76th Way**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.800 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcia Makarenko**
**9471 E. Orange Grove**
**Florence, AZ 85132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.800 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcial Sanchez**
**1207 Dove Haven Dr**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.800 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcie  Boylard**
**42375 Woodwind Ln**
**Canton, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.801 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,311.90** |
|---|---|---|---|

**Marcie Anne S Sayoc**
**1586 9th Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2010**
Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.801 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcie Sayoc**
**1586 9th Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 232 of 961

| 3.801 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marcile Miller**
**47447 San Clemente Terr**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.801 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marco Manuelian**
**89 Shearer Dr**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.801 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marco Mularoni**
**2007 E. Rock Wren Rd.**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.801 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marcos Perez**
**1251 E. Vine Ave.**
**Mesa, AZ 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.801 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marcos Ruelas**
**20 S. 2ND ST. Unit 331**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.801 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marcus Barriga**
**3510 W Fillmore**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.801 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marcus Branch**
**133 Franklin Ave**
**Pittsburgh, PA 15221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 233 of 961

| 3.801 9 | **Nonpriority creditor's name and mailing address** **Marcus Garcia** **1196 E. Canyon Creek Dr.** **Gilbert, AZ 85295** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.802 0 | **Nonpriority creditor's name and mailing address** **Marcus Garcia_V** **1196 E. Canyon Creek Dr.** **Gilbert, AZ 85295** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|---|---|---|---|

Date(s) debt was incurred  **8/13/2017**
Last 4 digits of account number  **1217**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop Chandler- Instructor Class Instructions for the period dated 08/12/2017**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.802 1 | **Nonpriority creditor's name and mailing address** **Marcus Hertlein** **1347 N Redwood Ave.** **San Jose, CA 95128** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,770.05** |
|---|---|---|---|

Date(s) debt was incurred  **5/11/2010**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.802 2 | **Nonpriority creditor's name and mailing address** **Marcus Hertlein** **1347 N Redwood Ave.** **San Jose, CA 95128** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.802 3 | **Nonpriority creditor's name and mailing address** **Marcus Keiper** **3282 North Bridgepointe Lane** **Dublin, CA 94568** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.802 4 | **Nonpriority creditor's name and mailing address** **Marcus Lloyd** **1901 Sky High Dr.** **New Brighton, MN 55112** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.802 5 | **Nonpriority creditor's name and mailing address** **Marcus Lopez** **317 Epiphany Lane** **Pflugerville, TX 78660** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.802 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marcus Merideth**
**33707 Glen Street**
**Westland, MI 48186**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marcus Najac**
**5745 S Raven**
**Mesa, AZ 85212**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marcus Ponce**
**1028 56th Street**
**Oakland, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marcus Ulrich**
**6812 Meade St #2**
**Pittsburgh, PA 15208**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mareike Vellandi**
**941 Hesters Crossing Rd**
**Round Rock, TX 78681**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marek Travnikar**
**110 San Antonio Street**
**Austin, TX 78701**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Margaret Atmar**
**1738 Indian Way**
**Oakland, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.803 3**

**Nonpriority creditor's name and mailing address**

**Margaret Cottingham**
**333 Harrison St.**
**San Francisco, CA 94105**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803 4**

**Nonpriority creditor's name and mailing address**

**Margaret Denelsbeck**
**1122 Woodbourne Ave**
**Pittsburgh, PA 15226**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803 5**

**Nonpriority creditor's name and mailing address**

**Margaret Hanson**
**18802 Nathans Pl**
**Montgomery Village, MD 20886**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803 6**

**Nonpriority creditor's name and mailing address**

**Margaret Jerene**
**3721 Fruitvale Ave #D**
**Oakland, CA 94602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803 7**

**Nonpriority creditor's name and mailing address**

**Margaret Mason**
**2336 Sylvan Ln**
**Glendale, CA 91208**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803 8**

**Nonpriority creditor's name and mailing address**

**Margaret Mateer**
**5417 Bartlett St**
**Pittsburgh, PA 15217**

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **2**

**As of the petition filing date, the claim is:** *Check all that apply.*

$210.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh-Instructor Instruction Fee From 06/05/2017 to 07/11/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803 9**

**Nonpriority creditor's name and mailing address**

**Margaret Woodlief**
**2315 Bright Future Way**
**Raleigh, NC 27614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| | |
|---|---|
| 3.804 0 | |

**Nonpriority creditor's name and mailing address**
**Margariette Hoomes**
**4805 Shady Waters Lane**
**Birmingham, AL 35243**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.804 1 | |

**Nonpriority creditor's name and mailing address**
**Margarita Ganeva**
**6006 Claremont Ave.**
**Oakland, CA 94618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.804 2 | |

**Nonpriority creditor's name and mailing address**
**Margarita Kleibel**
**4430 Albany Dr, Apt 86**
**San Jose, CA 95129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.804 3 | |

**Nonpriority creditor's name and mailing address**
**Margaux Capo**
**711 Post St.**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.804 4 | |

**Nonpriority creditor's name and mailing address**
**Margery Challenger-Lee**
**4285 Payne Ave. Unit 10201**
**San Jose, CA 95117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.804 5 | |

**Nonpriority creditor's name and mailing address**
**Margie Mathewson**
**210 Murlaga Ave Apt**
**Mountain View, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.804 6 | |

**Nonpriority creditor's name and mailing address**
**Margie Saurenman**
**6337 Southwood Ave 3W**
**Clayton, MO 63105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.804 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Margo Whitt**
**17 Bull Elk Run**
**Cloudcroft, NM 88317**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.804 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marguerite Cardinal**
**1132 Kayellen Ct**
**San Jose, CA 95125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.804 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mari Izumikawa**
**660 King Street, Unit 463**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.805 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria  Sam**
**10386 Somerset Court**
**Cupertino, CA 95014**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.805 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Banghart**
**400 Buttercup Lane**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.805 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Bernard**
**2390 E. Derringer Way**
**CHandler, AZ 85286**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.805 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Bornski**
**3770 Flora Vista #103**
**Santa Clara, CA 95051**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**3.805 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Maria Collado** | ☐ Contingent | |
| **1045 Noel Dr.** | ☐ Unliquidated | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.805 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Maria Hernandez** | ☐ Contingent | |
| **4704 23rd St. N** | ☐ Unliquidated | |
| **Arlington, VA 22207** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.805 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Maria McCormac** | ☐ Contingent | |
| **928 Rose Ave.** | ☐ Unliquidated | |
| **Redwood City, CA 94063** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.805 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
| **Maria Melo Bento** | ☑ Contingent | |
| **302 Pecan Dr.** | ☐ Unliquidated | |
| **Austin, TX 78753** | ☑ Disputed | |
| Date(s) debt was incurred **10/30/2017** | Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions for the period 10/01/2017 to 10/31/2017** | |
| Last 4 digits of account number **116** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.805 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
| **Maria Melo Bento** | ☑ Contingent | |
| **302 Pecan Dr.** | ☐ Unliquidated | |
| **Austin, TX 78753** | ☑ Disputed | |
| Date(s) debt was incurred **9/30/2017** | Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions for the period 08/25/2017 to 09/18/2017** | |
| Last 4 digits of account number **115** | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.805 9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Maria Montenegro** | ☐ Contingent | |
| **121 S. Highland Ave.ap.505** | ☐ Unliquidated | |
| **pittsburgh, PA 15206** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 239 of 961

| 3.806 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Munto-Garrigos**
**2464 CRYSTAL DR**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Negrete**
**2301 Bailey Ave.**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Prus**
**2428 Mill Grove Road**
**Pittsburgh, PA 15241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Veronica Aponte**
**1220 E Medolock Dr.**
**Apt 206**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MariaAna Robertson**
**33255 Lark Way**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariam khalil**
**3900 Adeline Street unit109**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariana Folberg**
**327 ordway st**
**san francisco, CA 94134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marianna Marrone**
**3011 Covington Place**
**Round Rock, TX 78681**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marianne Walton**
**4100 Laclede Ave Unite 301**
**Saint Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marianne Sarette**
**1602 W. Browning Way**
**Chandler, AZ 85286**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,102.16 |
|---|---|---|---|

**Maricopa County Treasurer**
**P.O. Box 52133**
**Phoenix, AZ 85072-2133**

Date(s) debt was incurred **10/1/2017**

Last 4 digits of account number **0117**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Chandler- Property Tax for the period 2017 (tax period Jan 1 - Dec 31, 2017)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.12 |
|---|---|---|---|

**Maricopa County Treasurer**
**P.O. Box 52133**
**Phoenix, AZ 85072-2133**

Date(s) debt was incurred **9/1/2017**

Last 4 digits of account number **2017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Chandler- Penalty for Property Tax for the period 2016 (tax period Jan 1 - Dec 31, 2016)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marie Brooks**
**82 Alfred St**
**Detroit, MI 48201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 241
of 961

| | | |
|---|---|---|
| 3.807 3 | **Nonpriority creditor's name and mailing address** **Marie Dennis** 11820 Tesson Ferry Rd, Ste 203 Saint Louis, MO 63128 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.807 4 | **Nonpriority creditor's name and mailing address** **Marie Herring** 22 Arch St. Unit 4 REDWOOD CITY, CA 94062 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.807 5 | **Nonpriority creditor's name and mailing address** **Marie Lambert** 420 Alberto Way, Unit 41 Los Gatos, CA 95032 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.807 6 | **Nonpriority creditor's name and mailing address** **Marie Lo** 1000 South Rd Apt 12 Belmont, CA 94002 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.807 7 | **Nonpriority creditor's name and mailing address** **Marie McNeely** 7019 Pernod Ave. Saint Louis, MO 63139 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.807 8 | **Nonpriority creditor's name and mailing address** **Marie Pelzlova** 700 Walnut Stree 3 San Carlos, CA 94070 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.807 9 | **Nonpriority creditor's name and mailing address** **Mariel Sokolov** 6169 Waterman Saint Louis, MO 63112 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

| 3.808 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariela Montero**
1510 Union St. #8
San Francisco, CA 94123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marilia Poggiali**
315 Russia Ave #3
San Francisco, CA 94112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marilyn Early**
128 College Ave
Mountain View, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.00** |
|---|---|---|---|

**Marilyn Early_V**
128 College Ave.
Mountain View, CA 94040

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **10/28/2017**
Last 4 digits of account number **30**

**Basis for the claim:** **[Notice only] Techshop San Jose -Instructor class instruction for October 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$210.00** |
|---|---|---|---|

**Marilyn Early_V**
128 College Ave.
Mountain View, CA 94040

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/10/2017**
Last 4 digits of account number **29**

**Basis for the claim:** **[Notice only] Techshop San Jose -Instructor class instruction for August 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marilyn Everett**
PO Box 2371
Los Gatos, CA 95031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marilyn Manriquez**
**3941 W. Alice Ave.**
**Phoenix, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marilyn Wong**
**996 Whitecomb Ct**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marina Paz**
**4054 Crawford Circle**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mario  Giron**
**125 S. Dobson Rd. Apt #1095**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mario Lara**
**3809 Canyon Ridge Dr**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mario Vellandi**
**941 Hesters Crossing Rd #1301**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marisa Rheem**
**8016 Shepherd Canyon Road**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.809 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marissa Pimentel**
**328 North Market St #237**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marita Ogden**
**2437 S Jen Tilly Lane**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maritza Fuerte**
**820 Buttercup Cir.**
**Galt, CA 95632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marjorie Carlson**
**5911 Hobart St**
**Pittsburgh, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marjorie Drake**
**6388 Buena Vista Dr. #B**
**Newark, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marjorie Gonzalez**
**713 South I Street**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marjorie Mountainsong**
**3380 Kincaid St.**
**Eugene, OR 97405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.810 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marjorie Risk**
7734 E. Billings Street
Mesa, AZ 85207

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,657.53 |
|---|---|---|---|

**Mark A Pizarek**
216 Rodonovan Drive
Santa Clara, CA 95051

Date(s) debt was incurred **10/6/2015**
Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Cuddihy**
32975 West Rd
New Boston, MI 48164

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Dano**
629 S 2nd Street Apt #4
San Jose, CA 95112

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Doty**
2679 Icard Rhodhiss Rd
Connelly Springs, NC 28612

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Kirschenbaum**
2211 W. Shannon St.
Chandler, AZ 85224

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Lopez**
1417 Circle Drive
Round Rock, TX 78664

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.810 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Mudri**
509 E Palmer
Detroit, MI 48202

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Mullen**
500 Filmore #302
San Francisco, CA 94117

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Muntean**
214 Cerrito Avenue
Redwood City, CA 94061

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Rockwell**
2352 6th St.
Wyandotte, MI 48192

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Rozhin**
651 Briar Ranch Lane
San Jose, CA 95120

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Shoffner**
88 Turquoise Way
San Francisco, CA 94131

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Mark A Kluge**
29145 Cambridge St.
Flat Rock, MI 48134

Date(s) debt was incurred **10/20/2017**

Last 4 digits of account number **15**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Detroit-Instructor class instructions for dated 10/20/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.811 4**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$60.00** |
| **Mark A Kluge**<br>**29145 Cambridge St.**<br>**Flat Rock, MI 48134** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred  9/16/2017 | Basis for the claim:  [Notice only] Techshop Detroit-Instructor class instructions dated 09/16/2017 |
| Last 4 digits of account number  14 | Is the claim subject to offset? ■ No ☐ Yes |

**3.811 5**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$60.00** |
| **Mark A Kluge**<br>**29145 Cambridge St.**<br>**Flat Rock, MI 48134** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred  8/24/2017 | Basis for the claim:  [Notice only] Techshop Detroit-Instructor class instructions for dated 07/31/2017 |
| Last 4 digits of account number  12 | Is the claim subject to offset? ■ No ☐ Yes |

**3.811 6**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$60.00** |
| **Mark A Kluge**<br>**29145 Cambridge St.**<br>**Flat Rock, MI 48134** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred  8/24/2017 | Basis for the claim:  [Notice only] Techshop Detroit-Instructor class instructions for dated 08/04/2017 |
| Last 4 digits of account number  13 | Is the claim subject to offset? ■ No ☐ Yes |

**3.811 7**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Mark Acquaviva**<br>**34678 Greentrees**<br>**Sterling Heights, MI 48312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred | Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes |

**3.811 8**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$15,916.13** |
| **Mark Andrew Huie**<br>**1675 Martin Ave.**<br>**Sunnyvale, CA 94087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  6/25/2011 | Basis for the claim:  Principal and accrued interest for loan to TechShop San Jose LLC |
| Last 4 digits of account number  NA | Is the claim subject to offset? ■ No ☐ Yes |

**3.811 9**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Mark Astorino**<br>**4648 West Earhart Way**<br>**Chandler, AZ 85226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred | Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 248 of 961

| 3.812 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|-------------------------------------------------|--------------------------------------------------------------------|-------|
| | **Mark Benavides**<br>**1329 Amistad Drive**<br>**Round Rock, TX 78664** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.812 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|-------------------------------------------------|--------------------------------------------------------------------|-------|
| | **Mark Bowman**<br>**697 Moraga**<br>**Livermore, CA 94550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.812 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|-------------------------------------------------|--------------------------------------------------------------------|-------|
| | **Mark Boyer**<br>**58 Treehaven Dr.**<br>**San Rafael, CA 94901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.812 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|-------------------------------------------------|--------------------------------------------------------------------|-------|
| | **Mark Bunger**<br>**1743 17th Avenue**<br>**San Francisco, CA 94122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.812 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|-------------------------------------------------|--------------------------------------------------------------------|-------|
| | **Mark Carpenter**<br>**8610 Becker**<br>**Allen Park, MI 48101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.812 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|-------------------------------------------------|--------------------------------------------------------------------|-------|
| | **Mark Carpenter**<br>**33606 Hillcrest Dr.**<br>**Farmington, MI 48335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.812 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|-------------------------------------------------|--------------------------------------------------------------------|-------|
| | **Mark Crawford**<br>**13858 Wiading Pond W**<br>**Belleville, MI 48111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 249 of 961

| 3.812<br>7 | Nonpriority creditor's name and mailing address<br>**Mark Curtis**<br>**655 South Fair Oaks Ave**<br>**Sunnyvale, CA 95051** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812<br>8 | Nonpriority creditor's name and mailing address<br>**Mark Davis**<br>**1200 Rice Ave**<br>**Cedar Park, TX 78613** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812<br>9 | Nonpriority creditor's name and mailing address<br>**Mark Dawson**<br>**801 E McKellips Rd Apt 28-D**<br>**Tempe, AZ 85281** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813<br>0 | Nonpriority creditor's name and mailing address<br>**Mark Dearth**<br>**1434 Dacosta**<br>**Dearborn, MI 48128** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813<br>1 | Nonpriority creditor's name and mailing address<br>**Mark Dehner**<br>**PO Box 411828**<br>**Kansas City, MO 64141** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813<br>2 | Nonpriority creditor's name and mailing address<br>**Mark Dietzel**<br>**301 S Benton**<br>**New Athens, IL 62264** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813<br>3 | Nonpriority creditor's name and mailing address<br>**Mark Dineson**<br>**6301 W Linda Ln**<br>**Chandler, AZ 85226** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.813 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Donohoe**
7205 Dorset Ave.
St. Louis, MO 63130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Draghicescu**
2023 NW Lovejoy St
Portland, OR 97209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Drake**
710 W Loughlin Dr
Chandler, AZ 85225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Duncan**
1765 Hudson Dr
San Jose, CA 95124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Dunger**
33 Frontenac Estates Dr
Frontenac, MO 63131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Edelman**
42668 Lerwick Street
Fremont, CA 94539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Ellis**
4435 Center Ave.
Richmond, CA 94804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.814<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**3.814**
**1**

**Nonpriority creditor's name and mailing address**

**Mark Emanuel**
**228 Berryessa Pass**
**Austin, TX 78732**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.814**
**2**

**Nonpriority creditor's name and mailing address**

**Mark Erickson**
**2703 South Court**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.814**
**3**

**Nonpriority creditor's name and mailing address**

**Mark Fairclaugh**
**5471 Kincaid St**
**Pittsburgh, PA 15206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.814**
**4**

**Nonpriority creditor's name and mailing address**

**Mark Fenwick**
**154 Bonny St.**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.814**
**5**

**Nonpriority creditor's name and mailing address**

**Mark Fiorenza**
**9617 Great Hills Trail #1736**
**Austin, TX 78759**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.814**
**6**

**Nonpriority creditor's name and mailing address**

**Mark Flaa**
**1081 Carolyn Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.814**
**7**

**Nonpriority creditor's name and mailing address**

**Mark Freeland**
**PO Box 193**
**Keego Harbor, MI 48320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | | |
|---|---|---|---|
| **3.8148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Mark Girard**<br>**22059 Cherrylawn Dr.**<br>**Brownstown, MI 48134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.8149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Mark Goergen**<br>**4825 Regiment Court**<br>**Woodbidge, VA 22193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.8150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Mark Grant**<br>**P.O. Box 306**<br>**Chinle, AZ 86503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.8151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Mark Gray**<br>**5274 26th st N**<br>**Arlington, VA 22207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.8152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Mark Greeno**<br>**2924 Advance Dr.**<br>**Florissant, MO 63031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.8153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Mark Guzak**<br>**810 W. Jerome Cir.**<br>**Mesa, AZ 85210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.8154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Mark Hale**<br>**370 Jackson St**<br>**San Jose, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 253 of 961

| 3.815 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mark Hamilton** | ☐ Contingent | |
| **1765 Whispering Willow Pl.** | ☐ Unliquidated | |
| **San Jose, CA 95125** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.815 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mark Hammond** | ☐ Contingent | |
| **1515 Oxford St. #2C** | ☐ Unliquidated | |
| **Berkeley, CA 94709** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.815 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mark Harris** | ☐ Contingent | |
| **4105 Dauphine Dr** | ☐ Unliquidated | |
| **Austin, TX 78727** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.815 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mark Hatch** | ☐ Contingent | |
| **390 W. Columbia Road** | ☐ Unliquidated | |
| **Thousand Oaks, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.815 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mark Hellar** | ☐ Contingent | |
| **2140 20th St, apt 6** | ☐ Unliquidated | |
| **SAN FRANCISCO, CA 94107** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.816 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mark Howards** | ☐ Contingent | |
| **32 N. Prospect St.** | ☐ Unliquidated | |
| **Amherst, MA 01002** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.816 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mark Huie** | ☐ Contingent | |
| **1675 Martin Ave.** | ☐ Unliquidated | |
| **Sunnyvale, CA 94087** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 254
of 961

| 3.816 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,248.68** |
|---|---|---|---|

**Mark Isaac Hammond**
**1515 Oxford St. #2C**
**Berkeley, CA 94709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/17/2011

Last 4 digits of account number  NA

**Basis for the claim:** **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark J Johnson**
**3814 Jarrett Way**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark James**
**1105 Vernon Terrace**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Jaremko**
**407 Costa Rica Avenue**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Jreissaty**
**22012 Wisonsin Ave NW**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Kahrhoff**
**108 Portland Terrace**
**Webster Groves, MO 63119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Kelley**
**1100 Wild Basin Ledge**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 255
of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.816 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Knudsen**
**1088 El Solyo Avenue**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Kooy**
**3461 W Baylor Ln**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Krawczuk**
**3041 Mission St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Kreis**
**15 Robinson Drive**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Larus**
**48 Cumberland St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Levatich**
**PoBox 4073**
**Burlingame, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Liu**
**1331 44th Ave**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

---

**3.817 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Mark Longley**<br>321 Scott St<br>Livermore, CA 94551 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.817 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Mark Lottor**<br>10 Cathy Pl<br>Menlo Park, CA 94025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.817 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Mark Maaske**<br>4860 Clydelle Ave<br>San Jose, CA 95124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.817 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Mark Mackenzie**<br>10646 Wunderlick Drive<br>Cupertino, CA 95014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.818 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Mark Majdanski**<br>900 Folsom Street Apt 452<br>San Francisco, CA 94107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.818 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Mark Martinez**<br>5832 Shreveport Dr<br>Austin, TX 78727 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.818 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Mark Marzona**<br>4528 19th St<br>San Francisco, CA 94114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 257 of 961

| 3.818 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mark MBAPPOU**
**835 turk st.**
**San Francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.818 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Mark McBride**
**172 Park Ave**
**Palo Alto, CA 94306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.818 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Mark Mccormick**
**100 43rd st studio 214**
**pittsburgh, PA 15201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.818 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Mark Meaut Mullen**
**500 Filmore #302**
**San Francisco, CA 94117**

Date(s) debt was incurred **9/17/2015**
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$29,591.78**

---

| 3.818 7 |
|---|

**Nonpriority creditor's name and mailing address**
**Mark Mendenhall**
**317 W. Laguna Dr**
**Tempe, AZ 85282**

Date(s) debt was incurred **9/30/2017**
Last 4 digits of account number **2017**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Chandler- Instructor classes Instructions for the period 09/01/2017 to 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

| 3.818 8 |
|---|

**Nonpriority creditor's name and mailing address**
**Mark Mendenhall**
**317 W. Laguna Dr**
**Tempe, AZ 85282**

Date(s) debt was incurred **9/1/2017**
Last 4 digits of account number **2**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Chandler- Instructor classes Instructions for the period 08/01/2017 to 08/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**3.818 9**

**Nonpriority creditor's name and mailing address**
**Mark Mendenhall**
**317 W Laguna**
**Tempe, AZ 85282**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.819 0**

**Nonpriority creditor's name and mailing address**
**Mark Merrill**
**91 Wilburn Ave.**
**Atherton, CA 94027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.819 1**

**Nonpriority creditor's name and mailing address**
**Mark Moore**
**1340 Bent Drive**
**Campbell, CA 95008**

Date(s) debt was incurred  **1/17/2017**

Last 4 digits of account number  **NA**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

$10,835.07

---

**3.819 2**

**Nonpriority creditor's name and mailing address**
**Mark Muendelein**
**1691 Lederer Circle**
**San Jose, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.819 3**

**Nonpriority creditor's name and mailing address**
**Mark Murphy**
**12820 Valley Hill St**
**Woodbridge, VA 22192**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.819 4**

**Nonpriority creditor's name and mailing address**
**Mark Nathans**
**1266 W. Stanford Ave.**
**Gilbert, AZ 85233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.819 5**

**Nonpriority creditor's name and mailing address**
**Mark Negrete**
**2301 Bailey Ave**
**San Jose, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 259 of 961

| 3.819 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Nestegard**
**7386 Coldwater Cyn**
**Austin, TX 78730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Norwood**
**1055 S Taylor**
**St Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark O'Leary**
**631 O'Farrell St Apt 302**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Odom**
**11117 Edgecomb Cv**
**Austin, TX 78737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.820 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Ott**
**12330 Little Emily Way**
**Austin, TX 78753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.820 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Patrick**
**401 e st se, WASHINGTON, DC**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.820 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Pavlyukovskyy**
**720 Arkansas St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.820 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Mark Peschiutta** | ☐ Contingent | |
| **2685 Munster Rd** | ☐ Unliquidated | |
| **Rochester Hills, MI 48309** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.820 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Mark Pimentel** | ☐ Contingent | |
| **537 Bear Paw Lane, South** | ☐ Unliquidated | |
| **Colorado Springs, CO 80906-3216** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.820 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Mark Pizarek** | ☐ Contingent | |
| **216 Rodonovan Drive** | ☐ Unliquidated | |
| **Santa Clara, CA 95051** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.820 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,886.25** |
| **Mark Prus** | ☐ Contingent | |
| **2428 Millgrove Road** | ☐ Unliquidated | |
| **Pittsburgh, PA 15241** | ☐ Disputed | |
| Date(s) debt was incurred **3/17/2016** | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.820 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Mark Prus** | ☐ Contingent | |
| **2428 Millgrove Road** | ☐ Unliquidated | |
| **Pittsburgh, PA 15241** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.820 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Mark Riegel** | ☐ Contingent | |
| **1118 Elko Dr** | ☐ Unliquidated | |
| **Sunnyvale, CA 94089** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.820 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Mark Robinson** | ☐ Contingent | |
| **18486 Southampton St** | ☐ Unliquidated | |
| **Livonia, MI 48152** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.821 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Rogers**
**3043 S. 81st Circle**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Saba**
**2182 E Tonto Place**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Schmick**
**1380 Masonic Ave #1**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Schmidt**
**35 Wilson Street - Suite 201**
**Pittsburgh, PA 15223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Seiden**
**1920 Bishop Rd**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Seidenstricker**
**939 Orr Street**
**Pacific, MO 63069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Sellan**
**5219 Lindenwood Ave.**
**St. Louis, MO 63109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Shuck**
**7012 Armagh Dr.**
**Austin, TX 78754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Simpson**
**3860 Harvest drive**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Smith**
**2448 liberty Street.**
**Canton, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Sochan**
**9539 Via Del Cielo**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Sparks**
**300 Bayside Ct**
**Glen Carbon, IL 62034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Stevens**
**800 W. Queen Creek #1012**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Stodter**
**1150 Ripley Street Apt 407**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | Debtor **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.822 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Mark Streeter** | ☐ Contingent | |
| | **3133 Casa de Campo Apt 301** | ☐ Unliquidated | |
| | **San Mateo, CA 94403** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Mark Sundt** | ☐ Contingent | |
| | **170 Blackrock Lane** | ☐ Unliquidated | |
| | **Weldon Spring, MO 63304** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,191.78** |
|---|---|---|---|
| | **Mark T Hamilton** | ☐ Contingent | |
| | **1765 Whispering Willow Pl.** | ☐ Unliquidated | |
| | **San Jose, CA 95125** | ☐ Disputed | |
| | Date(s) debt was incurred **12/29/2016** | **Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc** | |
| | Last 4 digits of account number **NA** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Mark Towfiq** | ☐ Contingent | |
| | **3493 South CT** | ☐ Unliquidated | |
| | **Palo Alto, CA 94306** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Mark Tsuchida** | ☐ Contingent | |
| | **1030 El Monte Ave Apt 12** | ☐ Unliquidated | |
| | **Mountain View, CA 94040** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,366.84** |
|---|---|---|---|
| | **Mark Verbeck** | ☐ Contingent | |
| | **736 Oakview Way** | ☐ Unliquidated | |
| | **Emerald Hills, CA 94062** | ☐ Disputed | |
| | Date(s) debt was incurred **12/13/2010** | **Basis for the claim:** **Principal and accrued interest for loan to TechShop San Jose LLC** | |
| | Last 4 digits of account number **NA** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.823 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Mark Verbeck** | ☐ Contingent | |
| | **736 Oakview Way** | ☐ Unliquidated | |
| | **Emerald Hills, CA 94062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.823 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Volmer**
**45 Kingsbury Place**
**St. Louis, MO 63112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Wagner**
**530 University Ave #6**
**Los Gatos, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Welch**
**151 Calderon Ave Apt 326**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Wetzel**
**1700 Chula Vista**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Wheeler**
**1318 Guerrero St.**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,127.04** |
|---|---|---|---|

**Mark Woon**
**390 Juanita Way**
**Los Altos, CA 94022**

Date(s) debt was incurred  **2/25/2010**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Woon**
**390 Juanita Way**
**Los Altos, CA 94022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 3.823 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Yamazaki**
**43808 Frederkburg**
**canton, MI 48188**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark_D Kelley**
**653a minna street**
**san francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Markanthony Rivera**
**328 N. 15th St**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marko Haarma**
**3456 s valerie dr**
**Chandler, AZ 85286**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Markus Roskothen**
**2538 Humboldt Avenue**
**Oakland, CA 94601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marla Erwin**
**507 n kirkland**
**brusly, LA 70719**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marla Parker**
**730 Bicknell Rd**
**Los Gatos, CA 95030**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398　Doc# 2-1　Filed: 02/26/18　Entered: 02/26/18 18:01:21　Page 266
of 961

| 3.824 5 | **Nonpriority creditor's name and mailing address** **Marlow Weston** **1705 O'Callahan Drive** **Austin, TX 78748** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.824 6 | **Nonpriority creditor's name and mailing address** **Marn-Yee Lee** **1850 Montecito Avenue** **Mountain View, CA 94043** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.824 7 | **Nonpriority creditor's name and mailing address** **Marnia Johnston** **1807 Oakmead Dr.** **Concord, CA 94520** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.824 8 | **Nonpriority creditor's name and mailing address** **Marsha Droz** **9301 Beck** **Plymouth twp, MI 48170** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.824 9 | **Nonpriority creditor's name and mailing address** **Marsha Gastwirth** **10646 Wunderlick** **Cupertino, CA 95014** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.825 0 | **Nonpriority creditor's name and mailing address** **Marshall Strouse** **426 Streeker Road** **Wildwood, MO 63011** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.825 1 | **Nonpriority creditor's name and mailing address** **Marshall Corso** **32099 N Thompson Rd** **Queen Creek, AZ 85142** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.825 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$260.00** |
| **Marshall Strouse** | | ☑ Contingent | |
| **426 Strecker Road** | | ☐ Unliquidated | |
| **Wildwood, MO 63011** | | ☑ Disputed | |
| Date(s) debt was incurred  **10/23/2017** | | | |
| Last 4 digits of account number  **3171** | | **Basis for the claim:**  **[Notice only] Techshop St. Louis- Instructor fee for the period 10/06/2017 - 10/20/2017** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.825 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$255.00** |
| **Marshall Strouse** | | ☑ Contingent | |
| **426 Strecker Road** | | ☐ Unliquidated | |
| **Wildwood, MO 63011** | | ☑ Disputed | |
| Date(s) debt was incurred  **10/31/2017** | | | |
| Last 4 digits of account number  **2171** | | **Basis for the claim:**  **[Notice only] Techshop St. Louis- Instructor fee for the period 10/04/2017 - 10/19/2017** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.825 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$655.00** |
| **Marshall Strouse** | | ☑ Contingent | |
| **426 Strecker Road** | | ☐ Unliquidated | |
| **Wildwood, MO 63011** | | ☑ Disputed | |
| Date(s) debt was incurred  **9/4/2017** | | | |
| Last 4 digits of account number  **4171** | | **Basis for the claim:**  **[Notice only] Techshop St. Louis- Instructor fee for the period 08/06/2017 to 08/31/2017** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.825 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Marta Ali** | | ☐ Contingent | |
| **902 WOLFE ST** | | ☐ Unliquidated | |
| **ALEXANDRIA, VA 22314** | | ☐ Disputed | |
| Date(s) debt was incurred  _ | | | |
| Last 4 digits of account number  _ | | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.825 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Marta Carrillo** | | ☐ Contingent | |
| **18690 Westview Drive** | | ☐ Unliquidated | |
| **Saratoga, CA 95070** | | ☐ Disputed | |
| Date(s) debt was incurred  _ | | | |
| Last 4 digits of account number  _ | | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.825 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Martha Merrill** | | ☐ Contingent | |
| **4222 Coleridge St** | | ☐ Unliquidated | |
| **Pittsburgh, PA 15201** | | ☐ Disputed | |
| Date(s) debt was incurred  _ | | | |
| Last 4 digits of account number  _ | | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | |
|---|---|---|
| 3.825 8 | **Nonpriority creditor's name and mailing address** **Martha Phelps** 1532 Florida St San Francisco, CA 94110 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.825 9 | **Nonpriority creditor's name and mailing address** **Martha Simmons** 19 Kimmie Ct Belmont, CA 94002 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.826 0 | **Nonpriority creditor's name and mailing address** **Marti Brickner** 10926 Jollyville Rd, 101 Austin, TX 78759 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.826 1 | **Nonpriority creditor's name and mailing address** **Martin Abresch** 1216 W 6th St Tempe, AZ 85281 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.826 2 | **Nonpriority creditor's name and mailing address** **Martin Arthur** 15450 FM 1325 Apt 2124 Austin, TX 78728 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.826 3 | **Nonpriority creditor's name and mailing address** **Martin Baladon** 1212 Whipple Avenue #205 Redwood City, CA 94062 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.826 4 | **Nonpriority creditor's name and mailing address** **Martin Bogomolni** 12227 Tanglewild Dr Austin, TX 78758 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.826 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Casey**
**755 William Pitt Way**
**Pittsburgh, PA 15238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Chavez**
**1056 E. San Fernando St.**
**San Jose, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Chavez**
**688 S Roca**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Derry**
**29609 Oakview St.**
**Livonia, MI 48154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Elthon**
**404 E Broad St**
**Falls Church, VA 22046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Gaerttner**
**2601 Detroit St**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Geisler**
**11300 Hartland St**
**North Hollywood, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.827 2**

**Nonpriority creditor's name and mailing address**

**Martin Hudson**
**2935 Garfield Street NW**
**Washington, DC 20008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.827 3**

**Nonpriority creditor's name and mailing address**

**Martin Hudson**
**1270 N Firehouse Court**
**Chandler, AZ 85224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.827 4**

**Nonpriority creditor's name and mailing address**

**Martin Kazinski**
**369 Bellevue Ave. 401**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.827 5**

**Nonpriority creditor's name and mailing address**

**Martin Lee**
**392 N Murphy Ave**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.827 6**

**Nonpriority creditor's name and mailing address**

**Martin Lippincott**
**1249 E. Spence Ave. Apt. 241**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.827 7**

**Nonpriority creditor's name and mailing address**

**Martin Magana**
**380 Northlake Drive #5**
**San Jose, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.827 8**

**Nonpriority creditor's name and mailing address**

**Martin Sweat**
**4163 South Four Mile Run Drive, Unit 402**
**Arlington, VA 22204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 271
of 961

| 3.827 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Wasserman**
**1812 Sand Hill Rd #405**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martina Bucciantonio**
**2516A Nason Ave**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martina Wiesner**
**30 2 Rita Ln**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martine Neider**
**747 55th st**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martins Bluzma**
**180 E. William St**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marty Keeter**
**317 N. Prospect**
**ypsilanti, MI 48198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marty Swartz**
**7723 Abbott Street**
**Pittsburgh, PA 15221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marv Wachendorf**
**2223 E. San Tan Street**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.828 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marvalisa Coley**
**2904 4th St, Apt 1**
**Trenton, MI 48183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.828 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marvin Garcia**
**2499 Borren Dr**
**San Jose, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.828 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marvin Kraska**
**24830 Richmond**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.829 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marvin Nguyen**
**165 Blosson Hill Rd. Sp. 54**
**San jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.829 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary  Beck**
**1300 Crystal Drive #802**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.829 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary  Telling**
**386 Richland Ave**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 273
of 961

| 3.829<br>3 | **Nonpriority creditor's name and mailing address**<br>**Mary Whitt-Dinkins**<br>**18687 George Washington**<br>**Southfield, MI 48075** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.829<br>4 | **Nonpriority creditor's name and mailing address**<br>**Mary Albitz**<br>**1314 Kentfield Ave.**<br>**Redwood City, CA 94061** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.829<br>5 | **Nonpriority creditor's name and mailing address**<br>**Mary Banach**<br>**4274 Shenandoah ave.**<br>**St. Louis, MO 63110** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.829<br>6 | **Nonpriority creditor's name and mailing address**<br>**Mary Chavez**<br>**688 S Roca**<br>**Gilbert, AZ 85296** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.829<br>7 | **Nonpriority creditor's name and mailing address**<br>**Mary Echevarria**<br>**119 12th Avenue**<br>**San Mateo, CA 94402** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.829<br>8 | **Nonpriority creditor's name and mailing address**<br>**Mary Ellen Coe**<br>**2163 East Firestone Dr.**<br>**Chandler, AZ 85249** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.829<br>9 | **Nonpriority creditor's name and mailing address**<br>**Mary Flynn**<br>**4114 Blackthorn St.**<br>**Chevy Chase, MD 20815** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.830 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Garrison**
**3812 12th St S**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Gerbic**
**2280 Paul Minnie Ct**
**Santa Cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Harrington**
**4208 George Ave #2**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Javadi**
**350 River Oaks Parkway, apt 1206**
**San jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,961.62** |
|---|---|---|---|

**Mary Jo Richardson**
**6403 Windwood Dr.**
**College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/23/2014**
Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Jo Richardson**
**6403 Windwood Dr.**
**College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Lovering**
**6323 Cavalier Corridor**
**Falls Church, VA 22044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.830 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary MacDougal**
**8400 Lakewood Dr**
**Raleigh, NC 27613**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary March**
**146 1/2 Noe St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Mason**
**5393 Royal Vale Lane**
**Dearborn, MI 48126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,466.47 |
|---|---|---|---|

**Mary Olson and Christopher Friesen**
**662 Bryan Ave.**
**Sunnyvale, CA 94086**

Date(s) debt was incurred **2/12/2010**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Parker**
**109 Los Patios**
**Los Gatos, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Polacek**
**1911 Branston Rd.**
**Catonsville, MD 21228**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Ruppert-Stroescu**
**5501 Waterman Blvd**
**St. Louis, MO 63109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 276 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.831 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Sawvell**
**408 W Balsam Drive**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.831 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Schnyder**
**7520 E Windsor**
**Scottsdale, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.831 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Shaw**
**5131 Penton Rd.**
**Pittsburgh, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.831 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Tabasko**
**228 S. Winebiddle Street**
**Pittsburgh, PA 15224-1681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.831 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Tolosa**
**20 Jacqueline Ct**
**Daly City, CA 94014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.831 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Troll**
**3420 Commonwealth Ave**
**Maplewood, MO 63143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.832 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mary Walker**
**1322 West Selby lane**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 277 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|--------|--------------------|-----------------------|---|
| | Name | | |

| 3.832 1 | **Nonpriority creditor's name and mailing address**<br>**Maryann Hinden**<br>**3271 Murray Way**<br>**Palo Alto, CA 94303** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---------|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.832 2 | **Nonpriority creditor's name and mailing address**<br>**MaryAnne Brannigan**<br>**225 Clifton St. #123**<br>**Oakland, CA 94618** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---------|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.832 3 | **Nonpriority creditor's name and mailing address**<br>**Marybeth Thomson**<br>**1836 Divisadero, Apt 300**<br>**San Francisco, CA 94115** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---------|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.832 4 | **Nonpriority creditor's name and mailing address**<br>**Marybeth Weider**<br>**4609 25th St**<br>**San Francisco, CA 94114** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---------|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.832 5 | **Nonpriority creditor's name and mailing address**<br>**MaryEsther Middleton**<br>**7505 Waldon Drive**<br>**Austin, TX 78750** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---------|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.832 6 | **Nonpriority creditor's name and mailing address**<br>**Masha  Sedova**<br>**2250 Jerrold Ave #13**<br>**San Francisco, CA 94124** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---------|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.832 7 | **Nonpriority creditor's name and mailing address**<br>**Mason Wolak**<br>**5710 Ridge View Dr.**<br>**Alexandria, VA 22310** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---------|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.832 8 | **Nonpriority creditor's name and mailing address**<br>**Masood Rasooli**<br>**2320 Anna Dr.**<br>**Santa Clara, CA 95050**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.832 9 | **Nonpriority creditor's name and mailing address**<br>**Mat Thorne**<br>**2031 Wendover St. Apt 32**<br>**Pittsburgh, PA 15217**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.833 0 | **Nonpriority creditor's name and mailing address**<br>**Mathew & Glynis**<br>**1431 Rosalia Ave**<br>**San Jose, CA 95130**<br><br>Date(s) debt was incurred  **12/29/2016**<br>Last 4 digits of account number  **NA** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No  ☐ Yes

**$27,191.78**

---

| | |
|---|---|
| 3.833 1 | **Nonpriority creditor's name and mailing address**<br>**Mathew Jenkinson**<br>**500 Buchanan St #A**<br>**San Francisco, CA 94102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.833 2 | **Nonpriority creditor's name and mailing address**<br>**Mathew Porkola**<br>**1600 Fell St, Apt 105**<br>**San Francisco, CA 94117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.833 3 | **Nonpriority creditor's name and mailing address**<br>**Matias Serebrinsky**<br>**597C Dolores St**<br>**San Francisco, CA 94110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.833 4 | **Nonpriority creditor's name and mailing address**<br>**Matt  Cushman**<br>**2844 Laurel View Lave**<br>**Maryland Heights, MO 63043**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

| 3.833 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matt Houtekier**
3737 Chevron
Highland, MI 48356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matt Humphries**
119 South 4th Street
San Jose, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matt Lepalm**
2544 David
Melvindale, MI 48122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matt Pulliam**
PO Box 5805
Austin, TX 78763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matt Reed**
765 Lewiston Ct.
Sunnyvale, CA 94087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.00 |
|---|---|---|---|

**Matt Aaron**
647 W. Baseline Unit 1099
Tempe, AZ 85283

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/30/2017**

Last 4 digits of account number **2017**

Basis for the claim: **[Notice only] Techshop Chandler- Instructor fee for instruction for the period 09/07/2017 to 09/15/201[Notice only] Techshop Chandler- 7**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.834 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Matt Aaron**
647 W. Baseline Unit 1099
Tempe, AZ 85283

Date(s) debt was incurred  9/1/2017

Last 4 digits of account number  2017

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor fee for instruction for the period 08/30/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,679.45 |
|---|---|---|---|

**Matt Ackeret**
2751 Benton Street
Santa Clara, CA 95051

Date(s) debt was incurred  12/2/2016

Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Alvarado**
6318 E Winchcomb
Scottsdale, AZ 85254

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,544.97 |
|---|---|---|---|

**Matt and Vanessa Ginzton**
228 San Jose Ave.
San Francisco, CA 94110

Date(s) debt was incurred  2/24/2010

Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Berels**
909 E. Dallas
Madison Heights, MI 48071

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Berger**
1247 Harriet Ave
Campbell, CA 95008

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.834 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,663.01 |
|---|---|---|---|

**Matt Berry**
**1915 Biltmore St**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/4/2015

Last 4 digits of account number  NA

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Berry**
**1915 Biltmore St**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Blech**
**250 E. Chicago Street**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Bornski**
**3770 Flora Vista #103**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Buchter**
**1744 Hayes St.**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Bushore**
**7271 Plymouth**
**Ann Arbor, MI 48105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Caggiano**
**425 W Mountain Sage Dr**
**Phoenix, AZ 85045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.835<br>4 | **Nonpriority creditor's name and mailing address**<br>**Matt Chiste**<br>**4704 23rd St. N**<br>**Arlington, VA 22207**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.835<br>5 | **Nonpriority creditor's name and mailing address**<br>**Matt Claudius**<br>**68 S. 19th St.**<br>**San Jose, CA 95116**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.835<br>6 | **Nonpriority creditor's name and mailing address**<br>**Matt Contreras**<br>**202 s. 23rd st.**<br>**san Jose, CA 95116**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.835<br>7 | **Nonpriority creditor's name and mailing address**<br>**Matt Cushman**<br>**2844 Laurel View Lane**<br>**Maryland Heights, MO 63043**<br><br>Date(s) debt was incurred  **10/31/2017**<br>Last 4 digits of account number  **9** | **As of the petition filing date, the claim is:** *Check all that apply.*  $240.00<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 9/22/2017 - 10/19/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.835<br>8 | **Nonpriority creditor's name and mailing address**<br>**Matt Cushman**<br>**2844 Laurel View Lane**<br>**Maryland Heights, MO 63043**<br><br>Date(s) debt was incurred  **8/31/2017**<br>Last 4 digits of account number  **7** | **As of the petition filing date, the claim is:** *Check all that apply.*  $60.00<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 8/18/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.835<br>9 | **Nonpriority creditor's name and mailing address**<br>**Matt Darrow**<br>**560 8th Ave.**<br>**San Francisco, CA 94133**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 283 of 961

| | | |
|---|---|---|
| **3.836 0** | **Nonpriority creditor's name and mailing address** **Matt Eckerle** 1657 Foxleigh Ct Saint Louis, MO 63131 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.836 1** | **Nonpriority creditor's name and mailing address** **Matt Eliot** 1322 roxanna rd nw washington, DC 20012 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.836 2** | **Nonpriority creditor's name and mailing address** **Matt Fellows** 244 Grafton Ave. San Francisco, CA 94112 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.836 3** | **Nonpriority creditor's name and mailing address** **Matt Feroce** 2028 Constitution blvd. Arnold, PA 15068 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.836 4** | **Nonpriority creditor's name and mailing address** **Matt Ginzton** 228 San Jose Ave. San Francisco, CA 94110 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.836 5** | **Nonpriority creditor's name and mailing address** **Matt Heck** 3218 West Street Oakland, CA 94608 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.836 6** | **Nonpriority creditor's name and mailing address** **Matt Herron** 26823 Durham Way Hayward, CA 94542 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 284 of 961

**3.836 7**

Nonpriority creditor's name and mailing address
**Matt Highstreet**
**7045 Riverside Blvd**
**Sacramento, CA 95831**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.836 8**

Nonpriority creditor's name and mailing address
**Matt Hill**
**3101 Wilson Blvd Sutie 900**
**Arlington, VA 22202**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.836 9**

Nonpriority creditor's name and mailing address
**Matt Hively**
**1431 Rosalia Ave**
**San Jose, CA 95130**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.837 0**

Nonpriority creditor's name and mailing address
**Matt Ho**
**2121 Peralta St. Ste #125**
**Oakland, CA 94607**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.837 1**

Nonpriority creditor's name and mailing address
**Matt Johnston**
**11 West Glendale Avenue**
**Alexandria, VA 22301**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.837 2**

Nonpriority creditor's name and mailing address
**Matt Kim**
**122 Roble Road Apt. 308**
**Walnut Creek, CA 94597**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.837 3**

Nonpriority creditor's name and mailing address
**Matt Klais**
**104 Garland Way**
**Waterford, MI 48327**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

Official Form 206 E/F
Schedule E/F: Creditors Who Have Unsecured Claims
Page 1285 of 1961

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 285 of 961

| 3.837 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Lavoie**
**8217 Morrell Ln**
**Durham, NC 27713**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Lawrence**
**1205 GEMINI DR**
**AUSTIN, TX 78758**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Leanse**
**P.O. Box Q**
**Menlo Park, CA 94026**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Liwienski**
**29243 Ridgefield**
**Warren, MI 48088**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Lyon**
**497 36th St.**
**Oakland, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Markiewicz**
**145 Arkansas St**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Mastroly**
**2121 Victor Street B**
**St. Louis, MO 63104**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt McEntee**
1310 Delafield Place NW
Washington, DC 20011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt McLean**
6401 Pleasant Pines Dr
Raleigh, NC 27613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$225.00** |
|---|---|---|---|

**Matt Moropoulos_V**
1708 Pine Knoll Drive
Belmont, CA 94002

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/10/2017**

Last 4 digits of account number  **1017**

Basis for the claim: **[Notice only] Techshop SOMA - Instructor class instruction for the period 07/22/2017 to 09/09/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt Mullin**
1728 Drake Drive
Oakland, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt Oliveira**
50 Parkridge Dr #5
San Francisco, CA 94131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt Pace**
805 S. Bogle Ste.4
Chandler, AZ 85225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt Patane**
53 Octavia St.
San Francisco94102, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 287 of 961

| 3.8388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matt Pintarelli**
**18712 Mangan Way**
**Pfugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matt Poley**
**2030 rugby Ct.**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matt Rasmussen**
**3049 Market St.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matt Rupp**
**8930 Kingsley**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matt Sanchez**
**137 Clifford Terrace #5**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matt Santelli**
**603 Bluestone Rd.**
**Durham, NC 27713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matt Scanlan**
**1640 Kirkham Street, #18**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.839 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Matt Schiller**
**988 Franklin St, Apt 1202**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.839 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Matt Shindel**
**3833 E Carson Rd**
**Phoenix, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.839 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Matt Snyder**
**16551 Victoria Crossing Drive, unit D**
**Grover, MO 63040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.839 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Matt Sonic**
**216 Jersey St. #3**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.839 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Matt Stollenwerk**
**1300 B Kobbe Ave.**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.840 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Matt Stumpf**
**3665 Fillmore Street, Unit 8**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.840 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Matt Summers**
**3101 Shoreline Dr**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 289 of 961

| | |
|---|---|
| **3.840 2** | |

**Nonpriority creditor's name and mailing address**

**Matt Terry**
**10629 Bramblecrest Dr.**
**Austin, TX 78726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.840 3** | |

**Nonpriority creditor's name and mailing address**

**Matt Theobald**
**4049 26th Street**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.840 4** | |

**Nonpriority creditor's name and mailing address**

**Matt Vana**
**205 Beacon St**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.840 5** | |

**Nonpriority creditor's name and mailing address**

**Matt Walliser**
**3956 Casanova Dr**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.840 6** | |

**Nonpriority creditor's name and mailing address**

**Matt Ward**
**749 wisconsin St**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.840 7** | |

**Nonpriority creditor's name and mailing address**

**Matt Wicker**
**754 S 3rd St**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.840 8** | |

**Nonpriority creditor's name and mailing address**

**Matt Zambelli**
**209 Canterbury Lane**
**Pittsburgh, PA 15137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.840 9**

Nonpriority creditor's name and mailing address

**Matthew  Cross**
**4350 Gregory Rd**
**Lake Orion, MI 48359**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841 0**

Nonpriority creditor's name and mailing address

**Matthew  Curnen**
**407 Mount Vernon Ave**
**Alexandria, VA 22301**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841 1**

Nonpriority creditor's name and mailing address

**Matthew  Knudsen**
**1262 Stanyan St**
**San Francisco, CA 94117**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841 2**

Nonpriority creditor's name and mailing address

**Matthew  Nelson**
**5122 Westminster**
**Saint Louis, MO 63108**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841 3**

Nonpriority creditor's name and mailing address

**Matthew  Ruffino**
**4190 Rochester RD Apt 109**
**Royal Oak, MI 48073**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841 4**

Nonpriority creditor's name and mailing address

**Matthew  Wang**
**2713 S Beverly Pl**
**Chandler, AZ 85286**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841 5**

Nonpriority creditor's name and mailing address

**Matthew Alexander**
**57 Noe St.**
**San Francisco, CA 94114**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.841 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |
| | **Matthew Ansley** | ☐ Contingent |
| | **195 E Meadows Ct** | ☐ Unliquidated |
| | **Alpharetta, GA 30005** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.841 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |
| | **Matthew Baker** | ☐ Contingent |
| | **783 Roble Ave #1** | ☐ Unliquidated |
| | **Menlo Park, CA 94025** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.841 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |
| | **Matthew Beaver** | ☐ Contingent |
| | **1342 Hillcrest Ct.** | ☐ Unliquidated |
| | **San Jose, CA 95120** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.841 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |
| | **Matthew Berlin** | ☐ Contingent |
| | **1737 Willard St NW, 7** | ☐ Unliquidated |
| | **Washington, DC 20009** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.842 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |
| | **Matthew Birder** | ☐ Contingent |
| | **2412 Harrison St #107** | ☐ Unliquidated |
| | **San Francisco, CA 94110** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.842 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |
| | **Matthew Birkel** | ☐ Contingent |
| | **6425 Penn Ave #700** | ☐ Unliquidated |
| | **Pittsburgh, PA 15206** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.842 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |
| | **Matthew Bozelka** | ☐ Contingent |
| | **766 Cedarville Lane** | ☐ Unliquidated |
| | **San Jose, CA 95133** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.842<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthew Campagna**
**254 State Street**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Matthew Carpenter**
**19755 Fry Rd**
**Northville, MI 48167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Matthew Claridge**
**402 W.Catalina**
**Safford, AZ 85546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Matthew conway**
**911 broderick**
**san francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Matthew Cooke**
**10500 Lakeline Mall Dr. #4607**
**Austin, TX 78717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Matthew Cooper**
**20671 Forge Way #224**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Matthew Czapar**
**1476 Valencia**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 293
of 961

| 3.843 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Darby** | ☐ Contingent | |
| **210 Holladay Ave** | ☐ Unliquidated | |
| **San Francisco, CA 94110** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.843 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Davis** | ☐ Contingent | |
| **400 freeira ct** | ☐ Unliquidated | |
| **milipitas, CA 95035** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.843 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Degges** | ☐ Contingent | |
| **1412 Cedarmeadow Ct** | ☐ Unliquidated | |
| **San Jose, CA 95131** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.843 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Dowling** | ☐ Contingent | |
| **2111 Jefferson Davis Highway** | ☐ Unliquidated | |
| **Arlington, VA 22202** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.843 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Dryer** | ☐ Contingent | |
| **4544 Wheeler Dr** | ☐ Unliquidated | |
| **Fremont, CA 94538** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.843 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Ettus** | ☐ Contingent | |
| **604 Mariposa Ave.** | ☐ Unliquidated | |
| **Mountain View, CA 94041** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.843 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Evans** | ☐ Contingent | |
| **976 Harrison Street** | ☐ Unliquidated | |
| **SAN FRANCISCO, CA 94107** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.843 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matthew Felder**
**2800 Waymaker Way #33**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matthew Ferguson**
**7022 rhoden ct**
**Springfield, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matthew Frazier**
**3835 Ninth St N Apartment 905 East**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matthew Frerichs**
**3310 W Braker Ln Suite 300-922**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matthew Gardner**
**803 Folkstone Ave.**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matthew Ghabrial**
**960 Natoma Street #4**
**San francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matthew Giampapa**
**1362 Hollyburne Ave**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 295 of 961

| 3.844 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Matthew Goodsell**
**1071 Oak St.**
**Hollister, CA 95023**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.844 5 |

**Nonpriority creditor's name and mailing address**
**Matthew Gregory**
**2295 Francisco #202**
**San Francisco, CA 94123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.844 6 |

**Nonpriority creditor's name and mailing address**
**Matthew Guerra**
**447 22nd ave**
**San Mateo, CA 94403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.844 7 |

**Nonpriority creditor's name and mailing address**
**Matthew Hanson**
**1752 N Troy St #688**
**Arlington, VA 22201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.844 8 |

**Nonpriority creditor's name and mailing address**
**Matthew Harrison**
**25248 MapleBrook Dr.**
**Southfield, MI 48033**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.844 9 |

**Nonpriority creditor's name and mailing address**
**Matthew Hattori**
**3917 Picardy Place Ct**
**San Jose, CA 95121**

Date(s) debt was incurred  **11/6/2017**
Last 4 digits of account number  **1710**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Instructor's class instructions for the period 10/01/2017 to 10/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

$525.00

| | | |
|---|---|---|
| Debtor | **TechShop, Inc.** | Case number *(if known)* |
| | Name | |

**3.845 0**

**Nonpriority creditor's name and mailing address**

**Matthew Hattori**
**3917 Picardy Place Ct**
**San Jose, CA 95121**

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **0179**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor's class instructions for the period 09/01/2017 to 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.845 1**

**Nonpriority creditor's name and mailing address**

**Matthew Hattori**
**3917 Picardy Place Ct**
**San Jose, CA 95121**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **0171**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor's class instructions for the period 01/01/2017 to 01/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.845 2**

**Nonpriority creditor's name and mailing address**

**Matthew Hattori**
**3917 Picardy Place Ct**
**San Jose, CA 95121**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **0176**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor's class instructions for the period 06/01/2017 to 06/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.845 3**

**Nonpriority creditor's name and mailing address**

**Matthew Hattori**
**3917 Picardy Place Ct**
**San Jose, CA 95121**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **0174**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor's class instructions for the period 04/01/2017 to 07/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.845 4**

**Nonpriority creditor's name and mailing address**

**Matthew Hattori**
**3917 Picardy Place Ct**
**San Jose, CA 95121**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **0173**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor's class instructions for the period 03/01/2017 to 03/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.845 5**

**Nonpriority creditor's name and mailing address**

**Matthew Hattori**
**3917 Picardy Place Ct**
**San Jose, CA 95121**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **1699**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor's class instructions for the period 12/01/2016 to 12/31/2016**

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

| 3.845 6 | Nonpriority creditor's name and mailing address | | $450.00 |
|---|---|---|---|

**Matthew Hattori**
**3917 Picardy Place Ct**
**San Jose, CA 95121**

Date(s) debt was incurred  9/1/2017

Last 4 digits of account number  0178

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor's class instructions for the period 08/01/2017 to 08/31/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.845 7 | Nonpriority creditor's name and mailing address | | $125.00 |
|---|---|---|---|

**Matthew Hattori**
**3917 Picardy Place Ct**
**San Jose, CA 95121**

Date(s) debt was incurred  9/1/2017

Last 4 digits of account number  0172

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor's class instructions for the period 02/01/2017 to 02/28/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.845 8 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Matthew Hirsch**
**1113 W Shawnee Dr**
**Chandler, AZ 85224**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.845 9 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Matthew Holzman**
**290 Wheeler Ave.**
**Redwood City, CA 94061**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.846 0 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Matthew Hourigan**
**4289 Beechmont Ave**
**San Jose, CA 95136**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.846 1 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Matthew House**
**24570 US HWY 281 South**
**San Antonio, TX 78264**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 298 of 961

| 3.846 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Hung**
**62 Wabash Terrace**
**San Francisco, CA 94134**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Jones**
**2354 Mission Glen Dr**
**Santa Clara, CA 95051**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Kessler**
**6101 Belfast Drive**
**Austin, TX 78723**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Kingham**
**19609 E Emperor Blvd**
**Queen Creek, AZ 85142**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Lacey**
**212 W Roma Ave**
**Phoenix, AZ 85013**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Lanza**
**1412 33rd St. NW**
**Washington, DC 20007**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Larner**
**627 Central Ave**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 299 of 961

| | | |
|---|---|---|
| **3.8469** | **Nonpriority creditor's name and mailing address** | **$0.00** |

Matthew Leacock
958 Cambridge Ave
Sunnyvale, CA, CA 94087

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.8470** | **Nonpriority creditor's name and mailing address** | **$0.00** |

Matthew Leonard
42 Hibiscus Lane
Robbinsville, NJ 08691

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.8471** | **Nonpriority creditor's name and mailing address** | **$0.00** |

Matthew Lepper
15 Hawthorne Way Apt 305
San Jose, CA 95110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.8472** | **Nonpriority creditor's name and mailing address** | **$0.00** |

Matthew Liao
12051 Little Patuxent Pkwy
Columbia, MD 21044

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.8473** | **Nonpriority creditor's name and mailing address** | **$0.00** |

Matthew MacPhail
1711 N Fillmore St
Arlington, VA 22201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.8474** | **Nonpriority creditor's name and mailing address** | **$0.00** |

Matthew Malnar
460 W Canfield St Unit 305
Detroit, MI 48201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.8475** | **Nonpriority creditor's name and mailing address** | **$0.00** |

Matthew McClure
1755 O'Farrell St.
San Francisco, CA 94115

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 300 of 961

| 3.847 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew McPherrin**
587 Burnett ave
San Francisco, CA 94131

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Mike-Wilson**
1716 Nash ave.
Pgh, PA 15235

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Miller**
3704 Dover Ferry Crossing
Austin, TX 78728

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Oharen**
60 Belgrave Ave
San Francisco, CA 94117

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $262.50 |
|---|---|---|---|

**Matthew Oliveira**
50 Park Ridge Dr Apt #5
San Francisco, CA 94131

Date(s) debt was incurred **10/25/2017**
Last 4 digits of account number **22**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA -Instructor class instruction for the period 10/02/2017 to 10/04/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,087.50 |
|---|---|---|---|

**Matthew Oliveira**
50 Park Ridge Dr Apt #5
San Francisco, CA 94131

Date(s) debt was incurred **9/27/2017**
Last 4 digits of account number **21**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Instructor class instruction for the period 08/27/2017 to 09/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 301 of 961

| | | |
|---|---|---|
| 3.848 2 | **Nonpriority creditor's name and mailing address** **Matthew Patterson** 3309 Eldon Drive Imperial, MO 63052 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.848 3 | **Nonpriority creditor's name and mailing address** **Matthew Price** 25603 S 188th Pl Queen Creek, AZ 85142 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.848 4 | **Nonpriority creditor's name and mailing address** **Matthew Randazzo** 4921 Roundtree Dr. Campbell, CA 95008 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.848 5 | **Nonpriority creditor's name and mailing address** **Matthew Sejnowski** 9016 Yucca Mountain Rd Austin, TX 78759 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.848 6 | **Nonpriority creditor's name and mailing address** **Matthew Serniotti** 18209 Flathead Dr Manor, TX 78653 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.848 7 | **Nonpriority creditor's name and mailing address** **Matthew Sikkink** 2407 Ridge Road Dr Alexandria, VA 22302 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.848 8 | **Nonpriority creditor's name and mailing address** **Matthew Smith** 9301 S. Alder Dr. Tempe, AZ 85284 | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 302
of 961

| 3.848 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$0.00** |
| **Matthew Smith** | ☐ Contingent | | |
| **500 Race Street, Apt 4202** | ☐ Unliquidated | | |
| **San Jose, CA 95126** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.849 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$0.00** |
| **Matthew Solovay** | ☐ Contingent | | |
| **9050 Hwy 9, #A** | ☐ Unliquidated | | |
| **Ben Lomond, CA 95005** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.849 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$0.00** |
| **Matthew Sprague** | ☐ Contingent | | |
| **45 White Plains Drive** | ☐ Unliquidated | | |
| **Chesterfield, MO 63017** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.849 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$0.00** |
| **Matthew Stone** | ☐ Contingent | | |
| **3145 Mission St Apt 3** | ☐ Unliquidated | | |
| **San Francisco, CA 94110** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.849 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$0.00** |
| **Matthew Sullivan** | ☐ Contingent | | |
| **1305 Palo Duro Rd** | ☐ Unliquidated | | |
| **Austin, TX 78757** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.849 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$0.00** |
| **Matthew Tait** | ☐ Contingent | | |
| **1949 Leitch rd. #1** | ☐ Unliquidated | | |
| **FERNDALE, MI 48220** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.849 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$0.00** |
| **Matthew Torti** | ☐ Contingent | | |
| **514 McCandless Ave Apt.2** | ☐ Unliquidated | | |
| **Pittsburgh, PA 15201** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.849 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Matthew Tran**
**902 Blue Bonnet Drive**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Matthew Vaughn**
**823 W Kyle Ct**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Matthew Verlinich**
**124 Mohican Ave.**
**Pittsburgh, PA 15237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Matthew Vincenz**
**4323 reno rd nw**
**washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Matthew Werner**
**73 Alvarado Road**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Matthew Westrick**
**1474 Carrington Circle**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Matthew Wisnieski**
**565 West Campbell Ave.**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Wright** | ☐ Contingent | |
| **1543 Colonial Dr. Apt. 101** | ☐ Unliquidated | |
| **Woodbridge, VA 22192** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Wright** | ☐ Contingent | |
| **1 St. Francis Pl., 3302** | ☐ Unliquidated | |
| **San Francisco, CA 94107** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Wyczalkowski** | ☐ Contingent | |
| **4236 Laclede Ave** | ☐ Unliquidated | |
| **St. Louis, MO 63108** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Yamasaki** | ☐ Contingent | |
| **276 Lexington St. Apt 4** | ☐ Unliquidated | |
| **SAN FRANCISCO, CA 94110** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Younkins** | ☐ Contingent | |
| **4952 Paseo Tranquillo** | ☐ Unliquidated | |
| **San Jose, CA 95118** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthias Hanel** | ☐ Contingent | |
| **2250 Latham Street, Apartment 70** | ☐ Unliquidated | |
| **Mountain View, CA 94040** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthieu Piot** | ☐ Contingent | |
| **1950 GalduCole Ave** | ☐ Unliquidated | |
| **San Francisco, CA 94114** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.851 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maunika Gosike**
**953 Indiana St,**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.851 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maura Schaffer**
**10010 Lake Ridge Dr**
**Austin, TX 78733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.851 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maura Visser**
**258 Polaris Way**
**Daly City, CA 94014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.851 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maureen Beavers**
**1395 Gazdar Court**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.851 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maureen OBrian**
**540 Franklin Street**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.851 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maureen Schneider**
**7832 Jeanette Ct**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.851 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**maurice bey**
**516 west 143rd street**
**Manhattan, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.851 7 | **Nonpriority creditor's name and mailing address**<br>**Maurice Calvendra**<br>**6501 S. McKemy St.**<br>**Tempe, AZ 85283**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.851 8 | **Nonpriority creditor's name and mailing address**<br>**Mauricio Echeverry**<br>**5902 Eastern Lake Dr**<br>**San Jose, CA 95123**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.851 9 | **Nonpriority creditor's name and mailing address**<br>**Mauricio Echeverry**<br>**920 Foxworthy Ave**<br>**San Jose, CA 95125**<br><br>Date(s) debt was incurred _10/3/2017_<br>Last 4 digits of account number _69_ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _[Notice only] Techshop San Jose -Instructor Class Instructions for the period 08/01/2017 to 09/30/2017_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,025.00** |

| | | | |
|---|---|---|---|
| 3.852 0 | **Nonpriority creditor's name and mailing address**<br>**Mauro Segura**<br>**2225 W Frye Road, 1040**<br>**Chandler, AZ 85224**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.852 1 | **Nonpriority creditor's name and mailing address**<br>**Max Aredez**<br>**13500 Yoongwood Turn**<br>**Bowie, MD 20715**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.852 2 | **Nonpriority creditor's name and mailing address**<br>**Max Belleville**<br>**1708 Via Flores Ct.**<br>**San Jose, CA 95132**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.852 3 | **Nonpriority creditor's name and mailing address**<br>**Max Borghino**<br>**290 Sussex St.**<br>**San Francisco, CA 94131-2937**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.852<br>4 | **Nonpriority creditor's name and mailing address**<br>**Max Dirat**<br>**3692 Sundale Road**<br>**Lafayette, CA 94549**<br><br>**Date(s) debt was incurred** __11/6/2017__<br><br>**Last 4 digits of account number** __92__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: __[Notice only] Techshop SOMA - Instructor class__<br>__instruction for the period 09/20/2017 to 10/27/2017__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$687.50** |
|---|---|---|---|
| 3.852<br>5 | **Nonpriority creditor's name and mailing address**<br>**Max Goodman**<br>**3300 Bundeck Dr**<br>**Oakland, CA 94602**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.852<br>6 | **Nonpriority creditor's name and mailing address**<br>**Max Heinritz**<br>**83 Mcallister St #508**<br>**San Francisco, CA 94102**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.852<br>7 | **Nonpriority creditor's name and mailing address**<br>**Max Johnson**<br>**631 O'Farrell St, Apt 1604**<br>**San Francisco, CA 94109**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.852<br>8 | **Nonpriority creditor's name and mailing address**<br>**Max Levine**<br>**2518 44th St NW**<br>**Washington, DC 20007**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.852<br>9 | **Nonpriority creditor's name and mailing address**<br>**Max McFarland**<br>**10440 Bubb Road, Suite E**<br>**Cupertino, CA 95014**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.853<br>0 | **Nonpriority creditor's name and mailing address**<br>**Max McKinnon**<br>**667 Kodiak Apt. 3**<br>**Sunnyvale, CA 94087**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| 3.853 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Max Mullen**
**1587 15th Street #401**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.853 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Max Palmer**
**331 Anza Street**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.853 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Max Selig**
**4855 Old Dominion Dr**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.853 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Max Shimshak**
**241 Tingley Street**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.853 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Max Shoka**
**88 Greenock Lane**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.853 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Max Sims**
**1095 Santa Cruz Ave. #1**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.853 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Max Wang**
**736 Escondido Rd. #100**
**Stanford, CA 94305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.853 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maxim Adelman**
**82 Guernsey St, 2A**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.853 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maxim Ritzenberg**
**888 Waller Street, apt. 4**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.854 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maximilian  Nachman**
**7104 Central Ave**
**Takoma Park, MD 20912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.854 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maximillian Luna**
**5 Fratessa Court**
**San Francisco, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.854 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maxine Blakovich**
**9801 Stonelake Blvd, APT #2036**
**Austin, TX 78758**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.854 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maxwell Boykin**
**901 Red River St APT 1401**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.854 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Maxwell Breton**
**4917 43rd Place, NW**
**Washington, DC 20016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 310 of 961

| 3.854 5 | **Nonpriority creditor's name and mailing address**<br>**Maxwell Forden-Biebusch**<br>**3330 E Main St #111**<br>**Mesa, AZ 85213** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.854 6 | **Nonpriority creditor's name and mailing address**<br>**Maxwell Fortney**<br>**3509 N Somerset Street**<br>**Arlington, VA 22213** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.854 7 | **Nonpriority creditor's name and mailing address**<br>**Maxwell Urbani**<br>**1400 Hillside Cir.**<br>**Burlingame, CA 94010** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.854 8 | **Nonpriority creditor's name and mailing address**<br>**Maxwell Yourman**<br>**325 Union Ave #G337**<br>**Campbell, CA 95008** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.854 9 | **Nonpriority creditor's name and mailing address**<br>**Maxym Runov**<br>**994 Furlong Drive**<br>**San Jose, CA 95123** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.855 0 | **Nonpriority creditor's name and mailing address**<br>**Maya Basu**<br>**3583 Madison Cmn**<br>**Fremont, CA 94538** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.855 1 | **Nonpriority creditor's name and mailing address**<br>**Maya Atsina**<br>**PO Box 2148**<br>**Murphys, CA 95247** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 311 of 961

| 3.855 2 | **Nonpriority creditor's name and mailing address**<br>**Maya Bishop**<br>**1604 California Ave**<br>**White Oak, PA 15131** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 3 | **Nonpriority creditor's name and mailing address**<br>**Maya Collins**<br>**702 Harvard Ave.**<br>**Santa Clara, CA 95051** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 4 | **Nonpriority creditor's name and mailing address**<br>**Maya Ott**<br>**239 Kensignton Way**<br>**Los Gatos, CA 95032** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 5 | **Nonpriority creditor's name and mailing address**<br>**Maya Varma**<br>**21090 Hazelbrook**<br>**Cupertino, CA 95014** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 6 | **Nonpriority creditor's name and mailing address**<br>**MCI Small Business Service**<br>**PO Box 4830**<br>**Trenton, NJ 08650** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$159.47** |
|---|---|---|---|

Date(s) debt was incurred  **11/6/2017**

Last 4 digits of account number  **ct17**

**Basis for the claim:** **[Notice only] Techshop Menlo Park - Telephone & Internet Charges for the period 09/16/2017 to 10/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 7 | **Nonpriority creditor's name and mailing address**<br>**McKenzie Scoggins**<br>**2621 Oak Meadow Drive**<br>**Round Rock, TX 78681** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 8 | **Nonpriority creditor's name and mailing address**<br>**McKinnley Workman**<br>**108 Central Ave**<br>**Redwood City, CA 94061** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $58.98 |
|---|---|---|---|

**Mcmaster-Carr**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **10/9/2017**

Last 4 digits of account number  **1781**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Multiple Items Purchased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.856 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $26.36 |
|---|---|---|---|

**Mcmaster-Carr**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **10/13/2017**

Last 4 digits of account number  **3058**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Multiple Items Purchased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.856 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $18.83 |
|---|---|---|---|

**Mcmaster-Carr**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **10/13/2017**

Last 4 digits of account number  **1038**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Multiple Items Purchased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.856 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $13.13 |
|---|---|---|---|

**Mcmaster-Carr**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **10/13/2017**

Last 4 digits of account number  **1037**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Multiple Items Purchased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.856 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $27.92 |
|---|---|---|---|

**Mcmaster-Carr**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **10/18/2017**

Last 4 digits of account number  **4707**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Multiple Items Purchased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.856 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $28.81 |
|---|---|---|---|

**Mcmaster-Carr**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **11/2/2017**

Last 4 digits of account number  **2735**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Multiple Items Purchased**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 313 of 961

| | |
|---|---|
| **3.856 5** | |

**Nonpriority creditor's name and mailing address**
Mcmaster-Carr
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred **9/15/2017**
Last 4 digits of account number **4313**

As of the petition filing date, the claim is: *Check all that apply.*      **$25.72**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Zinc Plated Alloy Steel Socket Head Screw.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.856 6** | |

**Nonpriority creditor's name and mailing address**
Mcmaster-Carr
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred **9/26/2017**
Last 4 digits of account number **9538**

As of the petition filing date, the claim is: *Check all that apply.*      **$48.55**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -inc Plated Alloy Steel Socket Head Screw.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.856 7** | |

**Nonpriority creditor's name and mailing address**
Mcmaster-Carr
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred **10/1/2017**
Last 4 digits of account number **0483**

As of the petition filing date, the claim is: *Check all that apply.*      **$61.69**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Multiple Items Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.856 8** | |

**Nonpriority creditor's name and mailing address**
Mcmaster-Carr
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred **8/17/2017**
Last 4 digits of account number **9813**

As of the petition filing date, the claim is: *Check all that apply.*      **$631.57**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Standard Duty Workbench Leg**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.856 9** | |

**Nonpriority creditor's name and mailing address**
Mcmaster-Carr
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred **8/25/2017**
Last 4 digits of account number **7199**

As of the petition filing date, the claim is: *Check all that apply.*      **$55.35**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Turn Lock Connector, Grounded Four Slot Female Receptacle**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.857 0** | |

**Nonpriority creditor's name and mailing address**
Mcmaster-Carr
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred **8/31/2017**
Last 4 digits of account number **8963**

As of the petition filing date, the claim is: *Check all that apply.*      **$119.38**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Ball Bearing, Double Sealed, for 50 mm Shaft Diameter, 80 mm OD**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 314 of 961

---

**3.857
1**

**Nonpriority creditor's name and mailing address**

**Mcmaster-Carr**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **7109**

As of the petition filing date, the claim is: *Check all that apply.*

$42.84

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Gas Spring, 12.2" Extended Length, 15 lbs.**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.857
2**

**Nonpriority creditor's name and mailing address**

**Mcmaster-Carr**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **9/5/2017**

Last 4 digits of account number  **5815**

As of the petition filing date, the claim is: *Check all that apply.*

$78.85

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Gas Spring, 12.2" Extended Length, 15 lbs.**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.857
3**

**Nonpriority creditor's name and mailing address**

**McMaster-Carr**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **10/26/2017**

Last 4 digits of account number  **5397**

As of the petition filing date, the claim is: *Check all that apply.*

$24.65

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-High-Pressure Plastic Pipe Fitting for Water & Shipping Charges**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.857
4**

**Nonpriority creditor's name and mailing address**

**McMaster-Carr**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **11/7/2017**

Last 4 digits of account number  **1647**

As of the petition filing date, the claim is: *Check all that apply.*

$83.85

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-High-Speed Steel Plunging and Slotting Router Bit**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.857
5**

**Nonpriority creditor's name and mailing address**

**McMaster-Carr**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **9/25/2017**

Last 4 digits of account number  **6030**

As of the petition filing date, the claim is: *Check all that apply.*

$47.65

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Zinc-Plated Steel Heavy-Duty Rivet Nut**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.857
6**

**Nonpriority creditor's name and mailing address**

**McMaster-Carr**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **10/19/2017**

Last 4 digits of account number  **3174**

As of the petition filing date, the claim is: *Check all that apply.*

$16.76

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Steel Phillips Rounded Head Screw, Brass Washer for Number 1 Screw & Shipping Charges**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.857 7 | **Nonpriority creditor's name and mailing address**<br>**McMaster-Carr**<br>PO Box 7690<br>Chicago, IL 60680 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$146.42** |
| | Date(s) debt was incurred **9/8/2017**<br>Last 4 digits of account number **0963** | Basis for the claim: **[Notice only] Techshop Detroit-6061 Aluminum 90 Degree Angle, 1/8" Wall**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.857 8 | **Nonpriority creditor's name and mailing address**<br>**McMaster-Carr**<br>PO Box 7690<br>Chicago, IL 60680 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$67.83** |
| | Date(s) debt was incurred **9/12/2017**<br>Last 4 digits of account number **2025** | Basis for the claim: **[Notice only] Techshop Detroit-First Aid Supplies, Isopropyl Alcohol 70% USP**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.857 9 | **Nonpriority creditor's name and mailing address**<br>**McMaster-Carr**<br>PO Box 7690<br>Chicago, IL 60680 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29.43** |
| | Date(s) debt was incurred **7/24/2017**<br>Last 4 digits of account number **1462** | Basis for the claim: **[Notice only] Techshop Detroit-Steel Phillips Rounded Head Screw, M3 x 0.5 mm**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.858 0 | **Nonpriority creditor's name and mailing address**<br>**McMaster-Carr**<br>PO Box 7690<br>Chicago, IL 60680 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$159.80** |
| | Date(s) debt was incurred **8/7/2017**<br>Last 4 digits of account number **8553** | Basis for the claim: **[Notice only] Techshop Detroit-Cloth Adhesive-Back Sanding Disc for Rough Finish**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.858 1 | **Nonpriority creditor's name and mailing address**<br>**McMaster-Carr**<br>PO Box 7690<br>Chicago, IL 60680 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13.37** |
| | Date(s) debt was incurred **8/9/2017**<br>Last 4 digits of account number **6237** | Basis for the claim: **[Notice only] Techshop Detroit-Steel Phillips Rounded Head Screw**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.858 2 | **Nonpriority creditor's name and mailing address**<br>**McMaster-Carr**<br>PO Box 7690<br>Chicago, IL 60680 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15.29** |
| | Date(s) debt was incurred **8/10/2017**<br>Last 4 digits of account number **1125** | Basis for the claim: **[Notice only] Techshop Detroit-Medium-Strength Steel Nylon-Insert Locknut**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.858 3 | Nonpriority creditor's name and mailing address **McMaster-Carr** PO Box 7690 Chicago, IL 60680 | As of the petition filing date, the claim is: *Check all that apply.* | $27.88 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/14/2017**

Last 4 digits of account number **5397**

Basis for the claim: **[Notice only] Techshop Detroit-Sanding Belt for Rough Finish, 40 Grit, 6" Wide x 48" Long**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 4 | Nonpriority creditor's name and mailing address **McMaster-Carr** PO Box 7690 Chicago, IL 60680 | As of the petition filing date, the claim is: *Check all that apply.* | $25.15 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/13/2017**

Last 4 digits of account number **1763**

Basis for the claim: **[Notice only] Techshop Detroit-Brass Flared-Collar Knurled-Head Thumb Screws**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 5 | Nonpriority creditor's name and mailing address **McMaster-Carr** PO Box 7690 Chicago, IL 60680 | As of the petition filing date, the claim is: *Check all that apply.* | $26.83 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/17/2017**

Last 4 digits of account number **7192**

Basis for the claim: **[Notice only] Techshop Detroit-Steel Phillips Rounded Head Screw, M3 x 0.5 mm**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 6 | Nonpriority creditor's name and mailing address **McMaster-Carr** PO Box 7690 Chicago, IL 60680-7690 | As of the petition filing date, the claim is: *Check all that apply.* | $70.36 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/7/2017**

Last 4 digits of account number **3514**

Basis for the claim: **[Notice only] Techshop DC Arlington-Easy-to-Weld 4130 Alloy Steel with Certification,**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 7 | Nonpriority creditor's name and mailing address **McMaster-Carr** PO Box 7690 Chicago, IL 60680-7690 | As of the petition filing date, the claim is: *Check all that apply.* | $47.42 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/17/2017**

Last 4 digits of account number **0636**

Basis for the claim: **[Notice only] Techshop DC Arlington- Polyolefin Plastic Surface-Mount Piano Hinge and Plastic Surface-[Notice only] DC Arlington-Mount Piano Hinge, Clear Acrylic**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 8 | Nonpriority creditor's name and mailing address **McMaster-Carr Supply Co.** PO Box 7690 Chicago, IL 60680-7690 | As of the petition filing date, the claim is: *Check all that apply.* | $12.19 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/25/2017**

Last 4 digits of account number **4003**

Basis for the claim: **[Notice only] Techshop Menlo Park - 18-8 Stainless Steel Slotted Spring Pin, 5mm**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 317 of 961

| 3.858 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36.04 |
|---|---|---|---|

**McMaster-Carr Supply Co.**
PO Box 7690
Chicago, IL 60680-7690

Date(s) debt was incurred **11/26/2017**

Last 4 digits of account number **2636**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Alloy Steel Pull-Out Dowel Pin, 6mm Diameter,DIN 17223 & 2095 Precision Compression Spring,**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $238.77 |
|---|---|---|---|

**McMaster-Carr Supply Company**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred **9/1/2017**

Last 4 digits of account number **4346**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - 6061 Aluminum, 1/4" Thick x 2" Wide, 1/2 Feet Long, 6061 Aluminum, 1" Diameter, 6 Feet Long**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MD_Mahir Faisal**
1050 S Terrace Rd
Tempe, AZ 85201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meagan Chuey**
346 E. Marshall St.
Ferndale, MI 48220

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meagan Madej-Stratten**
9110 Rocker Ave
Plymouth, MI 48170

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meaghan Renkey**
2011 Condor Lane
Gibsonia, PA 15044

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 318 of 961

| 3.859 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meave Cunningham**
1322 Kobbe Ave.
San Fransisco, CA 94129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Medardo Vasques**
2341 90th Ave
Oakland, CA 94603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Medardo Vasquez**
2341 90th AVE #12
Oakland, CA 94603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meg Mason**
2336 Sylvan Ln
Glendale, CA 91208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meg Selin-Williams**
2945 Garfield Ter NW
Washington, DC 20008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Megan Drennan**
1428 Putnam Ave #1R
Brooklyn, NY 11237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Megan Gardner**
4171 Byron Street
Palo Alto, CA 94306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 319
of 961

| 3.860 2 | **Nonpriority creditor's name and mailing address**<br>**Megan Goldkamp**<br>**723 Florence Avenue**<br>**saint louis, MO 63119** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.860 3 | **Nonpriority creditor's name and mailing address**<br>**Megan Gutelius**<br>**1259 El Camino Real**<br>**Menlo Park, CA 94025** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.860 4 | **Nonpriority creditor's name and mailing address**<br>**Megan Kingham**<br>**19609 E Emperor Blvd**<br>**Queen Creek, AZ 85142** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.860 5 | **Nonpriority creditor's name and mailing address**<br>**Megan Lovejoy**<br>**21719 gregory st**<br>**Dearborn, MI 48124** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.860 6 | **Nonpriority creditor's name and mailing address**<br>**Megan McGuinn**<br>**1009 Irving St. #4**<br>**San Francisco, CA 94122** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.860 7 | **Nonpriority creditor's name and mailing address**<br>**Megan Moore**<br>**3131 N. 70th Street**<br>**Scottsdale, AZ 85251** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.860 8 | **Nonpriority creditor's name and mailing address**<br>**Megan Radyk**<br>**5540 Pershing Ave Apt 115**<br>**Saint Louis, MO 63112** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.860 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Megan Robinson**
**3306 Ohio Ave., Apt. A**
**St. Louis, MO 63118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Megan Wachs**
**734 14th St. 4A**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Megan Williams**
**750 Van Ness Ave #1203**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $770.95 |
|---|---|---|---|

**MegaPath-3076763**
**Dept. 0324 PO Box 120324**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/3/2017**

Last 4 digits of account number **4950**

Basis for the claim: **A/c # 3076763 - Ethernet Charges for the period 11/16/2017 to 12/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $772.77 |
|---|---|---|---|

**MegaPath-3076763**
**Dept. 0324 PO Box 120324**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/4/2017**

Last 4 digits of account number **8839**

Basis for the claim: **A/c # 3076763 - Ethernet Charges for the period 10/16/2017 to 11/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Meghan McAndrew**
**5850 Centre Ave #503**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Meghan Slack**
**3458 Willis Dr.**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 3.861 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Meghan Wallace** | ☐ Contingent | |
| **456 Heatherbray Ct.** | ☐ Unliquidated | |
| **San Jose, CA 95136** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.861 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mehrshad Mansouri** | ☐ Contingent | |
| **1161 Mission Street** | ☐ Unliquidated | |
| **San Francisco, CA 94103** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.861 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mehul Patel** | ☐ Contingent | |
| **10008 LOXLEY LANE** | ☐ Unliquidated | |
| **AUSTIN, TX 78717** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.861 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mei Li** | ☐ Contingent | |
| **825 S. 22nd Street** | ☐ Unliquidated | |
| **San Jose, CA 95116** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.862 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mei_Hsiu Lin** | ☐ Contingent | |
| **1550 eddy street** | ☐ Unliquidated | |
| **San Francisco, CA 94115** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.862 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Meisam Mehravaran** | ☐ Contingent | |
| **15075 Lincoln St Apt 906** | ☐ Unliquidated | |
| **Oak Park, MI 48237** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.862 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Melana Orton** | ☐ Contingent | |
| **601 Alabama St. #102** | ☐ Unliquidated | |
| **San Francisco, CA 94110** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.862 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melanie Cameron**
**3726 Anne Place**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melanie Flowers**
**20505 Pinewalk Dr.**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melanie McCormick**
**1728 Drake Drive**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melanie Pullen**
**4244 Chouteau Ave, Apt 112**
**St Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melanie Stone**
**239 Highland Terrace**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melanie Suckarieh**
**1624 15th st**
**oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melina Fan**
**6 Bellingham Dr.**
**Chestnut Hill, MA 02476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.8630**

**Nonpriority creditor's name and mailing address**
**Melinda Lubiens**
**810 Hamann Rd**
**San Jose, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8631**

**Nonpriority creditor's name and mailing address**
**Melinda Messing**
**2512 Quint St.**
**San Francisco, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8632**

**Nonpriority creditor's name and mailing address**
**Melinda Messing_V**
**5871 Mission St. Apt. 5**
**San Francisco, CA 94112**

Date(s) debt was incurred  **10/23/2017**

Last 4 digits of account number  **2317**

**As of the petition filing date, the claim is:** *Check all that apply.*  $112.50

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop SOMA - Instructor class instruction for the period 10/03/2017 to 10/16/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8633**

**Nonpriority creditor's name and mailing address**
**Melinda Messing_V**
**5871 Mission St. Apt. 5**
**San Francisco, CA 94112**

Date(s) debt was incurred  **9/29/2017**

Last 4 digits of account number  **25**

**As of the petition filing date, the claim is:** *Check all that apply.*  $75.00

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop SOMA - Instructor class instruction on dated 09/07/2017 & 09/19/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8634**

**Nonpriority creditor's name and mailing address**
**Melinda Messing_V**
**5871 Mission St. Apt. 5**
**San Francisco, CA 94112**

Date(s) debt was incurred  **8/27/2017**

Last 4 digits of account number  **24**

**As of the petition filing date, the claim is:** *Check all that apply.*  $75.00

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop SOMA - Instructor class instruction for the period 08/10/2017 to 08/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8635**

**Nonpriority creditor's name and mailing address**
**Melisa Blum**
**638 26th Ave**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melissa Berman**
1612 Sherwood Ct
Dearborn, MI 48124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melissa Dailey**
3012 Sutter St.
San Francisco, CA 94602

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melissa Fossum**
1281 Summit Road
Lafayette, CA 94549

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melissa Frost**
174 38th st
Pittsburgh, PA 15201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melissa Haimowitz**
492 Withington St Apt 2
Ferndale, MI 48220

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melissa Hawkins**
2728 Mission Street
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melissa Ho**
236 Montana St.
San Francisco, CA 94112

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 325
of 961

**3.864
3**

**Nonpriority creditor's name and mailing address**

**Melissa Meyer**
**1800 Veneer Drive**
**Austin, TX 78748**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.864
4**

**Nonpriority creditor's name and mailing address**

**Melissa Newton**
**524 Keelson Circle**
**Redwood City, CA 94065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.864
5**

**Nonpriority creditor's name and mailing address**

**Melissa Quijano**
**1105 Bush Street #206**
**San Francisco, CA 94109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.864
6**

**Nonpriority creditor's name and mailing address**

**Melissa Shelton**
**2725 Old Course Dr**
**Austin, TX 78724**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.864
7**

**Nonpriority creditor's name and mailing address**

**Melissa Watkins**
**23101 edsel ford**
**St. Clair Shores, MI 48080**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.864
8**

**Nonpriority creditor's name and mailing address**

**Melody Godwin**
**1801 Pyramid Dr**
**Austin, TX 78634**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.864
9**

**Nonpriority creditor's name and mailing address**

**Melquiades Olivares**
**926 Howard**
**San Francisco, CA 94063**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.865 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melvin Edgerley**
**4206 Christine Place**
**Alexandria, VA 22311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melvyn Lim**
**79 Lily Court**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mennatallah Hussein**
**701 E Apache**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Menno Marringa**
**101 Maple Street, #3204**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mercedes Coyle**
**4442 Cabrillo St.**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mercy Odhner**
**1200 Crane Ave**
**Pittsburgh, PA 15220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.55 |
|---|---|---|---|

**Mercy Odhner_v**
**1200 Crane Ave**
**Pittsburgh, PA 15220**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/21/2017**

Last 4 digits of account number  **ADP_WAGE**

Basis for the claim:  **[Notice only] Techshop Pittsburgh-Uncashed Payroll for 09/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 327 of 961

| 3.865 7 | **Nonpriority creditor's name and mailing address**<br>**Mercy Odhner_v**<br>**1200 Crane Ave**<br>**Pittsburgh, PA 15220**<br><br>Date(s) debt was incurred  8/24/2017<br>Last 4 digits of account number  5 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop Pittsburgh-Instructor class instructions for period 08/14/2017 to 08/18/2017**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$718.00** |
|---|---|---|---|
| 3.865 8 | **Nonpriority creditor's name and mailing address**<br>**Mercy Odhner_v**<br>**1200 Crane Ave**<br>**Pittsburgh, PA 15220**<br><br>Date(s) debt was incurred  8/14/2017<br>Last 4 digits of account number  4 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop Pittsburgh-Instructor class instructions for period 07/05/2017 to 08/11/2017**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,992.23** |
| 3.865 9 | **Nonpriority creditor's name and mailing address**<br>**Meredith Bassler**<br>**3649 25th St**<br>**San Francisco, CA 94110**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.866 0 | **Nonpriority creditor's name and mailing address**<br>**Meredith Edmonston**<br>**320 Saclan Terrace**<br>**Clayton, CA 94517**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.866 1 | **Nonpriority creditor's name and mailing address**<br>**Meredith Espinosa**<br>**325 M. Sharon Park Dr. #536**<br>**Menlo Park, CA 94025**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.866 2 | **Nonpriority creditor's name and mailing address**<br>**Meredith Glover**<br>**260 King St #527**<br>**San Francisco, CA 94107**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|--------|-------------------|------------------------|---|
| | Name | | |

| 3.866 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Meredith Johns**
**15012 Haley Hollow**
**Austin, TX 78728**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Meredith Johns_V**
**15012 Haley Hollow,**
**Austin, TX 78728**

Date(s) debt was incurred  **10/24/2017**
Last 4 digits of account number  **98**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions on 10/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Meredith Johns_V**
**15012 Haley Hollow,**
**Austin, TX 78728**

Date(s) debt was incurred  **9/18/2017**
Last 4 digits of account number  **93**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions on 09/02/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Meredith Johns_V**
**15012 Haley Hollow,**
**Austin, TX 78728**

Date(s) debt was incurred  **9/2/2017**
Last 4 digits of account number  **91**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions on 08/20/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Meredith Pierce**
**801 N. 11th Street**
**Saint Louis, MO 63101**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Meredith Thiergart**
**1900 Pine St. Apt 510**
**St. Louis, MO 63103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**3.866 9**

**Nonpriority creditor's name and mailing address**
**Merila Thorne-Thomsen**
**1902 Inverness Blvd**
**Austin, TX 78745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.867 0**

**Nonpriority creditor's name and mailing address**
**Merl ne VAL**
**848 42nd AVE.**
**SAN FRANCISCO, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.867 1**

**Nonpriority creditor's name and mailing address**
**Merlin Jackson**
**1388 Haight St**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.867 2**

**Nonpriority creditor's name and mailing address**
**Merrill Snell**
**831 Sweeney Ave #F**
**Redwood City, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.867 3**

**Nonpriority creditor's name and mailing address**
**Merrisa Bishop**
**4241 Oslo Court**
**Antelope, CA 95843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.867 4**

**Nonpriority creditor's name and mailing address**
**Merv Staton**
**18692 Devon Avenue**
**Saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.867 5**

**Nonpriority creditor's name and mailing address**
**Meshal Alenezi**
**101 W 5th St.**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 330 of 961

| 3.867 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$183.93** |
| --- | --- | --- | --- |
| | **Metal Mart USA Inc**<br>**31164 Dequindre Ln**<br>**Warren, MI 48092** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  9/6/2017 | | |
| | Last 4 digits of account number  2552 | **Basis for the claim:**  [Notice only] Techshop Detroit-1.000 OD * .120 ERW Tube | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.867 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$606.80** |
| --- | --- | --- | --- |
| | **Metal Mart USA Inc**<br>**31164 Dequindre Ln**<br>**Warren, MI 48092** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  7/13/2017 | | |
| | Last 4 digits of account number  1225 | **Basis for the claim:**  [Notice only] Techshop Detroit-2 SQ * 16 GA Steel Tube, 16GA CR sheet and 22GA CR Sheet | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.867 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Mia Norton**<br>**3500 Pleasant Acre Ln**<br>**Aromas, CA 95004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.867 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$313.89** |
| --- | --- | --- | --- |
| | **Mia Norton_V**<br>**3500 Pleasant Acre Ln.**<br>**Aromas, CA 95004** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  10/31/2017 | | |
| | Last 4 digits of account number   RIn1 | **Basis for the claim:**  [Notice only] Techshop San Jose -Expenses for the period of 05/20/2017 to 10/31/2017 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.868 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Mia Ranard**<br>**327 N. Taylor Ave. Apt. 107**<br>**St. Louis, MO 63108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.868 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Mia Rattazzi**<br>**359 Austin Ave.**<br>**Atherton, CA 94027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.868 2 | **Nonpriority creditor's name and mailing address**<br>**Mia Salazar**<br>**1215 S Forest Ave**<br>**Tempe, AZ 85281**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.868 3 | **Nonpriority creditor's name and mailing address**<br>**Micael Ekstrom**<br>**9633 S 46th St**<br>**Phoenix, AZ 85044**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.868 4 | **Nonpriority creditor's name and mailing address**<br>**Micah Beverly**<br>**3362 W Ross Dr**<br>**Chandler, AZ 85226**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.868 5 | **Nonpriority creditor's name and mailing address**<br>**Micah Cade**<br>**878 Castlewood dr**<br>**Los gatos, CA 95032**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.868 6 | **Nonpriority creditor's name and mailing address**<br>**Micah Green**<br>**16886 Bold Ventur Dr**<br>**Leesburg, VA 20176**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.868 7 | **Nonpriority creditor's name and mailing address**<br>**Micah Omaits**<br>**627 Webster St**<br>**SAN FRANCISCO, CA 94117**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.868 8 | **Nonpriority creditor's name and mailing address**<br>**Micah Vestal**<br>**5512B Rayburn Ave**<br>**Alexandria, VA 22311**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 332 of 961

**3.8689**

Nonpriority creditor's name and mailing address

**Mich le ABOU_NAKAD**
**1080 Folsom St**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8690**

Nonpriority creditor's name and mailing address

**Michael  Lu**
**2900 Semiconductor Drive  Building E, 22**
**santa clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8691**

Nonpriority creditor's name and mailing address

**Michael  Alexander**
**33 Lemon Blossom**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8692**

Nonpriority creditor's name and mailing address

**Michael  Amann**
**1957 Karlin Dr**
**St. Louis, MO 63131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8693**

Nonpriority creditor's name and mailing address

**Michael  Brennan**
**19800 Westhill St**
**Northville, MI 48167**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8694**

Nonpriority creditor's name and mailing address

**Michael  Chadwick**
**2711 Ice House Rd #301**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8695**

Nonpriority creditor's name and mailing address

**Michael  Cheng**
**12308 Bedrock Trl**
**Austin, TX 78727**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.869 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Collino**
313 Pare St
Clawson, MI 48017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Drapiza**
39539 Dorchester Circle
Canton, MI 48188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Drummond**
2241 marconi ave
st louis, MO 63110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Gardner**
27505 Franklin Rd
Southfield, MI 48034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Green**
7019 Pernod Ave
St. Louis, MO 63139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Harle**
12100 Metric Blvd, Apt 1938
Austin, TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Julson**
108 Palo Duro Drive
Cedar Creek, TX 78612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Koliner**
**100 McConell Mill Lane**
**Pittsburgh, PA 15228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.870 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Kuo**
**630 Taylor Ct. Apt. 7**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.870 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Levien**
**15 Broad St. Apt. 2308**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.870 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Mark**
**349 Avenida Arboles**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.870 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael McCormick**
**3506 Kings Cross Rd**
**Alexandria, VA 22303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.870 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael McCown**
**132 Nichols Lane**
**Bastrop, TX 78602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.870 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael McKinley**
**PO Box 43**
**Driftwood, TX 78619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

---

**3.871 0**

**Nonpriority creditor's name and mailing address**
**Michael  Mosseau**
**304 Madison St/**
**Santa Clara, CA 95050**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.871 1**

**Nonpriority creditor's name and mailing address**
**Michael  Norris**
**2605 39th street nw**
**Washington, DC 20007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.871 2**

**Nonpriority creditor's name and mailing address**
**Michael  Taylor**
**6805 Penn Ave. Apt. 5**
**Pittsburgh, PA 15208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.871 3**

**Nonpriority creditor's name and mailing address**
**Michael  Tsai**
**850 Basking Lane**
**San Jose, CA 95138**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.871 4**

**Nonpriority creditor's name and mailing address**
**Michael  Wang**
**1357 Webster St.**
**Palo Alto, CA 94301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.871 5**

**Nonpriority creditor's name and mailing address**
**Michael  Watkins**
**1107 Brushy Creek Drive**
**Round Rock, TX 78664**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.871 6**

**Nonpriority creditor's name and mailing address**
**Michael Albaugh**
**14260 Lutheria Way**
**Saratoga, CA 95070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Case: 18-50398　　Doc# 2-1　　Filed: 02/26/18　　Entered: 02/26/18 18:01:21　　Page 336
of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.871 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Michael Amoroso**<br>**3908 8TH ST NW**<br>**WASHINGTON, DC 20011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.871 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,065.21 |
|---|---|---|
| **Michael and Susie Zampaglione**<br>**1615 Canyon View Dr.**<br>**San Jose, CA 95132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred 1/15/2015 | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number NA | Is the claim subject to offset? ■ No ☐ Yes | |

**3.871 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Michael Anderson**<br>**1305 E Monte Vista Rd**<br>**Phoenix, AZ 85006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.872 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Michael Anselmi**<br>**928 E. Nolan Place**<br>**Chandler, AZ 85249** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.872 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Michael Antaran**<br>**25900 Pembroke**<br>**Huntington Woods, MI 48070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.872 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Michael Anthony**<br>**2777 B Maciricia Ave**<br>**Santa Clara, CA 95051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.872 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **MIchael Arnold**<br>**3101 Wilson Blvd.**<br>**Arlington, VA 22201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.872 4** | |

**Nonpriority creditor's name and mailing address**

**Michael Ashe**
**10931 E. Becker Ln**
**Scottsdale, AZ 85259**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.872 5** | |

**Nonpriority creditor's name and mailing address**

**Michael Azzouz**
**33700 Cindy**
**Livonia, MI 48150**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.872 6** | |

**Nonpriority creditor's name and mailing address**

**Michael Balsamo**
**750 Van Ness Ave apt 205**
**San Francisco, CA 94102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.872 7** | |

**Nonpriority creditor's name and mailing address**

**Michael Beaubien**
**1748 Nash Dr**
**San Mateo, CA 94401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.872 8** | |

**Nonpriority creditor's name and mailing address**

**Michael Behrmann**
**16 Alexander Street**
**Alexandria, VA 22314**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.872 9** | |

**Nonpriority creditor's name and mailing address**

**Michael Blair**
**10500 Newmont**
**Austin, TX 78758**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.873 0** | |

**Nonpriority creditor's name and mailing address**

**Michael Blanchard**
**3500 Wadley Pl Bldg B**
**Austin, TX 78728**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 338 of 961

| 3.873 1 | Nonpriority creditor's name and mailing address **Michael Borja** 3016 Stevens Lane San Jose, CA 95148 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 2 | Nonpriority creditor's name and mailing address **Michael Bortfeld** 1031 E 9th Ave Mesa, AZ 85204 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 3 | Nonpriority creditor's name and mailing address **Michael Braillard** 3018 Madeline St Oakland, CA 94602 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 4 | Nonpriority creditor's name and mailing address **Michael Brandt Handler** 306 Sanchez St. San Francisco, CA 94114-1616 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$21,270.51** |

Date(s) debt was incurred **4/21/2010**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 5 | Nonpriority creditor's name and mailing address **Michael Brondos** 13802 Braddock Springs Rd. Apt. C Centreville, VA 20121 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 6 | Nonpriority creditor's name and mailing address **Michael Bruce** 1695 Milroy Pl San Jose, CA 95124 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 7 | Nonpriority creditor's name and mailing address **Michael Burch** 916 Deely St. Pittsburgh, PA 15217 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8738**

Nonpriority creditor's name and mailing address
**Michael Butterfield**
**1021 N Garfield St**
**Arlington, VA 22201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8739**

Nonpriority creditor's name and mailing address
**Michael Calyer**
**1959 Wilfred Way**
**San Jose, CA 95124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8740**

Nonpriority creditor's name and mailing address
**Michael Carter**
**4256 Wheeled Caisson Sq**
**FAIRFAX, VA 22033**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8741**

Nonpriority creditor's name and mailing address
**Michael Chafin**
**2626 Kitsap Ct**
**Santa Clara, CA 95051**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8742**

Nonpriority creditor's name and mailing address
**Michael Chan**
**8 Commodore Drive, C362**
**Emeryville, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8743**

Nonpriority creditor's name and mailing address
**Michael Charles Browne**
**1911 Barbara Dr.**
**Palo Alto, CA 94303**

Date(s) debt was incurred  **12/8/2010**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$28,169.30**

---

**3.8744**

Nonpriority creditor's name and mailing address
**Michael Chavez**
**PO Box 320 295**
**San Francisco, CA 94132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 340
of 961

| 3.874 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Chung**
938 Wisconsin St
San Francisco, CA 94107

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Ciavaglia**
825 Mohawk
dearborn, MI 48124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Cleron**
1160 Klamath Drive
Menlo park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Cook**
4869 Willow Road, #104
Pleasanton, CA 94588

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Corr**
53 Oakwood St
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Cosson**
333 Main Street Unit 7B
San Francisco, CA 94105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Cowser**
110 Technology Drive
Pittsburgh, PA 15275

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 3.875 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Michael Crimando**
**35054 Cavant Dr.**
**Sterling Hts, MI 48310**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Michael Curtis**
**581 Waller St**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$29,115.07** |
|---|---|---|---|

**Michael D. Harris**
**4604 Mon Blanc Drive**
**Bee Cave, TX 78738**

Date(s) debt was incurred **1/13/2016**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Michael Daly**
**3550 North First St**
**San Jose, CA 95134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Michael Damm**
**140 S. Van Ness Ave. Unit 807**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Michael Davis**
**1259 Cordilia St**
**San Jose, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Michael Davis**
**29126 N. 22nd Lane**
**Phoenix, AZ 85085**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.875 9 | **Nonpriority creditor's name and mailing address**<br>**Michael DeMartini**<br>**6484 Sproul Ct**<br>**San Jose, CA 95120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|
| 3.876 0 | **Nonpriority creditor's name and mailing address**<br>**Michael Dickinson**<br>**6303 Shoal Creek Blvd.**<br>**Austin, TX 78757**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.876 1 | **Nonpriority creditor's name and mailing address**<br>**Michael Drews**<br>**3582 Arbutus Ave**<br>**Palo Alto, CA 94303**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.876 2 | **Nonpriority creditor's name and mailing address**<br>**Michael Dube**<br>**1998 Spyglass Hill**<br>**Leander, TX 78641**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.876 3 | **Nonpriority creditor's name and mailing address**<br>**Michael Eck**<br>**1329 E St SE**<br>**Washington, DC 20003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.876 4 | **Nonpriority creditor's name and mailing address**<br>**Michael Eddington**<br>**1400 Garner Ave**<br>**Austin, TX 78704**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.876 5 | **Nonpriority creditor's name and mailing address**<br>**Michael Erickson**<br><br>Date(s) debt was incurred **2/18/2017**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **The charge on the AMEX was for a lyft to SFO for a personal trip. I didn't realize that the char...**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$44.14** |

| 3.876 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Erickson**
**1072 Fiesta Dr**
**San Mateo, CA 94403**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Eydman**
**2940 Ocean Pkwy Apt 12T**
**Brooklyn, NY 11235**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Ezell**
**7601 Alicia Ave**
**Maplewood, MO 63143**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Foley**
**814 N. Fillmore St.**
**Arlington, VA 22201**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Ford**
**410 Arbor Ln.**
**Austin, TX 78745**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Fourkas**
**862 Quetta Ave**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Fugrad-Hill**
**2538 43rd Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| 3.877 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,241.89** |
| **Michael G. Chafin** 2626 Kitsap Ct Santa Clara, CA 95051 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  4/1/2011 | Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC** | |
| Last 4 digits of account number  NA | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.877 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Gerchar** 203 E. Monte Cristo Ave. Phoenix, AZ 85022 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.877 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
| **Michael Gerrits** 371 Elan Village lane APT. #310 San Jose, CA 95134 | ■ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  8/24/2017 | Basis for the claim:  **[Notice only] Techshop San Jose -STEAM Design and Build Camp - 07/24/2017 to 07/28/2017** | |
| Last 4 digits of account number  U021 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.877 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,187.50** |
| **Michael Gerrits** 371 Elan Village lane APT. #310 San Jose, CA 95134 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred  8/24/2017 | Basis for the claim:  **[Notice only] Techshop San Jose -STEAM Design and Build Camp - 07/17/2017 to 07/21/2017** | |
| Last 4 digits of account number  U020 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.877 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,175.00** |
| **Michael Gerrits** 371 Elan Village lane APT. #310 San Jose, CA 95134 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred  8/24/2017 | Basis for the claim:  **[Notice only] Techshop San Jose -STEAM Design and Build Camp - 07/31/2017 to 08/04/2017** | |
| Last 4 digits of account number  U022 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.877 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.00** |
| **Michael Gerrits** 371 Elan Village lane APT. #310 San Jose, CA 95134 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred  8/24/2017 | Basis for the claim:  **[Notice only] Techshop San Jose -STEAM Design and Build Camp - 08/07/2017 to 08/11/2017** | |
| Last 4 digits of account number  U023 | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 345 of 961

| | |
|---|---|
| **3.8779** | |

**Nonpriority creditor's name and mailing address**
**Michael Gillespie**
**2407 W. Webster Ct**
**Anthem, AZ 85086**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.8780** | |

**Nonpriority creditor's name and mailing address**
**Michael Graf**
**15700 Rose Drive**
**Allen Park, MI 48101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.8781** | |

**Nonpriority creditor's name and mailing address**
**Michael Graff**
**7225 SE 179th ST.**
**Norman, OK 73071**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.8782** | |

**Nonpriority creditor's name and mailing address**
**Michael Green**
**1030 Highlands Plaza**
**St. Louis, MO 63110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.8783** | |

**Nonpriority creditor's name and mailing address**
**Michael Greene**
**3323 Farthing Way**
**San Jose, CA 95132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.8784** | |

**Nonpriority creditor's name and mailing address**
**Michael Gudz**
**1732 Hyde St. #3**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.8785** | |

**Nonpriority creditor's name and mailing address**
**Michael Gutierrez**
**1221 Algarita Dr**
**Austin, TX 78704**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 346 of 961

| 3.878 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Guy**
3728 Columbia Pike
Arlington, VA 22204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Handler**
306 Sanchez St.
San Francisco, CA 94114-1616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Hasz**
1503 N Village Rd
Reston, VA 20194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Heinicke**
2862A S. Jefferson
St. Louis, MO 63118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Holly**
1103 Hawkens Meadow ct.
Fenton, MO 63026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Hong**
92 Hillcrest Road
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Honsel**
6406 Colton Blvd
Oakland, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 347
of 961

| Debtor | TechShop, Inc. | Case number (if known) | |
|--------|---------------|------------------------|--|
| | Name | | |

---

**3.879 3**

**Nonpriority creditor's name and mailing address**
Michael Hoyer
908 Rolling Holly Drive
Great Falls, VA 22066-1236

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 4**

**Nonpriority creditor's name and mailing address**
Michael Hsiao
340 N Fig Tree Ln
Plantation, FL 33317

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 5**

**Nonpriority creditor's name and mailing address**
Michael Hsueh
108 McFarland Ct #108
Stanford, CA 94305

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 6**

**Nonpriority creditor's name and mailing address**
Michael Irwin
971 Alice Lane
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 7**

**Nonpriority creditor's name and mailing address**
Michael Jacobson
175 S saginaw
Pontillac, MI 48342

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 8**

**Nonpriority creditor's name and mailing address**
Michael Jurkovic
po box 3179
san ramon, CA 94583

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 9**

**Nonpriority creditor's name and mailing address**
Michael Kemp
52 S. 12th St.
San Jose, CA 95112

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 348 of 961

| | |
|---|---|
| 3.880 0 | |

**Nonpriority creditor's name and mailing address**
Michael Kennedy
2248 Stokes St.
San Jose, CA 95128

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.880 1 | |

**Nonpriority creditor's name and mailing address**
Michael King
1585 E Moreles
Chandler, AZ 85225

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.880 2 | |

**Nonpriority creditor's name and mailing address**
Michael Koehler
516 Georgia Ave.
Palo Alto, CA 94306

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.880 3 | |

**Nonpriority creditor's name and mailing address**
Michael Kolich
20901 Oakwood
Dearborn, MI 48124

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.880 4 | |

**Nonpriority creditor's name and mailing address**
Michael Kulik
235 Buchanan Street #6
San Francisco, CA 94102

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.880 5 | |

**Nonpriority creditor's name and mailing address**
Michael Kurylo
6682 W. Coon Lake Rd
Howell, MI 48843

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.880 6 | |

**Nonpriority creditor's name and mailing address**
Michael L Ott
239 Kensington Way
Los Gatos, CA 95032

Date(s) debt was incurred **4/5/2011**
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

$27,214.72

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 349
of 961

| 3.880 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Lady**
**151 Impearal Crown Way**
**Wildwood, MO 63040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Lapid**
**242 Rolph Street**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Lavelle**
**13443 Argonne Dr**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Lawrence**
**2315 Saidel Drive #1**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Lazzaro**
**748 temescal way**
**redwood city, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Leads**
**33924 Cotswold**
**Farmington Hills, MI 48335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Lenihan**
**7543 Fallenleaf Lane**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 350
of 961

| 3.881 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Litschewski** | ☐ Contingent | |
| **1017 Forest Bluff trl** | ☐ Unliquidated | |
| **Round Rock, TX 78665** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.881 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Lohmeyer** | ☐ Contingent | |
| **840 Pretoria Court** | ☐ Unliquidated | |
| **San Jose, CA 95127** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.881 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Lovell** | ☐ Contingent | |
| **2472 Tonquin St** | ☐ Unliquidated | |
| **East Meadow, NY 11554** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.881 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Macdonald** | ☐ Contingent | |
| **1390 Saddle Rack St #303** | ☐ Unliquidated | |
| **San Jose, CA 95126** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.881 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Madson** | ☐ Contingent | |
| **300 S. 2nd Street** | ☐ Unliquidated | |
| **San Jose, CA 95113** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.881 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Malick** | ☐ Contingent | |
| **1415 Louisville Ave** | ☐ Unliquidated | |
| **Saint Louis, MO 63139** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.882 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Mann** | ☐ Contingent | |
| **1680 mallard cove** | ☐ Unliquidated | |
| **Ann Arbor, MI 48108** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.882 1 | **Nonpriority creditor's name and mailing address** <br> **Michael Mathers** <br> **921 E. Toledo Street** <br> **Gilbert, AZ 85295** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.882 2 | **Nonpriority creditor's name and mailing address** <br> **Michael Maxam** <br> **1155 W. Grove Pkwy #257** <br> **Tempe, AZ 85283** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.882 3 | **Nonpriority creditor's name and mailing address** <br> **Michael Maximo Furniture & Design** <br> **1801 Warner Ranch Dr. Unit 1534** <br> **Round Rock, TX 78664** | As of the petition filing date, the claim is: *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ■ Disputed | **$70.00** |
| | Date(s) debt was incurred  **10/20/2017** <br> Last 4 digits of account number  **108** | Basis for the claim:  **[Notice only] Techshop Austin -Woodshop Access** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.882 4 | **Nonpriority creditor's name and mailing address** <br> **Michael Mccoy** <br> **6078 Countess Dr** <br> **San Jose, CA 95129** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.882 5 | **Nonpriority creditor's name and mailing address** <br> **Michael McCullough** <br> **6 Buttercup Ln** <br> **San Carlos, CA 94070** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.882 6 | **Nonpriority creditor's name and mailing address** <br> **Michael McCusker** <br> **934 Millie Ave** <br> **Menlo Park, CA 94025** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.882 7 | **Nonpriority creditor's name and mailing address** <br> **Michael Menta** <br> **2211 Kenbridge Dr Apt A** <br> **Austin, TX 78757** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 352 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 3.882 8 | **Nonpriority creditor's name and mailing address** **Michael Metzger** **6880 Shiloh Rd** **Midlothian, TX 76065** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.882 9 | **Nonpriority creditor's name and mailing address** **Michael Morena** **305 2nd Ave, APT 718** **NEW YORK, NY 10003** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.883 0 | **Nonpriority creditor's name and mailing address** **Michael Morse** **8109 E. Cortez Dr.** **Scottsdale, AZ 85260** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.883 1 | **Nonpriority creditor's name and mailing address** **Michael Mosseau** **304 Madison Street** **Santa Clara, CA 95050** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.883 2 | **Nonpriority creditor's name and mailing address** **Michael Mulder** **14070 Brougham Ct Apt 4** **plymouth, MI 48170** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.883 3 | **Nonpriority creditor's name and mailing address** **Michael Murray** **627 Morley Ct** **Deraborn, MI 48124** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.883 4 | **Nonpriority creditor's name and mailing address** **Michael Mwesigwa** **109 Wynstay Ave.** **Valey Park, MO 63088** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Myers**
**1201B Howard St.**
**San Jose, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Neil**
**1801 Warner Rance Dr. Apt#1111**
**Round Rock, TX 78664**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Neumeyer**
**860 Prospect Row APT 2**
**San Mateo, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Nguyen**
**1388 Calle Oriente #3**
**Milpitas, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Norris**
**6975 Heaton Moor Dr**
**San Jose, CA 95119**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael ONeal**
**1401 Park Avenue Apt. 104**
**Emeryville, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael ONeal**
**1401 Park Avenue 104**
**Emeryville, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 354
of 961

| 3.884 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Orr**
**1002 Big Bend Station Drive**
**Manchester, MO 63088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Ott**
**239 Kensington Way**
**Los Gatos, CA 95032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Ou**
**20 N Grand Blvd**
**St. Louis, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Pace**
**1767 26th Ave**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Panoff**
**2001 McAllister St, #320**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Parker**
**730 Bicknell Rd.**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Parkin**
**940 Del Monte Drive**
**Hollister, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 355 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|--------|--------------------|------------------------|--|
| | Name | | |

| 3.884 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,665.75** |
|---------|--------------------------------------------------------|------------------------------------------------------------------------|----------------|

**Michael Patterson**
**2830 Cleave Drive**
**Falls Church, VA 22042**

Date(s) debt was incurred  4/4/2017

Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---------|--------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Michael Patterson**
**2830 Cleave Drive**
**Falls Church, VA 22042**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---------|--------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Michael Peltier**
**4205 ne clevland**
**Portland, OR 97122**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---------|--------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Michael Pereira**
**20 Griswold Court**
**Sterling, VA 20165**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---------|--------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Michael Perez**
**3015 N Hayden Rd #**
**Scottsdale, AZ 00085-2551**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---------|--------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Michael Perlmutter**
**2359 14th Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---------|--------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Michael Perry**
**9868 N. 101st Street**
**Scottsdale, AZ 85258**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Peters**
430 Monte Vista Ave
Mill Valley, CA 94941

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Peterson**
2478 Hallmark Dr.
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Peterson**
3730 Eagles Nest St
Round Rock, TX 78665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Phan**
1657 48th Ave Apt A
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Piotter**
819 E University Ave Apt 5
Ann Arbor, MI 48104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Poon**
2457 Carolina ave
Redwood City, CA 94061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Porter**
18740 Grey
Allen Park, MI 48101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 357
of 961

| 3.886 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Quinn**
**9 Laurel Oaks Court**
**Lake Saint Louis, MO 63367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Rabalais**
**16575 Greenview**
**Detroit, MI 48219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Randazzo**
**4921 Roundtree Dr.**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Ray**
**5604 Southwest Parkway, Apt 117**
**Austin, TX 78735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Regalbuto**
**3734 Benton St**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,575.34** |
|---|---|---|---|

**Michael Richard Ditto**
**511 Bellwood Dr.**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/21/2013**

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Richardson**
**269 S. Jesse St.**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Roberts**
**21426 Bear Creek Rd**
**Los Gatos, CA 95033**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Rodriguez**
**410 Beech St.**
**Kerrville, TX 78028**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Rojas**
**2023 E. Don Carlos**
**Tempe, AZ 85282**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Roth**
**6 Monte Cresta Court**
**Belmont, CA 94002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Rounds**
**119 Hoot Owl ln N**
**Leander, TX 78641**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Ryssemus**
**2261-B Fortune Dr**
**San Jose, CA 95131**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,304.11** |
|---|---|---|---|

**Michael Schmit**
**19992 Rodrigues Ave.**
**Cupertino, CA 95014**

Date(s) debt was incurred  **6/9/2016**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,286.58 |
|---|---|---|---|

**Michael Schmit**
**19992 Rodrigues Ave.**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/27/2016**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Schroeder**
**5000 W. Chandler Blvd.**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Schuler**
**814 Pittsburgh-McKeesport Blvd**
**West Mifflin, PA 15122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Schuster**
**2546 Oak Valley DR**
**Vienna, VA 22181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Sharf**
**2268 Jackson St.**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Shaver**
**6629 S 40th Way**
**Phoenix, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Sheppard**
**3891 E Ironhorse Rd**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Sholes**
**1318 Edgewood Rd.**
**Redwood City, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.888 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Shulman**
**10108 Talleyran Drive**
**Austin, TX 78750**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.888 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Singerman**
**3220 Duval Road**
**Austin, TX 78759**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.888 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Sittner**
**914 MANOR RD. APT 103**
**ALEXANDRIA, VA 22305**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.888 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Skalsky**
**12431 E Cloud**
**Chandler, AZ 85249**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.888 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Slack**
**1949 Apache**
**S Lake Tahoe, CA 96150**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.889 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Slade**
**2443 Fillmore Street #333**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 361 of 961

| 3.889 1 | **Nonpriority creditor's name and mailing address**<br>**Michael Smart**<br>**2000 Huntington Ave., #1516**<br>**Alexandria, VA 22303** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.889 2 | **Nonpriority creditor's name and mailing address**<br>**Michael Smith**<br>**1201 South Barton St. Unit 144**<br>**Arlington, VA 22204** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.889 3 | **Nonpriority creditor's name and mailing address**<br>**Michael Soltis**<br>**1917 Washtenaw Ave**<br>**Ann Arbor, MI 48104** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.889 4 | **Nonpriority creditor's name and mailing address**<br>**Michael Spampinato**<br>**69 Spring St**<br>**Pittsburgh, PA 15223** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.889 5 | **Nonpriority creditor's name and mailing address**<br>**Michael Spencer**<br>**18317 Mulberry**<br>**Riverview, MI 48193** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.889 6 | **Nonpriority creditor's name and mailing address**<br>**Michael Steven Siegel**<br>**24947 John Fremont Rd**<br>**Hidden Hills, CA 91302** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,614.08** |
|---|---|---|---|
| | Date(s) debt was incurred  **6/8/2010**<br>Last 4 digits of account number  **NA** | **Basis for the claim:** **Principal and accrued interest for loan to TechShop SOMA LLC**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.889 7 | **Nonpriority creditor's name and mailing address**<br>**Michael Strauss**<br>**1033 Rubis Dr**<br>**Sunnyvale, CA 94087** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 18-50398  Doc# 2-1  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 362 of 961

| 3.889 8 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Michael Strohecker**
2076 Edgewood Dr.
Palo Alto, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.889 9 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Michael Sturtz**
2254 Santa Clara Ave.
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 0 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Michael Sukharev**
790 Church St Apt 305
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 1 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Michael Svendsen**
201 Vicksburg St.
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 2 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Michael Thomas**
4402 Belvedere Drive
San Jose, CA 95129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 3 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Michael Tierney**
368 N 6th St.
San Jose, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 4 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Michael Tognotti**
2648 Isabelle Avenue
San Mateo, CA 94403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 363 of 961

| | | |
|---|---|---|
| 3.890 5 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Michael Toma** | |
| | **18385 Babcock Road** | |
| | **San Antonio, TX 78255** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.890 6 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Michael Trias** | |
| | **884 Sandhurst Dr.** | |
| | **Vallejo, CA 94591** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.890 7 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Michael Trojillo** | |
| | **336 Bautista Pl** | |
| | **San Jose, CA 95126** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.890 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Michael Tsang** | |
| | **1722 Bay St.** | |
| | **Alameda, CA 94501** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.890 9 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Michael Tuason** | |
| | **4011 Sadie Court** | |
| | **Campbell, CA 95008** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.891 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Michael Tucker** | |
| | **1655 E University Dr** | |
| | **Tempe, AZ 85281** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.891 1 | **Nonpriority creditor's name and mailing address** | **$85,126.03** |
| | **Michael Udaltsov** | |
| | **26744 Arastradero Rd** | |
| | **Los Altos Hills, CA 94022** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/27/2016**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 364
of 961

| 3.891 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Udaltsov**
**26744 Arastradero Rd**
**Los Altos Hills, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Vizner**
**555 deharo dr Suite 220**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Walker**
**638 Los Ninos Way**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Walker**
**102 Anderson ln**
**Hutto, TX 78634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Ward**
**2101 Pullman Ave.**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Weaver**
**3334 E. Tonto Dr.**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Wideman**
**4227 S 36th St**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398     Doc# 2-1     Filed: 02/26/18     Entered: 02/26/18 18:01:21     Page 365
of 961

| 3.891 9 | **Nonpriority creditor's name and mailing address**<br>**Michael Wiggins**<br>**3426 SACRAMENTO ST APT 2**<br>**SAN FRANCISCO, CA 94118**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.892 0 | **Nonpriority creditor's name and mailing address**<br>**Michael Wiktowy**<br>**711 14th St. SE**<br>**Washington, DC 20003**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.892 1 | **Nonpriority creditor's name and mailing address**<br>**Michael Wiktowy_V**<br>**129 C St. SE**<br>**Washington, DC 20003**<br><br>Date(s) debt was incurred __10/31/2017__<br>Last 4 digits of account number __7102__ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor class instruction for the period 10242017 to 10262017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| 3.892 2 | **Nonpriority creditor's name and mailing address**<br>**Michael Wiktowy_V**<br>**129 C St. SE**<br>**Washington, DC 20003**<br><br>Date(s) debt was incurred __10/31/2017__<br>Last 4 digits of account number __7101__ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor class instruction for the period 10/19/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |
| 3.892 3 | **Nonpriority creditor's name and mailing address**<br>**Michael Wiktowy_V**<br>**129 C St. SE**<br>**Washington, DC 20003**<br><br>Date(s) debt was incurred __10/4/2017__<br>Last 4 digits of account number __1709__ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor class instruction for the period 08/31/2017 to 09/14/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$275.00** |
| 3.892 4 | **Nonpriority creditor's name and mailing address**<br>**Michael Wiktowy_V**<br>**129 C St. SE**<br>**Washington, DC 20003**<br><br>Date(s) debt was incurred __8/31/2017__<br>Last 4 digits of account number __1708__ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor class instruction for the period 07/27/2017 to 08/17/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$256.25** |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 366 of 961

| 3.892 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Wilcoxen**
**21 S 17th St.**
**San Jose, CA 95112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.892 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Wilson**
**13409 N. 36th St.**
**Phoenix, AZ 85032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.892 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Wimble**
**1144 Snowberry Court**
**Sunnyvale, CA 94087**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.892 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Wing**
**690 Bushwick**
**Brooklyn, NY 11221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.892 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Wipper**
**4464 Lindell Boulevard, #12**
**Saint Louis, MO 63108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.893 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Wolf**
**2 Sumner Street**
**San Francisco, CA 94103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.893 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Wolfe**
**365 S Graham Street**
**Pittsburgh, PA 15232**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.893 2 | **Nonpriority creditor's name and mailing address** **Michael Wood** **4231 Lakeshore** **Oakland, CA 94610** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred \_

Last 4 digits of account number \_

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.893 3 | **Nonpriority creditor's name and mailing address** **Michael Woodard** **2029 East Ben White PO box: 240-1520** **Austin, TX 78741** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred \_

Last 4 digits of account number \_

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.893 4 | **Nonpriority creditor's name and mailing address** **Michael Worry** **409 Esther Ave** **Campbell, CA 95008** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred \_

Last 4 digits of account number \_

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.893 5 | **Nonpriority creditor's name and mailing address** **Michael Yaroschuk** **4908 S Chesterfield Rd** **Arlington, VA 22206** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred \_

Last 4 digits of account number \_

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.893 6 | **Nonpriority creditor's name and mailing address** **Michael Zampaglione** **1615 Canyon View Dr.** **San Jose, CA 95132** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred \_

Last 4 digits of account number \_

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.893 7 | **Nonpriority creditor's name and mailing address** **Michael Zanti** **500 East Stassney Lane, Apartment 922** **Austin, TX 78745** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred \_

Last 4 digits of account number \_

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.893 8 | **Nonpriority creditor's name and mailing address** **Michael Zhang** **1655 E university Dr, Apt2002** **Gateway** **Tempe, AZ 85281** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred \_

Last 4 digits of account number \_

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.893 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Michal Bicz** | | ☐ Contingent | |
| **263 Stonegate Cir** | | ☐ Unliquidated | |
| **San Jose, CA 95110** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.894 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Micheal Lund** | | ☐ Contingent | |
| **319 Main Street** | | ☐ Unliquidated | |
| **Bridgeport, OH 43912** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.894 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$27,279.45** |
| **Micheal Ditto** | | ☐ Contingent | |
| **511 Bellwood Dr.** | | ☐ Unliquidated | |
| **Santa Clara, CA 95054** | | ☐ Disputed | |
| Date(s) debt was incurred  **12/13/2016** | | Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC** | |
| Last 4 digits of account number  **NA** | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.894 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Micheal Ohtonen** | | ☐ Contingent | |
| **41087 Greystone Blvd** | | ☐ Unliquidated | |
| **Plymouth, MI 48170** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.894 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Michele Kennedy** | | ☐ Contingent | |
| **7229 Forsyth Blvd** | | ☐ Unliquidated | |
| **St. Louis, MO 63105** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.894 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Michele Barbalet** | | ☐ Contingent | |
| **1015 S. 7th St** | | ☐ Unliquidated | |
| **San Jose, CA 95112** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.894 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Michele Bronstein** | | ☐ Contingent | |
| **505 Cornell Avenue** | | ☐ Unliquidated | |
| **San Mateo, CA 94402** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.894 6 | **Nonpriority creditor's name and mailing address**<br>**Michele Gates**<br>**4422 24th Street**<br>**San Francisco, CA 94114**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.894 7 | **Nonpriority creditor's name and mailing address**<br>**Michele Guieu**<br>**1151 Hollenback Ave.**<br>**Sunnyvale, CA 94087**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.894 8 | **Nonpriority creditor's name and mailing address**<br>**Michele Huie**<br>**1675 Martin Ave.**<br>**Sunnyvale, CA 94087**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.894 9 | **Nonpriority creditor's name and mailing address**<br>**Michele Madrigal**<br>**7681 Dowdy St.**<br>**Gilroy, CA 95020**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.895 0 | **Nonpriority creditor's name and mailing address**<br>**Michele Paige**<br>**75 78 177th Street**<br>**Fresh Meadows, NY 11366**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.895 1 | **Nonpriority creditor's name and mailing address**<br>**Michele Reid**<br>**1612 Notre Dame Ave.**<br>**Belmont, CA 94002**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.895 2 | **Nonpriority creditor's name and mailing address**<br>**Michele Wright**<br>**2100 Sidney St.**<br>**Saint Louis, MO 63104**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 370
of 961

| 3.895 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle  Trigg**
**4103 Komes Ct**
**Alexandria, VA 22306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.895 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Allen**
**248 Berringer Place**
**Pittsburgh, PA 15202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.895 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Beardmore**
**292 Laquesta Dr**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.895 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Bernal-Sanderson**
**PO Box 11268**
**Bapchule, AZ 85121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.895 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Gohn**
**442 Excelsior Avenue**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.895 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Hamilton**
**107 Lariat Circle**
**Liberty Hill, TX 78642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.895 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Koblas**
**729 Anderson Dr.**
**Los Altos, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.8960 | **Nonpriority creditor's name and mailing address** |
| | **Michelle Lelch** |
| | **1710 S. Holt** |
| | **Los Angeles, CA 90035** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.8961 | **Nonpriority creditor's name and mailing address** |
| | **Michelle Lesniak** |
| | **380 Dodds Rd** |
| | **Butler, PA 16002** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.8962 | **Nonpriority creditor's name and mailing address** |
| | **Michelle M. Trigg** |
| | **4103 Komes Ct** |
| | **Alexandria, VA 22306** |

Date(s) debt was incurred **5/24/2016**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$28,391.78**

---

| | |
|---|---|
| 3.8963 | **Nonpriority creditor's name and mailing address** |
| | **Michelle Meeker** |
| | **1515 York St** |
| | **San Francisco, CA 94110** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.8964 | **Nonpriority creditor's name and mailing address** |
| | **Michelle Molter** |
| | **520 South Brentwood Blvd Unit 1D** |
| | **Clayton, MO 63105** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.8965 | **Nonpriority creditor's name and mailing address** |
| | **Michelle Patterson** |
| | **2325 N. Labadie Rd** |
| | **Milford, MI 48380** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.8966 | **Nonpriority creditor's name and mailing address** |
| | **Michelle R. Koblas** |
| | **729 Anderson Dr.** |
| | **Los Altos, CA 94024** |

Date(s) debt was incurred **6/14/2011**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$31,354.82**

---

| 3.8967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Reyna**
**301 SE Inner Loop #106**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Rios**
**1244 jackson st ne**
**washington, DC 20017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Romero**
**1235 Clayburn Ln**
**San Jose, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Smart**
**21380 West Hampton**
**Oak Park, MI 48237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Snyder**
**160 Rio Robles**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Sriprasert**
**Fisk St**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michiel Baird**
**185 CHANNEL ST APT 340**
**San Francisco, CA 94158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Mick Stewart**
**3 Van Buren street**
**San francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Mickey Bradshaw**
**12117 S Ki Rd**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Mie Yaginuma**
**1084 De Haro St.**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Miguel Rodriguez**
**1412 Fairflied Ave**
**Pittsburgh, PA 15120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Miguel Tovar**
**2290 Crown Dr**
**Novi, MI 48377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Mihaela Baney**
**59508 Sierra Madre**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Mihkel Joala**
**Narva Mnt. 3**
**Calumet, IA 51009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mikayla Twombly**
**2348 Rosita Ave**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike  Evans**
**31855 Date Palm Dr, Ste 3-194**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike  Minnery**
**5 Geddy Way**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike  Nycz**
**1715 Broadway St #1**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike  Sheppard**
**20425  Sheffield**
**Detroit, MI 48221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike  Wiederhold**
**188 Buchmann St #307**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Arnold**
**8490 S. Power Road Ste. 105-247**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 375
of 961

| 3.898 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Austin** | | ☐ Contingent | |
| **225 Rock Harbor Ln** | | ☐ Unliquidated | |
| **Foster City, CA 94404** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.898 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Baker** | | ☐ Contingent | |
| **1156 Morse Ave 109** | | ☐ Unliquidated | |
| **Sunnyvale, CA 94089** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.899 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Bartelme** | | ☐ Contingent | |
| **2503 Iowa Drive** | | ☐ Unliquidated | |
| **Fort Collins, CO 80525** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.899 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Beck** | | ☐ Contingent | |
| **200 Whispering Oaks Drive** | | ☐ Unliquidated | |
| **BETHALTO, IL 62010** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.899 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Blakely** | | ☐ Contingent | |
| **739 Mill Stream Drive** | | ☐ Unliquidated | |
| **San Jose, CA 95125** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.899 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Bohmer** | | ☐ Contingent | |
| **3102 Beverly Rd** | | ☐ Unliquidated | |
| **Austin, TX 78703** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.899 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Broome** | | ☐ Contingent | |
| **3614 Laurel Creek Way** | | ☐ Unliquidated | |
| **Durham, NC 27712** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.899 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Browne**
1911 Barbara Dr.
Palo Alto, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Budner**
1332 Linda Mar Blvd
Pacifica, CA 94044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Buteau**
625 Marion Ave.
Palo Alto, CA 94301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Carlton**
31107 Page Mill Rd
Los Altos Hills, CA 94022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Chow**
436 University Ave
Los Altos, CA 94022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Close**
2835 Fox Dr.
Durham, NC 27712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Court**
1451 N. Delmar
Mesa, AZ 85203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900<br>2 | Nonpriority creditor's name and mailing address<br>**Mike Cummins**<br>**236 38Th St**<br>**Pittsburgh, PA 15201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.900<br>3 | Nonpriority creditor's name and mailing address<br>**Mike Daly**<br>**135 Rio Robles East**<br>**San Jose, CA 95134** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.900<br>4 | Nonpriority creditor's name and mailing address<br>**Mike Ditto**<br>**511 Bellwood Dr.**<br>**Santa Clara, CA 95054** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.900<br>5 | Nonpriority creditor's name and mailing address<br>**MIke Duran**<br>**6084 Monterey HWy Apt 102**<br>**San Jose, CA 95138** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.900<br>6 | Nonpriority creditor's name and mailing address<br>**Mike Femiani**<br>**6885 W. Harrison St.**<br>**Chandler, AZ 85226** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.900<br>7 | Nonpriority creditor's name and mailing address<br>**Mike Fish**<br>**775 25th Ave**<br>**San Francisco, CA 94121** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.900<br>8 | Nonpriority creditor's name and mailing address<br>**Mike Ford**<br>**1022 oronoco st**<br>**Alexandria, VA 22314** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.900 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Freeman**
10145 Northway Ave
Allen Park, MI 48101

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.901 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Frusti**
29929 mcityre
Livonia, MI 48150

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.901 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Galik**
34743 N. Laredo Ct.
Queen Creek, AZ 85142

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.901 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Gerrits**
371 Elan Village Lane #310
San Jose, CA 95134

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.901 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Gnad**
3305 Comanche Rd
Pittsburgh, PA 15241

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.901 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Grall**
52 Quail Xing
Santa Cruz, CA 95060

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.901 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,733.06 |
|---|---|---|---|

**Mike Grall and Cindy Grall (prior spelle**
52 Quail Xing
Santa Cruz, CA 95060

Date(s) debt was incurred  **7/23/2014**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9016 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mike Grogan**
**15026 Baxter Village Dr, APT E**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9017 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mike Harris**
**4604 Mon Blanc Drive**
**Bee Cave, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9018 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mike Herbeck**
**815 S Main St**
**Red Bud, IL 62278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9019 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,234.10** |
|---|---|---|---|

**Mike Hilberman**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/31/2017**

Last 4 digits of account number **60**

**Basis for the claim:** **Due to Mike Hilberman, CFO, June 2017 Trip to Pittsburgh**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9020 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mike Jennings**
**4007 Ross Park Dr.**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9021 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mike Jones**
**640 Coleman Ave, Apt 1**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9022 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mike Koval**
**755 William Pitt Way**
**Pittsburgh, PA 15238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Mike Kriege**
1242 Collins Lane
San Jose, CA 95129

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Mike Lanahan**
1782 Bethany Ave
San Jose, CA 95132

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Mike Lewandowski**
2015 Oak St.
Port Huron, MI 48060

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Mike McBroom**
3504 Goodnight Trail
Leander, TX 78641

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Mike McNabb**
2315 Bright Future Way
Raleigh, NC 27614

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Mike Metcalf**
1253 Love St
Pittsburgh, PA 15218

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Mike Mian**
115 Alameda de las Pulgas
Redwood City, CA 94062

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.903 0 | **Nonpriority creditor's name and mailing address** **Mike Milchanowski** **6950 Kingsbury Blvd** **St Louis, MO 63130** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.903 1 | **Nonpriority creditor's name and mailing address** **Mike Minden** **4552 GIBSON AVE** **SAINT LOUIS, MO 63110** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.903 2 | **Nonpriority creditor's name and mailing address** **Mike Niday** **1739 Westhaen Drive** **San Jose, CA 95132** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.903 3 | **Nonpriority creditor's name and mailing address** **Mike Orr** **1002 Big Bend Station Drive** **Manchester, MO 63088** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.903 4 | **Nonpriority creditor's name and mailing address** **Mike Palmer** **12 Deer Creek Woods** **St. Louis, MO 63124** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.903 5 | **Nonpriority creditor's name and mailing address** **Mike Patterson** **730 Ruby St.** **Redwood City, CA 94061** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.903 6 | **Nonpriority creditor's name and mailing address** **Mike Penson** **845 E. Saragupa St.** **Chandler, AZ 85225** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 382 of 961

| 3.903 7 | **Nonpriority creditor's name and mailing address**<br>**Mike Perez**<br>**1304 Oak Haven Way**<br>**Antioch, CA 94531** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.903 8 | **Nonpriority creditor's name and mailing address**<br>**Mike Pleva**<br>**220 Marina Overlook**<br>**lusby, MD 20657** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.903 9 | **Nonpriority creditor's name and mailing address**<br>**Mike Pogue**<br>**808 Allison Way**<br>**Sunnyvale, CA 94087** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.904 0 | **Nonpriority creditor's name and mailing address**<br>**Mike Popenas**<br>**1 Turnberry Lane**<br>**Dearborn, MI 48120** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.904 1 | **Nonpriority creditor's name and mailing address**<br>**Mike Poundstone**<br>**906 Spruce Street**<br>**Berkeley, CA 94707** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.904 2 | **Nonpriority creditor's name and mailing address**<br>**Mike Renaud**<br>**34 Yucca Drive**<br>**Kerrville, TX 78028** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.904 3 | **Nonpriority creditor's name and mailing address**<br>**Mike Richards**<br>**12234 Arcola St**<br>**Livonia, MI 48150** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.9044** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mike Rines**
**3530 N Hawes Rd**
**Mesa, AZ 85207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.9045** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mike Robbins**
**164 Middlefield Rd.**
**Palo Alto, CA 94301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.9046** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mike Roon**
**76 Manchester Street**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.9047** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mike Rossi**
**1040 22nd Avenue**
**Oakland, CA 94606**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.9048** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mike Russell**
**10406 Loring Dr.**
**Austin, TX 78750**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.9049** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mike Sailsbery**
**129 Lexington Ave**
**Pittsburgh, PA 15215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.9050** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mike Savini**
**1561 University Ave**
**San Jose, CA 95126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 384 of 961

| 3.905 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Scheuer** | ☐ Contingent | |
| **4 Ridgemont** | ☐ Unliquidated | |
| **Dearborn, MI 48124** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.905 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Schmit** | ☐ Contingent | |
| **19992 Rodrigues Ave.** | ☐ Unliquidated | |
| **Cupertino, CA 95014** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.905 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Schweyen** | ☐ Contingent | |
| **263 E Woodland** | ☐ Unliquidated | |
| **Ferndale, MI 48220** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.905 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Serebrennikov** | ☐ Contingent | |
| **354 n. crook rd** | ☐ Unliquidated | |
| **clawson, MI 48017** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.905 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
| **MIke Sheppard_V** | ■ Contingent | |
| **20425  Sheffield** | ☐ Unliquidated | |
| **Detroit, MI 48221** | ■ Disputed | |
| Date(s) debt was incurred  **10/25/2017** | Basis for the claim: **[Notice only] Techshop Detroit-Instructor class instructions for period 10/14/2017 to 10/25/2017** | |
| Last 4 digits of account number  **22** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.905 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
| **MIke Sheppard_V** | ■ Contingent | |
| **20425  Sheffield** | ☐ Unliquidated | |
| **Detroit, MI 48221** | ■ Disputed | |
| Date(s) debt was incurred  **9/24/2017** | Basis for the claim: **[Notice only] Techshop Detroit-Instructor class instructions dated 09/20/2017** | |
| Last 4 digits of account number  **21** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.905 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**MIke Sheppard_V**
20425  Sheffield
Detroit, MI 48221

Date(s) debt was incurred  8/25/2017

Last 4 digits of account number  20

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for dated 08/07/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Shield**
156 Beckwith ave
Clayton, NC 27527

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Smelser**
9621 Sandbur Pl
Salinas, CA 93907

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Spillane**
48049 four seasons blvd
northville, MI 48168

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Stebbins**
1901 White Oak Loop
Round Rock, TX 78681

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Stevens**
3535 S Ball St APT 510
Arlington, VA 22202

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Strang**
30421 Saint Andrews Dr
Georgetown, TX 78628

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 386 of 961

| 3.906 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Stuvland**
**738 Harvard Ave**
**University City, MO 63130**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.906 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Suehring**
**3998 E Esplanada**
**Gilbert, AZ 85297**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.906 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Sweeney**
**2813 Shattuck Ave #2**
**Berkeley, CA 94705**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.906 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Swift**
**2650 Weston Road**
**Scotts Valley, CA 95066**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.906 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Syfritt**
**16241 N. 171st Lane**
**Suprise, AZ 85388**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.906 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Tam**
**P.O. Box 192745**
**San Francisco, CA 94119**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.907 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Trainor**
**710 La Prienda Drive**
**Los Altos, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.907 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Troll** | ☐ Contingent | |
| **3420 Commonwealth** | ☐ Unliquidated | |
| **St. Louis, MO 63143** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.907 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| **Mike Tyau** | ■ Contingent | |
| **210 Albacore Lane** | ☐ Unliquidated | |
| **Foster City, CA 94404** | ■ Disputed | |
| Date(s) debt was incurred  **11/10/2017** | Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 08/07/2017 to 08/12/2017** | |
| Last 4 digits of account number  **4** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.907 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| **Mike Tyau** | ■ Contingent | |
| **210 Albacore Lane** | ☐ Unliquidated | |
| **Foster City, CA 94404** | ■ Disputed | |
| Date(s) debt was incurred  **11/10/2017** | Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 09/16/2017 to 09/21/2017** | |
| Last 4 digits of account number  **5** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.907 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
| **Mike Tyau** | ■ Contingent | |
| **210 Albacore Lane** | ☐ Unliquidated | |
| **Foster City, CA 94404** | ■ Disputed | |
| Date(s) debt was incurred  **11/10/2017** | Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 10/13/2017 to 10/22/2017** | |
| Last 4 digits of account number  **6** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.907 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Tyau** | ☐ Contingent | |
| **210 ALBACORE LANE** | ☐ Unliquidated | |
| **FOSTER CITY, CA 94404** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.907 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mike Warner** | ☐ Contingent | |
| **1730 Peregrino Way** | ☐ Unliquidated | |
| **San Jose, CA 95125** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.907 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Wilton**
**115 Scenic Love Lane**
**Saint Charles, MO 63303**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Wodopian**
**8900 Westminster Glen Ave**
**Austin, TX 78730**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mikel Duffy**
**120 S. El Camino Real Apt. 111**
**Millbrae, CA 94030**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mikey Masters**
**2605 Cami Path Loop**
**Round Rock, TX 78665**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mikey Siegel**
**24947 John Fremont Rd**
**Hidden Hills, CA 91302**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Milan Mitrovic**
**880 25th ave #204**
**San Francisco, CA 94121**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Milan Radojicic**
**100 Los Gatos Saratoga Road #201**
**Los Gatos, CA 95032**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 4 | **Nonpriority creditor's name and mailing address** **Miles Bintz** 3706 Top Rock Ln Round Rock, TX 78681 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.908 5 | **Nonpriority creditor's name and mailing address** **Miles Chamberlin** 353 Jersey St San Francisco, CA 94114 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.908 6 | **Nonpriority creditor's name and mailing address** **Miles Harris** 678 Wellington Dr. San Carlos, CA 94070 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.908 7 | **Nonpriority creditor's name and mailing address** **Miles Kodama** 149 Commonwealth Drive Menlo Park, CA 94025 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.908 8 | **Nonpriority creditor's name and mailing address** **Miles Mason** 2336 Sylvan Ln Glendale, CA 91208 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.908 9 | **Nonpriority creditor's name and mailing address** **Miles Ryan** 14932 Berry Way San Jose, CA 95124 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.909 0 | **Nonpriority creditor's name and mailing address** **Milinda Hernandez** 1202 Ruth Avenue Austin, TX 78757 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 390 of 961

| 3.909 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Millie Arp**
**317 Sulphur Lane**
**Paris, IL 61944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.909 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Milo Holt**
**1503 Amarylis Dr**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.909 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Milo Kesteloot**
**1120 Persia Ave**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.909 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Milo Stone**
**4915 Broadway Apt 3i**
**New York, NY 10034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.909 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Milton prokopiev**
**5244 pleasant hall ct**
**Va Bch, VA 23464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.909 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Milton Villeda**
**703 Nelray Unit B**
**Austin, TX 78751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.909 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mim Armand**
**1018 COMMODORE DR, Apt. B**
**Saint Louis, MO 63117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.9098 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mimi Lyons**
1159 Lincoln Ave.
Palo Alto, CA 94301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9099 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Min Huang**
1733 Crane Ave
Mountain View, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Minato Yonei**
2748 Hyde Street
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Minette wong**
847 saint kitts court
san jose, CA 95127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ming Hammond**
1515 Oxford St. Apt. 26
Berkeley, CA 94709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Minh Tran**
3321 Famille Ct.
San Jose, CA 95135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Minh Trieu**
646 N White Rd
San Jose, CA 95127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Minh Vu**
4127 LoganBerry Dr.
San Jose, CA 95121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mini Bansal**
5002 Kingston Way
San Jose, CA 95130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Minja Bucalo**
1036 irving ave
royal oak, MI 48067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Minli Xie**
1601 Molitor Rd.
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mira Gupta**
482 Thompson Ave
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Miranda Domico**
1927 Page Street
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,052.00** |
|---|---|---|---|

**Miranda Miller_v**
1810 Hanover Street
Pittsburgh, PA 15218

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **8/30/2017**

Last 4 digits of account number **8**

Basis for the claim: **[Notice only] Techshop Pittsburgh-Instructor class instructions and parking fees for period 08/07/2017 to 08/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mircea Draghicescu**
2023 NW Lovejoy
Portland, OR 97209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Miri Gregor**
1132 Irwin Lane
Santa Rosa, CA 95401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Miriam Gennari**
727 26th Place, S
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |

**Miriam Devlin**
5420 Black St
Pittsburgh, PA 15206

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **8/19/2017**
Last 4 digits of account number **73**

Basis for the claim: **[Notice only] Techshop Pittsburgh-Instructor Instructios Fee From 08/09/2017 to 08/19/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Miriam Devlin**
321 Stratford Ave. 1
Pittsburgh, PA 15232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mischa Weibel**
14309 N 64th Ave
Glendale, AZ 85306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 394 of 961

| 3.911 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,378.87 |
|---|---|---|---|

**Missouri Department. of Revenue**
P.O. Box 3390
Jefferson City,, MO 65105-3390

Date(s) debt was incurred  **11/30/2016**

Last 4 digits of account number  **2**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- Use Tax payable for Q3-2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367.74 |
|---|---|---|---|

**Missouri Department. of Revenue**
P.O. Box 3390
Jefferson City,, MO 65105-3390

Date(s) debt was incurred  **12/16/2016**

Last 4 digits of account number  **2**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- Interest on late payment of use tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mitch Bayersdorfer**
628 Harvard Avenue
Menlo Park, CA 94025

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mitchel  Ramsey**
13509 Abraham Lincoln St
Manor, TX 78653

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mitchell Abramo**
24 Tennis Ave.
Ambler, PA 19002

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,848.02 |
|---|---|---|---|

**Mitchell Altman**
572 Hill St.
San Francisco, CA 94114

Date(s) debt was incurred  **5/15/2011**

Last 4 digits of account number  **NA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.912 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mitchell Altman**
**572 Hill St.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mitchell Baker**
**2204 All View Way**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mitchell Eikren**
**34476 N. Valley View Road**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mitchell Hilburn**
**946 Stockton St Apt 9C**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mitchell Mitchell Lichtenberg**
**14993 Haun Ct**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mitchell Thumme**
**623 Village Lane**
**Milford, MI 48381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mitzi Ngim**
**601 4th Street #320**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 396 of 961

| 3.913 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MJ Laipenieks**
**13802 Turbine Dr**
**Austin, TX 78723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mk  Feezell**
**538 colecroft ct**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mo Olson**
**662 Bryan Ave.**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Modeste Goli**
**430 Dolores Ave. #D**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Modupe Adeleye**
**416 E St James St**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Moe Joe Ashrafi**
**2128 Edgewater Pkwy**
**Silver Spring, MD 20903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mohamad Bazzi**
**20411 Aurdette**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 397 of 961

| | |
|---|---|
| 3.913 8 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Mohamed Ahmed**
**5914 Elmer st.**
**Detroit, MI 48210**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Mohamed Elgendy**
**5597 Seminary Road**
**Apt No.2508 S**
**Falls Church, VA 22041**

Date(s) debt was incurred  8/25/2017

Last 4 digits of account number  4

**As of the petition filing date, the claim is:** *Check all that apply.*    **$926.15**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**   [Notice only] Techshop DC Arlington-STEAM instructor Fees for the period 08/09/2017 to 08/18/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Mohamed Elgendy**
**5597 Seminary Road**
**Apt No.2508 S**
**Falls Church, VA 22041**

Date(s) debt was incurred  8/16/2017

Last 4 digits of account number  3

**As of the petition filing date, the claim is:** *Check all that apply.*    **$993.75**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**   [Notice only] Techshop DC Arlington-STEAM instructor Fees for the period 07/28/2017 to 08/11/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Mohamed Elgendy**
**5597 Seminary Road Apt. No.2508 S**
**Falls Church, VA 22041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Mohammad-Ali Minaie**
**401 12th st South, apt 409**
**arlington, VA 22202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Mohammed Shaikh**
**1439 Hyde Street**
**Pittsburgh, PA 15205**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 398 of 961

| 3.914 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mohammed Shenaq**
**13001 Osborne St**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mohammed Khonizi**
**22238 Solomon Blvd #228**
**Novi, MI 48375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mohammed Mehdi**
**4311 W. Barbara Ave.**
**Phoenix, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mohammed Rajabzadeh**
**909 E. Meadow Drive**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mohan Gurunathan**
**775 Gantry Way**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mohan Toopal**
**PO Box 2462**
**Chandler, AZ 85244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mohanad Al_Sabti**
**2214 S. 112th Ave.**
**Avondale, AZ 85323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.915 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mohsen Sarabi**
**386 maple ave E. # 202**
**Vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Molly Hoelper**
**977 Howard St**
**San Francisco, CA 92104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Molly Johnson**
**14E Mason Ave #204**
**Alexandria, VA 22301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Molly Knight**
**224 Cheval Lane**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Molly Winger**
**550 Mansion Park Dr., #302**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monica Arellano**
**1260 Broadway, 103**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monica Bielawski**
**318 Overbrook Blvd**
**Pittsburgh, PA 15210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.915 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Monica Cavallaro** | ☐ Contingent | |
| **1516 Wildrose Way** | ☐ Unliquidated | |
| **Mountain View, CA 94043** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.915 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Monica Conner** | ☐ Contingent | |
| **65 Cervantes Blvd. #4** | ☐ Unliquidated | |
| **San Francisco, CA 94123** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.916 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Monica Giovachino** | ☐ Contingent | |
| **708 Enderby Drive** | ☐ Unliquidated | |
| **Alexandria, VA 22302** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.916 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Monica Le Master** | ☐ Contingent | |
| **981 Park St. Apt. B** | ☐ Unliquidated | |
| **Alameda, CA 94501-5226** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.916 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,574.30** |
| **Monica Miller Cavallaro** | ☐ Contingent | |
| **1516 Wildrose Way** | ☐ Unliquidated | |
| **Mountain View, CA 94043** | ☐ Disputed | |
| Date(s) debt was incurred 6/20/2012 | **Basis for the claim:** **Principal and accrued interest for loan to TechShop Detroit LLC** | |
| Last 4 digits of account number NA | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.916 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Monica Penick** | ☐ Contingent | |
| **4101 Sinclair Avenue** | ☐ Unliquidated | |
| **Austin, TX 78756** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.916 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Monika Gubernatis** | ☐ Contingent | |
| **1677 Bush St #6** | ☐ Unliquidated | |
| **San Francisco, CA 94109** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.916 5**

Nonpriority creditor's name and mailing address
**Monique McIntosh**
**312 comanche circle**
**hutto, TX 78634**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916 6**

Nonpriority creditor's name and mailing address
**Monty Morris**
**1520 Spruce Street #2**
**South Pasadena, CA 91030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916 7**

Nonpriority creditor's name and mailing address
**Monyka Igielski**
**2459 W Jacinto Ave**
**Mesa, AZ 85202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916 8**

Nonpriority creditor's name and mailing address
**Mook Davenport**
**5305 Wickliff Street**
**Pittsburgh, PA 15201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916 9**

Nonpriority creditor's name and mailing address
**Moray  Callum**
**1540 Braodway**
**Ann Arbor, MI 48105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917 0**

Nonpriority creditor's name and mailing address
**Morgan Brown**
**113  Bel Ayre Drive**
**Santa Clara, CA 95050**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917 1**

Nonpriority creditor's name and mailing address
**Morgan Carter**
**350 Arguello Blvd**
**San Francisco, CA 94118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 402
of 961

| 3.917 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Morgan Holland**
333 1st St. N901
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Morgen Depenthal**
516 Waller St
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mori Bellamy**
453 N. Rengoff Ave #21
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Morris Kornblit**
5861 Burchfield Ave
Pittsburgh, PA 15217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Morten Jensen_V**
1332 N. 31st Street
Mesa, AZ 85213

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **11/1/2017**

Last 4 digits of account number **0178,9,10**

Basis for the claim: **[Notice only] Techshop Chandler- Instructor class Instructions for the period dated 8/04/2017 to 10/27/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mose Nowland**
14632 Carolee
Dearborn Heights, MI 48125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.917 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Moses Williamson_V**
2607 Sunflower Trail
Copperas Cove, TX 76522

Date(s) debt was incurred  10/25/2017

Last 4 digits of account number  J027

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Movement from Accrued Liability to Accounts Payable to reissue payment for the Invoice #18**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|---|---|---|---|

**Moses Williamson_V**
2607 Sunflower Trail
Copperas Cove, TX 76522

Date(s) debt was incurred  10/3/2017

Last 4 digits of account number  22

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions for the period 10/01/2017 to 10/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |
|---|---|---|---|

**Moses Williamson_V**
2607 Sunflower Trail
Copperas Cove, TX 76522

Date(s) debt was incurred  9/19/2017

Last 4 digits of account number  20

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions for the period 07/03/2017 to 07/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Moses Williamson_V**
2607 Sunflower Trail
Copperas Cove, TX 76522

Date(s) debt was incurred  10/3/2017

Last 4 digits of account number  21

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions for the period 09/01/2017 to 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Moshe Rienhart**
4028 Clipper Ct.
Fremont, CA 94538

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Moxie  Doctor**
5070 Westminister Pl
St. Louis, MO 63108

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.918**
**4**

**Nonpriority creditor's name and mailing address**

**MP TempBadge#1**
**2415 Bay Road**
**Redwood City, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.918**
**5**

**Nonpriority creditor's name and mailing address**

**Mrinalini Aggarwal**
**846 Shotwell St**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.918**
**6**

**Nonpriority creditor's name and mailing address**

**MSB Lyle R Smith Trustee**
**61 Yale Rd**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **10/31/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$27,515.07**

---

**3.918**
**7**

**Nonpriority creditor's name and mailing address**

**Muffie Waterman**
**780 Bucknall Rd**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.918**
**8**

**Nonpriority creditor's name and mailing address**

**Muhammad Shiraz**
**1313 Clary sage loop**
**Round Rock, TX 78665**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.918**
**9**

**Nonpriority creditor's name and mailing address**

**Murat Newman**
**701 Somerset Park Drive SE Apt 204**
**Leesburg, VA 20175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.919**
**0**

**Nonpriority creditor's name and mailing address**

**Murat Ozkan**
**2987 22nd St**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 405 of 961

| 3.919 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Murphy Moschetta** | ☐ Contingent | |
| | **325 S Pacific Ave Apt. 1** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15224** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.919 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Mustafa Hassan** | ☐ Contingent | |
| | **10945 George Mason** | ☐ Unliquidated | |
| | **Fairfax, VA 22030** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.919 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Mykala Castro** | ☐ Contingent | |
| | **527 Menker Ave Apt A** | ☐ Unliquidated | |
| | **San Jose, CA 95128** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.919 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Myla Ablog** | ☐ Contingent | |
| | **1545 Geary Blvd. Apt. 6** | ☐ Unliquidated | |
| | **San Francisco, CA 94115** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.919 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Myles Barman** | ☐ Contingent | |
| | **1427 Luning Dr** | ☐ Unliquidated | |
| | **San Jose, CA 95118** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.919 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Myles Cunningham** | ☐ Contingent | |
| | **2680 Illinois St.** | ☐ Unliquidated | |
| | **East Palo Alto, CA 94303** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.919 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Myles Keough** | ☐ Contingent | |
| | **4471 Olive Street** | ☐ Unliquidated | |
| | **St. Louis, MO 63108** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 406 of 961

| 3.9198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Myles Lynk**
**111 E. Taylor St.**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Myles Oldroyd**
**1388 Pine Ave**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Myrna Ehrlich**
**10366 Avenida Lane**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**N'Dalo Silveira**
**234 south 20th street**
**san jose, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**N. Felton Cogell**
**76 Waller Street**
**San Francisco, CA 94102-6259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nabil Wessel**
**1911 California St**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nache Snow**
**10501 Keepsake Ln**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 407
of 961

| 3.920 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nadeem Haidary**
**332 Pine St, Floor 8**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.920 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nadia Kellam**
**1561 E. Shannon St.**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.920 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nadia Mosher**
**4801 Kenmore Ave Apt 1205**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.920 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nadia Wojcik**
**1500 Woodbine**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.920 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nadia zarkeshian**
**1300 Army navy Dr #707**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.921 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nadine Abdeljabbar**
**Campus Box 1245, 6601 Shepley Drive**
**St. Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.921 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nadine Matar**
**1080 Folsom Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.921 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Naif Almasaud**
**111 W 6th St.**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Naif Alotaibi**
**1055 W 2nd St**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nambi Gardner**
**1750 Sacremento St. #301**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nami Shubin**
**4001 San Leandro St #11**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nan Hockin**
**569 Sunnymount Ave**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nana Spade**
**493 Daisydell Ct.**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancy  Waltrip**
**213 Wiltshire Dr**
**Hutto, TX 78634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Achter**
**1064 Petie Way**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Alvarez**
**171 Tanner Circle**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,274.90 |
|---|---|---|---|

**Nancy Frisch**
**39 Liberty Dock**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/15/2010**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Frisch**
**39 Liberty Dock**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Frishberg**
**12465 Mines Rd.**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Laidley**
**20150 E. Silver Creek Ln.**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Lewis**
**5400 s. adrian HWY**
**Adrian, MI 49221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nancy Pedersen**
**275 S 20th Street**
**San Jose, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nancy Pham**
**701 Pine Street, APT 46**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nancy Romweber**
**1051 Page Street #3**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nancy Semin**
**1404 Brentwood**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nancy Spangler**
**471 Carolina Ln**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,100.95 |
|---|---|---|---|

**Nanette Wylde**
**33 Dexter Ave.**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/3/2011**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nanette Wylde**
**33 Dexter Ave.**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.923 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nani Lavin**
**1465 Revere Ave.**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Naomi  Curtis**
**5727 Dearborn Street**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Naomi Evanishyn**
**1141 W. Oriole Way**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Naomi Foss-Alfke**
**825 Frederick Commons**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Naoto Sakakibara**
**397 College Ave Apt C**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Naresh  Buvaneswari**
**218 Russo Commons**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|---|---|---|---|

**Nasdaq Corporate Solutions, LLC**
**LBX #11700 P.O. Box 780700**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15/2017**

Last 4 digits of account number  **8564**

Basis for the claim:  **Techshop Pittsburgh Maker Community Collaborate to launch nonprofit Makerspace**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.924 0** | **Nonpriority creditor's name and mailing address** | **$210.00** |

**Nasdaq Corporate Solutions, LLC**
**LBX #11700 P.O. Box 780700**
**Philadelphia, PA 19178**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/15/2017**

Last 4 digits of account number  **0363**

**Basis for the claim:**  **TechShop Chandler Celebrates 4th Year of Partnering with Local Makers to Bring New Concepts to Life**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.924 1** | **Nonpriority creditor's name and mailing address** | **$1,295.00** |

**Nasdaq Corporate Solutions, LLC**
**LBX #11700 P.O. Box 780700**
**Philadelphia, PA 19178**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/15/2017**

Last 4 digits of account number  **7624**

**Basis for the claim:**  **TechShop Announces positive Developments in effort to save Pittsburgh Location & San Jose Grand ...**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.924 2** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Nasiba Akramova**
**2275 s bascom ave**
**campbell, CA 95008**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.924 3** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Nasser Al_Suwaidi**
**11 W 6th St**
**Tempe, AZ 85281**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.924 4** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Nat Collins**
**702 Harvard Ave. apt. 4**
**Santa Clara, CA 95051**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.924 5** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Natalia Baltazar**
**417 South Idaho Steet**
**San Mateo, CA 94402**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.924 6** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Natalia Kennedy**
**7052 E. Trent Ave.**
**Mesa, AZ 85212**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 7 | **Nonpriority creditor's name and mailing address**<br>**Natalie  Jackson**<br>**8100 E. Jefferson**<br>**Detroit, MI 48214** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.924 8 | **Nonpriority creditor's name and mailing address**<br>**Natalie Carbary**<br>**8100 E. Jefferson Ave, Apt A607**<br>**Detroit, MI 48214** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.924 9 | **Nonpriority creditor's name and mailing address**<br>**Natalie Cruz**<br>**547 N. 4th St**<br>**San Jose, CA 95112** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.925 0 | **Nonpriority creditor's name and mailing address**<br>**Natalie Mendoza**<br>**1519 S Chestnut Circle**<br>**Mesa, AZ 85204** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.925 1 | **Nonpriority creditor's name and mailing address**<br>**Natalie Miller**<br>**701 E. Apache Blvd.**<br>**Tempe, AZ 85281** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.925 2 | **Nonpriority creditor's name and mailing address**<br>**Natalie Morales**<br>**12501 Rush Creek Lane**<br>**Austin, TX 78681** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.925 3 | **Nonpriority creditor's name and mailing address**<br>**Nataliya Tairbekov**<br>**104 Yeonas Dr SE**<br>**Vienna, VA 22180** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | TechShop, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.925 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Natalya Robinson**
**560 GROVE ST APT 4**
**SAN FRANCISCO, CA 94102-4293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.925 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Natasha Jensen**
**3030 Clarendon Blvd**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.925 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nate Padgett**
**4 St. Francis Place, Apt 1**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.925 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**nate boyce**
**1185 broadway**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.925 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nate Briggs**
**6103 Admiralty Lane**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.925 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nate Hovey**
**6747 College Park**
**Clarkston, MI 48346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.926 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Natesa Shanmugam**
**12204 Seline Way**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 415 of 961

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.926 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Nathan  Botts** | ☐ Contingent | |
| | **1106 S Cazona** | ☐ Unliquidated | |
| | **Mesa, AZ 85204** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.926 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Nathan  Ostrout** | ☐ Contingent | |
| | **200 W street NE Apt 2104** | ☐ Unliquidated | |
| | **Washington, DC 20002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.926 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Nathan Argetsinger** | ☐ Contingent | |
| | **1088 S Van Ness** | ☐ Unliquidated | |
| | **San Francisco, CA 94110** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.926 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
| | **Nathan Barnes** | ■ Contingent | |
| | **288 Junipero Ave** | ☐ Unliquidated | |
| | **Pacific Grove, CA 93950** | ■ Disputed | |
| | Date(s) debt was incurred  **9/20/2017** | **Basis for the claim:** **[Notice only] Techshop Menlo Park - Instructor class instructions for 09/09/2017** | |
| | Last 4 digits of account number  **10** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.926 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$312.50** |
| | **Nathan Barnes** | ■ Contingent | |
| | **288 Junipero Ave** | ☐ Unliquidated | |
| | **Pacific Grove, CA 93950** | ■ Disputed | |
| | Date(s) debt was incurred  **9/21/2017** | **Basis for the claim:** **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 07/16/2017 to 07/30/2017 dated 08/03/2017** | |
| | Last 4 digits of account number  **8** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.926 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$187.50** |
| | **Nathan Barnes** | ■ Contingent | |
| | **288 Junipero Ave** | ☐ Unliquidated | |
| | **Pacific Grove, CA 93950** | ■ Disputed | |
| | Date(s) debt was incurred  **9/21/2017** | **Basis for the claim:** **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 08/11/2017 to 08/26/2017dated 08/26/2017** | |
| | Last 4 digits of account number  **9** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.926 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Nathan Barnes**
**288 Junipero Ave.**
**Pacific Grove, CA 93950**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Nathan Bernstein**
**512 W 15th St**
**Tempe, AZ 85281**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Nathan Bramall**
**728 Lakechime Drive**
**Sunnyvale, CA 94089**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Nathan Carmichael**
**2020 E Broadway Rd.**
**#135**
**Tempe, AZ 85282**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Nathan Chamberlin**
**353 Jersey St**
**San Francisco, CA 94114**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Nathan Eastburn**
**11017 East Sombra Ave.**
**Mesa, AZ 85212**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Nathan Gabrish**
**22267 Cherry Hill**
**Dearborn, MI 48124**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.927 4 | **Nonpriority creditor's name and mailing address**<br>**Nathan Gall**<br>**538 Cassatt Way**<br>**San Jose, CA 95125** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.927 5 | **Nonpriority creditor's name and mailing address**<br>**Nathan Ginn**<br>**1347 Libra Dr.**<br>**Arnold, MO 63010** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.927 6 | **Nonpriority creditor's name and mailing address**<br>**Nathan Hall**<br>**173 43rd Street**<br>**Pittsburgh, PA 15201** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.927 7 | **Nonpriority creditor's name and mailing address**<br>**Nathan Kossak**<br>**16303 South Mann Ave.**<br>**Sahuarita, AZ 85021** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.927 8 | **Nonpriority creditor's name and mailing address**<br>**Nathan Liu**<br>**10222 Byrne Ave**<br>**Cupertino, CA 95014** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.927 9 | **Nonpriority creditor's name and mailing address**<br>**Nathan Loofbourrow**<br>**70 Norsall Ct.**<br>**Glendale, CA 91206** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.928 0 | **Nonpriority creditor's name and mailing address**<br>**Nathan Machak**<br>**941 East Grant Place**<br>**San Mateo, CA 94402** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.928 1**

**Nonpriority creditor's name and mailing address**

**Nathan Monson**
**1245 Lakeside Dr. #2021**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928 2**

**Nonpriority creditor's name and mailing address**

**Nathan oh**
**20595 Debbie Lane**
**Saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928 3**

**Nonpriority creditor's name and mailing address**

**Nathan Reed**
**444 Chapel Ridge Dr Apt G**
**Hazelwood, MO 63042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928 4**

**Nonpriority creditor's name and mailing address**

**Nathan Scott**
**12811 chaparral ave**
**saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928 5**

**Nonpriority creditor's name and mailing address**

**Nathan Smiddy**
**5030 E Fountain Cir**
**Mesa, AZ 85205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928 6**

**Nonpriority creditor's name and mailing address**

**Nathan Spak**
**7 Graib St**
**Pittsburgh, PA 15201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928 7**

**Nonpriority creditor's name and mailing address**

**Nathan Stanton**
**129 Jefferson Ave, 1**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 419 of 961

| | | |
|---|---|---|
| 3.928 8 | **Nonpriority creditor's name and mailing address** **Nathan Stevens** **2209 Spinnaker Court** **Reston, VA 20191** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.928 9 | **Nonpriority creditor's name and mailing address** **Nathaniel Bryant** **495 S PepperTree Dr** **Gilbert, AZ 85296** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.929 0 | **Nonpriority creditor's name and mailing address** **Nathaniel Buckner** **715 S Washington Street APT A14** **Alexandria, VA 22314** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.929 1 | **Nonpriority creditor's name and mailing address** **Nathaniel Guitierrez** **1151 Madera Avenue** **Menlo Park, CA 94025** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.929 2 | **Nonpriority creditor's name and mailing address** **Nathaniel Meyer** **501 Beale** **San Francisco, CA 94105** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.929 3 | **Nonpriority creditor's name and mailing address** **Nathaniel Morales** **12501 Rush Creek Lane** **Austin, TX 78681** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.929 4 | **Nonpriority creditor's name and mailing address** **Nathaniel Puffer** **5414 Clubside Lane** **Centreville, VA 20120** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

**3.929
5**

**Nonpriority creditor's name and mailing address**

**Nathaniel Verbeck
10164 Indian Ridge
Reno, NV 89511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.929
6**

**Nonpriority creditor's name and mailing address**

**Natira Matthews
3427 Jefferson Ave
Redwood City, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.929
7**

**Nonpriority creditor's name and mailing address**

**Natti Pierce-Thomson
9542 Eagle Hills Way
Gilroy, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.929
8**

**Nonpriority creditor's name and mailing address**

**Neal A. Osborn
2053 Skyline Dr.
Milpitas, CA 95035**

Date(s) debt was incurred  **1/11/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$29,247.89**

---

**3.929
9**

**Nonpriority creditor's name and mailing address**

**Neal Humphrey
1322 Wallach Place NW
Washington, DC 20009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.930
0**

**Nonpriority creditor's name and mailing address**

**Neal Peters
43152 Coit Ave.
Fremont, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.930
1**

**Nonpriority creditor's name and mailing address**

**Neal Ulrich
691 Post Street, #604
San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.930 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Necia Disse**
6013 Oakdale Rd
McLean, VA 22101

Date(s) debt was incurred **10/30/2017**

Last 4 digits of account number **ct04**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor Fees for instruction for the period 10262017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.930 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Necia Disse**
6013 Oakdale Rd
McLean, VA 22101

Date(s) debt was incurred **10/6/2017**

Last 4 digits of account number **1702**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Steam Instructor Fees for instruction for the period 09/02/217 to 09/30/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.930 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Necia Disse**
6013 Oakdale Rd
McLean, VA 22101

Date(s) debt was incurred **10/17/2017**

Last 4 digits of account number **eek2**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor Fees for instruction for the period 10/09/2017 to 10/15/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.930 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Necia Disse**
6013 Oakdale Rd
McLean, VA 22101

Date(s) debt was incurred **10/30/2017**

Last 4 digits of account number **ct03**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor Fees for instruction for the period 10212017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.930 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025.00 |
|---|---|---|---|

**Necia Disse**
6013 Oakdale Rd
McLean, VA 22101

Date(s) debt was incurred **9/6/2017**

Last 4 digits of account number **2017**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Steam Instructor Fees for instruction for the period 08/07/2017 to 08/16/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.930 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Necia Disse**
6013 Oakdale Rd
McLean, VA 22101

Date(s) debt was incurred **9/6/2017**

Last 4 digits of account number **1701**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Steam Instructor Fees for instruction for the period 07/03/2017 to 07/14/2017**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 422 of 961

| 3.930 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$714.44** |
|---------|------|------|------|

**Necia Disse**
**6013 Oakdale Rd**
**McLean, VA 22101**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/6/2017**

Last 4 digits of account number  **1702**

Basis for the claim:  **[Notice only] Techshop DC Arlington-Steam Instructor Fees for instruction for the period 07/18/2017 to 07/20/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00** |
|---------|------|------|------|

**Necia Disse**
**6013 Oakdale Rd**
**McLean, VA 22101**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/6/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop DC Arlington-Steam Instructor Fees for instruction for the period 06/26/2017 to 06/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---------|------|------|------|

**Necia Disse**
**6013 Oakdale Rd**
**McLean, VA 22101**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/14/2017**

Last 4 digits of account number  **0077**

Basis for the claim:  **[Notice only] DC Arlington-Payment has stopped and Checks reissued**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---------|------|------|------|

**Necia Disse**
**6013 Oakdale Road**
**McLean, VA 22101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---------|------|------|------|

**Ned Ash**
**850 John Carlyle Street #336**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---------|------|------|------|

**Ned Henry**
**834 Dolores St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Fjell**
**2592 West Ohio Street**
**Apache Junction, AZ 85120**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Andersen**
**1050 Acacia Street**
**Montara, CA 94037**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Angeles**
**305 N Heatherwilde Blvd**
**Pflugerville, TX 78660**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Basu**
**3583 Madison Common**
**Fremont, CA 94538**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Bhairo**
**2327 Plateau Dr**
**San Jose, CA 95125**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Crawford**
**2708 W. Palomino**
**Chandler, AZ 85224**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**neil fjell**
**2592 west ohio street**
**apache junction, AZ 85120**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398  Doc# 2-1  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 424 of 961

| 3.932 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Jacobstein**
**140 Palo Alto Rd**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.932 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Macfarland**
**536 N Leone Ave**
**Garden City, MI 48135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.932 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Olson**
**739 Westgate Avenue**
**St. Louis, MO 63130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.932 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Taylor**
**2009 Palos Verdes**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.932 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Neill Ford**
**1640 W Desert Broom Drive**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.932 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Neill Odenwald**
**25510 Schoolcraft**
**Redford, MI 48239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.932 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nelia Reiter**
**19826 East Reins Road**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.932 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nell Lundy**
2170 Harrison Street #5
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nelle Phillips**
4100 Forest Park Ave Apt 413
Saint Louis, MO 63108

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nels Thogerson**
2354 Old Trail Drive
Reston, VA 20191

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nelson Brock**
1166 Morae Ave
Sunnyvale, CA 94089

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nelson Chan**
1275 E Crystal Cir
Canton, MI 48187

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nelson Choi**
4707 Malero
San Jose, CA 95129

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nelson Fesas**
8600 Fm 620 North #2536
Austin, TX 78726

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 426 of 961

| | |
|---|---|
| **3.9335** | |

**Nonpriority creditor's name and mailing address**

**Nelson G. Reyes, Sculpture Factory Xinch**
**Jingdezhen Shi Jiangxi Sheng, 333000**
**CHINA**

Date(s) debt was incurred **11/14/2017**

Last 4 digits of account number **_**

**$7,458.00**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop Brooklyn-Brooklyn Build Out from 8/13/17 to 10/7/17**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.9336** | |

**Nonpriority creditor's name and mailing address**

**Nelson Villatoro**
**1419 Shenta Oak Dr**
**Norcross, VA 22060**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

**$0.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.9337** | |

**Nonpriority creditor's name and mailing address**

**Nena Barley**
**2808 Saint Marys View Rd**
**Accokeek, MD 20607**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

**$0.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.9338** | |

**Nonpriority creditor's name and mailing address**

**Nestor Llanos**
**2771 S. Nolina Pl.**
**Chandler, AZ 85286**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

**$0.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.9339** | |

**Nonpriority creditor's name and mailing address**

**New Century Commons, LLC**
**485 Alberto Way, Suite 200**
**Los Gatos, CA 95032**

Date(s) debt was incurred **11/1/2017**

Last 4 digits of account number **2017**

**$3,076.36**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Late Fee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.9340** | |

**Nonpriority creditor's name and mailing address**

**New Century Commons, LLC**
**485 Alberto Way, Suite 200**
**Los Gatos, CA 95032**

Date(s) debt was incurred **10/23/2017**

Last 4 digits of account number **2017**

**$38,454.50**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Rent & CAM charges for November 2017**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 427 of 961

| 3.934 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,221.89** |
| **New Century Commons, LLC** 485 Alberto Way, Suite 200 Los Gatos, CA 95032 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred  **10/1/2017** Last 4 digits of account number  **2017** | Basis for the claim:  **[Notice only] Techshop San Jose -Late Fee and Utility Charges** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.934 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,454.50** |
| **New Century Commons, LLC** 485 Alberto Way, Suite 200 Los Gatos, CA 95032 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred  **9/23/2017** Last 4 digits of account number  **2017** | Basis for the claim:  **[Notice only] Techshop San Jose -Rent & CAM charges for October 2017** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.934 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,676.43** |
| **New Century Commons, LLC** 485 Alberto Way, Suite 200 Los Gatos, CA 95032 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred  **9/1/2017** Last 4 digits of account number  **2017** | Basis for the claim:  **[Notice only] Techshop San Jose -Late Fee and Utility Charges** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.934 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,454.50** |
| **New Century Commons, LLC** 485 Alberto Way, Suite 200 Los Gatos, CA 95032 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred  **8/23/2017** Last 4 digits of account number  **2017** | Basis for the claim:  **[Notice only] Techshop San Jose -Rent & CAM charges for September 2017** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.934 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,454.50** |
| **New Century Commons, LLC** 485 Alberto Way, Suite 200 Los Gatos, CA 95032 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred  **6/23/2017** Last 4 digits of account number  **2017** | Basis for the claim:  **[Notice only] Techshop San Jose -Rent & CAM charges for July 2017** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.934 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,454.50** |
| **New Century Commons, LLC** 485 Alberto Way, Suite 200 Los Gatos, CA 95032 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred  **7/23/2017** Last 4 digits of account number  **2017** | Basis for the claim:  **[Notice only] Techshop San Jose -Rent & CAM charges for August 2017** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 428 of 961

| 3.934 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **New York City Economic Development Corpo** **Attn: Current officer** **110 William Street** **New York, NY 10038** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** [Notice Only - Demand letter issued] | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.934 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **New York City Economic Development Corpo** **Attn: Current officer** **110 William Street** **New York, NY 10038** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** [Notice Only - Demand letter issued] | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.934 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **New York City Economic Development Corpo** **Attn: Current officer** **110 William Street** **New York, NY 10038** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** [Notice Only - Demand letter issued] | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.935 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Nexy Andrews** **11220 N. 18th Dr.** **Phoenix, AZ 85029** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.935 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Nguyen Nguyen** **561 S 22nd St.** **San Jose, CA 95116** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.935 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Nicholas  Benjamin** **85 Lombardy Lane** **Orinda, CA 94563-1330** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.935 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicholas Britto**
**11148 Grrade Drive**
**Reston, VA 20191**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicholas OBrien**
**7058 Washington Ave**
**Saint Louis, MO 63130**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicholas Andraka**
**5725 Saint Johns Chapel Rd**
**Owings, MD 20736**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,506.03** |
|---|---|---|---|

**Nicholas Chim**
**226 Caselli Ave.**
**San Francisco, CA 94114**

Date(s) debt was incurred  **5/15/2011**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicholas Christian**
**8072 Woodholme Cir**
**Pasadena, MD 21122**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicholas Chubrich**
**2602 Pacific Ave.**
**San Francisco, CA 94115**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicholas Crumrine**
**4900 Creekline Drive**
**Austin, TX 78745**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 430 of 961

| | | |
|---|---|---|
| 3.936 0 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Filary**<br>**15009 Drusillas Dr**<br>**Pflugerville, TX 78660**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.936 1 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Flowers**<br>**981 North Western Ridge Trail**<br>**Tucson, AZ 85748**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.936 2 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Garthright**<br>**2036 W. Hayden**<br>**Queen Creek, AZ 85142**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.936 3 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Green**<br>**1021 Magnolia Street**<br>**Oakland, CA 94607**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.936 4 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Harrigan**<br>**1805 Crystal Dr Unit 709**<br>**Arlington, VA 22202**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.936 5 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Huba**<br>**15200 Sweet Caddies Dr.**<br>**Pflugerville, TX 78660**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.936 6 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Kandas**<br>**945 East Playa del Norte Drive 1026**<br>**2885 East Robin Court**<br>**Tempe, AZ 85281**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 431 of 961

---

**3.9367**

**Nonpriority creditor's name and mailing address**

**Nicholas Kirschman**
**2632 Roseland Terrace**
**St. Louis, MO 63143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9368**

**Nonpriority creditor's name and mailing address**

**Nicholas Michlig**
**171 19th Ave**
**San Francisco, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9369**

**Nonpriority creditor's name and mailing address**

**Nicholas Olsen**
**314 E. Mckinley Ave**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9370**

**Nonpriority creditor's name and mailing address**

**Nicholas Peck**
**308 Comanche Circle**
**Hutto, TX 78634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9371**

**Nonpriority creditor's name and mailing address**

**Nicholas Riedel**
**505 Pinon cv**
**Georgetown, TX 78628**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9372**

**Nonpriority creditor's name and mailing address**

**Nicholas Sarandou**
**1213 Mt. Royal Blvd.**
**Pittsburgh, PA 15223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9373**

**Nonpriority creditor's name and mailing address**

**Nicholas Scheufler**
**5292 WINTERS RUN RD**
**DUBLIN, OH 43016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 432 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.937 4 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Steigmann**<br>**3412 Edison St.**<br>**San Mateo, CA 94403** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.937 5 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Strasner**<br>**1221 E Apache Blvd Apt 3061**<br>**Tempe, AZ 85281** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.937 6 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Weeks**<br>**106 La Questa Way**<br>**Woodside, CA 94062** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.937 7 | **Nonpriority creditor's name and mailing address**<br>**Nick  Collins**<br>**2310 Muriel Dr**<br>**Santa Cruz, CA 95062** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.937 8 | **Nonpriority creditor's name and mailing address**<br>**Nick Avgerinos**<br>**9914 S Wildcat Rd**<br>**Molalla, OR 97038** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.937 9 | **Nonpriority creditor's name and mailing address**<br>**Nick Bafaro**<br>**2700 Corliss Dr**<br>**St. Louis, MO 63125** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.938 0 | **Nonpriority creditor's name and mailing address**<br>**Nick Baker**<br>**10510 Copperfield Dr**<br>**Saint Louis, MO 63123** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 433 of 961

| 3.938<br>1 | **Nonpriority creditor's name and mailing address**<br>**Nick Baxter**<br>**801 Newhall**<br>**Hillshorough, CA 94010** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938<br>2 | **Nonpriority creditor's name and mailing address**<br>**Nick Campau**<br>**14856 Cleveland**<br>**Allen Park, MI 48101** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938<br>3 | **Nonpriority creditor's name and mailing address**<br>**Nick Chim**<br>**226 Caselli Ave.**<br>**San Francisco, CA 94114** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938<br>4 | **Nonpriority creditor's name and mailing address**<br>**Nick Clausen**<br>**795 Geary Street**<br>**San Francisco, CA 94109** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938<br>5 | **Nonpriority creditor's name and mailing address**<br>**Nick Cooper**<br>**251 Harold Ave**<br>**San Francisco, CA 94133** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938<br>6 | **Nonpriority creditor's name and mailing address**<br>**Nick Dawes**<br>**7810 Caberfae Trail**<br>**Clarkston, MI 48348** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938<br>7 | **Nonpriority creditor's name and mailing address**<br>**Nick Dhuyvetter**<br>**1655 E University Dr Apt 1031**<br>**Tempe, AZ 85281** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Notice Only re Techshop Subsidiary LLC Customer<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Edgington**
**10721 Herd**
**cary, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.938 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Huff**
**608 Elder Way**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.939 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Lawrence**
**11407 San Jose**
**Redford, MI 48239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.939 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Lloyd**
**8550 59th St. N**
**Lake Elmo, MN 55042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.939 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Martin**
**1600 N Saba St, Unit 210**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.939 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Matsakis**
**153 Bonita Ave.**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.939 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Nieminen**
**19 Capp St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 435
of 961

| 3.9395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nick O'Neill**
**1023 Noe St**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nick Parker**
**730 bickneil rd**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nick Peix**
**871 Cape Breton Dr.**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nick Pourfard**
**1815 17th ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nick Reimnitz**
**160 14th Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nick Rudomin**
**8515 Brodie Ln #632**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nick Sanders**
**22641 Mt Eden Rd**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 436 of 961

| 3.940 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Schaeferle**
**2310 Rock St**
**Apt 40, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Shelton**
**4517 Depew Ave.**
**Austin, TX 78751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Smith**
**545 Albemarle st.**
**El cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Thompson**
**134 Carnegie St.**
**Pittsburgh, PA 15208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Triantos**
**351 La Questa Way**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Verzino**
**5237 nottingham ave**
**st. louis, MO 63109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nick Wilson**
**300 Bocana St Apt 3**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.940 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.940 9**

**Nonpriority creditor's name and mailing address**
**Nick Young**
**190 S. 15th St.**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941 0**

**Nonpriority creditor's name and mailing address**
**Nicky Litle**
**130 San Rafael Avenue**
**Belvedere, CA 94920**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941 1**

**Nonpriority creditor's name and mailing address**
**Nicolas Echeverria**
**3804 Evans Street #10**
**Los Angeles, CA 90027**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941 2**

**Nonpriority creditor's name and mailing address**
**Nicolas Feria**
**1688 Tacoma Ave**
**Berkeley, CA 94707**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941 3**

**Nonpriority creditor's name and mailing address**
**Nicolas Garcia**
**1851 E. Kirkland Lane**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941 4**

**Nonpriority creditor's name and mailing address**
**Nicolas Kokocinski**
**3473 N 1st St**
**San Jose, CA 95134**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941 5**

**Nonpriority creditor's name and mailing address**
**Nicolas Morales**
**12501 rush creek ln**
**Austin, TX 78732**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 438 of 961

| 3.941 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicolas Strauli**
1357 11th Ave
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicolas Valverde**
275 s. 20th St.
San Jose, CA 95116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicolas Wolf**
601 Holland Lane Apt 508
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicolas Yanuzzi**
3298a Wilson Blvd
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicolas ZevallosRoberts**
338 S.Atlantic Ave
Pittsburgh, PA 15214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicolay Postarnakevich**
122 Montana
San Francisco, CA 94112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicole Andrews**
1577 Koch Ln
San Jose, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 439 of 961

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.942 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nicole Aptekar**
985 Howard St.
san francisco, CA 94103

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nicole Bernal**
1001 Markham Ln Apt A
Austin, TX 78753

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nicole Catrett**
761 Colusa Ave
El Cerrito, CA 94530

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nicole de Jong**
3811 Acosta Rd
Fairfax, VA 22031

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nicole Hayes**
780 Town Center Dr APT3105B
Dearborn, MI 48126

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nicole Henninger**
4236 Bruce St
Pittsburgh, PA 15201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nicole Hulet**
1914 West Canyon Way
Chandler, AZ 85248

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicole Lee**
**900 Folsom Street Apt. 452**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicole Nicholson**
**1747 E Erie St**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicole Weikert**
**4421 Cox Road**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Niel Viljoen**
**4555 cheeney st**
**santa clara, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Niels van_Eck**
**1635 California St Apt 72**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nigel Langley**
**2051 ashton ave**
**menlo park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Nigel Langley**
**2051 Ashton Ave**
**Menlo Park, CA 94025**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** **8/20/2017**
**Last 4 digits of account number** **13**

Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 05/01/2017 to 05/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.943 7** | |

**Nonpriority creditor's name and mailing address**
**Nigel Langley**
**2051 Ashton Ave**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **8/20/2017**

Last 4 digits of account number  **14**

As of the petition filing date, the claim is: *Check all that apply.*

$150.00

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 06/01/2017 to 06/30/2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.943 8** | |

**Nonpriority creditor's name and mailing address**
**Nigel Langley**
**2051 Ashton Ave**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **8/20/2017**

Last 4 digits of account number  **12**

As of the petition filing date, the claim is: *Check all that apply.*

$200.00

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 04/01/2017 to 04/30/2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.943 9** | |

**Nonpriority creditor's name and mailing address**
**Nik Gervae**
**547 Page St. #4**
**San Francisco, CA 94117**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.944 0** | |

**Nonpriority creditor's name and mailing address**
**Nik Levy**
**760 Skyline Dr. #B**
**Felton, CA 95018**

Date(s) debt was incurred  **11/15/2017**

Last 4 digits of account number  **2120**

As of the petition filing date, the claim is: *Check all that apply.*

$292.50

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop San Jose -Instructor Class Instruction fees for the period of 11/02/2017 to 11/09/2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.944 1** | |

**Nonpriority creditor's name and mailing address**
**Nik Levy**
**760 Skyline Dr. #B**
**Felton, CA 95018**

Date(s) debt was incurred  **11/15/2017**

Last 4 digits of account number  **2114**

As of the petition filing date, the claim is: *Check all that apply.*

$486.50

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop San Jose -Instructor Class Instruction fees for the period of 08/01/2017 to 08/31/2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.944 2** | |

**Nonpriority creditor's name and mailing address**
**Nik Levy**
**760 Skyline Dr. #B**
**Felton, CA 95018**

Date(s) debt was incurred  **11/2/2017**

Last 4 digits of account number  **2119**

As of the petition filing date, the claim is: *Check all that apply.*

$375.50

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop San Jose -Instructor Class Instruction fees for the period of 10/05/2017 to 10/31/2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 442 of 961

| 3.944 3 | | | $329.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nik Levy**
**760 Skyline Dr. #B**
**Felton, CA 95018**

Date(s) debt was incurred  **9/19/2017**

Last 4 digits of account number  **2115**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor Class Instruction fees for the period of 09/06/2017 to 09/11/2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.944 4 | | | $732.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nik Levy**
**760 Skyline Dr. #B**
**Felton, CA 95018**

Date(s) debt was incurred  **10/5/2017**

Last 4 digits of account number  **2116**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor Class Instruction fees for the period of 09/18/2017 to 10/03/2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.944 5 | | | $501.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nik Levy**
**760 Skyline Dr. #B**
**Felton, CA 95018**

Date(s) debt was incurred  **8/9/2017**

Last 4 digits of account number  **2112**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor Class Instruction fees for the period of 07/31/2017 to 08/07/2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.944 6 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nik Levy**
**2748 Belvue Dr**
**Los Gatos, CA 95032**

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.944 7 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nikash Gupta**
**482 Thompson Ave**
**Mountain View, CA 94043**

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.944 8 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Nikhil  Muthuvenkatesh**
**820 East Apache Blvd**
**3817 Cereus Hall**
**Tempe, AZ 85281**

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 443 of 961

| 3.944 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Nikhil Bhatia**
571 Panchita Way
Los Altos, CA 94022

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**nikhil gangaram**
22399 janice avenue
cupertino, CA 95014

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Nikhil Jali**
100 W. Fernando St. #114
San Jose, CA 95013

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Nikhil Raghu**
169 W 81ST ST, APT 4D
NEW YORK, NY 10024

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Niki Ernst**
12 Jennifer Pl
San Francisco, CA 94107

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Nikita Mikros**
214A 29th Street
Brooklyn, NY 11232

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Nikki Everett**
135 Dore St.
San Francisco, CA 94103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nikki Stevens**
**1522 E Southern Ave**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nikko Lubinski**
**4418 24th St.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Niko Bhatia**
**571 Panchita Way**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nikola Uzelac**
**413 E. Carter Dr.**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nikolai Romanenko**
**101 jefferson Dr**
**Menlo Park, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nikolay Bryzgalov**
**77 Domingo ave.**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nikos Troullinos**
**1843 McDaniel**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nikunj Khetan**
**20307 Knollwood Dr**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nils Beck**
**50 Mountainview**
**San Mateo, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nina Cho**
**1 Lafayette Plaisance St**
**Detroit, MI 48207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nina Clarke-Telfer**
**5003 W Saddlehorn Rd**
**Phoenix, AZ 85083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nina Redse**
**575 Elizabeth St.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nina Shih**
**1075 Space Pkwy**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nina Wilson**
**66 Danton St**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ninad Sathe**
752 San Bruno Ave.
San Francisco, CA 94107

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nir Chezrony**
819 Paquerette Court
Manchester, MO 63021

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nirmal Merchant**
17 Paradise Ave
San Francisco, CA 94131

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nisha Fawcett**
703 N. Lang Ave
Pittsburgh, PA 15208

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nisha Rasik**
887 BUSH ST, APT 205
SAN FRANCISCO, CA 94108

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nishikant Sheorey**
226 Shrader
San Francisco, CA 94117

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nitesh Jadhav**
45101 seabrook
Canton, MI 48188

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 447 of 961

| 3.947 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Nithya Somanath** | ☐ Contingent | |
| **35841 Woodington ct, 40301** | ☐ Unliquidated | |
| **Farmington Hills, MI 48335** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.947 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Nitun Verma** | ☐ Contingent | |
| **530 Chestnut St. #104** | ☐ Unliquidated | |
| **San Francisco, CA 94133** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.947 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Nitya Baddam** | ☐ Contingent | |
| **5200 Thirn Creek** | ☐ Unliquidated | |
| **San Jose, CA 95135** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.948 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Noa Bruhis** | ☐ Contingent | |
| **306 S Westfall Ave** | ☐ Unliquidated | |
| **Tempe, AZ 85281** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.948 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Noah Austin** | ☐ Contingent | |
| **419 Marin Ave** | ☐ Unliquidated | |
| **Mill Valley, CA 94941** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.948 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Noah Balmer** | ☐ Contingent | |
| **1375 Fifth Ave.** | ☐ Unliquidated | |
| **San Francisco, CA 94122** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.948 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Noah Butts** | ☐ Contingent | |
| **7218 Upland St.** | ☐ Unliquidated | |
| **Pittsburgh, PA 15208** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 448 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|-----|------|---|
| | Name | | |

**3.948 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,845.45 |
|---|---|---|
| **Noah Chittim** | ☐ Contingent | |
| **305 West Shore Road** | ☐ Unliquidated | |
| **Westport Island, ME 04578** | ☐ Disputed | |
| Date(s) debt was incurred __11/8/2017__ | Basis for the claim: __Expenses for the period 09/06/2017 to 10/23/2017__ | |
| Last 4 digits of account number __A2__ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.948 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Noah Chittim** | ☐ Contingent | |
| **852 Clayton St.** | ☐ Unliquidated | |
| **San Francisco, CA 94117** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.948 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Noah Elliott** | ☐ Contingent | |
| **618 19th street s apt 3** | ☐ Unliquidated | |
| **Arlington, VA 22202** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.948 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Noah Frisch** | ☐ Contingent | |
| **39 Liberty Dock** | ☐ Unliquidated | |
| **Sausalito, ME 04965** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.948 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Noah Godwin** | ☐ Contingent | |
| **1801 Pyramid Dr** | ☐ Unliquidated | |
| **Austin, TX 78634** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.948 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Noah Goldstein** | ☐ Contingent | |
| **5638 Marlborough Road** | ☐ Unliquidated | |
| **Pittsburgh, PA 15217** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.949 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Noah Israel** | ☐ Contingent | |
| **2726 N Harrison st** | ☐ Unliquidated | |
| **Arlington, VA 22207** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.949 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Noah Kanter**
**811 4th St NW APT 807**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.949 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Noah Otero**
**1128 E Loyola Dr**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.949 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Noah Riley**
**4027 Howley St**
**Pittsburgh, PA 15224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.949 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Noah Ross**
**43 Peninsula Rd**
**Belvedere Tiburon, CA 94920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.949 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Noah Tsutsui**
**4156 Folsom St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.949 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31,438.36** |
|---|---|---|---|

**Noel & Tracy Gorelick**
**2203 Kalkaska**
**Henderson, NV 89004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/15/2013__

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Last 4 digits of account number __NA__

Is the claim subject to offset? ■ No ☐ Yes

| 3.949 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Noel Commins**
**835 Urbano Drive**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.949 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Noel Cragg**
1566 Pacific Avenue
Alameda, CA 94501

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Noel Gorelick**
2203 Kalkaska
Henderson, NV 89004

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Noel Rabinowitz**
910 Regent St
Alameda, CA 94501

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Noel Rosado**
1700 Hibbard ST
Alameda, CA 94501

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Noelle Huskey**
615 Frederick St.
San Francisco, CA 94117

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nolan Doktor**
3151 Waukegan Avenue
Simi Valley, CA 93063

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nolan Groves**
11102 Spicewood Club
Austin, TX 78750

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 451 of 961

| 3.950 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Nolan Leake** | ☐ Contingent | |
| **1788 Elsie Ave.** | ☐ Unliquidated | |
| **Mountain View, CA 94043** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.950 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Nolan Love** | ☐ Contingent | |
| **2000 Broadway #508** | ☐ Unliquidated | |
| **San Francisco, CA 94115** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.950 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,482.50** |
| **Nolan Todd Doktor** | ■ Contingent | |
| **3151 Waukegan Avenue** | ☐ Unliquidated | |
| **Simi Valley, CA 93063** | ■ Disputed | |
| Date(s) debt was incurred **8/24/2017** | **Basis for the claim:** _[Notice only] Techshop San Jose -SJ instructor fees for the period of 06/17/2017 to 08/13/2017_ | |
| Last 4 digits of account number **27** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.950 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Nolawi Petros** | ☐ Contingent | |
| **225 I ST NE, 712** | ☐ Unliquidated | |
| **Washington, DC 20002** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.950 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Nondas Voll** | ☐ Contingent | |
| **75 Elise St.** | ☐ Unliquidated | |
| **San Francisco, CA 94110** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.951 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Nora Gilchrist** | ☐ Contingent | |
| **214 N. Lexington St** | ☐ Unliquidated | |
| **Pittsburgh, PA 15208** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.951 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Norbert Wank** | ☐ Contingent | |
| **903 E El Camino Real** | ☐ Unliquidated | |
| **Mountain View, CA 94040** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 452 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.951 2 | **Nonpriority creditor's name and mailing address**<br>**Norihiro Edwin Aoki**<br>**115 Stadler Dr.**<br>**Woodside, CA 94062** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28,428.60** |
|---|---|---|---|
| | Date(s) debt was incurred  **6/2/2016**<br>Last 4 digits of account number  **NA** | Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.951 3 | **Nonpriority creditor's name and mailing address**<br>**Norihiro Edwin Aoki**<br>**115 Stadler Dr.**<br>**Woodside, CA 94062** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,121.40** |
|---|---|---|---|
| | Date(s) debt was incurred  **6/15/2011**<br>Last 4 digits of account number  **NA** | Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.951 4 | **Nonpriority creditor's name and mailing address**<br>**Norm Donovan**<br>**10185 Scenic**<br>**Cupertino, CA 95014** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **_**<br>Last 4 digits of account number  **_** | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.951 5 | **Nonpriority creditor's name and mailing address**<br>**Norm Josephson**<br>**4336 Fillmore St.**<br>**Santa Clara, CA 95056** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **_**<br>Last 4 digits of account number  **_** | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.951 6 | **Nonpriority creditor's name and mailing address**<br>**Norman Guidry**<br>**6712 Cromarty Ln.**<br>**Austin, TX 78754** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **_**<br>Last 4 digits of account number  **_** | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.951 7 | **Nonpriority creditor's name and mailing address**<br>**Norman Hicks**<br>**1428 Yates Store Rd.**<br>**Cary, NC 27519** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **_**<br>Last 4 digits of account number  **_** | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.951 8 | **Nonpriority creditor's name and mailing address**<br>**Norman Lee**<br>**735 Rivera Street**<br>**San Francisco, CA 94116** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **_**<br>Last 4 digits of account number  **_** | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.951 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Norman Newlon**
**2367 South Drive**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,128.77** |
|---|---|---|---|

**Norman Newton**
**2367 South Drive**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/22/2015**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,148.52** |
|---|---|---|---|

**Norman On**
**225 Vista View Dr.**
**Cloverdale, CA 95425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/10/2011**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Norman On**
**225 Vista View Dr.**
**Cloverdale, CA 95425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Norman Oppenheimer**
**16 Terrace Avenue**
**Kentfield, CA 94904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,603.95** |
|---|---|---|---|

**Normand Nantel**
**2202 Charter Way**
**San Leandro, CA 94579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/9/2015**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 454
of 961

| | | |
|---|---|---|
| 3.952 5 | **Nonpriority creditor's name and mailing address** **Normand Nantel** **2202 Charter Way** **San Leandro, CA 94579** | **$0.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.952 6 | **Nonpriority creditor's name and mailing address** **Northwest Signs Inc.** **120 Encinal St.** **Santa Cruz, CA 95060** | **$19,342.85** |

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/14/2016**

Last 4 digits of account number  **2016**

Basis for the claim:  **[Notice only] Techshop San Jose -Repair & Installation of New Sign Boards for Techshop San Jose**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.952 7 | **Nonpriority creditor's name and mailing address** **Noura Ballout** **4474 Third St. Unit B2** **Detroit, MI 48201** | **$0.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.952 8 | **Nonpriority creditor's name and mailing address** **Noureddine Echlouchi** **140 58th st, Unit 6C** **Brooklyn, NY 11220** | **$0.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.952 9 | **Nonpriority creditor's name and mailing address** **Noy Konforty** **508 San Benito Ave** **Menlo Park, CA 94025** | **$0.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.953 0 | **Nonpriority creditor's name and mailing address** **Numair Ahmed** **3625 E ray road, Apt 2102** **Phoenix, AZ 85044** | **$0.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.953 1 | **Nonpriority creditor's name and mailing address** **Nunzio DeCia** **16376 Mulberry Way** **Northville, MI 48168** | **$0.00** |

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 455 of 961

| 3.953<br>2 | Nonpriority creditor's name and mailing address<br>**NYC Economic Development Corp**<br>**P.O. Box 5264**<br>**New York, NY 10008** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$11,805.83** |
|---|---|---|---|
| | Date(s) debt was incurred **10/19/2017**<br>Last 4 digits of account number **0441** | Basis for the claim: **[Notice only] Techshop Brooklyn-Base Rent**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953<br>3 | Nonpriority creditor's name and mailing address<br>**O.J. Vander Meiden**<br>**8420 Ironweed Run**<br>**Round Rock, TX 78681** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953<br>4 | Nonpriority creditor's name and mailing address<br>**Octaviani Adam**<br>**7 Glenn St #302**<br>**Morgantown, WV 26505** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953<br>5 | Nonpriority creditor's name and mailing address<br>**Octavio Ortiz**<br>**28 Claremont Ave**<br>**Redwood City, CA 94062** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953<br>6 | Nonpriority creditor's name and mailing address<br>**Octavio Paguaga**<br>**1924 C St NE**<br>**Washington, DC 20002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953<br>7 | Nonpriority creditor's name and mailing address<br>**Odelia Deng**<br>**50 Lee Ave**<br>**San Francisco, CA 94112** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953<br>8 | Nonpriority creditor's name and mailing address<br>**Ofer Zajicek**<br>**1606 Blue Meadow Rd**<br>**Potomac, MD 20854** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 456 of 961

**3.9539**

Nonpriority creditor's name and mailing address

**Olivia Maas**
**9 Tupelo Way**
**Acton, MA 01720**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9540**

Nonpriority creditor's name and mailing address

**Okhtay Azarmanesh**
**2121 3rd street, #511**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9541**

Nonpriority creditor's name and mailing address

**Oleg Gusikhin**
**2101 Village Rd**
**Dearborn, MI 48324**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9542**

Nonpriority creditor's name and mailing address

**Oleg Krupin**
**400 ORTEGA AVE, APT 309**
**Mountain View, CA 94040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9543**

Nonpriority creditor's name and mailing address

**Oleg Petrov**
**705 W Fremont ave, #2**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9544**

Nonpriority creditor's name and mailing address

**Olga Escobar**
**516 Arleta Ave**
**San Jose, CA 95128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9545**

Nonpriority creditor's name and mailing address

**Olga Green**
**1030 Highlands Plz Drive E 502 E**
**St. Louis, MO 63110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 457 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.9546 | **Nonpriority creditor's name and mailing address**<br>**Olga Pogoda**<br>**1720 Miriam St**<br>**Pittsburgh, PA 15213** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9547 | **Nonpriority creditor's name and mailing address**<br>**Olin Palmer**<br>**96 Cedar St.**<br>**San Carlos, CA 94070** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9548 | **Nonpriority creditor's name and mailing address**<br>**Oliver Frank Juang**<br>**2703 Mathews St.**<br>**Berkeley, CA 94702-2215** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$62,725.33** |
|---|---|---|---|
| | Date(s) debt was incurred **6/13/2011**<br>Last 4 digits of account number **NA** | **Basis for the claim:** **Principal and accrued interest for loan to TechShop San Jose LLC**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9549 | **Nonpriority creditor's name and mailing address**<br>**Oliver Juang**<br>**2703 Mathews St.**<br>**Berkeley, CA 94702-2215** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9550 | **Nonpriority creditor's name and mailing address**<br>**Oliver Ramin**<br>**21 Weatherly Dr.**<br>**Mill Valley, CA 94941** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9551 | **Nonpriority creditor's name and mailing address**<br>**Oliver Zhang**<br>**1115 St. Joseph Ave.**<br>**Los Altos, CA 94024** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9552 | **Nonpriority creditor's name and mailing address**<br>**Olivia Anderson**<br>**1165 Miller Ave**<br>**Berkeley, CA 94708** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 458 of 961

| 3.955 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**3.955 3**

**Nonpriority creditor's name and mailing address**

**Olivia Kissel**
**903 Norfolk St**
**Pittsburgh, PA 15217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955 4**

**Nonpriority creditor's name and mailing address**

**Olivia McCaa**
**1768 Quesada Way**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955 5**

**Nonpriority creditor's name and mailing address**

**Olivia Morgan**
**901 23rd street s**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955 6**

**Nonpriority creditor's name and mailing address**

**Olivia Morgan_V**
**901 23rd Street S**
**Arlington, VA 22202**

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **08ts**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-STEAM instructions Fees of Instructor for the period 08/03/2017 to 08/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$487.50**

---

**3.955 7**

**Nonpriority creditor's name and mailing address**

**Olivia Morrow_V**
**1315 Gallatin St NW**
**Washington, DC 20011**

Date(s) debt was incurred  **10/30/2017**

Last 4 digits of account number  **1017**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] DC Arlington-Instructor fee for the instruction  for the period 09/28/2017 to 10/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

**3.955 8**

**Nonpriority creditor's name and mailing address**

**Olivia Morrow_V**
**1315 Gallatin St NW**
**Washington, DC 20011**

Date(s) debt was incurred  **9/26/2017**

Last 4 digits of account number  **0917**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor fee for the instruction  for the period 08/29/2017 to 09/12/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 459 of 961

**3.955 9**

Nonpriority creditor's name and mailing address
**Olivia Morrow_V**
**1315 Gallatin St NW**
**Washington, DC 20011**

Date(s) debt was incurred  8/28/2017

Last 4 digits of account number  0817

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] DC Arlington-Instructor fee for the instruction  for the period 08/03/2017 to 08/24/2017

Is the claim subject to offset? ■ No ☐ Yes

**$287.50**

---

**3.956 0**

Nonpriority creditor's name and mailing address
**Olivia Nguyen**
**4006 Bull Creek Road, Unit 1**
**Austin, TX 78731**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.956 1**

Nonpriority creditor's name and mailing address
**Olivier Massot**
**21 S. Fenwick St**
**Arlington, VA 22204-1832**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.956 2**

Nonpriority creditor's name and mailing address
**Ollie  Olivieri**
**313 Gross St. # 3**
**Pittsburgh, PA 15224**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.956 3**

Nonpriority creditor's name and mailing address
**Olof Berner**
**614 South Millvale Ave. #2**
**Pittsburgh, PA 15224**

Date(s) debt was incurred  10/25/2017

Last 4 digits of account number  65

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop Pittsburgh-Instructor class instructions for period 09/01/2017 to 09/15/2017

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

**3.956 4**

Nonpriority creditor's name and mailing address
**Olof Berner**
**614 South Millvale Ave. #2**
**Pittsburgh, PA 15224**

Date(s) debt was incurred  8/31/2017

Last 4 digits of account number  62

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop Pittsburgh-Consulting services and Instructor class instructions for period 06/19/2017 to 08/01/2017

Is the claim subject to offset? ■ No ☐ Yes

**$1,900.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.956 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Olof Berner**
**614 S. Millvale Ave.**
**Pittsburgh, PA 15224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Olya Zarembo**
**25885 Trabuco Rd #47**
**Cupertino, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Om Johari**
**5020 w laredo st**
**chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Omar Alraish**
**615 E. Weber Dr. B3009**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Omar Alavi**
**4911 W. Wahalla Ln.**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Omar Albakry**
**6212 rose hill dr apt 2A**
**alexandria, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Omar Almunawer**
**133 West 6th**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.957 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Omer Khan**
8845 Spinmaker Way Apt b4
Ypsilanti, MI 48197

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Omid Arghand**
2428 topgallant court
fairfield, CA 94534

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Omid Karkouti**
765 Raymundo Ave.
Los Altos, CA 94024

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,077.00 |
|---|---|---|---|

**Omni Constructions Services**
533 Airport Blvd
Burlingame, CA 94010

Date(s) debt was incurred **11/1/2016**
Last 4 digits of account number **0502**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - work done toward concrete ramp. for the period dated 10/12/2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $859.71 |
|---|---|---|---|

**One Studios_V**
2104 Judah Street
San Francisco, CA 94122

Date(s) debt was incurred **9/19/2017**
Last 4 digits of account number **1905**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -TechShop San Jose Sumobot Event #SJ-EVENTS-20170913-SU-CO, Video & Photo Coverage of Event & Edi...**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oran Stainbrook**
2724 Channing Way #104
Berkeley, CA 94704

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 462 of 961

| 3.957 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Oreen Cohen**
**162 38th St.**
**Pittsburgh, PA 15201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.957 9 |

**Nonpriority creditor's name and mailing address**
**Oretola Thomas**
**1285 66th Ave.**
**Emeryville, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.958 0 |

**Nonpriority creditor's name and mailing address**
**Orie Zaklad**
**80 Collingwood Street #401**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.958 1 |

**Nonpriority creditor's name and mailing address**
**Orkin**
**5810 Trade Center Dr**
**STE 300 BLDG 1**
**Austin, TX 78744**

Date(s) debt was incurred  **10/26/2017**
Last 4 digits of account number  **5776**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Service invoice for pest control scheduled Service for October 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$105.22**

---

| 3.958 2 |

**Nonpriority creditor's name and mailing address**
**Orkin**
**5810 Trade Center Dr**
**STE 300 BLDG 1**
**Austin, TX 78744**

Date(s) debt was incurred  **9/27/2017**
Last 4 digits of account number  **6758**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Service invoice for pest control scheduled Service for September 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$105.22**

---

| 3.958 3 |

**Nonpriority creditor's name and mailing address**
**Osama Sharkas**
**4910 Centre Ave Apt. L10**
**Pittsburgh, PA 15213**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.958 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Oscar Lezcano**
**561 Vista Del Rio**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.958 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Oscar Mendoza**
**2032 Democracy Dr**
**Buford, GA 30519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.958 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Oscar Strohacker**
**406 Lake Shore Circle**
**Point Venture, TX 78645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.958 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Otto Schellin**
**4056 Little Spring Drive**
**Allison Park, PA 15101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.958 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Owen Bettinger**
**1512 Leavenworth St**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.958 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Owen Coutts**
**5727 17th AVE NE**
**Seattle, WA 98105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.959 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Owen DeLong**
**3251 Firth Way**
**San Jose, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.959 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Owen Dix**
**6957 W. Wolf St.**
**Phoenix, AZ 85033**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.959 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Owen Hasbach**
**841 W Holstein Trail**
**San Tan Valley, AZ 85143**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.959 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Owen Hoyt**
**348 Scott St**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.959 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Owen Levinthal**
**956 Wilmington Way**
**Redwood City, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.959 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Owen Stenstadvolden**
**24903 Granite Bluff Ln**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.959 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Owen Woods**
**226 Retama Dr**
**Georgetown, TX 78626**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.959 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Oybek Salokhiddinov**
**3346 KIMBER CT #16**
**SAN JOSE, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Pablo Iturralde** | ☐ Contingent | |
| | **2711 Wyoming St.** | ☐ Unliquidated | |
| | **Saint Louis, MO 63118** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Pablo MoyanoFernandez** | ☐ Contingent | |
| | **5 Lenox Place** | ☐ Unliquidated | |
| | **St. Louis, MO 63108** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Pablo Reyna** | ☐ Contingent | |
| | **313 Paige Bend** | ☐ Unliquidated | |
| | **Hutto, TX 78634** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Pace Nalbone** | ☐ Contingent | |
| | **19 Smith Dr.** | ☐ Unliquidated | |
| | **Allentown, NJ 08501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Paco Levine** | ☐ Contingent | |
| | **549 53** | ☐ Unliquidated | |
| | **Brooklyn, NY 11220** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Paige Carrington** | ☐ Contingent | |
| | **1470 Fulton Street, Apt. #18** | ☐ Unliquidated | |
| | **San Francisco, CA 94117** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Paige Johnson** | ☐ Contingent | |
| | **541 Birch St.** | ☐ Unliquidated | |
| | **San Francisco, CA 94102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 466 of 961

| | | |
|---|---|---|
| 3.960 5 | | |

**Nonpriority creditor's name and mailing address**
**Paige Parsons**
**517 Georgia Ave.**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.960 6 | |

**Nonpriority creditor's name and mailing address**
**Paiju Liu**
**10222 Byrne Ave**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.960 7 | |

**Nonpriority creditor's name and mailing address**
**PaiLing Ho**
**21534 Conradia Ct**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.960 8 | |

**Nonpriority creditor's name and mailing address**
**Pam Carlton**
**31107 Page Mill Road**
**Los Altos, CA 94022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.960 9 | |

**Nonpriority creditor's name and mailing address**
**Pam Fernandes**
**536 Hopkins St.**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.961 0 | |

**Nonpriority creditor's name and mailing address**
**Pam Palmieri**
**PO Box 829**
**Saline, MI 48176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.961 1 | |

**Nonpriority creditor's name and mailing address**
**Pam Tullo**
**16561 Windmere Circle**
**Southgate, MI 48195**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.961 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Pamela Fox** **766 S Van Ness Ave** **San Francisco, CA 94110** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.961 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Pamela Lombardi** **2505 E. Williams Field Rd.** **Apt. 1036** **Gilbert, AZ 85295** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.961 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Pamela Robertson** **365 Creekside Dr** **Buda, TX 78610** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.961 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Pantea Karimi** **1679 Brooklyn Ave** **San Jose, CA 95128** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.961 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,750.88** |
|---|---|---|---|
| | **Panya Wongsenakhum** **400 River Side Ct #202** **Santa Clara, CA 95054** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **1/13/2015** | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| | Last 4 digits of account number **NA** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.961 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,202.74** |
|---|---|---|---|
| | **Panya Wongsenakhum** **400 River Side Ct #202** **Santa Clara, CA 95054** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **12/27/2016** | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| | Last 4 digits of account number **NA** | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 468 of 961

| 3.961 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Panya Wongsenakhum**
**400 River Side Ct #202**
**Santa Clara, CA 95054**

Date(s) debt was incurred   5/15/2011

Last 4 digits of account number   NA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Principal and accrued interest for loan to TechShop SOMA LLC

Is the claim subject to offset? ■ No ☐ Yes

$33,009.06

---

| 3.961 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Panya Wongsenakhum**
**400 River Side Ct #202**
**Santa Clara, CA 95054**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.962 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paola  Addamiano-Carts**
**14877 Poplar Hill Rd.**
**Accokeek, MD 20607**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.962 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paolo Salazar**
**1510 Union St., Apt 8**
**San Francisco, CA 94123**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.962 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Para  Weerappuli**
**5553 N. Piccadilly**
**West Bloomfield, MI 48322**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.962 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paramjit Singh**
**5858 laguna seca**
**San Jose, CA 95123**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.962 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paresh Patel**
**1414 Shore District Dr Apt 3407**
**Austin, TX 78741**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 469 of 961

| 3.962 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paris Anderson**
**340 s 3rd street**
**san jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.962 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pariss Yorker**
**2109 Pullman Ave**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.962 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.45 |
|---|---|---|---|

**Park Avenue Coffee**
**#1922 - Cortex,**
**5105 Columbia Avenue,**
**Saint louis, MO 63110**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **11/14/2017**

Basis for the claim: **[Notice only] Techshop St. Louis- Snacks & Meals**

Last 4 digits of account number **1714**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.962 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Parker Dippel**
**10150 E. Caron St.**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.962 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Parker Heywood**
**510 E Meadows Ln**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.963 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Parker Wood**
**11140 N. 119th Pl.**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.963 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Parmesh Krishen**
**1717 Toomey Road #113**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 470
of 961

---

**3.963 2**

**Nonpriority creditor's name and mailing address**

**Parul Desai**
**1962 11th Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.963 3**

**Nonpriority creditor's name and mailing address**

**Parviz Zadeh**
**1800 Patrick Place**
**S.Park Twp, PA 15129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.963 4**

**Nonpriority creditor's name and mailing address**

**Pasha Kravtsov**
**Apt 2G 219 6th st**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.963 5**

**Nonpriority creditor's name and mailing address**

**Pat Brown**
**102 Shady Oak Dr.**
**Georgetown, TX 78628**

Date(s) debt was incurred **11/4/2017**

Last 4 digits of account number **1710**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions for period 10/04/2017 to 10/25/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$320.00**

---

**3.963 6**

**Nonpriority creditor's name and mailing address**

**Pat Brown**
**102 Shady Oak Dr.**
**Georgetown, TX 78628**

Date(s) debt was incurred **9/29/2017**

Last 4 digits of account number **1709**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions for period 09/01/2017 to 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

**3.963 7**

**Nonpriority creditor's name and mailing address**

**Pat Brown**
**204 Dowdy Cove**
**Hutto, TX 78634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.963 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pat Crowder**
**22027 Rustic Shores**
**Katy, TX 77450**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,642.21 |
|---|---|---|---|

**Patel-Amin Trust Dated August 8, 2005**
**1114 Nevada Ave.**
**San Jose, CA 95125**

Date(s) debt was incurred **4/20/2012**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patrice Coles**
**2010 Rachel Ridge**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patrice Hochstetler**
**2405 Emmett Pkwy**
**Austin, TX 78728**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patricia Cochran**
**130 E. San fernando**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patricia Cunningham**
**P.O. Box 241**
**Kentfield, CA 94914**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patricia Decker**
**227 Upper Terrace**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patricia Feeney**
**1370 Washington St #1**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patricia Johnson**
**68 Fay Ave**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patricia Klenczar**
**7622 Winona Ave**
**Allen Park, MI 48101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patricia McFadden**
**353 Jersey St**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patricia Olkowski**
**1015 Atlantic Dr**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patricia Park**
**30 A Sherland Ave**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick  Hines**
**21477 E Roundup Way**
**Queen Creek, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 473
of 961

| 3.965 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Vostal**
10390 Woodlore Lane
Plymouth, MI 48170

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Arnold**
132 S Nebraska St
Chandler, AZ 85225

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Barber**
27124 Newberry Blvd
brownstown, MI 48134

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Barron**
40 Trace Lane
Half Moon Bay, CA 94019

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Bell**
3200 Greenfield, Suite 130
Dearborn, MI 48120

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Bradley**
1455 Filbert Street #108
San Francisco, CA 94109

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Brennan**
1102 Pine St.
Menlo Park, CA 94025

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Brown**
**3 Winding Brook Lane**
**St. Louis, MO 63121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Conners**
**1013 Lonesome Lilly Way**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Cooke**
**12600 Avery Ranch Blvd**
**Cedar Park, TX 78613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Dempsey**
**1240 Capri Dr.**
**St. Louis, MO 63126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Donahue**
**219 Inglewood Drive**
**Pittsburgh, PA 15228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Donnelly**
**2359 S NORFOLK ST**
**SAN MATEO, CA 94403-1661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Fee**
**214 Elm Street**
**Swissvale, PA 15218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 475 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.966 6**

**Nonpriority creditor's name and mailing address**

**Patrick Hays**
**1196 Noche Court**
**Rio Rico, AZ 85648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.966 7**

**Nonpriority creditor's name and mailing address**

**Patrick Holmes**
**5005 Palmetto Ave #56**
**Pacifica, CA 94044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.966 8**

**Nonpriority creditor's name and mailing address**

**Patrick Hull**
**5837 E Larkspur Dr**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.966 9**

**Nonpriority creditor's name and mailing address**

**Patrick Keenan**
**316 Valencia St**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.967 0**

**Nonpriority creditor's name and mailing address**

**Patrick Kelly**
**20 Milton Street**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.967 1**

**Nonpriority creditor's name and mailing address**

**Patrick Kennedy**
**25355 La Loma Drive**
**Los Altos Hills, CA 94022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.967 2**

**Nonpriority creditor's name and mailing address**

**Patrick Kennedy**
**902 Cabriole dr**
**Pflugerville, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.967 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick Kinzley**
**1800 Pacific Ave #207**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick Lee**
**2120 16th St. NW, apt 608**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick Lewis**
**149 Trescony**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick Lie**
**88 S. Broadway, #1202**
**Milbrae, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick Mather**
**8505 Lynwood Place**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick Matthews**
**2350 Horseshoe**
**West Bloomfield, MI 48322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick McClure**
**21859 E Stacy Rd**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.968 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick McEvoy**
**3829 Russell Blvd.**
**Saint Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick McGever**
**2527 S. Rita Lane**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick Mendez**
**1000 matheson dr**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick Moor**
**705 Elizabeth Lane**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick O'Connell**
**36 Fair Oaks St #6**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick Pfeiffer**
**1763 North Point St.**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Patrick Powell**
**38526 Darbyshire**
**Farmington Hills, MI 48331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 478 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9687**

Nonpriority creditor's name and mailing address

**Patrick Smith**
**2241 Buena Vista Ave**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9688**

Nonpriority creditor's name and mailing address

**Patrick Torre**
**1455 GREENWICH ST APT 11**
**SAN FRANCISCO, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9689**

Nonpriority creditor's name and mailing address

**Patrick VanHoecke**
**52 Middlebury Ct.**
**Dearborn, MI 48120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9690**

Nonpriority creditor's name and mailing address

**Patrick W and Lynne McClure Trust**
**21859 E Stacy Rd**
**Queen Creek, AZ 85142**

Date(s) debt was incurred  **5/22/2015**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$26,462.34**

---

**3.9691**

Nonpriority creditor's name and mailing address

**Patrick W and Lynne McClure Trust_Loan**
**21850 E Stacy Rd**
**Queen Creek, AZ 85142**

Date(s) debt was incurred  **6/30/2016**

Last 4 digits of account number  **6May**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender Notes Rapayment -May 2016**

Is the claim subject to offset? ■ No ☐ Yes

**$3,725.74**

---

**3.9692**

Nonpriority creditor's name and mailing address

**Patrick Wan**
**1305 Pershing Ave**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9693**

Nonpriority creditor's name and mailing address

**Patrick Wang**
**1244 Harriet Ave**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.969 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick Wilson**
**1067 Market St #1002**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patti Gima**
**1075 glendora ave.**
**oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pattrick Loew**
**3194 Lindenwood Dr**
**Dearborn, MI 48120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patty Denham**
**207 N. Rose Drive**
**Glenshaw, PA 15116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paul  Hoke**
**356 Ann**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paul  Rust**
**1666 Hester Ave**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,698.30 |
|---|---|---|---|

**Paul A. Gennari**
**727 26th Place, S**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/2015**
Last 4 digits of account number  **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 480 of 961

| 3.970 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Paul Agu** | ☐ Contingent | |
| **6423 Woodrow Ave** | ☐ Unliquidated | |
| **St. Louis, MO 63121** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.970 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
| **Paul Anda** | ☐ Contingent | |
| | ☐ Unliquidated | |
| Date(s) debt was incurred __11/3/2017__ | ☐ Disputed | |
| Last 4 digits of account number __2017__ | **Basis for the claim:** **Admin Services for the period 11/16/2017 to 11/29/2017** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.970 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Paul Ashley** | ☐ Contingent | |
| **1827 Stonycroft Ln** | ☐ Unliquidated | |
| **Bloomfield Hills, MI 48304** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.970 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Paul Atkins** | ☐ Contingent | |
| **15151 Ford Road, Condo #414** | ☐ Unliquidated | |
| **Dearborn, MI 48126-5028** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.970 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Paul Baity** | ☐ Contingent | |
| **76 Windsor Place** | ☐ Unliquidated | |
| **Brooklyn, NY 11215** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.970 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Paul Beck** | ☐ Contingent | |
| **1846 Stanley Ave** | ☐ Unliquidated | |
| **Signal Hill, CA 90755** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.970 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
| **Paul Belue** | ■ Contingent | |
| **5040 Alaska Ave** | ☐ Unliquidated | |
| **Saint Louis, MO 63111** | ■ Disputed | |
| Date(s) debt was incurred __10/22/2017__ | **Basis for the claim:** **[Notice only] Techshop St. Louis- Instructor fee for the period 10-19-2017 to 10-22-2017** | |
| Last 4 digits of account number __2__ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9708**

**Nonpriority creditor's name and mailing address**
**Paul Belue**
5040 Alaska Ave
Saint Louis, MO 63111

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9709**

**Nonpriority creditor's name and mailing address**
**Paul Bergman**
9 Boyden Drive
Foxborough, MA 02035

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9710**

**Nonpriority creditor's name and mailing address**
**Paul Bloore**
242 NOverCourt Rd.
Toronto, CA 94040

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9711**

**Nonpriority creditor's name and mailing address**
**Paul Boulay**
201 Hardy Ave.
Campbell, CA 95008

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9712**

**Nonpriority creditor's name and mailing address**
**Paul Bricmont**
1139 Sierra Ave
San Jose, CA 95126

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9713**

**Nonpriority creditor's name and mailing address**
**Paul Brown**
930 Linden Ave.
South San Francisco, CA 94080

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9714**

**Nonpriority creditor's name and mailing address**
**Paul Bryant**
15112 Reo
Allen Park, MI 48101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|-------------------|------------------------|---|
| | Name | | |

---

**3.9715**

**Nonpriority creditor's name and mailing address**
**Paul Burka**
**42 Holly Drive**
**St. Louis, MO 63119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9716**

**Nonpriority creditor's name and mailing address**
**Paul Burke**
**111 N. Wihtfield**
**Pittsburgh, PA 15206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9717**

**Nonpriority creditor's name and mailing address**
**Paul Calmes**
**12013 Bobcat Trail**
**Austin, TX 78750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9718**

**Nonpriority creditor's name and mailing address**
**Paul Chambers**
**4307 Montmorency Court**
**San Jose, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9719**

**Nonpriority creditor's name and mailing address**
**Paul Clarke**
**1462 Revelstoke Way**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9720**

**Nonpriority creditor's name and mailing address**
**Paul Clenahan**
**15395 Thomas St.**
**Glen Ellen, CA 95442**

Date(s) debt was incurred  **10/6/2015**

Last 4 digits of account number  **NA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$29,657.53**

---

**3.9721**

**Nonpriority creditor's name and mailing address**
**Paul Clenahan**
**15395 Thomas St.**
**Glen Ellen, CA 95442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 483 of 961

| 3.972 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Coppala**
**1630 Wells Branch ParkwayAPT 523**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Crone**
**1783 Lancaster Drive #8**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Crowley**
**1111 Casual Way**
**san Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Czyzewski**
**7240 N. Newburgh**
**Westland, MI 48185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul D'Angio**
**3811 N Fairfax Drive Suite 600**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Del Castillo**
**219 Jeter Street**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul DickinsonGoodman**
**406 Belmont Way**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 484
of 961

| 3.972 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Draghicescu**
**668 S. King St Apt 502**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,479.49 |
|---|---|---|---|

**Paul Duggan**

Date(s) debt was incurred **11/14/2013**

Last 4 digits of account number **2013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Paul duggan expenses from May,4 to Aug 31,2013 of Abu Dhabi**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,116.34 |
|---|---|---|---|

**Paul Duggan**

Date(s) debt was incurred **12/31/2013**

Last 4 digits of account number **2013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Paul duggan expenses from Sep 08 to Oct 01,2013 of Europe tour Euro 1,510.14 exchange rate$1.401...**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,236.58 |
|---|---|---|---|

**Paul Duggan**

Date(s) debt was incurred **12/31/2013**

Last 4 digits of account number **2013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Paul duggan expenses from Oct 09 to Oct 31,2013 including 06 june & 18 july unclaim expensesof ...**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,424.37 |
|---|---|---|---|

**Paul Duggan**

Date(s) debt was incurred **12/31/2013**

Last 4 digits of account number **2013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Paul duggan expenses from Nov 05 to Nov 27,2013 i of Europe tour Euro 3,157.06 Exchange rate $1...**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,764.27 |
|---|---|---|---|

**Paul Duggan**

Date(s) debt was incurred **12/31/2013**

Last 4 digits of account number **2013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Paul duggan expenses from Dec 05 to Dec 23,2013 of Europe tour Euro 1972.48 Exchange rate $1.4...**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 485 of 961

| | | |
|---|---|---|
| 3.973<br>5 | **Nonpriority creditor's name and mailing address**<br>**Paul Duggan** | **$56.84** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/6/2014__

Last 4 digits of account number  __2014__

Basis for the claim:  __Paul duggan expenses for the period 09/01-10/01 (EUR 1,204.09 Conversion rate 1.286173052865084)__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.973<br>6 | **Nonpriority creditor's name and mailing address**<br>**Paul Ekas**<br>959 Arlington Rd<br>Redwood City, CA 94062 | **$32,178.08** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __7/3/2014__

Last 4 digits of account number  __NA__

Basis for the claim:  __Principal and accrued interest for loan to TechShop Inc__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.973<br>7 | **Nonpriority creditor's name and mailing address**<br>**Paul Ekas**<br>959 Arlington Rd<br>Redwood City, CA 94062 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.973<br>8 | **Nonpriority creditor's name and mailing address**<br>**Paul Engel**<br>1201 Tennessee St 117<br>San Francisco, CA 94107 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.973<br>9 | **Nonpriority creditor's name and mailing address**<br>**Paul Ferguson**<br>4022 Patterson Ave<br>Oakland, CA 94619 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.974<br>0 | **Nonpriority creditor's name and mailing address**<br>**Paul Fitzpatrick**<br>450 N Mathilda Avenue, Apt B104<br>Sunnyvale, CA 94085 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.974<br>1 | **Nonpriority creditor's name and mailing address**<br>**Paul Fogarty**<br>131 W William St.<br>San Jose, CA 95110 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.974 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Forrester**
**1125 Wekiva Ave.**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Fuge**
**4567 National Pike**
**Markleysburg, PA 15459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Geddes**
**2328 Champlain st NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Gennari**
**727 26th Place, S**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Giordano**
**403 Promedade Lane**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Goodman**
**406 Belmont Wy**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Gootherts**
**2451 Rebecca Lynn Way**
**Santa Clara, CA 95050-5582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 487 of 961

| 3.974 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Griepentrog**
34 Liberty St #5
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,878.03 |
|---|---|---|---|

**Paul H. Forrester**
1125 Wekiva Ave.
Campbell, CA 95008

Date(s) debt was incurred **9/18/2014**
Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Harpring**
1972 21st Ave.
San Francisco, CA 94116

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Hernandez**
13020 La Vista Dr
Saratoga, CA 95070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Hocker**
63 Albion St
San Francisco, CA 94103

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Hughes**
27800 Saddle Court
Los Altos Hills, CA 94022

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Ingram**
940 34th St
Richmond, CA 94805

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.975 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Iordanides**
801 15th St S
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Jardetzky**
319 Missouri St.
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Kinsky**
60 Washburn St
San Francisco, CA 91403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Kyros**
8865 Norwin Ave Ste 27 PMB 169
North Huntingdon PA 15642, PA 15642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,325.52 |
|---|---|---|---|

**Paul Lanzi**
162 Dorado Terr
San Francisco, CA 94112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/16/2011**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Lanzi**
162 Dorado Terr
San Francisco, CA 94112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Lelko**
1913 Overland Dr.
Leander, TX 78641

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.976 3**

**Nonpriority creditor's name and mailing address**
**Paul MacDougal**
**8400 Lakewood Dr.**
**Raleigh, NC 27613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.976 4**

**Nonpriority creditor's name and mailing address**
**Paul Maenner**
**3000 South Randolph St. Apt. 168**
**Arlington, VA 22206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.976 5**

**Nonpriority creditor's name and mailing address**
**Paul Mans**
**27271 Ursula Lane**
**Los Altos Hills, CA 94022**

Date(s) debt was incurred  **4/18/2012**

Last 4 digits of account number  **NA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$23,983.72**

---

**3.976 6**

**Nonpriority creditor's name and mailing address**
**Paul Mans**
**27271 Ursula Lane**
**Los Altos Hills, CA 94022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.976 7**

**Nonpriority creditor's name and mailing address**
**Paul Martinez**
**365 Calle Viento**
**Morgan Hill, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.976 8**

**Nonpriority creditor's name and mailing address**
**Paul McAllister**
**200 W. MCKAY ST.**
**SALINE, MI 48176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.976 9**

**Nonpriority creditor's name and mailing address**
**Paul McCarthy**
**5614 Walnut Hall**
**Ann Arbor, MI 48105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 490 of 961

| Debtor | **TechShop, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.977 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul McKellar**
**380 Alabama St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul McMillan**
**2425 Channing Way #319**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Mele**
**464 Shady Grove**
**Pittsboro, NC 27312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Meyer**
**4831 Rollingwood Drive**
**Rollingwood, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Mueller**
**22637 englehardt st**
**Saint clair shores, MI 48080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul O'Leary**
**4422 24th Street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Perkins**
**1553 N.**
**Dearborn, MI 48128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.977 7**

**Nonpriority creditor's name and mailing address**
**Paul Perrine**
**1216 N. 4th St**
**Killeen, TX 76541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.977 8**

**Nonpriority creditor's name and mailing address**
**Paul Petach**
**10893 Canyon Vista Dr**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.977 9**

**Nonpriority creditor's name and mailing address**
**Paul Pillitteri**
**45A Cedar St**
**San Anselmo, CA 94960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.978 0**

**Nonpriority creditor's name and mailing address**
**Paul R. Boulay & Constance A. Boulay**
**201 Hardy Ave.**
**Campbell, CA 95008**

Date(s) debt was incurred  6/6/2014

Last 4 digits of account number  NA

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Principal and accrued interest for loan to TechShop Inc

Is the claim subject to offset? ■ No ☐ Yes

**$26,321.80**

---

**3.978 1**

**Nonpriority creditor's name and mailing address**
**Paul Rauschelbach**
**110 Liberty St.**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.978 2**

**Nonpriority creditor's name and mailing address**
**Paul Rauschelbach Sr**
**1529 W Port Au Prince Ln**
**Phoenix, AZ 85023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.978 3**

**Nonpriority creditor's name and mailing address**
**Paul Ripley**
**2630 Portola Drive, Space 9**
**Santa Cruz, CA 95062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 492 of 961

| | | | |
|---|---|---|---|
| **3.978** **4** | **Nonpriority creditor's name and mailing address** **Paul Rochon** **8925 Chubb Road** **Northville, MI 48168** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.978** **5** | **Nonpriority creditor's name and mailing address** **Paul Sangree** **8311 Pommel Dr** **Austin, TX 78759** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.978** **6** | **Nonpriority creditor's name and mailing address** **Paul Satchell** **538 Ashbury St.** **San Francisco, CA 94117** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$50,518.42** |
| | Date(s) debt was incurred **2/4/2010** Last 4 digits of account number **NA** | Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.978** **7** | **Nonpriority creditor's name and mailing address** **Paul Satchell** **538 Ashbury St.** **San Francisco, CA 94117** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.978** **8** | **Nonpriority creditor's name and mailing address** **Paul Schultz** **34527 summers** **Livonia, MI 48154** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.978** **9** | **Nonpriority creditor's name and mailing address** **Paul SimoesdeCarvalho** **138 Alley Way** **Mountain View, CA 94040** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.979** **0** | **Nonpriority creditor's name and mailing address** **Paul Smith** **PO Box 50081** **Phoenix, AZ 85076** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|--------------------|--------------------------|---|
| | Name | | |

**3.979 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Paul Spracklen**<br>**1190 Talley Loop**<br>**Buda, TX 78610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.979 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Paul Stimson**<br>**54 Virginia Drive**<br>**Rochdale, MA 01542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.979 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Paul Strauss**<br>**1033 Rubis Drive**<br>**Sunnyvale, IL 60641** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.979 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,106.85 |
|---|---|---|
| **Paul Strauss & Felicia Gershberg**<br>**1033 Rubis Drive**<br>**Sunnyvale, IL 60641** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **7/15/2016** | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.979 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Paul Stubblebine**<br>**45 Brentwood Ave.**<br>**San Francisco, CA 94127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.979 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Paul Susalla**<br>**9604 Wall-Gene Rd.**<br>**South Lyon, MI 48178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.979 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Paul Tang**<br>**376 Imperial Way Apt 103**<br>**Daly City, CA 94015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.979 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul Traina**
PO Box 2127
Menlo Park, CA 94026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul Trainer**
3491 Thomas Dr.
Palo Alto, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul Tsier**
566 S Van Ness Ave #9
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul Tsier**
566 S Van Ness, Apt 9
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**paul velasquez**
45 bartlett st. apt 511
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul Vinh Phan**
113 S. Mary Ave.
Sunnyvale, CA 94086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul Viscome**
14720 McGuire
Taylor, MI 48180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.980 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Paul William**
245 Alvarado Ave.
Los Altos, CA 94022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.980 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Paul Wonnacott**
10100 Bevern Ln
Potomac, MD 20854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.980 7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Paul Youngblood**
620 36th Ave
San Mateo, CA 94403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.980 8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Paula Luu**
1455 S. Van Ness
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.980 9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Paula McCaa**
1768 Quesada Way
Burlingame, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.981 0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Pavel Lukyantsau**
7 Sangamore Court
Bethesda, MD 20816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.981 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Pavel Markin**
461 Northlake Dr #50
San Jose, CA 95117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398  Doc# 2-1  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 496 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.981 2**

**Nonpriority creditor's name and mailing address**

**Pavlo Iusim**
**225 Coggins Drive, apt. 267**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.981 3**

**Nonpriority creditor's name and mailing address**

**Pawnee Receivable Fund I**
**P.O. Box 2289**
**Hicksville, NY 11802**

Date(s) debt was incurred __10/5/2017__

Last 4 digits of account number __2017__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract #353186  9th installment**

Is the claim subject to offset? ■ No ☐ Yes

$2,058.80

---

**3.981 4**

**Nonpriority creditor's name and mailing address**

**Pawnee Receivable Fund I**
**P.O. Box 2289**
**Hicksville, NY 11802**

Date(s) debt was incurred __10/5/2017__

Last 4 digits of account number __2017__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Late Fees**

Is the claim subject to offset? ■ No ☐ Yes

$308.82

---

**3.981 5**

**Nonpriority creditor's name and mailing address**

**Pawnee Receivable Fund I**
**P.O. Box 2289**
**Hicksville, NY 11802**

Date(s) debt was incurred __11/1/2017__

Last 4 digits of account number __2017__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Late Fees**

Is the claim subject to offset? ■ No ☐ Yes

$311.81

---

**3.981 6**

**Nonpriority creditor's name and mailing address**

**Paxton Schiltz**
**1024 washington st.**
**San Jose, CA 95112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.981 7**

**Nonpriority creditor's name and mailing address**

**Payne Sawyer**
**7207 Amherst Avenue, Apartment A**
**st louis, MO 63130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.981 8**

**Nonpriority creditor's name and mailing address**

**Payson  Beech**
**205 Elva Drive**
**Aptos, CA 95003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 497 of 961

| 3.981 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Pearl Renaker** | ☐ Contingent | |
| **623 Guinda St** | ☐ Unliquidated | |
| **Palo Alto, CA 94301** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.982 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Pedram Rahmanian** | ☐ Contingent | |
| **3310 W Braker Ln Suite 300-922** | ☐ Unliquidated | |
| **Austin, TX 78758** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.982 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Peg Barratt** | ☐ Contingent | |
| **2623 Lorcom Lane** | ☐ Unliquidated | |
| **Arlington, VA 22207** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.982 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Pei - Ru  Ko** | ☐ Contingent | |
| **188 minna st.** | ☐ Unliquidated | |
| **San Francisco, CA 94105** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.982 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Peiqi Su** | ☐ Contingent | |
| **330 E 49th** | ☐ Unliquidated | |
| **new york, NY 10017** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.982 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Peiyi Ko** | ☐ Contingent | |
| **1502 Cobb St.** | ☐ Unliquidated | |
| **San mateo, CA 94401** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.982 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Penny Mateer** | ☐ Contingent | |
| **5417 Bates St.** | ☐ Unliquidated | |
| **Pittsburgh, PA 15217** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398　Doc# 2-1　Filed: 02/26/18　Entered: 02/26/18 18:01:21　Page 498 of 961

| 3.982 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Penny See** | ☐ Contingent | |
| 1249 Saxonburg Blvd | ☐ Unliquidated | |
| Glenshaw, PA 15116 | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.982 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.29** |
| **Peoples Natural Gas Company** | ■ Contingent | |
| PO BOX 644760 | ☐ Unliquidated | |
| Pittsburgh, PA 15264 | ■ Disputed | |
| Date(s) debt was incurred 10/19/2017 | **Basis for the claim:** [Notice only] Techshop Pittsburgh-Gas service charges for period 09/20/2017 to 10/19/2017 | |
| Last 4 digits of account number ct17 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.982 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Peretz Partensky** | ☐ Contingent | |
| 15 Langton St. | ☐ Unliquidated | |
| San Francisco, CA 94103 | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.982 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Perrin Gilbert** | ☐ Contingent | |
| 8570 E. Indian School Rd., Unit E | ☐ Unliquidated | |
| Scottsdale, AZ 85251 | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.983 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Perrin Lam** | ☐ Contingent | |
| 2519 31st Ave | ☐ Unliquidated | |
| San Francisco, CA 94116 | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.983 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Perry MacNeille** | ☐ Contingent | |
| 18740 San Diego | ☐ Unliquidated | |
| Latherup Village, MI 48076 | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.983 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Perry Tancredi** | ☐ Contingent | |
| 701 Pennsylvania Ave. #103 | ☐ Unliquidated | |
| San Francisco, CA 94107 | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.983 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pete Carpenter**
PO Box 360935
Milpitas, CA 95036-0935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pete Aronson**
6305 West Del Rio Street
Chandler, AZ 85226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pete Bachant**
3831 Grindley Park Ct
Dearborn, MI 48124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pete Kang**
29673 arnold dr.
sonoma, CA 95476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pete Klauke**
9659 sharon
Taylor, MI 48180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pete Korovesis**
32161 Camborne Lane
Livonia, MI 48154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pete Luzenski**
2802 Dorchester
Birmingham, MI 48009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | TechShop, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.9840**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Pete Pampliega**<br>3675 Rocky Shore Ct.<br>Vallejo, CA 94591 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9841**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Pete Ponciano**<br>4038 Kelvington Ct<br>San Jose, CA 95121 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9842**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Pete Rodriguez**<br>2337 Maxwell Dr.<br>Leander, TX 78661 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9843**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $1,125.00 |
| **Pete s Brooklyn Eats**<br>140-58 st & 5620 - 1st ave<br>Brooklyn, NY 11220 | | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **10/19/2017** | | Basis for the claim: **[Notice only] Techshop Brooklyn-75 Pies - 40 Cheese, 20 Pepperoni, 10 Veggie and 10 Vegan** | |
| Last 4 digits of account number **2017** | | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9844**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Pete Wentz**<br>1000 New Jersey Ave, SE #724<br>Washington, DC 20003 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9845**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Peter King**<br>2572 Webster Street<br>Palo Alto, CA 94301 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9846**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Peter Puleo**<br>25 Yorkshire Lane CT<br>St. Louis, MO 63144 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.984 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter  Sotos**
**1320 Sarver  Road**
**Freeport, PA 16229**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.984 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter  Treman**
**5393 Mill Race Way**
**Commerce Township, MI 48382**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.984 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Amidon**
**88 Higgins Ave.**
**Los Altos, CA 94022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.985 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Beck**
**1300 Crystal Dr. #802**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.985 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Bierman**
**263 Winding Way**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.985 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Boscacci**
**100 Jewell Street**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.985 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Chase**
**1111 Mariposa St.**
**Gilroy, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.985 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Peter Cleaveland**
**1168 Camellia Court**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Peter Coffey**
**380 Arden Road**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Peter Cossaboom**
**12660 Lompico Rd**
**Felton, CA 95018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Peter Coyne**
**805 East Capitol Street SE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Peter Czech**
**9202 Lee Mason Dr**
**Lorton, VA 22079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Peter Downes**
**118 E Glendale Ave**
**Alexandria, VA 00022-2301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Peter Dwersteg**
**1117 Tennessee St Apt 2**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 503
of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.986 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter Fisher**
**6550 Quail Hollow DR**
**Manassas, VA 20111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter Foradori**
**50 Chapel Ridge Pl**
**Pittsburgh, PA 15238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter Franzen**
**4376 E Campo Bello Dr**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter Freeman**
**67 Oakmont Ave**
**Piedmont, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter French**
**6182 Waterman Blvd**
**Saint Louis, MO 63112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter Gage**
**365 Arden Rd**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter GOEHRY**
**399 Heath Street**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Hicks**
**3136 N 38th St #4**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Hunt**
**304 W 92nd St, Apt 8L**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Jennings**
**PO Box 336**
**Ben Lomond, CA 95005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Joy**
**6624 Pershing Ave.**
**Saint Louis, MO 63130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Kahn**
**2702 E Verbena Drive**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Kalogiannis**
**915 Walsh Ave**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Kimball**
**475 W. San Carlos St. Apt 9104**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 505
of 961

| 3.987 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Kravtsov**
**1945 Pacific Ave**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Kwan**
**300 San Gabriel Village Blvd #522**
**Austin, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Leeman**
**4610 Torley Street**
**Pittsburgh, PA 15224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Libby**
**1881 15th St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Lofting**
**PO Box 2506**
**Petaluma, CA 94953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Lyle-Dugas**
**3605 Alameda de las Pulgas, Apt 15**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Lyon**
**206 Autumn St**
**La Honda, CA 94020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 506
of 961

| 3.988<br>2 | **Nonpriority creditor's name and mailing address**<br>**Peter Migrin**<br>**14074 Ingram**<br>**Livonia, MI 48154** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.988<br>3 | **Nonpriority creditor's name and mailing address**<br>**Peter Moser**<br>**1250 Powell Street #7**<br>**Emeryville, CA 94608** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.988<br>4 | **Nonpriority creditor's name and mailing address**<br>**Peter Muller**<br>**2526 Cottle Ave.**<br>**San Jose, CA 95125** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.988<br>5 | **Nonpriority creditor's name and mailing address**<br>**Peter Myers**<br>**4501 Lindell Blvd 7A**<br>**St. Louis, MO 63108** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.988<br>6 | **Nonpriority creditor's name and mailing address**<br>**Peter Nelson**<br>**1815 N Bryan St**<br>**Arlington, VA 22201** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.988<br>7 | **Nonpriority creditor's name and mailing address**<br>**Peter O'Leary**<br>**4422 24th Street**<br>**San Francisco, CA 94114** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.988<br>8 | **Nonpriority creditor's name and mailing address**<br>**Peter Olivo**<br>**3323 Iowa Ave**<br>**St Louis, MO 63118** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.988 9 | **Nonpriority creditor's name and mailing address** **Peter Overstreet** **783 Castro St.** **San Francisco, CA 94114** | **$0.00** |

Date(s) debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.989 0 | **Nonpriority creditor's name and mailing address** **Peter Reardon** **709 N. Mays St** **Round Rock, TX 78664** | **$0.00** |

Date(s) debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.989 1 | **Nonpriority creditor's name and mailing address** **Peter Reintjes** **31 Sandstone Ridge Dr.** **Durham, NC 27713** | **$12,906.50** |

Date(s) debt was incurred **7/30/2008**

Last 4 digits of account number **NA**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop RDU LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.989 2 | **Nonpriority creditor's name and mailing address** **Peter Reintjes** **31 Sandstone Ridge Dr.** **Durham, NC 27713** | **$0.00** |

Date(s) debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.989 3 | **Nonpriority creditor's name and mailing address** **Peter Rosenbladt** **2848 Concord Lane** **Santa Clara, CA 95051** | **$29,597.92** |

Date(s) debt was incurred **11/13/2015**

Last 4 digits of account number **NA**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.989 4 | **Nonpriority creditor's name and mailing address** **Peter Rosenbladt** **2848 Concord Lane** **Santa Clara, CA 95051** | **$0.00** |

Date(s) debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.989 5 | **Nonpriority creditor's name and mailing address** **Peter Sainsbury** **703 Elm Ave** **Takoma Park, MD 20912** | **$0.00** |

Date(s) debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989<br>6 | Nonpriority creditor's name and mailing address<br>**Peter Shannon**<br>**250 King Street**<br>**San Francisco, CA 94107** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989<br>7 | Nonpriority creditor's name and mailing address<br>**Peter Shchepin**<br>**18350 N 32nd St Unit 141**<br>**Phoenix, AZ 85032** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989<br>8 | Nonpriority creditor's name and mailing address<br>**Peter Shemonsky**<br>**604 Rhode Island  Street**<br>**San Francisco, CA 94141** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989<br>9 | Nonpriority creditor's name and mailing address<br>**Peter Smith**<br>**810 Romani Ct**<br>**San Jose, CA 95125** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990<br>0 | Nonpriority creditor's name and mailing address<br>**Peter Spiegel**<br>**477 Wickson Ave**<br>**Oakland, CA 94610** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990<br>1 | Nonpriority creditor's name and mailing address<br>**Peter Stanick**<br>**5746 Baum Blvd 3rd Floor**<br>**Pittsburgh, PA 15206** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990<br>2 | Nonpriority creditor's name and mailing address<br>**Peter Szpara**<br>**14918 Gary Lane**<br>**Livonia, MI 48154** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 509 of 961

| | |
|---|---|
| **Debtor**    **TechShop, Inc.** | Case number *(if known)* _____ |
| <span style="font-size:smaller">Name</span> | |

---

**3.990 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |
| **Peter Thai** <br> **8210 Woods Edge** <br> **White Lake, MI 48386** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

---

**3.990 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |
| **Peter Tooley** <br> **127 3rd Street NE** <br> **Washington, DC 20002** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

---

**3.990 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |
| **Peter Wexler** <br> **1078 Forest Ave** <br> **Palo Alto, CA 94301** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

---

**3.990 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |
| **Peter Wickman** <br> **2065 California St. #302** <br> **San Francisco, CA 94109** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

---

**3.990 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |
| **Peter Wright** <br> **2619 Pennsylvania Ave** <br> **St. Louis, MO 63118** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

---

**3.990 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$337.50** |
| **Peter Yoakum** <br> **2005 California St** <br> **Apt 38** <br> **Mountain View, CA 94040** | ■ Contingent <br> ☐ Unliquidated <br> ■ Disputed |
| Date(s) debt was incurred   **9/30/2017** <br> Last 4 digits of account number   **MP10** | Basis for the claim: **[Notice only] Techshop Menlo Park - Steam class instructions for the period 09/22/2017 to 09/29/2017** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

---

**3.990 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |
| **Peter Yu** <br> **1402 Bing Dr** <br> **San Jose, CA 95129** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 510 of 961

| 3.991 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Zich**
**1051 Woodland Ave**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Petr Suchomel**
**700 Walnut Street #3**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Petra Mitchell**
**600 Victory Rd.**
**Pittsburgh, PA 15037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peyton Lewis**
**623 E Joseph Way**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,003.19** |
|---|---|---|---|

**PG&E - 2373568732-1**
**BOX 997300**
**SACRAMENTO,, CA 95899-7300**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/27/2017**
Last 4 digits of account number  **1Oct**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Electric Charges for the period 09/19/2017 to 10/17/2017 (29 days)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,215.49** |
|---|---|---|---|

**PG&E - 2373568732-1**
**BOX 997300**
**SACRAMENTO,, CA 95899-7300**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/13/2017**
Last 4 digits of account number  **1Oct**

Basis for the claim:  **[Notice only] Techshop Menlo Park - lectric & Gas Charges for the period 09/19/2017 to 10/17/2017 (29 days)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.991 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,226.47 |

**Nonpriority creditor's name and mailing address**
PG&E - A/c 3451869175-2
BOX 997300
Sacramento, CA 95899

Date(s) debt was incurred  11/18/2017

Last 4 digits of account number  1752

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Electricity charges for the period 10/05/2017 to 11/02/2017**

Is the claim subject to offset? ■ No ☐ Yes

$3,226.47

---

**Nonpriority creditor's name and mailing address**
PG&E - A/c#5977097677-3
Box 997300
Sacramento, CA 95899

Date(s) debt was incurred  11/10/2017

Last 4 digits of account number  6773

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Elecricity charges for the period 10/12/2017 to 11/09/2017**

Is the claim subject to offset? ■ No ☐ Yes

$6,187.31

---

**Nonpriority creditor's name and mailing address**
PG&E - A/c#5977097677-3
Box 997300
Sacramento, CA 95899

Date(s) debt was incurred  10/14/2017

Last 4 digits of account number  6773

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Elecricity charges for the period 09/13/2017 to 10/11/2017**

Is the claim subject to offset? ■ No ☐ Yes

$8,352.40

---

**Nonpriority creditor's name and mailing address**
Phaedra Saxon
1322 El Camino Real
Redwood City, CA 94063

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
Phares Noel
4673 Walnut Glen Ct
W. Bloomfield Hills, MI 48323

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
Phil Braunberger
PO Box 431
Forestville, CA 95436

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

The box numbers on the left are: 3.991 6, 3.991 7, 3.991 8, 3.991 9, 3.992 0, 3.992 1

| 3.992 2 | **Nonpriority creditor's name and mailing address** **Phil Giammattei** 545 North Ave Pittsburgh, PA 15209 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.992 3 | **Nonpriority creditor's name and mailing address** **Phil Gilsdorf** 2206 Greenwich st apt 306 San Francisco, CA 94123 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.992 4 | **Nonpriority creditor's name and mailing address** **Phil Smith** 234 Westridge Dr. Raleigh, NC 27609 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.992 5 | **Nonpriority creditor's name and mailing address** **Phil Spitler** 3270 20th St San Francisco, CA 94110 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.992 6 | **Nonpriority creditor's name and mailing address** **Phil Trinidad** 635 Glenloch Way Emerald Hills, CA 94062 | As of the petition filing date, the claim is: *Check all that apply.* | **$13,856.59** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/24/2008**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.992 7 | **Nonpriority creditor's name and mailing address** **Phil Trinidad** 635 Glenloch Way Emerald Hills, CA 94062 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.992 8 | **Nonpriority creditor's name and mailing address** **Philip Balcar** 807 Cambridge Dr Round Rock, TX 78664 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 513 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.992 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Philip Crompton**
**1726 Gum Street**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Philip Florence**
**2100 Ash Canyon Rd.**
**Carson City, NV 89703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Philip Garrow**
**3219 Joe Hammer Sq.**
**Pittsburgh, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Philip Gonzales**
**1401 Enfield Rd.**
**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Philip Haasnoot**
**2681 West Megan Street**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Philip Hartstein**
**1050 Ringwood Ave.**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Philip Kim**
**903 Bonneville Way**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.9936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip Kyler**
**274 Service way**
**PGh, PA 15201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip Liu**
**10222 Byrne Ave**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip Santa_Cruz**
**45679 W. Dutchman Dr.**
**Maricopa, AZ 85139**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip Ullom**
**374 Fisher Road**
**Grosse Pointe, MI 48230**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip Wanke**
**600 FAIR OAKS DR**
**GEORGETOWN, TX 78628**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip Wheat**
**14425 Bois D Arc Ln**
**Manor, TX 78653**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip Wiethe**
**8420 N Dixboro Rd**
**South Lyon, MI 48178**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 515 of 961

| 3.994 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philippe Dallacorte**
140 58th st, Unit 6C
Brooklyn, NY 11220

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phillip Chin**
268 Bush St., #3015
San Francisco, CA 94104

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phillip Conrad**
810 Sunflower Drive
Pflugerville, TX 78660

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phillip Falk**
22211 Telegraph Road
Southfield, MI 48033

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phillip Henry**
4167 Washington Blvd Apt A
sT. louis, MO 63108

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phillip Hughes**
522 San Benito Avenue
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phillip Kidd**
1947 E. Dartmouth st.
Mesa, AZ 85203

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 516
of 961

| | | |
|---|---|---|
| **3.995 0** | **Nonpriority creditor's name and mailing address**<br>**Phillip Kravtsov**<br>**950 Mesa View Dr**<br>**Arroyo Grande, CA 93420**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.995 1** | **Nonpriority creditor's name and mailing address**<br>**Phillip Limbacher**<br>**2742 Buena View Ct.**<br>**San Jose, CA 95131**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.995 2** | **Nonpriority creditor's name and mailing address**<br>**Phillip Stears**<br>**960 E. Morelos St.**<br>**Chandler, AZ 85225**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.995 3** | **Nonpriority creditor's name and mailing address**<br>**Phillip Takacs**<br>**301 North Beauregard St. #909**<br>**Alexandria, VA 22312**<br><br>Date(s) debt was incurred  **10/16/2017**<br>Last 4 digits of account number  **1016** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$100.00**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Fees for instructions for the period 10/09/2017 to 10/15/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.995 4** | **Nonpriority creditor's name and mailing address**<br>**Phillip Takacs**<br>**301 North Beauregard St. #909**<br>**Alexandria, VA 22312**<br><br>Date(s) debt was incurred  **10/23/2017**<br>Last 4 digits of account number  **1023** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$200.00**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] DC Arlington-Instructor Fees for instructions for the period 10/16/2017 to 10/22/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.995 5** | **Nonpriority creditor's name and mailing address**<br>**Phillip Takacs**<br>**301 North Beauregard St. #909**<br>**Alexandria, VA 22312**<br><br>Date(s) debt was incurred  **11/2/2017**<br>Last 4 digits of account number  **1031** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$62.50**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Fees for instructions for the period 10/31/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 517 of 961

Name

| 3.995 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$575.00** |
| **Phillip Takacs** **301 North Beauregard St. #909** **Alexandria, VA 22312** | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred **9/30/2017** Last 4 digits of account number **1709** | Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor Fees for instructions for the period 09/02/2017 to 09/24/2017** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.995 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
| **Phillip Takacs** **301 North Beauregard St. #909** **Alexandria, VA 22312** | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred **8/31/2017** Last 4 digits of account number **1708** | Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor Fees for instructions for the period 08/06/2017 to 08/27/2017** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.995 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Phillip Takacs** **301 N. Beauregard St** **Alexandria, VA 22312** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred Last 4 digits of account number | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.995 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Phillip White** **7240 Dacosta** **Detroit, MI 48239** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred Last 4 digits of account number | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.996 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Phillip Yang** **4733 Rambling** **Troy, MI 48095** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred Last 4 digits of account number | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.996 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Phoenix Wang** **701 Hartranft Avenue** **Fort Washington, PA 19034** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred Last 4 digits of account number | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 518 of 961

| 3.996 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Phyllis Schmit**
**19992 Rodrigues Ave**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Phyllis Singer**
**1808 Sharwood Place**
**Crofton, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pierce Young**
**13802 Turbine Dr.**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pierre  Coeurdeuil**
**1422 Funston Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pierre Andrada**
**355 Buena Vista Avenue East #312W**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pierre Capeder**
**290 Amber Drive**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pierre Pellissier**
**1299 Settle Ave.**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 519
of 961

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

**3.9969**

Nonpriority creditor's name and mailing address
**Pierre Perret**
**4326 W Michigan Ave**
**Glendale, AZ 85308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9970**

Nonpriority creditor's name and mailing address
**Pietro Valsecchi**
**23 North Humboldt Street**
**San Mateo, CA 94401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9971**

Nonpriority creditor's name and mailing address
**Pizza Petrick**
**1619 Park ave, apt 3**
**Baltimore, MD 21217**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9972**

Nonpriority creditor's name and mailing address
**Polina Litvak**
**148 22nd Ave**
**San Francisco, CA 94121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9973**

Nonpriority creditor's name and mailing address
**Polina McGuire**
**378 Harman St Apt 3F**
**Brooklyn, NY 11237**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9974**

Nonpriority creditor's name and mailing address
**Pongyu Lee**
**1688 Richard Ave.**
**Santa Clara, CA 95050**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9975**

Nonpriority creditor's name and mailing address
**Pooja Patel**
**3275 valley square lane**
**san jose, CA 95117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.9976**

**Nonpriority creditor's name and mailing address**
**Poornima Natarajan**
**1048 Vardin Ter.**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9977**

**Nonpriority creditor's name and mailing address**
**Port Plastics Phoenix**
**P.O. BOX 398573,**
**SAN FRANCISCO, CA 94139-8573**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **82RI**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- ACRC 0000 .118x48x96 PS ACRYLIC CAST CLEAR**

Is the claim subject to offset? ■ No ☐ Yes

**$244.25**

---

**3.9978**

**Nonpriority creditor's name and mailing address**
**Postoria Aguirre**
**PO Box 20928**
**Castro Valley, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9979**

**Nonpriority creditor's name and mailing address**
**Powder By The Pound**
**2011 Johnson Industrial Blvd.**
**Nolensville, TN 37135**

Date(s) debt was incurred  **3/1/2013**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -FB: PO# - 144.**

Is the claim subject to offset? ■ No ☐ Yes

**$125.84**

---

**3.9980**

**Nonpriority creditor's name and mailing address**
**Powder By The Pound**
**2011 Johnson Industrial Blvd.**
**Nolensville, TN 37135**

Date(s) debt was incurred  **7/1/2016**

Last 4 digits of account number  **0116**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -**

Is the claim subject to offset? ■ No ☐ Yes

**$125.84**

---

**3.9981**

**Nonpriority creditor's name and mailing address**
**POWELL-HARRY FAMILY TRUST, dated Septemb**
**1050 Borregas Ave. #92**
**Sunnyvale, CA 94089**

Date(s) debt was incurred  **3/13/2010**

Last 4 digits of account number  **NA**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$8,382.45**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 521 of 961

| 3.998 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Power Supply**
**1712 Mt. Vernon Ave**
**Alexandria, VA 22301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Prachi Shukla**
**1216 E Vista Del Cerro #2092**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pradipta Banerjee**
**820 N Wakefield Street**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pradyumna Thayi**
**4701 Monterey Oaks Blvd**
**Austin, TX 78749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pragun Vohra**
**10805 Lockland Rd**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Prakriti Choudhary**
**5000 W. Chandler Blvd.**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pranathi Peri**
**10812 Gaillardia**
**Austin, TX 78733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 522
of 961

| 3.998 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Pranesh Saran**
**1048 Vardin Ter**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Prangthip Sunghitakul**
**771 35th Ave, Apt 1**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Pras Velagapudi**
**5836 Northumberland St.**
**Pittsburgh, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Prasad Hanumalagutti**
**1774 Robindale Ave**
**Dearborn, MI 48128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Prashanth  Rajendran**
**5179 Shady Creek**
**Troy, MI 48085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Prasun Prakash**
**6218 Shadelands Drive**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Prateek Sharma**
**7100 E lincoln Dr. #2130**
**Scottsdale, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 523 of 961

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.999 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Pratik Bhagwat**
15801, S 48th St. #2062
Phoenix, AZ 85048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Praveen Kumar**
1163 Kassel Terrace
Sunnyvale, CA 94089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Praveen Thaivalappil**
8603 Dutchman Ct
Manassas, VA 20110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$110.07** |
|---|---|---|---|

**Praxair Distribution ,Inc**
Dept 0812
PO Box 120812
Dallas, TX 75312-0812

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/23/2017**

Last 4 digits of account number  **5657**

Basis for the claim:  **[Notice only] Techshop Austin -Cylinder Rent for the period of 08/20/2017 to 09/20/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$106.55** |
|---|---|---|---|

**Praxair Distribution ,Inc**
Dept 0812
PO Box 120812
Dallas, TX 75312-0812

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/23/2017**

Last 4 digits of account number  **0702**

Basis for the claim:  **[Notice only] Techshop Austin -Cylinder Rent 09/20/2017 to 10/20/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$477.96** |
|---|---|---|---|

**Praxair Distribution ,Inc**
Dept 0812
PO Box 120812
Dallas, TX 75312-0812

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/17/2017**

Last 4 digits of account number  **9000**

Basis for the claim:  **[Notice only] Techshop Austin -Material Charges dated 08/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 524 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.100 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131.13** |
|---|---|---|---|

**Praxair Distribution ,Inc**
Dept 0812
PO Box 120812
Dallas, TX 75312-0812

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/22/2017**

Last 4 digits of account number  **9901**

Basis for the claim:  **[Notice only] Techshop Austin -Material Charges dated 08/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.43** |
|---|---|---|---|

**Praxair Distribution ,Inc**
Dept 0812
PO Box 120812
Dallas, TX 75312-0812

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/3/2017**

Last 4 digits of account number  **5501**

Basis for the claim:  **[Notice only] Techshop Austin -Finance Charge on late payment of Invoice# 78224345**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127.61** |
|---|---|---|---|

**Praxair Distribution ,Inc**
Dept 0812
PO Box 120812
Dallas, TX 75312-0812

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/22/2017**

Last 4 digits of account number  **4345**

Basis for the claim:  **[Notice only] Techshop Austin -Cylinder Rent - Safety & Environmental Service for the period of 06/20/2017 to 07/20/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.70** |
|---|---|---|---|

**Praxair Distribution ,Inc**
Dept 0812
PO Box 120812
Dallas, TX 75312-0812

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/31/2017**

Last 4 digits of account number  **0899**

Basis for the claim:  **[Notice only] Techshop Austin -Finance charge on Invoice #77429275, 77002981 and 77067946**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.61** |
|---|---|---|---|

**Praxair Distribution Inc**
Dept LA 21511
Pasadena, CA 91185

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/22/2017**

Last 4 digits of account number  **1719**

Basis for the claim:  **[Notice only] Techshop SOMA - Industrial Acetylene, Ind High Pressure > 100cf, SAFETY & ENVIRONMENTAL SERV FE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74.55** |
|---|---|---|---|

**Praxair Distribution Inc**
Dept LA 21511
Pasadena, CA 91185

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/30/2017**

Last 4 digits of account number  **9438**

Basis for the claim:  **[Notice only] Techshop SOMA - FINANCE CHARGE INVOICE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 08 | Nonpriority creditor's name and mailing address **Praxair Distribution Inc** Dept LA 21511 Pasadena, CA 91185 | As of the petition filing date, the claim is: *Check all that apply.* | $710.74 |

Date(s) debt was incurred  **12/8/2017**

Last 4 digits of account number  **0150**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - ARGON S, STARGOLD C25 ARG-CO2 25% S, HAZARDOUS MATERIAL CHARGE**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 09 | Nonpriority creditor's name and mailing address **Praxair Distribution Inc** Dept LA 21511 Pasadena, CA 91185 | As of the petition filing date, the claim is: *Check all that apply.* | $209.63 |

Date(s) debt was incurred  **10/22/2017**

Last 4 digits of account number  **8944**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Industrial Acetylene, Ind High Pressure > 100cf, SAFETY & ENVIRONMENTAL SERV FE**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 10 | Nonpriority creditor's name and mailing address **Praxair Distribution Inc** Dept LA 21511 Pasadena, CA 91185 | As of the petition filing date, the claim is: *Check all that apply.* | $47.61 |

Date(s) debt was incurred  **11/2/2017**

Last 4 digits of account number  **7487**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - FINANCE CHARGE INVOICE**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 11 | Nonpriority creditor's name and mailing address **Praxair Distribution Inc** Dept LA 21511 Pasadena, CA 91185 | As of the petition filing date, the claim is: *Check all that apply.* | $874.77 |

Date(s) debt was incurred  **9/17/2017**

Last 4 digits of account number  **0342**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - ARGON S (COC ONLY),, STARGOLD C25 ARG-CO2 25% S**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 12 | Nonpriority creditor's name and mailing address **Praxair Distribution Inc** Dept LA 21511 Pasadena, CA 91185 | As of the petition filing date, the claim is: *Check all that apply.* | $209.63 |

Date(s) debt was incurred  **9/21/2017**

Last 4 digits of account number  **1012**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Industrial Acetylene, Ind High Pressure > 100cf**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 13 | Nonpriority creditor's name and mailing address **Praxair Distribution Inc** Dept LA 21511 Pasadena, CA 91185 | As of the petition filing date, the claim is: *Check all that apply.* | $48.63 |

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **8324**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - FINANCE CHARGE**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 526 of 961

| 3.100 14 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Praxair Distribution Inc**
**Dept LA 21511**
**Pasadena, CA 91185**

Date(s) debt was incurred **8/21/2017**

Last 4 digits of account number **4509**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$203.61**

Basis for the claim: **[Notice only] Techshop SOMA - Industrial Acetylene, Ind High Pressure > 100cf, SAFETY & ENVIRONMENTAL SERV FE**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 15 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Praxair Distribution Inc**
**Dept LA 21511**
**Pasadena, CA 91185**

Date(s) debt was incurred **6/17/2017**

Last 4 digits of account number **8279**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$824.44**

Basis for the claim: **[Notice only] Techshop SOMA - ARGON S (COC ONLY), STARGOLD C25 ARG-CO2 25% S, PROPANE 7.3 GALLONS (COC ONLY)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 16 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Praxair Distribution Inc**
**Dept LA 21511**
**Pasadena, CA 91185**

Date(s) debt was incurred **6/21/2017**

Last 4 digits of account number **1783**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$201.69**

Basis for the claim: **[Notice only] Techshop SOMA - Industrial Acetylene, Ind High Pressure > 100cf, SAFETY & ENVIRONMENTAL SERV FE**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 17 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Praxair Distribution Inc**
**Dept LA 21511**
**Pasadena, CA 91185**

Date(s) debt was incurred **7/21/2017**

Last 4 digits of account number **5785**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$207.65**

Basis for the claim: **[Notice only] Techshop SOMA - Industrial Acetylene, Ind High Pressure > 100cf, SAFETY & ENVIRONMENTAL SERV FE**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 18 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Praxair Distribution Inc**
**Dept LA 21511**
**Pasadena, CA 91185**

Date(s) debt was incurred **7/30/2017**

Last 4 digits of account number **3243**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$1,821.80**

Basis for the claim: **[Notice only] Techshop SOMA - STARGOLD C25 ARG-CO2 25% S (COC ONLY), ARGON S (COC ONLY), PROPANE 7.3 GALLONS (COC ONLY)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 19 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Praxair Distribution Inc,**
**Dept 0812**
**PO Box 120812**
**Dallas, TX 75312-0812**

Date(s) debt was incurred **10/23/2017**

Last 4 digits of account number **3603**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$25.24**

Basis for the claim: **[Notice only] Techshop Chandler- Safety & Environmental serv fee, Paper Invoice Fee**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 527 of 961

---

| 3.100 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$301.49** |
| **Praxair Distribution Inc,** | ■ Contingent | |
| **Dept 0812** | ☐ Unliquidated | |
| **PO Box 120812** | | |
| **Dallas, TX 75312-0812** | ■ Disputed | |
| Date(s) debt was incurred **10/1/2017** | Basis for the claim: **[Notice only] Techshop Chandler- Argon K, Paper Inv Fee, Energy and Fuel Charge** | |
| Last 4 digits of account number **2536** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.88** |
| **Praxair Distribution Inc,** | ■ Contingent | |
| **Dept 0812** | ☐ Unliquidated | |
| **PO Box 120812** | | |
| **Dallas, TX 75312-0812** | ■ Disputed | |
| Date(s) debt was incurred **10/1/2017** | Basis for the claim: **[Notice only] Techshop Chandler- Safety & Environmental serv fee, Paper Invoice Fee** | |
| Last 4 digits of account number **9446** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.65** |
| **Praxair Distribution Inc,** | ■ Contingent | |
| **Dept 0812** | ☐ Unliquidated | |
| **PO Box 120812** | | |
| **Dallas, TX 75312-0812** | ■ Disputed | |
| Date(s) debt was incurred **10/3/2017** | Basis for the claim: **[Notice only] Techshop Chandler- Safety & Environmental serv fee, Paper Invoice Fee** | |
| Last 4 digits of account number **9099** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217.07** |
| **Praxair Distribution Inc,** | ■ Contingent | |
| **Dept 0812** | ☐ Unliquidated | |
| **PO Box 120812** | | |
| **Dallas, TX 75312-0812** | ■ Disputed | |
| Date(s) debt was incurred **10/6/2017** | Basis for the claim: **[Notice only] Techshop Chandler- Safety & Environmental serv fee, Paper Invoice Fee** | |
| Last 4 digits of account number **5894** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.24** |
| **Praxair Distribution Inc,** | ■ Contingent | |
| **Dept 0812** | ☐ Unliquidated | |
| **PO Box 120812** | | |
| **Dallas, TX 75312-0812** | ■ Disputed | |
| Date(s) debt was incurred **9/1/2017** | Basis for the claim: **[Notice only] Techshop Chandler- Safety & Environmental serv fee, Paper Invoice Fee** | |
| Last 4 digits of account number **2858** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.83** |
| **Praxair Distribution Inc,** | ■ Contingent | |
| **Dept 0812** | ☐ Unliquidated | |
| **PO Box 120812** | | |
| **Dallas, TX 75312-0812** | ■ Disputed | |
| Date(s) debt was incurred **7/19/2017** | Basis for the claim: **[Notice only] Techshop Chandler- Argon K, Paper Inv Fee, Energy and Fuel Charge** | |
| Last 4 digits of account number **5392** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

| 3.100 26 | | | |
|----------|--|--|--|

**Nonpriority creditor's name and mailing address**
**Praxair Distribution Inc,**
**Dept 0812**
**PO Box 120812**
**Dallas, TX 75312-0812**

Date(s) debt was incurred  8/10/2017

Last 4 digits of account number  7007

As of the petition filing date, the claim is: *Check all that apply.*

$128.08

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Paper Invoice Fee, Shipping and Handling Charge**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 27 | | | |
|----------|--|--|--|

**Nonpriority creditor's name and mailing address**
**Praxair Distribution Inc,**
**Dept 0812**
**PO Box 120812**
**Dallas, TX 75312-0812**

Date(s) debt was incurred  8/1/2017

Last 4 digits of account number  4862

As of the petition filing date, the claim is: *Check all that apply.*

$7.25

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Finance charge on Inv #77334980 and 77542179**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 28 | | | |
|----------|--|--|--|

**Nonpriority creditor's name and mailing address**
**Prerna Uppal**
**11035 Magoalena Rd**
**Los Altos Hills, CA 94024**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 29 | | | |
|----------|--|--|--|

**Nonpriority creditor's name and mailing address**
**Preston Brown**
**3820 Stoneycreek Rd.**
**Chapel Hill, NC 27514**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 30 | | | |
|----------|--|--|--|

**Nonpriority creditor's name and mailing address**
**Preston Dishman**
**PO Box 1165**
**Pacifica, CA 94044**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 31 | | | |
|----------|--|--|--|

**Nonpriority creditor's name and mailing address**
**Preston Padilla**
**119 E Fairmont Dr**
**Tempe, AZ 85282**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.100 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Preston Pierce**
**1016 N Palm St**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Priscilla Hwang**
**4545 Forest Park Ave, Apt 203, 01**
**St. Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Priyanjali Bhattacharya**
**279 Tradewinds Drive apt 6**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Priyank Gajiwala**
**11500 Jollyville Road, Apt. 2023**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Priyanka Joshi**
**19950 Bonnie ridge way**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Priyanka Patel**
**596 S 2nd St**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.76 |
|---|---|---|---|

**Production Tool Supply**
**PO BOX 670587**
**Detroit, MI 48267**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/20/2017**

Last 4 digits of account number  **1379**

Basis for the claim:  **[Notice only] Techshop Detroit-AK70104 1-1/16 COBALT S & D DRILL**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 530 of 961

| | | |
|---|---|---|
| **3.100 39** | Nonpriority creditor's name and mailing address<br>**Production Tool Supply**<br>PO BOX 670587<br>Detroit, MI 48267 | As of the petition filing date, the claim is: *Check all that apply.* **$19.84** |
| | Date(s) debt was incurred **10/20/2017** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Last 4 digits of account number **1683** | Basis for the claim: **[Notice only] Techshop Detroit-AC30008 & FN50B10 - B10 BLADE DEBURRING TOOL** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.100 40** | Nonpriority creditor's name and mailing address<br>**Production Tool Supply**<br>PO BOX 670587<br>Detroit, MI 48267 | As of the petition filing date, the claim is: *Check all that apply.* **$170.02** |
| | Date(s) debt was incurred **10/20/2017** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Last 4 digits of account number **1710** | Basis for the claim: **[Notice only] Techshop Detroit-TNMG321 PC5 CARBIDE INSERT & TT222 PC5 11DEG POS RAKE INSER** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.100 41** | Nonpriority creditor's name and mailing address<br>**Production Tool Supply**<br>PO BOX 670587<br>Detroit, MI 48267 | As of the petition filing date, the claim is: *Check all that apply.* **$31.72** |
| | Date(s) debt was incurred **10/31/2017** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Last 4 digits of account number **9733** | Basis for the claim: **[Notice only] Techshop Detroit-CS50G8 - G-8 1/4X3/8 HS 2FL SE EM** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.100 42** | Nonpriority creditor's name and mailing address<br>**Production Tool Supply**<br>PO BOX 670587<br>Detroit, MI 48267 | As of the petition filing date, the claim is: *Check all that apply.* **$154.73** |
| | Date(s) debt was incurred **10/6/2017** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Last 4 digits of account number **9960** | Basis for the claim: **[Notice only] Techshop Detroit-Various items purchased TRK#: 1Z1E18500350618080** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.100 43** | Nonpriority creditor's name and mailing address<br>**Production Tool Supply**<br>PO BOX 670587<br>Detroit, MI 48267 | As of the petition filing date, the claim is: *Check all that apply.* **$0.92** |
| | Date(s) debt was incurred **10/6/2017** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Last 4 digits of account number **9463** | Basis for the claim: **[Notice only] Techshop Detroit-J HS ECONO JOB DRILL Tracking Number: 1z4606600360702890** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.100 44** | Nonpriority creditor's name and mailing address<br>**Production Tool Supply**<br>PO BOX 670587<br>Detroit, MI 48267 | As of the petition filing date, the claim is: *Check all that apply.* **$12.47** |
| | Date(s) debt was incurred **10/9/2017** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Last 4 digits of account number **6087** | Basis for the claim: **[Notice only] Techshop Detroit-AC50007B 7/64 HS BLACK JOB DRILL** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| 3.100 45 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Pui Ho** 21384 Rizzo Ave Castro Valley, CA 94546 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Puja Sarna** 4281 Express Ln  Ste L1016 Sarasota, FL 34238 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Qinchen Zha** 6060 S. Tweet St. Mesa, AZ 85212 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Quan Ho** 2345 Amherst St. Palo Alto, CA 94306 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Quentin Malloy** 1025 Cadillac Way Burlingame, CA 94010 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Quentin MASSON_PILET** 548 26th Ave. San Francisco, CA 94122 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **QueWon Rhee** 38 3rd St. #105 Los Altos, CA 94022 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quincy Kuang**
2 college street
Providence, RI 02903

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quinn Emanuel**
11513 Acacia Way
Santa Cruz, CA 95062

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quinn Fitzgerald**
26575 California
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quinn Kowitt**
123 Wilshire Ct
San Carlos, CA 94070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Quinn Kowitt_V**
123 Wilshire ct
San Carlos, CA 94070

Date(s) debt was incurred **8/16/2017**
Last 4 digits of account number **0007**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor class instructions for the period dated 08/01/2017 to 08/20/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Quinn Kowitt_V**
123 Wilshire ct
San Carlos, CA 94070

Date(s) debt was incurred **8/3/2017**
Last 4 digits of account number **0006**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 07/31/2017 to 08/01/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quinn Sowells**
796 Font Blvd.
San Francisco, CA 94132

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quinn Sweeney**
776 Stanyan St. #8
San Francisco, CA 94117

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quinn Wingett**
2747 S Cholla Cir
Mesa, AZ 85202

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quiyi (Joy) Wang**
333 S. Bouquet St. Apt 3
Pittsburgh, PA 15213

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quyen Nguyen**
2008 w Wildhorse
Chandler, AZ 85286

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**R. E. Stinson_V**
5714 Lenore LN
Alexandria., VA 22303

Date(s) debt was incurred  11/8/2017

Last 4 digits of account number  1117

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor fee for the period 10/09/2017 to 10/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.100 64** | |

**Nonpriority creditor's name and mailing address**
R. E. Stinson_V
5714 Lenore LN
Alexandria., VA 22303

Date(s) debt was incurred  **11/8/2017**

Last 4 digits of account number  **2817**

**As of the petition filing date, the claim is:** *Check all that apply.*     **$75.00**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **[Notice only] Techshop DC Arlington-Instructor fee for the period 10/22/2017 to 10/29/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.100 65** | |

**Nonpriority creditor's name and mailing address**
R. E. Stinson_V
5714 Lenore LN
Alexandria., VA 22303

Date(s) debt was incurred  **10/6/2017**

Last 4 digits of account number  **3058**

**As of the petition filing date, the claim is:** *Check all that apply.*     **$150.00**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **[Notice only] Techshop DC Arlington-Instructor fee for the period 09/13/2017 to 09/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.100 66** | |

**Nonpriority creditor's name and mailing address**
R. E. Stinson_V
5714 Lenore LN
Alexandria., VA 22303

Date(s) debt was incurred  **9/5/2017**

Last 4 digits of account number  **3057**

**As of the petition filing date, the claim is:** *Check all that apply.*     **$125.00**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **[Notice only] Techshop DC Arlington-Instructor fee for the period 08/19/2017 to 08/23/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.100 67** | |

**Nonpriority creditor's name and mailing address**
Rachel  Berg
13111 Nadine Ave
Huntington Woods, MI 48070

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.100 68** | |

**Nonpriority creditor's name and mailing address**
Rachel Agner
8807 Slayton Dr
Austin, TX 78753

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.100 69** | |

**Nonpriority creditor's name and mailing address**
Rachel Asher
1063 Parkview Blvd
Pittsburgh, PA 15212

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 535 of 961

| | |
|---|---|
| 3.100 70 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Rachel Barnett**
**314 Cloudview Drive**
**Austin, TX 78745**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 71 | |

**Nonpriority creditor's name and mailing address**
**Rachel Boivin**
**1402 E Guadulupe St**
**Tempe, AZ 85283**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 72 | |

**Nonpriority creditor's name and mailing address**
**Rachel Frick**
**2800 Sunrise Ranch Road,  Apt #328**
**Round Rock, TX 78665**

Date(s) debt was incurred  **9/19/2017**

Last 4 digits of account number  **5**

**As of the petition filing date, the claim is:** _Check all that apply._                    **$640.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Steam Teaching for the period of 07/23/2017 to 08/05/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 73 | |

**Nonpriority creditor's name and mailing address**
**Rachel Hirsch**
**22209 Lanse**
**Saint Clair Shores, MI 48081**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 74 | |

**Nonpriority creditor's name and mailing address**
**Rachel Hoffman**
**651 Addison St.**
**Berkeley, CA 94710**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 75 | |

**Nonpriority creditor's name and mailing address**
**Rachel Javorsky**
**1900 E. Apache Blvd. #5006**
**Tempe, AZ 85281**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 76 | |

**Nonpriority creditor's name and mailing address**
**Rachel Marsico**
**445 Octavia Street #12**
**San Francisco, CA 94102**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rachel Menard**
**13999 Alta Vista Ave**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rachel Phillips**
**183 Hilton Way**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rachel Quach**
**378 Fir Tree**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rachel Rhoades**
**1249 E. Spence Ave. Apt. 241**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rachel Schechtman**
**6th and Constition Ave**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rachel Snow**
**45207 Gerald Ct**
**Canton, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rachel Szabo**
**335 Butler St. #143**
**Pittsburgh, PA 15223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rachel Turkal** | ☐ Contingent | |
| **226 Echo Ave. #3** | ☐ Unliquidated | |
| **Campbell, CA 95008** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rachelle Hughes** | ☐ Contingent | |
| **1401 Red Hawk Cir** | ☐ Unliquidated | |
| **Fremont, CA 94538** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255.33** |
| **RAD Rod Web and Application Development** | ■ Contingent | |
| **1137 Deerwood Dr** | ☐ Unliquidated | |
| **Elgin, TX 78621** | ■ Disputed | |
| Date(s) debt was incurred  **11/3/2017** | Basis for the claim:  **[Notice only] Techshop Austin -Instruction classes from 10/02/2017 to 10/27/2017** | |
| Last 4 digits of account number  **2287** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Radoslava Dogandjieva** | ☐ Contingent | |
| **125 Guerrero St, Apt 5** | ☐ Unliquidated | |
| **San Francisco, CA 94103** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 88 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rafael Delgado** | ☐ Contingent | |
| **14142 Clubhouse Road** | ☐ Unliquidated | |
| **Gainesville, VA 20155** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 89 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rafael Gonzalez** | ☐ Contingent | |
| **1655 E Universitey** | ☐ Unliquidated | |
| **Tempe, AZ 85281** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 90 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rafael Jauregui** | ☐ Contingent | |
| **8787 Branch Ave** | ☐ Unliquidated | |
| **Clinton, MD 20735** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.100 91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Rafael Lara**<br>**1004 Meadows Dr**<br>**Austin-Round Rock, TX 78758** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.100 92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Rafael Quinteiro**<br>**711 48th Avenue**<br>**San Francisco, CA 94121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.100 93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Rafael Vanoni**<br>**350 Green St Apt #2**<br>**San Francisco, CA 94133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.100 94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Raffie Colet**<br>**171 Main St #198**<br>**Los Altos, CA 94022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.100 95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Rahim Bhimani**<br>**1190 mission st Apt 2115**<br>**San Francisco, CA 94103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.100 96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Rahim Ibrahim**<br>**88 E San Fernando, Unit 611**<br>**San Jose, CA 95113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.100 97**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Raina Tung**<br>**160 Bleecker Street**<br>**New York, NY 10012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raina Masand**
**8 Bernice St #102**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rainer Maas**
**9 Tupelo Way**
**Acton, MA 01720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raja Krishnamoorthy**
**1309 Park Rd NW, # 202**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raja Rajendran**
**5179 Shady Creek**
**Troy, MI 48085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raja Velagapudi**
**31 Par Rd**
**Montebello, NY 10901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rajiv Patel**
**612 Connecticut Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rakh Hargett**
**6007 Christie Ave.**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 540 of 961

| 3.101 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rakmun Bryant-Vick**
**627 14th st. #5**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,044.21** |
|---|---|---|---|

**Ralph Alvarez**
**2808 Magellan Circle**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/23/2011**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ralph Alvarez**
**2808 Magellan Circle**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,293.66** |
|---|---|---|---|

**Ralph C. McMullan and Susan R. McMullan**
**807 Lombard St.**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/22/2011**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ralph Collins**
**5425 Harwood Rd**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ralph Evans**
**14747 N. Northsight Blvd.**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ralph Lin**
**1214 5th St NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ralph Longman**
2727 S. Quincy St. #818
Arlington, VA 22206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ralph McMullan**
807 Lombard St.
San Francisco, CA 94133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ralph Schmidt-Dunker**
934 Howard Street
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ralph Taylor**
805 Leavenworth St., Apt. 1008
San Francisco, CA 94109-6162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ralph Thomas**
PO Box 391076
Mountain View, CA 94039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ram Koirala**
5901 W. 35th Ave. #168
Phoenix, AZ 85051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ramarao digumarthi**
3744 starr king circle
palo alto, CA 94306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398 Doc# 2-1 Filed: 02/26/18 Entered: 02/26/18 18:01:21 Page 542 of 961

| 3.101 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ramesh Peri**
**10812 Gaillardia**
**Austin, TX 78733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,578.08** |
|---|---|---|---|

**Ramesh V. Peri**
**10812 Gaillardia**
**Austin, TX 78733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/20/2016**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ramon Medina**
**605 orvis ave.**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ramon Yvarra**
**15 Riverton Dr.**
**San Francisco, CA 94132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ramona Sharples**
**670 De Haro St, Apartment 6**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ramoncito Zabala**
**1269 Redwood Ln.**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ramya Sankar**
**305 Elan Village Ln**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 543 of 961

---

| 3.101 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|----------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Ran Tian**
**60 Broad Street**
**New York, NY 11004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|----------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Rana Mohamed**
**8421 Broad St**
**Mclean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|----------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Rand Wilkinson**
**39 Clermont Lane**
**St. Louis, MO 63124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|----------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Randal Kretzler**
**3814 Jarrett Way**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|----------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Randall Ashby**
**23518 Maude Ave.**
**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|----------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Randall Ersoz**
**478 5th Avenue**
**San Francisco, WA 98114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|----------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Randall Hilligan**
**834 taylor ave**
**alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 544 of 961

---

| 3.101 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Randall HUNTER**
1840 41st ave #132
Capitola, CA 95010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Randall Kania**
4319 Rowalt Drive #202
College Park, MD 20740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Randall Ridley**
14846 Kentfield
Detroit, MI 48233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Randall True**
111 Ripley St
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Randolph Graff**
160 Bleecker Street
New York, NY 10012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**RANDOLPH GRAFF_V**
160 Bleecker Street
New York, NY 10012

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  11/8/2017

**Basis for the claim:** [Notice only] Techshop Brooklyn-Photographic Services Preview Party Brooklyn

Last 4 digits of account number  0813

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Random Turner-Jones**
2316 S Glennwood Ave
Springfield, IL 62704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.101**
**40**

**Nonpriority creditor's name and mailing address**
**Randy Flores**
**1010 N Quintana**
**Arlington, VA 22205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101**
**41**

**Nonpriority creditor's name and mailing address**
**Randy Hill**
**4635 Warren St., NW**
**Washington, DC 20016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101**
**42**

**Nonpriority creditor's name and mailing address**
**Randy Leiter**
**134 Roberts Ln #303**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101**
**43**

**Nonpriority creditor's name and mailing address**
**Randy McLaws**
**1371 W Canary Way**
**Chandler, AZ 85286**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101**
**44**

**Nonpriority creditor's name and mailing address**
**Randy Ramirez**
**249 N King Rd**
**San Jose, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101**
**45**

**Nonpriority creditor's name and mailing address**
**Randy Sargent**
**3634 Frazier Street**
**Pittsburgh, PA 15213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101**
**46**

**Nonpriority creditor's name and mailing address**
**Randy Shelton**
**1763 OConnor Ave**
**Lincoln Park, MI 48146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 546 of 961

| 3.101 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Randy Ubillos**<br>**4652 18th St.**<br>**San Francisco, CA 94114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Rani Menon**<br>**88 Higgins Avenue**<br>**Los Altos, CA 94022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ranjeet Rao**<br>**728 Vera Avenue**<br>**Redwood City, CA 94061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Raonel Denova**<br>**12813 Doorbell**<br>**Manor, TX 78653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Raphael DIBAJI**<br>**874 Fell St.**<br>**San Francisco, CA 94117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Raphael GASSIEX**<br>**874 Fell St**<br>**San Francisco, CA 94107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Raphael Korean**<br>**7312 Sutherland Ave.**<br>**Shrewsburg, MO 63119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raphael Nardani**
1690 Kentfield Ave, Apt 4
Redwood City, CA 94061

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raphael Varieras**
18A Henry Street
San Francisco, CA 94114

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raquel Kueffner**
4849 Connecticut Ave NW, Apt 523
Washington, DC 20008

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ratheesh Rajan**
8250 Business Park Drive #250
Austin, TX 78750

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rathi Munukur**
3200 Hillview Ave
Palo Alto, CA 94304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raul Aguilar**
5969 Shattuck Ave.
Oakland, CA 94609

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raul Heredia**
223 Birch Creek Dr
Pleasanton, CA 94566

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 548 of 961

| 3.101 61 | **Nonpriority creditor's name and mailing address** **Ravi Kotichintala** **8620 Toro Creek** **Austin, TX 78759** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.101 62 | **Nonpriority creditor's name and mailing address** **Ravindra Tappeta** **24370 Murtle** **Novi, MI 48375** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.101 63 | **Nonpriority creditor's name and mailing address** **Rawan Hassunah** **1103 Guerrero St.** **San Francisco, CA 94110** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.101 64 | **Nonpriority creditor's name and mailing address** **Rawi Issa** **3126 E Muirfield St** **Gilbert, AZ 85298** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.101 65 | **Nonpriority creditor's name and mailing address** **Ray Brayer** **1417 Sanchez Ave** **Burlingame, CA 94010** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.101 66 | **Nonpriority creditor's name and mailing address** **Ray Brister** **1102 Keeshond Pl.** **Round Rock, TX 78664** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.101 67 | **Nonpriority creditor's name and mailing address** **Ray Everett** **350 Alabama St. #7** **San Francisco, CA 94110** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| | | |
|---|---|---|
| 3.101 68 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ray Franks**
**513 Kyle Ct.**
**Gibsonia, PA 15044**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.101 69 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ray Gurule**
**433 W. Teakwood Dr**
**Sun Lakes, AZ 85248**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.101 70 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ray Guzman**
**7029 Faught Rd.**
**Santa Rosa, CA 95403**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.101 71 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ray Johnson**
**3070 Academy St**
**Dearborn, MI 48124**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.101 72 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ray Oppenheimer**
**1357 93rd Ave. #B**
**Oakland, CA 94603**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.101 73 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ray Raffa**
**611 South 15th Street**
**San Jose, CA 95112**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.101 74 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Rayka Yokoo**
**2151 Berkeley Way, Energy Biosci Bldg Sa**
**Berkeley, CA 94704**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 550 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.101 75 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Raymond Fiddler** | ☐ Contingent | |
| | **276 S 20th St** | ☐ Unliquidated | |
| | **San Jose, CA 95116** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 76 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Raymond Galias** | ☐ Contingent | |
| | **1819 Gunsight Dr.** | ☐ Unliquidated | |
| | **Round Rock, TX 78665** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 77 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Raymond Martinez** | ☐ Contingent | |
| | **2251 Eisenhower Ave. #1522** | ☐ Unliquidated | |
| | **Alexandria, VA 22314** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 78 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Raymond Chan** | ☐ Contingent | |
| | **452 N 13th Street** | ☐ Unliquidated | |
| | **San Jose, CA 95112** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 79 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Raymond Couture** | ☐ Contingent | |
| | **2686 E. Elmwood** | ☐ Unliquidated | |
| | **Chandler, AZ 85249** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 80 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$371.43** |
| | **Raymond Fiddler** | ■ Contingent | |
| | **38 So. 2nd Street** | ☐ Unliquidated | |
| | **San Jose, CA 95113** | ■ Disputed | |
| | Date(s) debt was incurred **9/7/2017** | Basis for the claim: **[Notice only] Techshop San Jose -Expense Report for the period of 07/01/2017 to 07/31/2017** | |
| | Last 4 digits of account number **37** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 81 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,444.84** |
| | **Raymond J Oppenheimer** | ☐ Contingent | |
| | **1357 93rd Ave. #B** | ☐ Unliquidated | |
| | **Oakland, CA 94603** | ☐ Disputed | |
| | Date(s) debt was incurred **3/16/2010** | Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC** | |
| | Last 4 digits of account number **NA** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | |
|---|---|
| 3.101 82 | |

**Nonpriority creditor's name and mailing address**

**Raymond LaFreniere**
**2111 Jefferson Davis Hwy APT 1103S**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.101 83 | |

**Nonpriority creditor's name and mailing address**

**Raymond Lopez**
**385 Gifford Ave.**
**San Jose, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.101 84 | |

**Nonpriority creditor's name and mailing address**

**Raymond Ngo**
**3207 Remington Way**
**San Jose, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.101 85 | |

**Nonpriority creditor's name and mailing address**

**Raymond Peck III**
**24653 Summerhill Ave**
**Los Altos, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.101 86 | |

**Nonpriority creditor's name and mailing address**

**Raymond Peck IV**
**24653 Summerhill Ave**
**Los Altos, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.101 87 | |

**Nonpriority creditor's name and mailing address**

**Raymond Savoie**
**78 Union Ave**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.101 88 | |

**Nonpriority creditor's name and mailing address**

**Raymond Tom**
**1187 Prescott Ave**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raymond Tsai**
**19661 Falcon Ridge Lane**
**Northridge, CA 91326**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raymond Vasquez**
**100th Folsom st**
**Hayward, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raymond Yu**
**1240 Briarleaf Ct.**
**San Jose, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raz Dan**
**1264 Hanchett Ave.**
**San Jose, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RC Morton**
**2130 Redwood Hwy F-13**
**Greenbrae, CA 94904**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RD CHILDERS**
**2436 rick whinery**
**AUSTIN, TX 78681**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**RDU Triangle**
**2807 E. Geer St.**
**Durham, NC 27704**

Date(s) debt was incurred _

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop RDU LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 553
of 961

| 3.101 96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RE Stinson**
**5714 Lenore LN**
**Alexandria, VA 22303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rebecca Gies**
**268 Bush St #802**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rebecca Benedict**
**555 80th Street**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rebecca Brayer**
**1417 Sanchez Av.e**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rebecca Dohrman**
**1540 Renderer Dr**
**St. Louis, MO 63122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rebecca Frey**
**3955 Mayfair**
**Dearborn Heights, MI 48125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rebecca Huelke**
**10163 Faetano Ln**
**Milan, MI 48160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 554 of 961

| | |
|---|---|
| **3.102 03** | **Nonpriority creditor's name and mailing address** |

**Rebecca Johnson**
**6200 CALIFORNIA ST APT 1**
**SAN FRANCISCO, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.102 04** | **Nonpriority creditor's name and mailing address** |

**Rebecca Kehl**
**15450 FM 1325 Apt 1636**
**Austin, TX 78728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.102 05** | **Nonpriority creditor's name and mailing address** |

**Rebecca Nachman**
**7104 Central Ave**
**Takoma Park, MD 20912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.102 06** | **Nonpriority creditor's name and mailing address** |

**Rebecca Nowakowski**
**3317 mission st.**
**san francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.102 07** | **Nonpriority creditor's name and mailing address** |

**Rebecca Ouwenga**
**1823 Lasalle St Apt A**
**Saint Louis, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.102 08** | **Nonpriority creditor's name and mailing address** |

**Rebecca Owens**
**1520 Cameron Matthews APT 304 dr**
**Matthews, NC 28105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.102 09** | **Nonpriority creditor's name and mailing address** |

**Rebecca Propes**
**1441 E. Lovebird Lane**
**Gilbert, AZ 85297**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 10 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rebecca Ritger** | | ☐ Contingent | |
| **1492 W. Hedding** | | ☐ Unliquidated | |
| **San Jose, CA 95126** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 11 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rebecca Sachtleben** | | ☐ Contingent | |
| **4366 Maryland Avenue Unit 203** | | ☐ Unliquidated | |
| **St. Louis, MO 63108** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 12 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rebecca Sites** | | ☐ Contingent | |
| **416 Boyd Boulevard** | | ☐ Unliquidated | |
| **Verona, PA 15147** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 13 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rebecca Smith** | | ☐ Contingent | |
| **43 South 14th St** | | ☐ Unliquidated | |
| **San Jose, CA 95112** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 14 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$27,949.06** |
| **Rebecca Susan Barber** | | ☐ Contingent | |
| **253 N 13th St.** | | ☐ Unliquidated | |
| **San Jose, CA 95112** | | ☐ Disputed | |
| Date(s) debt was incurred **12/9/2010** | | Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC** | |
| Last 4 digits of account number **NA** | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 15 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rebecca Taylor** | | ☐ Contingent | |
| **104 Old Lowery Ct** | | ☐ Unliquidated | |
| **Raleigh, NC 27614** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 16 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rebecca Tisdel** | | ☐ Contingent | |
| **2601 La Frontera Blvd #2423** | | ☐ Unliquidated | |
| **Round Rock, TX 00078-7681** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 17 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rebecca Zachau** | | ☐ Contingent | |
| **20638 Maria Ct.** | | ☐ Unliquidated | |
| **Castro Valley, CA 94596** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.102 18 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rebecca Zak** | | ☐ Contingent | |
| **116 E. Middlefield Rd. Apt C** | | ☐ Unliquidated | |
| **Mountain View, CA 94043** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.102 19 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rebekah Capel** | | ☐ Contingent | |
| **868 43rd St.** | | ☐ Unliquidated | |
| **Emeryville, CA 94608** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.102 20 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$2,705.75** |
| **Recology Golden Gate - 010973099** | | ☐ Contingent | |
| **PO Box 60846** | | ☐ Unliquidated | |
| **Los Angeles, CA 90060-0846** | | ☐ Disputed | |
| Date(s) debt was incurred **10/31/2017** | | Basis for the claim: **[Notice only] Techshop SOMA - Trash and Recycling - October 2017** | |
| Last 4 digits of account number **5333** | | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.102 21 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$172.23** |
| **Recology Golden Gate - 011012558** | | ☐ Contingent | |
| **P.O. Box 60846** | | ☐ Unliquidated | |
| **Los Angeles, CA 90060** | | ☐ Disputed | |
| Date(s) debt was incurred **11/30/2017** | | Basis for the claim: **[Notice only] Techshop SOMA - Trash & recycling - October 2017** | |
| Last 4 digits of account number **6513** | | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.102 22 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$172.23** |
| **Recology Golden Gate - 011012558** | | ☐ Contingent | |
| **P.O. Box 60846** | | ☐ Unliquidated | |
| **Los Angeles, CA 90060** | | ☐ Disputed | |
| Date(s) debt was incurred **10/30/2017** | | Basis for the claim: **[Notice only] Techshop SOMA Trash and Recycling - September 2017** | |
| Last 4 digits of account number **2866** | | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.102 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**3.102 23**

Nonpriority creditor's name and mailing address
**Recology Sunset Scavenger - A0010261842**
**Recology Golden Gate**
**PO Box 51302**
**Los Angeles, CA 90051**

Date(s) debt was incurred  **12/3/2017**

Last 4 digits of account number  **3735**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Trash and Recycling for the month of October 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,900.00**

---

**3.102 24**

Nonpriority creditor's name and mailing address
**Recology Sunset Scavenger - A0010261842**
**Recology Golden Gate**
**PO Box 51302**
**Los Angeles, CA 90051**

Date(s) debt was incurred  **10/30/2017**

Last 4 digits of account number  **2618**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA Trash and Recycling - September 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$1,520.00**

---

**3.102 25**

Nonpriority creditor's name and mailing address
**Reed Fagan**
**4132 Washington Blvd**
**St. Louis, MO 63108**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 26**

Nonpriority creditor's name and mailing address
**Reed Kelso**
**560A Missouri St.**
**San Francisco, CA 94107**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 27**

Nonpriority creditor's name and mailing address
**Rees Tucker**
**2280 Stonyhill Rd**
**Boulder, CO 80305**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 28**

Nonpriority creditor's name and mailing address
**Reese Forbes**
**4225 West Pine Blvd Unit # 14**
**St Louis, MO 63108-2869**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 3.102<br>29 | **Nonpriority creditor's name and mailing address**<br>**Reese Zecchin**<br>245 Kensington Way<br>San Francisco, CA 94127 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.102<br>30 | **Nonpriority creditor's name and mailing address**<br>**Reese Zecchin_V**<br>245 Kensington Way<br>San Francisco, CA 94127 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1,225.00** |
| | Date(s) debt was incurred  8/31/2017<br>Last 4 digits of account number  115a | Basis for the claim: **[Notice only] Techshop SOMA - Instruction class instruction for the period 07/31/2017 to 08/11/2017**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.102<br>31 | **Nonpriority creditor's name and mailing address**<br>**Reese Zecchin_V**<br>245 Kensington Way<br>San Francisco, CA 94127 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1,300.00** |
| | Date(s) debt was incurred  9/1/2017<br>Last 4 digits of account number  116c | Basis for the claim: **[Notice only] Techshop SOMA - Event for the period 08/19/2017 to 08/23/2017**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.102<br>32 | **Nonpriority creditor's name and mailing address**<br>**Reggie Raye**<br>5536 Kamin Street #31<br>Pittsburgh, PA 15217 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.102<br>33 | **Nonpriority creditor's name and mailing address**<br>**Regina Sakols**<br>2505 Katrina Way<br>Mountain View, CA 94040 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.102<br>34 | **Nonpriority creditor's name and mailing address**<br>**Regina Sibylle Sakols**<br>2505 Katrina Way<br>Mountain View, CA 94040 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$175.00** |
| | Date(s) debt was incurred  11/8/2017<br>Last 4 digits of account number  35 | Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor class Instructions for the period 10/04/2017 to 10/31/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102 35**

**Nonpriority creditor's name and mailing address**
**Regina Sibylle Sakols**
**2505 Katrina Way**
**Mountain View, CA 94040**

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **34**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class Instructions for the period 09/06/2017 to 09/25/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$287.50**

---

**3.102 36**

**Nonpriority creditor's name and mailing address**
**Regina Sibylle Sakols**
**2505 Katrina Way**
**Mountain View, CA 94040**

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **33**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class Instructions for the period 08/17/2017 to 08/31/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$262.50**

---

**3.102 37**

**Nonpriority creditor's name and mailing address**
**Rehab Ibrahim**
**7711 O'Connor Drive, #303**
**Round Rock, TX 78681**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.102 38**

**Nonpriority creditor's name and mailing address**
**Reid  Fellenbaum**
**3101 Wilson Blvd**
**Arlington, VA 22201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.102 39**

**Nonpriority creditor's name and mailing address**
**Reid Doctor**
**5070 Westminister Pl**
**St. Louis, MO 63108**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.102 40**

**Nonpriority creditor's name and mailing address**
**Reid Eggebraaten**
**762 Menker Ave.**
**San Jose, CA 95128**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.102<br>41 | Nonpriority creditor's name and mailing address<br>**Rein Gabrielsen**<br>**2379 44th Ave.**<br>**San Francisco, CA 94116** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>42 | Nonpriority creditor's name and mailing address<br>**Reinaldo Giudici**<br>**418 Hillwood Ct**<br>**Mountain View, CA 94040** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>43 | Nonpriority creditor's name and mailing address<br>**Rekha Das**<br>**655 S Fair Oaks Ave.**<br>**Sunnyvale, CA 94086** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>44 | Nonpriority creditor's name and mailing address<br>**Remy Walk**<br>**40 N Kingshighway Apt 3c**<br>**Saint Louis, MO 63108** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>45 | Nonpriority creditor's name and mailing address<br>**Renate Albrecht**<br>**456 St. Francis St.**<br>**Redwood City, CA 94062** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>46 | Nonpriority creditor's name and mailing address<br>**Rene Cardenas**<br>**1722 Laurelwood Drive**<br>**San Jose, CA 95125** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>47 | Nonpriority creditor's name and mailing address<br>**Rene Erickson**<br>**8915 E guadalupe Rd #2172**<br>**Mesa, AZ 85212** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.102<br>48 | **Nonpriority creditor's name and mailing address**<br>**Rene Hernandez**<br>**3322 Brittan Ave. #4**<br>**San Carlos, CA 94070**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|

| 3.102<br>49 | **Nonpriority creditor's name and mailing address**<br>**Rene Morales**<br>**1650 S Arizona Ave**<br>**Chandler, AZ 85286**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.102<br>50 | **Nonpriority creditor's name and mailing address**<br>**Rene Ravenel**<br>**1040 Howard St. #8**<br>**San Francisco, CA 94103**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.102<br>51 | **Nonpriority creditor's name and mailing address**<br>**Renea Ramos**<br>**2809 S Columbus St**<br>**Arlington, VA 22206**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.102<br>52 | **Nonpriority creditor's name and mailing address**<br>**Renee  Klish**<br>**31 Parkplace Central**<br>**Allen Park, MI 48101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.102<br>53 | **Nonpriority creditor's name and mailing address**<br>**Renee Anderson**<br>**322 Rome Street**<br>**San Francisco, CA 94112**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.102<br>54 | **Nonpriority creditor's name and mailing address**<br>**Renee Burke**<br>**7807 E. Main**<br>**Mesa, AZ 85207**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.102 55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Renee Chow**
**1616 Granada Drive**
**Burlingame, CA 94010**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Renee Garnham**
**1802 Charlton**
**Ann Arbor, MI 48103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Renee Hollomon**
**1209 Mariposa Ave.**
**San Jose, CA 95126**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Renee Olague**
**760 Linda Mar**
**Pacifica, CA 94044**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Renee Rose Schwartz**
**120 21st Avenue**
**San Francisoc, CA 94121**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**renford freemantle**
**977 Howard Street**
**San Fransisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Reno Morella**
**1075 California Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 563 of 961

| 3.102 62 | Nonpriority creditor's name and mailing address **Renzo Olguin** 1221 S. Eads St Apt. 401 Arlington, VA 22202 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 63 | Nonpriority creditor's name and mailing address **Republic Services** # 915 PO Box 78829 Phoenix, AZ 85062-8829 | As of the petition filing date, the claim is: Check all that apply. | $815.40 |
|---|---|---|---|

☒ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred **9/28/2017**

Last 4 digits of account number **9791**

Basis for the claim: **[Notice only] Techshop San Jose -1 Recycle Container 2 Cu Yd, 1 Lift Per Week (10/01/2017 to 10/31/2017)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 64 | Nonpriority creditor's name and mailing address **Reto Stamm** 1271 Poplar Ave Apt 409 Sunnyvale, CA 94086 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 65 | Nonpriority creditor's name and mailing address **Rex Reeb** 10632 N Scottsdale Rd, Suite 177 Scottsdale, AZ 85254 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 66 | Nonpriority creditor's name and mailing address **Rexford Widmer** 2146 E Watson Dr tempe, AZ 85283 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 67 | Nonpriority creditor's name and mailing address **Rey Aponte** 12527 Enchanted Forest Dr. Austin, TX 78727 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 68 | Nonpriority creditor's name and mailing address **Reyna Arroyo** 418 Beech St. Apt. #7 Redwood City, CA 94063 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 564 of 961

| 3.102 69 | **Nonpriority creditor's name and mailing address**<br>**Reynaldo Alaniz**<br>**12215 Antoinette Pl**<br>**Austin, TX 78727** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 70 | **Nonpriority creditor's name and mailing address**<br>**Reynaldo Reyes**<br>**PO Box 250506**<br>**San Francisco, CA 94125** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 71 | **Nonpriority creditor's name and mailing address**<br>**Reza Yazdi**<br>**1109 Vincent dr**<br>**San Francisco, CA 94116** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 72 | **Nonpriority creditor's name and mailing address**<br>**Rhys Andersen**<br>**720 Airport Blvd #86**<br>**Austin, TX 78702** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 73 | **Nonpriority creditor's name and mailing address**<br>**Rhys Charlot**<br>**1619 Alabama Street**<br>**San Francisco, CA 94110** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$350.00** |
|---|---|---|---|

Date(s) debt was incurred  **11/15/2017**

Last 4 digits of account number  **2**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor Fees for Instructions for the period 09/23/2017 to 10/24/2017 dated 10/24/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 74 | **Nonpriority creditor's name and mailing address**<br>**Rhys Charlot**<br>**1619 Alabama Street**<br>**San Francisco, CA 94110** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$325.00** |
|---|---|---|---|

Date(s) debt was incurred  **10/10/2017**

Last 4 digits of account number  **1**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor Fees for Instructions for the period 09/02/2017 to 09/23/2017**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 565 of 961

| 3.102 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rhys Charlot**
**1022 N. MORENA BLVD.**
**SAN DIEGO, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ricarda Burke**
**271 57th Street 2nd Flr**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ricardo Amezquita**
**465 Fairchild Dr.**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ricardo Figueroa**
**515 E Apache Blvd**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ricardo Robinson**
**5720 Friendship Ave.**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ricardo Villagomez**
**1540 Shafter Ave**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ricco Houston**
**19201 Nicole Ln**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rich Morin** | ☐ Contingent | |
| **281 Amador Ave.** | ☐ Unliquidated | |
| **San Bruno, CA 94066** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rich Birch** | ☐ Contingent | |
| **2112 Sarah St** | ☐ Unliquidated | |
| **Pittsburgh, PA 15203** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rich Daniels** | ☐ Contingent | |
| **1588 Indiana St. #8** | ☐ Unliquidated | |
| **San Francisco, CA 94107** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rich Gee** | ☐ Contingent | |
| **1579 Belmont Ave** | ☐ Unliquidated | |
| **San Carlos, CA 94070** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rich Mazel** | ☐ Contingent | |
| **2200 Faymont Ave.** | ☐ Unliquidated | |
| **Manhattan Beach, CA 90266-4154** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rich Muehlberg** | ☐ Contingent | |
| **4930 Neoslo** | ☐ Unliquidated | |
| **Saint Louis, MO 63109** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 88 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rich Upton** | ☐ Contingent | |
| **4512 Ellen St.** | ☐ Unliquidated | |
| **Oakland, CA 94601** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.102 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Henery**
P.O Box 994
Sawanee, GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Jakacki**
7652 Shonandoah
Allen Park, MI 48101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Lotti**
96 Pepper Dr
Los Altos, CA 94022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Mistler**
1038 Lafayette Drive
Yardley, PA 19067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Richard Paco Levine**
549 53 St.
Brooklyn, NY 11220

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/1/2017**

Last 4 digits of account number  **1**

Basis for the claim:  **[Notice only] Techshop Brooklyn-Instructor classes for the period 10/14/2017 to 11/10/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Shuff**
1855 Pacific Ave. #103
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Simms**
4487 Merlin Way
Soquel, CA 95073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.102 96 | **Nonpriority creditor's name and mailing address** <br> **Richard Williams** <br> **1405 Searcy Dr.** <br> **San Jose, CA 95118** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|
| 3.102 97 | **Nonpriority creditor's name and mailing address** <br> **Richard A. Shine** <br> **195 Thompson Square** <br> **Mountain View, CA 94043** <br><br> Date(s) debt was incurred **10/26/2013** <br> Last 4 digits of account number **NA** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Principal and accrued interest for loan to TechShop Mid Peninsula LLC** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$35,457.53** |
| 3.102 98 | **Nonpriority creditor's name and mailing address** <br> **Richard and Elizabeth Jacobs** <br> **44963 Sondra Dr.** <br> **Belleville, MI 48111** <br><br> Date(s) debt was incurred **12/27/2011** <br> Last 4 digits of account number **NA** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Principal and accrued interest for loan to TechShop Detroit LLC** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$20,232.51** |
| 3.102 99 | **Nonpriority creditor's name and mailing address** <br> **Richard Babb** <br> **93 Spindrift Passage** <br> **Corte Madera, CA 94925** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.103 00 | **Nonpriority creditor's name and mailing address** <br> **Richard Barkkume** <br> **10705 Spring Valley Rd** <br> **Austin, TX 78737** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.103 01 | **Nonpriority creditor's name and mailing address** <br> **Richard Bennett** <br> **700 Ravenswood Ave. Apt 2** <br> **Pittsburgh, PA 15202** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.103 02 | **Nonpriority creditor's name and mailing address** <br> **Richard Boyd** <br> **152 W Del Rio Street** <br> **Gilbert, AZ 85233** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 569 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.103 03 | **Nonpriority creditor's name and mailing address** **Richard Buchanan** **924 Aruba Lane** **Foster City, CA 94404** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 04 | **Nonpriority creditor's name and mailing address** **Richard Cason** **50263 Monroe St** **Canton, MI 48188** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 05 | **Nonpriority creditor's name and mailing address** **Richard Cavallaro_Loan** **1516 Wildrose Way** **Mountain View, CA 94043** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$21,854.43** |
|---|---|---|---|

Date(s) debt was incurred  **7/11/2013**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 06 | **Nonpriority creditor's name and mailing address** **Richard Cavallaro_Loan** **1516 Wild Rose Way** **Mountain View, CA 94043** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,725.74** |
|---|---|---|---|

Date(s) debt was incurred  **7/7/2016**

Last 4 digits of account number  **6Jul**

Basis for the claim:  **Lender note repayment July 2016**

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 07 | **Nonpriority creditor's name and mailing address** **Richard Clark** **1362 Geneva Ave** **San Carlos, CA 94070** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 08 | **Nonpriority creditor's name and mailing address** **Richard Davis Trapani** **178 10th St.** **Oakland, CA 94607** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ☐ Unliquidated ■ Disputed | **$231.25** |
|---|---|---|---|

Date(s) debt was incurred  **10/26/2017**

Last 4 digits of account number  **2**

Basis for the claim:  **[Notice only] Techshop SOMA -Instructor class instruction for the period 09/06/2017 to 09/18/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 09**

**Nonpriority creditor's name and mailing address**

**Richard Davis Trapani**
**178 10th St.**
**Oakland, CA 94607**

Date(s) debt was incurred __9/28/2017__

Last 4 digits of account number __1__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __[Notice only] Techshop SOMA - Instructor class instruction for the period 09/06/2017 to 09/18/2017__

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.103 10**

**Nonpriority creditor's name and mailing address**

**Richard DeLaRosa**
**211 Riker Terrace**
**Salinas, CA 93901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 11**

**Nonpriority creditor's name and mailing address**

**Richard Drake**
**1507 N Kirkwood Rd**
**Arlington, VA 22201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 12**

**Nonpriority creditor's name and mailing address**

**Richard Ehrenhaus**
**33-20 48th Ave**
**Long Island City, NY 11101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 13**

**Nonpriority creditor's name and mailing address**

**Richard Ely**
**6275 Mojave Drive**
**San Jose, CA 95120**

Date(s) debt was incurred __10/13/2015__

Last 4 digits of account number __NA__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Principal and accrued interest for loan to TechShop Inc__

Is the claim subject to offset? ■ No ☐ Yes

**$29,619.18**

---

**3.103 14**

**Nonpriority creditor's name and mailing address**

**Richard Englert**
**11986 Ruth St**
**South Lyon, MI 48178**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 15**

**Nonpriority creditor's name and mailing address**

**Richard Ensslin**
**541 Hermosa Ave.**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 571 of 961

| 3.103 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,052.05** |
|---|---|---|---|

**Richard F. McAllister**
**149 Webster St.**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/30/2013**

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Last 4 digits of account number **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Flubacher**
**827 W. Carob Dr.**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Ford**
**900 East Hamilton Ave Suite 100**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Fosmoe**
**219 N VISTA**
**Auburn Hills, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard G. Perry**
**4812 Birmingham Dr**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Garb**
**1141 Polk Ave**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Haddock**
**703 Vernal Way**
**Emerald Hills, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Hayden**
1375 Montecito Ave #15
Mountain View, CA 94043

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Hibbs**
952 Sanchez St
San Francisco, CA 94114

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Hornbaker**
4225 W. Monterey St.
Chandler, AZ 85226

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Jones**
151 Stratford St.
Redwood City, CA 94062

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Kimbrough**
431 Lewis Lane
Pacifica, CA 94044

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Lane**
1266 Sandia Ave
Sunnyvale, CA 94089

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Lee**
1099 Mississippi St. #9
San Francisco, CA 94107

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.103<br>30 | **Nonpriority creditor's name and mailing address**<br>**Richard Lindsay**<br>**7 Steed Place**<br>**Potomac Falls, VA 20165** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103<br>31 | **Nonpriority creditor's name and mailing address**<br>**Richard M. Seman**<br>**2320 Forest Drive**<br>**Pittsburgh, PA 15235** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$60.00** |
|---|---|---|---|
| | Date(s) debt was incurred __8/15/2017__<br>Last 4 digits of account number __1713__ | Basis for the claim: __[Notice only] Techshop Pittsburgh-Instructor class__<br>__instructions for dated 08/15/2017__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103<br>32 | **Nonpriority creditor's name and mailing address**<br>**Richard Maceira**<br>**5925 E. Norwood St.**<br>**Mesa, AZ 85215** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103<br>33 | **Nonpriority creditor's name and mailing address**<br>**Richard Man**<br>**2625 Middlefield Rd. #685**<br>**Palo Alto, CA 94306** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103<br>34 | **Nonpriority creditor's name and mailing address**<br>**Richard Marasas**<br>**6336 Sponson Ct**<br>**San Jose, CA 95123** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103<br>35 | **Nonpriority creditor's name and mailing address**<br>**Richard McAllister**<br>**149 Webster St.**<br>**Palo Alto, CA 94301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103<br>36 | **Nonpriority creditor's name and mailing address**<br>**Richard McDougall**<br>**PO Box 165**<br>**Menlo Park, CA 94026** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 574
of 961

| 3.103 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Mortensen**
**1236 E. Buffalo St.**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Pekelney**
**841 Union St.**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Peltier**
**5539 Anza Street**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Rodgers**
**433 S. 7th. St. #3**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Rogers**
**8817 West Prospector Drive**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Schaefer**
**442 Haight St Apt 2**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Seman**
**2320 Forest Drive**
**PIttsburgh, PA 15235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103 44**

Nonpriority creditor's name and mailing address

**Richard Shapiro**
**438 Arkansas Drive**
**San Francisco, CA 94107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 45**

Nonpriority creditor's name and mailing address

**Richard Shine**
**195 Thompson Square**
**Mountain View, CA 94043**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 46**

Nonpriority creditor's name and mailing address

**Richard Shuff**
**1855 Pacific Ave. Apt. 103**
**San Francisco, CA 94109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 47**

Nonpriority creditor's name and mailing address

**Richard Sloan**
**12100 Samsung Blvd**
**Austin, TX 78754**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 48**

Nonpriority creditor's name and mailing address

**Richard Stibich_V**
**475 W San Carlos #9302**
**San Jose, CA 95110**

Date(s) debt was incurred **11/8/2017**

Last 4 digits of account number **1710**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**$350.00**

Basis for the claim: **[Notice only] Techshop San Jose -Instructor class instructions for the period of 09/09/2017 to 10/21/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 49**

Nonpriority creditor's name and mailing address

**Richard Stibich_V**
**475 W San Carlos #9302**
**San Jose, CA 95110**

Date(s) debt was incurred **8/18/2017**

Last 4 digits of account number **1707**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**$400.00**

Basis for the claim: **[Notice only] Techshop San Jose -Instructor class instructions for the period 07/09/2017 to 07/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 576 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|--------------------|--------------------------|---|
| | Name | | |

---

**3.103 50**

**Nonpriority creditor's name and mailing address**
**Richard Stibich_V**
**475 W San Carlos #9302**
**San Jose, CA 95110**

Date(s) debt was incurred  8/31/2017

Last 4 digits of account number  1708

As of the petition filing date, the claim is: *Check all that apply.*    **$225.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor class instructions for the period 08/04/2017 to 08/21/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 51**

**Nonpriority creditor's name and mailing address**
**Richard Sutherland**
**7505 Waldon Dr.**
**Austin, TX 78750**

Date(s) debt was incurred  4/4/2014

Last 4 digits of account number  NA

As of the petition filing date, the claim is: *Check all that apply.*    **$34,665.54**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 52**

**Nonpriority creditor's name and mailing address**
**Richard Sutherland**
**7505 Waldon Dr.**
**Austin, TX 78750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 53**

**Nonpriority creditor's name and mailing address**
**Richard Szabo**
**335 butler St. #143**
**Pittsburgh, PA 15223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 54**

**Nonpriority creditor's name and mailing address**
**richard tarlov**
**379 Eureka St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 55**

**Nonpriority creditor's name and mailing address**
**Richard Tincher**
**567 Cresta Vista Lane**
**Portola Valley, CA 94028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,104.00 |
|---|---|---|---|

**Richard Tinsley**
**16555 S Kennedy Rd**
**Los Gatos, CA 95030**

Date(s) debt was incurred  **12/18/2014**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Trapani**
**178 10th St**
**oakland, CA 94607**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Turner**
**419 W. Dana st**
**mountain view, CA 94041**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Veal**
**3570 N. Lindbergh Blvd**
**St. Ann, MO 63074**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Very, III**
**227 Woodcroft Rd**
**Baden, PA 15005**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Walter**
**1015 Tulipan Dr.**
**San Jose, CA 95129**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Wimmer**
**526 Shorebird Circle Unit 16102**
**Redwood City, CA 94065**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richelle Duclayan**
**1060 S. 3rd St. #350**
**San Jose, CA 95112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richie Marasas**
**6336 Spouson Court**
**San Jose, CA 95123**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rici Hoffarth**
**2755 Armand Place**
**Saint Louiss, MO 63104**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick  Anzaldua**
**19605 Kennemer Dr**
**Pflugerville, TX 78660**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick  Brade**
**21732 Tenny St.**
**dearborn, MI 48124**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick  Byrd**
**154 10th street apt 2**
**San Francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick  Johnson**
**184 Linda Street**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 579
of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.103 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Ashford**
**1016 Dyer Creek Pl**
**Round Rock, TX 78665**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Burch**
**2840 E. Baughn Ave.**
**Coolidge, AZ 85128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Cavallaro**
**1516 Wild Rose Way**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Duncan**
**5882 Ausable Way**
**Centreville, VA 20121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Eckstrom**
**1854 Riverside Mews**
**Pittsburgh, PA 15203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Ehrhart**
**1045 Willow Glen Way**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Jacobs**
**44963 Sondra Dr.**
**Belleville, MI 48111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.103 77**

**Nonpriority creditor's name and mailing address**
**RICK JAMISON**
**335 TROON WAY**
**HALF MOON BAY, CA 94019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 78**

**Nonpriority creditor's name and mailing address**
**Rick Krieger**
**943 E Boston St**
**Gilbert, AZ 85295**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 79**

**Nonpriority creditor's name and mailing address**
**Rick Linden**
**163 Zander Dr.**
**Orinda, CA 94563**

Date(s) debt was incurred  **10/6/2015**

Last 4 digits of account number  **NA**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$29,657.53**

---

**3.103 80**

**Nonpriority creditor's name and mailing address**
**Rick Linden**
**163 Zander Dr.**
**Orinda, CA 94563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 81**

**Nonpriority creditor's name and mailing address**
**Rick Linklater**
**1901 E. 51st street**
**Austin, TX 78723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 82**

**Nonpriority creditor's name and mailing address**
**Rick Marcus**
**1819 Drew**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 83**

**Nonpriority creditor's name and mailing address**
**Rick McGee**
**313 Biddle Ave**
**Pittsburgh, PA 15221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.103 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Myers**
P.O. Box 1073
Daly City, CA 94017

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Oberst**
575 Corbett Ave.
San Francisco, CA 94114

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Peerce**
1012 E Port Au Prince
Phoenix, AZ 85022

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Pennington**
847 45th Ave
San Francisco, CA 94121

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Pilachowski**
3126 Houston St
Dearborn, MI 48124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Smith**
1525 Westmont Ave.
Campbell, CA 95008

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick Stewart**
1702 Messick Loop East
Round Rock, TX 78681

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

---

**3.103 91**

**Nonpriority creditor's name and mailing address**
**Rick Taylor**
**36 Vista Pointe Dr.**
**Watsonville, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 92**

**Nonpriority creditor's name and mailing address**
**Rick Tinsley**
**16555 S Kennedy Rd**
**Los Gatos, CA 95030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 93**

**Nonpriority creditor's name and mailing address**
**Rick Wesson**
**355 Brookside Dr**
**Richmond, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 94**

**Nonpriority creditor's name and mailing address**
**Rick Widden**
**7126 E Osborn Rd #2004**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 95**

**Nonpriority creditor's name and mailing address**
**Rick Zuzow**
**1330 Taylor street**
**San Francisco, CA 94108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 96**

**Nonpriority creditor's name and mailing address**
**Ricky Johnson**
**510 E. University Dr.**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 97**

**Nonpriority creditor's name and mailing address**
**Ricky Webb**
**2505 Larrikeet Court**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

---

3.103 98

**Nonpriority creditor's name and mailing address**
**Ries Wytenburg**
**5255 Stevens Creek Blvd #230**
**Santa Clara, CA 95051**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.103 99

**Nonpriority creditor's name and mailing address**
**Riho Puusemp**
**753 Cream Circle, Apt 102**
**Rochester, MI 48307**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.104 00

**Nonpriority creditor's name and mailing address**
**Riley Hoskins-Butts**
**4137 N 78th Way**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.104 01

**Nonpriority creditor's name and mailing address**
**Rishi Ishairzay**
**620 Guerrero Street, Apt. 7**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.104 02

**Nonpriority creditor's name and mailing address**
**Rita Chu**
**285 Hanover Ave. #3**
**Oakland, CA 94606**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.104 03

**Nonpriority creditor's name and mailing address**
**Rita Guess**
**1314 gainsville ave**
**San Jose, CA 95122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.104 04

**Nonpriority creditor's name and mailing address**
**Rita LaneSmith**
**4049 Acapulco Dr.**
**Campbell, CA 95008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 584
of 961

| 3.104 05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rita Melamud** | ☐ Contingent | |
| **15 Justice Drive** | ☐ Unliquidated | |
| **Redwood, CA 94063** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 06 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rithy Chan** | ☐ Contingent | |
| **1760 Quesada Ave** | ☐ Unliquidated | |
| **San Francisco, CA 94124** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 07 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ritobrata Sur** | ☐ Contingent | |
| **908 O'Connor St** | ☐ Unliquidated | |
| **East Palo Alto, CA 94303** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Roam  Gunn** | ☐ Contingent | |
| **10906 York town Trail** | ☐ Unliquidated | |
| **Austin, TX 78726** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 09 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Roanan McCaa** | ☐ Contingent | |
| **1768 Quesada Way** | ☐ Unliquidated | |
| **Burlingame, CA 94010** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 10 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rob  Kranenburg** | ☐ Contingent | |
| **19228 W Reed Park Rd** | ☐ Unliquidated | |
| **Jonestown, TX 78013** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 11 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **ROB BRAND** | ☐ Contingent | |
| **45 WREDEN AVE** | ☐ Unliquidated | |
| **FAIRFAX, CA 94930** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 585 of 961

| 3.104 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROB BRAND**
**45 WREDEN**
**FAIRFAX, CA 94930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Brown**
**8004 Recreation Ct.**
**Austin, TX 78717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Bullington**
**1005 Gravenstein Hwy North**
**Sebastopol, CA 95472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Ciarrocchi**
**PO Box 9**
**Stockbridge, MI 49285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Ellis**
**460 Natoma #2**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Grailer**
**739 Dickson st**
**Kirkwood, MO 63122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Kimball**
**3520 E. Kachina Dr.**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Lamb**
**2017 Barnhill Ct**
**St. Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Mann**
**2250 Jerrold Ave, Unit #13**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob McMillan**
**124 Almonte Blvd**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Passaro**
**281 Missouri street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Perry**
**20601 Preakness Ct**
**Arlington, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Poling**
**1518 High Knoll Dr**
**Pittsburgh, PA 15241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Redman**
**2893 E. Birchwood Pl.**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Roberts**
**82 Caselli Ave**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Rutterford**
**2 Meandering Way**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Simon**
**3065 Emerald Wind St.**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robbie Iannucci**
**1866 Clifford Street**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robbie Moffat**
**2786 Kensington Road**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robby Gilson**
**808 Leavenworth St.**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Ervin**
**6416 Woodbrook Dr**
**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 33 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Robert Tranter** | ☐ Contingent | |
| **1511 Gough St. #201** | ☐ Unliquidated | |
| **San Francisco, CA 94109** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 34 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Robert Adamson** | ☐ Contingent | |
| **P O box 320902** | ☐ Unliquidated | |
| **los Gatos, CA 95032** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,652.05** |
| **Robert Anthony Feretich, as Trustee of t** | ☐ Contingent | |
| **6868 Eldridge Dr.** | ☐ Unliquidated | |
| **San Jose, CA 95120** | ☐ Disputed | |
| Date(s) debt was incurred **10/7/2013** | **Basis for the claim:** **Principal and accrued interest for loan to TechShop Mid Peninsula LLC** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Robert Badhorn** | ☐ Contingent | |
| **2510 S. Cherrywood** | ☐ Unliquidated | |
| **Chandler, AZ 85249** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Robert Barnett** | ☐ Contingent | |
| **5309 Creek Est** | ☐ Unliquidated | |
| **San Jose, CA 95135** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Robert Batdorf** | ☐ Contingent | |
| **3646 Hartford St** | ☐ Unliquidated | |
| **Saint Louis, MO 63116** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Robert Bell** | ☐ Contingent | |
| **1907 Pennsylania** | ☐ Unliquidated | |
| **Austin, TX 78702** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 589 of 961

| 3.104 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Betsy**
**742 East Morelos Court**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Black**
**1305 Montclaire Way**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Blakeley**
**2940 W. Gregg Dr.**
**Chandler, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Borries**
**2745 Pardee Ave**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,680.77 |
|---|---|---|---|

**Robert Bradley Mann**
**2250 Jerrold Ave, Unit #13**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/23/2015

Last 4 digits of account number  NA

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,804.89 |
|---|---|---|---|

**Robert C. Bernstein and Lisa J. Bernstei**
**1711 Valley View Ave.**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/30/2011

Last 4 digits of account number  NA

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Cardinal**
**1132 Kayellen Ct**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.104<br>47 | **Nonpriority creditor's name and mailing address**<br>**Robert Carver**<br>**9804 Thinleaf Cove**<br>**Austin, TX 78759**<br><br>Date(s) debt was incurred  9/22/2015<br>Last 4 digits of account number  NA | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29,564.38** |
|---|---|---|---|

| 3.104<br>48 | **Nonpriority creditor's name and mailing address**<br>**Robert Caudill**<br>**2107 Wilson Blvd, Suite 1100**<br>**Arlington, VA 22201**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.104<br>49 | **Nonpriority creditor's name and mailing address**<br>**Robert Chin**<br>**255 King St. Apt 253**<br>**San Francisco, CA 94107**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.104<br>50 | **Nonpriority creditor's name and mailing address**<br>**Robert Cisneros**<br>**2039 Minto Drive**<br>**San Jose, CA 95132**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.104<br>51 | **Nonpriority creditor's name and mailing address**<br>**Robert Connelly**<br>**2901 Kenwick Ct**<br>**Raleigh, NC 27613**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.104<br>52 | **Nonpriority creditor's name and mailing address**<br>**Robert Cook**<br>**148 Park Dr**<br>**Bastrop, TX 78602**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.104<br>53 | **Nonpriority creditor's name and mailing address**<br>**Robert Corvus**<br>**17017 Capri Isle Lane**<br>**Austin, TX 78717**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **TechShop, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 3.104 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Robert Cote**
172, Potter Dr.
Belleville, MI 48111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/23/2017**

Last 4 digits of account number  **41**

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for dated 09/28/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Robert Cote**
172, Potter Dr.
Belleville, MI 48111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/25/2017**

Last 4 digits of account number  **40**

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for dated 09/18/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Daly**
1142 Sundrop Pl
Round Rock, TX 78665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert DeWitty**
2665 MLK, Jr. Ave, #201
Washington, DC 20020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Ditchey**
918 26th Place South
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Doyle**
6678 Copperwood
San Jose, CA 95120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.104 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert DuPerier**
8801 Pepper Rock Dr
Austin, TX 78717

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,641.10 |
|---|---|---|---|

**Robert Dyke**
101 Commodore Dr.
Richmond, CA 94804

Date(s) debt was incurred  **10/9/2013**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Easthope**
600 E. Weddell Dr., #107
Sunnyvale, CA 94089

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,569.86 |
|---|---|---|---|

**Robert Edward Lavin and Nani-Jay Kuualoh**
1465 Revere Ave.
San Jose, CA 95118

Date(s) debt was incurred  **10/22/2013**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Ehara**
1424 S. Stelling Road
Cupertino, CA 95014

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Eppard**
221 Hyltin St.
Hutto, TX 78634

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.104 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,696.55** |
|---|---|---|---|

**Robert Faull Wexford**
10491 Menert Rd.
Wexford, PA 15090

Date(s) debt was incurred **9/25/2015**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Feder**
1415 Joliet Pl
Detroit, MI 48207

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Fiedler**
9002 Middlebie Dr.
Austin, TX 78750

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Fleming**
44 Hawthorne Avenue
San Anselmo, CA 94960

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Fuller**
2601 Prindle Road
Belmont, CA 94002

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Garcia**
5724 Nordeen Oak Court
Burke, VA 22015

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Gatliff**
18328 Masi Loop
Pflugerville, TX 78660

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.104 73** | |

**Nonpriority creditor's name and mailing address**
**Robert Goldkuhl**
**10655 Roanna Ct.**
**St. Louis, MO 63128**

Date(s) debt was incurred  **9/3/2017**

Last 4 digits of account number  **8**

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 08/06/2017 to 08/27/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| | |
|---|---|
| **3.104 74** | |

**Nonpriority creditor's name and mailing address**
**Robert Goodson**
**1212 Oakland Road #92**
**San Jose, CA 95112**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.104 75** | |

**Nonpriority creditor's name and mailing address**
**Robert Grabowski**
**401 Amberson Ave Apt 305**
**Pittsburgh, PA 15232**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.104 76** | |

**Nonpriority creditor's name and mailing address**
**Robert Greenberg**
**4809 Fox Branch Ct.**
**Raleigh, NC 27614**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.104 77** | |

**Nonpriority creditor's name and mailing address**
**Robert Greenberger**
**4573 Norwin Road**
**Pittsburgh, PA 15236**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.104 78** | |

**Nonpriority creditor's name and mailing address**
**Robert Greenwood**
**2267 Cottle Ave**
**San Jose, CA 95125**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.104 79** | |

**Nonpriority creditor's name and mailing address**
**Robert Groszewski**
**200 Rue Dauphine,  Box 107**
**Bonne Terre, MO 63628**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 595 of 961

| 3.104 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Hanson**
**424 Carlyn Ave**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Harker**
**PO Box 3345**
**Redwood City, CA 94064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Hasslen**
**805 Evergreen St.**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Heaney**
**596 Upper Conway Cir.**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Herzberg**
**996 Whitcomb Ct**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Hinden**
**3271 Murray Way**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Hines**
**5490 Provincial**
**Bloomfield, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.104 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Hoomes**
**4805 Shady Waters Lane**
**Birmingham, AL 35243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.104 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Hudson**
**301 6th Street**
**Petaluma, CA 94952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.104 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Isaacs**
**11501 Hyde Pl**
**Raleigh, NC 27614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.104 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Jaros**
**250 King St. #1006**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.104 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Kennedy**
**3 St Stanislaus Ct**
**Florrisant, MO 63031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.104 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Kinderlehrer**
**1193 Maria Privada**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.104 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Kinley**
**2661 Doidse Ave**
**Pinole, CA 94164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 597 of 961

| 3.104 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Kleinschmidt**
266 N 20th St
San Jose, CA 95112

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Knight**
2809 NW 161
Gainsville, FL 32609

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Kosai**
340 Hayes St, Apt 602
San Francisco, CA 94102

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,832.12 |
|---|---|---|---|

**Robert I Simon**
3065 Emerald Wind St.
Henderson, NV 89052

Date(s) debt was incurred  **4/25/2014**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Lacis**
160 Rio Robles
San Jose, CA 95134

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Last**
428 N. Winchester Blvd #6
Santa Clara, CA 95050

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Lee**
13806 Old Highway 20
Manor, TX 78653

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.105 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Lee**
**PO Box 4371**
**Alexandria, VA 22303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Lehr**
**7205 Hart Ln**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Li**
**736 Charter Street**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Lowry**
**1525 Grand Ave Pkwy**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,665.75 |
|---|---|---|---|

**Robert M Greenberg**
**4809 Fox Branch Ct.**
**Raleigh, NC 27614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2016**
Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,945.21 |
|---|---|---|---|

**Robert M Hinden & Maryann S Hinden**
**3271 Murray Way**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/13/2014**
Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Robert M. Charles, Jr. Lewis Roca Rothge**
**One South Church Ave.**
**Suie 700**
**Tucson, AZ 85701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert M. Charles, Jr. Lewis Roca Rothge**
**One South Church Ave.**
**Suie 700**
**Tucson, AZ 85701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert M. Charles, Jr. Lewis Roca Rothge**
**One South Church Ave.**
**Suie 700**
**Tucson, AZ 85701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,212.70** |
|---|---|---|---|

**Robert M. Hinden & Maryann S. Hinden**
**3271 Murray Way**
**Palo Alto, CA 94303**

Date(s) debt was incurred  **3/1/2011**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert MacDowell**
**236 West Portal Ave. #224**
**San Francisco, CA 94127**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Mack**
**802 Goodwin Ave.**
**San Jose, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert McCormick**
**3506 Kings Cross Rd**
**Alexandria, VA 22303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert McKinney**
**331 S Bouquet st**
**Pittsburgh, PA 15213**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 600 of 961

---

**3.105 15**

**Nonpriority creditor's name and mailing address**
**Robert McMaster**
**1807 Valdez Ave**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.105 16**

**Nonpriority creditor's name and mailing address**
**Robert Metzler**
**12 Herbert Street**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.105 17**

**Nonpriority creditor's name and mailing address**
**Robert Moisey**
**105 Barley Road**
**Pittsburgh, PA 15143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.105 18**

**Nonpriority creditor's name and mailing address**
**Robert Moon**
**1109 Hancock Ave**
**Vandergrift, PA 15690-1650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.105 19**

**Nonpriority creditor's name and mailing address**
**Robert Moore**
**7739 N FRONTIER RD**
**McNeal, AZ 85617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.105 20**

**Nonpriority creditor's name and mailing address**
**Robert Mussler**
**5308 Taylor Road**
**Riverdale Park, MD 20737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.105 21**

**Nonpriority creditor's name and mailing address**
**Robert Neville**
**PO Box 5508**
**San Mateo, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 601 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **3.105**<br>**22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Nielsen**
**88 South 3rd St. #122**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.105**<br>**23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,693.15** |

**Robert O'Donnell**
**2360 Cherrystone Dr.**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/30/2017**

Last 4 digits of account number  **NA**

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.105**<br>**24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert ODonnell**
**2360 Cherrystone Dr.**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.105**<br>**25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Olivier**
**8605 Santa Monica Blvd #18053**
**Los Angeles, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.105**<br>**26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Parker**
**3030 Hillside Dr.**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.105**<br>**27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Parker**
**12832 Dongal Lane**
**Milton, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.105**<br>**28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Patterson**
**1728 Oconnell Ave**
**Overland, MO 63114-2411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 602
of 961

| 3.105 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Proffitt**
1716 Euclid Rd
Durham, NC 27713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Proudfoot**
3511 Tracy Drive
Santa Clara, CA 95051-6430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Quinn**
4007 Meadow Bluff Way
Round Rock, TX 78665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Read**
1709 Norris Dr.
Austin, TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Reininger**
2992 Cottle Ave
San Jose, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Rissell**
2551 Mercury Dr.
Lake Orion, MI 48360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Roeder**
3766 Lake Mead Drive
Fremont, CA 94555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 36 | **Nonpriority creditor's name and mailing address**<br>**Robert Ryan-Silva**<br>**2418 Homestead Drive**<br>**Silver Spring, MD 20902** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 37 | **Nonpriority creditor's name and mailing address**<br>**Robert Sartin**<br>**10412 EMBER GLEN DR**<br>**AUSTIN, TX 78726** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 38 | **Nonpriority creditor's name and mailing address**<br>**Robert Scheidt**<br>**7325 Foley Rd**<br>**Racine, MO 63119** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 39 | **Nonpriority creditor's name and mailing address**<br>**Robert Selin-Williams**<br>**2945 Garfield Ter NW**<br>**Washington, DC 20008** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 40 | **Nonpriority creditor's name and mailing address**<br>**Robert Sharkey**<br>**9200 N Plaza #2302**<br>**Austin, TX 78753** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 41 | **Nonpriority creditor's name and mailing address**<br>**Robert Shield**<br>**3109 Sunset Ter.**<br>**San Mateo, CA 94403** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 42 | **Nonpriority creditor's name and mailing address**<br>**Robert Shield_V**<br>**3109 Sunset Ter**<br>**San Mateo, CA 94403** | As of the petition filing date, the claim is: _Check all that apply._<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$480.00** |
|---|---|---|---|

Date(s) debt was incurred  **8/16/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop Menlo Park - Steam Instructor class instructions for the period 07/31/2017 to 08/07/2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Slack**
**3695 Stevenson Blvd**
**Fremont, CA 94538**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Smay**
**966 Summerplace Dr**
**San Jose, CA 95122**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Smith**
**19011 E San tan Blvd. #108**
**Queen Creek, AZ 85142**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Smith**
**2760 Melendy Dr, #2**
**San Carlos, CA 94070**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $743.75 |
|---|---|---|---|

**Robert Smith_V**
**2670 Melendy Dr # 2**
**San Carlos, CA 94070**

Date(s) debt was incurred **10/11/2017**
Last 4 digits of account number **3**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor Fees for the period 08/17/2017 to 10/11/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.50 |
|---|---|---|---|

**Robert Smith_V**
**2670 Melendy Dr # 2**
**San Carlos, CA 94070**

Date(s) debt was incurred **8/18/2017**
Last 4 digits of account number **2**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor Fees for the period 07/26/2017 to 08/16/2017**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.105 49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Snedegar**
**1621 Pecan Ct**
**Redwood City, CA 94061**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Snow**
**730 Agnew Rd**
**Santa Clara, CA 95054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Starling**
**245 Bush St. Apt. 25**
**Mountain View, CA 94041**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Stewart**
**1702 Messick Loop East**
**Round Rock, TX 78681**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Stockton**
**50 Camelot Court**
**Pittsburgh, PA 15235**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Taylor**
**104 Old Lowery Ct**
**Raleigh, NC 27614**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Thomas**
**1401 E. 17th Street**
**Georgetown, TX 78626**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| 3.105 56 | **Nonpriority creditor's name and mailing address** **Robert Tilghman** **207 Marietta Dr.** **San Francisco, CA 94127** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 57 | **Nonpriority creditor's name and mailing address** **Robert Townley** **2301 E Street NW Apt A608** **Washington, DC 20037** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 58 | **Nonpriority creditor's name and mailing address** **Robert Twiggs** **690 Persian Dr. #64** **Sunnyvale, CA 94089** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 59 | **Nonpriority creditor's name and mailing address** **Robert Vance** **234 Lucas Avenue** **St. Louis, MO 63103** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 60 | **Nonpriority creditor's name and mailing address** **Robert Weissburg** **1601 Molitor Rd.** **Belmont, CA 94002** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 61 | **Nonpriority creditor's name and mailing address** **Robert Wells** **255 Donohoe St** **E Palo Alto, CA 94303-1807** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 62 | **Nonpriority creditor's name and mailing address** **Robert Wesley Snedegar** **1621 Pecan Ct** **Redwood City, CA 94061** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,327.43** |
|---|---|---|---|

Date(s) debt was incurred  **2/26/2010**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 607 of 961

| 3.105 63 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Robert Wilcoxon** **5412 Agatha Circle** **Austin, TX 78724** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 64 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Robert Williams** **3134 Misty Shore Ln** **Pflugerville, TX 78660** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 65 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Robert Wineland** **2260 Cobblehill Place** **San Mateo, CA 94402** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 66 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Robert Wood** **2702 E. Pinchot Ave** **Phoenix, AZ 85016** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 67 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Robert Woodrell** **698 Jonathan Rd.** **Linden, VA 22642** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 68 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Robert Worobey** **26 HAYWARD AVE APT 110** **SAN MATEO, CA 94401** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 69 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Robert Yu** **823 Beaver Creek Wy** **San Jose, CA 95133** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 608 of 961

| 3.105 70 | **Nonpriority creditor's name and mailing address**<br>**Robert Zehner**<br>**738 Henrietta Ave**<br>**Sunnyvale, CA 94086**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|
| 3.105 71 | **Nonpriority creditor's name and mailing address**<br>**Robert Zylstra**<br>**2424 E Barnhart Rd**<br>**Denair, CA 95316**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.105 72 | **Nonpriority creditor's name and mailing address**<br>**Roberta Miller**<br>**146 Hartwood Drive**<br>**Pittsburgh, PA 15208**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.105 73 | **Nonpriority creditor's name and mailing address**<br>**Roberto Andaya**<br>**12012 Milton Street**<br>**Silver Spring, MD 20902**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.105 74 | **Nonpriority creditor's name and mailing address**<br>**Roberto Barrueto**<br>**1453 66th Street**<br>**Berkeley, CA 94702**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.105 75 | **Nonpriority creditor's name and mailing address**<br>**Roberto Konishi**<br>**50 Vulcan Stairway**<br>**San Franciso, CA 94114**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.105 76 | **Nonpriority creditor's name and mailing address**<br>**Roberto Ortiz-Soto**<br>**21327 Canyon View Dr**<br>**Saratoga, CA 95070**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| 3.105 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Roberto Peon
870 El Camino Real #110
Mountain View, CA 94040

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.105 78 |

**Nonpriority creditor's name and mailing address**
Roberto Quinones
4426 W Paseo Way
Laveen, AZ 85339

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.105 79 |

**Nonpriority creditor's name and mailing address**
Roberts Oxygen Company, INC.
PO Box 5507
Rockville, MD 20855

Date(s) debt was incurred  **10/13/2017**
Last 4 digits of account number  **9890**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Argon-CO2 Misture, 150CU FT and Hazardous Material Charge dated 08/31/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$192.81**

---

| 3.105 80 |

**Nonpriority creditor's name and mailing address**
Roberts Oxygen Company, INC.
PO Box 5507
Rockville, MD 20855

Date(s) debt was incurred  **11/10/2017**
Last 4 digits of account number  **4199**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] DC Arlington-Argon-CO2 Misture, 150CU FT and Hazardous Material Charge dated 10/31/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$201.76**

---

| 3.105 81 |

**Nonpriority creditor's name and mailing address**
Roberts Oxygen Company, INC.
PO Box 5507
Rockville, MD 20855

Date(s) debt was incurred  **11/10/2017**
Last 4 digits of account number  **9999**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Finance Charges**

Is the claim subject to offset? ■ No  ☐ Yes

**$14.42**

---

| 3.105 82 |

**Nonpriority creditor's name and mailing address**
Roberts Oxygen Company, INC.
PO Box 5507
Rockville, MD 20855

Date(s) debt was incurred  **10/13/2017**
Last 4 digits of account number  **2013**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Argon-CO2 Misture, 150CU FT and Hazardous Material Charge dated 09/30/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$195.78**

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 610 of 961

| 3.105 83 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberts Oxygen Company, INC.**
PO Box 5507
Rockville, MD 20855

Date(s) debt was incurred  **10/13/2017**

Last 4 digits of account number  **9999**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop DC Arlington-Finance Charges

Is the claim subject to offset? ■ No ☐ Yes

**$25.15**

---

| 3.105 84 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberts Oxygen Company, INC.**
PO Box 5507
Rockville, MD 20855

Date(s) debt was incurred  **7/17/2017**

Last 4 digits of account number  **3606**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop DC Arlington-Argon, 141 CU FT and Argon-Co2 Mixture - Rental Invoice Missing- Dated 05/31/2017

Is the claim subject to offset? ■ No ☐ Yes

**$192.81**

---

| 3.105 85 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberts Oxygen Company, INC.**
PO Box 5507
Rockville, MD 20855

Date(s) debt was incurred  **7/17/2017**

Last 4 digits of account number  **5863**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop DC Arlington-Argon-CO2 Misture, 150CU FT and Hazardous Material Charge - dated 06/30/2017

Is the claim subject to offset? ■ No ☐ Yes

**$187.09**

---

| 3.105 86 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberts Oxygen Company, INC.**
PO Box 5507
Rockville, MD 20855

Date(s) debt was incurred  **7/31/2017**

Last 4 digits of account number  **9999**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop DC Arlington-Finance Charges

Is the claim subject to offset? ■ No ☐ Yes

**$33.91**

---

| 3.105 87 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberts Oxygen Company, INC.**
PO Box 5507
Rockville, MD 20855

Date(s) debt was incurred  **7/31/2017**

Last 4 digits of account number  **7853**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop DC Arlington-Argon-CO2 Misture, 150CU FT and Hazardous Material Charge

Is the claim subject to offset? ■ No ☐ Yes

**$192.81**

---

| 3.105 88 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robey Kazak**
268 Donner Ave #A
Monessan, PA 15062

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 611 of 961

| 3.105<br>89 | **Nonpriority creditor's name and mailing address**<br>**Robillard Castor**<br>**3459 Crittenden St Apt A**<br>**Saint Louis, MO 63118** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105<br>90 | **Nonpriority creditor's name and mailing address**<br>**Robin  Olson**<br>**10440 Collingham Dr**<br>**Fairfax, VA 22032** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105<br>91 | **Nonpriority creditor's name and mailing address**<br>**Robin Abramo**<br>**924 Tennis Ave.**<br>**Ambler, PA 19002** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105<br>92 | **Nonpriority creditor's name and mailing address**<br>**Robin Gruver**<br>**555 De Haro St #120**<br>**San Francisco, CA 94107** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105<br>93 | **Nonpriority creditor's name and mailing address**<br>**Robin Lloyd**<br>**47 Columbia Ave**<br>**Redwood City, CA 94063** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105<br>94 | **Nonpriority creditor's name and mailing address**<br>**Robin Mason**<br>**24707 Carley CLE**<br>**Dearborn, MI 48124** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105<br>95 | **Nonpriority creditor's name and mailing address**<br>**Robin Purohit**<br>**122 Johnson Ave**<br>**Los Gatos, CA 95030-6216** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robin Rath**
317 N 11th St.
St. Louis, MO 63101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robin Smetana**
213 Taylor st, apt 2
Pittsburgh, PA 15224

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robin Smetana**
213 Taylor st
Pittsburgh, PA 15225

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robin Tran**
1165 Whit Pine
San Jose, CA 95125

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robin Wanke**
600 FAIR OAKS DR
GEORGETOWN, TX 78628

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robyn Kwok**
830 Chandler Way
Burlingame, CA 94010

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robyn Nariyoshi**
260 SHIPLEY ST
San Francisco, CA 94107

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>03 | **Nonpriority creditor's name and mailing address**<br>**Rocco Lattanzio**<br>**1092 BD Marlin Keys Blvd**<br>**Novato, CA 94949** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.106<br>04 | **Nonpriority creditor's name and mailing address**<br>**Rock Dodds**<br>**1050 Burregas Ave #103**<br>**Sunnyvale, CA 94089** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.106<br>05 | **Nonpriority creditor's name and mailing address**<br>**Rock Rakosi**<br>**7648 W Creosote Spring Ct**<br>**Tucson, AZ 85745** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.106<br>06 | **Nonpriority creditor's name and mailing address**<br>**Rocky Kimbrell**<br>**6815 S McClintock Dr Apt 2222**<br>**Tempe, AZ 85283** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.106<br>07 | **Nonpriority creditor's name and mailing address**<br>**Rod Smith**<br>**60 Holmes Drive**<br>**San Jose, CA 95127** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.106<br>08 | **Nonpriority creditor's name and mailing address**<br>**Rodel Bautista**<br>**100 Water Oak Cove**<br>**Round Rock, TX 78664** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.106<br>09 | **Nonpriority creditor's name and mailing address**<br>**Roderick Hogan**<br>**521 Capp St**<br>**San Francsico, CA 94110** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.106 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rodin Banica**
**310 E4th St,#1B**
**New York, NY 10009**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rodney Lewis**
**4345 E Chuckwalla Cyn**
**Phoenix, AZ 85044**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rodney Rash**
**841 Satellite View**
**Round Rock, TX 78665**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Rodney Rash_V**
**841 Satellite View**
**Round Rock, TX 78665**

Date(s) debt was incurred **11/5/2017**
Last 4 digits of account number **1055**

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions for period of 10/09/2017 to 10/23/2017**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Rodney Rash_V**
**841 Satellite View**
**Round Rock, TX 78665**

Date(s) debt was incurred **9/12/2017**
Last 4 digits of account number **1052**

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions for period of 09/01/2017 to 09/25/2017**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Rodney Rash_V**
**841 Satellite View**
**Round Rock, TX 78665**

Date(s) debt was incurred **8/26/2017**
Last 4 digits of account number **1050**

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions for period of 08/10/2017 to 08/26/2017**

Is the claim subject to offset? ☒ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 615 of 961

| 3.106 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$320.00** |
|---|---|---|---|

**Rodney Rash_V**
**841 Satellite View**
**Round Rock, TX 78665**

Date(s) debt was incurred  8/6/2017

Last 4 digits of account number  1048

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Instructor class instructions for period 07/01/2017 to 07/23/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rodrigo Araya**
**44 Riverton Drive**
**San Francisco, CA 94132**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Roger Arnold**
**566 Carrick Ct**
**Sunnyvale, CA 94087**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,966.64** |
|---|---|---|---|

**Roger Dale Arnold**
**566 Carrick Ct**
**Sunnyvale, CA 94087**

Date(s) debt was incurred  3/22/2011

Last 4 digits of account number  NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Roger Drye**
**8008 Manx Dr**
**Round Rock, TX 78681**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Roger Fleig**
**856 Pine Ave**
**San Jose, CA 95125**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Roger Her**
**861 E Zesta Ln**
**Gilbert, AZ 85297**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 616 of 961

| 3.106 23 | Nonpriority creditor's name and mailing address **Roger Hill** 1245 N State Pkwy Chicago, IL 60610 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 24 | Nonpriority creditor's name and mailing address **Roger Irwin** 1108 E Thunderhill Pl Phoenix, AZ 85048 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 25 | Nonpriority creditor's name and mailing address **Roger Jennings** 6070 Stanley Ct San Jose, CA 95123 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 26 | Nonpriority creditor's name and mailing address **Roger Khami** 5081 reitshaw troy, MI 48085 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 27 | Nonpriority creditor's name and mailing address **Roger LeMesurier** 1450 Chapin Ave Ste. 200 Burlingame, CA 94062 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 28 | Nonpriority creditor's name and mailing address **Roger Ocampo** 1331 S EADS #1701 ARLINGTON, VA 22202 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 29 | Nonpriority creditor's name and mailing address **Roger Terrill** 2208 Camden Avenue San Jose, CA 95124 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 617
of 961

| 3.106 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roger Zielinski**
23356 outer drive
allen park, MI 48101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rohan Ganguli**
118 S. Dallas Ave.
Pittsburgh, PA 15208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rohin Bhalla**
4701 Monterey Oaks Blvd #619
Austin, TX 78749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rohit Paliwal**
12320 Alameda Trace Cir, Apt 102 Riata E
Austin, TX 78727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rohit_Kumar Ladda**
1255 E University Dr
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rohith Mathews**
1137 East Orange St. #15
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roie  Black**
11713 Onion Hollow RUN
Austin, TX 78739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398  Doc# 2-1  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 618 of 961

| 3.106 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Roku Kai** 5 Bel Rea Ct St Charles, MO 63301 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rolf Hendriks** 8203 Kentbury Dr Bethesda, MD 20814 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rolf Pielemeier** 1355 Holly St. San Carlos, CA 94070 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Roman Hamilton** 1218 Carrollsburg Place SW Washington, DC 20024 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Romane THOUVENIN** 848 42nd AVE. SAN FRANCISCO, CA 94121 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 42 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rommel Halili** 1186 Spiro Dr San Jose, CA 95116 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 43 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rommel Racelis** 3247 honey suckle Dr Ann Arbor, MI 48103 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 44 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,947.95** |
| **Ron Beck** **1 Dorey Way** **Monterey, CA 93940** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  8/14/2015 Last 4 digits of account number  NA | Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 45 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ron Berry** **1702 E 38th St** **Austin, TX 78722** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ron Craig** **127 Andrews Store Rd** **Pittsboro, NC 27312** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ron Dack** **52 Prague St.** **San Francisco, CA 94110** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ron Heikes** **329 Brookwood Ave** **San Jose, CA 95116** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ron Hochsprung** **18467 Las Cumbres Rd** **Los Gatos, CA 95033** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ron Kuris** **18 10th Street Unit 935** **San Francisco, CA 94103** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|----------|-------------------------------------------------|----------------------------------------------------------------------|-----------|
| | **Ron Lee** **1153 Alderborrk Lane** **San Jose, CA 95129** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|----------|-------------------------------------------------|----------------------------------------------------------------------|-----------|
| | **Ron Rotole** **49935 fuller ct** **Plymouth, MI 48170** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|----------|-------------------------------------------------|----------------------------------------------------------------------|-----------|
| | **Ron Saxon** **835 Milo Court** **San Jose, CA 95133** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|----------|-------------------------------------------------|----------------------------------------------------------------------|-----------|
| | **Ron Scudder** **3073 Talinga Dr.** **Livermore, CA 94550** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|----------|-------------------------------------------------|----------------------------------------------------------------------|-----------|
| | **Ron Thomas** **224 California St** **Calipatria, CA 92233** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|----------|-------------------------------------------------|----------------------------------------------------------------------|-----------|
| | **Ron Whitham** **515 South Bernardo ave #8** **Sunnyvale, CA 94086** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|----------|-------------------------------------------------|----------------------------------------------------------------------|-----------|
| | **Ronald  Beck** **1 Dorey Way** **Monterey, CA 93940** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.106 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Ronald Brombach** **44750 pinetree** **plymouth, MI 48170** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.106 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Ronald Cooke** **3216 N. California Ave.** **Peoria, IL 61603** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.106 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Ronald Denisi** **241 Meadowbrook Ave** **Wexford, PA 15090** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.106 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,557.39** |
| | **Ronald Hochsprung** **18467 Las Cumbres Rd** **Los Gatos, CA 95033** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **5/13/2011** Last 4 digits of account number  **NA** | Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.106 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Ronald Kolb** **16601 S. 18th Way** **Phoenix, AZ 85048** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.106 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Ronald Morrison** **8515 Sinon St** **Annandale, VA 22003** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.106 64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,263.01** |
| | **Ronald Scudder** **3073 Talinga Dr.** **Livermore, CA 94550** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **12/17/2014** Last 4 digits of account number  **NA** | Basis for the claim:  **Principal and accrued interest for loan to TechShop Chandler LLC** Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 622 of 961

| | |
|---|---|
| **3.106 65** | |

**Nonpriority creditor's name and mailing address**
**Ronald Smith**
**16450 S. 29th St.**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.106 66** | |

**Nonpriority creditor's name and mailing address**
**Ronda Estrada**
**0140 Hirasaki Ct.**
**Gilroy, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.106 67** | |

**Nonpriority creditor's name and mailing address**
**Ronen Sarig**
**1919 berkeley way**
**Berkeley, CA 94704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.106 68** | |

**Nonpriority creditor's name and mailing address**
**Ronnie Kinner**
**299 Mariposa Ave.**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.106 69** | |

**Nonpriority creditor's name and mailing address**
**Ronnie Ramirez**
**707 W. Gregory Rd.**
**Phoenix, AZ 85041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.106 70** | |

**Nonpriority creditor's name and mailing address**
**Ronnie Wilson**
**13617 Fitzhugh Road**
**Austin, TX 78736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.106 71** | |

**Nonpriority creditor's name and mailing address**
**Roque Manzanares**
**3761 Alice St**
**Dearborn, MI 48124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 623 of 961

---

| 3.106 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rory Carmichael**
**199 New Montgomery Street #1501**
**San Francisco, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rory Doolin**
**950 Charter St.**
**Redwood City, CA 94063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 74 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rory Ward**
**2101 Pullman Ave**
**Belmont, CA 94002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 75 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosa Nevarez**
**3341A Ohio Ave.**
**St. Louis, MO 63118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosa Salinas**
**1822 Fell St Unit 4**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosalie Kitts**
**1328 M.L.K. JR WAY**
**BERKELEY, CA 94709**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosalyn Lum**
**20 S 2nd St #433**
**San Jose, CA 95113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 624 of 961

| 3.106 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rosalyn Ragland**
7646 Carswold
Clayton, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rosalynn Hillenbrand**
212 S. Lang Ave
Pittsburgh, PA 15202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rosanna Weigant**
150 Saratoga Avenue, Unit 368
Santa Clara, CA 95051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rosario Acosta**
440 Oak St.
Mountain View, CA 94041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rose  Gennari**
727 26th Place, S
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rose Britton**
293 Cactus Dr
Prospect Hill, NC 27314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rose Peruski**
210 W Liberty
South Lyon, MI 48178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rosemarie Hughes-Croucher**
**78 Pearl Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rosemarie Shield**
**3109 Sunset Terrace**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rosemary Busher**
**1357 Webster Street**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rosemary Fitzgerald**
**12300 Obrad Dr**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rosemary Villagmoez**
**110 Gardenside Drive Apt 401**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rosie Hanna**
**77 Douglass St**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ross Becker**
**220 S. Main**
**Britton, MI 49229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 626 of 961

| 3.106 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ross Bishop**
1537 4th St. #233
San Rafael, CA 94901

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ross Brown**
3867 W Misty Willow Ln
Glendale, AZ 85310

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ross Evans**
872 43rd St
Oakland, CA 94608

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ross Frizzell**
318 gordon ave
san jose, CA 95127

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ross Havlick**
1507 S. College St
Georgetown, TX 78626

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ross Larner**
Po box 72
Palo alto, CA 94302

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,624.66** |
|---|---|---|---|

**Ross Oliver**
443 Costa Mesa Terrace, Unit G
Sunnyvale, CA 94085

Date(s) debt was incurred **10/12/2013**
Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 627 of 961

| 3.107 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Ross Oliver** | ☐ Contingent | |
| | **443 Costa Mesa Terrace, Unit G** | ☐ Unliquidated | |
| | **Sunnyvale, CA 94085** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Ross Rickards** | ☐ Contingent | |
| | **540 O Farrell St. apt# 501** | ☐ Unliquidated | |
| | **San Francisco, CA 94102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Ross Spangler** | ☐ Contingent | |
| | **433 Stege Ave** | ☐ Unliquidated | |
| | **Richmond, CA 94804** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Ross Veltman** | ☐ Contingent | |
| | **1053 Sierra** | ☐ Unliquidated | |
| | **Menlo Park, CA 94025** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Ross Wardenburg** | ☐ Contingent | |
| | **24 Williamsburg Estates Dr.** | ☐ Unliquidated | |
| | **St. Louis, MO 63131** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Roxane Pearsall** | ☐ Contingent | |
| | **6821 Thomas Blvd Apt #1** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15208** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Roxanne Black** | ☐ Contingent | |
| | **860 Fell Street** | ☐ Unliquidated | |
| | **San Francisco, CA 94117** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 628 of 961

| 3.107 07 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Roy  Robinson**<br>**7715 E Old Paint Trail**<br>**Scottsdale, AZ 85266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,444.05** |
| **Roy A. Sasselli**<br>**2196 Westchester Dr**<br>**San Jose, CA 95124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/17/2014 | Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number  NA | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 09 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Roy Armstrong**<br>**2625 E Southern Ave**<br>**Tempe, AZ 85282** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 10 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Roy Belanger**<br>**4013 Casa Grande Way**<br>**San Jose, CA 95118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 11 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Roy Kaylor**<br>**1918 Menalto Av**<br>**Menlo Park, CA 94025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Roy Neil**<br>**165 E O**<br>**Menlo Park, CA 94025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Roy Ponferrada**<br>**947 Madeline Ln.**<br>**Santa Clara, CA 95050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.107 14**

**Nonpriority creditor's name and mailing address**
**Roy Sasselli**
**2196 Westchester Dr**
**San Jose, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 15**

**Nonpriority creditor's name and mailing address**
**Roy Seta**
**107 Duane St #B**
**San jose, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 16**

**Nonpriority creditor's name and mailing address**
**Roy Weil**
**5337 Darlington Rd**
**Pittsburgh, PA 15217**

Date(s) debt was incurred  **5/12/2014**

Last 4 digits of account number  **NA**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Pittsburgh LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$30,463.01**

---

**3.107 17**

**Nonpriority creditor's name and mailing address**
**Roy Weil**
**5337 Darlington Rd**
**Pittsburgh, PA 15217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 18**

**Nonpriority creditor's name and mailing address**
**Roy Zhou**
**3200 Hillview Ave**
**Palo Alto, CA 94304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 19**

**Nonpriority creditor's name and mailing address**
**Royce Brock**
**941 Hesters Crossing**
**Round Rock, TX 78681**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 20**

**Nonpriority creditor's name and mailing address**
**Ruben Ramirez**
**2217 Ceynowa Lane**
**San Jose, CA 95212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 630 of 961

| 3.107 21 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Ruby Southard** 2128 Grove St. San Francisco, CA 94117 | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 22 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Rudresh Ghosh** 400 Parker Drive Suite 110 Austin, TX 78728 | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 23 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Rudy Ayala** 1344 Norman Dr Sunnyvale, CA 94087 | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 24 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Ruiyan Zhang** 3095 Rubino Circle San Jose, CA 95125 | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 25 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Ruiyang Zhang** 3095 Rubino Circle San Jose, CA 95125 | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 26 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Rupal Gupta** 482 Thompson Ave. Mountain View, CA 94043 | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 27 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Rupinder Kaloti** 3396 Lucian Ave San Jose, CA 95127 | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rush Cosgrove**
**491 Millbrae**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rushikesh Sheth**
**930 Stanley Ave.**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Russ Hegarty**
**2237 Hampton RD**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Russ Norton**
**23773 Thorn Ct**
**Brownstown Twp, MI 48134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Russel Hosking**
**824 Alabama Apt. B**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Russell Davis**
**425 Peralta Ave**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Russell Ginns**
**4504 Twinbrook RD**
**Fairfax, VA 22032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 632 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.107 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Russell Lewandowski**
**887 South Ash Street**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Russell Melick**
**1838 Ogden Drive, Apt 307**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Russell Pfohl**
**177 43 1/2 Street**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Russell Read**
**1201 Meadowild Drive**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,870.99** |
|---|---|---|---|

**Russell S Greer**
**244 Johnson Ave.**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/28/2015**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Russell Sitka**
**1111 D street NE apt#21**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Russell Stanphill**
**8405 Bent Tree Rd, #2823**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Russell Webner**
**3323 McPherson St**
**Detroit, MI 48212**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Rusti Icenogle**
**956 franquette ave**
**san jose, CA 95125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Rustom  Meyer**
**7501 Blair Road Unit 301**
**Takoma Park, MD 20912**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$150.00** |
|---|---|---|---|

**Rustom Meyer**
**7501 Blair Road Unit 301**
**Takoma Park, MD 20912**

Date(s) debt was incurred  **11/1/2017**
Last 4 digits of account number  **0401**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor fees for instruction for the period 10/17/2017 to 10/24/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$150.00** |
|---|---|---|---|

**Rustom Meyer**
**7501 Blair Road Unit 301**
**Takoma Park, MD 20912**

Date(s) debt was incurred  **11/1/2017**
Last 4 digits of account number  **3040**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor fees for instruction for the period 10/22/2017 to 10/29/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$100.00** |
|---|---|---|---|

**Rustom Meyer**
**7501 Blair Road Unit 301**
**Takoma Park, MD 20912**

Date(s) debt was incurred  **10/2/2017**
Last 4 digits of account number  **3010**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-STEAM Instructor fees for instruction for the period 09/26/2017 [Notice only] DC Arlington- 09/28/2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 48 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| **Rustom Meyer** | | ■ Contingent | |
| **7501 Blair Road Unit 301** | | ☐ Unliquidated | |
| **Takoma Park, MD 20912** | | ☐ Disputed | |
| Date(s) debt was incurred __10/10/2017__ | | Basis for the claim: **[Notice only] Techshop DC Arlington-STEAM** | |
| Last 4 digits of account number __0181__ | | **Instructor fees for instruction for the period 10/03/2017 to 10/05/2017** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 49 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
| **Rustom Meyer** | | ■ Contingent | |
| **7501 Blair Road Unit 301** | | ☐ Unliquidated | |
| **Takoma Park, MD 20912** | | ☐ Disputed | |
| Date(s) debt was incurred __10/10/2017__ | | Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor fees** | |
| Last 4 digits of account number __3018__ | | **for instruction for the period 10/02/2017 to 10/08/2017** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 50 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
| **Rustom Meyer** | | ■ Contingent | |
| **7501 Blair Road Unit 301** | | ☐ Unliquidated | |
| **Takoma Park, MD 20912** | | ☐ Disputed | |
| Date(s) debt was incurred __10/17/2017__ | | Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor fees** | |
| Last 4 digits of account number __3025__ | | **for instruction for the period 10/09/2017 to 10/15/2017** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 51 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
| **Rustom Meyer** | | ■ Contingent | |
| **7501 Blair Road Unit 301** | | ☐ Unliquidated | |
| **Takoma Park, MD 20912** | | ☐ Disputed | |
| Date(s) debt was incurred __9/3/2017__ | | Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor fees** | |
| Last 4 digits of account number __2981__ | | **for instruction for the period 08/26/2017 to 08/29/2017** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 52 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
| **Rustom Meyer** | | ■ Contingent | |
| **7501 Blair Road Unit 301** | | ☐ Unliquidated | |
| **Takoma Park, MD 20912** | | ☐ Disputed | |
| Date(s) debt was incurred __9/11/2017__ | | Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor fees** | |
| Last 4 digits of account number __2989__ | | **for instruction for 09/02/2017** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 53 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
| **Rustom Meyer** | | ■ Contingent | |
| **7501 Blair Road Unit 301** | | ☐ Unliquidated | |
| **Takoma Park, MD 20912** | | ☐ Disputed | |
| Date(s) debt was incurred __9/24/2017__ | | Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor fees** | |
| Last 4 digits of account number __3002__ | | **for instruction for the period 09/17/2017 to 09/19/2017** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 635 of 961

| 3.107 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rusty Greer** **244 Johnson Ave.** **Los Gatos, CA 95030** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ruth Crump** **707 Leahy Street Apt 332C** **Redwood City, CA 94061** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 56 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ruth Okamoto** **1 Brookings Dr.** **St. Louis, MO 63130** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ruth Oliver** **3222 E Dover St** **Mesa, AZ 85213** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 58 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ruth Temple** **1838 Valota Road** **Redwood City, CA 94061** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 59 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ruth Werner** **43480 Southerland Way** **Fremont, CA 94539** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 60 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rutooj Deshpande** **4500 Cass AVe Apt 806** **Detroit, MI 48201** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 636 of 961

| 3.107 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruttapon Ritprasert**
**5047 Mitty Way**
**San Jose, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.107 62 |
|---|

**Nonpriority creditor's name and mailing address**
**Ruy Garciaacosta**
**1221 N. Longmore St.**
**Chandler, AZ 85224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.107 63 |
|---|

**Nonpriority creditor's name and mailing address**
**Ryan  Chan**
**4527 N Lamar Blvd #1107**
**Austin, TX 78751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.107 64 |
|---|

**Nonpriority creditor's name and mailing address**
**Ryan  Craig**
**39240 Muffat St**
**Harrison Twp, MI 48045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.107 65 |
|---|

**Nonpriority creditor's name and mailing address**
**Ryan  Lei**
**2438 32nd Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.107 66 |
|---|

**Nonpriority creditor's name and mailing address**
**Ryan  Marshment**
**6167 Dunn Ave**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.107 67 |
|---|

**Nonpriority creditor's name and mailing address**
**Ryan Acks**
**165 Burlwood Ln**
**Los Gatos, CA 95033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 637 of 961

**3.107 68**

**Nonpriority creditor's name and mailing address**
**Ryan Ayler**
**402 Alder Lane**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 69**

**Nonpriority creditor's name and mailing address**
**Ryan Bates**
**160 Glenn St #203**
**Pittsburgh, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 70**

**Nonpriority creditor's name and mailing address**
**Ryan Bates-V**
**559 South Trenton Ave. Apt B**
**Pittsburgh, PA 15221**

Date(s) debt was incurred  **11/9/2017**

Last 4 digits of account number  **101**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh-Civil Complaint Filing Fee**

Is the claim subject to offset? ■ No ☐ Yes

**$103.25**

---

**3.107 71**

**Nonpriority creditor's name and mailing address**
**Ryan Bowermaster**
**1045 Mission St. #20**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 72**

**Nonpriority creditor's name and mailing address**
**Ryan Brand**
**6919 Sutherland Ave.**
**St. Louis, MO 63109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 73**

**Nonpriority creditor's name and mailing address**
**Ryan Buchner**
**690 Covington Rd.**
**Los Altos, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 74**

**Nonpriority creditor's name and mailing address**
**Ryan Carag**
**4019 Thistlebridge Way**
**Rockville, MD 20853**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 638 of 961

| 3.107<br>75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Carver**
**1533 Shrader St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Clabots**
**2315 Meadow Lane**
**Green Bay, WI, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Damm**
**649 Minna St.**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Doolittle**
**1021 Joshua Place**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Doyle**
**1600 Clay St. BLDG 6**
**Detroit, MI 48211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Drebin**
**62 Delmar**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Eberly**
**1808 Vallejo**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 639
of 961

| 3.107 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan Feeley**
1326 N HUMBOLDT ST
DENVER, CO 80218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan Fulmer**
12501 Brandywine Rd
Brandywine, MD 20613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan Hanks**
1535 N. Scottsdale #2118
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan Hanson**
9909 david st
livonia, MI 48150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan Harrison**
51 Lucy St.
San Francisco, CA 94124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan Harroun**
1130 Vinewood
Detroit, MI 48202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan Harter**
2329 Sherbrook St.
Pittsburgh, PA 15217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 640 of 961

| | |
|---|---|
| **3.107 89** | |

**Nonpriority creditor's name and mailing address**
**Ryan Helmuth**
**373 Carlos Ave**
**redwood city, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.107 90** | |

**Nonpriority creditor's name and mailing address**
**Ryan Hibbeler**
**11204 Slippery Elm Trl**
**Austin, TX 78750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.107 91** | |

**Nonpriority creditor's name and mailing address**
**Ryan Hoagland**
**2308 Dundee Dr.**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.107 92** | |

**Nonpriority creditor's name and mailing address**
**Ryan Hoskin**
**830 Corbett Ave. Apt. 402**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.107 93** | |

**Nonpriority creditor's name and mailing address**
**Ryan Jacobs**
**2613 California Street**
**San Fransisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.107 94** | |

**Nonpriority creditor's name and mailing address**
**Ryan Johansen**
**2426 E Redwood Ct**
**Chandler, AZ 85286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.107 95** | |

**Nonpriority creditor's name and mailing address**
**Ryan Jung**
**1111 The Alameda**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 641 of 961

| 3.107 96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Keene**
**741 S. Millvale Ave.**
**Pittsburgh, PA 15213**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Kellogg**
**936 18th St S**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Kemmet**
**4632 W. Gary Dr.**
**Chandler, AZ 85226**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Kendall**
**1357 Oak St.**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Kieffer**
**100 Arlen Drive**
**North Versales, PA 15137**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan La**
**42 43rd st se**
**Kentwood, MI 49548**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Lee**
**10856 Linda Vista Dr**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 642 of 961

| 3.108 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Lind**
**1329 E Parkview Dr**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Maas**
**18905 Ten Acres Rd**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Merlini**
**1049 N Daniel Street**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Meyer**
**3435 Mission St, Apt 1**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Murray**
**4107 E. Pinchot**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Noonan**
**1 N Grand**
**St. Louis, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Olson**
**222 Vallejo St. #320**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 3.108 10 | **Nonpriority creditor's name and mailing address**<br>**Ryan Pearl**<br>**39 Diamond St**<br>**San Francisco, CA 94114** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 11 | **Nonpriority creditor's name and mailing address**<br>**Ryan Piazzo**<br>**105 N. Beebe St. #1018**<br>**Gilbert, AZ 85234** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 12 | **Nonpriority creditor's name and mailing address**<br>**Ryan Rahn**<br>**1020 E Balboa Cir**<br>**Tempe, AZ 85282** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 13 | **Nonpriority creditor's name and mailing address**<br>**Ryan Roppel**<br>**5307 Wellesley Ave**<br>**Pittsburgh, PA 15206** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 14 | **Nonpriority creditor's name and mailing address**<br>**Ryan Routh**<br>**226 n riata st**<br>**Gilbert, AZ 85234** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 15 | **Nonpriority creditor's name and mailing address**<br>**Ryan Russell**<br>**190 Morning Sun**<br>**Mill Valley, CA 94941** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 16 | **Nonpriority creditor's name and mailing address**<br>**Ryan Sauer**<br>**4909 S Willow Dr.**<br>**Tempe, AZ 85282** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 644 of 961

| 3.108 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan Silva**
**2204 Nestlewood Dr**
**Austin, TX 78754**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan Simpson**
**2777 Stone Hollow Dr**
**Vienna, VA 22180**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan Smith**
**3104 E Broadway Rd #144**
**MESA, AZ 85204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan Snedegar**
**5208 Downs Drive**
**Austin, TX 78721**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan Spurlock**
**926 Howard St.**
**San Francisco, CA 94103**

Date(s) debt was incurred **10/1/2017**
Last 4 digits of account number **2017**

As of the petition filing date, the claim is: *Check all that apply.*    **$658.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Expense Reimbursement for the period February 2017 to August 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan Stark**
**810 Wake Forest Drive**
**Mountain View, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan Swauger**
**2035 California Street, #32**
**Mountain View, CA 94040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 645 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.108 24 | **Nonpriority creditor's name and mailing address** **Ryan Switzer** **677 Selden St. Apt BL** **Detroit, MI 48201** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 25 | **Nonpriority creditor's name and mailing address** **Ryan Testoni** **814 S. Braddock ave.** **Pittsburgh, PA 15212** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 26 | **Nonpriority creditor's name and mailing address** **Ryan Thompson** **12507 Loston Circle #402** **Fairfax, VA 22033** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 27 | **Nonpriority creditor's name and mailing address** **Ryan Usselton** **2206 S. Cherry** **Mesa, AZ 85210** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 28 | **Nonpriority creditor's name and mailing address** **Ryan Walkington** **17 Ambrosius Place** **Caseyville, IL 62232** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 29 | **Nonpriority creditor's name and mailing address** **Ryan Westphal** **5449 Bartlett St.** **Pittsburgh, PA 15217** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 30 | **Nonpriority creditor's name and mailing address** **Ryan Wigley** **4409 Sunburst Ct** **Raleigh, NC 27613** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.108 31 | **Nonpriority creditor's name and mailing address** **Ryan Williams** **1160 Mission St Unit 1806** **San Francisco, CA 94103** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 32 | **Nonpriority creditor's name and mailing address** **Ryan Wingard** **526 Penn Avenue, Apt 601** **Pittsburgh, PA 15222** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 33 | **Nonpriority creditor's name and mailing address** **Ryan Wistort** **843 Hayes St. Apt C.** **San Francisco, CA 94117** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 34 | **Nonpriority creditor's name and mailing address** **Ryan wolfe** **3015 myrtle #12** **oakland, CA 94608** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 35 | **Nonpriority creditor's name and mailing address** **Ryan Wood** **441 Alcatraz Ave.** **Oakland, CA 94609** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 36 | **Nonpriority creditor's name and mailing address** **Ryan Wu** **5861 Nina Place** **St. Louis, MO 63112** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 37 | **Nonpriority creditor's name and mailing address** **Ryan Yardley** **1473 W Glenmere Dr** **Chandler, AZ 85224** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Ryan Zobel**<br>**14959 Crosby Street**<br>**San Leandro, CA 94579** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Ryley Lyon**<br>**803 Laurel St #1**<br>**Santa Cruz, CA 95060** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**S.D. McDonald**<br>**2711 E. Earll Dr.**<br>**Phoenix, AZ 85016** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Saad Al_Merikhi**<br>**577 E. Baseline Rd.**<br>**Tempe, AZ 85283** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 42 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Sabbir Sattar**<br>**4549 central ave. apt#3**<br>**Fremont, CA 94536** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 43 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Sabine Castagnet**<br>**767 Sunshine Drive**<br>**Los Altos, CA 94024** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 44 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Sabine Savage**<br>**1405 E Sapium Way**<br>**Phoenix, AZ 85048** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 648 of 961

| 3.108 45 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sabri Gomuc**
**1345 N 87th St.**
**Scottsdale, AZ 85257**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.108 46 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sabrina Seeger**
**706 E 2nd Street**
**Elgin, TX 78621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.108 47 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sabrina Spracklen**
**1190 Talley Loop**
**Buda, TX 78610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.108 48 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sachin Anand**
**39 W Julian St. Apt 346**
**San Jose, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.108 49 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sachin Jain**
**34227 Siward Dr, Fremont, Ca, USA 94555**
**Fremont, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.108 50 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sachin Radhakrishnan**
**370 North Tenth Street**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.108 51 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sadhika Batra**
**631 O'Farrell St, Apt 1604**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 649
of 961

| 3.108 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sadie Crome**
**5060 Kingston Way**
**San Jose, CA 95130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sadie Powers**
**15 Brown St**
**Pittsburgh, PA 15209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sagar Patel**
**813 Woodhams Oaks Pl**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sage Brown**
**4509 Gage RD**
**Alexandria, VA 22309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sahlan Almuntashiri**
**1221 E. Broadway Rd.**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sahrye Cohen**
**525 19th ave**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Saige Glatzel**
**17905 Mozelle Court**
**Los Gatos, CA 95033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sair Buckle**
**Apt. 397 1910 Nantucket circle**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sal Yusoof**
**4046 E. Alder Ave.**
**Mesa, AZ 85206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Saleh Alattal**
**5302 Van Burren #3029**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sally Azer**
**3211 North Coronado Street**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sally Byers**
**2111 Owls Cove Ln**
**Reston, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sally Chow**
**27915 Iberville Glen Dr**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sally Medling**
**611 Ellgan Dr**
**Cary, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 651 of 961

| 3.108 66 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Salvador Mireles**<br>PO box 371342<br>Montava, CA 94037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 67 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$130.00** |
| **Salvador Santolucito**<br>10725 Casitas Dr.<br>Austin, TX 78717 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **10/30/2017** | **Basis for the claim:** [Notice only] Techshop Austin -Instructor Class Instructions as on 09/09/2017 and 10/29/2017 | |
| Last 4 digits of account number **2017** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 68 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Salvador Santolucito**<br>10725 Casitas Dr.<br>Austin, TX 78717 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Sam Blackburn**<br>PO Box 6086<br>Pittsburgh, PA 15211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Sam Regimbal**<br>507 Dry Creek Cv<br>Round Rock, TX 78681 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Sam Sarraf**<br>1444 Croaker Ct. Unit D<br>San Francisco, CA 94130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 72 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Sam Abihana**<br>10525 South Morrow Cir.<br>Dearborn, MI 48126 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.108 73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Sam Alvarez** **171 Tanner Circle** **Georgetown, TX 78626** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.108 74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Sam Brown** **851 81st Ave #225** **Oakland, CA 94621** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.108 75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|
| **Sam Brown_V** **851 81ST AVE, Suite 225** **Oakland, CA 94621** | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred **10/31/2017** | Basis for the claim: **[Notice only] Techshop SOMA - Instructor class instruction on dated 10/31/2017** | |
| Last 4 digits of account number **0002** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.108 76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112.50** |
|---|---|---|
| **Sam Brown_V** **851 81ST AVE, Suite 225** **Oakland, CA 94621** | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred **9/26/2017** | Basis for the claim: **[Notice only] Techshop SOMA - Instructor class instruction on dated 08/05/2017 & 08/15/2017** | |
| Last 4 digits of account number **105** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.108 77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **Sam Brown_V** **851 81ST AVE, Suite 225** **Oakland, CA 94621** | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred **9/26/2017** | Basis for the claim: **[Notice only] Techshop SOMA - Instructor class for instruction on dated 09/20/2017** | |
| Last 4 digits of account number **120** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.108 78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|
| **Sam Brown_V** **851 81ST AVE, Suite 225** **Oakland, CA 94621** | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred **10/2/2017** | Basis for the claim: **[Notice only] Techshop SOMA - Event on dated 09/09/2017 & 09/23/2017** | |
| Last 4 digits of account number **124** | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 653 of 961

| Debtor | **TechShop, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 3.108 79 | **Nonpriority creditor's name and mailing address** **Sam Brown_V** 851 81ST AVE, Suite 225 Oakland, CA 94621 | **As of the petition filing date, the claim is:** _Check all that apply._ ■ Contingent ☐ Unliquidated ■ Disputed | **$120.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **8/30/2017** Last 4 digits of account number  **112** | Basis for the claim:  **[Notice only] Techshop SOMA - event on dated 08/12/2017 & 08/26/2017** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 80 | **Nonpriority creditor's name and mailing address** **Sam Burnes** 3075 Boys Ranch Road Kempner, TX 76539 | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _ Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 81 | **Nonpriority creditor's name and mailing address** **Sam Cipriani** 3106 S Hayes St Arlington, VA 22202 | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _ Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 82 | **Nonpriority creditor's name and mailing address** **Sam Clay** 789 Buena Vista Ave. West #301 San Francisco, CA 94117 | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _ Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 83 | **Nonpriority creditor's name and mailing address** **Sam Crowder** 22027 Rustic Shores Lane Katy, TX 77450 | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _ Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 84 | **Nonpriority creditor's name and mailing address** **Sam Detweiler** 1408 cora marie cove Pflugerville, TX 78660 | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _ Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 85 | **Nonpriority creditor's name and mailing address** **Sam Drake** 327 Curie Dr. San Jose, CA 95119 | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _ Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 654 of 961

| 3.108<br>86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sam Fanjoy**
5917 Greenlawn Dr.
Bethesda, MD 20814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108<br>87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sam Fox-Halperin**
3926 Benton Street NW
Washington, DC 20007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108<br>88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sam Inala**
2033 Ralston Ave. #167
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108<br>89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sam Jackson**
1036 14th St.
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108<br>90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sam Krakaur**
174 Randall Street
San Francisco, CA 94131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108<br>91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sam Lamott**
721 Geary Apt #4
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108<br>92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sam Lewis**
641 S St NW, Third Floor
Washington, DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398     Doc# 2-1     Filed: 02/26/18     Entered: 02/26/18 18:01:21     Page 655 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) |
|--------|-------------------|------------------------|
|        | Name              |                        |

---

**3.108 93**

Nonpriority creditor's name and mailing address
**Sam Ludeke**
**1 Encline Ct.**
**San Francisco, CA 94127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 94**

Nonpriority creditor's name and mailing address
**Sam Mahmoud**
**516 N. 180th St.**
**Shoreline, WA 98133**

Date(s) debt was incurred  **10/3/2008**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$17,337.41**

---

**3.108 95**

Nonpriority creditor's name and mailing address
**Sam Mahmoud**
**516 N. 180th St.**
**Shoreline, WA 98133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 96**

Nonpriority creditor's name and mailing address
**Sam McCallister**
**3339 E Tanglewood Dr**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 97**

Nonpriority creditor's name and mailing address
**Sam McCauley**
**7919 E Sierra Morena Cir**
**Mesa, AZ 85207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 98**

Nonpriority creditor's name and mailing address
**Sam McClanahan**
**2601 La Frontera Blvd #4308**
**Round Rock, TX 78681**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 99**

Nonpriority creditor's name and mailing address
**Sam Morton**
**483 N. 15th St**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.109<br>00 | **Nonpriority creditor's name and mailing address**<br>**sam psihoyos**<br>**1275 Jackson St.**<br>**San Francisco, CA 94109** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.109<br>01 | **Nonpriority creditor's name and mailing address**<br>**Sam Robertson**<br>**3943 Mission St.**<br>**San Francisco, CA 94112** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.109<br>02 | **Nonpriority creditor's name and mailing address**<br>**Sam Roy**<br>**1953 E Redfield Rd**<br>**Tempe, AZ 85283** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.109<br>03 | **Nonpriority creditor's name and mailing address**<br>**Sam Siu**<br>**14795 Farnsworth St**<br>**San Leandro, CA 94579** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.109<br>04 | **Nonpriority creditor's name and mailing address**<br>**Sam sweeley**<br>**314 pestana ave**<br>**santa cruz, CA 95065** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.109<br>05 | **Nonpriority creditor's name and mailing address**<br>**Sam Thigpen**<br>**411 Park Ave. Unit 305**<br>**San Jose, CA 95110** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.109<br>06 | **Nonpriority creditor's name and mailing address**<br>**Sam Waldbaum**<br>**336 Duncan St. #3**<br>**San Francisco, CA 94131** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

---

**3.109 07**

**Nonpriority creditor's name and mailing address**

**Sam Wertheimer**
**1910 Haskell**
**Austin, TX 78702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 08**

**Nonpriority creditor's name and mailing address**

**Samantha  Dorsey**
**2929 Landover Street**
**Alexandria, VA 22305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 09**

**Nonpriority creditor's name and mailing address**

**Samantha  Leasure**
**101 Purple Martin**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 10**

**Nonpriority creditor's name and mailing address**

**Samantha anne Nielsen**
**1550 N Stapley Dr # 1,**
**Mesa, AZ 85203**

Date(s) debt was incurred _11/1/2017_

Last 4 digits of account number _1_

**As of the petition filing date, the claim is:** *Check all that apply.*     **$415.00**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[Notice only] Techshop Chandler- Event fee for the event dated 03/01/2017 to 05/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 11**

**Nonpriority creditor's name and mailing address**

**Samantha Bainbridge**
**950 E Rowland Ave**
**Madison Heights, MI 48071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 12**

**Nonpriority creditor's name and mailing address**

**Samantha Brown**
**6152 Waterman Apt. 206**
**Saint Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 658 of 961

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **3.109 13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$551.28** |
|---|---|---|---|

**Samantha Cooper**
**375 S 9th St. Box 2924**
**San Jose, CA 95112**

Date(s) debt was incurred  **10/23/2017**

Last 4 digits of account number  **1**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor Fees for Instructions for the period 09/22/2017 to 10/28/2017**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| **3.109 14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Samantha Cooper**
**16456 Meadow Vista Dr.**
**Pioneer, CA 95666**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| **3.109 15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Samantha Decesare**
**3206 Impala Dr #12**
**San Jose, CA 95117**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| **3.109 16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Samantha Janis**
**3025 Graham Ct**
**Falls Church, VA 22042**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| **3.109 17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Samantha Kingham**
**19609 E Emperor Blvd**
**Queen Creek, AZ 85142**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| **3.109 18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Samantha Lanoue**
**2343 W Main St Apt 1094**
**Mesa, AZ 85201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| **3.109 19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Samantha McDonough**
**439 Franklin Ave #1**
**Pittsburgh, PA 15221**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.109 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |

**Samantha Perry**
**910 Lake Shore**
**Grosse Pointe, MI 48236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |

**Samantha Senn**
**3645 17th St.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |

**Samantha Welch**
**151 Caldron Ave. Apt.212**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |

**Samantha Wishnak**
**27807 Mesa del Toro**
**Salinas, CA 93908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |

**Samer  Ibrahim**
**6336 williamson**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |

**Samer Abbas**
**7744 Appoline St**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |

**Sami Harfouch**
**4115 E. Meadow Dr.**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

---

**3.109 27**

**Nonpriority creditor's name and mailing address**

**Sami Nielsen**
**1550 N Stapley Dr,**
**Mesa, AZ**

Date(s) debt was incurred  **11/14/2017**

Last 4 digits of account number  **1**

As of the petition filing date, the claim is: Check all that apply.                                  **$415.00**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler-**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.109 28**

**Nonpriority creditor's name and mailing address**

**Sami Nielsen**
**1550 N Stapley Drive #1**
**Mesa, AZ 85203**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.109 29**

**Nonpriority creditor's name and mailing address**

**Samir Kandil**
**3400 Stevenson Blvd., Unit T32**
**Fremont, CA 94538**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.109 30**

**Nonpriority creditor's name and mailing address**

**Samson Ng**
**29000 Marvin Rd**
**Farmington Hills, MI 48331**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.109 31**

**Nonpriority creditor's name and mailing address**

**Samuel Ansley**
**195 E Meadows Ct**
**Alpharetta, GA 30005**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.109 32**

**Nonpriority creditor's name and mailing address**

**Samuel Backes**
**579 S. 10th Street**
**San Jose, CA 95112**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.109 33**

**Nonpriority creditor's name and mailing address**

**Samuel Becker**
**1270 Cedar St**
**Palo Alto, CA 94301**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 661 of 961

| 3.109 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $16,250.93 |
|---|---|---|---|

**Samuel Drake**
**327 Curie Dr.**
**San Jose, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/9/2011

Last 4 digits of account number  NA

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Samuel Galvin**
**11805 Cat Hollow Dr**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Samuel Gooch**
**1123 20th St**
**San francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Samuel Harrell**
**2505 Londonderry**
**Ann Arbor, MI 48104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Samuel Heldman**
**2805 31st Street NW**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Samuel Henteleff**
**5905 Hobart**
**Pittsburgh, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Samuel Hilliard**
**1433 11th st.**
**arcata, CA 95521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

---

**3.109 41**

Nonpriority creditor's name and mailing address
**Samuel John Waldbaum**
336 Duncan St. #3
San Francisco, CA 94131

Date(s) debt was incurred **3/12/2011**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ☐ No ☐ Yes

**$7,336.26**

---

**3.109 42**

Nonpriority creditor's name and mailing address
**Samuel Kho**
245 Bush St. #22
Mountain View, CA 94041

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.109 43**

Nonpriority creditor's name and mailing address
**Samuel Wight**
21 Stillman St, Apt 3
San Francisco, CA 94107

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.109 44**

Nonpriority creditor's name and mailing address
**SAN FRANCISCO CHRONICLE**
P.O. BOX 80070
PRESCOTT, AZ 86304

Date(s) debt was incurred **7/20/2017**

Last 4 digits of account number **8462**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - ROP 4-COLOR 1/4 PAGE TAB SPECIAL TAB SECTION DAILY 2054613001--6095450001-- Start: 05/25 End:05/25**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,110.00**

---

**3.109 45**

Nonpriority creditor's name and mailing address
**San Francisco Tax Collector**
**Unsecured Property Tax**
P.O. Box 7427
San Francisco, CA 94120-7427

Date(s) debt was incurred **8/31/2017**

Last 4 digits of account number **5919**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Unsecured Property Tax Bill - July 01, 2017 to June 30, 2018**

Is the claim subject to offset? ☑ No ☐ Yes

**$19,038.66**

---

**3.109 46**

Nonpriority creditor's name and mailing address
**San Francisco Tax Collector**
**Unsecured Property Tax**
P.O. Box 7427
San Francisco, CA 94120-7427

Date(s) debt was incurred **3/31/2017**

Last 4 digits of account number **6788**

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Unsecured Property Tax Bill**

Is the claim subject to offset? ☑ No ☐ Yes

**$314.10**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 3.109 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,113.03 |

**San Francisco Tax Collector**
**Unsecured Property Tax**
**P.O. Box 7427**
**San Francisco, CA 94120-7427**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __8/10/2017__

Last 4 digits of account number __016A__

Basis for the claim: __[Notice only] Techshop SOMA -__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,602.78 |

**San Francisco Tax Collector-GR-PR tax**
**Business Tax Section**
**PO Box 7425**
**San Francisco, CA 94120-7425**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __10/31/2017__

Last 4 digits of account number __2017__

Basis for the claim: __[Notice only] Techshop SOMA - Q3 2017 GRPR Tax payment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,072.19 |

**San Francisco Tax Collector-GR-PR tax**
**Business Tax Section**
**PO Box 7425**
**San Francisco, CA 94120-7425**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __8/4/2017__

Last 4 digits of account number __2017__

Basis for the claim: __[Notice only] Techshop SOMA - Q2 2017 GRPR Tax payment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.70 |

**San Jose Fire Department**
**Bureau of Fire Prevention**
**200 East Santa Clara St (2nd Floor)**
**San Jose, CA 95113-1905**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __10/10/2017__

Last 4 digits of account number __4800__

Basis for the claim: __[Notice only] Techshop San Jose -Late Fee for Invoice #2017012644__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.51 |

**San Mateo County Tax Collector**
**P.O. Box 45901**
**San Francisco, CA 94145-0901**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __10/21/2017__

Last 4 digits of account number __eFee__

Basis for the claim: __[Notice only] Techshop Menlo Park - Late Fees -San Mateo County unsecured Tax Collector for from 07/01/2017 to 06/30/2018__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,055.15 |

**San Mateo County Tax Collector**
**P.O. Box 45901**
**San Francisco, CA 94145-0901**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __7/21/2017__

Last 4 digits of account number __8888__

Basis for the claim: __[Notice only] Techshop Menlo Park - San Mateo County unsecured Tax Collector for from 07/01/2017 to 06/30/2018__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 664 of 961

| 3.109 53 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sanad Affara** | ☐ Contingent | |
| | **2757 Parker St** | ☐ Unliquidated | |
| | **Dearborn, MI 48124** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 54 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sanchez O'Leary** | ☐ Contingent | |
| | **4422 24th Street** | ☐ Unliquidated | |
| | **San Francisco, CA 94114** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 55 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sandeep Chandra** | ☐ Contingent | |
| | **3453 Croissant** | ☐ Unliquidated | |
| | **Dearborn, MI 48124** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 56 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sandeep Patel** | ☐ Contingent | |
| | **21051 Crystal Falls Dr.** | ☐ Unliquidated | |
| | **Sonora, CA 95370** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 57 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sandra Davis** | ☐ Contingent | |
| | **21616 Califa St., Suite 204** | ☐ Unliquidated | |
| | **Woodland Hills, CA 91367** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 58 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sandra Fazio** | ☐ Contingent | |
| | **589 Lakewood Dr.** | ☐ Unliquidated | |
| | **Sunnyvale, CA 94089** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 59 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sandra GouldFord** | ☐ Contingent | |
| | **7123 Race St.** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15208** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 665 of 961

| 3.109 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandra Karieg**
595 Anglum Road
Hazelwood, MO 63385

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandra Martino**
116 Leroy Place
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandra McHenry**
466 Joost Avenue
San Francisco, CA 94127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandra Richardson**
333 S Sutton Rd
Jackson, MI 49203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandy Stonesifer**
1322 Wallach Pl NW
Washington, DC 20009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sangwei lu**
325 colusa avenue
kensington, CA 94707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,409.08 |
|---|---|---|---|

**Sanjay Uppal**
11035 Magdalena Rd
Los Altos Hills, CA 94024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/5/2015**

Last 4 digits of account number  **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 666 of 961

---

**3.109 67**

**Nonpriority creditor's name and mailing address**

**Sanjay Uppal**
**11035 Magdalena Rd**
**Los Altos Hills, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 68**

**Nonpriority creditor's name and mailing address**

**Sanjay Uppal_Loan**
**11035 Magdalena Road**
**Los Altos Hills, CA 94024**

Date(s) debt was incurred **8/30/2016**

Last 4 digits of account number **6Jun**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender Repayment - June 2016**

Is the claim subject to offset? ■ No ☐ Yes

**$3,725.74**

---

**3.109 69**

**Nonpriority creditor's name and mailing address**

**Sanniti Pimpley**
**298 2nd Street, #2R**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 70**

**Nonpriority creditor's name and mailing address**

**Santhosh Rao**
**1472 Filbert Street, Apt 201**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 71**

**Nonpriority creditor's name and mailing address**

**Santiago Alfaro**
**2200 Mission College Blvd.**
**Santa Clara, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 72**

**Nonpriority creditor's name and mailing address**

**Saptarshi Desai**
**1962 11th ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 73**

**Nonpriority creditor's name and mailing address**

**Sara Aronson**
**913 Peggotty**
**Austin, TX 78753**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 667 of 961

| 3.109 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sara Bernstein**
**1915 Biltmore St. NW.**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sara Beth Purdy**
**18333 Bassano Ave**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sara Cohen**
**577 Castro st.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sara Felix**
**8609 Toro Creek Cv**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sara Fugami**
**774 Owl Court**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sara Gilbert**
**6343 Alexander Drive**
**Saint Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sara Kali**
**15450 FM 1325 Apt 1927**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.109 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sara O'Neill** | ☐ Contingent | |
| **848 Rhode Island St.** | ☐ Unliquidated | |
| **San Francisco, CA 94107** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sara Schultz** | ☐ Contingent | |
| **1374 W. Remington Dr.** | ☐ Unliquidated | |
| **Chandler, AZ 85286** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sara Young** | ☐ Contingent | |
| **5960 Harvey Road** | ☐ Unliquidated | |
| **WESTLAND, MI 48185** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sarah  Coleman** | ☐ Contingent | |
| **1521 Washington Ave** | ☐ Unliquidated | |
| **Saint Louis, MO 63103** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sarah Aerni** | ☐ Contingent | |
| **411 S. Murtland St.** | ☐ Unliquidated | |
| **Pittsburgh, PA 15208** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sarah Baker** | ☐ Contingent | |
| **1034 Pine St. #3** | ☐ Unliquidated | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sarah Banach** | ☐ Contingent | |
| **177 41st street** | ☐ Unliquidated | |
| **Pittsburgh, PA 15201** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.109 88 | **Nonpriority creditor's name and mailing address**<br>**Sarah Carey**<br>**3390 Stuyvesant Place NW**<br>**Washington, DC 20015** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 89 | **Nonpriority creditor's name and mailing address**<br>**Sarah Carney**<br>**PO Box 74, 67 Freeman Cemetery Rd**<br>**Cherryville, MO 65446** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 90 | **Nonpriority creditor's name and mailing address**<br>**Sarah Cavins**<br>**1255 Annette Ave.**<br>**Redwood City, CA 94063** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 91 | **Nonpriority creditor's name and mailing address**<br>**Sarah Ceurvorst**<br>**216 Elysian Street**<br>**Pittsburgh, PA 15206** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 92 | **Nonpriority creditor's name and mailing address**<br>**Sarah Cho**<br>**5050 Hacienda Dr #1512**<br>**Dublin, CA 94568** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 93 | **Nonpriority creditor's name and mailing address**<br>**Sarah Day**<br>**8000 Bridle Path Way**<br>**Pollock Pines, CA 95726** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 94 | **Nonpriority creditor's name and mailing address**<br>**Sarah Ditto**<br>**511 Bellwood Dr.**<br>**Santa Clara, CA 95054** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 670 of 961

| 3.109 95 | **Nonpriority creditor's name and mailing address**<br>**Sarah Gaffen**<br>**41 Lebanon Hills Dr.**<br>**Pgh, PA 15228** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 96 | **Nonpriority creditor's name and mailing address**<br>**Sarah Geitz**<br>**429 N St. Sw apt 307S**<br>**washington, DC 20024** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 97 | **Nonpriority creditor's name and mailing address**<br>**Sarah Geitz**<br>**429 N St SW, APt 307S**<br>**WASHINGTON, DC 20024** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 98 | **Nonpriority creditor's name and mailing address**<br>**Sarah Grams**<br>**408 Cole St**<br>**San Francisco, CA 94117** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 99 | **Nonpriority creditor's name and mailing address**<br>**Sarah Hodsdon**<br>**4926 Sawmill Lake Rd**<br>**Ortonville, MI 48462** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 00 | **Nonpriority creditor's name and mailing address**<br>**Sarah Hull**<br>**1875 Mintwood Pl NW #40**<br>**Washington, DC 20009** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 01 | **Nonpriority creditor's name and mailing address**<br>**SARAH KATE MULLINS**<br>**675 FELL ST APT 6**<br>**SAN FRANCISCO, CA 94102** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.110 02**

**Nonpriority creditor's name and mailing address**

**Sarah Kung**
**3297 Vin Santo Lane**
**San Jose, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 03**

**Nonpriority creditor's name and mailing address**

**Sarah Lacy**
**105 Bower Hill Rd**
**Pittsburgh, PA 15228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 04**

**Nonpriority creditor's name and mailing address**

**Sarah McBride-Gagyi**
**931 Dalkeith Lane**
**Saint Louis, MO 63132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 05**

**Nonpriority creditor's name and mailing address**

**Sarah McGregor**
**PO box**
**Elgin, TX 78621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 06**

**Nonpriority creditor's name and mailing address**

**Sarah Menard**
**1332 Hoover St.**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 07**

**Nonpriority creditor's name and mailing address**

**Sarah Merlau**
**588 Chestnut St**
**San Francisco, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 08**

**Nonpriority creditor's name and mailing address**

**Sarah Port**
**217 College St**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.110 09 | |

**Nonpriority creditor's name and mailing address**

**Sarah Reid**
**1612 Notre Dame Ave.**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.110 10 | |

**Nonpriority creditor's name and mailing address**

**Sarah Rogers**
**820 E. Apache Blvd. #3925**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.110 11 | |

**Nonpriority creditor's name and mailing address**

**Sarah Roth**
**6703 McPherson Blvd. Apt 2**
**Pittsburgh, PA 15208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.110 12 | |

**Nonpriority creditor's name and mailing address**

**Sarah Ryan**
**2813 Brittan Ave**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.110 13 | |

**Nonpriority creditor's name and mailing address**

**Sarah Scherk**
**6022 Broad St**
**PGH, PA 15206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.110 14 | |

**Nonpriority creditor's name and mailing address**

**Sarah Sindler**
**26 Howard St.**
**Pittsburgh, PA 15209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.110 15 | |

**Nonpriority creditor's name and mailing address**

**Sarah Sindler / David I. Helfer Jewelers**
**717 Liberty Ave. #312**
**Pittsburgh, PA 15222**

Date(s) debt was incurred **6/10/2017**

Last 4 digits of account number **2017**

As of the petition filing date, the claim is: *Check all that apply.*     **$90.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh-Instructor class instructions for 04/27/2017 (Bezel Class)**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.110 16 | |

**Nonpriority creditor's name and mailing address**
**Sarah Sindler / David I. Helfer Jewelers**
**717 Liberty Ave. #312**
**Pittsburgh, PA 15222**

Date(s) debt was incurred **6/15/2017**

Last 4 digits of account number **2017**

As of the petition filing date, the claim is: *Check all that apply.*                **$80.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh-Instructor class instructions for 04/27/2017 ( Jewelry Lab)**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.110 17 | |

**Nonpriority creditor's name and mailing address**
**Sarah Sindler / David I. Helfer Jewelers**
**717 Liberty Ave. #312**
**Pittsburgh, PA 15222**

Date(s) debt was incurred **7/31/2017**

Last 4 digits of account number **2017**

As of the petition filing date, the claim is: *Check all that apply.*                **$214.36**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh-Instructor class instructions for 07/22/2017 to 07/29/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.110 18 | |

**Nonpriority creditor's name and mailing address**
**Sarah Sindler / David I. Helfer Jewelers**
**717 Liberty Ave. #312**
**Pittsburgh, PA 15222**

Date(s) debt was incurred **8/16/2017**

Last 4 digits of account number **2017**

As of the petition filing date, the claim is: *Check all that apply.*                **$86.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Pittsburgh-Instructor class instructions dated 08/10/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.110 19 | |

**Nonpriority creditor's name and mailing address**
**Sarah Stawski**
**245 W. Breckenridge**
**Ferndale, MI 48220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.110 20 | |

**Nonpriority creditor's name and mailing address**
**sarah webber**
**9 tupelo way**
**acton, MA 01720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.110 21 | |

**Nonpriority creditor's name and mailing address**
**Saravana Shanmugam**
**1048 Vardin Ter**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Sarayah Moore**<br>**555 W. Kinzie ST**<br>**Chicago, IL 60654** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Sari Elaian**<br>**4 Heritage Village Lane**<br>**Campbell, CA 95008** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Sasha Arijanto**<br>**2070 Valparaiso Ave**<br>**Menlo Park, CA 94025** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Sasha Jaffarove**<br>**21530 Jessie Way**<br>**Los gatos, CA 95033** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 26 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Sasha Williams**<br>**1458 Miller Ave.**<br>**San Jose, CA 95129** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 27 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Satoshi Sugie**<br>**1028 Noel Drive**<br>**Menlo Park, CA 94025** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 28 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Satya Vadlamani**<br>**10812 Gaillardia**<br>**Austin, TX 78733** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.110**<br>**29** | **Nonpriority creditor's name and mailing address**<br>**Satyajit Patwardhan**<br>**670 Navajo Way**<br>**Fremont, CA 94539** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**3.110 29**

**Nonpriority creditor's name and mailing address**
**Satyajit Patwardhan**
**670 Navajo Way**
**Fremont, CA 94539**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110 30**

**Nonpriority creditor's name and mailing address**
**Saul Gurdus**
**1517 Folger Dr.**
**Belmont, CA 94002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110 31**

**Nonpriority creditor's name and mailing address**
**Saurabh Ambre**
**880 Franklin St**
**San Francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110 32**

**Nonpriority creditor's name and mailing address**
**Saurabh Vyas**
**1469 Bellerue Ave. Apt. 203**
**Burlingame, CA 94010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110 33**

**Nonpriority creditor's name and mailing address**
**Savannah Buchner**
**690 Covington Rd**
**Los Altos, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110 34**

**Nonpriority creditor's name and mailing address**
**Sawyer Caryl**
**436 Fulton Rd**
**San Mateo, CA 94402**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110 35**

**Nonpriority creditor's name and mailing address**
**Sawyer Eschliman**
**6252 E. Preston St.**
**Mesa, AZ 85215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 676
of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.110 36 | **Nonpriority creditor's name and mailing address** **Sawyer Schumacher** **341 Eden Roc** **Sausalito, CA 94965** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 37 | **Nonpriority creditor's name and mailing address** **Sayli Benadikar** **3407 Snively Ave** **Santa Clara, CA 95051** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 38 | **Nonpriority creditor's name and mailing address** **Scanner Luce** **318 McEvoy St** **Redwood City, CA 94061** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 39 | **Nonpriority creditor's name and mailing address** **SCC DTAC** **6th Floor** **San Jose, CA 95110-1767** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ☐ Unliquidated ■ Disputed | **$3,065.85** |
|---|---|---|---|
| | Date(s) debt was incurred **9/13/2017** Last 4 digits of account number **9631** | Basis for the claim: **[Notice only] Techshop San Jose -10% Penalty on Assessment #17-035974-9 for the period of 07/01/2017 to 06/30/2018** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 40 | **Nonpriority creditor's name and mailing address** **SCC DTAC** **6th Floor** **San Jose, CA 95110-1767** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ☐ Unliquidated ■ Disputed | **$30,158.58** |
|---|---|---|---|
| | Date(s) debt was incurred **7/2/2017** Last 4 digits of account number **9631** | Basis for the claim: **[Notice only] Techshop San Jose -Assessment #17-035974-9 for the period of 07/01/2017 to 06/30/2018** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 41 | **Nonpriority creditor's name and mailing address** **Schuyler Robertson** **3235 3rd St** **San Francisco, CA 94124** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.110 42 | Nonpriority creditor's name and mailing address **Schuyler Schiltz** **1024 Washington st** **San Jose, CA 95112** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 43 | Nonpriority creditor's name and mailing address **Scot Millican_V** **PO Box 358** **Pflugerville, TX 78691** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **11/6/2017**

Last 4 digits of account number **9**

Basis for the claim: **[Notice only] Techshop Austin -Instructor class instructions on 10/07/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 44 | Nonpriority creditor's name and mailing address **Scott Adams** **965 Primrose Ln** **Milan, MI 48160** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 45 | Nonpriority creditor's name and mailing address **Scott Ardisson** **3537 Laird St** **Pittsburgh, PA 15212** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 46 | Nonpriority creditor's name and mailing address **Scott Bell** **34496 Sandpebble Dr** **Sterling Heights, MI 48310** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 47 | Nonpriority creditor's name and mailing address **Scott Pitz** **3033 Remington Avenue** **Baltimore, MD 21211** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 48 | Nonpriority creditor's name and mailing address **Scott A. Waterman** **780 Bucknall Rd** **Campbell, CA 95008** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,549.28** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/12/2010**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 678 of 961

| 3.110 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Albritton**
921 Alvarado St. Apt. A.
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCOTT ALLEN**
9011 Yucca Mountain Rd
AUSTIN, TX 78759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Allen**
6622 CHABOT RD
OAKLAND, CA 94618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Amman**
4132 Merna Lane
Milford, MI 48380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Bentson**
6525 E. Santa Elena
Tucson, AZ 85715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Bhal**
122 woodleaf way
mountain view, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Bridgman**
35 Lobos St
San Francisco, CA 94112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 679 of 961

| 3.110 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Brunson**
**4813 Canyonbend Cir.**
**Austin, TX 78735**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Carey**
**3700 S Jefferson Ave**
**Saint Louis, MO 63118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Chaney**
**1 Daybreak Est**
**St Louis, MO 63128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,926.05 |
|---|---|---|---|

**Scott Christopher Heeschen**
**275 Carlyn Ave.**
**Campbell, CA 95008**

Date(s) debt was incurred **7/1/2013**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Cilmi**
**324 Devon Dr**
**San Rafael, CA 94903**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Cutler**
**445 Milan Dr. #219**
**San Jose, CA 95134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Drennan**
**1220 Tasman Dr**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 680 of 961

| 3.110 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Dunham**
**15407 Kinloch**
**Redford, MI 48239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Eaton**
**104 Franconia Street**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Eikenberry**
**1810 Bay Laurel Drive**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Esters**
**521 Broderick Street**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Ferrell**
**430 Wallace Road**
**Wexford, PA 15090**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Foss**
**8916 romayne lane**
**Austin, TX 78748**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Freeman**
**584 Coventry**
**Grosse Pointe, MI 48236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.110 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Scott Freeman**<br>**17338 Moss Side Ln**<br>**Olney, MD 20832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Scott Friedman**<br>**2148 Francis ave**<br>**Santa Clara, CA 95051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 72 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Scott Furman**<br>**123 Hedge Road**<br>**Menlo Park, CA 94025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 73 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Scott Gent**<br>**2961 Bailey**<br>**Lincoln Park, MI 48146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Scott Greer**<br>**71 East Vivian Drive**<br>**Pleasant Hill, CA 94523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Scott Heeschen**<br>**275 Carlyn Ave.**<br>**Campbell, CA 95008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 76 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,564.38** |
| **Scott Herz**<br>**1229 Clark Way**<br>**San Jose, CA 95125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **10/23/2013** | Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC** | |
| Last 4 digits of account number **NA** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 682 of 961

| 3.110 77 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Herz**
**1229 Clark Way**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.110 78 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Jewett**
**237 Bocana Street**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.110 79 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Johnston**
**309 N Pastoria Ave**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.110 80 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Jung**
**4100 E 3rd Ave. #400**
**Foster City, CA 94404**

Date(s) debt was incurred  **6/18/2010**

Last 4 digits of account number  **NA**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$20,981.33**

---

| 3.110 81 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Jung**
**4100 E 3rd Ave. #400**
**Foster City, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.110 82 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Kapelanski**
**3085 Painted Dr**
**Howell, MI 48843**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.110 83 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Kempf**
**12925 Portsmouth Crossing**
**Plymouth, MI 48170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 683 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.110 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Knight**
5831 NW 45th Dr
Gainesville, FL 32653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Landon**
1808 Trudean Way
San Jose, CA 95132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Lewis**
12704 Bransford Cv.
Austin, TX 78753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Ludeke**
1 Encline Ct
San Francisco, CA 94127-1836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Ludwig**
70 Cherry Ridge Court
San Jose, CA 95136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.32 |
|---|---|---|---|

**Scott Ludwig_V**
70 Cherry Ridge Court
San Jose, CA 95136

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **ERA1**

Basis for the claim:  **[Notice only] Techshop San Jose -Multiple Items Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Martin**
41 Arkansas St
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 684 of 961

| 3.110 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Scott McCulley**
**102 Costances Ct**
**Los Gatos, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Scott McKane**
**8318 Old Lebanon Troy Road**
**Troy, IL 62294**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Scott McLaughlin**
**1775 Lark Lane**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Scott McMahon**
**304 Laurelwood Dr**
**Austin, TX 78733**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Scott McMullen**
**402 Winecup Trail**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Scott McNew**
**4068 Outpost Trace**
**Lago Vista, TX 78645**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Scott McRae**
**2123 Sterling Ave**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 98 | **Nonpriority creditor's name and mailing address**<br>**Scott Miller**<br>**0**<br>**Sunnyvale, CA 94087** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29,586.30** |
|---|---|---|---|
| | **Date(s) debt was incurred** _10/19/2015_<br>**Last 4 digits of account number** _NA_ | **Basis for the claim:** _Principal and accrued interest for loan to TechShop Inc_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 99 | **Nonpriority creditor's name and mailing address**<br>**Scott Miner**<br>**4124 Haldane St.**<br>**Pittsburgh, PA 15207** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 00 | **Nonpriority creditor's name and mailing address**<br>**Scott Murman**<br>**3126 Oak Knoll Dr.**<br>**Redwood City, CA 94062** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 01 | **Nonpriority creditor's name and mailing address**<br>**Scott Nguyen**<br>**2400 Homedale Cir**<br>**Austin, TX 78704** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 02 | **Nonpriority creditor's name and mailing address**<br>**Scott Phillip Cutler**<br>**445 Milan Dr. #219**<br>**San Jose, CA 95134** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,119.22** |
|---|---|---|---|
| | **Date(s) debt was incurred** _6/18/2013_<br>**Last 4 digits of account number** _NA_ | **Basis for the claim:** _Principal and accrued interest for loan to TechShop Inc_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 03 | **Nonpriority creditor's name and mailing address**<br>**Scott Phillip Cutler**<br>**445 Milan Dr. #219**<br>**San Jose, CA 95134** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$31,972.46** |
|---|---|---|---|
| | **Date(s) debt was incurred** _3/9/2011_<br>**Last 4 digits of account number** _NA_ | **Basis for the claim:** _Principal and accrued interest for loan to TechShop San Jose LLC_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Raffaele**
**175 van dyke st, build 319-c**
**Brooklyn, NY 11231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Rust**
**22303 Regnart Road**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 06 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Sakamoto**
**2334 21st Street**
**Santa Monica, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 07 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Sampley**
**20951 Trenton Circle**
**Leesburg, VA 20175**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 08 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Savage**
**1405 E Sapium Way**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Saxon**
**2807 E. Geer St.**
**Durham, NC 27704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Small**
**1155 Spruance St**
**San Jose, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 687 of 961

| | | | |
|---|---|---|---|
| 3.111 11 | **Nonpriority creditor's name and mailing address** **Scott Smith** **147 Julius St** **Pittsburgh, PA 15206** | | **$0.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111 12 | **Nonpriority creditor's name and mailing address** **Scott Smith** **PO Box 37** **Moss Beach, CA 94038** | | **$0.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111 13 | **Nonpriority creditor's name and mailing address** **Scott Smith** **2020 Wayward Sun Drive** **Austin, TX 78754** | | **$0.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111 14 | **Nonpriority creditor's name and mailing address** **Scott Spencer** **419 Nimitz Ave.** **Redwood City, CA 94061** | | **$0.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111 15 | **Nonpriority creditor's name and mailing address** **Scott Stewart** **1702 East Messick Loop** **Round Rock, TX 78681** | | **$0.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111 16 | **Nonpriority creditor's name and mailing address** **Scott Storkel** **257 Fay Way** **Mountain View, CA 94043** | | **$0.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111 17 | **Nonpriority creditor's name and mailing address** **Scott Strayer** **263 Stonegate Circle** **San Jose, CA 95110** | | **$0.00** |

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 688 of 961

| 3.111 18 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Scott Sul** | ☐ Contingent | |
| | **550 Ortega Ave A109** | ☐ Unliquidated | |
| | **Mountain View, CA 94040** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 19 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Scott Sundvor** | ☐ Contingent | |
| | **2850 Golden Gate Ave Apt 2** | ☐ Unliquidated | |
| | **San Francisco, CA 94118** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 20 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Scott Urdahl** | ☐ Contingent | |
| | **1205 Mayan Way** | ☐ Unliquidated | |
| | **Austin, TX 78703** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 21 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Scott Vander Meiden** | ☐ Contingent | |
| | **1401 Green Terrace** | ☐ Unliquidated | |
| | **Round Rock, TX 78664** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 22 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Scott Waterman** | ☐ Contingent | |
| | **780 Bucknall Rd** | ☐ Unliquidated | |
| | **Campbell, CA 95008** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 23 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Scott Whitman** | ☐ Contingent | |
| | **350 Bay ST STE 100** | ☐ Unliquidated | |
| | **San Francisco, CA 94133** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 24 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Scott Willis** | ☐ Contingent | |
| | **30941 island dr** | ☐ Unliquidated | |
| | **Gibraltor, MI 48173** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 689
of 961

| 3.111 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Wills**
**809B Cuesta Dr. #207**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Winterstein**
**100 Webster St. Apt A**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Wootton**
**81 Decora Drive**
**Saint Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Written**
**350 Bay ST STE 100 PMB 331**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Seamus Whyte**
**1548 Cottage Grove**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean  Bertles**
**1900 E Apache Blvd**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean  Carroll**
**243 44th Street #1**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 690
of 961

| 3.111 32 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sean Thornton** **145 McNeilly Road Apt 2** **Pittsburgh, PA 15226** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 33 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sean Andraka** **5725 Saint Johns Chapel Rd** **Owings, MD 20736** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 34 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sean Behm** **463 Broadway** **San Francisco, CA 94133** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sean Bryant** **495 S. Peppertree Dr.** **Gilbert, AZ 85296** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sean Copeland** **2032 Kimbrook Dr** **Round Rock, TX 78681** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sean Crotty** **P.O. Box 61119** **Palo Alto, CA 94306** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sean Doherty** **1410 Topar Ave.** **Los Altos, CA 94024** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 691 of 961

**3.111 39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Sean Eagleton**<br>1152 garden st<br>east palo alto, CA 94303 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.111 40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Sean Echevarria**<br>119 12th Ave.<br>San Mateo, CA 94402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.111 41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Sean Frick**<br>1301 29th St. Apt 1<br>San Francisco, CA 94107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.111 42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Sean Garner**<br>481 Clementina St. Apt. F<br>San Francisco, CA 94103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.111 43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Sean Gies**<br>268 Bush St. #802<br>San Francisco, CA 94104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.111 44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Sean Gray**<br>PO Box 9037<br>Pittsburgh, PA 15224 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.111 45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Sean Greenslade**<br>168 Tobin Clark Dr.<br>Hillsborough, CA 94010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Griffin**
**188 Minna #27F**
**San Francisco, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Guthrie**
**3444 E Beryl Ln**
**Phoenix, AZ 85028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Hagan**
**521 Victoria St.**
**San Francisco, CA 94132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Headrick**
**410 Mayellen Ave**
**San Jose, CA 95126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 50 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Holden**
**312 Chestnut St.**
**Redwood City, CA 94063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 51 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Holloway**
**5401 E Van Buren St - Unit 1069**
**Phoenix, AZ 85008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean HortonMurphy**
**350 N. Whisman**
**Mountain View, CA 94065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 693 of 961

| 3.111 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Kelly**
967 44th Street
Oakland, CA 94608

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $463.89 |
|---|---|---|---|

**Sean Kennon**
997 Jefferson Ave #4B
Brooklyn, NY 11221

Date(s) debt was incurred __10/9/2017__

Last 4 digits of account number __Exp Reimbursement__

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __[Notice only] Techshop DC Arlington-Employee Expense Reimbursement for the period 09/04/2017 to 09/20/2017__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.00 |
|---|---|---|---|

**Sean Kennon**
997 Jefferson Ave #4B
Brooklyn, NY 11221

Date(s) debt was incurred __8/14/2017__

Last 4 digits of account number __1417__

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __[Notice only] Techshop DC Arlington-Prototyping efforts for the period 08/01/2017 to 08/10/2017__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Kennon**
10316 Crestmoor Dr
Silver Spring, VA 22202

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Kerrel**
1042 Leo Way
Oakland, CA 94611

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Knox**
11621 MILL RIDGE TRCE
MANOR, TX 78653

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 694 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.111 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Lee**
**725 Crane Canyon Pl**
**Round Rock, TX 78665**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean McMahon**
**2025 Monroe Avenue**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Pieper**
**144 S. 3rd Street Unit 610**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Ponce**
**2262 Grand Ave**
**Long Beach, CA 90815**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Powell**
**2619 Pitcairn Road**
**Monroeville, PA 15146**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Randall**
**207 Parable Cove**
**Pflugerville, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Rhea**
**554 Liberty St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Sarram**
14747 N. Northsight Blvd #111-223
Scottsdale, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Savage**
2223 Broadway #810
Oaklandq, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Stasio**
1249 18th Ave #101
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Stoner**
2534 Powderhorn Ridge Rd
Rochester Hills, MI 48309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Sullivan**
685 Haight #5
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Twomey**
3663 Skyline Dr.
Hayward, CA 94542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Velcich**
2905 1/2 Harrison St.
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 696 of 961

| 3.111 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Wachob**
23480 Summit Rd
Los Gatos, CA 95033

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Wagstaff**
2601 Cowper St
Palo Alto, CA 94306

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Wang**
2650 California St # 36
Mountain View, CA 94040

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Zumkeller**
1416 Sheltie Lane
Round Rock, TX 78664

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean-Franc Strang**
225 Murray Street
San Francisco, CA 94112

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sebastian Parker**
1060 Cole #2
San Francisco, CA 94117

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sebastian Peter Jr.**
71 Ocean Parkway, Apartment 5L
Brooklyn, NY 11218

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 697 of 961

| | |
|---|---|
| 3.111<br>80 | **Nonpriority creditor's name and mailing address**<br>**Sebastian Schloesser**<br>**757 Treat Ave**<br>**San Francisco, CA 94110** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.111<br>81 | **Nonpriority creditor's name and mailing address**<br>**Sebastien  Arbona**<br>**403 S Bouldin Street**<br>**Balitmore, MD 21224** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.111<br>82 | **Nonpriority creditor's name and mailing address**<br>**Sebastien Benoit**<br>**108 Central**<br>**Redwood City, CA 94063** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.111<br>83 | **Nonpriority creditor's name and mailing address**<br>**Sebastien Tilmans**<br>**169 Waverley St.**<br>**Palo Alto, CA 93401** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.111<br>84 | **Nonpriority creditor's name and mailing address**<br>**Secretary of State**<br>**Business Programs Division**<br>**PO Box 944230**<br>**Sacramento, CA 94244-2300** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - void  check #1573 as per Jennifer on dt. 01/30/2016**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| | |
|---|---|
| 3.111<br>85 | **Nonpriority creditor's name and mailing address**<br>**Selina Fong**<br>**581 W Remington Dr.**<br>**Sunnyvale, CA 94087** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.111<br>86 | **Nonpriority creditor's name and mailing address**<br>**Semar Prom**<br>**35 Poncetta Drive #322**<br>**San Francisco, CA 94015** |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 87 | **Nonpriority creditor's name and mailing address**<br>**Semir Kasumovic**<br>**3648 N. 40th S. #17**<br>**Phoenix, AZ 85018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.111 88 | **Nonpriority creditor's name and mailing address**<br>**Senate Ghamin**<br>**5035 Argyle**<br>**Dearborn, MI 48126**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.111 89 | **Nonpriority creditor's name and mailing address**<br>**seran wilson**<br>**518 beresford ave**<br>**redwood city, CA 94061**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.111 90 | **Nonpriority creditor's name and mailing address**<br>**Serena Stitcher**<br>**3015 Paulowna St.**<br>**Pittsburgh, PA 15219**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.111 91 | **Nonpriority creditor's name and mailing address**<br>**Serge Guillot**<br>**700 Clearlake Point**<br>**Seneca, SC 29672**<br><br>Date(s) debt was incurred **2/10/2016**<br>Last 4 digits of account number **NA** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$28,961.64** |

| 3.111 92 | **Nonpriority creditor's name and mailing address**<br>**Serge Guillot**<br>**700 Clearlake Point**<br>**Seneca, SC 29672**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.111 93 | **Nonpriority creditor's name and mailing address**<br>**SERGE RAHARISON**<br>**2700 Pleasantdale Rd, Apt 204**<br>**Vienna, VA 22180**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

---

**3.111 94**

**Nonpriority creditor's name and mailing address**
**Sergei Menchenin**
**1718 Hillman Ave.**
**Belmont, CA 94002**

Date(s) debt was incurred  **2/4/2010**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$25,259.22**

---

**3.111 95**

**Nonpriority creditor's name and mailing address**
**Sergei Menchenin**
**1718 Hillman Ave.**
**Belmont, CA 94002**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.111 96**

**Nonpriority creditor's name and mailing address**
**Serges Lemo**
**3554 Shiraz Loop**
**Round Rock, TX 78665**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.111 97**

**Nonpriority creditor's name and mailing address**
**Sergey  Shkolnikov**
**2255 Showers Drive**
**Mountain View, CA 94040**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.111 98**

**Nonpriority creditor's name and mailing address**
**Sergey Ivankov**
**636 Guadalupe Ave.**
**Milbrae, CA 94080**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.111 99**

**Nonpriority creditor's name and mailing address**
**Sergey Kashperskiy**
**1547 Palos Verdes Mall #159**
**Walnut Creek, CA 94597**

Date(s) debt was incurred  **5/26/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☑ No ☐ Yes

**$28,380.82**

---

**3.112 00**

**Nonpriority creditor's name and mailing address**
**Sergey Kashperskiy**
**1547 Palos Verdes Mall #159**
**Walnut Creek, CA 94597**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.112 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sergey Levchin**
**362 Jefferson Ave, apt 3**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,361.55** |
|---|---|---|---|

**Sergio Feria**
**1688 Tacoma Ave.**
**Berkeley, CA 94707**

Date(s) debt was incurred **12/31/2010**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sergio Feria**
**1688 Tacoma Ave.**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sergio Villotta**
**1326 The Alameda**
**San Jose, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,895.89** |
|---|---|---|---|

**Sergio Zacarias**
**221 Crest Trail**
**San Antonio, TX 78232**

Date(s) debt was incurred **2/2/2016**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sergio Zacarias**
**221 Crest Trail**
**San Antonio, TX 78232**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sergiy Kuklenko**
**1220 Vicente Dr.  Apt. #e**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 701 of 961

| 3.112 08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Serguey Kondratieff** | ☐ Contingent | |
| **1660 Belleville** | ☐ Unliquidated | |
| **Sunnyvale, CA 94087** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 09 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Seth  LaPierre** | ☐ Contingent | |
| **1021 N Garfield St #417** | ☐ Unliquidated | |
| **Arlington, VA 22201** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 10 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Seth Davis** | ☐ Contingent | |
| **6821 Fyler Ave** | ☐ Unliquidated | |
| **Saint Louis, MO 63139** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 11 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Seth Holliday** | ☐ Contingent | |
| **1484 Stardust Ct** | ☐ Unliquidated | |
| **Santa Clara, CA 95050** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Seth Hondl** | ☐ Contingent | |
| **893 Stagl Ln** | ☐ Unliquidated | |
| **Los Altos, CA 94024** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Seth Kuhlman** | ☐ Contingent | |
| **6634 E Venue Circle** | ☐ Unliquidated | |
| **Mesa, AZ 85215** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Seth Levy** | ☐ Contingent | |
| **7120 Thorndale Dr.** | ☐ Unliquidated | |
| **Oakland, CA 94611** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.112 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Seth Lewis**
**7474 Cromwell Dr.**
**Saint Louis, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Seth Newsome**
**5235 Diamond Hts. Blvd. Apt. #315**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,450.00 |
|---|---|---|---|

**Seth Newsome-V**
**5235 Diamond Heights Blvd. # 315**
**San Francisco, CA 94131**

Date(s) debt was incurred  **10/10/2017**

Last 4 digits of account number  **68**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - Instructor class instruction for the period 08/02/2017 to 09/25/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Seth Quest**
**424 1st street**
**san francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Seth Voltz**
**1333 Gough St., Apt 5J**
**San Fancisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Seyed Yazdi**
**2247 N 1st Ave**
**Upland, CA 91784**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shade Flaniken**
**4620 17th St**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shae Brown**
909 Shields St
San Francisco, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shafqat Ahmed**
260 King St #615
San Francisco, CA 94107

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shah Jamshidpour**
4826 S. Country Club Way
Tempe, AZ 85282

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shahid Siddiqui**
44410 WHITE PINE CIRCLE WEST
NORTHVILLE, MI 48168

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shahzia Rahn**
2400 W. El Camino Real
Mountain View, CA 94040

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shaibal Roy**
738 Torreya Court
Palo Alto, CA 94303

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,597.26 |
|---|---|---|---|

**Shalabh Agarwal**
903 Sunrose Terrace #303
Sunnyvale, CA 94086

Date(s) debt was incurred  **9/16/2015**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112 29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Shalabh Agarwal** | ☐ Contingent | |
| **903 Sunrose Terrace #303** | ☐ Unliquidated | |
| **Sunnyvale, CA 94086** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.112 30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Shalim Sanchez** | ☐ Contingent | |
| **218 North Columbus St** | ☐ Unliquidated | |
| **Alexandria, VA 22314** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.112 31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Shamika Baker** | ☐ Contingent | |
| **58 Woodward Street, Apt. 58a** | ☐ Unliquidated | |
| **San Francisco, CA 94103** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.112 32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Shanda Sansing** | ☐ Contingent | |
| **1428 Briarcliff Blvd** | ☐ Unliquidated | |
| **Austin, TX 78723** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.112 33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Shandor Dektor** | ☐ Contingent | |
| **2721 Midtown Ct** | ☐ Unliquidated | |
| **Palo Alto, CA 94303** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.112 34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Shandy Brown** | ☐ Contingent | |
| **43 Abbey St** | ☐ Unliquidated | |
| **San Francisco, CA 94114** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.112 35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Shane Martin** | ☐ Contingent | |
| **5534 Kentucky Ave** | ☐ Unliquidated | |
| **Pittsburgh, PA 15232** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 36 | **Nonpriority creditor's name and mailing address** **Shane Alan** 1285 Guerrero, #3 San Francisco, CA 94110 | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 37 | **Nonpriority creditor's name and mailing address** **Shane Gilbreath** 1317 East 3rd Street Georgetown, TX 78626 | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 38 | **Nonpriority creditor's name and mailing address** **Shane Koo** 359 Austin Ave. Atherton, CA 94027 | **As of the petition filing date, the claim is:** Check all that apply. | **$27,127.83** |
|---|---|---|---|

Date(s) debt was incurred  **11/5/2012**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 39 | **Nonpriority creditor's name and mailing address** **Shane Koo** 359 Austin Ave. Atherton, CA 94027 | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 40 | **Nonpriority creditor's name and mailing address** **Shane Peper** 875 S Nebraska St. Unit 66 Chandler, AZ 85225 | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 41 | **Nonpriority creditor's name and mailing address** **Shane Sischo** 1321 Peralta st apt#11 Oakland, CA 94607 | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 42 | **Nonpriority creditor's name and mailing address** **Shane Williams** 5208 Curtis Street Fremont, CA 94538 | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 706 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.112<br>43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shannon  Emery**
**12807 Littleton St**
**Silver Spring, MD 20906**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112<br>44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shannon Cory**
**100 Adios Drive, APT 320**
**Washington, PA 15301**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112<br>45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shannon Edwards**
**25690 Adams Rd**
**Los Gatos, CA 95033**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112<br>46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shannon Newton**
**1237 chestnut st**
**San Francisco, CA 94109**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112<br>47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shant Bezdjian**
**1591 Laurel Street #1**
**San Carlos, CA 94070**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112<br>48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$412.50** |
|---|---|---|---|

**Shant Bezdjian_V**
**19223 Vineyard Lane**
**Saratoga, CA 95070**

Date(s) debt was incurred  **10/4/2017**

Last 4 digits of account number  **1054**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor class instruction for the period of 08/23/2017 to 09/27/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112<br>49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shanta Ambady**
**3876 Vinewood St.**
**Detroit, MI 48208**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 707 of 961

| 3.112 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shantaea JonesAllen**
**51 Larimer Ave**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shanti Kanhai**
**Sparrenrode**
**Pittsburgh, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sharad Narayan**
**1134 Tangerine Way**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sharad Saha**
**400 River Side ct, apt no 110**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sharath Veldanda**
**3548 AGATE DR APT 1**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shari Shinn**
**206C Mcknight Circle**
**Pgh, PA 15237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sharnice  Geohaghan**
**19 42nd ST NE Apt 40**
**Washington, DC 20019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 708
of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.112 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sharnita James**
**3831 13th Street NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,512.33** |
|---|---|---|---|

**Sharon S Shindel**
**3833 E. Carson Rd**
**Phoenix, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2/2016**

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,966.65** |
|---|---|---|---|

**Sharon Schibler**
**1150 Diamond Ct**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2014**

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sharon Schibler**
**1150 Diamond Ct**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sharon Shindel**
**3833 E. Carson Rd**
**Phoenix, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shashi Dookhee**
**888 Leith Ave**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ShashiKiran Chilappagari**
**6227 Tillamook Dr.**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 64 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shaun Siems** | ☐ Contingent | |
| **231 the Oaks Blvd** | ☐ Unliquidated | |
| **Elgin, TX 78621** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 65 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shauna Austin** | ☐ Contingent | |
| **160 S. 230th Dr.** | ☐ Unliquidated | |
| **Buckeye, AZ 85326** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 66 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shawn  Dornoff** | ☐ Contingent | |
| **2101 W. Lafayette Blvd apt#312** | ☐ Unliquidated | |
| **Detroit, MI 48216** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 67 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shawn  Ryan** | ☐ Contingent | |
| **12016 Paper Birch Ln** | ☐ Unliquidated | |
| **Gainesville, VA 20155** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 68 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shawn Clonts** | ☐ Contingent | |
| **9390 E Buena Vista Rd** | ☐ Unliquidated | |
| **Safford, AZ 85546** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shawn Coyl** | ☐ Contingent | |
| **72 loyola ave** | ☐ Unliquidated | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shawn Currin** | ☐ Contingent | |
| **442 Ruxton st** | ☐ Unliquidated | |
| **Pittsburgh, PA 15211** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.112 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.112 71**

**Nonpriority creditor's name and mailing address**
**Shawn Elson**
**3208 Pierce St. #101**
**San Francisco, CA 94123**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112 72**

**Nonpriority creditor's name and mailing address**
**Shawn Gee**
**12646 Mateus Dr.**
**Maryland Heights, MO 63146**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112 73**

**Nonpriority creditor's name and mailing address**
**Shawn Holbrook**
**331 Kaercher Street**
**Pittsburgh, PA 15207**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112 74**

**Nonpriority creditor's name and mailing address**
**Shawn Holbrook_V**
**5469 Black Street, Apt 3**
**Pittsburgh, PA 15206**

Date(s) debt was incurred  **8/31/2017**
Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*                    $60.00
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh-Instructor class instructions for dated 08/05/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112 75**

**Nonpriority creditor's name and mailing address**
**Shawn Holbrook_V**
**5469 Black Street, Apt 3**
**Pittsburgh, PA 15206**

Date(s) debt was incurred  **8/31/2017**
Last 4 digits of account number  **8**

As of the petition filing date, the claim is: *Check all that apply.*                    $60.00
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh -Instructor class instructions dated 08/16/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112 76**

**Nonpriority creditor's name and mailing address**
**Shawn Holbrook_V**
**5469 Black Street, Apt 3**
**Pittsburgh, PA 15206**

Date(s) debt was incurred  **8/31/2017**
Last 4 digits of account number  **9**

As of the petition filing date, the claim is: *Check all that apply.*                    $60.00
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Pittsburgh-Instructor class instructions dated 08/26/2017**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.112 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shawn Mitchell**
**7107 Auignon Dr**
**Round Rock, TX 78681**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shawn Raymond**
**460 Alger Dr.**
**Palo Alto, CA 94306**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shawn Simone**
**2864 Marshall**
**Southfield, MI 48076**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shawna Burd**
**755 Chislett St**
**Pittsburgh, PA 15206**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shay Pak**
**723 Tudor Rd**
**San Leandro, CA 94577**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shayne Martinsen**
**3831 West Street**
**Oakland, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**She Jinwen**
**88 Rolstou St.**
**San Francisco, CA 94132**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 712 of 961

| 3.112 84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shea Clifford**
**6566 Whitbourne Dr.**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sheena McNeal**
**88 Howard St #1815**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sheila Bible**
**2470 W Thompson Way**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sheila Finch**
**548 Market St. #10073**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Sheila Lenkman**
**9119 Madge Ave**
**Brentwood, MO 63144**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/29/2017**
Last 4 digits of account number  **8**

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 10/11/2017 to 10/29/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |
|---|---|---|---|

**Sheila Lenkman**
**9119 Madge Ave**
**Brentwood, MO 63144**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/25/2017**
Last 4 digits of account number  **7**

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period 08/02/2017 to 08/23/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 713 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.112 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sheila Lenkman** **9119 Madge Avenue** **Brentwood, MO 63144** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sheila Rollo** **4404 South Grandview** **Tempe, AZ 85282** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sheila Smith** **17117 Russell Ave** **Allen Park, MI 48101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Shelby  Manford** **17 Bull Elk Run** **Cloudcroft, NM 88317** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Shelby Cates** **499-1 Howard's Creek Rd** **Boone, NC 28604** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Shelby Payne** **434 Maryland Ave Apt 103** **Saint Luis, MO 63108** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Shelby Solivais** **736 E Brooks St** **Chandler, AZ 85225** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 714 of 961

| | |
|---|---|
| **3.112 97** | |

**Nonpriority creditor's name and mailing address**
**Shelley Curtis**
**1655 Manitoba Dr.**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.112 98** | |

**Nonpriority creditor's name and mailing address**
**Shelley Sweazey**
**1157 Treat Ave**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.112 99** | |

**Nonpriority creditor's name and mailing address**
**Shelly Glennon**
**476 N. 16th St.**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.113 00** | |

**Nonpriority creditor's name and mailing address**
**Shelly Laughlin**
**1 N, Grand Blvd**
**St. Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.113 01** | |

**Nonpriority creditor's name and mailing address**
**Shelly Monfort**
**22900 Big Basin Way**
**Saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.113 02** | |

**Nonpriority creditor's name and mailing address**
**Shemaria Scharmann**
**1701 Garden Drive**
**Verona, PA 15147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.113 03** | |

**Nonpriority creditor's name and mailing address**
**Sheng Yuan**
**7202 Clarendon St**
**san jose, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 715 of 961

| 3.113 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sher Jacobson**
4821 Au Sable Drive
Gibsonia, PA 15044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sheri Kenawell**
2029 Sterling Drive
McDonald, PA 15057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sheri Sable**
6315 Forbes Avenue, 714
Pittsburgh, PA 15217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sherman Boyd**
1040 S. Hardy Dr.
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sherry Allen**
248 Berringer Place
Pittsburgh, PA 15202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sherry Moore**
47 View St.
Los Altos, CA 94022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sherry Waki**
209 Kit Carson Court
Santa Clara, CA 95050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 716 of 961

| 3.113 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sherwin Cruz**
**1665 East 12th Street**
**Brooklyn, NY 11229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sheryl Williams**
**1405 Searcy Dr**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SheungLam Wong**
**571 Panchita Way**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shih-Hui Wu**
**6 Miller Blvd**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shih-jen Hwong**
**16 Stockbridge Ave**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shiloh Curtis**
**1655 Manituba Dr**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shiloh Nordby**
**32526 lake barlee ave**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 717
of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.113 18 | **Nonpriority creditor's name and mailing address** **Shiming Xu** 670 w fremont dr tempe, AZ 85282 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 19 | **Nonpriority creditor's name and mailing address** **Shine Low** 505 Cypress Point Dr Mountain View, CA 94043 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 20 | **Nonpriority creditor's name and mailing address** **Shiohir Malani** 900 Pepper Tree lane #1123 Santa Clara, CA 95051 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 21 | **Nonpriority creditor's name and mailing address** **Shirlee Kimsey** 21557 Rainbow Drive Cupertino, CA 95014 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 22 | **Nonpriority creditor's name and mailing address** **Shirley Reinhart** 11320 William Taylor, MI 48180 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 23 | **Nonpriority creditor's name and mailing address** **Shirley Reinhart_V** 1116 Leblane Lincoln Park, MI 48146 | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ☐ Unliquidated ■ Disputed | **$50.00** |
|---|---|---|---|

Date(s) debt was incurred  **10/24/2017**

Last 4 digits of account number  **1017**

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions dated 09/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Shirley Reinhart_V**
**1116 Leblane**
**Lincoln Park, MI 48146**

Date(s) debt was incurred  **8/17/2017**

Last 4 digits of account number  **0117**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions on 07/26/2017 & 08/17/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Shirley Reinhart_V**
**1116 Leblane**
**Lincoln Park, MI 48146**

Date(s) debt was incurred  **9/15/2017**

Last 4 digits of account number  **0917**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions dated 08/31/2017 to 09/14/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shiva Ghose**
**1737, Cedar St, LOWR**
**Berkeley, CA 94703**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shmuel Branover**
**67 35th St STE B224**
**Brooklyn, NY 11232-2018**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shouyu Zeng**
**2300 W. Bentrup St.**
**Chandler, AZ 85224**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shrey Bhatia**
**571 Panchita Way**
**Los Altos, CA 94022**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 719
of 961

| 3.113 30 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shreya Parikh** | ☐ Contingent | |
| **1016 Monica Lane** | ☐ Unliquidated | |
| **San Jose, CA 95128** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 31 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shridhar Reddy** | ☐ Contingent | |
| **351 Naples** | ☐ Unliquidated | |
| **San Francisco, CA 94112** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 32 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$162.50** |
| **Shrimpware** | ■ Contingent | |
| **700 Elm Street** | ☐ Unliquidated | |
| **San Carlos, CA 94070** | ■ Disputed | |
| Date(s) debt was incurred **9/21/2017** | Basis for the claim: **[Notice only] Techshop Menlo Park - Sumobot SME MP-EVENTS-20170922-Singularity-mr on 09/20/2017** | |
| Last 4 digits of account number **3039** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 33 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
| **Shrimpware** | ■ Contingent | |
| **700 Elm Street** | ☐ Unliquidated | |
| **San Carlos, CA 94070** | ■ Disputed | |
| Date(s) debt was incurred **9/14/2017** | Basis for the claim: **[Notice only] Techshop San Jose -Sumobot Event Lead SJ-EVENTS-20170510-SU-CO on 13 September 2017** | |
| Last 4 digits of account number **3038** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 34 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shriphani Palakodety** | ☐ Contingent | |
| **166 Bryant Street, Apartment B** | ☐ Unliquidated | |
| **Palo Alto, CA 94301** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shuai Chen** | ☐ Contingent | |
| **574 Kansas St** | ☐ Unliquidated | |
| **San Francisco, CA 94107** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 720 of 961

| 3.113<br>36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shubham Banerjee**
1897 Silva Pl
Santa Clara, CA 95054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shunsuke Okubo**
16531 Haggerty
Belleville, MI 48111

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shyamala Malladi**
130 Greenoaks Drive
Atherton, CA 94027

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Siaka Yusuf**
1118 Cambria Drive
East Lansing, MI 48823

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Siane Kung**
3297 Vin Santo Lane
San Jose, CA 95148

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sibel Yalin**
2027 Pacific Street
Brooklyn, NY 11233

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Siddharth Srivastava**
3504 Skyline Dr.
Hayward, CA 94542

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 721 of 961

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.113 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Siddharth Suri**
**1620 Beechwood Blvd APT 8**
**Pittsburgh, PA 15217**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sierra Sholes**
**1318 Edgewood Rd**
**Redwood City, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Silas Newman**
**729 Lafayette Ave**
**Brooklyn, NY 11224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Silicon Carbon**
**Brenton White**
**69 16th St, Ste 2**
**Brooklyn, NY 11215**

Date(s) debt was incurred **11/13/2017**

Last 4 digits of account number **1001**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Brooklyn-Instructor classes for the period 10/14/2017 to 11/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Silvan Graf**
**1935 Mt Vernon Ct**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Simon  Lane**
**915 West Carmen St.**
**Tempe, AZ 85283**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Simon Anton**
**5153 Commonwealth**
**Detroit, MI 48208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **3.113** **50** | | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Simon Bennett**
**2440 Chalet Drive**
**Rochester Hills, MI 48309**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.113** **51** | | | **$25,190.42** |

**Nonpriority creditor's name and mailing address**
**Simon Cooper**
**PMB 112, 20660 Stevens Creek Blvd**
**Cupertino, CA 95014**

Date(s) debt was incurred __2/15/2010__

Last 4 digits of account number __NA__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.113** **52** | | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Simon Cooper**
**PMB 112, 20660 Stevens Creek Blvd**
**Cupertino, CA 95014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.113** **53** | | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Simon Hastings**
**760 N 7th St.**
**San Jose, CA 95112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.113** **54** | | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Simon Jakesch**
**2106 Kenbridge Dr**
**Austin, TX 78757**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.113** **55** | | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Simon Liu**
**420 Yorkshire Road**
**Alameda, CA 94501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.113** **56** | | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Simon Murtha Smith**
**1274 Dolores St.**
**San Francisco, CA 94110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 723
of 961

| | | |
|---|---|---|
| **3.113 57** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Simon Rodan**
**1257 Sanguinetti Rd, # 203**
**Sonora, CA 95370-6215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.113 58** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Simon Sorensen**
**383 Goldenslopes ct**
**Benicia, CA 94510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.113 59** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Simon Steinfeld**
**19281 Mountain Way**
**Los Gatos, CA 95030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.113 60** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Simon Vana**
**255 South Rengstorff Avenue, #30**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.113 61** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Simon Varga**
**13214 Quadros Pass**
**Austin, TX 78729**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.113 62** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Simon Woo**
**6811 Spout Lane**
**Fairfax Station, VA 22039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.113 63** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Simon Xu**
**2 North 1 Street**
**San Jose, CA 95113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.113 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Simone Hasslen**
**805 Evergreen St**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Simone Johnson**
**4708 Albany Drive**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sin ad Toolis**
**1148 Lincoln Drive**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sina Lawson**
**916 Garfield Ave**
**Braddock Hills, PA 15221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Singer Blake**
**122 Maynard St**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sitki Isler**
**701 Somerset Park Drive SE Apt 204**
**Leesburg, VA 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Siying Liu**
**401 Shady Ave Apt. D-604**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.113 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Skip Stritter** | ☐ Contingent | |
| **1315 San Mateo Dr** | ☐ Unliquidated | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 72 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Skot Carruth** | ☐ Contingent | |
| **6 Locksley Ave. #8L** | ☐ Unliquidated | |
| **San Francisco, CA 94122** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 73 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Skylar Young** | ☐ Contingent | |
| **3507 Palmilla Dr, Apt 4151** | ☐ Unliquidated | |
| **San Jose, CA 95134** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Skyler Mogensen** | ☐ Contingent | |
| **1306 W 4th St., Apt. C** | ☐ Unliquidated | |
| **Tempe, AZ 85281** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Skyler Riske** | ☐ Contingent | |
| **1934 W Lynx Ct** | ☐ Unliquidated | |
| **Chandler, AZ 85248** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 76 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Skyler Yu** | ☐ Contingent | |
| **5944 Cabral Ave** | ☐ Unliquidated | |
| **San Jose, CA 95123** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 77 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sloane Hawkins** | ☐ Contingent | |
| **1917 Washtenaw** | ☐ Unliquidated | |
| **Ann Arbor, MI 48104** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td>3.113<br>78</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>SM_Bukola Obayomi</b><br><b>3331 W Ross Dr</b><br><b>Chandler, AZ 85226</b><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <b>Notice Only re Techshop Subsidiary LLC Customer</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td><b>$0.00</b></td></tr>
</table>

<table>
<tr><td>3.113<br>79</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Sneha Shenoy</b><br><b>1111 East University Drive, Unit 127</b><br><b>Tempe, AZ 85281</b><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <b>Notice Only re Techshop Subsidiary LLC Customer</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td><b>$0.00</b></td></tr>
</table>

<table>
<tr><td>3.113<br>80</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Sobha Varma</b><br><b>21090 Hazelbrook Dr</b><br><b>Cupertino, CA 95014</b><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <b>Notice Only re Techshop Subsidiary LLC Customer</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td><b>$0.00</b></td></tr>
</table>

<table>
<tr><td>3.113<br>81</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Sofia Hogqvist</b><br><b>621 Jarboe Ave</b><br><b>San Francisco, CA 94110</b><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <b>Notice Only re Techshop Subsidiary LLC Customer</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td><b>$0.00</b></td></tr>
</table>

<table>
<tr><td>3.113<br>82</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Sofia Regenbogen</b><br><b>1058 De Haro street</b><br><b>San Francisco, CA 94017</b><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <b>Notice Only re Techshop Subsidiary LLC Customer</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td><b>$0.00</b></td></tr>
</table>

<table>
<tr><td>3.113<br>83</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>sofia sinibaldi</b><br><b>1563 pacific</b><br><b>san francisco, CA 94109</b><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <b>Notice Only re Techshop Subsidiary LLC Customer</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td><b>$0.00</b></td></tr>
</table>

<table>
<tr><td>3.113<br>84</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Sofia Williams</b><br><b>5208 Curtis Street</b><br><b>Fremont, CA 94538</b><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <b>Notice Only re Techshop Subsidiary LLC Customer</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td><b>$0.00</b></td></tr>
</table>

| | | |
|--|--|--|
| **3.113**<br>**85** | **Nonpriority creditor's name and mailing address**<br>**Solas Concepts, LLC**<br>**404 Sheldon Street**<br>**Petaluma, CA 94952** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$75.00** |

**Date(s) debt was incurred  9/1/2017**

**Last 4 digits of account number  2606**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  [Notice only] Techshop SOMA - Instructor class instruction on dated - 08/23/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|--|--|
| **3.113**<br>**86** | **Nonpriority creditor's name and mailing address**<br>**Solomon Kibreab**<br>**3934 10th Street, NE, #3**<br>**Washington, DC 20017** |

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|--|--|
| **3.113**<br>**87** | **Nonpriority creditor's name and mailing address**<br>**Sonali Kothari**<br>**555 4th St**<br>**San Francisco, CA 94107** |

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|--|--|
| **3.113**<br>**88** | **Nonpriority creditor's name and mailing address**<br>**Songyan Shi**<br>**1130 E. Orange St.**<br>**#206**<br>**Tempe, AZ 85281** |

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|--|--|
| **3.113**<br>**89** | **Nonpriority creditor's name and mailing address**<br>**Sonia Bidlack**<br>**1259 El Camino Real, #403**<br>**Menlo Park, CA 94025** |

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|--|--|
| **3.113**<br>**90** | **Nonpriority creditor's name and mailing address**<br>**Sonia Faletti**<br>**230 9th St. NE**<br>**Washington, DC 20002** |

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|--|--|
| **3.113**<br>**91** | **Nonpriority creditor's name and mailing address**<br>**Sonia Lee**<br>**433 Lorell Ave.**<br>**Mill Valley, CA 94941** |

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,675.29 |
|---|---|---|---|

**Sonia Lee & Alan M Grumet**
433 Lorell Ave.
Mill Valley, CA 94941

Date(s) debt was incurred  9/24/2015

Last 4 digits of account number  NA

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 93 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Sonia Uppal**
11035 Magdalena Road
Los Altos, CA 94024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 94 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Sonja Jeter**
4360 Watson Circle
Santa Clara, CA 95054-4164

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 95 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Sonja Koblas**
729 Anderson Drive`
Los Altos, CA 94024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 96 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Sonny Hoang**
131 West C St
Port Hueneme, CA 93041

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 97 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Sonny Swords**
370 Bodega St.
Foster City, CA 94404

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 98 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Soojin Chung**
4393 Watson Cir.
Santa Clara, CA 95054

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 99 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sophia Sperman**
**165 Cambridge Ave**
**San Leandro, CA 94577**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 00 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Soren Anderson**
**2671 Avalon Ct #104**
**Alexandria, VA 22314**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 01 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Soren Sprissler**
**4224 Lost Oasis Hollow**
**Austin, TX 78739**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 02 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Soufien Rhimi**
**1208 Stephen St**
**Killeen, TX 76549**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 03 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SP Plus_1074**
**P O Box 790402**
**St. Louis, MO 63179-0402**

Date(s) debt was incurred  **10/13/2017**
Last 4 digits of account number  **2390**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$935.00**

Basis for the claim:  **[Notice only] Techshop San Jose -Parking Charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 04 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SP Plus_2469**
**PO Box 790402**
**St. Louis, MO 63179-0402**

Date(s) debt was incurred  **10/13/2017**
Last 4 digits of account number  **0625**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$1,600.00**

Basis for the claim:  **[Notice only] Techshop San Jose -Parking Charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 05 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Spark Tech, Inc.**
**1308 Chisholm Trail Ste. 105**
**Round Rock, TX 78681**

Date(s) debt was incurred  **11/13/2017**
Last 4 digits of account number  **9072**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**$9.74**

Basis for the claim:  **[Notice only] Techshop Austin -EMWF .1250 2 .500LOC 1-1/2OAL series**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 730 of 961

---

**3.114 06**

Nonpriority creditor's name and mailing address

**Spark Tech, Inc.**
**1308 Chisholm Trail Ste. 105**
**Round Rock, TX 78681**

Date(s) debt was incurred  **8/4/2017**

Last 4 digits of account number  **0637**

As of the petition filing date, the claim is: *Check all that apply.*

$168.40

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Blasocut 2000 Universal LF and Water Miscible Coolant**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114 07**

Nonpriority creditor's name and mailing address

**Speedy Metals**
**2505 S. 162nd St.**
**New Berlin, WI 53151**

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **46FR**

As of the petition filing date, the claim is: *Check all that apply.*

$127.11

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Purchase of aluminium sheets**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114 08**

Nonpriority creditor's name and mailing address

**Spencer  Thompson**
**21167 East Cliff Dr.**
**Santa Cruz, CA 95062**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114 09**

Nonpriority creditor's name and mailing address

**Spencer Canizales**
**10949 E. Sheppard Ave.**
**Mesa, AZ 85212**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114 10**

Nonpriority creditor's name and mailing address

**Spencer Crim**
**328 Shotwell Street**
**San Francisco, CA 94110**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114 11**

Nonpriority creditor's name and mailing address

**Spencer Davis**
**120 Pearl St**
**Santa Cruz, CA 95060**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 12 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Spencer Gore** | ☐ Contingent | | |
| **24899 Olive Tree Ln** | ☐ Unliquidated | | |
| **Los Altos Hills, CA 94024** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 13 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Spencer Ott** | ☐ Contingent | | |
| **239 Kensington Way** | ☐ Unliquidated | | |
| **Los Gatos, CA 95032** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 14 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Spencer Reynolds** | ☐ Contingent | | |
| **1273 Hayes St Apt 12** | ☐ Unliquidated | | |
| **San Francisco, CA 94117** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 15 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Spencer Trefilek** | ☐ Contingent | | |
| **1118 Michelle Ln** | ☐ Unliquidated | | |
| **Combard, MO 63109** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 16 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Srdjan Todorovic** | ☐ Contingent | | |
| **16023 N. 34th Ave.** | ☐ Unliquidated | | |
| **Phoenix, AZ 85053** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 17 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Sreecharan Chandrasekharan** | ☐ Contingent | | |
| **555 San Antonio Road Apt 528** | ☐ Unliquidated | | |
| **Mountain View, CA 94040** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 18 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$26,380.82** |
| **Sri Welaratna** | ☐ Contingent | | |
| **767 Sunshine Dr** | ☐ Unliquidated | | |
| **Los Altos, CA 94024** | ☐ Disputed | | |
| Date(s) debt was incurred **5/26/2017** | **Basis for the claim:** _Principal and accrued interest for loan to TechShop Inc_ | | |
| Last 4 digits of account number **NA** | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sri Welaratna** | ☐ Contingent | |
| **767 Sunshine Dr** | ☐ Unliquidated | |
| **Los Altos, CA 94024** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sridhar Rajagopal** | ☐ Contingent | |
| **1153 Elena Privada** | ☐ Unliquidated | |
| **Mountain View, CA 94040** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Srikanth Gururajan** | ☐ Contingent | |
| **3450 Lindell Blvd** | ☐ Unliquidated | |
| **St. Louis, MO 63108** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Srujan Mhetar** | ☐ Contingent | |
| **1122 E. Lemon St. #18** | ☐ Unliquidated | |
| **Tempe, AZ 85281** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stacey Abram** | ☐ Contingent | |
| **10901 voltaire ave** | ☐ Unliquidated | |
| **Oakland, CA 94603** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stacey Burgin** | ☐ Contingent | |
| **1200 Mayruth Dr. Apt 4** | ☐ Unliquidated | |
| **Durham, NC 27713** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stacey Montoya** | ☐ Contingent | |
| **3508 S. Arroyo Lane** | ☐ Unliquidated | |
| **Gilbert, AZ 85297** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 733 of 961

| 3.114 26 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Stacey Stevenson** | ☐ Contingent | | |
| **2731 Fleetwood Dr** | ☐ Unliquidated | | |
| **San Bruno, CA 94066** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 27 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Staci Anderson** | ☐ Contingent | | |
| **3951 E Horseshoe Pl** | ☐ Unliquidated | | |
| **Chandler, AZ 85249** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 28 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Staci Offutt** | ☐ Contingent | | |
| **262 1/2 46th St.** | ☐ Unliquidated | | |
| **Pittsburgh, PA 15201** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 29 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Staci Rose Hagler** | ☐ Contingent | | |
| **2709 Corabella Pl** | ☐ Unliquidated | | |
| **Cedar Park, TX 78613** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 30 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Stacie Reeves** | ☐ Contingent | | |
| **24317 Foxmoor blvd** | ☐ Unliquidated | | |
| **Woodhaven, MI 48183** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 31 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Stacie Tamaki** | ☐ Contingent | | |
| **PO Box 654** | ☐ Unliquidated | | |
| **Campbell, CA 95008** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.114 32 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Stacy Binns** | ☐ Contingent | | |
| **1660 Celeste Drive** | ☐ Unliquidated | | |
| **San Mateo, CA 94402** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

Case: 18-50398  Doc# 2-1  Filed: 02/26/18  Entered: 02/26/18 18:01:21  Page 734 of 961

| 3.114<br>33 | **Nonpriority creditor's name and mailing address**<br>**Stacy Gowler**<br>**12752 N. Quinoa Dr**<br>**Marana, AZ 85653** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114<br>34 | **Nonpriority creditor's name and mailing address**<br>**Stacy Kingham**<br>**19609 E Emperor Blvd**<br>**Queen Creek, AZ 85142** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114<br>35 | **Nonpriority creditor's name and mailing address**<br>**Stan Forbes**<br>**844 Alta Vista**<br>**Pacifica, CA 94044** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114<br>36 | **Nonpriority creditor's name and mailing address**<br>**STAN HOGREBE**<br>**2079 CONGRESSIONAL DRIVE**<br>**SAINT LOUIS, MO 63146** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114<br>37 | **Nonpriority creditor's name and mailing address**<br>**Stan Honey**<br>**827 Lytton Ave.**<br>**Palo Alto, CA 94301** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114<br>38 | **Nonpriority creditor's name and mailing address**<br>**Stanley Isaacs**<br>**210 E Meadow Dr**<br>**Palo Alto, CA 94306** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114<br>39 | **Nonpriority creditor's name and mailing address**<br>**Stanley Lundrigan**<br>**1209 Springbrook Rd**<br>**Pflugerville, TX 78660** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 735
of 961

| 3.114 40 | Nonpriority creditor's name and mailing address<br>**Stanley Mason**<br>**3643 Liberty Ave Apt 3**<br>**Pittsburgh, PA 15201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.114 41 | Nonpriority creditor's name and mailing address<br>**Stanley Pipkin**<br>**1309 East 21st**<br>**Clovis, NM 88101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.114 42 | Nonpriority creditor's name and mailing address<br>**Staples Advantage**<br>**P.O. Box 415256,**<br>**Boston, MA 02241-5256**<br><br>Date(s) debt was incurred **10/22/2017**<br>Last 4 digits of account number **0344** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop DC Arlington-Past Dues-Summary Number-8041488210- Billed on 10-22-2016**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29.64** |
|---|---|---|

| 3.114 43 | Nonpriority creditor's name and mailing address<br>**Staples Advantage**<br>**P.O. Box 415256,**<br>**Boston, MA 02241-5256**<br><br>Date(s) debt was incurred **10/22/2017**<br>Last 4 digits of account number **0101** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop DC Arlington-Past Dues-Summary Number-8041584106-Billed on 10/29/2016**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$67.83** |
|---|---|---|

| 3.114 44 | Nonpriority creditor's name and mailing address<br>**Staples Advantage**<br>**P.O. Box 415256,**<br>**Boston, MA 02241-5256**<br><br>Date(s) debt was incurred **10/22/2017**<br>Last 4 digits of account number **0095** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop DC Arlington-Past Dues-Summary Number-8041584106-Billed on 10/29/2016**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$431.04** |
|---|---|---|

| 3.114 45 | Nonpriority creditor's name and mailing address<br>**Staples Advantage**<br>**P.O. Box 415256,**<br>**Boston, MA 02241-5256**<br><br>Date(s) debt was incurred **10/22/2017**<br>Last 4 digits of account number **0931** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **[Notice only] Techshop DC Arlington-Past Dues-Summary Number-8041704315-Billed on 11/05/2016**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$56.36** |
|---|---|---|

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 736 of 961

---

**3.114**
**46**

**Nonpriority creditor's name and mailing address**

**Staples Advantage**
P.O. Box 415256,
Boston, MA 02241-5256

Date(s) debt was incurred  **10/22/2017**

Last 4 digits of account number  **1565**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Past Dues-Summary Number 8041896149-Billed on 11/19/2016**

Is the claim subject to offset? ☑ No ☐ Yes

**$2.10**

---

**3.114**
**47**

**Nonpriority creditor's name and mailing address**

**Staples Advantage**
P.O. Box 415256,
Boston, MA 02241-5256

Date(s) debt was incurred  **10/22/2017**

Last 4 digits of account number  **1564**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Past Dues-Summary Number 8041896149-Billed on 11/19/2016**

Is the claim subject to offset? ☑ No ☐ Yes

**$59.61**

---

**3.114**
**48**

**Nonpriority creditor's name and mailing address**

**Staples Advantage**
P.O. Box 415256,
Boston, MA 02241-5256

Date(s) debt was incurred  **10/22/2017**

Last 4 digits of account number  **0533**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Past Dues-Summary Number 8043827743-Billed on 04/01/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,053.56**

---

**3.114**
**49**

**Nonpriority creditor's name and mailing address**

**Staples Advantage**
P.O. Box 415256,
Boston, MA 02241-5256

Date(s) debt was incurred  **10/22/2017**

Last 4 digits of account number  **0531**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Past Dues-Summary Number 8043827743-Billed on 04/01/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$299.00**

---

**3.114**
**50**

**Nonpriority creditor's name and mailing address**

**Staples Advantage**
P.O. Box 415256,
Boston, MA 02241-5256

Date(s) debt was incurred  **10/22/2017**

Last 4 digits of account number  **0535**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Past Dues-Summary Number 8043827743-Billed on 04/01/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$158.95**

---

**3.114**
**51**

**Nonpriority creditor's name and mailing address**

**Starr_King_School Spring_Fling_01**
1215 Carolina Street
San Francisco, CA 94107

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 737 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.114 52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Starr_King_School Spring_Fling_02**<br>**1215 Carolina Street**<br>**San Francisco, CA 94107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Stas  Casa**<br>**7301 Pyle Rd**<br>**Bethesda, MD 20817** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,651.00** |
| | **State Board of Equalization**<br>**P. O. Box 942879**<br>**Sacramento, CA 94279-0001** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **10/31/2017**<br>Last 4 digits of account number  **2017** | Basis for the claim:  **[Notice only] Techshop SOMA - 2nd and 3rd Quarter 2017 Tax** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.76** |
| | **State Board of Equalization**<br>**P. O. Box 942879**<br>**Sacramento, CA 94279-0001** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **8/2/2017**<br>Last 4 digits of account number  **3147** | Basis for the claim:  **[Notice only] Techshop SOMA - Penalty against notice #00028073147 dated 07/24/2017** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Stef Jones**<br>**1372 Rosewood Ave**<br>**San Carlos, CA 94070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Stefan Altberg**<br>**38 Country Club Dr**<br>**Mill Valley, CA 94941** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.114 58**

**Nonpriority creditor's name and mailing address**
**Stefan Braun**
**350 N 2nd St. #113**
**San Jose, CA 95112**

Date(s) debt was incurred  2/15/2010

Last 4 digits of account number  NA

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$25,189.97**

---

**3.114 59**

**Nonpriority creditor's name and mailing address**
**Stefan Braun**
**350 N 2nd St. #113**
**San Jose, CA 95112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 60**

**Nonpriority creditor's name and mailing address**
**Stefan Giroux**
**1426 Bretton View RD**
**Annapolis, MD 21409**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 61**

**Nonpriority creditor's name and mailing address**
**Stefan Gottschalk**
**422 Fairoaks Cir**
**Chapel Hill, NC 27516**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 62**

**Nonpriority creditor's name and mailing address**
**Stefan Medley**
**1709 Old Mill Road**
**Austin, TX 78613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 63**

**Nonpriority creditor's name and mailing address**
**Stefan Rahimian**
**600 H St NE apt 109**
**Washington, DC 20002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 64**

**Nonpriority creditor's name and mailing address**
**Stefani Asato**
**523 W. Clark St.**
**Mesa, AZ 85201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stefania Cargnello**
354 5th St
San Francisco, CA 94107

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stefanie Tong**
10570 White Fir Court
Cupertino, CA 95014

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stein Lien**
5049 Ashberry Rd
Carlsbad, CA 92008

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stella Carlin**
6701 Carlsbrooke Ln
Austin, TX 78754

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stella Henley**
2230 Carmelita Drive
San Carlos, CA 94070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stella Kim**
2936 Schyler Street, Apt 14
Oakland, CA 94602

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stener Breese**
21412 Alum Creek Ct
Ashburn, VA 20147

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 740 of 961

Name

| 3.114 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stepan Davidovic**
109 2nd Place, Apt 3
Brooklyn, NY 11231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steph Reisdorf**
667 W. Hancock, apt 110
Detroit, MI 48201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stephan Chun**
1525 CALIFORNIA ST
MOUNTAIN VIEW, CA 94041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stephan Eiter**
17715 NW Fall Ct
Beaverton, OR 97006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.25 |
|---|---|---|---|

**Stephan Uecker_V**
414 hillcrest road
San Mateo, CA 94402

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/26/2017**
Last 4 digits of account number **2617**

Basis for the claim: **[Notice only] Techshop SOMA - Instructor class instruction on dated 08/27/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Stephan Uecker_V**
414 hillcrest road
San Mateo, CA 94402

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **8/26/2017**
Last 4 digits of account number **3**

Basis for the claim: **[Notice only] Techshop SOMA - Instructor class instruction for the period 08/14/2017 to 08/18/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 741 of 961

| 3.114 78 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|---|

**Stephan Weiss**
**4840 Kingbrook Dr.**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephane Magne**
**318 Frederick St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephani Williams**
**2325 Granite Hill Dr**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephanie Ciancio**
**6 Gaiser Ct**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephanie Feniello**
**9883 Moccasin Trail**
**Wexford, PA 15090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephanie Fung**
**101 E. San Fernando St. Apt 425**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Stephanie Gobby Thomas**
**5223 Bancroft Ave**
**St. Louis, MO 63109**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **10/30/2017**

Last 4 digits of account number **15**

Basis for the claim: **[Notice only] Techshop St. Louis- Instructor fee for the period 10/11/2017 to 10/24/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$920.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stephanie Gobby Thomas**
**5223 Bancroft Ave**
**St. Louis, MO 63109**

Date(s) debt was incurred _9/30/2017_
Last 4 digits of account number _14_

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __[Notice only] Techshop St. Louis- Instructor fee for the period 09/06/2017 to 09/28/2017__

Is the claim subject to offset? ☑ No ☐ Yes

$920.00

---

| 3.114 86 |
|---|

**Nonpriority creditor's name and mailing address**
**Stephanie Gobby Thomas**
**5223 Bancroft Ave**
**St. Louis, MO 63109**

Date(s) debt was incurred _8/30/2017_
Last 4 digits of account number _13_

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __[Notice only] Techshop St. Louis- Instructor fee for the period 08/01/2017 to 08/27/2017__

Is the claim subject to offset? ☑ No ☐ Yes

$615.00

---

| 3.114 87 |
|---|

**Nonpriority creditor's name and mailing address**
**Stephanie Harvey**
**39 Franklin St NE**
**Washington, DC 20002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.114 88 |
|---|

**Nonpriority creditor's name and mailing address**
**Stephanie Lim**
**201 San Antonio circle, Suite 280**
**Mountain View, CA 94040**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.114 89 |
|---|

**Nonpriority creditor's name and mailing address**
**Stephanie Liu**
**941 Broderick St. #2**
**San Francisco, CA 94115**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.114 90 |
|---|

**Nonpriority creditor's name and mailing address**
**Stephanie Liv**
**239 Kensington Way**
**Los Gatos, CA 95032**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 743 of 961

| | |
|---|---|
| 3.114 91 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Lloyd**
**42537 Lemonwood St.**
**Fremont, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114 92 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Margolis**
**1605 Andrew Dr**
**St. Louis, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114 93 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Phan**
**1260 Sleepy Hollow Lane**
**Millbrae, CA 94030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114 94 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Sachtleben**
**600 North Pleasant Avenue**
**Centralia, IL 62801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114 95 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Saunders**
**1421 E. Redwood Dr.**
**Chandler, AZ 85286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114 96 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Segal**
**7806 S. 64th Place**
**Laveen, AZ 85339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114 97 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Swan**
**210 Crest Road**
**Woodside, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 744
of 961

| | |
|---|---|
| 3.114 98 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Stephanie Thomas**
**5223 Bancroft Ave**
**St. Louis, MO 63109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114 99 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Vacher**
**301 11th St. #2B**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.115 00 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Vinces**
**915 Park Pacifica**
**Pacifica, CA 94044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.115 01 | |

**Nonpriority creditor's name and mailing address**

**Stephanie Wan**
**51 Skyhill Rd**
**Alexandria, VA 22314**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.115 02 | |

**Nonpriority creditor's name and mailing address**

**Stephannie Williams**
**11905 Stout Oak Trail**
**Austin, TX 78750**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.115 03 | |

**Nonpriority creditor's name and mailing address**

**Stephen  McGillivary**
**2426 Hollyhead Dr**
**Des Peres, MO 63131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.115 04 | |

**Nonpriority creditor's name and mailing address**

**Stephen  Orris**
**23644 W Creek Dr**
**New Boston, MI 48164**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.115 05**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Stephen  Pingston**
**607 Maxwell**
**Royal Oak, MI 48067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115 06**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,193.10** |
|---|---|---|

**Stephen  R Hochstetler**
**2405 Emmett Pkwy**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/21/2016**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115 07**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Stephen  Ridgway**
**2601 Scofield Ridge Pkwy**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115 08**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Stephen (Marsh) Schoenhard**
**11667 aerie crescent**
**happy valley, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115 09**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Stephen Balinski**
**10310 Breeden Rd**
**Lusby, MD 20657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115 10**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Stephen Bernard**
**260 n. 3rd st C**
**san jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115 11**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Stephen Blackwell**
**1300 Bear Gulch Road**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Bond** | ☐ Contingent | |
| **35872 Adobe dr.** | ☐ Unliquidated | |
| **Fremont, CA 94536** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Casner** | ☐ Contingent | |
| **1454 revelstoke way** | ☐ Unliquidated | |
| **Sunnyvale, CA 94087** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Caudle** | ☐ Contingent | |
| **7740 Silver View Ln** | ☐ Unliquidated | |
| **Raleigh, NC 27613-1455** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Chisa** | ☐ Contingent | |
| **617 Spartan Dr.** | ☐ Unliquidated | |
| **Rochester Hills, MI 48309** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Cochran** | ☐ Contingent | |
| **10041 S 46th way** | ☐ Unliquidated | |
| **Phoenix, AZ 85044** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Cooper** | ☐ Contingent | |
| **6400 Shoal Creek Blvd** | ☐ Unliquidated | |
| **Austin, TX 78757** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Daniel** | ☐ Contingent | |
| **5 Fallen Oak Ct.** | ☐ Unliquidated | |
| **Durham, NC 27713** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 747 of 961

| 3.115 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,967.12 |
| --- | --- | --- | --- |

**Stephen E Librande**
673 Hamilton Ave
Milpitas, CA 95035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/8/2017**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Stephen Fillman**
906 Garwood St
Smithville, TX 78957

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Stephen Frick**
1137 Deerwood Dr
Elgin, TX 78621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Stephen Gates**
1388 Forrestal Ave.
san jose, CA 95110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Stephen Grinalds**
5580 La Jolla Blvd 25
La Jolla, CA 92037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Stephen Hall**
33427 Nth 25th Ave
Pheonix, AZ 85085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Stephen Hall**
19624 Sangremon Way
Pflugerville, TX 78660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 748 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.115 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen Harmon**
**4906 28TH ST N**
**Arlington, VA 22207-2712**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen Hochstetler**
**2405 Emmett Pkwy**
**Austin, TX 78728**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen House**
**341 S. Aiken Ave**
**Pittsburgh, PA 15232**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen Huber**
**1156 Civic Center Dr.**
**Santa Clara, CA 95050**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Stephen Huber_V**
**1156 Civic Center Dr.**
**Santa Clara, CA 95050**

Date(s) debt was incurred  **11/3/2017**
Last 4 digits of account number  **11**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor class instructions on 10/05/2017 and 10/19/2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.50** |
|---|---|---|---|

**Stephen Huber_V**
**1156 Civic Center Dr.**
**Santa Clara, CA 95050**

Date(s) debt was incurred  **10/11/2017**
Last 4 digits of account number  **10**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor class instructions on 09/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.115
32**

**Nonpriority creditor's name and mailing address**

**Stephen Huber_V**
**1156 Civic Center Dr.**
**Santa Clara, CA 95050**

Date(s) debt was incurred  **9/7/2017**

Last 4 digits of account number  **2056**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Stop Payment placed against check # 43712 issued for Inv# 006**

Is the claim subject to offset? ☑ No ☐ Yes

**$575.00**

---

**3.115
33**

**Nonpriority creditor's name and mailing address**

**Stephen Huber_V**
**1156 Civic Center Dr.**
**Santa Clara, CA 95050**

Date(s) debt was incurred  **9/12/2017**

Last 4 digits of account number  **9**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor class instructions for the period from 08/01/2017 to 08/16/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$175.00**

---

**3.115
34**

**Nonpriority creditor's name and mailing address**

**Stephen Jacklyn**
**768 22nd st.**
**Oakland, CA 94612**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.115
35**

**Nonpriority creditor's name and mailing address**

**Stephen Johnson**
**1600 S. Eads St. #735N**
**Arlington, VA 22202**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.115
36**

**Nonpriority creditor's name and mailing address**

**Stephen Johnson_V**
**1600 S Eads St #735N**
**Arlington, VA 22202**

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **2017**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Class Instructions for the period 09/27/2017 to 10/26/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$400.00**

---

**3.115
37**

**Nonpriority creditor's name and mailing address**

**Stephen Johnson_V**
**1600 S Eads St #735N**
**Arlington, VA 22202**

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **2017**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Class Instructions for the period 08/27/2017 to 09/27/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$889.58**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 750
of 961

| | |
|---|---|
| **3.115 38** | **$353.33** |

**Nonpriority creditor's name and mailing address**
**Stephen Johnson_V**
**1600 S Eads St #735N**
**Arlington, VA 22202**

Date(s) debt was incurred  8/26/2017

Last 4 digits of account number  2017

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Class Instructions for the period 08/18/2017 to 08/26/2017**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.115 39** | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Stephen Kernosky**
**11486 Plymouth Woods Rd**
**Livonia, MI 48150**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.115 40** | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Stephen Kim**
**70 E 10th St Apt 18J**
**New York, NY 10003**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.115 41** | **$1,246.26** |

**Nonpriority creditor's name and mailing address**
**Stephen Kovacic**
**437 14th st,**
**San Francisco, CA 94103**

Date(s) debt was incurred  9/15/2017

Last 4 digits of account number  0819

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **[Notice only] Techshop SOMA - SF-Events-20170819-spinifex-gn**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.115 42** | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Stephen Kovacic**
**437 14th St**
**San Francisco, CA 94103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.115 43** | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Stephen Leonard**
**42 Hibiscus Lane**
**Robbinsville, NJ 08691**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.115 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen Levinson**
66 Rockwell Pl #27F
Brooklyn, NY 11217

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen Lipinski**
437 Tyndal Street
Los Altos, CA 94022

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen Moeckel**
960 Hanna Rd
Manchester, MO 63021

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen Morgret**
8160 Olympic Ct
Newark, CA 94560

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen Myers**
4504 Belfield Ln
Austin, TX 78725

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen Olsen**
3445 Cade Drive
Fremont, CA 94536

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,442.23** |
|---|---|---|---|

**Stephen Osborn**
445 Iris St.
Redwood City, CA 94062

Date(s) debt was incurred  **12/6/2010**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 752
of 961

| 3.115 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Osborn**
**445 Iris St.**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Purcell**
**365 Preston Drive**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Samuel**
**5330 Standish Dr**
**Troy, MI 48085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Sherman**
**437 Ruthven Ave.**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Smith**
**728 North Plumas Drive**
**Tracy, CA 95391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Spencer**
**3236 Parkview Ave.**
**Pittsburgh, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Strong**
**921 Park St SE**
**Vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398　Doc# 2-1　Filed: 02/26/18　Entered: 02/26/18 18:01:21　Page 753 of 961

| 3.115 58 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Traskos** | ☐ Contingent | |
| **13507 copper bed road** | ☐ Unliquidated | |
| **herndon, VA 20171** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 59 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,353.42** |
| **Stephen Troll** | ☐ Contingent | |
| **3420 Commonwealth Ave** | ☐ Unliquidated | |
| **Maplewood, MO 63143** | ☐ Disputed | |
| Date(s) debt was incurred __5/31/2016__ | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number __NA__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 60 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Vincent** | ☐ Contingent | |
| **1337 Winding Ridge #3A** | ☐ Unliquidated | |
| **Grand Blanc, MI 48439** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 61 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Wade** | ☐ Contingent | |
| **16363 Lilac Lane** | ☐ Unliquidated | |
| **Los Gatos, CA 95032** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 62 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Warren** | ☐ Contingent | |
| **1002 N St NW** | ☐ Unliquidated | |
| **Washington, DC 20001** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 63 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Waun** | ☐ Contingent | |
| **15216 koester** | ☐ Unliquidated | |
| **Lakeland, MI 48143** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 64 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Stephen Weir** | ☐ Contingent | |
| **1517 N POINT #306** | ☐ Unliquidated | |
| **San Francisco, CA 94123** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 65 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Stephen Widmark**
**221 Acorn Dr**
**Boulder Creek, CA 95006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 66 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Stephen Williams**
**1085 Tasman Drive, Spc 508**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 67 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Stephen Williams**
**13000 Wingate Way**
**Austin, TX 78727**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 68 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Stephen Wolfe**
**365 S. Graham St.**
**Pittsburgh, PA 15232**

Date(s) debt was incurred  **5/26/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*  **$28,380.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 69 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Stephen Wolfe**
**365 S. Graham St.**
**Pittsburgh, PA 15232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 70 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Stephen Wyszomirski**
**23341 Maud Ave.**
**Hayward, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 71 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Stephen Zelenko**
**109 McKelvey Ave.**
**Pittsburgh, PA 15218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 755 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.115 72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sterling Sullivan**
**197 Hardwick Rd**
**Woodside, CA 94062**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve  Boucher**
**2979 Gardendale Drive**
**San Jose, CA 95125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Ashby**
**22063 Thelma St.**
**Hayward, CA 94541**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Atkins**
**955 Mouton Circle**
**East Palo Alto, CA 94303**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Austin**
**160 S 230th Dr**
**Buckeye, AZ 85326**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Bauer**
**4317 Maryland Ave.**
**St Louis, MO 63108**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Beamer**
**27915 Iberville Glen Dr**
**Katy, TX 77494**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 79 | **Nonpriority creditor's name and mailing address**<br>**Steve Beane**<br>**9 Amherst Lane.**<br>**Dearborn, MI 48120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.115 80 | **Nonpriority creditor's name and mailing address**<br>**Steve Beauchamp**<br>**72 Berkshire dr**<br>**St. Louis, MO 63117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.115 81 | **Nonpriority creditor's name and mailing address**<br>**Steve Bell**<br>**980 Woodland Drive**<br>**Hillsborough, CA 94010**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.115 82 | **Nonpriority creditor's name and mailing address**<br>**Steve Benner**<br>**143 CadyCentre #191**<br>**Northville, MI 48167**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.115 83 | **Nonpriority creditor's name and mailing address**<br>**Steve Bennett**<br>**2520 Lost Oaks Dr.**<br>**San Jose, CA 95124**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.115 84 | **Nonpriority creditor's name and mailing address**<br>**Steve Bigham**<br>**2412 Woodgreen Ct**<br>**Canton, MI 48188**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.115 85 | **Nonpriority creditor's name and mailing address**<br>**Steve Buck**<br>**1124 Clayton Ln. APT K**<br>**Austin, TX 78723**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 757 of 961

| 3.115 86 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steve Connell** | | ☐ Contingent | |
| **400 Locust St. #10** | | ☐ Unliquidated | |
| **San Francisco, CA 94118** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 87 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steve Cook** | | ☐ Contingent | |
| **2190 Chakgrove Dr** | | ☐ Unliquidated | |
| **Troy, MI 48098** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 88 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steve Cooley** | | ☐ Contingent | |
| **569 West Rincon Ave.** | | ☐ Unliquidated | |
| **Campbell, CA 95008** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 89 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steve Craig** | | ☐ Contingent | |
| **5773 Dora Lane** | | ☐ Unliquidated | |
| **Clarkston, MI 48348** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 90 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steve Frank** | | ☐ Contingent | |
| **241 N. Melborn** | | ☐ Unliquidated | |
| **Dearborn, MI 48128** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 91 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steve Frey** | | ☐ Contingent | |
| **3955 Mayfair** | | ☐ Unliquidated | |
| **Dearborn, MI 48125** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 92 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steve Heintz** | | ☐ Contingent | |
| **800 High Street #101** | | ☐ Unliquidated | |
| **Palo Alto, CA 94301** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 93 | **Nonpriority creditor's name and mailing address** **Steve Hotz** **7113 Mason Grove Ct** **Alexandria, VA 22306** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 94 | **Nonpriority creditor's name and mailing address** **Steve Hunter** **714 Tilman Rd** **Charlottesville, VA 22901** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 95 | **Nonpriority creditor's name and mailing address** **Steve James** **13349 Indian Oak Bend** **Manor, TX 78653** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 96 | **Nonpriority creditor's name and mailing address** **steve johnson** **5719 indian ct** **alexandria, VA 22303** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 97 | **Nonpriority creditor's name and mailing address** **Steve Kelem** **26323 Esperanza Drive** **Los Altos Hills, CA 94022** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 98 | **Nonpriority creditor's name and mailing address** **Steve Knodl** **2413 Spanish Camp Cv** **Austin, TX 78725** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 99 | **Nonpriority creditor's name and mailing address** **Steve Kuypers** **19189 Elkhart** **Harper Woods, MI 48225** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　　　　　Best Case Bankruptcy

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.116 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Leaney**
**49609 Timber Trail**
**Novi, MI 48374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve LeVine**
**319 Deerfield Drive**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Liebenow**
**765 Orkney Ave**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Little**
**11300 Slippery Elm Trail**
**Austin, TX 78750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Macica**
**11658 Nordic Lane**
**Truckee, CA 96161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Malik**
**1200 Gough street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve McAdams**
**83 De Bell Dr.**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.116 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve McCallister**
**3339 E Tanglewood Dr**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve McMannis**
**128 Henderson Street**
**Pittsburgh, PA 15212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Metz**
**339 29th Ave.**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Okay**
**1230 Market Street Box 351**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Ortiz**
**2120 Jefferson**
**redwood city, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Payonzeck**
**345 Green St**
**San Francisco, CA 94133-4189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Purcell**
**365 Preston Dr.**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 761 of 961

| 3.116 14 | **Nonpriority creditor's name and mailing address** **Steve Ray** 6665 Parkland Dearborn Heights, MI 48127 | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 15 | **Nonpriority creditor's name and mailing address** **Steve Ricks** 2711 E. LeGrand Loop Chandler, AZ 85286 | **As of the petition filing date, the claim is:** _Check all that apply._ ■ Contingent ☐ Unliquidated ■ Disputed | **$420.00** |
|---|---|---|---|

Date(s) debt was incurred __11/6/2017__

Last 4 digits of account number __1017__

Basis for the claim: **[Notice only] Techshop Chandler- Instrructor class instructions for the period 10/01 to 10/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 16 | **Nonpriority creditor's name and mailing address** **Steve Ricks** 2711 E. LeGrand Loop Chandler, AZ 85286 | **As of the petition filing date, the claim is:** _Check all that apply._ ■ Contingent ☐ Unliquidated ■ Disputed | **$480.00** |
|---|---|---|---|

Date(s) debt was incurred __9/30/2017__

Last 4 digits of account number __0917__

Basis for the claim: **[Notice only] Techshop Chandler- Instrructor class instructions for the period 09/05 to 09/28/2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 17 | **Nonpriority creditor's name and mailing address** **Steve Ricks** 2721 E Le Grand Loop Chandler, AZ 85286 | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 18 | **Nonpriority creditor's name and mailing address** **Steve Rightnour** 1601 Cindy Ct Round Rock, TX 78664 | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 19 | **Nonpriority creditor's name and mailing address** **Steve Roon** 119 Old Orchard Court Los Gatos, CA 95032 | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 762 of 961

| 3.116 20 | **Nonpriority creditor's name and mailing address** **Steve Schoettler** **3130 Alpine Road #288-481** **Portola Valley, CA 94028** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 21 | **Nonpriority creditor's name and mailing address** **Steve Smith** **2900 Holiday Ct.** **Morgan Hill, CA 95037** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 22 | **Nonpriority creditor's name and mailing address** **Steve Stram** **3235 Lafayette Drive** **Trenton, MI 48183** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 23 | **Nonpriority creditor's name and mailing address** **Steve Switaj** **14430 NW Whistler Ln** **Portland, OR 97229** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 24 | **Nonpriority creditor's name and mailing address** **Steve Szwabowski** **973 SpringField** **Northville, MI 48167** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 25 | **Nonpriority creditor's name and mailing address** **Steve Traugott** **472 Kings Court** **Campbell, CA 95008** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 26 | **Nonpriority creditor's name and mailing address** **Steve Votava** **2131 Pardoroyal Dr** **St Louis, MO 63131** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 763 of 961

| | | |
|---|---|---|
| **3.116** **27** | | |

**Nonpriority creditor's name and mailing address**
**Steve Watson**
**155 College St.**
**Mountain View, CA 94040**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.116** **28** | | |

**Nonpriority creditor's name and mailing address**
**Steve Wendl**
**486 Ferne Ave.**
**Palo Alto, CA 94306**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.116** **29** | | |

**Nonpriority creditor's name and mailing address**
**Steve Wesolowski**
**10338 Bonny Drive**
**Sunnyvale, CA 94086**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.116** **30** | | |

**Nonpriority creditor's name and mailing address**
**Steve Young**
**4780 Cheeney Street**
**Santa Clara, CA 95054**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.116** **31** | | |

**Nonpriority creditor's name and mailing address**
**Steve Zettler**
**835 O'Farrell St. #611,**
**San Francisco, CA 94109**

Date(s) debt was incurred  **11/5/2017**
Last 4 digits of account number  **1**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **[Notice only] Techshop SOMA - Instructor class instruction for the period 10/04/2017 to 10/21/2017**

Is the claim subject to offset? ☐ No  ☐ Yes

**$456.25**

---

| | | |
|---|---|---|
| **3.116** **32** | | |

**Nonpriority creditor's name and mailing address**
**Steve Zettler**
**835 O'farrell St, Apt 611**
**San Francisco, CA 94109**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.116** **33** | | |

**Nonpriority creditor's name and mailing address**
**Steven  Drake**
**1201 S Courthouse unit 612**
**Arlington, VA 22204**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.116 34 | Nonpriority creditor's name and mailing address **Steven Scotten** **838 Ceder St, Apt H** **Alameda, CA 94501** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 35 | Nonpriority creditor's name and mailing address **Steven and Linda Liebenow** **765 Orkney Ave** **Santa Clara, CA 95054** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$27,202.74** |
|---|---|---|---|

Date(s) debt was incurred  **12/27/2016**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 36 | Nonpriority creditor's name and mailing address **Steven Bakondi** **330 Alvarado St.** **San Francisco, CA 94114** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 37 | Nonpriority creditor's name and mailing address **Steven Bible** **2470 W Thompson Way** **Chandler, AZ 85286** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 38 | Nonpriority creditor's name and mailing address **Steven Brow** **59 Washington** **Santa Clara, CA 95050** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 39 | Nonpriority creditor's name and mailing address **Steven Brow** **304 La Honda Drive** **Milpitas, CA 95035** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 40 | Nonpriority creditor's name and mailing address **Steven Brown** **2392 E. Kempton Rd** **Chandler, AZ 85225** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 765 of 961

| 3.116 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Ciraolo** | ☐ Contingent | |
| **20 Lower Via Casitas, 3** | ☐ Unliquidated | |
| **Greenbrae, CA 94904** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 42 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Covington** | ☐ Contingent | |
| **4129 4TH STREET NW** | ☐ Unliquidated | |
| **WASHINGTON, DC 20011** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 43 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Dyke** | ☐ Contingent | |
| **1 Brookings Drive** | ☐ Unliquidated | |
| **St. Louis, MO 63130** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 44 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Finch** | ☐ Contingent | |
| **1025 Alameda de las Pulgas, #217** | ☐ Unliquidated | |
| **Belmont, CA 94002** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 45 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Forman** | ☐ Contingent | |
| **7526 Graymore Rd** | ☐ Unliquidated | |
| **Pittsburgh, PA 15221** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Haman** | ☐ Contingent | |
| **651 E Julian St. #B** | ☐ Unliquidated | |
| **San Jose, CA 95112** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Hernandez** | ☐ Contingent | |
| **1528 Bird Ave** | ☐ Unliquidated | |
| **San Jose, CA 95125** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 48 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **Steven Houtchens** **130 San Juan Ct** **Los Altos, CA 94022** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.116 49 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$29,646.58** |
| **Steven Houtchens and Bernadette Houtchen** **130 San Juan Ct** **Los Altos, CA 94022** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred **10/8/2013** Last 4 digits of account number **NA** | Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.116 50 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$310.00** |
| **Steven J. Frey** **3955 Mayfair Street,** **Dearborn Heights,, MI 48125** | ■ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred **10/19/2017** Last 4 digits of account number **0191** | Basis for the claim: **[Notice only] Techshop Detroit-Instructor class instructions for period 09/22/2017 to 10/15/2017** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.116 51 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$420.00** |
| **Steven J. Frey** **3955 Mayfair Street,** **Dearborn Heights,, MI 48125** | ■ Contingent ☐ Unliquidated ■ Disputed | | |
| Date(s) debt was incurred **8/21/2017** Last 4 digits of account number **8211** | Basis for the claim: **[Notice only] Techshop Detroit-Instructor class instructions for period 07/31/2017 to 08/21/2017** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.116 52 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **Steven Jones** **804 Avalon Ave.** **Lafayette, CA 94549** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.116 53 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **Steven Kasapi** **584 Castro St. #681** **San Francisco, CA 94114** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 767 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.116 | | | |
|---|---|---|---|
| 54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Steven Korzelius**
**4397 Chestnut Ridge Rd.**
**Amherst, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | | | |
|---|---|---|---|
| 55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Steven Lawu**
**2635 23rd Ave**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | | | |
|---|---|---|---|
| 56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Steven Leibon**
**130 E San Fernando St., PH4**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | | | |
|---|---|---|---|
| 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Steven Maas**
**1662 Fenton Business Park Ct, Suite 109**
**Fenton, MO 63026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | | | |
|---|---|---|---|
| 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Steven McCaa**
**1768 Quesada Way**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | | | |
|---|---|---|---|
| 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Steven Michaelis**
**1312 E3rd St**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | | | |
|---|---|---|---|
| 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Steven Mitchel**
**801 S. 17th Ave 28**
**Phoenix, AZ 85301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

---

| 3.116 | | |
|---|---|---|
| 61 | | |

**Nonpriority creditor's name and mailing address**

**Steven Monda**
**4167 Washington Blvd, Unit A**
**St. Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.116 | | |
|---|---|---|
| 62 | | |

**Nonpriority creditor's name and mailing address**

**Steven Mosbrucker**
**3651 Springbrook Ave.**
**San Jose, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.116 | | |
|---|---|---|
| 63 | | |

**Nonpriority creditor's name and mailing address**

**Steven Nelson**
**1404 Bonita Ave**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.116 | | |
|---|---|---|
| 64 | | |

**Nonpriority creditor's name and mailing address**

**Steven Nersesian**
**385 Tehama**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.116 | | |
|---|---|---|
| 65 | | |

**Nonpriority creditor's name and mailing address**

**STEVEN OSBURN**
**300 3rd St. #1101**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.116 | | |
|---|---|---|
| 66 | | |

**Nonpriority creditor's name and mailing address**

**Steven Pariseau**
**636 Fan Tail Way #913**
**Redwood City, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.116 | | |
|---|---|---|
| 67 | | |

**Nonpriority creditor's name and mailing address**

**Steven Pollack**
**707 Leahy St.**
**Redwood City, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 769 of 961

| 3.116 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Prior**
**24537 Queens Point**
**Novi, MI 48375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,980.43 |
|---|---|---|---|

**Steven R. Atkins**
**955 Mouton Circle**
**East Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/8/2011**

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Last 4 digits of account number **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Rockwood**
**5126 Durham Road West**
**Columbia, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Roy**
**194 Bayline Cir.**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Saunders**
**411 Kings Ct**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Schondorf**
**3 Shady Hollow Dr.**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Simoni**
**104 Baker St apt 4**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 770 of 961

| 3.116 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steven Tucker**
**19250 Black Road**
**Los Gatos, CA 95033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$439.00** |
|---|---|---|---|

**Steven Tucker_V**
**19250 Black Rd.**
**Los Gatos, CA 95033**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __11/11/2017__
Last 4 digits of account number __7086__

Basis for the claim: __[Notice only] Techshop San Jose -Instructor Class Instruction for the period from 10/11/2017 to 10/30/2017__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$325.00** |
|---|---|---|---|

**Steven Tucker_V**
**19250 Black Rd.**
**Los Gatos, CA 95033**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __10/10/2017__
Last 4 digits of account number __7084__

Basis for the claim: __[Notice only] Techshop San Jose -Instructor Class Instruction for the period from 09/01/2017 to 09/30/2017__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$407.00** |
|---|---|---|---|

**Steven Tucker_V**
**19250 Black Rd.**
**Los Gatos, CA 95033**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __9/10/2017__
Last 4 digits of account number __7083__

Basis for the claim: __[Notice only] Techshop San Jose -Instructor Class Instruction for the period from 08/01/2017 to 08/31/2017__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$971.00** |
|---|---|---|---|

**Steven Tucker_V**
**19250 Black Rd.**
**Los Gatos, CA 95033**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __8/8/2017__
Last 4 digits of account number __7082__

Basis for the claim: __[Notice only] Techshop San Jose -Instructor Class Instruction for the period from 07/01/2017 to 07/31/2017__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steven VanRoekel**
**2991 Woodland Drive NW**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Zhou**
3041 honeysuckle dr
ann arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Zupan**
425 Euclid Avenue Apt 3
San Francisco, CA 94118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven_B Wheeler**
111 monticello Ave
Piedmont, CA 94604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stevven  Garcia**
9509 E 14th St
Mesa, AZ 85212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stewart Cobb**
PO Box 50091
Palo Alto, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stewart Slater**
1203 Caspian Sea Dr
San Jose, CA 95126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stewart Williams**
1921 The Alameda, #1
San Jose, CA 95126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 772 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.116 88**

Nonpriority creditor's name and mailing address

**Stijn Jansen**
**1100 Sansome Street**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 89**

Nonpriority creditor's name and mailing address

**Stillman Taylor**
**1225 Pine Street, Apt 14**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 90**

Nonpriority creditor's name and mailing address

**Stinson Leonard Street**
**PO Box 843052**
**Kansas City, MO 94184**

Date(s) debt was incurred  **10/9/2017**

Last 4 digits of account number  **1807**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Professional services and disbursements rendered through September 30, 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.116 91**

Nonpriority creditor's name and mailing address

**Stinson Leonard Street**
**PO Box 843052**
**Kansas City, MO 94184**

Date(s) debt was incurred  **10/13/2017**

Last 4 digits of account number  **6534**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Invoice dated 07/10/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.116 92**

Nonpriority creditor's name and mailing address

**Stinson Leonard Street LLP**
**PO Box 843052**
**Kansas City, MO 64184**

Date(s) debt was incurred  **8/8/2017**

Last 4 digits of account number  **2019**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Review email from Mr. Hilberman regarding lease default issues; respond to same. (1.20hrs @ 465/hr)**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.116 93**

Nonpriority creditor's name and mailing address

**Stone Librande**
**673 Hamilton Ave**
**Milpitas, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 773 of 961

**3.116 94**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **Stone Yu** | |
| 16 Museum Way | |
| San Francisco, CA 94114 | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116 95**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **Strata Chalup** | |
| 1225 Vienna Dr. SPC 674 | |
| Sunnyvale, CA 94089 | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116 96**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$176.64** |
| **Stratasys** | |
| 28043 Network Place | |
| Chicago, IL 60673-1280 | |

Date(s) debt was incurred **11/1/2017**

Last 4 digits of account number **0402**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-MOJO 3D Printer Loan Payment  for Nov 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116 97**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$176.64** |
| **Stratasys** | |
| 28043 Network Place | |
| Chicago, IL 60673-1280 | |

Date(s) debt was incurred **10/1/2017**

Last 4 digits of account number **9739**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-MOJO 3D Printer Loan Payment  for Oct 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116 98**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$427.96** |
| **Stratasys** | |
| 28043 Network Place | |
| Chicago, IL 60673-1280 | |

Date(s) debt was incurred **9/19/2017**

Last 4 digits of account number **3105**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-MOJO QUICKPACK PRINT ENGINE-P430 WHITE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116 99**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$480.32** |
| **Stratasys, Inc** | |
| 28043 Network Place | |
| Chicago, IL 60673 | |

Date(s) debt was incurred **11/1/2017**

Last 4 digits of account number **0408**

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -UPrint SE 3D Printer - 01-November-17**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|--------|--------------------|------------------------|--|
| | Name | | |

| 3.117 00 | **Nonpriority creditor's name and mailing address** Stratasys, Inc 28043 Network Place Chicago, IL 60673 | As of the petition filing date, the claim is: *Check all that apply.* | **$480.32** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**3.117 00**

Stratasys, Inc
28043 Network Place
Chicago, IL 60673

Date(s) debt was incurred  **10/1/2017**
Last 4 digits of account number  **9859**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -UPrint SE 3D Printer - 01-October-17**

Is the claim subject to offset? ■ No ☐ Yes

**$480.32**

---

**3.117 01**

**Nonpriority creditor's name and mailing address**

Stratasys, Inc
28043 Network Place
Chicago, IL 60673

Date(s) debt was incurred  **9/1/2017**
Last 4 digits of account number  **9018**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -UPrint SE 3D Printer - 01-September-17**

Is the claim subject to offset? ■ No ☐ Yes

**$480.32**

---

**3.117 02**

**Nonpriority creditor's name and mailing address**

Stratasys, Inc
28043 Network Place
Chicago, IL 60673

Date(s) debt was incurred  **8/1/2017**
Last 4 digits of account number  **8461**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -UPrint SE 3D Printer - 01-August-17**

Is the claim subject to offset? ■ No ☐ Yes

**$480.32**

---

**3.117 03**

**Nonpriority creditor's name and mailing address**

Stratasys, Inc
28043 Network Place
Chicago, IL 60673

Date(s) debt was incurred  **8/29/2017**
Last 4 digits of account number  **9555**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -345-42005, 345-42207 P430XL MODEL SPOOL - & SR-30XL SOLUBLE SUPPORT**

Is the claim subject to offset? ■ No ☐ Yes

**$825.26**

---

**3.117 04**

**Nonpriority creditor's name and mailing address**

Stratasys, Inc
28043 Network Place
Chicago, IL 60673

Date(s) debt was incurred  **9/8/2017**
Last 4 digits of account number  **1382**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -345-42005, 345-42207 P430XL MODEL SPOOL - & SR-30XL SOLUBLE SUPPORT**

Is the claim subject to offset? ■ No ☐ Yes

**$957.16**

---

**3.117 05**

**Nonpriority creditor's name and mailing address**

Stratasys, Inc
28043 Network Place
Chicago, IL 60673

Date(s) debt was incurred  **6/2/2017**
Last 4 digits of account number  **5225**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -UPrint SE/UPRINT SE Plus**

Is the claim subject to offset? ■ No ☐ Yes

**$637.69**

| 3.117 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$846.74** |
|---|---|---|---|

**Stratasys, Inc**
28043 Network Place
Chicago, IL 60673

Date(s) debt was incurred  6/20/2017

Last 4 digits of account number  8176

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Ivory and Spool (Uprint SE/UPRINT SE PLUS)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164.12** |
|---|---|---|---|

**Stratasys, Inc**
28043 Network Place
Chicago, IL 60673

Date(s) debt was incurred  9/19/2017

Last 4 digits of account number  3098

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-MOJO MODELING BASES 350-10000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,723.21** |
|---|---|---|---|

**Stratasys, Inc**
28043 Network Place
Chicago, IL 60673

Date(s) debt was incurred  9/11/2017

Last 4 digits of account number  1629

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-MOJO QUICKPACK PRINT ENGINES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$124.47** |
|---|---|---|---|

**Stratasys, Inc**
28043 Network Place
Chicago, IL 60673

Date(s) debt was incurred  9/11/2017

Last 4 digits of account number  1630

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-ECOWORKS TABLETS CLEANING AGENT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,292.19** |
|---|---|---|---|

**Stratasys, Inc**
28043 Network Place
Chicago, IL 60673

Date(s) debt was incurred  7/5/2017

Last 4 digits of account number  0478

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-MOJO QUICKPACK PRINT ENGINES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$481.42** |
|---|---|---|---|

**Stratasys,Inc**
28043 Network Place
Chicago,, IL 60673

Date(s) debt was incurred  11/21/2017

Last 4 digits of account number  0168

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - UPRINT SE 3D PRINTER for the month of Nov 2017**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 776 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.117 12**

Nonpriority creditor's name and mailing address

Stratasys,Inc
28043 Network Place
Chicago,, IL 60673

Date(s) debt was incurred  10/21/2017

Last 4 digits of account number  9435

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - UPRINT SE 3D PRINTER for the month of October 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$481.42**

---

**3.117 13**

Nonpriority creditor's name and mailing address

Stratasys,Inc
28043 Network Place
Chicago,, IL 60673

Date(s) debt was incurred  9/21/2017

Last 4 digits of account number  8833

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - UPrint SE Plus Printer for the month of  September 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$481.42**

---

**3.117 14**

Nonpriority creditor's name and mailing address

Stratasys,Inc
28043 Network Place
Chicago,, IL 60673

Date(s) debt was incurred  10/4/2017

Last 4 digits of account number  4553

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - UPrint SE Modeling Base and frieght**

Is the claim subject to offset? ■ No ☐ Yes

**$264.62**

---

**3.117 15**

Nonpriority creditor's name and mailing address

Stratasys,Inc
28043 Network Place
Chicago,, IL 60673

Date(s) debt was incurred  8/21/2017

Last 4 digits of account number  8624

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - UPrint SE Plus Printer for the month of August 2017**

Is the claim subject to offset? ■ No ☐ Yes

**$481.42**

---

**3.117 16**

Nonpriority creditor's name and mailing address

Stratasys,Inc
28043 Network Place
Chicago,, IL 60673

Date(s) debt was incurred  7/24/2017

Last 4 digits of account number  1751

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - UPrint SE Plus Printer for the period dated 07/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$573.98**

---

**3.117 17**

Nonpriority creditor's name and mailing address

Stripe Attn: Corporate Officer
185 Berry St #550
San Francisco, CA 94107

Date(s) debt was incurred  _

Last 4 digits of account number  9672

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Notice only - overdrawn account issue]**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 777 of 961

| 3.117<br>18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stu Waters**
**739 Durshire Way**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117<br>19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stuart Cheshire**
**16756 Littlefield Lane**
**Los Gatos, CA 95032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117<br>20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stuart Davis**
**P.O. Box 24961**
**San Jose, CA 95154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117<br>21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stuart Morris**
**117 47th Street**
**pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117<br>22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stuart Nafey**
**7 Sea Breeze Drive**
**Half Moon Bay, CA 94019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117<br>23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stuart Parker**
**1208 Overidge**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117<br>24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stuart Wahlers**
**401 12th Street South #519**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.117 25 | **Nonpriority creditor's name and mailing address**<br>**Stuart Yusem**<br>**1145 Steeplechase Lane**<br>**Cupertino, CA 95014**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.117 26 | **Nonpriority creditor's name and mailing address**<br>**Su Lee**<br>**737 Center Dr.**<br>**Palo Alto, CA 94301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.117 27 | **Nonpriority creditor's name and mailing address**<br>**Sualp Ozel**<br>**123 Carriage Drive**<br>**Pittsburgh, PA 15237**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.117 28 | **Nonpriority creditor's name and mailing address**<br>**Suave Bascomb**<br>**2751 12 Mile Rd**<br>**Berkley, MI 48072**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.117 29 | **Nonpriority creditor's name and mailing address**<br>**Subashinee Krishnamurthy**<br>**423 CamilleCircle #11**<br>**San Jose, CA 95134**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.117 30 | **Nonpriority creditor's name and mailing address**<br>**Subbaiah Malladi**<br>**130 Greenoaks Drive**<br>**Atherton, CA 94027**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.117 31 | **Nonpriority creditor's name and mailing address**<br>**Subban Raghunathan**<br>**386 E Hedding St**<br>**San Jose, CA 95112**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.117 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Subbarao Raikar**
**109 East Broadway Road. #38**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sudarshan Krishnamoorthy**
**1455 CHURCH DR**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sudeep Dutta**
**8101 Maplegate Pl**
**Glenn Dale, MD 20769-2048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sudeep Dutta**
**8101 Maplegate Pl**
**Glenn Dale, MD 20769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sudhakar Bobba**
**4229 Marston Ln**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sudhanshu Jain**
**610 Jackson St., Suite 220**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Suds Jain**
**610 Jackson St., Suite 220**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sue Howell**
**1024 Polk Ln**
**San Jose, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sue Kim**
**514 High Street Atelier**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sue Rushkowski**
**1380 Bishop Crest Court**
**Alexandria, VA 22308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sue Williams**
**5013 Vanderbilt Dr.**
**San Jose, CA 95130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sue Wrbican**
**5340 Holmes Run Pkwy #612**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Suhas Patil**
**21647 Rainbow Dr.**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Suman Jandhyala**
**2200 22nd St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 781 of 961

| 3.117 46 | Nonpriority creditor's name and mailing address **Sumeet Jain** 34227 Siward Dr. Fremont, CA 94555 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 47 | Nonpriority creditor's name and mailing address **Summer Barham** 420 S. Eldorado St San Mateo, CA 94402 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 48 | Nonpriority creditor's name and mailing address **Summit Funding Group, Inc** Lease Administration Centre PO BOX 63-64 Cinccinnati, OH 45263 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$628.50** |
|---|---|---|---|

Date(s) debt was incurred **10/10/2017**
Last 4 digits of account number **7346**

Basis for the claim: **LA# - 106797(11/11/2017 to 12/10/2017)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 49 | Nonpriority creditor's name and mailing address **Summit Funding Group, Inc #106519** Lease Administration Centre PO BOX 63-64 Cinccinnati, OH 45263 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,115.88** |
|---|---|---|---|

Date(s) debt was incurred **10/10/2017**
Last 4 digits of account number **6982**

Basis for the claim: **#106519 -30th Instalment (11-01-2017 to 11-30-2017)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 50 | Nonpriority creditor's name and mailing address **Summit Funding Group, Inc.** Lease Administration Centre PO BOX 63-64 Cinccinnati, OH 45263 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,781.56** |
|---|---|---|---|

Date(s) debt was incurred **10/10/2017**
Last 4 digits of account number **6983**

Basis for the claim: **LA# 106641- (11/01/2017 to 11/30/2017)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 51 | Nonpriority creditor's name and mailing address **Suneel Jain** 34227 Siward Dr. Fremont, CA 94555 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 52 | Nonpriority creditor's name and mailing address **Sunggyun Kim** 1320 Fairmont st NW Washington, DC 20009 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 782 of 961

| | |
|---|---|
| 3.117 53 | **Nonpriority creditor's name and mailing address** |

**Sunil Bilgi**
**5124 Heather Dr**
**Dearborn, MI 48126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.117 54 | **Nonpriority creditor's name and mailing address** |

**Sunil Hadap**
**7529 Mindy Mae Ln**
**Dublin, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.117 55 | **Nonpriority creditor's name and mailing address** |

**Sunil Katragadda**
**41562 Strawberry Court**
**Canton, MI 48188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.117 56 | **Nonpriority creditor's name and mailing address** |

**Sunni Paredes**
**2099 E. Huron Ct.**
**Gilbert, AZ 85234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.117 57 | **Nonpriority creditor's name and mailing address** |

**Sunny Khan**
**24402 Audrey Ave.**
**Warren, MI 48091**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.117 58 | **Nonpriority creditor's name and mailing address** |

**Suntae Kim**
**2954 Signature Blvd.**
**Ann Arbor, MI 48103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.117 59 | **Nonpriority creditor's name and mailing address** |

**Suraj  Gangaram**
**21445 Millard Ln**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 783 of 961

| 3.117 60 | **Nonpriority creditor's name and mailing address** **Surj Gish** 3927 Maybelle Avenue Oakland, CA 94619 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 61 | **Nonpriority creditor's name and mailing address** **Surya Prakash Reddy Dasari** 1215 E. Vista Del Cerro Dr. Tempe, AZ 85281 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 62 | **Nonpriority creditor's name and mailing address** **Susan Doherty** 100 E. Cliff St Alexandria, VA 22301 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 63 | **Nonpriority creditor's name and mailing address** **Susan Raney** 1008 Saratoga Springs Ct Florissant, MO 63034 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 64 | **Nonpriority creditor's name and mailing address** **Susan Bradley** 1563 E Zion Way Chandler, AZ 85249 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 65 | **Nonpriority creditor's name and mailing address** **Susan Bragg** 10834 Greene Drive Lorton, VA 22079 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 66 | **Nonpriority creditor's name and mailing address** **Susan Carver** 9804 Thinleaf Cove Austin, TX 78759 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.117 67 | **Nonpriority creditor's name and mailing address** **Susan Clay** 1411 E Orangewood Ave #117 Phoenix, AZ 85020 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 68 | **Nonpriority creditor's name and mailing address** **Susan Conklu** 909 S Acapulco Lane # B Tempe, AZ 85281 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 69 | **Nonpriority creditor's name and mailing address** **Susan Dybbs** 10440 Bubb Road, Suite E Cupertino, CA 95014 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 70 | **Nonpriority creditor's name and mailing address** **Susan Faull** 10491 Meinert Rd. Wexford, PA 15090 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 71 | **Nonpriority creditor's name and mailing address** **Susan Gore** 2389 Westgate Ave. San Jose, CA 95125 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 72 | **Nonpriority creditor's name and mailing address** **Susan Herrell** 10091 Bromont Sun Valley, CA 91352 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 73 | **Nonpriority creditor's name and mailing address** **Susan Herrick** 9693 Woodbend Dr. Saline, MI 48176 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 785 of 961

| 3.117 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Kistler**
66 Spring St
Marion, MA 02738

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Lato**
113 W Ferndale Ave.
Sunnyvale, CA 94085

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan McComb**
989 Chenery St
San Francisco, CA 94131

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan McMullan**
649 Faxon Ave
San Francisco, CA 94112

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Menta**
2211 kenbridge drive apt A
Austin, TX 78757

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Olsen**
3445 Cade Drive
Fremont, CA 94536

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Schwab**
4270 Bakerstown-Culmerville Road
Gibsonia, PA 15044

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 3.117 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Swei**
3332 LA MESA DR.Apt 6
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Tolley**
3340 Diablo Shadow Drive
Walnut Creek, CA 94598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Van Valkenburg**
14817 East Hills Drive
San Jose, CA 95127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Warren**
3571 Far West Blvd #90
Austin, TX 78731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Watkins**
1267 Fremont St
San Jose, CA 95126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susannah Lohr**
2017 Washington Ave
St. Louis, MO 63103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sushanta Das**
306 Village Green Blvd, #206
Ann Arbor, MI 48105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 787 of 961

| 3.117 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susi Menazza**
**1610 N. Greenbrier St.**
**Arlington, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susie Vosky**
**15970 Longwood Dr**
**Los Gatos, CA 95032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susie Zampaglione**
**1615 Canyon View Dr.**
**San Jose, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Suzannah Marek**
**19975 Stanton Ave.**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Suzanne Bohanon**
**5601 S 6th St**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Suzanne Dimitri**
**127 Austin Ave**
**Royal Oak, MI 48067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Suzanne Pierce**
**5903 Deep Spring Cove**
**Austin, TX 78730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 788
of 961

| | |
|---|---|
| 3.117 95 | **Nonpriority creditor's name and mailing address** | $0.00 |

**3.117 95**

**Nonpriority creditor's name and mailing address**
**Suzy Kerbs**
**1709 Washington Ave #702**
**St. Louis, MO 63103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 96**

**Nonpriority creditor's name and mailing address**
**Swadhruth Komanduri**
**5268 Commonwealth St**
**Detroit, MI 48208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 97**

**Nonpriority creditor's name and mailing address**
**Sya Warfield**
**225 9th St A**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 98**

**Nonpriority creditor's name and mailing address**
**Syd Klinge**
**610 Moulton Ave**
**Los Angeles, CA 90031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 99**

**Nonpriority creditor's name and mailing address**
**Sydney Bell**
**980 Woodland Dr.**
**Hillsborough, CA 94010**

Date(s) debt was incurred **9/5/2017**
Last 4 digits of account number **4**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop San Jose -Event cost for events on 08/16/2017 and 08/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$187.50**

---

**3.118 00**

**Nonpriority creditor's name and mailing address**
**Sydney Schatz**
**1100 Hamilton Court**
**Menlo Park, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 01**

**Nonpriority creditor's name and mailing address**
**sylvester guard_jr**
**770 O'Farrell st**
**san francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.118 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sylvie Bello**
**916 G Street, NW**
**Washington, DC, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sym Colovos**
**54 B Parnassus Ave**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**T.A. Ritchie Interiors**
**7707 Wisconsin Ave #1004**
**Bethesda, MD 20814**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/16/2017**

Last 4 digits of account number  **1001**

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Class Instructions for period 10/09/2017 to 10/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**T.A. Ritchie Interiors**
**7707 Wisconsin Ave #1004**
**Bethesda, MD 20814**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/25/2017**

Last 4 digits of account number  **1002**

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Class Instructions for period 10/16/2017 to 10/22/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**T.A. Ritchie Interiors**
**7707 Wisconsin Ave #1004**
**Bethesda, MD 20814**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **1003**

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Class Instructions for period 10/24 & 10/25**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.00** |
|---|---|---|---|

**T.A. Ritchie Interiors**
**7707 Wisconsin Ave #1004**
**Bethesda, MD 20814**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/14/2017**

Last 4 digits of account number  **1101**

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Class Instructions for period 11/01/2017 to 11/05/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 790 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.118 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $512.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
T.A. Ritchie Interiors
7707 Wisconsin Ave #1004
Bethesda, MD 20814

Date(s) debt was incurred  9/30/2017

Last 4 digits of account number  0901

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Class Instructions for period 09/07/2017 to 09/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$512.50**

---

| 3.118 09 |
|---|

**Nonpriority creditor's name and mailing address**
T.A. Ritchie Interiors
7707 Wisconsin Ave #1004
Bethesda, MD 20814

Date(s) debt was incurred  8/30/2017

Last 4 digits of account number  0801

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Class Instructions for period 07/27/2017 to 08/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$762.50**

---

| 3.118 10 |
|---|

**Nonpriority creditor's name and mailing address**
T.A. Ritchie Interiors
7707 Wisconsin Ave #1004
Bethesda, MD 20814

Date(s) debt was incurred  7/25/2017

Last 4 digits of account number  0702

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Prototyping efforts for 07/25/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| 3.118 11 |
|---|

**Nonpriority creditor's name and mailing address**
Taber Smith
14239 Worden Way
Saratoga, CA 95070

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.118 12 |
|---|

**Nonpriority creditor's name and mailing address**
Tabor Robak
381 Sterling Pl #2
Brooklyn, NY 11238

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.118 13 |
|---|

**Nonpriority creditor's name and mailing address**
Tackett Austin
8958 Barcelona St
Oakland, CA 90405

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.118 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tadao Arimoto** | ☐ Contingent | |
| **525 Pat Haven Drive** | ☐ Unliquidated | |
| **Pittsburgh, PA 15243** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tae Hun Yun** | ☐ Contingent | |
| **1115 E. Lemon St.** | ☐ Unliquidated | |
| **Tempe, AZ 85281** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TaeAjah  cannon** | ☐ Contingent | |
| **727 Washington Ave** | ☐ Unliquidated | |
| **Braddock, PA 15104** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tahj Merriman** | ☐ Contingent | |
| **723 19th St** | ☐ Unliquidated | |
| **Beaver Falls, PA 15010** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tahlee Baynard** | ☐ Contingent | |
| **4388 El Camino Real Unit 339** | ☐ Unliquidated | |
| **Los Altos, CA 94022** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Taimoor Tariq** | ☐ Contingent | |
| **1372 Creekside Dr. Apt 2** | ☐ Unliquidated | |
| **Walnut Creek, CA 94596** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Taitan Capel** | ☐ Contingent | |
| **868 43rd St.** | ☐ Unliquidated | |
| **Oakland, CA 94608** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 792 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.118<br>21 | **Nonpriority creditor's name and mailing address**<br>**Takumi Kawaguchi**<br>**1408 Old County Road**<br>**Belmont, CA 94002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118<br>22 | **Nonpriority creditor's name and mailing address**<br>**Takuro Hashitaka**<br>**78 Ringold St**<br>**San Francisco, CA 94103** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118<br>23 | **Nonpriority creditor's name and mailing address**<br>**Talal Alshammari**<br>**1440 E Broadway apt1028**<br>**Tempe, AZ 85282** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118<br>24 | **Nonpriority creditor's name and mailing address**<br>**Talan Cooksey**<br>**5105 Columbia Avenue**<br>**St Louis, MO 63139** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118<br>25 | **Nonpriority creditor's name and mailing address**<br>**Talanda Williams**<br>**375 S. 9th St. #5596**<br>**San Jose, CA 95112** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118<br>26 | **Nonpriority creditor's name and mailing address**<br>**Talat Gjimishka**<br>**117B 11th Street**<br>**Brooklyn, NY 11215** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118<br>27 | **Nonpriority creditor's name and mailing address**<br>**Taleen Der-Ghazarian**<br>**3324 S Pine St**<br>**Tempe, AZ 85282** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.118 28 | **Nonpriority creditor's name and mailing address** **Talya Sohnis** **1637 E28 street** **Brooklyn, NY 11229** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 29 | **Nonpriority creditor's name and mailing address** **Tam Taft-Walker** **710 E Austin Ave** **Round Rock, TX 78664** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 30 | **Nonpriority creditor's name and mailing address** **Tam Thao Pham** **3463A 17th St** **San Francisco, CA 94110** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 31 | **Nonpriority creditor's name and mailing address** **Tam Thao T Pham** **3463A 17th St** **San Francisco, CA 94110** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,774.03** |
|---|---|---|---|

Date(s) debt was incurred  **4/4/2016**
Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 32 | **Nonpriority creditor's name and mailing address** **Tamara Brown** **12081 Lincolnshire Dr** **Austin, TX 78758** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 33 | **Nonpriority creditor's name and mailing address** **Tamara Donohoe** **7205 Doreset Ave** **Saint Louis, MO 63130** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 34 | **Nonpriority creditor's name and mailing address** **Tamara Hoyt** **382 s 10th St. Unit B** **San Jose, CA 95112** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 794 of 961

| 3.118 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tamara Sharp**
**905 Parker**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tammy Lakkis**
**744 Dover St**
**Dearborn Heights, MI 48127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tammy Wilson**
**2822 S Paseo Loma**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tamsen Brown**
**15550 Meyer Ave**
**Allen Park, MI 48101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tan Sirinumas**
**747 geary street #104**
**San francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tan Tran**
**1549 Firestone Loop**
**Select an Airport, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tandeep Chadha**
**4320 Forest Park Ave STE 304**
**St Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 795
of 961

| 3.118 42 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tanner Blum** | ☐ Contingent | |
| **638 26th Ave** | ☐ Unliquidated | |
| **San Mateo, CA 94403** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 43 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tanuj Siddharth** | ☐ Contingent | |
| **10570 Whitney Way** | ☐ Unliquidated | |
| **Cupertino, CA 95014** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 44 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tanya Lyles** | ☐ Contingent | |
| **PO Box #1093** | ☐ Unliquidated | |
| **Half Moon Bay, CA 94019** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 45 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tanya Quinlan** | ☐ Contingent | |
| **38 Newman St** | ☐ Unliquidated | |
| **San Francisco, CA 94110** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tanyawan Norachit** | ☐ Contingent | |
| **588 chestnut St** | ☐ Unliquidated | |
| **San Francisco, CA 94133** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tara Baccus** | ☐ Contingent | |
| **1750 CR 255** | ☐ Unliquidated | |
| **Georgetown, TX 78633** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tara Banta** | ☐ Contingent | |
| **1503 Redwood Ave** | ☐ Unliquidated | |
| **Redwood City, CA 94061** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 796 of 961

| 3.118 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tara Bluford** 10958 E. Sombra Ave. Mesa, AZ 85212 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tara Coughlin** 38095 Circle Dr Harrison TWP, MI 48045 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tara Johnson** 398 olivehill drive san jose, CA 95125 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tara Johnson** 3080 Mary Helen Lane San Jose, CA 95136 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tara Munier** 3340 St. Mary's Rd Lafayette, CA 94549 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tara Mutukisna** 3616 Folsom St #2 San Francisco, CA 94110 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tara O** 3330 2nd St. S. Arlington, VA 22204 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tara Samuels**
**30 E Julian St Unit 102**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tara Youngborg**
**4268 Cotswolds Hill Lane**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Taras Kravtchouk**
**117 B 11th St**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tary Geesey**
**74 E Silver Creek Rd**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Taso Mullen**
**588 Page St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.68** |
|---|---|---|---|

**Tavco Services, Inc.**
**P.O. Box 15985**
**Austin, TX 78761**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/6/2017**

Basis for the claim:  **[Notice only] Techshop Austin -Equipment Rental - Quarterly -10/07/2017**

Last 4 digits of account number  **0607**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 798
of 961

---

| 3.118 62 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tavco Services, Inc.**
P.O. Box 15985
Austin, TX 78761

Date(s) debt was incurred  **7/6/2017**

Last 4 digits of account number  **0621**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **[Notice only] Techshop Austin -Equipment Rental - Quarterly -07/07/2017**

Is the claim subject to offset? ☑ No ☐ Yes

**$310.68**

---

| 3.118 63 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tax Assessor - Deborah M. Hunt CTA**
**Williamson County**
904 S. Main Street
Georgetwon, TX 78626

Date(s) debt was incurred  **7/20/2017**

Last 4 digits of account number  **J019**

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **[Notice only] Techshop Austin -Payment towards Williamson County from Corporate Amex card**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,827.49**

---

| 3.118 64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taylor  Strand**
333 Main St
Santa Cruz, CA 95061

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.118 65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taylor Estrada**
1040 Hirasaki Ct.
Gilroy, CA 95020

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.118 66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taylor Gandolfi**
1600 S Eads St, 319 N
Arlington, VA 22202

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.118 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taylor Neuburger**
321 W. Palomino Dr.
Chandler, AZ 85225

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.118 68**

**Nonpriority creditor's name and mailing address**

**Taylor Nicholson**
**570 Shotwell St.**
**San Francisco, CA 94110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 69**

**Nonpriority creditor's name and mailing address**

**Taylor Reid**
**1612 Notre Dame Ave.**
**Belmont, CA 94002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 70**

**Nonpriority creditor's name and mailing address**

**Taylor Swihart**
**4042 Shona Ct.**
**San Jose, CA 95124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 71**

**Nonpriority creditor's name and mailing address**

**Teagan Savage**
**1405 E Sapium Way**
**Phoenix, AZ 85048**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 72**

**Nonpriority creditor's name and mailing address**

**Tealdo Teal**
**22296 N. Caven Dr.**
**Maricopa, AZ 85138**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 73**

**Nonpriority creditor's name and mailing address**

**Ted  Bohrer**
**3150 Rubino Dr #210**
**San Jose, CA 95125**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 74**

**Nonpriority creditor's name and mailing address**

**Ted Arnn**
**10494 Olde Villa Drive**
**Gibsonia, PA 15044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.118 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ted Bosch**
3109 E. Hackamore St.
Mesa, AZ 85213

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ted Dickenson**
1515 Jefferson Davis Hwy #202
Arlington, VA 22202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ted Hindes**
Box 1245, Lindell & Skinker Blvds.
St. Louis, MO 63130

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ted Jackson**
529 Anza Street
Mountain View, CA 94041

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ted Johnson**
31 Manor Dr
Princeton, NJ 08540

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ted Larson**
544 E. Weddell Dr. #7
Sunnyvale, CA 94089

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ted Marshall**
4889 Tonino Dr
San Jose, CA 95136

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 801 of 961

| 3.118 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ted Moore**
2817 Monte Cresta Dr.
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ted Phipps**
615 N Main St. #150
Euless, TX 76039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ted Wayne**
1173 E. Galveston St
Gilbert, AZ 85295

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Teddie Davis**
605 San Gabriel Ave.
St.Louis, MO 63125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Teddy Yeh**
77 van ness ave #801
san francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tej Modi**
6552 Gartenoak Ct.
San Jose, CA 95120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tejas Shah**
2723 Morgan Drive Apt 10
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 802 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* |
|--------|--------------------|--------------------------|
| | Name | |

---

**3.118 89**

**Nonpriority creditor's name and mailing address**

**Tejas Ulavi**
**398 Boynton Ave, Apt 31**
**San Jose, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 90**

**Nonpriority creditor's name and mailing address**

**Tejesh Makanawala**
**1951 Plymouth Street**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 91**

**Nonpriority creditor's name and mailing address**

**Tendani Mpulubusi**
**2500 martin luther king jr ave se**
**washington, DC 20020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 92**

**Nonpriority creditor's name and mailing address**

**Tenea Nelson**
**823 S. Bayshore Blvd.**
**San Mateo, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 93**

**Nonpriority creditor's name and mailing address**

**Teng Yu**
**100 Willoughby Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 94**

**Nonpriority creditor's name and mailing address**

**Tennille Christensen, Esq. Tech Law Gard**
**650 Castro Street, Suite 120-414**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118 95**

**Nonpriority creditor's name and mailing address**

**Tennille Christensen, Esq. Tech Law Gard**
**650 Castro Street, Suite 120-414**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 96**

Nonpriority creditor's name and mailing address

**Tennille Christensen, Esq. Tech Law Gard**
**650 Castro Street, Suite 120-414**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                  **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118 97**

Nonpriority creditor's name and mailing address

**Teo Brandt**
**2205 Mayburn Street**
**Dearborn, MI 48128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118 98**

Nonpriority creditor's name and mailing address

**Terell Lewis**
**3634 Frazier St.**
**Pittsburgh, PA 15213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118 99**

Nonpriority creditor's name and mailing address

**Terence McPartland**
**716 Monroe St NE C438**
**Washington, DC 20017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 00**

Nonpriority creditor's name and mailing address

**Teresa  Blevins**
**17859 Graystone #202**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 01**

Nonpriority creditor's name and mailing address

**Teresa Blevins**
**17859 Graystone Ave Unit #202**
**Chino Hills, CA 91709**

Date(s) debt was incurred  **11/14/2017**

Last 4 digits of account number  **63**

As of the petition filing date, the claim is: *Check all that apply.*                                  **$19,461.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Total Compensation Deferred for Teresa Blevins, Director of IT beginning 8/5/16**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 02**

Nonpriority creditor's name and mailing address

**Teresa  Blevins**
**123  Main Street**
**Anywhere, NY 12345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 804 of 961

| 3.119 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Teresa Drake**
**327 Curie Dr**
**San Jose, CA 95119**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 04 |
|---|

**Nonpriority creditor's name and mailing address**
**Teresa Luther**
**20373 Via Portofino**
**Cupertino, CA 95014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 05 |
|---|

**Nonpriority creditor's name and mailing address**
**Teresa Nguyen**
**101 Mississippi Street**
**San Francisco, CA 94134**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 06 |
|---|

**Nonpriority creditor's name and mailing address**
**Teresa Rusin**
**2729 Fort Scott Dr.**
**Arlington, VA 22202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 07 |
|---|

**Nonpriority creditor's name and mailing address**
**Teresa Y. Luther**
**20373 Via Portofino**
**Cupertino, CA 95014**

Date(s) debt was incurred  **3/17/2011**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

$31,908.63

---

| 3.119 08 |
|---|

**Nonpriority creditor's name and mailing address**
**Terje Oseberg**
**1139 17th Ave**
**Redwood City, CA 94063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 09 |
|---|

**Nonpriority creditor's name and mailing address**
**Terra Savage**
**3508 S. Arroyo Ln.**
**Gilbert, AZ 85297**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 805 of 961

| 3.119 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Terrance  Johnson**
**3312 Wyndham Cir Ste 4207**
**Alexandria, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Terrance Jude Kessler**
**5902 Mount Eagle Drive apt 909**
**Alexandria, VA 22303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Terrell Fuqua**
**668 Camden Ct**
**Rochester Hills, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Terri Buchner**
**690 Covington Rd**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Terri Leung**
**50 Lee Ave**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Terri Matsakis**
**153 Bonita Ave.**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Terrie Rasmussen**
**50 Liberty Dock**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 806 of 961

| 3.119 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Terry Ludwick** | ☐ Contingent | |
| **22521 Carleton Ave** | ☐ Unliquidated | |
| **Southfield, MI 48033** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,375.82** |
| **Terry 2009 Living Trust** | ☐ Contingent | |
| **6081 Foothill Glen Ct** | ☐ Unliquidated | |
| **San Jose, CA 95123** | ☐ Disputed | |
| Date(s) debt was incurred **12/22/2010** | **Basis for the claim:** **Principal and accrued interest for loan to TechShop SOMA LLC** | |
| Last 4 digits of account number **NA** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Terry Beier** | ☐ Contingent | |
| **6831 South 42nd Place** | ☐ Unliquidated | |
| **Phoenix, AZ 85042** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Terry Boyer** | ☐ Contingent | |
| **58 Treehaven Dr.** | ☐ Unliquidated | |
| **San Rafael, CA 94901** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Terry Denham** | ☐ Contingent | |
| **207 North Rose** | ☐ Unliquidated | |
| **Glenshaw, PA 15116** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Terry Fries** | ☐ Contingent | |
| **2326 Columbia St.** | ☐ Unliquidated | |
| **Palo Alto, CA 94306** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Terry Hartley** | ☐ Contingent | |
| **804 Black Locust Dr** | ☐ Unliquidated | |
| **Pflugerville, TX 78660** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Terry Rorison**
**89 Sumner Ave. #2**
**Pittsburgh, PA 15202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Terry Rutterford**
**409 Rio Grande**
**Hutto, TX 78634**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Terry Sandin**
**1341 58th Ave #14**
**Oakland, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Terry Smith**
**2119 Rhonda Rd**
**Hillsborough, NC 27278**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Terry Thompson**
**P O Box 841431**
**Houston, TX 77284**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tesla Yaginuma**
**126 Bridgeview Dr.**
**San Francisco, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tess Wilson**
**2013 Delaware Ave**
**Pittsburgh, PA 15218**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 808 of 961

| 3.119 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tetis Chang**
2727 S. Quincy St 1207
Arlington, VA 22206

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tevel Oakes**
1763 W Carla Vista Dr
Chandler, AZ 85224

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.50 |
|---|---|---|---|

**Texas Welding Supply Co.**
4705 Commercial Park DR.
Austin, TX 78724

Date(s) debt was incurred  9/30/2017

Last 4 digits of account number  6296

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Austin -Cylinder Deposit - Invoice Dated 08/31/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|

**Texas Welding Supply Co.**
4705 Commercial Park DR.
Austin, TX 78724

Date(s) debt was incurred  9/30/2017

Last 4 digits of account number  7342

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop Austin -Cylinder Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thaddeus  Lindsay**
24051 Powers
Dearborn Heights, MI 48125

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**thayer smyth**
5705 19th St N
Arlington, VA 22205

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 809 of 961

| 3.119 37 | **Nonpriority creditor's name and mailing address**<br>**The Amidon/Menon 2003 Revocable Trust**<br>88 Higgins Ave.<br>Los Altos, CA 94022<br><br>Date(s) debt was incurred  **11/21/2013**<br>Last 4 digits of account number  **NA** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$29,405.48** |
|---|---|---|---|
| 3.119 38 | **Nonpriority creditor's name and mailing address**<br>**The Barn Door Lumber Co Inc.**<br>2020 Hemlock Rd.<br>Hemlock, MI 48626<br><br>Date(s) debt was incurred  **10/31/2017**<br>Last 4 digits of account number  **2708** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **[Notice only] Techshop Detroit-Late payment penalty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$22.26** |
| 3.119 39 | **Nonpriority creditor's name and mailing address**<br>**The Barn Door Lumber Co Inc.**<br>2020 Hemlock Rd.<br>Hemlock, MI 48626<br><br>Date(s) debt was incurred  **9/30/2017**<br>Last 4 digits of account number  **2700** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **[Notice only] Techshop Detroit-Late payment penalty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$22.26** |
| 3.119 40 | **Nonpriority creditor's name and mailing address**<br>**The Barn Door Lumber Co Inc.**<br>2020 Hemlock Rd.<br>Hemlock, MI 48626<br><br>Date(s) debt was incurred  **8/14/2017**<br>Last 4 digits of account number  **4002** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **[Notice only] Techshop Detroit-BALTIC BIRCH PLYWOOD AND FURNITURE GRADE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,113.01** |
| 3.119 41 | **Nonpriority creditor's name and mailing address**<br>**The Butler/Simmons Family 2001 Trust**<br>19 Kimmie Ct.<br>Belmont, CA 94002<br><br>Date(s) debt was incurred  **6/15/2011**<br>Last 4 digits of account number  **NA** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Principal and accrued interest for loan to TechShop San Jose LLC**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$50,155.19** |
| 3.119 42 | **Nonpriority creditor's name and mailing address**<br>**The David B. Gustavson and Deanna L. Gus**<br>1946 Fallen Leaf Ln<br>Los Altos, CA 94024<br><br>Date(s) debt was incurred  **5/12/2011**<br>Last 4 digits of account number  **NA** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Principal and accrued interest for loan to TechShop San Jose LLC**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$31,565.25** |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 810 of 961

| 3.119 43 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,450.86** |
| **The Hasslen Family Trust U/D/T 10/9/02** | ☐ Contingent | |
| **805 Evergreen St.** | ☐ Unliquidated | |
| **Menlo Park, CA 94025** | ☐ Disputed | |
| Date(s) debt was incurred __12/20/2010__ | **Basis for the claim:** **Principal and accrued interest for loan to TechShop San Jose LLC** | |
| Last 4 digits of account number __NA__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 44 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,532.16** |
| **The Knuth Family Trust, Donald E. Knuth** | ☐ Contingent | |
| **1063 Vernier Place** | ☐ Unliquidated | |
| **Stanford, CA 94305** | ☐ Disputed | |
| Date(s) debt was incurred __11/25/2013__ | **Basis for the claim:** **Principal and accrued interest for loan to TechShop Mid Peninsula LLC** | |
| Last 4 digits of account number __NA__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 45 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$291.71** |
| **The Lincoln Electric Company** | ■ Contingent | |
| **P.O. Box 644248** | ☐ Unliquidated | |
| **Pittsburgh, PA 15264-4248** | ■ Disputed | |
| Date(s) debt was incurred __9/5/2017__ | **Basis for the claim:** **[Notice only] Techshop Brooklyn-Credit against Brooklyn Invoice #906776380** | |
| Last 4 digits of account number __7330__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$330.19** |
| **The Lincon Electric Company** | ■ Contingent | |
| **PO bOX 677561,** | ☐ Unliquidated | |
| **Dallas, TX 75267** | ■ Disputed | |
| Date(s) debt was incurred __3/1/2013__ | **Basis for the claim:** **[Notice only] Techshop Pittsburgh-Payment for Inv. No 902649058 Paid from TechShop Corp Mike Catterlin Credit Card** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **The_Nueva_School Auction_2015_01** | ☐ Contingent | |
| **6565 SKYLINE BOULEVARD** | ☐ Unliquidated | |
| **Burlingame, CA 94010** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **The_Nueva_School Auction_2015_02** | ☐ Contingent | |
| **6565 SKYLINE BOULEVARD** | ☐ Unliquidated | |
| **Burlingame, CA 94010** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Thea Paar** | ☐ Contingent | |
| **6410 San Bonita Ave** | ☐ Unliquidated | |
| **St. Louis, MO 63105** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Thea Reid** | ☐ Contingent | |
| **1865 E Troy** | ☐ Unliquidated | |
| **Ferndale, MI 48220** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Theo Callahan** | ☐ Contingent | |
| **1958 Ellen Ave.** | ☐ Unliquidated | |
| **San Jose, CA 95125** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Theo Chakkapark** | ☐ Contingent | |
| **261 Rayos Del Sol Dr.** | ☐ Unliquidated | |
| **San Jose, CA 95116** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Theo Ferrin** | ☐ Contingent | |
| **741 W. Euclid St** | ☐ Unliquidated | |
| **Detroit, MI 48202** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Theo Revlock** | ☐ Contingent | |
| **4243 25th Street** | ☐ Unliquidated | |
| **San Francisco, CA 94114** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Theo Wells** | ☐ Contingent | |
| **26 Hillandia** | ☐ Unliquidated | |
| **Metropolis, IL 62960** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 812 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.119 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,380.82 |
|---|---|---|---|

**Theodore & Laura Phipps**
615 N Main St. #150
Euless, TX 76039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/26/2016

Last 4 digits of account number  NA

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Theodore Raab**
1106 James Ave
Redwood City, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Theodore Williams**
16312 Charter Oaks Dr
Davison, MI 48423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Theodore Wisniewski**
11724 Negley Dr.
San Diego, CA 92131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Theresa Bryant**
495 S PepperTree Dr
Gilbert, AZ 85296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**theresa hemmen**
733 Irving St. NW
Washington, DC 20010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Theresa Howard**
5075 Bel Estos Dr
San Jose, CA 95124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Theresa Weaks**
8338 Manchester Blvd
Grosse Ile, MI 48138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Therese McNeely**
1200 First St Apt 1329
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Thibault Robert**
4633 36th st south #A1
Arlington, VA 22206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Thomas  Melita**
1128 E Broadmor Dr.
Tempe, AZ 85282

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Thomas  Van_De_Woghe**
922 E. Apache Blvd. Apt. 801
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Thomas  Waters**
434 Central Ave #301
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Thomas  Wernke**
119 E Fairmont Dr
Tempe, AZ 85282

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,501.37** |
|---|---|---|---|

**Thomas & Jessica Flanigan**
8609 Aponi Rd
Vienna, VA 22180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/4/2016**

Last 4 digits of account number  **NA**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Ansley**
195 E Meadows Ct
Alpharetta, GA 30005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Apczynski**
28995 Pickford
Livonia, MI 48152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Arillotta**
6735 Smithfield St.
McKeesport, PA 15135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Baker**
920 E. Concorda Dr.
Tempe, AZ 85282

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Barley**
2808 Saint Marys View Rd
Accokeek, MD 20607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Boots**
6831 Murray Lane
Annandale, VA 22003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| Debtor | **TechShop, Inc.** | Case number *(if known)* _____ |
| | Name | |

---

**3.119**
**77**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Thomas Bowen**<br>**3450 E Glenhaven Dr**<br>**Phoenix, AZ 85048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.119**
**78**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Thomas Browne**<br>**165 Ridge Ave**<br>**Pittsburgh, PA 15237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.119**
**79**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Thomas Carabajal**<br>**1435 W Cedar St**<br>**Oxnard, CA 93033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.119**
**80**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Thomas Carlino**<br>**549 Quail Bush Ct**<br>**San Jose, CA 95117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.119**
**81**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Thomas Cheung**<br>**160 Island Dr.**<br>**Palo Alto, CA 94301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.119**
**82**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $8,247.94 |
| **Thomas Claburn**<br>**1274 Guerrero St.**<br>**San Francisco, CA 94110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred **4/21/2010** | **Basis for the claim:** **Principal and accrued interest for loan to TechShop SOMA LLC** |
| Last 4 digits of account number **NA** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.119**
**83**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Thomas Claburn**<br>**1274 Guerrero St.**<br>**San Francisco, CA 94110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

| 3.119 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Clark**
**3860 S. Peden Drive**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Clear**
**28 Southmoor Drive**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Cooke**
**433 Conway Meadows Drive**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Costanzo**
**1146 N. Mesa Drive #102-159**
**Mesa, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Dittler**
**350 Velarde St.**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Dixon**
**924 Hyde Park Dr**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Eastman**
**284 Tyrella Ave, Apt 8**
**Mt. View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 817 of 961

| 3.119 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Edwards**
**2649 Cedar Grove Dr**
**Belleville, IL 62221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Fetterolf**
**13 Francis Street**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Flanigan**
**8609 Aponi Rd**
**Vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Furneisen**
**72-4366 Mav Loa Hema Pl.**
**Cailva Kona, HI 96740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Goglio**
**1735 Willow Creek Dr.**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Gonzales**
**1921 The Alameda, Apt. 7**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Graziano**
**6413 N 85th Street**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 818 of 961

**3.119 98**

Nonpriority creditor's name and mailing address
**Thomas Hanna**
**1175 PARK PL APT 315**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 99**

Nonpriority creditor's name and mailing address
**Thomas Herbst**
**192 Selby Lane**
**Atherton, CA 94027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 00**

Nonpriority creditor's name and mailing address
**Thomas Hermann**
**2825 West Wattles**
**Troy, MI 48098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 01**

Nonpriority creditor's name and mailing address
**Thomas Houser**
**1016 Leah Lane**
**Round Rock, TX 78665**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 02**

Nonpriority creditor's name and mailing address
**Thomas Jewell**
**7807 Killbarron Dr**
**Laurel, MD 20707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 03**

Nonpriority creditor's name and mailing address
**Thomas Keeton**
**502 Tony Tank Ln**
**Salisbury, MD 21801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 04**

Nonpriority creditor's name and mailing address
**Thomas Kelley**
**337 Parker Street**
**Pittsburgh, PA 15209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 819 of 961

---

**3.120.05**

Nonpriority creditor's name and mailing address
**Thomas Klisdonk & Beverly Sanford**
**147 Anchor Bay Terr.**
**Sunnyvale, CA 94086**

Date(s) debt was incurred  **2/17/2016**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$28,923.29**

---

**3.120.06**

Nonpriority creditor's name and mailing address
**Thomas Koltiska**
**4112A 17th Street**
**San Francisco, CA 94114**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120.07**

Nonpriority creditor's name and mailing address
**thomas kozlowski**
**2251 pimmit dr**
**falls church, VA 22043**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120.08**

Nonpriority creditor's name and mailing address
**Thomas Kyer**
**11090 Lighthouse Dr APT 121**
**Belleville, MI 48111**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120.09**

Nonpriority creditor's name and mailing address
**Thomas Lech**
**1271 potrero Ave.**
**San Francisco, CA 94110**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120.10**

Nonpriority creditor's name and mailing address
**Thomas Li**
**1648 Leavenworth St**
**San Francisco, CA 94109**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120.11**

Nonpriority creditor's name and mailing address
**Thomas MacDevitt**
**3545 Shafer Dr.**
**Santa Clara, CA 95051**

Date(s) debt was incurred  **6/26/2013**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$21,922.94**

---

| 3.120 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Matter**
3100 Esperanza Crossing APT 6126
Austin, TX 78758

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas McDonnell**
215 Jill Dr.
Pittsburgh, PA 15236

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas McIntosh**
780 Ivy Dr
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas McIntosh**
3151 Payne Avenue #8
San Jose, CA 95117

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas McKenzie**
138 south glenora road
dundee, NY 14837

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas McLaughlin**
PO Box 1861
Cupertino, CA 95015-1861

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Miller**
4112 Wyoming St
St. Louis, MO 63116

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398     Doc# 2-1     Filed: 02/26/18     Entered: 02/26/18 18:01:21     Page 821
of 961

**3.120 19**

Nonpriority creditor's name and mailing address

**Thomas Miller**
**1740 Sanger Peak Way**
**Antioch, CA 94531**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 20**

Nonpriority creditor's name and mailing address

**Thomas nevin**
**3 Liberty st**
**San francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 21**

Nonpriority creditor's name and mailing address

**Thomas Nguyen**
**2808 monte crests way**
**San jose, CA 95132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 22**

Nonpriority creditor's name and mailing address

**Thomas Nichols**
**550 14th Rd South, Apt 503**
**Arlington, VA 22202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 23**

Nonpriority creditor's name and mailing address

**Thomas Norton**
**3920 Bridle Pass**
**Ann Arbor, MI 48108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 24**

Nonpriority creditor's name and mailing address

**Thomas Pass**
**1588 Willowgate Drive**
**San Jose, CA 95118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 25**

Nonpriority creditor's name and mailing address

**Thomas Reposa**
**4497 Poinsettia Court**
**San Jose, CA 95136**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.120 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas RIMBAUD**
922 Folsom St
San Francsico, CA 94107

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas Rivell**
88 E. San Fernando St.
San Jose, CA 95113

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas Robertus**
398 Bluefield Drive
San Jose, CA 95136

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas Roncco**
600 Ramble Ln A
Austin, TX 78745

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas Rossi**
270 Eleanor Drive
Woodside, CA 94062

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas Rusnock**
5511 Begonia Drive
San jose, CA 95124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,215.14 |
|---|---|---|---|

**Thomas S Duff**
3111 Deakin St.
Berkeley, CA 94705

Date(s) debt was incurred **2/11/2010**
Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Schaefer**
208 Oakwood Ave
Saint Louis, MO 63119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Sitch**
2621 Oak Meadow Drive
Round Rock, TX 78681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Sollars**
1055 W Lakeridge Dr
Gilbert, AZ 85233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Southworth**
1600 Amphitheater Pkwy.
Mountview, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Strohmann**
3730 Parish Ave.
Fremont, CA 94536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Swift**
7402 cedar avenue
Takoma park, MD 20912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Valentine**
5444 S Santa Claus Ave
Sierra Vista, AZ 85650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 824 of 961

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.120 40**

**Nonpriority creditor's name and mailing address**
**Thomas Whalley**
**4115 Davis Pl NW**
**Washington, DC 20007**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120 41**

**Nonpriority creditor's name and mailing address**
**Thomas Wizinsky**
**20216 meriman**
**romulus, MI 48174**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120 42**

**Nonpriority creditor's name and mailing address**
**Thomas Younsi**
**223 N3RD ST #A**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120 43**

**Nonpriority creditor's name and mailing address**
**Thorin Tobiassen**
**5113 Rosetta Street**
**Pittsburgh, PA 15224**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120 44**

**Nonpriority creditor's name and mailing address**
**Thu Trinh**
**555 S. Frances St.**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120 45**

**Nonpriority creditor's name and mailing address**
**Tia Bible**
**1709 Foley Dr.**
**St. Louis, MO 63136**

Date(s) debt was incurred  11/14/2017
Last 4 digits of account number  1317

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**$315.00**

**Basis for the claim:** [Notice only] Techshop St. Louis- Instructor fee for the period 10/06/2017 to 10/31/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.120 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295.00** |
|---|---|---|---|

**Tia Bible**
**1709 Foley Dr.**
**St. Louis, MO 63136**

Date(s) debt was incurred  9/30/2017

Last 4 digits of account number  0617

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop St. Louis- Instructor fee for the period 09/02/2017 to 09/29/2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tia Bible**
**1709 Foley Drive**
**St Louis, MO 63136**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tian Tian**
**575 S Rengstroff Ave Unit 51**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tiburcio de la Carcova**
**442 Old La honda rd**
**Woodside, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tiburcio Herrera**
**4303 Willow Springs Rd**
**Austin, TX 78745**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tiffani Mascarella**
**639 W 3rd St**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tiffany Chung**
**PO Box 26056**
**Austin, TX 78755**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 826 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.120 53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tiffany Lewis**
**1426 E Hoover Ave**
**Phoenix, AZ 85006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tiffany Renwick**
**3231 S Martingale Rd**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tiffany Wade**
**426 29th St**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tiffany Wise**
**128 Hobart Ave #4**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tim  Chen**
**836 Shetland Pl**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tim  Moffat**
**2355 W Chandler Blvd**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tim  Murcko**
**448 North 10th Street**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.120 60 | **Nonpriority creditor's name and mailing address** **Tim Aaronson** **706 Balra Drive** **El Cerrito, CA 94530** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred ____

Last 4 digits of account number ____

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 61 | **Nonpriority creditor's name and mailing address** **Tim and Avery Swihart** **4042 Shona Ct** **San Jose, CA 95124** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$27,327.85** |
|---|---|---|---|

Date(s) debt was incurred **3/17/2011**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 62 | **Nonpriority creditor's name and mailing address** **Tim and Avery Swihart** **4042 Shona Ct** **San Jose, CA 95124** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$19,442.43** |
|---|---|---|---|

Date(s) debt was incurred **7/3/2012**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 63 | **Nonpriority creditor's name and mailing address** **Tim Anderson** **839 E. Elgin St** **Chandler, AZ 85225** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred ____

Last 4 digits of account number ____

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 64 | **Nonpriority creditor's name and mailing address** **Tim Blatchley** **22914 Nona St.** **Dearborn, MI 48124** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred ____

Last 4 digits of account number ____

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 65 | **Nonpriority creditor's name and mailing address** **Tim Byers** **815 E Rose Ln Unit 112** **Phoenix, AZ 85014** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred ____

Last 4 digits of account number ____

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 66 | **Nonpriority creditor's name and mailing address** **Tim Cannady** **2407 Harrison Street, 013** **San Francisco, CA 94110** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred ____

Last 4 digits of account number ____

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Coldenhoff**
9 S Galaxy Dr
Chandler, AZ 85226-4807

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Currence**
111 Carol Drive
McMurray, PA 15317

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Curry**
4505 Harvey Penick Dr
Round Rock, TX 78664

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Doerzbacher**
136 North South Drive
Pittsburgh, PA 15237

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Driedger**
933 Hall St.
San Carlos, CA 94070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Tim Gaylord**
2700 Dorr Ave, Apt 332
Fairfax, VA 22031

Date(s) debt was incurred  10/21/2017
Last 4 digits of account number  1021

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor fees for instructions for the period 10/09/2017 to 10/15/2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 73 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
| **Tim Gaylord** | ☑ Contingent | |
| **2700 Dorr Ave, Apt 332** | ☐ Unliquidated | |
| **Fairfax, VA 22031** | ☑ Disputed | |
| Date(s) debt was incurred __10/8/2017__ | Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor fees** | |
| Last 4 digits of account number __1708__ | **for the period 10/01/2017 to 10/08/2017** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.120 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Tim Gaylord** | ☐ Contingent | |
| **9070 Loreleigh Way** | ☐ Unliquidated | |
| **Fairfax, VA 22031** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.120 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Tim Green** | ☐ Contingent | |
| **1731 Taylor Lake Road** | ☐ Unliquidated | |
| **Holly, MI 48442** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.120 76 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Tim Herbert** | ☐ Contingent | |
| **313 E Oxford Ave.** | ☐ Unliquidated | |
| **Alexandria, VA 22301** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.120 77 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Tim Johnson** | ☐ Contingent | |
| **4949 West Pine Blvd.** | ☐ Unliquidated | |
| **St. Louis, MO 63108** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.120 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Tim King** | ☐ Contingent | |
| **14595 Oceana Ave.** | ☐ Unliquidated | |
| **allen park, MI 48101** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.120 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Tim Kordas** | ☐ Contingent | |
| **638 Minna St., #7** | ☐ Unliquidated | |
| **San Francisco, CA 94103** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.120 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Kumper**
229 40th Street
Pittsburgh, PA 15201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Kurant**
18860 Robert
Melvindale, MI 48122

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Little**
1005 Shinnecock Hills
Georgetown, TX 78628

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Lothamer**
29140 Outrigger St
Lake Elsinore, CA 92530

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim McCracken**
1136 Johnson St
Redwood City, CA 94061

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim McFadden**
375 Mandarin Drive, 201
Daly City, CA 94015

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim McNabb**
3651 Dover
St. Louis, MO 63116

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 831 of 961

| 3.120 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Tim McShea**
**8172 Stone Ridge Dr**
**Frederick, MD 21702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Tim Mitchell**
**20875 Fargo Drive**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Tim Mouch**
**6821 Alber Rd**
**Saline, MI 48176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Tim Parker**
**1561 Lyle Dr**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Tim Paterson**
**6633 Broadacres Dr**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Tim Peck**
**606 Losoya Ct.**
**Hutto, TX 78634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Tim Rezac**
**8133 Chelaberry Ct**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Robinson**
**216 Blackstone Dr.**
**Boulder Creek, CA 95006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Roscoe**
**109 Oakview Drive**
**Cranberry Twp., PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Sefton**
**193 S. Saginaw**
**Pontiac, MI 48342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Shideler**
**19349 E Germann Rd  Ste 3**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Skornia**
**603 Holiday Ave**
**Hazelwood, MO 63042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Stehle**
**89 La Quinta Dr**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Swihart**
**4042 Shona Ct**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121<br>01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tim Thompson**
**943 Willow Glen Way**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121<br>02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tim Tisdel**
**2601 La Frontera Blvd #2423**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121<br>03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tim Wilkie**
**302 N St. SW**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121<br>04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tim Williams**
**9000 crow canyon rd s173**
**Danville, CA 94506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121<br>05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tim Ziegler**
**1010 W Annie St**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121<br>06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.91 |
|---|---|---|---|

**Time Warner Cable**
**Box 223085**
**Pittsburgh, PA 15251**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/1/2017**

Basis for the claim:  **[Notice only] Techshop Austin -Business class phone usage for period 10/01/2017 to 10/31/2017**

Last 4 digits of account number  **ct17**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.121 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$639.91** |
|---|---|---|---|

**Time Warner Cable**
**Box 223085**
**Pittsburgh, PA 15251**

Date(s) debt was incurred  **11/1/2017**

Last 4 digits of account number  **3**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **[Notice only] Techshop Austin -Business class phone usage for period 11/01/2017 to 11/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Timm Barczy**
**118 Lilmont Dr**
**Pittsburgh, PA 15218**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Timonthe Hockin**
**569 Sunnymount Ave**
**Sunnyvale, CA 94087**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Timothy  Feldkamp**
**1128 Brooks St**
**Ann Arbor, MI 48103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Timothy Annin**
**604 Bush Street #605**
**San Francisco, CA 94108**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,635.62** |
|---|---|---|---|

**Timothy B. Robinson & Lisa A. Robinson,**
**216 Blackstone Dr.**
**Boulder Creek, CA 95006**

Date(s) debt was incurred  **10/10/2013**

Last 4 digits of account number  **NA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Timothy Barten**
**308 BIRCH ST**
**MONETT, MO 65708**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| 3.121 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Timothy Faletti** 230 9th St. NE Washington, DC 20002 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Timothy Fitch** 1167 -G Larochelle Sunnyvale, CA 94089 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Timothy Freundlich** 7 Elizabeth Street San Francisco, CA 94110 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Timothy Gerrits** 11187 Westside Ave Forestville, CA 95436 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,244.74** |
| **Timothy Hauenstein** 7300 Florence Ave Pittsburgh, PA 15218 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred  **8/18/2017** | Basis for the claim:  **[Notice only] Techshop Pittsburgh-Instructor class instructions for period 08/02/2017 to 08/18/2017** | |
| Last 4 digits of account number  **2** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Timothy Herron** 1214 Eastbrook Lane Saint Louis, MO 63119 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Timothy J. Cherre, CRZ, CLS Sansone Grou** 120 South Central, Suite 500 St. Louis, MO 63105 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| Debtor **TechShop, Inc.** | Case number *(if known)* |
| Name | |

---

**3.121 21**

**Nonpriority creditor's name and mailing address**

**Timothy J. Thompson**
**943 Willow Glen Way**
**San Jose, CA 95125**

Date(s) debt was incurred  **12/14/2010**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$30,206.90**

---

**3.121 22**

**Nonpriority creditor's name and mailing address**

**Timothy Kearney**
**6190 Edsall Rd**
**Alexandria, VA 22304-5815**

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 23**

**Nonpriority creditor's name and mailing address**

**Timothy Kettering**
**245 Clinton Park**
**San Francisco, CA 94103**

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 24**

**Nonpriority creditor's name and mailing address**

**Timothy Nichols**
**2722 Bryant St**
**San Francisco, CA 94110**

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 25**

**Nonpriority creditor's name and mailing address**

**Timothy Nummela**
**9420 Watson Industrial Park**
**Crestwood, MO 63126**

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 26**

**Nonpriority creditor's name and mailing address**

**Timothy Perry**
**204 Estate Drive**
**Hutto, TX 78634**

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 27**

**Nonpriority creditor's name and mailing address**

**Timothy Rittenhouse**
**1550 7th St NW #701**
**Washington, DC 20001**

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.121 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Timothy Secor**
**1243 Highland Blvd**
**Hayward, CA 94542**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Timothy Skornia**
**603 Holiday Ave**
**Hazelwood, MO 63042**

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **6**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period Sept Month**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Timothy Skornia**
**603 Holiday Ave**
**Hazelwood, MO 63042**

Date(s) debt was incurred  **9/5/2017**

Last 4 digits of account number  **5**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop St. Louis- Instructor fee for the period Aug Month**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Timothy St.Louis**
**1004 wood st.**
**oakland, CA 94608**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Timothy Sun**
**840 Burlway Road**
**Burlingame, CA 94010**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Timothy Swihart**
**4042 Shana Ct**
**San Jose, CA 95124**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| 3.121 34 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Timothy Woudenberg** **95 Grand View Ave #5** **San Francisco, CA 94114** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 35 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Tin Ilakovac** **88 E. San Fernando St #1304** **san jose, CA 95113** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 36 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Tina  Beckwith** **520 12th St. South Apt 215** **Arlington, VA 22202** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 37 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Tina  Claflin** **3221 Clayborne Ave** **Alexandria, VA 22306** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 38 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Tina Best** **289 El Portal Way** **San Jose, CA 95119** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 39 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Tina Frey** **147 alhambra st** **san francisco, CA 94123** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 40 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Tina Nikfarjam** **126630 Lampico Rd** **Felton, CA 95018** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 839 of 961

| 3.121 41 | Nonpriority creditor's name and mailing address **tina shen** 1010 16th st apt 203 San Francisco, CA 94107 | As of the petition filing date, the claim is: *Check all that apply.* □ Contingent □ Unliquidated □ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No □ Yes

| 3.121 42 | Nonpriority creditor's name and mailing address **Titaina Prevot** 867 E Meadow Dr Palo Alto, CA 94303 | As of the petition filing date, the claim is: *Check all that apply.* □ Contingent □ Unliquidated □ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No □ Yes

| 3.121 43 | Nonpriority creditor's name and mailing address **TJ Fitzgerald** 44200 Wapool Rd Ashburn, VA 20147 | As of the petition filing date, the claim is: *Check all that apply.* □ Contingent □ Unliquidated □ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No □ Yes

| 3.121 44 | Nonpriority creditor's name and mailing address **TJ Rhodes** 95 Hobson St, Apt 12B San Jose, CA 95110 | As of the petition filing date, the claim is: *Check all that apply.* □ Contingent □ Unliquidated □ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No □ Yes

| 3.121 45 | Nonpriority creditor's name and mailing address **Toai Doan** 14435C Big Basin Way, #284 Saratoga, CA 95070 | As of the petition filing date, the claim is: *Check all that apply.* □ Contingent □ Unliquidated □ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No □ Yes

| 3.121 46 | Nonpriority creditor's name and mailing address **Tobi Adamolekun** 1290 RHODE ISLAND STREET, 21 San Francisco, CA 94107 | As of the petition filing date, the claim is: *Check all that apply.* □ Contingent □ Unliquidated □ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No □ Yes

| 3.121 47 | Nonpriority creditor's name and mailing address **Tobi Chen** 88 E. San Fernando Street Unit 1811 San Jose, CA 95113 | As of the petition filing date, the claim is: *Check all that apply.* □ Contingent □ Unliquidated □ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No □ Yes

| 3.121 48 | **Nonpriority creditor's name and mailing address** **Tobias McCandless** 5529 Jackson St. Pittsburgh, PA 15206 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 49 | **Nonpriority creditor's name and mailing address** **Tobin Brockett** 449 Costa Masa terrace apt c Sunnyvale, CA 94085 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$168,228.25** |
|---|---|---|---|
| | Date(s) debt was incurred 11/23/2016 Last 4 digits of account number NA | **Basis for the claim:** Principal and accrued interest for loan to TechShop Inc Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 50 | **Nonpriority creditor's name and mailing address** **Tobin Brockett** 449 Costa Masa terrace apt c Sunnyvale, CA 94085 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 51 | **Nonpriority creditor's name and mailing address** **Toby Anderson** 1165 Miller Ave Berkeley, CA 94708 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 52 | **Nonpriority creditor's name and mailing address** **Toby Herrera** 3112 Windsor Rd Austin, TX 78703 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 53 | **Nonpriority creditor's name and mailing address** **Toby McPheeters** 2994 Cottonwood Ct Santa Clara, CA 95051 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 54 | **Nonpriority creditor's name and mailing address** **Toby Millman** 220 20th Street, Apt 1308 Arlington, VA 22202 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.121 55 | **Nonpriority creditor's name and mailing address** <br> **Toby Owen** <br> **1701 Springlake Dr** <br> **Dripping Springs, TX 78620** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.121 56 | **Nonpriority creditor's name and mailing address** <br> **Todd Ansbacher** <br> **8312 N. Grace** <br> **Westland, MI 48185** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.121 57 | **Nonpriority creditor's name and mailing address** <br> **Todd Berkebile** <br> **1514 Barton Drive** <br> **Sunnyvale, CA 94087** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.121 58 | **Nonpriority creditor's name and mailing address** <br> **Todd Bigelow** <br> **837 Fillmore St. Apt 7** <br> **San Francisco, CA 94117** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.121 59 | **Nonpriority creditor's name and mailing address** <br> **Todd Bradfute** <br> **2250 CR 105** <br> **Hutto, TX 78634** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.121 60 | **Nonpriority creditor's name and mailing address** <br> **Todd Carlson** <br> **218 Glasgow Rd** <br> **Pittsburgh, PA 15221** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.121 61 | **Nonpriority creditor's name and mailing address** <br> **Todd Cushman** <br> **2601 Cortez Dr. Unit 5105** <br> **Santa Clara, CA 95051** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 842 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.121 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Evans**
**575 12th Road South, No. 207**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Grabowsky**
**600 Water St Sw**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Gustavson**
**1076 Freestone Ave**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Herrick**
**3970 Peninsula Dr.**
**Bay Harbor, MI 49770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Hoffmann**
**1860 W Azalea Drive**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Kingham**
**19609 E Emperor Blvd**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Lackner**
**18912 Great Falls Dr.**
**Manor, TX 78653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Todd Masonis** | ☐ Contingent | |
| **2064 Pine Street** | ☐ Unliquidated | |
| **San Francisco, CA 94115** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Todd Medema** | ☐ Contingent | |
| **7048 Meade Place** | ☐ Unliquidated | |
| **Pittsburgh, PA 15208** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Todd Merkel** | ☐ Contingent | |
| **23042 Hollander st.** | ☐ Unliquidated | |
| **Dearborn, MI 48128** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 72 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Todd Nelson** | ☐ Contingent | |
| **1431 Washington Blvd #1709** | ☐ Unliquidated | |
| **Detroit, MI 48226** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 73 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Todd Nicholas** | ☐ Contingent | |
| **PO Box 2595** | ☐ Unliquidated | |
| **Gilbert, AZ 85299** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Todd Nicol** | ☐ Contingent | |
| **11375 Greentree Dr.** | ☐ Unliquidated | |
| **Warren, MI 48093** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Todd Silva** | ☐ Contingent | |
| **64 Stoddard CT** | ☐ Unliquidated | |
| **Danville, CA 94526** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 844 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.121 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Todd Sobieralski** <br> **2175 N. Raisinville Rd** <br> **Monroe, MI 48162** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.121 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Todd Standish** <br> **124 Danvers street** <br> **San francisco, CA 94114** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.121 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Todd Whitmer** <br> **4901 Country Ln** <br> **San Jose, CA 95129** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.121 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Tolga Kuru** <br> **532 S Bay Shore Blvd** <br> **Gilbert, AZ 85233** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.121 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Tom  Burick** <br> **3020 E. Main St. Lot B32** <br> **Mesa, AZ 85213** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.121 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Tom  Dunbar** <br> **2416 S Eads St** <br> **Arlington, VA 22202** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.121 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Tom  Litle** <br> **130 San Rafael Avenue** <br> **Belvedere, CA 94920** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.121 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom Lunday**
429 Edgewood Road
San Mateo, CA 94402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom Adams**
13313 Ivywood Cove
Austin, TX 78729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom Anderson**
829 E. Elgin St.
Chandler, AZ 85225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom Bailey**
5548 Baca Circle
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom Brackett**
3807 Grindley Park
Dearborn, MI 48124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom Burnett**
95 City View Dr
Daly City, CA 94014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom Clayton**
2541 Dumbarton Ave
San Jose, CA 95124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 846 of 961

| 3.121 90 | **Nonpriority creditor's name and mailing address** **Tom Closs** 45301 Middlebury Ln. Canton, MI 48188 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 91 | **Nonpriority creditor's name and mailing address** **Tom Colson** 1598 Vireo Ave. Sunnyvale, CA 94087 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 92 | **Nonpriority creditor's name and mailing address** **Tom Connolly** 7342 Dartford Dr #9 McLean, VA 22102 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 93 | **Nonpriority creditor's name and mailing address** **Tom Conroy** 1105 Lorne Way Sunnyvale, CA 94087 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 94 | **Nonpriority creditor's name and mailing address** **Tom Crowe** 3320 valley dr alexandria, VA 22302 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 95 | **Nonpriority creditor's name and mailing address** **Tom Dalton** 244 Acacia San Bruno, CA 94066 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 96 | **Nonpriority creditor's name and mailing address** **Tom Darbonne** 1847 Granite Creek Santa Cruz, CA 95065 | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 847 of 961

| 3.121 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom Downs**
3086 Arroba Way
San Jose, CA 95118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom Duff**
3111 Deakin St.
Berkeley, CA 94705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom Durkin**
725 Pine St. #303
San Francisco, CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom Ellis**
145 Sage Ln
Soquel, CA 95073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom English**
912 Cole St. #216
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom Fruin**
20 Jay St., Studio M13
Brooklyn, NY 11201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom Geare**
3273 W. Megan
Chandler, AZ 85226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 04 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Haney** | ☐ Contingent | |
| **13795 Highwood Dr.** | ☐ Unliquidated | |
| **San Jose, CA 95127** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Hartnagel** | ☐ Contingent | |
| **1606 Bluff** | ☐ Unliquidated | |
| **Round Rock, TX 78681** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 06 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Hemenway** | ☐ Contingent | |
| **1730 W 10th Place  Ste 5** | ☐ Unliquidated | |
| **Tempe, AZ 85281** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 07 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Hess** | ☐ Contingent | |
| **337 Chateau La Salle Drive** | ☐ Unliquidated | |
| **San Jose, CA 95111** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Howard** | ☐ Contingent | |
| **1550 homestead ave** | ☐ Unliquidated | |
| **Walnut Creek, CA 94598-1336** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 09 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Jakubowski** | ☐ Contingent | |
| **8509 Gray St.** | ☐ Unliquidated | |
| **Westland, MI 48185** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 10 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Jalbert** | ☐ Contingent | |
| **356 Winding Way** | ☐ Unliquidated | |
| **San Francisco, CA 94112** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 849 of 961

| 3.122 11 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Jensen** | | ☐ Contingent | |
| **1078 Haven Ave** | | ☐ Unliquidated | |
| **Redwood City, CA 94063** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 12 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Jolley** | | ☐ Contingent | |
| **1739 Garfield St** | | ☐ Unliquidated | |
| **Aliquippa, PA 15001** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 13 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,176.00** |
| **Tom Jolley_V** | | ■ Contingent | |
| **1739 Garfield St.** | | ☐ Unliquidated | |
| **Aliquippa, PA 15001** | | ■ Disputed | |
| Date(s) debt was incurred  10/26/2017 | | **Basis for the claim:** **[Notice only] Techshop Pittsburgh-Instructor class instructions for period 08/15/2017 to 11/15/2017** | |
| Last 4 digits of account number  19 | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 14 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Jones** | | ☐ Contingent | |
| **501 Oregon** | | ☐ Unliquidated | |
| **Santa Cruz, CA 95032** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 15 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Joseph** | | ☐ Contingent | |
| **187 36th Street** | | ☐ Unliquidated | |
| **Pittsburgh, PA 15201** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 16 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Kenyon** | | ☐ Contingent | |
| **1236 Happy Valley Ave** | | ☐ Unliquidated | |
| **San Jose, CA 95129** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 17 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tom Kessler** | | ☐ Contingent | |
| **20325 carlysle** | | ☐ Unliquidated | |
| **dearborn, MI 48124** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.122 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Tom Kilsdonk<br>147 Anchor Bay Terr.<br>Sunnyvale, CA 94086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Tom Kuhn<br>7351 W Red Hawk Dr<br>Peoria, AZ 85383 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Tom Lough<br>812 Wood Mesa Drive<br>Round Rock, TX 78665 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Tom MacDevitt<br>3545 Shafer Dr.<br>Santa Clara, CA 95051 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.00 |
|---|---|---|---|
| | Tom McCaughan<br>35 San Mateo Drive<br>Florissant, MO 63031 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  11/10/2017<br>Last 4 digits of account number  1017 | Basis for the claim:  [Notice only] Techshop St. Louis- Instructor fee for the period 10/08/2017 to 11/10/2017 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Tom McCaughan<br>35 San Mateo Drive<br>Florissant, MO 63031 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Tom McNamara<br>P.O Box 1542<br>Los Gatos, CA 95031 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 851 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|--------|-------------------|------------------------|---|
| | Name | | |

| 3.122 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Meyer**
**4129 El Camino Way, Apt P**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Murphy**
**5410 Ellsworth Ave 2 Fl**
**Pittsburgh, PA 15232**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Musolf**
**447 MOUNTAIN VIEW AVE**
**MOUNTAIN VIEW, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,923.29** |
|---|---|---|---|

**Tom Nguyen**
**3058 Reynolds Ct**
**Fremont, CA 94536**

Date(s) debt was incurred  **2/17/2016**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Nguyen**
**3058 Reynolds Ct**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Nguyen**
**445 Francisco St. #4o1**
**San Francisco, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom O'Mahony**
**1631 W. Selby Ln.**
**Redwood City, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Tom Okumu** **16731 Saint Mary's Street** **DETROIT, MI 48235** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Tom Pannell** **10873 Wilkinson Ave** **Cupertino, CA 95014** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Tom Peterson** **822 Wilmington Ave** **St. Louis, MO 63111** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Tom Rudick** **11 Ellery #8** **Cambridge, MA 01238** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Tom s Martins** **488 University Ave** **Palo Alto, CA 94301** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Tom Seeger** **1 Bon Hills** **Olivette, MO 63132** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Tom Sullivan** **103 East Oak St** **Alexandria, VA 22301** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 39 | Nonpriority creditor's name and mailing address **Tom Taber** 2407 S Congress Ave - Unit E380 Austin, TX 78704 | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tom Taber**
2407 S Congress Ave - Unit E380
Austin, TX 78704

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.122 40

**Nonpriority creditor's name and mailing address**
**Tom Waters**
434 Central Ave. #301
Alameda, CA 94501

Date(s) debt was incurred **10/19/2017**
Last 4 digits of account number **1917**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Instructor class instruction on dated 10/05/2017 to 10/21/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$556.25**

---

3.122 41

**Nonpriority creditor's name and mailing address**
**Tom Waters**
434 Central Ave. #301
Alameda, CA 94501

Date(s) debt was incurred **9/28/2017**
Last 4 digits of account number **1**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop SOMA - Instructor class instruction on dated 09/20/2017 & 09/26/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$117.50**

---

3.122 42

**Nonpriority creditor's name and mailing address**
**Tom Wetteroth**
1061 N. Ash Dr
Chandler, AZ 85224

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.122 43

**Nonpriority creditor's name and mailing address**
**Tom Zipprian**
708 38th Ave, Apt 3
San Francisco, CA 94121

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.122 44

**Nonpriority creditor's name and mailing address**
**Tomas Krones**
3909 Ave C Apt D
Austin, TX 78751

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|--------------------|-----------------|---|
| | Name | | |

| 3.122 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tomer Ben-Gal**
**922 25TH STREET NW**
**WASHINGTON, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tommy DoBell**
**1664 E Glenhaven Dr**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tommy Haddock**
**703 Vernal Way**
**Emerald Hills, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tommy Hutcheson**
**320 23rd St South, 1334**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tommy Thorn**
**2115 Sepulveda Ave**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tommy Tran**
**340 Saint Louis St**
**Ferndale, MI 48226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Toni Hicks**
**3 Shratton Avenue**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Toni Singletary** | ☐ Contingent | |
| **2201 HWY 1431** | ☐ Unliquidated | |
| **Marble Falls, TX 78654** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tonia Bascomb** | ☐ Contingent | |
| **2751 12 Mile Rd** | ☐ Unliquidated | |
| **Berkley, MI 48072** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tony  Rivera** | ☐ Contingent | |
| **338 W Princeton Ave** | ☐ Unliquidated | |
| **Gilbert, AZ 85233** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tony Blodgett** | ☐ Contingent | |
| **44586 W. Venture Ln.** | ☐ Unliquidated | |
| **Maricopa, AZ 85139** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 56 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tony DeMattei** | ☐ Contingent | |
| **300 H St., Ste D** | ☐ Unliquidated | |
| **Antioch, CA 94509** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,252.71** |
| **Tony DiBase** | ☐ Contingent | |
| **4686 Alex Dr.** | ☐ Unliquidated | |
| **San Jose, CA 95130** | ☐ Disputed | |
| Date(s) debt was incurred  **1/15/2016** | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number  **NA** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 58 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tony DiBiase** | ☐ Contingent | |
| **4686 Alex Dr.** | ☐ Unliquidated | |
| **San Jose, CA 95130** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony DiPasquale**
1083 Clay St, 301
San Francisco, CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Fargnoli**
745 willow glen way
san jose, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Faustini**
4 N 2nd Street
San Jose, CA 95113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Garcia_Jr**
1620 E. Park Ave
Chandler, AZ 85225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |
|---|---|---|---|

**Tony Garcia_V**
1620 E. Park Ave.
Chandler, AZ 85225

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/29/2017**

Last 4 digits of account number **1785**

Basis for the claim: **[Notice only] Techshop Chandler- Instructor fees for class instructions for the period 08/04/2017 to 09/24/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Jordan**
177 Spence Lane
Elgin, TX 78621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony King**
4179 Mackin Woods Lane
San Jose, CA 95135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 857 of 961

| 3.122 66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tony Liechty**
**7106 Providence Ave**
**Austin, TX 78752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.122 67 |

**Nonpriority creditor's name and mailing address**
**Tony Lopez**
**7326 Allan Ave**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.122 68 |

**Nonpriority creditor's name and mailing address**
**Tony Misovski**
**1470 White Hawk**
**Oxford, MI 48371**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.122 69 |

**Nonpriority creditor's name and mailing address**
**Tony Paciolla**
**4164 Victoria Park Drive**
**San Jose, CA 95136**

Date(s) debt was incurred  **9/27/2017**

Last 4 digits of account number  **P050**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Event cost for the event on 08/16/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.122 70 |

**Nonpriority creditor's name and mailing address**
**Tony Paciolla**
**4164 Victoria Park Drive**
**San Jose, CA 95136**

Date(s) debt was incurred  **9/27/2017**

Last 4 digits of account number  **P051**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Event cost for the event SJ-EVENTS-20170913-SU-COon 09/13/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

| 3.122 71 |

**Nonpriority creditor's name and mailing address**
**Tony Paciolla**
**4164 Victoria Park Drive**
**San Jose, CA 95136**

Date(s) debt was incurred  **9/27/2017**

Last 4 digits of account number  **P052**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Event cost for the event EVENTS-20170914-GOOGLE-CL on 09/14/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

| 3.122<br>72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Paciolla**
**4164 Victoria Park Dr**
**San Jose, CA 95136**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$227.50** |
|---|---|---|---|

**Tony Paciolla_V**
**4164 Victoria Park Drive**
**San Jose, CA 95136**

Date(s) debt was incurred  **9/27/2017**
Last 4 digits of account number  **P053**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Events costs for 09/20/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Phillips**
**625 East St.**
**Northville, MI 48167**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Ritchie**
**7707 Wisconsin Ave #1105**
**Bethesda, MD 20814**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Savelli**
**1989 Johnston Ave**
**San Jose, CA 95125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Sebastian**
**3165 Dallas**
**Dearborn, MI 48124**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Stafford**
**600 Powder Horn ct**
**San Martin, CA 95128**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 79 | **Nonpriority creditor's name and mailing address** **Tony Villano** **540 E Chesterfild** **Ferndale, MI 48220** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 80 | **Nonpriority creditor's name and mailing address** **Tony Wingo** **1535 Arena St** **San Leandro, CA 94579** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 81 | **Nonpriority creditor's name and mailing address** **Tony Yeh** **300 3rd Street, #419** **San Francisco, CA 94107** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 82 | **Nonpriority creditor's name and mailing address** **Tony Young** **190 S. 15th St.** **San Jose, CA 95112** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 83 | **Nonpriority creditor's name and mailing address** **Tonya Jones** **PO Box 591** **Vallejo, CA 94590** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 84 | **Nonpriority creditor's name and mailing address** **Tor Lundgren** **2034 Pierce St.** **San Francisco, CA 94115** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 85 | **Nonpriority creditor's name and mailing address** **Tori Chin** **712 Canyon Crest Dr.** **Sierra Madre, CA 91024** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 860 of 961

| | | |
|---|---|---|
| 3.122<br>86 | **Nonpriority creditor's name and mailing address**<br>**Tori Moore**<br>**1724 Zenato Pl**<br>**Pleasanton, CA 94566**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.122<br>87 | **Nonpriority creditor's name and mailing address**<br>**Tori Schulz**<br>**1701 Buttercup Rd**<br>**Pflugerville, TX 78660**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.122<br>88 | **Nonpriority creditor's name and mailing address**<br>**Toriano Hardin**<br>**2196 Redwood Road**<br>**Hercules, CA 94547**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.122<br>89 | **Nonpriority creditor's name and mailing address**<br>**Torie Sims**<br>**711 Gier Court**<br>**San Jose, CA 95111**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.122<br>90 | **Nonpriority creditor's name and mailing address**<br>**Tormod Holt**<br>**4 Bayside Village, appt 408**<br>**San Francisco, CA 94107**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.122<br>91 | **Nonpriority creditor's name and mailing address**<br>**Torrey Smith**<br>**1503 Redwood Ave**<br>**Redwood City, CA 94061**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.122<br>92 | **Nonpriority creditor's name and mailing address**<br>**Torsten Becker**<br>**10253 Parkwood Dr, Apt #4**<br>**Cupertino, CA 95014**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

| 3.122 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Torsten Wendl**
486 Ferne Ave
Palo Alto, CA 94306

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tra Bouscaren**
102 Carlos Ave
Watsonville, CA 95076

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy Bartlett**
231 Dale Drive
Silver Spring, MD 20910

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy Gorelick**
2203 Kalkaska
Henderson, NV 89004

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy Jen**
167 Hillside Ave.
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy Jung**
475 Tehama Street #204
San Francisco, CA 94103

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy Lagomarsino**
2167 39th Ave
San Francisco, CA 94118

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy Scott**
21 Fountain St.
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy Steinhauser**
862 Green ave
Saint Louis, MO 63108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy Storer**
1066 47th Ave #16
Oakland, CA 94601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy Tunstall**
1105 Bluebird Dr
Florissant, MO 63031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy Wheeler**
110 Liberty Street
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Travis Ashkenasy**
320 Grand Street
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Travis Becker**
770 Homer Avenue
Palo Alto, CA 94301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Travis Berkner**
2526 N. 52nd St
Phoenix, AZ 85008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Travis Carr**
39 Boardman Place, Unit 201
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Travis Carr**
913 Peggotty
Austin, TX 78753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Travis Hall_V**
6325 W Del Rio St
Chandler, AZ 85226

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  10/3/2017

Basis for the claim:  **[Notice only] Techshop Chandler- Instructors class instructions for the period 09/20/2017 to 10/10/2017**

Last 4 digits of account number  2858

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Travis Halle**
1989A Santa Rita Road, Suite 266
Pleasanton, CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Travis May**
1232 Lanvale Dr
St Louis, MO 63119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Travis Nash**
590 E Heather Dr
SanTan Valley, AZ 85140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.123 14 | **Nonpriority creditor's name and mailing address** **Travis Ricker** **1900 Rockledge St, #2** **Pittsburgh, PA 15212** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 15 | **Nonpriority creditor's name and mailing address** **Travis Sheridan** **1408 Wright Street** **St Louis, MO 63107** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 16 | **Nonpriority creditor's name and mailing address** **Travis Skinner** **530 S Dobson Rd Apt 453** **Mesa, AZ 85202** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 17 | **Nonpriority creditor's name and mailing address** **Travis Taylor** **97 California St** **Highland Park, MI 48203** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 18 | **Nonpriority creditor's name and mailing address** **Travis Thaxton** **4939 W Ray Rd Ste 4-122** **Chandler, AZ 85226** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 19 | **Nonpriority creditor's name and mailing address** **Travis Thompson** **375 N. Federal Street #222** **Chandler, AZ 85226** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 20 | **Nonpriority creditor's name and mailing address** **Travis Thornton** **2252 N. 44th St. #3152** **Phoenix, AZ 85008** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123<br>21 | Nonpriority creditor's name and mailing address<br>**Travis White**<br>**11602 N 131 St**<br>**Scottsdale, AZ 85259**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.123<br>22 | Nonpriority creditor's name and mailing address<br>**travis Woodworth**<br>**1151 4th street SW 1018**<br>**washington, DC 20024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.123<br>23 | Nonpriority creditor's name and mailing address<br>**Trent  Bishopp**<br>**2880 E. Lindrick Drive**<br>**Chandler, AZ 85249**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.123<br>24 | Nonpriority creditor's name and mailing address<br>**Trent Johnston**<br>**120 Vreeland Rd**<br>**Hillsboro, MO 63050**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.123<br>25 | Nonpriority creditor's name and mailing address<br>**Trent Ostrander**<br>**27 Chenery Street**<br>**San Francisco, CA 94131**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.123<br>26 | Nonpriority creditor's name and mailing address<br>**Trent Thomas**<br>**1469 E Ironwood Dr**<br>**Chandler, AZ 85225**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.123<br>27 | Nonpriority creditor's name and mailing address<br>**Trenton Shehan**<br>**1275 E University Dr**<br>**Tempe, AZ 85281**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.123 28 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Trevor Cuba** | ☐ Contingent | |
| **30815 Barrington** | ☐ Unliquidated | |
| **Westland, MI 48186** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 29 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Trevor Dumitru** | ☐ Contingent | |
| **4100 Campana Drive** | ☐ Unliquidated | |
| **Palo Alto, CA 94306** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 30 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Trevor Ely** | ☐ Contingent | |
| **6275 mojave dr** | ☐ Unliquidated | |
| **San Jose, CA 95120** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 31 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Trevor Fitzgerald** | ☐ Contingent | |
| **6332 Avenue G** | ☐ Unliquidated | |
| **La Salle, MI 48145** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 32 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Trevor Gardon** | ☐ Contingent | |
| **18632 N 44th Pl** | ☐ Unliquidated | |
| **Phoenix, AZ 85050** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 33 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Trevor Gould** | ☐ Contingent | |
| **2515 Nedson Court** | ☐ Unliquidated | |
| **Mountain View, CA 94043** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 34 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Trevor Halle** | ☐ Contingent | |
| **1989A Santa Rita Road, Suite 266** | ☐ Unliquidated | |
| **Pleasanton, CA 94566** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 35 | **Nonpriority creditor's name and mailing address** **Trevor Kortman** **1836 E Apache Blvd** **Tempe, AZ 85281** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 36 | **Nonpriority creditor's name and mailing address** **Trevor Lerner** **4901 Evergreen Rd** **Dearborn, MI 48128** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 37 | **Nonpriority creditor's name and mailing address** **Trevor Longley** **321 Scott St** **Livermore, CA 94551** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 38 | **Nonpriority creditor's name and mailing address** **Trevor Morris** **736 Alfred Nobel Dr** **Hercules, CA 94547** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 39 | **Nonpriority creditor's name and mailing address** **Trevor Pan** **1901 E. El. Parque Dr.** **Tempe, AZ 85282** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 40 | **Nonpriority creditor's name and mailing address** **Trevor Pierce** **209 Harrison Ave, Apt 3** **Brooklyn, NY 11206** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 41 | **Nonpriority creditor's name and mailing address** **Trevor Sell** **9 August Alley** **San Francisco, CA 94133** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 868 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.123 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Trevor Tisdel**
**9001 Full Moon Cove**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Trevor VanHorn**
**16747 Babler View Dr**
**Wildwood, MO 63011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Trey Leveque**
**2646 E Calle Del Norte Dr**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,153.42 |
|---|---|---|---|

**Triantos Living Trust**
**351 La Questa Way**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/5/2017**

Last 4 digits of account number **NA**

Basis for the claim: **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tricia Kellison**
**2802 Louis Rd**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Trina Camping**
**450 Walnut St**
**Woodland, CA 95695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $366.50 |
|---|---|---|---|

**Trinco Tool Company**
**34600 Commerce Road**
**P O Box 98**
**Fraser, MI 48026**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/12/2017**

Last 4 digits of account number **5734**

Basis for the claim: **[Notice only] Techshop Detroit-Trin Blast 60 Bags and Pallet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Trip Lee** | ☐ Contingent | |
| **1205 Sheldon Cove, Suite D** | ☐ Unliquidated | |
| **Austin, TX 78753** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.123 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Trip Vest** | ☐ Contingent | |
| **827 Guerrero Street** | ☐ Unliquidated | |
| **San Francisco, CA 94110** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.123 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Trisha Huang** | ☐ Contingent | |
| **6370 Tucker Dr.** | ☐ Unliquidated | |
| **San Jose, CA 95129** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.123 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tristan Colson** | ☐ Contingent | |
| **1598 Virso Ave.** | ☐ Unliquidated | |
| **Sunnyvale, CA 94087** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.123 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tristan Denyer** | ☐ Contingent | |
| **478 Warren Dr** | ☐ Unliquidated | |
| **San Francisco, CA 94131** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.123 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tristan Horn** | ☐ Contingent | |
| **11 Nordhoff Street** | ☐ Unliquidated | |
| **San Francisco, CA 94131** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.123 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tristan Koivisto** | ☐ Contingent | |
| **308-13601 Greenfield Way** | ☐ Unliquidated | |
| **Southgate, MI 48195** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 870 of 961

| 3.123 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tristan Lloyd**
8350 59th St. N
Lake Elmo, MN 55042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tristan Sopp**
439 Franklin Avenue Apt. 2
Pittsburgh, PA 15221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tristen Young**
6100 W. Port Rd
Chandler, AZ 85226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Troy  Trimble**
91 Winfield St.
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Troy Cooley**
11320 Taylor Draper Ln
Austin, TX 78759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Troy Duncan**
2460 E. Fairview St.
Chandler, AZ 85225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.00 |
|---|---|---|---|

**Troy Duncan_V**
4387 Horseshoe Dr Happy Jack
Chandler, AZ 86024

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/27/2017**

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instruction for the period 10/01/2017 to 10/15/2017**

Last 4 digits of account number  **ncan**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 871 of 961

| 3.123 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Troy Harris**
601 chadwick ln
bay point, CA 94565

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Troy Hawkins**
702 N Alexander Ave
Royal Oak, MI 48067

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Troy Le**
5516 Sunspring Circle
San Jose, CA 95138

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Troy ONeal**
233 N 3rd Street Apt #4
San Jose, CA 95112

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Troy Porter**
3130 Steiner
San Francisco, CA 94123

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Troy Welch**
1309 Green Terrace Dr
Round Rock, TX 78664

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TSSF NMA**
926 Howard St
San Francisco, CA 94103

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 70 | **Nonpriority creditor's name and mailing address** **Tsu Han** **465 Fairchild Dr Ste B-209** **Mountain View, CA 94043** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 71 | **Nonpriority creditor's name and mailing address** **Tuan Nguyen** **198 Seaside Dr.** **Milpitas, CA 95035** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 72 | **Nonpriority creditor's name and mailing address** **Tucker Brown** **720 E Apache Blvd., #3203 Agave Hall** **Tempe, AZ 85281** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 73 | **Nonpriority creditor's name and mailing address** **Tucker Jeveli** **1182 Upper Happy Valley Rd.** **Lafayette, CA 94549** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 74 | **Nonpriority creditor's name and mailing address** **Tucker Redfern** **381 Pennsylvania Ave** **LosGatos, CA 95030** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 75 | **Nonpriority creditor's name and mailing address** **Tully Gould** **426 Geranium Cir** **Galt, CA 95632** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 76 | **Nonpriority creditor's name and mailing address** **Tunuviel Luv** **1127 South Daniel Way** **San Jose, CA 95128** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 873 of 961

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.123 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TUPOU HOKO**
**21168 WESTERN BLVD**
**HAYWARD, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Turner Bohlen**
**711 Scott St.**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,101.73 |
|---|---|---|---|

**TXU Energy**
**PO Box 650638**
**Dallas, TX 75265**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **10/20/2017**
Last 4 digits of account number **9359**

Basis for the claim: **[Notice only] Techshop Austin -Electricity Service Period: 09/20/2017 to 10/18/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ty Derousseau**
**40 N. Interstate HW 35**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ty Shemin**
**3801 Georgia Ave NW #501**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ty Voliter**
**79 Lily Court**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$405.38** |

**Tyco Integrated Security LLC**
P.O. Box 371967
Pittsburgh, PA 15250

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **11/1/2017**

Last 4 digits of account number  **3980**

Basis for the claim:  **[Notice only] Techshop SOMA - Services Charges - 11/01/2017 to 01/31/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$764.07** |

**Tyco Integrated Security LLC**
P.O.Box 371967
Pittsburgh, PA 15250-7967

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **10/7/2017**

Last 4 digits of account number  **4990**

Basis for the claim:  **[Notice only] Techshop San Jose - Pro Rated Service Charge for the period 11/01/2017 to 01/31/2018**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |

**Tyco Integrated Security LLC**
P.O. Box 371967
Pittsburgh, PA 15250-7967

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **5/11/2017**

Last 4 digits of account number  **5920**

Basis for the claim:  **[Notice only] Techshop San Jose -Installation Charge**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,975.73** |

**Tyco Integrated Security LLC**
P.O.Box 371967
Pittsburgh, PA 15250-7967

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **8/9/2017**

Last 4 digits of account number  **2017**

Basis for the claim:  **[Notice only] Techshop San Jose -Credit for the period of 01/16/2016 to 04/19/2017 (consist of four separate credits) moved from ...**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$782.22** |

**Tyco Integrated Security LLc**
P.O Box  371967,
Pittsburgh, PA 15250-7967

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **8/12/2017**

Last 4 digits of account number  **2847**

Basis for the claim:  **[Notice only] Techshop Detroit-Quaterly Billing for the period from 09/01/2017 to 11/30/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 88 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Tye  Winkel**
5647 Denton
Canton, MI 48188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Harris**
3447 Miami St.
St. Louis, MO 63116

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Hudgins**
1301 N. Quintana
Arlington, VA 22205

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Balogh**
2360 mission st
San Francisco, CA 94110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Chesebro**
132 Freelon St. Apt. A
San Francisco, CA 94107

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Farmer**
31447 Tyler St
Wayne, MI 48184

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Farris**
1022 5th ave
Oakland, CA 94606

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Fellman**
8302 N. 74th Pl.
Scottsdale, AZ 85258

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 876 of 961

| 3.123 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Glenn**
4490 Hunt Club Dr
Ypsilanti, MI 48197

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Heibeck**
372 W Portal Ave, #11
San Francisco, CA 94127

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Hoffman**
1400 47th Ave #4
San Francisco, CA 94122

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Kroymann**
1 Somerset Pl
Palo Alto, CA 94301

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Larson**
850 S River Dr #1053
Tempe, AZ 85281

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Mann**
PO Box 13351
Austin, TX 78711

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Matsumoto**
823 Romani Ct
San Jose, CA 95125

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| 3.124 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler McDaniel**
**106 N Horne**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Odean**
**68 Collingwood St**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Russell**
**383 Pine Tree Loop**
**Bastrop, TX 78602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Sheaffer**
**4609 Market St**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Style**
**6828 S 41 Ln**
**Phoenix, AZ 85041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Washington**
**500 E University**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Webb**
**7820 W. Surrey Ave**
**Peoria, AZ 85381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 878
of 961

| | | |
|---|---|---|
| 3.124 10 | **Nonpriority creditor's name and mailing address** **Tyler Williams** **536 Hopkins Street** **Menlo Park, CA 94025** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124 11 | **Nonpriority creditor's name and mailing address** **Tyler Wynn** **233 Shady Knoll Drive** **Pittsburgh, PA 15220** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124 12 | **Nonpriority creditor's name and mailing address** **TzuYu Chen** **38 N Almaden Blvd.** **San Jose, CA 95110** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124 13 | **Nonpriority creditor's name and mailing address** **Uchechukwu Omegara** **840 Burlway Road** **Burlingame, CA 94010** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124 14 | **Nonpriority creditor's name and mailing address** **Uchechukwu Omegara_V** **761 Carolina Street,** **San Francisco, CA 94107** | **$375.00** |

Date(s) debt was incurred  **10/24/2017**

Last 4 digits of account number  **6201**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 09/02/2017 to 09/17/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124 15 | **Nonpriority creditor's name and mailing address** **Uchechukwu Omegara_V** **761 Carolina Street,** **San Francisco, CA 94107** | **$375.00** |

Date(s) debt was incurred  **9/5/2017**

Last 4 digits of account number  **1620**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 08/06/2017 to 08/27/2017**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 879
of 961

| 3.124 16 | Nonpriority creditor's name and mailing address **Uel Jones** **363 N. Rengstorff Ave #9** **Mountain View, CA 94043** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.124 17 | Nonpriority creditor's name and mailing address **Uline** **12575 Uline Drive** **Pleasant Prairie, WI 53158** Date(s) debt was incurred **10/4/2017** Last 4 digits of account number **1026** | As of the petition filing date, the claim is: _Check all that apply._ ■ Contingent ☐ Unliquidated ■ Disputed Basis for the claim: **[Notice only] Techshop Brooklyn-# H-6405_ ULINE TOOL CHEST - 6 DRAWER -Qty-4@$355** Is the claim subject to offset? ■ No ☐ Yes | **$1,680.77** |
|---|---|---|---|

| 3.124 18 | Nonpriority creditor's name and mailing address **Ulrich Norbisrath** **700 North Wayne St. #305** **Arlington, VA 22201** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.124 19 | Nonpriority creditor's name and mailing address **Ulrike Kotak** **98 San Benito Ave.** **Atherton, CA 94027** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.124 20 | Nonpriority creditor's name and mailing address **Unique Ratliff** **500 E. University Dr. #1573** **Tempe, AZ 85210** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.124 21 | Nonpriority creditor's name and mailing address **Universal Laser Systems Inc.** **16008 NORTH 81ST STREET** **SCOTTSDALE, AZ 85260** Date(s) debt was incurred **4/26/2016** Last 4 digits of account number **9119** | As of the petition filing date, the claim is: _Check all that apply._ ■ Contingent ☐ Unliquidated ■ Disputed Basis for the claim: **[Notice only] Techshop SOMA - VLS4.60 PLATFORM, LENS KIT-2.0** Is the claim subject to offset? ■ No ☐ Yes | **$15,126.01** |
|---|---|---|---|

**3.124 22**

**Nonpriority creditor's name and mailing address**
**Universal Laser Systems Inc.**
**16008 NORTH 81ST STREET**
**SCOTTSDALE, AZ 85260**

Date(s) debt was incurred  4/26/2016
Last 4 digits of account number  9120

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop SOMA - VLS4.60 PLATFORM, LENS KIT-2.0

Is the claim subject to offset? ■ No ☐ Yes

**$22,253.54**

---

**3.124 23**

**Nonpriority creditor's name and mailing address**
**Universal Laser Systems Inc.**
**16008 NORTH 81ST STREET**
**SCOTTSDALE, AZ 85260**

Date(s) debt was incurred  7/18/2017
Last 4 digits of account number  9405

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [Notice only] Techshop San Jose -Rotary Mounting Kit

Is the claim subject to offset? ■ No ☐ Yes

**$156.00**

---

**3.124 24**

**Nonpriority creditor's name and mailing address**
**Unnathi Peri**
**10812 Gaillardia**
**Austin, TX 78733**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 25**

**Nonpriority creditor's name and mailing address**
**UNUM Life Insurance Company of America**
**PO Box 406990**
**Atlanta, GA 30384**

Date(s) debt was incurred  11/9/2017
Last 4 digits of account number  0016

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Life, AD&D, Short term disability & Long Term Disability  - December 2017

Is the claim subject to offset? ■ No ☐ Yes

**$2,642.19**

---

**3.124 26**

**Nonpriority creditor's name and mailing address**
**UNUM Life Insurance Company of America**
**PO Box 406990**
**Atlanta, GA 30384**

Date(s) debt was incurred  10/10/2017
Last 4 digits of account number  2017

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Life, AD&D, Short term disability & Long Term Disability  - November 2017

Is the claim subject to offset? ■ No ☐ Yes

**$2,863.61**

---

**3.124 27**

**Nonpriority creditor's name and mailing address**
**Uri Geva**
**1715 Dewey Street**
**San Mateo, CA 94403**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 881 of 961

| 3.124 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Uri Shatten**
4406 Vistaview St
West Mifflin, PA 15122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Urs Ross**
120 Clement Street
San Francisco, CA 94118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ursula DegenBertsch**
3251 South Court
Palo Alto, CA 94306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.83 |
|---|---|---|---|

**Utility Composites Inc**
RAPTOR Nails & Staples
2704 A Meister Pl.
Round Rock, TX 78664

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/14/2017**

Last 4 digits of account number **1375**

Basis for the claim: **[Notice only] Techshop SOMA - 15g 1" finish nails CP, 15g 1.5" finish nails CP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.71 |
|---|---|---|---|

**Utility Composites Inc**
Raptor Division
2704-A Meister Place
Round Rock, TX 78664

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **8/15/2017**

Last 4 digits of account number **1374**

Basis for the claim: **[Notice only] Techshop San Jose -15g 1.25" finish nails CP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.09 |
|---|---|---|---|

**Utility Composites Inc**
Polymer Composite Technology
2704 Meister Place, Suite A
Round rock, TX 78664

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **11/2/2017**

Last 4 digits of account number **2077**

Basis for the claim: **[Notice only] Techshop DC Arlington-15g 1.25" finish nails and 15g finish nailer up to 1.25**

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 34 | **Nonpriority creditor's name and mailing address** **Uwe Grosse** **31220 Hennepin St.** **Garden City, MI 48135** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 35 | **Nonpriority creditor's name and mailing address** **Vadim Bishtein** **1228 W Mckinley Ave Apt 2** **Sunnyvale, CA 94086** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 36 | **Nonpriority creditor's name and mailing address** **Vaibhav Bhandari** **2724 Bryant St** **San Francisco, CA 94110** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 37 | **Nonpriority creditor's name and mailing address** **Vaibhav Kachare** **25701 W 12 Mile rd APT 209** **southfield, MI 48034** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 38 | **Nonpriority creditor's name and mailing address** **Vaishnari Sridhar** **386 E. Hedding Street** **San Jose, CA 95112** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 39 | **Nonpriority creditor's name and mailing address** **vakhtang nikolava** **10003 parkwood dr** **Bethesda, MD 20814** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 40 | **Nonpriority creditor's name and mailing address** **Vakil Kuner** **145 Forrest Ave** **Fairfax, CA 94930-1804** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.124 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Valentino Del Rio**
**1223 38th Street**
**San Francisco, CA 94122**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Valerie  Nogueira**
**3006 Longhorn Blvd**
**Austin, TX 78758**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Valerie Groves**
**11102 Spicewood Club**
**Austin, TX 78750**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Valerie Hilligan**
**834 taylor ave**
**alameda, CA 94501**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Valerie Roseborough**
**2330 Dulles Station Blvd Suite 2111**
**Herndon, VA 20171**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.50** |
|---|---|---|---|

**Valerie Roseborough_V**
**2330 Dulles Station Blvd, Suite 2111**
**Herndon, VA 20171**

Date(s) debt was incurred  __11/1/2017__

Last 4 digits of account number  __2917__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Class Instructions for 10282017**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

**3.124 47**

**Nonpriority creditor's name and mailing address**

**Valerie Roseborough_V**
2330 Dulles Station Blvd, Suite 2111
Herndon, VA 20171

Date(s) debt was incurred **9/29/2017**

Last 4 digits of account number **0929**

As of the petition filing date, the claim is: Check all that apply.

$37.50

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor Class Instructions for 09/23/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.124 48**

**Nonpriority creditor's name and mailing address**

**Valerie Roseborough_V**
2330 Dulles Station Blvd, Suite 2111
Herndon, VA 20171

Date(s) debt was incurred **9/6/2017**

Last 4 digits of account number **0906**

As of the petition filing date, the claim is: Check all that apply.

$87.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor Class Instructions for period 08/02/2017 to 08/12/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.124 49**

**Nonpriority creditor's name and mailing address**

**Valerie Terry**
986 Spencer Avenue
San Jose, CA 95125

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.124 50**

**Nonpriority creditor's name and mailing address**

**Valerij Samoluk**
1540 Oak Creek Drive apt #207
Palo Alto, CA 94304

Date(s) debt was incurred **11/8/2017**

Last 4 digits of account number **7Sep**

As of the petition filing date, the claim is: Check all that apply.

$150.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 09/18/2017 to 09/30/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.124 51**

**Nonpriority creditor's name and mailing address**

**Valerij Samoluk**
1540 Oak Creek Drive apt #207
Palo Alto, CA 94304

Date(s) debt was incurred **9/20/2017**

Last 4 digits of account number **0017**

As of the petition filing date, the claim is: Check all that apply.

$250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 8/01/2017 to 08/31/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.124 52**

**Nonpriority creditor's name and mailing address**

**Vamsee Kandimalla**
3038 Dante Ct
San Jose, CA 95135

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 885 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|-------------------|--------------------------|---|
| | Name | | |

| 3.124 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,042.85** |
|---|---|---|---|

**Vance Bjorn**
**37 Park Dr.**
**Atherton, CA 94027**

Date(s) debt was incurred  **3/23/2012**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Detroit LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vance Bjorn**
**37 Park Dr.**
**Atherton, CA 94027**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vance Hatch**
**2270 N. Towne Avenue #2**
**Pomona, CA 91767**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vance Hatch**
**120 Independence Drive**
**Menlo Park, CA 94025**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vance Hatch**
**300 S 2nd Street**
**San Jose, CA 95113**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vance Ingalls**
**1439 21st ave**
**San Francisco, CA 94122**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vance Parker**
**13224 High Sierra Street**
**Manor, TX 78653**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vanessa  Donasco**
**1097 Jost Lane**
**Alameda, CA 94502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vanessa Ginzton**
**228 San Jose Ave.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vanessa Glenn**
**16695 Wild Horse Creek Rd.**
**Chesterfield, MO 63005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vanessa Perez**
**1158 Morse ave apt 104**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vanessa Wallace**
**456 Heatherbray Ct.**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,301.37 |
|---|---|---|---|

**Vargas Living Trust**
**18941 Quiet Oak Ln**
**Germantown, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2015**

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Varun Loiwal**
**831 Runningwood Circle**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.124 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Varun Sivamani**
1190 Mission St., #0218
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vashish Misir**
188 Elton St
Brooklyn, NY 11208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vasile Vincent**
68 W. Elmwood
Clawson, MI 48017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vasilina Khanavina**
615 leavenworth  Apt 3
San francicso, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,398.00 |
|---|---|---|---|

**Vectric Ltd Precision House**
2 Arden Road Warwickshire, B49 6HN
ENGLAND

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/24/2017**

Last 4 digits of account number _

Basis for the claim: **[Notice only] Techshop Brooklyn-Wire reversal of payment made to Vectric Ltd**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vedika Sridhar**
386 E. Hedding Street
San Jose, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ven Jandhyala**
11806 Pine Brook Court
Cupertino, CA 95014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Venkata Naga Pranathi Vemuri** | ☐ Contingent | |
| **2122, Bryant Street** | ☐ Unliquidated | |
| **San Francisco, CA 94110** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Venkatraghavan Ramesh** | ☐ Contingent | |
| **1221 Elm Lake Ct** | ☐ Unliquidated | |
| **San Jose, CA 95131** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 76 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Venu Devu** | ☐ Contingent | |
| **3548 AGATE DR APT 1** | ☐ Unliquidated | |
| **SANTA CLARA, CA 95051** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 77 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Verena Klug** | ☐ Contingent | |
| **901 15th Street South 404** | ☐ Unliquidated | |
| **Arlington, VA 22202** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$154.99** |
| **Verizon** | ■ Contingent | |
| **PO BOX 15124** | ☐ Unliquidated | |
| **Albany, NY 12212** | ■ Disputed | |
| Date(s) debt was incurred 10/12/2017 | **Basis for the claim:** [Notice only] Techshop Pittsburgh-Internet Service Charges for the period from 10/13/2017 to 11/12/2017 | |
| Last 4 digits of account number 2017 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$79.87** |
| **Verizon Wireless** | ☐ Contingent | |
| **PO Box 660108** | ☐ Unliquidated | |
| **Dallas, TX 75266** | ☐ Disputed | |
| Date(s) debt was incurred 10/6/2017 | **Basis for the claim:** A/c 672221837-00001 Internet Charges for the period 09/07 to 10/06/2017 | |
| Last 4 digits of account number 0438 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Verne Smith** | ☐ Contingent | |
| **370 Ashton Ave.** | ☐ Unliquidated | |
| **San Francisco, CA 94112** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Veronica  Helton** | ☐ Contingent | |
| **2901 Saint christina court** | ☐ Unliquidated | |
| **Round rock, TX 78665** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Veronica Head** | ☐ Contingent | |
| **1975 E University Dr** | ☐ Unliquidated | |
| **Apt. 323** | ☐ Disputed | |
| **Tempe, AZ 85281** | | |
| Date(s) debt was incurred __ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Vic  Pirrone** | ☐ Contingent | |
| **12214 Bliss Ct** | ☐ Unliquidated | |
| **Sterling Heights, MI 48310** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Vic Mitnick** | ☐ Contingent | |
| **859 Hemlock St** | ☐ Unliquidated | |
| **San Carlos, CA 94070-3853** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Vicente Llopis** | ☐ Contingent | |
| **1630 Jones Apt 5** | ☐ Unliquidated | |
| **San Francisco, CA 94109** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231.00** |
| **Vicia_V** | ■ Contingent | |
| | ☐ Unliquidated | |
| **4260 Forest Park Avenue,, MO 63108** | ■ Disputed | |
| Date(s) debt was incurred  _11/8/2017_ | Basis for the claim: _[Notice only] Techshop St. Louis- Catered Lunch & Cookies_ | |
| Last 4 digits of account number  _1013_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Vicki Anderson** | ☐ Contingent | |
| **65 Brady St.** | ☐ Unliquidated | |
| **San Francisco, CA 94103** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Notice Only re Techshop Subsidiary LLC Customer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vicki Murley**
3514 26th Street, #3
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vicki Scott**
6404 Harrogate Dr.
Austin, TX 78759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vickie Lockhart**
7807 E. Main St. #AA-10
Mesa, AZ 85207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vicky Fleming**
44A Orchard Avenue
Redwood City, CA 94061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vicky Snyder**
14516 Homestead Circle
Austin, TX 78717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victor  Manzanilla**
23 Sonaa Place
Hayward, CA 94542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victor Fraga**
7142 W. Cambridge Ave.
Phoenix, AZ 85035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.124 95 | **Nonpriority creditor's name and mailing address**<br>**Victor Jiang**<br>1071 Wallace Dr.<br>San Jose, CA 95120 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 96 | **Nonpriority creditor's name and mailing address**<br>**Victor Jiang_V**<br>1071 Wallace Dr.<br>San Jose,, CA 95120 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$350.00** |
|---|---|---|---|

Date(s) debt was incurred **9/25/2017**
Last 4 digits of account number **61**

Basis for the claim: **[Notice only] Techshop Menlo Park - Events cost for the period 09/15/2017 to 09/20/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 97 | **Nonpriority creditor's name and mailing address**<br>**Victor Jiang_V**<br>1071 Wallace Dr.<br>San Jose, CA 95120 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$475.00** |
|---|---|---|---|

Date(s) debt was incurred **9/21/2017**
Last 4 digits of account number **60**

Basis for the claim: **[Notice only] Techshop San Jose -Event cost for the period 09/12/2017 to 09/14/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 98 | **Nonpriority creditor's name and mailing address**<br>**Victor Jiang_V**<br>1071 Wallace Dr.<br>San Jose, CA 95120 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$335.00** |
|---|---|---|---|

Date(s) debt was incurred **8/25/2017**
Last 4 digits of account number **59**

Basis for the claim: **[Notice only] Techshop San Jose -Event cost for the period 08/16/2017 and 08/22/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 99 | **Nonpriority creditor's name and mailing address**<br>**Victor Lew**<br>998 Bella Vista Ave.<br>Pasadena, CA 91107 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 00 | **Nonpriority creditor's name and mailing address**<br>**Victor LopezKlein**<br>820 W University Dr<br>Unit 21<br>Tempe, AZ 85281 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 892 of 961

| 3.125 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Victor Mitnick_V**
859 Hemlock St
San Carlos, CA 94070

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  9/23/2017

Last 4 digits of account number  14

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 08/01/2017 to 08/31/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.50 |
|---|---|---|---|

**Victor Mitnick_V**
859 Hemlock St
San Carlos, CA 94070

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  9/23/2017

Last 4 digits of account number  15

Basis for the claim:  **[Notice only] Techshop Menlo Park - Instructor class instructions for the period 09/01/2017 to 09/30/2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Victor Santini**
77 Bluxome Street, Unit 606
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Victor Stevko**
335 Granada Ave
San Francisco, CA 94112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Victor Worlanyo**
525 S Forest Ave
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Victoria  Shaheen**
38 Williams St apt 5
Pontiac, MI 48341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.125 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,463.01 |
|---|---|---|---|

**Victoria B Mitchell**
**394 Davis Street**
**Northborough, MA 01532**

Date(s) debt was incurred   5/11/2016

Last 4 digits of account number   NA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victoria Engel**
**810 Deer Creek Rd**
**O'Fallon, IL 62269**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victoria Fong**
**1090 HAMPSHIRE ST.**
**SAN FRANCISCO, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victoria Hendrix**
**16 Terrace Ave.**
**Kentfield, CA 94904**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victoria Leonard**
**640 2nd Ln**
**South San Francisco, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victoria Leventin**
**610 E Gilbert Dr Apt. 240**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victoria McGovern**
**Box 564**
**Durham, NC 27702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victoria Mitchell**
**394 Davis Street**
**Northborough, MA 01532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victoria Paulino**
**2154 W OLIVE WAY**
**CHANDLER, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victoria Schramm**
**11055 Greenspring Ave**
**Utherville, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victoria Taylor**
**1130 Schooner St**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victoria Valencia**
**2208 Mission St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vijay Brihmadesam**
**31 UNION SQ W, APT 7F**
**NEW YORK, NY 10003-3206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vijay Pentapati**
**1137 E. Orange St.**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 3.125 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vijay Shanmugam**
**12204 Seline Way**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Viki Parsons**
**6904 Bancroft Woods Dr**
**Austin, TX 78729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vikram Subramaniam**
**1154 Eagle Cliff Ct**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vikrant Mehta**
**585 Broadway**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Viktor Orekhov**
**6835G Washington Blvd**
**Arlington, VA 22213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vin Li**
**6105 Delmer Blvd Apt 14**
**St. Louis, MO 63112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vince Koloski**
**1094 Revere A-11**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **Debtor** | **TechShop, Inc.** |
| | Name |

Case number (if known) _____

---

**3.125 28**

**Nonpriority creditor's name and mailing address**

**Vincent  Black**
**8550 W McDowell Rd**
**Phoenix, AZ 85037**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.125 29**

**Nonpriority creditor's name and mailing address**

**Vincent Acevedo**
**1316 Town Center**
**Pflugerville, TX 78660**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.125 30**

**Nonpriority creditor's name and mailing address**

**Vincent Bjorge**
**966 Prospect Street**
**San Jose, CA 95110**

Date(s) debt was incurred  **11/8/2017**

Last 4 digits of account number  **0003**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor Class Instruction on 10/26/2017 and 10/28/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$122.50**

---

**3.125 31**

**Nonpriority creditor's name and mailing address**

**Vincent Bjorge**
**966 Prospect Street**
**San Jose, CA 95110**

Date(s) debt was incurred  **10/9/2017**

Last 4 digits of account number  **0002**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop San Jose -Instructor Class Instruction on 09/06/2017**

Is the claim subject to offset? ■ No  ☐ Yes

**$61.75**

---

**3.125 32**

**Nonpriority creditor's name and mailing address**

**Vincent Bjorge**
**966 Prospect St**
**San Jose, CA 95110**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.125 33**

**Nonpriority creditor's name and mailing address**

**Vincent Farquharson**
**749 3rd Street SW**
**Washington, DC 20024**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|--------|-------------------|-------------------------|---|
| | Name | | |

---

| 3.125 34 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Vincent Howard**<br>**76 Length St.**<br>**Morgantown, WV 26505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 35 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Vincent Sabatini**<br>**654 Pinecrest Dr**<br>**Ferndale, MI 48220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 36 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Vincent Valdez**<br>**4912 H PARKWAY**<br>**SACRAMENTO, CA 95823** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 37 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Vinh Lien**<br>**729 S 22nd St**<br>**San Jose, CA 95116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 38 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Vinh Nguyen**<br>**501 N Oakland St**<br>**Arlington, VA 22203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 39 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Vinny Truchsess**<br>**1090 Main Street apt 103**<br>**Redwood City, CA 94063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 40 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Vinod  Shidham**<br>**26277 E. River Rd**<br>**Grosse Ile, MI 48138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Violet Riggs**
29 Lucky St
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Virag Saksena**
809B Cuesta Dr #197
Mountain View, CA 94040

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Virdell Hickman**
654 Main Street
Sausalito, CA 94965

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Virgil Poma**
18626 Harman St
Melvindale, MI 48122

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Virginia  Guillen**
12607 lamppost Ln
Austin, TX 78727

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Virginia  Stocker**
5618 Nevada Ave NW
Washington, DC 20015

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Virginia Braco**
460 Natoma st. Apt #8
San Francisco, CA 94103

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 48 | **Nonpriority creditor's name and mailing address** **Virginia Fleck** **1900 Larchmont Drive** **Austin, TX 78704** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 49 | **Nonpriority creditor's name and mailing address** **Virginia Rothenflue** **9808 Parkfield Drive** **Austin, TX 78758** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 50 | **Nonpriority creditor's name and mailing address** **Virginie Manichon** **1570 26th Avenue** **San Francisco, CA 94122** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 51 | **Nonpriority creditor's name and mailing address** **Vishal Guntur** **4701 Staggerbrush Road, Apt 1015** **Austin, TX 78749** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 52 | **Nonpriority creditor's name and mailing address** **Vishal Kapur** **3813 Pasadena Dr** **San Mateo, CA 94403** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 53 | **Nonpriority creditor's name and mailing address** **Vishnu Velayuthan** **34 Los Altos Sq** **Los Altos, CA 94022** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 54 | **Nonpriority creditor's name and mailing address** **Vishwakanth Brahmaiah** **1528 Birchmeadow Ct** **San Jose, CA 95131** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Vishy Swaz** **4321 Swaz Circle** **San Jose, CA 95116** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 56 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$793.20** |
| **Vision Service Plan** **P.O. BOX 45210** **San Francisco, CA 94145** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred **10/18/2017** Last 4 digits of account number **7Nov** | Basis for the claim: **Health benefit for the month of November 2017** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Viswanath Potluri** **2623 East Laird St.** **Tempe, AZ 85281** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 58 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Vitaliy Danylov** **7474 DACOSTA** **DETROIT, MI 48239** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 59 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Vitaly Yurchenko** **4101 Anza Street** **San Francisco, CA 94121** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 60 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Vivek Sarkar** **119 Cherry Blossom Lane** **Los Gatos, CA 95032** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 61 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Vivek Vidyasagaran** **2675 Fayette Drive, Apt. 207** **Mountain View, CA 94040** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.125 62 | **Vivian Sophia**<br>574 48th St. #203<br>Oakland, CA 94609 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.125 63 | **Vivienne Lee**<br>185 Estancia Dr Unit 146<br>San Jose, CA 95134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.125 64 | **Vladimir Dragunsky**<br>1600 S Eads Sr, #1025M<br>Arlington, VA 22202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.125 65 | **Vladimir Dubal**<br>34 Hugo Street, #2<br>San Francisco, CA 94122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.125 66 | **Vladimir Kovalevsky**<br>1430 York street<br>San Francisco, CA 94110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.125 67 | **Volodymyr Ivchenko**<br>1360 Burrows Rd<br>Campbell, CA 95008 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.125 68 | **Vong Lee**<br>73A Danton St<br>San Francisco, CA 94112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 69 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vornado/Charles E Smith LP_V**
P.O. Box 642006
Pittsburgh, PA 15264

Date(s) debt was incurred  **12/18/2016**

Last 4 digits of account number  **2031**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$36,509.10**

Basis for the claim:  **[Notice only] Techshop DC Arlington-Rent & CAM Charges - Jan 2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 70 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vornado/Charles E Smith LP_V**
P.O. Box 642006
Pittsburgh, PA 15264

Date(s) debt was incurred  **1/18/2017**

Last 4 digits of account number  **2031**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$40,144.03**

Basis for the claim:  **[Notice only] Techshop DC Arlington-Rent & CAM Charges - Feb 2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 71 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vornado/Charles E Smith LP_V**
P.O. Box 642006
Pittsburgh, PA 15264

Date(s) debt was incurred  **1/18/2017**

Last 4 digits of account number  **110B**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$16,166.77**

Basis for the claim:  **[Notice only] Techshop DC Arlington-Rent, CAM, Interest and principal amount  on Vornado loan for the month of Feb 2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 72 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vornado/Charles E Smith LP_V**
P.O. Box 642006
Pittsburgh, PA 15264

Date(s) debt was incurred  **2/18/2017**

Last 4 digits of account number  **2031**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$40,144.03**

Basis for the claim:  **[Notice only] Techshop DC Arlington-Rent & CAM Charges - Mar 2017**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 73 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vornado/Charles E Smith LP_V**
P.O. Box 642006
Pittsburgh, PA 15264

Date(s) debt was incurred  **2/18/2017**

Last 4 digits of account number  **110B**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$16,166.77**

Basis for the claim:  **[Notice only] Techshop DC Arlington-Rent, CAM, Interest and principal amount  on Vornado loan for the month of Mar 2017**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.125 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** **Vornado/Charles E Smith LP_V** P.O. Box 642006 Pittsburgh, PA 15264 | **As of the petition filing date, the claim is:** Check all that apply. | **$16,166.77** |

Date(s) debt was incurred  **3/18/2017**

Last 4 digits of account number  **110B**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Rent, CAM, Interest and principal amount  on Vornado loan for the month of Apr 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** **Vornado/Charles E Smith LP_V** P.O. Box 642006 Pittsburgh, PA 15264 | **As of the petition filing date, the claim is:** Check all that apply. | **$40,144.03** |

Date(s) debt was incurred  **3/18/2017**

Last 4 digits of account number  **2031**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] DC Arlington-Rent & CAM Charges - Apr 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 76 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** **Vornado/Charles E Smith LP_V** P.O. Box 642006 Pittsburgh, PA 15264 | **As of the petition filing date, the claim is:** Check all that apply. | **$374.48** |

Date(s) debt was incurred  **4/30/2017**

Last 4 digits of account number  **2016**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Additional Real Estate Taxes  for 2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 77 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** **Vornado/Charles E Smith LP_V** P.O. Box 642006 Pittsburgh, PA 15264 | **As of the petition filing date, the claim is:** Check all that apply. | **$40,144.03** |

Date(s) debt was incurred  **4/18/2017**

Last 4 digits of account number  **2031**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Rent & CAM Charges - May 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** **Vornado/Charles E Smith LP_V** P.O. Box 642006 Pittsburgh, PA 15264 | **As of the petition filing date, the claim is:** Check all that apply. | **$16,166.77** |

Date(s) debt was incurred  **4/18/2017**

Last 4 digits of account number  **110B**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Rent, CAM, Interest and principal amount  on Vornado loan for the month of  May 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** **Vornado/Charles E Smith LP_V** P.O. Box 642006 Pittsburgh, PA 15264 | **As of the petition filing date, the claim is:** Check all that apply. | **$40,144.03** |

Date(s) debt was incurred  **5/5/2017**

Last 4 digits of account number  **2031**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] DC Arlington-Rent & CAM Charges - June 2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,166.77 |

**Vornado/Charles E Smith LP_V**
P.O. Box 642006
Pittsburgh, PA 15264

Date(s) debt was incurred **5/5/2017**

Last 4 digits of account number **110B**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Rent, CAM, Interest and principal amount on Vornado loan for the month of June 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,144.03 |

**Vornado/Charles E Smith LP_V**
P.O. Box 642006
Pittsburgh, PA 15264

Date(s) debt was incurred **6/5/2017**

Last 4 digits of account number **2031**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] DC Arlington-Rent & CAM Charges - July 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,166.77 |

**Vornado/Charles E Smith LP_V**
P.O. Box 642006
Pittsburgh, PA 15264

Date(s) debt was incurred **6/5/2017**

Last 4 digits of account number **110B**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Rent, CAM, Interest and principal amount on Vornado loan for the month of July 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,144.03 |

**Vornado/Charles E Smith LP_V**
P.O. Box 642006
Pittsburgh, PA 15264

Date(s) debt was incurred **7/5/2017**

Last 4 digits of account number **2031**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] DC Arlington-Rent & CAM Charges - August 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,166.77 |

**Vornado/Charles E Smith LP_V**
P.O. Box 642006
Pittsburgh, PA 15264

Date(s) debt was incurred **7/5/2017**

Last 4 digits of account number **110B**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **[Notice only] Techshop DC Arlington-Rent, CAM, Interest and principal amount on Vornado loan for the month of August 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Vyechi Low**
1561 Mcrandles Drive
Milpitas, CA 95035

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 905 of 961

| | |
|---|---|
| **3.125** **86** | |

**Nonpriority creditor's name and mailing address**     **$0.00**

**Wachovia Graham**
**1900 East Apache Blvd**
**Tempe, AZ 85281**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.125** **87** | |

**Nonpriority creditor's name and mailing address**     **$0.00**

**Wade Catron**
**597 Morse Ave.**
**Sunnyvale, CA 94085**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.125** **88** | |

**Nonpriority creditor's name and mailing address**     **$0.00**

**Wade Lewis**
**Apt 12203**
**Austin, TX 78730**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.125** **89** | |

**Nonpriority creditor's name and mailing address**     **$0.00**

**Wade Lin**
**821 Folsom St. #508**
**San Francisco, CA 94107**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.125** **90** | |

**Nonpriority creditor's name and mailing address**     **$0.00**

**Wade McDonald**
**880 E Willis Rd**
**Chandler, AZ 85286**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.125** **91** | |

**Nonpriority creditor's name and mailing address**     **$0.00**

**Wai-Ming_Raymond Tsang**
**1060 Schwerin Street**
**Daly City, CA 94014**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.125** **92** | |

**Nonpriority creditor's name and mailing address**     **$0.00**

**Wai_Hong Tsang**
**1060 Schuverin St**
**Daly City, CA 94014**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398     Doc# 2-1     Filed: 02/26/18     Entered: 02/26/18 18:01:21     Page 906 of 961

| 3.125 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WaiLi Wong**
**490 Jeter Street**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Waiming  Mok**
**21745 Regnart Rd**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Waleed Johnson**
**15437 Edmore Dr**
**Detroit, MI 48205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walker Anderson**
**2323 E Flower St.**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walker Glass**
**82105 S 15th St**
**Phoenix, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walker Houston**
**741 E. Yale Dr.**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walker Tatem**
**333 South Glebe Road, Apt. 716**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|--------|---------------------|------------------------|--|
| | Name | | |

| | | | |
|--|--|--|--|
| 3.126 00 | **Nonpriority creditor's name and mailing address** <br> **Wallace Campbell** <br> **4300 Penn Ave** <br> **Pittsburgh, PA 15224** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.126 01 | **Nonpriority creditor's name and mailing address** <br> **Wally Drake** <br> **161 golden Ln.** <br> **Brisbane, CA 94005** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.126 02 | **Nonpriority creditor's name and mailing address** <br> **Walter Carl Riordan** <br> **2352 W. Longhorn Pl.** <br> **Chandler, AZ 85286** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$29,575.34** |
| | Date(s) debt was incurred  **10/21/2015** <br> Last 4 digits of account number  **NA** | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.126 03 | **Nonpriority creditor's name and mailing address** <br> **Walter Carl Riordan** <br> **2352 W. Longhorn Pl.** <br> **Chandler, AZ 85286** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$28,446.58** |
| | Date(s) debt was incurred  **5/15/2014** <br> Last 4 digits of account number  **NA** | Basis for the claim: **Principal and accrued interest for loan to TechShop Chandler LLC** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.126 04 | **Nonpriority creditor's name and mailing address** <br> **Walter Fender** <br> **560 N 19th St** <br> **San Jose, CA 95112** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.126 05 | **Nonpriority creditor's name and mailing address** <br> **Walter Gurdak** <br> **2610 Pine Valley Road** <br> **Columbus, PA 16405** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.126 06 | **Nonpriority creditor's name and mailing address** <br> **Walter Hsiao** <br> **681 Starbush Dr.** <br> **Sunnyvale, CA 94086** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 908 of 961

| 3.126 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walter Hurwitz**
**6405 Vicanna Dr.**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walter Jenkins**
**1478 Jeffrey Ave**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walter Jones**
**163 Cooperwyck Rd.**
**Wentzville, MO 63385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walter Kargu**
**38430 Grennada St.**
**Livonia, MI 48154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walter Kargus 4th**
**38430 Grennada St.**
**Livonia, MI 48154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walter Mak**
**2201 bridge pointe pkwy**
**San Mateo, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walter Riordan**
**2352 W. Longhorn Pl.**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.126 14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Walter Simonetti**
**1361 S Canyon Oaks Way**
**Chandler, AZ 85286**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00** |
|---|---|---|---|

**Walter Simonetti_V**
**1361 S Canyon Oaks Way**
**Chandler, AZ 85286**

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  **2017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instruction for the period 10/01/2017 to 10/29/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$460.00** |
|---|---|---|---|

**Walter Simonetti_V**
**1361 S Canyon Oaks Way**
**Chandler, AZ 85286**

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **3017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instruction for the period 09/03/2017 to 09/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.00** |
|---|---|---|---|

**Walter Simonetti_V**
**1361 S Canyon Oaks Way**
**Chandler, AZ 85286**

Date(s) debt was incurred  **8/30/2017**

Last 4 digits of account number  **3017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Chandler- Instructor class instruction for the period 08/10/2017 to 08/30/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Walton Sumner**
**7 Old Westbury Lane**
**Webster Groves, MO 63119**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,737.00** |
|---|---|---|---|

**Wantin Living Trust / CDI Development**
**REF: Wantin Living Trust**
**490 Chadbourne Road, Suite C**
**Fairfield, CA 94534**

Date(s) debt was incurred  **11/10/2017**

Last 4 digits of account number  **7Nov**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park - Rent for the month of November 2017**

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,737.00** |

**Wantin Living Trust / CDI Development**
**REF: Wantin Living Trust**
**490 Chadbourne Road, Suite C**
**Fairfield, CA 94534**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred   **10/10/2017**

Last 4 digits of account number   **7Oct**

Basis for the claim:   **[Notice only] Techshop Menlo Park - Rent for the month of October 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,737.00** |

**Wantin Living Trust / CDI Development**
**REF: Wantin Living Trust**
**490 Chadbourne Road, Suite C**
**Fairfield, CA 94534**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred   **9/4/2017**

Last 4 digits of account number   **7Sep**

Basis for the claim:   **[Notice only] Techshop Menlo Park - Rent for the month of September 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,383.02** |

**Wantin Living Trust / CDI Development**
**REF: Wantin Living Trust**
**490 Chadbourne Road, Suite C**
**Fairfield, CA 94534**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred   **3/8/2017**

Last 4 digits of account number   **7Mar**

Basis for the claim:   **[Notice only] Techshop Menlo Park - Rent for the month of March 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,218.00** |

**Wantin Living Trust / CDI Development**
**REF: Wantin Living Trust**
**490 Chadbourne Road, Suite C**
**Fairfield, CA 94534**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred   **4/15/2017**

Last 4 digits of account number   **2017**

Basis for the claim:   **[Notice only] Techshop Menlo Park - indicates Techshop Is rresponsible for the 2415 building insurance portion in the amount of $4...**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,737.00** |

**Wantin Living Trust / CDI Development**
**REF: Wantin Living Trust**
**490 Chadbourne Road, Suite C**
**Fairfield, CA 94534**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred   **5/5/2017**

Last 4 digits of account number   **7May**

Basis for the claim:   **[Notice only] Techshop Menlo Park -Rent for the month of May 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,737.00** |

**Wantin Living Trust / CDI Development**
**REF: Wantin Living Trust**
**490 Chadbourne Road, Suite C**
**Fairfield, CA 94534**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred   **6/4/2017**

Last 4 digits of account number   **7Jun**

Basis for the claim:   **[Notice only] Techshop Menlo Park -Rent for the month of June 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 911 of 961

| 3.126 26 | Nonpriority creditor's name and mailing address **Wantin Living Trust / CDI Development REF: Wantin Living Trust 490 Chadbourne Road, Suite C Fairfield, CA 94534** | As of the petition filing date, the claim is: Check all that apply. | $37,737.00 |
|---|---|---|---|

Date(s) debt was incurred  **7/5/2017**

Last 4 digits of account number  **7Jul**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park -Rent for the month of July 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.126 27 | Nonpriority creditor's name and mailing address **Wantin Living Trust / CDI Development REF: Wantin Living Trust 490 Chadbourne Road, Suite C Fairfield, CA 94534** | As of the petition filing date, the claim is: Check all that apply. | $37,737.00 |
|---|---|---|---|

Date(s) debt was incurred  **8/4/2017**

Last 4 digits of account number  **7Aug**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Menlo Park -Rent for the month of August 2017**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.126 28 | Nonpriority creditor's name and mailing address **Ward  Bingham 100 Vallecitos Wau Los Gatos, CA 95032** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.126 29 | Nonpriority creditor's name and mailing address **Ward Hanson 2450 West Bayshore, #10 Palo Alto, CA 94303** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.126 30 | Nonpriority creditor's name and mailing address **Ward Harriman 14672 Gypsy Hill Rd Saratoga, CA 95070** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.126 31 | Nonpriority creditor's name and mailing address **Warren Gee 225 Oakhurst way Milpitas, CA 95035** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 912 of 961

| 3.126 32 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Warren Jones** | ☐ Contingent | |
| **14914 Damson Terrace** | ☐ Unliquidated | |
| **North Potomac, MD 20878** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 33 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Warren Lopez** | ☐ Contingent | |
| **5818 Antigua Dr.** | ☐ Unliquidated | |
| **San Jose, CA 95120** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 34 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Warren Lueker** | ☐ Contingent | |
| **11438 N. 53rd Pl** | ☐ Unliquidated | |
| **Scottsdale, AZ 85254** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Warren Turkal** | ☐ Contingent | |
| **226 echo ave** | ☐ Unliquidated | |
| **Campbell, CA 95008** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,071.23** |
| **Warren Wu** | ☐ Contingent | |
| **5 Dana Point Ct** | ☐ Unliquidated | |
| **Redwood City, CA 94065** | ☐ Disputed | |
| Date(s) debt was incurred **1/20/2017** | **Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc** | |
| Last 4 digits of account number **NA** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,791.49** |
| **Warren Wu** | ☐ Contingent | |
| **5 Dana Point Ct** | ☐ Unliquidated | |
| **Redwood City, CA 94065** | ☐ Disputed | |
| Date(s) debt was incurred **12/23/2010** | **Basis for the claim:** **Principal and accrued interest for loan to TechShop San Jose LLC** | |
| Last 4 digits of account number **NA** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Warren Wu** | ☐ Contingent | |
| **5 Dana Point Ct** | ☐ Unliquidated | |
| **Redwood City, CA 94065** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 39 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$116.93** |
| **Washington Gas** | ■ Contingent | | |
| PO Box 37747 | ☐ Unliquidated | | |
| Philadelphia, PA 19101-5047 | ■ Disputed | | |
| Date(s) debt was incurred **10/30/2017** | **Basis for the claim:** **[Notice only] DC Arlington-Gas bill for the period Sep 29, 2017-Oct 26, 2017 (28 days)** | | |
| Last 4 digits of account number **9Oct** | | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.126 40 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$509.16** |
| **Waste Management** | ■ Contingent | | |
| PO Box 13648 | ☐ Unliquidated | | |
| Philadelphia, PA 19101 | ■ Disputed | | |
| Date(s) debt was incurred **10/25/2017** | **Basis for the claim:** **[Notice only] Techshop Pittsburgh-Trash & Recycling for the period 11/01/2017 to 11/30/2017** | | |
| Last 4 digits of account number **0677** | | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.126 41 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$486.81** |
| **Waste Management** | ■ Contingent | | |
| PO Box 13648 | ☐ Unliquidated | | |
| Philadelphia, PA 19101 | ■ Disputed | | |
| Date(s) debt was incurred **9/30/2017** | **Basis for the claim:** **[Notice only] Techshop Pittsburgh-Trash & Recycling for the period 10/01/2017 to 10/31/2017** | | |
| Last 4 digits of account number **0674** | | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.126 42 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **Waverly Shivers** | ☐ Contingent | | |
| 2647 s 18th st apt #2 | ☐ Unliquidated | | |
| Pittsburgh, PA 15210 | ☐ Disputed | | |
| Date(s) debt was incurred ___ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number ___ | | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.126 43 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **Wayne Sayer** | ☐ Contingent | | |
| 242 N. Tumbleweed Rd | ☐ Unliquidated | | |
| Bishop, CA 93514 | ☐ Disputed | | |
| Date(s) debt was incurred ___ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number ___ | | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.126 44 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **Wayne Campbell** | ☐ Contingent | | |
| 14 Ranch Dr | ☐ Unliquidated | | |
| Novato, CA 94945 | ☐ Disputed | | |
| Date(s) debt was incurred ___ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** | | |
| Last 4 digits of account number ___ | | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.126 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wayne Jordan**
**121 Capp St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wayne King**
**2330 Westgate Ave**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wayne Pecchia**
**12701 Burson Dr**
**Manchaca, TX 78652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wayne West**
**6626 E Venue Circle**
**Mesa, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wayne Wittig**
**1619 S Quincy St.**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wayne Zieschang**
**12501 Pecan School Rd**
**Bartlett, TX 76511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Weber Tractor Service**
**867 2nd Avenue**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/27/2017**

Last 4 digits of account number  **1179**

Basis for the claim:  **Rental Space for November 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 915
of 961

| 3.126 52 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weber Tractor Service**
**867 2nd Avenue**
**Redwood City, CA 94063**

Date(s) debt was incurred __10/1/2017__

Last 4 digits of account number __1174__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rental Space for October 2017__

Is the claim subject to offset? ☑ No ☐ Yes

$350.00

---

| 3.126 53 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weber Tractor Service**
**867 2nd Avenue**
**Redwood City, CA 94063**

Date(s) debt was incurred __9/1/2017__

Last 4 digits of account number __1171__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rental Space for September 2017__

Is the claim subject to offset? ☑ No ☐ Yes

$350.00

---

| 3.126 54 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wei-Hwa Huang**
**6370 Tucker Dr.**
**San Jose, CA 95129**

Date(s) debt was incurred __10/15/2013__

Last 4 digits of account number __NA__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Principal and accrued interest for loan to TechShop Mid Peninsula LLC__

Is the claim subject to offset? ☑ No ☐ Yes

$31,608.22

---

| 3.126 55 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wei-Hwa Huang**
**6370 Tucker Dr.**
**San Jose, CA 95129**

Date(s) debt was incurred __12/14/2010__

Last 4 digits of account number __NA__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Principal and accrued interest for loan to TechShop San Jose LLC__

Is the claim subject to offset? ☑ No ☐ Yes

$30,206.90

---

| 3.126 56 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**WeiHwa Huang**
**6370 Tucker Dr.**
**San Jose, CA 95129**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.126 57 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weldon Hall**
**925 Harrison Street**
**San Francisco, CA 94107**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.126 58 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weldon Johnson**
**200 E. Van Buren**
**Phoenix, AZ 85004**

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.126 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wendell Wiggins**
**20805 Layton Ridge Drive**
**Gaithersburg, MD 20882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wendy Ockers**
**244 Berkley**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wendy Sample**
**22055 Tenny**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wendy Scoggins**
**2621 Oak Meadow Drive**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wendy Staub**
**1424 Mason St.**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Werner Garner**
**1025 1st Street SE, #1108**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Werner Graf**
**219 Chester St**
**MENLO PARK, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 917 of 961

| 3.126 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wes McPheeters**
**896 Pepper Tree Ct**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wes Watson**
**1641 Kassidy Pl**
**Rohnert Park, CA 94928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wesley Burkman**
**1543 Rose Lane**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wesley Campbell**
**5307 Backtrail Dr.**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wesley Chang**
**34352 Gadwall cmn**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wesley Mason**
**20620 Bellerive Dr**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wesley Wiley**
**610 Gennessee St.**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 73 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Wesley Wortman** **9108 Flamepool Way** **Columbia, MD 21045** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,980.00 |
| **Western Allied Mechanical,Inc** **1180 O'Brien Drive** **Menlo Park, CA 94025** | ■ Contingent ☐ Unliquidated ■ Disputed | |
| Date(s) debt was incurred 7/1/2017 Last 4 digits of account number 5341 | Basis for the claim: **[Notice only] Techshop Menlo Park -Replace Thermostats on AC,Test Thermostats,Clean Inddor ( Evaporator),Coils & Outdoor ( Condensed)** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Weston Alvarez** **801 N Granada** **Chandler, AZ 85226** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 76 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Weston Norton** **3312 Cherrywood Rd** **Austin, TX 78722** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 77 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54,536.99 |
| **WeuHwa Huang** **6370 Tucker Dr.** **San Jose, CA 95129** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred 12/15/2016 Last 4 digits of account number NA | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Whitfield Fowler** **3212 Rustic Drive** **Santa Clara, CA 95051** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Whitman Rogers**
**2341 S. Compton**
**St. Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Whitney Hughes**
**804 PALO DURO LOOP**
**ROUND ROCK, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Whitney Kinservik**
**1001 Hidden Ridge Ct**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Wilbert Briggs**
**1793 Paducah Court**
**Woodbridge, VA 22191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $24,898.01 |
|---|---|---|---|

**Wilfredo Sanchez**
**785 Cole St.**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/15/2010**

Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**

Last 4 digits of account number **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Wilfredo Sanchez**
**785 Cole St.**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Will Atwood**
**307 Chestnut Ave.**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 920 of 961

| 3.126 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Will Brick**
2588 Columbia Road
Berkley, MI 48072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Will Cook**
13700 Sage Grouse Drive #2702
Austin, TX 78729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Will Hilzinger**
15724 Cadoz Dr
Austin-Round Rock, TX 78728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Will Morris**
660 4th st #339
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Will Porter**
181 Ada Ave #23
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Will Prentice**
4053 Harlan St #304
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Will Riddell-McKay**
315 E Del Ray Ave., Apt. A, A
Alexandria, VA 22301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Notice Only re Techshop Subsidiary LLC Customer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 921 of 961

| 3.126 93 | Nonpriority creditor's name and mailing address **Will Vatis** **1775 S Hayes St. Apt. B** **Arlington, VA 22202** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,821.70** |
| --- | --- | --- | --- |

**Date(s) debt was incurred** 8/23/2017

**Last 4 digits of account number** 43

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** [Notice only] Techshop DC Arlington-PROTOTYPING EFFORTS for the period 08/01/2017 to 08/22/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 94 | Nonpriority creditor's name and mailing address **Will Vatis** **1775 S Hayes St. Apt. B** **Arlington, VA 22202** | | **$300.00** |
| --- | --- | --- | --- |

**Date(s) debt was incurred** 9/11/2017

**Last 4 digits of account number** 45

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** [Notice only] Techshop DC Arlington-Prototyping Efforts Fees for 09/10/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 95 | Nonpriority creditor's name and mailing address **Will Vatis** **1775 S Hayes St. Apt. B** **Arlington, VA 22202** | | **$585.00** |
| --- | --- | --- | --- |

**Date(s) debt was incurred** 8/30/2017

**Last 4 digits of account number** 44

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** [Notice only] Techshop DC Arlington-Haas Fees for the period 08/09/2017 to 08/10/2017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 96 | Nonpriority creditor's name and mailing address **Will Vatis** **3207 Brush Drive** **Falls Church, VA 22042** | | **$0.00** |
| --- | --- | --- | --- |

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 97 | Nonpriority creditor's name and mailing address **William  Booth-Dunbar** **1003 Anza Dr** **Pacifica, CA 94044** | | **$0.00** |
| --- | --- | --- | --- |

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 98 | Nonpriority creditor's name and mailing address **William  Cao** **925 Eaton Way** **Sunnyvale, CA 94087** | | **$0.00** |
| --- | --- | --- | --- |

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.126 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,643.84** |
| | **William D. Baker** | ☐ Contingent | |
| | **P.O Box #1246** | ☐ Unliquidated | |
| | **San Jose, CA 95100** | ☐ Disputed | |
| | Date(s) debt was incurred 4/8/2016 | Basis for the claim: **Principal and accrued interest for loan to TechShop Inc** | |
| | Last 4 digits of account number NA | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **William Graves** | ☐ Contingent | |
| | **332 East William St #202** | ☐ Unliquidated | |
| | **Ann Arbor, MI 48104** | ☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **William Said** | ☐ Contingent | |
| | **1117 10th St NW Unit 512** | ☐ Unliquidated | |
| | **Washington, DC 20001** | ☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **William Abernathy** | ☐ Contingent | |
| | **15436 Eagle Tavern Lane** | ☐ Unliquidated | |
| | **Centreville, VA 20120** | ☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,000.00** |
| | **William Andrew Ellis** | ☐ Contingent | |
| | **10066 pasadena ave apt c** | ☐ Unliquidated | |
| | **cupertino, CA 95014** | ☐ Disputed | |
| | Date(s) debt was incurred 2/3/2014 | Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC** | |
| | Last 4 digits of account number NA | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **William Arnold** | ☐ Contingent | |
| | **118 N. Wycoff Ave.** | ☐ Unliquidated | |
| | **Bremerton, WA 98312** | ☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **William Balderrama** | ☐ Contingent | |
| | **1616 Highland Way** | ☐ Unliquidated | |
| | **Brentwood, CA 94513** | ☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 3.127 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Bozgan**
**111 Hampshire Ct.**
**Dearborn, MI 48124**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$194.00** |
|---|---|---|---|

**William Brick**
**2588 Columbia Road**
**Berkley, MI 48072**

Date(s) debt was incurred  **10/12/2017**
Last 4 digits of account number  **2017**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Expense Reimbursement for marketing Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William C. Last, Jr. Esq. Last & Faoro**
**520 South El Camino Real, Suite 430**
**San  Mateo, CA 94402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William C. Last, Jr. Esq. Last & Faoro**
**520 South El Camino Real, Suite 430**
**San  Mateo, CA 94402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William C. Last, Jr. Esq. Last & Faoro**
**520 South El Camino Real, Suite 430**
**San  Mateo, CA 94402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice - lawsuit]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Carmichael**
**4510 n 12th ave**
**phoenix, AZ 85013**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Carrier**
**17323 Sandy Knoll Drive**
**Olney, MD 20832**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| | | |
|--|--|--|
| **3.127**<br>**13** | **Nonpriority creditor's name and mailing address**<br>**William Cox**<br>**6649 Lynndale Dr**<br>**Raleigh, NC 27612**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|--|--|--|
| **3.127**<br>**14** | **Nonpriority creditor's name and mailing address**<br>**William Craig**<br>**1830 Nugget Dr**<br>**Lake Havasu City, AZ 86404**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|--|--|--|
| **3.127**<br>**15** | **Nonpriority creditor's name and mailing address**<br>**William Dale**<br>**142 N Milpitas Blvd. #264**<br>**Milpitas, CA 95035**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|--|--|--|
| **3.127**<br>**16** | **Nonpriority creditor's name and mailing address**<br>**William Daniel Klemt**<br>**1349 East Capital St SE, Unit B**<br>**Washington, DC 20003**<br><br>Date(s) debt was incurred  **10/17/2017**<br><br>Last 4 digits of account number  **4** | As of the petition filing date, the claim is: *Check all that apply.*  **$81.25**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Fees for instructions for the period 10/09/2017 to 10/15/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|--|--|--|
| **3.127**<br>**17** | **Nonpriority creditor's name and mailing address**<br>**William Daniel Klemt**<br>**1349 East Capital St SE, Unit B**<br>**Washington, DC 20003**<br><br>Date(s) debt was incurred  **10/24/2017**<br><br>Last 4 digits of account number  **5** | As of the petition filing date, the claim is: *Check all that apply.*  **$68.75**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Fees for instructions for the period 10/16/2017 to 10/22/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|--|--|--|
| **3.127**<br>**18** | **Nonpriority creditor's name and mailing address**<br>**William Daniel Klemt**<br>**1349 East Capital St SE, Unit B**<br>**Washington, DC 20003**<br><br>Date(s) debt was incurred  **10/31/2017**<br><br>Last 4 digits of account number  **6** | As of the petition filing date, the claim is: *Check all that apply.*  **$143.75**<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor Fees for instructions for the period 10/24/2017 to 10/27/2017**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 1925 of 1961

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **3.127**<br>**19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$443.75** |
| | **William Daniel Klemt**<br>**1349 East Capital St SE, Unit B**<br>**Washington, DC 20003** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **10/5/2017** | | |
| | Last 4 digits of account number  **1** | **Basis for the claim:  [Notice only] Techshop DC Arlington-Instructor Fees for instructions for the period 09/10/2017 to 09/27/2017** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.127**<br>**20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$113.00** |
| | **William Daniel Klemt**<br>**1349 East Capital St SE, Unit B**<br>**Washington, DC 20003** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **10/11/2017** | | |
| | Last 4 digits of account number  **3** | **Basis for the claim:  [Notice only] Techshop DC Arlington-Instructor Fees for instructions for the period 10/01/2017 to 10/08/2017** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.127**<br>**21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **William Dickinson**<br>**310 E glendale ave**<br>**alexandria, VA 22301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | | |
| | Last 4 digits of account number  _ | **Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.127**<br>**22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,618.33** |
| | **William Douglas Wester**<br>**4317 Verdigris Circle**<br>**San Jose, CA 95134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/17/2011** | | |
| | Last 4 digits of account number  **NA** | **Basis for the claim:  Principal and accrued interest for loan to TechShop San Jose LLC** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.127**<br>**23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **William Duckwall**<br>**707 Graham Hill Rd**<br>**Santa Cruz, CA 95060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | | |
| | Last 4 digits of account number  _ | **Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.127**<br>**24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **William Elwell**<br>**119 Star View**<br>**Cranberry Township, PA 16066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | | |
| | Last 4 digits of account number  _ | **Basis for the claim:  Notice Only re Techshop Subsidiary LLC Customer** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 926 of 961

| 3.127 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Falconer**
**560 E. Philadelphia**
**Detroit, MI 48202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Falk-Wallace**
**905 West End Ave**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Fitzgerald**
**1530 Robin Hood Ct.**
**St. Louis, MO 63122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Floyd**
**2206 Klattenhoff Dr**
**Austin, TX 78728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Francis**
**555 De Haro St #120**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Francois**
**2437 Terova Dr**
**Troy, MI 48085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Ghauri**
**7724 Lee Ave**
**Alexandria, VA 22308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 927 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

---

**3.127 32**

**Nonpriority creditor's name and mailing address**

**William Ghuari**
**7724 Lee Ave**
**Alexandria, VA 22308**

Date(s) debt was incurred __12/24/2015__

Last 4 digits of account number __NA__

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Principal and accrued interest for loan to TechShop Inc__

Is the claim subject to offset? ■ No ☐ Yes

**$29,224.66**

---

**3.127 33**

**Nonpriority creditor's name and mailing address**

**William Gilmore**
**34 Grove St. #1**
**New York, NY 10014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127 34**

**Nonpriority creditor's name and mailing address**

**William Gilmore**
**34 Grove St #1**
**New York, NY 10014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127 35**

**Nonpriority creditor's name and mailing address**

**WILLIAM GOLDKAMP**
**10 HORTUS COURT**
**ST.LOUIS, MO 63110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127 36**

**Nonpriority creditor's name and mailing address**

**William Grant**
**2336 E. Inglewood St**
**mesa, AZ 85213**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127 37**

**Nonpriority creditor's name and mailing address**

**William Heil**
**310 Holiday Dr**
**PGH, PA 15237**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127 38**

**Nonpriority creditor's name and mailing address**

**William Hendrix**
**1111 belle pre way, 709**
**alexandria, VA 22314**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only re Techshop Subsidiary LLC Customer__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 928 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.127 39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,667.58 |
|---|---|---|---|

**William J. Wanagaitis and Natalie A. Chu**
P.O. Box 620689
Woodside, CA 94062

Date(s) debt was incurred **6/17/2011**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,087.02 |
|---|---|---|---|

**William John Williams**
5315 Sierra Rd
San Jose, CA 95132

Date(s) debt was incurred **2/10/2011**

Last 4 digits of account number **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Kingham**
19609 E. Emperor Blvd.
Queen Creek, AZ 85142

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Kinsley**
140 Butler Rd
Princeton, NJ 08540

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Klear**
231 Virginia Ave-PO 916
Moss Beach, CA 94038

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Klemt**
1349 E Capital St SE Unit B
Washington, DC 20003

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Kushner**
77 Buena Vista Terrace
San Francisco, CA 94117

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 46 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William Lane** | ☐ Contingent | |
| | **3148 Westover Dr SE** | ☐ Unliquidated | |
| | **washington, DC 20020** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.127 47 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William Lo** | ☐ Contingent | |
| | **1600 Chula Vista Dr.** | ☐ Unliquidated | |
| | **Belmont, CA 94002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.127 48 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William Long** | ☐ Contingent | |
| | **923 Cameron St** | ☐ Unliquidated | |
| | **Alexandria, VA 22314** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.127 49 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William Lumpkin** | ☐ Contingent | |
| | **6460 Oakman Blvd** | ☐ Unliquidated | |
| | **Detroit, MI 48228** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.127 50 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William Lynn** | ☐ Contingent | |
| | **2415 Arbor Dr** | ☐ Unliquidated | |
| | **Round Rock, TX 78681** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.127 51 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William Matthews** | ☐ Contingent | |
| | **2461 Thaddeus Dr** | ☐ Unliquidated | |
| | **Oakland, CA 94043** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.127 52 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William McGlynn** | ☐ Contingent | |
| | **31155 San Juan street** | ☐ Unliquidated | |
| | **Harrison Twp., MI 48045** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 930 of 961

| 3.127 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William McGowan**
**4647 Pershing Pl**
**St. Louis, MO 63108**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William McLeod**
**333 Lexington St**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Miller**
**2855 E Linda Court**
**Gilbert, AZ 85234**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Mince**
**1300 Middle Ave**
**Menlo Park, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Morgan**
**1579 Dominion Ave.**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Moskalik**
**565 14th St.  Apt #3**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Murphy**
**PO Box 87902**
**Phoenix, AZ 85080**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.127<br>60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William New**
PO Box 620951
Woodside, CA 94062-0951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Odell**
2332 Whittemore
St. Louis, MO 63104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Ona**
529 Whittier St
St. Louis, MO 63108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Palmer**
18780 Aspesi Drive
Saratoga, CA 95070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Price**
2986 22nd St. APT #1
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Ruckman**
1567 Oak Canyon Dr
San Jose, CA 95120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Scullin**
2461 Thaddeus Dr
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 67 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Shannon**
**1005 Oglethorpe Ave.**
**Pittsburgh, PA 15201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 68 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Sprowes**
**4549 El Cajon Avenue**
**Fremont, CA 94536**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 69 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Stein**
**2715 Ralston Ave**
**Hillsborough, CA 94010**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 70 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Sutton**
**19520 Creekside Ct.**
**Salinas, CA 93908**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 71 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Tedeski**
**421 Sharon Rd**
**Moon, PA 15108**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 72 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Thompson**
**4856 Westmont Ave**
**Campbell, CA 95008-5748**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 73 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Thompson**
**20827 Midway**
**Southfield, MI 48075**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 933 of 961

| | | | |
|---|---|---|---|
| 3.127 74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William Walker** | ☐ Contingent | |
| | **26058 Carol Ave.** | ☐ Unliquidated | |
| | **Franklin, MI 48025** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William Wanagaitis** | ☐ Contingent | |
| | **P.O. Box 620689** | ☐ Unliquidated | |
| | **Woodside, CA 94062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William Ward** | ☐ Contingent | |
| | **601 Van Ness Ave Suite E-446** | ☐ Unliquidated | |
| | **San Francisco, CA 94102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William Warnock** | ☐ Contingent | |
| | **5233 Wickliff Street** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William WatermanSr** | ☐ Contingent | |
| | **5 Camino Vista Ct.** | ☐ Unliquidated | |
| | **Belmont, CA 94002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William White** | ☐ Contingent | |
| | **16 E Manilla Avenue** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15220** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **William Wiley** | ☐ Contingent | |
| | **2385 S Dove St** | ☐ Unliquidated | |
| | **Alexandria, VA 22301** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TechShop, Inc.** | Case number *(if known)* |
|--------|--------------------|--------------------------|
| | Name | |

| 3.127 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Willson**
**5943 8th Road N**
**Arlington, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Woodfill**
**550 Chapman Dr.**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Woodruff**
**970 Guerrero St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Willie  Gatling**
**22669 Garrison APT 201**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Willie Anderson**
**2718 2nd St. SE**
**Washington, DC 20032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Willie Tang**
**1419 w pueblo ave**
**mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Willy Russell**
**5612 Maxwelton road**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wilson Chao**
**60 Wilson Way Spc 93**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wilson Eng**
**2486 Sherlock Dr**
**San Jose, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wilson Lee**
**2200 22nd St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wilson Rhodes**
**602 Spirea Ct**
**Chesterfield, VA 23236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Windell Oskay**
**1193 Redrock Ct.**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,702.29 |
|---|---|---|---|

**Windstream Communication_V**
**PO Box 9001013**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/15/2017**

Last 4 digits of account number **1084**

Basis for the claim: **Ethernet charges for the period 09/15/2017 to 10/14/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,764.52 |
|---|---|---|---|

**Windstream Communication_V**
**PO Box 9001013**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/15/2017**

Last 4 digits of account number **6859**

Basis for the claim: **Ethernet charges for the period 08/15/2017 to 09/14/2017**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 936 of 961

| Debtor | TechShop, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.127 95**

Nonpriority creditor's name and mailing address

**Wing Ho**
**10126 Imperial Ave**
**Cupertino, CA 95014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127 96**

Nonpriority creditor's name and mailing address

**Winnie Wong**
**2816 wakefield drive**
**belmont, CA 94002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127 97**

Nonpriority creditor's name and mailing address

**Winona Tong**
**2663 Emerson St**
**Palo Alto, CA 94306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127 98**

Nonpriority creditor's name and mailing address

**Winston  Qi**
**One MedImmune Way**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127 99**

Nonpriority creditor's name and mailing address

**Winston W Wyckoff**
**315 Elm St.**
**San Carlos, CA 94070-2214**

Date(s) debt was incurred  **3/11/2014**
Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Principal and accrued interest for loan to TechShop Mid Peninsula LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$45,923.84**

---

**3.128 00**

Nonpriority creditor's name and mailing address

**Winston Wyckoff**
**315 Elm St.**
**San Carlos, CA 94070-2214**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 01**

Nonpriority creditor's name and mailing address

**Winter Eastmond**
**18905 Still Pond Rd**
**Pflugerville, TX 78660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 937
of 961

| 3.128 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wittaya Buckley**
**249 Los Gatos Blvd**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wojciech Stryjewski**
**2973 Freemont st**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wolf Dilworth**
**8005 Bramble Bush Dr.**
**Austin, TX 78747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wolfgang Heinle**
**1591 Page Street #202**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Woodson Martin**
**580 Middlefield Road**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Woody Poulard**
**10 Menahan Street, Apt 3L**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Woody Washington**
**2010 Sugarbush Drive**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 938 of 961

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.128 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wut Htwe**
**971 Gellert Blvd**
**Daly City, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48.00** |
|---|---|---|---|

**Wyatt Davenport**
**14431 Kingston St.**
**Oak Park, MI 48237**

Date(s) debt was incurred  **10/14/2017**
Last 4 digits of account number  **6**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions dated 09/14/2017 to 10/14/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,008.00** |
|---|---|---|---|

**Wyatt Davenport**
**14431 Kingston St.**
**Oak Park, MI 48237**

Date(s) debt was incurred  **8/19/2017**
Last 4 digits of account number  **2**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions for period 06/26/2017 to 07/14/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$96.00** |
|---|---|---|---|

**Wyatt Davenport**
**14431 Kingston St.**
**Oak Park, MI 48237**

Date(s) debt was incurred  **8/25/2017**
Last 4 digits of account number  **5**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop Detroit-Instructor class instructions dated 08/25/2017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wyatt Davenport**
**2481 Cummings**
**Berkley, MI 48072**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wylie Standage-Beier**
**6831 S. 42nd place**
**Phoenix, AZ 85042**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| | |
|---|---|
| **3.128**<br>**15** | |

**Nonpriority creditor's name and mailing address**
**Wyn RobertsonIII**
**33255 Lark Way**
**Fremont, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.128**<br>**16** | |

**Nonpriority creditor's name and mailing address**
**Wyndham Robertson III**
**33255 Lark Way**
**Fremont, CA 94555**

Date(s) debt was incurred **8/19/2013**

Last 4 digits of account number **NA**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

**$25,691.82**

---

| | |
|---|---|
| **3.128**<br>**17** | |

**Nonpriority creditor's name and mailing address**
**Wyndham Robertson III and Maria Ana M. R**
**33255 Lark Way**
**Fremont, CA 94555**

Date(s) debt was incurred **6/17/2011**

Last 4 digits of account number **NA**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Principal and accrued interest for loan to TechShop San Jose LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$29,040.93**

---

| | |
|---|---|
| **3.128**<br>**18** | |

**Nonpriority creditor's name and mailing address**
**Xander Bremer**
**550 15th Street, Suite 37**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.128**<br>**19** | |

**Nonpriority creditor's name and mailing address**
**Xander Mangulabnan**
**30 Brooklyn Ave**
**San Jose, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.128**<br>**20** | |

**Nonpriority creditor's name and mailing address**
**Xander Twombly**
**2348 Rosita Ave**
**Santa Clara, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.128**<br>**21** | |

**Nonpriority creditor's name and mailing address**
**Xavier Legros**
**150 Crest Rd.**
**Woodside, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 940 of 961

| 3.128 22 | **Nonpriority creditor's name and mailing address**<br>**Xavier Liggs**<br>**1081 Springfield Dr**<br>**Campbell, CA 95008**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.128 23 | **Nonpriority creditor's name and mailing address**<br>**Xavier Warren**<br>**124 N. California St. #24**<br>**Chandler, AZ 85225**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.128 24 | **Nonpriority creditor's name and mailing address**<br>**Xiaodan Liu**<br>**312 Bowdoin St**<br>**San Francisco, CA 94134**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.128 25 | **Nonpriority creditor's name and mailing address**<br>**Xiaohua Jiang**<br>**1375 Stonegate Dr**<br>**Alamo, CA 94507**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.128 26 | **Nonpriority creditor's name and mailing address**<br>**Xiaotian Yang**<br>**639 Geary St. #413**<br>**San Francisco, CA 94102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.128 27 | **Nonpriority creditor's name and mailing address**<br>**Xiaoyi Ren**<br>**3200 Hillview Ave**<br>**Palo Alto, CA 94304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.128 28 | **Nonpriority creditor's name and mailing address**<br>**Xinyi Du**<br>**6323 S Rosebury Ave Apt 3E**<br>**St. Louis, MO 63105**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

**3.128 29**

**Nonpriority creditor's name and mailing address**
**Xinyi Wang**
**1025 Thomas Jefferson Street NW Floor 6**
**Washington, DC 20007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 30**

**Nonpriority creditor's name and mailing address**
**Xochilt Guerrero**
**721 Menlo Ave #B**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 31**

**Nonpriority creditor's name and mailing address**
**Xuan  Commagere**
**934 Baines St**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 32**

**Nonpriority creditor's name and mailing address**
**Xuhua Wang**
**228 S. Bernardo Ave**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 33**

**Nonpriority creditor's name and mailing address**
**Yacob Nigatu**
**27200 Franklin Road**
**Southfield, MI 48034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 34**

**Nonpriority creditor's name and mailing address**
**Yael Shimoni**
**5117 Kenesaw St**
**College Park, MD 20740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 35**

**Nonpriority creditor's name and mailing address**
**Yagmur Uyanik**
**1511 9th Ave.**
**San Francisco, CA 94122-3711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yakira Dixon**
**814 Mission Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yakov Shkolnikov**
**2255 Showers Dr, 331**
**Mountain view, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yale Thomas**
**1560 Howard St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yamen Hama**
**4560 CONWELL DRIVE**
**ANNANDALE, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yana Malysheva**
**1634 Wallace Ave**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yang Li**
**4366 Forest Park Ave**
**Saint Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yangene Chan**
**2085 S Denise Dr**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 943
of 961

| 3.128 43 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**YANIQUE MOORE**
**810 JESSICA PL**
**FT WASHINGTON, MD 20744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 44 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yaniv Ben-Zaken**
**1137 Webster**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 45 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yara Kamali**
**507 W 19th St**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 46 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yarden Harari**
**399 S 5th Street, Apt. 1**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 47 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yasemin Eskin**
**PO Box 2425**
**Cupertino, CA 95015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 48 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**YasminAdriana MullaCarrillo**
**18690 Westview Dr**
**Saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 49 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**YASSER NEGRETE**
**55 SAN GABRIEL AVE**
**SAN FRANCISCO, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.128 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Yateendra Deshpande**
**1857 Northwest Cir**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Yau-Gene Chan**
**2085 Denuse Drive**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Yazdan Mantilla**
**1847 Comstock Lane**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Yekaterina Kashperskaya**
**1547 Palos Verdes Mall #159**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Yeliz Karadayi**
**754 The Alameda #3421**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Yi  Zhang**
**3119 Appleridge Dr**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Yi He**
**168 NMeramac Ave #400**
**St. Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 945
of 961

---

**3.128 57**

**Nonpriority creditor's name and mailing address**

**Yian Cheng**
**185 Estancia Dr Unit 146**
**San Jose, CA 95134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 58**

**Nonpriority creditor's name and mailing address**

**Yicheng Zhu**
**1130 Manzano Way**
**san jose, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 59**

**Nonpriority creditor's name and mailing address**

**Yilmaz Akyondem**
**1428 Corona Dr**
**Austin, TX 78723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 60**

**Nonpriority creditor's name and mailing address**

**Ying Cao**
**3095 Rubino Circle**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 61**

**Nonpriority creditor's name and mailing address**

**Ying Khong**
**1343 W Roadrunner Dr**
**Chandler, AZ 85286**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 62**

**Nonpriority creditor's name and mailing address**

**Yingwei Zhang**
**1115 St. Joseph Ave.**
**Los Altos, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 63**

**Nonpriority creditor's name and mailing address**

**Yizhu Gu**
**6901 Lynn Way, Suite 310**
**Pittsburgh, PA 15206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.128 64 | **Nonpriority creditor's name and mailing address** **Yolanda Curry** 16884 Griggs Detroit, MI 48221 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 65 | **Nonpriority creditor's name and mailing address** **Yolanda Guerra** 276 North 3rd St Apt D San Jose, CA 95112 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 66 | **Nonpriority creditor's name and mailing address** **Yolanda Tapia** 3485 East Hills Drive San Jose, CA 95129 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 67 | **Nonpriority creditor's name and mailing address** **Yona Cloonan** 4336 Glen Lytle Rd Pittsburgh, PA 15217 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 68 | **Nonpriority creditor's name and mailing address** **Yongxin Yuan** 1708 Via Flores Ct San Jose, CA 95132 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 69 | **Nonpriority creditor's name and mailing address** **Yoo hsiu Yeh** 198 easy st. mountain view, CA 94043 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 70 | **Nonpriority creditor's name and mailing address** **Yoon-Jung Kim** 4970 Walking Stick Rd APT K Ellicott City, MD 21043 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer** Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.128 71 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Yossi Ben Abu**
**542 Brannan #309**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 72 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Yossi Wolfe**
**1340 Lincoln Place**
**Brooklyn, NY 11213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 73 | **Nonpriority creditor's name and mailing address** **$0.00** |

**YoungMi Pak**
**10 Avenida Dr.**
**Berkeley, CA 94708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 74 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Yousef Alkandari**
**621 S. Roosevelt**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 75 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Yousif Ahmed**
**9705 Forest Grove Dr**
**Silver Spring, MD 20910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 76 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Ysabel Yow**
**945 Taraval**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 77 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Yuchen Zhao**
**1949 E. University Dr**
**Apt 3026C**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yufei Yang**
**1269 Lakeside Dr, Apt 2105**
**Sunnyvale, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yuhang Chen**
**617 Moscow Street**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yuki Nishida**
**1045 Linda Vista Ave.**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yuki Uema**
**1811 E Apache Blvd**
**Apt A2001**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yukihito Saiki**
**2210 Villanova Rd**
**San Jose, CA 95130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yukun Yuan**
**961 Holloway Ave.**
**San Francisco, CA 94132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yumirle Turmelle**
**4526 Tower Grove Pl**
**St. Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 949
of 961

| 3.128 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nonpriority creditor's name and mailing address**
**YunHo Lee**
**2620 Lotus St**
**Pleasanton, CA 94588**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128 86**

**Nonpriority creditor's name and mailing address**
**yuriy tolstykh**
**3220 Yucca Ave, #8**
**San Jose, CA 95124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.128 87**

**Nonpriority creditor's name and mailing address**
**Yvonne Fox**
**707 Concord Ave**
**San Jose, CA 95128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.128 88**

**Nonpriority creditor's name and mailing address**
**Zac Nelson**
**6533 E Jefferson  apt 603**
**Detroit, MI 48207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.128 89**

**Nonpriority creditor's name and mailing address**
**Zach Heineman**
**121 Capp St**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.128 90**

**Nonpriority creditor's name and mailing address**
**Zach Morriss**
**2326 mission st**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.128 91**

**Nonpriority creditor's name and mailing address**
**Zach Purser**
**13201 Old Creedmoor Rd**
**Raleigh, NC 27613**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

| Debtor | **TechShop, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.128 92 | **Nonpriority creditor's name and mailing address** **Zach Richardson** **300 Bowie St #3006** **Austin, TX 78703** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 93 | **Nonpriority creditor's name and mailing address** **Zach steinheiser** **2945 Rosa Parks** **Detroit, MI 48216** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 94 | **Nonpriority creditor's name and mailing address** **Zach Swauger** **1500 E Gary Dr** **Chandler, AZ 85225** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 95 | **Nonpriority creditor's name and mailing address** **Zach Velky** **3571 Far West Blvd #134** **Austin, TX 78731** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 96 | **Nonpriority creditor's name and mailing address** **Zachariah pavitt** **3317 mission st.** **san francisco, CA 94110** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 97 | **Nonpriority creditor's name and mailing address** **Zacharjah Rivenburgh** **6121 R Colby St** **Mesa, AZ 85205** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 98 | **Nonpriority creditor's name and mailing address** **Zachary Beller** **4949 West Pine Blve** **St Louis, MO 63108** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 951 of 961

| Debtor | **TechShop, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 3.128 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zachary Aardahl**
**2304 Huntington Station Ct.**
**Alexandria, VA 22303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zachary Batts**
**1445 Wightman Street**
**Pittsburgh, PA 15217**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zachary Becker**
**1270 Cedar St**
**Palo Alto, CA 94301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zachary Bundy**
**1614 e. Hudson Dr.**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zachary Bursi**
**6411 S. River Dr., Unit 55**
**Tempe, AZ 85283**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zachary ForbesRestifo**
**108 Berwick Dr**
**Pittsburgh, PA 15215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zachary Gurule**
**16840 W Bristol ln**
**Surprise, AZ 85374**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 06 | **Nonpriority creditor's name and mailing address** **Zachary Hoyt** 531 9th St SE Washington, DC 20003 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 07 | **Nonpriority creditor's name and mailing address** **Zachary Johnson** 3440 20th St. Apt. #111 San Francisco, CA 94110 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 08 | **Nonpriority creditor's name and mailing address** **Zachary Margolies** 3824 Dawson Street Pittsburgh, PA 15213 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 09 | **Nonpriority creditor's name and mailing address** **Zachary Michaels** 4701 San Leandro Ave 2A Oakland, CA 94601 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 10 | **Nonpriority creditor's name and mailing address** **zachary mitton** 635 minna San Francisco, CA 94103 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 11 | **Nonpriority creditor's name and mailing address** **Zachary Rubin** 35 Wood St San Francisco, CA 94118 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 12 | **Nonpriority creditor's name and mailing address** **Zachary Smith** 421 W. 3rd St #1805 Austin, TX 78701 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TechShop, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.129 13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zachary Taffany**
**111 N. Market St #420**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zachary Waldman**
**329 Morewood Avenue, Apt B**
**Pittsburgh, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zachery Howser**
**29661 N 45th St**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zachery Whitlock**
**625 Wiltshire Drive**
**Hutto, TX 78634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zack Bright**
**306 Fair Oaks Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zack platt**
**785 la para**
**palo alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zack Seeger**
**103 Lehman Ln**
**Bastrop, TX 78602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129<br>20 | Nonpriority creditor's name and mailing address<br>**Zack Silverman**<br>**6903 W Laredo St**<br>**Chandler, AZ 85226** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>21 | Nonpriority creditor's name and mailing address<br>**Zackery Opheim**<br>**1390 Creekside Dr. Apt 70**<br>**Oklahoma City, OK 73167** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>22 | Nonpriority creditor's name and mailing address<br>**Zade Ramsey**<br>**5112 Clinton Rd**<br>**Alexandria, VA 22312** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>23 | Nonpriority creditor's name and mailing address<br>**Zahava Zuniga**<br>**1840 Alford Ave.**<br>**Los Altos, CA 94024** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>24 | Nonpriority creditor's name and mailing address<br>**Zak Jarvis**<br>**436 Inverness Drive**<br>**Pacifica, CA 94044** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>25 | Nonpriority creditor's name and mailing address<br>**Zaki Mahomed**<br>**550 Battery St., Apt 813**<br>**San Francisco, CA 94111** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>26 | Nonpriority creditor's name and mailing address<br>**Zakkee Moghul**<br>**1870 Canterbury Ct**<br>**Bloomfield Hills, MI 48302** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zander Pantelick**
**2111 Leavenworth Street**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zane Hagler**
**2709 Corabella**
**CP, TX 78613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zane Lewin**
**3720 Eagles Nest St**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zane McCarthy**
**8317 Canola Bend**
**Austin, TX 78729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zavier Alexander**
**805 Leavenworth #704**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zaw Aung**
**404 El Dorado Drive**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zebra Butt**
**800 Republic Dr.**
**Allen Park, MI 48101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 956 of 961

| 3.129 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zechariah Caires**
**332 north 9th street**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zeev Kirsh**
**347 west 57th street 31a**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zeineb Alieva**
**9906 Hundred Oaks Cir, Unit A**
**Austin, TX 78750**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zeke Harris**
**1 Hollywood Ct**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zelia Sims**
**1095 Santa Cruz Ave. #1**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,806.47 |
|---|---|---|---|

**Zhbin Gary Zhang**
**1408 Nighthawk Dr**
**Santa Rosa, CA 95409**

Date(s) debt was incurred  **2/26/2016**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Principal and accrued interest for loan to TechShop Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zhen Belleville**
**1708 Via Flores Ct**
**San Jose, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 957 of 961

| 3.129 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zheng Xu**
**1600 S Joyce St**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zi Deng**
**3459 Tanager Circle**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ziba Kellum**
**5323 Middleton Rd.**
**Durham, NC 27713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zig Matyskiewicz**
**3477 Ramsino Dr.**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zion Young**
**3531 Alden Way Apt 5**
**San Jose, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Ziona Bates**
**4735 Hersand Ct**
**Woodbridge, VA 22193**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **10/13/2017**

Last 4 digits of account number **39**

Basis for the claim: **[Notice only] Techshop DC Arlington-Instructor fees for instructions for the period 10/01/2017 to 10/08/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-50398    Doc# 2-1    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 958 of 961

| 3.129 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.75 |
|---|---|---|---|

**Ziona Bates**
4735 Hersand Ct
Woodbridge, VA 22193

Date(s) debt was incurred  **10/29/2017**

Last 4 digits of account number  **40**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor fees for instructions for the period October 09, 2017 -> October 15, 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.50 |
|---|---|---|---|

**Ziona Bates**
4735 Hersand Ct
Woodbridge, VA 22193

Date(s) debt was incurred  **10/29/2017**

Last 4 digits of account number  **41**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor fees for instructions for the period October 16, 2017 -> October 22, 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $364.37 |
|---|---|---|---|

**Ziona Bates**
4735 Hersand Ct
Woodbridge, VA 22193

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  **38**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[Notice only] Techshop DC Arlington-Instructor fees for instructions for the period 07/29/2017 to 08/13/2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zishan Huq**
7 Gull Court
American Canyon, CA 94503

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ziv Paz**
4054 Crawford Circle
San Jose, CA 95124

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zoe Davis**
48 Langton St. #2
San Francisco, CA 94103

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only re Techshop Subsidiary LLC Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-50398   Doc# 2-1   Filed: 02/26/18   Entered: 02/26/18 18:01:21   Page 959 of 961

| 3.129 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zoe Merrell**
**128 Braddock rd**
**Pittsburgh, PA 15221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zoheir Alradiedeh**
**2061 second street pike**
**Newtown, PA 18940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zoltan Horvath**
**1249 Martin Ave**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zonker Harris**
**42326 Gatewood St**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zourab Bebia**
**4400 E West Hwy Apt 331**
**Bethesda, MD 20814-4502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**zourab bebia**
**4400 east west hwy, apt.331**
**bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only re Techshop Subsidiary LLC Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 450,351.38 |
| **5b. Total claims from Part 2** | 5b. + | $ 16,276,908.45 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 16,727,259.83 |