MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone:     (415) 513-5980
Facsimile:       (415) 513-5985

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 18-50398 MEH 7 |
| TECHSHOP, INC. | Chapter 7 |
| Debtor(s). | |
| EIN XX-XXX0301 | |
| | **Date:** |
| | **Time:** |
| | **Place:** United States Courthouse, Room 3020<br>280 South First Street<br>San Jose, CA 95113-3099 |
| | **Judge:** Hon. M. Elaine Hammond |

**DECLARATION OF DANIEL WOODS
IN SUPPORT OF
SAN JOSE DIVISION VENUE**

I, Daniel Woods, declare as follows:

1. I am the Chief Executive Officer of the TechShop, Inc., the above-captioned Debtor ("TechShop" and/or the "Debtor"). I make this declaration in support of San Jose Division Venue. The matters stated below are made and based upon my personal knowledge, except for those

1. matters stated upon information and belief, and as to those matter, I believe them to be true. If called as a witness, I could and would testify to the matters as set forth below.

2. TechShop filed for Chapter 7 bankruptcy protection on February 26, 2018.

3. For the purposes of determining venue, the prior 180 day period ran from August 29, 2017 to February 25, 2018.

4. During said 180 day period, TechShop had its headquarters and principle place of business at the following two (2) locations:

| Location | Last 180 Day Period | Total Time |
|---|---|---|
| 274 Redwood Shores Parkway, Suite 275 Redwood City, CA 94065 | 2/14/2018 – 2/25/2018 | 11 days |
| 38 S 2nd St, San Jose, CA 95113 | 8/29/2017 – 2/13/2018 | 169 days |

5. Based on dates specified in the foregoing table, TechShop had its headquarters located inside the San Jose division for the majority of the 180 day period.

6. For the above reason, TechShop filed its case in the San Jose Division.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 26, 2018, at Mill Valley, California

       /s/ Daniel Woods
       Daniel Woods