Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-996-8180
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Proposed Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**DECLARATION OF PROPOSED COUNSEL**<br>**(Rincon Law LLP)**<br><br>[No Hearing Requested] |

I, Gregg S. Kleiner, declare:

1. I am a partner with the law firm Rincon Law LLP, which the Trustee has proposed as her general counsel in the above bankruptcy case.

2. Rincon Law is a small firm organized in San Francisco. I have caused a conflict check to be made of clients and prospective clients of Rincon Law LLP. Based on this review I am informed and believe there are no conflicts or connections between Rincon Law, its current clients or known prospective clients and the Debtor, its attorney, creditors, their attorneys, or other parties in interest disclosed by the Debtor in its schedules or statement of financial affairs, or the United States Trustee or any person employed in the Office of the United States Trustee which would impact the retention of Rincon Law under the standards for employment of general bankruptcy counsel as set forth in 11 U.S.C. §327 and §101(14).

3. The Debtor's mailing matrix consists of over 1,500 pages and includes approximately 12,000 listed individuals and entities. I have compared my firm's client list to the matrix and, based on that review, I am informed and believe that Rincon Law has no connection with any party on it and that Rincon Law is a disinterested party in this bankruptcy case and holds no interest adverse to the estate.

4. I am aware of the Court's guidelines for the employment and compensation of professionals in a bankruptcy case.

5. Rincon Law has not agreed to share any compensation it receives in this case with any person other than to share compensation among its partners and employees in the ordinary course of its business.

6. Attached to this Declaration is a copy of the proposed order authorizing the employment of Rincon Law LLP as Trustee's counsel in this case.

I declare under penalty of perjury that the above statements are true and that, if called as a witness, I could and would testify to their truthfulness. To the extent statements made above are on information and belief, I am informed and believe them to be true. This declaration is executed on March 7, 2018 in San Francisco, California.

*/s/ Gregg S. Kleiner*
GREGG S. KLEINER

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-996-8180
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Proposed Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING EMPLOYMENT OF COUNSEL**
**(Rincon Law LLP)**

Upon the Application of Doris A. Kaelin, Trustee in Bankruptcy of the estate of the above-named Debtor; and it appearing that Rincon Law LLP is qualified to represent the Trustee in these proceedings, that employment of counsel will be in the best interests of the estate, that counsel represents no interest adverse to the estate and that notice and a hearing are not necessary in connection with the Application; it is hereby

ORDERED that Doris A. Kaelin, Trustee in Bankruptcy, is authorized, pursuant to 11 U.S.C. Section 327, to employ Rincon Law LLP as Trustee's counsel to assist in all matters arising in or related to this Chapter 7 proceeding.

FURTHER ORDERED that no compensation shall be allowed or paid except pursuant to further Court order.

**\*\*END OF ORDER\*\***

**\*\*COURT SERVICE LIST\*\***

**NO MAIL SERVICE REQUIRED**