| | |
|---|---|
| 1 | Ann McFarland Draper (SBN 065669) |
| 2 | courts@draperlaw.net |
|   | **Draper Law Offices** |
|   | 75 Broadway, Suite 202 |
| 3 | San Francisco, California 94111 |
|   | Tel:    (415) 989-5620 |
| 4 | |
| 5 | Attorneys for Dan Rasure |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA
## San Jose Division

In Re:

Techshop, Inc.

Debtor.

Case No.: 18-50398  MEH

Chapter 7

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE (DAN RASURE)

TO:   THE DEBTOR, the CLERK OF THE COURT, the CHAPTER 7 TRUSTEE, the UNITED STATES TRUSTEE, ALL CREDITORS, and ALL OTHER PARTIES-IN-INTEREST, and to their respective attorneys of record herein:

PLEASE TAKE NOTICE that Ann McFarland Draper / Draper Law Offices hereby enters her appearance in the above-entitled chapter 7 case as counsel of record for DAN RASURE (a resident of the state of Kansas), who is a creditor and/or party-in-interest in this bankruptcy case. This appearance is limited to this Chapter 7 bankruptcy case and is made without consenting to, conceding, or waiving any objections any may have to, jurisdiction over any non-core or non-bankruptcy matter.  Ms. Draper is a member of the State Bar of California and is admitted to practice in the Northern District of California.  Her contact information is as follows:

Ann McFarland Draper (SBN 065669)
Draper Law Offices
75 Broadway Suite 202
San Francisco, CA  94111
Telephone: (415) 989-5620
email: courts@draperlaw.net

NOTICE IS FURTHER GIVEN that Ann McFarland Draper hereby requests special notice, and specifically requests that copies of all notices, pleadings, and other documents filed in the above-referenced bankruptcy case, including but not limited to all pleadings or notices under Rules 2002 and/or 9007 of the Federal Rules of Bankruptcy Procedure and/or Sections 102(1), 342(a) and/or 1109(b) of the United States Bankruptcy Code, all orders (both proposed and entered), all judgments (both proposed and entered), all motions (including oppositions, responses, evidence and objections), all stipulations, all disclosures and all other papers served, shared and filed herein, as well as all communications with chambers, be provided her, **served by NEF** (whenever available) and otherwise by email or other electronic means, to:

    Ann McFarland Draper, Esq.     at    courts@draperlaw.net

and that mailings be send **via U.S. Mail** as follows:

    Ann McFarland Draper, Esq.
    DRAPER LAW OFFICES
    75 Broadway Suite 202
    San Francisco, CA 94111

and that Ms. Draper's name and address be placed on every mailing matrix and/or list existing or to be prepared in the above-referenced bankruptcy case, and that Ms. Draper's name and email address be placed on the Courts NEF list for service by electronic mail.

Neither the giving or filing of this *Notice of Appearance and Request for Special Notice* nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by Dan Rasure or any person or entity associated with him of any right or power held in the absence of the filing of this *Notice of Appearance and Request for Special Notice*, including but not limited to:

    (a)     the right to have any final order(s) in any non-core matter(s) entered only after *de novo* review by a United States District Court Judge;

    (b)     the right to trial by jury in any proceeding in which this right exists, regardless of the nature of the right or the manner in or basis on which it is asserted;

    (c)     the right to have the United States District Court withdraw any reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or

*In Re Techshop, Inc., Debtor*     Case No. 18-50398   - 2
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE (DAN RASURE)
Case: 18-50398   Doc# 12   Filed: 03/12/18   Entered: 03/12/18 14:32:49   Page 2 of 5

(d) any and all other rights, claims, actions, defenses, setoffs, recoupment or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

Dan Rasure, for himself and any person or entity associated with him, expressly reserves all rights listed hereinabove. Neither the filing of this *Notice of Appearance and Request for Special Notice* nor any aspect of participation in this bankruptcy proceeding shall be deemed or construed to constitute a concession or admission of jurisdiction in this case or before this court.

DATED: March 12, 2018

DRAPER LAW OFFICES

_____/s/ Ann McFarland Draper_____ _____
Signature of Attorney of Record

Ann McFarland Draper (SBN 065669)
DRAPER LAW OFFICES
75 Broadway Suite 202
San Francisco, CA 94111

*In Re Techshop, Inc., Debtor*     Case No. 18-50398 - 3
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE (DAN RASURE)
Case: 18-50398    Doc# 12    Filed: 03/12/18    Entered: 03/12/18 14:32:49    Page 3 of 5

# CERTIFICATE OF SERVICE

I, Ann McFarland Draper, hereby declare and certify as follows:

1. I am a citizen of the United States and resident of the State of California, over the age of 21 and not a party to this case. My business address is 75 Broadway, Suite 202, San Francisco, CA 94111.

2. On March 12, 2018, I served as true and correct copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE (DAN RASURE)* on the interested parties in this case as follows:

☒ by electronic service accomplished by electronically filing said document(s) with the Clerk of the Court using the CM/ECF system and transmission of the Notice of Electronic Filing for such document(s) via the Court's NEF system to all persons registered for this case; and

☒ by First Class Mail service accomplished by depositing said document(s), enclosed in a sealed envelope with postage fully prepaid thereon, into the United States Mails at San Rafael, California, addressed as follows:

>     Bryn H. Sherman, Esq.
>     Offit Kurman, P.A.
>     4800 Montgomery Ln., #900
>     Bethesda, MD 20814
>
>     Aleksandra Vucinic
>     597 Lone Tree Rd
>     Hollister, CA 95023
>
>     Dejan Vucinic
>     597 Lone Tree Rd
>     Hollister, CA 95023

☐ by First Class Mail service accomplished by depositing said document(s), enclosed in a sealed envelope with postage fully prepaid thereon, into the United States Mails at San Rafael, California, addressed as shown on the attached List.

*In Re Techshop, Inc., Debtor*     Case No. 18-50398     - 4
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE (DAN RASURE)
Case: 18-50398    Doc# 12    Filed: 03/12/18    Entered: 03/12/18 14:32:49    Page 4 of 5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 12th day of March 2018, at San Rafael, California.

          /s/ Ann McFarland Draper