| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TechShop, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **18-50398** |

✓ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ✓ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 741-BRO-6459 -ST; 741-BRO-5202; 741-BRO-6457; 741-BRO-5202; including 3D printers, milling machines and much more across multiple locations.** | |
| | State the term remaining | | **Banc of California, N.A.**<br>**Attn: Current Officer**<br>**18500 Von Karman Ave., Suite 1100**<br>**Irvine, CA 92612** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 25398522-ST, FTC96296, including computers,network equipment and much more across multiple locations.** | |
| | State the term remaining | | **De Lage Landen Financial Services, Inc.**<br>**Attn: Current Officer**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 741-BRO-6459 -ST; 741-BRO-5202; 741-BRO-6457; 741-BRO-5202; including 3D printers, milling machines and much more across multiple locations.** | |
| | State the term remaining | | **Fidelity Capital c/o Banc of California,**<br>**Attn: Current Officer**<br>**18500 Von Karman Ave., Suite 1100**<br>**Irvine, CA 92612** |
| | List the contract number of any | | |

| Debtor 1 | TechShop, Inc. | | | Case number (if known) | 18-50398 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Notice only, originating agent/broker of many of the leases.** | |
| | State the term remaining | | **Fidelity Capital Partners**<br>**Attn: Current Officer**<br>**19600 Fairchild Road, Suite 120**<br>**Irvine, CA 92612** |
| | List the contract number of any government contract | | |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contract 24825-ST including Universal lasers and more across multiple locations.** | |
| | State the term remaining | | **First Lease, Inc for Fidelity Capital Pa**<br>**Attn: Current Officer**<br>**1300 Virginia Drive, Suite 450**<br>**Fort Washington, PA 19034** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Fujitsu partnership agreement.** | |
| | State the term remaining | | **Fujitu Limited**<br>**Attn: Hioyuki Sakai, VP**<br>**Fujitsu Limited, 1-1, Kamikodanaka 4-cho**<br>**Nkahara-ku, Kawasaki 211-8588**<br>**JAPAN** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 8749756001 for Flow Systems Waterjet** | |
| | State the term remaining | | **General Electric Capital Corporation**<br>**Attn: Current Officer**<br>**3333 Hesper Road**<br>**Billings, MT 59107** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 1352360-001 for Universal lasers, powder coating booths and more across multiple locations.** | |
| | State the term remaining | | **LCA Bank Corporation**<br>**Attn: Current Officer**<br>**3150 Livernois, Suite 300**<br>**Troy, MI 48083** |
| | List the contract number of any government contract | | |

| Debtor 1 | TechShop, Inc. | | | Case number (if known) | 18-50398 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

     **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 1352360-001 for Universal lasers, powder coating booths and more across multiple locations.** | |
|---|---|---|---|
| | State the term remaining | | **LCA Bank Corporation** |
| | List the contract number of any government contract | | **Attn: Current Officer**<br>**1375 Deer Valley Drive, Suite 216**<br>**Salt Lake City, UT 84060** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 0006-329858 for bandsaw, vertical machining center, 3D printer and more across multiple locations.** | |
|---|---|---|---|
| | State the term remaining | | **LEAF Capital Funding, LLC and/or its Ass** |
| | List the contract number of any government contract | | **Attn: Current Officer**<br>**2005 Market Street, 14th Floor**<br>**San Jose, CA 95113** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Facility agreement with New York City Economic Development Corp.** | |
|---|---|---|---|
| | State the term remaining | | **New York City Economic Development Corp** |
| | List the contract number of any government contract | | **Attn: Current Officer**<br>**110 William Street**<br>**New York, NY 10038** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **TechShop, Inc. - TechSchop Global Nominee Agreeement** | |
|---|---|---|---|
| | State the term remaining | | **Paul Duggan** |
| | List the contract number of any government contract | | **340 Route des Belhiardes**<br>**St. Jorioz, 74410**<br>**FRANCE** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment** | |
|---|---|---|---|
| | State the term remaining | | **Pawnee Leasing Corporation** |
| | List the contract number of any government contract | | **Attn: Current Officer**<br>**3801 Automation Way**<br>**Fort Collins, CO 80525** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.14. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **TechShop Global licensing agreement.**<br><br><br>**Shams Hameed**<br>**Program Manager, Adek Dept.**<br>**P.O. Box No. 36005**<br>**Abu Dhabi**<br>**UNITED ARAB EMIRATES** |
| 2.15. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Exeuctory agreement**<br><br><br>**Silicon Valley Engineering Council**<br>**Attn: Elisa Englehardt, President**<br>**PO Box 611865**<br>**San Jose, CA 95161** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease finance equipment**<br><br><br>**Strataysis, Inc.**<br>**Attn: Current Officer**<br>**7665 Commerce Way,**<br>**Eden Prairie, MN 55344-2020** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease finance equipment**<br><br><br>**Summit Funding Group, Inc.**<br>**Attn: Current Officer**<br>**4680 Parkway Drive, Suite 300**<br>**Mason, OH 45040** |

Banc of California, N.A.
Attn: Current Officer
18500 Von Karman Ave., Suite 1100
Irvine, CA 92612

De Lage Landen Financial Services, Inc.
Attn: Current Officer
1111 Old Eagle School Road
Wayne, PA 19087

Fidelity Capital c/o Banc of California,
Attn: Current Officer
18500 Von Karman Ave., Suite 1100
Irvine, CA 92612

Fidelity Capital Partners
Attn: Current Officer
19600 Fairchild Road, Suite 120
Irvine, CA 92612

First Lease, Inc for Fidelity Capital Pa
Attn: Current Officer
1300 Virginia Drive, Suite 450
Fort Washington, PA 19034

Fujitu Limited
Attn:  Hioyuki Sakai, VP
Fujitsu Limited, 1-1, Kamikodanaka 4-cho
Nkahara-ku, Kawasaki 211-8588
JAPAN

General Electric Capital Corporation
Attn: Current Officer
3333 Hesper Road
Billings, MT 59107

LCA Bank Corporation
Attn: Current Officer
3150 Livernois, Suite 300
Troy, MI 48083

LCA Bank Corporation
Attn: Current Officer
1375 Deer Valley Drive, Suite 216
Salt Lake City, UT 84060

LEAF Capital Funding, LLC and/or its Ass
Attn: Current Officer
2005 Market Street, 14th Floor
San Jose, CA 95113

New York City Economic Development Corp
Attn: Current Officer

110 William Street
New York, NY 10038

Paul Duggan
340 Route des Belhiardes
St. Jorioz, 74410
FRANCE

Pawnee Leasing Corporation
Attn: Current Officer
3801 Automation Way
Fort Collins, CO 80525

Shams Hameed
Program Manager, Adek Dept.
P.O. Box No. 36005
Abu Dhabi
UNITED ARAB EMIRATES

Silicon Valley Engineering Council
Attn: Elisa Englehardt, President
PO Box 611865
San Jose, CA 95161

Strataysis, Inc.
Attn: Current Officer
7665 Commerce Way,
Eden Prairie, MN 55344-2020

Summit Funding Group, Inc.
Attn: Current Officer
4680 Parkway Drive, Suite 300
Mason, OH 45040