Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Autodesk, Inc.**<br>Creditor's Name<br>Attn: Andrew Anagnost, CEO / Other Curre<br>111 McInnis Parkway<br>San Rafael, CA 94903<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**UCC lien - lien date: 1/5/2018**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Equipment/Machinery**<br><br>Describe the lien<br>**UCC Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,628,425.00** | **$0.00** |
| **2.2** **Autodesk, Inc. c/o Cogency Global, Inc.**<br>Creditor's Name<br>Attn: Andrew Anagnost, CEO / Other Curre<br>1325 J Street, Suite 1550<br>Sacramento, CA 95814<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**UCC lien - lien date: 1/5/2018**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Equipment/Machinery**<br><br>Describe the lien<br>**UCC Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **Unknown** | **$0.00** |

| Debtor | **TechShop, Inc.** | | Case number (if know) | **18-50398** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Banc of California, N.A.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer**
**18500 Von Karman Ave., Suite 1100**
**Irvine, CA 92612**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien dates: 4/20/2015; 5/1/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Banc of California, N.A. c/o CT Lien So** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer**
**2727 Allen Parkway**
**Houston, TX 77019**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien date: 8/11/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CHTD Company** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer**
**175 N. Patrick Boulevard, Suite 140**
**Springfield, IL 00062-7078**
Creditor's mailing address

**Describe the lien**

| | | UCC Lien | |
|---|---|---|---|
| | | **Describe the lien** | |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**UCC lien - lien date: 11/22/2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CHTD Company c/o Corporation Service Com** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer**
**175 N. Patrick Boulevard, Suite 140**
**Drive Springfield, IL 62703**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien date: 11/22/2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **De Lage Landen Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer**
**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien dates: 3/24/2016; 6/22/2016; 2/22/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **TechShop, Inc.** | Case number (if know) | **18-50398** |
|---|---|---|---|
| | Name | | |

- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.8** **De Lage Landen Financial Services, Inc.**
Creditor's Name

**Attn: Current Officer**
**175 N. Patrick Boulevard, Suite 140**
**Drive Springfield, IL 62703**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**UCC lien - lien dates: 3/24/2016; 6/22/2016; 2/22/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment/Machinery**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Unknown** **$0.00**

---

**2.9** **EverBank Commercial Finance, Inc.**
Creditor's Name

**Attn: Current Officer**
**10 Waterview Blvd.**
**Parsippany, NJ 07054**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**UCC lien - lien dates: 7/1/2015; 8/3/2015; 10/26/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment/Machinery**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Unknown** **$0.00**

---

**2.10** **EverBank Commercial Finance, Inc. c/o CT**
Creditor's Name

**Attn: Current Officer**
**2727 Allen Parkway**
**Houston, TX 77019**

**Describe debtor's property that is subject to a lien**
**Equipment/Machinery**

**Unknown** **$0.00**

---

| Debtor | **TechShop, Inc.** | Case number (if know) | **18-50398** |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien dates: 7/1/2015; 8/3/2015; 10/26/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **FirstLease, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer**
**1300 Virginia Drive, Suite 450**
**Fort Washington, PA 19034**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien date: 4/14/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | **FirstLease, Inc. c/o Corporation Service** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien date: 4/14/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **TechShop, Inc.** | Case number (if know) | **18-50398** |
|---|---|---|---|
| | Name | | |

- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.13 | **LCA Bank Corporation** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer
1375 Deer Valley Drive, Suite 216
Salt Lake City, UT 84060**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien dates:
4/20/2015; 5/1/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.14 | **LCA Bank Corporation** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer
3150 Livernois, Suite 300
Troy, MI 48083**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien dates:
4/20/2015; 5/1/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.15 | **LCA Bank Corporation  c/o CT Lien Soluti** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

|  |  |  |  |
|---|---|---|---|
|  | Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Date debt was incurred**<br>**UCC lien - lien dates:**<br>**4/20/2015; 5/1/2015**<br>Last 4 digits of account number |  |  |  |
|  | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
| 2.16 | **LEAF Capital Funding, LLC and/or its Ass**<br>Creditor's Name<br>**Attn: Current Officer**<br>**2005 Market Street, 14th Floor**<br>**San Jose, CA 95113**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Equipment/Machinery** | **Unknown** | **$0.00** |
|  |  | **Describe the lien**<br>**UCC Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |  |  |
|  | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Date debt was incurred**<br>**UCC lien - lien dates:**<br>**12/21/2015; 2/1/2016**<br>Last 4 digits of account number |  |  |  |
|  | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
| 2.17 | **LEAF Capital Funding, LLC and/or its Ass**<br>Creditor's Name<br>**Attn: Current Officer**<br>**2727 Allen Parkway**<br>**Houston, TX 77019**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Equipment/Machinery** | **Unknown** | **$0.00** |
|  |  | **Describe the lien**<br>**UCC Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |  |  |
|  | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Date debt was incurred**<br>**UCC lien - lien dates:**<br>**12/21/2015; 2/1/2016**<br>Last 4 digits of account number |  |  |  |
|  | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |  |  |

| Debtor | **TechShop, Inc.** | | Case number (if know) | **18-50398** |
|---|---|---|---|---|
| | Name | | | |

- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.18 | **Lowe's Companies, Inc** | Describe debtor's property that is subject to a lien | $2,694,040.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery - subject to verification** | | |

**Attn: Robert Alan Niblock, CEO /
Other Current Officer
1000 Lowe's Blvd NB4TA
Mooresville, NC 28117-8520**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
**Date debt was incurred**
- [✓] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply
- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

---

| 2.19 | **M2 Lease Funds, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer
175 N. Patrick Boulevard, Suite 140
Brookfield, WI 53045**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
**Date debt was incurred**
**UCC lien - lien date: 11/22/2013**
- [✓] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply
- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.20 | **Machinery Finance Resources, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer
175 N. Patrick Boulevard, Suite 140
Windsor, CT 06095**

---

| Debtor | **TechShop, Inc.** | Case number (if know) | **18-50398** |
|---|---|---|---|

Name

Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien date:**
**12/26/2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | **Pawnee Leasing Corporation** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name
**Attn: Current Officer**
**3801 Automation Way**
**Fort Collins, CO 80525**

**Equipment/Machinery**

Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien date:**
**3/14/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.22 | **Pawnee Leasing Corporation c/o CT Lien S** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name
**Attn: Current Officer**
**2727 Allen Parkway**
**Houston, TX 77019**

**Equipment/Machinery**

Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien date:**
**3/14/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **TechShop, Inc.** | | Case number (if know) | **18-50398** |
|---|---|---|---|---|
| | Name | | | |

- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.23 | **San Mateo County Tax Collector** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**555 County Center**
**Redwood City, CA 94063**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [✔] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.24 | **Shane Koo** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**359 Austin Ave.**
**Atherton, CA 94027**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [✔] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien date: 2/22/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.25 | **Summit Funding Group, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment/Machinery** | | |

**Attn: Current Officer**
**4680 Parkway Drive, Suite 300**
**Mason, OH 45040**
Creditor's mailing address

**Describe the lien**
**UCC Lien**

| Debtor | **TechShop, Inc.** | Case number (if know) | **18-50398** |
|---|---|---|---|

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien dates: 3/31/2015; 5/21/2015; 8/3/2015; 8/10/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.26** **Summit Funding Group, Inc. c/o CT Lien**
Creditor's Name

**Attn: Current Officer**
**2727 Allen Parkway**
**Houston, TX 77019**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment/Machinery**

**Unknown**     **$0.00**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**UCC lien - lien dates: 3/31/2015; 5/21/2015; 8/3/2015; 8/10/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$21,322,465.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Autodesk, Inc.
Attn: Andrew Anagnost, CEO / Other Curre
111 McInnis Parkway
San Rafael, CA 94903

Autodesk, Inc. c/o Cogency Global, Inc.
Attn: Andrew Anagnost, CEO / Other Curre
1325 J Street, Suite 1550
Sacramento, CA 95814

Banc of California, N.A.
Attn: Current Officer
18500 Von Karman Ave., Suite 1100
Irvine, CA 92612

Banc of California, N.A. c/o CT Lien So
Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019

CHTD Company
Attn: Current Officer
175 N. Patrick Boulevard, Suite 140
Springfield, IL 00062-7078

CHTD Company c/o Corporation Service Com
Attn: Current Officer
175 N. Patrick Boulevard, Suite 140
Drive Springfield, IL 62703

De Lage Landen Financial Services, Inc.
Attn: Current Officer
1111 Old Eagle School Road
Wayne, PA 19087

De Lage Landen Financial Services, Inc.
Attn: Current Officer
175 N. Patrick Boulevard, Suite 140
Drive Springfield, IL 62703

EverBank Commercial Finance, Inc.
Attn: Current Officer
10 Waterview Blvd.
Parsippany, NJ 07054

EverBank Commercial Finance, Inc. c/o CT
Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019

FirstLease, Inc.
Attn: Current Officer
1300 Virginia Drive, Suite 450

Fort Washington, PA 19034

FirstLease, Inc. c/o Corporation Service
Attn: Current Officer
801 Adlai Stevenson Drive
Springfield, IL 62703

LCA Bank Corporation
Attn: Current Officer
1375 Deer Valley Drive, Suite 216
Salt Lake City, UT 84060

LCA Bank Corporation
Attn: Current Officer
3150 Livernois, Suite 300
Troy, MI 48083

LCA Bank Corporation  c/o CT Lien Soluti
Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019

LEAF Capital Funding, LLC and/or its Ass
Attn: Current Officer
2005 Market Street, 14th Floor
San Jose, CA 95113

LEAF Capital Funding, LLC and/or its Ass
Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019

Lowe's Companies, Inc
Attn:  Robert Alan Niblock, CEO /
Other Current Officer
1000 Lowe's Blvd NB4TA
Mooresville, NC 28117-8520

M2 Lease Funds, LLC
Attn: Current Officer
175 N. Patrick Boulevard, Suite 140
Brookfield, WI 53045

Machinery Finance Resources, LLC
Attn: Current Officer
175 N. Patrick Boulevard, Suite 140
Windsor, CT 06095

Pawnee Leasing Corporation
Attn: Current Officer
3801 Automation Way
Fort Collins, CO 80525

Pawnee Leasing Corporation c/o CT Lien S

Sched-D(final)-amended.TXT[3/15/2018 10:25:01 PM]

Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019

San Mateo County Tax Collector
555 County Center
Redwood City, CA 94063

Shane Koo
359 Austin Ave.
Atherton, CA 94027

Summit Funding Group, Inc.
Attn: Current Officer
4680 Parkway Drive, Suite 300
Mason, OH 45040

Summit Funding Group, Inc.  c/o CT Lien
Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019