# United States Bankruptcy Court
## Northern District of California

In re **TechShop, Inc.** Debtor(s)

Case No. **18-50398**
Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s) - Amended Schedule D - , consisting of **14** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 16, 2018**

Signature **/s/ Daniel Woods**
**Daniel Woods**
**Former Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.