

1  Gregg S. Kleiner (SBN 141311)
   RINCON LAW LLP
2  268 Bush Street, Suite 3335
   San Francisco, CA 94104
3  Tel: 415-996-8180
   Fax: 415-680-1712
4  gkleiner@rinconlawllp.com
5
   Proposed Counsel for
6  DORIS A. KAELIN,
   Trustee in Bankruptcy

The following constitutes
the order of the court. Signed March 16, 2018

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING EMPLOYMENT OF COUNSEL**
**(Rincon Law LLP)**

Upon the Application of Doris A. Kaelin, Trustee in Bankruptcy of the estate of the above-named Debtor; and it appearing that Rincon Law LLP is qualified to represent the Trustee in these proceedings, that employment of counsel will be in the best interests of the estate, that counsel represents no interest adverse to the estate and that notice and a hearing are not necessary in connection with the Application; it is hereby

ORDERED that Doris A. Kaelin, Trustee in Bankruptcy, is authorized, pursuant to 11 U.S.C. Section 327, to employ Rincon Law LLP as Trustee's counsel to assist in all matters arising in or related to this Chapter 7 proceeding.

FURTHER ORDERED that no compensation shall be allowed or paid except pursuant to further Court order.

**\*\*END OF ORDER\*\***

**\*\*COURT SERVICE LIST\*\***

**NO MAIL SERVICE REQUIRED**