**Entered on Docket
March 19, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



1  Gregg S. Kleiner (SBN 141311)
   RINCON LAW LLP
2  268 Bush Street, Suite 3335
   San Francisco, CA 94104
3  Tel: 415-996-8180
   Fax: 415-680-1712
4  gkleiner@rinconlawllp.com

The following constitutes
the order of the court. Signed March 19, 2018

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

Proposed Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER LIMITING NOTICE
(F.R.B.P. 2002(m))**

Upon due consideration, based on the Trustee's *Ex Parte* Application for Order Limiting Notice (F.R.B.P. 2002(m)) (the "Application"), the Amended Matrix (as defined in the Application), and the supporting declaration of counsel, and it appearing from those documents that notice is adequate under the circumstances, and that good cause exists,

IT IS ORDERED as follows:

1. The Application is granted in its entirety.

2. On the terms set forth in the Application filed as Docket Entry No. 23 (the "Application"), the Trustee is authorized to provide notice to only those parties listed in the Amended Matrix (i.e. the Debtor's soon to be filed amended Schedules D, E, F and G), parties who have requested special notice, taxing agencies and parties who have filed proofs of claim.

3. The Trustee is authorized to take any and all steps to effectuate the terms of this Order.

*** *END OF ORDER* ***

***COURT SERVICE LIST ***

No Court service requested.