## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                    Case No.    **18-50398**

**TechShop, Inc.**


_____ Debtor(s).          /

### AMENDED CREDITOR MATRIX COVER SHEET


    I declare that the attached Creditor Mailing Matrix, consisting of __66__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **March 19, 2018**


                                       **/s/ Matthew D. Metzger**
                                       _____
                                       Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

The Entrust Group Inc. FBO Leslie Lev
43 S. 14th St.
San Jose, CA 95112

Aaron Haldiman
1335 Yosemite ave.
San Francisco, CA 94124

Aaron Keast
4304 Avery St.
Detroit, MI 48208

Aaron Weintraub
231 Dale Drive
Silver Spring, MD 20910

Abir Abboud
1898 Meridian Ave
#6
San Jose, CA 95125

Abram Downey
2325 NW Maser Dr
Corvallis, OR 97330

Abubaker Farrah
7872 Tyson oaks circle
Vienna, VA 22182

Adam Levinthal
956 Wilmington Way
Redwood City, CA 94062

Adam Robert Knight
225C 9th St.
San Francisco, CA 94103

Addie Stone-Richards
627 W. Alexandrine Street
Apt No: 5
Detroit, MI 48201

Adeo Groupe Attn:
Attn:  Philippe Zimmerman, CEO
135 rue Sadi Carnot CS 00001
59790 Ronchin
FRANCE

Case: 18-50398   Doc# 29   Filed: 03/19/18   Entered: 03/19/18 18:36:44   Page 2 of 67

Adrian Rodriguez
10 S Norfolk St
San Mateo, CA 94401

Agustin Isas
820a Ken St
Austin, TX 78758

Alan Fanning
765 S 12th St.
San Jose, CA 95112

Albert C. McKenna Trust
350 Arguello Blvd
San Francisco, CA 94118

Alejandro J Perez Garcia
480 eddy apt 204
San francisco, CA 94109

Aleksandr Ryzhov
548 Adeline Ave
San Jose, CA 95136

Alex Dingle
26 Brainerd Rd
Allston, MA 02134

Alexander Bain
41277 N Cambria Dr.
San Tan Valley, AZ 85140

Alexander Bain
185 Berry St #550,
San Francisco, AZ 94107

Alexander Thomson
798 Norwegian Spruce Dr.
Mars, PA 16046

Alexander Troyer
5122 Rosetta St.
Pittsburgh, PA 16046

Alexandra Green
624 Mariposa Ave
Apt No 6
Oakland, CA 94610

Alexandra Stambaugh
23-03 28th Ave
Apt #3E
Astoria, NY 11102

Alexandra Thomas
16575 greenview ave.
Detroit, MI 48219

Alfredo Capps
916 mariner Dr.
Apt #Unit E
Mountain View, CA 94043

Allan Gottlieb
226 Valley Vista Dr
Camarillo, CA 93010

Allan Hessenflow
23097 Summit Road
Los Gatos, CA 95033

Allen Hessenflow
23097 Summit Road
Los Gatos, CA 95033

Allen Lavee
24 Santa Margarita Drive
San Rafael, CA 94901

Amanda Fosnight
6346 Southwood Ave
Apt #3S
St Louis, MO 63105

Amanda Tucker
114 N. Drexel street
Mesa, AZ 85207

Amanda Watkins
PO Box 576
Springfield, OR 97475

Amanda Wilson
68 Woodland Ave.
Daly City, CA 94015

Amber Ross

American Arbitration Association
45 E River Park Place West Suite 308
Fresno, CA 93720

American Express Bank Attn:  Current Off
PO Box 3001
Malvern, PA 19355

Amy Henley
2230 Carmelita Drive
San Carlos, CA 94070

Andre Anderson
192 Dogwood Rd
Valley Stream, NY 11580

Andrea Lober Rockovich, CPA Bakery Squar
6425 Penn Ave.
Pittsburgh, PA 15206

Andrew Benjamin Ritger
1492 W. Hedding
San Jose, CA 95126

Andrew Bernard

Andrew Calvo
PO Box 2205
Sebastopol, CA 95472

Andrew Carlson
516 15th Street NE
Washington, DC 20002

Andrew Ellison
9412 Robert Deves Drive
St. Louis, MO 63126

Andrew Ferhat Yidirim
3321 21st Street, Apt 4
San Francsico, CA 94110

Andrew Leer
216 Churchill Rd.
Turtle Creek, PA 15145

Case: 18-50398   Doc# 29   Filed: 03/19/18   Entered: 03/19/18 18:36:44   Page 5 of 67

Andrew Leer
216 Churchill Rd.
Turtle Creek, PA 90051

Andrew Lunday
429 Edgewood Rd
San Mateo, CA 94402

Andrew Lutomirski
204 2nd Ave #408
Palo Alto, CA 94401

Andrew Maag
0
Austin, TX 78756

Andrew Ritger
1492 W. Hedding
San Jose, CA 95126

Andrew S. Huang
1733 Crane Ave
Mountain View, CA 94040

Andrew Son, VP JBG Smith
4445 Willard Ave., Suite 400
Chevy Chase, MD 20815

Angela Defrancesco
144 S 3rd St Unit 610
San Jose, CA 95112

Angela Light
3208 Kawalker Lane
San Jose, CA 95127

Anne Renee Wright
3634 Frazier St
Pittsburgh, PA 15213

Anthem Blue Cross
PO BOX 511300
Los Angeles, CA 90051

Anthony Pacillo
4164 Victoria Park Drive
San Jose, CA 95136

Case: 18-50398   Doc# 29   Filed: 03/19/18   Entered: 03/19/18 18:36:44   Page 6 of 67

Anthony Quesada
1635 Green St.
San Francisco, CA 94123

Antoine Alary
1516 Lima Ct
San Jose, CA 95126

Anton Castro
1137 Hyde St Apt 5
San Francisco, CA 94109

Anujan Varma and Sobha Varma
21090 Hazelbrook Dr.
Cupertino, CA 95014

ARC
P.O. Box 192224
San Francisco, CA 94119

Arienne Gagui
1320 California Street
Apt 3
San Francisco, CA 94109

Arizona Board of Regents c/o Jeffrey L.
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

Ashley Clayton
427 4th Avenue
San Francisco, CA 94118

Ashley Sherwood
3616 Hawk Ridge
Round Rock, TX 78665

Ashok Janah
91 Woodland Ave.
San Francisco, CA 94117

AT&T Mobility - 879353507
PO Box 6463
Carol Stream, IL 60197

Autodesk, Inc.
Attn: Andrew Anagnost, CEO / Other Curre

111 McInnis Parkway
San Rafael, CA 94903

Autodesk, Inc.  c/o Cogency Global, Inc.
Attn: Andrew Anagnost, CEO / Other Curre
1325 J Street, Suite 1550
Sacramento, CA 95814

Bailey Catenazzo
3252 January Ave
Apartment 1
St. Louis, MO 63139

Baker-Dunn Familiy Trust
2704 All View Way
Belmont, CA 94002

Banc of California, N.A.
Attn: Current Officer
18500 Von Karman Ave., Suite 1100
Irvine, CA 92612

Banc of California, N.A.  c/o CT Lien So
Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019

Barbara Newton
524 Keelson Cir.
Redwood City, CA 94065

Barbara Newton

Barbara Solomon and Richard Barr Hibbs
952 Sanchez St.
San Francisco, CA 94114-3362

Ben Foss
57 Peters Ave
San Francisco, CA 94110

Benjamin A Board
445 Vinewood
Wyandotte, MI 48192

Benjamin David Hoomes
766 Betty Ct
Sunnyvale, CA 94086

Benjamin Hudson
8111 ox road
Fairfax station, VA 22039

Benjamin J Corrie
1847 Powell St.
San Francisco, CA 94133

Benjamin Joseph Holt
949 Steinway Ave.
Campbell, CA 95008

Benjamin Klemme
3650 Rutledge Common
Fremont, CA 94538

Bernard M Boyle and Lucyna Boyle
2446 E Hope St
Mesa, AZ 85213

Bess Siritanapivat
1404 Sheltie Ln
Round Rock, TX 78664

Bhatia Family Trust
571 Panchita Way
Los Altos, CA 94022

BHL Services, Inc
3839 Chandler Drive Minneapolis
Minneapolis, MN 55421

BHL Services, Inc. c/o Michae K. Murray
625 The City Dr S Ste 190
Orange, CA 92868-4983

Bill Morre
4025 Bohannon Dr
Menlo Park, CA 94025

Black Antelope Inc.
5406 NE 198th Place
Lake Forest Park, WA 98155

Blake and Xuan Commagere
934 Baines St
E Palo Alto, CA 94303

Board of Regents -ASU Lewis Roca Rothger
One South Church Ave.
Suite 700
Tucson, AZ 85701

Brandon Masi
1003 chestnut street
Pittsburgh, PA 15212

Brandt Hewitt
1009 Irvings ST
Apt No: 4
San Francisco, CA 94122

Braunreuther Lambert family Living Trust
1596 Edmond Ct
San Jose, CA 95125

Brendan A. Flicker,
c/o
William F. Askin, Esq.
1047 McKinney Lane
Pittsburgh, PA 15220

Brett Halle
1807D Santa Rita Road, Suite 266
Pleasanton, CA 94566

Brian A. Beardmore
292 Laquesta Dr
Danville, CA 94526

Bridget Quinn
4661 E Nine Mile Rd.
Warren, MI 48091

Bruce Deng & Terry Leung
50 Lee Ave
San Francisco, CA 94112

Bruno Kranzen
576 Maybell Ave.
Palo Alto, CA 94306

C. William Spangler and Nancy L. Spangle
471 Carolina Ln

Palo Alto, CA 94306

Caleb Henry Crome
5060 Kingston Way
San Jose, CA 95130

Calvin R. Olson and Leslie T. Olson
5701 Westslope Drive #21
Austin, TX 78731

Camillia Elci
4118 Marble lane
Fairfax, VA 22033

Candace S. Edgerley Alexandria
4206 Christine Place
Alexandria, VA 22311

Carl Waldspurger
517 Georgia Ave
Palo Alto, CA 94306

Carlie Trosclair
3305 Halliday Ave FL 2
Apt No: FL 2
St. Louis, MO 63118

Carlyn and Harrolld Luzzolino
2920 Tahiti St NE
Albuquerque, NM 87112

Carol B/John Teasley
800 Lincoln Lane A1505
Dearborn, MI 48126

Carol L. Gunby
972 Katherine Ct..
San Jose, CA 95216

Caroline Doyle
61-36 Woodbine St.
Apt No:  4A
Queens, NY 11385

Caroline Lowe
12930 Kings Row Lane
Saint Louis, MO 63146

Carolyn Lee Luce
318 McEvoy St.
Redwood City, CA 94061

Cary Ellis McHugh
4000 Holly Dr.
San Jose, CA 95127

Cary FitzGerald
102 Southwood Dr.
Palo Alto, CA 94301

Casey Janowski
8104 Burrell Drive
Austin, TX 78757

Catherine Conley
25 Wabash St. Apt 1
Pittsburgh, PA 15220

CESC Plaza Limited Partnership c/o Offit
4800 Montgomery Lane, Suite 900
Bethesda, MD 20814

Chambers-Edwards Year 2000 Revocable Tru
25690 Adams Rd
Los Gatos, CA 95033-8177

Charles Edward Richardson
1925 W. Cornwallis Rd
Durham, NC 27705

Charles G Wade
136 Mary Way
Los Gatos, CA 95032

Charles V. Britton
293 Cactus Dr.
Prospect Hill, NC 27314

Chia Ching Chang
21534 Conradia Court
Cupertino, CA 95014

Chisa Family Ltd Partnership
2925 Bond St.
Rochester Hills, MI 48309

Chlotilde Connor-Taylor
320 Sterling Apt. 5EW
Brooklyn, NY 11225

Christina S Chu
107 N. Amphlett Blvd
San Mateo, CA 94401

Christopher and Elecia White
2604 Camloop Dr.
San Jose, CA 95130

Christopher Dastan
2900 West Highland Street
Chandler, AZ 85226

Christopher Jeffries
166 Norfolk St
New York, NY 10002

Christopher Jurney
112 E Street
Redwood City, CA 94063

Christopher P. Toeppen & Cheryl S. Toepp
36 Fairview Ave.
Atherton, CA 94027

Christopher S. Mullin
41 Lebanon Hills Dr
Pittsburgh, PA 15228

Christopher Savage
2021 Mayflower Drive
Woodbridge, VA 22192

Christopher Segraves
15844 E Burro Dr
Fountain Hills, AZ 85268

Christopher Segraves
6783 W Yearling Rd.
Peoria, AZ 85383

Christopher Shull
1355 Sage Hen Way Unit R
Sunnyvale, CA 94087

Case: 18-50398   Doc# 29   Filed: 03/19/18   Entered: 03/19/18 18:36:44   Page 13 of 67

Christopher Toeppen
36 Fairview Ave.
Atherton, CA 94027

Chrisula Bloore
800 Sonia Way
Mountain View, CA 94040

CHTD Company
Attn: Current Officer
175 N. Patrick Boulevard, Suite 140
Springfield, IL 00062-7078

CHTD Company c/o Corporation Service Com
Attn: Current Officer
175 N. Patrick Boulevard, Suite 140
Drive Springfield, IL 62703

Chung Leung New York City Economic Devel
110 William Street
New York, NY 10038

City of San Jose
Business Tax & Reg Permit Dept #34370 PO
San Jose, CA

Claude Noriega
360 Fifth St., #11
San Francisco, CA 94103

Cole  Smith
701 W Del Rio St.
Chandler, AZ 85225

Colin Jaramillo
894 South Second St.
San Jose, CA 95112

Corbin-McLeod Revocable Trust
102 Anderson St.
San Francisco, CA 94110

Cory Hoover
1749 Hayes St
San Francisco, CA 94115

Costco Membership
PO BOX 34783

Seattle, WA 98124

Courtney Woods
312 Laurel Way,
Mill Calley, CA 94941

CSN+Design
4618 W.62 Terr
Fairway, KS 66205

Curtis C
1533a 5th St.
Oakland, CA 94607

Curtis Cleveland Galloway
129 Magnolia St.
Santa Cruz, CA 95062

Cypress Computer Systems Inc.
1778 Imlay City Road, Suite 200
Lapeer, MI 48446

D. Mars J. Holt
1960 Churton Ave
Los Altos, CA 94024

D. Wesley Wiley and Janice K. Kendall
610 Gennessee St
San Francisco, CA 94127

Dale N Scott
P.O. Box 31537
San Francisco, CA 94131

Dale N. Scott
P.O. Box 31537
San Francisco, CA 94131

Dan Mars & J Holt
1960 Churton Ave
Los Altos, CA 94024

Dan Rasure
1570 Road 65
Goodland, KS 67735

Dan Rasure c/o Ann McFarland Draper
Draper Law Offices

Case: 18-50398   Doc# 29   Filed: 03/19/18   Entered: 03/19/18 18:36:44   Page 15 of
67

75 Broadway, Suite 202
San Francisco, CA 94111

Dan Woods
312 Laurel Way
Mill Valley, CA 94941

Daniel E. Erdman
88 E San Fernando St #510
San Jose, CA 95113

Daniel J. Levin
141 Corona Way
Portola Valley, CA 94028

Daniel Sebahar
717 6TH Avenue
Apt No: 5
San Francisco, CA 94118

Daniel Woods
312 Laurel Way
Mill Valley, CA 00096-4941

Daniel Woods
312 Laurel Way
Mill Valley, CA 94941

Danielle Johnson
2300 W San Angelo St
Apt 2136
Gilbert, AZ 85233

Danielle Lee Deibler
879 29th Ave.
San Francisco, CA 94121

Danny E. Mars
1960 Churton Ave
Los Altos, CA 94024

Danny Machak
941 East Grant Place
San Mateo, CA 94402

Darrin B. Jewell
416 Ridge Rd
Woodside, CA 94062

Daryl Smith
1749 W Tulsa St
Chandler, AZ 85224

Daryl Thoren Barnes
527 Villa Centre Way
San Jose, CA 95128

Datapipe.Inc
P.O. Box 36477
Newark, NJ 07188

Dav Impossible Yaginuma
126 Bridgeview Dr.
San Francisco, CA 94124

David & Jean Kodama
12909 Glenda St.
Cerritos, CA 90703

David A. Lyons
4497 Poinsettia Ct
San Jose, CA 95136

David Allan Ellsworth
227 Ramona St.
San Mateo, CA 94401

David Atwater
12 Strath Haven Ct
Gaithersburg, MD 20886

David Bailey
26656 Wexford
Warren, MI 48091

David Basset& Carrol Basset
6361 Janary Way
San Jose, CA 95129

David Bassett
6361 Janary Way
San Jose, CA 95129

David Belleville
1708 Via Flores Ct
San Jose, CA 95132

David Bruce Curtis and Shelley Smith Cur
1655 Manitoba Dr.
Sunnyvale, CA 94087

David C Chein
48277 Hackberry St
Fremont, CA 94539

David Chang
13601 Paseo Del Roble Dr.
Los Altos Hills, CA 94022

David Chau
2245 Lanai Ave.
Apt #25
San Jose, CA 95122

David Clayton Belleville
1708 Via Flores Ct
San Jose, CA 95132

David E Chen
48277 Hackberry St
Fremont, CA 94539

David Frederick Lyons, II
4497 Poinsettia Ct
San Jose, CA 95136

David Griggs
2022 Wyoming Street
Saint Louis, MO 63118

David J. Evers
3815 242nd Ave SE
Issaquah, WA 98029

David J. Evers_Loan
304 S. Broadway
Fallon, NV 89406

David K. Matsumoto
6766 Hampton Dr.
San Jose, CA 95120

David Kang
426 Capitol Ave.

San Francisco, CA 94112

David L. Greenspan
711 Pleasant Valley Ln
Aptos, CA 95003

David Munier & Tara Munier
3340 St. Mary's Rd.
Lafayette, CA 94549

David Orenstien
1317 Macon Ave
Pittsburgh, PA 15218

David Pianka
3913 Cadwallder Ave
San Jose, CA 95121

David Sperman
165 Cambridge Ave
San Leandro, CA 94577

David Tran
4941 Seaview Ave
Castro Valley, CA 94546

David Vasquez
65 La Loma Drive
Menlo Park, CA 94025

Dawn Balinkski
10310 Breeden Road
Lusby, MD 20657

Dayrl Snderson
726 Ruth Dr.
Pleasant Hill, CA 94523

DE Lage Landen Financial Services, Inc
PO BOX 41604
Philadelphia, PA 19101

De Lage Landen Financial Services, Inc.
Attn: Current Officer
1111 Old Eagle School Road
Wayne, PA 19087

De Lage Landen Financial Services, Inc.

Attn: Current Officer
175 N. Patrick Boulevard, Suite 140
Drive Springfield, IL 62703

Deana Tolentino
1724 Lodi Ave
San Mateo, CA 94401

Deborah & John Bishopp
1880 E. Linorick Dr.
Chandler, AZ 85249

Deborah Smith Zylstra
2424 E Barnhart Rd
Denair, CA 95316

Debra Hara
10856 Linda Vista Dr.
Cupertino, CA 95014

Dejan Vucinic
2881 Meridian Ave. #247
San Jose, CA 95124

Dejan Vucinic & Alexsandra Vucinic
597 Lone Tree Rd
Hollister, CA 95023

Del Roy Hatch
319 Texas St.
San Francisco, CA 94107

Dennis Lower, CEO CORTEX Innovation Comm
4320 Forest Park Ave., Ste 201
St. Louis, MI 63108

Derek P. Young
3315 Gloucester Pl
Fremont, CA 94555

Dhananjay Joshi
PO Box 77377
Baton Rouge, LA 70879

Dirk A. Kabcenell and Charlene C. Kabcen
4900 Alpine Rd
Portola Valley, CA 94028

DMV
PO Box 942897
Sacramento, CA 95663

Don Carl Ferguson
1648 Great Highway
San Francisco, CA 94122

Don P. Jones Trust Dated May 10, 1984
601 Laurel Ave. #408
San Mateo, CA 94401

Donald Chesarek
280 Belblossom Way
Los Gatos, CA 95032

Donald Price
21485 Silchester Ct.
Northville, MI 48167

Donald Stuart DeBear As Trustee of The D
528 Downing Ave.
San Jose, CA 95128

Doug Busch
2795 Horse-n-Round Lane
Penryn, CA 95663

Douglas Dale
3017 Riverdale Ave.
Apt #4B
Bronx, NY 10463

Douglas Faunt
6405 Regent St.
Oakland, CA 94618

Douglas Pan
317 Bowsman Ct
Oakland, CA 94601

Drew Lentz
111 4th Place
Apt Number 3 A
Brooklyn, NY 11231

Dylan Mascarella
639 W. 3rd St.

Tempe, AZ 85281

Early Growth Financial Services
P.O.Box 740809
Los Angeles, CA 90074

Earthlink Business
1058 PO Box 2252
Birmingham, AL 35246

Eastwick Communication, Inc
222 Kearny Street Suite 400
San Francisco, CA 94108

Echo International
Three Gateway Center Floor 14
West Pittsburgh, PA 35246

Ed & Julie Hall
1528 Constanso Way
San Jose, CA 95129

Edward & Deborah Harriman
14672 Gypsy Hill Rd
Saratoga, CA 95070

Edward Ash
850 John Carlyle Street; #336
Alexandria, VA 22314

Edward Chen
88 E. San Fernando St Unit 1811
San Jose, CA 95113

Edward Harriman
14672 Gypsy Hill Rd
Saratoga, CA 95070

Edward Hudgins
1301 N. Quintana St
Arlington, VA 22205

Edward Korthof
126 Jersey St.
San Francisco, CA 94114

Edward L Koch
208 Devon Dr.

San Rafael, CA 94903

Edward Nolan Leake and Tennille Marie Ch
1788 Elsie Ave.
Mountain View, CA 94043

Edward S. Conger
1064 Hickorynut Ct
Sunnyvale, CA 94087

Elijah Phillips
9500 Jollyville Rd
# 164
Austin, TX 78759

Elizabeth Bauer
460 Sunshine Circle
Ashland, OR 97520

Elizabeth Larson
5121 Dearborn St
Pittsburgh, PA 15224

Elizabeth Lira
234 S 11th St
San Jose, CA 95112

Elizabeth Smith
9801 Stonelake Blvd
#2036
Austin, TX 78759

Ellen Isaacs
2162 Coroner Dr
San Jose, CA 95124

Ellen Wang
1357 Webster Street
Palo Alto, CA 94301

Elon Smith
8213 Light Horse Court
Annandale, VA 22003

Emily Dunlap
2166 Tower Grove Ave,
Apt #1s
St. Louis, MO 63110

Emily Elhoffer
119 Peruque Estates Lane
Wentzville, MO 63385

Emily P Quesada
1629 Green St.
San Francisco, CA 94123

Entrust Carolinas, LLC FBO Matthew Ho IR
2121 Peralta St. Ste #125
Oakland, CA 94607

Eric Jacobson
2391 Downing Ave.
San Jose, CA 95128

Eric Lee and Xuhua Wang Revocable Trust
701 Hartranft Avenue
Fort Washington, PA 19034

Eric Munoz
1546 Mount Herman Dr.
San Jose, CA 95127

Eric Silver
1063 Parkview Blvd
Pittsburgh, PA 15217

Eric Werner, Birgit Werner
619 Mountian View Ave.
Mountain View, CA 94041

Erica Brown
6423 Woodrow Ave
Pine Lawn, MO 63121

Ernest Manders
1401 Forbes Ave. Ste 237
Pittsburgh, PA 15219

Escalon Services, Inc.
Escalon TPC, Box 606 405 El Camino Real
Menlo Park, CA 94025

Ethan Aaron Port
217 College St.
Mountain View, CA 94040

Ethan Port
217 College St.
Mountain View, CA 94040

Eugene Gershtein
1418 Valota Rd
Redwood City, CA 94061

EverBank Commercial Finance, Inc.
Attn: Current Officer
10 Waterview Blvd.
Parsippany, NJ 07054

EverBank Commercial Finance, Inc. c/o CT
Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019

Faith Olson
1155 Clark St
Unit 1
Detroit, MI 48209

FedEx
P.O. Box 7221
Pasadena, CA 91111

Fidelity Capital c/o Banc of California,
Attn: Current Officer
18500 Von Karman Ave., Suite 1100
Irvine, CA 92612

Fidelity Capital Partners
Attn: Current Officer
19600 Fairchild Road, Suite 120
Irvine, CA 92612

First Lease Inc.
PO Box 57309
Philadelphia, PA 19111

First Lease, Inc for Fidelity Capital Pa
Attn: Current Officer
1300 Virginia Drive, Suite 450
Fort Washington, PA 19034

First National Bank of Omaha 1620 Dodge

1620 Dodge Street
Omaha, NE 68197

FirstLease, Inc.
Attn: Current Officer
1300 Virginia Drive, Suite 450
Fort Washington, PA 19034

FirstLease, Inc. c/o Corporation Service
Attn: Current Officer
801 Adlai Stevenson Drive
Springfield, IL 62703

Ford Credit
PO Box 552679
Detroit, MI 48255

Fritz Koenig
2806 SE 36th Ave.
Portland, OR 97202

Fujitu Limited
Attn:  Hioyuki Sakai, VP
Fujitsu Limited, 1-1, Kamikodanaka 4-cho
Nkahara-ku, Kawasaki 211-8588
JAPAN

Gabriel Cottrell
1041 Pine Street
AmBridge, PA 15003

Gabriel Faber and Hilluus Faber
3027 Rubino Cir
San Jose, CA 95125

Gabriele Di Fiore
1268 West Street
Hayward, CA 94545

Gary D. Aden
350 Turkshead Ln
Redwood City, CA 94065

General Electric Capital Corporation
Attn: Current Officer
3333 Hesper Road
Billings, MT 59107

Geoffrey Moyer
276 La Cuesta Drive
Portola Valley, CA 94028

George A. Miller
1750 Taylor St. #205
San Francisco, CA 94133

Gerald F. Davis
1047 Martin Pl
Ann Arbor, MI 48104

GG Gala Living Trust
290 Walnut Ave #205
Santa Cruz, CA 95060

Glenn Eagens 5m Project, LLC
5 Third Street, Suite 200
San Francisco, CA 94103

GM 99 GMSS INC.
1710 S Holt Ave
Los Angeles, CA 90035

GMCN
115 East Laurel Street
Garden City, KS 67846

Grace Moss
505 62nd Street,
Apt D1
Brooklyn, NY 11220

Greg Buchner
690 Covington Rd.
Los Altos, CA 94024

Greg Shipley
3267 N St. NW Unit 5
Washington, DC 20007

Gregory Thomas McPheeters
741 Seaside St.
Santa Cruz, CA 95060

Gustavo Adolfo Gil
14837 West Escondido Dr. North
Litchfield Park, AZ 85340

Gutelius Family Revocable Trust
1259 El Camino Real #230
Menlo Park, CA 94025

Hallsi Killian
4210 Millington Road
Pittsburgh, PA 15217

Hanover Insurance Co
PO Box 580045 Charlotte, NC 28258-0045
Charlotte, NC 28258

Harriman Revocable Trust Dated May 17, 2
14672 Gypsy Hill Rd
Saratoga, CA 95070

Harry Price/ Wantin Living Trust CDI Dev
490 Chadbourney Rd.
Fairfield, CA 94534

Henry C. Moore
205 Laning Dr.
Woodside, CA 94062

Herrick Family Limited Partnership
3970 Peninsula Dr.
Bay Harbor, MI 49770

Hilary E Ball
2805 31st Street NW
Washington, DC 20008

Hind Ourahou
540 E Chesterfield
Ferndale, MI 48220

Hinshaw & Culbertson, LLP
8142 Solutions Center DR.
Chicago, IL 60678

HNK Ventures, LLC
2479 E Bayshore Rd Ste 250
Palo Alto, CA 94303

Holly Ngo
529 S 10th St Apt  5
San Jose, CA 95112

Howard Hsieh
1071 Regency Knoll Dr.
Apt 517
San Jose, CA 95129

Hung-Vuong Pham
441 63rd Street
Apt #2R
Brooklyn, NY 11220

Hurwitz Family 2008 Trust
6405 Vicanna Dr.
San Jose, CA 95129

Ian A Twombly
2348 Rosita Ave
Santa Clara, CA 95050

Ilya Smelansky
411 Saint John's Place
Apt No: 16
Brooklyn, NY 11215

Internal Revenue Service Centralized Ins
PO Box 7346
Philadelphia, PA 19101-7346

IPFS Corporation
24722 Network Place
Chicago, IL 60673

Isabella Cates
2422 Menokin Dr,
Apt #201
Alexandria, MD 22304

Isaiah Jones
2027 Fillmore Street
San Francisco, CA 94115

Jack Greenfield
100 San Bruno Ave.
Apt #7
Brisbane, CA 94005

Jacob Lineberry
423 Kern St

Woodstock, VA 22664

Jacqueline Villaba-Larson
369 West 3rd Avenue
Tempe, AZ 85210

Jade Garrett
9412 Talisman Dr
Vienna, VA 22182

Jairus Cesarz
1368 Myrtle Ave
Apt No: 3
Brooklyn, NY 11237

James E. Kutz
1340 Garthwick Dr
Los Altos, CA 94024

James Folden
340 Belmont
Detroit, MI 48202

James Herman
6712 Fennimore st.
Pittsburgh, PA 15206

James Holis
527 12th St SE
Washington, DC 20003

James Hollis
527 12th St SE
Washington, DC 20003

James M Kao
4388 El Camino Real #139
Los Altos, CA 94022

James Mensch
6536 Purple Cliff Ct
San Jose, CA 95119

James Newton
524 Keelson Circle,
Redwood City, CA 94065

James Parker

Case: 18-50398    Doc# 29    Filed: 03/19/18    Entered: 03/19/18 18:36:44    Page 30 of
67

P.O. Box 28745
Austin, TX 78755

James Shepherd, Esq.
Elkington Shepherd LLP
409 13th Street, 10th Floor
Oakland, CA 94612

James Westphal
265 Union Street #2D
Brooklyn, NY 11231

Janeka Johnson
320 Rochelle st.
Pittsburgh, PA 15210

Jason  Rasmussen
3000 Nicol Ave # 1
Apt No: 1
Oakland, CA 94602

Jason Beaver
1342 Hillcrest Ct.
San Jose, CA 95120

Jason R. Williams
536 Hopkins St.
Menlo Park, CA 94025

Jayne Brownlee
700 Central Ave.
Menlo Park, CA 94025

Jeannette H. Taggart, Esq. Taggart Law O
111 North Market Street, Suite 300
San Jose, CA 95113

Jeff Angwin
3455 Casa Loma Rd
Morgan Hill, CA 95037

Jeff Southard
2128 Grove St.
San Francisco, CA 94117

Jeff Southard & Maria Ray
2128 Grove St.
San Francisco, CA 94117

Jeffery  Whaley
360 South Market St Unit 2104
San Jose, CA 95113

Jeffrey A Porter
346 S Buena Vista Ave.
Gilbert, AZ 85296

Jeffrey A. Sherman
774 Owl Ct
Louisville, CO 80027

Jeffrey Clark
3860 S. Peden Dr.
Chandler, AZ 85248

Jeffrey Moy
729 Stone Canyon Circle
Inverness, IL 60010

Jeffrey Robert Angwin & Joan Goddard Ang
3455 Casa Loma Rd
Morgan Hill, CA 95037

Jeffrey Robert Angwin and Joan Goddard A
3455 Casa Loma Rd
Morgan Hill, CA 95037

Jeffrey Sims
711 Gier Ct
San Jose, CA 95111

Jein Kim
Whitestone, NY 11357

Jennifer C. Elliott
23054 Evergreen Ln
Los Gatos, CA 95033

Jennings L. Hart, III Mintzer Sarowitz
Zeris Ledva & Meyers LLP
EQT Plaza, Suite 390
625 Liberty Avenue
Pittsburgh, PA 14143

Jeremy Richardson and Sarah Aerni_ Loan
411 S. Murtland St.

Pittsburgh, PA 15208

Jerrold Ancheta
335 Bautista Place
San Jose, CA 95126

Jerry and Catherine Gindele
333 S. Highland
Pittsburgh, PA 15206

Jesse Burns
128 Jersey St.
San Francisco, CA 94114

Jessica Nguyen
247 Vista Roma Way
San Jose, CA 95136

Jessie Tymoczko
138 Homestead St.
Pittsburgh, PA 15218

Jim and Karen Mott
3301 Windy Harbor Dr.
Austin, TX 78734

Jim Newton

Jim Noble
139 Johnson Ave
Los Gatos, CA 95030

Jinju Carlson
801 N Pitt St
Apt  #309
Alexandria, VA 22314

Joey Cheng
526 Libson St
San Francisco, CA 94118

Johann Koenig
413 1/2 Buena Vista Ave.
Santa Cruz, CA 95062

John D Durst and Susan E. McComg
989 Chenery St.
San Francisco, CA 94131

John Emery
1103 Stephanie Lee lane
Austin, TX 78753

John Eric Doyle
322 Laurel Ave
Menlo Park, CA 94025

John Lewy
130 woodcrest ave
Dearborn, MI 48124

John Manford
17 Bull Elk
Cloudcraft, NM 88317

John Robert Sisler
795 Whispering Pines Dr.
Scotts Valley, CA 95066

John Sheu
1018 Thistle Ct.
Sunnyvale, CA 94086

John Stanec
3730 Callison St
Loomis, CA 95650

John W Shield
3109 Sunset Ter
San Mateo, CA 94403

John Welch
1309 Green Tarrace Dr.
Round Rock, TX 78664

John Wesley Williams II
1458 Miller Ave.
San Jose, CA 95129

Johnny Chung Lee
1075 Space Park Way #28
Mountain View, CA 94043

Jon Barbara
3309 E Floosmoor Ave
Mesa, AZ 85204

Jon Eric Watt
36 Circle Road
Redwood City, CA 94062

Jonathan Mayer
3353 Cesar Chavez St.
San Francisco, CA 94110

Jonathan Reimers
275 South 22nd Street
San Jose, CA 95116

Jordan Chaffin
800 N Federal St
Chandler, AZ 85226

Jordan Kochavi
47 Kathleen Ct.
Pacifica, CA 94044

Jordan Patton
454 Bailey Ave.
Pittsburgh, PA 15211

Joseph Cuniberti
46864 Covington Dr.
Macomb, MI 48044

Joseph E. Peck & Mary G. Peck_V
308 Comanche Circle
Hutto, TX 78634

Joseph Gratz
556 Fell St
San Francisco, CA 94102

Joseph Kennedy
P.O. Box 2070
Los Altos, CA 94023

Joseph L. Kral and Lisa E. Lee, Trustees
P.O. Box 710
La Honda, CA 94020

Joseph Miller
2354 W University DR
Apt 2146

Case: 18-50398   Doc# 29   Filed: 03/19/18   Entered: 03/19/18 18:36:44   Page 35 of
67

Mesa, AZ 85201

Joseph Mobley
910 Lenora St. #1502
Seattle, WA 98121

Joshua Cruz
1665 East 12th street
Brooklyn, NY 11229

Joshua Gunnar
4112 Hyridge Dr
Austin, TX 78759

Joshua Lozano
1210 Glenda Dr Apt B
Round Rock, TX 78681

Joshua Postell
1235 Electric
Wyandotte, MI 48192

Joshua Rosenberg
5350 Felter Road
San Jose, CA 95132

Josiah Copley
868 S Arizona
Apt 2070
Chandler, AZ 85225

JPMorgan Chase Bank Attn: Current Office
4601 Six Forks Rd
Raleigh, NC 27609

Judy & Sergio Feria/Li-Hua Peng
1688 Tacoma Ave
Berkeley, CA 94707

Julia Piehler
455 W Evelyn #1128
Mountain View, CA 94041

Julian David Christian Richardson
871 Robb Rd
Palo Alto, CA 94306

Juliet McCurry

20093 Bernard St
Taylor, MI 48180

June Hayes
5414 1st Place NW
Unit 402
Washington, DC 20011

Justin Church
1154 18th Ave. E
Seattle, WA 98112

Justin George
916 Deely Street
Pittsburgh, PA 15217

Justin Leathers
721 Menlo Ave.
Apt. B
Menlo Park, CA 94025

Justin Mcfarland
1387 E 32nd Street
Oakland, CA 94602

Kacey Fitzpatrick
151 Mountain View Ave
Los Altos, CA 94024

Kaiser Foundation Health Plan
File 5915
Los Angeles, CA 90074

Kari Gerrits
371 Elan Village Lane #310
San Jose, CA 95134

Karl Saclolo
1002 Victories Loop
San Jose, CA 95116

Karl Stahl
904 Fremont Pl #2
Menlo Park, CA 94025

Karl W. Schulz
1701 Buttercup Road
Pflugerville, TX 78660

Kasey Gibbs
2340 Delaware Drive
Saint Charles, MO 63303

Katha S. Gazda
2199 Radio Ave.
San Jose, CA 95125

Katharine Petrashune
203 Lehigh Avenue Apt. 2
Shadyside, PA 15232

Kathleen Orr
2765 Harrison Avenue
Trenton, MI 48183

Kathrine H Chang
18762 E Cavendish Drive
Castro Valley, CA 94552

Keith Erhart Rasmussen, Terrie Rasmussen
1018 Water St. Unit 2A
Port Townsend, WA 98363

Keith Kritselis
10613 Pinehurst Dr.
Austin, TX 78747

Keith Stattenfield
1395 Gazdar Ct
Santa Clara, CA 95051

Kenneth A Milnes and Janice E Milnes
35815 Hibiscus Ct
Fremont, CA 94536

Kenneth G Moore
1724 Zenato Pl
Pleasanton, CA 94566

Kenneth L Schultz
1374 W Remington Dr.
Chandler, AZ 85286

Kevin and Connie Murphy
4050 Yellowstone Dr.
San Jose, CA 95130

Kevin Scott Armstrong
75 S 14th St.
San Jose, CA 95112

Kirk Kozlowski Saratoga Capital Manageme
485 Alberto Way, Suite 200
Los Gatos, CA 95032

Kirsten Winkelbauer
161 Lake Drive
San Bruno, CA 94066

Kuan Khor and Chai Hiong Ng
645 Quince Ln
Milpitas, CA 95035

Kurt M. Leiber
7116 E Gary Road
Scottsdale, AZ 85254

Kyle Bancroft
4710 40th Avenue
Hyattsville, MD 20781

Kyle S. Butt
654 San Pedro Ave
Sunnyvale, CA 94085

Kyley Smithers
860 Saratoga Ave
Apt. H212
San Jose, CA 95129

Lamont Alan Lucas
178 Henry St.
San Francisco, CA 94114

Larry Stone
316 W McDowell Rd,
#104
Phoenix, AZ 85003

Laura Latimer
6814 Pioneer Place
Austin, TX 78757

Laurel Smith_V

700 Steiner St apt 601
San Francisco, CA 94117

Lauren Copley
868 S Arizona Ave Apt 2070
Chandler, AZ 85225

Lauren Franklin
1357 Hancock St
Brooklyn, NY 11237

Laurie Bowers Connolly
355 Sunrise Shores
Harrodsburg, KY 40330

Law Offices of Derek K. Yu
1939 Harrison Street, Suite #612
Oakland, CA 94612

Law Offices of Derek Yu
1939 Harrison Street
Oakland, CA 94612

LCA Bank Corporation
Attn: Current Officer
1375 Deer Valley Drive, Suite 216
Salt Lake City, UT 84060

LCA Bank Corporation
PO Box 1650
Troy, MI 48099

LCA Bank Corporation
Attn: Current Officer
3150 Livernois, Suite 300
Troy, MI 48083

LCA Bank Corporation  c/o CT Lien Soluti
Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019

LCA Bank Corporation  c/o CT Lien Soluti
Attn: Current Officer
3150 Livernois, Suite 300
Troy, MI 48083

LEAF Capital Funding, LLC and/or its Ass

Attn: Current Officer
2005 Market Street, 14th Floor
San Jose, CA 95113

LEAF Capital Funding, LLC and/or its Ass
Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019

LEAF Capital Funding, LLC.
P.O. Box 742647
Cinccinnati, OH 45274

Leo Butler
19 Kimmie Ct.
Belmont, CA 94002

Leroy Merlin France Attn: Thomas Bouret
Rue Chanzy
59 260 Lezennes
FRANCE

Les LaZar
4417 Bergamo Dr.
Encino, CA 91436

Light Path Capital Inc.
5670 Wilshire Blvd, #1800
Los Angeles, CA 90036

Linda Sampson CBRE Global Workplace Solu
1000 Republic Drive, Suite 670
Allen Park, MI 48101

Logan Randolph
411 South Trenton
Apt. 3
Pittsburgh, PA 15221

Lori Petitt
2334 21st St.
Santa Monica, CA 90405

Lori Saxon
835 Milo Ct
San Jose, CA 95133

Lowe's Companies, Inc

Attn:  Robert Alan Niblock, CEO /
Other Current Officer
1000 Lowe's Blvd NB4TA
Mooresville, NC 28117-8520

Lucy Hsu
555 Benvenue Ave.
Los Altos, CA 94024

Luke Kung
3297 Vin Santo Lane
San Jose, CA 95054

Luke Matthys & Marily Good JNT TEN
1225 Balboa Ave.
Burlingame, CA 94010

Lynn Bodell
107 Reservoir Rd
Atherton, CA 94027

M Khong & H Khong
1343 W Roadrunner Dr
Chandler, AZ 85286

M2 Lease Funds, LLC
Attn: Current Officer
175 N. Patrick Boulevard, Suite 140
Brookfield, WI 53045

Machinery Finance Resources, LLC
Attn: Current Officer
175 N. Patrick Boulevard, Suite 140
Windsor, CT 06095

Mani Kulasooriya
170 Sunrise Dr.
Woodside, CA 94062

Manish Gupta
482 Thompson Ave
Mountain  View, CA 94043

Marc Reed
1401 Baronets Trl
Austin, TX 78621

Marcie Anne S Sayoc

1586 9th Ave.
San Francisco, CA 94122

Marcus Garcia
1196 E Canyon Creek Dr
Gilbert, AZ 85295

Marcus Hertlein
1347 N Redwood Ave.
San Jose, CA 95128

Maria Dalalo
PO Box 53146
San Jose, CA 95153

Mariela Montero
1510 Union Street, APT 8
Apt No: 8
San Francisco, CA 94109

Mark  A  Pizarek
216 Rodonovan Drive
Santa Clara, CA 95051

Mark Andrew Huie
1675 Martin Ave.
Sunnyvale, CA 94087

Mark Isaac Hammond
1515 Oxford St. #2C
Berkeley, CA 94709

Mark Meaut Mullen
500 Filmore #302
San Francisco, CA 94117

Mark Moore
1340 Bent Drive
Campbell, CA 95008

Mark Prus
2428 Millgrove Road
Pittsburgh, PA 15241

Mark T Hamilton
1765 Whispering Willow Pl.
San Jose, CA 95125

Mark Verbeck
736 Oakview Way
Emerald Hills, CA 94062

Mark Woon
390 Juanita Way
Los Altos, CA 94022

Mary Angela Rae Tolosa
23 Maywood Ave
Daly City, CA 94015

Mary Jo Richardson
6403 Windwood Dr.
College Station, TX 77845

Mary Olson and Christopher Friesen
662 Bryan Ave.
Sunnyvale, CA 94086

Mathew & Glynis
1431 Rosalia Ave
San Jose, CA 95130

Matt Ackeret
2751 Benton Street
Santa Clara, CA 95051

Matt and Vanessa Ginzton
228 San Jose Ave.
San Francisco, CA 94110

Matt Berry
1915 Biltmore St
Washington, DC 20009

Maxine Blakovich
9801 Stonelake Blvd
APT 2036
Austin, TX 78759

Maxwell Urbani
1400 Hillside Cr
Burlingame, CA 94010

Medardo Vasquez
2341 90th Ave
Apt #12

Oakland, CA 94063

MegaPath-3076763
Dept. 0324 PO Box 120324
Dallas, TX 75312

Melquiades Olivares III
85 Anzavista Ave
San Francisco, CA 94115

Mercy Odhner
1200 Crane Ave
Pittsburgh, PA 15220

Mia Norton
3500 Pleasant Acre Ln
Aromas, CA 95004

Michael and Susie Zampaglione
1615 Canyon View Dr.
San Jose, CA 95132

Michael Brandt Handler
306 Sanchez St.
San Francisco, CA 94114-1616

Michael Charles Browne
1911 Barbara Dr.
Palo Alto, CA 94303

Michael D. Harris
4604 Mon Blanc Drive
Bee Cave, TX 78738

Michael Erickson
1072 Fiesta Drive,
San Mateo, CA 94403

Michael Erickson

Michael G. Chafin
2626 Kitsap Ct
Santa Clara, CA 95051

Michael Hill
5456 Oakvilla Manor Dr
St. Louis, MO 63129

Michael Koliner
100 McConnell Mill Lane
Pittsburgh, PA 15228

Michael L Ott
239 Kensington Way
Los Gatos, CA 95032

Michael Patterson
2830 Cleave Drive
Falls Church, VA 22042

Michael Petrick
9801 Stonelake Blvd
Apt 113
Austin, TX 78759

Michael Richard Ditto
511 Bellwood Dr.
Santa Clara, CA 95054

Michael Schmit
19992 Rodrigues Ave.
Cupertino, CA 95014

Michael Steven Siegel
24947 John Fremont Rd
Hidden Hills, CA 91302

Michael Udaltsov
26744 Arastradero Rd
Los Altos Hills, CA 94022

Micheal Ditto
511 Bellwood Dr.
Santa Clara, CA 95054

Michelle M. Trigg
4103 Komes Ct
Alexandria, VA 22306

Michelle R. Koblas
729 Anderson Dr.
Los Altos, CA 94024

Mike Grall and Cindy Grall (prior spelle
52 Quail Xing
Santa Cruz, CA 95060

Mike Hilberman

Mitchell Altman
572 Hill St.
San Francisco, CA 94114

Moe Ashrafi
2128 edgewater pkwy
silver spring, MD 20903

Mohamed Elgendy
5597 Seminary Road
Apt No: 2508 S
Falls Church, VA 22041

Monica Miller Cavallaro
1516 Wildrose Way
Mountain View, CA 94043

MSB Lyle R Smith Trustee
61 Yale Rd
Menlo Park, CA 94025

Mykala Castro
572 Menker Ave.
Apt. A
San Jose, CA 95128

Myles Barman
1427 Luning Dr
San Jose, CA 95118

Myles Cunningham
2680 Illinois St. East
Palo Alto, CA 94303

Nancy Frisch
39 Liberty Dock
Sausalito, CA 94965

Nanette Wylde
33 Dexter Ave.
Redwood City, CA 94063

Nasdaq Corporate Solutions, LLC
LBX #11700 P.O. Box 780700
Philadelphia, PA 19178

Nathaniel Padgett
4 St. Francis Place
Apt. Number 1
Brooklyn, NY 11216

Neal A. Osborn
2053 Skyline Dr.
Milpitas, CA 95035

Necia Disse
6013 Oakdale Rd. McLean
Mclean, VA 22101

Neill Odenwald
2330 N. Custer Road
Monroe, MI 48162

Nelson Reyes
8802 E. University Drive
# 46
Mesa, AZ 85207

New York City Economic Development Corp
Attn: Current Officer
110 William Street
New York, NY 10038

New York City Economic Development Corpo
Attn: Current officer
110 William Street
New York, NY 10038

Nicholas Chim
226 Caselli Ave.
San Francisco, CA 94114

Nicholas Yurek
6758 Garner Ave
St.Louis, MO 63139

Noah Chittim
111 Brackett Street #1
Portland, ME 04102

Noah Chittim
305 West Shore Road
Westport Island, ME 04578

Noel & Tracy Gorelick
2203 Kalkaska
Henderson, NV 89004

Norihiro Edwin Aoki
115 Stadler Dr.
Woodside, CA 94062

Norman Newton
2367 South Drive
Santa Clara, CA 95051

Norman On
225 Vista View Dr.
Cloverdale, CA 95425

Normand Nantel
2202 Charter Way
San Leandro, CA 94579

Oliver Frank Juang
2703 Mathews St.
Berkeley, CA 94702-2215

Oliver Holden
201 charter oak ave
San Francisco, CA 94124

Olivia Morgan
901 23rd Street S
Arlington, VA 22202

Olivia Morrow
304 Summers Drive
Alexandria, VA 22301

Panya Wongsenakhum
400 River Side Ct #202
Santa Clara, CA 95054

Pariss Yorker
2109 Pullman Ave
Belmont, CA 94002

Patel-Amin Trust Dated August 8, 2005
1114 Nevada Ave.
San Jose, CA 95125

Patrick W and Lynne McClure Trust
21859 E Stacy Rd
Queen Creek, AZ 85142

Patrick W and Lynne McClure Trust_Loan
21850 E Stacey Rd
Queen Creek, AZ 85142

Paul A. Gennari
727 26th Place, S
Arlington, VA 22202

Paul Anda

Paul Belue
5040 Alaska Ave
St. Louis, MO 63111

Paul Clenahan
15395 Thomas St.
Glen Ellen, CA 95442

Paul Duggan

Paul Duggan
340 Route des Belhiardes
St. Jorioz, 74410
FRANCE

Paul Ekas
959 Arlington Rd
Redwood City, CA 94062

Paul H. Forrester
1125 Wekiva Ave.
Campbell, CA 95008

Paul Lanzi
162 Dorado Terr
San Francisco, CA 94112

Paul Mans
27271 Ursula Lane
Los Altos Hills, CA 94022

Paul R. Boulay & Constance A. Boulay
201 Hardy Ave.

Campbell, CA 95008

Paul Satchell
538 Ashbury St.
San Francisco, CA 94117

Paul Strauss & Felicia Gershberg
1033 Rubis Drive
Sunnyvale, IL 60641

Pawnee Leasing Corporation
Attn: Current Officer
3801 Automation Way
Fort Collins, CO 80525

Pawnee Leasing Corporation c/o CT Lien S
Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019

Pawnee Receivable Fund I
P.O. Box 2289
Hicksville, NY 11802

Peter Reintjes
31 Sandstone Ridge Dr.
Durham, NC 27713

Peter Rosenbladt
2848 Concord Lane
Santa Clara, CA 95051

Phil Trinidad
635 Glenloch Way
Emerald Hills, CA 94062

Philip Gilliam
1046 Powell Stret
San Francisco, CA 94108

Polina McGuire
378 Harman Street
Apt #3F
Brooklyn, NY 11221

POWELL-HARRY FAMILY TRUST, dated Septemb
1050 Borregas Ave. #92
Sunnyvale, CA 94089

Priyanjali Bhattacharya
279 Tradewinds Drive
Apt No #6
San Jose, CA 95123

Quinnland Sowells
351 Meadow Lane
Kingsburg, CA 93631

Rachel Marsico
445 Octavia Street
Apt. Number 12
San Francisco, CA 94123

Ralph Alvarez
2808 Magellan Circle
Corona, CA 92882

Ralph C. McMullan and Susan R. McMullan
807 Lombard St.
San Francisco, CA 94133

Ramesh V. Peri
10812 Gaillardia
Austin, TX 78733

Raymond J Oppenheimer
1357 93rd Ave. #B
Oakland, CA 94603

RDU Triangle
2807 E. Geer St.
Durham, NC 27704

Rebecca Benedict
555 80th Street
Apt #1R
Brooklyn, NY 11209

Rebecca Sachtleben
8176 Middlevalley Trail
Saint Louis, MO 63123

Rebecca Susan Barber
253 N 13th St.
San Jose, CA 95112

Page 51

Renatta Fairbanks
7307 Indiana St
Vancouver, WA 98664

Ricarda Burke
271 57th Street
Apt No: 2nd Floor
Brooklyn, NY 11203

Richard A. Shine
195 Thompson Square
Mountain View, CA 94043

Richard and Elizabeth Jacobs
44963 Sondra Dr.
Belleville, MI 48111

Richard Cavallaro_Loan
1516 Wild Rose Way
Mountain View, CA 94043

Richard Cavallaro_Loan
1516 Wildrose Way
Mountain View, CA 94043

Richard Ely
6275 Mojave Drive
San Jose, CA 95120

Richard F. McAllister
149 Webster St.
Palo Alto, CA 94301

Richard Stibich
230 Donahue Street
Sausalito, CA 94965

Richard Sutherland
7505 Waldon Dr.
Austin, TX 78750

Richard Tinsley
16555 S Kennedy Rd
Los Gatos, CA 95030

Rick Linden
163 Zander Dr.
Orinda, CA 94563

Robert Anthony Feretich, as Trustee of t
6868 Eldridge Dr.
San Jose, CA 95120

Robert Bradley Mann
2250 Jerrold Ave, Unit #13
San Francisco, CA 94124

Robert C. Bernstein and Lisa J. Bernstei
1711 Valley View Ave.
Belmont, CA 94002

Robert Carver
9804 Thinleaf Cove
Austin, TX 78759

Robert Dyke
101 Commodore Dr.
Richmond, CA 94804

Robert Edward Lavin and Nani-Jay Kuualoh
1465 Revere Ave.
San Jose, CA 95118

Robert Faull Wexford
10491 Menert Rd.
Wexford, PA 15090

Robert l Simon
3065 Emerald Wind St.
Henderson, NV 89052

Robert M Greenberg
4809 Fox Branch Ct.
Raleigh, NC 27614

Robert M Hinden & Maryann S Hinden
3271 Murray Way
Palo Alto, CA 94303

Robert M. Charles, Jr. Lewis Roca Rothge
One South Church Ave.
Suie 700
Tucson, AZ 85701

Robert M. Hinden & Maryann S. Hinden
3271 Murray Way

Palo Alto, CA 94303

Robert O'Donnell
2360 Cherrystone Dr.
San Jose, CA 95128

Robert Slack
3695 Stevenson Blvd.,
Apt #102
Fremont, CA 94538

Robert Smith
2760 Melendy Dr.
Apt  #2
San Carlos, CA 94070

Robert Thomas
1401 East 17th Street
Georgetown, TX 78626

Robert Wesley Snedegar
1621 Pecan Ct
Redwood City, CA 94061

Roger Dale Arnold
566 Carrick Ct
Sunnyvale, CA 94087

Rommel Halili
1186 Spiro Drive
San Jose, CA 95116

Ron Beck
1 Dorey Way
Monterey, CA 93940

Ronald Hochsprung
18467 Las Cumbres Rd
Los Gatos, CA 95033

Ronald Scudder
3073 Talinga Dr.
Livermore, CA 94550

Rosa Nevarez
3341A Ohio Ave
St. Louis, MO 63118

Ross Oliver
443 Costa Mesa Terrace, Unit G
Sunnyvale, CA 94085

Roy A. Sasselli
2196 Westchester Dr
San Jose, CA 95124

Roy Weil
5337 Darlington Rd
Pittsburgh, PA 15217

Royce Brock
4100 weeks park lane
Wichita Falls, TX 76308

Rupinder Kaloti
317 Lassen Park Cirl
San Jose, CA 95136

Russell S Greer
244 Johnson Ave.
Los Gatos, CA 95030

Ryan Harrison
854 36th St
Emeryville, CA 94608

Ryan Spurlock
1389 Crespi Dr.
Pacifica, CA 94044

Sam Mahmoud
516 N. 180th St.
Shoreline, WA 98133

Samantha Leasure
101 Purple Martin Cv
Leander, TX 78641

Samantha Nielsen
1550 North Stapley Drive
Drive #1
Mesa, AZ 85203

Samuel Drake
327 Curie Dr.
San Jose, CA 95119

Samuel John Waldbaum
336 Duncan St. #3
San Francisco, CA 94131

San Mateo County Tax Collector
555 County Center
Redwood City, CA 94063

Sanjay Uppal
11035 Magdalena Rd
Los Altos Hills, CA 94024

Sanjay Uppal_Loan
11035 Magdalena Road
Los Altos Hills, CA 94024

Sarah Powers
15 Brown St
Pittsburgh, PA 15209

Scott A. Waterman
780 Bucknall Rd
Campbell, CA 95008

Scott Christopher Heeschen
275 Carlyn Ave.
Campbell, CA 95008

Scott Herz
1229 Clark Way
San Jose, CA 95125

Scott Jung
4100 E 3rd Ave. #400
Foster City, CA 94404

Scott Ludwig
70 Cherry Ridge Court
San Jose, CA 95127

Scott Miller
0
Sunnyvale, CA 94087

Scott Phillip Cutler
445 Milan Dr. #219
San Jose, CA 95134

Sean Kennon
10316 Crestmoor Dr
Silver Spring, MD 20901

Serge Guillot
700 Clearlake Point
Seneca, SC 29672

Sergei Menchenin
1718 Hillman Ave.
Belmont, CA 94002

Sergey Kashperskiy
1547 Palos Verdes Mall #159
Walnut Creek, CA 94597

Sergio Feria
1688 Tacoma Ave.
Berkeley, CA 94707

Sergio Zacarias
221 Crest Trail
San Antonio, TX 78232

Shalabh Agarwal
903 Sunrose Terrace #303
Sunnyvale, CA 94086

Shams Hameed
Program Manager, Adek Dept.
P.O. Box No. 36005
Abu Dhabi
UNITED ARAB EMIRATES

Shane Koo
359 Austin Ave.
Atherton, CA 94027

Shanta Ambady
5551 Cranbrook St
Dearborn Heights, MI 48125

Sharon S Shindel
3833 E. Carson Rd
Phoenix, AZ 85042

Sharon Schibler

Case: 18-50398   Doc# 29   Filed: 03/19/18   Entered: 03/19/18 18:36:44   Page 58 of 67

1150 Diamond Ct
Los Altos, CA 94024

Shawn Simone
28064 Marshall St.
Southfield, MI 48076

Shirley Reinhart
1116 Lebanc
Lincoln Park, MI 48146

Silicon Valley Engineering Council
Attn: Elisa Englehardt, President
PO Box 611865
San Jose, CA 95161

Simon Cooper
PMB 112, 20660 Stevens Creek Blvd
Cupertino, CA 95014

Solomon, Grindle, Lidstad & Wintringer, APC
Attn:  Richard A. Solomon, Esq.
11682 El Camino Real, Suite 250
San Diego, CA 92130

Sonia Lee & Alan M Grumet
433 Lorell Ave.
Mill Valley, CA 94941

Sri Welaratna
767 Sunshine Dr
Los Altos, CA 94024

Stacey Montoya
3508 S. Arroyo Lane
Gilbert, AZ 85297

Staci Offutt
262 1/2 46th Street
Pittsburgh, PA 15201

Stefan Braun
350 N 2nd St. #113
San Jose, CA 95112

Stephani Williams
2325 Granite Hill Dr
Leander, TX 78641

Stephanie Thomas
5223 Bancroft Ave
St. Louis, MO 63109

Stephen  R Hochstetler
2405 Emmett Pkwy
Austin, TX 78728

Stephen E Librande
673 Hamilton Ave
Milpitas, CA 95035

Stephen Osborn
445 Iris St.
Redwood City, CA 94062

Stephen Troll
3420 Commonwealth Ave
Maplewood, MO 63143

Stephen Vincent
1725 Van Dyke St, Apt 27
Detroit, MI 48214

Stephen Wolfe
365 S. Graham St.
Pittsburgh, PA 15232

Steven  Wheeler
111 Monticello Ave
Piedmont, CA 94611

Steven and Linda Liebenow
765 Orkney Ave
Santa Clara, CA 95054

Steven Garcia
801 North Federal Street
Chandler, AZ 85226

Steven Houtchens and Bernadette Houtchen
130 San Juan Ct
Los Altos, CA 94022

Steven Kuypers
7332 Oakland ST
Detroit, MI 48211

Steven R. Atkins
955 Mouton Circle
East Palo Alto, CA 94303

Stinson Leonard Street LLP
PO Box 843052
Kansas City, MO 64184

Strataysis, Inc.
Attn: Current Officer
7665 Commerce Way,
Eden Prairie, MN 55344-2020

Stripe Attn: Corporate Officer
185 Berry St #550
San Francisco, CA 94107

Summit Funding Group, Inc
Lease Administration Centre PO BOX 63-64
Cinccinnati, OH 45263

Summit Funding Group, Inc.
Attn: Current Officer
4680 Parkway Drive, Suite 300
Mason, OH 45040

Summit Funding Group, Inc.  c/o CT Lien
Attn: Current Officer
2727 Allen Parkway
Houston, TX 77019

Tam Thao T Pham
3463A 17th St
San Francisco, CA 94110

Tammy Lakkis
744 Dover St
Dearborn Heights, MI 48127

Tara Banta
1503 Redwood Ave
Redwood City, CA 94061

Tara Youngborg
4268 Cotswolds Hill Lane
Fairfax, VA 22030

Techshop 2.0 LLC Attn: Dan Rasure/Curren
2130 Grand Ave. #2
Des Moines, IA 50312

Techshop 2.0 San Francisco LLC Attn: Dan
2130 Grand Ave. #2
Des Moines, IA 50312

Techshop Global Ltd Attn: Mark Hatch CEO
Lackafinna South
Loughrea, Galway
IRELAND

Tennille Christensen, Esq. Tech Law Gard
650 Castro Street, Suite 120-414
Mountain View, CA 94041

Teresa Blevins
17859 Graystone Avenue
Unit No #202
Chino Hills, CA 91709

Teresa Blevins
17859 Graystone Ave Unit #202
Chino Hills, CA 91709

Teresa Y. Luther
20373 Via Portofino
Cupertino, CA 95014

Terry 2009 Living Trust
6081 Foothill Glen Ct
San Jose, CA 95123

The Amidon/Menon 2003 Revocable Trust
88 Higgins Ave.
Los Altos, CA 94022

The Butler/Simmons Family 2001 Trust
19 Kimmie Ct.
Belmont, CA 94002

The David B. Gustavson and Deanna L. Gus
1946 Fallen Leaf Ln
Los Altos, CA 94024

The Hasslen Family Trust U/D/T 10/9/02
805 Evergreen St.

Menlo Park, CA 94025

The Knuth Family Trust, Donald E. Knuth
1063 Vernier Place
Stanford, CA 94305

Theodore & Laura Phipps
615 N Main St. #150
Euless, TX 76039

Thomas & Jessica Flanigan
8609 Aponi Rd
Vienna, VA 22180

Thomas Claburn
1274 Guerrero St.
San Francisco, CA 94110

Thomas Klisdonk & Beverly Sanford
147 Anchor Bay Terr.
Sunnyvale, CA 94086

Thomas MacDevitt
3545 Shafer Dr.
Santa Clara, CA 95051

Thomas S Duff
3111 Deakin St.
Berkeley, CA 94705

Tiffani Mascarella
639 W 3rd St
Tempe, AZ 85281

Tiffany Wise
355 Serrano Drive Apt 1E
San Francisco, CA 94132

Tim and Avery Swihart
4042 Shona Ct
San Jose, CA 95124

Timothy B. Robinson & Lisa A. Robinson,
216 Blackstone Dr.
Boulder Creek, CA 95006

Timothy J. Cherre, CRZ, CLS Sansone Grou
120 South Central, Suite 500

St. Louis, MO 63105

Timothy J. Thompson
943 Willow Glen Way
San Jose, CA 95125

Tobin Brockett
449 Costa Masa terrace apt c
Sunnyvale, CA 94085

Tom Connolly
1613 Aderson Rd.
McLean, VA 22102

Tom Nguyen
3058 Reynolds Ct
Fremont, CA 94536

Tony DiBase
4686 Alex Dr.
San Jose, CA 95130

Travis Seeger
706 E 2nd street
Elgin, TX 78621

Triantos Living Trust
351 La Questa Way
Woodside, CA 94062

Tyler Larson
1960 W Keating Ave
Mesa, AZ 85202

UNUM Life Insurance Company of America
PO Box 406990
Atlanta, GA 30384

Vance Bjorn
37 Park Dr.
Atherton, CA 94027

Vargas Living Trust
18941 Quiet Oak Ln
Germantown, MD 20874

Vasile Vincent
68 W. Elmwood Ave

Clawson, MI 48017

Verizon Wireless
PO Box 660108
Dallas, TX 75266

Vicky Snyder
14516 Homestead Village Circle
Austin, TX 78717

Victor Jiang
1071 Wallace Dr.
San Jose, CA 95120

Victoria B Mitchell
394 Davis Street
Northborough, MA 01532

Victoria Paulino
2154 W Olive Way
Chandler, AZ 85248

Vincent  Schell
1526 Holly Drive
Webster Groves, MO 63119

Vision Service Plan
P.O. BOX 45210
San Francisco, CA 94145

Walter Carl Riordan
2352 W. Longhorn Pl.
Chandler, AZ 85286

Warren Wu
5 Dana Point Ct
Redwood City, CA 94065

Weber Tractor Service
867 2nd Avenue
Redwood City, CA 94063

Wei-Hwa Huang
6370 Tucker Dr.
San Jose, CA 95129

WeuHwa Huang
6370 Tucker Dr.

San Jose, CA 95129

Wilfredo Sanchez
785 Cole St.
San Francisco, CA 94117

William  D. Baker
P.O Box #1246
San Jose, CA 95100

William Andrew Ellis
10066 pasadena ave  apt c
cupertino, CA 95014

William Brick
2588 Columbia Road
Berkeley, MI 48072

William C. Last, Jr. Esq. Last & Faoro
520 South El Camino Real, Suite 430
San  Mateo, CA 94402

William Douglas Wester
4317 Verdigris Circle
San Jose, CA 95134

William Ghuari
7724 Lee Ave
Alexandria, VA 22308

William J. Wanagaitis and Natalie A. Chu
P.O. Box 620689
Woodside, CA 94062

William John Williams
5315 Sierra Rd
San Jose, CA 95132

William Klemt
1349 E Capitol St SE,
Unit B
Washington, DC 20003

William Merrill
4822 Coleridge St.
Pittsburgh, PA 15201

William Webner

3323 McPherson St
Detroit, MI 48212

Windstream Communication_V
PO Box 9001013
Louisville, KY 40290

Winston W Wyckoff
315 Elm St.
San Carlos, CA 94070-2214

Woody Poulard
10 Menahan St, APT 3L
Brooklyn, NY 11221

Wyndham Robertson III
33255 Lark Way
Fremont, CA 94555

Wyndham Robertson III and Maria Ana M. R
33255 Lark Way
Fremont, CA 94555

Zhbin Gary Zhang
1408 Nighthawk Dr
Santa Rosa, CA 95409

Zobia Khan
81 9th st.
Apt #202
San Francisco, CA 94103