MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone   (415) 513-5980
Facsimile:   (415) 513-5985

*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.<br><br>  Debtor(s).<br><br>EIN XX-XXX0301 | Case No.  18-50398 MEH 7<br><br>Chapter 7<br><br>Date:<br>Time:<br>Place:  United States Courthouse, Room 3020<br>280 South First Street<br>San Jose, CA 95113-3099<br><br>Judge:  Hon. M. Elaine Hammond |

**APPLICATION TO DESIGNATE RESPONSIBLE INDIVIDUAL**

Debtor, Techshop, Inc., hereby applies for an order pursuant to Bankruptcy Local Rule 4002-1 designating Mr. James Newton as the responsible individual in the instant matter.  Mr. Newton is the Chairman of the Board of the Directors of the (pre-petition) Debtor and shall be responsible for the duties and obligations of the Chapter 7 Debtor.

James Newton
524 Keelson Cir
Redwood City CA 94065

Tel:  1.650.521.2840

Dated: March 20, 2018            BELVEDERE LEGAL, PC
                                 /s/  Matthew D. Metzger___
                                 Matthew D. Metzger, Esq.
                                 *Attorneys for Debtor*

-1-