MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone: (415) 513-5980
Facsimile: (415) 513-5985

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 18-50398 MEH 7 |
| TECHSHOP, INC. | Chapter 7 |
| Debtor(s). | |
| EIN XX-XXX0301 | |
| | **Date:** |
| | **Time:** |
| | **Place:** United States Courthouse, Room 3020<br>280 South First Street<br>San Jose, CA 95113-3099 |
| | **Judge:** Hon. M. Elaine Hammond |

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; my business address is Belvedere Legal, PC, 1777 Borel Place, Suite 314, San Mateo, CA 94402. On March 20, 2018, I served the attached document(s) entitled:

**1. APPLICATION TO DESIGNATE RESPONSIBLE INDIVIDUAL**

on the following parties:

| | |
|---|---|
| Doris A. Kaelin<br>Chapter 7 Trustee<br>P.O. Box 1582<br>Santa Cruz, CA 95061 | Doris A. Kaelin<br>c/o Gregg S. Kleiner<br>Rincon Law LLP<br>268 Bush Street, Suite 3335<br>San Francisco, CA 94104 |
| | Office of The United States Trustee<br>450 Golden Gate Avenue, 5th Floor,<br>Suite #05-0153<br>San Francisco, CA 94102 |

☐ **BY MAIL**: I placed a true copy of the aforementioned document(s) in a sealed envelope with postage fully paid. I am familiar with Belvedere Legal, PC's practice of collection and processing of mail for delivery by the United States Postal Service on the same day in the ordinary course of business. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

☒ **BY E-MAIL/NEF:** Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users.

Executed March 20, 2018 at San Mateo, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Name: _____/s/ Matthew D. Metzger_____
                             Matthew D. Metzger

2

Case No. 18-50398 MEH 7; *In re TechShop, Inc.*
CERTIFICATE OF SERVICE