MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone: (415) 513-5980
Facsimile: (415) 513-5985

*Attorneys for Debtor*

The following constitutes
the order of the court. Signed March 21, 2018

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>**TECHSHOP, INC.**<br><br>Debtor(s).<br><br>EIN XX-XXX0301 | Case No. 18-50398 MEH 7<br><br>Chapter 7<br><br>**Date:**<br>**Time:**<br>**Place:** United States Courthouse, Room 3020<br>280 South First Street<br>San Jose, CA 95113-3099<br><br>**Judge:** Hon. M. Elaine Hammond |

### ORDER APPOINTING RESPONSIBLE INDIVIDUAL

James Newton is hereby designated as the responsible individual in the instant matter. Mr. Newton is the Chairman of the Board of the Directors of the (pre-petition) Debtor and shall be responsible for the duties and obligations of the Chapter 7 Debtor.

James Newton
524 Keelson Cir
Redwood City CA 94065

Tel: 1.650.521.2840

** END OF ORDER **

-1-

COURT SERVICE LIST