STEPHEN T. O'NEILL (115132)
JESSICA G. MCKINLAY (282743)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: oneill.stephen@dorsey.com
Email: mckinlay.jessica@dorsey.com

Attorneys for CESC PLAZA LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re:,

**TECHSHOP, INC.,**

      Debtor.

CASE NO. **18-50398**

CHAPTER 7

**NOTICE OF HEARING ON MOTION FOR RELIEF
FROM AUTOMATIC STAY, OR ALTERNATIVELY, FOR AN ORDER
DETERMINING THAT THE AUTOMATIC STAY IS INAPPLICABLE**

PLEASE TAKE NOTICE that on **April 6, 2018 at 10:00 AM**, or as soon thereafter as the matter may be heard, before the Honorable M. Elaine Hammond in Courtroom 3020 of the above-entitled Court located at 280 South First Street, San Jose, California, movant CESC Plaza Limited Partnership ("CESC") will move the Court for an order declaring that the automatic stay is inapplicable in connection with CESC's efforts to exercise its rights as a secured creditor against certain personal property located in the premises leased by CESC to non-debtor TechShop Arlington LLC and which constitute CESC's collateral, and to dispose of certain additional property located in the premises in lockers, or alternatively, for an order granting relief from the automatic stay.

CESC further requests an order granting relief from stay be made effective immediately and that the 14-day stay provided in Fed. R. Bankr. P. 4001(a)(3) be waived.

The motion will be based upon this notice of hearing, the motion with its accompanying points and authorities and the concurrently-filed declaration of Marty Freeman, the pleadings and papers on

1

NOTICE OF HEARING ON
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Case: 18-50398   Doc# 38   Filed: 03/22/18   Entered: 03/22/18 16:33:26   Page 1 of 2

file herein, and upon such oral and documentary evidence as may be presented at the hearing on the Motion.

Please note that Rule 4001-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of California prescribes the procedures for this matter. YOU ARE HEREBY INFORMED THAT NO WRITTEN RESPONSE IS REQUIRED IN ORDER TO OPPOSE THIS MOTION. HOWEVER, IF YOU OR YOUR COUNSEL DO NOT APPEAR AT THE HEARING ON THIS MOTION, THE RELIEF REQUESTED MAY BE GRANTED.

Dated: March 22, 2018

DORSEY & WHITNEY LLP

By: */s/ Jessica G. McKinlay*
    Jessica G. McKinlay
    Attorneys for CESC Plaza Limited Partnership