UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: TechShop, Inc.

Debtor(s)

Bankruptcy No.: 18-50398
R.S. No.: RAS 001
Hearing Date: May 4, 2018
Time: 10:00 a.m.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 02/26/2018     Chapter: 7
    Prior hearings on this obligation: None     Last Day to File §523/§727 Complaints: N/A

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): Machine Tools

    Secured Creditor [X] or lessor [ ]
    Fair market value:     $ 36,750.00          Source of value: Appraisal
    Contract Balance:      $ 81,489.00          Pre-Petition Default:  $ 8,434.80
    Monthly Payment:       $ 2,108.70                No. of months: 4
    Insurance Advance:     $                    Post-Petition Default: $ 4,217.40
                                                      No. of months: 2

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

    Fair market value: $_____     Source of value: _____     If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.):

    Approx. Bal.         $_____          Pre-Petition Default:   $_____
    As of (date): _____                       No. of months: _____
    Mo. payment:         $_____          Post-Petition Default:  $_____
    Notice of Default (date): _____           No. of months: _____
    Notice of Trustee's Sale: _____      Advances Senior Liens:  $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

    | Position | Amount | Mo. Payment | Defaults |
    |---|---|---|---|
    | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
    | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
    | _____ : | | | |
    | _____ : | | | |
    | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information:

    [signature]
    Richard A. Solomon
    Print or Type Name

    Attorney for Hitachi Capital America Corp.

CANB Documents Northern District of California