Richard A. Solomon, SBN 82923
SOLOMON, GRINDLE, LIDSTAD & WINTRINGER, APC
11682 El Camino Real, Suite 250
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263

Attorneys for Movant,
HITACHI CAPITAL AMERICA CORP.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.<br><br>Debtor. | Case No: 18-50398<br><br>Chapter 7<br><br>RS No. 001 RAS<br><br>Judge: M. Elaine Hammond |
| HITACHI CAPITAL AMERICA CORP.,<br><br>Movant,<br><br>v.<br><br>TECHSHOP, INC.; DORIS A. KAELIN, Chapter 7 Trustee,<br><br>Respondent. | **NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: May 4, 2018<br>Time: 10:00 a.m.<br>Dept: 3020 |

PLEASE TAKE NOTICE that on May 4, 2018 at 10:00 a.m., or as soon thereafter as may be heard, in Courtroom 3020 of the above-entitled Court located at 280 South First Street, San Jose, CA 95113, Movant and Secured Creditor, HITACHI CAPITAL AMERICA CORP. ("HITACHI") will move this Court for relief from the automatic stay to enforce its lien against personal property of the Debtor.

Pursuant to the Local Rules for the Northern District of California, 4001-1(f), a written response is not required to be filed. A respondent may file responsive pleadings including points and authorities and declarations.

///

///

---
1
NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

Case: 18-50398    Doc# 44    Filed: 03/28/18    Entered: 03/28/18 14:10:10    Page 1 of 2

**IF ANY RESPONDING PARTY FAILS TO APPEAR AT THE HEARING ON THE MOTION FOR RELIEF FROM STAY, THE COURT MAY DEFAULT THAT PARTY AND GRANT MOVING PARTY THE RELIEF REQUESTED IN THE MOTION.**

Dated: 3/28/18

SOLOMON, GRINDLE, LIDSTAD & WINTRINGER APC

By: _____
Richard A. Solomon
Attorneys for Creditor,
HITACHI CAPITAL AMERICA CORP.

2
NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

Case: 18-50398    Doc# 44    Filed: 03/28/18    Entered: 03/28/18 14:10:10    Page 2 of 2