| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TechShop, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 18-50398 |

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank**<br>**Location:**<br>**JPMorgan Chase Bank**<br>**845 Laurel St, San Carlos, CA 94070** | **Checking** | 4104 | $0.00 |
| 3.2. | **Chase Bank**<br>**Location:**<br>**JPMorgan Chase Bank**<br>**845 Laurel St, San Carlos, CA 94070** | **Checking** | 6080 | $3,778.36 |
| 3.3. | **Location:**<br>**First National Bank of Omaha**<br>**1620 Dodge Street**<br>**Omaha, NE 68197** | **Escrow Account as Collateral for Credit Card Balances** | 7720 | $192,764.39 |

4. **Other cash equivalents** *(Identify all)*
   **Retainer Balance - corporate merger and acquisition counsel**

| 4.1. | **Location: Tonkon Torp LLP** | $5,000.00 |
|---|---|---|

Debtor **TechShop, Inc.** Case number *(If known)* **18-50398**
Name

| | | |
|---|---|---|
| 5. | **Total of Part 1.** | **$201,542.75** |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:** **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
**Security deposit**

7.1. **Location: balance sheet** $1,684.46

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** $1,684.46
Add lines 7 through 8. Copy the total to line 81.

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    **0.00**   -   **0.00**   = ....   **$0.00**
                                   face amount                doubtful or uncollectible accounts

11b. Over 90 days old:    **105,747.00**   -   **0.00**   =....   **$105,747.00**
                                   face amount                doubtful or uncollectible accounts

12. **Total of Part 3.** $105,747.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:      % of ownership
**TechShop Menlo Park, LLC**
**book value: liabilities exceed assets. Thus valued at $1.**
15.1. **Location: lost leasehold interest**    100% %    **N/A**    **$1.00**

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

| Debtor | **TechShop, Inc.** | Case number *(If known)* **18-50398** |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| 15.2. | **TechShop San Jose, LLC**<br>**book value: liabilities exceed assets. Thus valued at $1.**<br>Location: lost leasehold interest | 100 | % | N/A | $1.00 |
| 15.3. | **TechShop SOMA, LLC**<br>**book value: liabilities exceed assets. Thus valued at $1.**<br>Location: lost leasehold interest | 100 | % | N/A | $1.00 |
| 15.4. | **TechShop Phoenix, LLC**<br>**book value: liabilities exceed assets. Thus valued at $1.**<br>Location: lost leasehold interest | 100 | % | N/A | $1.00 |
| 15.5. | **TechShop Arlington, LLC**<br>**book value: liabilities exceed assets. Thus valued at $1.**<br>Location: lost leasehold interest | 100 | % | N/A | $1.00 |
| 15.6. | **TechShop Austin, LLC**<br>**book value: liabilities exceed assets. Thus valued at $1.**<br>Location: lost leasehold interest | 100 | % | N/A | $1.00 |
| 15.7. | **TechShop DetroitLLC**<br>**book value: liabilities exceed assets. Thus valued at $1.**<br>Location: lost leasehold interest | 100 | % | N/A | $1.00 |
| 15.8. | **TechShop Pittsburgh,LLC**<br>**book value: liabilities exceed assets. Thus valued at $1.**<br>Location: lost leasehold interest | 100 | % | N/A | $1.00 |
| 15.9. | **TechShop Brooklyn, LLC**<br>**book value: liabilities exceed assets. Thus valued at $1.**<br>Location: lost leasehold interest | 100 | % | N/A | $1.00 |
| 15.10. | **TechShop Los AngelesLLC**<br>**book value: liabilities exceed assets. Thus valued at $1.**<br>Location: lost leasehold interest | 100 | % | N/A | $1.00 |
| 15.11. | **TechShop St. Louis, LLC**<br>**book value: liabilities exceed assets. Thus valued at $1.**<br>Location: lost leasehold interest | 100 | % | N/A | $1.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Debtor  **TechShop, Inc.**  Case number *(If known)* **18-50398**
Name

Describe:

17. **Total of Part 4.**  $11.00

    Add lines 14 through 16. Copy the total to line 83.

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- [✓] No. Go to Part 6.
- [ ] Yes Fill in the information below.

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- [✓] No. Go to Part 7.
- [ ] Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- [ ] No. Go to Part 8.
- [✓] Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Miscelleanous furniture**<br><br>**Location:** various Techshop LLC subsidiaries | $4,243.52 | Balance Sheet | $4,243.53 |
| | **miscellaneous furniture (work tables, shelving equipment, projectors, ADA rail parts for Maker Faire**<br><br>**Location:** Fujitsu Trailer | $16,833.14 | Recent cost | $16,833.14 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers**<br><br>**Location:** various Techshop LLC subsidiaries | $26,329.48 | Balance Sheet | $26,329.48 |
| | **Software**<br><br>**Location:** various Techshop LLC subsidiaries | $799,624.65 | Recent cost | $799,624.65 |
| | **MacBook Apple, 4 computers, 1 Mac Book, Meraki networkign equipment, Makerbot 3D Printer TechShop, Laptops for Mobile Trailer, Laptops, Laptop & Assesories, 3D Printer TechShop Inside**<br>**Computer, Laptop & Assesories, EAR - 7160 (RFID Reader units, 13-inch Macbook Air,** | $177,822.56 | Recent cost | $177,822.56 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 4

| Debtor | TechShop, Inc. | Case number (If known) 18-50398 |
|---|---|---|
| | Name | |

Laptop, 13" MacBook Air
new laptop for project manager position,
Teresa Blevins Mac, Laptop, Iphone Macbook,
3 Laptops

Location: various. See Fixed Asset Schedule.xlsx

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**  $1,024,853.36
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1 trailer - Fujitsu trailer (depreciated value of $10,000)** | $10,000.00 | Comparable sale | $11,000.00 |
| 47.2. **2002 Ford Econoline 250**<br>Location: unknown | $2,000.00 | Recent cost | $2,609.22 |
| 47.3. **1 Dodge pick-up truck**<br>Location: Techshop Menlo Park | $1,000.00 | Recent cost | $1,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Miscelleanous Machinery:**

    | Location: various Techshop LLC subsidiaries | $49,543.84 | Balance Sheet | $49,543.84 |
    |---|---|---|---|

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 5
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy
Case: 18-50398   Doc# 45   Filed: 03/28/18   Entered: 03/28/18 22:05:55   Page 5 of 9

Debtor **TechShop, Inc.** Case number *(If known)* **18-50398**
　　　　Name

**Total Machinery**

**Location: various. See Fixed Asset Schedule.xlxs**　　$132,134.87　　**Recent cost**　　$132,134.87

| | | | |
|---|---|---|---|
| 51. | **Total of Part 8.** | | $196,287.93 |
| | Add lines 47 through 50. Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**TECHSHOP trademarks** | | | |
| | **Location: United States Patent and Trademarket Office** | $5,000,000.00 | **Comparable sale** | $5,000,000.00 |
| 61. | **Internet domain names and websites**<br>**www.techshop.com, www.techshop.ws (fair market value already included in trademark valuations listed hereinbove. Thus, token value of $1 is here)** | | | |
| | **Location: www.techshop.com, www.techshop.ws internet registrar** | $1.00 | **N/A** | $1.00 |
| 62. | **Licenses, franchises, and royalties**<br>**Adeo - Prepaid licensing terms** | | | |
| | **Location: balance sheet** | $341,215.00 | **Tax records** | $341,215.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |

| Debtor | TechShop, Inc. | Case number (If known) 18-50398 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | CRM system contains contains customer list. Value is uncertain/$0.<br>Location: CRM System | $0.00 | N/A | $0.00 |

64. **Other intangibles, or intellectual property**

65. **Goodwill**
    **Intangible assets (including website)**

| Location: Balance Sheet | $61,997.50 | Recent cost | $160,000.00 |
|---|---|---|---|

66. **Total of Part 10.**    $5,501,216.00

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ✔ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ✔ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ✔ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ✔ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | **TechShop, Inc.** | Case number *(If known)* **18-50398** |
|---|---|---|
| | Name | |

| | **Techshop, Inc. v. Dan Rasure, Techshop 2.0, LLC, Techshop 2.0 San Francisco, LLC** | |
|---|---|---|
| | **Location:** U.S. District Court, Northern District of CA (Oakland Division) **Case No: 4:18-cv-01044-DMR** Value of lawsuit at this point is illiquid and contains, in the very least the value of $5,000,000, as listed in the Debtor's valuation of the Trademarks, and all demands contained in the case including but not limited to damages, punitive damages, pre and post-judgment interest, and attorney's fees and costs. See # 60. Value here listed at $1 to not double-count value. | **Unknown** |
| | **Nature of claim**      **Trademark Infringement Action** | |
| | **Amount requested**      **$0.00** | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Equitable claim against Techshop Global, Ltd.** Early agreement gave TechShop, Inc. an interest in TechShop Global, held by Mr. Paul Dugan, on behalf of TechShop Inc., after the formation of TechShop Global, as an entity, in Ireland. Value and merits of claim are uncertain. Techshop Global, Ltd. is/was a value added re-seller that represented all TechShop assets and services internationally - outside North Ameria). **Location: Techshop Global Ltd. Attn: Paul Dugan, CEO/ Current Officer Office FD-222 Incubator Building Masdar City Abu Dhabi United Arab Emirates** | **$1.00** |

| 78. | **Total of Part 11.** | **$1.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** ☑ No ☐ Yes | |

Debtor  **TechShop, Inc.**  Case number *(If known)* **18-50398**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $201,542.75 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,684.46 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $105,747.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $11.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,024,853.36 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $196,287.93 | |
| 88. | **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,501,216.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $1.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $7,031,343.50 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,031,343.50 |