## Addendum to Amended Schedule A/B (Docket No. 45)

Schedule A-B references a spreadsheet entitled "Fixed Asset Schedule.xlsx"

Attached is the TechShop corporate parent sub-tab from said schedule.

The Debtor has produced the full spreadsheet to the trustee, which spreadsheet also includes a disclosure of personal property owned by each of the Debtor's subsidiary LLCs.

**TechShop, Inc.**
**Fixed Assets**
**As of October 31, 2017**

LEGEND COLORS

| | |
|---|---|
| | Transferred From RDU - Depreciated through April 2013, to remain at corp |
| | Transferred From RDU - Depreciated through April 2013, to be sold |
| | TechShop Inside |
| | |

| Description | Type | Vendor | Date | Cost | Life/Mth |
|---|---|---|---|---|---|
| **1511: Auto** | | | | | |
| 2008 Ford Car | Auto | James Ford, Inc. | 3/31/2011 | $ 42,078.37 | 60 |
| 2009 Blue M3 BMW | Auto | CarMax The Auto SuperStore | 4/12/2011 | $ 67,080.25 | 60 |
| Erik Katz | Auto | 2002 Ford Econoline 250 | 2/9/2012 | $ 2,000.00 | 60 |
| Ford E250 | Auto | ProWraps | 2/16/2012 | $ 2,609.22 | 60 |
| Trailer | Auto | James Ford, Inc. | 11/11/2014 | $ 1,000.00 | 60 |
| Trailer | Auto | James Ford, Inc. | 11/11/2014 | $ 1,000.00 | 60 |
| Trailer | Auto | Bay Area Featherlite | 11/13/2014 | $ 20,792.88 | 60 |
| Trailer | Auto | ProWraps | 11/13/2014 | $ 3,664.50 | 60 |
| **Total - Auto** | | | | **$ 140,225.22** | |
| | | | | | |
| **1520 · Leasehold Improvements:1521 · LI Original Cost** | | | | | |
| Leasehold Improvements | | Non Sequitur Suitcase | 3/6/2012 | $ 14,092.91 | 60 |
| Leasehold Improvements | | Non Sequitur Suitcase | 5/1/2012 | $ 1,300.00 | 60 |
| Leasehold Improvements | | Non Sequitur Suitcase | 5/30/2012 | $ 7,190.00 | 60 |
| Leasehold Improvements | | Non Sequitur Suitcase | 7/1/2012 | $ 2,816.00 | 60 |
| Leasehold Improvements | | GMCN | 12/21/2012 | $ 3,237.93 | 60 |
| Leasehold Improvements | | Non Sequitur Suitcase | 3/6/2012 | $ (14,092.91) | |
| Leasehold Improvements | | Non Sequitur Suitcase | 5/1/2012 | $ (1,300.00) | |
| Leasehold Improvements | | Non Sequitur Suitcase | 5/30/2012 | $ (7,190.00) | |
| Leasehold Improvements | | Non Sequitur Suitcase | 7/1/2012 | $ (2,816.00) | |
| Leasehold Improvements | | GMCN | 1/1/2017 | $ 6,840.00 | 60 |
| **Total - Leasehold Improvements** | | | | **$ 10,077.93** | |

**1531 : Machinery**

| Item | Category | Vendor | Date | Amount | Life |
|---|---|---|---|---|---|
| robot | Machinery | Makerbot Industries | 10/1/2011 | $ 6,135.00 | 60 |
| | Machinery | Www. Makerbot.com | 2/17/2012 | $ 1,956.62 | 60 |
| | Machinery | Bayshore Metals | 1/11/2013 | $ 1,517.06 | 60 |
| Electronics Tables | Machinery | All-Spec Static | 1/23/2013 | $ 2,544.36 | 60 |
| | Machinery | Lowes | 1/28/2013 | $ 4,740.70 | 60 |
| | Machinery | Global Industrial | 1/30/2013 | $ 3,809.83 | 60 |
| | Machinery | McMaster Carr | 1/31/2013 | $ 1,538.32 | 60 |
| Welding Screens | Machinery | PVC Strip | 2/14/2013 | $ 1,050.46 | 60 |
| | Machinery | Sky Oxygen Company Inc | 2/15/2013 | $ 1,188.94 | 60 |
| safety glass for machine shop | Machinery | Sabic Polymershapes | 2/19/2013 | $ 1,837.70 | 60 |
| Welding screen hardware | Machinery | McMaster Carr | 2/27/2013 | $ 1,361.71 | 60 |
| Rep2X 3D Printer | Machinery | Www. Makerbot.com | 3/24/2013 | $ 2,202.20 | 60 |
| | Machinery | Global Industrial | 3/29/2013 | $ 1,058.04 | 60 |
| | Machinery | B & H Photo-Video | 7/23/2013 | $ 2,699.00 | 60 |
| ShopBot | Machinery | 09/30/08 | 09/30/08 | $ 19,492.55 | 120 |
| Epilog Laser Engraver | Machinery | 03/12/09 | 03/12/09 | $ 17,125.00 | 120 |
| Helix MX-60 Laser Engraver | Machinery | 02/22/12 | 02/22/12 | $ 15,850.00 | 120 |
| Acer Milling Machine | Machinery | | 05/01/08 | $ 2,657.75 | 120 |
| Fork Lift | Machinery | | 05/01/08 | $ 3,353.31 | 120 |
| Lathe | Machinery | | 05/01/08 | $ 6,733.25 | 120 |
| TIG Welder w/foot control | Machinery | | 09/23/08 | $ 1,643.45 | 120 |
| Handler 210 Mig Welder | Machinery | | 01/14/09 | $ 1,046.45 | 120 |
| Hypertherm Powermax 10 | Machinery | | 01/20/09 | $ 2,000.00 | 120 |
| Other Machine For Evaluti | Machinery | | 12/30/2014 | $ 2,363.92 | 120 |

| Item | Category | Vendor | Date | Amount | Months |
|---|---|---|---|---|---|
| Universal Laser SystemsULS Focusing Lens KitULS 50 Watt CO2 LaserULS Downdrafr Cutting TableULS Air Assist ConeULS Direct Import Software Multi LicenseBOFA Base 3 Fuse Extraction Sys w/hose kit | Machinery | Digital Paper Sources | 12/1/2014 | $ 19,943.87 | 96 |
| Universal Laser SystemsULS Focusing Lens KitULS 50 Watt CO2 LaserULS Downdrafr Cutting TableULS Air Assist ConeULD High Value Material Pack Multi LicensesBOFA Base 3 Fuse Extraction Sys w/hose kit | Machinery | Digital Paper Sources | 12/1/2014 | $ 19,499.35 | 96 |
| UP! Mini 3D Desktop Printer | Machinery | Octave System | 3/6/2015 | $ 1,402.88 | 24 |
| 3D Printer TechShop Inside | Machinery | Octave System | 11/13/14 | $ 2,580.00 | 24 |
| SP*Other Machine Co. | Machinery | SP*Other Machine Co. | 03/09/2016 | $ 2,295.70 | 24 |
| ShopBot | Machinery | Moved to ST. Louis(08/01/2 | 08/01/2016 | $ (19,492.55) | |
| **Total - Machinery** | | | | **$ 132,134.87** | |

| | | | | | |
|---|---|---|---|---|---|
| **1541 : Furniture** | | | | | |
| | Furniture | Ikea East Bay | 1/24/2012 | $ 1,302.77 | 84 |
| | Furniture | Coordinated Resources,Inc | 5/16/2012 | $ 9,013.05 | 84 |
| Work Tables | Furniture | Paul Lumber & Supplies | 2/7/2013 | $ 1,831.17 | 84 |
| Shelving Equipment | Furniture | McMaster Carr | 2/20/2013 | $ 1,506.39 | 84 |
| 2 VIVD732MX Projectors | Furniture | | 01/29/09 | $ 1,626.50 | 84 |
| ADA rail parts for Maker Faire | Furniture | SIMPLIFIED SAF BLDG | 05/08/15 | $ 1,553.26 | 84 |
| **Total - Furniture** | | | | **$ 16,833.14** | |

## 1551 : Computer

| Description | Category | Vendor | Date | Amount | |
|---|---|---|---|---|---|
| MacBook Pro with serial# C02 | Computer | John Taylor | 4/15/2011 | $ 3,563.47 | 36 |
| Computer | Computer | Dashet Technologies | 5/11/2011 | $ 11,952.22 | 36 |
| APPLE WEB STORE For MacBo | Computer | Hatch Enterprises, Inc. | 5/14/2011 | $ 4,262.25 | 36 |
| Apple Store - Mark Hatch | Computer | Hatch Enterprises, Inc. | 5/14/2011 | $ 1,009.48 | 36 |
| Customer PO # 1003, APC UP | Computer | Dasher Technologies | 5/18/2011 | $ 3,811.24 | 36 |
| Macbook | Computer | Apple Store | 7/28/2011 | $ 2,494.67 | 36 |
| Dell | Computer | Dell Bus Online | 7/25/2011 | $ 2,536.02 | 36 |
| Education Dept. Computer fo | Computer | Fry's Electronics | 8/2/2011 | $ 1,051.49 | 36 |
| Education Dept. Computer fo | Computer | Fry's Electronics | 8/2/2011 | $ 1,029.84 | 36 |
| Apple - MAC Pro w Monitor | Computer | Apple Store | 8/9/2011 | $ 4,043.59 | 36 |
|  | Computer | Apple Store | 8/22/2011 | $ 3,061.96 | 36 |
| 2 laptops | Computer |  | 11/7/2011 | $ 1,317.98 | 36 |
| APL*APPLE ONLINE STO 800 | Computer | Apple Store | 11/14/2011 | $ 1,338.38 | 36 |
| 2 laptops | Computer |  | 11/21/2011 | $ 925.88 | 36 |
| MacBook Pro Computer - | Computer |  | 11/30/2011 | $ 2,507.12 | 36 |
|  | Computer | Apple Store | 12/1/2011 | $ 2,174.79 | 36 |
| Apple Macbook Pro17' | Computer |  | 12/5/2011 | $ 2,943.16 | 36 |
| P330i Thermal transfer USB E | Computer | Amazon Mkt Pymts | 12/20/2011 | $ 1,737.65 | 36 |
|  | Computer | Apple Store | 2/21/2012 | $ 1,424.10 | 36 |
| video projector for presentat | Computer | Amazon | 3/15/2012 | $ 1,699.99 | 36 |
| Computer with software licer | Computer | Apple Store | 3/29/2012 | $ 2,697.72 | 36 |
| Apple Store | Computer | Apple Store | 5/23/2012 | $ 3,404.90 | 36 |
| HP Z210 i7-2600 Processor, 1 | Computer | Dasher Technologies | 6/6/2012 | $ 2,574.37 | 36 |
| A-22-03; Color Printer | Computer | Delta Micro Factory Corporati | 6/14/2012 | $ 1,514.10 | 36 |
| 3D Printer For Evaluation | Computer | 3D System Inc | 6/26/2012 | $ 1,498.66 | 36 |
| Badge Printer | Computer | AMAZON MKTPLACE PMTS | 7/17/2012 | $ 1,601.90 | 36 |
| Printer | Computer | Caslon Limited | 8/5/2012 | $ 1,457.47 | 36 |
| 5 Screenings with DVDs of Ea | Computer | Bread and Butter Films,Inc | 4/24/2013 | $ 1,000.00 | 36 |
| Alternative Meraki Z1 Cloud I | Computer | Lithium Networks,LLC | 8/1/2013 | $ 1,384.90 | 36 |
|  | Computer | Apple Store | 9/5/2013 | $ 1,568.54 | 36 |
|  | Computer | Apple Store | 9/16/2013 | $ 1,739.74 | 36 |
|  | Computer | Best Buy | 11/25/2013 | $ 1,637.99 | 36 |

| Item | Type | Vendor | Date | Amount | Months |
|---|---|---|---|---:|---:|
| | Computer | Apple Store | 12/4/2013 | $ 4,065.92 | 36 |
| Dell Inspiron 17R 17.3" Lap | Computer | | 11/06/11 | $ 648.86 | 36 |
| Epilog Corporation | Computer | | 03/11/13 | $ 1,067.24 | 36 |
| Dasher Technologies | Computer | | 03/19/12 | $ 4,994.68 | 36 |
| MacBook Apple | Computer | Apple Store | 12/31/13 | $ 1,269.00 | 36 |
| | Computer | Apple Store | 01/14/14 | $ 1,979.89 | 36 |
| | Computer | parkfund Electronics Bould | 02/01/14 | $ 3,598.00 | 36 |
| 4 computers | Computer | Lithium Networks,LLC | 04/09/14 | $ 5,512.32 | 36 |
| Mac Book | Computer | Apple Store | 04/18/14 | $ 1,075.05 | 36 |
| Meraki | Computer | Lithium Networks,LLC | 05/13/14 | $ 1,868.35 | 36 |
| Makerbot | Computer | Makerbot.Com Brooklyn | 05/24/14 | $ 2,843.79 | 36 |
| 3D Printer TechShop Inside | Computer | Octave System | 11/13/14 | $ 2,580.00 | 36 |
| Laptops for Mobile Trailer | | Fujitsu | 11/27/14 | $ 20,764.00 | 36 |
| Laptops | Computer | | 2/28/2015 | $ 2,995.35 | 36 |
| Laptop & Assesories | Computer | Best Buy | 3/12/2015 | $ 2,493.67 | 36 |
| 3D Printer TechShop Inside | Computer | Octave System | 11/13/14 | $ (2,580.00) | |
| Computer | Computer | Best Buy MHT | 06/11/15 | $ 2,636.31 | 36 |
| Laptop & Assesories | Computer | Apple Store | 06/17/15 | $ 2,175.87 | 36 |
| | Computer | Cypress Computer | 6/30/2015 | $ 7,500.00 | 36 |
| EAR - 7160 | Computer | Cypress Computer | 9/30/2015 | $ 1,115.95 | 36 |
| 13-inch Macbook Air | Computer | Apple Store | 10/19/15 | $ 1,029.26 | 36 |
| Laptop | Computer | Apple Store | 11/12/15 | $ 1,475.53 | 36 |
| 13" MacBook Air | Computer | Apple Store | 12/21/15 | $ 1,091.41 | 36 |
| new laptop for project manag | Computer | Amazon | 03/02/16 | $ 945.25 | 36 |
| Teresa Blevins Mac, and acce | Computer | Apple Store | 04/24/16 | $ 3,566.82 | 36 |
| Laptop | Computer | Apple Online | 05/17/16 | $ 1,687.79 | 36 |
| Iphone | Mobile | Apple Store | 04/14/16 | $ 1,032.04 | 24 |
| Macbook | Computer | Apple Online | 06/29/16 | $ 1,482.63 | 36 |
| Invoice #031617-001 dated 0 | Computer | Cypress Computer Systems Inc | 07/01/17 | $ 12,570.00 | 36 |
| Laptop | Computer | Apple Online | 07/28/16 | $ 2,284.57 | 36 |
| Laptop | Computer | Apple Online | 10/01/16 | $ 3,076.91 | 36 |
| Laptop | Computer | Apple Store | 09/17/17 | $ 2,010.53 | 36 |
| **Total - Computer** | | | | **$ 177,822.56** | |

**1561: Software**

| Description | Type | Vendor | Date | Amount | Life |
|---|---|---|---|---:|---:|
| AtTask Enterprose | Software | AT Task, Inc | 7/7/2011 | $ 1,900.00 | 60 |
| PO S& Inventory Software | Software | Fishbowl Inventory | 9/8/2011 | $ 17,195.75 | 60 |
| Additional On-Site Training D | Software | Fishbowl Inventory | 9/15/2011 | $ 3,000.00 | 60 |
| | Software | Adobe System Inc | 5/14/2012 | $ 1,299.00 | 60 |
| | Software | Lithium Networs LLC | 4/1/2013 | $ 4,615.34 | 60 |
| Domain Deployment System | Software | Lithium Networs LLC | 8/21/2013 | $ 3,980.00 | 60 |
| General IT: Image server depl | Software | Lithium Networs LLC | 8/21/2013 | $ 1,470.00 | 60 |
| | Software | Black Antelope(2014- 12-te) | 1/31/2015 | $ 375.00 | 60 |
| | Software | Black Antelope (2015- 01-te & | 2/28/2015 | $ 35,925.00 | 60 |
| | Software | Black Antelope | 3/31/2015 | $ 73,837.50 | 60 |
| | Software | Black Antelope (2015-04-te) | 4/30/2015 | $ 86,137.50 | 60 |
| | Software | Black Antelope (2015-03-te) | 5/31/2015 | $ 75,562.50 | 60 |
| | Software | Black Antelope (2015-06-ts) | 6/30/2015 | $ 83,512.50 | 60 |
| | Software | Black Antelope (2015-07-te) | 7/31/2015 | $ 33,450.00 | 60 |
| | Software | Black Antelope (2015-08-te) | 8/31/2015 | $ 67,087.70 | 60 |
| | Software | Black Antelope | 9/30/2015 | $ 27,562.50 | 60 |
| | Software | Insomniac Digital (#120, 121, | 7/31/2015 | $ 11,625.00 | 60 |
| | Software | Insomniac Digital (#124 & 126 | 8/31/2015 | $ 6,600.00 | 60 |
| | Software | Insomniac Digital (#128 & #13 | 9/30/2015 | $ 17,255.00 | 60 |
| | Software | Microsoft Office Home | 10/17/2015 | $ 153.98 | 60 |
| | Software | Black Antelope | 10/31/2015 | $ 30,637.50 | 60 |
| | Software | Insomniac Digital | 10/31/2015 | $ 23,970.00 | 60 |
| | Software | Black Antelope | 11/30/2015 | $ 30,487.50 | 60 |
| | Software | Insomniac Digital | 11/30/2015 | $ 11,815.00 | 60 |
| | Software | Black Antelope | 12/31/2015 | $ 11,550.00 | 60 |
| | Software | Insomniac Digital | 12/31/2015 | $ 6,120.00 | 60 |
| | Software | MICROSOFT *STORE | 1/21/2016 | $ 119.99 | 60 |
| | Software | Black Antelope | 1/31/2016 | $ 29,153.00 | 60 |
| | Software | Insomniac Digital | 1/31/2016 | $ 3,040.00 | 60 |
| | Software | Black Antelope | 2/29/2016 | $ 37,897.00 | 60 |
| | Software | Insomniac Digital | 2/29/2016 | $ 5,069.00 | 60 |
| | Software | Black Antelope | 3/31/2016 | $ 30,362.50 | 60 |
| | Software | Insomniac Digital | 3/31/2016 | $ 7,445.00 | 60 |

| | | | | | |
|---|---|---|---|---|---|
| | Software | SIMPLIFIED SAF BLDG | 3/10/2016 | $ 149.00 | 60 |
| | Software | Black Antelope | 4/30/2016 | $ 8,362.50 | 60 |
| | Software | Black Antelope | 5/31/2016 | $ 4,687.50 | 60 |
| | Software | Black Antelope | 6/30/2016 | $ 1,462.50 | 60 |
| | Software | SQ *Averics Systems | 5/5/2017 | $ 3,467.57 | 60 |
| | Software | SQ *Averics Systems | 5/5/2017 | $ 1,284.82 | 60 |
| **Total - Software** | | | | $ **799,624.65** | |

**1600: Intangible Assets**

| | | | | | |
|---|---|---|---|---|---|
| Website Expenses | Website | Kim & Chang | 9/15/2011 | $ 160,000.00 | 120 |
| **Total - Software** | | | | $ **160,000.00** | **120.00** |

# 1570: Leased Assets

| | | | | | |
|---|---|---|---|---|---|
| Jim Newton Computer | Leased Assets | Direct Capital | 2/27/2015 | $ 11,107.10 | 24 |
| **Total - Software** | | | | $ **11,107.10** | **24.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Grand Total** | | | | $ **1,447,825.47** | |
| | | | Per GL | $ 1,421,652.55 | |
| | | | Diff | $ 26,172.92 | |