JESSICA G. MCKINLAY (282743)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: mckinlay.jessica@dorsey.com

Attorneys for CESC PLAZA LIMITED PA

The following constitutes
the order of the court. Signed April 12, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re:

**TECHSHOP, INC.,**

Debtor.

Case No. **18-50398**

Chapter 7
Date: 04/06/18
Time: 10:00 a.m
Ctrm: 3020

### ORDER GRANTING RELIEF FROM STAY

Upon the Motion for Relief from Automatic Stay, or Alternatively, for an Order Determining that the Automatic Stay is Inapplicable [Dkt. No. 36] (the "Motion") filed by CESC Plaza Limited Partnership ("Landlord" or "CESC"), and Doris A. Kaelin, Chapter 7 Trustee (the "Trustee") having no opposition to the Motion, and there being cause to grant the Motion; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that to the extent the property now located in the premises leased to TechShop Arlington LLC located at 2031 Crystal Plaza Arcade and 2110-B Crystal Drive, Arlington, Virginia 22202 (the "Premises") and/or located in the Premises when Landlord evicted TechShop Arlington LLC, including but not limited to the property listed on the Inventory of Landlord's Collateral attached as Exhibit F to the Declaration of Marty Freeman [Dkt. No. 37] filed with Landlord's Motion, the Locker Contents (defined in paragraph 12 of the Motion), and a certain van having Virginia Tag No. TX 177-137, constitutes property of the bankruptcy estate of TechShop, Inc., the automatic stay is hereby terminated to allow Landlord to exercise any and all rights as a secured creditor against such property; and it is further

1

ORDERED that with respect to the Locker Contents, Landlord may release the Locker Contents to TechShop Arlington's customers in accordance with applicable state law and upon receipt of proper verification from those customers that the Locker Contents belong to the customers; and it is further

ORDERED that pursuant to Fed. R. Bankr. P. 4001(a)(3), the 14-day stay of this Order is waived, and this Order is effective immediately upon its entry.

**\*\*END OF ORDER\*\***

## COURT SERVICE LIST

ECF Participants