Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-996-8180
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

The following constitutes
the order of the court. Signed April 18, 2018

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER COMPELLING COMPLIANCE WITH 11 U.S.C. § 521**

[No Hearing Requested]

Based on the Trustee's Ex Parte Application for Order Compelling Compliance with 11 U.S.C. § 521 ("*Ex Parte* Application") and the declarations filed in support of the *Ex Parte* Application, and it appearing that good cause exists,

IT IS HEREBY ORDERED THAT by no later than 12:00 pm PDT (noon) April 23, 2018, representatives of the Debtor shall deliver to both the Trustee and her counsel the Requested Documents (as defined in the *Ex Parte* Application) by way of one or more portable hard drives. The current summary of Requested Documents is attached as Exhibit A to the Declaration of Doris Kaelin in Support of *Ex Parte* Application for Order Compelling Compliance With 11 U.S.C. § 521. The Trustee may, from time to time, send one or more written updates of Requested Documents and the Debtor shall have 10 calendar days (or such time as parties mutually agree) to provide the additional information to the Trustee and her counsel.

*** *END OF ORDER* ***

*** COURT SERVICE LIST ***

No Court Service Requested.