Doris A. Kaelin
P.O. Box 1582
Santa Cruz, CA 95061
(831) 600-8093
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 18-50398 MEH |
|---|---|
| TECHSHOP, INC. | Chapter 7 |
| Debtor(s) | TRUSTEE'S REQUEST FOR NOTICE OF POSSIBLE DIVIDEND |

TO THE CLERK:

A claims bar date in this case has not been set and the trustee has not previously requested a Notice of Possible Dividend. It appears that there may be sufficient assets available for the payment of a dividend to creditors. Accordingly, the trustee requests pursuant to F.R.B.P. 3002(a)(5) that a claims bar date be set and a Notice of Possible Dividend be sent to all creditors.

Dated: April 27, 2018 /s/ Doris A. Kaelin
Doris A. Kaelin, Trustee