MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone: (415) 513-5980
Facsimile: (415) 513-5985

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.<br><br>    Debtor(s).<br><br>EIN XX-XXX0301 | Case No. 18-50398 MEH 7<br><br>Chapter 7<br><br><br><br><br>**Date:**<br>**Time:**<br>**Place:** United States Courthouse, Room 3020<br>280 South First Street<br>San Jose, CA 95113-3099<br><br>**Judge:** Hon. M. Elaine Hammond |

## DECLARATION OF JAMES NEWTON
## IN SUPPORT OF
## AMENDED SCHEDULES

I, James Newton, declare as follows:

1. I am the designated responsible individual TechShop, Inc., the above-captioned Debtor ("TechShop" and/or the "Debtor"). I make this declaration in support of the Amended Schedules. The matters stated below are made and based upon my personal knowledge, except for

those matters stated upon information and belief, and as to those matter, I believe them to be true. If called as a witness, I could and would testify to the matters as set forth below.

2. I have read and reviewed the Amended Schedule A/B and the amended Statement of Financial Affairs referenced hereinbelow; said documents are true and correct to the best of my knowledge, information, and belief.

**A. <u>Amended Schedule A/B</u>**

3. We added the corporate insurance policies as said policies are assets of the Chapter 7 estate.

4. We have produced the insurance policy binder with related policy declarations to the Chapter 7 Trustee.

5. We valued the claims at $1; the policy limits are contained in the declaration pages.

6. We also removed the First National Bank of Omaha credit card savings account estimated at $192,764.39 from Schedule A/B due to the fact that the December 2017 statement showed the account was closed and the ending balance was $0.00 and made the corresponding edits to the Statement of Financial Affairs as indicated hereinbelow.

**B. <u>Amended Statement of Financial Affairs</u>**

7. On question 4.3, I listed the $192,764.39 payment to First National Bank of Omaha as a preferential transfer occurring within 90 days of the February 26, 2018 petition date (the "Petition Date").

8. I note that, while the precise date of said transfer is unclear, even a transfer that occurred on December 1, 2017 would be within 90 days of the Petition Date; additionally, the November 2017 shows said funds still in the account.

9. On question 18, I listed the First National Bank of Omaha credit card savings account as an account closed within one (1) year of the February 26, 2018 petition date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 2, 2018, at Redwood City, California

    /s/ James Newton
    James Newton

-2-

Case No. 18-50398 MEH 7; *In re TechShop, Inc.*
NEWTON DECLARATION ISO AMENDED SCHEDULES