Richard A. Solomon, No. 82923
SOLOMON, GRINDLE, LIDSTAD & WINTRINGER
A Professional Corporation
11682 El Camino Real, Suite 250
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263
richard@sglwlaw.com

Attorneys for Movant
HITACHI CAPITAL AMERICA CORP.

The following constitutes
the order of the court. Signed May 10, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

In re:

TECHSHOP, INC.

    Debtor.
_____

HITACHI CAPITAL AMERICA CORP.

    Movant,

-vs-

TECHSHOP, INC., DORIS A. KAELIN,
Chapter 7 Trustee,

    Respondents.
_____

Case No: 18-50398

RS. No. 001 RAS

Chapter 7

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Date: May 4, 2018
Time: 10:00 a.m.
Ctrm: 3020
Location: 280 South First Street
         San Jose, CA 95113-3099

The Courtroom of the Honorable M. Elaine Hammond

    On May 4, 2018 at 10:00 a.m., before the Honorable M. Elaine Hammond, Judge Presiding, of the above-entitled Court, the motion for relief from automatic stay filed by creditor HITACHI CAPITAL AMERICA CORP., a Delaware corporation, its successors and/or assigns ("HITACHI"), came on regularly for hearing. Attorney Holly J. Nolan of Solomon, Grindle, Lidstad & Wintringer, APC appeared on behalf of HITACHI. There were no other appearances.

    After full consideration of the moving papers, and after hearing oral argument, and with good cause appearing therefor,

///

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED** that:

1. HITACHI is granted immediate relief from the automatic stay to take any and all actions including, but not limited to, foreclosure and sale, to enforce its lien on the Equipment, as more fully described in Exhibit "A", [Docket No. 78].

2. Should this proceeding be converted to a proceeding under any other Chapter of the Bankruptcy Code, this Order shall remain in full force and effect.

3. The 14-day stay prescribed in Bankruptcy Rule 4001(a)(3) is waived.

***END OF ORDER***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | TechShop, Inc.<br>274 Redwood Shores Parkway, Suite 275<br>Redwood City, CA 94065 |
| 4 | *Defendant* |
| 5 | Matthew D. Metzger<br>Belvedere Legal, PC |
| 6 | 1777 Borel Pl., #314<br>San Mateo, CA 94402 |
| 7 | *Attorneys for Debtor* |
| 8 | Trustee<br>Doria A Kaelin |
| 9 | P.O. Box 1582<br>Santa Cruz, CA 95061 |
| 10 | *Trustee* |
| 11 | Gregg S. Kleiner<br>Rincon Law LLP |
| 12 | 268 Bush Street, #3335<br>San Francisco, CA 94104 |
| 13 | *Attorneys for Trustee* |
| 14 | Honorable M. Elaine Hammond<br>208 South First Street, Room 3020 |
| 15 | San Jose, CA 95113-3099<br>*Judge* |