Ann McFarland Draper (SBN 065669)
courts@draperlaw.net
**Draper Law Offices**
75 Broadway, Suite 202
San Francisco, California 94111
Tel:    (415) 989-5620

**Attorneys for Movants Dan Rasure,
TheShop dot Build LLC, and
TheShop dot Build San Fran LLC**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA
## San Jose Division

| | |
|---|---|
| In Re:<br><br>TECHSHOP, INC.<br><br>Debtor. | Case No.: 18-50398 MEH<br><br>**Chapter 7**<br><br>**[PROPOSED] ORDER MODIFYING AUTOMATIC STAY WITH RESPECT TO PRE-PETITION LITIGATION** |

Movants Dan Rasure ("Rasure"), TheShop dot Build LLC ("Build LLC") and TheShop dot Build San Fran LLC ("Build SF LLC") (collectively "Movants") and Doris A. Kaelin, the trustee (the "Trustee") of the Chapter 7 bankruptcy estate of TechShop, Inc. (the "Debtor"), having stipulated through counsel to modify the automatic stay of Bankruptcy Code section 362(a) with respect to a pre-petition action trademark infringement action filed by Debtor against Movants in the United States District Court for the Northern District of California, entitled *TechShop, Inc., vs. Dan Rasure, et al*, Case No. 4:18-cv-01044 HDG (the "TM Action");

And the Court having considered the Stipulation after full consideration of the contents thereof, and with good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      That the Stipulation, Docket ___, is hereby approved.

*In Re Techshop, Inc., Debtor*                                                          Case No. 18-50398          - 1
[PROPOSED] ORDER MODIFYING AUTOMATIC STAY WITH RESPECT TO PRE-PETITION LITIGATION

Case: 18-50398    Doc# 85-1    Filed: 05/14/18    Entered: 05/14/18 13:40:25    Page 1 of 2

2. Nothing in this Order shall preclude Movants or any of them from seeking additional relief from the Bankruptcy Court in the future;

3. Should this Case be converted to a proceeding under any other Chapter of the Bankruptcy Code, this Order shall remain in full force and effect; and

4. The 14-day stay prescribed in Bankruptcy Rule 4001(a)(3) is waived.

IT IS SO ORDERED.

***END OF ORDER***

*In Re Techshop, Inc., Debtor*     Case No. 18-50398    - 2
[PROPOSED] ORDER MODIFYING AUTOMATIC STAY WITH RESPECT TO PRE-PETITION LITIGATION

Case: 18-50398    Doc# 85-1    Filed: 05/14/18    Entered: 05/14/18 13:40:25    Page 2 of 2