The following constitutes
the order of the court. Signed May 14, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

**ALLAN D. SARVER** SBN106282
LAW OFFICES OF ALLAN D. SARVER
16000 Ventura Boulevard
Suite 1000
Encino, California 91436

Telephone No.: (818) 981-0
Facsimile No.: (818) 981-0
E-Mail: ADS@asarverlaw.com

Attorney for Movant, M2 Lease Funds, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DIVISION OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.<br><br>Debtor. | Case No. 18-50398<br><br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY<br><br>Date: May 11, 2018<br>Time: 10:00 a.m.<br>Ctrm: 3020<br>     280 South First Street<br>     San Jose, CA 95113 |

    On May 11, 2018 at 10:00 a.m., before the Honorable M. Elaine Hammond, United States Bankruptcy Judge of the above-entitled Court, the Motion for Relief from the Automatic Stay (Dkt. 58) filed by M2 Lease Funds, LLC, ("Movant") came on regularly for hearing. Attorney Ken Law of Bialson, Bergen & Schwab specially appeared on behalf of Allan D. Sarver, Esq.,

counsel for M2 Lease Funds, LLC.  No opposition was filed in response to the Motion by any party.

After full consideration of the moving papers and with good cause appearing therefore, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted pursuant to 11 U.S.C. §362(d)(1). Movant, M2 Lease Funds LLC is free to proceed under applicable nonbankruptcy law to enforce its remedies to repossess and obtain possession of the personal property which is the subject of the M2 Lease.

2. The 14-day stay prescribed in Bankruptcy Rule -4001(a)(3) is waived, and this Order is effective immediately upon its entry.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

ECF Participants

- 3 -