MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
BAKERY SQUARE RETAIL, L.P.

The following constitutes
the order of the court. Signed May 14, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>TECHSHOP, INC.,<br><br>           Debtor. | Case No. 18-50398<br><br>Chapter 7<br><br>**ORDER GRANTING BAKERY SQUARE RETAIL, L.P. RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: May 11, 2018<br>Time: 10:00 a.m.<br>Place: 280 South First Street, Room 3020<br>      San Jose, California<br><br>Hon. M. Elaine Hammond |

     The hearing on Bakery Square Retail, L.P.'s Motion For an Order Determining That the Automatic Stay Is Inapplicable, Or Alternatively, For Relief From The Automatic Stay (the "Motion") came on for hearing before this court on May 11, 2018. Appearances were as noted on the record.

     Upon consideration of the Motion and supporting pleadings, the arguments of counsel, for the reasons stated orally on the record and good cause appearing,

     **IT IS ORDERED** that:

     1.    The Motion is granted and the automatic stay created by order for relief in this

proceeding is inapplicable to the real property commonly known as 6425 Penn Avenue, Pittsburgh, Pennsylvania, Tenant Space No. 110 (the "Premises"), and all personal property situated thereon (the "Abandoned Property");

2. Bakery Square is authorized to recover possession of the Premises in accordance with applicable nonbankruptcy law;

3. Bakery Square is authorized to dispose of the Abandoned Property, including leased equipment and personal property of third parties, in accordance with applicable nonbankruptcy law; and

4. With respect to lockers containing the personal property of former members maintained on the Premises ("Locker Contents"), if any, Bakery Square is authorized to release the Locker Contents to TechShop Pittsburg's customers in accordance with applicable nonbankruptcy law upon receipt of proper verification from those customers that the Locker Contents belong to the customers; and

5. The 14-day stay of enforcement under Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived for cause.

APPROVED AS TO FORM:

RINCON LAW LLP

By: /s/ Gregg S. Kleiner
Gregg S. Kleiner
Attorneys for Chapter 7 Trustee,
DORIS A. KAELIN

** END OF ORDER **

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | TechShop Pittsburgh, LLC |
| 3 | c/o Incorp Services, Inc., Agent for Service of Process |
| 4 | PO Box 94438<br>Las Vegas, NV 89193-4438 |
| 5 | All other parties in interest required to be served are registered ECF participants. B.L.R. 9022-1. |