| | |
|---|---|
| 1 | Ann McFarland Draper (SBN 065669) |
| 2 | courts@draperlaw.net |
| | **Draper Law Offices** |
| 3 | 75 Broadway, Suite 202 |
| | San Francisco, California 94111 |
| 4 | Tel: (415) 989-5620 |
| 5 | **Attorneys for Movants Dan Rasure,** |
| | **TheShop dot Build LLC, and** |
| 6 | **TheShop dot Build San Fran LLC** |

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

In Re:

TECHSHOP, INC.

                Debtor.

Case No.: 18-50398 MEH

Chapter 7

**CERTIFICATE OF SERVICE**

I, Ann McFarland Draper, hereby declare and certify as follows:

1. I am a citizen of the United States and resident of the State of California, and am a member of the bar of this Court. I am over the age of eighteen years and not a party to the withing cause. My business address is Draper Law Offices, 75 Broadway, Suite 202, San Francisco, CA 94111.

2. On May 14, 2018, I served true and correct copies of the following documents:

♦ STIPULATION FOR ENTRY OF ORDER MODIFYING AUTOMATIC STAY WITH RESPECT TO PRE-PETITION LITIGATION

♦ [PROPOSED] ORDER MODIFYING AUTOMATIC STAY WITH RESPECT TO PRE-PETITION LITIGATION

as follows:

☒ by electronic service accomplished by electronically filing said document(s) with the Clerk of the Court using the CM/ECF system and transmission of the Notice of Electronic

| | |
|---|---|
| 1 | Filing for such document(s) via the Court's NEF system to all persons registered for this |
| 2 | case, including but not limited to the following: |
| 3 |     Matthew D. Metzger, attorney for Debtor TechShop, Inc |
| |         belvederelegalecf@gmail.com |
| 4 | |
| |     Trustee Doris A. Kaelin |
| 5 |         dktrustee@gmail.com, C139@ecfcbis.com |
| 6 |     Gregg S. Kleiner, attorney for Trustee Doris A. Kaelin |
| |         gkleiner@rinconlawllp.com, aworthing@rinconlawllp.com |
| 7 | |
| |     Office of the U.S. Trustee / San Jose |
| 8 |         USTPRegion17.SJ.ECF@usdoj.gov |
| 9 | |
| 10 | ☒ by First Class Mail service accomplished by depositing said document(s), enclosed in a |
| 11 | sealed envelope with postage fully prepaid thereon, into the United States Mails at San |
| 12 | Rafael, California, addressed as follows: |
| 13 |     TechShop, Inc. |
| |     174 Redwood Parkway, Suite 275 |
| 14 |     Redwood City, CA  94065 |
| |     ***Debtor*** |
| 15 | |
| |     Matthew D. Metzger |
| 16 |     Belvedere Legal, PC |
| |     1777 Borel Pl., #314 |
| 17 |     San Mateo, CA 94402 |
| |     ***Attorneys for Debtor*** |
| 18 | |
| |     Trustee Doris A. Kaelin |
| 19 |     P.O. Box 1582 |
| |     Santa Cruz, CA  95061 |
| 20 |     ***Trustee*** |
| 21 |     Gregg S. Kleiner |
| |     Rincon Law LLP |
| 22 |     268 Bush Street, #3335 |
| |     San Francisco, CA 94104 |
| 23 |     ***Attorneys for Trustee*** |
| 24 |     Office of the United States Trustee |
| |     U.S. Federal Building |
| 25 |     280 S.  First Street, #268 |
| |     San Jose, CA  95113 |
| 26 | |
| |     Honorable M. Elaine Hammond |
| 27 |     208 South First Street, Room 3020 |
| |     San Jose, CA 95113-3099 |
| 28 |     ***Judge*** |

☒ by First Class Mail service accomplished by depositing said document(s), enclosed in a sealed envelope with postage fully prepaid thereon, into the United States Mails at San Rafael, California, addressed as shown on the Attached Mailing List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 14th day of May 2018, at San Rafael, California.

_____/s/ Ann McFarland Draper_____

## Attached Mailing List

| | |
|---|---|
| American Express Travel Related Services Company, Inc.<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0701 | Jared I. Bullock<br>2414 Oakland Ave.<br>St. Louis, MO 63114 |
| Stephen Casner<br>1454 Revelstoke Way<br>Sunnyvale, CA  94087-4443 | David Chau<br>3201 Loma Verde Dr., #87<br>San Jose, CA 95117 |
| Tom Connolly<br>1613 Anderson Rd<br>McLean, VA 22102 | Sean and Mary Echevarria<br>6776 Little Falls Rd<br>Arlington, VA  22213 |
| Michael Erickson<br>195 Bendorf Dr., #4<br>San Jose, CA 95111 | Babette L. Klaus<br>2609 W. Southern Ave, Lot 35<br>Tempe, AZ  85282 |
| Kent McKernan<br>2012 Coastland Ave.<br>San Jose, CA 95125 | Sergei Menchenin<br>1718 Hillman Ave.<br>Belmont, CA 94002 |
| James Newton<br>524 Keelson Cir<br>Redwood City, CA 94065 | Katharine Petrashune<br>4519 Friendship Ave.<br>Bloomfield, PA 15232-1725 |
| Christopher Segraves<br>6783 W Yearling Rd<br>Peoria, AZ 85383 | Jeffrey L. Stabel<br>2609 W. Southern Ave, Lot 35<br>Tempe, AZ  85282 |
| Aleksandra Vucinic<br>597 Lone Tree Rd<br>Hollister, CA 95023 | Dejan Vucinic<br>597 Lone Tree Rd<br>Hollister, CA 95023 |