| | |
|---|---|
| 1 | RAFFI KHATCHADOURIAN - SBN 193165<br>**HEMAR, ROUSSO & HEALD, LLP** |
| 2 | 15910 Ventura Boulevard, 12th Floor<br>Encino, California 91436-2829 |
| 3 | (818) 501-3800 telephone<br>(818) 501-2985 facsimile |
| 4 | |
| 5 | Attorneys for Movant/Creditor,<br>HANMI BANK |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.18-50398-MEH |
| | ) | |
| TECHSHOP, INC., | ) | CHAPTER 7 |
| | ) | |
| | ) | R.S. No.: HRH-1 |
| Debtor. | ) | |
| | ) | MOTION FOR RELIEF FROM THE |
| | ) | AUTOMATIC STAY |
| | ) | |
| | ) | Hearing: |
| | ) | Date: June 14, 2018 |
| | ) | Time: 1:00 p.m. |
| | ) | Courtroom: 3020 |
| | ) | Judge: Hon. M. Elaine Hammond |
| | ) | Address: 280 South First Street |
| | | San Jose, CA 95113 |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

Moving Party HANMI BANK (hereinafter "HANMI" or "Movant") as a secured creditor, hereby moves the Court for an order granting relief from the automatic stay of 11 U.S.C. Section 362 to permit it to exercise its lawful remedies under state law based on the fact that the Debtor has defaulted in its pre- and post-petition payments to Movant and payments, costs and interest continue to accrue, the Debtor and the Estate have no equity in the Collateral and the Collateral is not necessary for an effective reorganization as a matter of law.

\\\

1       This Motion is made and based upon all of the documents, records, and evidence on file in the instant case, together with the Notice of Motion, the Declaration of Kent L. Schneider filed concurrently herewith, the exhibits attached in support thereof, together with such additional documents, records, evidence, and oral argument by counsel as may be hereafter presented.

      This Court has jurisdiction in this core proceeding pursuant to 28 U.S.C. § 1334(a) and (b), 28 U.S.C. § 157(a) and (B)(2)(G). Pursuant to 28 U.S.C. § 1409(a), this proceeding is properly commenced and prosecuted in this Court in which Debtor's Chapter 7 case is pending.

      This Motion is based upon 11 U.S.C. Section 362(d)(1) for cause, inasmuch as Debtor has defaulted in its pre- and post-petition payments to Movant and payments, costs and interest continue to accrue, the Debtor and the Estate have no equity in the Collateral and the Collateral is not necessary for an effective reorganization as a matter of law.

      As more particularly described in the Declaration of Kent L. Schneider (hereinafter "Schneider Declaration") filed concurrently herewith and incorporated herein by this reference, on or about August 7, 2015, Debtor and its affiliates, Techshop Austin, LLC, TechShop Phoenix, LLC, Techshop Detroit LLC and Techshop San Jose LLC, executed four separate Equipment Financing Agreements, identified with account numbers ending in 5202, 6457, 6458 and 6459 (the "Agreements"), in favor of HANMI BANK's predecessor in interest, Banc of California, N.A., to finance their purchase of certain equipment as identified in the exhibits to the Agreements. True and correct copies of the Agreements and supporting documents are attached respectively to the Schneider Declaration as Exhibits "1" through "4," and incorporated herein by this reference as though fully set forth.

      The Agreements were secured by the specific collateral identified in the attachments to each Agreement (collectively the "Collateral"). Movant's predecessor in interest perfected its security interest therein by filing UCC Financing Statements with the California Secretary of State. True and correct copies of the UCC Financing Statements are collectively attached to the Schneider Declaration as Exhibit "5" and incorporated herein by this reference as though fully set forth.

      Theretofore and thereafter, Movant and its predecessor in interest performed each, every, and all of the obligations and duties on its part to be performed under the terms of the Agreements.

\\\

All rights, title and interest in the Agreements and the Collateral were subsequently assigned to HANMI BANK, as evidenced by the Assignment and Assumption Agreement and Bill of Sale, a true and correct copy of the relevant portions of which is attached to the Schneider Declaration as Exhibit "6" and incorporated herein by this reference as though fully set forth.

On or about November 20, 2017, Debtor defaulted under the terms of the Agreements by failing to make the payments due and owing thereunder. Debtor has not made any further payment to Movant.

The amounts currently owing to HANMI BANK pursuant to the Agreements are as follows:

As to Agreement ending in 5202:	$6,566.09
As to Agreement ending in 6457:	$9,640.15
As to Agreement ending in 6458:	$5,886.87
As to Agreement ending in 6459:	$6,616.06

Debtor listed Banc of California both in its Schedule G and Amended Schedule D, and indicated the value of the Collateral is $0.00. True and correct copies of relevant portions of Debtor's original and amended Schedules are attached to the Schneider Declaration collectively as Exhibit "7" and incorporated herein in full by reference.

There is therefore no equity in the Collateral for the Debtor or the Estate.

Movant is prevented from proceeding with its state law remedies in light of Debtor's instant Petition. Movant seeks relief from the automatic stay in order to proceed with its state law remedies as against the Collateral.

## **GROUNDS FOR RELIEF UNDER 11 U.S.C. § 362(d)**

WHEREFORE, Movant respectfully requests that the Court enter an Order for relief from the automatic stay as follows:

1. Terminating the automatic stay imposed by 11 U.S.C. Section 362(a), effective immediately, to permit Movant to proceed with its state law remedies as against the Collateral; and

2. That the Court's Order be effective immediately and that the 14-day waiting period prescribed by the Federal Rules of Bankruptcy Procedure, Rule 4001(a)(3) be waived.

\\\

| | | |
|---|---|---|
| Dated: May 23, 2018 | | HEMAR, ROUSSO & HEALD, LLP |

By: /s/ *Raffi Khatchadourian*
RAFFI KHATCHADOURIAN
Attorneys for Movant/Secured Creditor,
HANMI BANK