

**BANC OF CALIFORNIA**

<u>DELIVERY AND ACCEPTANCE CERTIFICATE</u>

Agreement # ████████-6457

See Exhibit "A" Attached Hereto and Made A Part Hereof

By signing below, you, the Borrower, agree:

A) That all Equipment described in the Agreement identified above has been delivered, inspected, installed and is unconditionally and irrevocably accepted by you as satisfactory for all purposes of the Agreement; and
B) That we, Banc of California, N.A., are authorized to purchase the Equipment and start billing you under the Agreement as set forth in Section 2.
C) That Borrower's obligations under the Agreement are valid and enforceable and that Borrower's unconditional payment obligation shall commence immediately.
D) That upon execution, the Commencement Date set forth in the Agreement shall be in force and effect.

A COPY OF THIS DOCUMENT WITH SIGNATURE SHALL BE CONSIDERED TO BE AN ORIGINAL.

Date of Acceptance: _____9/21/2015_____

Agreement #: ████-6457

Borrower:   Techshop, Inc. and Techshop Detroit, LLC, as co-borrowers, jointly and severally responsible

By _____
Mark R. Hatch, CEO of Techshop, Inc.

By _____
Mark R. Hatch, Member of Techshop Detroit LLC

I hereby authorize ___Mike Hilberman, CFO___ to orally verify my/our acceptance of the equipment subject to Equipment Finance Agreement #<u>741-BRO-6457</u> in my absence.

## Acceptance of Equipment and Amendment to Equipment Finance Agreement

This agreement entered into between Techshop, Inc. and Techshop Detroit,LLC, as co-borrowers, jointly and severally responsible ("Borrower") and Banc of California, N.A., ("Secured Party"), with respect to that certain Equipment Finance Agreement No. _____-6437 between Borrower and Secured Party dated 8|7|15 ("Equipment Finance Agreement").

Borrower has requested that Secured Party advance funds in connection with the Equipment Finance Agreement prior to the equipment subject to the Equipment Finance Agreement (the "Equipment") being delivered to Borrower. Secured Party would be unwilling to do so but for this Amendment to start the Equipment Finance Agreement, and but for Borrower's promise that each and every of the Equipment Finance Agreement payments will be made in a timely manner, regardless of any issues with respect to nondelivery, misdelivery, nonperformance or misperformance of the Equipment. Except as specifically addressed herein, all other terms and conditions of the Equipment Finance Agreement remain in full force and effect, and all terms hereof are subject to the terms of the Equipment Finance Agreement.

Borrower has advised Secured Party that the supplier (the "Vendor") of the Equipment requires that all or a portion of the purchase price be submitted to Vendor prior to Vendor delivering the Equipment to the location of Borrower. Borrower has requested that Secured Party advance funds to Vendor accordingly. Borrower hereby accepts the Equipment unconditionally and for all purposes of the Equipment Finance Agreement, and accepts the equipment "as is – where is". Borrower further waives its right to revoke acceptance of the Equipment, and understands that once it has accepted the Equipment by execution hereof, all of its obligations under the Equipment Finance Agreement become absolute, unconditional and noncancellable.

I. In consideration of Secured Party's agreement to advance funds as requested above, Borrower agrees to immediately commence payments under the Equipment Finance Agreement, even though all of the Equipment may not yet be installed. Borrower agrees that, in order to induce Secured Party to make payment as described above, the Equipment Finance Agreement will be in full force and effect immediately upon execution of this Amendment, as will Borrower's duty to make all payments and to fulfill all other obligations pursuant to the Equipment Finance Agreement. Should any item of Equipment not be delivered, Borrower alone shall be responsible and shall have recourse only to the appropriate Vendor. By execution of this Amendment, Borrower unconditionally accepts and acknowledges said Finance and the Equipment, and agrees the Equipment Finance Agreement is in full force and effect and not subject to any defenses or rights of set-off against Secured Party. Nondelivery of any item of Equipment shall not relieve Borrower of the obligation of payment in full under the Equipment Finance Agreement.

II. In the event that Borrower has any disagreement or complaint with respect to the Equipment, Borrower shall look only to persons other than Secured Party or its assigns, and shall not assert against Secured Party or its assigns any claim or defense Borrower may have with reference to the Equipment, its installation, delivery, nondelivery or misperformance.

III. Borrower understands that the Equipment Finance Agreement as amended, and Secured Party's right, title and interest to the Equipment Finance Agreement, this Amendment and the Equipment, may be assigned or transferred to one or more assignees of Secured Party at any time, without notice or consent of Borrower, in which event any subsequent assignee will succeed to all of Secured Party's rights, title and interest under the Equipment Finance Agreement as amended, and as to such assignees, Borrower will not assert any claims or defenses it might be entitled to assert against Secured Party.

IV. This Amendment is expressly incorporated into the Equipment Finance Agreement, and all terms of the Equipment Finance Agreement not directly modified by this Amendment shall remain in full force and effect, fully binding upon parties hereto.

Agreed to by and between the undersigned parties this ___29___ day of ___August___ 2015

Secured Party: Banc of California, N.A.

By: _____

Title: _____

Date: 9/23/15

Borrower: Techshop, Inc. and Techshop Detroit, LLC, as co-borrowers, jointly and severally responsible

By: _____
Mark R. Hatch, CEO of Techshop, Inc.

By: _____
Mark R. Hatch, member of Techshop Detroit, LLC

Date: Aug 29, 2015

A COPY OF THIS DOCUMENT WITH SIGNATURE SHALL BE CONSIDERED TO BE AN ORIGINAL.

# INVOICE

**Laguna Tools Inc.**
2072 Alton Parkway
Irvine, CA 92606
800-332-4094
Tax ID# 93-1083116

| | |
|---|---|
| Date | 9/9/2015 |
| Invoice # | 96368 |

Sold To:
Techshop, Inc.
405 El Camino Real, Box #606
Menlo Park CA 94025

Ship To:
Techshop Detroit, LLC
800 Republic Drive
Allen Park MI 48101

**Terms: 100% Pre-funding**

| Qty | Description | Total Price |
|---|---|---|
| 1 | 8" Parallelogram Jointer ShearTec II | $2,399.20 |
| 1 | 16" Planer ShearTecII | $2,399.20 |
| | Subtotal | $4,798.40 |
| | Subtotal | $4,798.40 |
| | Shipping | $763.38 |
| | Subtotal | $5,561.78 |
| | Less deposit ck#1079 | ($2,780.89) |

**Total** $2,780.89

*Need copy of ck* (handwritten)



| | |
|---|---|
| Date of Invoice | 08/27/2015 |
| PO number | TSCO-20150730-10 |
| PO date | 07/30/2015 |
| KAESER order number | 10591600 |
| Invoice recipient no. | 1135296 |
| | |
| Entered by | Mary Martin |
| Sales contact | Lang, SFO, US |

TechShop
300 S 2nd St
San Jose CA 95113

Go Paperless! Sign up for e-delivery
Please send recipient name, email
address and phone number to
accountsreceivable.us@kaeser.com

| | |
|---|---|
| TechShop | Techshop Detroit, LLC |
| 300 S 2nd St | 800 Republic Drive |
| San Jose CA 95113 | Allen Park MI 48101 |

| | | |
|---|---|---|
| Ship Date | 08/27/2015 | 8001312060 |
| Delivery(Incoterms 2010) | FCA US Shipping Point | |
| Carrier | Old Dominion Freight | |

Ship via: Old Dominion, prepaid
PRO#01005920564

| Pos | Description | Part No. | Qty | UM | Unit Price | Value |
|---|---|---|---|---|---|---|
| 10 | **SM 10 125 psi SCB TriVolt. US** | 100755.1 | 1.000 | PC | 8,012.00 | 8,012.00 |
| | 1 service manuals included with each, English | | | | | |
| | Serial no: ( 1772 ) | | | | | |
| | Model | SM 10 | | | | |
| | Electrical connection | 208/230/460V / 3 / 60Hz | | | | |
| | Max. work.press. (g) [psi] | 125.0 psi | | | | |
| | Control version | Sigma Control Basic | | | | |
| | **Wired 208V** | | | | | |
| 20 | **Filtered Separator KFS-60** | USKFS60BF | 1.000 | PC | 353.00 | 353.00 |
| 30 | **KCF-25 Condensate Treatment System** | ANKCF25 | 1.000 | PC | 342.00 | 342.00 |
| | Serial no: ( 4567 ) | | | | | |

Invoiced goods remain the property of Kaeser Compressors, Inc. until payment is received. No returns without authorization.
Approved returns must be shipped pre-paid and are subject to restocking charges up to 25%. Past due accounts subject to 1 1/2%
interest monthly.

Kaeser Compressors, Inc., P.O.Box 946, Fredericksburg, VA 22404, Phone: (540)-898-5500 Fax: (540)-898-5520 www.kaeser.com
A Company with Certified Quality and Environmental Management Systems ISO 9001-2008 and 14001-2004


| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | Condensate Manifold Compact Serial no: ( 1513 ) | ANKCD02 | 1.000 | PC | 310.00 | 310.00 |
| 50 | Shipping and Handling | US05-FREIGHT | 1.000 | PC | 150.00 | 150.00 |
| | TOTAL PRICE | | | | | 9,167.00 |
| | Sales tax | | 6.00 % | | | 550.02 |

**Up to 08/27/2015**

This Invoice is effective and expressly conditional on Buyer's assent to all terms and conditions incorporated in this Invoice that are additional to or different from those stated in Buyer's purchase order or other documents. Buyer's assent to this provision will be manifested by ordering, paying for, or receiving any portion of the goods designated herein. Sellers terms and conditions are available on request, and at www.kaeser.com/terms.

Invoiced goods remain the property of Kaeser Compressors, Inc. until payment is received. No returns without authorization. Approved returns must be shipped pre-paid and are subject to restocking charges up to 25%. Past due accounts subject to 1 1/2% interest monthly.

Kaeser Compressors, Inc., P.O.Box 946, Fredericksburg, VA 22404, Phone: (540)-898-5500 Fax: (540)-898-5520 www.kaeser.com
A Company with Certified Quality and Environmental Management Systems ISO 9001-2008 and 14001-2004



# INVOICE

Page 000001

**Sold to:**
Tech Shop
300 South 2nd. Street.
San Jose CA 95113

**Ship to:**
Tech Shop Detroit
800 Republic Drive.
Allen Park MI 48101-3626

| Order # | Job # | Ship # | Ship Via | FOB | COL/PPD |
|---|---|---|---|---|---|
| 370 | 599 | 10 | YRC FRT | Prepaid | 80218 |
| Invoice # | | | | | |

| Order Date | Ship Date | Cust # | Purchase Order # | | Job # | SLS | Date |
|---|---|---|---|---|---|---|---|
| 8/17/2015 | 8/25/2015 | TECSH | TSCO-20130730-09 | | 999 | SLS | 8/25/2015 |

| LINE | ITEM NUMBER | UOM | QTYs ORDERED | QTYs SHIPPED | BACKORDERED | PRICES PER UNIT | EXTENDED NET | BUOM |
|---|---|---|---|---|---|---|---|---|
| 1 | 1M55-3F230-AC506 | EA | 1 | 1 | 0 | 10,246.00 | 7,684.50 | |
| | 55T Ironworker - 3ph, 230V, Ac | | | 10,246.00 | | Disc#: 25.00 | | |
| 2 | AC100 | EA | 2 | 2 | 0 | 80.00 | 120.00 | |
| | 64X61 Numbexed Tables | | | 160.00 | | Disc#: 25.00 | | |
| 3 | AC1014 | EA | 1 | 1 | 0 | 1,015.00 | 761.25 | |
| | Accessory LED Light | | | 1,015.00 | | Disc#: 25.00 | | |
| 4 | PD1000 | EA | 1 | 1 | 0 | 303.00 | 227.25 | |
| | Copex/Notcher 55T | | | 303.00 | | Disc#: 25.00 | | |
| 5 | AC0900 | EA | 1 | 1 | 0 | 190.00 | 142.50 | |
| | Punch and Die Starter Set | | | 190.00 | | Disc#: 25.00 | | |
| 6 | AC1031 | EA | 1 | 1 | 0 | 1,062.00 | 796.50 | |
| | Gauging Table Kit | | | 1,062.00 | | Disc#: 25.00 | | |
| | Brake - 10" w/4-way Die | | | | | Disc#: 25.00 | | |

| | |
|---|---|
| Sales Amount | 9,732.00 |
| Misc. Charges | .00 |
| Freight | 375.00 |
| Sales Tax | .00 |

| TERMS | INVOICE TOTAL |
|---|---|
| NET 30 | $10,107.00 |

Edwards Manufacturing Company   P.O. Box 166   1107 Sykes Street   Albert Lea, MN 56007   800-373-8206

Case: 18-50398   Doc# 105-1   Filed: 05/23/18   Entered: 05/23/18 10:00:37   Page 6 of 33

The serial number for the 55 ton Irons worker is 0803015IW55.

# EXHIBIT "4"

S202


BANC OF CALIFORNIA

## EQUIPMENT FINANCING AGREEMENT
Agreement # ████-5202

| "BORROWER" | | "SUPPLIER" |
|---|---|---|

FULL LEGAL NAME Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible

BILLING ADDRESS: 300 South 2nd St.

CITY San Jose STATE CA ZIP 95113

CONTACT Mark R. Hatch          TELEPHONE 408-916-4144

See Exhibit "A" Attached Hereto and Made A Part Hereof

| FULL DESCRIPTION OF PROPERTY INCLUDING MODEL, AND SERIAL NUMBERS SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF | EQUIPMENT COST SEE DISBURSEMENT OF AUTHORIZATION ATTACHED HERETO AND MADE A PART HEREOF |
|---|---|

PROPERTY LOCATION (IF DIFFERS FROM BILLING ADDRESS)

Street Address: 300 S 2nd Street
City: San Jose
State: CA Zip: 95113 County:

INITIAL PAYMENT
(CHECK FOR THIS AMOUNT MUST ACCOMPANY AGREEMENT)

FIRST PAYMENT $667.70
LAST PAYMENT $667.70
LOAN FEE $348.75

TERM OF LOAN AND PAYMENTS ·          INITIAL PAYMENT DATE 10/20/2015 ("Base Term Commencement Date")

60 PAYMENTS of $667.70

TOTAL AMOUNT DUE: $1,684.15

### TERMS OF EQUIPMENT FINANCING AGREEMENT ("Agreement")

Borrower and Secured Party agree as follows:

1. SECURITY INTEREST: Borrower hereby grants Secured Party a security interest under the Uniform Commercial Code in the above personal property (collectively the "Collateral" and individually as "Item" or "Item of Collateral"). Such security interest is granted to secure performance by Borrower of its obligations hereunder and under any other present or future agreement with Secured Party. Borrower shall insure that such STATEMENT AND APPOINTS SECURED PARTY OR ITS DESIGNEE AS BORROWER'S ATTORNEY-IN-FACT TO EXECUTE AND FILE, ON BORROWER'S BEHALF, FINANCING STATEMENTS COVERING THE COLLATERAL.

2. PAYMENTS: Borrower shall repay Secured Party the above Total of Payments in the number of monthly installments of the amount indicated above. The initial installment payment shall be deemed due as of the date indicated above and subsequent installment payments shall be due on the same day of each month thereafter until paid. A pro-rata portion of the installment payment based on a daily charge of one-thirtieth (1/30) of the installment payment calculated from the Commencement Date (as designated on the Delivery and Acceptance Certificate) to Base Term Commencement Date shall be due and payable at the payment commencement date. All other amounts due thereunder shall be due upon Borrower's receipt of Secured Party's invoice therefor. Advance payments shall be applied to the last installment payments in reverse order until exhausted; provided that if there is a default, any payments under this agreement may be applied to Borrower's obligations to Secured Party in such order as Secured Party chooses.

3. NO AGENCY. BORROWER ACKNOWLEDGES THAT NO SUPPLIER OF AN ITEM OR INTERMEDIARY, MANUFACTURER, DISTRIBUTOR, WHOLESALER, BROKER OR ANY OTHER PERSON OR ENTITY NOR ANY AGENT OF ANY OF THE FOREGOING PERSONS OR ENTITIES (collectively "Supplier") IS AN AGENT OF SECURED PARTY AND FURTHER, THAT NONE OF SUCH PARTIES IS AUTHORIZED TO WAIVE OR ALTER ANY ITEM OR CONDITION OF THIS AGREEMENT. NO REPRESENTATION OR WARRANTY AS TO ANY MATTER BY ANY SUCH PARTY SHALL BIND SECURED PARTY OR AFFECT BORROWER'S DUTY TO PAY THE INSTALLMENT PAYMENTS AND PERFORM ITS OTHER OBLIGATIONS THEREUNDER.

4. NON CANCELABLE AGREEMENT. THERE SHALL BE NO PREPAYMENT OR OFFSET TO THE TERMS OF THIS AGREEMENT AND THE PAYMENTS DUE HEREUNDER AND THIS AGREEMENT IS NON CANCELABLE BY BORROWER FOR ANY REASON WHATSOEVER. BORROWER MAY REPAY THE INSTALLMENT PAYMENTS ONLY IN ACCORDANCE HEREWITH.

5. FINANCING. THIS AGREEMENT IS SOLELY AN EQUIPMENT FINANCING AGREEMENT. SEE ALL PAGES FOR ADDITIONAL TERMS AND CONDITIONS WHICH ARE PART OF THIS AGREEMENT.

SECURED PARTY MAKES NO WARRANTY, EXPRESS OR IMPLIED, OR THAT THE EQUIPMENT IS FIT FOR A PARTICULAR PURPOSE OR THAT THE EQUIPMENT IS MERCHANTABLE. BORROWER AGREES THAT BORROWER HAS SELECTED THE SUPPLIER AND EACH ITEM OF EQUIPMENT BASED UPON BORROWER'S OWN JUDGMENT AND DISCLAIMS ANY RELIANCE UPON ANY STATEMENTS OR REPRESENTATIONS MADE BY SECURED PARTY. SECURED PARTY DOES NOT TAKE RESPONSIBILITY FOR THE INSTALLATION OR PERFORMANCE OF THE EQUIPMENT. THE SUPPLIER IS NOT AN AGENT OF SECURED PARTY AND NOTHING THE SUPPLIER STATES CAN AFFECT BORROWER'S OBLIGATION UNDER THE AGREEMENT. BORROWER WILL CONTINUE TO MAKE ALL PAYMENTS UNDER THIS AGREEMENT REGARDLESS OF ANY CLAIM OR COMPLAINT AGAINST SUPPLIER. This Agreement is effective only upon execution by an authorized officer of Secured Party following Borrower's execution hereof, and upon execution Secured Party shall fund the Equipment Cost/Advance. Borrower hereby authorizes Secured Party to Disburse the Equipment Cost/Advance as indicated on the attached Disbursement Authorization. Secured Party reserves the right to pay the applicable portion of the Equipment Cost/Advance jointly to any party not specified in the preceding sentence with a security interest in an Item of Collateral.

6. LOCATION; INSPECTION; USE. Borrower shall keep, or, as to an Item which is movable, permanently garage and not remove from the United States, as appropriate, each Item of Collateral in Borrower's possession and control at the Collateral Location or at such other location to which such Item may have been moved with the prior written consent of Secured Party. Upon request, Borrower shall advise Secured Party as to the exact location of an Item of Collateral. Secured Party may inspect the Collateral during normal business hours and enter the premises where the Collateral may be located for such purposes. Each Item shall be used solely for commercial or business purposes and operated in a careful and proper manner and in compliance with all applicable governmental requirements, all requirements of insurance policies carried hereunder and all manufacturers' instructions and warranty requirements.

7. ALTERATIONS; SECURITY INTEREST COVERAGE. Without Secured Party's prior written consent, Borrower shall not make any alterations, additions or improvements to an Item of Collateral which detracts from its economic value or functional utility. All additions and improvements made to an Item shall be deemed accessions thereto, and shall not be removed if removal would impair the Item's economic value or functional utility. Secured Party's security interest shall cover all modifications, accessions, additions to and replacements of the Collateral. Borrower will not make any replacements or substitutions without Secured Party's prior written consent.

8. MAINTENANCE. Borrower shall maintain the Collateral in good repair, condition and working order. Borrower shall cause all repairs required to maintain the Collateral in such condition to be made promptly by qualified parties. Borrower shall cause each Item of Collateral for which a service contract is generally available to be covered by such a contract which provides coverage typical as to property of the type involved and is issued by a competent servicing entity.

9. LOSS AND DAMAGE; CASUALTY VALUE. In the event of loss, theft, destruction or requisition of or damage to an Item of Collateral from any cause Borrower shall give Secured Party prompt notice thereof and shall thereafter place the Item in good repair, condition and working order, provided, however, that if such Item is determined by Secured Party to be lost, stolen, destroyed or damaged beyond repair or is requisitioned of or suffers a constructive total loss under an insurance policy carried hereunder Borrower shall cause the Equipment to be replaced and shall immediately provide Secured Party with information necessary to protect Secured Party's security interest in the replacement Equipment, or shall pay Secured Party the "Casualty Value" of such Item which shall equal (a) any amounts due at the time of such payment, and (b) each future installment payment due with respect to such Item discounted at five percent (5%) per annum simple interest from the date due to the date of such payment.

10. TITLING. If requested by Secured Party, Borrower shall cause all documents of title to be titled as collateral subject to title registration laws to be titled as directed by Secured Party. Borrower shall advise Secured Party promptly as to any necessary retitling. Borrower shall cause all documents of title to be furnished Secured Party within sixty (60) days of the date of any titling effected by Borrower.

| (SECURED PARTY) Banc of California, N.A. | (BORROWER) Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible |
|---|---|
| By: *(signature)* | By: *(signature)* |
| | Mark R. Hatch, CEO of Techshop, Inc. |
| | By: *(signature)* |
| | Mark R. Hatch, Member of Techshop San Jose LLC |
| DATE: 9/23/15 | DATE: Aug 7, 2015 |

Case: 18-50398   Doc# 105-1   Filed: 05/23/18   Entered: 05/23/18 10:00:37   Page 9 of 33

11. TAXES AND FEES. Borrower agrees to pay when due all taxes (including personal property tax, fines and penalties) and fees relating to this Agreement or the Collateral. If we pay any of the above for you, you agree to reimburse us and to pay us a processing fee for each payment we make on your behalf. In addition, you also agree to pay us any filing fees prescribed by the Uniform Commercial Code or other law and reimburse us for all costs and expenses involved in documenting and servicing this transaction. You further agree to pay us any loan fee as set forth above on the date the first payment due. You also acknowledge that in addition to the payments required to be made hereunder, we may assess and you may be required to pay additional taxes and/or fees. Such fees may not only cover our costs, they may also include a profit.

12. INSURANCE Collateral Protection and Insurance: You agree to keep the Collateral fully insured against loss with us as loss payee in an amount not less than the replacement cost until this Agreement is terminated. You also agree to obtain a general public liability insurance policy from anyone who is acceptable to us and is acceptable to us and include us as an insured on the policy. You agree to provide us certificates binders, or other evidence of insurance acceptable to us, before this Agreement begins and within thirty (30) days thereafter provide us with the policies of insurance Should you fail to furnish insurance as set forth herein in the type and amounts requested, we may force place insurance and then charge you the amount of the forced placed insurance plus 20% to reflect our cost of funds and administrative costs. We shall be reimbursed within ten (10) days after an invoice is sent to you in the event that we had to force place insurance.

13. SECURED PARTY'S PAYMENT. If Borrower fails to perform any of its obligations hereunder, Secured Party may perform such obligation, and Borrower shall (a) reimburse Secured Party the cost of such performance and (b) pay Secured Party the service charge contemplated in paragraph 20.

14. INDEMNITY. Borrower shall indemnify, defend and hold Secured Party harmless against any claim, action, liability or expense, including attorneys' fees and court costs, incurred by Secured Party related to this Agreement and Secured Party's protection of its Collateral. While it is not anticipated that Secured Party shall have any liability for torts related to the Collateral, this indemnity covers lost proceedings including any strict liability claim, any claim under another theory related to latent or other defects and any patent, trademark or service mark infringement claim.

15. DEFAULT. Any of the following constitutes an event of default hereunder: (a) Borrower's failure to pay any amount due hereunder, within five (5) days of when due; (b) Borrower's default in performing any other obligation hereunder or under any agreement between Borrower and Secured Party; (c) death or judicial declaration of competency of Borrower, if an individual; (d) the filing by or against Borrower of a petition under the Bankruptcy Code or under any other insolvency law or law providing for the relief of Borrowers, including, without limitation, a petition for reorganization, agreement or extension; (e) the making of an assignment of a substantial portion of its assets by Borrower, appointment of a receiver or trustee for Borrower or for any Borrower's assets, institution by or against Borrower of any other type of insolvency proceeding or other proceeding contemplating settlement claims against or winding up of the affairs of Borrower, Borrower's cessation of active business affairs or the making by Borrower of a transfer of a material portion of Borrower's assets or inventory not in the ordinary course of business; (f) the occurrence of an event described in (c), (d), or (e) to a guarantor of other surety of Borrower's obligations hereunder, (g) any misrepresentation of a material fact in connection herewith by or on behalf of Borrower; (h) Borrower's default under any loan, lease, or agreement providing financial accommodation with a third party or (i) Secured Party shall in good faith deem itself insecure as a result of a material adverse change in Borrower's financial condition or otherwise.

16. REMEDIES. Upon the occurrence of an event of default, Secured Party shall have the right, options, duties and remedies of a secured party, and Borrower shall have the rights and duties of a debtor, under the Uniform Commercial Code (regardless of whether such Code or a law similar thereto has been enacted in a jurisdiction wherein the rights or remedies are asserted) and in connection therewith Secured Party may: (a) declare the Casualty Value or such lesser amount as may be set by law immediately due and payable with respect to any or all Items of Collateral without notice or demand to Borrower; (b) take possession of and, if deemed appropriate, render unusable any or all Items of Collateral, without demand or notice, wherever located, without any process of law and without liability for any damages occasioned by such taking of possession including damages to contents; (c) require Borrower to assemble any or all Items of Collateral at a location in reasonable proximity to their designated location hereunder, (d) upon notice to Borrower required by law, sell or otherwise dispose of any Items of Collateral, whether or not in Secured Party's possession, in a commercially reasonable manner at public or private sale and apply the net proceeds of such sale after deducting all costs of such sale, including, but not limited to, costs of transportation, repossession, storage, refurbishing, advertising and brokers fees, to the obligations of Borrower hereunder with Borrower remaining liable for any deficiency and with any excess being returned to Borrower or (e) utilize any other remedy available under the Uniform Commercial code or otherwise to Secured Party. All remedies are cumulative. Any sale may be adjourned by announcement at the time and place appointed for such sale without further published notice, and Secured Party may if permitted by law bid and become the purchaser at any such sale. Secured Party may conduct any public or private sale from Borrower's premises or location without any charge by Borrower.

17. LITIGATION AND OTHER EXPENSES. Borrower shall pay Secured Party its costs and expenses not offset as provided in paragraph 16, including repossession and attorneys' fees and court costs, incurred by Secured Party in enforcing this Agreement and in protecting its Collateral whether in State, Federal or Bankruptcy Court or other judicial or non-judicial tribunal including mediation, arbitration or judicial reference proceeding. This obligation includes the payment of such amounts whether an action is filed.

18. ASSIGNMENT. Without the prior written consent of Secured Party, Borrower shall not sell, finance or create or allow any lien other than Secured Party's security interest against an Item of Collateral or assign any of Borrower's obligations hereunder. Borrower's obligations are not assignable by operation of law. Secured Party may assign, pledge or otherwise transfer any of its rights but none of its obligations hereunder without notice to Borrower. If Borrower is given notice of any such assignment, Borrower shall: acknowledge receipt thereof in writing and shall thereafter pay any amounts due hereunder as directed in the notice regardless of whether Borrower acknowledges the assignment or not. The rights of an assignee to amounts due hereunder shall be free of any claims, offsets, actions or causes of action, or defense Borrower may have against Secured Party, and Borrower agrees not to assert against an assignee any claim or defense which Borrower may have against Secured Party. Borrower is subject to the foregoing, this Agreement inures to the benefit of, and is binding upon, the heirs, legatees, personal representatives, successors and assigns of the parties.

19. MARKINGS; PERSONAL PROPERTY. Borrower shall mark the Collateral or its location as requested by Secured Party to indicate Secured Party's security interest. As between the parties the Collateral shall at all times be deemed personal. Borrower will provide Secured Party any real property waivers requested by Secured Party as to the real property where an Item of Collateral is or is to be located including, but not limited to, landlord's waivers and mortgagee waivers.

20. LATE PAYMENT. If Borrower fails to pay any amount to be paid hereunder within five (5) days of when due, Borrower will pay Secured Party a late charge of 10% of the payment which is late or if less, the maximum charge allowed by law. (b) amounts Secured Party pays others in connection with the collection of the payment and (c) interest on such unpaid amount from the date due until paid at the lesser of eighteen percent (18%) per annum or the highest rate permitted by applicable law. No more than a single charge under subparagraph (a) will be due in any given month.

21. ADDITIONAL DOCUMENTS. Borrower shall provide to Secured Party such financing statements and similar documents as Secured Party shall request. Borrower authorizes Secured Party where permitted by law to make filings of such documents without Borrower's signature. Borrower further shall furnish Secured Party (a) a fiscal year-end financial statement including balance sheet and profit and loss statement within one hundred twenty (120) days of the close of each fiscal year and (b) such other information and documents not specifically mentioned herein relative to this agreement as Secured Party may request. Borrower shall reimburse Secured Party for all search and filing fees incurred by Secured Party related hereto.

22. NOTICES. Notices shall be in writing, and sufficient if mailed to the party involved, United States mail first class postage prepaid, at its respective address set forth above or at such other address as such party may provide on notice in accordance herewith. Notice so given shall be effective when mailed. Borrower shall promptly notify Secured Party of any change in Borrower's address.

23. GENERAL. This Agreement constitutes the entire agreement of the parties as to the subject matter and Borrower authorizes Secured Party to amend or insert in this agreement any serial numbers and other identification data about the Collateral, as well as any other omitted factual matters. Borrower shall not amend, alter or change the agreement without a written agreement signed by the parties. Any waiver by Secured Party must be in writing, and forbearance shall not constitute a waiver. Whenever the context of this Agreement requires, the neuter includes the masculine or feminine and the singular includes the plural. If there is more than one Borrower named in this agreement, the liability of each shall be joint and several. The titles in the paragraphs of this Agreement are solely for the convenience of the parties and are not an aid in the interpretation. This Agreement shall be governed by the law of the State of California. Venue for any action related to this agreement shall be in an appropriate court in Orange County, California where this Agreement was entered into and made to be performed. Any provision declared invalid shall be deemed severable from the remaining provisions which shall remain in full force and effect. Time is of the essence of this Agreement. The obligations of Borrower shall survive the release of the security interest in the Collateral.

24. BORROWER'S WARRANTIES. BORROWER CERTIFIES AND WARRANTS:(a) THE FINANCIAL AND OTHER INFORMATION WHICH BORROWER HAS SUBMITTED, OR WILL SUBMIT, TO SECURED PARTY IN CONNECTION WITH THIS AGREEMENT IS, OR SHALL BE AT TIME OF SUBMISSION, TRUE AND COMPLETE; (b) THIS AGREEMENT HAS BEEN DULY AUTHORIZED BY BORROWER AND UPON EXECUTION BY BORROWER SHALL CONSTITUTE THE LEGAL, VALID AND BINDING OBLIGATION, CONTRACT AND AGREEMENT OF BORROWER ENFORCEABLE AGAINST BORROWER IN ACCORDANCE WITH ITS TERMS; AND (c) EACH SHOWING PROVIDED BY BORROWER IN CONNECTION HEREWITH MAY BE FULLY RELIED UPON BY SECURED PARTY NONWITHSTANDING ANY TECHNICAL DEFICIENCY IN ATTESTATION OR OTHERWISE. THE PERSON EXECUTING THIS AGREEMENT ON BEHALF OF BORROWER WARRANTS THAT PERSON'S DUE AUTHORITY TO DO SO. BORROWER FURTHER WARRANTS THAT EACH ITEM OF COLLATERAL SHALL AT THE TIME SECURED PARTY FUNDS THE TOTAL ADVANCE BE OWNED BY BORROWER FREE AND CLEAR OF LIENS OR ENCUMBRANCES AND BE IN GOOD CONDITION AND WORKING ORDER.

25. USED EQUIPMENT: If any equipment is used, Borrower unconditionally agrees: (a) Borrower finances the Equipment as is" and expressly acknowledges that the equipment is used and not new. Secured Party, NOT BEING THE VENDOR OF THE EQUIPMENT, NOR THE VENDOR'S AGENT, MAKES TO BORROWER NO WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED OF MERCHANTABILITY OR OTHERWISE, INCLUDING BUT NOT LIMITED TO: THE CONDITION, SAFENESS, USABILITY, REPAIR OR DESIGN OF THE EQUIPMENT OR ITS FITNESS FOR ANY PARTICULAR PURPOSE, THE QUALITY OR CAPACITY OF THE EQUIPMENT; THE WORKMANSHIP IN THE EQUIPMENT, THAT THE EQUIPMENT WILL SATISFY THE REQUIREMENTS OF ANY LAW, RULE, SPECIFICATION OR CONTRACT PERTAINING THERETO, AND ANY GUARANTY OR WARRANTY AGAINST PATENT INFRINGEMENT OR LATENT DEFECTS. (b) Secured Party is not responsible or liable for any direct, indirect, incidental or consequential damages or losses resulting from any cause whatsoever, including from any cause whatsoever, but not limited to; breach of warranty, the installation, operation or use of the Equipment or any products manufactured thereby, or delay or failure to deliver any item of Equipment. Borrower agrees to settle all such claims directly with Vendor and will not set up against Borrower's obligations to Secured Party any such claims as a defense, counterclaim, setoff, or otherwise.

26. If this document was signed electronically, I hereby warrant that this document has not been altered in any way. Any alterations or revision to any part of this or any attached Documents will make all alterations or revisions non-binding and void.
EFA# [redacted]5202                                      Page 2 of 2                            INITIAL [signature]

                                                                                                INITIAL

 **BANC OF CALIFORNIA**

## EXHIBIT "A" FOR AGREEMENT NO.: ████████5202

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number: ████████-5202

Vendor Name:        Formlabs, Inc.
Street Address:      35 Medford St., Ste. 201
City, State and Zip:   Somerville, MA 02143
Vendor Phone:      617-702-8476
Vendor Invoice Number:  100011778

| Qty. | Equipment Description | Serial Number |
|------|----------------------|---------------|
|  | All Equipment Listed on Invoice # 100011778 Dated August 13, 2015. |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible

By: _Mark R Hatch_
Mark R. Hatch, CEO of Techshop, Inc.

By: _Mark R Hatch_
Mark R. Hatch, Member of Techshop San Jose LLC

Date: _9/21/2015_

Page 1 of 4

Case: 18-50398     Doc# 105-1     Filed: 05/23/18     Entered: 05/23/18 10:00:37     Page 11 of 33

 **BANC OF CALIFORNIA**

## EXHIBIT "A" FOR AGREEMENT NO.: ███████5202

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number: ███████-5202

| | |
|---|---|
| Vendor Name: | Rio Grande |
| Street Address: | 7500 Bluewater Road N.W. |
| City, State and Zip: | Albuquerque, NM 87121 |
| Vendor Phone: | 800-545-6566 |
| Vendor Invoice Number: | ~~20006324~~ 91145595 |

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| 1 | Casting Machine, J2R Series IV CE MDL | |
| 1 | KIT, J2R Series IV Start Up , 220V | J2R CES40360 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible

By: _Mark Hatch_
Mark R. Hatch, CEO of Techshop, Inc.

By: _Mark Hatch_
Mark R. Hatch, Member of Techshop San Jose LLC

Date: _8/7/15_

Case: 18-50398   Doc# 105-1   Filed: 05/23/18   Entered: 05/23/18 10:00:37   Page 12 of 33

**BANC OF CALIFORNIA**

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number: ▆▆▆▆-5202

| | |
|---|---|
| Vendor Name: | Other Machine Company |
| Street Address: | 3101 20th Street |
| City, State and Zip: | San Francisco, CA 94110 |
| Vendor Phone: | 415-5800-CNC |
| Vendor Invoice Number: | 150501TEC |

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| 2 | Othermill | |
| 2 | Othermill Accessories | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible

By: _Mark Hatch_
Mark R. Hatch, CEO of Techshop, Inc.

By: _Mark Hatch_
Mark R. Hatch, Member of Techshop San Jose LLC

Date: _8/7/15_

Case: 18-50398   Doc# 105-1   Filed: 05/23/18   Entered: 05/23/18 10:00:37   Page 13 of 33


**BANC OF CALIFORNIA**

## EXHIBIT "A" FOR AGREEMENT NO.: ████████-5202

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number: ████████-5202

| | |
|---|---|
| Vendor Name: | Kaeser Compressors |
| Street Address: | 46771 Fremont Blvd. |
| City, State and Zip: | Fremont, CA 94538 |
| Vendor Phone: | 510-770-0200 |
| Vendor Invoice Number: | 910 839989 |

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| 1 | Kaeser Screw Compressor Model SM 10 (air cooled) 125 psi SCB TriVolt.US | |
| 1 | Filtered Separator KFS-60 | |
| 1 | KCF-25 Condensate Treatment System | |
| 1 | Condensate Manifold Compact | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.**

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible

By: *[signature]*
Mark R. Hatch, CEO of Techshop, Inc.

By: *[signature]*
Mark R. Hatch, Member of Techshop San Jose LLC

Date: *Aug 7, 2015*

Case: 18-50398    Doc# 105-1    Filed: 05/23/18    Entered: 05/23/18 10:00:37    Page 14 of 33

 BANC OF
CALIFORNIA

## DELIVERY AND ACCEPTANCE CERTIFICATE

Agreement #: ███████5202

See Exhibit "A" Attached Hereto and Made A Part Hereof

By signing below, you, the Borrower, agree:

A) That all Equipment described in the Agreement identified above has been delivered, inspected, installed and is unconditionally and irrevocably accepted by you as satisfactory for all purposes of the Agreement; and
B) That we, Banc of California, N.A., are authorized to purchase the Equipment and start billing you under the Agreement as set forth in Section 2.
C) That Borrower's obligations under the Agreement are valid and enforceable and that Borrower's unconditional payment obligation shall commence immediately.
D) That upon execution, the Commencement Date set forth in the Agreement shall be in force and effect.

A COPY OF THIS DOCUMENT WITH SIGNATURE SHALL BE CONSIDERED TO BE AN ORIGINAL.

Date of Acceptance: _____9/21/2015_____

Agreement#: ███████5202

Borrower: Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible

By: _____
Mark R. Hatch, CEO of Techshop, Inc.

By: _____
Mark R. Hatch, Member of Techshop San Jose LLC


I hereby authorize ___Mike Hilberman, CFO___ to orally verify my/our acceptance of the equipment subject to Equipment Finance Agreement #: ███████5202 in my absence.

Page 1  of 1

Case: 18-50398    Doc# 105-1    Filed: 05/23/18    Entered: 05/23/18 10:00:37    Page 15 of 33

ADDENDUM TO EQUIPMENT FINANCE AGREEMENT NO. ███████5202

BETWEEN Banc of California, N.A. AS SECURED PARTY

AND Techshop, Inc. and Techshop San José LLC, as co-borrowers, jointly and severally responsible AS BORROWER.

The parties have entered into the above-referenced Equipment Finance Agreement for the finance of equipment more fully described in said Agreement. In recognition of the changes to the Finance Agreement, the parties hereby wish to amend said Finance Agreement as set forth below:

The Monthly Payment Amount Shall now Read: $656.11

The First Payment Shall now read $656.11

The Last Payment Shall now read $656.11

The Total Amount Due shall now read $1,660.97

By signing this Addendum, Borrower acknowledges the above changes to the Finance Agreement and authorizes Secured Party to make such changes.

Secured Party: Banc of California, N.A.

By: _____

Title: _____

Date: _____

Borrower: Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible

By: _____

Title: Mark R. Hatch, CEO of Techshop, Inc./ Member of Techshop San Jose LLC

By: _____

Title: Mark R. Hatch, CEO of Techshop, Inc./ Member of Techshop San Jose LLC

Date: _____9/21/2015_____

A COPY OF THIS DOCUMENT WITH SIGNATURE SHALL BE CONSIDERED TO BE AN ORIGINAL.

## Acceptance of Equipment and Amendment to Equipment Finance Agreement

This agreement entered into between Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible ("Borrower") and Banc of California, N.A. ("Secured Party"), with respect to that certain Equipment Finance Agreement No. ███████5202 between Borrower and Secured Party dated _8/7/15_ ("Equipment Finance Agreement").

Borrower has requested that Secured Party advance funds in connection with the Equipment Finance Agreement prior to the equipment subject to the Equipment Finance Agreement (the "Equipment") being delivered to Borrower. Secured Party would be unwilling to do so but for this Amendment to start the Equipment Finance Agreement, and but for Borrower's promise that each and every of the Equipment Finance Agreement payments will be made in a timely manner, regardless of any issues with respect to nondelivery, misdelivery, nonperformance or misperformance of the Equipment. Except as specifically addressed herein, all other terms and conditions of the Equipment Finance Agreement remain in full force and effect, and all terms hereof are subject to the terms of the Equipment Finance Agreement.

Borrower has advised Secured Party that the supplier (the "Vendor") of the Equipment requires that all or a portion of the purchase price be submitted to Vendor prior to Vendor delivering the Equipment to the location of Borrower. Borrower has requested that Secured Party advance funds to Vendor accordingly. Borrower hereby accepts the Equipment unconditionally and for all purposes of the Equipment Finance Agreement, and accepts the equipment "as is – where is". Borrower further waives its right to revoke acceptance of the Equipment, and understands that once it has accepted the Equipment by execution hereof, all of its obligations under the Equipment Finance Agreement become absolute, unconditional and noncancellable.

I.  In consideration of Secured Party's agreement to advance funds as requested above, Borrower agrees to immediately commence payments under the Equipment Finance Agreement, even though all of the Equipment may not yet be installed. Borrower agrees that, in order to induce Secured Party to make payment as described above, the Equipment Finance Agreement will be in full force and effect immediately upon execution of this Amendment, as will Borrower's duty to make all payments and to fulfill all other obligations pursuant to the Equipment Finance Agreement. Should any item of Equipment not be delivered, Borrower alone shall be responsible and shall have recourse only to the appropriate Vendor. By execution of this Amendment, Borrower unconditionally accepts and acknowledges said Finance and the Equipment, and agrees the Equipment Finance Agreement is in full force and effect and not subject to any defenses or rights of set-off against Secured Party. Nondelivery of any item of Equipment shall not relieve Borrower of the obligation of payment in full under the Equipment Finance Agreement.

II. In the event that Borrower has any disagreement or complaint with respect to the Equipment, Borrower shall look only to persons other than Secured Party or its assigns, and shall not assert against Secured Party or its assigns any claim or defense Borrower may have with reference to the Equipment, its installation, delivery, nondelivery or misperformance.

III. Borrower understands that the Equipment Finance Agreement as amended, and Secured Party's right, title and interest to the Equipment Finance Agreement, this Amendment and the Equipment, may be assigned or transferred to one or more assignees of Secured Party at any time, without notice or consent of Borrower, in which event any subsequent assignee will succeed to all of Secured Party's rights, title and interest under the Equipment Finance Agreement as amended, and as to such assignees, Borrower will not assert any claims or defenses it might be entitled to assert against Secured Party.

IV. This Amendment is expressly incorporated into the Equipment Finance Agreement, and all terms of the Equipment Finance Agreement not directly modified by this Amendment shall remain in full force and effect, fully binding upon parties hereto.

Agreed to by and between the undersigned parties this ____7____ day of _Aug, 2015._

Secured Party: Banc of California, N.A.

By: _____

Title: _____

Date: _9/23/15_

Borrower: Techshop, Inc. and Techshop San Jose LLC,
as co-borrowers, jointly and severally responsible

By: _____
    Mark R. Hatch, CEO of Techshop, Inc.

By: _____
    Mark R. Hatch, Member of Techshop San Jose LLC

Date: _Aug 7, 2015_

**A COPY OF THIS DOCUMENT WITH SIGNATURE SHALL BE CONSIDERED TO BE AN ORIGINAL.**



**Formlabs Inc**
35 Medford St
Ste 1
Somerville, MA
02143

## Invoice

| Order #: ... | Invoice #: ... |
|---|---|
| Order Date: Aug 13, 2015 | Invoice Date: Aug 13, 2015 |

| Sold To: | Ship To: |
|---|---|
| Techshop, Inc | Techshop San Jose |
| 405 El Camino Real Box#606 | 300 South 2nd Street San Jose, |
| Menlo Park, | California, 95113 |
| California, 94025 | United States |
| United States | T: 925-406-4774 |
| T: 925-406-4774 | |

| Payment Method | Shipping Method |
|---|---|
| Net 0 | Shipping Option(s) - FEDEX Ground Delivery |
| Due Date: Aug 13, 2015 | |
| Purchase Order Number: TSCO-20150730-01 | (Total Shipping Charges $130.68) |

| Product | SKU | Price | Qty | Tax | Subtotal |
|---|---|---|---|---|---|
| White Resin | RS-W-01 | $149.00 | 4 | $39.16 | $596.00 |
| Black Resin | RS-B-01 | $149.00 | 4 | $39.15 | $596.00 |
| Form 1+ Complete Package w/ Clear Resin | F1-P-PKG-C | | | | |
| *Form 1+ 3D Printer* | | | | | |
| Form 1+ 3D Printer | | $3,000.00 | 1 | $197.10 | $3,000.00 |
| *Form Finish Kit* | | | | | |
| Form Finish Kit | | $150.00 | 1 | $9.86 | $150.00 |
| *Clear Resin 1L* | | | | | |
| Clear Resin | | $149.00 | 1 | $9.79 | $149.00 |
| Resin Tank | RT-02 | $59.00 | 12 | $46.51 | $708.00 |
| Grey Resin | RS-GPGR-02 | $149.00 | 4 | $39.16 | $596.00 |
| Castable Resin | RS-CABL-01 | $149.00 | 4 | $39.15 | $596.00 |
| Clear Resin | RS-GPCL-02 | $149.00 | 3 | $16.57 | $447.00 |
| Flexible Resin | RS-FLGR-01 | $99.00 | 4 | $31.68 | $396.00 |
| Formlabs Pro Service Plan | SVC-PP-01 | $499.00 | 1 | $0.00 | $499.00 |

| | |
|---|---|
| Subtotal: | $7,733.00 |
| Discount (Techshop Discount): | -$1,382.35 |
| Tax: | $468.13 |
| Shipping & Handling: | $130.68 |
| Grand Total: | $6,949.46 |

Case: 18-50398    Doc# 105-1    Filed: 05/23/18    Entered: 05/23/18 10:00:37    Page 18 of 33

| | |
|---|---|
| Date of Invoice | 08/27/2015 |
| PO number | TSCO-20150730-02 |
| PO date | 07/30/2015 |
| KAESER order number | 10591602 |
| Invoice recipient no. | 1135296 |
| Entered by | Mary Martin |
| Sales contact | Lang, SFO, US |

TechShop
300 S 2nd St
San Jose CA 95113

**Go Paperless! Sign up for e-delivery**
Please send recipient name, email
address and phone number to
accountsreceivable.us@kaeser.com

TechShop
300 S 2nd St
San Jose CA 95113

TechShop
300 S 2nd St
San Jose CA 95113

| | | |
|---|---|---|
| Ship Date | 08/27/2015 | 8001312061 |
| Delivery(Incoterms@2010) | FCA US Shipping Point | |
| Carrier | Old Dominion Freight | |

Ship via: Old Dominion, prepaid
PRO#01005920267

| 10 | SM 10 125 psi SCB TriVolt, US | 100765.1 | 1.000 | PC | 8,012.00 | 8,012.00 |
|---|---|---|---|---|---|---|
| | 1 service manuals included with each, English | | | | | |
| | Serial no: ( 1771 ) | | | | | |
| | Model | SM 10 | | | | |
| | Electrical connection | 208/230/460V / 3 / 60Hz | | | | |
| | Max. work.press. (g) [psi] | 125.0 psi | | | | |
| | Control version | Sigma Control Basic | | | | |
| | Wired 208V | | | | | |
| 20 | Filtered Separator KFS-60 | USKFS6CBF | 1.000 | PC | 353.00 | 353.00 |
| 30 | KCF-25 Condensate Treatment System | ANKCF25 | 1.000 | PC | 342.00 | 342.00 |
| | Serial no: ( 4575 ) | | | | | |

Invoiced goods remain the property of Kaeser Compressors, Inc. until payment is received. No returns without authorization. Approved returns must be shipped pre-paid and are subject to restocking charges up to 25%. Past due accounts subject to 1 1/2% interest monthly.

Kaeser Compressors, Inc., P.O.Box 946, Fredericksburg, VA 22404, Phone: (540)-898-5500 Fax: (540)-898-5520 www.kaeser.com
A Company with Certified Quality and Environmental Management Systems ISO 9001-2008 and 14001-2004



| Item | Description | Material | Quantity | | Unit Price | Total Price |
|------|-------------|----------|----------|---|------------|-------------|
| ✓ 40 | Condensate Manifold Compact<br>Serial no: ( 1510 ) | ANKCD02 | 1.000 | PC | 310.00 | 310.00 |
| 50 | Shipping and Handling | US06-FREIGHT | 1.000 | PC | 300.00 | 300.00 |
| | **TOTAL PRICE** | | | | | **9,317.00** |
| | Sales tax | | 8.75 % | | | 815.25 |

Santa Clara

Up to 08/27/2015

This invoice is effective and expressly conditional on Buyer's assent to all terms and conditions incorporated in this invoice that are additional to or different from those stated in Buyer's purchase order or other documents. Buyer's assent to this provision will be manifested by ordering, paying for, or receiving any portion of the goods designated herein. Sellers terms and conditions are available on request, and at www.kaeser.com/terms.

Invoiced goods remain the property of Kaeser Compressors, Inc. until payment is received. No returns without authorization. Approved returns must be shipped pre-paid and are subject to restocking charges up to 25%. Past due accounts subject to 1 1/2% interest monthly.

Kaeser Compressors, Inc., P.O.Box 946, Fredericksburg, VA 22404, Phone: (540)-898-5500 Fax: (540)-898-5520 www.kaeser.com
A Company with Certified Quality and Environmental Management Systems ISO 9001-2008 and 14001-2004

# INVOICE



Hello, , Thank you for your order!
Do you follow The Studio, Rio's blog?
Join fellow jewelers at riograndeblog.com

A Berkshire Hathaway Company
www.riogrande.com
7500 Bluewater Rd. N.W. Albuquerque, NM 87121
Orders & Customer Service: 800.545.6566
Email: info@riogrande.com



Market Price  Silver: $15.33  Gold:$ 1097.00  Platinum: $971.00  Palladium: $600.00    Federal Tax ID: 85-0164903

| Item | Description | Ordered | Shipped | Unit | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 710040CB | CASTING MACH, J2R SERIES IV CB MDL<br>Serial #: J2RCB340360 | 1.000 | 1.000 | BA | 7,150.00 | 7,150.00 |
| 710239220 | KIT, J2R SERIES IV START-UP, 220V | 1.000 | 1.000 | BA | 1,725.00 | 1,725.00 |

We buy gold and silver, visit www.riogrande.com/scrap.

| | |
|---|---|
| Subtotal | $8,875.00 |
| Tax | $0.00 |
| Shipping | $0.00 |
| Insurance and Handling | (Included) |

**TOTAL: $8,875.00**

Please make check payable to Rio Grande and mail to:

**Rio Grande**
7500 Bluewater Rd. N.W.
Albuquerque, NM 87121

**BILL TO:**
Techshop San Jose, LLC
300 S 2nd
SAN JOSE, CA 95113  US

This address is for payments only.
Please see reverse for merchandise returns.

**Method of Payment:**
Net due in 30 days
$8,875.00  due on 09/09/2015
Please retain a copy of this
invoice. You will not receive
one with your statement.

Thank You!

Page 1 of 1

Techshop San Jose, LLC
Customer:    5100188799
Invoice#:    91165595

Sharing your passion for making jewelry. Products. Service. Know-how.

**DEBIT MEMO**



**A Berkshire Hathaway Company**
www.riogrande.com
7500 Bluewater Rd. NW, Albuquerque, NM 87121
Orders & Customer Service: 800.545.6566
Email: info@riogrande.com

Hello, . Thank you for your order!
Do you follow The Studio, Rio's blog?
Join fellow jewelers at riograndeblog.com

**Market Price Silver: $15.31  Gold: $1156.50  Platinum: $1028.00  Palladium: $610.00   Federal Tax ID: 85-0164903**

| Item | Description | Ordered | Shipped | Unit | Unit Price | Ext. Price |
|------|-------------|---------|---------|------|-----------|-----------|
| 999SHIP | ABF Freight 91165395 | 0.000 | 1.000 | EA | 215.65 | 215.65 |

Bill To:
Techshop, INC
300 So 2nd
San Jose, CA 95113 US

| | |
|---|---|
| Subtotal | $215.65 |
| Tax | $0.00 |
| Shipping | $0.00 |
| Insurance and Handling | (Included) |
| **TOTAL:** | **$215.65** |

Turn your metal scrap into cash!
Rio accepts silver, silver-filled,
gold, gold-filled, palladium,
platinum and precious metal clay.
We never apply handling fees or
assay charges to your scrap returns,
and we pay up to 85% of the silver
value for properly sorted silver!

Method of Payment:
$215.65  due on 08/21/2015
Please retain a copy of this
invoice. You will not receive
one with your statement.

Thank You!

Page 1 of 1

Techshop San Jose, LLC
Customer:     5100188799
Debit Memo#:   50001671

Sharing your passion for making jewelry. Products. Service. Know-how.

## DEBIT MEMO



Hello, . Thank you for your order!
Do you follow The Studio, Rio's blog?
Join fellow jewelers at riograndeblog.com



Orders & Customer Service: 800.545.6566
Email: info@riogrande.com

**Market Price  Silver: $14.48   Gold:$ 1119.00  Platinum: $990.00   Palladium:$548.00     Federal Tax ID: 85-0164903**

| Item | Description | Ordered | Shipped | Unit | Unit Price | Ext. Price |
|------|-------------|---------|---------|------|-----------|-----------|
| 9998HP | ABFFreight 91165395 | 0.000 | 1.000 | EA | 3.00 | 3.00 |

|  |  |
|--|--|
| Subtotal | $3.00 |
| Tax | $0.00 |
| Shipping | $0.00 |
| Insurance and Handling | (Included) |
| **TOTAL:** | **$3.00** |

Turn your metal scrap into cash!
Rio accepts silver, silver-filled,
gold, gold-filled, palladium,
platinum and precious metal clay.
We never apply handling fees or
assay charges to your scrap returns,
and we pay up to 85% of the silver
value for properly sorted silver!

**Method of Payment:**
$3.00 due on 08/28/2015
Please retain a copy of this
invoice.You will not receive
one with your statement.

Techshop San Jose, LLC
Customer:      5100188799
Debit Memo#:   50001703

**Thank You!**

**Page 1 of 1**

Sharing your passion for making jewelry. Products. Service. Know-how.

# Invoice

Other Machine Co.
3101 20th Street
San Francisco, CA 94110
Phone: 415-5800-CNC
Fax: 415-952-9419

Date:9/10/15
Invoice #: 150910TEC

**CUSTOMER**
Techshop, Inc
300 S Second Street
San Jose, CA 95113

**SHIP TO**
Techshop San Jose, LLC
300 S Second Street
San Jose, CA 95113

Contact: Michael Catterlin

| PO Number | Payment Terms | Expected ship date | | | |
|---|---|---|---|---|---|
| | due upon receipt | 1-2 days after receipt of payment | | | |
| **ITEM #** | **DESCRIPTION** | | **QTY** | **UNIT PRICE** | **TOTAL** |
| OM1001 | Othermill | | 2 | $2,199 | $ 4,398.00 |
| KT1006 | Othermill Accessories | | 2 | $49 | $ 98.00 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |

| | |
|---|---|
| SUBTOTAL | $ 4,496.00 |
| 10% Disc | ($449.60) |
| Total | $ 4,046.40 |
| S&H | $ 75.00 |
| TAX 8.75% | $ 360.62 |

**Comments/Special Instructions**
Machine serial numbers TBD. Payment for 1/2 invoice was received
was received on 9/9/15 via check. The remaining amount of $2,241.01
is due prior to shipment.

Payments received: check 1191   **$ 2,241.01** ✓
**TOTAL MOUNT DUE**   **$ 2,241.01** ✓

Diana Mitchell      9/10/15
Authorized By      Date

# EXHIBIT "5"

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

CT Lien Solutions
Representation of filing

This filing is Completed
File Number : 15025782585
File Date : 11-Aug-2015

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Phone: (800) 331-3282 Fax: (818) 662-4141

**B. E-MAIL CONTACT AT FILER (optional)**
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)** 20736 - FIDELITY

CT Lien Solutions            49295639
P.O. Box 29071
Glendale, CA 91209-9071     TXTX

File with: Secretary of State, TX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| TECHSHOP AUSTIN, LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 120 Sundance Pkwy #350 | Round Rock | TX | 78881 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| TECHSHOP, INC. | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 300 S. 2nd St | San Jose | CA | 95113 | USA |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BANC OF CALIFORNIA, N.A. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 18500 Von Karman Ave., Ste. 1100 | Irvine | CA | 92612 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All equipment and other personal property, included but not limited to, furniture, fixtures, and equipment subject to Agreement Number # 741-BRO-6459 dated 08/07/2015 between Secured Party as Lessor/Secured Party and Debtor as Lessee/Borrower, and subject to any and all existing and future schedules entered into pursuant to and incorporating said Agreement, together with all accessories, parts, attachments and appurtenances appertaining or attached to any of the equipment and all substitutions, trade-ins, proceeds, renewals and replacements of, and improvements and accessions to the equipment.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
49295639                    020736

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

CT Lien Solutions
Representation of filing

This filing is Completed
File Number : 157479620516
File Date  : 11-Aug-2015

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Phone: (800) 331-3282 Fax: (818) 662-4141

**B. E-MAIL CONTACT AT FILER (optional)**
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**   20736 - FIDELITY

CT Lien Solutions          49295638
P.O. Box 29071
Glendale, CA 91209-9071    CALI

File with: Secretary of State, CA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| TECHSHOP AUSTIN, LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 120 Sundance Pkwy #350 | Round Rock | TX | 78681 | | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| TECHSHOP, INC. | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 300 S. 2nd St. | San Jose | CA | 95113 | | USA |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| BANC OF CALIFORNIA, N.A. | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 18500 Von Karman Ave., Ste. 1100 | Irvine | CA | 92612 | | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All equipment and other personal property, included but not limited to, furniture, fixtures, and equipment subject to Agreement Number # 741-BRO-6459 dated 08/07/2015 between Secured Party as Lessor/Secured Party and Debtor as Lessee/Borrower, and subject to any and all existing and future schedules entered into pursuant to and incorporating said Agreement, together with all accessories, parts, attachments and appurtenances appertaining or attached to any of the equipment and all substitutions, trade-ins, proceeds, renewals and replacements of, and improvements and accessions to the equipment.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
49295638          020736

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

███████████████
███████████████
███████████████
███████████████

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

CT Lien Solutions
Representation of filing

**This filing is Completed**
File Number : 157479619463
File Date : 11-Aug-2015

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| Phone: (800) 331-3282 Fax: (818) 662-4141 |

| B. E-MAIL CONTACT AT FILER (optional) |
| CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)   20736 - FIDELITY

CT Lien Solutions          49295438
P.O. Box 29071
Glendale, CA 91209-9071     CALI

File with: Secretary of State, CA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
| TECHSHOP SAN JOSE LLC | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 300 S. 2nd St. | San Jose | CA | 95113 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
| TECHSHOP, INC. | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 300 S. 2nd St. | San Jose | CA | 95113 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
| BANC OF CALIFORNIA, N.A. | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 18500 Von Karman Ave., Ste. 1100 | Irvine | CA | 92612 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All equipment and other personal property, included but not limited to, furniture, fixtures, and equipment subject to Agreement Number # 741-BRO-5202 dated 08/07/2015 between Secured Party as Lessor/Secured Party and Debtor as Lessee/Borrower, and subject to any and all existing and future schedules entered into pursuant to and incorporating said Agreement, together with all accessories, parts, attachments and appurtenances appertaining or attached to any of the equipment and all substitutions, trade-ins, proceeds, renewals and replacements of, and improvements and accessions to the equipment.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative |

| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
49295438          020736

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

CT Lien Solutions
Representation of filing

This filing is Completed
File Number : 2015-002-7529-2
File Date : 11-Aug-2015

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Phone: (800) 331-3282 Fax: (818) 662-4141

**B. E-MAIL CONTACT AT FILER (optional)**
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**   20736 - FIDELITY

CT Lien Solutions               49299830
P.O. Box 29071
Glendale, CA 91209-9071         AZAZ

File with: Secretary of State, AZ

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME  TECHSHOP PHOENIX, LLC | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS  249 E. Chicago St. | CITY  Chandler | STATE  AZ | POSTAL CODE  85225 | COUNTRY  USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME  TECHSHOP, INC. | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS  300 S. 2nd St. | CITY  San Jose | STATE  CA | POSTAL CODE  95113 | COUNTRY  USA |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME  BANC OF CALIFORNIA, N.A. | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS  18500 Von Karman Ave., Ste. 1100 | CITY  Irvine | STATE  CA | POSTAL CODE  92612 | COUNTRY  USA |

4. **COLLATERAL:** This financing statement covers the following collateral:
All equipment and other personal property, included but not limited to, furniture, fixtures, and equipment subject to Agreement Number # 741-BRO-8458 dated 08/07/2015 between Secured Party as Lessor/Secured Party and Debtor as Lessee/Borrower, and subject to any and all existing and future schedules entered into pursuant to and incorporating said Agreement, together with all accessories, parts, attachments and appurtenances appertaining or attached to any of the equipment and all substitutions, trade-ins, proceeds, renewals and replacements of, and improvements and accessions to the equipment.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. **ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. **OPTIONAL FILER REFERENCE DATA:**
49299830         020736

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-0071 Tel (800) 331-3282

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| Phone: (800) 331-3282 Fax: (818) 662-4141 |

| B. E-MAIL CONTACT AT FILER (optional) |
| CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)   20736 - FIDELITY

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

49299831

CALI

File with: Secretary of State, CA

CT Lien Solutions
Representation of filing

**This filing is Completed**
File Number : 157479669963
File Date  : 11-Aug-2015

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| TECHSHOP PHOENIX, LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 249 E. Chicago St. | Chandler | AZ | 85225 | | USA |

2. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| TECHSHOP, INC. | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 300 S. 2nd St. | San Jose | CA | 95113 | | USA |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| BANC OF CALIFORNIA, N.A. | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 18500 Von Karman Ave., Ste. 1100 | Irvine | CA | 92612 | | USA |

4. **COLLATERAL:** This financing statement covers the following collateral:
All equipment and other personal property, included but not limited to, furniture, fixtures, and equipment subject to Agreement Number # 741-BRO-6458 dated 08/07/2015 between Secured Party as Lessor/Secured Party and Debtor as Lessee/Borrower, and subject to any and all existing and future schedules entered into pursuant to and incorporating said Agreement, together with all accessories, parts, attachments and appurtenances appertaining or attached to any of the equipment and all substitutions, trade-ins, proceeds, renewals and replacements of, and improvements and accessions to the equipment.

| 5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|
| 6a. Check <u>only</u> if applicable and check <u>only</u> one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check <u>only</u> if applicable and check <u>only</u> one box: ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | |

| 8. OPTIONAL FILER REFERENCE DATA: |
| 49299831          020736 |

FILING OFFICE COPY --- UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Phone: (800) 331-3282 Fax: (818) 662-4141

**B. E-MAIL CONTACT AT FILER (optional)**
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)** 20736 - FIDELITY

CT Lien Solutions          49299721
P.O. Box 29071
Glendale, CA 91209-9071        MIMI

File with: Department of State, MI

CT Lien Solutions
Representation of filing

This filing is Completed
File Number : 2015114348-8
File Date : 11-Aug-2015

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| TECHSHOP DETROIT LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 800 Republic Dr. | | Allen Park | MI | 48101 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| TECHSHOP, INC. | | | | | |
| 2b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 300 S. 2nd St. | | San Jose | CA | 95113 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| BANC OF CALIFORNIA, N.A. | | | | | |
| 3b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 18500 Von Karman Ave., Ste. 1100 | | Irvine | CA | 92612 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All equipment and other personal property, included but not limited to, furniture, fixtures, and equipment subject to Agreement Number # 741-BRO-6457 dated 08/07/2015 between Secured Party as Lessor/Secured Party and Debtor as Lessee/Borrower, and subject to any and all existing and future schedules entered into pursuant to and incorporating said Agreement, together with all accessories, parts, attachments and appurtenances appertaining or attached to any of the equipment and all substitutions, trade-ins, proceeds, renewals and replacements of, and improvements and accessions to the equipment.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
49299721          020736

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

CT Lien Solutions
Representation of filing

**This filing is Completed**
File Number : 157479668952
File Date : 11-Aug-2015

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Phone: (800) 331-3282 Fax: (818) 662-4141

**B. E-MAIL CONTACT AT FILER (optional)**
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)** 20736 - FIDELITY

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

49299720

CALI

File with: Secretary of State, CA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| TECHSHOP DETROIT LLC | | | | | |
| **OR** 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 800 Republic Dr. | Allen Park | MI | 48101 | | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| TECHSHOP, INC. | | | | | |
| **OR** 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 300 S. 2nd St. | San Jose | CA | 95113 | | USA |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| BANC OF CALIFORNIA, N.A. | | | | | |
| **OR** 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 18500 Von Karman Ave., Ste. 1100 | Irvine | CA | 92612 | | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All equipment and other personal property, included but not limited to, furniture, fixtures, and equipment subject to Agreement Number # 741-BRO-6457 dated 08/07/2015 between Secured Party as Lessor/Secured Party and Debtor as Lessee/Borrower, and subject to any and all existing and future schedules entered into pursuant to and incorporating said Agreement, together with all accessories, parts, attachments and appurtenances appertaining or attached to any of the equipment and all substitutions, trade-ins, proceeds, renewals and replacements of, and improvements and accessions to the equipment.

---

**6.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
49299720   020736

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# EXHIBIT "6"