## ASSIGNMENT AND ASSUMPTION AGREEMENT AND BILL OF SALE

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT AND BILL OF SALE,** dated as of October 27, 2016 (this "Agreement"), is executed and delivered by and between BANC OF CALIFORNIA, NATIONAL ASSOCIATION, a national banking association ("Seller"), and HANMI BANK, a California state-chartered bank ("Buyer"), in connection with the closing of the transactions contemplated in the Asset Purchase Agreement, dated as of the date hereof (as amended, the "Asset Purchase Agreement"), by and between Seller and Buyer. Capitalized terms not otherwise defined herein shall have the meanings set forth in the Asset Purchase Agreement.

### W I T N E S S E T H :

**WHEREAS,** subject to the terms and conditions set forth in the Asset Purchase Agreement, Seller has agreed to sell, transfer, assign, convey and deliver to Buyer, free and clear of all Encumbrances (other than Permitted Encumbrances), and Buyer has agreed to purchase and accept from Seller all of Seller's right, title and interest in and to the Purchased Assets; and

**WHEREAS,** subject to the terms and conditions set forth in the Asset Purchase Agreement, Buyer has agreed to assume and pay, perform and otherwise discharge the Assumed Liabilities.

**NOW, THEREFORE,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1.      Subject to the terms and conditions of the Asset Purchase Agreement, Seller hereby sells, transfers, assigns, conveys and delivers to Buyer, free and clear of all Encumbrances (other than Permitted Encumbrances), and Buyer hereby purchases and accepts from Seller, all of Seller's right, title and interest in and to the Purchased Assets.

2.      Subject to the terms and conditions of the Asset Purchase Agreement, Buyer hereby assumes and agrees to pay, perform and otherwise discharge all of the Assumed Liabilities.

3.      Each person executing this Agreement represents and warrants that he or she is duly authorized and empowered to execute this Agreement, and does so as the act of and on behalf of the party indicated below.

4.      Seller and Buyer hereto covenant and agree to do, execute, acknowledge and deliver, at the request of any other party hereto and without further consideration, all such further acts, assurances, deeds, assignments, transfers, conveyances and other instruments and papers as may be reasonably required or appropriate to carry out the sales, assignments, transfers, conveyances and assumptions contemplated by this Agreement.

5.      Nothing contained in this Agreement shall be deemed to supersede any of the covenants, agreements, representations or warranties of Seller or Buyer contained in the Asset Purchase Agreement or to otherwise alter, amend, supersede or add to the terms of the Asset

W/2801561

Purchase Agreement. To the extent any inconsistency exists between this Agreement and the Asset Purchase Agreement, the terms of the Asset Purchase Agreement shall control and prevail.

6. Section 8.2, Section 8.3, Section 8.4, Section 8.6, Section 8.7, Section 8.8, Section 8.9, Section 8.10 and Section 8.11 of the Asset Purchase Agreement are incorporated herein by reference as if set forth in full herein and shall apply to the terms and provisions of this Agreement *mutatis mutandis*.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the parties herein have duly executed and delivered this Agreement as of the day and year first above written.

BANC OF CALIFORNIA, NATIONAL ASSOCIATION

By: _____
Name: Steven A. Sugarman
Title: Chairman, President and Chief Executive
Officer

HANMI BANK

By: _____
Name:
Title:

*[Signature Page to Assignment and Assumption Agreement and Bill of Sale]*

**Exhibit C**
**Form of Limited Power of Attorney**

LIMITED POWER OF ATTORNEY

This Limited Power of Attorney is dated October 27, 2016, by BANC OF CALIFORNIA, NATIONAL ASSOCIATION, a national banking association ("Seller"), in favor of HANMI BANK, a California state-chartered bank ("Buyer"), to be effective as of the date hereof. Capitalized terms used herein, but not otherwise defined, shall have the meaning given to such terms in the Agreement (defined below).

WITNESSETH:

WHEREAS, Seller and Buyer entered into an Asset Purchase Agreement (the "Agreement") dated October 27, 2016, which provides for the execution of this Limited Power of Attorney by Seller in favor of Buyer;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller hereby appoints and authorizes _____, _____, and _____ (the "Representatives"), or any of them, as the true and lawful attorney-in-fact of Seller, in all cases in the name, place and stead of Seller, but for the benefit and on behalf of Buyer with respect to each Purchased Asset sold to Buyer pursuant to the Agreement for the following, and only the following, purposes.

1. To procure, prepare, complete, execute, acknowledge, seal and deliver endorsements, assignments, allonges, mortgages, deeds of trust and other recorded documents, satisfactions, releases, reconveyances, tax authority notifications, declarations, deeds, titles, bills of sale, and other instruments of sale, conveyance, and transfer, appropriately completed, with all ordinary or necessary endorsements, acknowledgments, affidavits, and supporting documents as may be necessary or appropriate to effect its execution, delivery, conveyance, recordation of filing, in each case relative (a) to the proper servicing of the related Purchased Asset sold pursuant to the Agreement or otherwise necessary to cure any defect in the chain of title, (b) to ensure that record title to each such Purchased Asset vests in the proper party, (c) to any other transfer of record title which is required with respect to such Purchased Assets or the underlying security interest related to each such Purchased Asset, (d) ensuring that each promissory note related to each such Purchased Asset has been properly endorsed to the proper person or entity and (e) curing any other defects associated with any other document or instrument with respect to a Purchased Asset sold by the Seller to Buyer pursuant to the Agreement.

2. To procure, prepare, complete, execute and deliver affidavits, substitutions of trustee, substitutions of counsel, foreclosure deeds, transfer tax documentation, verifications, notices, bankruptcy declarations for the purpose of filing motions to lift stays and other documents or notice filings on behalf of Seller in connection with foreclosure, bankruptcy and eviction actions.

3. To endorse Seller's name on, collect and/or assign checks, negotiable instruments or other forms of payment received by Buyer in respect of any Purchased Asset.

4. To procure, prepare, complete, execute, acknowledge, seal and deliver any financing statement, mortgage assignment or any other document or instrument necessary to transfer and/or perfect any security interest in any collateral or other property securing any Purchased Asset.

Any endorsement of an instrument made by any Representative shall state as follows:

Pay to the Order of
Hanmi Bank
Without Recourse, except as provided in that certain
Asset Purchase Agreement, dated October 27, 2016
Between Banc of California, N.A., and Hanmi Bank

By: _____
Attorney(s)-in-Fact for Banc of California, N.A.

The above signature(s) by said Attorney(s)-in-Fact and the words of conveyance, if any, contained in this instrument, shall be construed as the signature(s) and words, respectively, and the acts and deeds of Banc of California, N.A.

Each such endorsement may be made by rubber stamp, typewriter or other mechanical means or the printing or handwriting of the Representative making such endorsement.

No Representative shall be authorized to make representations or warranty of any kind on behalf of Seller in connection with the exercise of the limited power of attorney granted herein, and any purported representation or warranty shall be null and void.

The use by any Representative of the limited power of attorney granted hereby, and all documents, instruments or other writings executed, and all actions taken, by any Representative using such power of attorney, shall comply with all applicable laws and regulations.

This Limited Power of Attorney is solely for the purpose of carrying into effect the transfers contemplated by the Agreement, shall be considered a power coupled with an interest, and shall be deemed an irrevocable and durable power of attorney.

Any and all third parties dealing with Buyer as the Seller's attorney-in-fact may rely completely, unconditionally and conclusively on the authority of Buyer, and need not make any inquiry about whether Buyer is acting pursuant to the Agreement. Any third party may rely upon a written statement by Buyer that any particular Purchased Asset in question is subject to and included under this Limited Power of Attorney or the Agreement.

Buyer shall indemnify, defend and hold harmless Seller and its successors and assigns from and against any and all losses, costs, expenses (including, without limitation, actual attorneys' fees), damages, liabilities, demands or claims of any kind whatsoever, ("Claims") arising out of, related to, or in connection with (i) any act taken by Buyer (or its substitute or substitutes) pursuant to this Limited Power of Attorney, which act results in a Claim solely by virtue of the unlawful use of this Limited Power of Attorney (and not as a result of a Claim related to the underlying instrument with respect to which this Limited Power of Attorney has been used), or (ii) any use or misuse of this Limited Power of Attorney by Buyer in any manner not expressly authorized hereby.

Seller has caused this Limited Power of Attorney to be duly executed as of the day and year first above written.

Banc of California, National Association,
a national banking association

By: _____
Name: _____
Title: _____

STATE OF CALIFORNIA           )
                              )
COUNTY OF ORANGE              )

On _____, before me, _____, a Notary Public, personally appeared _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**   CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of LOS ANGELES )

On OCTOBER 27, 2016 before me, CARLOS VELASQUEZ, NOTARY PUBLIC

*Date*                *Here Insert Name and Title of the Officer*

personally appeared STEVEN A. SUGARMAN

*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

*Signature of Notary Public*

> CARLOS EDUARDO VELASQUEZ
> Commission # 2100388
> Notary Public - California
> Orange County
> My Comm. Expires Feb 16, 2019

*Place Notary Seal Above*

———————— **OPTIONAL** ————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: LIMITED POWER OF ATTORNEY   Document Date: _____

Number of Pages: 1   Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

# EXHIBIT "7"

Debtor name **TechShop, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **18-50398**

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| All cash or cash equivalents owned or controlled by the debtor | | | | |
| 2. | **Cash on hand** | | | **$0.00** |

3. Checking, savings, money market, or financial brokerage accounts (*Identify all*)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| | **Chase Bank**<br><br>Location:<br>JPMorgan Chase Bank | | | |
| 3.1. | **845 Laurel St, San Carlos, CA 94070** | Checking | 4104 | $0.00 |
| | **Chase Bank**<br>Location:<br>JPMorgan Chase Bank | | | |
| 3.2. | **845 Laurel St, San Carlos, CA 94070** | Checking | 6080 | $3,778.36 |

4. Other cash equivalents (*Identify all*)
   **Retainer Balance - corporate merger and acquisition counsel**

| | | |
|---|---|---|
| 4.1. | **Location: Tonkon Torp LLP** | **$5,000.00** |

5. **Total of Part 1.**                                                                                    $8,778.36
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.

Case: 18-50398    Doc# 74    Filed: 05/02/18    Entered: 05/02/18 14:02:22    Page 1 of 9

Case: 18-50398    Doc# 105-2    Filed: 05/23/18    Entered: 05/23/18 10:00:37    Page 10 of 33

☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit
    **Security deposit**

    7.1.  **Location:  balance sheet**                                      $1,684.46

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                    | $1,684.46 |
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

     11a. 90 days old or less:        0.00        -            0.00   = ....              $0.00
                              _____              _____
                              face amount              doubtful or uncollectible accounts


     11b. Over 90 days old:         105,747.00     -            0.00   = ....        $105,747.00
                              _____              _____
                              face amount              doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                   | $105,747.00 |
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**
     Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
     Name of entity:                                    % of ownership
     **TechShop Menlo Park, LLC**
     **book value:  liabilities exceed assets. Thus**
     **valued at $1.**
     15.1.  **Location: lost leasehold interest**     100%   %   N/A                    $1.00


     **TechShop San Jose, LLC**
     **book value:  liabilities exceed assets. Thus**
     **valued at $1.**
     15.2.  **Location: lost leasehold interest**      100    %   N/A                    $1.00

Case: 18-50398   Doc# 74   Filed: 05/02/18   Entered: 05/02/18 14:02:22   Page 2 of 9

Case: 18-50398   Doc# 105-2   Filed: 05/23/18   Entered: 05/23/18 10:00:37   Page 11 of 33

|      | TechShop SOMA, LLC book value:  liabilities exceed assets. Thus valued at $1. Location: lost leasehold interest | 100 | % | N/A | $1.00 |
|------|---|---|---|---|---|
| 15.3. | | | | | |

|      | TechShop Phoenix, LLC book value:  liabilities exceed assets. Thus valued at $1. Location: lost leasehold interest | 100 | % | N/A | $1.00 |
|------|---|---|---|---|---|
| 15.4. | | | | | |

|      | TechShop Arlington, LLC book value:  liabilities exceed assets. Thus valued at $1. Location: lost leasehold interest | 100 | % | N/A | $1.00 |
|------|---|---|---|---|---|
| 15.5. | | | | | |

|      | TechShop Austin, LLC book value:  liabilities exceed assets. Thus valued at $1. Location: lost leasehold interest | 100 | % | N/A | $1.00 |
|------|---|---|---|---|---|
| 15.6. | | | | | |

|      | TechShop DetroitLLC book value:  liabilities exceed assets. Thus valued at $1. Location: lost leasehold interest | 100 | % | N/A | $1.00 |
|------|---|---|---|---|---|
| 15.7. | | | | | |

|      | TechShop Pittsburgh,LLC book value:  liabilities exceed assets. Thus valued at $1. Location: lost leasehold interest | 100 | % | N/A | $1.00 |
|------|---|---|---|---|---|
| 15.8. | | | | | |

|      | TechShop Brooklyn, LLC book value:  liabilities exceed assets. Thus valued at $1. Location: lost leasehold interest | 100 | % | N/A | $1.00 |
|------|---|---|---|---|---|
| 15.9. | | | | | |

|       | TechShop Los AngelesLLC book value:  liabilities exceed assets. Thus valued at $1. Location: lost leasehold interest | 100 | % | N/A | $1.00 |
|-------|---|---|---|---|---|
| 15.10 | | | | | |

|       | TechShop St. Louis, LLC book value:  liabilities exceed assets. Thus valued at $1. Location: lost leasehold interest | 100 | % | N/A | $1.00 |
|-------|---|---|---|---|---|
| 15.11 | | | | | |

16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
       Describe:

17.    **Total of Part 4.**                                                                              $11.00
       Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    Inventory, excluding agriculture assets
18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Miscelleanous furniture** | | | |
| | **Location: various Techshop LLC subsidiaries** | $4,243.52 | Balance Sheet | $4,243.53 |
| | **miscellaneous furniture (work tables, shelving equipment, projectors, ADA rail parts for Maker Faire** | | | |
| | **Location: Fujitsu Trailer** | $16,833.14 | Recent cost | $16,833.14 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Computers** | | | |
| | **Location: various Techshop LLC subsidiaries** | $26,329.48 | Balance Sheet | $26,329.48 |
| | **Software** | | | |
| | **Location: various Techshop LLC subsidiaries** | $799,624.65 | Recent cost | $799,624.65 |
| | **MacBook Apple, 4 computers, 1 Mac Book, Meraki networkign equipment, Makerbot 3D Printer TechShop, Laptops for Mobile Trailer, Laptops, Laptop & Assesories, 3D Printer TechShop Inside Computer, Laptop & Assesories, EAR - 7160 (RFID Reader units, 13-inch Macbook Air, Laptop, 13" MacBook Air new laptop for project manager position, Teresa Blevins Mac, Laptop, Iphone Macbook, 3 Laptops** | | | |
| | **Location: various. See Fixed Asset Schedule.xlsx** | $177,822.56 | Recent cost | $177,822.56 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42. Copy the total to line 86.

     | $1,024,853.36 |
     | --- |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☑ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No. Go to Part 9.
     ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **1 trailer - Fujitsu trailer (depreciated value of $10,000)** | $10,000.00 | Comparable sale | $11,000.00 |
| 47.2.  **2002 Ford Econoline 250**<br><br>Location: unknown | $2,000.00 | Recent cost | $2,609.22 |
| 47.3.  **1 Dodge pick-up truck**<br><br>Location: Techshop Menlo Park | $1,000.00 | Recent cost | $1,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Miscellaneous Machinery:**<br><br>Location: various Techshop LLC subsidiaries | $49,543.84 | Balance Sheet | $49,543.84 |
| **Total Machinery**<br><br>Location: various. See Fixed Asset Schedule.xlxs | $132,134.87 | Recent cost | $132,134.87 |

Case: 18-50398   Doc# 74   Filed: 05/02/18   Entered: 05/02/18 14:02:22   Page 5 of 9

Case: 18-50398    Doc# 105-2    Filed: 05/23/18    Entered: 05/23/18 10:00:37    Page 14 of 33

| 51. | **Total of Part 8.** | | | $196,287.93 |
|---|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☑ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

- ☑ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets **TECHSHOP trademarks** | | | |
| | Location:  United States Patent and Trademarket Office | $5,000,000.00 | Comparable sale | $5,000,000.00 |
| 61. | Internet domain names and websites **www.techshop.com, www.techshop.ws (fair market value already included in trademark valuations listed hereinbove. Thus, token value of $1 is here)** | | | |
| | Location:  www.techshop.com, www.techshop.ws internet registrar | $1.00 | N/A | $1.00 |
| 62. | Licenses, franchises, and royalties **Adeo - Prepaid licensing terms** | | | |
| | Location: balance sheet | $341,215.00 | Tax records | $341,215.00 |
| 63. | Customer lists, mailing lists, or other compilations **CRM system contains contains customer list. Value is uncertain/$0.** Location:  CRM System | $0.00 | N/A | $0.00 |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |

Case: 18-50398   Doc# 74   Filed: 05/02/18   Entered: 05/02/18 14:02:22   Page 6 of 9

Case: 18-50398    Doc# 105-2    Filed: 05/23/18    Entered: 05/23/18 10:00:37    Page 15 of 33

**Intangible assets (including website)**

| | | | | |
|---|---|---|---|---|
| **Location:  Balance Sheet** | | $61,997.50 | Recent cost | $160,000.00 |

---

| | | | |
|---|---|---|---|
| 66. | **Total of Part 10.** | | $5,501,216.00 |
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**All insurance policies held the Debtor, including but not**<br>**limited to D&O, E&O, and related riders.** | |
| | **Location:**<br>**Admiral Insurance Company (A Berkley Company)**<br>**Attention: Angela Rando**<br>**Mt. Laurel Corporate Park**<br>**1000 Howard Blvd., Suite 300 P.O. Box 5430**<br>**Mt. Laurel, NJ 08054** | $1.00 |

---

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Techshop, Inc. v. Dan Rasure, Techshop 2.0, LLC,
Techshop 2.0 San Francisco, LLC**

**Location:   U.S. District Court, Northern District of CA
(Oakland Division)
Case No:  4:18-cv-01044-DMR**
Value of lawsuit at this point is illiquid and contains, in
the very least the value of $5,000,000, as listed in the
Debtor's valuation of the Trademarks, and all demands
contained in the case including but not limited to
damages, punitive damages, pre and post-judgment
interest, and attorney's fees and costs.  See # 60.
Value here listed at $1 to not double-count value.

| Nature of claim | **Trademark Infringement Action** |
| Amount requested | *See Complaint* |

**Unknown**

75.    Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims

76.    Trusts, equitable or future interests in property

77.    Other property of any kind not already listed *Examples:* Season tickets,
       country club membership
       **Equitable claim against Techshop Global, Ltd.
       Early agreement gave TechShop, Inc. an interest in
       TechShop Global, held by Mr. Paul Dugan, on behalf of
       TechShop Inc., after the formation of TechShop Global,
       as an entity, in Ireland.  Value and merits of claim are
       uncertain.**

       **Techshop Global, Ltd. is/was a value added re-seller
       that represented all TechShop assets and services
       internationally - outside North Ameria).**

       **Location:
       Techshop Global Ltd.
       Attn: Paul Dugan, CEO/ Current Officer
       Office FD-222
       Incubator Building
       Masdar City
       Abu Dhabi
       United Arab Emirates**

**$1.00**

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

**$2.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ✓ No
       ☐ Yes

Case: 18-50398    Doc# 74    Filed: 05/02/18    Entered: 05/02/18 14:02:22    Page 8 of 9

Case: 18-50398    Doc# 105-2    Filed: 05/23/18    Entered: 05/23/18 10:00:37    Page 17
of 33

| Debtor | TechShop, Inc. | Case number (If known) | 18-50398 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $8,778.36 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $1,684.46 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $105,747.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $11.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $1,024,853.36 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $196,287.93 | |
| 88. **Real property.** Copy line 56, Part 9.............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $5,501,216.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $2.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,838,580.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,838,580.11 |

Case: 18-50398    Doc# 74    Filed: 05/02/18    Entered: 05/02/18 14:02:22    Page 9 of 9

Case: 18-50398    Doc# 105-2    Filed: 05/23/18    Entered: 05/23/18 10:00:37    Page 18 of 33

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| RBC, LLC<br>6800 Redeker Place<br>Newark, CA 94560 | RBC, LLC and Debtor. | Misc tools and equipment | ☐ No<br>☑ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Customers may have items &tools on-site | Techshop San Jose, LLC<br>38 S. 2nd Stret<br>San Jose, CA 95113 | | Unknown |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☑ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 7

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

Case: 18-50398    Doc# 1    Filed: 02/26/18    Entered: 02/26/18 17:48:40    Page 28 of
Case: 18-50398    Doc# 105-2    Filed: 05/23/18    Entered: 05/23/18 10:00:37    Page 19
of 33

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

| | | |
|---|---|---|
| 25.1. **TechShop Arlington, LLC**<br>**2100-B Crystal Dr.**<br>**Arlington, VA 22202** | **TechShop Arlington, LLC --**<br>**Arlington, VA Location** | Dates business existed<br>EIN: **32-0380798**<br><br>From-To **6/18/2012- 11/15/2017** |
| 25.2. **TechShop Austin, LLC**<br>**120 Sundance Pkwy, Ste 350**<br>**Round Rock, TX 78681** | **TechShop Austin, LLC, - Austin,**<br>**TX Location** | EIN: **37-1664467**<br><br>From-To **1/31/2012 - 11/15/2017** |
| 25.3. **TechShop Detroit LLC**<br>**800 Republic Dr.,**<br>**Allen Park, MI 48101** | **TechShop Detroit LLC - Detroit, MI**<br>**location** | EIN: **27-3338257**<br><br>From-To **8/26/2010 - 11/15/2017** |
| 25.4. **TechShop Menlo Park LLC**<br>**345 Shoreway Rd.**<br>**San Carlos, CA 94070** | **TechShop Menlo Park LLC -**<br>**Mid-Peninsula Location** | EIN: **27-4069805**<br><br>From-To **11/30/2010-11/15/2017** |
| 25.5. **TechShop Phoenix, LLC,**<br>**249 E Chicago St.**<br>**Chandler, AZ 85225** | **Techshop Phoenix, LLC -**<br>**Phoenix,, AZ location** | EIN: **36-4738940**<br><br>From-To **8/1/2012 - 11/15/2017** |
| 25.6. **TechShop Pittsburgh, LLC**<br>**192 Bakery Square Blvd**<br>**Pittsburgh, PA 15206** | **TechShop Pittsburgh, LLC -**<br>**Pittsburgh, PA location** | EIN: **37-1691504**<br><br>From-To **4/30/2012 - 11/17/2017** |
| 25.7. **Techshop San Jose, LLC**<br>**300 S 2nd St.**<br>**San Jose, CA 95113** | **Techshop San Jose, LLC -  San**<br>**Jose location** | EIN: **27-2815795**<br><br>From-To **6/16/2010 - 11/15/2017** |
| 25.8. **Techshop SOMA, LLC**<br>**303 Mission St.**<br>**San Francisco, CA 94105** | **Techshop SOMA, LLC - San**<br>**Francisco location** | EIN: **27-1643675**<br><br>From-To **1/14/2010 - 11/15/2017** |
| 25.9. **TechShop Los Angeles, LLC**<br>**3940 Laurel Canyon Blvd**<br>**#228**<br>**Studio City, CA 91604** | **TechShop Los Angeles, LLC - Los**<br>**Angeles location** | EIN: **32-0421544**<br><br>From-To **never opened.** |
| 25.10 **TechShop Brooklyn LLC**<br>**140 58th St.**<br>**Brooklyn, NY 11220** | **TechShop Brooklyn LLC -**<br>**Brooklyn, NY location** | EIN: **36-4846028**<br><br>From-To **Q3/Q4 2017 (start and end)** |
| 25.11 **Techshop St. Louis**<br>**4260 Forest Park Ave.**<br>**Saint Louis, MO 63108** | **TechShop St. Louis location** | EIN: **35-2549577**<br><br>From-To **- 11/15/2017** |

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

      ☐ None

    **Name and address**                                                **Date of service**<br>                                                                  **From-To**

Case: 18-50398   Doc# 1   Filed: 02/26/18   Entered: 02/26/18 17:48:40   Page 29 of

Case: 18-50398   Doc# 105-2   Filed: 05/23/18   Entered: 05/23/18 10:00:37   Page 20 of 33

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
  Description, including name of holder of deposit
    **Security deposit**

   7.1.  **Location:  balance sheet** _____     **$1,684.46**

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
  Description, including name of holder of prepayment

9.   **Total of Part 2.**                 **$1,684.46**
  Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

   11a. 90 days old or less:   **0.00**  &ndash;    **0.00**  = ....    **$0.00**
          face amount        doubtful or uncollectible accounts

   11b. Over 90 days old:   **105,747.00**  &ndash;    **0.00**  = ....   **$105,747.00**
          face amount        doubtful or uncollectible accounts

12.   **Total of Part 3.**                **$105,747.00**
  Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

                   **Valuation method used**    **Current value of**
                   **for current value**      **debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**
  Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
  Name of entity:            % of ownership
    **TechShop Menlo Park, LLC**
    **book value:  liabilities exceed assets. Thus valued at $1.**
   15.1.  **Location: lost leasehold interest**    **100%**  %  **N/A**       **$1.00**

    **TechShop San Jose, LLC**
    **book value:  liabilities exceed assets. Thus valued at $1.**
   15.2.  **Location: lost leasehold interest**    **100**  %  **N/A**       **$1.00**

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case: 18-50398   Doc# 1   Filed: 02/26/18   Entered: 02/26/18 17:48:40   Page 8 of

Case: 18-50398   Doc# 105-2   Filed: 05/23/18   Entered: 05/23/18 10:00:37   Page 21 of 33

|   | | | | |
|---|---|---|---|---|
| | **TechShop SOMA, LLC**<br>book value:  liabilities exceed assets. Thus<br>valued at $1. | | | |
| 15.3. | Location: lost leasehold interest | 100 % | N/A | $1.00 |
| | **TechShop Phoenix, LLC**<br>book value:  liabilities exceed assets. Thus<br>valued at $1. | | | |
| 15.4. | Location: lost leasehold interest | 100 % | N/A | $1.00 |
| | **TechShop Arlington, LLC**<br>book value:  liabilities exceed assets. Thus<br>valued at $1. | | | |
| 15.5. | Location: lost leasehold interest | 100 % | N/A | $1.00 |
| | **TechShop Austin, LLC**<br>book value:  liabilities exceed assets. Thus<br>valued at $1. | | | |
| 15.6. | Location: lost leasehold interest | 100 % | N/A | $1.00 |
| | **TechShop DetroitLLC**<br>book value:  liabilities exceed assets. Thus<br>valued at $1. | | | |
| 15.7. | Location: lost leasehold interest | 100 % | N/A | $1.00 |
| | **TechShop Pittsburgh,LLC**<br>book value:  liabilities exceed assets. Thus<br>valued at $1. | | | |
| 15.8. | Location: lost leasehold interest | 100 % | N/A | $1.00 |
| | **TechShop Brooklyn, LLC**<br>book value:  liabilities exceed assets. Thus<br>valued at $1. | | | |
| 15.9. | Location: lost leasehold interest | 100 % | N/A | $1.00 |
| | **TechShop Los AngelesLLC**<br>book value:  liabilities exceed assets. Thus<br>valued at $1. | | | |
| 15.10 | Location: lost leasehold interest | 100 % | N/A | $1.00 |
| | **TechShop St. Louis, LLC**<br>book value:  liabilities exceed assets. Thus<br>valued at $1. | | | |
| 15.11 | Location: lost leasehold interest | 100 % | N/A | $1.00 |

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.**    **Total of Part 4.**                                       $11.00

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | **1 work van ($1,000)**<br>**1 trailer - Fujitsu trailer (depreciated**<br>**value of $10,000)** | **$11,000.00** | Comparable sale | **$11,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Miscelleanous Machinery:**

| | | | |
|---|---|---|---|
| **Location:  various Techshop LLC subsidiaries** | **$49,543.84** | Tax records | **$49,543.84** |

51. **Total of Part 8.**                                                                         | **$60,543.84** |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**TECHSHOP trademarks** | | |
| **Location:  United States Patent and**<br>**Trademarket Office** | **$5,000,000.00** | Comparable sale | **$5,000,000.00** |

61. **Internet domain names and websites**

| Fill in this information to identify the case: |

| Debtor name | **TechShop, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

---

**2.1  Autodesk, Inc**
Creditor's Name

**Attn: Andrew Anagnost, CEO /**
**Other Current Officer**
**111 Mcinnis Pkwy**
**San Rafael, CA 94903**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket UCC lien on all assets; subject to verification re perfection of security status.**

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Column A: **$18,628,425.00**   Column B: **$6,208,101.00**

---

**2.2  Lowe's Companies, Inc**
Creditor's Name

**Attn:  Robert Alan Niblock, CEO /**
**Other Current Officer**
**1000 Lowe's Blvd NB4TA**
**Mooresville, NC 28117-8520**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Blanket UCC lien on all assets; subject to verification re perfection of security status.**

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Column A: **$2,694,040.00**   Column B: **$6,208,101.00**

---

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case: 18-50398   Doc# 1   Filed: 02/26/18   Entered: 02/26/18 17:48:40   Page 15 of
Case: 18-50398   Doc# 105-2   Filed: 05/23/18   Entered: 05/23/18 10:00:37   Page 24 of 33

| Debtor | **TechShop, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 | **San Mateo County Tax Collector** | | | Unknown | $6,208,101.00 |
|---|---|---|---|---|---|

Creditor's Name

**555 County Center
Redwood City, CA 94063**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$21,322,465.00** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Case: 18-50398    Doc# 1    Filed: 02/26/18    Entered: 02/26/18 17:48:40    Page 16 of 56

Case: 18-50398    Doc# 105-2    Filed: 05/23/18    Entered: 05/23/18 10:00:37    Page 25 of 33

**Fill in this information to identify the case:**

Debtor name      **TechShop, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment:  contracts 741-BRO-6459 -ST; 741-BRO-5202; 741-BRO-6457; 741-BRO-5202; including 3D printers, milling machines and much more across multiple locations.** | |
|------|------|------|------|
| | State the term remaining | | **Banc of California N.A.** |
| | List the contract number of any government contract | | **Attn: Current Corporate Officer 18500 Von Karman Ave. Suite 1100 Irvine, CA 92612** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment:  contracts 25398522-ST, FTC96296,  including computers,network equipment and much more across multiple locations.** | |
|------|------|------|------|
| | State the term remaining | | **De Lage Landen Financial Services** |
| | List the contract number of any government contract | | **Attn: Current Corporate Officer 1111 Old Eagle School Road Wayne, PA 19087** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Notice only, originating agent/broker of many of the attached leases.** | |
|------|------|------|------|
| | State the term remaining | | **Fidelity Capital** |
| | List the contract number of any government contract | | **Attn: Current Corporate Officer 19600 Fairchild Road, Suite 120 Irvine, CA 92612** |

Case: 18-50398    Doc# 1    Filed: 02/26/18    Entered: 02/26/18 17:48:40    Page 17 of
Case: 18-50398    Doc# 105-2    Filed: 05/23/18    Entered: 05/23/18 10:00:37    Page 26
of 33

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Banc of California, N.A.** | | |
|---|---|---|---|

Creditor's Name

**Attn: Current Officer**
**18500 Von Karman Ave.,**
**Suite 1100**
**Irvine, CA 92612**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**UCC lien - lien dates:**
**4/20/2015; 5/1/2015**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Equipment/Machinery**

Describe the lien
**UCC Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Unknown      $0.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Banc of California, N.A.  c/o CT Lien So** | | |
|---|---|---|---|

Creditor's Name

**Attn: Current Officer**
**2727 Allen Parkway**
**Houston, TX 77019**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**UCC lien - lien date:**
**8/11/2015**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Equipment/Machinery**

Describe the lien
**UCC Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Unknown      $0.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **CHTD Company** | | |
|---|---|---|---|

Creditor's Name

**Attn: Current Officer**
**175 N. Patrick Boulevard,**
**Suite 140**
**Springfield, IL 00062-7078**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment/Machinery**

Describe the lien

Unknown      $0.00

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 741-BRO-6459 -ST; 741-BRO-5202; 741-BRO-6457; 741-BRO-5202; including 3D printers, milling machines and much more across multiple locations.** | |
| | State the term remaining | | **Banc of California, N.A.**<br>**Attn: Current Officer**<br>**18500 Von Karman Ave., Suite 1100**<br>**Irvine, CA 92612** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 25398522-ST, FTC96296, including computers,network equipment and much more across multiple locations.** | |
| | State the term remaining | | **De Lage Landen Financial Services, Inc.**<br>**Attn: Current Officer**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 741-BRO-6459 -ST; 741-BRO-5202; 741-BRO-6457; 741-BRO-5202; including 3D printers, milling machines and much more across multiple locations.** | |
| | State the term remaining | | **Fidelity Capital c/o Banc of California,**<br>**Attn: Current Officer**<br>**18500 Von Karman Ave., Suite 1100**<br>**Irvine, CA 92612** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Notice only, originating agent/broker of many of the leases.** | |
|---|---|---|---|
| | State the term remaining | | **Fidelity Capital Partners**<br>**Attn: Current Officer**<br>**19600 Fairchild Road, Suite 120**<br>**Irvine, CA 92612** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contract 24825-ST including Universal lasers and more across multiple locations.** | |
|---|---|---|---|
| | State the term remaining | | **First Lease, Inc for Fidelity Capital Pa**<br>**Attn: Current Officer**<br>**1300 Virginia Drive, Suite 450**<br>**Fort Washington, PA 19034** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Fujitsu partnership agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Fujitu Limited**<br>**Attn: Hioyuki Sakai, VP**<br>**Fujitsu Limited, 1-1, Kamikodanaka 4-cho**<br>**Nkahara-ku, Kawasaki 211-8588**<br>**JAPAN** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 8749756001 for Flow Systems Waterjet** | |
|---|---|---|---|
| | State the term remaining | | **General Electric Capital Corporation**<br>**Attn: Current Officer**<br>**3333 Hesper Road**<br>**Billings, MT 59107** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 1352360-001 for Universal lasers, powder coating booths and more across multiple locations.** | |
|---|---|---|---|
| | State the term remaining | | **LCA Bank Corporation**<br>**Attn: Current Officer**<br>**3150 Livernois, Suite 300**<br>**Troy, MI 48083** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 1352360-001 for Universal lasers, powder coating booths and more across multiple locations.** |
| | State the term remaining | |
| | List the contract number of any government contract | **LCA Bank Corporation**<br>**Attn: Current Officer**<br>**1375 Deer Valley Drive, Suite 216**<br>**Salt Lake City, UT 84060** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment: contracts 0006-329858 for bandsaw, vertical machining center, 3D printer and more across multiple locations.** |
| | State the term remaining | |
| | List the contract number of any government contract | **LEAF Capital Funding, LLC and/or its Ass**<br>**Attn: Current Officer**<br>**2005 Market Street, 14th Floor**<br>**San Jose, CA 95113** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Facility agreement with New York City Economic Development Corp.** |
| | State the term remaining | |
| | List the contract number of any government contract | **New York City Economic Development Corp**<br>**Attn: Current Officer**<br>**110 William Street**<br>**New York, NY 10038** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **TechShop, Inc. - TechSchop Global Nominee Agreeement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Paul Duggan**<br>**340 Route des Belhiardes**<br>**St. Jorioz, 74410**<br>**FRANCE** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment** |
| | State the term remaining | |
| | List the contract number of any government contract | **Pawnee Leasing Corporation**<br>**Attn: Current Officer**<br>**3801 Automation Way**<br>**Fort Collins, CO 80525** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **TechShop Global licensing agreement.** |
| | State the term remaining | **Shams Hameed** |
| | | **Program Manager, Adek Dept.** |
| | List the contract number of any government contract | **P.O. Box No. 36005** |
| | | **Abu Dhabi** |
| | | **UNITED ARAB EMIRATES** |

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Exeuctory agreement** |
| | State the term remaining | **Silicon Valley Engineering Council** |
| | | **Attn: Elisa Englehardt, President** |
| | List the contract number of any government contract | **PO Box 611865** |
| | | **San Jose, CA 95161** |

| | | |
|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment** |
| | State the term remaining | **Strataysis, Inc.** |
| | | **Attn: Current Officer** |
| | List the contract number of any government contract | **7665 Commerce Way,** |
| | | **Eden Prairie, MN 55344-2020** |

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease finance equipment** |
| | State the term remaining | **Summit Funding Group, Inc.** |
| | | **Attn: Current Officer** |
| | List the contract number of any government contract | **4680 Parkway Drive, Suite 300** |
| | | **Mason, OH 45040** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Banc of California, N.A.
Attn: Current Officer
18500 Von Karman Ave., Suite 1100
Irvine, CA 92612

De Lage Landen Financial Services, Inc.
Attn: Current Officer
1111 Old Eagle School Road
Wayne, PA 19087

Fidelity Capital c/o Banc of California,
Attn: Current Officer
18500 Von Karman Ave., Suite 1100
Irvine, CA 92612

Fidelity Capital Partners
Attn: Current Officer
19600 Fairchild Road, Suite 120
Irvine, CA 92612

First Lease, Inc for Fidelity Capital Pa
Attn: Current Officer
1300 Virginia Drive, Suite 450
Fort Washington, PA 19034

Fujitu Limited
Attn: Hioyuki Sakai, VP
Fujitsu Limited, 1-1, Kamikodanaka 4-cho
Nkahara-ku, Kawasaki 211-8588
JAPAN

General Electric Capital Corporation
Attn: Current Officer
3333 Hesper Road
Billings, MT 59107

LCA Bank Corporation
Attn: Current Officer
3150 Livernois, Suite 300
Troy, MI 48083

LCA Bank Corporation
Attn: Current Officer
1375 Deer Valley Drive, Suite 216
Salt Lake City, UT 84060

LEAF Capital Funding, LLC and/or its Ass
Attn: Current Officer
2005 Market Street, 14th Floor
San Jose, CA 95113

New York City Economic Development Corp
Attn: Current Officer

110 William Street
New York, NY 10038

Paul Duggan
340 Route des Belhiardes
St. Jorioz, 74410
FRANCE

Pawnee Leasing Corporation
Attn: Current Officer
3801 Automation Way
Fort Collins, CO 80525

Shams Hameed
Program Manager, Adek Dept.
P.O. Box No. 36005
Abu Dhabi
UNITED ARAB EMIRATES

Silicon Valley Engineering Council
Attn: Elisa Englehardt, President
PO Box 611865
San Jose, CA 95161

Strataysis, Inc.
Attn: Current Officer
7665 Commerce Way,
Eden Prairie, MN 55344-2020

Summit Funding Group, Inc.
Attn: Current Officer
4680 Parkway Drive, Suite 300
Mason, OH 45040

Sched-G(final)-amended.TXT[3/16/2018 9:09:07 AM]