Form NTCPOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | TechShop, Inc. | Case No.: 18−50398 MEH 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004

The debtor or trustee for the above−captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 5/24/18

Claim Number: 63

Creditor: Buchner Family Trust

Dated: 5/31/18                              For the Court:

                                            Edward J. Emmons
                                            Clerk of Court
                                            United States Bankruptcy Court