FILED

MAY 3 0 2018

CLERK tb
United States Bankruptcy Court
San Jose, California

346 S Buena Vista Ave
Gilbert, AZ 85296

Regarding "NOTICE [...] AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL ON CONTINGENCY FEE BASIS (Parrish Law Offices)" Filed 5/9/2018

As a creditor in the TechShop, Inc. bankruptcy Case No. 18-50398 MEH, I object to the employment of special counsel as proposed for two main reasons.

First, I object to the risk of litigation. I recommend that instead of pursuing litigation, that the TechShop trademark be monetized through sale or licensing arrangement, perhaps to current users of the trademark. Some return would be preferable to risking no return from litigation by either invalidation of the trademark (see counterclaims in docket at #85, resulting in no trademark asset to sell) or the risk that even a "successful" litigation, regardless of judgment amount, may not be able to collect an amount from the start-up, growth phase, defendant greater than expenses.

Second, even if the court decides to continue with litigation, I object to the current applicant and recommend that a different law firm be selected as special counsel. The appearance of conflict has been debated for months on social media. Applicant is a donor and founding board member of Maker Nexus, Inc. which is soliciting donations and membership commitments from former TechShop participants (members, staff, and instructors). When what is now called TheShop.build announced the reopening of a former TechShop location (apparently after the location was taken from the LLC by the landlord), it began soliciting active memberships from the same pool of former TechShop participants. In rapid succession James Pistorino resigned from Maker Nexus, Inc board and filed this trademark action on contingency for TechShop, Inc. Despite the resignation, it is reasonable to assume he continues to be interested in the success of Maker Nexus, and that the ability for Maker Nexus to open a makerspace would improve if TheShop.build diverts resources from operations and growth to prolonged litigation. I understand Mr. Pistorino has expertise in trademark infringement and, since he is willing to take the case on contingency, demonstrates a belief in the strength of the claims. With this expert assessment, a straightforward remedy to the concerns of conflict would be to employ another eager law firm on contingency, assuring all creditors that they are counsel's focus.

Regards,

*/signature/* 3/22/18

Jeff Porter