David Balter, State Bar No. 212027
Marissa E. Buck, State Bar No. 293373
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876
dbalter@dpf-law.com
mbuck@dpf-law.com

Chris Kuhner, State Bar No. 173291
Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
c.kuhner@kornfieldlaw.com

Attorneys for Creditor and Interested Party
Wantin Living Trust, dated March 2, 1999

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 18-50398 MEH |
| TECHSHOP, INC., | Chapter 7 |
| Debtor. | **DECLARATION OF CHRIS D. KUHNER IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF MOTION FOR RELIEF FROM STAY** |
| | Date:<br>Time:<br>Place: Courtroom 3020<br>280 S. 1st Street<br>San Jose, CA<br>Judge: Hon. M. Elaine Hammond |

I, Chris D. Kuhner, declare as follows:

1. I am an attorney at law duly admitted to practice before this court and am a shareholder in the law firm of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., counsel for

creditor and interested party Wantin Living Trust, Dated March 2, 1999 ("Creditor").

2. I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

3. On February 26, 2018, the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California.

4. By way of the Application, the Creditor seeks an order shortening time to allow its Motion for an Order Confirming no Stay is in Effect, or Alternatively for Relief From Automatic Stay (the "Motion.") to be heard on June 14, 2018.

5. There have been no previous motions and no previous time modifications requested regarding a hearing by the Debtor.

6. On the evening of May 31, 2018, I sent an email to Gregg Kleiner, counsel to the chapter 7 trustee, and inquired if the chapter 7 trustee had an objection to the Creditor's application to have its Motion heard on shortened time. Mr. Kleiner has indicated he has no opposition to the Application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 1st day of June, 2018 at Oakland, California.

/s/ Chris D. Kuhner