1   David Balter, State Bar No. 212027
    Marissa E. Buck, State Bar No. 293373
2   DICKENSON, PEATMAN & FOGARTY
    A Professional Corporation
3   1455 First Street, Suite 301
    Napa, California 94559
4   Telephone: (707) 252-7122
    Facsimile: (707) 255-6876
5   dbalter@dpf-law.com
    mbuck@dpf-law.com
6
    Chris Kuhner, State Bar No. 173291
7   Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.
    1970 Broadway, Suite 225
8   Oakland, California 94612
    Telephone: (510) 763-1000
9   Facsimile: (510) 273-8669
    c.kuhner@kornfieldlaw.com
10
    Attorneys for Creditor and Interested Party
11  Wantin Living Trust, dated March 2, 1999

12                  UNITED STATES BANKRUPTCY COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15

16  In re                               Case No. 18-50398 MEH

17  TECHSHOP, INC.,                     Chapter 7

18                  Debtor.             **DECLARATION OF MARISSA E. BUCK
                                        IN SUPPORT OF MOTION FOR AN
19                                      ORDER CONFIRMING NO STAY IS IN
                                        EFFECT, OR ALTERNATIVELY FOR
20                                      RELIEF FROM THE AUTOMATIC
                                        STAY**
21
                                        Date:
22                                      Time:
                                        Place:   Courtroom 3020
23                                               280 S. 1st Street
                                                 San Jose, CA
24                                      Judge:   Hon. M. Elaine Hammond

25

26          I, Marissa E. Buck, hereby declare as follows:

27          1.      I am an attorney at law, duly licensed to practice before all courts of the State of

28  California, including the United States Bankruptcy Court, Northern District of California.  I am

an associate at Dickenson, Peatman & Fogarty, counsel of record herein for Creditor and interested party, Wantin Living Trust, dated March 2, 1999 ("Creditor.")  I make this declaration in support of the Creditor's Motion for Order Confirming No Stay is in Effect, or Alternatively for Relief From the Automatic Stay (the "Motion.")  The following facts are true of my own personal knowledge and if called to testify as a witness, I could and would competently testify thereto.

2.     On April 25, 2018, I contacted the Chapter 7 Trustee's attorney, Gregg Kleiner, to discuss the bankruptcy case for TechShop, Inc. ("Debtor") as it relates to Creditor and the personal property that was abandoned at the commercial real property commonly known as 2415 Bay Rd., Redwood City, California 94063 (the "Property,") which is owned by Creditors and had been leased to TechShop Menlo Park, LLC, now known as TechShop Mid-Peninsula ("Tenant").  A true and correct copy of our email exchange is attached hereto as **Exhibit A.**  We discussed alternatives to motion practice as well as the motion for relief from stay.  The Trustee is aware of the instant motion and does not oppose it.

3.     After Creditor regained possession of the Property and discovered the substantial abandoned personal property, I assisted Creditor in researching other owners and lien holders, aside from Debtor and employees of Tenant, which may have an interest in the personal property.  Through my research, I discovered three UCC Financing Statements naming Tenant as the debtor, which are listed below.  True and correct copies of the UCC Financing Statements are attached hereto as **Exhibits B-D**.

a.     Autodesk, Inc. filed a UCC Financing Statement on January 5, 2018, claiming an ownership interest in, among other property, "all equipment," "all goods," and "all instruments" belonging to TechShop;

b.     FirstLease, Inc. filed a UCC Financing Statement on April 14, 2015, claiming an ownership interest in laser cutters and other related software and equipment; and

c.     Stratasys, Inc. filed a UCC Financing Statement on August 28, 2015, claiming an ownership interest in a 3D printer and a support cleaning

DECLARATION OF MARISSA E. BUCK                                                    2

1         apparatus.

2         4.     The liens described above were not discovered until after the bankruptcy action

3 had been initiated, thus Creditor has not yet sent a copy of the Notice of Abandonment of

4 Personal Property to the lien holders listed above due to the automatic stay. However, Creditor

5 seeks leave from the automatic stay in part to allow such notices to be sent out and the public

6 auction of the abandoned personal property to proceed after the required notice period has

7 passed.

8

9         I declare under penalty of perjury under the laws of the United States of America that the

10 foregoing matters are true and correct to the best of my knowledge and that this declaration was

11 executed on May _29_, 2018 at Napa, California.

12

13

Marissa Buck

DECLARATION OF MARISSA E. BUCK

# EXHIBIT A

## Marissa Buck

| | |
|---|---|
| **From:** | Marissa Buck |
| **Sent:** | Tuesday, May 15, 2018 4:36 PM |
| **To:** | 'Gregg Kleiner' |
| **Cc:** | Doris; WANR001.00001.email.ATTORNEY@longfin.dpfnapa-int.net |
| **Subject:** | RE: Techshop, Inc. - Case No. 18-50398 Redwood City |

Gregg,

When you and I spoke on the phone it was my understanding that we needed to file a RFS motion either way – is that not correct? We are in the process of preparing that motion, however, I will check with my client to see if he has a turnkey tenant that would work. If we were able to find such a tenant (I believe my client was in contact with a potential tenant who was interested) and structure a no reps or warranty sale agreement with the trustee, would that avoid the need for the RFS motion? I assume the trustee would still file a stipulation or something reflecting any agreement we reach with the court.

Thank you for clarifying.

Best,
**MARISSA E. BUCK, ESQ.**
**707.261.7074 | MBUCK@DPF-LAW.COM**

**From:** Gregg Kleiner [mailto:gkleiner@rinconlawllp.com]
**Sent:** Friday, May 11, 2018 5:43 PM
**To:** Marissa Buck
**Cc:** Doris; WANR001.00001.email.ATTORNEY@longfin.dpfnapa-int.net
**Subject:** RE: Techshop, Inc. - Case No. 18-50398 Redwood City

Marissa,

When we spoke with your client last month we left things with him (i) that he would file a RFS motion or (ii) that if he located a turnkey tenant, he would work with the trustee to try and structure an "as is" no reps or warranty sale agreement.

I assume no tenant has been located.

Gregg

Gregg S. Kleiner
Rincon Law LLP
(415) 840-6385 (Direct)
(415) 672-5181 (Main)
(415)-996-8180 (Cell)
gkleiner@rinconlawllp.com

**From:** Marissa Buck <mbuck@dpf-law.com>
**Sent:** Monday, April 30, 2018 4:44 PM
**To:** Gregg Kleiner <gkleiner@rinconlawllp.com>
**Cc:** Doris <dktrustee@gmail.com>; WANR001.00001.email.ATTORNEY@longfin.dpfnapa-int.net
**Subject:** RE: Techshop, Inc. - Case No. 18-50398 Redwood City

Gregg,

Below is the information from Harry regarding the storage costs for the abandoned personal property in the building.

As of the date the bankruptcy case was filed, the lease had been terminated and TechShop Mid-peninsula (or TechShop Menlo Park as it is referred to in the bankruptcy schedules) had vacated the building. TechShop, Inc. was not a co-signer or guarantor of the lease. However, TechShop. Inc. does list the Wantin Living Trust (our client) as an unsecured creditor in its schedules for various rental amounts and insurance on that building in 2017. It is my understanding that TechShop Mid-peninsula failed to pay the November 2017 rent in the amount of $37,737.00, which triggered the termination of their month-to-month lease. They vacated the building by the end of October 2017.

The storage costs have accrued from November 1, 2017 through April 30, 2018, and will continue to accrue until the date we can sell the abandoned property at auction. The personal property is currently being stored in the building itself, and accounts for 60% of the square footage of the building. Thus, consistent with Civil Code section 1993, the cost for storage is the fair rental value of the space reasonably required for storage, which is equal to 60% of the rental value of the building, or 60% of $37,737.00 – which equals $22,642.20 per month. Multiplied by six months, the current storage fees equal $135,853.20 as of today's date.

There are also two additional items I wanted to inform the Trustee of:  .

1. Prior to the bankruptcy filing, we served and posted the notice of abandonment of personal property and some former employees and members of the company came to claim small personal items that were kept in lockers on the premises. At one point Mr. James Newton of TechShop, Inc. had a key to the building in order to coordinate with employees who needed to come pick up personal belongings. He informed my client that he also gave a copy of the key to a "trusted employee" to assist in the process. However, my client noticed a few weeks later that some large items were missing and when he tried to contact Mr. Newton to inquire about the items he could not locate him. Out of an abundance of caution, my client changed the locks on the building. My client took photos of all the items in the building prior to this incident, thus it appears there are missing: two welding machines, a box that contained approximately 15 laptop computers, and a large printer. Since we have been unable to reach Mr. Newton, I thought it best that the Trustee be informed of this. My client has not yet filed a police report. Please advise if these items that were removed belonged to TechShop, Inc. and/or Mr. Newton and were properly removed or if we should assume such items were stolen and proceed with filing a police report.

2. We also discovered three lien holders that filed UCC financing statements naming TechShop Mid-peninsula as the debtor, and plan to send them the notice of abandoned property in case they have a right to any of the items and would like to claim such items prior to the auction (it is unclear from the UCC filings). The creditors are FirstLease, Inc., Stratasys, Inc., and AutoDesk, Inc.

Please let me know if you have any questions.

Best,
**MARISSA E. BUCK, ESQ.**
**707.261.7074 | MBUCK@DPF-LAW.COM**

**From:** Gregg Kleiner [mailto:gkleiner@rinconlawllp.com]
**Sent:** Wednesday, April 25, 2018 1:17 PM
**To:** Marissa Buck
**Cc:** Doris
**Subject:** RE: Techshop, Inc. - Case No. 18-50398 Redwood City

Marissa,

Look forward to getting the info from Harry.

Gregg

Gregg S. Kleiner
Rincon Law LLP
(415)-996-8180
gkleiner@rinconlawllp.com

**From:** Marissa Buck <mbuck@dpf-law.com>
**Sent:** Wednesday, April 25, 2018 11:12 AM
**To:** Gregg Kleiner <gkleiner@rinconlawllp.com>
**Cc:** WANR001.00001.email.ATTORNEY@longfin.dpfnapa-int.net
**Subject:** Techshop, Inc. - Case No. 18-50398

Hi Gregg,

Thank you again for speaking with me about the TechShop bankruptcy case this morning. My contact information is below.

As discussed, I will ask Harry to send you the information Doris requested and we will prepare and file a motion for relief from the automatic stay. After Harry sends you those numbers, let me know if you have any questions or if you need anything else from us.

Best,
**MARISSA E. BUCK, ESQ.**
DICKENSON, PEATMAN & FOGARTY
1455 FIRST STREET, STE. 301 | NAPA, CA 94559
T: 707.252.7122 | F: 707.255.6876
D: 707.261.7074
MBUCK@DPF-LAW.COM | WWW.DPF-LAW.COM

For current wine industry news, visit www.lexvini.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to dpf@dpf-law.com or by telephone at (707) 252-7122, and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

# EXHIBIT B

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**18-7626032227**

**01/05/2018 12:03**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

66827520003 UCC 1 FILING

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
WILSON SONSINI GOODRICH & ROSATI, P.C.    (415) 947-2000

**B. E-MAIL CONTACT AT FILER (optional)**
qlu@wsgr.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

COGENCY GLOBAL INC
1325 J Street, Suite 1550
Sacramento, CA 95814
P6-75981393    *LIC2927-2*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| TechShop Mid-Peninsula, LLC | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 120 Independence Drive | Menlo Park | CA | 94025 | USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Autodesk, Inc. | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 111 McInnis Parkway | San Rafael | CA | 94903 | USA |

4. **COLLATERAL:** This financing statement covers the following collateral:

The collateral as set forth in that certain Second Amended and Restated Security Agreement, dated as of March 12, 2013 by and between Debtor and Secured Party (the "Security Agreement"), including all right, title, interest, claims and demands of Debtor in and to the following property: (i) All Accounts; (ii) All Chattel Paper; (iii) All Commercial Tort Claims; (iv) All Deposit Accounts and cash; (v) All Documents; (vi) All Equipment; (vii) All General Intangibles; (viii) All Goods; (ix) All Instruments; (x) All Intellectual Property, including without limitation, all Trademarks together with all goodwill of the business symbolized by and conducted therewith and all Trademark Licenses; (xi) All Inventory; (xii) All Investment Property, including, without limitation, securities; (xiii) All Letter-of-Credit Rights; (xiv) To the extent not otherwise included, all Proceeds and products of any and all of the foregoing, and all accessions to, substitutions and replacements for, and rents and profits of each of the foregoing.

The collateral covered by this financing statement is further described on the attached Exhibit A.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: CA - Secretary of State

F#612524
A#845489

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

## Exhibit A

Description of Collateral Covered by Financing Statement (Item 4):

The collateral as set forth in that certain Second Amended and Restated Security Agreement, dated as of March 12, 2013 by and between Debtor and Secured Party (the "Security Agreement"), including all right, title, interest, claims and demands of Debtor in and to the following property: (i) All Accounts; (ii) All Chattel Paper; (iii) All Commercial Tort Claims; (iv) All Deposit Accounts and cash; (v) All Documents; (vi) All Equipment; (vii) All General Intangibles; (viii) All Goods; (ix) All Instruments; (x) All Intellectual Property, including without limitation, all Trademarks together with all goodwill of the business symbolized by and conducted therewith and all Trademark Licenses; (xi) All Inventory; (xii) All Investment Property, including, without limitation, securities; (xiii) All Letter-of-Credit Rights; (xiv) To the extent not otherwise included, all Proceeds and products of any and all of the foregoing, and all accessions to, substitutions and replacements for, and rents and profits of each of the foregoing.

The term "Intellectual Property" means all intellectual and similar property of every kind and nature now owned or hereafter acquired by Debtor, including inventions, designs, patents (whether registered or unregistered), copyrights (whether registered or unregistered), Trademarks, trade secrets, domain names, confidential or proprietary technical and business information, know how, methods, processes, drawings, specifications or other data or information and all memoranda, notes and records with respect to any research and development, software and databases and all embodiments or fixations thereof whether in tangible or intangible form or contained on magnetic media readable by machine together with all such magnetic media and related documentation, registrations and franchises, and all additions, improvements and accessions to, and books and records describing or used in connection with, any of the foregoing.

The term "Trademark" means all trademarks whether registered or unregistered, trademark registrations, trade names and trademark applications for any of the foregoing in the United States Patent and Trademark Office or in any other office or with any other official anywhere in the world or which are used in the United States or any state, territory or possession thereof, or in any other place, nation or jurisdiction anywhere in the world, including, without limitation, the trademarks, trademark registrations, service marks, service mark registrations and applications listed on Schedule A to the Security Agreement and (i) all renewals thereof, (ii) all income, royalties, damages and payments now and hereafter due and/or payable with respect thereto, including, without limitation, payments under all licenses entered into in connection therewith and damages and payments for past or future infringements thereof, (iii) the right to sue for past, present and future infringements thereof, and (iv) all other rights corresponding thereto throughout the world.

The term "Trademark License" means any agreement, written or oral, providing for the grant by or to Debtor of any right to use any Trademark, including, without limitation, any such agreement referred to in Schedule A of the Security Agreement as such Schedule shall be amended from time to time, and the right to prepare for sale, sell and advertise for sale, all of the inventory now or hereafter owned by a Company Party and now or hereafter covered by such license agreements.

All capitalized terms used in this Financing Statement and not otherwise defined herein shall have the respective meanings given to such terms in the Uniform Commercial Code of the State of California as in effect from time to time.

# EXHIBIT C

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Corporation Service Company |
| 800-858-5294 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Corporation Service Company |
| 801 ADLAI STEVENSON DRIVE |
| SPRINGFIELD, IL 62703 |
| USA |

**DOCUMENT NUMBER: 48300920002**
**FILING NUMBER: 15-7459651821**
**FILING DATE: 04/14/2015 07:31**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Techshop Mid-Peninsula, LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 2415 Bay Road | Redwood City | CA | 940633032 | | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| | | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| FirstLease, Inc. | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 1300 Virginia Drive Suite 450 | Fort Washington | PA | 19034 | | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Contract between FirstLease, Inc. and Techshop Mid-Peninsula, LLC and Equipment as more fully described below, together with all substitutions, replacements, and accessions thereto and insurance thereon and all proceeds of any nature thereof.

(1) Universal Laser Systems VLS 4.60 Platform Laser
Includes: Universal Control Panel Software
(1) ULS Focusing Lens Kit 2.0" for VLS-Platform
(1) ULS 60 Watt CO2 Laser
(1) ULS Downdraft Cutting Table for VLS4.60
(1) ULS Coaxial Air Assist For VLS Platform (1.5" and 2.0" Lens)

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)    ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien    ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

| 8. OPTIONAL FILER REFERENCE DATA: |
|---|
| 3739 [98464664] |

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

| | |
|---|---|
| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐ | |

| OR | 9a. ORGANIZATION'S NAME |
|---|---|
| | Techshop Mid-Peninsula, LLC |
| | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INTITAL(S) — SUFFIX |

**DOCUMENT NUMBER: 48300920002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| OR | 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| OR | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):
(1) ULS High Value Materials Package
(1) ULS Direct Import Software Feature

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing. |
|---|---|
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

FILING OFFICE COPY

**EXHIBIT D**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)** <br> 952-906-2294 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)** <br> Stratasys Inc. <br> 7665 Commerce Way <br> Eden Prairie, MN 55344 <br> USA | **DOCUMENT NUMBER:** 50176110002 <br> **FILING NUMBER:** 15-7477050450 <br> **FILING DATE:** 07/28/2015 10:25 <br><br> IMAGE GENERATED ELECTRONICALLY FOR WEB FILING <br> THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME** <br> TechShop Mid Peninsula | | | | |
| | **1b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

| **1c. MAILING ADDRESS** <br> 2415 Bay Rd | **CITY** <br> Redwood City | **STATE** <br> CA | **POSTAL CODE** <br> 94063-3032 | **COUNTRY** <br> USA |
|---|---|---|---|---|

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** | | | | |
| | **2b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME** <br> Stratasys Inc. | | | | |
| | **3b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

| **3c. MAILING ADDRESS** <br> 7665 Commerce Way | **CITY** <br> Eden Prairie | **STATE** <br> MN | **POSTAL CODE** <br> 55344 | **COUNTRY** <br> USA |
|---|---|---|---|---|

**4. COLLATERAL:** This financing statement covers the following collateral:
680-50100 uPrint SE 3D Printer
570-10006 SCA 1200HT Sation, 110/220V

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| **6a.** Check only if applicable and check only one box: <br> ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | **6b.** Check only if applicable and check only one box: <br> ☐ Agricultural Lien  ☐ Non-UCC Filing |
|---|---|

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
US30438

**FILING OFFICE COPY**