David Balter, State Bar No. 212027
Marissa E. Buck, State Bar No. 293373
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876
dbalter@dpf-law.com
mbuck@dpf-law.com

The following constitutes
the order of the court. Signed June 4, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Chris Kuhner, State Bar No. 173291
Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
c.kuhner@kornfieldlaw.com

Attorneys for Creditor and Interested Party
Wantin Living Trust, dated March 2, 1999

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 18-50398 MEH |
| TECHSHOP, INC., | Chapter 7 |
| Debtor. | **ORDER SHORTENING TIME** |
| | Date: 06/14/18<br>Time: 1:00 p.m.<br>Place: Courtroom 3020<br>280 S. 1st Street<br>San Jose, CA<br>Judge: Hon. M. Elaine Hammond |

The Court having read and considered the Application for Order Shortening Time for Notice of Motion for Relief from Stay (the "Application") to hear the Motion for Relief from Stay (the "Motion") filed by creditor and interested party Wantin Living Trust, Dated March 2, 1999 ("Creditor") and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Application is approved;

The hearing on the Debtor's Motion is scheduled for June 14, 2018 at 1:00 p.m.

The Debtor shall serve all interested parties by way of first class mail, email and facsimile to the extent possible no later than June 5, 2018.

Any opposition to the Motion may be raised at the time of hearing.

***END OF ORDER***

COURT SERVICE LIST

No service list required