David Balter, State Bar No. 212027
Marissa E. Buck, State Bar No. 293373
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876
dbalter@dpf-law.com
mbuck@dpf-law.com

Chris Kuhner, State Bar No. 173291
Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
c.kuhner@kornfieldlaw.com

Attorneys for Creditor and Interested Party
Wantin Living Trust, dated March 2, 1999

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>        Debtor. | Case No. 18-50398 MEH<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY**<br><br>Date:    June 14, 2018<br>Time:   1:00 p.m.<br>Place:  Courtroom 3020<br>         280 S. 1st Street<br>         San Jose, CA<br>Judge:  Hon. M. Elaine Hammond |

**TO: DEBTOR TECHSHOP, INC., ITS ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to an Order Shortening Time for Hearing on Motion for an Order Confirming no Stay is in Effect, or Alternatively for Relief From Automatic Stay (the "Order"), on June 14, 2018, or as soon thereafter as the matter may be heard, before the

Honorable M. Elaine Hammond in Courtroom 3020 of the above-entitled Court located at 280 South First Street, San Jose, California, The Wantin Living Trust, dated March 2, 1999 ("Creditor") will move the Court for an order confirming that no automatic stay is in effect in connection with Creditor's efforts to lawfully dispossess itself of personal property ("Abandoned Property") abandoned by non-debtor TechShop Menlo Park, LLC, also known as TechShop Mid-Peninsula ("Tenant,") or alternatively, for an order granting relief from automatic stay. Creditor further requests an order granting relief from stay be made effective immediately, and that the 14-day waiting period provided in Fed. R. Bankr. P. 4001(a)(3) be waived.

The motion will be based upon this notice of hearing and motion, and the concurrently filed memorandum of points and authorities and declarations of Harry Price and Marissa E. Buck filed concurrently herewith.

More specifically, this motion is made pursuant to Fed. R. Bankr. P. 4001(a) and B.L.R. 4000-1 on the grounds that an order confirming the stay imposed under 11 U.S.C. §362 does not apply to Creditor's efforts to transfer Abandoned Property which may also be collateral claimed by other secured creditors of Tenant and/or sell or dispose of the Abandon Property at public auction or other means pursuant to applicable law. Additionally, and alternatively, the motion is made on the grounds that relief from the automatic stay is appropriate under 11 U.S.C. §§362(d)(l)and(2) because sufficient "cause" exists to grant the relief requested and Debtor has no equity in the Abandoned Property which property is not necessary for reorganization as Debtor has filed under Chapter 7 of the United States Bankruptcy Code.

YOU ARE HEREBY INFORMED THAT NO WRITTEN RESPONSE IS REQUIRED IN ORDER TO OPPOSE THIS MOTION. HOWEVER, IF YOU OR YOUR COUNSEL DO NOT APPEAR AT THE HEARING ON THIS MOTION, THE RELIEF REQUESTED WILL BE GRANTED.

Dated: June 5, 2018                     KORNFIELD, NYBERG, BENDES,
                                        KUHNER & LITTLE, P.C.


                                        BY: /S/ CHRIS D. KUHNER
                                        Chris Kuhner
                                        Attorneys for Creditor

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 225, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business unless indicated below by electronic service.

On June 5, 2018, I served the following documents:

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY;**

**MOTION FOR RELIEF FROM STAY AND RELIEF FROM STAY COVERSHEET;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER CONFIRMING NO STAY IS IN EFFECT, OR ALTERNATIVELY RELIEF FROM THE AUTOMATIC STAY;**

**DECLARATION OF HARRY PRICE IN SUPPORT OF MOTION FOR AN ORDER CONFIRMING NO STAY IS IN EFFECT, OR ALTERNATIVELY RELIEF FROM THE AUTOMATIC STAY;**

**DECLARATION OF MARISSA E. BUCK IN SUPPORT OF MOTION FOR AN ORDER CONFIRMING NO STAY IS IN EFFECT, OR ALTERNATIVELY RELIEF FROM THE AUTOMATIC STAY; AND**

**ORDER SHORTENING TIME**

by placing copies of said documents in a sealed envelope by first class mail and served in the manner described below addressed as follows:

*Via-Electronic Service*
U.S. Trustee
Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

*Via-ECF and First Class Mail*
Gregg S. Kleiner
Rincon Law LLP
268 Bush St. #3335
San Francisco, CA 94104

*First Class Mail*
TechShop,Inc.
274 Redwood Shores Parkway, Suite 275
Redwood City, CA 94065

*First Class Mail*
Doris A. Kaelin
Chapter 7 Trustee
P.O. Box 1582
Santa Cruz, CA 95061

| 1 | *First Class Mail*<br>American Express Travel<br>Related Services Company Inc.<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | *First Class Mail*<br>Sergei Menchenin<br>1718 Hillman Avenue<br>Belmont, CA 94002<br><br>*Via-ECF and First Class Mail*<br>Matthew D. Metzger<br>Belvedere Legal, PC<br>1777 Borel Pl. #314<br>San Mateo, CA 94402 |

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of June, 2018 at Oakland, California.

/s/ Gail A. Michael