Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TechShop, Inc.,

Debtor.

Case No. 18-50398 MEH
Chapter 7

**SUPPLEMENTAL DECLARATION OF JAMES PISTORINO**

Date: June 14, 2018
Time: 10:30 a.m.
Place: 280 South First Street
Hon. M. Elaine Hammond
Courtroom 3020
San Jose, CA  95113

I, James Pistorino, declare:

1. I am a partner with the Parrish Law Offices ("Law Firm"). This Declaration is filed in support of the Trustee's Response to Defendants' Objection to Employment of Special Counsel (Parrish Law Offices) in connection with the Trustee's request for authority to engage the Law Firm for the purpose of pursuing pre-petition infringement litigation entitled *TechShop, Inc. v. Dan Rasure, TechShop 2.0 LLC, and TechShop 2.0 San Francisco LLC*, pending before the United States District Court, Northern District of California, Case No. 18-CV-01044 DMR ("Litigation").

2. Prior to closing its doors in November 2017, I was a regular member of TechShop Redwood City, with a pre-paid annual membership. To the extent I have a claim against the Debtor or TechShop Redwood City, LLC, I hereby waive and disclaim any claim I might have as a result

of the unused portion of my membership in TechShop Redwood City. Except for my membership in TechShop Redwood City, I was not an investor, lender, or creditor of any TechShop entity and did not provide or contribute any funding or assist with the operation or management of TechShop or any of TechShop's wholly owned subsidiaries

3. As set forth in my original declaration, I was a founder of the not-for-profit Maker Nexus, Inc. and was a treasurer of that entity from January 2018 through February 15, 2018, the date I resigned from the Maker Nexus board. In connection with my resignation from the board of Maker Nexus, as stated in my original declaration, I did so to avoid the perception of any conflict.

4. During the time I was with Maker Nexus, I was not aware that Maker Nexus took any position with regard to TechShop 2.0 and I am unaware of what position, if any, Maker Nexus has taken since the date of his resignation. Prior to the commencement of the Litigation, I joined the Maker Nexus, Maker Orphans and TechShop Facebook groups.

I declare under penalty of perjury, except for statements made upon information and belief, that the statements made herein are true and correct and if called upon as a witness I would testify thereto. Executed this 6th day of June, 2018 at Menlo Park, California.

_____
James Pistorino