Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br><br>**NOTICE OF HEARING ON EMPLOYMENT OF SPECIAL COUNSEL (Parrish Law Offices)**<br><br>Date: June 14, 2018<br>Time: 10:30 a.m.<br>Place: 280 South First Street<br>Hon. M. Elaine Hammond<br>Courtroom 3020<br>San Jose, CA 95113 |

**TO: Dan Rasure, TechShop 2.0 LLC, and TechShop 2.0 San Francisco LLC, and their Attorney of Record Ann McFarland Draper, Donald Chesarek and Jeff Porter**

**PLEASE TAKE NOTICE THAT** on June 14, 2018, at 10:30 a.m., before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, Courtroom 3020, 280 South First Street, San Jose, CA 95113, a hearing will be conducted on the Trustee's application to employ the Parrish Law Offices as her special counsel in that litigation entitled *TechShop, Inc. v. Dan Rasure, TechShop 2.0 LLC, and TechShop 2.0 San Francisco LLC*, pending before the United States District Court, Northern District of California, Case No. 18-CV-01044 DMR, and, as necessary and appropriate, any amendment to the complaint ("Litigation").

Notice is being provided to you with regard to this hearing as you have filed an objection to the proposed employment application (Dockets 107, 109 and 110).

DATED: June 6, 2018  RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy