UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**CERTIFICATE OF SERVICE** |

On the date of execution hereof, at my place of business, I served copies of the following document(s):

**NOTICE OF HEARING ON EMPLOYMENT OF SPECIAL COUNSEL**
**(Parrish Law Offices)**

**RESPONSE TO DEFENDANT'S OBJECTION TO EMPLOYMENT OF SPECIAL COUNSEL**
**(Parrish Law Offices)**

**SUPPLEMENTAL DECLARATION OF JAMES PISTORINO**

**DECLARATION OF GREGG S. KLEINER IN SUPPORT OF APPLICATION OF SPECIAL COUNSEL**

☒ **(BY U.S. MAIL)** by placing a true copy in an envelope addressed as shown to the party(ies) below, placed appropriate postage for delivery by the United States Postal Service, via First Class United States Mail, and placed it in a United States postal mailbox:

| | |
|---|---|
| Jeff Porter<br>346 S Buena Vista Ave<br>Gilbert, AZ  85296 | Donald J. Chesarek<br>280 Belblossom Way<br>Los Gatos, CA  95932 |

☒ **(BY NEF)** To be served by the Court Via Notice of Electronic Filing ("NEF"):  Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s), the foregoing documents will be served by the court via NEF to all those person(s) listed on the Electronic Mail Notice List, including:

Ann McFarland Draper on behalf of Interested Party TheShop dot Build LLC
ann.draper@gmail.com, ann@draperlaw.net

Ann McFarland Draper on behalf of Interested Party TheShop dot Build San Fran LLC
ann.draper@gmail.com, ann@draperlaw.net

Ann McFarland Draper on behalf of Interested Party Daniel Rasure
ann.draper@gmail.com, ann@draperlaw.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2018, in San Francisco, California.

*Gregg S. Kleiner*
GREGG S. KLEINER

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335, San Francisco, California 94104
Telephone No.: 415-996-8180 / Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for Doris A. Kaelin, Chapter 7 Trustee