**Exhibit A**

 BANC OF CALIFORNIA

<u>EXHIBIT "A" FOR AGREEMENT NO.:</u> ███-6458

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number ███-6458

Vendor Name:          FormLabs, Inc.
Street Address:       35 Medford St., Suite 201
City, State and Zip:  Somerville MA  02143
Vendor Phone:         617-932-5227
Vendor Invoice Number: 100011777

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| 4 | White Resin | |
| 4 | Black Resin | |
| 1 | Form 1+ Complete Package with Clear Resin, Ford 1+ 3D Printer, Form Finish Kit | TSCO-20150730-04 |
| 12 | Resin Tanks | |
| 4 | Grey Resin | |
| 4 | Castable Resin | |
| 3 | Clear Resin | |
| 4 | Flexible Resin | |
| 1 | Formlabs Pro Service Plan | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower:  Techshop, Inc. and Techshop Austin, LLC, as co-borrowers, jointly and severally responsible
By:
          Mark R. Hatch, CEO of Techshop, Inc.
By:
          Mark R. Hatch, Member of Techshop Austin, LLC
Date:
          9/21/2015
                              Page 1 of 1



BANC OF
CALIFORNIA

<u>**EXHIBIT "A" FOR AGREEMENT NO.:** ███████-5202</u>

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number: ██████-5202

| | |
|---|---|
| Vendor Name: | Kaeser Compressors |
| Street Address: | 46771 Fremont Blvd. |
| City, State and Zip: | Fremont, CA 94538 |
| Vendor Phone: | 510-770-0200 |
| Vendor Invoice Number: | 910839984 |

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| 1 | SM 10 125 psi SCB TriVolt. US | |
| 1 | Filtered Separator KFS-60 | |
| 1 | KCF-25 Condensate Treatment System | |
| 1 | Condensate Manifold Compact | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: TechShop, Inc. and TechShop Austin, LLC, as co-borrowers, jointly and severally responsible

By: _____
Mark R. Hatch, CEO of TechShop, Inc.

By: _____
Mark R. Hatch, Member of TechShop Austin, LLC

Date: Aug 7, 2015

Page 1 of 3



**BANC OF CALIFORNIA**

## EXHIBIT "A" FOR AGREEMENT NO.: ██████-5202

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number: ██████5202

| | |
|---|---|
| Vendor Name: | Rio Grande |
| Street Address: | 7500 Bluewater Road N.W. |
| City, State and Zip: | Albuquerque, NM 87121 |
| Vendor Phone: | 800-545-6566 |
| Vendor Invoice Number: | 911 65596 |

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| 1 | Casting Machine, J2R Series IV CE MDL | J2RCES40368 |
| 1 | KIT, J2R Series IV Start Up , 220V | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: Techshop, Inc. and Techshop Austin, LLC, as co-borrowers, jointly and severally responsible

By: _____
Mark R. Hatch, CEO of Techshop, Inc.

By: _____
Mark R. Hatch, Member of Techshop Austin, LLC

 **BANC OF CALIFORNIA**

<u>EXHIBIT "A" FOR AGREEMENT NO.:</u> ████6458

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number ████6458

| | |
|---|---|
| Vendor Name: | FormLabs, Inc. |
| Street Address: | 35 Medford St., Suite 201 |
| City, State and Zip: | Somerville MA 02143 |
| Vendor Phone: | 617-932-5227 |
| Vendor Invoice Number: | 100011776 |

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| 4 | White Resin | |
| 4 | Black Resin | |
| 1 | Factory Reconditioned Form 1+ Package with Clear Resin | |
| 1 | Clear Resin | |
| 12 | Resin Tanks | |
| 4 | Grey Resin | |
| 4 | Castable Resin | |
| 3 | Clear Resin | |
| 4 | Flexible Resin | |
| 1 | Formlabs Pro Service Plan | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: Techshop, Inc. and Techshop Phoenix, LLC, as co-borrowers, jointly and severally responsible

By: *[signature]*

    Mark R. Hatch, CEO of Techshop, Inc.

By: *[signature]*

    Mark R. Hatch, Member of Techshop Phoenix, LLC

Date:     9/21/2015

Page 1 of 2

 **BANC OF CALIFORNIA**

<u>**EXHIBIT "A" FOR AGREEMENT NO.:**</u> ▮▮▮-6458

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number: ▮▮▮-6458

| | |
|---|---|
| Vendor Name: | Rio Grande |
| Street Address: | 7500 Bluewater Rd. N.W. |
| City, State and Zip: | Albuquerque, NM 87121 |
| Vendor Phone: | 800-545-6566 |
| Vendor Invoice Number: | 91167800 |

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| 1 | Casting Machine, J2R Series IV CE MDL | J2RCDS46373 |
| 1 | Kit, J2R Series IV Start Up , 220V | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: Techshop, Inc. and Techshop Phoenix, LLC, as co-borrowers, jointly and severally responsible

By: _____
Mark R. Hatch, CEO of Techshop, Inc.

By: _____
Mark R. Hatch, Member of Techshop Phoenix, LLC

Page 1 of 2

# INVOICE



Hello, TIFFANI MASCARELLA. Thank you for your order!
Do you follow The Studio, Rio's blog?
Join fellow jewelers at riograndeblog.com

Orders & Customer Service: 800.545.6566
Email: info@riograndc.com

Market Price  Silver: $15.27  Gold:$ 1108.25  Platinum: $983.00  Palladium: $613.00          Federal Tax ID: 85-0164903

| Item | Description | Ordered | Shipped | Unit | Unit Price | Est. Price |
|------|-------------|---------|---------|------|-----------|-----------|
| 710040CH | CASTING-MACH, J2R SERIES IV CE MDL  Serial #: J2RCB-84-0373 | 1.000 | 1.000 | EA | 7,150.00 | 7,150.00 |
| 710235220 | KIT, J2R SERIES IV START-UP, 220V | 1.000 | 1.000 | EA | 1,725.00 | 1,725.00 |

We buy gold and silver, visit www.riogrande.com/scrap.

| | |
|---|---|
| Subtotal | $8,875.00 |
| Tax | $0.00 |
| Shipping | $201.42 |
| Insurance and Handling | (Included) |

**TOTAL: $9,076.42**

**Method of Payment:**
Net due in 30 days
$9,076.42 due on 09/10/2015
Please retain a copy of this
invoice. You will not receive
one with your statement.

Please make check payable to Rio Grande and mail to:

**Rio Grande**
7500 Bluewater Rd. N.W.
Albuquerque, NM 87121

**BILL TO:**
TECHSHOP
249 E CHICAGO ST
CHANDLER, AZ 85225  US

This address is for payments only.
Please see reverse for merchandise returns.

Thank You!
Page 1 of 1

**TECHSHOP**
Customer:     5100158152
Invoice#:     91167800

# formlabs ✖

Formlabs Inc
35 Medford St
Ste 1
Somerville, MA
02143

## Invoice

Order #: 10054098
Order Date: Aug 13, 2014

Invoice #: INV-1776
Invoice Date: Aug 13, 2015

| Bill To | Ship To |
|---------|---------|
| Techshop, Inc | Techshop Phoenix, LLC (Chandler) |
| 405 El Camino Real Box#606 | 249 E Chicago Street Chandler, |
| Menlo Park, | Arizona, 85225 |
| California, 94025 | United States |
| United States | T: 925-406-4774 |
| T: 925-406-4774 | |

| Payment Method | Shipping Method |
|----------------|------------------|
| Net 0 | Shipping Option(s) - FEDEX Ground Delivery |
| Due Date: Aug 13, 2015 | |
| Purchase Order Number: TSCO-20150730-07 | (Total Shipping Charges $125.91) |

| Item | SKU | Price | Qty | Tax | Amount |
|------|-----|-------|-----|-----|--------|
| White Resin | RS-W-01 | $149.00 | 4 | $0.00 | $596.00 |
| Black Resin | RS-B-01 | $149.00 | 4 | $0.00 | $596.00 |
| Form 1+ Complete Package w/ Clear Resin | F1-P-PKG-C | | | | |
| *Form 1+ 3D Printer* | | | | | |
| Form 1+ 3D Printer | | $3,000.00 | 1 | $0.00 | $3,000.00 |
| *Form Finish Kit* | | | | | |
| Form Finish Kit | | $150.00 | 1 | $0.00 | $150.00 |
| *Clear Resin 1L* | | | | | |
| Clear Resin | | $149.00 | 1 | $0.00 | $149.00 |
| Resin Tank | RT-02 | $59.00 | 12 | $0.00 | $708.00 |
| Grey Resin | RS-GPGR-02 | $149.00 | 4 | $0.00 | $596.00 |
| Castable Resin | RS-CABL-01 | $149.00 | 4 | $0.00 | $596.00 |
| Clear Resin | RS-GPCL-02 | $149.00 | 3 | $0.00 | $447.00 |
| Flexible Resin | RS-FLGR-01 | $99.00 | 4 | $0.00 | $396.00 |
| Formlabs Pro Service Plan | SVC-PP-01 | $499.00 | 1 | $0.00 | $499.00 |

| | |
|---|---|
| Subtotal: | $7,733.00 |
| Discount (Techshop Discount): | -$1,382.35 |
| Shipping & Handling: | $125.91 |
| Grand Total: | $6,476.56 |

INVOICE



Hello, TIFFANI MASCARELLA, Thank you for your order!
Do you follow The Studio, Rio's blog?
Join fellow jewelers at riograndeblog.com



Orders & Customer Service: 800.545.6566
Email: info@riogrande.com

Market Price  Silver: $15.27  Gold: $1108.25  Platinum: $983.00  Palladium: $613.00     Federal Tax ID: 85-0164903

| Item. | Description | Ordered | Shipped | Unit | Unit Prc. | Ext. Price |
|---|---|---|---|---|---|---|
| 710040CH | CASTING MACH, J2R SERIES IV CE MDL | 1.000 | 1.000 | EA | 7,150.00 | 7,150.00 |
| | Serial #: J2RCB-34-0373 | | | | | |
| 710239220 | KIT, J2R SERIES IV START-UP, 220V | 1.000 | 1.000 | EA | 1,725.00 | 1,725.00 |

We buy gold and silver, visit www.riogrande.com/scrap.

| | |
|---|---|
| Subtotal | $8,875.00 |
| Tax | $0.00 |
| Shipping | $201.42 |
| Insurance and Handling | (Included) |

**TOTAL: $9,076.42**

Please make check payable to Rio Grande and mail to:

**Rio Grande**
7500 Bluewater Rd. N.W.
Albuquerque, NM 87121

**BILL TO:**
TECHSHOP
249 E CHICAGO ST
CHANDLER, AZ 85225  US

This address is for payments only.
Please see reverse for merchandise returns.

**Method of Payment:**
Net due in 30 days
$9,076.42  due on 09/10/2015
Please retain a copy of this
Invoice. You will not receive
one with your statement.

Thank You!

Page 1 of 1

**TECHSHOP**
Customer:    5100158152
Invoice#:    91167800

# formlabs 

Formlabs Inc
35 Medford St
Ste 1
Somerville, MA
02143

## Invoice

Order #: 10572623
Order Date: Aug 13, 2015

Invoice #: 10541276
Invoice Date: Aug 13, 2015

| Sold To: | Ship To: |
|---|---|
| Techshop, Inc | Techshop Phoenix, LLC (Chandler) |
| 405 El Camino Real Box#606 | 249 E Chicago Street Chandler, |
| Menlo Park, | Arizona, 85225 |
| California, 94025 | United States |
| United States | T: 925-406-4774 |
| T: 925-406-4774 | |

| Payment Method: | Shipping Method: |
|---|---|
| Net 0 | Shipping Option(s) - FEDEX Ground Delivery |
| Due Date: Aug 13, 2015 | |
| Purchase Order Number: TSCO-20150730-07 | (Total Shipping Charges $125.91) |

| Item | SKU | Price | Qty | Discount | Amount |
|---|---|---|---|---|---|
| White Resin | RS-W-01 | $149.00 | 4 | $0.00 | $596.00 |
| Black Resin | RS-B-01 | $149.00 | 4 | $0.00 | $596.00 |
| Form 1+ Complete Package w/ Clear Resin | F1-P-PKG-C | | | | |
| *Form 1+ 3D Printer* | | | | | |
| Form 1+ 3D Printer | | $3,000.00 | 1 | $0.00 | $3,000.00 |
| *Form Finish Kit* | | | | | |
| Form Finish Kit | | $150.00 | 1 | $0.00 | $150.00 |
| *Clear Resin 1L* | | | | | |
| Clear Resin | | $149.00 | 1 | $0.00 | $149.00 |
| Resin Tank | RT-02 | $59.00 | 12 | $0.00 | $708.00 |
| Grey Resin | RS-OPGR-02 | $149.00 | 4 | $0.00 | $596.00 |
| Castable Resin | RS-CABL-01 | $149.00 | 4 | $0.00 | $596.00 |
| Clear Resin | RS-GPCL-02 | $149.00 | 3 | $0.00 | $447.00 |
| Flexible Resin | RS-FLGR-01 | $99.00 | 4 | $0.00 | $396.00 |
| Formlabs Pro Service Plan | SVC-PP-01 | $499.00 | 1 | $0.00 | $499.00 |

| | |
|---|---|
| Subtotal: | $7,733.00 |
| Discount (Techshop Discount): | -$1,382.35 |
| Shipping & Handling: | $125.91 |
| Grand Total: | $6,476.56 |


**BANC OF CALIFORNIA**

<u>EXHIBIT "A" FOR AGREEMENT NO.:</u> ▓▓▓▓▓-6457

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number: ▓▓▓▓▓-6457

| | |
|---|---|
| Vendor Name: | KAESER COMPRESSORS, INC. |
| Street Address: | 46771 Fremont Blvd |
| City, State and Zip: | Fremont, CA 94538 |
| Vendor Phone: | 510-770-0200 |
| Vendor Invoice Number: | 910 839995 |

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| 1 | SM 10 125 psi SCB TriVolt. US | 1772 |
| 1 | Filtered Separator KFS-60 | |
| 1 | KCF-25 Condensate Treatment System | 4587 |
| 1 | Condensate Manifold Compact | 1513 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: Techshop, Inc. and Techshop Detroit LLC, as co-borrowers, jointly and severally responsible

By: _Mark Hatch_
Mark R. Hatch, CEO of Techshop, Inc
By: _Mark Hatch_
Mark R. Hatch, Member of Techshop Detroit LLC
Date: _Aug 7, 2017_

Page 1 of 3

 **BANC OF CALIFORNIA**

### EXHIBIT "A" FOR AGREEMENT NO.: ████████ 6457

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number: ████████ 6457

| | |
|---|---|
| Vendor Name: | LAGUNA TOOLS, INC. |
| Street Address: | 2072 Alton Pkwy |
| City, State and Zip: | Irvine, CA 92606 |
| Vendor Phone: | 949-474-1200 |
| Vendor Invoice Number: | 96348 |

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| 1 | 8" Parallelogram Joint ShearTec II | |
| 1 | 16" Planer ShearTec II | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower:   Techshop, Inc. and Techshop Detroit LLC, as co-borrowers, jointly and severally responsible

By: _____
Mark R. Hatch, CEO of Techshop, Inc.
By: _____
Mark R. Hatch, Member of Techshop Detroit LLC
Date: Aug 7, 2015

Page 2 of 3

Case: 18-50398    Doc# 124    Filed: 06/14/18    Entered: 06/14/18 14:02:34    Page 12 of 29


BANC OF
CALIFORNIA

EXHIBIT "A" FOR AGREEMENT NO.: ████-6457

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number: ████-6457

Vendor Name:          Edwards Manufacturing Company of Albert Lea
Street Address:       1107 Sykes St
City, State and Zip:  Albert Lea, MN 56007
Vendor Phone:         507-373-8206
Vendor Invoice Number:

| Qty. | Equipment Description | Serial Number |
|------|----------------------|---------------|
| 1 | 55 Ton Ironworker – 3 phase, 230 volt | 0803015IW55 |
| 1 | Punch and Die Starter Set | |
| 1 | Gauge Table Kit | |
| 1 | Brake – 10" w/4-way Die | |
| 2 | Accessory LED Light | |
| 1 | Coper/Notcher 55T | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower:   Techshop, Inc and Techshop Detroit LLC, as co-borrowers, jointly and severally responsible

By: _____
Mark R. Hatch, CEO of Techshop Inc
By: _____
Mark R. Hatch, Member of Techshop Detroit LLC
Date: _____9/21/2015_____

3 of 3

# INVOICE

| | |
|---|---|
| Date | 9/9/2015 |
| Invoice # | 96368 |

## Laguna Tools Inc.

2072 Alton Parkway
Irvine, CA 92606
800-332-4094
Tax ID# 93-1083116

Sold To:
Techshop, Inc.
405 El Camino Real, Box #606
Menlo Park CA 94025

Ship To:
Techshop Detroit, LLC
800 Republic Drive
Allen Park MI 48101

**Terms: 100% Pre-funding**

| Qty | Description | Total Price |
|---|---|---|
| 1 | 8" Parallelogram Jointer ShearTec II | $2,399.20 |
| 1 | 16" Planer ShearTecII | $2,399.20 |
| | Subtotal | $4,798.40 |
| | Subtotal | $4,798.40 |
| | Shipping | $763.38 |
| | Subtotal | $5,561.78 |
| | Less deposit ck#1079 | ($2,780.89) |

*Need copy of ck*

| | |
|---|---|
| **Total** | $2,780.89 |


| | |
|---|---|
| Date of Invoice | 08/27/2015 |
| PO number | TSCO-20150730-10 |
| PO date | 07/30/2015 |
| KAESER order number | 10591800 |
| Invoice recipient no. | 1135296 |
| Entered by | Mary Martin |
| Sales contact | Lang, SFO, US |

TechShop
300 S 2nd St
San Jose CA 95113

**Go Paperless! Sign up for e-delivery**
Please send recipient name, email
address and phone number to
accountsreceivable.us@kaeser.com

TechShop Detroit, LLC
300 S 2nd St
San Jose CA 95113
800 Republic Drive
Allen Park MI 48101

Ship Date    08/27/2015
Delivery(Incoterms2010)    FCA US Shipping Point    8001312060
Carrier    Old Dominion Freight

Ship via: Old Dominion, prepaid
PRO#01005920564

| Item | Material | Qty | UM | Price | Value |
|---|---|---|---|---|---|
| 10 | SM 10 125 psi SCB TriVolt. US | 100755.1 | 1.000 | PC | 8,012.00 | 8,012.00 |
| | 1 service manuals included with each, English | | | | | |
| | Serial no: ( 1772 ) | | | | | |
| | Model | SM 10 | | | | |
| | Electrical connection | 208/230/460V / 3 / 60Hz | | | | |
| | Max. work.press. (g) [psi] | 125.0 psi | | | | |
| | Control version | Sigma Control Basic | | | | |
| | Wired 208V | | | | | |
| 20 | Filtered Separator KFS-60 | USKFS60BF | 1.000 | PC | 353.00 | 353.00 |
| 30 | KCF-25 Condensate Treatment System | ANKCF25 | 1.000 | PC | 342.00 | 342.00 |
| | Serial no: ( 4587 ) | | | | | |

Invoiced goods remain the property of Kaeser Compressors, Inc. until payment is received. No returns without authorization. Approved returns must be shipped pre-paid and are subject to restocking charges up to 25%. Past due accounts subject to 1 1/2% interest monthly.

Kaeser Compressors, Inc., P.O.Box 946, Fredericksburg, VA 22404, Phone: (540)-898-5500 Fax: (540)-898-5520 www.kaeser.com
A Company with Certified Quality and Environmental Management Systems ISO 9001-2008 and 14001-2004



| | | | | | |
|---|---|---|---|---|---|
| 40 | Condensate Manifold Compact | ANKCD02 | 1.000 | PC | 310.00 | 310.00 |
| | Serial no: ( 1513 ) | | | | | |
| 50 | Shipping and Handling | US05-FREIGHT | 1.000 | PC | 150.00 | 150.00 |
| | **TOTAL PRICE** | | | | | **9,167.00** |
| | Sales tax | | 6.00 % | | | 550.02 |

**Payment terms:**
Up to 08/27/2015

**Terms & Conditions**

This invoice is effective and expressly conditional on Buyer's assent to all terms and conditions incorporated in this invoice that are additional to or different from those stated in Buyer's purchase order or other documents. Buyer's assent to this provision will be manifested by ordering, paying for, or receiving any portion of the goods designated herein. Sellers terms and conditions are available on request, and at www.kaeser.com/terms.

Invoiced goods remain the property of Kaeser Compressors, Inc. until payment is received. No returns without authorization. Approved returns must be shipped pre-paid and are subject to restocking charges up to 25%. Past due accounts subject to 1 1/2% interest monthly.

Kaeser Compressors, Inc., P.O.Box 946, Fredericksburg, VA 22404, Phone: (540)-898-5500 Fax: (540)-898-5520 www.kaeser.com
A Company with Certified Quality and Environmental Management Systems ISO 9001-2008 and 14001-2004



# INVOICE

Sold to:
Tech Shop
300 South 2nd. Street

San Jose CA 95113

Ship to:
Tech Shop Detroit
900 Republic Drive

Allen Park MI 48101-3525

| Order # | Ship # | Lot | Ship Via | FOB | COL/PPO | Invoice # |
|---|---|---|---|---|---|---|
| 370 | 399 | 01 | YRC FRT | | Prepaid | 80218 |
| Order Date | Ship Date | | Cust # | Purchase Order # | Job # | SLS | Date |
| 8/17/2015 | 8/25/2015 | | TECSH | TSCO-20150730-09 | | 999 | 8/25/2015 |

| LINE ITEM# | ITEM NUMBER DESCRIPTION | UOM PRICES | QTY'S ORDERED | SHIPPED PER UNIT | BACKORDERED EXTENDED | NET |
|---|---|---|---|---|---|---|
| 1 | IW55-3PZ30-AC506 | EA | 1 | 1 10,246.00 | 0 10,246.00 | 7,684.50 |
| | 55T Ironworker - 3ph, 230V, Ac | | | Disc: 25.00 | | |
| | Serial Numbers: 08030151W55 | | | | | |
| 2 | AC1000 | EA | 2 | 2 80.00 | 0 160.00 | 120.00 |
| | Accessory LED Light | | | Disc: 25.00 | | |
| 3 | AC1014 | EA | 1 | 1 1,015.00 | 0 1,015.00 | 761.25 |
| | Coper/Notcher 55T | | | Disc: 25.00 | | |
| 4 | PD1000 | EA | 1 | 1 303.00 | 0 303.00 | 227.25 |
| | Punch and Die Starter Set | | | Disc: 25.00 | | |
| 5 | AC0900 | EA | 1 | 1 190.00 | 0 190.00 | 142.50 |
| | Gauging Table Kit | | | Disc: 25.00 | | |
| 6 | AC1051 | EA | 1 | 1 1,062.00 | 0 1,062.00 | 796.50 |
| | Brake - 10" w/4-way Die | | | Disc: 25.00 | | |

Sales Amount 9,732.00
Misc. Charges .00
Freight 375.00
Sales Tax .00

NET 30
TERMS

INVOICE TOTAL $10,107.00

Edwards Manufacturing Company    P.O. Box 166    1107 Sykes Street    Albert Lea, MN 56007    800-373-8206

Case: 18-50398    Doc# 124    Filed: 06/14/18    Entered: 06/14/18 14:02:34    Page 17 of 29

The serial number for the 55 ton irons worker is 0803015IW55.

 BANC OF
CALIFORNIA

<u>EXHIBIT "A" FOR AGREEMENT NO.</u> ███████5202

The following described equipment is being financed under the terms and conditions agreed to on Equipment
Finance Agreement Number: ███████-5202

Vendor Name:              Formlabs, Inc.
Street Address:           35 Medford St., Ste. 201
City, State and Zip:      Somerville, MA 02143
Vendor Phone:             617-702-8476
Vendor Invoice Number:    1G0011778

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| | All Equipment Listed on Invoice # 100011778 Dated August 13, 2015. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible

By: _____
Mark R. Hatch, CEO of Techshop, Inc.

By: _____
Mark R. Hatch, Member of Techshop San Jose LLC

Date:   9/21/2015

Page 1 of 4

Case: 18-50398    Doc# 124    Filed: 06/14/18    Entered: 06/14/18 14:02:34    Page 19 of
29

 **BANC OF CALIFORNIA**

## EXHIBIT "A" FOR AGREEMENT NO.: ████ 5202

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number: ████-5202

| | |
|---|---|
| Vendor Name: | Rio Grande |
| Street Address: | 7500 Bluewater Road N.W. |
| City, State and Zip: | Albuquerque, NM 87121 |
| Vendor Phone: | 800-545-6566 |
| Vendor Invoice Number: | ~~20006324~~ 91165595 |

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| 1 | Casting Machine, J2R Series IV CE MDL | |
| 1 | KIT, J2R Series IV Start Up , 220V | J2RCCS40360 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible

By: _Mark Hatch_

Mark R. Hatch, CEO of Techshop, Inc.

By: _Mark Hatch_

Mark R. Hatch, Member of Techshop San Jose LLC

Date: _8/7/15_

Case: 18-50398    Doc# 124    Filed: 06/14/18    Entered: 06/14/18 14:02:34    Page 20 of 29

**BANC OF CALIFORNIA** **EXHIBIT "A" FOR AGREEMENT NO.:** ████████ **5202**

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number ████████-5202

| | |
|---|---|
| Vendor Name: | Other Machine Company |
| Street Address: | 3101 20th Street |
| City, State and Zip: | San Francisco, CA 94110 |
| Vendor Phone: | 415-5800-CNC |
| Vendor Invoice Number: | 150501TEC |

| Qty. | Equipment Description | Serial Number |
|---|---|---|
| 2 | Othermill | |
| 2 | Othermill Accessories | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible

By: _Mark Hatch_
Mark R. Hatch, CEO of Techshop, Inc.

By: _Mark Hatch_
Mark R. Hatch, Member of Techshop San Jose LLC

Date: ___8/7/15___

 **BANC OF CALIFORNIA**

<u>EXHIBIT "A" FOR AGREEMENT NO.: ▓▓▓-5202</u>

The following described equipment is being financed under the terms and conditions agreed to on Equipment Finance Agreement Number: ▓▓▓-5202

Vendor Name: Kaeser Compressors
Street Address: 46771 Fremont Blvd.
City, State and Zip: Fremont, CA 94538
Vendor Phone: 510-770-0200
Vendor Invoice Number: 910 839989

| Qty. | Equipment Description | Serial Number |
|------|----------------------|---------------|
| 1 | Kaeser Screw Compressor Model SM 10 (air cooled) 125 psi SCB TriVolt US | |
| 1 | Filtered Separator KFS-60 | |
| 1 | KCF-25 Condensate Treatment System | |
| 1 | Condensate Manifold Compact | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A COPY OF THIS AGREEMENT WITH SIGNATURE SHALL BE CONSIDERED AN ORIGINAL.

This Exhibit "A" is hereby verified as correct by the undersigned Borrower.

Borrower: Techshop, Inc. and Techshop San Jose LLC, as co-borrowers, jointly and severally responsible

By: *[signature]*
Mark R. Hatch, CEO of Techshop, Inc.

By: *[signature]*
Mark R. Hatch, Member of Techshop San Jose LLC

Date: Aug 7, 2015

# **form**labs

Formlabs Inc
35 Medford St
Ste 1
Somerville, MA
02143

## Invoice

| | |
|---|---|
| Order Number: | Invoice Number: 19017.74 |
| Order Date: Aug 3, 2015 | Invoice Date: Aug 13, 2015 |

| Sold To | Ship To |
|---|---|
| Techshop, Inc | Techshop San Jose |
| 405 El Camino Real Box#606 | 300 South 2nd Street San Jose, |
| Menlo Park, | California, 95113 |
| California, 94025 | United States |
| United States | T: 925-406-4774 |
| T: 925-406-4774 | |

| Payment Method | Shipping Method |
|---|---|
| Net 0 | Shipping Option(s) - FEDEX Ground Delivery |
| Due Date: Aug 13, 2015 | |
| Purchase Order Number: TSCO-20150730-01 | (Total Shipping Charges $130.68) |

| Item Name | SKU | Price | Qty | Tax | Amount |
|---|---|---|---|---|---|
| White Resin | RS-W-01 | $149.00 | 4 | $39.16 | $596.00 |
| Black Resin | RS-B-01 | $149.00 | 4 | $39.15 | $596.00 |
| Form 1+ Complete Package w/ Clear Resin | P1-P-PKG-C | | | | |
| *Form 1+ 3D Printer* | | | | | |
| Form 1+ 3D Printer | | $3,000.00 | 1 | $197.10 | $3,000.00 |
| *Form Finish Kit* | | | | | |
| Form Finish Kit | | $150.00 | 1 | $9.86 | $150.00 |
| *Clear Resin 1L* | | | | | |
| Clear Resin | | $149.00 | 1 | $9.79 | $149.00 |
| Resin Tank | RT-02 | $59.00 | 12 | $46.51 | $708.00 |
| Grey Resin | RS-GPGR-02 | $149.00 | 4 | $39.16 | $596.00 |
| Castable Resin | RS-CABL-01 | $149.00 | 4 | $39.15 | $596.00 |
| Clear Resin | RS-GPCL-02 | $149.00 | 3 | $16.67 | $447.00 |
| Flexible Resin | RS-FLGR-01 | $99.00 | 4 | $31.68 | $396.00 |
| Formlabs Pro Service Plan | SVC-PP-01 | $499.00 | 1 | $0.00 | $499.00 |

| | |
|---|---|
| Subtotal: | $7,733.00 |
| Discount (Techshop Discount): | -$1,382.35 |
| Tax: | $468.13 |
| Shipping & Handling: | $130.68 |
| Grand Total: | $6,949.46 |

| | | |
|---|---|---|
| Date of Invoice | 08/27/2015 | |
| PO number | TSCO-20150730-02 | |
| PO date | 07/30/2015 | |
| KAESER order number | 10591602 | |
| Invoice recipient no. | 1135296 | |
| | | |
| Entered by | Mary Martin | |
| Sales contact | Lang, SFO, US | |

TechShop
300 S 2nd St
San Jose CA 95113

Go Paperless! Sign up for e-delivery
Please send recipient name, email
address and phone number to
accountsreceivable.us@kaeser.com

TechShop
300 S 2nd St
San Jose CA 95113

TechShop
300 S 2nd St
San Jose CA 95113

| | | |
|---|---|---|
| Ship Date | 08/27/2015 | 8001312061 |
| Delivery(Incoterms2010) | FCA US Shipping Point | |
| Carrier | Old Dominion Freight | |

Ship via: Old Dominion, prepaid
PRO#01005920267

| Item | Description | | Quantity | | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 10 | SM 10 125 psi SCB TriVolt, US | 100765.1 | 1.000 | PC | 8,012.00 | 8,012.00 |
| | 1 service manuals included with each, English | | | | | |
| | Serial no: ( 1771 ) | | | | | |
| | Model | SM 10 | | | | |
| | Electrical connection | 208/230/460V / 3 / 60Hz | | | | |
| | Max. work.press. (g) [psi] | 125.0 psi | | | | |
| | Control version | Sigma Control Basic | | | | |
| | Wired 208V | | | | | |
| 20 | Filtered Separator KFS-60 | USKFS60BF | 1.000 | PC | 353.00 | 353.00 |
| 30 | KCF-25 Condensate Treatment System | ANKCF25 | 1.000 | PC | 342.00 | 342.00 |
| | Serial no: ( 4575 ) | | | | | |

Invoiced goods remain the property of Kaeser Compressors, Inc. until payment is received. No returns without authorization.
Approved returns must be shipped pre-paid and are subject to restocking charges up to 25%. Past due accounts subject to 1 1/2%
interest monthly.

Kaeser Compressors, Inc., P.O.Box 946, Fredericksburg, VA 22404, Phone: (540)-898-5500 Fax: (540)-898-5520 www.kaeser.com
A Company with Certified Quality and Environmental Management Systems ISO 9001-2008 and 14001-2004



| 40 | Condensate Manifold Compact Serial no: ( 1510 ) | ANKC002 | 1.000 | PC | 310.00 | 310.00 |
| 50 | Shipping and Handling | US06-FREIGHT | 1.000 | PC | 300.00 | 300.00 |
| | TOTAL PRICE Sales tax | | 8.75 % | | | 9,317.00 815.25 |

Santa Clara

Up to 08/27/2015

This invoice is effective and expressly conditional on Buyer's assent to all terms and conditions incorporated in this invoice that are additional to or different from those stated in Buyer's purchase order or other documents. Buyer's assent to this provision will be manifested by ordering, paying for, or receiving any portion of the goods designated herein. Sellers terms and conditions are available on request, and at www.kaeser.com/terms.

Invoiced goods remain the property of Kaeser Compressors, Inc. until payment is received. No returns without authorization. Approved returns must be shipped pre-paid and are subject to restocking charges up to 25%. Past due accounts subject to 1 1/2% interest monthly.

Kaeser Compressors, Inc., P.O.Box 946, Fredericksburg, VA 22404, Phone: (540)-898-5500 Fax: (540)-898-5520 www.kaeser.com A Company with Certified Quality and Environmental Management Systems ISO 9001-2008 and 14001-2004

INVOICE



Hello, , Thank you for your order!
Do you follow The Studio, Rio's blog?
Join fellow jewelers at riograndeblog.com



Orders & Customer Service: 800.545.6566
Email: info@riogrande.com

Market Price  Silver: $15.33  Gold: $1097.00  Platinum: $971.00  Palladium: $600.00  Federal Tax ID: 85-0164903

| Item | Description | Ordered | Shipped | Unit | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 710040CB | CASTING MACH, J2R SERIES IV CB MDL | 1.000 | 1.000 | BA | 7,150.00 | 7,150.00 |
| | Serial #: J2RCES40360 | | | | | |
| 710239220 | KIT, J2R SERIES IV START-UP, 220V | 1.000 | 1.000 | BA | 1,725.00 | 1,725.00 |

We buy gold and silver, visit www.riogrande.com/scrap.

| | |
|---|---|
| Subtotal | $8,875.00 |
| Tax | $0.00 |
| Shipping | $0.00 |
| Insurance and Handling | (Included) |

TOTAL:  $8,875.00

Please make check payable to Rio Grande and mail to:

**Rio Grande**
7500 Bluewater Rd. N.W.
Albuquerque, NM 87121

**BILL TO:**
Techshop San Jose, LLC
300 S 2nd
SAN JOSE, CA 95113 US

This address is for payments only.
Please see reverse for merchandise returns.

**Method of Payment:**
Net due in 30 days
$8,875.00  due on 09/09/2015
Please retain a copy of this
invoice. You will not receive
one with your statement.

Thank You!
Page 1 of 1

Techshop San Jose, LLC
Customer:    5100188799
Invoice#:    91165595

Sharing your passion for making jewelry. Products. Service. Know-how.

DEBIT MEMO



Hello, . Thank you for your order!
Do you follow The Studio, Rio's blog?
Join fellow jewelers at riograndeblog.com



A Berkshire Hathaway Company
www.riogrande.com
7500 Bluewater Rd. NW, Albuquerque, NM 87121
Orders & Customer Service: 800.545.6566
Email: info@riogrande.com

Market Price  Silver: $15.31  Gold: $1156.50  Platinum: $1028.00  Palladium: $610.00  Federal Tax ID: 85-0164903

| Item | Description | Ordered | Shipped | Unit | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 999SHIP | ABF Freight 91165395 | 0.000 | 1.000 | EA | 215.65 | 215.65 |

Bill To:
Techshop, INC
300 So 2nd
San Jose, CA 95113 US

| | |
|---|---|
| Subtotal | $215.65 |
| Tax | $0.00 |
| Shipping | $0.00 |
| Insurance and Handling | (Included) |
| **TOTAL:** | **$215.65** |

Turn your metal scrap into cash!
Rio accepts silver, silver-filled,
gold, gold-filled, palladium,
platinum and precious metal clay.
We never apply handling fees or
assay charges to your scrap returns,
and we pay up to 85% of the silver
value for properly sorted silver!

Method of Payment:
$215.65  due on 08/21/2015
Please retain a copy of this
invoice. You will not receive
one with your statement.

Thank You!

Page 1 of 1

Techshop San Jose, LLC
Customer:      5100188799
Debit Memo#:   50001671

Sharing your passion for making jewelry. Findings. Service. Know-how.

DEBIT MEMO



Hello, . Thank you for your order!
Do you follow The Studio, Rio's blog?
Join fellow jewelers at riograndeblog.com



Orders & Customer Service: 800.545.6566
Email: info@riogrande.com

Market Price   Silver: $14.48     Gold:$ 1119.00    Platinum: $990.00    Palladium: $548.00         Federal Tax ID: 85-0164903

| Item | Description | Ordered | Shipped | Unit | Unit Price | Ext. Price |
|------|-------------|---------|---------|------|------------|------------|
| 999SHIP | ABFFreight 91165395 | 0.000 | 1.000 | EA | 3.00 | 3.00 |

Subtotal                                       $3.00
Tax                                            $0.00
Shipping                                       $0.00
Insurance and Handling                      (included)

TOTAL:   $3.00

Turn your metal scrap into cash!
Rio accepts silver, silver-filled,
gold, gold-filled, palladium,
platinum and precious metal clay.
We never apply handling fees or
assay charges to your scrap returns,
and we pay up to 85% of the silver
value for properly sorted silver!

Method of Payment:
$3.00 due on 08/28/2015
Please retain a copy of this
invoice.You will not receive
one with your statement.

Thank You!
Page 1 of 1

Techshop San Jose, LLC
Customer:        5100183799
Debit Memo#:     50001703

Sharing your passion for making jewelry. Products. Service. Know-how.

# Invoice

Other Machine Co.
3101 20th Street
San Francisco, CA 94110
Phone: 415-5800-CNC
Fax: 415-952-9419

Date:9/10/15
Invoice #: 150910TEC

**CUSTOMER**
Techshop, Inc
300 S Second Street
San Jose, CA 95113

**SHIP TO**
Techshop San Jose, LLC
300 S Second Street
San Jose, CA 95113

Contact: Michael Catterlin

| PO Number | Payment Terms | Expected ship date | | |
|-----------|---------------|--------------------|---|---|
| | due upon receipt | 1-2 days after receipt of payment | | |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|--------|-------------|-----|-----------|-------|
| OM1001 | Othermill | 2 | $2,199 | $ 4,398.00 |
| KT1006 | Othermill Accessories | 2 | $49 | $ 98.00 |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |

| | |
|---|---|
| SUBTOTAL | $ 4,496.00 |
| 10% Disc | ($449.60) |
| Total | $ 4,046.40 |
| S&H | $ 75.00 |
| TAX 8.75% | $ 360.62 |

**Comments/Special Instructions**
Machine serial numbers TBD. Payment for 1/2 invoice was received
was received on 9/9/15 via check. The remaining amount of $2,241.01
is due prior to shipment.

Payments received: check 1191 **$ 2,241.01**
**TOTAL MOUNT DUE** **$ 2,241.01**

Diana Mitchell      9/10/15
Authorized By      Date