| | |
|---|---|
| 1 | RAFFI KHATCHADOURIAN - SBN 193165<br>**HEMAR, ROUSSO & HEALD, LLP** |
| 2 | 15910 Ventura Boulevard, 12th Floor<br>Encino, California 91436-2829 |
| 3 | (818) 501-3800 telephone<br>(818) 501-2985 facsimile |
| 4 | |
| 5 | Attorneys for Movant/Creditor,<br>HANMI BANK |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.18-50398-MEH |
| TECHSHOP, INC., | ) | CHAPTER 7 |
| | ) | R.S. No.: HRH-1 |
| Debtor. | ) | CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| | ) | Hearing:<br>Date: June 14, 2018<br>Time: 1:00 p.m.<br>Courtroom: 3020<br>Judge: Hon. M. Elaine Hammond<br>Address: 280 South First Street<br>San Jose, CA 95113 |

**TO THE CLERK OF COURT:**

Attached hereto is the Certificate of Service evidencing service of the above document upon the Debtor, its Responsible Individual, Debtor's counsel, the Chapter 7 Trustee, her counsel, and the United States Trustee herein.

Respectfully Submitted,

Dated: June 14, 2018        HEMAR, ROUSSO & HEALD, LLP

                            /s/ *Raffi Khatchadourian*
                        By:_____
                            RAFFI KHATCHADOURIAN
                            Attorneys for Movant,
                            HANMI BANK

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, LLP ("the business") 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On June 14, 2018, I served the following documents described as **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Debtor TechShop, Inc., 274 Redwood Shores Parkway, Suite 275, Redwood City, CA 94065
Debtor's counsel Matthew D. Metzger, Esq., 1777 Borel Place #314, San Mateo, CA 94402
Responsible Individual James Newton, 524 Keelson Circle, Redwood City, CA 94065
Trustee Doris A. Kaelin, P.O. Box 1582, Santa Cruz, CA 95061
Trustee's counsel Gregg S. Kleiner, Esq., 268 Bush Street #3335, San Francisco, CA 94104
Office of the U.S. Trustee / SJ, 280 S. 1st Street #268, San Jose, CA 95113-3004

XX    At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

__    I delivered such envelope(s) by hand to the offices of the addressees.

__    I caused such copies to be facsimiled to the persons set forth.

__    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX    (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 14, 2018, at Encino, California.

/s/ *Denise Pauff*
_____
DENISE PAUFF