UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re

    TECHSHOP, INC.,

    Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**CERTIFICATE OF SERVICE**

Date: June 14, 2018
Time: 10:30 a.m.
Place: 280 South First Street
       Hon. M. Elaine Hammond
       Courtroom 3020
       San Jose, CA 95113

On the date of execution hereof, at my place of business, I served copies of the following document(s):

**[proposed]**
**ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL**
**ON CONTINGENCY FEE BASIS**
**(Parrish Law Offices)**

☒ **(BY U.S. MAIL)** by placing a true copy in an envelope addressed as shown to the party(ies) below, placed appropriate postage for delivery by the United States Postal Service, via First Class United States Mail, and placed it in a United States postal mailbox:

| Jeff Porter            | Donald J. Chesarek    |
| 346 S Buena Vista Ave  | 280 Belblossom Way    |
| Gilbert, AZ  85296     | Los Gatos, CA  95932  |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2018, in San Francisco, California.

                        */s/ Gregg S. Kleiner*
                        GREGG S. KLEINER

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335, San Francisco, California 94104
Telephone No.: 415-672-5991 / Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for Doris A. Kaelin, Chapter 7 Trustee

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL ON CONTINGENCY FEE BASIS**<br>**(Parrish Law Offices)**<br><br>Date: June 14, 2018<br>Time: 10:30 a.m.<br>Place: 280 South First Street<br>       Hon. M. Elaine Hammond<br>       Courtroom 3020<br>       San Jose, CA 95113 |

On June 14, 2018, the Bankruptcy Court conducted a hearing on Trustee Doris Kaelin's application for authority to employ special counsel on a contingency fee basis [Docket 80]. The Trustee was represented by Gregg S. Kleiner. Ann Draper appeared on behalf of Dan Rasure, et al. Donald Chesarek and Jeff Porter appeared *pro se.* Upon consideration of the application, the objection to the application filed by Mr. Rasure [Docket 107], the objection to the application filed by Donald Chesarek [Docket 109], and the objection to the application filed by Jeff Porter [Docket 110], the Trustee's response to the objections [Dockets 121 – 122], the arguments of counsel and the pleadings on file, notice being adequate and proper and other good cause appearing

IT IS HEREBY ORDERED THAT:

1. For the reasons stated on the record, the objections to the application are overruled;

2. The Trustee's application to employ the Parrish Law Offices ("Law Firm") is granted pursuant to 11 USC Sections 327(e) and 328(a), *nunc pro tunc* to February 26, 2018;

3. The Trustee is authorized to enter into and perform the Engagement Agreement with the Law Firm for the purpose of pursuing alleged pre-petition infringement litigation entitled *TechShop, Inc. v. Dan Rasure, TechShop 2.0, LLC, and TechShop 2.0 San Francisco, LLC*, pending before the United States District Court, Northern District of California, Case Number 18-cv-01044 DMR, and as necessary and appropriate any amendment to the complaint ("Litigation"). A copy of the Engagement Agreement is attached to the application at Docket 80; and

4. No fees or expenses shall be allowed or paid to the Law Firm except pursuant to further Court order.

**APPROVED AS TO FORM**
DRAPER LAW OFFICES

_____
Ann Draper, Attorneys for Dan Rasure, *et al.*

*** END OF ORDER ***

*** COURT SERVICE LIST***

No Court Service Required.