**Entered on Docket
June 19, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | RAFFI KHATCHADOURIAN - SBN 193165
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436-2829
(818) 501-3800 telephone
(818) 501-2985 facsimile

The following constitutes
the order of the court. Signed June 19, 2018

*M. Elaine Hammond*
_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

Attorneys for Movant/Creditor,
HANMI BANK

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>TECHSHOP, INC.,<br><br>              Debtor. | CASE NO.18-50398-MEH<br><br>CHAPTER 7<br><br>R.S. No.: HRH-1<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>Hearing:<br>Date: June 14, 2018<br>Time: 1:00 p.m.<br>Courtroom: 3020<br>Judge: Hon. M. Elaine Hammond<br>Address: 280 South First Street<br>              San Jose, CA 95113 |

     A Motion for Relief from Stay was noticed and filed in this matter by Creditor HANMI BANK. Said Motion was heard before the Honorable M. Elaine Hammond at the above-referenced date, time and place. There was no opposition filed by Debtor or the Trustee.

     The Court, having reviewed and considered the pleadings, and good cause appearing therefore, hereby ORDERS, ADJUDGES and DECREES as follows:

     1.    With respect to the personal property Collateral identified in Exhibit "A" filed on the docket as document #124, the automatic stay pursuant to 11 U.S.C. § 362(a) is terminated effective immediately, to permit HANMI BANK and any agents, successors-in-interest and assignees to exercise its state law remedies, including but not limited to the recovery and sale of said Collateral; and

\\\

2. The 14-day stay period provided by Federal Rule of Bankruptcy 4001(a)(3) is hereby waived.

*** END OF ORDER ***

## COURT SERVICE LIST

NONE - ALL PARTIES ENTITLED TO RECEIVE NOTICE ARE REGISTERED ECF PARTICIPANTS