Entered on Docket
June 25, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed June 25, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7

**ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL ON CONTINGENCY FEE BASIS**
**(Parrish Law Offices)**

Date: June 14, 2018
Time: 10:30 a.m.
Place: 280 South First Street
Hon. M. Elaine Hammond
Courtroom 3020
San Jose, CA 95113

On June 14, 2018, the Bankruptcy Court conducted a hearing on Trustee Doris Kaelin's application for authority to employ special counsel on a contingency fee basis [Docket 80]. The Trustee was represented by Gregg S. Kleiner. Ann Draper appeared on behalf of Dan Rasure, et al. Donald Chesarek and Jeff Porter appeared *pro se*. Upon consideration of the application, the objection to the application filed by Mr. Rasure [Docket 107], the objection to the application filed by Donald Chesarek [Docket 109], and the objection to the application filed by Jeff Porter [Docket

110], the Trustee's response to the objections [Dockets 121 – 122], the arguments of counsel and the pleadings on file, notice being adequate and proper and other good cause appearing

IT IS HEREBY ORDERED THAT:

1. For the reasons stated on the record, the objections to the application are overruled;

2. The Trustee's application to employ the Parrish Law Offices ("Law Firm") is granted pursuant to 11 USC Sections 327(e) and 328(a), *nunc pro tunc* to February 26, 2018;

3. The Trustee is authorized to enter into and perform the Engagement Agreement with the Law Firm for the purpose of pursuing alleged pre-petition infringement litigation entitled *TechShop, Inc. v. Dan Rasure, TechShop 2.0, LLC, and TechShop 2.0 San Francisco, LLC*, pending before the United States District Court, Northern District of California, Case Number 18-cv-01044 DMR, and as necessary and appropriate any amendment to the complaint ("Litigation"). A copy of the Engagement Agreement is attached to the application at Docket 80; and

4. No fees or expenses shall be allowed or paid to the Law Firm except pursuant to further Court order.

**APPROVED AS TO FORM**
DRAPER LAW OFFICES

*/s/ Ann Draper*
Ann Draper, Attorneys for Dan Rasure, *et al.*

*** END OF ORDER ***

*** COURT SERVICE LIST***

No Court Service Required.