VINOD NICHANI – SB#277607
NICHANI LAW FIRM
1250 Oakmead Pkwy., #210
Sunnyvale, California 94085
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Attorney for
David Bruce Curtis and Shelley Smith Curtis, as
Trustees of the Curtis Family Revocable Trust

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 18-50398 |
| TechShop, Inc. | CHAPTER 7 |
| Debtor, | REQUEST FOR SPECIAL NOTICE |

**TO ALL INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that the firm of Vinod Nichani dba Nichani Law Firm (hereinafter collectively referred to as "Nichani"), attorney for David Bruce Curtis and Shelley Smith Curtis, as Trustees of the Curtis Family Revocable Trust, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceeding, the filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above referenced bankruptcy court.

Nichani, requests that for all purposes and for inclusion in the Master Mailing List in this case, the following address be used:

VINOD NICHANI (SBN#277607)<br>
NICHANI LAW FIRM<br>
1250 Oakmead Pkwy, Ste., 210<br>
Sunnyvale, California 94085

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core entered only after de novo review by a United States District Court Judge;

b. Right to receive service pursuant to Fed. R. Civ. P.4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Nichani's participation in the instant proceeding. This Request for Special Service shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Nichani, either expressly or impliedly through Nichani's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C.§ (b)(2)(H), and whether such jury trial right is pursuant to statue or the United States Constitution;

d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

NICHANI LAW FIRM

Dated: June 26, 2018

/s/ Vinod Nichani
Vinod Nichani, Attorney for
David Bruce Curtis and Shelley
Smith Curtis, as Trustees of the
Curtis Family Revocable Trust

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **REQUEST FOR SPECIAL NOTICE** was served on June 26, 2018. Service was accomplished by the method and to the following as indicate BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

### DEBTOR

TechShop, Inc.
c/o Matthew D. Metzger, Esq.
Belvedere Legal, PC
1777 Borel Pl #314
San Mateo, California 94402

### DEBTOR'S ATTORNEY
### (via electronic notice)

Matthew D. Metzger, Esq.
Belvedere Legal, PC
1777 Borel Pl #314
San Mateo, California 94402

### TRUSTEE
### (via electronic notice)

Doris A. Kaelin(TR)
P.O. Box 1582
Santa Cruz, California 95061

### U.S. TRUSTEE
### (via electronic notice)

United States Trustee
Office of the U.S. Trustee/SJ
280 S. 1st Street #268
San Jose, California 95113-3004

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 26, 2018, at Sunnyvale, California.

/s/ Vinod Nichani
Vinod Nichani