1  JESSICA G. MCKINLAY (282743)
   THOMAS T. HWANG (218678)
2  DORSEY & WHITNEY LLP
   305 Lytton Avenue
3  Palo Alto, CA  94301
4  Telephone: (650) 857-1717
   Facsimile:  (650) 857-1288
5  Email: mckinlay.jessica@dorsey.com
   Email: hwang.thomas@dorsey.com
6
7  Attorneys for
   LA FRONTERA VILLAGE, L.P.

**UNITED STATES BANKRUTPCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **In Re:** | Case No. **18-50398** |
| **TECHSHOP, INC.,** | **DECLARATION OF KATHY MULKERN IN SUPPORT OF LA FRONTERA VILLAGE, L.P.'s MOTION TO CONFIRM ABSENCE OF THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY** |
| Debtor. | Date: August 3, 2018<br>Time: 10:00 a.m.<br>Place: 280 South First Street, Room 3020<br>San Jose, California<br>Hon. M. Elaine Hammond |

I, Kathy Mulkern, declare:

I am the Director of Commercial Property Management for Sansone Group ("Property Manager").  As such, I manage the business operations of the shopping center known as La Frontera Village, situated in the City of Round Rock, Texas, for La Frontera Village, L.P. ("La Frontera"), and am authorized to make this declaration on its behalf.  I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief and as to those

1

DECLARATION OF KATHY MULKERN IN SUPPORT OF LA FRONTERA VILLAGE, L.P.'s MOTION TO CONFIRM ABSENCE OF THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY

Case: 18-50398    Doc# 132-1    Filed: 07/20/18    Entered: 07/20/18 12:17:59    Page 1 of 3

matters I believe them to be true. If called upon to testify, I could and would competently testify to the following:

1. La Frontera is the ground tenant of the shopping center known as La Frontera Village (the "Shopping Center") located at Unit No. 120 Sundance Parkway, in the City of Round Rock, Texas.

2. Pursuant to that certain Lease dated June 19, 2012 (the "Lease"), La Frontera leased to TechShop Austin, LLC ("TechShop Austin") approximately 21,530 square feet of space, known as Suites 300 & 350 (the "Premises") in the Shopping Center. A copy of the Lease is attached hereto as Exhibit A.

3. TechShop Austin, LLC is the tenant identified in the Lease. TechShop, Inc. (the "Debtor") is not a party to the Lease.

4. The Lease expired according to its terms on October 31, 2017. Despite the Lease expiration, TechShop Austin has failed to vacate the Premises, by leaving behind various equipment, furniture and other personal property, which property remains on the Premises (the "Abandoned Property"). La Frontera believes that virtually all of the Abandoned Property is the property of TechShop Austin, and not the property of Debtor. On behalf of La Fronterra, Property Manager has prepared an inventory of the Abandoned Property, which inventory is attached hereto as Exhibit B.

5. In addition to the Abandoned Property, there are lockers in the Premises which, upon information and belief, contain items stored by TechShop Austin's customers ("Customer Property"). Property Manager has been contacted by individuals alleging to be customers of TechShop Austin and seeking to recover their property from the lockers.

6. On January 3, 2018, counsel for La Frontera sent a letter to TechShop Austin (the "60 Day Notice") notifying it of La Frontera's intent to dispose of the Abandoned Property and giving TechShop Austin 60 days to claim and remove its property. A copy of the 60 Day Notice is attached hereto as Exhibit C. The 60-day notice period expired on March 4, 2018, six days after Debtor filed its chapter 7 petition.

2

DECLARATION OF KATHY MULKERN IN SUPPORT
OF LA FRONTERA VILLAGE, L.P.'s MOTION TO CONFIRM ABSENCE OF THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY

Case: 18-50398    Doc# 132-1    Filed: 07/20/18    Entered: 07/20/18 12:17:59    Page 2 of 3

7. Neither Property Manager nor La Frontera have received information or documentation indicating that Debtor or its estate has any rights under the Lease or any rights to or interest in the Premises or in any of the property remaining at the Premises, including the Abandoned Property and the Customer Property. Therefore, La Frontera does not believe that any such property constitutes property of the Debtor's estate.

8. Having failed to remove its property from the Premises, TechShop Austin is now in holdover. La Frontera, however, has not received any payments for holdover rent as required by Section XXIII.G of the Lease, yet it has been required to maintain the Premises and is unable to re-lease them while the Abandoned Property and Customer Property remains, without assurance from the Bankruptcy Court that it may proceed. Meanwhile, the Abandoned Property and the Customer Property are abandoned with no protection, depreciating in value while the proper owners of such property are precluded from recovery. I am informed and believe that La Frontera risks being criticized, or even threatened with legal action, for failing to dispose of and/or return the Customer Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and if called upon to do so I could and would so testify.

Executed this 18 day of July, 2018.

Kathy Mulkern

3

DECLARATION OF KATHY MULKERN IN SUPPORT OF LA FRONTERA VILLAGE, L.P.'s MOTION TO CONFIRM ABSENCE OF THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY