**EXHIBIT B**

**INVENTORY**

5

DECLARATION OF KATHY MULKERN IN SUPPORT
OF LA FRONTERA VILLAGE, L.P.'s MOTION TO CONFIRM ABSENCE OF THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY

Case: 18-50398    Doc# 132-3    Filed: 07/20/18    Entered: 07/20/18 12:17:59    Page 1 of 9

| Manufacter's Brand | Description | Serial # |
|---|---|---|
| Beverly Shear | Beverly Shear | B1/12 |
| Birmingham | Birmingham - Electric Slip Roll | n/a (no photo) |
| Canon | Canon IFP 650 printer | n/a (no serial #) |
| Caterpillar | Cat Forklift | 5DB 1251 |
| Central Machinery | Central Machinery - 20 ton shop press | 371951629 |
| Central Machinery | Central Machinery Shop Fan | 358931650 |
| Central Machinery | Central Machinery 20 Ton shop press | n/a (no serial #) |
| Chicago Electric | Chicago Power Coat | 46300 |
| CP Tools Inc. | Birmpashham Sheet Metal Cutter | 12973 |
| Eaton Compressor | Polar Air Compressor | n/a (no serial #) |
| Edwards Mfg. Company | Edwards Mfg Co Steel Punch Notch Angles | 69175512A |
| Edwards Mfg. Company | Edwards 10 ton Bender | TB010412 |
| Flow International | Flow waterjet Mach 2 | 120203 |
| Flow International | Flow Sand Blaster | 311679 |
| Formech | Formech 500mm strip heater | 2631 |
| Formech | Formech 686 | 1003 |
| Grizzly Industrial, Inc. | Grizzly Knife Blade Sander | 1478YB |
| Grizzly Industrial, Inc. | Grizzly Tool Grinder | WDGR023 |
| Handi Quilter, Inc. | Handi Quiler Sewing Machine | HA043123310 |
| Hitachi | Hitach Miter Saw | |
| Hobart | Hobart Charger | 4830505554 |
| Ingersoll Rand | Ingersoll Rand Air Compressor | CBV269470 |
| JET | Horizontal Band Saw | 1203327 |
| JET | Jet Hand Notcher | 12030029 |
| JET | Jet Portable Shear | 11110421 |
| JET | Jet Arbor Press | 130626002 |
| JET | Jet 45" English Wheel | 12060044 |
| JET | Jet Vertical Band Saw | 12011702 |
| JET | Jet Hand Brake | 13100177 |
| JET | Jet Drill Press | 12063543 |
| JET | Jet Rotary Machine | 2011/03005 |
| JET | Jet Cold Saw | n/a (no serial #) |
| JET | Jet 24" Planish Hammer | 12050060 |
| JET | Jet 10" Bench Grinder | 12020071 |
| JET | Jet 10" Bench Grinder | 12020003 |
| JET | Jet 20" Disk Grinder | 11070128 |
| JET | Jet Turret Millings Machine | JT4664 |
| JET | Jet Turret Millings Machine | 1202W2010W |
| JET | Jet geared head engine lathe | 1202… |
| JET | Jet Wet Sharpener | 10110336 |
| JET | Jet Mortise Machine | 503551 |
| JET | Jet Drum Sander | 12069283 |
| JET | Jet Bandsaw | 12011162 |
| JET | Jet Air Filtration System | n/a |
| JET | Jet Air Filtration System | n/a |

| | | |
|---|---|---|
| JET | Jet Belt / Disc Sander | 12040796 |
| JET | Dust Collector | 12050803 |
| JET | Grinder | 12020004 |
| Kaeser | Kaeser Rotary Screw Compressor | 1773 |
| Laguna | Laguna Router Table | 120978 |
| Laguna | Laguna Planter | n/a (no serial #) |
| Lincoln Electric | Lincoln Mig Welder | M3120801708 |
| Lincoln Electric | Lincoln Tig Welder | U1120900653 |
| Lincoln Electric | Lincoln Mig Welder | M3120801709 |
| Lincoln Electric | Lincoln Mig Welder | U1120806764 |
| Lincoln Electric | Lincoln Electric Vac | n/a (no serial #) |
| Lincoln Electric | Lincoln Tomahawk 625 | n/a (no serial #)  Code # 11580 |
| Lincoln Electric | Lincoln Electric Vac | n/a (no serial #) |
| Morgan-Press | Morgan Press | n/a (no serial #) Code G100T |
| n/a | Shop fan | 3087-221 |
| n/a | Paint Box | n/a (no serial #) |
| n/a | Paint Oven | n/a (no serial #) |
| n/a | Cabinet with 18 laptops | |
| Neutec | Neutec Vacuum | N19-098 |
| Oneida | Oneida Air System | n/a |
| Powermatic | Powermatic Drill Press | 14030922 |
| Powermatic | Powermatic Plywood Saw | n/a |
| SawStop | Saw Stop Table Saw and Routor | n/a (no serial #) |
| Shop Bot | Shop Bot | n/a (no serial #) |
| Shop Bot | Shop Bot Desktop | 007S11B6W2160002 |
| Shop Bot | Shop Box | n/a |
| Skat Blast | Skat Blast Sand Blaster | n/a (no serial #) |
| Tin Knocker | Tin Knocker - Hand Turret Punch | 4/12/2002 |
| Tormach | Tormach Personal CNC 1100 | 2328 |
| Tormach | Tormach Motorized Rotary Table | 3732 |
| Tormach | Tormach Mini Lathe | n/a (no serial #) |
| Trotec | Trotec Laser 1 | 0A201D83C59 |
| Trotec | Trotec Laser 2 | n/a |
| Trotec | Trotec Laser  3 | n/a |
| US Cutter | US Cutter | n/a (no serial #) |
| Vesta | Vesta Heat Press | 27005 |
| Wen | Wen Grinder | GLT1609AW10550 |
| Wine Enthusiast | Wine Fridge | 70801001725 |

**Miscellaneous Items**

KitchenAid microwave oven
Bunn Coffee Maker, coffee, filters
Kettle Style Popcorn Maker

Black Refrigerator
Coca Cola Soda Vending Machine
Black Lounge Chair
Black Sofa
Sunter Tower Fan/Heater
Metal  Table, 3 white chairs, 1 with a broken seat
Kitchen area/break room sink, coffee mugs, 2 coffee dispensers
Kitchen area/break room
Textiles Table, 2 metal stools
Wooden Table
Industrial Clamp
Textiles Working Area, wooden table, hammers, hand saws, clamps, 18
Textiles Working Area, shelf with 14 bin organizers, wrenches, 3 rolls of
Power Switch
Blue parts holder
2 white, metal stools
2 black TechShop metal stools
1 Black Tower Fan/Heater
1 White Tower Fan/Heater
Large Wooden Table, 12 storage organizers
1 White Heat Press
1 Sewing Table with working lamp, sewing machine
1 Juki Sewing Table with working lamp, sewing machine
1 Janome Sewing Machine
1 Janome Sewing Machine
1 Juki Sewing Table with working lamp, sewing machine
1 Janome Sewing Machine
HP Computer, Monitor, Keyboard
1 black metal stand
1 red, metal rolling cart with cleaning solution bottles
1 black, metal storage unit with cardboard trash
1 black, metal storage unit, 1 black wall organizer, 3 red earmuffs
1 metal storage unit, wood shelf, trash debris
1 metal storage unit
1 metal storage unit, small parts, wheel axle, red vinyl, Harvey Tool
1 wall metal storage unit
1 metal platform truck
2 mounted Sony flat screens
Workstation, computer, monitor, desk, chair (IMG_0442 flat screens)
1 two-door cabinet
1 gray fabric sofa
1 gray fabric sectional
1 black Adirondack chair
1 small white table with 3 matching chairs
1 metal cart
1 mesh office chair, 1 small file cabinet, 1 wall clock

Workstation including white desk, office chair, HP monitor, 12 misc.
1 whiteboard
Workstation including white desk, office chair, HP monitor, 1 misc. box,
1 gray file cabinet, 1 white file cabinet, 1 mesh wastebasket, 1 hanging
TechShop slat grid display stand, includes priced flash drives, SD Cards,
Techshop display stand, includes 18 filament rolls
1 HP Printer/Scanner
1 Samsung computer, keyboard, mouse
1 HP computer drive
Storage area includes 1 file cabinet, 1 black safe box, 1 ladder, 7 misc.
Storage area includes leveler, 1 vacuum, 2 brooms, misc. organizers,
Storage area includes screen printing materials, electronic materials,
Storage area includes cardboard boxes, tool boxes, work boots, human
Toolbox includes fabric samples and rolls
Workstation includes metal stand, 2 paint cans, time clock machine, time
12 rolls of colored vinyl, 1 wooden stool
Workstation includes shelves with cardboard, colored vinyl
1 Lasko Fan
1 HP Printer
1 Digital Scale, 1 Zebra Laminator, 1 Cordless Telephone
1 Danby Refrigerator, 1 display for soda prices
Workstation area includes 2 monitors, computer, barcode scanner
Workstation area includes Allworx office phone, iPad holder
Workstation area includes office chair, monitor, keyboard, cordless
Workstation area
1 pedestal fan
1 ShopVac, 1 garbage bin
1 floor fan
1 black Kobalt tool chest
1 silver Kobalt tool chest
1 black Kobalt tool box
1 black Kobalt tool cart (Machine Shop Instructor Cart)
1 black Kobalt tool box, 1 small blue box, 1 small wooden box, various
1 Kobalt tool cart (Milling Machine Use Only)
1 large metal work table, 1 TechShop stool
tools, duct tape, 2 metal trays, yellow wheel
Wall mounted compressed air and hose
Workstation includes monitor, computer, keyboard, desk
Wooden box, insulated for a small machine
Workstation includes, monitor, computer, keyboard, desk, chair
2 wooden tables
Workstation includes, monitor, computer, keyboard, desk, chair
1 ShopVac
2 HP Monitors, 2 HP Computers
Workstation includes monitor, computer, keyboard, desk
Workstation includes monitor, computer, keyboard, desk

1 HP computer drive only (Design-01)
Workstation includes 4 Monitors with computers, keyboards
2 HP computer drives (Design-19) (Design-10)
Workstation includes 3 Monitors with computers, keyboards
1 HP computer drive only (Design-23)
Workstation includes monitor, computer, keyboard, desk
2 HP computer drives (Design-17) (Design-)
Workstation includes 4 Monitors with computers, keyboards
1 HP computer drive only (Design-21)
1 wall mounted plasma screen, 5 monitoring machines, 1 magnifying
1 large white board, 1 black chair, 1 red box
Workstation includes wooden table, 2 magnifying glasses, 4 soldering
Workstation includes metal table, gray stool, 5 monitoring machines, 1
1 silver tripod
Workstation includes metal table, black chair, monitor, and HP computer
Workstation includes keyboard and 2 small, black adapters
1 X-Tronic soldering iron
1 AmScope Magnifying lens
1 Pace power supply
1 Dremel 400 rotary tool
1 PowerBright power supply, 1 Betal Reflow Control
2 HP computers on metal stand
Wall shelf with 11 racks of wire/ribbon
1 Kobalt two door cabinet
Metal wall shelves, misc. scraps
Metal wall shelves, cardboard scraps
Metal wall shelves
Metal wall shelves, wood scraps, small paints
Metal wall shelves
Metal wall shelves, wooden angle rulers
Metal wall shelves, includes 1 cardboard box, 1 plastic box, 1 red cart
Metal wall shelves, includes 1 cardboard box, 1 plastic box, 1 red cart
1 gray box with 3 rolls of paper
Metal wall shelves
Metal wall shelves
Metal wall shelves, wood scraps
1 HP printer, 1 wooden stand
Wall mounted compressed air and hose
Wall mounted shelf, large clamps
1 metal paint roller
1 hanging wall basket with 4 drill bits
1 Lasko pedestal fan
1 metal roller
Workspace, wood table with 2 sanders
Workspace, wood table with power source for 2 sanders
1 black floor fan

Workspace with wood cart, monitor, keyboard
Wall mounted black air compressor and hose
1 gray Kobalt two door cabinet
Wood & metal shelving (Wood Scrap), 4 large Tupperware containers
1 HP MF Printer
1 HP Printer
Wood & metal shelving (Electronics Scrap)
Metal wall shelves, misc. wood scraps
1 ShopVac, 1 black shelf with trash bags, misc. cleaning solutions, 3 hand
2 tool carts (DC Only Cart)
Workstation, wood table, 1 black file cabinet, 1 gray file cabinet, 1 tool
Monitor, keyboard
Workstation, red metal signs, 1 blue/wood table
1 black shelf (Tools), contents include black fan, drill bits, digital
1 small 2-step ladder , 1 sanding machine
1 black shelf, misc. boxes, work gloves, die bit box
1 black shelf, 2 welding helmets, work gloves, 1 blue box, misc. cardboard
1 Chicago Electric Welding machine
1 black shelf, 4 banker boxes, magnifying glasses, straps, tape measures,
1 black shelf, 5 banker boxes, misc. cardboard boxes
Workstation, includes peg board with paint rollers, scrapers, 1 Kobalt tool
1 red ladder
metal saw horses, 1 Red mechanics creeper
1 metal jack stand
1 metal shelf, 1 metal ladder
metal shelves
1 dolly, 1 silver frame
1 dolly, 1 wooden box, 1 black hose
3 metal work saw horses
1 metal shelf, 1 metal ladder
Workstation area with pegboard, wrenches, hand saws, rulers, pliers, 8
Cleaning area, sink, brooms, pans, paper towel dispenser, soap dispenser,
1 Jet saw, 1 metal platform cart
1 red pump (Thing 2) on platfom cart
1 Cent-Tech battery charger
1 Kobalt tool cart (Instructors and DCs only)
1 Kobalt tool cart, scrap wood
1 Kobalt tool cart
1 yellow table clamp
1 blue table clamp
1 blue table clamp
1 orange platform cart
1 ShopVac, 1 wood box
1 broom, 1 magnetic sweeper
1 metal table, 1 wastebasket
1 metal table

1 metal table (Bad Chuck)
Workspace area, contains 4 welding helmets, welding aprons, 3 ear
1 metal table, 1 metal stool
1 blue ladder, dust pan, 2 metal stools, 2 chemical tanks, 1 generator
1 metal pegboard, contains clamps, misc., machine with lamp
2 metal stools, 1 red dolly, 1 Precision compressor
1 metal shelf
1 metal table, 1 metal stool
Wall mounted red air compressor hose
1 electric cord reel
Workstation area, contains 2 Kobalt tool boxes, 1 Formec Vac Former
1 Kobalt tool cabinet, 2 red bin organizers
Storage area shelves, contains rubber hoses, tubes, construction cone,
Storage area shelves, misc. cardboard boxes, 1 metal stool,  3 red
1 Dewalt jack stand
Storage area shelves, misc. cardboard boxes
Storage area shelves, construction helmet, clamps, cardboard boxes, 1
Storage area shelves, misc. cardboard boxes
Workstation area, 1 computer
Workstation area, 1 monitor, 1 keyboard
3 metal cabinets, 1  office chair
1 banker box, 1 metal disposal box, 1 red disposal can
Classroom area
1 Kobalt two door cabinet, 16 HP laptops, misc. storage containers,
13 chairs
1 wooden table
1 display board
1 whiteboard
5 chairs, 1 metal cart, wood scraps
Storage area, 1 black shelf containing tool box, scanner, cardboard
Storage area, 1 white shelf containing markers, hole punchers, glue
13 chairs
1 office chair
1 wood podium
2 folding tables
Locker area (18 lockers with customer property)
3 folding tables
1 Scotsman icemaker
Storage area, 1 blue food cooler, several paint containers, 1 wall shelf
Storage area, shelves contains popcorn maker, plywood, 3 black/red bins,
Storage area, shelves contains misc. cardboard boxes, tripod, binders,
Storage area, contains tripods, misc. boxes, 1 blue cart, 1 lamp, scrap
Sink with spray nozzle, tripod, whiteboard easel, food cooler, misc.
3 folding chairs, canvas zipper bag, plywood
1 ladder, plywood
1 shelf, wood scraps

1 metal push cart
1 ShopVac, wood scraps
1 table, 1 mallet
1 ShopVac
1 ShopBot table
Workstation with monitor and wood stand
Jet Dust Collector SN 12050818
Jet Dust Collector SN 12050802
1 Kobalt Tool Cart
1 PowerMatic Lathe
2 PowerMatic Lathe SN 120742240086
1 chair
1 softbox light
1 white photography backdrop
1 softbox light
1 softbox light, 1 box fan
Light fixture tripod
2 tripods
1 black plastic chair
1 softbox light
1 box fan
1 softbox light
1 HP computer with monitor and keyboard (Equip-10)
1 JLG lift, insulation tubes
1 Teka machine
Workstation area, contains metal table, broom, hoses, 4 welders
1 red tool chest
1 red tool chest
Jet Dust Collector SN 12050803
Jet Bench Grinder SN 12020004
Delta Scroll Saw
Jet Sander SN OJ 0363
Leeson Electric Motor SN LR33543
Jet Hand Notcher SN 12010104
1 Dewalt Tool Box
Red compression, Gentec Torch Kit, 2 bottles of compressed air
box of air filters
Statiflex 200-M operator's manual
Neutec Vacuum SN N19-098
Pittsburg Cherry Picker
CharBroil Grill
4 full nitrogen tanks, 5 empty nitrogen tanks