**EXHIBIT C**

**60 DAY NOTICE**

6

DECLARATION OF KATHY MULKERN IN SUPPORT
OF LA FRONTERA VILLAGE, L.P.'s MOTION TO CONFIRM ABSENCE OF THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY

Case: 18-50398    Doc# 132-4    Filed: 07/20/18    Entered: 07/20/18 12:17:59    Page 1 of 7

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
2323 BRYAN STREET
SUITE 2200
DALLAS, TEXAS 75201-2689
TELEPHONE: (214) 969-4900
FACSIMILE: (214) 969-4999
CYRUS N. ANSARI
E-MAIL: ansari@sbep-law.com

January 3, 2018

**VIA CERTIFIED MAIL**
**RRR # 7016 2070 0001 0701 5436**
**AND OVERNIGHT COURIER**
**FEDERAL EXPRESS # 7711 3237 3622**

TechShop Austin, LLC
c/o TechShop, Inc.
120 Independence Drive
Menlo Park, CA 94025

Re: Lease (the "**Lease**") dated _______, 2012, by and between **LA FRONTERA VILLAGE, L.P.** ("**Landlord**"), and **TECHSHOP AUSTIN, LLC** ("**Tenant**") regarding certain premises (the "**Premises**") located at La Frontera Village, Round Rock, Texas (the "**Building**").

Unless otherwise defined herein, all initially capitalized terms shall have the respective meaning assigned to such terms in the Lease.

Dear Tenant:

This firm represents and this letter is written on Landlord's behalf.

The Lease Term expired on October 31, 2017 but Tenant failed to remove all its personal property (including inventory) from the Premises. Please be advised that (a) Tenant's personal property remaining in the Premises is currently being stored by Landlord, and (b) pursuant to Texas Property Code Section 93.002, Landlord may dispose of such property if Tenant does not claim such property within 60 days after the date of this letter. Should Tenant decide to claim and remove its property, Tenant should contact:

Luis Hernandez
Director of Commercial Property Management
1401 N University Drive, Suite 304
Coral Springs, FL 33071
800-538-9708 x. 356
lhernandez@sansonegroup.com

In connection with any such removal of its property, Tenant shall be required to comply with all terms of the Lease pertaining to such removal, including, without limitation, providing insurance certificates and complying with all applicable rules and regulations of the Building.

Landlord expressly reserves all of its rights under the Lease and applicable law.

Your immediate attention to this matter is required. If you have any questions, please do not hesitate to contact me.

Sincerely,

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION

Cyrus N. Ansari

cc: Deniz Hawley (via e-mail)
Kathy Mulkern (via e-mail)

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 325

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ 275
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$ 46

Postmark Here

DALLAS TX 75201
-3 2018
DOWNTOWN STATION

TechShop Austin, LLC
c/o TechShop, Inc.
120 Independence Drive
Menlo Park, CA 94025

See Reverse for Instructions

7016 2070 0001 0701 5436

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx ® Tracking
Life just got easier.
Sign up for FedEx Delivery Manager.®
Get started ▸
Track a Shipment
Help
Enter a FedEx tracking, door tag or FedEx Office order number.
Track
My Shipments
771479407561
Wed 2/14
To: Mintz Levin
Thu 2/15 9:36 am
Delivered
Signed for by: J.JONES
771745232486
Wed 3/07
To: HIRST APPLE...
Thu 3/08 11:43 am
Delivered
Signed for by: A.MAH...
Launch FedEx Tracking
771132373622
Save tracking results
Print
Help
Ship date:
Wed 1/03/2018
Actual delivery:
Fri 1/05/2018 1:03 pm
Delivered
Signed for by: C.SALAZAR
Stutzman, Bromberg, Esserman & Plif
Lauren Barker
Suite 2200
2323 Bryan Street
Dallas, TX US 75201
214 969-4900
TechShop Austin, LLC
TechShop, Inc.
120 Independence Drive
MENLO PARK, CA US 94025
650 838-0521
Request Notifications
Hold at Location
Obtain Proof of Deliv...
More actions
Travel History
Help Hide
Date/Time
Activity
Location
1/05/2018 - Friday
1:03 pm Delivered MENLO PARK, CA
8:15 am On FedEx vehicle for delivery MENLO PARK, CA
7:58 am Delivery exception MENLO PARK, CA
Incorrect address
7:57 am At local FedEx facility MENLO PARK, CA
1/04/2018 - Thursday
5:32 pm At local FedEx facility MENLO PARK, CA
9:21 am Delivery exception MENLO PARK, CA
Incorrect address
9:20 am On FedEx vehicle for delivery MENLO PARK, CA
7:37 am At local FedEx facility MENLO PARK, CA
6:16 am At destination sort facility SAN FRANCISCO, CA
3:55 am Departed FedEx location MEMPHIS, TN
1/03/2018 - Wednesday
11:20 pm Arrived at FedEx location MEMPHIS, TN
8:50 pm Left FedEx origin facility IRVING, TX
3:34 pm Picked up IRVING, TX
2:15 pm Shipment information sent to FedEx
Select time zone Local Scan Time
Shipment Facts
Hide
Tracking Number 771132373622
Weight 0.5 lbs / 0.23 kgs
Delivered To Receptionist/Front Desk
Total shipment weight 0.5 lbs / 0.23 kgs
Shipper reference LA42-2
Special handling section Deliver Weekday, No Signature Required
Service FedEx Standard Overnight
Delivery attempts 2
Total pieces 1
Terms Not Available
Packaging FedEx Envelope
Standard transit 1/04/2018 by 3:00 pm

STUTZMAN, BROMBERG
A PROFESSIONA
ATTORNEYS AN
2323 BRY
SUITE
DALLAS, TEXA

CERTIFIED MAIL®

7016 2070 0001 0701 5436

N TEXAS
DALLAS 750
03 JAN '18
PM 5 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
$ 006.56⁰
0000828109 JAN 03 2018
MAILED FROM ZIP CODE 75201

RETURNED TO SENDER
MOVED, LEFT NO ADDRESS

TechShop Austin, LLC
c/o TechShop, Inc.
120 Independence Drive
Menlo Park, CA 94025

NIXIE 957 CE 1 0201/12/18

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

MANUAL PROC REQ *2534-06812-03-43

NSN
94025-111220
56998>9999