JESSICA G. MCKINLAY (282743)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: mckinlay.jessica@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for LA FRONTERA VILLAGE, L.P.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>**TECHSHOP, INC.,**<br><br>           Debtor. | Case No. **18-50398**<br><br>Chapter 7<br><br>Date:   August 3, 2018<br>Time:  10:00 a.m.<br>Place:  280 South First Street, Room 3020<br>          San Jose, California<br>          Hon. M. Elaine Hammond |

**PROOF OF SERVICE ON LA FRONTERA VILLAGE, L.P.'S
MOTION TO CONFIRM ABSENCE OF THE AUTOMATIC STAY OR,
ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**

1

PROOF OF SERVICE ON LA FRONTERA VILLAGE, L.P.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

# PROOF OF SERVICE

*In Re: TECHSHOP, INC., DEBTOR.*

*United States Bankruptcy Court, Northern Dist. Of California, Case No.: 18-50398*

    I am employed in the County of Santa Clara. I am over the age of eighteen years and not a party to the within entitled action; my business address is 305 Lytton Avenue, Palo Alto, California 94301.

    On July 20, 2018, I served a copy of the following document described as on the interested **LA FRONTERA VILLAGE, L.P.'s NOTICE OF HEARING, MOTION TO CONFIRM ABSENCE OF THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF KATHY MULKERN and ORDER GRANTING MOTION FOR RELIEF,** party(ies) in this action as follows:

## SEE SERVICE LIST ATTACHED

☒   **By Mail**. By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am "readily familiar" with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Palo Alto, California, in a sealed envelope with postage fully prepaid.

☒   **By Electronic Transmission**. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from lee.janet@dorsey.com to the person(s) at the e-mail address(es) listed above.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on July 20, 2018, at Palo Alto, California.

    Maria Segovia                                *(Signature)*
    (Type or print name)

2

# SERVICE LIST

*IN RE: TECHSHOP, INC., DEBTOR,*

*United States Bankruptcy Court, Northern Dist. Of California, Case No.: 18-50398*

**BY U.S. MAIL**
TechShop, Inc.,
274 Redwood Shores Parkway, Suite 275
Redwood City, CA 94065

**BY ELECTRONIC MAIL**

Andrew J. Ditlevsen on behalf of Creditor New Century Commons, LLC
ajd@smwb.com, chilton@smwb.com

Ann McFarland Draper on behalf of Interested Party Daniel Rasure
ann.draper@gmail.com,
ann@draperlaw.net

Doris A. Kaelin
dktrustee@gmail.com,
C139@ecfcbis.com

Doris A. Kaelin on behalf of Trustee Doris A. Kaelin
dktrustee@gmail.com,
C139@ecfcbis.com

Gregg S. Kleiner on behalf of Trustee Doris A. Kaelin
gkleiner@rinconlawllp.com,
aworthing@rinconlawllp.com

Matthew D. Metzger on behalf of Debtor TechShop, Inc.
belvederelegalecf@gmail.com

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov

Richard L. Pierotti
Rpierotti@kpmd.com

Jeffrey L. Sklar on behalf of Creditor Arizona Board of Regents
jsklar@lrrc.com,
bankruptcynotices@lrrc.com

Richard A. Solomon on behalf of Requestor Hitachi Capital America Corp.
richard@sgsslaw.com

Joseph M. Sweeney on behalf of Creditor New Century Commons, LLC
jsweeney@smwb.com,
cmueller@smwb.com

3