JESSICA G. MCKINLAY (282743)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: mckinlay.jessica@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for LA FRONTERA VILLAGE, L.P.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **In Re:** | Case No. **18-50398** |
| **TECHSHOP, INC.,** | Chapter 7 |
| Debtor. | Date: August 3, 2018<br>Time: 10:00 a.m. Pacific Time<br>Place: 280 South First Street, Room 3020<br>San Jose, California<br>Hon. M. Elaine Hammond |

**NOTICE OF HEARING ON LA FRONTERA VILLAGE, L.P.'S
MOTION TO CONFIRM ABSENCE OF THE AUTOMATIC STAY OR,
ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that on **August 3, 2018 at 10:00 a.m. Pacific Time,** or as soon thereafter as the matter may be heard, before the Honorable M. Elaine Hammond in Courtroom 3020 of the above-entitled Court located at 280 South First Street, San Jose, California, movant La Frontera Village, L.P. ("La Frontera") will move the Court for an order declaring that the automatic stay is inapplicable in connection with La Frontera's efforts to exercise its rights as landlord against certain personal property located in the premises leased by La Frontera to non-debtor TechShop Austin, LLC, and to dispose of certain additional property located in the premises in lockers, or alternatively, for an order granting relief from the automatic stay.

La Frontera further requests an order granting relief from stay be made effective immediately

1

Case: 18-50398   Doc# 133   Filed: 07/20/18   Entered: 07/20/18 12:20:47   Page 1 of 2
NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

and that the 14-day stay provided in Fed. R. Bankr. P. 4001(a)(3) be waived.

The motion will be based upon this notice of hearing, the motion with its accompanying points and authorities and the concurrently-filed declaration of Kathy Mulkern, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented at the hearing on the Motion.

Please note that Rule 4001-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of California prescribes the procedures for this matter. YOU ARE HEREBY INFORMED THAT NO WRITTEN RESPONSE IS REQUIRED IN ORDER TO OPPOSE THIS MOTION. HOWEVER, IF YOU OR YOUR COUNSEL DO NOT APPEAR AT THE HEARING ON THIS MOTION, THE RELIEF REQUESTED MAY BE GRANTED.

Dated: July 20, 2018                    DORSEY & WHITNEY LLP

                                        By: */s/ Jessica G. McKinlay*
                                            Jessica G. McKinlay
                                            Attorneys for La Frontera Village, L.P.

2

Case: 18-50398    Doc# 133    Filed: 07/20/18    Entered: 07/20/18 12:20:47    Page 2 of 2
NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY