**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | | |
|---|---|---|
| In re: ) | Bankruptcy No.: | 18-50398 |
| ) | R.S. No.: | |
| **TechShop, Inc.** ) | Hearing Date: | August 3, 2018 |
| ) | Time: | 10:00 AM |
| Debtor(s) ) | | |
| _____ ) | | |

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed:    February 26, 2018    Chapter: 7
     Prior hearings on this obligation:   None   Last Day to File §523/§727 Complaints:  N/A

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): Any trade fixtures or other goods purchased with the proceeds of the Landlord's Contribution, the Additional Landlord's Contribution (or any subsequent replacements of such trade fixtures or goods) ("Landlord's Collateral") owned by non-debtor TechShop Arlington, LLC.

    Secured Creditor [ X ] or lessor [ X ] of non-debtor TechShop Austin LLC
    Fair market value: TBD       Source of value: _____
    Contract Balance: $_____   Pre-Petition Default: $_____
    Monthly Payment: $_____     No. of months: _____
    Insurance Advance: $_____   Post-Petition Default: $_____
                                                No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

    Fair market value: $_____ Source of value: _____ If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.):

    Approx. Bal. $_____       Pre-Petition Default: $_____
    As of (date): _____          No. of months: _____
    Mo. payment: $_____      Post-Petition Default: $_____
    Notice of Default (date): _____   No. of months: _____
    Notice of Trustee's Sale: _____   Advances Senior Liens: $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $ | $ | $ |

Other pertinent information:

Dated: July 20, 2018                              /s/ Jessica G. McKinlay
                                                                Signature

                                                        Jessica G. McKinlay
                                                       Print or Type Name

                                Attorney for La Frontera Village, L.P.