## ADDENDUM 2

### OPTIONS TO EXTEND THE LEASE

This Addendum 2 ("**Addendum**") is incorporated as part of that certain Lease Agreement dated for reference purposes as of March 4, 2016 (the "Lease"), by and between New Century Commons, LLC, a California limited liability company ("**Landlord**"), and TechShop San Jose LLC, a California limited liability company ("**Tenant**"), for the leasing of those certain premises located at 40 S. Second Street, San Jose, California 95113 (the "**Premises**"). Any capitalized terms used herein and not otherwise defined herein shall have the meaning ascribed to such terms as set forth in the Lease.

1. **Grant of Extension Options.** Subject to the provisions, limitations and conditions set forth in Paragraph 5 below, Tenant shall have an option (individually, an "**Option**" and collectively, the "**Options**") to extend the initial Lease Term for two (2) successive five (5) year periods (individually, the "**First Extended Term**" and the "**Second Extended Term**", respectively, and collectively, the "**Extended Terms**"). Tenant shall have no other right to extend the Lease Term under this Addendum unless Landlord and Tenant otherwise agree in writing.

2. **Tenant's Option Notice.** Tenant shall have the right to deliver written notice to Landlord of its intent to exercise these Options (the "**Option Notice**"). With respect to the First Extended Term, if Landlord does not receive the Option Notice from Tenant on a date which is neither more than three hundred sixty-five (365) days nor less than two hundred forty (240) days prior to the end of the initial Lease Term, all rights to both Options shall automatically terminate and be of no further force or effect. With respect to the Second Extended Term, if Landlord does not receive the Option Notice from Tenant on a date which is neither more than three hundred sixty-five (365) days nor less than two hundred forty (240) days prior to the end of the First Extended Term of the Lease, all rights to the Option for the Second Extended Term shall automatically terminate and be of no further force or effect.

3. **Base Monthly Rent for the Extended Terms (CPI Increases).** The Base Monthly Rent for each Lease Year during the First Extended Term and the Second Extended Term shall be as follows:

    A. The Base Monthly Rent shall be adjusted upon the commencement of the First Extended Term and annually thereafter on each anniversary of the Rent Commencement Date (hereinafter referred to as the "adjustment date"), to reflect any increase in the cost-of-living over the preceding one (1) year period; PROVIDED, HOWEVER, that each annual increase shall not be less than three percent (3%) of the Base Monthly Rent paid by Tenant during the immediately preceding Lease Year, nor shall each annual increase be more than six percent (6%) of the Base Monthly Rent paid by Tenant during the immediately preceding Lease Year. The adjustment shall be calculated upon the basis of the percentage change in the Consumer Price Index (hereinafter referred to as the "**Index**"), All Urban Consumers, San Francisco-Oakland-San Jose Metropolitan Area, All Items (1982-84=100), as published by the U.S. Department of Labor, Bureau of Labor Statistics, as such Index was revised effective January, 1987. The Index published for the month closest to the adjustment date shall be compared with the Index published for the month closest to the beginning of the immediately preceding Lease Year to determine the percentage increase for the rent to be paid for the next Lease Year. If the Index is discontinued or revised during the term, such other government index or computation with which it is replaced (as determined in Landlord's reasonable discretion) shall be used in order to obtain substantially the same result as would be obtained if the Index had not been discontinued or revised.

4. **Condition of Premises and Brokerage Commissions for the Extended Terms.** If Tenant timely and properly exercises this Option, in strict accordance with the terms contained herein: (1) Tenant shall

accept the Leased Premises in its then "As-Is" condition and, accordingly, Landlord shall not be required to perform any additional improvements to the Leased Premises; and (2) Tenant hereby agrees that it will be solely responsible for any and all brokerage commissions and finder's fees payable to any broker now or hereafter procured or hired by Tenant or who otherwise claims a commission based on any act or statement of Tenant ("**Tenant's Broker**") in connection with the Option. Tenant hereby further agrees that Landlord shall in no event or circumstance be responsible for the payment of any such commissions and fees to Tenant's Broker, and Tenant shall indemnify, defend and hold Landlord free and harmless against any liability, claim, judgment, or damages with respect thereto, including attorneys' fees and costs.

5. **Limitations On, and Conditions To, Extension Options.** The Options described in this Addendum are personal to Tenant and may not be assigned, voluntarily or involuntarily, separate from or as part of the Lease. At Landlord's option, all rights of Tenant under the Options described in this Addendum shall terminate and be of no force or effect if any of the following individual events occur or any combination thereof occur: (1) Tenant is in default of any provision of the Lease on the date Landlord receives the Option Notice for either the First or Second Extended Term as the case may be; and/or (2) Tenant has assigned its rights and obligations under all or part of the Lease or Tenant has subleased all or part of the Leased Premises (other than pursuant to Permitted Subleases); and/or (3) Tenant has failed to exercise properly the Options described in this Addendum in a timely manner in strict accordance with the provisions of this Addendum; and/or (4) Tenant no longer has possession of all or any part of the Leased Premises under the Lease, or if the Lease has been terminated earlier, pursuant to the terms and provisions of the Lease.

6. **Time is of the Essence.** Time is of the essence with respect to each and every time period set forth in this Addendum.

**23645046**
Regina Alcomendras
Santa Clara County - Clerk-Recorder
05/10/2017 12:39 PM

Titles: 1    Pages: 4

Fees: $39.00
Taxes: $0
Total: $39.00

Recording Requested by A&E Electrical Company

Please Return To:
A&E Electrical Company
c/o Mail Center
14525 SW Millikan Way, #7790
Beaverton, Oregon 97005-2343
Reference ID: 658438

SPACE ABOVE FOR RECORDER'S USE

# CLAIM OF MECHANICS LIEN
## California Civil Code Section 8416

**Claimant**
A&E Electrical Company
751 Laurel Street #719
San Carlos, California 94070
650-593-9113

**Property Owner** (Owner)
NEW CENTURY COMMONS LLC
PO BOX 4376
Fresno, CA 93744-4376

**Services:** The lien is claimed for the following labor, services, equipment or materials: Supply electrical services and material.

**Amount Due:** Amount due after deducting all just credits and offsets: **$223,957.95**

**Hiring Party:** Name and Address of person or entity to whom Claimant furnished labor, services, equipment and/or materials:
BHL Services, Inc.
3839 Chandler Drive NE
Minneapolis, Minnesota 55421

**Property Liened** (Property)
County: Santa Clara County
40 S 2ND ST, San Jose, California 95113

**Legal Property Description:**
Property located at the municipal address of 40 S 2ND ST, SAN JOSE CA 95113., In the county of SANTA CLARA, CA., Legally described as MAP B6 834., APN 467-22-154., Municipality / Township of SAN JOSE CITY., Census Tract 5009.01., In the Subdivision of SAN JOSE., Legal Block 6., In the school district of SAN JOSE., As described in the document recorded in SANTA CLARA, CA County on 05/29/2015 as recording number 22969549 .

**IMPORTANT INFORMATION ON FOLLOWING PAGE**

NOTICE IS HEREBY GIVEN that Claimant claims a lien for labor, service, equipment or materials under Section 8416 et seq. of the Civil Code of the State of California, upon the Property, above-described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein. The labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land above-described as the Property.

I, the undersigned, as a disclosed and authorized agent of the Claimant, state that I have read the foregoing Claim of Lien, that I have been provided information regarding the facts and contents therein, and that based thereupon, **I declare under penalty of perjury under the laws of California that the foregoing is true and correct.**

Name of Claimant:
A&E Electrical Company

Signed:

_/s/ Harrison Mire_
Claimant, A&E Electrical Company
by authorized limited agent
Print Name: Harrison Mire
Date: May 08, 2017
State of Louisiana
Parish of Orleans

Signed:

_/s/ Harrison Mire_
Claimant, A&E Electrical Company
by authorized limited agent
Print Name: Harrison Mire
Date: May 08, 2017
State of Louisiana
Parish of Orleans

**IMPORTANT INFORMATION ON THE FOLLOWING PAGE**

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the Mechanic's Lien is recorded.

The party identified in the Mechanic's Lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a Mechanic's Lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanic's Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

Affidavit of Delivery

Delivery on behalf of: A&E Electrical Company
Re: 40 S 2ND ST, San Jose, California 95113
Item Delivered: Claim of Lien (Mechanics Lien)

Proof of Service Affidavit, California Civil Code § 3084 (a)(6), (c)(1)(A)
I, Harrison Mire, declare that on May 08, 2017, I delivered copies of the attached Mechanic's Lien and Notice of Mechanic's Lien to the property owner identified thereon at the address provided below, and in the delivery manner provided below. In addition to this delivery, or in the alternative to said delivery pursuant to California Code §3084(c)(1)(B) if delivery to the owner as required by §3084(c)(1)(A) could not be performed, I served / also served copies of the Mechanic's Lien and Notice of Mechanic's Lien to the following parties at the following addresses, and through the following method of delivery:

**Property Owner / Public Entity**, NEW CENTURY COMMONS LLC
PO BOX 4376
Fresno, CA 93744-4376
**By**: US Certified with Return Receipt, **No.** 9314 8699 0430 0033 8471 33 **at** May 08, 2017

**General Contractor**, BHL Services, Inc.
3839 Chandler Drive NE
Minneapolis, Minnesota 55421
**By**: US First Class, **No. at** May 08, 2017

I declare under penalty of perjury that the foregoing is true and correct.

Signature: _Harrison Mire_
Agent for Claimant
Signed by: Harrison Mire
May 08, 2017

Recording Requested By:
Delta T Mechanical
PO Box 2563
Monument, CO 80132

MAILED TO

**23685269**
Regina Alcomendras
Santa Clara County - Clerk-Recorder
06/28/2017 09:57 AM

**CONFORMED COPY**
Copy of document recorded.
Has not been compared with original.

## CLAIM OF LIEN
## NOTICE AND CLAIM OF LIEN

> This notice is prescribed in California Civil Code section 8416.

NOTICE IS HEREBY GIVEN that, The undersigned, **Delta T Mechanical** the Claimant, claims a lien for labor, service equipment, or materials under Section 3082 et. Seq. of the Civil Code of the State of California, upon the premises hereinafter described and upon every estate or interest in such structures, improvements and premises held by any party holding any estate herein.

Said labor, service, equipment or materials were furnished for the construction of the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the City of **San Jose** County of **Santa Clara** State of California, said land described as follows:

Street Address: **Techshop.** located at **38 South 2nd Street / 40 South 2nd Street.**

Parcel ID: **467-22-154**

Said lien is claimed for the following labor, services, equipment or materials: (Described labor, services, equipment or materials): **HVAC Installation / Repairs.**

After deducting all just credits and offsets, the amount due is **$425,642.64** together with interest at the rate of 10% per annum from **May 11, 2017** is due after deducting all just credits and offsets for the following work and materials furnished by claimant: **HVAC Installation / Repairs.**

The name of the person or company by whom Claimant was employed or to whom Claimant furnished the labor, services, equipment and/or materials is:/Claimant furnished the work and materials at the request of, or under contract with: **BHL Services, 3839 Chandler Drive NE, Minneapolis, MN 55421 subcontractor to RG Construction, 6113 Whitewood Avenue, Lakewood, CA 90712.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **New Century Commons LLC a CA LLC c/o Saratoga Capital Inc. c/o Kirk Kozlowski, 66 East Santa Clara Street, San Jose, CA 95113---New Century Commons LLC a CA LLC, 485 Alberto Way Unit Suite 200, Los Gatos, CA 95032---New Century Commons LLC a CA LLC, PO Box 4376, Fresno, CA 93744-4376---Techshop San Jose, LLC, 300 South Second Street, San Jose, CA 95113.**

Dated: June 23, 2017

Company Name (Name of Claimant): **Delta T Mechanical**

By: _/s/ Anne Funamura_

Print Signer Name: __Anne Funamura__, Print Signer Title: __Office Administrator__
       for : **Delta T Mechanical**

## Verification

I, the undersigned, declare, that I am the __Office Administrator__ (title) for the Claimant named in the foregoing claim of lien (mechanic's lien): I am authorized to make this verification for the Claimant: I have read the foregoing claim of lien (mechanic's lien) and know the contents thereof, and verify the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __6/23/2017__ **(Date) at Monument, CO.**

By: _/s/ Anne Funamura_

Print Signer Name: _Anne Funamura_, Print Signer Title: _Officer Administrator_
       for : **Delta T Mechanical**

# DECLARATION OF SERVICE BY MAIL

On _June 27th, 2017_, I served the following document(s) entitled:

**MECHANIC'S LIEN AND NOTICE OF MECHANIC'S LIEN
(CLAIM OF LIEN AND NOTICE AND CLAIM OF LIEN)**

by placing copy(ies) thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

<u>New Century Commons LLC a CA LLC c/o Saratoga Capital Inc. c/o Kirk Kozlowski, 66 East Santa Clara Street, San Jose, CA 95113---New Century Commons LLC a CA LLC, 485 Alberto Way Unit Suite 200, Los Gatos, CA 95032---New Century Commons LLC a CA LLC, PO Box 4376, Fresno, CA 93744-4376---Techshop San Jose, LLC, 300 South Second Street, San Jose, CA 95113.</u>

I then sealed each envelope and place it for mailing VIA CERTIFIED MAIL (certified mail
#_____
_____)
in accordance with our business' practice on _6/27/20_.
I am readily familiar with our business' practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day with the U.S. Postal Service in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on _6/27/20_, at _Mesa, AZ_.

_____ Lindsay Cline, Agent
Signature

## PROOF OF SERVICE BY U.S. MAIL
(C.C.P. 1013a and 2015.5)

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.



**Regina Alcomendras**
**Santa Clara County**
**Clerk-Recorder**
(408) 299-5688
https://www.sccgov.org

**Receipt: 17-127697**

| Product | Name | Extended |
|---|---|---|
| MELI | MECHANICS/CLAIM OF LIEN | $39.00 |
|  | Document # | 23685269 |
|  | # Pages | 4 |

| **Total** | | $39.00 |
|---|---|---|
| Tender (Check) | | $39.00 |
| Check # | 2235 | |
| Paid By | COUNTER | |

PLEASE KEEP FOR REFERENCE

1

6/28/17 9:57 AM nbenavidez

RECORDING REQUESTED BY

NAME: BHL Services, Inc.

WHEN RECORDED MAIL TO:

NAME: Lanak & Hanna, P.C. (#23982)

ADDRESS: 625 The City Drive South, Suite 190

CITY/STATE/ZIP: Orange, CA 92868

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

**23712385**
Regina Alcomendras
Santa Clara County - Clerk-Recorder
07/26/2017 02:32 PM

Titles: 1  Pages: 3
Fees: $36.00
Taxes: $0
Total: $36.00

(SPACE ABOVE FOR RECORDER'S USE)

MECHANICS' LIEN
**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

RECORDING REQUESTED BY:
BHL Services, Inc.

WHEN RECORDED MAIL TO:

Lanak & Hanna, P.C. (#23982)
Attention: Michael K. Murray
625 The City Drive South, Suite 190
Orange, CA 92868

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## MECHANICS' LIEN
(Claim of Lien)

**NOTICE IS HEREBY GIVEN:** That BHL SERVICES INC. as claimant, claims a lien for labor, services, equipment, and/or materials under Section 8410 et seq., of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials were furnished for the construction of those certain building, improvements, or structures now upon that certain parcel of land situated in the County of Santa Clara, State of California, described as follows:

**ADDRESS:**            "TechShop San Jose"
                        40 S. Second Street
                        San Jose, CA 95113

Said lien is claimed for the following labor, services, equipment or materials: General Contracting, Supervision, Management.

Amount due after deducting all just credits and offsets: $919,635.60

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is Techshop San Jose LLC.

That New Century Commons, LLC., 485 Alberto Way, Suite 200, Los Gatos, CA 95032 and 66 E. Santa Clara St., San Jose, CA 95113; Techshop San Jose, LLC, 40 S. Second Street, San Jose, CA 95113 and Techshop LLC, 120 Independence Drive, Menlo Park, CA 94025 are the reputed owner(s) and/or are the leaseholder(s) of the building and/or premises identified with each owner, or have some leasehold interest therein.

                                               BHL SERVICES INC.
                                               c/o: LANAK & HANNA, P.C.

Date: July 25, 2017                         By: _____
                                                           MICHAEL K. MURRAY
                                                           Attorney for Claimant

### VERIFICATION

I, the undersigned, state that I am the attorney for claimant named in the foregoing mechanics' lien and know the contents thereof, and I certify that the same is true of my own knowledge.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 25, 2017 at Orange, California.

                                                               _____
                                                               MICHAEL K. MURRAY
                                                               Attorney for Claimant

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your leasehold interest is subject to the filing of a legal action seeking a court-ordered foreclosure of the leasehold interest in which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek the leasehold interest of the property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

### PROOF OF SERVICE AFFIDAVIT
### California Civil Code Section 8416 (a)(7) and (c).

I, Linda Arriaga, served this Mechanics' Lien and Notice of Mechanics' Lien on July 25, 2017 on New Century Commons, LLC., 485 Alberto Way, Suite 200, Los Gatos, CA 95032 and 66 E. Santa Clara St., San Jose, CA 95113; Techshop San Jose, LLC, 40 S. Second Street, San Jose, CA 95113 and Techshop LLC, 120 Independence Drive, Menlo Park, CA 94025 in accordance with Civil Code Section 8416 (a)(7) and (c).

I certify or declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2017, at Orange, California.

*Linda Arriaga*