Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

The following constitutes
the order of the court. Signed July 31, 2018

_M. Elaine Hammond_
_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER PURSUANT TO BANKRUPTCY RULE 2002(h) DESIGNATING RECIPIENTS OF NOTICES REQUIRED UNDER 2002(a)**

On the Application of Doris Kaelin, Trustee in Bankruptcy ("Trustee") of the estate of the above-named Debtor, and good cause appearing;

IT IS ORDERED that, pursuant to Rule 2002(h) of the Federal Rules of Bankruptcy Procedure ("F.R.B.P."), all notices in this case required by Rule 2002(a) of the F.R.B.P., except notice of matters specified under Rule 2002(a)(4), shall be sufficient if mailed only to the Trustee, the United States Trustee, the Debtor, the interested taxing authorities, creditors whose claims have been filed, those persons who have requested special notice, and creditors, if any, who are still permitted to file claims by reason of any extension hereafter granted under Rule 3002(c)(6).

**\*\*END OF ORDER\*\***

** COURT SERVICE LIST **

**MAIL SERVICE NOT REQUIRED**