UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:
**TECHSHOP, INC.,**

Debtor(s)

Bankruptcy No.: 18-50398
R.S. No.:
Hearing Date: August 24, 2018
Time: 10:00 a.m.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)  Date Petition Filed: 02/26/2018       Chapter: 7
     Prior hearings on this obligation: _____    Last Day to File §523/§727 Complaints: _____

(B)  Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [   ] or lessor [   ]
   Fair market value:    $_____        Source of value: _____
   Contract Balance:     $_____        Pre-Petition Default:  $_____
   Monthly Payment:      $_____        No. of months: _____
   Insurance Advance:    $_____        Post-Petition Default: $_____
                                         No. of months: _____

(C)  Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.          $_____        Pre-Petition Default:  $_____
   As of (date):         _____         No. of months: _____
   Mo. payment:          $_____        Post-Petition Default: $_____
   Notice of Default (date): _____     No. of months: _____
   Notice of Trustee's Sale: _____     Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : |  |  |  |
| _____ : |  |  |  |
| _____ : |  |  |  |
| (Total) | $_____ | $_____ | $_____ |

(D)  Other pertinent information: Movants seek relief from the automatic stay, to the extent required, for Movants to obtain D&O insurance proceeds.

Dated: August 3, 2018

                              */s/ Aram Ordubegian*
                                   Signature
                              Aram Ordubegian
                                   Print or Type Name

                              Attorney for Daniel Woods and Mike Hilberman

CANB Documents Northern District of California
AFDOCS/16818909.1


