Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone:    213.629.7400
Facsimile:    213.629.7401
Email:        aram.ordubegian@arentfox.com
              annie.stoops@arentfox.com

Counsel for Movants
Daniel Woods and Mike Hilberman

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**TECHSHOP, INC.,**<br><br>Debtor. | Case No. 18-50398<br><br>Chapter: 7<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br>Date:    August 24, 2018<br>Time:    10:00 a.m.<br><br>Location: Courtroom 3020<br>          280 South First Street<br>          San Jose, California |

# CERTIFICATE OF SERVICE

I, Yvonne Li, declare as follows:

I am a citizen of the United states and over the age of eighteen (18) years and not a party to the within action.

My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

On August 3, 2018, I served document(s) described as:

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF DANIEL WOODS IN SUPPORT THEREOF;**

**NOTICE OF HEARING FOR: MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF DANIEL WOODS IN SUPPORT THEREOF; and**

**RELIEF FROM STAY COVER SHEET**

on the interested parties in this action by placing [ ] the original [x] true copies thereof enclosed in sealed envelopes addressed as follows:

**JUDGE (Cover Sheet and Certificate of Service Only):**

Anna Rosales for Judge M. Elaine Hammond
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

[x] BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above.

[x] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users and those identified below:

*Michael C. Abel on behalf of Interested Party New York City Economic Development Corporation*
*mcabel@ml-sf.com, csnell@ml-sf.com*

*Andrew J. Ditlevsen on behalf of Creditor New Century Commons, LLC*
*ajd@smwb.com, chilton@smwb.com*

*Ann McFarland Draper on behalf of Interested Party TheShop dot Build LLC*
*ann.draper@gmail.com, ann@draperlaw.net*

*Ann McFarland Draper on behalf of Interested Party TheShop dot Build San Fran LLC*
*ann.draper@gmail.com, ann@draperlaw.net*

*Ann McFarland Draper on behalf of Interested Party Daniel Rasure*
*ann.draper@gmail.com, ann@draperlaw.net*

*Doris A. Kaelin*
*dktrustee@gmail.com, C139@ecfcbis.com*

*Raffi Khatchadourian on behalf of Creditor HANMI BANK*
*raffi@Hemar-Rousso.com*

*Gregg S. Kleiner on behalf of Trustee Doris A. Kaelin*
*gkleiner@rinconlawllp.com, aworthing@rinconlawllp.com*

*Chris D. Kuhner on behalf of Creditor Wantin Living Trust dated March 2, 1999*
*c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com*

*Jessica Georgia McKinlay on behalf of Other Prof. La Frontera Village L.P.*
*mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com*

*Jessica Georgia McKinlay on behalf of Requestor CESC Plaza Limited Partnership*
*mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com*

*Matthew D. Metzger on behalf of Debtor TechShop, Inc.*
*belvederelegalecf@gmail.com*

*Vinod Nichani on behalf of Requestor David Bruce Curtis*
*vinod@nichanilawfirm.com*

*Vinod Nichani on behalf of Requestor Shelley Smith Curtis*
*vinod@nichanilawfirm.com*

*Office of the U.S. Trustee / SJ*
*USTPRegion17.SJ.ECF@usdoj.gov*

*Matthew Jon Olson on behalf of Creditor Bakery Square Retail, L.P.*
*matt@macfern.com, ecf@macfern.com*

*R. Gibson Pagter, Jr. on behalf of Requestor BHL Services, Inc.*
*gibson@ppilawyers.com*

*Richard L. Pierotti*
*Rpierotti@kpmd.com*

*Allan D. Sarver on behalf of Creditor M2 Lease Funds LLC*
*ADS@asarverlaw.com*

*Jeffrey L. Sklar on behalf of Creditor Arizona Board of Regents*
*jsklar@lrrc.com, bankruptcynotices@lrrc.com*

*Richard A. Solomon on behalf of Requestor Hitachi Capital America Corp.*
*richard@sgsslaw.com*

*Joseph M. Sweeney on behalf of Creditor New Century Commons, LLC*
*jsweeney@smwb.com, cmueller@smwb.com*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on August 3rd, 2018 at Los Angeles, California.

*/s/ Yvonne Li*
YVONNE LI
Declarant