JESSICA G. MCKINLAY (282743)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: mckinlay.jessica@dorsey.com
Email: hwang.thomas@dorsey.com

The following constitutes
the order of the court. Signed August 7, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Attorneys for LA FRONTERA VILLAGE, L.P.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>**TECHSHOP, INC.,**<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br><br>**ORDER CONFIRMING ABSENCE OF AUTOMATIC STAY**<br><br>Date: August 3, 2018<br>Time: 10:00 a.m.<br>Place: 280 South First Street, Room 3020<br>San Jose, California<br>Hon. M. Elaine Hammond |

*La Frontera Village, L.P.'s Motion to Confirm Absence of the Automatic Stay or, Alternatively, for Relief from the Automatic Stay* [Dkt No. 132] (the "Motion") filed by La Frontera Village, L.P. ("La Frontera") came on for hearing before this Court on August 3, 2018. No objections were filed to the Motion. Thomas T. Hwang of Dorsey & Whitney LLP appeared on behalf of movant La Frontera.

Upon consideration of the Motion and supporting pleadings, the arguments of counsel, for the reasons stated orally on the record and good cause appearing therefor,

**IT IS SO ORDERED** that:

1

1. The Motion is GRANTED;

2. The automatic stay in this bankruptcy proceeding is not in effect with respect to that certain *Lease by and between La Frontera Village, L.P. and TechShop Austin, LLC*, dated June 19, 2012 (together with any and all amendments, supplements, addenda and modifications thereto, the "Lease"), the real property commonly known as Unit No. 120 Sundance Parkway, Round Rock, Texas, Suites 300 & 350 (the "Premises") and all personal property remaining at the Premises (collectively, the "Abandoned Property");

3. La Frontera is not stayed or otherwise prohibited by or under this bankruptcy proceeding from taking any and all appropriate actions with respect to the Lease, the Premises and the Abandoned Property in accordance with applicable non-bankruptcy law; and

4. The 14-day stay of enforcement of this Order under Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived.

**\*\* END OF ORDER\*\***

## COURT SERVICE LIST

ECF Participants