Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF AUCTIONEER**
(West Auctions, Inc.)

[No Hearing Requested]

Doris Kaelin, Trustee in Bankruptcy of the estate of the above Debtor ("Trustee"), respectfully represents:

1. By this application, the Trustee seeks authority to employ West Auctions, Inc. ("West Auctions"), to assist her in the sale of certain personal property owned by the estate. The personal property to be sold is a 2014 Featherlite 24-foot Trailer and various equipment in the trailer (collectively, "Property").

2. The Trustee believes that West Auctions is well qualified to sell the Property.

3. West Auctions has agreed to market and sell the Property on the Trustee's behalf for payment of a commission of fifteen percent (15%) of the gross sale price, exclusive of sales tax. The Trustee intends to reimburse West Auctions for its actual expenses for advertising and labor, and other reasonable and necessary expenses not to exceed $6,000.

4. West Auctions is well known to the Trustee and will assist the Trustee in carrying out her duties. West Auctions is a bonded auctioneer and has a bond posted at the Court. Sales tax will be collected from the buyer by West Auctions, and paid to the State Board of Equalization.

5. A copy of the proposed order employing West Auctions is attached hereto as **Exhibit A**.

6. Based on the declaration of proposed auctioneer filed concurrently with this Application, the Trustee believes that West Auctions holds no interest adverse to the estate and is qualified to assist the Trustee.

WHEREFORE, the Trustee requests that the Court enter an order authorizing her to employ West Auctions, Inc.

DATED: August 7, 2018

By: _____
DORIS A. KAELIN,
Trustee in Bankruptcy

DATED: August 7, 2018       RINCON LAW LLP

By: /s/ Gregg S. Kleiner
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA  94104
Tel:  415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING EMPLOYMENT OF AUCTIONEER (West Auctions, Inc.)**

Based on the Application for Order Authorizing Employment of Auctioneer ("Application") of Doris Kaelin, Trustee in Bankruptcy of the estate of the above-named Debtor, and good cause appearing, it is

ORDERED as follows:

1. The Trustee is authorized to employ West Auctions, Inc., as her auctioneer in the above case for the purpose of marketing and selling the Debtor's personal property comprised of a 2014 Featherlite 24-foot Trailer and various equipment in the trailer.

2. The Trustee shall provide notice to creditors of her intent to pay West Auctions, Inc., a commission of fifteen percent (15%) of the gross sale price, exclusive of sales tax and reimburse West Auctions for its actual expenses for advertising and labor, and other reasonable and necessary expenses not to exceed $6,000.

3. Any and all compensation and reimbursement of expenses are subject to notice to creditors and Bankruptcy Court approval.

**\*\*END OF ORDER\*\***

**EXHIBIT A**

**COURT SERVICE LIST**

**NO MAIL SERVICE REQUIRED**

**EXHIBIT A**