Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**MOTION TO ABANDON PERSONAL PROPERTY**<br><br>[No Hearing Required Unless Requested] |

Doris A. Kaelin, Trustee in Bankruptcy of the estate of the above-named Debtor, hereby moves the Court for an order authorizing her to abandon personal property, on the terms more fully set forth in the Notice and Opportunity for Hearing on Motion to Abandon Personal Property ("Notice") filed herewith.

A copy of the Notice is attached hereto as **Exhibit A** and is incorporated by reference.

DATED: August 23, 2018           RINCON LAW LLP

                                  By: */s/ Gregg S. Kleiner*
                                      GREGG S. KLEINER
                                      Counsel for DORIS A. KAELIN,
                                      Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO ABANDON PERSONAL PROPERTY**<br><br>[No Hearing Required Unless Requested] |

**TO CREDITORS, THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** Doris Kaelin, the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of TechShop, Inc. ("Debtor") files this notice of intent to abandon the estate's right, title and interest in and to certain personal property as listed below (collectively, the "Property") as there is insufficient equity for creditors after taking into account administrative rent, legal fees, marketing expenses, commissions, and other costs.

1. Miscellaneous tools and equipment maintained at a storage facility located at 6800 Redeker Place, Newark, California ("Newark Equipment"). The landlord of the Newark facility asserts it is owed past due rent of $4,730. The Trustee is informed by the Debtor that the Newark Equipment belongs to Debtor's subsidiary TechShop Menlo Park, LLC also known as TechShop Mid-Peninsula, not the Debtor, and that the property is of nominal value, consisting of non-essential items moved to storage when the subsidiary business was relocated.

2. 2002 Ford E-250 Van located, as of July 3, 2018, in San Francisco, California ("SF Van"). Trustee has obtained a valuation of the SF Van by West Auctions. West Auctions estimates the value is between $900 and $1,500. The estimated costs to sell the SF Van is $1,105, plus a 15% commission.

3. 1996 Dodge Ram 250 last located at the TechShop subsidiary in Redwood City ("Ram"). West Auctions estimates the value of the Ram at between $1,500 and $2,000 but the Debtor indicates the vehicle is not working so the value may be less. The estimated cost to sell the vehicle is $1,365 plus a 15% commission.

4. Ford Van (model and year unknown), Virginia Tag No. TX 177-137 located, as of July 5, 2018 in Crystal City, Virginia ("VA Van"). The VA Van was included in an order for relief from stay allowing the landlord of premises leased by TechShop Arlington, LLC, the Debtor's subsidiary, to pursue its remedies against collateral to satisfy its judgment obtained before the bankruptcy case was filed. Trustee is informed the landlord obtained a judgment against the Virginia subsidiary in excess of $1.1 million. The VA Van was not scheduled as an asset of the Debtor.

Section 554 of the Bankruptcy Code provides that the Trustee may abandon property of the estate that is of inconsequential value to the estate or is a burden to the estate. The Trustee has concluded that the Property is burdensome to the estate and of inconsequential value to the estate.

1

**EXHIBIT A**

**PLEASE TAKE FURTHER NOTICE THAT** Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed with respect to any objection to the proposed abandonment described above or any request for hearing thereon.

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and**

**In the event of a timely objection or request for hearing, the initiating party will give at least seven days' written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

      **PLEASE TAKE FURTHER NOTICE THAT** as of January 1, 2005, the United States Bankruptcy Court for the Northern District of California has adopted mandatory electronic filing. If you are not currently qualified to file papers with the Court electronically, you should consult the Court's website (www.canb.uscourts.gov).

DATED: August 23, 2018      RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

2

**EXHIBIT A**