Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re | Case No. 18-50398 MEH |
|---|---|
| TECHSHOP, INC., | Chapter 7 |
| | Hon. M. Elaine Hammond |
| Debtor. | **MOTION TO SELL AT AUCTION ESTATE'S RIGHT, TITLE AND INTEREST IN AND TO PERSONAL PROPERTY, ABANDON UNSOLD PROPERTY AND COMPENSATE AUCTIONEER** |
| | [No Hearing Required Unless Requested] |

Doris A. Kaelin, Trustee in Bankruptcy of the estate of the above-named Debtor, hereby moves the Court for an order authorizing her to sell certain of the Debtor's scheduled assets, on the terms more fully set forth in the Notice and Opportunity for Hearing on Motion to Sell at Auction Estate's Right, Title and Interest in and to Personal Property, Abandon Unsold Proeprty and Compensate Auctioneer ("Notice") filed herewith.

A copy of the Notice is attached hereto as **Exhibit A** and is incorporated by reference.

DATED: August 23, 2018     RINCON LAW LLP

By:  */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

    TECHSHOP, INC.,

        Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

[No Hearing Required Unless Requested]

**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO SELL AT AUCTION ESTATE'S RIGHT, TITLE AND INTEREST IN AND TO PERSONAL PROPERTY, ABANDON UNSOLD PROPERTY AND COMPENSATE AUCTIONEER**

**TO CREDITORS, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** Doris Kaelin, the Chapter 7 Trustee of the bankruptcy estate of TechShop, Inc. ("Debtor") hereby moves the Bankruptcy Court for authority to sell at auction the estate's right, title and interest in and to certain personal property described below, abandon property that is not sold at auction, and compensate the auctioneer for its services (commission and expenses).

**Background**

The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on February 26, 2018 ("Petition Date"). Soon after the Petition Date, the Trustee was appointed to administer the assets of the Debtor's estate. By her motion, the Trustee seeks authority to sell the estate's right, title and interest in and to the following assets by auction:

- 2014 Featherlite 24ft Trailer, VIN: 4FGA42424EC134204, License: 4NR3042 ("Trailer")[1]; and
- Trailer contents- (2) Universal Laser Systems VLS 3.50 Desktop Lasers with cutting tables; (9) Fujitsu Lifebook computers; Monitor; Fire extinguishers and cleaning supplies; various tools, furniture, materials, and equipment (tables, shelf units, a sewing machine, shop vac, etc.) (the "FF&E" collectively with the Trailer, the "Property").

**Auction of the Property**

The Trustee's auctioneer, West Auctions, Inc., can be reached via its website at www.westauction.com.
Effective September 14, 2018, a detailed description of the Property will be available on the auctioneer's website. The Trustee encourages creditors and others who are interested in viewing the Property to visit the West Auctions, Inc. website to obtain more information about the auction, including the terms and timing on which bids will be accepted.

The Property will be stored at 450 Santa Anita Drive, Woodland, California, 95776 ("Premises"). On-site inspection of the Property at the Premises will be available for bidders commencing September 14, 2018, Monday through Friday, from 9:00 am to 4:00 pm except for holidays. The auction of the Property will commence on Tuesday, October 2, 2018, at 10:00 a.m. (PDT) through Thursday, October 4, 2018 at 10:00 a.m. (PDT). Full payment via cash, cashier's check, wire/bank transfer or credit card[2] must be made no later than 12:00 p.m. (noon) (PDT) by October 9, 2018. The Property must be removed from the Premises by Friday, October 12, 2018, by 4:00 p.m. (PDT). Buyers are solely responsible for the removal of the Property from the Premises.

**THE FOREGOING AUCTION IS ON AN "AS-IS, WHERE-IS, AND WITH ALL FAULTS" BASIS. THE TRUSTEE DISCLAIMS ANY AND ALL REPRESENTATIONS, INCLUDING THE WARRANTY OF MERCHANTABILITY FOR FITNESS FOR A PARTICULAR PURPOSE.**

---

[1] The Trailer is covered by with a branding "wrap" with logos for "TechShop" and "Fujitsu". All logos on the Trailer will be removed from the Trailer before it is taken to the Premises. Fujitsu has agreed to pay up to half of the cost to remove the logo wrap, not to exceed $600.
[2] Payments made by credit card will be assessed a 4% transaction fee.

1

**EXHIBIT A**

### Abandon Property Not Sold at Auction

Section 554 of the Bankruptcy Code provides that the Trustee may abandon property of the estate that is of inconsequential value to the estate or is a burden to the estate. In the event that any of the Property remains unsold at the conclusion of the auction, that would mean that there is insufficient equity for creditors in the Property. In that event, the Trustee seeks authority herein to abandon the unsold Property because the unsold property will be of inconsequential value to the estate.

### Payment of Auctioneer

The Trustee intends to compensate West Auctions, Inc., solely from the sale proceeds of the Property, by paying a 15% commission calculated on the gross proceeds of sale and to reimburse West Auctions its necessary and reasonable expenses not to exceed $6,000. The Trustee seeks authority, herein, to allow West Auctions to deduct its commission and expenses from the gross proceeds and pay the net amount to the Trustee.

The Trustee requests that the order approving the sale of the Property provide: "This order is effective upon entry and the stay otherwise imposed by Rule 62(a) and the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply." Any party with questions is encouraged to contact the undersigned.

### Disputed Autodesk Lien

A creditor of the Debtor's estate, Autodesk, Inc., asserts that it has a lien that encumbers the FF&E ("Lien"). The Lien purportedly gives a blanket lien to Autodesk over the assets of the Debtor. Autodesk does not assert that it has a lien or secured interest in the Trailer. The Trustee disputes the Lien. The Trustee asserts, among other things, that the Lien is subject to avoidance as a preferential transfer pursuant to 11 U.S.C. § 547(b). Autodesk and the Trustee have entered into a stipulation authorizing the sale of the FF&E to the buyer or buyers, free and clear of the Lien, with the Lien to attach to the sale proceeds with the same right and priority that existed, if any, prior to the sale.

### Objections or Requests for Hearing

**PLEASE TAKE FURTHER NOTICE THAT** Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed with respect to any objection to the proposed auction, sale and compensation of the auctioneer, or any request for hearing thereon.

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and**

**In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

**PLEASE TAKE FURTHER NOTICE THAT** as of January 1, 2005, the United States Bankruptcy Court for the Northern District of California has adopted mandatory electronic filing. If you are not currently qualified to file papers with the Court electronically, you should consult the Court's website (www.canb.uscourts.gov).

DATED: August 23, 2018         RINCON LAW LLP

                               By:  /s/ Gregg S. Kleiner
                                    GREGG S. KLEINER
                                    Counsel for DORIS KAELIN, Trustee in Bankruptcy

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335, San Francisco, California 94104
Telephone No.: 415-672-5991 / Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com