UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| IN RE: TECHSHOP, INC. | CASE NO: 18-50398 MEH |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 165 |
| | Judge: Hon. M. Elaine Hammond |

On 8/30/2018, I did cause a copy of the following documents, described below,

Notice and Opportunity for Hearing on Trustee's Application for Order Authorizing Employment of Special Counsel on Contingency Fee Basis (Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP) ECF Docket Reference No. 165

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/30/2018

/s/ Gregg S. Kleiner
Gregg S. Kleiner  141311
Rincon Law, LLP
200 California Street, Suite 400
San Francisco, CA  94111
415 672 5991

| | |
|---|---|
| IN RE: TECHSHOP, INC. | CASE NO: 18-50398 MEH |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 165<br>Judge: Hon. M. Elaine Hammond |

On 8/30/2018, a copy of the following documents, described below,

Notice and Opportunity for Hearing on Trustee's Application for Order Authorizing Employment of Special Counsel on Contingency Fee Basis (Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP) ECF Docket Reference No. 165

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/30/2018

_/s/ Jay S. Jump_
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gregg S. Kleiner
Rincon Law, LLP
200 California Street, Suite 400
San Francisco, CA 94111

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| EWIN HONG<br>5250 VALLEY FORGE DR APT 415<br>ALEXANDRIA VA 22304 | TYCO INTEGRATED SECURITY LLC<br>C/O SUZANNE CORK<br>10405 CROSSPOINT BLVD.<br>INDIANAPOLIS IN 46256 | JOHN D. DURST & SUSAN E MCCOMG<br>2007 REVOCABLE LIVING TRUST DATED AUG.<br>8 2007<br>C/O JOHN D DURST<br>989 CHENERY ST.<br>SAN FRANCISCO CA 94131 |
| ACTIVE SOLUTIONS LLC<br>2722 WEST ESTRELLA DRIVE<br>CHANDLER AZ 85224 | PRAXAIR DISTRIBUTION INC<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 361345<br>COLUMBUS OH 43236 | CITY OF SAN JOSE FINANCE DEPARTMENT<br>REVENUE MGMT<br>200 E. SANTA CLARA ST. 13TH FL<br>SAN JOSE CA 95113 |
| NEW YORK STATE DEPARTMENT OF LABOR<br>STATE OFFICE CAMPUS<br>BLDG. #12 RM. #256<br>ALBANY NY 12240 | JASPER THOMAS<br>277 GOLDEN GATE AVE. #314<br>SAN FRANCISCO CA CA 94102 | JASON LENTZ<br>940 LAUREL ST<br>UNIT A<br>SAN CARLOS CA 94070 |
| BRAD MARTINSON<br>2530 CASTELLO WAY<br>SANTA CLARA CA 95051-1009 | STEVEN TUCKER<br>19250 BLACK RD<br>LOS GATOS CA 95033-9568 | JON BARBARA<br>3309 E FLOOSMOOR AVE<br>MESA AZ 85204 |
| MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 475<br>JEFFERSON CITY MO 65105 | COREY MCGUIRE<br>2601 ADELINE ST.<br>#112<br>OAKLAND CA 94607 | RUSTOM L. MEYER<br>7501 BLAIR ROAD APT 301<br>TAKOMA PARK MD 20912 |
| CHRISTOPHER J. SHULL<br>1355 SAGE HEN WAY UNIT R<br>SUNNYVALE CA 94087 | THOMAS KLISDONK<br>147 ANCHOR BAY TER<br>SUNNYVALE CA 94086 | ERIC JACOBSON<br>2391 DOWNING AVE.<br>SAN JOSE CA 95128 |
| HITACHI CAPITAL AMERICA CORP.<br>C/O SOLOMON GRINDLE ET AL.<br>11682 EL CAMINO REAL SUITE 250<br>SAN DIEGO CA 92130 | ZHBIN GARY ZHANG<br>1408 NIGHTHAWK DR<br>SANTA ROSA CA 95409 | JEFFREY A. SHERMAN<br>774 OWL CT<br>LOUISVILLE CO 80027 |
| ASSA ABLOY ENTRANCE SYSTEMS<br>(NC) C/O MCC<br>23240 CHAGRIN BLVD. #410<br>CLEVELAND OH 44122 | SHARON SCHIBLER<br>1150 DIAMOND CT<br>LOS ALTOS CA 94024 | ANDREW S. HUANG<br>1733 CRANE AVE<br>MOUNTAIN VIEW CA 94040 |
| RALPH C. MCMULLAN AND SUSAN R. MCMULLAN<br>807 LOMBARD ST.<br>SAN FRANCISCO CA 94133 | WILLIAM A ELLIS<br>10066 PASADENA AVE. #C<br>CUPERTINO CA 95014 | NORMAN NEWLON<br>2367 SOUTH DRIVE<br>SANTA CLARA CA 95051 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CARL WALDSPURGER<br>517 GEORGIA AVE<br>PALO ALTO CA 94306 | ROBINSON FAMILY 1999 TRUST DATED<br>11/2/1999<br>TIMOTHY B. ROBINSON & LISA A. ROBINSON<br>216 BLACKSTONE DR.<br>BOULDER CREEK CA 95006 | GIBSON MANCINI CARMICHAEL & NELSON P.A.<br>GMCN<br>115 EAST LAUREL STREET<br>GARDEN CITY KS 67846 |
| MONICA MILLER CAVALLARO<br>1516 WILDROSE WAY<br>MOUNTAIN VIEW CA 94043 | DEBRA HARA<br>10856 LINDA VISTA DR.<br>CUPERTINO CA 95014 | CHRISTOPHER SEGRAVES<br>6783 W YEARLING RD.<br>PEORIA AZ 85383 |
| JAMES HOLLIS<br>527 12TH ST SE<br>WASHINGTON DC 20003 | CALEB HENRY CROME<br>5060 KINGSTON WAY<br>SAN JOSE CA 95130 | LAURIE BOWERS CONNOLLY<br>355 SUNRISE SHORES<br>HARRODSBURG KY 40330 |
| LCA BANK CORPORATION<br>PO BOX 1650<br>TROY MI 48099 | ROBERT MANN<br>2250 JERROLD AVE. #13<br>SAN FRANCISCO CA 94124 | MARK L MOORE<br>1340 BENT DR<br>CAMPBELL CA 95008 |
| TARA YOUNGBORG<br>4268 COTSWOLDS HILL LANE<br>FAIRFAX VA 22030 | DEBORAH SMITH ZYLSTRA<br>2424 E BARNHART RD<br>DENAIR CA 95316 | ROBERT DYKE<br>101 COMMODORE DR.<br>RICHMOND CA 94804 |
| LORI PETITT<br>2334 21ST ST.<br>SANTA MONICA CA 90405 | BHATIA FAMILY TRUST<br>C/O SHREY BHATIA<br>571 PANCHITA WAY<br>LOS ALTOS CA 94022 | JON WATTE<br>36 CIRCLE RD.<br>REDWOOD CITY CA 94062 |
| LORI CHAMPAGNE<br>2135 WATKINS LAKE RD.<br>WATERFORD MI 48328 | JOHN M. KLOMAN IV<br>C/O JOHN KLOMAN<br>3200 DOMINY CT.<br>OAKTON VA 22124 | JEFFREY MOY<br>729 STONE CANYON CIRCLE<br>INVERNESS IL 60010 |
| DE LAGE LANDEN FINANCIAL SERVICESINC.<br>1111 OLD EAGLE SCHOOL RD.<br>ATTN: K. VENDETTA<br>WAYNE PA 19087 | CITY OF SAN JOSE<br>FINANCE DEPARTMENT<br>REVENUE MGMT<br>200 EAST SANTA CLARA ST. 13TH FL.<br>SAN JOSE CA 95113 | ELLEN ISAACS<br>2162 CORONET DR<br>SAN JOSE CA 95124 |
| LYLE R SMITH<br>61 YALE RD<br>MENLO PARK CA 94025 | EMILY QUESADA<br>1629 GREEN ST.<br>SAN FRANCISCO CA 94123 | MARY JO RICHARDSON<br>6403 WINDWOOD DR.<br>COLLEGE STATION TX 77845 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SCOTT LUDWIG
70 CHERRY RIDGE COURT
SAN JOSE CA 95136

PETER ROSENBLADT
2848 CONCORD LANE
SANTA CLARA CA 95051

SERGEI MENCHENIN
1718 HILLMAN AVE.
BELMONT CA 94002


GREG BUCHNER
690 COVINGTON RD.
LOS ALTOS CA 94024

MANISH GUPTA
482 THOMPSON AVE
MOUNTAIN VIEW CA 94043

EDWARD S. CONGER
1064 HICKORYNUT CT
SUNNYVALE CA 94087


RON BECK
1 DOREY WAY
MONTEREY CA 93940

CSN DESIGN
ATTN: CRAIG NELSON
4618 W.62 TERR
FAIRWAY KS 66205

DOUBLECLUTCH ROBOTICS INC.
371 ELAN VILLAGE LN #310
SAN JOSE CA 95134


DIRK A. KABCENELL
4900 ALPINE RD.
PORTOLA VALLEY CA 94028

OLIVIA MORGAN
901 23RD STREET S
ARLINGTON VA 22202

KARI L. GERRITS
371 ELAN VILLAGE LANE #310
SAN JOSE CA 95134


CHIA CHING CHANG
21534 CONRADIA COURT
CUPERTINO CA 95014

PATRICK W AND LYNNE MCCLURE TRUST
21850 E STACY RD
QUEEN CREEK AZ 85142

MARY TROLL
3420 COMMONWEALTH AVE.
MAPLEWOOD MO 63143


IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO IL 60673

MICHAEL K. GERRITS
371 ELAN VILLAGE LANE #310
SAN JOSE CA 95134

ANGELA LIGHT
3208 KAWALKER LANE
SAN JOSE CA 95127


GINA MANN
14163 N. 90TH PL.
SCOTTSDALE AZ 85260

DONALD CHESAREK
280 BELBLOSSOM WAY
LOS GATOS CA 95032

LYNN BODELL
107 RESERVOIR RD
ATHERTON CA 94027


MICHAEL CHARLES BROWNE
1911 BARBARA DR.
PALO ALTO CA 94303

MICHELLE R. KOBLAS
729 ANDERSON DR.
LOS ALTOS CA 94024

ALLEN LAVEE
24 SANTA MARGARITA DRIVE
SAN RAFAEL CA 94901


BLAKE & XUAN COMMAGERE
1725 MILLER AVE.
LOS ALTOS CA 94024

MELVIN EDGERLEY
4206 CHRISTINE PLACE
ALEXANDRIA VA 22311

JULIA PIEHLER
191 E. EL CAMINO REAL SPC 216
MOUNTAIN VIEW CA 94040

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ROBERT CARVER<br>9804 THINLEAF COVE<br>AUSTIN TX 78759 | BRIAN A. BEARDMORE<br>292 LAQUESTA DR<br>DANVILLE CA 94526 | GABRIEL FABER AND HILLEGUUS FABER<br>3027 RUBINO CIR<br>SAN JOSE CA 95125 |
| RICHARD LINDEN<br>163 ZANDER DR.<br>ORINDA CA 94563 | DAVID MUNIER & TARA MUNIER<br>3340 SAINT MARY S ROAD<br>LAFAYETTE CA 94549 | DAVID CHAU<br>3201 LOMA VERDE DR. #87<br>SAN JOSE CA 95117 |
| EDWARD HARRIMAN<br>14672 GYPSY HILL RD<br>SARATOGA CA 95070 | JOSEPH E. PECK & MARY G. PECK_V<br>308 COMANCHE CIRCLE<br>HUTTO TX 78634 | EDWARD & DEBORAH HARRIMAN<br>14672 GYPSY HILL RD<br>SARATOGA CA 95070 |
| DANNY E. MARS<br>1960 CHURTON AVE<br>LOS ALTOS CA 94024 | JOHN M. STANEC<br>3730 CALLISON ST<br>LOOMIS CA 95650 | TAM THAO PHAM<br>3463A 17TH ST<br>SAN FRANCISCO CA 94110 |
| EVERBANK COMMERCIAL FINANCE<br>10 WATERVIEW BLVD.<br>PARSIPPANY NJ 07054 | CHRISTOPHER S. MULLIN<br>41 LEBANON HILLS DR<br>PITTSBURGH PA 15228 | RAMESH V. PERI<br>10812 GAILLARDIA<br>AUSTIN TX 78733 |
| DAVID GUTELIUS<br>18124 WEDGE PKWY #544<br>RENO NV 89511 | SERGE AND DARLENE GUILLOT<br>700 CLEARLAKE PTE<br>SENECA SC 29672 | STEPHEN W. BALINSKI<br>10310 BREEDEN ROAD<br>LUSBY MD 20657 |
| SHARON SHINDEL<br>3833 E. CARSON RD<br>PHOENIX AZ 85042 | PAUL A. GENNARI<br>2729 FORT SCOTT DR.<br>ARLINGTON VA 22202 | ROBERT L. SIMON<br>3065 EMERALD WIND ST.<br>HENDERSON NV 89052 |
| JOEL KATAKO ANANSAMBI<br>741 BEACH AVE.<br>BRONX NY 10473 | BHL SERVICES INC.<br>C/O R. GIBSON PAGTER JR.<br>PAGTER AND PERRY ISAACSON<br>525 N. CABRILLO PARK DRIVE SUITE 104<br>SANTA ANA CA 92701 | FIRSTLEASE INC.<br>HEMAR ROUSSO & HEALD LLP<br>C/O RAFFI KHATCHADOURIAN ESQ.<br>15910 VENTURA BOULEVARD 12TH FLOOR<br>ENCINO CA 91436 |
| PAUL CLENAHAN<br>15395 THOMAS ST.<br>GLEN ELLEN CA 95442 | ASHOK JANAH<br>91 WOODLAND AVE.<br>SAN FRANCISCO CA 94117 | NANETTE WYLDE<br>33 DEXTER AVE.<br>REDWOOD CITY CA 94063 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CAROLYN LEE LUCE                      STEPHEN WOLFE                         TOBY D. OWEN
318 MCEVOY ST.                        365 S. GRAHAM ST.                     1701 SPRINGLAKE DR.
REDWOOD CITY CA 94061                 PITTSBURGH PA 15232                   DRIPPING SPRINGS TX 78620



GREGORY THOMAS MCPHEETERS             NORTH AMERICAN BANCARD HOLDINGS LLC   JOHN ERIC DOYLE
741 SEASIDE ST.                       C/O WELTMAN WEINBERG & REIS CO. LPA   322 LAUREL AVE
SANTA CRUZ CA 95060                   323 W. LAKESIDE AVENUE STE 200        MENLO PARK CA 94025
                                      CLEVELAND OH 44113



RICHARD TINSLEY                       ROBERT C. BERNSTEIN AND LISA J.       ROBERT M GREENBERG
16555 S KENNEDY RD                    BERNSTEIN                             4809 FOX BRANCH CT.
LOS GATOS CA 95030                    1711 VALLEY VIEW AVE.                 RALEIGH NC 27614
                                      BELMONT CA 94002



CAROLINE DOYLE                        SCOTT MILLER                          LORI SAXON
257 2ND AVE.                          1260 FREMONT TERRACE EAST             835 MILO CT
SAN FRANCISCO CA 94118                SUNNYVALE CA 94087                    SAN JOSE CA 95133



THE AMIDON/MENON 2003 REVOCABLE TRUST MIKE GRALL AND CINDY GRALL (PRIOR     HANMI BANK
C/O KEITH AMIDON                      SPELLE)                               HEMAR ROUSSO & HEALD LLP
88 HIGGINS AVE.                       52 QUAIL XING                         C/O RAFFI KHATCHADOURIAN ESQ.
LOS ALTOS CA 94022                    SANTA CRUZ CA 95060                   15910 VENTURA BOULEVARD 12TH FLOOR
                                                                            ENCINO CA 91436



MARICOPA COUNTY TREASURER             PAWNEE LEASING CORPORATION            BRAUNREUTHER-LAMBERT FAMILY LIVING
C/O PETER MUTHIG                      3801 AUTOMATION WAY STE 207           TRUST
222 N. CENTRAL AVE. #1100             FORT COLLINS CO 80525                 1596 EDMOND CT
PHOENIX AZ 85004                                                            SAN JOSE CA 95125



CHARLES G WADE                        SAN MATEO COUNTY TAX COLLECTOR        LUKE KUNG
136 MARY WAY                          555 COUNTY CENTER                     3297 VIN SANTO LANE
LOS GATOS CA 95032                    REDWOOD CITY CA 94063                 SAN JOSE CA 95054



RICHARD ELY                           ALLAN GOTTLIEB                        D. WESLEY WILEY AND JANICE K. KENDALL
6275 MOJAVE DRIVE                     226 VALLEY VISTA DR                   610 GENNESSEE ST
SAN JOSE CA 95120                     CAMARILLO CA 93010                    SAN FRANCISCO CA 94127



MICHAEL D. HARRIS                     CANON FINANCIAL SERVICES INC.         DAVID BRUCE CURTIS AND SHELLEY SMITH
4604 MON BLANC DRIVE                  C/O STARK & STARK P.C.                CURTIS AS TR
BEE CAVE TX 78738                     993 LENOX DR.                         VINOD NICHANI ESQ.
                                      LAWRENCEVILLE NJ 08648                NICHANI LAW FIRM
                                                                            1250 OAKMEAD PKWY. SUITE 210
                                                                            SUNNYVALE CA 94085
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ANDREW CALVO<br>PO BOX 2205<br>SEBASTOPOL CA 95473 | ANDREW LUTOMIRSKI<br>204 2ND AVE #408<br>PALO ALTO CA 94401 | GRACE MOSS<br>505 62ND STREET<br>APT D1<br>BROOKLYN NY 11220 |
| STEPHEN E LIBRANDE<br>673 HAMILTON AVE<br>MILPITAS CA 95035 | GEOFFREY MOYER<br>276 LA CUESTA DRIVE<br>PORTOLA VALLEY CA 94028 | CHRISTOPHER F. BEALL<br>93 BROMLEY PL.<br>NUTLEY NJ 07110 |
| NORTH AMERICAN BANCARD HOLDINGS LLC<br>C/O WELTMAN WEINBERG & REIS CO. LPA<br>323 W. LAKESIDE AVENUE STE 200<br>CLEVELAND OH 44113 | KEVIN AND CONNIE MURPHY<br>4050 YELLOWSTONE DR.<br>SAN JOSE CA 95130 | DAVID J. EVERS<br>3815 242ND AVE SE<br>ISSAQUAH WA 98029 |
| SONIA LEE & ALAN M GRUMET<br>433 LORELL AVE.<br>MILL VALLEY CA 94941 | M2 LEASE FUNDS LLC<br>C/O RUSSELL S. LONG DAVIS<br>& KUELTHAU S.C.<br>111 E. KILBOURN AVE. #1400<br>MILWAUKEE WI 53202 | KYLEY SMITHERS<br>860 SARATOGA AVE<br>APT. H212<br>SAN JOSE CA 95129 |
| KARL W. SCHULZ<br>1701 BUTTERCUP ROAD<br>PFLUGERVILLE TX 78660 | MCT GROUP<br>PO BOX 7748<br>TORRANCE CA 90504 | SHANTA AMBADY<br>2997 S. LIDDESDALE ST.<br>DETROIT MI 48217 |
| WINDSTREAM<br>929 MARTHA S WAY<br>HIAWATHA IA 52233 | SERGIO FERIA<br>1688 TACOMA AVE.<br>BERKELEY CA 94707 | JUDY & SERGIO FERIA/LI-HUA PENG<br>1688 TACOMA AVE<br>BERKELEY CA 94707 |
| WALTER E SIMONETTI<br>1361 S CANYON OAKS WAY<br>CHANDLER AZ 85286 | JAYNE BROWNLEE<br>700 CENTRAL AVE.<br>MENLO PARK CA 94025 | ERIC WERNER BIRGIT WERNER<br>619 MOUNTIAN VIEW AVE.<br>MOUNTAIN VIEW CA 94041 |
| JULIAN DAVID CHRISTIAN RICHARDSON<br>871 ROBB RD<br>PALO ALTO CA 94306 | PAUL STRAUSS & FELICIA GERSHBERG<br>1033 RUBIS DRIVE<br>SUNNYVALE CA 94087 | GARY D. ADEN<br>350 TURKSHEAD LN<br>REDWOOD CITY CA 94065 |
| JAMES E. KUTZ<br>1340 GARTHWICK DR<br>LOS ALTOS CA 94024 | SCOTT A. SAXON<br>30867 TUCKER ST. NE<br>CAMBRIDGE MN 55008 | DEJAN VUCINIC<br>597 LONE TREE RD<br>HOLLISTER CA 95023 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DAVID SPERMAN<br>165 CAMBRIDGE AVE<br>SAN LEANDRO CA 94577 | NORIHIRO EDWIN AOKI<br>115 STADLER DR.<br>WOODSIDE CA 94062 | ANGELA DEFRANCESCO<br>144 S 3RD ST UNIT 610<br>SAN JOSE CA 95112 |
| HUNG-VUONG ALEXANDER PHAM<br>441 63RD STREET<br>APT #2R<br>BROOKLYN NY 11220 | JONATHAN VADNAL<br>1331 S. EADS ST. #808<br>ARLINGTON VA 22202 | TERESA BLEVINS<br>17859 GRAYSTONE AVENUE<br>UNIT NO #202<br>CHINO HILLS CA 91709 |
| AMBER ROSS<br>241 NORTH ORIENTAL STREET<br>INDIANAPOLIS IN 46202 | MICHAEL SCHMIT<br>19992 RODRIGUES AVE.<br>CUPERTINO CA 95014 | WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>ATTN: JASON HARKNESS<br>1010 THOMAS EDISON BLVD. SW<br>CEDAR RAPIDS IA 52404 |
| JEFFREY A PORTER<br>346 S BUENA VISTA AVE.<br>GILBERT AZ 85296 | KATHLEEN C. FITZPATRICK<br>151 MOUNTAIN VIEW AVE.<br>LOS ALTOS CA 94024 | KUAN HOW KHOR AND CHAI HIONG NG<br>645 QUINCE LN<br>MILPITAS CA 95035 |
| KEVIN SCOTT ARMSTRONG<br>75 S 14TH ST.<br>SAN JOSE CA 95112 | C. WILLIAM SPANGLER AND NANCY L. SPANGLER<br>471 CAROLINA LN<br>PALO ALTO CA 94306 | KYLE STEVEN BUTT<br>1018 N 500 W<br>PLEASANT GROVE UT 84062 |
| DANIEL E. ERDMAN<br>88 E SAN FERNANDO ST #510<br>SAN JOSE CA 95113 | LAW OFFICES OF DEREK K. YU<br>1939 HARRISON STREET SUITE #612<br>OAKLAND CA 94612 | SIMPLEXGRINNELL<br>50 TECHNOLOGY DR.<br>ATTN: BANKRUPTCY<br>WESTMINSTER MA 01441 |
| MARK A PIZAREK<br>525 W REMINGTON DR. #98<br>SUNNYVALE CA 94087 | JOHN S. AND JAMES L. KNIGHT FOUNDATION<br>C/O HOWARD J. STEINBERG ESQ.<br>1840 CENTURY PARK EAST. #1900<br>LOS ANGELES CA 90067 | DONALD D. PRICE REVOCABLE TRUST<br>C/O DONALD D. PRICE TRUSTEE<br>21485 SILCHESTER CT.<br>NORTHVILLE MI 48167 |
| MATT BERRY<br>1915 BILTMORE ST<br>WASHINGTON DC 20009 | NEAL A. OSBORN<br>2053 SKYLINE DR.<br>MILPITAS CA 95035 | WELLS FARGO EQUIPMENT FINANCE<br>2700 S. PRICE ROAD<br>CHANDLER AZ 85286 |
| CHISA FAMILY LTD PARTNERSHIP<br>2925 BOND ST.<br>ROCHESTER HILLS MI 48309 | KHOA T. NGUYEN<br>3058 REYNOLDS CT.<br>FREMONT CA 94536 | RASHEDA PRICE<br>C/O STATE FARM<br>1075 OLD COUNTY RD. #A<br>BELMONT CA 94002 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JOSEPH L. KRAL AND LISA E. LEE<br>TRUSTEES<br>P.O. BOX 710<br>LA HONDA CA 94020 | CHRISTINA S CHU<br>107 N. AMPHLETT BLVD<br>SAN MATEO CA 94401 | DAVID A. LYONS<br>4497 POINSETTIA CT<br>SAN JOSE CA 95136 |
| PAUL SATCHELL<br>538 ASHBURY ST.<br>SAN FRANCISCO CA 94117 | WILLIAM C. BRICK<br>2588 COLUMBIA ROAD<br>BERKELEY MI 48072 | KEITH STATTENFIELD<br>1395 GAZDAR CT<br>SANTA CLARA CA 95051 |
| CARY ELLIIS MCHUGH<br>150 MELSHER LANE<br>VALLEY SPRINGS CA 95252 | TECHSHOP<br>C/O ERIC LAYTON STRATTEN<br>9110 ROCKER AVE.<br>PLYMOUTH MI 48170 | JAMES KAO<br>4388 EL CAMINO REAL UNIT 139<br>LOS ALTOS CA 94022 |
| CHRISULA BLOORE<br>800 SONIA WAY<br>MOUNTAIN VIEW CA 94040 | WARREN WU<br>5 DANA POINT CT<br>REDWOOD CITY CA 94065 | ANTHONY GODSHALL<br>116 LEROY PL<br>SAN FRANCISCO CA 94109 |
| NEW CENTURY COMMONS LLC<br>C/O ANDREW J. DITLEVSEN ESQ.<br>SWEENEY MASON WILSON & BOSOMWORTH<br>983 UNIVERSITY AVE. STE. 104C<br>LOS GATOS CA 95032 | INTERNATIONAL<br>TECHSHOP JAPAN<br>C/O FUJITSU LIMITED ATTN: ASAKO MOTOKI<br>SHIODOME CITY CENTER<br>1-5-2HIGASHI SHIMBASHI<br>MINATO-KU TOKYO JAPAN 105-7123 | INTERNATIONAL<br>FUJITSU LIMITED<br>C/O FUJITSU LIMITED ATTN: ASAKO MOTOKI<br>SHIODOME CITY CENTER<br>1-5-2HIGASHI SHIMBASHI<br>MINATO-KU TOKYO JAPAN 105-7123 |
| SILICON VALLEY ENGINEERING COUNCIL<br>ATTN: ELISA ENGLEHARDT PRESIDENT<br>PO BOX 611865<br>SAN JOSE CA 95161 | AN NGOC LE<br>3000 7TH ST NE APT 324<br>WASHINGTON DC 20017 | TECHSHOP INC.<br>P.O. BOX 1582<br>SANTA CRUZ CA 95061 |
| PAUL R. BOULAY & CONSTANCE A. BOULAY<br>201 HARDY AVE.<br>CAMPBELL CA 95008 | ROBERT FAULL<br>10491 MEINERT RD.<br>WEXFORD PA 15090 | WALTER CARL RIORDAN<br>2352 W. LONGHORN PL.<br>CHANDLER AZ 85286 |
| SARAH POWERS<br>15 BROWN ST<br>PITTSBURGH PA 15209 | BRENDAN A. FLICKER<br>C/O WILLIAM F. ASKIN ESQ.<br>1047 MCKINNEY LANE<br>PITTSBURGH PA 15220 | JOHN MANFORD<br>17 BULL ELK<br>CLOUDCRAFT NM 88317 |
| DAVID ALLAN ELLSWORTH<br>227 RAMONA ST.<br>SAN MATEO CA 94401 | AUTODESK INC.<br>ATTN: GENERAL COUNSEL<br>111 MCINNIS PARKWAY<br>SAN RAFAEL CA 94903 | THE DAVID B. GUSTAVSON AND DEANNA L.<br>GUS<br>1946 FALLEN LEAF LN<br>LOS ALTOS CA 94024 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
THOMAS CONNOLLY                        EDWARD VINCES AND STEPHANIE VINCES    IAN A TWOMBLY
1613 ANDERSON RD.                      ATTN: STEPHANIE VINCES                2348 ROSITA AVE
MCLEAN VA 22102                        915 PARK PACIFICA AVE.                SANTA CLARA CA 95050
                                       PACIFICA CA 94044


BENJAMIN J CORRIE                      RICHARD A. SHINE                      WILLIAM D. BAKER
2732 13TH AVE                          195 THOMPSON SQUARE                   P.O BOX #1246
OAKLAND CA  94606                      MOUNTAIN VIEW CA 94043                SAN JOSE CA 95100


MARIA DALALO                           NOAH CHITTIM                          CESC PLAZA LIMITED PARTNERSHIP
PO BOX 53146                           305 WEST SHORE ROAD                   C/O OFFIT KURMAN P.A.
SAN JOSE CA 95153                      WESTPORT ISLAND ME 04578              4800 MONTGOMERY LANE SUITE 900
                                                                             BETHESDA MD 20814-3465


ARIZONA BOARD OF REGENTS               DAN RASURE                            HITACHI CAPITAL AMERICA CORP.
ATTN: JEFFREY L. SKLAR                 C/O ANN MCFARLAND DRAPER              C/O SOLOMON GRINDLE LIDSTAD &
LEWIS ROCA ROTHGERBER CHRISTIE LLP     DRAPER LAW OFFICES                    WINTRINGER
ONE SOUTH CHURCH AVE. #2000            75 BROADWAY SUITE 202                 ATTN: RICHARD A. SOLOMON
TUCSON AZ 85701-1611                   SAN FRANCISCO CA 94111-1423           11682 EL CAMINO REAL SUITE 250
                                                                             SAN DIEGO CA 92130-7705


NEW CENTURY COMMONS LLC                BHL SERVICES INC.                     SERGEI MENCHENIN
C/O SWEENEY MASON WILSON & BOSOMWORTH  C/O R. GIBSON PAGTER JR.              1718 HILLMAN AVE.
ATTN: ANDREW J. DITLEVSEN ESQ. ATTN:   PAGTER AND PERRY ISAACSON             BELMONT CA 94002-1919
JOSEPH M. SWEENEY ESQ.                 525 N. CABRILLO PARK DRIVE SUITE 104
983 UNIVERSITY AVENUE SUITE 104C       SANTA ANA CA 92701-5017
LOS GATOS CA  95032-7637


AMERICAN EXPRESS TRAVEL RELATED        STEPHEN CASNER                        NEW YORK CITY ECONOMIC DEVELOPMENT
SERVICES                               1454 REVELSTOKE WAY                   CORPORATION
C/O BECKET AND LEE LLP                 SUNNYVALE CA 94087-4443               C/O MCNUTT LAW GROUP
PO BOX 3001                                                                  ATTN: MICHAEL C. ABEL
MALVERN PA 19355-0701                                                        219 9TH STREET
                                                                             SAN FRANCISCO CA 94103-3806


COMMONWEALTH OF PENNSYLVANIA           DAVID BRUCE CURTIS                    FRANCHISE TAX BOARD
DEPARTMENT OF LABOR AND INDUSTRY       SHELLEY SMITH CURTIS C/O VINOD NICHANI BANKRUPTCY SECTION MS A340
ATTN: DEB SECREST COLLECTIONS SUPPORT  ESQ.                                  PO BOX 2952
UNIT                                   NICHANI LAW FIRM                      SACRAMENTO CA 95812-2952
651 BOAS ST. #702                      1250 OAKMEAD PKWY STE. 210
HARRISBURG PA 17121-0751               SUNNYVALE CALIFORNIA 94085


CITY OF SAN JOSE                       SAN MATEO COUNTY TAX COLLECTOR        EMPLOYMENT DEVELOPMENT DEPARTMENT
FINANCE DEPARTMENT                     555 COUNTY CENTER                     PO BOX 826846
REVENUE MGMT                           REDWOOD CITY CA 94063-1665            SACRAMENTO CA 94246-0001
200 EAST SANTA CLARA ST. 13TH FL.
SAN JOSE CA 95113-1903


CALIFORNIA DEPARTMENT OF TAX AND FEE   INTERNAL REVENUE SERVICE              OFFICE OF THE UNITED STATES TRUSTEE
ADM                                    SPECIAL PROCEDURES                    280 SOUTH FIRST STREET ROOM 268
ACCOUNT INFORMATION GROUP MIC: 29      PO BOX 7346                           SAN JOSE CA 95113
PO BOX 942879                          PHILADELPHIA PA 19101-7346
SACRAMENTO CA 94279
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
COUNSEL FOR AUTODESK INC.         KNIGHT FOUNDATION
MARSHA SUKACH                     C/O HOWARD J. STEINBERG
WILSON SONSINI GOODRICH & ROSATI  GREENBERG TRAURIG LLP
1301 AVENUE OF THE AMERICAS       1840 CENTURY PARK EAST SUITE 1900
NEW YORK NY 10019                 LOS ANGELES CA 90067-2121
```