Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone:    213.629.7400
Facsimile:    213.629.7401
Email:    aram.ordubegian@arentfox.com
         annie.stoops@arentfox.com

Counsel for Movants
Daniel Woods and Mike Hilberman

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

**TECHSHOP, INC.,**

                    Debtor.

Case No. 18-50398

Chapter: 7

**NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS**

Date:        November 2, 2018
Time:        10:00 a.m.
Location:    Courtroom 3020
             280 South First Street
             San Jose, California, 95113

### TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the hearing for Daniel Woods and Mike Hilberman's *Motion for Relief from the Automatic Stay, to the Extent Required, for Payment of D&O Insurance Proceeds* [Dkt. No. 143] has been continued to November 2, 2018 at 10:00 a.m., in the United States Bankruptcy Court for the Northern District of California, San Jose Division, located 280 South First Street, Courtroom 3020, San Jose, California, 95113.

///

///

AFDOCS/16916469.1

1  Dated: September 4, 2018

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

**ARENT FOX LLP**


By: */s/ Aram Ordubegian*
    Aram Ordubegian
    Attorney for Movants

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/16916469.1