**Lewis Roca Rothgerber Christie LLP**
One South Church Avenue, Suite 2000
Tucson, Arizona 85701-1611

**Jeffrey L. Sklar** (Bar No. 257218)
Direct Dial: 520.838.7742
Direct Fax: 520.622.3088
Email: jsklar@lrrc.com

Attorneys for Arizona Board of Regents

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| TECHSHOP, INC., | No. 18-50398-MEH |
|---|---|
| Debtor. | Chapter 7 |
| | **DECLARATION OF JI MI CHOI IN SUPPORT OF GOOD FAITH PURCHASER FINDING** |

I, Ji Mi Choi, declare as follows:

1. I am the Associate Vice President, Knowledge Enterprise Development, of Arizona State University.

2. The Arizona Board of Regents, a body corporate for and on behalf of Arizona State University as Landlord and in connection with an offer to the Trustee as "Purchaser", with respect to the now terminated Sublease (Chicago Street Yard) by TechShop Phoenix, LLC ("Tenant") as Tenant of the approximately 13,010 rentable square feet of lab space (the "Lab Premises") and 688 rentable square feet of snack/catering space, as more particularly described in the Sublease (together with the Lab Premises, the "Premises"), which are located on a portion of the real estate and improvements located in the building located at 249 East Chicago Street, Chandler, Arizona 85225-8532 (the "Building"). On account of defaults under the Sublease, the Sublease has been terminated. The Arizona Board of Regents on behalf of Arizona State University is the proposed buyer of certain assets from this bankruptcy estate.

3. To my knowledge, based solely upon my administration of the sublease to TechShop Phoenix, LLC and my involvement supervising counsel in connection

with the bankruptcy case, the Purchaser has no connection to the Debtor or its creditors.

4. I am not aware of any other bidders for the property being offered for sale by the Trustee. I am unaware of any discussions with anyone, other than the Trustee's counsel and the Purchaser's counsel, with respect to the proposed purchase.

5. Other than the $30,000 cash consideration and other consideration stated in Purchaser's written offer, I am not aware of any other consideration that is being paid to any party in connection with this transaction. Except as sums set forth in the letter evidencing the purchase agreement that Purchaser signed, Purchaser has, to my knowledge, no other agreements with any other parties with regard to the Property.

6. The offer Purchaser submitted is a good faith offer and has not been discussed with any other potential bidder, the Debtor, or the Trustee prior to submission. Purchaser did negotiate with the Trustee through counsel over the ultimate terms of the offer. Those terms are reflected in the written agreement signed by the Purchaser. There are no other, hidden or secret terms.

7. I declare under penalty of perjury that the above statements are true based on my personal knowledge or based on the best of my information and belief. If called as a witness I could and would testify to their truthfulness. This declaration is executed on the 8th day of August 2018 in New York, New York.

*/s/ Ji Mi Choi*

Ji Mi Choi
Associate Vice President,
Knowledge Enterprise Development