Form DCLM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | | |
|---|---|---|
| In Re: | TechShop, Inc. | Case No.: 18–50398 MEH 7 |
| | Debtor(s) | Chapter: 7 |

## NOTICE OF DEFECTIVE CM/ECF PROOF OF CLAIM FILED ELECTRONICALLY

**NOTICE.** Claim Number filed electronically in this case on by is defective for the reason(s) marked below:

☐ Claim PDF Unreadable

☐ Wrong PDF Attached

☑ Creditor Name Listed in PDF Does Not Match Creditor selected on Claims Register

☐ Claim Docketed on Wrong Case

☐ Other

This notice is provided as a courtesy only and does not constitute a ruling by the bankruptcy court.

Dated: 9/10/18

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court