# Notice Recipients

District/Off: 0971–5  User: tprorok  Date Created: 9/10/2018
Case: 18–50398  Form ID: DCLM  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
14771406    Ryan Spurlock    1389 Crespi Dr.    Pacifica, CA 94044

TOTAL: 1