In re:
TechShop, Inc.
    Debtor

Case No. 18-50398-MEH
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0971-5     User: tprorok     Page 1 of 1     Date Rcvd: Sep 10, 2018
                        Form ID: DCLM     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
14771406        +Ryan Spurlock,    1389 Crespi Dr.,    Pacifica, CA 94044-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
           Allan D. Sarver    on behalf of Creditor    M2 Lease Funds LLC ADS@asarverlaw.com
           Andrew J. Ditlevsen    on behalf of Creditor    New Century Commons, LLC ajd@smwb.com, chilton@smwb.com
           Ann McFarland Draper    on behalf of Interested Party    TheShop dot Build San Fran LLC ann.draper@gmail.com, ann@draperlaw.net
           Ann McFarland Draper    on behalf of Interested Party    TheShop dot Build LLC ann.draper@gmail.com, ann@draperlaw.net
           Ann McFarland Draper    on behalf of Interested Party Daniel Rasure ann.draper@gmail.com, ann@draperlaw.net
           Aram Ordubegian    on behalf of Interested Party Daniel Woods Ordubegian.Aram@ArentFox.com
           Aram Ordubegian    on behalf of Interested Party Mike Hilberman Ordubegian.Aram@ArentFox.com
           Chris D. Kuhner    on behalf of Creditor    Wantin Living Trust dated March 2, 1999 c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com
           Doris A. Kaelin    dktrustee@gmail.com, C139@ecfcbis.com
           Gregg S. Kleiner    on behalf of Trustee Doris A. Kaelin gkleiner@rinconlawllp.com, aworthing@rinconlawllp.com
           Jeffrey L. Sklar    on behalf of Creditor    Arizona Board of Regents jsklar@lrrc.com, bankruptcynotices@lrrc.com
           Jessica Georgia McKinlay    on behalf of Other Prof.    La Frontera Village L.P. mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com
           Jessica Georgia McKinlay    on behalf of Requestor    CESC Plaza Limited Partnership mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com
           Joseph M. Sweeney    on behalf of Creditor    New Century Commons, LLC jsweeney@smwb.com, cmueller@smwb.com
           Matthew D. Metzger    on behalf of Debtor    TechShop, Inc. belvederelegalecf@gmail.com
           Matthew Jon Olson    on behalf of Creditor    Bakery Square Retail, L.P. matt@macfern.com, ecf@macfern.com
           Michael C. Abel    on behalf of Interested Party    New York City Economic Development Corporation mcabel@ml-sf.com, csnell@ml-sf.com
           Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
           R. Gibson Pagter, Jr.    on behalf of Requestor    BHL Services, Inc. gibson@ppilawyers.com
           Raffi Khatchadourian    on behalf of Creditor    HANMI BANK raffi@Hemar-Rousso.com
           Richard A. Solomon    on behalf of Requestor    Hitachi Capital America Corp. richard@sgsslaw.com
           Richard L. Pierotti    Rpierotti@kpmd.com
           Vinod Nichani    on behalf of Requestor Shelley Smith Curtis vinod@nichanilawfirm.com
           Vinod Nichani    on behalf of Requestor David Bruce Curtis vinod@nichanilawfirm.com
                                                                                          TOTAL: 24

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:    TechShop, Inc. | Case No.: 18–50398 MEH 7 |
| Debtor(s) | Chapter: 7 |

## NOTICE OF DEFECTIVE CM/ECF PROOF OF CLAIM FILED ELECTRONICALLY

**NOTICE.** Claim Number filed electronically in this case on by is defective for the reason(s) marked below:

☐ Claim PDF Unreadable

☐ Wrong PDF Attached

☒ Creditor Name Listed in PDF Does Not Match Creditor selected on Claims Register

☐ Claim Docketed on Wrong Case

☐ Other

This notice is provided as a courtesy only and does not constitute a ruling by the bankruptcy court.

Dated: 9/10/18          For the Court:

                                               Edward J. Emmons
                                               Clerk of Court
                                               United States Bankruptcy Court