Ann McFarland Draper (SBN 065669)
  courts@draperlaw.net
**Draper Law Offices**
75 Broadway, Suite 202
San Francisco, California 94111
Tel:     (415) 989-5620

**Attorneys for Objector Dan Rasure**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA
## San Jose Division

| | |
|---|---|
| In Re:<br><br>TECHSHOP, INC.<br><br>Debtor. | Case No.: 18-50398 MEH<br><br>**Chapter 7**<br><br>**OBJECTION TO TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY (ASU SALE); AND REQUEST FOR HEARING**<br><br>**Hearing Requested** |

DAN RASURE ("Rasure") hereby objects to the Trustee's *Motion to Sell Personal Property (ASU Sale)* (the "Motion") (Docket No. 155), and requests a hearing thereon. In support of his objection and request for hearing, Rasure, by and through his undersigned counsel, states as follows:

1. This Court has jurisdiction to hear the above-referenced Objection.

2. The Motion and Objection seek an order authorizing the Trustee to sell the Debtor's personal property located at the Chandler, Arizona makerspace facility formerly operated by Debtor's subsidiary TechShop Phoenix LLC.

3. This case was commenced on February 26, 2018, when Debtor TechShop, Inc. ("Debtor") filed its voluntary petition under Chapter 7 together with its schedules of assets and

*In Re Techshop, Inc., Debtor*  Case No. 18-50398   - 1
OBJECTION TO TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY (ASU SALE); AND
REQUEST FOR HEARING

Case: 18-50398    Doc# 171    Filed: 09/13/18    Entered: 09/13/18 23:53:05    Page 1 of 4

liabilities and its statement of financial affairs, which have since been amended several times. Doris A. Kaelin is the Trustee in Bankruptcy of Debtor's estate.

4. Rasure is a creditor of this estate. As such, Rasure has standing to be heard with regard to the above-referenced Objection.

5. Prior to November 2017, Debtor had operated ten makerspace workshop facilities in the United States, including one located in Chandler, Arizona. On November 15, 2017, Debtor publicly announced that it was closing all ten of its U.S. locations and its small corporate group effective 8AM on November 15, and that it would be filing for bankruptcy under Chapter 7, although it ultimately waited over three months before actually filing this bankruptcy case.

6. On August 23, 2018, the Trustee filed the present motion for authority to sell Debtor's personal property located at the former TechShop makerspace facility in Chandler, Arizona, which had been operated by Debtor's subsidiary TechShop Phoenix LLC. (See Docket No. 155.) The proposed buyer is the Arizona Board of Regents, a body corporate for and on behalf of Arizona State University ("ASU").

7. Although the motion papers do not include list of the items to be sold, it appears that the personal property to be sold includes the tools, equipment and furnishings at the former Chandler facility that were owned by either Debtor or its subsidiary TechShop Phoenix LLC. (See Agreement to Purchase Personal Property attached as Exhibit "B" to the Motion. The property being is sold "as is, where is," free and clear of the disputed AutoDesk lien, and the proposed sale price is $30,000.

8. Rasure objects to approval of the proposed sale because the total price being paid is inadequate and unfair to the creditors of the estate. The Trustee proposes to sell the personal property in bulk and has not provided any itemization detailing the tools and equipment being sold. This prevents creditors and other interested parties from evaluating the adequacy of the proposed price and in making counter offers. Rasure submits that a more complete description of the tools and equipment being sold is necessary for interested parties to be able to determine whether to object and/or overbid, and that without such a list interested parties have not received adequate notice of the proposed sale.

*In Re Techshop, Inc., Debtor*     Case No. 18-50398    - 2
OBJECTION TO TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY (ASU SALE); AND REQUEST FOR HEARING

Case: 18-50398    Doc# 171    Filed: 09/13/18    Entered: 09/13/18 23:53:05    Page 2 of 4

9. Prior to commencement of this case, Rasure's team visited the Chandler facility and inventoried the tools and equipment on site and inspected the condition of that property. Rasure has photographs and videos detailing the condition of the property. Rasure estimates that the value of the tools and equipment at the Chandler location exceeds $75,000, and that the $30,000 price which ASU proposes to pay is inadequate and is not fair to the estate or its creditors.

10. Rasure is concerned that ASU is getting a sweetheart deal to purchase the tools and equipment in bulk so that it can open a makerspace without paying a fair price to the estate.

11. Rasure requests that the Court require the Trustee to sell the property in lots (rather than in bulk), at public auction, at which potential buyers can view and inspect the tools and equipment prior to bidding.

12. Alternatively, Rasure requests that the Court require the Trustee to propose overbid and sale procedures, subject to Court approval, for sale of the property through private sale with overbidding, so that the estate maximizes the recovery to the estate. Rasure is interested in bidding / overbidding for this personal property.

13. The Trustee's duty is to maximize the value realized upon sale of the personal property that is the subject of this motion. Requiring the Trustee to describe the major items of tools and equipment will further this goal, but sale in bulk without describing the property does not. To maximize the recovery to the estate, the tools and equipment should be sold in lots at public auction or through a private sale with overbid opportunity, and the sale should be conducted at the site of the property being sold (in Chandler, Arizona).

WHEREFORE, Rasure requests that this Court issue an order denying the Application and/or granting such other relief as this Court deems appropriate, fair and just.

DATED: September 13, 2018

                                  DRAPER LAW OFFICES

                                  _____/s/ Ann McFarland Draper_____ _____
                                  Signature of Attorney of Record

                                  Ann McFarland Draper (SBN 065669)
                                  DRAPER LAW OFFICES
                                  75 Broadway Suite 202
                                  San Francisco, CA 94111

*In Re Techshop, Inc., Debtor*     Case No. 18-50398   - 3
OBJECTION TO TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY (ASU SALE); AND REQUEST FOR HEARING

Case: 18-50398   Doc# 171   Filed: 09/13/18   Entered: 09/13/18 23:53:05   Page 3 of 4

# CERTIFICATE OF SERVICE

I, Ann McFarland Draper, hereby declare and certify as follows:

1. I am a citizen of the United States and resident of the State of California, over the age of 21 and not a party to this case. My business address is 75 Broadway, Suite 202, San Francisco, CA 94111.

2. On September 13, 2018, I served as true and correct copy of the foregoing ***OBJECTION TO TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY (ASU SALE); AND REQUEST FOR HEARING*** on the interested parties in this case as follows:

☒ by electronic service accomplished by electronically filing said document(s) with the Clerk of the Court using the CM/ECF system and transmission of the Notice of Electronic Filing for such document(s) via the Court's NEF system to all persons registered for this case

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 13th day of September 2018, at San Rafael, California.

                        /s/ Ann McFarland Draper

*In Re Techshop, Inc., Debtor*            Case No. 18-50398   - 4
OBJECTION TO TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY (ASU SALE); AND REQUEST FOR HEARING

Case: 18-50398   Doc# 171   Filed: 09/13/18   Entered: 09/13/18 23:53:05   Page 4 of 4