Ann McFarland Draper (SBN 065669)
   courts@draperlaw.net
**Draper Law Offices**
75 Broadway, Suite 202
San Francisco, California 94111
Tel:    (415) 989-5620

**Attorneys for Objector Dan Rasure,**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## San Jose Division

| | |
|---|---|
| In Re:<br><br>    TECHSHOP, INC.<br><br>                  Debtor. | **Case No.: 18-50398 MEH**<br><br>**Chapter 7**<br><br>**DECLARATION OF DAN RASURE IN SUPPORT OF OBJECTION TO MOTION FOR SALE OF PROPERTY (ASU SALE)**<br><br>**Hearing**<br>Date:  June 1, 2018<br>Time:  10:00 a.m.<br>Place.: 3020 |

I, Dan Rasure, declare as follows:

1. I am a creditor of the Debtor herein. I make this declaration based upon my personal knowledge, except where stated on information and belief and, if called upon to testify, I could and would competently testify to the matters set forth herein.

2. I make this declaration in support of my objection to the Trustee's *Motion to Sell Personal Property (ASU Sale)* (the "Motion") (Docket No. 155).

3. Prior to commencement of this case, my team visited the Chandler facility and inventoried the tools and equipment on site and inspected the condition of that property. I have photographs and videos detailing the condition of the property. I estimate that the value of the

*In Re Techshop, Inc., Debtor*                                                      Case No. 18-50398    - 1
DECLARATION OF DAN RASURE IN SUPPORT OF OBJECTION TO MOTION FOR SALE OF PROPERTY (ASU SALE)

Case: 18-50398   Doc# 172   Filed: 09/13/18   Entered: 09/13/18 23:56:31   Page 1 of 3

tools and equipment at the Chandler location exceeds $75,000, and that the $30,000 price which ASU proposes to pay is inadequate and is not fair to the estate or its creditors.

4. I am concerned that ASU is getting a sweetheart deal to purchase the tools and equipment in bulk so that it can open a makerspace without paying a fair price to the estate.

5. In my opinion, the estate will obtain a greater recovery if the property is either sold in lots at public auction, at which potential buyers can view and inspect the tools and equipment prior to bidding or, alternatively, if the property is sold through a private sale with overbidding by prospective buyers such as myself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 13th day of September, 2018 PT, at Goodland, Kansas.



Dan Rasure

*In Re Techshop, Inc., Debtor*     Case No. 18-50398    - 2
DECLARATION OF DAN RASURE IN SUPPORT OF OBJECTION TO MOTION FOR SALE OF PROPERTY (ASU SALE)

Case: 18-50398    Doc# 172    Filed: 09/13/18    Entered: 09/13/18 23:56:31    Page 2 of 3

# CERTIFICATE OF SERVICE

I, Ann McFarland Draper, hereby declare and certify as follows:

1. I am a citizen of the United States and resident of the State of California, over the age of 21 and not a party to this case. My business address is 75 Broadway, Suite 202, San Francisco, CA 94111.

2. On September 13, 2018, I served as true and correct copy of the foregoing ***DECLARATION OF DAN RASURE IN SUPPORT OF OBJECTION TO MOTION FOR SALE OF PROPERTY (ASU SALE)*** on the interested parties in this case as follows:

☒ by electronic service accomplished by electronically filing said document(s) with the Clerk of the Court using the CM/ECF system and transmission of the Notice of Electronic Filing for such document(s) via the Court's NEF system to all persons registered for this case

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 13th day of September 2018, at San Rafael, California.

_____/s/ Ann McFarland Draper_____

*In Re Techshop, Inc., Debtor*     Case No. 18-50398 - 3
DECLARATION OF DAN RASURE IN SUPPORT OF OBJECTION TO MOTION FOR SALE OF PROPERTY (ASU SALE)

Case: 18-50398    Doc# 172    Filed: 09/13/18    Entered: 09/13/18 23:56:31    Page 3 of 3