Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**REQUEST FOR ENTRY OF ORDER AUTHORIZING ABANDONMENT OF PERSONAL PROPERTY**<br><br>[No Hearing Required Unless Requested] |

Doris Kaelin, Chapter 7 Trustee in Bankruptcy ("Trustee") of the estate of the above-named Debtor, respectfully represents:

1. On August 23, 2018, the Trustee served on all creditors and parties in interest a Notice and Opportunity for Hearing on Motion to Abandon Personal Property ("Notice") [Docket 159], as evidenced by the Certificate of Service / Declaration of Mailing [Docket 162].

2. Also on August 23, 2018, the Trustee filed her Motion to Abandon Personal Property [Docket 158].

3. The time period within which to file objections or requests for hearing has passed. Except as set forth in the concurrently filed Declaration of Gregg S. Kleiner, this office has not received any objections or requests for hearing, and no objections or requests for hearing have been filed with the Bankruptcy Court.

1

1    WHEREFORE, the Trustee requests the entry of an Order authorizing her to abandon the
2 estate's right, title and interest in and to certain personal property as defined in and provided for
3 in the Notice.

DATED: September 14, 2018        RINCON LAW LLP


By: */s/ Gregg S. Kleiner*
    GREGG S. KLEINER
    Counsel for DORIS A. KAELIN,
    Trustee in Bankruptcy