| | |
|---|---|
| 1 | Gregg S. Kleiner, State Bar No. 141311 |
| | RINCON LAW LLP |
| 2 | 268 Bush Street, Suite 3335 |
| | San Francisco, California 94104 |
| 3 | Telephone No.: 415-672-5991 |
| | Facsimile No.: 415-680-1712 |
| 4 | Email: gkleiner@rinconlawllp.com |
| 5 | |
| | Counsel for DORIS A. KAELIN, |
| 6 | Trustee in Bankruptcy |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**REQUEST FOR ENTRY OF ORDER AUTHORIZING SALE AT AUCTION OF ESTATE'S RIGHT, TITLE AND INTEREST IN AND TO PERSONAL PROPERTY, ABANDONMENT OF UNSOLD PROPERTY AND COMPENSATION TO AUCTIONEER**<br><br>[No Hearing Required Unless Requested] |

Doris Kaelin, Chapter 7 Trustee in Bankruptcy ("Trustee") of the estate of the above-named Debtor, respectfully represents:

1. On August 23, 2018, the Trustee served on all creditors and parties in interest a Notice and Opportunity for Hearing on Motion to Sell at Auction Estate's Right, Title and Interest in and to Personal Property, Abandon Unsold Property and Compensate Auctioneer ("Notice") [Docket 161], as evidenced by the Certificate of Service / Declaration of Mailing [Docket 162].

2. Also on August 23, 2018, the Trustee filed her Motion to Sell at Auction Estate's Right, Title and Interest in and to Personal Property, Abandon Unsold Property and Compensate Auctioneer [Docket 160].

3. The time period within which to file objections or requests for hearing has passed. Except as set forth in the concurrently filed Declaration of Gregg S. Kleiner, this office has not received any objections or requests for hearing, and no objections or requests for hearing have been filed with the Bankruptcy Court.

WHEREFORE, the Trustee requests the entry of an Order authorizing her to sell at auction the estate's right, title and interest in and to certain personal property, abandon property that is not sold at auction, and compensate the auctioneer for its services (commission and expenses), as defined and described in the Notice.

DATED: September 14, 2018  RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy