UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: TECHSHOP, INC. | CASE NO: 18-50398 MEH <br> **DECLARATION OF MAILING** <br> **CERTIFICATE OF SERVICE** <br> Chapter: 7 <br> ECF Docket Reference No. 175 <br> Judge: Hon. M. Elaine Hammond <br> Hearing Location: 280 South First Street, Courtroom 3020, San Jose, CA 95113 <br> Hearing Date: October 4, 2018 <br> Hearing Time: 10:30 a.m. |

On 9/19/2018, I did cause a copy of the following documents, described below,

Notice of Hearing on Objections to Sale of Assets to ASU ECF Docket Reference No. 175

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/19/2018

/s/ Gregg S. Kleiner
Gregg S. Kleiner 141311
Rincon Law, LLP
200 California Street, Suite 400
San Francisco, CA 94111
415 672 5991

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: TECHSHOP, INC. | CASE NO: 18-50398 MEH<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 175<br>Judge: Hon. M. Elaine Hammond<br>Hearing Location: 280 South First Street, Courtroom 3020, San Jose, CA 95113<br>Hearing Date: October 4, 2018<br>Hearing Time: 10:30 a.m. |

On 9/19/2018, a copy of the following documents, described below,

Notice of Hearing on Objections to Sale of Assets to ASU ECF Docket Reference No. 175

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/19/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gregg S. Kleiner
Rincon Law, LLP
200 California Street, Suite 400
San Francisco, CA 94111

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ANN MCFARLAND DRAPER<br>DRAPER LAW OFFICES<br>75 BROADWAY SUITE 202<br>SAN FRANCISCO CA 94111 | WALTER E SIMONETTI CREDITOR<br>1361 S CANYON OAKS WAY<br>CHANDLER AZ 85286 | HENRY JOVANOVIC CREDITOR<br>2722 WEST ESTRELLA DRIVE<br>CHANDLER AZ 85224 |

ROBERT M. CHARLES JR.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
ONE S. CHURCH AVENUE SUITE 2000
TUCSON AZ 85701