**Entered on Docket
September 19, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed September 18, 2018

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING ABANDONMENT OF PERSONAL PROPERTY**

The Court having reviewed and considered: (i) Motion to Abandon Personal Property ("Motion") (Docket 158) filed by Doris Kaelin, Chapter 7 Trustee ("Trustee") of the above-captioned Debtor; (ii) the Trustee's request for order approving the Motion; and (iii) the declaration of Gregg S. Kleiner in support thereof, notice of the Motion being adequate and proper under the circumstances and other good cause appearing

IT IS HEREBY ORDERED THAT:

1. The Motion is approved in all respects.

2. The Trustee is authorized to abandon the estate's right, title and interest in and to certain personal property and vehicles listed in the Trustee's Notice and Opportunity for Hearing on Motion to Abandon Personal Property (Docket 159).

*** END OF ORDER ***

*** COURT SERVICE LIST ***

No Court service required.