Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

The following constitutes
the order of the court. Signed September 18, 2018

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**ORDER AUTHORIZING SALE AT AUCTION OF ESTATE'S RIGHT, TITLE AND INTEREST IN AND TO PERSONAL PROPERTY, ABANDONMENT OF UNSOLD PROPERTY AND COMPENSATION TO AUCTIONEER** |

The Court having reviewed and considered: (i) Motion to Sell at Auction Estate's Right, Title and Interest in and to Personal Property, Abandon Unsold Property and Compensate Auctioneer ("Motion") (Docket 160) filed by Doris Kaelin, Chapter 7 Trustee ("Trustee") of the above-captioned Debtor; (ii) the Trustee's request for order approving the Motion; and (iii) the declaration of Gregg S. Kleiner in support thereof, notice of the Motion being adequate and proper under the circumstances and other good cause appearing

IT IS HEREBY ORDERED THAT:

1.  The Motion is approved in all respects.

2.  The Trustee is authorized to sell at auction the estate's right, title and interest in and to certain personal property described in the Trustee's Notice and Opportunity for Hearing on Motion to Sell at Auction Estate's Right, Title and Interest in and to Personal Property, Abandon

Unsold Property and Compensate Auctioneer ("Notice") (Docket 161). The personal property to be sold by auction includes, but is not limited to a 2014 Featherlite 24ft Trailer, VIN: 4FGA42424EC134204, License: 4NR3042.

      3. Pursuant to the provisions of the stipulation for sale free and clear of lien between the Trustee and Autodesk, Inc. (Docket 157), the sale of the Property (as defined in the Notice), (i) shall be free and clear of the Autodesk Lien and any related liens (as defined in the Stipulation), or claims that Autodesk may have against the Property, pursuant to 11 U.S.C. § 363(f)(2), and (ii) the Autodesk lien shall attach to the sale proceeds generated from the sale of the Property with the same right and priority that existed, if any, prior to the sale of the assets.

      4. The Trustee is authorized to abandon under 11 U.S.C. § 554 property that is not sold at auction.

      5. The Trustee is authorized to compensate the auctioneer, West Auctions, for its services at a 15% commission calculated on the gross proceeds of sale and to reimburse West Auctions its necessary and reasonable expenses not to exceed $6,000.

      6. This order is effective upon entry and the stay otherwise imposed by Rule 62(a) and the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply.

*** *END OF ORDER* ***

*** COURT SERVICE LIST ***

No Court service required.