UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re

    TECHSHOP, INC.,

        Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**CERTIFICATE OF SERVICE**

On the date of execution hereof, at my place of business, I served copies of the following document(s):

**[proposed]
ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL
ON CONTINGENCY FEE BASIS
(Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP)**

by placing a true copy in an envelope addressed as shown to the party(ies) below, placed appropriate postage for delivery by the United States Postal Service, via First Class United States Mail, and placed it in a United States postal mailbox:

| | |
|---|---|
| Office of the United States Trustee<br>280 South First Street, Room 268<br>San Jose, CA 95113 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2018, in San Francisco, California.

                          */s/Gregg S. Kleiner*
                          GREGG S. KLEINER

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP, 268 Bush Street, Suite 3335, San Francisco, California 94104
Telephone No.: 415-672-5991 / Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for Doris Kaelin, Chapter 7 Trustee

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL ON CONTINGENCY FEE BASIS (Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP)** |

Upon consideration of the (i) Application for Authority to Employ Special Counsel on Contingency Fee Basis (Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP) ("Application") [Docket 164], filed by Doris Kaelin, Chapter 7 Trustee of the above-captioned Debtor; (ii) the Trustee's Request for Entry of Order Approving the Application, and (iii) the Declaration of Gregg S. Kleiner in support thereof, notice of the Application being appropriate under the circumstances and good cause appearing

IT IS HEREBY ORDERED THAT:

1. The Application is approved in all respects in accordance with the terms of this Order;

2. The Trustee is authorized to (i) pursuant to 11 U.S.C. §§ 327(e) and 328(a), employ Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP; and

(ii) enter into the contingency fee agreement, a copy of which is attached Exhibit A to the Declaration of Proposed Special Counsel (Andrew A. August, Browne George Ross LLP) (Docket 164-1); and

    3.    No compensation shall be allowed or paid except pursuant to further Court order.

**\*\* END OF ORDER \*\***

**\*\*COURT SERVICE LIST\*\***

No Court Service Required.