Robert M. Charles (AZ Bar No. 007359)
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

**FILED**

OCT 0 1 2018

CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

TechShop, Inc.

Debtor(s).

Case No. 18-50398 MEH
Chapter 7

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Robert M. Charles, Jr., an active member in good standing of the bar of Arizona, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Arizona Board of Regents in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Jeffrey L. Sklar (CA Bar No. 257218) / Lewis Roca Rothgerber Christie LLP

655 N. Central Avenue, Suite 2300, Glendale, CA 91203-144

(626) 795-9900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2018

*/s/ Rob Charles*