Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

The following constitutes
the order of the court. Signed October 3, 2018

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL ON CONTINGENCY FEE BASIS**<br>**(Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP)** |

Upon consideration of the (i) Application for Authority to Employ Special Counsel on Contingency Fee Basis (Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP) ("Application") [Docket 164], filed by Doris Kaelin, Chapter 7 Trustee of the above-captioned Debtor; (ii) the Trustee's Request for Entry of Order Approving the Application, and (iii) the Declaration of Gregg S. Kleiner in support thereof, notice of the Application being appropriate under the circumstances and good cause appearing

IT IS HEREBY ORDERED THAT:

1.   The Application is approved in all respects in accordance with the terms of this Order;

2.   The Trustee is authorized to (i) pursuant to 11 U.S.C. §§ 327(e) and 328(a), employ Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP; and

(ii) enter into the contingency fee agreement, a copy of which is attached Exhibit A to the Declaration of Proposed Special Counsel (Andrew A. August, Browne George Ross LLP) (Docket 164-1); and

    3.    No compensation shall be allowed or paid except pursuant to further Court order.

**\*\* END OF ORDER \*\***

**\*\*COURT SERVICE LIST\*\***

No Court Service Required.