2939 Albemarle Street, NW
Washington, DC 20008
(202) 966-5794
kpauli@me.com

September 29, 2018

ORIGINAL

FILED
OCT 0 5 2018
CLERK
United States Bankruptcy Court
San Jose, California

The Clerk
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Re: TechShop, Inc., Debtor
Case No: 18-50398 MEH 7
Proof of Claim and Request for Notice

Dear sir or madam:

I was an investor in TechShop, the above-named debtor, which filed a bankruptcy petition on February 26, 2018. I never received any notice of this filing nor have I received any further information about the proceedings. When I recently checked the TechShop website, I found contact information for the bankruptcy trustee, whom I wrote. This week, she sent me a copy of a Notice of Possible Dividend that was apparently filed in the case, which included instructions on filing a Proof of Claim. Accordingly, I have enclosed an original Proof of Claim for filing in this case, as well as a copy and self-addressed stamped envelope to be returned to me as a conformed copy.

The trustee's summary sheet also informed me that TechShop identified parties in interest for inclusion in a Creditor Matrix and that, in order to receive notices in this case, I must file a Request for Notice with your office. Please be advised that although I am a shareholder of record, I have never been provided with any notices. Please also consider this as such a Request for Notice.

If you have any questions or if I need to provide additional information, I would appreciate it if you would contact me. Thank you very much.

Sincerely yours,

*Kathryn E Pauli*

Kathryn E. Pauli
enclosures