Entered on Docket
October 09, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

The following constitutes
the order of the court. Signed October 9, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

Date: October 4, 2018
Time: 10:30 a.m.
Place: 280 South First Street
       Hon. M. Elaine Hammond
       Courtroom 3020
       San Jose, CA 95113

**ORDER AUTHORIZING SALE OF PERSONAL PROPERTY**

On October 4, 2018, the Court conducted a hearing on the Motion to Sell Personal Property (ASU Sale) ("Motion") (Docket 155) filed by Doris Kaelin, Chapter 7 Trustee ("Trustee") of the above-captioned Debtor. Gregg S. Kleiner of Rincon Law LLP appeared on behalf of the Trustee. Ann Draper appeared on behalf of Dan Rasure, a party who filed an objection to the Motion, Docket 171 ("Rasure Objection"). After the objection deadline passed, an "objection" was sent to Trustee's counsel by email by Walter Simonetti and Henry Jovanovic ("S&J Objection"). All other appearances are noted in the record. Upon consideration of the Motion and the pleadings on file, the arguments of counsel, notice being adequate and proper and other good cause appearing,

/ / /

/ / /

IT IS HEREBY ORDERED THAT:

1. Based on the findings of fact and conclusions of law the Court set forth on the record, the Motion is approved in all respects, the Rasure Objection is overruled and the S&J Objection is overruled.

2. The Trustee is authorized to enter into the "Agreement to Purchase Personal Property" ("Agreement") with the Arizona Board of Regents, a body corporate for and on behalf of Arizona State University ("Buyer"). A true and correct copy of the Agreement is attached as Exhibit B to the Motion.

3. Pursuant to the provisions of the stipulation for sale free and clear of lien between the Trustee and Autodesk, Inc. (Docket 157), the sale of the Assets (as defined in the Agreement), (i) shall be free and clear of the Autodesk Lien and any related liens (as defined in the stipulation), or claims that Autodesk may have against the Assets, pursuant to 11 U.S.C. § 363(f)(2), and (ii) the Autodesk lien shall attach to the sale proceeds generated from the sale of the Assets with the same right and priority that existed, if any, prior to the sale of the Assets.

4. The Court, having reviewed and considered the Declaration of Ji Mi Choi (Docket 168) in support of good faith purchaser finding, the Buyer is approved as a buyer in good faith in accordance with Section 363(m) of the Bankruptcy Code and the Buyer shall be entitled to all the protections provided to a good faith buyer under 11 U.S.C. § 363(m).

5. This order is effective upon entry and the stay otherwise imposed by Rule 62(a) of the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply.

**APPROVED AS TO FORM**
DRAPER LAW OFFICES

*/s/Ann Draper*
Ann Draper,
Attorneys for Dan Rasure

*** END OF ORDER ***

*** COURT SERVICE LIST ***

No Court service required.