Clerk, US Bankruptcy Court
280 So. 1st Street, Third Floor
San Jose, CA 95113.


FILED
OCT 1 0 2018
CLERK
United States Bankruptcy Court
San Jose, California

Sept 27 2018

To the Clerk,

I have moved and am writing to notify you of my change of address as I am a creditor in a bankruptcy case. The case number is 18-50398 MEH and the debtor is TechShop Inc.

My previous address was:

Emily Quesada
1629 Green St
San Francisco, CA 94123

My new address is:

Emily Quesada
8345 NW 66 St #D2712
Miami, FL 33166-2696

Thanks,

*Emily Quesada*
Emily Quesada