Doris A. Kaelin
P.O. Box 1582
Santa Cruz, CA  95061
(831) 600-8093
**Trustee in Bankruptcy**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| **In re:** | **Case No. 18-50398 MEH** |
| **TECHSHOP, INC.** | **Chapter 7** |
| | **REPORT OF SALE (ASU)** |
| **Debtor(s)** | |

Pursuant to the *Order Authorizing Sale of Personal Property* [Dkt. 187], the Trustee sold all of the estate's right, title and interest to certain personal property ("Assets") to Arizona Board of Regents, a body corporate for and on behalf of Arizona State University ("Buyer"), for cash proceeds of $30,000, pursuant to the terms to the terms of the *Agreement to Purchase Personal Property* ["Agreement"; Exhibit B, Dkt. 155]. Pursuant to the terms of the Agreement, Trustee also quit claimed any right, title and interest, if any, in and to the Assets owned by TechShop Phoenix, LLC.

The term "Assets" is defined in the Agreement as "certain personal property that was owned or controlled by the Debtor and/or TechShop Phoenix, LLC" located at the Premises. The term "Premises" refers to previously rented space within the building and improvements located at 249 East Chicago Street, Chandler, Arizona, which was the subject of a prior Sublease between Buyer as landlord and TechShop Phoenix, LLC as tenant, as provided by the Agreement.

The Trustee has received the purchase price of $30,000 from Buyer as required by the Agreement.

DATED:  October 21, 2018

By: */s/ Doris A. Kaelin*
DORIS A. KAELIN,
Trustee in Bankruptcy