Doris A. Kaelin
P.O. Box 1582
Santa Cruz, CA 95061
Telephone: (831) 600-8093
dktrustee@gmail.com

Trustee in bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

In re

TechShop, Inc.,

        Debtor

Case No. 18-50398 MEH
Chapter 7

**REPORT OF SALE**
**(Estate's interest in trailer and contents of trailer sold via auction)**

      Pursuant to the *Order Authorizing Sale at Auction of Estate's Right, Title and Interest in and to Personal Property, Abandonment of Unsold Property and Compensation to Auctioneer* [Dkt. 178] ("Order"), the Trustee sold all of the estate's right, title and interest to the below personal property via on-line auction conducted by West Auctions, Inc. ("West"). Attached as Exhibit "A" is the Auction Settlement report by West which includes (1) an itemized statement of the property sold, the names of the purchasers, and the price received per item, (2) an itemized statement of auction expenses, and (3) the Registered Bidders Report.

1. 2014 Featherlite 24 ft. Trailer, VIN: 4FGA42424EC134204, License: 4NR3042; and
2. Trailer contents-(2) Universal Laser Systems VLS 3.50 Desktop Lasers with cutting tables; (9) Fujitsu Lifebook computers; and various tools, materials and equipment

      Pursuant to the Order, West deducted from the gross proceeds of sale, (a) its commission of $3,689.40 representing 15% of the gross proceeds of $24,595.98, and (b) auction expenses totaling $3,310.55.[1] Trustee has received the net proceeds of sale from West of $17,596.03.

DATED: October 24, 2018

                                      By: */s/ Doris A. Kaelin*
                                            DORIS A. KAELIN,
                                            Trustee in Bankruptcy

---

[1] The auction expenses included $1,200 to remove the wrap from the exterior of the trailer which contained the names and logos for TechShop and Fujitsu. Fujitsu has reimbursed the estate one half of the cost to remove the logo wrap in the amount of $600.