# AUCTION SETTLEMENT

RE: Bankruptcy Case Name: TechShop, Inc.
Bankruptcy Case No: 18-50398 MEH

DATE: October 22, 2018

TRUSTEE: Doris A. Kaelin

SALE DATE: October 2-4, 2018

SALE LOCATION: Online at WestAuction.com

**PROCEEDS OF SALE:**

| | | |
|---|---|---:|
| Assets as Shown on Itemized Auction Report | | 24,595.98 |
| Sales tax collected | | 969.44 |
| | **TOTAL PROCEEDS:** | **$25,565.42** |

**DEDUCTIONS:**

| | | |
|---|---|---:|
| Auctioneer's Commission | 15% of $24,595.98 | 3,689.40 |
| Sales tax submitted to California Dept. of Tax | | 969.44 |
| Reimbursed Auction Expenses - see Expense Report | | 3,310.55 |
| | **TOTAL COMPENSATION:** | **$7,969.39** |
| | **NET PROCEEDS:** | **$17,596.03** |

EXHIBIT A

West Auctions, Inc.  
Itemized Auction Report  
Bankruptcy Name: TechShop, Inc.  
Bankruptcy Case No: 18-50398 MEH  
October 2-4, 2018  
www.WestAuction.com

| LOT | DESCRIPTION | PRICE | NAME |
|---|---|---|---|
| 100 | 2014 FEATHERLITE 24' ENCLOSED ALUMINUM MOBILE SHOP/OFFICE TRAILER | 12,700.00 | RANDY COY |
| 101 | 2014 UNIVERSAL LASER SYSTEMS VLS350 24X12 LASER SYSTEM WITH FUME EXTRACTOR | 5,621.00 | DAVID YONAN |
| 102 | 2014 UNIVERSAL LASER SYSTEMS VLS350 24X12 LASER SYSTEM WITH FUME EXTRACTOR (NOT WORKING) | 3,730.00 | DOUGLAS VAN CAMP |
| 103 | FUJITSU LIFEBOOK T904 LAPTOP/TABLET WITH CASE | 220.00 | SANDRA SPURLOCK |
| 104 | FUJITSU LIFEBOOK T904 LAPTOP/TABLET WITH CASE | 210.00 | CHARLES KIMBALL |
| 105 | FUJITSU LIFEBOOK T904 LAPTOP/TABLET WITH CASE | 210.00 | JOE LILLARD |
| 106 | FUJITSU LIFEBOOK T904 LAPTOP/TABLET WITH CASE | 243.00 | AMELIA ARACELI GUZMAN |
| 107 | FUJITSU LIFEBOOK T904 LAPTOP/TABLET WITH CASE | 250.00 | AMELIA ARACELI GUZMAN |
| 108 | FUJITSU LIFEBOOK T904 LAPTOP/TABLET WITH CASE | 230.00 | AMELIA ARACELI GUZMAN |
| 109 | FUJITSU LIFEBOOK T904 LAPTOP/TABLET WITH CASE (NO CHARGER) | 210.00 | DOUGLAS VAN CAMP |
| 110 | FUJITSU LIFEBOOK T904 LAPTOP/TABLET WITH CASE (NO CHARGER) | 208.99 | MIKE WURNITSCH |
| 111 | FUJITSU LIFEBOOK T904 LAPTOP/TABLET WITH CASE (NO CHARGER) | 238.99 | SERGEY PLASICHUK |
| 112 | CALIFORNIA AIR TOOLS 4.6 GALLON ELECTRIC AIR COMPRESSOR | 165.00 | RICHARD TAYERLE |
| 113 | 10'X10' CANOPY | 54.00 | SEAN TWOMEY |
| 114 | BULK LOT: TOOLS, TOOL BAGS, TIE DOWNS, + MORE | 150.00 | RICHARD TAYERLE |
| 115 | TOTE OF (8) 3D PRINTER FILAMENT SPOOLS AND ASSOCIATED ITEMS | 50.00 | JAMES SMITH |
| 116 | SINGER SIMPLE 3337 SEWING MACHINE | 45.00 | DOUG BRAUN |
| 117 | BOX OF INNOVATIVE PLASTICS INC PLASTIC SHEETS | 60.00 | DOUGLAS VAN CAMP |
| | AUCTION TOTAL | $24,595.98 | |

# Auction Expenses
## Bankruptcy Case Name: TechShop, Inc.
## Bankruptcy Case No: 18-50398 MEH

| Date | Source | Description | Amount |
|---|---|---|---|
| **Marketing/Advertising** | | | |
| Sept/Oct | Marketing | Custom design accelerated marketing campaign for digital, social and direct sales. 1 hrs $45/hr. | 45.00 |
| Sept/Oct | Advertising | Printed auction sale preview catalogs | 6.50 |
| Sept/Oct | Advertising | Create and place 9 online classified ads | 67.50 |
| Sept/Oct | Advertising | Multiple auction bulletin emails to 31,000+ registered site users | 485.00 |
| Sept/Oct | Advertising | Posting to multi-state auction guides | 65.00 |
| Sept/Oct | Advertising | Syndication through auctioneer network | 60.00 |
| | | **Subtotal** | **$729.00** |
| **Auction Setup/Preview/Removal/Security/Other** | | | |
| 8/30/18 | Preparation | Remove wrap from trailer | 1,200.00 |
| 09/06/2018 | Transport | Turnover and transport trailer to storage | 412.50 |
| 09/07/2018 | Auction Setup | (1) Laborer; 7hrs @$35/hr. | 245.00 |
| 09/07/2018 | Auction Setup | Shredding of proprietary documents | 1.08 |
| 09/07/2018 | Auction Setup/Security | Wipe hard drives and install new Windows on laptops | 210.47 |
| 10/01/2018 | Auction Preview & Security | (1) Laborer; 4.5 hrs @$35/hr. | 157.50 |
| 10/09/2018 | Auction Removal & Security | (1) Laborer; 8 hrs @$35/hr. | 280.00 |
| Sept/Oct | Administration | DMV registration searche, prepare and mail DMV documents for signatures, file release of liability with DMV, copy and mail DMV documents to buyer via certified mail. | 75.00 |
| | | **Subtotal** | **$2,581.55** |
| | | **Total Expenses Reimbursed** | **$3,310.55** |

| NAME | CITY | STATE |
|---|---|---|
| J.C. KOKAISL | EL DORADO HILLS | CA |
| MARK EVELETH | SACRAMENTO | CA |
| KIM AIMES | ORANGEVALE | CA |
| RAMIRO GARCIA | SACRAMENTO | CA |
| MARK DAVIS | MODESTO | CA |
| NEIL & CHELSEY FORSETH | REDDING | CA |
| KEITH WILLS | DIAMOND SPRINGS | CA |
| AMELIA ARACELI GUZMAN | PLUMAS LAKE | CA |
| JOHN MICHAEL GLAVIN | NORTH HIGHLANDS | CA |
| TERRY SANDIN | LOS ANGELES | CA |
| MIKE STALLONE | OAKLAND | CA |
| DOUGLAS VAN CAMP | WOODLAND | CA |
| COLIN SAEGER | ELK GROVE | CA |
| MARIO MORENO | SACRAMENTO | CA |
| RICHARD TAYERLE | SAN RAFAEL | CA |
| RICK STRAND | VACAVILLE | CA |
| MICHAEL LISTON | PITTSBURG | CA |
| AARON MARTINEZ | WEST SACRAMENTO | CA |
| JOE GHIGGIOLI | PETALUMA | CA |
| STEPHEN WILSON | BENICIA | CA |
| MIKE WURNITSCH | HAYWARD | CA |
| JOEL VINCENT | VACAVILLE | CA |
| MALCOLM DEL MONTE | WILTON | CA |
| JEREMY MATTIA | OAKLAND | CA |
| RICH MEBUST | ROCKLIN | CA |
| DOUG BRAUN | SHINGLE SPRINGS | CA |
| RICHARD MERRIFIELD | PLUMAS LAKE | CA |
| RICARDO VILLARROEL | YUBA CITY | CA |
| DAVID YONAN | TURLOCK | CA |
| DERRICK LEWALD | LAFAYETTE | CA |
| MASON MURRAY | DAVIS | CA |
| SERGEY PLASICHUK | MATHER CA | CA |
| ALEX NELSON | GRASS VALLEY | CA |
| AMANDA ORRICK | STOCKTON | CA |
| TRINON CIRELLO | MURPHYS | CA |
| EFRAIN LUGO | MARINA | CA |
| MYCHAEL SHANNON | CONCORD | CA |
| ARIELLE RANDLE | SAN FRANCISCO | CA |
| SEAN TWOMEY | TRACY | CA |
| TIM LUONG | SACRAMENTO | CA |
| JUSTIN JENSEN | GRASS VALLEY | CA |
| THOMAS BISHOP | DAVIS | CA |
| ANATOLY KOSACHEV | NORTH HIGHLANDS | CA |
| MITCHELL HOUGHTON | REDDING | CA |

| NAME | CITY | STATE |
| --- | --- | --- |
| DAVE FISHER | MCKINLEYVILLE | CA |
| YURIY MUDRENKO | ANTELOPE | CA |
| CODY MCCABE | SAN JOSE | CA |
| TIM CHEN | SAN MATEO | CA |
| WILLIAM JURNEY | PINOLE | CA |
| LARRY BOTLE | BROWN VALLEY | CA |
| JAMES SMITH | SAN CARLOS | CA |
| CHARLES KIMBALL | SACRAMENTO | CA |
| DAN RASURE | SAN JOSE | CA |
| SANDRA SPURLOCK | PACIFICA | CA |
| CAROLAN FERRERIA | UKIAH | CA |
| SETH NEWSOME | SAN FRANCISCO | CA |
| JOE VINE | RED BLUFF | CA |
| RANDY COY | CHICO | CA |
| JOE LILLARD | WOODLAND | CA |