Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com
annie.stoops@arentfox.com

Counsel for Movants
Daniel Woods and Mike Hilberman

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**TECHSHOP, INC.,**<br><br>Debtor. | Case No. 18-50398<br><br>Chapter: 7<br><br>**STIPULATION TO CONTINUE HEARING ON DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS**<br><br>Current Hearing Date and Time:<br>Date: November 2, 2018<br>Time: 10:00 a.m.<br><br>New Hearing Date and Time:<br>Date: January 18, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 3020<br>280 South First Street<br>San Jose, California |

This stipulation is made by and between movants Daniel Woods and Mike Hilberman ("Movants"), on the one hand, and the chapter 7 trustee Doris A. Kaelin ("Trustee") on behalf of the chapter 7 estate for the above-captioned debtor, TechShop, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:[1]

## RECITALS

1. On August 3, 2018, Movants filed the motion for relief from automatic stay (the "Relief

---

[1] Movants and Trustee are hereinafter collectively referred to as the "Parties."

from Stay Motion") to allow Movants to collect on the D&O Policy proceeds [Dkt. No. 143].[2] the Relief from Stay Motion's initial hearing was set for August 24, 2018.

2. On August 23, 2018, the Trustee filed her opposition to the Relief from Stay Motion [Dkt. No. 163].

3. At the August 24, 2018 preliminary hearing, the Court continued the hearing on the Relief from Stay Motion to November 2, 2018, in part to give Trustee time to employ special counsel [Dkt. No. 167].

4. On August 30, 2018, the Trustee filed an application to employ Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP as special counsel on a contingency fee basis [Dkt. No. 164]. The Court authorized employment of special counsel by order entered on October 3, 2018 [Dkt. No. 183].

5. In light of the foregoing, the Parties have agreed that the hearing on the Relief from Stay Motion, currently set for November 2, 2018 at 10:00 a.m., should be continued to January 18, 2019 at 10:00 a.m.

## STIPULATION

6. The Parties agree to continue the hearing on Movant's Relief from Stay Motion from November 2, 2018 at 10:00 a.m., to January 18, 2019 at 10:00 a.m.

*[Signatures on Following Page]*

---

[2] Capitalized terms not otherwise defined in this Stipulation will have the meanings assigned to them in the Relief from Stay Motion.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| **IT SO STIPULATED.** | Respectfully submitted, |
| Dated: October 29, 2018 | **ARENT FOX LLP** |
| | By: */s/ Aram Ordubegian* <br>    Aram Ordubegian <br>    Annie Y. Stoops <br>    Counsel for Movants Daniel Woods and Mike Hilberman |
| Dated: October __, 2018 | **RINCON LAW LLP** |
| | By: _____ <br>    Gregg S. Kleiner <br>    Counsel for Doris A. Kaelin, Chapter 7 Trustee |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/17175389.1

| | |
|---|---|
| 1 | **IT SO STIPULATED.** |
| 2 | |
| 3 | Dated: October __, 2018 |

Respectfully submitted,

**ARENT FOX LLP**

By: _____
   Aram Ordubegian
   Annie Y. Stoops
   Counsel for Movants Daniel Woods and
   Mike Hilberman

Dated: October 29, 2018

**RINCON LAW LLP**

By: _____
   Gregg S. Kleiner
   Counsel for Doris A. Kaelin, Chapter 7
   Trustee

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/17175389.1