# CERTIFICATE OF SERVICE

I, Aylin Sookassians, declare as follows:

I am a citizen of the United states and over the age of eighteen (18) years and not a party to the within action.

My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

On October 29, 2018, I served document(s) described as:

**STIPULATION TO CONTINUE HEARING ON DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS**

on the interested parties in this action by placing [ ] the original [x] true copies thereof enclosed in sealed envelopes addressed as follows:

## JUDGE

Anna Rosales for Judge M. Elaine Hammond
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

[x] BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above.

[x] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users and those identified below:

*Michael C. Abel on behalf of Interested Party New York City Economic Development Corporation*
*mcabel@ml-sf.com, csnell@ml-sf.com*

*Andrew A. August on behalf of Trustee Doris A. Kaelin*
*aaugust@bgrfirm.com, mterry@bgrfirm.com*

*Andrew J. Ditlevsen on behalf of Creditor New Century Commons, LLC*
*ajd@smwb.com, chilton@smwb.com*

*Ann McFarland Draper on behalf of Interested Party TheShop dot Build LLC*
*ann.draper@gmail.com, ann@draperlaw.net*

- 2 -

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

AFDOCS/17177602.1
AFDOCS/17177602.1

Case: 18-50398    Doc# 193-1    Filed: 10/29/18    Entered: 10/29/18 16:32:39    Page 1 of 3

| | |
|---|---|
| 1 | *Ann McFarland Draper on behalf of Interested Party TheShop dot Build San Fran LLC* |
| 2 | *ann.draper@gmail.com, ann@draperlaw.net* |
| 3 | *Ann McFarland Draper on behalf of Interested Party Daniel Rasure*<br>*ann.draper@gmail.com, ann@draperlaw.net* |
| 4 | |
| 5 | *Doris A. Kaelin*<br>*dktrustee@gmail.com, C139@ecfcbis.com* |
| 6 | |
| 7 | *Raffi Khatchadourian on behalf of Creditor HANMI BANK*<br>*raffi@Hemar-Rousso.com* |
| 8 | *Gregg S. Kleiner on behalf of Trustee Doris A. Kaelin*<br>*gkleiner@rinconlawllp.com, aworthing@rinconlawllp.com* |
| 9 | |
| 10 | *Chris D. Kuhner on behalf of Creditor Wantin Living Trust dated March 2, 1999*<br>*c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com* |
| 11 | |
| 12 | *Jessica Georgia McKinlay on behalf of Other Prof. La Frontera Village L.P.*<br>*mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com* |
| 13 | *Jessica Georgia McKinlay on behalf of Requestor CESC Plaza Limited Partnership*<br>*mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com* |
| 14 | |
| 15 | *Matthew D. Metzger on behalf of Debtor TechShop, Inc.*<br>*belvederelegalecf@gmail.com* |
| 16 | |
| 17 | *Vinod Nichani on behalf of Requestor David Bruce Curtis*<br>*vinod@nichanilawfirm.com* |
| 18 | *Vinod Nichani on behalf of Requestor Shelley Smith Curtis*<br>*vinod@nichanilawfirm.com* |
| 19 | |
| 20 | *Office of the U.S. Trustee / SJ*<br>*USTPRegion17.SJ.ECF@usdoj.gov* |
| 21 | |
| 22 | *Matthew Jon Olson on behalf of Creditor Bakery Square Retail, L.P.*<br>*matt@macfern.com, ecf@macfern.com* |
| 23 | |
| 24 | *Aram Ordubegian on behalf of Interested Party Daniel Woods*<br>*Ordubegian.Aram@ArentFox.com* |
| 25 | *Aram Ordubegian on behalf of Interested Party Mike Hilberman*<br>*Ordubegian.Aram@ArentFox.com* |
| 26 | |
| 27 | *R. Gibson Pagter, Jr. on behalf of Requestor BHL Services, Inc.*<br>*gibson@ppilawyers.com* |
| 28 | |

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

AFDOCS/17177602.1
AFDOCS/17177602.1

Case: 18-50398    Doc# 193-1    Filed: 10/29/18    Entered: 10/29/18 16:32:39    Page 2 of 3

*Richard L. Pierotti*
*Rpierotti@kpmd.com*

*Allan D. Sarver on behalf of Creditor M2 Lease Funds LLC*
*ADS@asarverlaw.com*

*Jeffrey L. Sklar on behalf of Creditor Arizona Board of Regents*
*jsklar@lrrc.com, bankruptcynotices@lrrc.com*

*Richard A. Solomon on behalf of Requestor Hitachi Capital America Corp.*
*richard@sgsslaw.com*

*Joseph M. Sweeney on behalf of Creditor New Century Commons, LLC*
*jsweeney@smwb.com, cmueller@smwb.com*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on October 29, 2018 at Los Angeles, California.

                                          */s/ Aylin Sookassians*
                                          AYLIN SOOKASSIANS
                                          Declarant

- 2 -

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

AFDOCS/17177602.1
AFDOCS/17177602.1

Case: 18-50398    Doc# 193-1    Filed: 10/29/18    Entered: 10/29/18 16:32:39    Page 3 of 3