

1  Aram Ordubegian (SBN 185142)
   Annie Y. Stoops (SBN 286325)
2  **ARENT FOX LLP**
   55 Second Street, 21st Floor
3  San Francisco, CA 94105
   Telephone:    213.629.7400
4  Facsimile:    213.629.7401
   Email:        aram.ordubegian@arentfox.com
5                annie.stoops@arentfox.com

The following constitutes the order of the Court.
Signed: October 30, 2018

*M. Elaine Hammond*

M. Elaine Hammond
U.S. Bankruptcy Judge

6  Counsel for Movants
   Daniel Woods and Mike Hilberman
7

8              **UNITED STATES BANKRUPTCY COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

10  In re:                              Case No. 18-50398

11                                      Chapter: 7

12  **TECHSHOP, INC.,**                 **ORDER APPROVING STIPULATION TO**
                                         **CONTINUE HEARING ON DANIEL**
13              Debtor.                  **WOODS AND MIKE HILBERMAN'S**
                                         **MOTION FOR RELIEF FROM THE**
14                                       **AUTOMATIC STAY, TO THE EXTENT**
                                         **REQUIRED, FOR PAYMENT OF D&O**
15                                       **INSURANCE PROCEEDS**

16                                       Old Hearing Date and Time:
17                                       Date:   November 2, 2018
                                         Time:   10:00 a.m.
18
                                         New Hearing Date and Time:
19                                       Date:   January 18, 2019
                                         Time:   10:00 a.m.
20                                       Location:   Courtroom 3020
                                                     280 South First Street
21                                                   San Jose, California
22

23       The Court having reviewed and considered the *Stipulation to Continue Hearing on Daniel*

24  *Woods and Mike Hilberman's Motion for Relief from the Automatic Stay, to the Extent Required,*

25  *for Payment of D&O Insurance Proceeds* ("Stipulation") filed on October 29, 2018 as Docket

26  No. 193, and with good cause shown,

27  ///

28  ///

1

**IT IS ORDERED** that:

2       The Stipulation is approved and the hearing set for November 2, 2018 is

3   continued to January 18, 2019 at 10:00 a.m.

4

5                              **END OF ORDER**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                    <u>COURT SERVICE LIST</u>

3

4

5   ECF Participants

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28