Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com
annie.stoops@arentfox.com

Counsel for Interested Parties
Daniel Woods and Mike Hilberman

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 18-50398 |
| **TECHSHOP, INC.,** | Chapter: 7 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Annie Y. Stoops of the firm Arent Fox LLP hereby appears as counsel of record in the above-captioned case (the "Case") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), on behalf of Daniel Woods and Mike Hilberman ("Movants"), with respect to the above-captioned debtor (the "Debtor").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109 (b) of Title 11 of the United States Code (the "Bankruptcy Code"), Movants hereby request that all notices given, or required to be given, and all papers served in this Case, be delivered and served upon Movants counsel at the following address:

///

Annie Y. Stoops, Esq.
Arent Fox LLP
555 West 5th Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213)629-7400
Facsimile: (213)629-7401
E-mail: annie.stoops@arentfox.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, email or otherwise, which affect the Debtor or property of the Debtor with respect to the above-mentioned matter, or any related entity, or property or proceeds in which the trustee may claim an interest.

All of the above rights are expressly preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this matter.

Dated: November 5, 2018

Respectfully submitted,

**ARENT FOX LLP**

By: */s/ Annie Y. Stoops*
    Annie Y. Stoops
    Counsel for Interested Parties Daniel
    Woods and Mike Hilberman