UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: TECHSHOP, INC. | CASE NO: 18-50398 MEH <br> **DECLARATION OF MAILING** <br> **CERTIFICATE OF SERVICE** <br> Chapter: 7 <br> ECF Docket Reference No. 197 <br> Judge: Hon. M. Elaine Hammond |

On 11/28/2018, I did cause a copy of the following documents, described below,

Notice and Opportunity for Hearing on Trustee's Application for Order Authorizing Employment of Special Counsel on Contingency Fee Basis (Parrish Law Offices- Copyright Claims) ECF Docket Reference No. 197

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/28/2018

/s/ Gregg S. Kleiner
Gregg S. Kleiner  141311
Rincon Law, LLP
200 California Street, Suite 400
San Francisco, CA  94111
415 672 5991

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: TECHSHOP, INC. | CASE NO: 18-50398 MEH <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 7 <br> ECF Docket Reference No. 197 <br> Judge: Hon. M. Elaine Hammond |

On 11/28/2018, a copy of the following documents, described below,

Notice and Opportunity for Hearing on Trustee's Application for Order Authorizing Employment of Special Counsel on Contingency Fee Basis (Parrish Law Offices- Copyright Claims) ECF Docket Reference No. 197

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/28/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gregg S. Kleiner
Rincon Law, LLP
200 California Street, Suite 400
San Francisco, CA 94111

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| EWIN HONG<br>5250 VALLEY FORGE DR APT 415<br>ALEXANDRIA VA 22304 | TYCO INTEGRATED SECURITY LLC<br>C/O SUZANNE CORK<br>10405 CROSSPOINT BLVD.<br>INDIANAPOLIS IN 46256 | JOHN D. DURST & SUSAN E MCCOMG<br>2007 REVOCABLE LIVING TRUST<br>DATED AUG. 8 2007<br>C/O JOHN D DURST<br>989 CHENERY ST.<br>SAN FRANCISCO CA 94131 |
| ACTIVE SOLUTIONS LLC<br>2722 WEST ESTRELLA DRIVE<br>CHANDLER AZ 85224 | PRAXAIR DISTRIBUTION INC<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 361345<br>COLUMBUS OH 43236 | CITY OF SAN JOSE FINANCE DEPARTMENT<br>REVENUE MGMT<br>200 E. SANTA CLARA ST. 13TH FL<br>SAN JOSE CA 95113 |
| NEW YORK STATE DEPARTMENT OF LABOR<br>STATE OFFICE CAMPUS<br>BLDG. #12 RM. #256<br>ALBANY NY 12240 | JASPER THOMAS<br>277 GOLDEN GATE AVE. #314<br>SAN FRANCISCO CA CA 94102 | JASON LENTZ<br>940 LAUREL ST<br>UNIT A<br>SAN CARLOS CA 94070 |
| BRAD MARTINSON<br>2530 CASTELLO WAY<br>SANTA CLARA CA 95051-1009 | STEVEN TUCKER<br>19250 BLACK RD<br>LOS GATOS CA 95033-9568 | JON BARBARA<br>3309 E FLOOSMOOR AVE<br>MESA AZ 85204 |
| MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 475<br>JEFFERSON CITY MO 65105 | COREY MCGUIRE<br>2601 ADELINE ST.<br>#112<br>OAKLAND CA 94607 | RUSTOM L. MEYER<br>7501 BLAIR ROAD APT 301<br>TAKOMA PARK MD 20912 |
| CHRISTOPHER J. SHULL<br>1355 SAGE HEN WAY UNIT R<br>SUNNYVALE CA 94087 | THOMAS KLISDONK<br>147 ANCHOR BAY TER<br>SUNNYVALE CA 94086 | ERIC JACOBSON<br>2391 DOWNING AVE.<br>SAN JOSE CA 95128 |
| HITACHI CAPITAL AMERICA CORP.<br>C/O SOLOMON GRINDLE ET AL.<br>11682 EL CAMINO REAL SUITE 250<br>SAN DIEGO CA 92130 | ZHBIN GARY ZHANG<br>1408 NIGHTHAWK DR<br>SANTA ROSA CA 95409 | JEFFREY A. SHERMAN<br>774 OWL CT<br>LOUISVILLE CO 80027 |
| ASSA ABLOY ENTRANCE SYSTEMS<br>(NC) C/O MCC<br>23240 CHAGRIN BLVD. #410<br>CLEVELAND OH 44122 | SHARON SCHIBLER<br>1150 DIAMOND CT<br>LOS ALTOS CA 94024 | ANDREW S. HUANG<br>1733 CRANE AVE<br>MOUNTAIN VIEW CA 94040 |
| RALPH C. MCMULLAN AND SUSAN R.<br>MCMULLAN<br>807 LOMBARD ST.<br>SAN FRANCISCO CA 94133 | WILLIAM A ELLIS<br>10066 PASADENA AVE. #C<br>CUPERTINO CA 95014 | NORMAN NEWLON<br>2367 SOUTH DRIVE<br>SANTA CLARA CA 95051 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CARL WALDSPURGER<br>517 GEORGIA AVE<br>PALO ALTO CA 94306 | ROBINSON FAMILY 1999 TRUST DATED<br>11/2/1999<br>TIMOTHY B. ROBINSON & LISA A. ROBINSON<br>216 BLACKSTONE DR.<br>BOULDER CREEK CA 95006 | GIBSON MANCINI CARMICHAEL & NELSON P.A.<br>GMCN<br>115 EAST LAUREL STREET<br>GARDEN CITY KS 67846 |
| MONICA MILLER CAVALLARO<br>1516 WILDROSE WAY<br>MOUNTAIN VIEW CA 94043 | DEBRA HARA<br>10856 LINDA VISTA DR.<br>CUPERTINO CA 95014 | CHRISTOPHER SEGRAVES<br>6783 W YEARLING RD.<br>PEORIA AZ 85383 |
| JAMES HOLLIS<br>527 12TH ST SE<br>WASHINGTON DC 20003 | CALEB HENRY CROME<br>5060 KINGSTON WAY<br>SAN JOSE CA 95130 | LAURIE BOWERS CONNOLLY<br>355 SUNRISE SHORES<br>HARRODSBURG KY 40330 |
| LCA BANK CORPORATION<br>PO BOX 1650<br>TROY MI 48099 | ROBERT MANN<br>2250 JERROLD AVE. #13<br>SAN FRANCISCO CA 94124 | MARK L MOORE<br>1340 BENT DR<br>CAMPBELL CA 95008 |
| TARA YOUNGBORG<br>4268 COTSWOLDS HILL LANE<br>FAIRFAX VA 22030 | DEBORAH SMITH ZYLSTRA<br>2424 E BARNHART RD<br>DENAIR CA 95316 | ROBERT DYKE<br>101 COMMODORE DR.<br>RICHMOND CA 94804 |
| LORI PETITT<br>2334 21ST ST.<br>SANTA MONICA CA 90405 | BHATIA FAMILY TRUST<br>C/O SHREY BHATIA<br>571 PANCHITA WAY<br>LOS ALTOS CA 94022 | JON WATTE<br>36 CIRCLE RD.<br>REDWOOD CITY CA 94062 |
| LORI CHAMPAGNE<br>2135 WATKINS LAKE RD.<br>WATERFORD MI 48328 | JOHN M. KLOMAN IV<br>C/O JOHN KLOMAN<br>3200 DOMINY CT.<br>OAKTON VA 22124 | JEFFREY MOY<br>729 STONE CANYON CIRCLE<br>INVERNESS IL 60010 |
| DE LAGE LANDEN FINANCIAL SERVICESINC.<br>1111 OLD EAGLE SCHOOL RD.<br>ATTN: K. VENDETTA<br>WAYNE PA 19087 | CITY OF SAN JOSE<br>FINANCE DEPARTMENT<br>REVENUE MGMT<br>200 EAST SANTA CLARA ST. 13TH FL.<br>SAN JOSE CA 95113 | ELLEN ISAACS<br>2162 CORONET DR<br>SAN JOSE CA 95124 |
| LYLE R SMITH<br>61 YALE RD<br>MENLO PARK CA 94025 | EMILY QUESADA<br>8345 NW 66 ST #D2712<br>MIAMI FL 33166-2696 | MARY JO RICHARDSON<br>6403 WINDWOOD DR.<br>COLLEGE STATION TX 77845 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SCOTT LUDWIG<br>70 CHERRY RIDGE COURT<br>SAN JOSE CA 95136 | PETER ROSENBLADT<br>2848 CONCORD LANE<br>SANTA CLARA CA 95051 | SERGEI MENCHENIN<br>1718 HILLMAN AVE.<br>BELMONT CA 94002 |
| GREG BUCHNER<br>690 COVINGTON RD.<br>LOS ALTOS CA 94024 | MANISH GUPTA<br>482 THOMPSON AVE<br>MOUNTAIN VIEW CA 94043 | EDWARD S. CONGER<br>1064 HICKORYNUT CT<br>SUNNYVALE CA 94087 |
| RON BECK<br>1 DOREY WAY<br>MONTEREY CA 93940 | CM/ECF E-SERVICE<br>CSN+DESIGN<br>ATTN: CRAIG NELSON<br>4618 W.62 TERR<br>FAIRWAY KS 66205 | DOUBLECLUTCH ROBOTICS INC.<br>371 ELAN VILLAGE LN #310<br>SAN JOSE CA 95134 |
| DIRK A. KABCENELL<br>4900 ALPINE RD.<br>PORTOLA VALLEY CA 94028 | OLIVIA MORGAN<br>901 23RD STREET S<br>ARLINGTON VA 22202 | KARI L. GERRITS<br>371 ELAN VILLAGE LANE #310<br>SAN JOSE CA 95134 |
| CHIA CHING CHANG<br>21534 CONRADIA COURT<br>CUPERTINO CA 95014 | PATRICK W AND LYNNE MCCLURE TRUST<br>21850 E STACY RD<br>QUEEN CREEK AZ 85142 | MARY TROLL<br>3420 COMMONWEALTH AVE.<br>MAPLEWOOD MO 63143 |
| IPFS CORPORATION<br>24722 NETWORK PLACE<br>CHICAGO IL 60673 | MICHAEL K. GERRITS<br>371 ELAN VILLAGE LANE #310<br>SAN JOSE CA 95134 | ANGELA LIGHT<br>3208 KAWALKER LANE<br>SAN JOSE CA 95127 |
| GINA MANN<br>14163 N. 90TH PL.<br>SCOTTSDALE AZ 85260 | DONALD CHESAREK<br>280 BELBLOSSOM WAY<br>LOS GATOS CA 95032 | LYNN BODELL<br>107 RESERVOIR RD<br>ATHERTON CA 94027 |
| MICHAEL CHARLES BROWNE<br>1911 BARBARA DR.<br>PALO ALTO CA 94303 | MICHELLE R. KOBLAS<br>729 ANDERSON DR.<br>LOS ALTOS CA 94024 | ALLEN LAVEE<br>24 SANTA MARGARITA DRIVE<br>SAN RAFAEL CA 94901 |
| BLAKE & XUAN COMMAGERE<br>1725 MILLER AVE.<br>LOS ALTOS CA 94024 | MELVIN EDGERLEY<br>4206 CHRISTINE PLACE<br>ALEXANDRIA VA 22311 | JULIA PIEHLER<br>191 E. EL CAMINO REAL SPC 216<br>MOUNTAIN VIEW CA 94040 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ROBERT CARVER<br>9804 THINLEAF COVE<br>AUSTIN TX 78759 | BRIAN A. BEARDMORE<br>292 LAQUESTA DR<br>DANVILLE CA 94526 | GABRIEL FABER AND HILLEGUUS FABER<br>3027 RUBINO CIR<br>SAN JOSE CA 95125 |
| RICHARD LINDEN<br>163 ZANDER DR.<br>ORINDA CA 94563 | DAVID MUNIER & TARA MUNIER<br>3340 SAINT MARY S ROAD<br>LAFAYETTE CA 94549 | DAVID CHAU<br>3201 LOMA VERDE DR. #87<br>SAN JOSE CA 95117 |
| EDWARD HARRIMAN<br>14672 GYPSY HILL RD<br>SARATOGA CA 95070 | JOSEPH E. PECK & MARY G. PECK_V<br>308 COMANCHE CIRCLE<br>HUTTO TX 78634 | EDWARD & DEBORAH HARRIMAN<br>14672 GYPSY HILL RD<br>SARATOGA CA 95070 |
| DANNY E. MARS<br>1960 CHURTON AVE<br>LOS ALTOS CA 94024 | JOHN M. STANEC<br>3730 CALLISON ST<br>LOOMIS CA 95650 | TAM THAO PHAM<br>3463A 17TH ST<br>SAN FRANCISCO CA 94110 |
| EVERBANK COMMERCIAL FINANCE<br>10 WATERVIEW BLVD.<br>PARSIPPANY NJ 07054 | CHRISTOPHER S. MULLIN<br>41 LEBANON HILLS DR<br>PITTSBURGH PA 15228 | RAMESH V. PERI<br>10812 GAILLARDIA<br>AUSTIN TX 78733 |
| DAVID GUTELIUS<br>18124 WEDGE PKWY #544<br>RENO NV 89511 | SERGE AND DARLENE GUILLOT<br>700 CLEARLAKE PTE<br>SENECA SC 29672 | STEPHEN W. BALINSKI<br>10310 BREEDEN ROAD<br>LUSBY MD 20657 |
| SHARON SHINDEL<br>3833 E. CARSON RD<br>PHOENIX AZ 85042 | PAUL A. GENNARI<br>2729 FORT SCOTT DR.<br>ARLINGTON VA 22202 | ROBERT L. SIMON<br>3065 EMERALD WIND ST.<br>HENDERSON NV 89052 |
| JOEL KATAKO ANANSAMBI<br>741 BEACH AVE.<br>BRONX NY 10473 | BHL SERVICES INC.<br>C/O R. GIBSON PAGTER JR.<br>PAGTER AND PERRY ISAACSON<br>525 N. CABRILLO PARK DRIVE SUITE 104<br>SANTA ANA CA 92701 | FIRSTLEASE INC.<br>HEMAR ROUSSO & HEALD LLP<br>C/O RAFFI KHATCHADOURIAN ESQ.<br>15910 VENTURA BOULEVARD 12TH FLOOR<br>ENCINO CA 91436 |
| PAUL CLENAHAN<br>15395 THOMAS ST.<br>GLEN ELLEN CA 95442 | ASHOK JANAH<br>91 WOODLAND AVE.<br>SAN FRANCISCO CA 94117 | NANETTE WYLDE<br>33 DEXTER AVE.<br>REDWOOD CITY CA 94063 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CAROLYN LEE LUCE<br>318 MCEVOY ST.<br>REDWOOD CITY CA 94061 | STEPHEN WOLFE<br>365 S. GRAHAM ST.<br>PITTSBURGH PA 15232 | TOBY D. OWEN<br>1701 SPRINGLAKE DR.<br>DRIPPING SPRINGS TX 78620 |
| GREGORY THOMAS MCPHEETERS<br>741 SEASIDE ST.<br>SANTA CRUZ CA 95060 | NORTH AMERICAN BANCARD HOLDINGS LLC<br>C/O WELTMAN WEINBERG & REIS CO. LPA<br>323 W. LAKESIDE AVENUE STE 200<br>CLEVELAND OH 44113 | JOHN ERIC DOYLE<br>322 LAUREL AVE<br>MENLO PARK CA 94025 |
| RICHARD TINSLEY<br>16555 S KENNEDY RD<br>LOS GATOS CA 95030 | ROBERT C. BERNSTEIN AND LISA J. BERNSTEIN<br>1711 VALLEY VIEW AVE.<br>BELMONT CA 94002 | ROBERT M GREENBERG<br>4809 FOX BRANCH CT.<br>RALEIGH NC 27614 |
| CAROLINE DOYLE<br>257 2ND AVE.<br>SAN FRANCISCO CA 94118 | SCOTT MILLER<br>1260 FREMONT TERRACE EAST<br>SUNNYVALE CA 94087 | LORI SAXON<br>835 MILO CT<br>SAN JOSE CA 95133 |
| THE AMIDON/MENON 2003 REVOCABLE TRUST<br>C/O KEITH AMIDON<br>88 HIGGINS AVE.<br>LOS ALTOS CA 94022 | MIKE GRALL AND CINDY GRALL (PRIOR SPELLE)<br>52 QUAIL XING<br>SANTA CRUZ CA 95060 | HANMI BANK<br>HEMAR ROUSSO & HEALD LLP<br>C/O RAFFI KHATCHADOURIAN ESQ.<br>15910 VENTURA BOULEVARD 12TH FLOOR<br>ENCINO CA 91436 |
| MARICOPA COUNTY TREASURER<br>C/O PETER MUTHIG<br>222 N. CENTRAL AVE. #1100<br>PHOENIX AZ 85004 | PAWNEE LEASING CORPORATION<br>3801 AUTOMATION WAY STE 207<br>FORT COLLINS CO 80525 | BRAUNREUTHER-LAMBERT FAMILY LIVING TRUST<br>1596 EDMOND CT<br>SAN JOSE CA 95125 |
| CHARLES G WADE<br>136 MARY WAY<br>LOS GATOS CA 95032 | SAN MATEO COUNTY TAX COLLECTOR<br>555 COUNTY CENTER<br>REDWOOD CITY CA 94063 | LUKE KUNG<br>3297 VIN SANTO LANE<br>SAN JOSE CA 95054 |
| RICHARD ELY<br>6275 MOJAVE DRIVE<br>SAN JOSE CA 95120 | ALLAN GOTTLIEB<br>226 VALLEY VISTA DR<br>CAMARILLO CA 93010 | D. WESLEY WILEY AND JANICE K. KENDALL<br>610 GENNESSEE ST<br>SAN FRANCISCO CA 94127 |
| MICHAEL D. HARRIS<br>4604 MON BLANC DRIVE<br>BEE CAVE TX 78738 | CANON FINANCIAL SERVICES INC.<br>C/O STARK & STARK P.C.<br>993 LENOX DR.<br>LAWRENCEVILLE NJ 08648 | DAVID BRUCE CURTIS AND SHELLEY SMITH CURTIS AS TR<br>VINOD NICHANI ESQ.<br>NICHANI LAW FIRM<br>1250 OAKMEAD PKWY. SUITE 210<br>SUNNYVALE CA 94085 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ANDREW LUTOMIRSKI
204 2ND AVE #408
PALO ALTO CA 94401

GRACE MOSS
505 62ND STREET
APT D1
BROOKLYN NY 11220

STEPHEN E LIBRANDE
673 HAMILTON AVE
MILPITAS CA 95035

GEOFFREY MOYER
276 LA CUESTA DRIVE
PORTOLA VALLEY CA 94028

CHRISTOPHER F. BEALL
93 BROMLEY PL.
NUTLEY NJ 07110

NORTH AMERICAN BANCARD HOLDINGS LLC
C/O WELTMAN WEINBERG & REIS CO. LPA
323 W. LAKESIDE AVENUE STE 200
CLEVELAND OH 44113

KEVIN AND CONNIE MURPHY
4050 YELLOWSTONE DR.
SAN JOSE CA 95130

DAVID J. EVERS
3815 242ND AVE SE
ISSAQUAH WA 98029

SONIA LEE & ALAN M GRUMET
433 LORELL AVE.
MILL VALLEY CA 94941

M2 LEASE FUNDS LLC
C/O RUSSELL S. LONG DAVIS
& KUELTHAU S.C.
111 E. KILBOURN AVE. #1400
MILWAUKEE WI 53202

KYLEY SMITHERS
860 SARATOGA AVE
APT. H212
SAN JOSE CA 95129

KARL W. SCHULZ
1701 BUTTERCUP ROAD
PFLUGERVILLE TX 78660

MCT GROUP
PO BOX 7748
TORRANCE CA 90504

SHANTA AMBADY
2997 S. LIDDESDALE ST.
DETROIT MI 48217

WINDSTREAM
929 MARTHA S WAY
HIAWATHA IA 52233

SERGIO FERIA
1688 TACOMA AVE.
BERKELEY CA 94707

JUDY & SERGIO FERIA/LI-HUA PENG
1688 TACOMA AVE
BERKELEY CA 94707

WALTER E SIMONETTI
1361 S CANYON OAKS WAY
CHANDLER AZ 85286

JAYNE BROWNLEE
700 CENTRAL AVE.
MENLO PARK CA 94025

ERIC WERNER BIRGIT WERNER
619 MOUNTIAN VIEW AVE.
MOUNTAIN VIEW CA 94041

JULIAN DAVID CHRISTIAN RICHARDSON
871 ROBB RD
PALO ALTO CA 94306

PAUL STRAUSS & FELICIA GERSHBERG
1033 RUBIS DRIVE
SUNNYVALE CA 94087

GARY D. ADEN
350 TURKSHEAD LN
REDWOOD CITY CA 94065

JAMES E. KUTZ
1340 GARTHWICK DR
LOS ALTOS CA 94024

SCOTT A. SAXON
30867 TUCKER ST. NE
CAMBRIDGE MN 55008

DEJAN VUCINIC
597 LONE TREE RD
HOLLISTER CA 95023

DAVID SPERMAN
165 CAMBRIDGE AVE
SAN LEANDRO CA 94577

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
NORIHIRO EDWIN AOKI              ANGELA DEFRANCESCO               HUNG-VUONG ALEXANDER PHAM
115 STADLER DR.                  144 S 3RD ST UNIT 610            441 63RD STREET
WOODSIDE CA 94062                SAN JOSE CA 95112                APT #2R
                                                                  BROOKLYN NY 11220


JONATHAN VADNAL                  TERESA BLEVINS                   AMBER ROSS
1331 S. EADS ST. #808            17859 GRAYSTONE AVENUE           241 NORTH ORIENTAL STREET
ARLINGTON VA 22202               UNIT NO #202                     INDIANAPOLIS IN 46202
                                 CHINO HILLS CA 91709


MICHAEL SCHMIT                   WELLS FARGO VENDOR FINANCIAL SERVICES    JEFFREY A PORTER
19992 RODRIGUES AVE.             LLC                              346 S BUENA VISTA AVE.
CUPERTINO CA 95014               ATTN: JASON HARKNESS             GILBERT AZ 85296
                                 1010 THOMAS EDISON BLVD. SW
                                 CEDAR RAPIDS IA 52404


KATHLEEN C. FITZPATRICK          KUAN HOW KHOR AND CHAI HIONG NG  KEVIN SCOTT ARMSTRONG
151 MOUNTAIN VIEW AVE.           645 QUINCE LN                    75 S 14TH ST.
LOS ALTOS CA 94024               MILPITAS CA 95035                SAN JOSE CA 95112


C. WILLIAM SPANGLER AND NANCY L. KYLE STEVEN BUTT                 DANIEL E. ERDMAN
SPANGLER                         1018 N 500 W                     88 E SAN FERNANDO ST #510
471 CAROLINA LN                  PLEASANT GROVE UT 84062          SAN JOSE CA 95113
PALO ALTO CA 94306


LAW OFFICES OF DEREK K. YU       SIMPLEXGRINNELL                  MARK A PIZAREK
1939 HARRISON STREET SUITE #612  50 TECHNOLOGY DR.                525 W REMINGTON DR. #98
OAKLAND CA 94612                 ATTN: BANKRUPTCY                 SUNNYVALE CA 94087
                                 WESTMINSTER MA 01441


JOHN S. AND JAMES L. KNIGHT FOUNDATION  DONALD D. PRICE REVOCABLE TRUST    MATT BERRY
C/O HOWARD J. STEINBERG ESQ.     C/O DONALD D. PRICE TRUSTEE      1915 BILTMORE ST
1840 CENTURY PARK EAST. #1900    21485 SILCHESTER CT.             WASHINGTON DC 20009
LOS ANGELES CA 90067             NORTHVILLE MI 48167


NEAL A. OSBORN                   WELLS FARGO EQUIPMENT FINANCE    CHISA FAMILY LTD PARTNERSHIP
2053 SKYLINE DR.                 2700 S. PRICE ROAD               2925 BOND ST.
MILPITAS CA 95035                CHANDLER AZ 85286                ROCHESTER HILLS MI 48309


KHOA T. NGUYEN                   RASHEDA PRICE                    JOSEPH L. KRAL AND LISA E. LEE
3058 REYNOLDS CT.                C/O STATE FARM                   TRUSTEES
FREMONT CA 94536                 1075 OLD COUNTY RD. #A           P.O. BOX 710
                                 BELMONT CA 94002                 LA HONDA CA 94020
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CHRISTINA S CHU<br>107 N. AMPHLETT BLVD<br>SAN MATEO CA 94401 | DAVID A. LYONS<br>4497 POINSETTIA CT<br>SAN JOSE CA 95136 | PAUL SATCHELL<br>538 ASHBURY ST.<br>SAN FRANCISCO CA 94117 |
| WILLIAM C. BRICK<br>2588 COLUMBIA ROAD<br>BERKELEY MI 48072 | KEITH STATTENFIELD<br>1395 GAZDAR CT<br>SANTA CLARA CA 95051 | CARY ELLIIS MCHUGH<br>150 MELSHER LANE<br>VALLEY SPRINGS CA 95252 |
| TECHSHOP<br>C/O ERIC LAYTON STRATTEN<br>9110 ROCKER AVE.<br>PLYMOUTH MI 48170 | JAMES KAO<br>4388 EL CAMINO REAL UNIT 139<br>LOS ALTOS CA 94022 | CHRISULA BLOORE<br>800 SONIA WAY<br>MOUNTAIN VIEW CA 94040 |
| WARREN WU<br>5 DANA POINT CT<br>REDWOOD CITY CA 94065 | ANTHONY GODSHALL<br>116 LEROY PL<br>SAN FRANCISCO CA 94109 | NEW CENTURY COMMONS LLC<br>C/O ANDREW J. DITLEVSEN ESQ.<br>SWEENEY MASON WILSON & BOSOMWORTH<br>983 UNIVERSITY AVE. STE. 104C<br>LOS GATOS CA 95032 |
| INTERNATIONAL<br>TECHSHOP JAPAN<br>C/O FUJITSU LIMITED ATTN: ASAKO MOTOKI<br>SHIODOME CITY CENTER<br>1-5-2HIGASHI SHIMBASHI<br>MINATO-KU<br>TOKYO JAPAN 105-7123 | INTERNATIONAL<br>FUJITSU LIMITED<br>C/O FUJITSU LIMITED ATTN: ASAKO MOTOKI<br>SHIODOME CITY CENTER<br>1-5-2HIGASHI SHIMBASHI<br>MINATO-KU<br>TOKYO JAPAN 105-7123 | SILICON VALLEY ENGINEERING COUNCIL<br>ATTN: ELISA ENGLEHARDT PRESIDENT<br>PO BOX 611865<br>SAN JOSE CA 95161 |
| AN NGOC LE<br>3000 7TH ST NE APT 324<br>WASHINGTON DC 20017 | TECHSHOP INC.<br>P.O. BOX 1582<br>SANTA CRUZ CA 95061 | PAUL R. BOULAY & CONSTANCE A. BOULAY<br>201 HARDY AVE.<br>CAMPBELL CA 95008 |
| ROBERT FAULL<br>10491 MEINERT RD.<br>WEXFORD PA 15090 | WALTER CARL RIORDAN<br>2352 W. LONGHORN PL.<br>CHANDLER AZ 85286 | SARAH POWERS<br>15 BROWN ST<br>PITTSBURGH PA 15209 |
| BRENDAN A. FLICKER<br>C/O WILLIAM F. ASKIN ESQ.<br>1047 MCKINNEY LANE<br>PITTSBURGH PA 15220 | JOHN MANFORD<br>17 BULL ELK<br>CLOUDCRAFT NM 88317 | DAVID ALLAN ELLSWORTH<br>227 RAMONA ST.<br>SAN MATEO CA 94401 |
| AUTODESK INC.<br>ATTN: GENERAL COUNSEL<br>111 MCINNIS PARKWAY<br>SAN RAFAEL CA 94903 | THE DAVID B. GUSTAVSON AND DEANNA L. GUS<br>1946 FALLEN LEAF LN<br>LOS ALTOS CA 94024 | THOMAS CONNOLLY<br>1613 ANDERSON RD.<br>MCLEAN VA 22102 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| EDWARD VINCES AND STEPHANIE VINCES<br>ATTN: STEPHANIE VINCES<br>915 PARK PACIFICA AVE.<br>PACIFICA CA 94044 | IAN A TWOMBLY<br>2348 ROSITA AVE<br>SANTA CLARA CA 95050 | BENJAMIN J CORRIE<br>2732 13TH AVE<br>OAKLAND CA 94606 |
| RICHARD A. SHINE<br>195 THOMPSON SQUARE<br>MOUNTAIN VIEW CA 94043 | WILLIAM D. BAKER<br>P.O BOX #1246<br>SAN JOSE CA 95100 | MARIA DALALO<br>PO BOX 53146<br>SAN JOSE CA 95153 |
| NOAH CHITTIM<br>305 WEST SHORE ROAD<br>WESTPORT ISLAND ME 04578 | CESC PLAZA LIMITED PARTNERSHIP<br>C/O OFFIT KURMAN P.A.<br>4800 MONTGOMERY LANE SUITE 900<br>BETHESDA MD 20814-3465 | ARIZONA BOARD OF REGENTS<br>ATTN: JEFFREY L. SKLAR<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>ONE SOUTH CHURCH AVE. #2000<br>TUCSON AZ 85701-1611 |
| DAN RASURE<br>C/O ANN MCFARLAND DRAPER<br>DRAPER LAW OFFICES<br>75 BROADWAY SUITE 202<br>SAN FRANCISCO CA 94111-1423 | HITACHI CAPITAL AMERICA CORP.<br>C/O SOLOMON GRINDLE LIDSTAD &<br>WINTRINGER<br>ATTN: RICHARD A. SOLOMON<br>11682 EL CAMINO REAL SUITE 250<br>SAN DIEGO CA 92130-7705 | NEW CENTURY COMMONS LLC<br>C/O SWEENEY MASON WILSON & BOSOMWORTH<br>ATTN: ANDREW J. DITLEVSEN ESQ.<br>ATTN: JOSEPH M. SWEENEY ESQ.<br>983 UNIVERSITY AVENUE SUITE 104C<br>LOS GATOS CA 95032-7637 |
| BHL SERVICES INC.<br>C/O R. GIBSON PAGTER JR.<br>PAGTER AND PERRY ISAACSON<br>525 N. CABRILLO PARK DRIVE SUITE 104<br>SANTA ANA CA 92701-5017 | SERGEI MENCHENIN<br>1718 HILLMAN AVE.<br>BELMONT CA 94002-1919 | AMERICAN EXPRESS TRAVEL RELATED<br>SERVICES<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| STEPHEN CASNER<br>1454 REVELSTOKE WAY<br>SUNNYVALE CA 94087-4443 | NEW YORK CITY ECONOMIC DEVELOPMENT<br>CORPORATION<br>C/O MCNUTT LAW GROUP<br>ATTN: MICHAEL C. ABEL<br>219 9TH STREET<br>SAN FRANCISCO CA 94103-3806 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR AND INDUSTRY<br>ATTN: DEB SECREST<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST. #702<br>HARRISBURG PA 17121-0751 |
| DAVID BRUCE CURTIS<br>SHELLEY SMITH CURTIS<br>C/O VINOD NICHANI ESQ.<br>NICHANI LAW FIRM<br>1250 OAKMEAD PKWY STE. 210<br>SUNNYVALE CALIFORNIA 94085 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | CITY OF SAN JOSE<br>FINANCE DEPARTMENT<br>REVENUE MGMT<br>200 EAST SANTA CLARA ST. 13TH FL.<br>SAN JOSE CA 95113-1903 |
| SAN MATEO COUNTY TAX COLLECTOR<br>555 COUNTY CENTER<br>REDWOOD CITY CA 94063-1665 | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>PO BOX 826846<br>SACRAMENTO CA 94246-0001 | CALIFORNIA DEPARTMENT OF TAX AND FEE<br>ADM<br>ACCOUNT INFORMATION GROUP MIC: 29<br>PO BOX 942879<br>SACRAMENTO CA 94279 |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | OFFICE OF THE UNITED STATES TRUSTEE<br>280 SOUTH FIRST STREET ROOM 268<br>SAN JOSE CA 95113 | COUNSEL FOR AUTODESK INC.<br>MARSHA SUKACH<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| KNIGHT FOUNDATION<br>C/O HOWARD J. STEINBERG<br>GREENBERG TRAURIG LLP<br>1840 CENTURY PARK EAST SUITE 1900<br>LOS ANGELES CA 90067-2121 | RYAN SPURLOCK<br>1389 CRESPI DR.<br>PACIFICA CA 94044 | JAMES A. PARKER<br>P.O. BOX 28745<br>AUSTIN TX 78755 |
| RALPH ALVAREZ<br>2808 MAGELLAN CIRCLE<br>CORONA CA 92882 | KATHRYN E. PAULI<br>2939 ALBEMARLE ST. NW<br>WASHINGTON DC 20008 | WANTIN LIVING TRUST<br>C/O KORNFIELD NYBERG ET AL.<br>1970 BROADWAY SUITE 600<br>OAKLAND CA 94612 |
| BART GRANTHAM<br>3068 KYNE ST W<br>APT 302<br>SAN MATEO CA 94403 | ANNIE Y. STOOPS ESQ.<br>ARENT FOX LLP<br>555 WEST 5TH STREET 48TH FLOOR<br>LOS ANGELES CA 90013 | |