Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**REQUEST FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL ON CONTINGENCY FEE BASIS RE COPYRIGHT CLAIMS (Parrish Law Offices)**<br><br>[No Hearing Required Unless Requested] |

Doris Kaelin, Chapter 7 Trustee in Bankruptcy ("Trustee") of the estate of the above-named Debtor, respectfully represents:

1. On November 28, 2018, the Trustee served on creditors and parties in interest her Notice and Opportunity for Hearing on Trustee's Application for Order Authorizing Employment of Special Counsel on Contingency Fee Basis (Parrish Law Offices- Copyright Claims) ("Notice") [Docket 197], as evidenced by the Certificate of Service / Declaration of Mailing [Docket 198].

2. The 21-day time period within which to file objections or requests for hearing has passed. Except as set forth in the concurrently filed Declaration of Gregg S. Kleiner, this office has not received any objections or requests for hearing, and no objections or requests for hearing have been filed with the Bankruptcy Court.

WHEREFORE, the Trustee requests the entry of an Order authorizing her to employ Parrish Law Offices for the purpose of pursuing alleged copyright infringement claims.

DATED: December 20, 2018      RINCON LAW LLP


By: */s/ Gregg S. Kleiner*
    GREGG S. KLEINER
    Counsel for DORIS A. KAELIN,
    Trustee in Bankruptcy