| | |
|---|---|
| 1 | Gregg S. Kleiner, State Bar No. 141311<br>RINCON LAW LLP |
| 2 | 268 Bush Street, Suite 3335<br>San Francisco, California 94104 |
| 3 | Telephone No.: 415-672-5991 |
| 4 | Facsimile No.: 415-680-1712<br>Email: gkleiner@rinconlawllp.com |
| 5 | |
| 6 | Counsel for DORIS A. KAELIN,<br>Trustee in Bankruptcy |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**DECLARATION OF GREGG S. KLEINER IN SUPPORT OF REQUEST FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL ON CONTINGENCY FEE BASIS RE COPYRIGHT CLAIMS**<br>**(Parrish Law Offices)**<br><br>[No Hearing Required Unless Requested] |

I, Gregg S. Kleiner, declare:

1. I am a Partner with the law firm of Rincon Law LLP, counsel for Doris Kaelin, Chapter 7 Trustee in Bankruptcy herein.

2. On November 28, 2018, this office caused to be served a Notice and Opportunity for Notice and Opportunity for Hearing on Trustee's Application for Order Authorizing Employment of Special Counsel on Contingency Fee Basis (Parrish Law Offices- Copyright Claims) ("Notice") on all creditors, the United States Trustee, and other interested parties. A true and correct copy of the Notice and Certificate of Service / Declaration of Mailing are found, respectively, at Docket Nos. 197 and 198.

3. The Notice provided that the Trustee was seeking authorizing to employ Parrish Law Offices on a contingency fee basis for the purpose of pursuing alleged copyright infringement claims. The time period within which to file objections or request a hearing has passed. To the best of my knowledge: (a) this office has not received any objections or requests for hearing; and (b) no objections or requests for hearing have been filed with the Bankruptcy Court.

Except for statements made upon information and belief in this declaration, I declare under penalty of perjury under the laws of the United States of America that all other statements are true and correct. Executed this 20th day of December 2018 at San Francisco, California.

*/s/ Gregg S. Kleiner*
GREGG S. KLEINER