Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com
annie.stoops@arentfox.com

Counsel for Movants
Daniel Woods and Mike Hilberman

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**TECHSHOP, INC.,**<br><br>Debtor. | Case No. 18-50398<br><br>Chapter: 7<br><br>**STIPULATION TO CONTINUE HEARING ON DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS**<br><br>Current Hearing Date and Time:<br>Date: January 24, 2019<br>Time: 1:00 p.m.<br><br>New Hearing Date and Time:<br>Date: March 22, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 3020<br>280 South First Street<br>San Jose, California |

This stipulation is made by and between movants Daniel Woods and Mike Hilberman ("Movants"), on the one hand, and the chapter 7 trustee Doris A. Kaelin ("Trustee") on behalf of the chapter 7 estate for the above-captioned debtor, TechShop, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:[1]

## RECITALS

1. On August 3, 2018, Movants filed the motion for relief from automatic stay (the "Relief

---

[1] Movants and Trustee are hereinafter collectively referred to as the "Parties."

from Stay Motion") to allow Movants to collect on the D&O Policy proceeds [Dkt. No. 143].[2] the Relief from Stay Motion's initial hearing was set for August 24, 2018.

2. On August 23, 2018, the Trustee filed her opposition to the Relief from Stay Motion [Dkt. No. 163].

3. At the August 24, 2018 preliminary hearing, the Court continued the hearing on the Relief from Stay Motion to November 2, 2018, in part to give Trustee time to employ special counsel [Dkt. No. 167].

4. On August 30, 2018, the Trustee filed an application to employ Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP as special counsel on a contingency fee basis [Dkt. No. 164]. The Court authorized employment of special counsel by order entered on October 3, 2018 [Dkt. No. 183].

5. The Parties agreed to continue the hearing on the Relief from Stay Motion to January 18, 2019 at 10:00 a.m.

6. Thereafter, the Court *sua sponte* continued the hearing to January 24, 2019 at 1:00 p.m.

7. The Parties have agreed to further continue the hearing from January 24, 2019 to March 22, 2019 at 10:00 a.m.

**STIPULATION**

8. The Parties agree to continue the hearing on Movant's Relief from Stay Motion from January 24, 2019 at 1:00 p.m., to March 22, 2019 at 10:00 a.m.

*[Signatures on Following Page]*

---

[2] Capitalized terms not otherwise defined in this Stipulation will have the meanings assigned to them in the Relief from Stay Motion.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

IT SO STIPULATED.

Dated: December 31, 2018

Respectfully submitted,

**ARENT FOX LLP**

By: ___*/s/ Annie Y. Stoops*___
Aram Ordubegian
Annie Y. Stoops
Counsel for Movants Daniel Woods and
Mike Hilberman

Dated: December 31, 2018

**RINCON LAW LLP**

By: _____
Gregg S. Kleiner
Counsel for Doris A. Kaelin, Chapter 7
Trustee

# CERTIFICATE OF SERVICE

I, Yvonne Li, declare as follows:

I am a citizen of the United states and over the age of eighteen (18) years and not a party to the within action.

My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

On December 31, 2018, I served document(s) described as:

**STIPULATION TO CONTINUE HEARING ON DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS**

on the interested parties in this action by placing [ ] the original [x] true copies thereof enclosed in sealed envelopes addressed as follows:

[ ]   BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above.

[x]   BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users and those identified below:

*Michael C. Abel on behalf of Interested Party New York City Economic Development Corporation*
*mcabel@ml-sf.com, csnell@ml-sf.com*

*Andrew A. August on behalf of Trustee Doris A. Kaelin*
*aaugust@bgrfirm.com, mterry@bgrfirm.com*

*Andrew J. Ditlevsen on behalf of Creditor New Century Commons, LLC*
*ajd@smwb.com, chilton@smwb.com*

*Ann McFarland Draper on behalf of Interested Party TheShop dot Build LLC*
*ann.draper@gmail.com, ann@draperlaw.net*

*Ann McFarland Draper on behalf of Interested Party TheShop dot Build San Fran LLC*
*ann.draper@gmail.com, ann@draperlaw.net*

*Ann McFarland Draper on behalf of Interested Party Daniel Rasure*
*ann.draper@gmail.com, ann@draperlaw.net*

| | |
|---|---|
| 1 | *Doris A. Kaelin* |
| 2 | *dktrustee@gmail.com, C139@ecfcbis.com* |
| 3 | *Raffi Khatchadourian on behalf of Creditor HANMI BANK* |
| 4 | *raffi@Hemar-Rousso.com* |
| 5 | *Gregg S. Kleiner on behalf of Trustee Doris A. Kaelin* |
| | *gkleiner@rinconlawllp.com, aworthing@rinconlawllp.com* |

*Chris D. Kuhner on behalf of Creditor Wantin Living Trust dated March 2, 1999*
*c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com*

*Jessica Georgia McKinlay on behalf of Other Prof. La Frontera Village L.P.*
*mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com*

*Jessica Georgia McKinlay on behalf of Requestor CESC Plaza Limited Partnership*
*mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com*

*Matthew D. Metzger on behalf of Debtor TechShop, Inc.*
*belvederelegalecf@gmail.com*

*Vinod Nichani on behalf of Requestor David Bruce Curtis*
*vinod@nichanilawfirm.com*

*Vinod Nichani on behalf of Requestor Shelley Smith Curtis*
*vinod@nichanilawfirm.com*

*Office of the U.S. Trustee / SJ*
*USTPRegion17.SJ.ECF@usdoj.gov*

*Matthew Jon Olson on behalf of Creditor Bakery Square Retail, L.P.*
*matt@macfern.com, ecf@macfern.com*

*Aram Ordubegian on behalf of Interested Party Daniel Woods*
*Ordubegian.Aram@ArentFox.com*

*Aram Ordubegian on behalf of Interested Party Mike Hilberman*
*Ordubegian.Aram@ArentFox.com*

*R. Gibson Pagter, Jr. on behalf of Requestor BHL Services, Inc.*
*gibson@ppilawyers.com*

*Richard L. Pierotti*
*Rpierotti@kpmd.com*

*Allan D. Sarver on behalf of Creditor M2 Lease Funds LLC*
*ADS@asarverlaw.com*

- 2 -

Arent Fox LLP
Attorneys At Law
Washington

AFDOCS/17177602.1

1  *Jeffrey L. Sklar on behalf of Creditor Arizona Board of Regents*
   *jsklar@lrrc.com, bankruptcynotices@lrrc.com*

3  *Richard A. Solomon on behalf of Requestor Hitachi Capital America Corp.*
   *richard@sgsslaw.com*

5  *Annie Yang Stoops on behalf of Interested Party Daniel Woods*
   *annie.stoops@arentfox.com*

7  *Annie Yang Stoops on behalf of Interested Party Mike Hilberman*
   *annie.stoops@arentfox.com*

9  *Joseph M. Sweeney on behalf of Creditor New Century Commons, LLC*
   *jsweeney@smwb.com, cmueller@smwb.com*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on December 31, 2018 at Los Angeles, California.

                                           */s/ Yvonne Li*
                                           YVONNE LI
                                           Declarant