

```
                                    Entered on Docket
                                    January 02, 2019
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

1  Aram Ordubegian (SBN 185142)
   Annie Y. Stoops (SBN 286325)
2  **ARENT FOX LLP**
   55 Second Street, 21st Floor          The following constitutes the order of the Court.
3  San Francisco, CA  94105              Signed: January 2, 2019
   Telephone:  213.629.7400
4  Facsimile:  213.629.7401
   Email:  aram.ordubegian@arentfox.com
5          annie.stoops@arentfox.com     M. Elaine Hammond
                                         U.S. Bankruptcy Judge
6  Counsel for Movants
   Daniel Woods and Mike Hilberman
7

8                      UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10  In re:                              Case No. 18-50398

11                                      Chapter: 7

12  **TECHSHOP, INC.,**
                                        **ORDER APPROVING STIPULATION TO
13         Debtor.                      CONTINUE HEARING ON DANIEL
                                        WOODS AND MIKE HILBERMAN'S
14                                      MOTION FOR RELIEF FROM THE
                                        AUTOMATIC STAY, TO THE EXTENT
15                                      REQUIRED, FOR PAYMENT OF D&O
                                        INSURANCE PROCEEDS**
16
                                        Current Hearing Date and Time:
17                                      Date:  January 24, 2019
                                        Time:  1:00 p.m.
18
                                        New Hearing Date and Time:
19                                      Date:  March 22, 2019
                                        Time:  10:00 a.m.
20                                      Location:  Courtroom 3020
                                                   280 South First Street
21                                                 San Jose, California

22

23         The Court having reviewed and considered the *Stipulation to Continue Hearing on Daniel*

24  *Woods and Mike Hilberman's Motion for Relief from the Automatic Stay, to the Extent Required,*

25  *for Payment of D&O Insurance Proceeds* ("Stipulation") filed on December 31, 2018 as Docket

26  No. 201, and with good cause shown,

27  ///

28  ///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**IT IS ORDERED** that:

The Stipulation is approved and the hearing currently set for January 24, 2019 is continued to March 22, 2019 at 10:00 a.m.

**END OF ORDER**

## COURT SERVICE LIST

ECF Participants