

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

**The following constitutes the order of the Court.**
**Signed: January 3, 2019**

_M. Elaine Hammond_

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING EMPLOYMENT
OF SPECIAL COUNSEL ON
CONTINGENCY FEE BASIS RE
COPYRIGHT CLAIMS**
**(Parrish Law Offices)**

Upon consideration of the (i) Application for Authority to Employ Special Counsel on Contingency Fee Basis re Copyright Claims (Parrish Law Offices) ("Application") [Docket 196], filed by Doris Kaelin, Chapter 7 Trustee of the above-captioned Debtor; (ii) the Trustee's Request for Entry of Order Approving the Application, and (iii) the Declaration of Gregg S. Kleiner in support thereof, notice of the Application being appropriate under the circumstances and good cause appearing

IT IS HEREBY ORDERED THAT:

1.     The Application is approved in all respects in accordance with the terms of this Order;

2.     The Trustee is authorized to (i) pursuant to 11 U.S.C. §§ 327(e) and 328(a), employ James Pistorino of Parrish Law Offices; and (ii) enter into the contingency fee agreement, a copy of

which is attached Exhibit A to the Declaration of Proposed Special Counsel (James Pistorino, Parrish Law Offices) (Docket 196-1); and

      3.      No compensation shall be allowed or paid except pursuant to further Court order.

**\*\* END OF ORDER \*\***

1                                                  **\*\*COURT SERVICE LIST\*\***

2 No Court Service Required.