January 15, 2019

ORIGINAL

FILED
JAN 2 2 2019
CLERK
United States Bankruptcy Court
San Jose, California

United States Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA. 95113

Subject: Creditor Address Change, Case Number 18-50398 (TechShop Inc, Bankruptcy)

To whom it may concern,

I am a creditor in the subject case. Below is updated address information that I would like added to your records in relation to the case settlement.

**Previous Address:**

Dean Merrifield
14546 Northline Rd. Apt. 15
Southgate, Michigan 48195

**New Address:**

Dean Merrifield
1199 Newell Lane
Medina, Ohio 44256

Please contact me if you have any questions.

Regards,

Dean Merrifield
dmerrifi@icloud.com
Ph: (330) 321-2746