UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re

    TECHSHOP, INC.,

        Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**CERTIFICATE OF SERVICE**

On the date of execution hereof, at my place of business, I served copies of the following document(s):

**Ex Parte Application for Order Authorizing Trustee
to Deliver Sanction Fees Awarded to Special Counsel (Parrish Law Offices)**

Request for Judicial Notice in Support of
**Ex Parte Application for Order Authorizing Trustee
to Deliver Sanction Fees Awarded to Special Counsel (Parrish Law Offices)**

[proposed]
**Order Authorizing Trustee
to Deliver Sanction Fees Awarded to Special Counsel (Parrish Law Offices)**

☒ **(BY E-MAIL)** I attached a true and correct copy of the above-named document to an e-mail addressed to the following person at the e-mail address listed below.

Office of The United States Trustee
280 South First Street, Room 268
San Jose, CA 95113
USTPRegion17.SJ.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 24, 2019, in San Francisco, California.

                                  */s/ Gregg S. Kleiner*
                                  GREGG S. KLEINER

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335, San Francisco, California 94104
Telephone No.: 415-672-5991 / Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for Doris A. Kaelin, Chapter 7 Trustee