Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy



**Entered on Docket
January 30, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes the order of the Court.
Signed: January 30, 2019

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING TRUSTEE TO DELIVER SANCTION FEES AWARDED TO SPECIAL COUNSEL**

Upon consideration of the Trustee's *Ex Parte* Application for Order Authorizing Trustee to Deliver Sanction Fees Awarded to Special Counsel (Parrish Law Offices) [Docket 205] ("Application"), notice being adequate and other good cause appearing,

IT IS HEREBY ORDERED THAT the Application is approved in all respects. For the reasons set forth in the Application, Doris Kaelin, Chapter 7 Trustee for the bankruptcy estate of the above-named Debtor, is hereby authorized to deliver to the Parrish Law Offices the sum of $10,000, which sum was paid to the Trustee by the defendants in that litigation entitled *TechShop, Inc. v. Dan Rasure, TechShop 2.0 LLC, and TechShop 2.0 San Francisco LL*C, pending before the United States District Court, Northern District of California as Case No. 18-CV-01044 DMR.

**\*\* END OF ORDER \*\***

***COURT SERVICE LIST***

No Court Service Required.