UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE:<br><br>TECHSHOP, INC.,<br><br>DEBTOR(S). | § § § § § § § § | CHAPTER 7<br><br>CASE NO. 18-50398 |

## WITHDRAWAL OF PROOF OF CLAIM FOR IPFS CORPORATION

PLEASE TAKE NOTICE that IPFS Corporation hereby withdraws its claim, Claims Register No. 75 in the amount of $8,675.51 filed on May 30, 2018, in the above captioned proceeding.

Dated the 25th day of February 2019.

By: _[signature]_
Name: Lisa R. Chandler
Title: Litigation & Bankruptcy Recovery Manager

I hereby certify under penalty of perjury that I am authorized to withdraw the above referenced Proof of Claim.

By: _[signature]_
Name: Lisa R. Chandler
Title: Litigation & Bankruptcy Recovery Manager