JASON E. GOLDSTEIN (SBN: 207481)
BUCHALTER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Fax: (949) 720-0182
Email: jgoldstein@buchalter.com

Attorneys for Wells Fargo Equipment Finance, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TechShop, Inc.,<br><br>         Debtor. | Case No. 18-bk-50398<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 201-1 OF WELLS FARGO EQUIPMENT FINANCE, INC.** |

**PLEASE TAKE NOTICE THAT** Secured Creditor Wells Fargo Equipment Finance, Inc. hereby withdraws its Proof of Claim filed on July 25, 2018, claim No. 201-1.

DATED: March 4, 2019        BUCHALTER

                                  By:    */s/ Jason E. Goldstein*
                                          JASON E. GOLDSTEIN
                                Attorneys for Creditor Wells Fargo Equipment
                                              Finance, Inc.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 35804930v1        1
NOTICE OF WITHDRAWAL

Case: 18-50398   Doc# 209   Filed: 03/05/19   Entered: 03/05/19 14:45:28   Page 1 of 1