Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone:     213.629.7400
Facsimile:     213.629.7401
Email:         aram.ordubegian@arentfox.com
               annie.stoops@arentfox.com

Counsel for Movants
Daniel Woods and Mike Hilberman

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**TECHSHOP, INC.,**<br><br>Debtor. | Case No. 18-50398<br><br>Chapter: 7<br><br>**STIPULATION TO FURTHER CONTINUE HEARING ON DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS**<br><br>Current Hearing Date and Time:<br>Date:   May 2, 2019<br>Time:   1:00 p.m.<br><br>New Hearing Date and Time:<br>Date:   May 30, 2019<br>Time:   1:00 p.m.<br>Location:   Courtroom 3020<br>            280 South First Street<br>            San Jose, California |

    This stipulation is made by and between movants Daniel Woods and Mike Hilberman ("Movants"), on the one hand, and the chapter 7 trustee Doris A. Kaelin ("Trustee") on behalf of the chapter 7 estate for the above-captioned debtor, TechShop, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:[1]

---

[1] Movants and Trustee are hereinafter collectively referred to as the "Parties."

## RECITALS

1. On August 3, 2018, Movants filed the motion for relief from automatic stay (the "Relief from Stay Motion") to allow Movants to collect on the D&O Policy proceeds [Dkt. No. 143].[2] The Relief from Stay Motion's initial hearing was set for August 24, 2018.

2. On August 23, 2018, the Trustee filed her opposition to the Relief from Stay Motion [Dkt. No. 163].

3. On October 3, 2018, the Court authorized the Trustee's employment of Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP as special counsel to pursue litigation against the Debtor's officers and directors, including Movants [Dkt. No. 183].

4. The Parties have agreed to attend mediation to resolve the estate's claims against Movants, if any, on or before June 30, 2019.

5. The Parties are also close to resolving the Relief from Stay Motion and require a little more time to finalize a stipulation granting relief from stay to the Movants.

## STIPULATION

6. The Parties agree to continue the hearing on Movant's Relief from Stay Motion from May 2, 2019 at 1:00 p.m., to May 30, 2019 at 1:00 p.m.

*[Signatures on Following Page]*

---

[2] Capitalized terms not otherwise defined in this Stipulation will have the meanings assigned to them in the Relief from Stay Motion.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**IT SO STIPULATED.**

Dated: May 1, 2019

Dated: May 1, 2019

Respectfully submitted,

**ARENT FOX LLP**

By: */s/ Aram Ordubegian*
    Aram Ordubegian
    Annie Y. Stoops
    Counsel for Movants Daniel Woods and
    Mike Hilberman

**RINCON LAW LLP**

By: _____
    Gregg S. Kleiner
    Counsel for Doris A. Kaelin, Chapter 7
    Trustee

# CERTIFICATE OF SERVICE

I, Aylin Sookassians, declare as follows:

I am a citizen of the United states and over the age of eighteen (18) years and not a party to the within action.

My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

On May 1, 2019, I served document(s) described as:

**STIPULATION TO FURTHER CONTINUE HEARING ON DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS**

on the interested parties in this action by placing [ ] the original [x] true copies thereof enclosed in sealed envelopes addressed as follows:

**JUDGE**

Anna Rosales for Judge M. Elaine Hammond
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

[x] BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above.

[x] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users and those identified below:

*Michael C. Abel on behalf of Interested Party New York City Economic Development Corporation*
*mcabel@ml-sf.com, csnell@ml-sf.com*

*Andrew A. August on behalf of Trustee Doris A. Kaelin*
*aaugust@bgrfirm.com, mterry@bgrfirm.com*

*Andrew J. Ditlevsen on behalf of Creditor New Century Commons, LLC*
*ajd@smwb.com, chilton@smwb.com*

*Ann McFarland Draper on behalf of Interested Party TheShop dot Build LLC*
*ann.draper@gmail.com, ann@draperlaw.net*

| | |
|---|---|
| 1 | *Ann McFarland Draper on behalf of Interested Party TheShop dot Build San Fran LLC* |
| 2 | *ann.draper@gmail.com, ann@draperlaw.net* |
| 3 | *Ann McFarland Draper on behalf of Interested Party Daniel Rasure*<br>*ann.draper@gmail.com, ann@draperlaw.net* |
| 4 | |
| 5 | *Jason Edward Goldstein on behalf of Creditor Wells Fargo Equipment Finance, Inc.*<br>*jgoldstein@buchalter.com, amelanson@buchalter.com* |
| 6 | |
| 7 | *Doris A. Kaelin*<br>*dktrustee@gmail.com, C139@ecfcbis.com* |
| 8 | *Raffi Khatchadourian on behalf of Creditor HANMI BANK*<br>*raffi@Hemar-Rousso.com* |
| 9 | |
| 10 | *Gregg S. Kleiner on behalf of Trustee Doris A. Kaelin*<br>*gkleiner@rinconlawllp.com, aworthing@rinconlawllp.com* |
| 11 | |
| 12 | *Chris D. Kuhner on behalf of Creditor Wantin Living Trust dated March 2, 1999*<br>*c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com* |
| 13 | *Jessica Georgia McKinlay on behalf of Other Prof. La Frontera Village L.P.*<br>*mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com* |
| 14 | |
| 15 | *Jessica Georgia McKinlay on behalf of Requestor CESC Plaza Limited Partnership*<br>*mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com* |
| 16 | |
| 17 | *Matthew D. Metzger on behalf of Debtor TechShop, Inc.*<br>*belvederelegalecf@gmail.com* |
| 18 | *Vinod Nichani on behalf of Requestor David Bruce Curtis*<br>*vinod@nichanilawfirm.com* |
| 19 | |
| 20 | *Vinod Nichani on behalf of Requestor Shelley Smith Curtis*<br>*vinod@nichanilawfirm.com* |
| 21 | |
| 22 | *Office of the U.S. Trustee / SJ*<br>*USTPRegion17.SJ.ECF@usdoj.gov* |
| 23 | |
| 24 | *Matthew Jon Olson on behalf of Creditor Bakery Square Retail, L.P.*<br>*matt@macfern.com, ecf@macfern.com* |
| 25 | *Aram Ordubegian on behalf of Interested Party Daniel Woods*<br>*Ordubegian.Aram@ArentFox.com* |
| 26 | |
| 27 | *Aram Ordubegian on behalf of Interested Party Mike Hilberman*<br>*Ordubegian.Aram@ArentFox.com* |
| 28 | |

- 2 -

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

AFDOCS/17177602.1

| | |
|---|---|
| 1 | R. Gibson Pagter, Jr. on behalf of Requestor BHL Services, Inc. |
| 2 | gibson@ppilawyers.com |
| 3 | Richard L. Pierotti |
| 4 | Rpierotti@kpmd.com |
| 5 | Allan D. Sarver on behalf of Creditor M2 Lease Funds LLC<br>ADS@asarverlaw.com |
| 6 | Jeffrey L. Sklar on behalf of Creditor Arizona Board of Regents |
| 7 | jsklar@lrrc.com, bankruptcynotices@lrrc.com |
| 8 | Richard A. Solomon on behalf of Requestor Hitachi Capital America Corp. |
| 9 | richard@sgsslaw.com |
| 10 | Annie Yang Stoops on behalf of Interested Party Daniel Woods<br>annie.stoops@arentfox.com |
| 11 | |
| 12 | Annie Yang Stoops on behalf of Interested Party Mike Hilberman<br>annie.stoops@arentfox.com |
| 13 | Joseph M. Sweeney on behalf of Creditor New Century Commons, LLC |
| 14 | jsweeney@smwb.com, cmueller@smwb.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on May 1, 2019 at Los Angeles, California.

/s/ Aylin Sookassians
AYLIN SOOKASSIANS
Declarant

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

AFDOCS/17177602.1

- 3 -