

| | |
|---|---|
| Aram Ordubegian (SBN 185142)<br>Annie Y. Stoops (SBN 286325)<br>**ARENT FOX LLP**<br>55 Second Street, 21st Floor<br>San Francisco, CA 94105<br>Telephone: 213.629.7400<br>Facsimile: 213.629.7401<br>Email: aram.ordubegian@arentfox.com<br>annie.stoops@arentfox.com<br><br>Counsel for Movants<br>Daniel Woods and Mike Hilberman | The following constitutes the order of the Court.<br>Signed: May 1, 2019<br><br>_M. Elaine Hammond_<br>_____<br>M. Elaine Hammond<br>U.S. Bankruptcy Judge |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**TECHSHOP, INC.,**<br><br>   Debtor. | Case No. 18-50398<br><br>Chapter: 7<br><br>**ORDER APPROVING STIPULATION TO FURTHER CONTINUE HEARING ON DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS**<br><br>Current Hearing Date and Time:<br>Date: May 2, 2019<br>Time: 1:00 p.m.<br><br>New Hearing Date and Time:<br>Date: May 30, 2019<br>Time: 1:00 p.m.<br>Location: Courtroom 3020<br>            280 South First Street<br>            San Jose, California |

The Court having reviewed and considered the *Stipulation to Further Continue Hearing on Daniel Woods and Mike Hilberman's Motion for Relief from the Automatic Stay, to the Extent Required, for Payment of D&O Insurance Proceeds* ("Stipulation") filed on May 1, 2019 as Docket No.[211], and with good cause shown,

///

///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**IT IS ORDERED** that:

The Stipulation is approved and made an order of the court.

**END OF ORDER**

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

# COURT SERVICE LIST