

1  Gregg S. Kleiner (SBN 141311)
   RINCON LAW LLP
2  268 Bush Street, Suite 3335     The following constitutes the order of the Court.
   San Francisco, CA 94104          Signed: June 21, 2019
3  Tel:  415-672-5991
4  Fax: 415-680-1712
   gkleiner@rinconlawllp.com        _____
5                                    M. Elaine Hammond
   Counsel for                       U.S. Bankruptcy Judge
6  DORIS A. KAELIN,
   Trustee in Bankruptcy
7
8              UNITED STATES BANKRUPTCY COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION

11  In re                         Case No. 18-50398 MEH
                                  Chapter 7
12                                Hon. M. Elaine Hammond
       TECHSHOP, INC.,
13                                **ORDER APPROVING SETTLEMENT OF
            Debtor.                DISPUTED LITIGATION CLAIMS**
14

15

16      Upon consideration of the (i) Motion for Order Approving Settlement of Disputed Litigation

17  Claims ("Motion") [Docket 213], filed by Doris Kaelin, Chapter 7 Trustee of the above-captioned

18  Debtor; (ii) the Trustee's Request for Entry of Order granting the Motion, and (iii) the Declaration

19  of Gregg S. Kleiner in support thereof, notice of the Motion being appropriate under the

20  circumstances and good cause appearing

21      IT IS HEREBY ORDERED THAT:

22      1.   The Motion is granted in all respects in accordance with the terms of this Order;

23      2.   The Trustee is authorized to enter into a "Stipulation for Settlement" with regard to

24  certain litigation claims made by the John S. & James L. Knight Foundation, a copy of which is

25  attached as Exhibit A to the Declaration of Doris A. Kaelin in Support of Motion for Order

26  Approving Settlement of Disputed Litigation Claims as Exhibit A (Docket 213-1).  The Trustee is

27  authorized to take any and all actions necessary to consummate the Stipulation for Settlement,

28  including, but not limited to, the execution of documents and instruments.

3. This Order is effective upon entry and the stay otherwise imposed by Rule 62(a) of the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply.

**\*\* END OF ORDER \*\***

**\*\*COURT SERVICE LIST\*\***

No Court Service Required.