Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TechShop, Inc.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**MOTION TO ABANDON PERSONAL PROPERTY**

[No Hearing Required Unless Requested]

Doris A. Kaelin, Trustee in Bankruptcy of the estate of the above-named Debtor, hereby moves the Court for an order authorizing her to abandon a Ford Van, on the terms more fully set forth in the Notice and Opportunity for Hearing on Motion to Abandon Personal Property ("Notice") filed herewith.

A copy of the Notice is attached hereto as **Exhibit A** and is incorporated by reference.

DATED: July 3, 2019    RINCON LAW LLP


By: */s/ Gregg S. Kleiner*
    GREGG S. KLEINER
    Counsel for DORIS A. KAELIN,
    Trustee in Bankruptcy

| | |
|---|---|
| In re<br><br>    TECHSHOP, INC.,<br><br>                    Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO ABANDON PERSONAL PROPERTY**<br><br>[No Hearing Required Unless Requested] |

**TO CREDITORS, THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE THAT** Doris Kaelin, the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of TechShop, Inc. ("Debtor") files this notice of intent to abandon the estate's right, title and interest in and to certain a 2006 Ford Econoline Cargo Van (VIN#1FTSE34L86DB08027) (the "Van"). The Van is located in St. Louis, MO and is not operational. The Trustee is informed that the value of the Van is less than the estimated legal costs and commissions the estate would incur if it sought to sell the Van.

    Section 554 of the Bankruptcy Code provides that the Trustee may abandon property of the estate that is of inconsequential value to the estate or is a burden to the estate. The Trustee has concluded that the Property is burdensome to the estate and of inconsequential value to the estate.

    **PLEASE TAKE FURTHER NOTICE THAT** Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed with respect to any objection to the proposed abandonment described above or any request for hearing thereon.

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and**

**In the event of a timely objection or request for hearing, the initiating party will give at least seven days' written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

    **PLEASE TAKE FURTHER NOTICE THAT** as of January 1, 2005, the United States Bankruptcy Court for the Northern District of California has adopted mandatory electronic filing. If you are not currently qualified to file papers with the Court electronically, you should consult the Court's website (www.canb.uscourts.gov).

DATED: July 3, 2019        RINCON LAW LLP

                          By:  */s/ Gregg S. Kleiner*
                                GREGG S. KLEINER
                                Counsel for DORIS A. KAELIN,
                                Trustee in Bankruptcy

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP, 268 Bush Street, Suite 3335, San Francisco, California 94104
Telephone No.: 415-672-5991 / Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

1

**EXHIBIT A**