UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| IN RE: TECHSHOP, INC. | CASE NO: 18-50398 MEH |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 219 |
| | Judge: Hon. M. Elaine Hammond |

On 7/3/2019, I did cause a copy of the following documents, described below,

Notice and Opportunity for Hearing on Motion to Sell Personal Property (Ford Sale) ECF Docket Reference No. 219

Notice and Opportunity for Hearing on Motion to Abandon Personal Property 221

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/3/2019

/s/ Gregg S. Kleiner
Gregg S. Kleiner  141311
Rincon Law, LLP
200 California Street, Suite 400
San Francisco, CA  94111
415 672 5991

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: TECHSHOP, INC. | CASE NO: 18-50398 MEH |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 219<br>Judge: Hon. M. Elaine Hammond |

On 7/3/2019, a copy of the following documents, described below,

Notice and Opportunity for Hearing on Motion to Sell Personal Property (Ford Sale) ECF Docket Reference No. 219

Notice and Opportunity for Hearing on Motion to Abandon Personal Property 221

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/3/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gregg S. Kleiner
Rincon Law, LLP
200 California Street, Suite 400
San Francisco, CA 94111

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EWIN HONG
5250 VALLEY FORGE DR APT 415
ALEXANDRIA VA 22304

TYCO INTEGRATED SECURITY LLC
C/O SUZANNE CORK
10405 CROSSPOINT BLVD.
INDIANAPOLIS IN 46256

JOHN D. DURST & SUSAN E MCCOMG
2007 REVOCABLE LIVING TRUST
DATED AUG. 8 2007
C/O JOHN D DURST
989 CHENERY ST.
SAN FRANCISCO CA 94131

ACTIVE SOLUTIONS LLC
2722 WEST ESTRELLA DRIVE
CHANDLER AZ 85224

PRAXAIR DISTRIBUTION INC
C/O RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 361345
COLUMBUS OH 43236

CITY OF SAN JOSE FINANCE DEPARTMENT
REVENUE MGMT
200 E. SANTA CLARA ST. 13TH FL
SAN JOSE CA 95113

NEW YORK STATE DEPARTMENT OF LABOR
STATE OFFICE CAMPUS
BLDG. #12 RM. #256
ALBANY NY 12240

JASPER THOMAS
277 GOLDEN GATE AVE. #314
SAN FRANCISCO CA CA 94102

JASON LENTZ
940 LAUREL ST
UNIT A
SAN CARLOS CA 94070

BRAD MARTINSON
2530 CASTELLO WAY
SANTA CLARA CA 95051-1009

STEVEN TUCKER
19250 BLACK RD
LOS GATOS CA 95033-9568

JON BARBARA
3309 E FLOOSMOOR AVE
MESA AZ 85204

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 475
JEFFERSON CITY MO 65105

COREY MCGUIRE
2601 ADELINE ST.
#112
OAKLAND CA 94607

RUSTOM L. MEYER
7501 BLAIR ROAD APT 301
TAKOMA PARK MD 20912

CHRISTOPHER J. SHULL
1355 SAGE HEN WAY UNIT R
SUNNYVALE CA 94087

THOMAS KLISDONK
147 ANCHOR BAY TER
SUNNYVALE CA 94086

ERIC JACOBSON
2391 DOWNING AVE.
SAN JOSE CA 95128

HITACHI CAPITAL AMERICA CORP.
C/O SOLOMON GRINDLE ET AL.
11682 EL CAMINO REAL SUITE 250
SAN DIEGO CA 92130

ZHBIN GARY ZHANG
1408 NIGHTHAWK DR
SANTA ROSA CA 95409

JEFFREY A. SHERMAN
774 OWL CT
LOUISVILLE CO 80027

ASSA ABLOY ENTRANCE SYSTEMS
(NC) C/O MCC
23240 CHAGRIN BLVD. #410
CLEVELAND OH 44122

SHARON SCHIBLER
1150 DIAMOND CT
LOS ALTOS CA 94024

ANDREW S. HUANG
1733 CRANE AVE
MOUNTAIN VIEW CA 94040

RALPH C. MCMULLAN AND SUSAN R. MCMULLAN
807 LOMBARD ST.
SAN FRANCISCO CA 94133

WILLIAM A ELLIS
10066 PASADENA AVE. #C
CUPERTINO CA 95014

NORMAN NEWLON
2367 SOUTH DRIVE
SANTA CLARA CA 95051

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CARL WALDSPURGER              ROBINSON FAMILY 1999 TRUST DATED    GIBSON MANCINI CARMICHAEL & NELSON P.
517 GEORGIA AVE               11/2/1999                            A.
PALO ALTO CA 94306            TIMOTHY B. ROBINSON & LISA A. ROBINSON  GMCN
                              216 BLACKSTONE DR.                   115 EAST LAUREL STREET
                              BOULDER CREEK CA 95006               GARDEN CITY KS 67846


MONICA MILLER CAVALLARO       DEBRA HARA                           CHRISTOPHER SEGRAVES
1516 WILDROSE WAY             10856 LINDA VISTA DR.                6783 W YEARLING RD.
MOUNTAIN VIEW CA 94043        CUPERTINO CA 95014                   PEORIA AZ 85383


JAMES HOLLIS                  CALEB HENRY CROME                    LAURIE BOWERS CONNOLLY
527 12TH ST SE                5060 KINGSTON WAY                    355 SUNRISE SHORES
WASHINGTON DC 20003           SAN JOSE CA 95130                    HARRODSBURG KY 40330


LCA BANK CORPORATION          ROBERT MANN                          MARK L MOORE
PO BOX 1650                   2250 JERROLD AVE. #13                1340 BENT DR
TROY MI 48099                 SAN FRANCISCO CA 94124               CAMPBELL CA 95008


TARA YOUNGBORG                DEBORAH SMITH ZYLSTRA                ROBERT DYKE
4268 COTSWOLDS HILL LANE      2424 E BARNHART RD                   101 COMMODORE DR.
FAIRFAX VA 22030              DENAIR CA 95316                      RICHMOND CA 94804


LORI PETITT                   BHATIA FAMILY TRUST                  JON WATTE
2334 21ST ST.                 C/O SHREY BHATIA                     36 CIRCLE RD.
SANTA MONICA CA 90405         571 PANCHITA WAY                     REDWOOD CITY CA 94062
                              LOS ALTOS CA 94022


LORI CHAMPAGNE                JOHN M. KLOMAN IV                    JEFFREY MOY
2135 WATKINS LAKE RD.         C/O JOHN KLOMAN                      729 STONE CANYON CIRCLE
WATERFORD MI 48328            3200 DOMINY CT.                      INVERNESS IL 60010
                              OAKTON VA 22124


DE LAGE LANDEN FINANCIAL SERVICESINC.  CITY OF SAN JOSE            ELLEN ISAACS
1111 OLD EAGLE SCHOOL RD.              FINANCE DEPARTMENT          2162 CORONET DR
ATTN: K. VENDETTA                      REVENUE MGMT                SAN JOSE CA 95124
WAYNE PA 19087                         200 EAST SANTA CLARA ST. 13TH FL.
                                       SAN JOSE CA 95113


LYLE R SMITH                  EMILY QUESADA                        MARY JO RICHARDSON
61 YALE RD                    8345 NW 66 ST #D2712                 6403 WINDWOOD DR.
MENLO PARK CA 94025           MIAMI FL 33166-2696                  COLLEGE STATION TX 77845
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SCOTT LUDWIG<br>70 CHERRY RIDGE COURT<br>SAN JOSE CA 95136 | PETER ROSENBLADT<br>2848 CONCORD LANE<br>SANTA CLARA CA 95051 | SERGEI MENCHENIN<br>1718 HILLMAN AVE.<br>BELMONT CA 94002 |
| GREG BUCHNER<br>690 COVINGTON RD.<br>LOS ALTOS CA 94024 | MANISH GUPTA<br>482 THOMPSON AVE<br>MOUNTAIN VIEW CA 94043 | EDWARD S. CONGER<br>1064 HICKORYNUT CT<br>SUNNYVALE CA 94087 |
| RON BECK<br>1 DOREY WAY<br>MONTEREY CA 93940 | CM/ECF E-SERVICE<br>CSN+DESIGN<br>ATTN: CRAIG NELSON<br>4618 W.62 TERR<br>FAIRWAY KS 66205 | DOUBLECLUTCH ROBOTICS INC.<br>371 ELAN VILLAGE LN #310<br>SAN JOSE CA 95134 |
| DIRK A. KABCENELL<br>4900 ALPINE RD.<br>PORTOLA VALLEY CA 94028 | OLIVIA MORGAN<br>901 23RD STREET S<br>ARLINGTON VA 22202 | KARI L. GERRITS<br>371 ELAN VILLAGE LANE #310<br>SAN JOSE CA 95134 |
| CHIA CHING CHANG<br>21534 CONRADIA COURT<br>CUPERTINO CA 95014 | PATRICK W AND LYNNE MCCLURE TRUST<br>21850 E STACY RD<br>QUEEN CREEK AZ 85142 | MARY TROLL<br>3420 COMMONWEALTH AVE.<br>MAPLEWOOD MO 63143 |
| IPFS CORPORATION<br>24722 NETWORK PLACE<br>CHICAGO IL 60673 | MICHAEL K. GERRITS<br>371 ELAN VILLAGE LANE #310<br>SAN JOSE CA 95134 | ANGELA LIGHT<br>3208 KAWALKER LANE<br>SAN JOSE CA 95127 |
| GINA MANN<br>14163 N. 90TH PL.<br>SCOTTSDALE AZ 85260 | DONALD CHESAREK<br>280 BELBLOSSOM WAY<br>LOS GATOS CA 95032 | LYNN BODELL<br>107 RESERVOIR RD<br>ATHERTON CA 94027 |
| MICHAEL CHARLES BROWNE<br>1911 BARBARA DR.<br>PALO ALTO CA 94303 | MICHELLE R. KOBLAS<br>729 ANDERSON DR.<br>LOS ALTOS CA 94024 | ALLEN LAVEE<br>24 SANTA MARGARITA DRIVE<br>SAN RAFAEL CA 94901 |
| BLAKE & XUAN COMMAGERE<br>1725 MILLER AVE.<br>LOS ALTOS CA 94024 | MELVIN EDGERLEY<br>4206 CHRISTINE PLACE<br>ALEXANDRIA VA 22311 | JULIA PIEHLER<br>191 E. EL CAMINO REAL SPC 216<br>MOUNTAIN VIEW CA 94040 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ROBERT CARVER<br>9804 THINLEAF COVE<br>AUSTIN TX 78759 | BRIAN A. BEARDMORE<br>292 LAQUESTA DR<br>DANVILLE CA 94526 | GABRIEL FABER AND HILLEGUUS FABER<br>3027 RUBINO CIR<br>SAN JOSE CA 95125 |
| RICHARD LINDEN<br>163 ZANDER DR.<br>ORINDA CA 94563 | DAVID MUNIER & TARA MUNIER<br>3340 SAINT MARY S ROAD<br>LAFAYETTE CA 94549 | DAVID CHAU<br>3201 LOMA VERDE DR. #87<br>SAN JOSE CA 95117 |
| EDWARD HARRIMAN<br>14672 GYPSY HILL RD<br>SARATOGA CA 95070 | JOSEPH E. PECK & MARY G. PECK_V<br>308 COMANCHE CIRCLE<br>HUTTO TX 78634 | EDWARD & DEBORAH HARRIMAN<br>14672 GYPSY HILL RD<br>SARATOGA CA 95070 |
| DANNY E. MARS<br>1960 CHURTON AVE<br>LOS ALTOS CA 94024 | JOHN M. STANEC<br>3730 CALLISON ST<br>LOOMIS CA 95650 | TAM THAO PHAM<br>3463A 17TH ST<br>SAN FRANCISCO CA 94110 |
| EVERBANK COMMERCIAL FINANCE<br>10 WATERVIEW BLVD.<br>PARSIPPANY NJ 07054 | CHRISTOPHER S. MULLIN<br>41 LEBANON HILLS DR<br>PITTSBURGH PA 15228 | RAMESH V. PERI<br>10812 GAILLARDIA<br>AUSTIN TX 78733 |
| DAVID GUTELIUS<br>18124 WEDGE PKWY #544<br>RENO NV 89511 | SERGE AND DARLENE GUILLOT<br>700 CLEARLAKE PTE<br>SENECA SC 29672 | STEPHEN W. BALINSKI<br>10310 BREEDEN ROAD<br>LUSBY MD 20657 |
| SHARON SHINDEL<br>3833 E. CARSON RD<br>PHOENIX AZ 85042 | PAUL A. GENNARI<br>2729 FORT SCOTT DR.<br>ARLINGTON VA 22202 | ROBERT L. SIMON<br>3065 EMERALD WIND ST.<br>HENDERSON NV 89052 |
| JOEL KATAKO ANANSAMBI<br>741 BEACH AVE.<br>BRONX NY 10473 | BHL SERVICES INC.<br>C/O R. GIBSON PAGTER JR.<br>PAGTER AND PERRY ISAACSON<br>525 N. CABRILLO PARK DRIVE SUITE 104<br>SANTA ANA CA 92701 | FIRSTLEASE INC.<br>HEMAR ROUSSO & HEALD LLP<br>C/O RAFFI KHATCHADOURIAN ESQ.<br>15910 VENTURA BOULEVARD 12TH FLOOR<br>ENCINO CA 91436 |
| PAUL CLENAHAN<br>15395 THOMAS ST.<br>GLEN ELLEN CA 95442 | ASHOK JANAH<br>91 WOODLAND AVE.<br>SAN FRANCISCO CA 94117 | NANETTE WYLDE<br>33 DEXTER AVE.<br>REDWOOD CITY CA 94063 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CAROLYN LEE LUCE<br>318 MCEVOY ST.<br>REDWOOD CITY CA 94061 | STEPHEN WOLFE<br>365 S. GRAHAM ST.<br>PITTSBURGH PA 15232 | TOBY D. OWEN<br>1701 SPRINGLAKE DR.<br>DRIPPING SPRINGS TX 78620 |
| GREGORY THOMAS MCPHEETERS<br>741 SEASIDE ST.<br>SANTA CRUZ CA 95060 | NORTH AMERICAN BANCARD HOLDINGS LLC<br>C/O WELTMAN WEINBERG & REIS CO. LPA<br>323 W. LAKESIDE AVENUE STE 200<br>CLEVELAND OH 44113 | JOHN ERIC DOYLE<br>322 LAUREL AVE<br>MENLO PARK CA 94025 |
| RICHARD TINSLEY<br>16555 S KENNEDY RD<br>LOS GATOS CA 95030 | ROBERT C. BERNSTEIN AND LISA J. BERNSTEIN<br>1711 VALLEY VIEW AVE.<br>BELMONT CA 94002 | ROBERT M GREENBERG<br>4809 FOX BRANCH CT.<br>RALEIGH NC 27614 |
| CAROLINE DOYLE<br>257 2ND AVE.<br>SAN FRANCISCO CA 94118 | SCOTT MILLER<br>1260 FREMONT TERRACE EAST<br>SUNNYVALE CA 94087 | LORI SAXON<br>835 MILO CT<br>SAN JOSE CA 95133 |
| THE AMIDON/MENON 2003 REVOCABLE TRUST<br>C/O KEITH AMIDON<br>88 HIGGINS AVE.<br>LOS ALTOS CA 94022 | MIKE GRALL AND CINDY GRALL (PRIOR SPELLE)<br>52 QUAIL XING<br>SANTA CRUZ CA 95060 | HANMI BANK<br>HEMAR ROUSSO & HEALD LLP<br>C/O RAFFI KHATCHADOURIAN ESQ.<br>15910 VENTURA BOULEVARD 12TH FLOOR<br>ENCINO CA 91436 |
| MARICOPA COUNTY TREASURER<br>C/O PETER MUTHIG<br>222 N. CENTRAL AVE. #1100<br>PHOENIX AZ 85004 | PAWNEE LEASING CORPORATION<br>3801 AUTOMATION WAY STE 207<br>FORT COLLINS CO 80525 | BRAUNREUTHER-LAMBERT FAMILY LIVING TRUST<br>1596 EDMOND CT<br>SAN JOSE CA 95125 |
| CHARLES G WADE<br>136 MARY WAY<br>LOS GATOS CA 95032 | SAN MATEO COUNTY TAX COLLECTOR<br>555 COUNTY CENTER<br>REDWOOD CITY CA 94063 | LUKE KUNG<br>3297 VIN SANTO LANE<br>SAN JOSE CA 95054 |
| RICHARD ELY<br>6275 MOJAVE DRIVE<br>SAN JOSE CA 95120 | ALLAN GOTTLIEB<br>226 VALLEY VISTA DR<br>CAMARILLO CA 93010 | D. WESLEY WILEY AND JANICE K. KENDALL<br>610 GENNESSEE ST<br>SAN FRANCISCO CA 94127 |
| MICHAEL D. HARRIS<br>4604 MON BLANC DRIVE<br>BEE CAVE TX 78738 | CANON FINANCIAL SERVICES INC.<br>C/O STARK & STARK P.C.<br>993 LENOX DR.<br>LAWRENCEVILLE NJ 08648 | DAVID BRUCE CURTIS AND SHELLEY SMITH CURTIS AS TR<br>VINOD NICHANI ESQ.<br>NICHANI LAW FIRM<br>111 N. MARKET STREET STE. 300<br>SAN JOSE CA 95113 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ANDREW CALVO
PO BOX 2205
SEBASTOPOL CA 95473

ANDREW LUTOMIRSKI
204 2ND AVE #408
PALO ALTO CA 94401

GRACE MOSS
505 62ND STREET
APT D1
BROOKLYN NY 11220

STEPHEN E LIBRANDE
673 HAMILTON AVE
MILPITAS CA 95035

GEOFFREY MOYER
276 LA CUESTA DRIVE
PORTOLA VALLEY CA 94028

CHRISTOPHER F. BEALL
93 BROMLEY PL.
NUTLEY NJ 07110

NORTH AMERICAN BANCARD HOLDINGS LLC
C/O WELTMAN WEINBERG & REIS CO. LPA
323 W. LAKESIDE AVENUE STE 200
CLEVELAND OH 44113

KEVIN AND CONNIE MURPHY
4050 YELLOWSTONE DR.
SAN JOSE CA 95130

DAVID J. EVERS
3815 242ND AVE SE
ISSAQUAH WA 98029

SONIA LEE & ALAN M GRUMET
433 LORELL AVE.
MILL VALLEY CA 94941

M2 LEASE FUNDS LLC
C/O RUSSELL S. LONG DAVIS
& KUELTHAU S.C.
111 E. KILBOURN AVE. #1400
MILWAUKEE WI 53202

KYLEY SMITHERS
860 SARATOGA AVE
APT. H212
SAN JOSE CA 95129

KARL W. SCHULZ
1701 BUTTERCUP ROAD
PFLUGERVILLE TX 78660

MCT GROUP
PO BOX 7748
TORRANCE CA 90504

SHANTA AMBADY
2997 S. LIDDESDALE ST.
DETROIT MI 48217

WINDSTREAM
929 MARTHA S WAY
HIAWATHA IA 52233

SERGIO FERIA
1688 TACOMA AVE.
BERKELEY CA 94707

JUDY & SERGIO FERIA/LI-HUA PENG
1688 TACOMA AVE
BERKELEY CA 94707

WALTER E SIMONETTI
1361 S CANYON OAKS WAY
CHANDLER AZ 85286

JAYNE BROWNLEE
700 CENTRAL AVE.
MENLO PARK CA 94025

ERIC WERNER BIRGIT WERNER
619 MOUNTIAN VIEW AVE.
MOUNTAIN VIEW CA 94041

JULIAN DAVID CHRISTIAN RICHARDSON
871 ROBB RD
PALO ALTO CA 94306

PAUL STRAUSS & FELICIA GERSHBERG
1033 RUBIS DRIVE
SUNNYVALE CA 94087

GARY D. ADEN
350 TURKSHEAD LN
REDWOOD CITY CA 94065

JAMES E. KUTZ
1340 GARTHWICK DR
LOS ALTOS CA 94024

SCOTT A. SAXON
30867 TUCKER ST. NE
CAMBRIDGE MN 55008

DEJAN VUCINIC
597 LONE TREE RD
HOLLISTER CA 95023

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DAVID SPERMAN<br>165 CAMBRIDGE AVE<br>SAN LEANDRO CA 94577 | NORIHIRO EDWIN AOKI<br>115 STADLER DR.<br>WOODSIDE CA 94062 | ANGELA DEFRANCESCO<br>144 S 3RD ST UNIT 610<br>SAN JOSE CA 95112 |
| HUNG-VUONG ALEXANDER PHAM<br>441 63RD STREET<br>APT #2R<br>BROOKLYN NY 11220 | JONATHAN VADNAL<br>1331 S. EADS ST. #808<br>ARLINGTON VA 22202 | TERESA BLEVINS<br>17859 GRAYSTONE AVENUE<br>UNIT NO #202<br>CHINO HILLS CA 91709 |
| AMBER ROSS<br>241 NORTH ORIENTAL STREET<br>INDIANAPOLIS IN 46202 | MICHAEL SCHMIT<br>19992 RODRIGUES AVE.<br>CUPERTINO CA 95014 | WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>ATTN: JASON HARKNESS<br>1010 THOMAS EDISON BLVD. SW<br>CEDAR RAPIDS IA 52404 |
| JEFFREY A PORTER<br>346 S BUENA VISTA AVE.<br>GILBERT AZ 85296 | KATHLEEN C. FITZPATRICK<br>151 MOUNTAIN VIEW AVE.<br>LOS ALTOS CA 94024 | KUAN HOW KHOR AND CHAI HIONG NG<br>645 QUINCE LN<br>MILPITAS CA 95035 |
| KEVIN SCOTT ARMSTRONG<br>75 S 14TH ST.<br>SAN JOSE CA 95112 | C. WILLIAM SPANGLER AND NANCY L. SPANGLER<br>471 CAROLINA LN<br>PALO ALTO CA 94306 | KYLE STEVEN BUTT<br>1018 N 500 W<br>PLEASANT GROVE UT 84062 |
| DANIEL E. ERDMAN<br>88 E SAN FERNANDO ST #510<br>SAN JOSE CA 95113 | LAW OFFICES OF DEREK K. YU<br>1939 HARRISON STREET SUITE #612<br>OAKLAND CA 94612 | SIMPLEXGRINNELL<br>50 TECHNOLOGY DR.<br>ATTN: BANKRUPTCY<br>WESTMINSTER MA 01441 |
| MARK A PIZAREK<br>525 W REMINGTON DR. #98<br>SUNNYVALE CA 94087 | JOHN S. AND JAMES L. KNIGHT FOUNDATION<br>C/O HOWARD J. STEINBERG ESQ.<br>1840 CENTURY PARK EAST. #1900<br>LOS ANGELES CA 90067 | DONALD D. PRICE REVOCABLE TRUST<br>C/O DONALD D. PRICE TRUSTEE<br>21485 SILCHESTER CT.<br>NORTHVILLE MI 48167 |
| MATT BERRY<br>1915 BILTMORE ST<br>WASHINGTON DC 20009 | NEAL A. OSBORN<br>2053 SKYLINE DR.<br>MILPITAS CA 95035 | WELLS FARGO EQUIPMENT FINANCE<br>2700 S. PRICE ROAD<br>CHANDLER AZ 85286 |
| CHISA FAMILY LTD PARTNERSHIP<br>2925 BOND ST.<br>ROCHESTER HILLS MI 48309 | KHOA T. NGUYEN<br>3058 REYNOLDS CT.<br>FREMONT CA 94536 | RASHEDA PRICE<br>C/O STATE FARM<br>1075 OLD COUNTY RD. #A<br>BELMONT CA 94002 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

JOSEPH L. KRAL AND LISA E. LEE
TRUSTEES
P.O. BOX 710
LA HONDA CA 94020

CHRISTINA S CHU
107 N. AMPHLETT BLVD
SAN MATEO CA 94401

DAVID A. LYONS
4497 POINSETTIA CT
SAN JOSE CA 95136

PAUL SATCHELL
538 ASHBURY ST.
SAN FRANCISCO CA 94117

WILLIAM C. BRICK
2588 COLUMBIA ROAD
BERKELEY MI 48072

KEITH STATTENFIELD
1395 GAZDAR CT
SANTA CLARA CA 95051

CARY ELLIIS MCHUGH
150 MELSHER LANE
VALLEY SPRINGS CA 95252

TECHSHOP
C/O ERIC LAYTON STRATTEN
9110 ROCKER AVE.
PLYMOUTH MI 48170

JAMES KAO
4388 EL CAMINO REAL UNIT 139
LOS ALTOS CA 94022

CHRISULA BLOORE
800 SONIA WAY
MOUNTAIN VIEW CA 94040

WARREN WU
5 DANA POINT CT
REDWOOD CITY CA 94065

ANTHONY GODSHALL
116 LEROY PL
SAN FRANCISCO CA 94109

NEW CENTURY COMMONS LLC
C/O ANDREW J. DITLEVSEN ESQ.
SWEENEY MASON WILSON & BOSOMWORTH
983 UNIVERSITY AVE. STE. 104C
LOS GATOS CA 95032

INTERNATIONAL
TECHSHOP JAPAN
C/O FUJITSU LIMITED ATTN: ASAKO MOTOKI
SHIODOME CITY CENTER
1-5-2HIGASHI SHIMBASHI
MINATO-KU
TOKYO JAPAN 105-7123

INTERNATIONAL
FUJITSU LIMITED
C/O FUJITSU LIMITED ATTN: ASAKO MOTOKI
SHIODOME CITY CENTER
1-5-2HIGASHI SHIMBASHI
MINATO-KU
TOKYO JAPAN 105-7123

SILICON VALLEY ENGINEERING COUNCIL
ATTN: ELISA ENGLEHARDT PRESIDENT
PO BOX 611865
SAN JOSE CA 95161

AN NGOC LE
3000 7TH ST NE APT 324
WASHINGTON DC 20017

TECHSHOP INC.
P.O. BOX 1582
SANTA CRUZ CA 95061

PAUL R. BOULAY & CONSTANCE A. BOULAY
201 HARDY AVE.
CAMPBELL CA 95008

ROBERT FAULL
10491 MEINERT RD.
WEXFORD PA 15090

WALTER CARL RIORDAN
2352 W. LONGHORN PL.
CHANDLER AZ 85286

SARAH POWERS
15 BROWN ST
PITTSBURGH PA 15209

BRENDAN A. FLICKER
C/O WILLIAM F. ASKIN ESQ.
1047 MCKINNEY LANE
PITTSBURGH PA 15220

JOHN MANFORD
17 BULL ELK
CLOUDCRAFT NM 88317

DAVID ALLAN ELLSWORTH
227 RAMONA ST.
SAN MATEO CA 94401

AUTODESK INC.
ATTN: GENERAL COUNSEL
111 MCINNIS PARKWAY
SAN RAFAEL CA 94903

THE DAVID B. GUSTAVSON AND DEANNA L. GUS
1946 FALLEN LEAF LN
LOS ALTOS CA 94024

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

THOMAS CONNOLLY
1613 ANDERSON RD.
MCLEAN VA 22102

EDWARD VINCES AND STEPHANIE VINCES
ATTN: STEPHANIE VINCES
915 PARK PACIFICA AVE.
PACIFICA CA 94044

IAN A TWOMBLY
2348 ROSITA AVE
SANTA CLARA CA 95050

BENJAMIN J CORRIE
2732 13TH AVE
OAKLAND CA 94606

RICHARD A. SHINE
195 THOMPSON SQUARE
MOUNTAIN VIEW CA 94043

WILLIAM D. BAKER
P.O BOX #1246
SAN JOSE CA 95100

MARIA DALALO
PO BOX 53146
SAN JOSE CA 95153

NOAH CHITTIM
305 WEST SHORE ROAD
WESTPORT ISLAND ME 04578

CESC PLAZA LIMITED PARTNERSHIP
C/O OFFIT KURMAN P.A.
4800 MONTGOMERY LANE SUITE 900
BETHESDA MD 20814-3465

ARIZONA BOARD OF REGENTS
ATTN: JEFFREY L. SKLAR
LEWIS ROCA ROTHGERBER CHRISTIE LLP
ONE SOUTH CHURCH AVE. #2000
TUCSON AZ 85701-1611

DAN RASURE
C/O ANN MCFARLAND DRAPER
DRAPER LAW OFFICES
75 BROADWAY SUITE 202
SAN FRANCISCO CA 94111-1423

HITACHI CAPITAL AMERICA CORP.
C/O SOLOMON GRINDLE LIDSTAD &
WINTRINGER
ATTN: RICHARD A. SOLOMON
11682 EL CAMINO REAL SUITE 250
SAN DIEGO CA 92130-7705

NEW CENTURY COMMONS LLC
C/O SWEENEY MASON WILSON & BOSOMWORTH
ATTN: ANDREW J. DITLEVSEN ESQ.
ATTN: JOSEPH M. SWEENEY ESQ.
983 UNIVERSITY AVENUE SUITE 104C
LOS GATOS CA 95032-7637

BHL SERVICES INC.
C/O R. GIBSON PAGTER JR.
PAGTER AND PERRY ISAACSON
525 N. CABRILLO PARK DRIVE SUITE 104
SANTA ANA CA 92701-5017

SERGEI MENCHENIN
1718 HILLMAN AVE.
BELMONT CA 94002-1919

AMERICAN EXPRESS TRAVEL RELATED
SERVICES
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

STEPHEN CASNER
1454 REVELSTOKE WAY
SUNNYVALE CA 94087-4443

NEW YORK CITY ECONOMIC DEVELOPMENT
CORPORATION
C/O MCNUTT LAW GROUP
ATTN: MICHAEL C. ABEL
219 9TH STREET
SAN FRANCISCO CA 94103-3806

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR AND INDUSTRY
ATTN: DEB SECREST
COLLECTIONS SUPPORT UNIT
651 BOAS ST. #702
HARRISBURG PA 17121-0751

DAVID BRUCE CURTIS
SHELLEY SMITH CURTIS
C/O VINOD NICHANI ESQ.
NICHANI LAW FIRM
1250 OAKMEAD PKWY STE. 210
SUNNYVALE CALIFORNIA 94085

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

CITY OF SAN JOSE
FINANCE DEPARTMENT
REVENUE MGMT
200 EAST SANTA CLARA ST. 13TH FL.
SAN JOSE CA 95113-1903

SAN MATEO COUNTY TAX COLLECTOR
555 COUNTY CENTER
REDWOOD CITY CA 94063-1665

EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826846
SACRAMENTO CA 94246-0001

CALIFORNIA DEPARTMENT OF TAX AND FEE
ADM
ACCOUNT INFORMATION GROUP MIC: 29
PO BOX 942879
SACRAMENTO CA 94279

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
PO BOX 7346
PHILADELPHIA PA 19101-7346

OFFICE OF THE UNITED STATES TRUSTEE
280 SOUTH FIRST STREET ROOM 268
SAN JOSE CA 95113

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| COUNSEL FOR AUTODESK INC.<br>MARSHA SUKACH<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | KNIGHT FOUNDATION<br>C/O HOWARD J. STEINBERG<br>GREENBERG TRAURIG LLP<br>1840 CENTURY PARK EAST SUITE 1900<br>LOS ANGELES CA 90067-2121 | RYAN SPURLOCK<br>1389 CRESPI DR.<br>PACIFICA CA 94044 |
| JAMES A. PARKER<br>P.O. BOX 28745<br>AUSTIN TX 78755 | RALPH ALVAREZ<br>2808 MAGELLAN CIRCLE<br>CORONA CA 92882 | KATHRYN E. PAULI<br>2939 ALBEMARLE ST. NW<br>WASHINGTON DC 20008 |
| WANTIN LIVING TRUST<br>C/O KORNFIELD NYBERG ET AL.<br>1970 BROADWAY SUITE 600<br>OAKLAND CA 94612 | BART GRANTHAM<br>3068 KYNE ST W<br>APT 302<br>SAN MATEO CA 94403 | ANNIE Y. STOOPS ESQ.<br>ARENT FOX LLP<br>555 WEST 5TH STREET 48TH FLOOR<br>LOS ANGELES CA 90013 |
| DEAN MERRIFIELD<br>1199 NEWELL LANE<br>MEDINA OH 44256 | STATE OF NEW YORK DEPT. OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W. AVERELL HARRIMAN STATE OFFICE<br>ALBANY NY 12240 | DARRYL THORNE BARNES<br>527 VILLA CENTRE WAY<br>SAN JOSE CA 95128 |
| TERRY 2009 LIVING TRUST<br>6081 FOOTHILL GLEN CT<br>SAN JOSE CA 95123 | | |