

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: July 30, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING SALE OF PERSONAL PROPERTY (Ford Sale)**

The Court having reviewed and considered: (i) Motion to Sell Personal Property (Ford Sale) ("Motion") (Docket 218) filed by Doris Kaelin, Chapter 7 Trustee ("Trustee") of the above-captioned Debtor; (ii) the Trustee's request for order approving the Motion; and (iii) the declaration of Gregg S. Kleiner in support thereof, notice of the Motion being adequate and proper under the circumstances and other good cause appearing

IT IS HEREBY ORDERED THAT:

1. The Trustee is authorized to enter into an "Agreement to Purchase Personal Property" ("Agreement") with Ford Motor Company or its assignee ("Buyer"). A true and correct copy of the Agreement is attached as Exhibit 2 to the Motion.

2. Pursuant to the provisions of the stipulation for sale free and clear of lien between the Trustee and Autodesk, Inc. (Docket 223), the sale of the Assets (as defined in the Agreement), (i) shall be free and clear of the Autodesk Lien and any related liens (as defined in the stipulation), or claims that Autodesk may have against the Assets, pursuant to 11 U.S.C. § 363(f)(2), and (ii) the

Autodesk lien shall attach to the sale proceeds generated from the sale of the Assets with the same right and priority that existed, if any, prior to the sale of the Assets.

3. The Court, having reviewed and considered the Declaration of Daniel G. Byrne in support of good faith purchaser finding (Docket No. 224), the Buyer is approved as a buyer in good faith in accordance with Section 363(m) of the Bankruptcy Code and the Buyer shall be entitled to all of the protections provided to a good faith buyer under 11 U.S.C. § 363(m).

4. This order is effective upon entry and the stay otherwise imposed by Rule 62(a) of the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply.

*** END OF ORDER ***

***COURT SERVICE LIST***

No Court service required.