**Entered on Docket**
**July 31, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: July 30, 2019

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING ABANDONMENT OF PERSONAL PROPERTY**
**(2006 Ford Econoline)**

The Court having reviewed and considered: (i) Motion to Abandon Personal Property ("Motion") (Docket 220) filed by Doris Kaelin, Chapter 7 Trustee ("Trustee") of the above-captioned Debtor; (ii) the Trustee's request for order approving the Motion; and (iii) the declaration of Gregg S. Kleiner in support thereof, notice of the Motion being adequate and proper under the circumstances and other good cause appearing

IT IS HEREBY ORDERED THAT: The Trustee is authorized to abandon the estate's right, title and interest in and to a 2006 Ford Econoline Cargo Van (VIN#1FTSE34L86DB08027) located in St. Louis, MO.

*** END OF ORDER ***

***COURT SERVICE LIST***

No Court service required.