Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com
annie.stoops@arentfox.com

Counsel for Movants
Daniel Woods and Mike Hilberman

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**TECHSHOP, INC.,**<br><br>Debtor. | Case No. 18-50398<br><br>Chapter: 7<br><br>**STIPULATION TO FURTHER CONTINUE HEARING ON DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS**<br><br>Current Hearing Date and Time:<br>Date: September 6, 2019<br>Time: 10:00 a.m.<br><br>New Hearing Date and Time:<br>Date: September 26, 2019<br>Time: 1:00 p.m.<br>Location: Courtroom 3020<br>280 South First Street<br>San Jose, California |

This stipulation is made by and between movants Daniel Woods and Mike Hilberman ("Movants"), on the one hand, and the chapter 7 trustee Doris A. Kaelin ("Trustee") on behalf of the chapter 7 estate for the above-captioned debtor, TechShop, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:[1]

---

[1] Movants and Trustee are hereinafter collectively referred to as the "Parties."

# RECITALS

1. On August 3, 2018, Movants filed the motion for relief from automatic stay (the "Relief from Stay Motion") to allow Movants to collect on the D&O Policy proceeds [Dkt. No. 143].[2]

2. On August 23, 2018, the Trustee filed her opposition to the Relief from Stay Motion [Dkt. No. 163].

3. On October 3, 2018, the Court authorized the Trustee's employment of Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP as special counsel to pursue litigation against the Debtor's officers and directors, including Movants [Dkt. No. 183].

4. The Parties are close to resolving the Relief from Stay Motion and require a little more time to finalize a stipulation granting relief from stay to the Movants.

# STIPULATION

A. The Parties agree to continue the hearing on Movant's Relief from Stay Motion from September 6, 2019 at 10:00 a.m., to September 26, 2019 at 1:00 p.m.

**IT SO STIPULATED.**

Respectfully submitted,

Dated: August 5, 2019

**ARENT FOX LLP**

By: /s/ Aram Ordubegian
Aram Ordubegian
Annie Y. Stoops
Counsel for Movants Daniel Woods and Mike Hilberman

Dated: August __, 2019

**RINCON LAW LLP**

By: _____
Gregg S. Kleiner
Counsel for Doris A. Kaelin, Chapter 7 Trustee

---

[2] Capitalized terms not otherwise defined in this Stipulation will have the meanings assigned to them in the Relief from Stay Motion.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/20754453.1

Case: 18-50398  Doc# 229  Filed: 08/05/19  Entered: 08/05/19 10:14:59  Page 2 of 6

## RECITALS

1. On August 3, 2018, Movants filed the motion for relief from automatic stay (the "Relief from Stay Motion") to allow Movants to collect on the D&O Policy proceeds [Dkt. No. 143].[2]

2. On August 23, 2018, the Trustee filed her opposition to the Relief from Stay Motion [Dkt. No. 163].

3. On October 3, 2018, the Court authorized the Trustee's employment of Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP as special counsel to pursue litigation against the Debtor's officers and directors, including Movants [Dkt. No. 183].

4. The Parties are close to resolving the Relief from Stay Motion and require a little more time to finalize a stipulation granting relief from stay to the Movants.

## STIPULATION

A. The Parties agree to continue the hearing on Movant's Relief from Stay Motion from September 6, 2019 at 10:00 a.m., to September 26, 2019 at 1:00 p.m.

**IT SO STIPULATED.**

Dated: August __, 2019

Respectfully submitted,

**ARENT FOX LLP**

By: _____
Aram Ordubegian
Annie Y. Stoops
Counsel for Movants Daniel Woods and
Mike Hilberman

Dated: August 2, 2019

**RINCON LAW LLP**

By: _____
Gregg S. Kleiner
Counsel for Doris A. Kaelin, Chapter 7
Trustee

---

[2] Capitalized terms not otherwise defined in this Stipulation will have the meanings assigned to them in the Relief from Stay Motion.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

# CERTIFICATE OF SERVICE

I, Aylin Sookassians, declare as follows:

I am a citizen of the United states and over the age of eighteen (18) years and not a party to the within action.

My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

On August 5, 2019, I served document(s) described as:

**STIPULATION TO FURTHER CONTINUE HEARING ON DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS**

on the interested parties in this action by placing [ ] the original [x] true copies thereof enclosed in sealed envelopes addressed as follows:

**JUDGE**

Anna Rosales for Judge M. Elaine Hammond
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

[x] BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above.

[x] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users and those identified below:

*Michael C. Abel on behalf of Interested Party New York City Economic Development Corporation*
*mcabel@ml-sf.com, csnell@ml-sf.com*

*Andrew A. August on behalf of Trustee Doris A. Kaelin*
*aaugust@bgrfirm.com, mterry@bgrfirm.com*

*Andrew J. Ditlevsen on behalf of Creditor New Century Commons, LLC*
*aditlevsen@hopkinscarley.com*

*Ann McFarland Draper on behalf of Interested Party TheShop dot Build LLC*
*ann.draper@gmail.com, ann@draperlaw.net*

| | |
|---|---|
| 1 | *Ann McFarland Draper on behalf of Interested Party TheShop dot Build San Fran LLC* |
| 2 | *ann.draper@gmail.com, ann@draperlaw.net* |
| 3 | *Ann McFarland Draper on behalf of Interested Party Daniel Rasure*<br>*ann.draper@gmail.com, ann@draperlaw.net* |
| 4 | |
| 5 | *Jason Edward Goldstein on behalf of Creditor Wells Fargo Equipment Finance, Inc.*<br>*jgoldstein@buchalter.com, amelanson@buchalter.com* |
| 6 | |
| 7 | *Doris A. Kaelin*<br>*dktrustee@gmail.com, C139@ecfcbis.com* |
| 8 | *Raffi Khatchadourian on behalf of Creditor HANMI BANK*<br>*raffi@Hemar-Rousso.com* |
| 9 | |
| 10 | *Gregg S. Kleiner on behalf of Trustee Doris A. Kaelin*<br>*gkleiner@rinconlawllp.com, aworthing@rinconlawllp.com* |
| 11 | |
| 12 | *Chris D. Kuhner on behalf of Creditor Wantin Living Trust dated March 2, 1999*<br>*g.michael@kornfieldlaw.com* |
| 13 | *Jessica Georgia McKinlay on behalf of Other Prof. La Frontera Village L.P.*<br>*mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com* |
| 14 | |
| 15 | *Jessica Georgia McKinlay on behalf of Requestor CESC Plaza Limited Partnership*<br>*mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com* |
| 16 | |
| 17 | *Matthew D. Metzger on behalf of Debtor TechShop, Inc.*<br>*belvederelegalecf@gmail.com* |
| 18 | *Vinod Nichani on behalf of Requestor David Bruce Curtis*<br>*vinod@nichanilawfirm.com* |
| 19 | |
| 20 | *Vinod Nichani on behalf of Requestor Shelley Smith Curtis*<br>*vinod@nichanilawfirm.com* |
| 21 | |
| 22 | *Office of the U.S. Trustee / SJ*<br>*USTPRegion17.SJ.ECF@usdoj.gov* |
| 23 | |
| 24 | *Matthew Jon Olson on behalf of Creditor Bakery Square Retail, L.P.*<br>*matt@macfern.com, ecf@macfern.com* |
| 25 | *Aram Ordubegian on behalf of Interested Party Daniel Woods*<br>*Ordubegian.Aram@ArentFox.com* |
| 26 | |
| 27 | *Aram Ordubegian on behalf of Interested Party Mike Hilberman*<br>*Ordubegian.Aram@ArentFox.com* |
| 28 | |

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

AFDOCS/17177602.1

R. Gibson Pagter, Jr. on behalf of Requestor BHL Services, Inc.
gibson@ppilawyers.com

Richard L. Pierotti
Rpierotti@kpmd.com

Allan D. Sarver on behalf of Creditor M2 Lease Funds LLC
ADS@asarverlaw.com

Jeffrey L. Sklar on behalf of Creditor Arizona Board of Regents
jsklar@lrrc.com, bankruptcynotices@lrrc.com

Richard A. Solomon on behalf of Requestor Hitachi Capital America Corp.
richard@sgsslaw.com

Annie Yang Stoops on behalf of Interested Party Daniel Woods
annie.stoops@arentfox.com

Annie Yang Stoops on behalf of Interested Party Mike Hilberman
annie.stoops@arentfox.com

Joseph M. Sweeney on behalf of Creditor New Century Commons, LLC
jsweeney@smwb.com, cmueller@smwb.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on August 5, 2019 at Los Angeles, California.

/s/ Aylin Sookassians
AYLIN SOOKASSIANS
Declarant