

1  Aram Ordubegian (SBN 185142)
   Annie Y. Stoops (SBN 286325)
2  **ARENT FOX LLP**
   55 Second Street, 21st Floor
3  San Francisco, CA  94105
   Telephone:    213.629.7400
4  Facsimile:    213.629.7401
   Email:        aram.ordubegian@arentfox.com
5                annie.stoops@arentfox.com

The following constitutes the order of the Court.
Signed: August 6, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

6  Counsel for Movants
   Daniel Woods and Mike Hilberman

8              UNITED STATES BANKRUPTCY COURT

9         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 18-50398 |
| **TECHSHOP, INC.,** | Chapter: 7 |
| Debtor. | **ORDER APPROVING STIPULATION TO FURTHER CONTINUE HEARING ON DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS** |
| | Current Hearing Date and Time:<br>Date:  September 6, 2019<br>Time:  10:00 a.m. |
| | New Hearing Date and Time:<br>Date:  September 26, 2019<br>Time:  1:00 p.m.<br>Location:  Courtroom 11 (3020)<br>280 South First Street<br>San Jose, California |

The Court having reviewed and considered the *Stipulation to Further Continue Hearing on Daniel Woods and Mike Hilberman's Motion for Relief from the Automatic Stay, to the Extent Required, for Payment of D&O Insurance Proceeds* ("Stipulation") filed on August 5, 2019 as Docket No.[229], and with good cause shown,

///

///

**IT IS ORDERED** that:

The Stipulation is approved and the hearing set for September 6, 2019 is continued to September 26, 2019 at 1:00 p.m. in Courtroom 11 (3020).

**END OF ORDER**

COURT SERVICE LIST