**Doris A. Kaelin**
**P.O. Box 1582**
**Santa Cruz, CA 95061**
**(831) 600-8093**
**Trustee in Bankruptcy**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| **In re:** | **Case No. 18-50398 MEH** |
| **TECHSHOP, INC.** | **Chapter 7** |
| **Debtor(s)** | **REPORT OF SALE (FORD MOTOR COMPANY)** |

Pursuant to the *Order Authorizing Sale of Personal Property (Ford Sale)* [Dkt. 227], the Trustee sold all of the estate's right, title and interest to certain personal property ("Assets") to Ford Motor Company or its assignee ("Buyer"), for cash proceeds of $70,000, pursuant to the terms to the terms of the *Agreement to Purchase Personal Property* ["Agreement"; Exhibit 2, Dkt. 218]. Pursuant to the terms of the Agreement, Trustee also quit claimed any right, title and interest, if any, in and to the Assets owned by TechShop Detroit, LLC.

The term "Assets" is defined in the Agreement as "certain personal property that was owned or controlled by the Debtor and/or TechShop Detroit, LLC" located at the Premises. The term "Premises" refers to previously rented space located at 800 Republic Drive, Dearborn, Michigan, which was the subject of a prior Sublease between a subsidiary of the Buyer, Ford Motor Land Development Corporation, as landlord, and TechShop Detroit, LLC as tenant, as provided by the Agreement. A summary of the Assets is attached hereto as Exhibit "A."

/ / /

/ / /

The Trustee has received the purchase price of $70,000 from Buyer as required by the Agreement.

DATED:  August 21, 2019

By: */s/ Doris A. Kaelin*
DORIS A. KAELIN,
Trustee in Bankruptcy