| | A |
|---|---|
| 1 | |
| 2 | Item |
| 3 | Welding Masks |
| 4 | birmingham est-1300x1.5 electric slip roll |
| 5 | jet 45" english wheel wh-45T |
| 6 | jet 24" planishing hammer ph-24 |
| 7 | lincoln electric precision TIG |
| 8 | lincoln electric power MIG |
| 9 | lincoln electric dual welding fume extractor |
| 10 | welding table |
| 11 | wedling roller dividers |
| 12 | welding table |
| 13 | misc welding supplies cabinet |
| 14 | lincoln electric power mig |
| 15 | lincoln electric precision TIG |
| 16 | skat blast dry blast cabinet |
| 17 | rigid shop vac |
| 18 | bench grinder |
| 19 | bench grinder |
| 20 | Central Machinery 1"x36(?) belt sander |
| 21 | lincoln electric spot welder(?) |
| 22 | jet cold saw |
| 23 | jet ~12" disk sander |
| 24 | bench vise |
| 25 | metal bench |
| 26 | metal waste recepticles |
| 27 | kalamazoo industrices 486-021 1" belt sander |
| 28 | jet horizontal bandsaw 1"x.035x135" blade "10x16 horizontal mitering band saw" j-7040m |
| 29 | anvil |
| 30 | metal bench |
| 31 | jet vertical bandsaw vbs-1610 |
| 32 | jet drill press "step pulley drill press" jdp-20mf |
| 33 | jet bench model hand brake bp-1648h |
| 34 | 0.3 Ton? Press |
| 35 | metal bench |
| 36 | central machinery 96008 shrinker stretcher stand for 95062 shrinker strecher |
| 37 | jet corner notcher |
| 38 | central machinery 20 ton hydraulic bottle jack |
| 39 | metal punch "tin knocker number 12 turret punch" |
| 40 | hand tools assortment |
| 41 | edwards 55 ton bender? |
| 42 | us general small rolling tool cabinet |

MCPS 029983.00005 ID: 2843

**EXHIBIT A**  1

**EXHIBIT 2**

Asset List 2019-03-20

| | A |
|---|---|
| 43 | flamables / paint cabinet |
| 44 | sheet metal shear accord |
| 45 | spray booth |
| 46 | spray booth |
| 47 | chicago electric power tools #46300 oven for powder coating |
| 48 | shop vac |
| 49 | large oven |
| 50 | Morgan-press injection molding machine |
| 51 | wood bench |
| 52 | wood bench |
| 53 | formech 686 vacuum former mitsubishi GOT1000 |
| 54 | misc cabinet |
| 55 | |
| 56 | classroom |
| 57 | large bench |
| 58 | large bench |
| 59 | misc cabinet |
| 60 | paragon sentry xpress 4.0 small enamel oven |
| 61 | large bench |
| 62 | large bench |
| 63 | large bench |
| 64 | sparkfun 303D rework station |
| 65 | cheap weller soldering iron |
| 66 | barska stereomicroscope |
| 67 | electronics hand tools |
| 68 | electronics bench |
| 69 | rigol dg1022 function generator |
| 70 | rigol ds1052e oscilliscope |
| 71 | rigol dm3058 digital multimeter |
| 72 | gw instek gps-3303 laboratory dc power supply |
| 73 | cheap weller soldering iron |
| 74 | national instruments virtualbench |
| 75 | formlabs form 1+ |
| 76 | stratasys mojo |
| 77 | large bench |
| 78 | large bench |
| 79 | hand tools assortment |
| 80 | ryobi drills and drivers |
| 81 | misc cabinet |
| 82 | misc power tools |
| 83 | us general large rolling tool chest |
| 84 | plotter iPF650 |

MCPS 029983.00005 ID: 2843

EXHIBIT A  2

EXHIBIT 2

Case: 18-50398   Doc# 218   Filed: 07/03/19   Entered: 07/03/19 11:02:38   Page 9 of 11
Case: 18-50398   Doc# 231-1   Filed: 08/21/19   Entered: 08/21/19 16:06:37   Page 2 of 4

Asset List 2019-03-20

| | A |
|---|---|
| 85 | vinyl cutter |
| 86 | silk screen press |
| 87 | rethink robotics baxter |
| 88 | juki industrial walking foot sewing machine DNU-1541S |
| 89 | Juki industrial straight stitch DDL-5550N |
| 90 | cutting bench |
| 91 | janome sewing machine |
| 92 | janome sewing machine |
| 93 | ironing board |
| 94 | janome memory craft 350e |
| 95 | misc small tools |
| 96 | bench vise |
| 97 | |
| 98 | wood workbench |
| 99 | shopbot cnc router v1000? Large format |
| 100 | powermatic model 4224 wood lathe |
| 101 | bench grinder |
| 102 | misc cabinet |
| 103 | jet drill press |
| 104 | bosch miter saw 503 |
| 105 | dewalt scroll saw |
| 106 | wood dust extractor |
| 107 | shopvac |
| 108 | wood bench |
| 109 | wood bench |
| 110 | jet 18" woodworking bandsaw jwbs-18qt-3 |
| 111 | jet belt sander / disc grinder |
| 112 | small delta drill press |
| 113 | shopbot buddy (inoperative) |
| 114 | |
| 115 | plastic top bench |
| 116 | jet step pully drill press jdp-20mf |
| 117 | misc cabinet |
| 118 | plastic top bench |
| 119 | jet geared head engine lathe gh-1440w-3 w/ acu-rite dro |
| 120 | jet geared head engine lathe gh-1440w-3 w/ acu-rite dro |
| 121 | misc cabinet |
| 122 | rigid shopvac |
| 123 | tormach personal cnc 1100 |
| 124 | jet manual mill w/ dro |
| 125 | misc cabinet |
| 126 | jet manual mill w/ dro |

MCPS 029983.00005 ID: 2843

EXHIBIT A  3

EXHIBIT 2

Case: 18-50398   Doc# 218   Filed: 07/03/19   Entered: 07/03/19 11:02:38   Page 10 of 11
Case: 18-50398   Doc# 231-1   Filed: 08/21/19   Entered: 08/21/19 16:06:37   Page 3 of 4

| | A |
|---|---|
| 127 | [illegible] |
| 128 | epilog laser helix 60w |
| 129 | shopvac |
| 130 | epilog laser helix 60w |
| 131 | epilog laser helix 60w |
| 132 | universal laser systems |
| 133 | wooden bench |
| 134 | [illegible] |
| 135 | store setup |
| 136 | front desk |
| 137 | [illegible] |
| 138 | powermatic large sheet saw |
| 139 | hand tool assortment |
| 140 | yale lift truck glc030cenuae083 |
| 141 | pallet jack |
| 142 | wooden bench |
| 143 | wooden bench |
| 144 | flow mach2 203lb waterjet |
| 145 | misc cabinet |
| 146 | [illegible] |
| 147 | rigol dg1022 function generator |
| 148 | rigol ds1052d oscilliscope |
| 149 | cheap weller soldering iron |
| 150 | misc cabinet |
| 151 | wooden bench |
| 152 | old epilog helix 45 watt (inoperative) |
| 153 | scantek 2000 aerodynamics module |
| 154 | misc cabinet |
| 155 | classroom |

MCPS 029983.00005 ID: 2843

EXHIBIT A    4

EXHIBIT 2