Aram Ordubegian (SBN 185142)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com
christopher.wong@arentfox.com

Counsel for Movants
Daniel Woods and Mike Hilberman

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**TECHSHOP, INC.,**<br><br>Debtor. | Case No. 18-50398<br><br>Chapter: 7<br><br>**STIPULATION TO GRANT DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS**<br><br><u>Hearing Date and Time:</u><br>Date: September 26, 2019<br>Time: 1:00 p.m.<br>Location: Courtroom 3020<br>280 South First Street<br>San Jose, California |

This stipulation is made by and between movants Daniel Woods and Mike Hilberman ("Movants"), on the one hand, and the chapter 7 trustee Doris A. Kaelin ("Trustee") on behalf of the chapter 7 estate for the above-captioned debtor, TechShop, Inc., by and through their respective counsel of record, to resolve Movants' motion for relief from automatic stay that was filed on August 3, 2018 [Dkt. No. 143] (the "Relief from Stay Motion").[1] The Parties hereby stipulate and agree as follows:[2]

//

---

[1] Movants and Trustee are hereinafter collectively referred to as the "Parties."
[2] Capitalized terms not otherwise defined in this Stipulation will have the meanings assigned to them in the Relief from Stay Motion.

# RECITALS

1. On August 3, 2018, Movants filed the Relief from Stay Motion to allow Movants' counsel to collect legal fees and costs pursuant to the D&O Policy.

2. On August 23, 2018, the Trustee filed her opposition to the Relief from Stay Motion [Dkt. No. 163] (the "Opposition").

3. On October 3, 2018, the Court authorized the Trustee's employment of Browne George Ross LLP and Steyer, Lowenthal, Boodrookas, Alvarez and Smith LLP as special counsel to pursue litigation against the Debtor's officers and directors, including Movants [Dkt. No. 183].

4. The hearing on the Relief from Stay Motion has since been continued to give the Parties time to reach a resolution.

5. The hearing on the Relief from Stay Motion is currently scheduled for September 26, 2019 at 1:00 p.m.

6. Counsel for Movants, Arent Fox LLP ("Arent Fox"), has also been retained as counsel for Movants and all other former officers and directors of TechShop, Inc. that are named defendants (collectively, the "TS D&O Defendants") of a yet to be filed complaint by the Trustee (the "Trustee D&O Action"). The Trustee D&O Action was presented to the TS D&O Defendants on February 19, 2019.

7. For its fees and costs incurred in the Knight Foundation Action (defined below), Arent Fox received payments from the carrier under the D&O Policy in the amount of $41,702.00 (collectively, the "Payments").

8. The Parties have agreed to an interim resolution of the Relief from Stay Motion subject to certain terms as described below.

# STIPULATION

A. The Trustee withdraws her Opposition to the Relief from Stay Motion and agrees that the TS D&O Defendants, including the Movants, shall receive an order granting relief from the automatic stay to obtain reimbursement and/or payment of defense costs from the D&O Policy in accordance with the terms of this stipulation and the Court order approving this stipulation subject to the following terms:

a. For the attorneys' fees, Movants are entitled to seek the following:

   i. With respect to the attorneys' fees arising from Movants' defense in the action initiated by John S. & James L. Knight Foundation in the Santa Clara County Superior Court, entitled <u>John S. James L. Knight Foundation v. TechShop San Jose, LLC</u> (Case No. 18CV330469) ("Knight Foundation Action"), Movants shall be entitled to obtain up to $140,000, inclusive of the Payments, under the D&O Policy at the carrier's reimbursement rate, conditioned upon, (a) Arent Fox providing Trustee's counsel with copies of billing statements (subject to reasonable redaction) for the legal fees it seeks to be paid from the D&O Policy for services related to the Knight Foundation Action ("Knight Action Invoices"), (b) Trustee having up to 30 days, after receipt, to review and, as needed object to, sums requested in the Knight Action Invoices, and (c) no additional fees or costs being incurred or paid to Movants counsel from the D&O Policy with regard to the Knight Foundation Action, as that litigation has settled, following notice to Techshop, Inc. creditors and Bankruptcy Court approval;

   ii. With respect to Movant's fees and costs related to the Relief from Stay Motion, Movant shall be entitled to obtain up to $7,000;

   iii. With respect to the attorneys' fees arising from Movants and TS D&O Defendants' representation in the action maintained by the Trustee in the United States District Court, Northern District of California, Oakland Division, entitled <u>TechShop, Inc. v. Dan Rasure, et al.</u> (Case No. 4:18-CV-01044-HSG(JCS)) ("Rasure Action"), the Trustee, on one hand, and Movants and the TS D&O Defendants, on the other hand, disagree on whether Movants and TS D&O Defendants are entitled to reimbursement of legal fees under the D&O Policy for services related to the Rasure Action and hereby reserve all of their respective rights to seek future intervention from the Court on this issue;

iv. With respect to the attorneys' fees arising from the Trustee D&O Action and provided Arent Fox is counsel for all TS D&O Defendants, the TS D&O Defendants shall be entitled to seek to obtain:

1. At the carrier's reimbursement rate, full reimbursement of their reasonable attorneys' fees incurred from August 23, 2018—when the Trustee put Movants on notice by stating in the Opposition that the Trustee intended to commence litigation on behalf of the estate and that litigation likely included claims against the TS D&O Defendants—to June 18, 2019 in an amount not to exceed $25,000;

2. At the carrier's reimbursement rate, reimbursement for reasonable attorneys' fees not to exceed $40,000 for each month (the "Monthly Budget") beginning on June 19, 2019, provided that: (a) any unused portion of the Monthly Budget in any given month will carry over to the Monthly Budget for the following month, on a cumulative and non-expiring basis, and (b) the TS D&O Defendants hereby reserves all rights to seek increases of Monthly Budget. The TS D&O Defendants expressly acknowledge they understand there is a dollar-for-dollar reduction in the amount of the D&O Policy for each dollar paid to Arent Fox in fees and costs; and

3. As to all fees to be to paid to counsel for the TS D&O Defendants under Section A (a)(iv), Arent Fox shall provide Trustee's counsel with copies of billing statements (subject to reasonable redaction) for the legal fees it seeks to be paid from the D&O Policy, and the Trustee shall have up to 30 days, after receipt, to review and, as needed object to, sums requested in the invoices.

b. With respect to costs, Movants and/or the TS D&O Defendants are entitled to obtain proceeds under the D&O policy for full reimbursement of all reasonable, necessary, and actual costs. Movant's counsel shall provide Trustee's counsel with copies of

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

billing statements (subject to reasonable redaction) for the costs it seeks to be paid from the D&O Policy. Trustee shall have up to 30 days after receipt to review and, as needed, object to costs requested in the invoices.

c. In the event that the Trustee disputes the fees and/or costs requested by Arent Fox under this stipulation (a "Dispute"), the following procedure shall apply: (i) the Trustee's counsel shall provide written notice by email to Aram Ordubegian of Arent Fox LLP with details of the Dispute; (ii) Arent Fox shall have 10 calendar days to provide a written response; and (iii) if the Parties are unable to resolve the Dispute in a reasonable period of time, but not to exceed 60 days following Arent Fox's receipt of the Dispute notice, the Trustee shall, (a) file with the Court and serve Arent Fox LLP a written objection to the disputed fees/costs ("Objection") on 28 days' notice, (b) Arent Fox shall file its written opposition to the Objection at least 14 days prior to scheduled hearing date, and (c) the Trustee shall file her response at least 7 days prior to scheduled hearing date.

d. Arent Fox represents and warrants to the Trustee that it will not seek any payments from the D&O Policy other than as provided by the terms of this stipulation or further order of the Court.

###

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

IT SO STIPULATED.

Dated: September 24, 2019

Respectfully submitted,

**ARENT FOX LLP**

By: */s/ Aram Ordubegian*
 Aram Ordubegian
 Christopher K.S. Wong
 Counsel for Movants Daniel Woods and Mike Hilberman

Dated: September 24, 2019

**RINCON LAW LLP**

By: /s/ Gregg S. Kleiner
 Gregg S. Kleiner
 Counsel for Doris A. Kaelin, Chapter 7 Trustee

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

# CERTIFICATE OF SERVICE

I, Aylin Sookassians, declare as follows:

I am a citizen of the United states and over the age of eighteen (18) years and not a party to the within action.

My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

On September 25, 2019, I served document(s) described as:

**STIPULATION TO GRANT DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS**

[x] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users and those identified below:

*Michael C. Abel on behalf of Interested Party New York City Economic Development Corporation*
*mcabel@ml-sf.com, csnell@ml-sf.com*

*Andrew A. August on behalf of Trustee Doris A. Kaelin*
*aaugust@bgrfirm.com, mterry@bgrfirm.com*

*Andrew J. Ditlevsen on behalf of Creditor New Century Commons, LLC*
*aditlevsen@hopkinscarley.com*

*Ann McFarland Draper on behalf of Interested Party TheShop dot Build LLC*
*ann.draper@gmail.com, ann@draperlaw.net*

*Ann McFarland Draper on behalf of Interested Party TheShop dot Build San Fran LLC*
*ann.draper@gmail.com, ann@draperlaw.net*

*Ann McFarland Draper on behalf of Interested Party Daniel Rasure*
*ann.draper@gmail.com, ann@draperlaw.net*

*Jason Edward Goldstein on behalf of Creditor Wells Fargo Equipment Finance, Inc.*
*jgoldstein@buchalter.com, amelanson@buchalter.com*

*Doris A. Kaelin*
*dktrustee@gmail.com, C139@ecfcbis.com*

*Raffi Khatchadourian on behalf of Creditor HANMI BANK*
*raffi@Hemar-Rousso.com*

*Gregg S. Kleiner on behalf of Trustee Doris A. Kaelin*
*gkleiner@rinconlawllp.com, aworthing@rinconlawllp.com*

*Chris D. Kuhner on behalf of Creditor Wantin Living Trust dated March 2, 1999*
*g.michael@kornfieldlaw.com*

*Jessica Georgia McKinlay on behalf of Other Prof. La Frontera Village L.P.*
*mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com*

*Jessica Georgia McKinlay on behalf of Requestor CESC Plaza Limited Partnership*
*mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com*

*Matthew D. Metzger on behalf of Debtor TechShop, Inc.*
*belvederelegalecf@gmail.com*

*Vinod Nichani on behalf of Requestor David Bruce Curtis*
*vinod@nichanilawfirm.com*

*Vinod Nichani on behalf of Requestor Shelley Smith Curtis*
*vinod@nichanilawfirm.com*

*Office of the U.S. Trustee / SJ*
*USTPRegion17.SJ.ECF@usdoj.gov*

*Matthew Jon Olson on behalf of Creditor Bakery Square Retail, L.P.*
*matt@macfern.com, ecf@macfern.com*

*Aram Ordubegian on behalf of Interested Party Daniel Woods*
*Ordubegian.Aram@ArentFox.com*

*Aram Ordubegian on behalf of Interested Party Mike Hilberman*
*Ordubegian.Aram@ArentFox.com*

*R. Gibson Pagter, Jr. on behalf of Requestor BHL Services, Inc.*
*gibson@ppilawyers.com*

*Richard L. Pierotti*
*Rpierotti@kpmd.com*

*Allan D. Sarver on behalf of Creditor M2 Lease Funds LLC*
*ADS@asarverlaw.com*

*Jeffrey L. Sklar on behalf of Creditor Arizona Board of Regents*
*jsklar@lrrc.com, bankruptcynotices@lrrc.com*

*Richard A. Solomon on behalf of Requestor Hitachi Capital America Corp.*
*richard@sgsslaw.com*

*Annie Yang Stoops on behalf of Interested Party Daniel Woods*
*annie.stoops@arentfox.com*

*Annie Yang Stoops on behalf of Interested Party Mike Hilberman*
*annie.stoops@arentfox.com*

*Joseph M. Sweeney on behalf of Creditor New Century Commons, LLC*
*jsweeney@smwb.com, cmueller@smwb.com*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on September 25, 2019 at Los Angeles, California.

/s/ Yvonne Li
YVONNE LI
Declarant