

Aram Ordubegian (SBN 185142)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com
christopher.wong@arentfox.com

The following constitutes the order of the Court.
Signed: September 25, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Counsel for Movants
Daniel Woods and Mike Hilberman

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 18-50398 |
| **TECHSHOP, INC.,** | Chapter: 7 |
| Debtor. | **ORDER APPROVING STIPULATION TO GRANT DANIEL WOODS AND MIKE HILBERMAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF D&O INSURANCE PROCEEDS** |

The Court having reviewed and considered the *Stipulation to Grant Daniel Woods and Mike Hilberman's Motion for Relief from the Automatic Stay, to the Extent Required, for Payment of D&O Insurance Proceeds* ("Stipulation") filed on September 25, 2019 as Docket No. 232, and with good cause shown,

//

**IT IS HEREBY ORDERED** that:

The Stipulation is approved and made an order of the court.

**END OF ORDER**

COURT SERVICE LIST