Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**STIPULATION AVOIDING SECURED LIEN AND RECLASSIFYING CLAIM (Autodesk, Inc.)** |

This Stipulation Avoiding Lien and Reclassifying Claim ("Stipulation") is made by and between counsel for: (i) Doris Kaelin, the duly appointed and acting Chapter 7 Trustee ("Trustee") of the bankruptcy estate of TechShop, Inc. ("Debtor"); and (ii) Autodesk, Inc. ("Autodesk"). The Trustee and Autodesk are each a "Party" and collectively the "Parties."

**RECITALS**

A.  The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on February 26, 2018 ("Petition Date"). Soon after the Petition Date, the Trustee was appointed to administer the assets of the Debtor's estate.

B.  Prior to the Petition Date, Autodesk loaned to the Debtor the total principal amount of $14,500,000 ("Loan"). The Loan was memorialized in three promissory notes, each bearing interest at 5% per annum, with the promissory notes bearing the following dates and principal amounts: March 9, 2011, principal amount $6 million; January 24, 2012, principal amount $5 million; and March 12, 2013, principal amount $3.5 million. Copies of the three notes executed by

the Debtor are attached as exhibits to the proof of claim filed by Autodesk on July 26, 2018, Claim 230 ("Claim"). As part of the Loan, the Debtor also executed a security agreement dated March 9, 2011, in favor Autodesk.

C. On January 5, 2018, less than 90 days prior to the Petition Date, Autodesk caused to be recorded with the California Secretary of State a financing statement, Document No. 18-7626032601, which covers virtually all collateral owned by the Debtor and is intended to secure the Autodesk Loan (such security interest, the "Autodesk Lien").

D. The Trustee submits that the recordation of the Autodesk Lien constitutes transfers of property of the Debtor, which transfer may be avoided pursuant to 11 U.S.C. § 547(b). Autodesk disputes that the Autodesk Lien is an avoidable preferential transfer.

E. Subject to the provisions of this Stipulation, the Trustee and Autodesk seek to resolve their disputes with regard to the Autodesk Lien and the Claim.

## STIPULATION

Now, therefore, for good and valuable consideration, the Parties stipulate and agree as follows:

1. The foregoing recital paragraphs are incorporated herein by this reference.

2. Autodesk stipulates and agrees that the Autodesk Lien is hereby avoided, for all purposes, pursuant to 11 U.S.C. § 547(b) and the avoided Autodesk Lien is automatically preserved for the benefit of the estate pursuant to 11 U.S.C. § 551.

3. The Claim is hereby reclassified as an unsecured, non-priority Claim and shall be allowed in the amount of $18,978,611.11. The Claim shall be treated by the Trustee as an allowed **general unsecured** claim.

4. Autodesk expressly acknowledges and agrees that all funds collected by the Trustee prior to or subsequent to the execution of this Stipulation shall be free and are free of any liens, claims, interests, encumbrance or restriction by Autodesk, notwithstanding any prior agreement or order to the contrary.

5. Counsel represents and warrants that he / she has been duly authorized and has the requisite authority to execute and deliver this Stipulation on behalf of such Party and bind their

2

respective Party(ies) to the terms and conditions of this Stipulation. This Stipulation shall be binding upon the Parties thereto, their successors and assigns.

6. The Parties agree that the Bankruptcy Court shall have exclusive jurisdiction over any dispute arising out of this Stipulation and, if necessary, hereby stipulate to an order providing such jurisdiction.

7. This Stipulation shall be construed under the laws of the State of California, except to the extent controlled by federal bankruptcy law.

RINCON LAW LLP

DATED: December 10, 2019

By: /s/ Gregg S. Kleiner
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

WILSON SONSINI GOODRICH & ROSATI

DATED: December 11, 2019

By: _____
MARSHA SUKACH
Counsel for AUTODESK, INC.

3