
Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

**The following constitutes the order of the Court.
Signed: December 12, 2019**

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**ORDER APPROVING STIPULATION AVOIDING SECURED LIEN AND RECLASSIFYING CLAIM**<br>**(Autodesk, Inc.)** |

Upon the Court's review and consideration of the Stipulation Avoiding Secured Lien and Reclassifying Claim (Autodesk, Inc.), Docket 236 ("Stipulation"),[1] and other good cause appearing,

IT IS HEREBY ORDERED THAT

1. The Stipulation is approved in all respects;

2. Autodesk stipulates and agrees that the Autodesk Lien is hereby avoided, for all purposes, pursuant to 11 U.S.C. § 547(b) and the avoided Autodesk Lien is automatically preserved for the benefit of the estate pursuant to 11 U.S.C. § 551.

3. All funds collected by the Trustee prior to or subsequent to the execution of the Stipulation shall be free and are free of any liens, claims, interests, encumbrance or restriction by Autodesk, notwithstanding any prior agreement or order to the contrary.

---

[1] Capitalized terms not defined in this order shall have the meaning ascribed to them in the Stipulation.

4. The Claim is hereby reclassified as an unsecured, non-priority Claim and shall be allowed in the amount of $18,978,611.11. The Claim shall be treated by the Trustee as an allowed **general unsecured** claim.

*** *END OF ORDER* ***

***COURT SERVICE LIST***

No Court service required.