

Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com
annie.stoops@arentfox.com

Counsel for Movants
JIM NEWTON, MARK HATCH, DOUG BUSCH,
DANIEL WOODS and MIKE HILBERMAN

The following constitutes the order of the Court.
Signed: July 14, 2020

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**TECHSHOP, INC.,**<br><br>Debtor. | Case No. 18-50398<br><br>Chapter: 7<br><br>**ORDER APPROVING STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING FOR THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT REQUIRED, FOR PAYMENT OF LIABILITY COVERAGE PROCEEDS UNDER THE D&O POLICY**<br><br><u>Current Hearing Date and Time</u><br><br>Date: August 13, 2020<br>Time: 10:30 a.m.<br>Location: Tele/Videoconference<br><br><u>New Hearing Date and Time</u><br><br>Date: September 17, 2020<br>Time: 11:00 a.m.<br>Location: Tele/Videoconference |

The Court having reviewed and considered the *Stipulation To Continue Briefing Schedule and Hearing for the Motion for Relief from the Automatic Stay, to the Extent Required, for Payment*

- 1 -

*of Liability Coverage Proceeds Under the D&O Policy* (the "Stipulation")[1] filed on July 13, 2020 as Docket No. 248, and with good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.
2. The hearing on the Relief from Stay Motion shall be continued to September 17, 2020 at 11:00 a.m.
3. The new meet and confer deadline shall be August 14, 2020.
4. The Trustee's supplemental opposition brief shall be due no later than August 27, 2020.
5. The Movants' reply brief shall be due no later than September 10, 2020.

**END OF ORDER**

---

[1] Capitalized terms not otherwise defined herein will have the meanings assigned to them in the Stipulation.

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COURT SERVICE LIST