Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox.com
annie.stoops@arentfox.com

Counsel for the Debtor's Former Directors and
Officers, Jim Newton, Mark Hatch, Doug Busch,
Dan Woods, and Mike Hilberman

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>**TECHSHOP, INC.,**<br><br>Debtor. | Case No. 18-50398<br><br>Chapter: 7<br><br>**STIPULATION TO ALLOW THE DEBTOR'S FORMER DIRECTORS AND OFFICERS TO COLLECT LEGAL FEES AND COSTS PURSUANT TO THE D&O POLICY** |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

This stipulation is made by and between Jim Newton, Mark Hatch, Doug Busch, Daniel Woods and Mike Hilberman (collectively, "Former Directors and Officers") as former directors and officers of the above-captioned debtor, TechShop, Inc. ("Debtor"), on the one hand, and the chapter 7 trustee Doris A. Kaelin ("Trustee") on behalf of the Debtor's chapter 7 estate, on the other hand, by and through their respective counsel of record, to allow the Former Directors and Officers to collect legal fees and costs payable under the directors and officers coverage section of the Debtor's general business and management indemnity policy (the "D&O Policy").[1]

**RECITALS**

---

[1] Movants and Trustee are hereinafter collectively referred to as the "Parties."

1. On August 3, 2018, certain Former Directors and Officers filed the *Motion for Relief from the Automatic Stay, to the Extent Required, for Payment of D&O Insurance Proceeds* [Dkt. No. 143] ("First RFS Motion") to allow their counsel, Arent Fox LLP ("Arent Fox"), to collect legal fees and costs pursuant to the D&O Policy.

2. On or around September 25, 2019, the Parties entered into a stipulation to grant the First RFS Motion [Dkt. No. 232] ("RFS Stipulation"), wherein as an interim resolution, the Trustee agreed that subject to certain fee caps, the Former Directors and Officers could obtain payment of defense costs for Arent Fox's representation of the Former Directors and Officers in the following actions: (a) the Santa Clara County Superior Court action entitled, *John S. and James L. Knight Foundation v. Techshop San Jose, LLC et al.* (Case No. 18CV330469) ("Knight Foundation Action"); (b) the action maintained by the Trustee and filed in the United States District Court, Northern District of California, Oakland Division, entitled *TechShop, Inc. v. Dan Rasure, et al.* (Case No. 4:18-CV-01044-HSG(JCS)) ("Rasure Action"), and (c) the action filed by the Trustee in this bankruptcy case entitled *Doris A. Kaelin, Ch. 7 Tr. of the Bankruptcy Estate of TechShop, Inc. v. Doug Busch, et al.* (Case No. 20-05003) ("Trustee Action") (together with the Knight Foundation Action and the Rasure Action, collectively the "Actions").

3. On September 25, 2019, the Court entered an order approving the RFS Stipulation. [Dkt. No. 233].

4. On June 11, 2020, having found that the terms of the RFS Stipulation were too onerous, the Former Directors and Officers filed a second relief from stay motion for an order finding that the liability coverage proceeds under the D&O Policy are not property of the Debtor's bankruptcy estate or alternatively, granting relief from the automatic stay for the Former Directors and Officers to obtain coverage in accordance with the terms of the D&O Policy ("Second RFS Motion") [Dkt. No. 242].

5. On June 24, 2020, the Trustee filed her opposition to the Second RFS Motion [Dkt. No. 246].

6. On August 25, 2020, the Former Directors and Officers withdrew the Second RFS Motion to allow the Parties to focus their time and resources on the issues presented in the underlying

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/23235329.1

adversary proceeding [Dkt. No. 250].

7. On June 21, 2019, the Court entered the order approving the settlement of the Knight Foundation Action [Dkt. No. 217].

8. On Jun 26, 2019, a judgment was entered in the Rasure Action and the case was terminated.

9. On November 24, 2020, the Court entered the order approving the settlement of the Trustee Action [Dkt. No. 258] ("Settlement Order").

10. For legal services rendered in the Knight Foundation Action, Arent Fox has incurred fees and costs in the total amount of $263,416.53 ($243,958.50 in fees and $19,461.03 in costs). To date, Arent Fox has been paid $200,505.74 and is owed the remaining balance of $62,913.79.

11. For legal services rendered in both the Rasure Action and the Trustee Action, Arent Fox has incurred fees and costs in the total amount of $878,532.14 ($845,905.00 in fees and $32,627.14 in costs). To date, Arent Fox has been paid $328,696.02 and is owed the remaining balance of $549,836.12.

12. The Parties have agreed that upon the Settlement Order becoming a Final Order the fee caps set forth in the RFS Stipulation are no longer applicable and that, upon "Consummation of the Settlement reached in the Trustee Action", Arent Fox may collect the fees and costs owed for its representation of the Former Directors and Officers in the Actions pursuant to the terms of the D&O Policy. For purposes of this stipulation, "Consummation of the Settlement reached in the Trustee Action" means that (i) the Trustee has received the sum of $950,000 in good and available funds from or on behalf of the Former Directors and Officers; and (ii) the Settlement Order is a final order that is not the subject of any appeal or stay pending appeal.

13. Arent Fox agrees to hold in trust the balance of its fees and costs received pursuant to its representation of the Former Directors and Officers in the Actions as identified in this stipulation ($612,749.91) through December 8, 2020, the date which the Settlement Order becomes final and unappealable.

/ / /

/ / /

/ / /

## STIPULATION

A. The Parties agree that, upon the Settlement Order becoming a Final Order and Consummation of the Settlement reached in the Trustee Action, the RFS Stipulation shall no longer apply to limit the Former Directors' and Officers' access to the D&O Policy. In particular, Arent Fox is allowed to collect the remaining balance of the fees and costs owed for their legal services in representing the Former Directors and Officers in the Actions pursuant to the terms of the D&O Policy.

###

**IT SO STIPULATED.**

Dated: November 30, 2020

Respectfully submitted,

**ARENT FOX LLP**

By: _____
Aram Ordubegian
Annie Y. Stoops
Counsel for Jim Newton, Mark Hatch, Doug Busch, Dan Woods, and Mike Hilberman

Dated: November 30, 2020

**RINCON LAW LLP**

By: _____
Gregg S. Kleiner
Counsel for Doris A. Kaelin, Chapter 7 Trustee