

The following constitutes the order of the Court.
Signed: December 1, 2020

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: aram.ordubegian@arentfox
annie.stoops@arentfox.com

Counsel for the Debtor's Former Directors and
Officers, Jim Newton, Mark Hatch, Doug Busch,
Dan Woods, and Mike Hilberman

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**TECHSHOP, INC.,**<br><br>Debtor. | Case No. 18-50398<br><br>Chapter: 7<br><br>**ORDER APPROVING STIPULATION TO ALLOW THE DEBTOR'S FORMER DIRECTORS AND OFFICERS TO COLLECT LEGAL FEES AND COSTS PURSUANT TO THE D&O POLICY** |

The Court having reviewed and considered the *Stipulation to Allow the Debtor's Former Directors and Officers to Collect Legal Fees and Costs Pursuant to the D&O Policy* (the "Stipulation")[1] filed on November 30, 2020 as Docket No. 259, and with good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.

2. Subject to the provisions of the Stipulation, upon Consummation of the Settlement reached in the Trustee Action, the RFS Stipulation shall no longer apply to limit

---
[1] Capitalized terms not otherwise defined herein will have the meanings assigned to them in the Stipulation.

the Former Directors' and Officers' access to the D&O Policy. In particular, Arent Fox is allowed to collect the remaining balance of the fees and costs owed for their legal services in representing the Former Directors and Officers in the Actions pursuant to the terms of the D&O Policy

**END OF ORDER**

COURT SERVICE LIST

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO