

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

**The following constitutes the order of the Court.**
**Signed: December 1, 2020**

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT BY COUNSEL FOR CHAPTER 7 TRUSTEE (Rincon Law LLP)**

Following notice and an opportunity to object, the First Interim Application for Compensation and Expense Reimbursement by Counsel for Chapter 7 Trustee (Rincon Law LLP), filed November 10, 2020 as Docket 255 by Rincon Law LLP, counsel to Doris Kaelin, Trustee in Bankruptcy ("Application"), was approved by the Court's December 1, 2020 Docket Text Order.

Upon due consideration, good cause appearing therefor, the Court hereby orders as follows:

1. The Application is approved.

2. Rincon Law LLP is awarded interim compensation in the amount of $195,228 and expense reimbursement in the sum of $2,717.61, for total compensation of **$197,945.61** for those services rendered during the period from March 2, 2018 through October 31, 2020, as an expense of administration pursuant to §503(b) of the Bankruptcy Code.

3. The Trustee is authorized to disburse the sum of **$197,945.61** as interim compensation.

*****END OF ORDER*****

***COURT SERVICE LIST***

No Court Service Required.