

KOKJER, PIEROTTI, MAIOCCO &
DUCK LLP
Richard Pierotti #46794
333 Pine Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 981-4224
Email: rpierotti@kpmd.com

Accountants for
DORIS A. KAELIN,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: December 1, 2020

_M. Elaine Hammond_
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION BY ACCOUNTANT FOR CHAPTER 7 TRUSTEE**

**(Kokjer, Pierotti, Maiocco & Duck LLP)**

Following notice and an opportunity to object, the First Interim Application for Compensation by Accountant for Chapter 7 Trustee (Kokjer, Pierotti, Maiocco & Duck LLP), filed November 10, 2020 as Docket 254 by Kokjer, Pierotti, Maiocco & Duck LLP, accountants to Doris Kaelin Trustee in Bankruptcy (the "Application"), was approved by the Court's December 1, 2020 Docket Text Order.

Upon due consideration, good cause appearing therefor, the Court hereby orders as follows:

1. The Application is approved.

2. Kokjer, Pierotti, Maiocco & Duck LLP is awarded interim compensation in the amount of $60,805.50 and expense reimbursement in the sum of $111.39, for total compensation of **$60,916.89** for those services rendered during the period from February 28, 2018 through November 6, 2020, as an expense of administration pursuant to §503(b) of the Bankruptcy Code.

3. The Trustee is authorized to disburse the sum of **$60,916.89** as interim compensation.

***END OF ORDER***

***COURT SERVICE LIST***

No Court Service Required.