Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re | Case No. 18-50398 MEH |
|---|---|
| TECHSHOP, INC., | Chapter 7 |
| | Hon. M. Elaine Hammond |
| Debtor. | **WITHDRAWAL OF CLAIM 159 (m2 Lease Funds LLC)** |

The undersigned, on behalf of claimant m2 Lease Funds LLC, files this withdrawal of Claim No. 159 filed July 16, 2018, with prejudice.

DATED: February 8th, 2021    DAVIS & KUELTHAU, S.C.

By: /s/ Russell Long
RUSSELL SCOT LONG
Counsel for m2 Lease Funds LLC