

**NEW YORK STATE | Department of Taxation and Finance**

**BANKRUPTCY UNIT**

February 8, 2021

United States Bankruptcy Court
Northern District of California
280 South First Street Room 303
San Jose, CA 95113

**FILED**
**FEB 18 2021**
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Claim withdrawal for Techshop Inc.
     Docket #: 18-50398

Dear Sir or Madam:

New York State Department of Taxation and Finance is withdrawing the Pre-Petition proof of claim #244-1 in the amount of $1050.00 with a statement date of October 1, 2018. There is no surviving Pre-Petition proof of claim.

If you have any questions, please contact the Bankruptcy Unit at (518) 457-3160.

Sincerely,

*D. Rodriguez*

D. Rodriguez
TSS 1

PO Box 5300, Albany NY 12205 | (518) 457-3160 | www.tax.ny.gov

ENV-1 (6/96)

State of New York
**Department of Taxation and Finance**
W A Harriman Campus
Albany NY 12227

**Bankruptcy Unit**

Presort
First Class Mail
ComBasPrice



U.S. POSTAGE >> PITNEY BOWES
ZIP 12183 $ 000.39
02 1W
0001404287 FEB 11 2021

RECEIVED
FEB 18 2021
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA