Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**STIPULATION REGARDING CLAIMS
(TechShop Japan and Fujitsu Limited)**

This Stipulation Regarding Claims (TechShop Japan and Fujitsu Limited) ("Stipulation") is made by and between counsel for: (i) Doris Kaelin, the duly appointed and acting Chapter 7 Trustee ("Trustee") of the bankruptcy estate (the "Estate") of TechShop, Inc. ("Debtor"); (ii) TechShop Japan ("TS Japan"); and (iii) Fujitsu Limited ("Fujitsu"). The Trustee, TechShop Japan, and Fujitsu are each a "Party" and collectively the "Parties."

**RECITALS**

A. The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on February 26, 2018 ("Petition Date"). Soon after the Petition Date, the Trustee was appointed to administer the assets of the Debtor's estate.

B. Prior to the Petition Date, the Debtor, TS Japan, and Fujitsu were parties to a number of agreements, including, but not limited to a License Agreement dated September 7, 2015 and a Restated Partnership Agreement dated April 1, 2017, which agreements concerned the establishment of a "TechShop" workshop in Japan (collectively, "TS Agreements").

1

C. Following the Petition Date, the Debtor did not assume or take any other actions to assume or assign and assign the TS Agreements.

D. On July 26, 2018, TechShop Japan filed Claim No. 218 against the Debtor's estate: in the estimated amount of $150,000 for breach of contract. On July 26, 2018, Fujitsu filed Claim No. 219 against the Debtor's estate in the estimated amount of $150,000, also for breach of contract damages. Claim Nos. 218 and 219 are collectively referred to herein as the "Claims."

E. The Trustee has not asserted any claims against Fujitsu or TechShop Japan.

F. Subject to the provisions of this Stipulation, the Trustee, TechShop Japan and Fujitsu seek to address the TS Agreements and the Claims.

**STIPULATION**

Now, therefore, for good and valuable consideration, the Parties stipulate and agree as follows:

1. The foregoing recital paragraphs are incorporated herein by this reference.

2. TechShop Japan stipulates and agrees that, upon entry of an order approving this Stipulation, it shall receive no distribution from the Estate on account of Claim No. 218.

3. Fujitsu stipulates and agrees that, upon entry of an order approving this Stipulation, it shall receive no distribution from the Estate on account of Claim No. 219.

4. Upon entry of an order approving this Stipulation, the Trustee shall not pursue any claims against TechShop Japan or Fujitsu, including claims related to the TS Agreements (the "Trustee Claims"), and provided further that any applicable statute of limitation as to any or all of Claim No. 218 and/or any or all of Claim No. 219 that had not expired naturally as of the date of the debtor's petition herein shall be deemed tolled as to the Trustee, her successors and assigns (including, without limitation, the Debtor) until the 90 days after the last to expire of any and all statutes of limitation applicable to any or all of the Trustee Claims.

5. Counsel represents and warrants that he has been duly authorized and has the requisite authority to execute and deliver this Stipulation on behalf of such Party and bind their respective Party(ies) to the terms of this Stipulation.

6. This Stipulation shall be binding upon the Parties thereto, their successors and assigns.

7. The Parties agree that the Bankruptcy Court shall have exclusive jurisdiction over any dispute arising out of this Stipulation and, if necessary, hereby stipulate to an order providing such jurisdiction.

8. This Stipulation shall be construed under the laws of the State of California except when controlled by federal bankruptcy law.

DATED: February 22, 2021        RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

DATED: February 22, 2021        MORRISON & FOERSTER LLP

By: */s/ Adam A. Lewis*
ADAM A. LEWIS
Counsel for TECHSHOP JAPAN and
FUJITSU LIMITED