Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA  94104
Telephone No.: 415-672-5991
Facsimile No.:  415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**OBJECTION TO CLAIM 41
(LCA Bank)**

[No Hearing Required Unless Requested]

**To:  LCA Bank, Shannon Gibbs in the "Bankruptcy Department"
and Thomas T. Billings, Registered Agent for Service of Process**

**PLEASE TAKE NOTICE THAT** Doris Kaelin, Chapter 7 Trustee ("Trustee") of the estate of TechShop, Inc. ("Debtor"), files this objection to Claim 41 filed by LCA Bank ("Claimant") on May 16, 2018 as a secured claim in the amount of $72,262.16 ("Claim"). True and correct copies of the first three pages of the Claim are attached hereto as **Exhibit A**. The Trustee objects to the Claim because the Claim is not entitled to secured status and the Claim appears to be materially over stated.

**The Claim is Not Entitled to Secured Status**

The Claim appears to relate to an equipment lease or purchase made by the Debtor prior to the February 26, 2018 petition date. The Trustee did not administer any of the underlying equipment that is the subject of the agreement. To the extent that the Claimant had a lien on personal property, neither the Trustee nor the Debtor's estate is in control or possession of that collateral. The Trustee

Case: 18-50398    Doc# 277    Filed: 03/22/21    Entered: 03/22/21 05:22:04    Page 1 of 5

1

has no opposition to the Claimant seeking relief from the automatic stay to litigate its damages with regard to the equipment that is the subject of its putative lien. If the Claimant has a claim which it can assert against the Debtor's bankruptcy estate, the Claim must be recharacterized as an unsecured, non-priority claim.

**The Claim is Over Stated**

According to documents attached to the Claim, the Claimant asserts that it is owed $57,809.97 in accrued, unpaid payments with regard to its pre-petition agreement with the Debtor. In addition, the documentation attached to the Claim asserts that the Claimant is entitled to "stipulated attorney fees" in the amount of $14,452.49. The Trustee is unable to read the "fine print" attached to the Claim and is unable to find any reference in the agreement pursuant to which the estate could owe or should owe any attorney fees to Claimant. The Trustee therefore prays that the Claim be reduced to the amount of $57,809.97.

WHEREFORE, the Trustee prays for an order, as follows:

1. Reclassifying Claim 41 filed on May 16, 2018 by LCA Bank as a secured claim in the amount of $72,262.16 to a general unsecured, non-priority claim and reducing it to the amount of $57,809.97;

2. For such other relief as the Court deems just and appropriate.

DATED: March 22, 2021         RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

**Fill in this information to identify the case:**

Debtor 1: TECHSHOP INC

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of California

Case number: 18-50398

FILED
MAY 15 2018
CLERK
United States Bankruptcy Court
San Jose, California

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
LCA BANK
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
LCA BANK
Name
PO BOX 1650
Number   Street
TROY          MI    48099
City         State   ZIP Code

Contact phone 888-542-5302
Contact email SGIBBS@LEASECORP.COM

Where should payments to the creditor be sent? (if different)
Name _____
Number   Street
City         State   ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on __/__/____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 135236-001

**7. How much is the claim?** $ 72,262.16 . Does this amount include interest or other charges?
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

EQUIPMENT FINANCE AGREEMENT

**9. Is all or part of the claim secured?**
☐ No
☑ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** UCC FILING
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $ 72,262.46

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ 17,622.64

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

**EXHIBIT A**

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. Check one: | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  05/10/2018
                  MM / DD / YYYY

_____signature_____
Signature

Print the name of the person who is completing and signing this claim:

Name: SHANNON       GIBBS
       First name    Middle name    Last name

Title: BANKRUPTCY DEPARTMENT

Company: LCA BANK
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: PO BOX 1650
       Number    Street
TROY    MI    48099
City    State    ZIP Code

Contact phone: 888-542-5302    Email: SGIBBS@LEASECORP.COM