| | |
|---|---|
| Gregg S. Kleiner, State Bar No. 141311<br>RINCON LAW LLP<br>268 Bush Street, Suite 3335<br>San Francisco, CA 94104<br>Telephone No.: 415-672-5991<br>Facsimile No.: 415-680-1712<br>Email: gkleiner@rinconlawllp.com<br><br>Counsel for DORIS A. KAELIN,<br>Trustee in Bankruptcy | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**OBJECTION TO CLAIM 92**<br>**(David Chau)**<br><br>[No Hearing Required Unless Requested] |

**TO DAVID CHAU:**

      **PLEASE TAKE NOTICE THAT** Doris Kaelin, Chapter 7 Trustee ("Trustee") of the estate of TechShop, Inc. ("Debtor"), files this objection to Claim 92 filed by David Chau ("Claimant") on June 8, 2018 as a priority claim in the amount of $4,305 ("Claim"). A true and correct copy of the Claim is attached hereto as **Exhibit A**.

      According to documents attached to the Claim, Claimant is owed regular wages in the amount of $725. The Trustee does not dispute Claimant's entitlement to his unpaid wages. However, the balance of the Claim seeks damages and penalties in the amount of $3,580. Pursuant to 11 U.S.C. § 726(a)(4), claims for penalties are subordinated to payment of sums to general unsecured creditors. See, 11 U.S.C. § 726(a)(4). Because the Trustee will not be making a full payment to general unsecured creditors, debts related to "penalties" will not receive any distributions from the Debtor's

estate. Therefore, the portion of the Claim seeking penalties, $3,580, must be disallowed in its entirety. The Trustee has no objection to payment of earned wages in the amount of $725.

WHEREFORE, the Trustee prays for an order, as follows:

1. Reducing Claim 92 filed by David Chau on June 8, 2018 as a priority wage claim in the amount of $4,305 by the amount of $3,580 and allowing it as a priority wage claim pursuant to 11 U.S.C. § 507(a)(4) in the amount of $725.

2. For such other relief as the Court deems just and appropriate.

DATED: March 22, 2021          RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

ORIGINAL

| Fill in this information to identify the case: |
|---|
| Debtor 1    TechShop, Inc. |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: Northern District of California |
| Case number   18-50398 MEH 7 |

FILED

JUN 8 - 2018

CLERK tb
United States Bankruptcy Court
San Jose, California

Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
David Chau
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

David Chau
Name
3201 Loma Verde Drive Apt #87
Number   Street
San Jose         CA       95117
City            State    ZIP Code

Contact phone (408)590-2067
Contact email chaudavid2@gmail.com

Where should payments to the creditor be sent? (if different)

Name _____
Number   Street _____
City      State   ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/___
                                                                  MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

EXHIBIT A

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**  $_____4,305.00. Does this amount include interest or other charges?
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Wages

**9. Is all or part of the claim secured?**

☐ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☐ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 4,305.00 |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/04/2018
                  MM / DD / YYYY

*/s/ David Chau*
Signature

Print the name of the person who is completing and signing this claim:

| Name | David | | Chau |
|---|---|---|---|
| | First name | Middle name | Last name |

Title  _____

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  3201 Loma Verde Drive Apt #87
         Number     Street
         San Jose                              CA      95117
         City                                  State   ZIP Code

Contact phone  (408)590-2067          Email  chaudavid2@gmail.com



STATE OF CALIFORNIA
Department of Industrial Relations
Labor Commissioner's Office
100 Paseo de San Antonio, Room 120
San Jose, CA 95113
Email: laborcomm.wca.sjo@dir.ca.gov
Tel: (408) 277-1266  Fax: (408) 277-1407



**PLAINTIFF:**
David Chau
2245 Lanai Avenue #25
San Jose, CA 95122

**DEFENDANT:**
TechShop Inc., a California Corporation
38 South 2nd Street
San Jose, CA 95112

| State Case Number WC-CM-416910 | NOTICE OF CLAIM AND CONFERENCE |
|---|---|

**ALL PARTIES** in the above matter **ARE TO APPEAR** for a conference to be held in the Office of the State Labor Commissioner as follows:

**PLACE:** 100 Paseo de San Antonio, Room 120, San Jose, CA 95113
**DATE:** Wednesday, April 18, 2018
**TIME:** 1:00 PM

The purpose of this conference is to discuss the validity and to settle the claim filed with this Division by the Plaintiff shown above alleging non-payment of:

| CLAIM | Amount Earned or Accrued | Less Amount Paid | Balance Due |
|---|---|---|---|
| REGULAR WAGES -- From 11-5-17 through 11-15-17, plaintiff claims wages earned at the rate of $12.50 per hour, for 58 regular hours worked. | $725.00 | | $725.00 |
| LIQUIDATED DAMAGES: Failure to Pay Minimum Wages -- At least minimum wage must be paid for all hours worked, including any overtime hours worked. An employee is entitled to recover liquidated damages in an amount equal to minimum wages earned but not paid as required by law. (See Labor Code Section 1194.2) From 11-5-17 through 11-15-17, plaintiff claims liquidated damages, as follows: Minimum wages earned at $10.00 per hour, for a total of 58 hour(s) where at least minimum wage was not paid. Less a total of $[No Value] paid. Liquidated damages equal the balance due. | $580.00 | | $580.00 |
| WAITING TIME PENALTIES -- If an employer willfully fails to pay, in accordance with Labor Code Section 201, any wages of an employee who is discharged, the wages of the employee continue as a penalty from their due date at the same rate until paid, up to a maximum of 30 days. (See Labor Code Section 203) Plaintiff was discharged on 11-15-17, on which date wages were due. Plaintiff claims waiting time penalties for 30 days' worth of | $3,000.00 | | $3,000.00 |

WCA 14 PLT Notice of Claim & Conference (Rev. 07/13)

**EXHIBIT A**

| CLAIM | Amount Earned or Accrued | Less Amount Paid | Balance Due |
|---|---|---|---|
| wages, based on a rate of pay of $100.00 per day. Daily rate of pay is calculated as follows: 8 hours at $12.50 per hour | | | |
| **TOTAL CLAIMED** | | | $4,305.00 |

This notice constitutes demand on behalf of the Plaintiff that all wages due be mailed immediately to the Labor Commissioner at the address listed above.

**While this claim is before the Labor Commissioner, you are required under Labor Code Section 98(a) to notify the Labor Commissioner in writing of any change in your business or personal address within 10 days after any change occurs.**

A document detailing the amount(s) due may be attached. Claim amounts may be approximate and subject to modifications as the claim proceeds. In addition, the employer may be subject to penalties due to the State of California, which may be assessed pursuant to Labor Code Section 210, 225.5 and 226.8.

**IF THIS CLAIM IS NOT SETTLED, IT may BE RESOLVED AS PROVIDED BY SECTION 98 of the Labor Code which includes the accrual of interest pursuant to Labor Code Section(s) 98.1(c), 1194.2 and/or 2802(b).**

### WITNESSES & OBSERVERS ARE NOT PERMITTED AT CONFERENCES

**PLAINTIFF**: Please bring any supporting material you have, including books, payroll records, time records or other documents that may have bearing on this matter. Also, W-2 forms of the Defendant; check stubs; documentation showing any and all legal names your employer/company uses; and any documentation to support your claim such as company policies and written correspondence pertaining to your claim.

NOTICE DATE: March 26, 2018

Lupe Mercado
Deputy Labor Commissioner
(408) 277-1570

Proof of wage and interest from Labor commissioner

Page 2 of 2
WCA 14-PLT Notice of Claim & Conference (Rev. 07/13)
Case 18-50398    Claim 92    Filed 06/08/18    Desc Main Document    Page 5 of 12

EXHIBIT A

Case: 18-50398    Doc# 281    Filed: 03/22/21    Entered: 03/22/21 05:35:17    Page 7 of 14

STATE OF CALIFORNIA                                    Edmund G. Brown Jr., *Governor*

**DEPARTMENT OF INDUSTRIAL RELATIONS**
**Labor Commissioner's Office**
100 Paseo de San Antonio, Room 120
San Jose, CA 95113
Email: laborcomm.wca.sjo@dir.ca.gov
Tel: (408) 277-1266 • Fax: (408) 277-1407 • www.dir.ca.gov

**April 18, 2018**

**David Chau**
**3201 LOMA VERDE DR APT 87**
**SAN JOSE, CA 95117**

Case Number: WC-CM-416910

Dear Claimant:

Please see the copy of the bankruptcy filing attached which indicates your employer(s) have filed for bankruptcy protection. When a bankruptcy filing exists, the Labor Commissioner does not have jurisdiction over claims against the bankruptcy filer(s) and wage claims against such employers are closed/dismissed.

It is imperative that you file a claim with the Bankruptcy Court listed below.

The address for the Bankruptcy Court is as follows:

United States Bankruptcy Court
Northern District of California
280 S Second Street
San Jose, CA 95113
Case Number: 18-50398
File date: 2/26/18

Sincerely,

Lupe Mercado
Deputy Labor Commissioner
(408) 277-1570

*[Handwritten note: Letter from Labor Comission stating pursuit of lose wage is out of thier hands]*

**TechShop**

HOME    RESOURCES    MYSELF      DC   DAVID CHAU

Search

# Employment Profile

**DC**   **Chau, David**
DREAMCON - Dream Consultant
Home Department : 004200 - San Jose - Operations

Tax ID (SSN): XXX-XX-4615
Position ID: N7M001126

## Position

**Dream Consultant**
Reports To: Erickson, Michael

Position Start Date: 6/26/2017
Management Position: No
Job Class:
POSITION ID: N7M001126
FLSA: Non-exempt
Company Code: N7M
NAICS Workers' Comp: Clubs
File #: 001126
Officer/Owner:

## Corporate Groups

Business Unit:
Location:
Home Department: San Jose - Operations
Union Code:
Home Cost Number:
Union Local:

## Status

Active
Hire Date: June 26, 2017
Leave Return Date:
Rehire Date:

## Employment

Worker Category: Full Time Regular
Seniority Date:
Associate ID: 9T16KXPl2
Credited Service Date:
Normal Retirement Date:
Adjusted Service Date: 8/1/2017
Early Retirement Date:

## Regular Pay

**$12.5000** Hourly
Pay Frequency: Biweekly
Annual Salary: $26,000.00
Standard Hours:
Premium Rate Factors: 1.5 * 1.0
Wage Entity:
Use FLSA Overtime: No
Tipped Employee: No

**Financial Tools**
Click a link to help you estimate some of your most important financial calculations.

Salary Paycheck Calculator
Hourly Paycheck Calculator
Gross Pay Calculator
401k Planner
403(b) Planner
Employee Stock Option Calculator
W-4 Assistant

## Work Schedule

FTE:
Blackout Calenda: <Not Assigned>
Assigned Shift:
Default Request l
Scheduled Hours:
Default start time
Hours Period:
Accrual Date:

*Proof of employment with tech shop*

Privacy   Legal   Requirements   Pro

Copyright © 2017, ADP, LLC ALL RIGHTS RESERVED



David Chau <david.chau@techshop.ws>

## Delay in Coming Payroll Deposits
1 message

**Daniel Woods** <daniel.woods@techshop.ws>            Tue, Nov 7, 2017 at 6:36 PM
To: Everyone - All TechShop Locations <everyone@techshop.ws>

Comrades,

As many of you know, Veterans Day falls in this Friday, which is a holiday for banks (and it seems everyone except veterans). Anyway, if our cash situation were stronger we would have been able to process payroll a day or two earlier so that you'd receive your pay before the holiday. Unfortunately, cash remains a significant challenge for us and we're unable to submit payroll until this weekend.

This means auto deposits will not hit your account until next Wednesday. In many cases it may appear on Tuesday, but it's probably safer to assume Wednesday.

I hate writing this email, but I wanted to give everyone advance notice so that you could adjust any of your scheduled automatic payments or withdrawls if necessary.

Once again, my apologies for the delay and the inconveniences this may cause.

Warm Regards,

Dan

--
Dan Woods
CEO
TechShop
daniel.woods@techshop.com
415-577-7166
skype: danlwoods

*[handwritten annotation: Email stating 2nd to last paycheck is delayed]*



David Chau <david.chau@techshop.ws>

## TechShop Closing Its Doors
6 messages

**Daniel Woods** <daniel.woods@techshop.ws>                      Wed, Nov 15, 2017 at 5:27 AM
To: Everyone - All TechShop Locations <everyone@techshop.ws>

Dear TechShop Employees,

This is the hardest announcement I've ever made. For 16 months, since becoming your CEO, we've worked together to improve profitability while cutting non-critical expenses. We developed and pivoted to a new business model. We worked with creditors and investors to attempt debt restructuring and cultivate sustainable business operations. But our struggle with cash, the oxygen of any business pursuit, has persisted.

In spite of many valiant efforts, the cold reality is that we are unable to continue operations.

Sadly, TechShop must shut down all operations and close its doors immediately. We are filing for bankruptcy under Chapter-7. I cannot begin to tell you how disappointed and profusely sorry I am to not be able to turn the company around.

At a moment like this you probably just want to know what happens next. We've prepared the attached FAQs to answer your immediate questions. I also encourage you to read the attached statement prepared for the community at large. It explains our bankruptcy filing and talks about our significant accomplishments.

I want Jim Newton, our members, staff, and you to keep your heads held high. You have accomplished so much and impacted so many.

All shops are now closed. However, employees may enter between [enter hours] today to remove their belongings and hug your comrades. Other times are possible but will require special arrangements with your GM.

I love the employees of TechShop like family and would be honored to write letters of reference for those of you who'd like to send me a note requesting one.

I intend to remain active in the maker community and hope our paths will cross again soon.

God Speed and Best Wishes,

*Email stating techshop closing*

Dan

11/20/2017

*Handwritten note: Timecard for last two week which has yet to be paid*

## My Timecard

**DC** Chau, David
DREAMCON - Dream Consultant
Home Department : 004200 - San

ID (SSN) X-XX-4615
Position ID N7M001126

Next Pay Period     11/5/2017     11/18/2017     🔍 FIND

Timecard     Totals     Schedule     Time Off Balances

| WEEK 1 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY |
|---|---|---|---|---|---|---|---|
| Sun | 11/05 | 04:00 PM | - 09:05 PM | | 5.00 | 004200 | |
| | 11/05 | 09:49 PM | - 12:41 AM | | 3.00 | 004200 | |
| Mon | 11/06 | | - | | 0.00 | 004200 | |
| Tue | 11/07 | | - | | 0.00 | 004200 | |
| Wed | 11/08 | | - | | 0.00 | 004200 | |
| Thu | 11/09 | 03:58 PM | - 08:06 PM | | 4.00 | 004200 | |
| | 11/09 | 08:33 PM | - 12:33 AM | | 4.00 | 004200 | |
| Fri | 11/10 | 03:58 PM | - 08:33 PM | | 4.50 | 004200 | |
| | 11/10 | 09:01 PM | - 12:43 AM | | 3.75 | 004200 | |
| Sat | 11/11 | 04:00 PM | - 09:38 PM | | 5.75 | 004200 | |
| | 11/11 | 10:08 PM | - 12:24 AM | | 2.25 | 004200 | |

**WEEK 1 TOTALS**

| WEEK 2 | | IN - OUT | | PAY CODE | HOURS | DEPARTMENT | DAILY |
|---|---|---|---|---|---|---|---|
| Sun | 11/12 | 03:47 PM | - 09:20 PM | | 5.50 | 004200 | |
| | 11/12 | 09:50 PM | - 12:43 AM | | 3.00 | 004200 | |
| Mon | 11/13 | | - | | 0.00 | 004200 | |
| Tue | 11/14 | | - | | 0.00 | 004200 | |
| Wed | 11/15 | 03:31 PM | - 12:30 AM | | 10.00 | 004200 | |
| Thu | 11/16 | | - | | 0.00 | 004200 | |
| Fri | 11/17 | | - | | 0.00 | 004200 | |
| Sat | 11/18 | | - | | 0.00 | 004200 | |

**Pay Period (50.75)**     **Week 1** (32.25)     **Week 2** (18.50)

💾 SAVE     REFRESH     PREFERENCES ⌄     Legend

11/21/2017     ADP

# TechShop

HOME    RESOURCES    MYSELF      DC   DAVID CHAU

Search

## Pay Statements

**DC**   Chau, David
DREAMCON - Dream Consultant
Home Department : 004200 - San Jose - Operations

Tax ID (SSN): XXX-XX-4615
Position ID: N7M001126

**Go Paperless**   **Select Notification Options**

View your available pay statements. Click the check image to display the information on the back of the check. Click Show Check to view the individual pay statement. You can view your pay statements as check images (default) or in a table format. Click View as Check Images or View as Table. To view any available adjustments, click Pay Adjustments, then click a pay date to view adjustment details. A pay date may contain one or more adjustments.

Pay Statements    Pay Adjustments

VIEW AS TABLE

| 0000460003 11/15/2017 | 0000430002 10/27/2017 | 0000410002 10/13/2017 | 0000390002 09/29/2017 | 0000370005 09/15/2017 |
|---|---|---|---|---|
| Gross **$889.07** | Gross **$828.13** | Gross **$853.13** | Gross **$1,135.95** | Gross **$1,059.38** |
| View Check | View Check | View Check | View Check | View Check |

Your pay never looked this good!

Pay
- Gross Pay
  Regular

Get the ADP Mobile App

utm_source=WFNPortal&utm_medium=Banner&utm_campaign=payLensA)

Proof that last paycheck was for week before closing

Privacy   Legal   Requirements   Product Feedback   About

https://workforcenow.adp.com/portal/theme#/Myself ttd MyselfTabXBPayCategoryPayStatements/MyselfTabXBPayCategoryPayStatements    1/1

EXHIBIT A

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 075 |
|---|---|---|---|---|---|
| N7M | 001126 | 004200 | | 0000460003 | 1 |

# Earnings Statement

**ADP**

TECHSHOP INC
38 SOUTH 2ND STREET
SAN JOSE, CA 95113

Period Beginning: 10/22/2017
Period Ending: 11/04/2017
Pay Date: 11/15/2017

00000000003
DAVID CHAU
2245 LANAI AVE. APT#25
SAN JOSE CA 95122

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 0

Social Security Number: XXX-XX-4615

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 63.75 | 796.88 | 7,768.77 |
| Overtime | 18.7500 | 2.25 | 42.19 | 562.52 |
| Paid Lunch | 12.5000 | 4.00 | 50.00 | |
| Double Time | | | | 6.26 |
| **Gross Pay** | | | **$889.07** | 8,562.55 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -102.15 | 984.03 |
| | Social Security Tax | -55.12 | 530.88 |
| | Medicare Tax | -12.89 | 124.16 |
| | CA State Income Tax | -12.68 | 133.11 |
| | CA SUI/SDI Tax | -8.00 | 77.06 |
| **Net Pay** | | **$698.23** | |
| | Checking1 | -698.23 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sf/Ca Sick | | 21.72 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 925-234-2596

Your federal taxable wages this period are $889.07

*Last pay stub/check showing pay period.*

© 2000 ADP, LLC

---

TECHSHOP INC
38 SOUTH 2ND STREET
SAN JOSE, CA 95113

Advice number: 00000460003
Pay date: 11/15/2017

Deposited to the account of
DAVID CHAU

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx7028 | XXXX | XXXX | $698.23 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**