Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>    Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**OBJECTION TO CLAIM 131**<br>**(Caroline Hallanan Doyle)**<br><br>[No Hearing Required Unless Requested] |

**TO CAROLINE DOYLE:**

    **PLEASE TAKE NOTICE THAT** Doris Kaelin, Chapter 7 Trustee ("Trustee") of the estate of TechShop, Inc. ("Debtor"), files this objection to Claim 131 filed by Caroline Hallanan Doyle ("Claimant") on June 28, 2018 as a priority claim in the amount of $995.54 ("Claim"). A true and correct copy of the Claim is attached hereto as **Exhibit A**. The Trustee objects to the Claim because the Claim is not a debt or obligation of the Debtor.

    The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on February 26, 2018 ("Petition Date"). Prior to the Petition Date, the Debtor operated approximately ten do-it-yourself fabrication shops in California, Texas, Detroit, Arizona and other locations in the United States. The Debtor operated all of its do-it-yourself fabrication shops as separate legal entities, with names such as: "TechShop SoMA LLC," "TechShop Peninsula LLC," "Tech Shop Mid-Peninsula

1 | LLC," "TechShop San Jose LLC," "TechShop Los Angeles LLC," "TechShop Detroit LLC,"

2 | "TechShop Arlington LLC," "TechShop St. Louis LLC," and "TechShop New York LLC"

3 | (collectively, the "LLCs"). Each of these limited liability companies are separate, distinct entities

4 | from the Debtor. The LLCs incurred liabilities and obligations to third parties, which liabilities and

5 | obligations are not debts of the Debtor. The assets of the LLCs are not part of the Debtor's

6 | bankruptcy estate.

7 | The Trustee has reviewed the Claim, which provides as its basis "Salary." Other than a page

8 | from the Debtor's filed schedules which provides "[Notice Only] former employee of Techshop or

9 | LCC Subsidiary", the Claim has no documentation to support of the alleged debt. The Claimant may

10 | have been an employee of one of the Debtor's limited liability corporations. According to a former

11 | officer of the Debtor, Claimant was not an employee of the Debtor.

12 | Based on the Trustee's review of the Claim and her aforementioned communications with a

13 | former officer of the Debtor, the Trustee has concluded that the sums Claimant asserts are not due

14 | and owing by the Debtor and the Claim must be disallowed.

15 | WHEREFORE, the Trustee prays for an order, as follows:

16 | 1.   Disallowing in its entirety Claim 131 filed by Caroline Hallanan Doyle as a priority

17 | wage claim in the amount of $995.54, on the grounds that it is not an obligation of the Debtor; and

18 | 2.   For such other relief as the Court deems just and appropriate.

19 |

20 | DATED:  March 24, 2021          RINCON LAW LLP

21 |

22 |

| | By: */s/ Gregg S. Kleiner*
23 | |         GREGG S. KLEINER
| |         Counsel for DORIS A. KAELIN,
24 | |         Trustee in Bankruptcy

25 |

26 |

27 |

28 |

ORIGINAL

FILED

JUN 2 8 2018

CLERK
United States Bankruptcy Court
San Jose, California

**Fill in this information to identify the case:**

Debtor 1    TechShop, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of California ☑

Case number   18-50398 MEH 7

**Official Form 410**

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Caroline Hallanan Doyle
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Caroline Doyle
Name

257 2nd Avenue
Number   Street

San Francisco    CA    94118
City    State    ZIP Code

Contact phone 4153178257

Contact email carad106@gmail.com

Where should payments to the creditor be sent? (if different)

Name

Number   Street

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**EXHIBIT A**

Case: 18-50398    Doc# 290    Filed: 03/24/21    Entered: 03/24/21 07:30:41    Page 3 of 7

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| | |
|---|---|
| 7. **How much is the claim?** | $_____ 995.54 . **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Salary _____ |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

**EXHIBIT A**

Case: 18-50398    Doc# 290    Filed: 03/24/21    Entered: 03/24/21 07:30:41    Page 4 of 7

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | Amount entitled to priority |
|---|---|---|

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ 995.54

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

$_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:  Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06/10/2018
                   MM / DD / YYYY

_Signature_

Print the name of the person who is completing and signing this claim:

| Name | Caroline Hallanan Doyle | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 61-36 Woodbine Street Apt 4A | | |
| | Number      Street | | |
| | Queens | NY | 11385 |
| | City | State | ZIP Code |
| Contact phone | 4153178257 | Email | carad106@gmail.com |

**EXHIBIT A**

Case: 18-50398    Doc# 290    Filed: 03/24/21    Entered: 03/24/21 07:30:41    Page 5 of 7

Debtor name **TechShop, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Aaron Haldiman**<br>**1335 Yosemite ave.**<br>**San Francisco, CA 94124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or**<br>**LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Aaron Keast**<br>**4304 Avery St.**<br>**Detroit, MI 48208** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or**<br>**LLC Subsidiary]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    41301                    Best Case Bankruptcy

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 1 of
1000

Case 18-50398    Claim 131-1    Filed 06/28/18    Desc Main Document    Page 4 of 5

**EXHIBIT A**

Case: 18-50398    Doc# 290    Filed: 03/24/21    Entered: 03/24/21 07:30:41    Page 6 of 7

| | | | |
|---|---|---|---|
| 2.43 | Priority creditor's name and mailing address<br>**Caroline Doyle**<br>**61-36 Woodbine St.**<br>**Apt No: 4A**<br>**Queens, NY 11385** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $995.54    $995.54 |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.44 | Priority creditor's name and mailing address<br>**Caroline Lowe**<br>**12930 Kings Row Lane**<br>**Saint Louis, MO 63146** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,075.13    $1,075.13 |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.45 | Priority creditor's name and mailing address<br>**Casey Janowski**<br>**8104 Burrell Drive**<br>**Austin, TX 78757** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,055.00    $1,055.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.46 | Priority creditor's name and mailing address<br>**Catherine Conley**<br>**25 Wabash St. Apt 1**<br>**Pittsburgh, PA 15220** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown    $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**[Notice only - Former Employee of Techshop or LLC Subsidiary]** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Case: 18-50398    Doc# 2    Filed: 02/26/18    Entered: 02/26/18 18:01:21    Page 12 of

Case 18-50398    Claim 131-1    Filed 06/28/18    Desc Main Document    Page 5 of 5
1000

**EXHIBIT A**

Case: 18-50398    Doc# 290    Filed: 03/24/21    Entered: 03/24/21 07:30:41    Page 7 of 7