Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**OBJECTION TO CLAIM 137
(Maricopa County Treasurer)**

[No Hearing Required Unless Requested]

**To:** **Maricopa County Treasurer, Attn: Maria Quitangon and Peter Muthig**

**PLEASE TAKE NOTICE THAT** Doris Kaelin, Chapter 7 Trustee ("Trustee") of the estate of TechShop, Inc. ("Debtor"), files this objection to Claim 137 filed by the Maricopa County Treasurer ("Claimant") on July 3, 2018, as a priority claim in the amount of $1,190.33 pursuant to 11 U.S.C. § 507(a)(8) ("Claim"). A true and correct copy of the Claim is attached hereto as **Exhibit A**.

The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on February 26, 2018 ("Petition Date"). Prior to the Petition Date, the Debtor operated approximately ten do-it-yourself fabrication shops in California, Texas, Detroit, Arizona and other locations in the United States. The Debtor operated all of its do-it-yourself fabrication shops as separate legal entities, with names such as: "TechShop SoMA LLC," "TechShop Peninsula LLC," "Tech Shop Mid-Peninsula

1

LLC," "TechShop San Jose LLC," "TechShop Los Angeles LLC," "TechShop Detroit LLC," "TechShop Arlington LLC," "TechShop St. Louis LLC," and "TechShop New York LLC" (collectively, the "LLCs"). Each of these limited liability companies are separate, distinct entities from the Debtor. The LLCs incurred liabilities and obligations to third parties, which liabilities and obligations are not debts of the Debtor. The assets of the LLCs are not part of the Debtor's bankruptcy estate.

The Trustee has reviewed the Claim, which provides as its basis a tax claim for assets located in Chandler, Arizona, assessed against "Techshop LLC."

Based on the Trustee's review of the Claim, the Trustee has concluded that the sums Claimant asserts are not due and owing by the Debtor, and the Claim must be disallowed as a claim against the Debtor's estate.

WHEREFORE, the Trustee prays for an order, as follows:

1. Disallowing in its entirety Claim 137 filed by the Maricopa County Treasurer on July 3, 2018 as a priority tax claim in the amount of $1,190.33; and

2. For such other relief as the Court deems just and appropriate.

DATED: March 24, 2021    RINCON LAW LLP

By: /s/ Gregg S. Kleiner
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

Fill in this information to identify the case:

Debtor 1: TechShop, Inc.

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of California

Case number: 5:18-bk-50398-EMH

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Maricopa County Treasurer
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor: _____

2. **Has this claim been acquired from someone else?**
   ☑ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Peter Muthig
   Name
   222 N. Central Avenue, Suite 1100
   Number Street
   Phoenix         AZ         85004
   City            State       ZIP Code
   Contact phone: (602) 506-1735
   Contact email: muthigk@mcao.maricopa.gov

   Where should payments to the creditor be sent? (if different)
   Maricopa County Treasurer
   Name
   301 W. Jefferson, Room 100
   Number Street
   Phoenix         AZ         85003
   City            State       ZIP Code
   Contact phone: (602) 506-8511
   Contact email: Attn: Maria Quitangon

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____ Filed on ____/____/____
                                                                           MM   DD   YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __1__ __7__ __9__ __6__ |
| 7. | How much is the claim? | $_____1,190.33_. Does this amount include interest or other charges?<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>2017 Personal Property Taxes |
| 9. | Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
☑ Yes. Check all that apply:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 1,190.33 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 07/03/2018
MM / DD / YYYY

**/s/ Peter Muthig, AZ State Bar Number 018526**
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Peter | | Muthig |
| | First name | Middle name | Last name |
| Title | Deputy County Attorney | | |
| Company | Maricopa County Attorney's Office | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 222 N. Central Avenue, Suite 1100 | | |
| | Number   Street | | |
| | Phoenix | AZ | 85004 |
| | City | State | ZIP Code |
| Contact phone | (602) 506-1735 | Email | muthigk@mcao.maricopa.gov |

Official Form 410     Proof of Claim     page 3

**EXHIBIT A**

**ORIGINAL of the foregoing E-filed
this 3rd day of July, 2018, with:**

Clerk, United States Bankruptcy Court
Northern District of California
280 South First Street, Room 3035
San Jose, CA 95113

**COPY of the foregoing mailed or e-mailed,
this 3rd day of July, 2018, to:**

Gregg S. Kleiner
Rincon Law LLP
268 Bush Street, #3335
San Francisco, CA 94104
Email: gkleiner@rinconlawllp.com
*Attorney for Chapter 7 Trustee*

Doris A. Kaelin
P.O. Box 1582
Santa Cruz, CA 95061
Email: dktrustee@gmail.com
*Chapter 7 Trustee*

Matthew D. Metzger
Belvedere Legal, PC
1777 Borel Place, #314
San Mateo, CA 94402
Email: belvederelegalecf@gmail.com
*Attorney for Debtor*

/s/ Lea Wink

| Tax Summary for 994-11-796 3 ||||
|---|---|---|---|
| **Total Property Tax Due** | | **$1,190.33** ||
| **Tax Year** | **Status** | **Assessed Tax** | **Tax Paid** | **Amount Due** |
| 2017 | Open - CTX | $1,102.16 | $0.00 | $1,190.33 |
| 2016 | Paid - BTX | $1,134.20 | $1,134.20 | $0.00 |

### Current Name & Address

TECHSHOP LLC
300 S 2ND ST
SAN JOSE  CA  951132711

### Current Situs Address

249 E CHICAGO ST
CHANDLER AZ 85255

### Parcel Indicators

2017 - Comments
2017 - Litigation Pending - Case# BK18-50398

Printable Version

No Redemption Statement

**EXHIBIT A**

**Business Personal Property Details**

**Account:**
**Account Number: 9411796**
    View Taxes
**Situs Address:**
**249 E CHICAGO ST, CHANDLER AZ, 85255, , AZ**
**Mailing Address:**
**300 S 2ND ST, SAN JOSE CA, 951132711, ,**

| Tax Year | Tax Area | Legal Class | Class | FCV | FCV Assessed | Exempt Amt | FCV Remainder | LPV | LPV Assessed |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | 800307 | 1.13 | 73 | $213,000 | $9,630 | $159,498 | $53,502 | $213,000 | $9,630 |
| 2016 | 800307 | 1.13 | 73 | $207,200 | $9,769 | $152,926 | $54,274 | $207,200 | $9,769 |