Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**OBJECTION TO CLAIMS**<br>**121-126 AND 155**<br>**(North American Bancard Holdings, LLC)**<br><br>[No Hearing Required Unless Requested] |

**TO:    North American Bancard Holdings, LLC**
**        c/o Weltman, Weinberg & Reis Co. LPA, Attn: Scott D. Fink:**

**PLEASE TAKE NOTICE THAT** Doris Kaelin, Chapter 7 Trustee ("Trustee") of the estate of TechShop, Inc. ("Debtor"), files this omnibus objection to the claims that you have filed against the Debtor's bankruptcy estate, detailed in the attached Schedule 1. True and correct copies of the claims (without exhibits or attachments) are attached to this Objection **Exhibits A** through **G**. If the Trustee's objection to your claims is sustained, they will be disallowed as claims against the Debtor's estate.

I.    BACKGROUND

The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on February 26, 2018 ("Petition Date"). Prior to the Petition Date, the Debtor operated approximately ten do-it-yourself fabrication shops in California, Texas, Detroit, Arizona and other locations in the United

States. The Debtor operated all of its do-it-yourself fabrication shops as separate legal entities, with names such as: "TechShop SoMA LLC," "TechShop Peninsula LLC," "TechShop Mid-Peninsula LLC," "TechShop San Jose LLC," "TechShop Brooklyn LLC," "TechShop Austin LLC," "TechShop Phoenix LLC," "TechShop Los Angeles LLC," "TechShop Detroit LLC," "TechShop Annapolis LLC," "TechShop St. Louis LLC," and "TechShop New York LLC" (collectively, the "LLCs"). Each of these limited liability companies are separate, distinct entities from the Debtor. The LLCs incurred liabilities and obligations to third parties, which liabilities and obligations are not debts of the Debtor. The assets of the LLCs are not part of the Debtor's bankruptcy estate.

The Trustee has reviewed your claims and, based on the claims and attachments to those claims, the Trustee has concluded that the sums you assert are due and owing by the Debtor are, in fact, obligations of one or more of the LLCs.

If the Trustee's objection to your claims is sustained, the claims *will be disallowed as claims against the Debtor's estate*. This is because the claims, as noted above, are not obligations of the Debtor but are, again, obligations of separate legal entities, the respective LLCs. Parties with questions or concerns are welcome to contact the undersigned at gkleiner@rinconlawllp.com.

WHEREFORE, the Trustee prays for an order disallowing Claims 121, 122, 123, 124, 125, 126 and 155 filed by North American Bancard Holdings, LLC in their entirety.

DATED: April 6, 2021                    RINCON LAW LLP


By: */s/ Gregg S. Kleiner*
    GREGG S. KLEINER
    Counsel for DORIS A. KAELIN,
    Trustee in Bankruptcy

## SCHEDULE 1
### In re TechShop, Inc., Chapter 7 Case No. 18-50398 MEH
### OBJECTIONS TO CLAIMS OF NORTH AMERICAN BANCARD HOLDINGS, LLC
### (Claims 121-126 and 155)

| EXHIBIT NO. | NAME | CLAIM NO. | DATE FILED | CLAIM AMOUNT | BASIS FOR OBJECTION | RELIEF REQUESTED IN OBJECTION |
|---|---|---|---|---|---|---|
| A. | North American Bancard Holdings, LLC | 121 | 6/26/2018 | $3,177.75 | Attachments to claim reflects debt of non-debtor subsidiary, "TechShop San Jose LLC" and/or "TechShop Detroit LLC" | Claim disallowed in its entirety, not an obligation of Debtor, TechShop, Inc. |
| B. | North American Bancard Holdings, LLC | 122 | 6/26/2018 | $8,075.77 | Attachments to claim reflects debt of non-debtor subsidiary, "TechShop San Jose LLC" and/or "TechShop Mid Peninsula" | Claim disallowed in its entirety, not an obligation of Debtor, TechShop, Inc. |
| C. | North American Bancard Holdings, LLC | 123 | 6/26/2018 | $5,558.26 | Attachments to claim reflects debt of non-debtor subsidiary, "TechShop San Jose LLC" and/or "TechShop Brooklyn LLC" | Claim disallowed in its entirety, not an obligation of Debtor, TechShop, Inc. |
| D. | North American Bancard Holdings, LLC | 124 | 6/26/2018 | $10,435.78 | Attachments to claim reflects debt of non-debtor subsidiary, "TechShop San Jose LLC" and/or "TechShop Austin LLC" | Claim disallowed in its entirety, not an obligation of Debtor, TechShop, Inc. |
| E. | North American Bancard Holdings, LLC | 125 | 6/26/2018 | $5,876.74 | Attachments to claim reflects debt of non-debtor subsidiary, "TechShop San Jose LLC" and/or "TechShop St Louis LLC" | Claim disallowed in its entirety, not an obligation of Debtor, TechShop, Inc. |
| F. | North American Bancard Holdings, LLC | 126 | 6/26/2018 | $3,225.98 | Attachments to claim reflects debt of non-debtor subsidiary, "TechShop San Jose LLC" | Claim disallowed in its entirety, not an obligation of Debtor, TechShop, Inc. |
| G. | North American Bancard Holdings, LLC | 155 | 6/26/2018 | $16,003.06 | Attachments to claim reflects debt of non-debtor subsidiary, "TechShop Soma LLC" | Claim disallowed in its entirety, not an obligation of Debtor, TechShop, Inc. |

1

**Fill in this information to identify the case:**

Debtor 1 <u>TechShop, Inc.</u>

Debtor 2 _____
(Spouse if filing)

United States Bankruptcy Court for the: <u>Northern District of California (San Jose)</u>

Case number <u>18-50398</u>
WWR # <u>021408656</u>

# <u>Official Form 410</u>
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current Creditor?**

<u>North American Bancard Holdings, LLC</u>
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with debtor: _____

**2. Has this claim been acquired from someone else?**

☒ No

☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where notices to the creditor should be sent?

<u>North American Bancard Holdings, LLC</u>
<u>c/o Weltman, Weinberg & Reis Co. LPA</u>
<u>323 W. Lakeside Avenue  Ste 200</u>
<u>Cleveland, OH 44113</u>

<u>877 338 9484</u>
<u>bronationalecf@weltman.com</u>

Where should  payments to the creditor be sent? (if different)

<u>Weltman, Weinberg & Reis Co. LPA</u>
<u>P.O. Box 93784</u>
<u>Cleveland, OH 44113</u>
_____
_____
_____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☒ No

☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No

☐ Yes.  Who made the earlier filing?

Case 18-50398     Claim 121     Filed 06/26/18     Desc Main Document     Page 1 of 9

EXHIBIT A

Case: 18-50398     Doc# 332     Filed: 04/06/21     Entered: 04/06/21 08:41:39     Page 4 of 24

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes.. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>1714</u>

**7. How much is the claim?**    <u>$3,177.75</u> **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach a statement itemizing, fees, expenses or other charges required by Bankruptcy Rule 3001 ( c) (2) (A).

**8. What is the basis of the Claim**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

<u>Credit Card Processing Services</u>

**9. Is all or part of the claim Secured**

☒ No

☐ Yes The claim is secured by a lien on property

**Nature of property:**

☐ Real estate

☐ Motor Vehicle

☐ Other. Describe:

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $

**Amount of the claim that is secured:**  $

**Amount of the claim that is unsecured:**  $ _____  (The sum of the secured and unsecured Amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $

**Annual Interest Rate** (when case was filed)  %

☐ **Fixed**

☐ **Variable**

**10. Is this claim based on a lease?**

☒ No

☐ Yes Amount necessary to cure any default as of the date of the petition.  $

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property:

| 12 Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a) | ☒ No | |
|---|---|---|
| A claim may be partly priority and partly non priority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | Amount entitled to priority |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7) | $ |
| | ☐ Wages, salaries or commissions (up to $12,850*) earned within 180 days before the Bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C § 507(a)(5) | $ |
| | ☐ Other. Specify subsection of 11 U.S.C § 507(a)(_) that applies. | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(B).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature Is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years or both. 18 U.S.C. §§ 152, 157 and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/21/2018
                  MM / DD / YYYY

/S/ Scott D. Fink
  Signature

**Print the name of the person who is completing and signing this claim:**

Name          Scott D. Fink

Title          Agent for Creditor

Company        Weltman, Weinberg & Reis Co., LPA
               Identify the corporate servicer as the company if the authorized agent is a servicer.

Address        323 W. Lakeside Avenue
               Cleveland, OH 44113

Contact phone  877 338 9484          Email  bronationalecf@weltman.com

**Fill in this information to identify the case:**

Debtor 1 __TechShop, Inc.__

Debtor 2 _____
(Spouse if filing)

United States Bankruptcy Court for the: __Northern District of California (San Jose)__

Case number __18-50398__
WWR # __021408653__

# Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received

## Part 1: | Identify the Claim

| | |
|---|---|
| **1. Who is the current Creditor?** | __North American Bancard Holdings, LLC__<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with debtor: _____ |
| **2. Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes.  From whom? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where notices to the creditor should be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| __North American Bancard Holdings, LLC__<br>__c/o Weltman, Weinberg & Reis Co. LPA__<br>__323 W. Lakeside Avenue  Ste 200__<br>__Cleveland, OH 44113__<br><br>__877 338 9484__<br>__bronationalecf@weltman.com__ | __Weltman, Weinberg & Reis Co. LPA__<br>__P.O. Box 93784__<br>__Cleveland, OH 44113__<br>_____<br>_____<br>_____<br>_____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

| | |
|---|---|
| **4. Does this claim amend one already filed?** | ☒ No<br>☐ Yes.   Claim number on court claims registry (if known) _____      Filed on _____ |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes.  Who made the earlier filing? _____ |

Official Form 410                     Proof of Claim                     page 1

Case 18-50398    Claim 122    Filed 06/26/18    Desc Main Document    Page 1 of 10

**EXHIBIT B**

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 7 of 24

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes.. Last 4 digits of the debtor's account or any number you use to identify the debtor: 1713

**7. How much is the claim?** $8,075.77 **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach a statement itemizing, fees, expenses or other charges required by Bankruptcy Rule 3001 ( c) (2) (A).

**8. What is the basis of the Claim**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Credit Card Processing Services

**9. Is all or part of the claim Secured**

☒ No
☐ Yes The claim is secured by a lien on property

**Nature of property:**

☐ Real estate

☐ Motor Vehicle

☐ Other. Describe:

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $

**Amount of the claim that is secured:** $

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured Amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $

**Annual Interest Rate** (when case was filed) %

☐ **Fixed**

☐ **Variable**

**10. Is this claim based on a lease?**

☒ No

☐ Yes Amount necessary to cure any default as of the date of the petition. $

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property:

Official Form 410        Proof of Claim        page 2

Case 18-50398  Claim 122  Filed 06/26/18  Desc Main Document  Page 2 of 10

**EXHIBIT B**

Case: 18-50398  Doc# 332  Filed: 04/06/21  Entered: 04/06/21 08:41:39  Page 8 of 24

| | | |
|---|---|---|
| **12 Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)** | ☒ No | |
| | ☐ Yes. *Check one:* | Amount entitled to priority |
| A claim may be partly priority and partly non priority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7) | $ |
| | ☐ Wages, salaries or commissions (up to $12,850*) earned within 180 days before the Bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C § 507(a)(5) | $ |
| | ☐ Other. Specify subsection of 11 U.S.C § 507(a)(_) that applies. | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun after the date of adjustment. | |

**Part 3:   Sign Below**

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(B).** | *Check the appropriate box:* |
| | ☐ I am the creditor. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature Is. | ☒ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years or both. 18 U.S.C. §§ 152, 157 and 3571.** | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| | I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |
| | Executed on date  06/21/2018 |
| | MM / DD / YYYY |
| | /S/ Scott D. Fink |
| | Signature |
| | **Print the name of the person who is completing and signing this claim:** |
| | Name       Scott D. Fink |
| | Title        Agent for Creditor |
| | Company    Weltman, Weinberg & Reis Co., LPA |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| | Address     323 W. Lakeside Avenue |
| | Cleveland, OH 44113 |
| | Contact phone   877 338 9484          Email  bronationalecf@weltman.com |

**Fill in this information to identify the case:**

**Debtor 1** TechShop, Inc.

**Debtor 2** _____
(Spouse if filing)

**United States Bankruptcy Court for the:** Northern District of California (San Jose)

**Case number** 18-50398
**WWR #** 021408645

# Official Form 410

## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received

| Part 1: | Identify the Claim |
| --- | --- |

| | |
| --- | --- |
| **1. Who is the current Creditor?** | North American Bancard Holdings, LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with debtor: _____ |
| **2. Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes. From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where notices to the creditor should be sent?<br><br>North American Bancard Holdings, LLC<br>c/o Weltman, Weinberg & Reis Co. LPA<br>323 W. Lakeside Avenue  Ste 200<br>Cleveland, OH 44113<br><br>877 338 9484<br>bronationalecf@weltman.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | Where should  payments to the creditor be sent? (if different)<br><br>Weltman, Weinberg & Reis Co. LPA<br>P.O. Box 93784<br>Cleveland, OH 44113<br><br>_____<br>_____<br>_____ |
| **4. Does this claim amend one already filed?** | ☒ No<br>☐ Yes.   Claim number on court claims registry (if known) _____          Filed on _____ |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes.  Who made the earlier filing? |

Case 18-50398    Claim 123    Filed 06/26/18    Desc Main Document    Page 1 of 10

EXHIBIT C

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 10 of 24

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br><br>☒ Yes..   Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>1608</u> |

**7. How much is the claim?**     <u>$5,558.26</u>   **Does this amount include interest or other charges?**

       ☒   No

       ☐   Yes.   Attach a statement itemizing, fees, expenses or other charges required by Bankruptcy Rule 3001 ( c) (2) (A).

**8. What is the basis of the Claim**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

<u>Credit Card Processing Services</u>

**9. Is all or part of the claim Secured**

☒   No

☐   Yes The claim is secured by a lien on property

**Nature of property:**

    ☐   Real estate

    ☐   Motor Vehicle

    ☐   Other.   Describe:

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                 $

**Amount of the claim that is secured:**       $

**Amount of the claim that is unsecured:**     $<u>     </u>     (The sum of the secured and unsecured Amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $

**Annual Interest Rate** (when case was filed)       %

    ☐   **Fixed**

    ☐   **Variable**

**10. Is this claim based on a lease?**

☒   No

☐   Yes Amount necessary to cure any default as of the date of the petition.     $

**11. Is this claim subject to a right of setoff?**

☒   No

☐   Yes.   Identify the property:

Case 18-50398    Claim 123    Filed 06/26/18    Desc Main Document    Page 2 of 10

**EXHIBIT C**

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 11 of 24

| | | |
|---|---|---|
| **12 Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)** | ☒ No | |
| | ☐ Yes. *Check one:* | <mark>Amount entitled to priority</mark> |
| A claim may be partly priority and partly non priority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7) | $ |
| | ☐ Wages, salaries or commissions (up to $12,850*) earned within 180 days before the Bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C § 507(a)(5) | $ |
| | ☐ Other. Specify subsection of 11 U.S.C § 507(a)(_) that applies. | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun after the date of adjustment. | |

---

**Part 3:   Sign Below**

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(B).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature Is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years or both. 18 U.S.C. §§ 152, 157 and 3571.** | *Check the appropriate box:*<br><br>☐ I am the creditor.<br><br>☒ I am the creditor's attorney or authorized agent.<br><br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date  <u>06/21/2018</u><br>  MM / DD / YYYY<br><br><u>/S/ Scott D. Fink</u><br>  Signature<br><br>**Print the name of the person who is completing and signing this claim:** |

| | |
|---|---|
| Name | <u>Scott D. Fink</u> |
| Title | <u>Agent for Creditor</u> |
| Company | <u>Weltman, Weinberg & Reis Co., LPA</u><br>Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | <u>323 W. Lakeside Avenue</u><br><u>Cleveland, OH 44113</u> |
| Contact phone | <u>877 338 9484</u>          Email <u>bronationalecf@weltman.com</u> |

Case 18-50398    Claim 123    Filed 06/26/18    Desc Main Document    Page 3 of 10

EXHIBIT C

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 12 of 24

**Fill in this information to identify the case:**

**Debtor 1** TechShop, Inc.

**Debtor 2** _____
(Spouse if filing)

**United States Bankruptcy Court for the:** Northern District of California (San Jose)

**Case number** 18-50398
**WWR #** 021408644

# Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current Creditor?**

North American Bancard Holdings, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with debtor: _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where notices to the creditor should be sent?

North American Bancard Holdings, LLC
c/o Weltman, Weinberg & Reis Co. LPA
323 W. Lakeside Avenue Ste 200
Cleveland, OH 44113

877 338 9484
bronationalecf@weltman.com

Where should payments to the creditor be sent? (if different)

Weltman, Weinberg & Reis Co. LPA
P.O. Box 93784
Cleveland, OH 44113
_____
_____
_____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing?

Case 18-50398    Claim 124    Filed 06/26/18    Desc Main Document    Page 1 of 10

**EXHIBIT D**

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 13 of 24

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes.. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9299

**7. How much is the claim?**   $10,435.78  **Does this amount include interest or other charges?**

☒ No

☐ Yes.  Attach a statement itemizing, fees, expenses or other charges required by Bankruptcy Rule 3001 ( c) (2) (A).

**8. What is the basis of the Claim**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Credit Card Processing Services

**9. Is all or part of the claim Secured**

☒ No

☐ Yes The claim is secured by a lien on property

**Nature of property:**

☐ Real estate

☐ Motor Vehicle

☐ Other.  Describe:

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                           $

**Amount of the claim that is secured:**          $

**Amount of the claim that is unsecured:**        $_____    (The sum of the secured and unsecured Amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $

**Annual Interest Rate** (when case was filed)          %

☐ **Fixed**

☐ **Variable**

**10. Is this claim based on a lease?**

☒ No

☐ Yes Amount necessary to cure any default as of the date of the petition.      $

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes.  Identify the property:

Case 18-50398   Claim 124   Filed 06/26/18   Desc Main Document   Page 2 of 10

EXHIBIT D

Case: 18-50398   Doc# 332   Filed: 04/06/21   Entered: 04/06/21 08:41:39   Page 14 of 24

| | | | |
|---|---|---|---|
| **12 Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)** | ☒ No | | |
| | ☐ Yes. *Check one:* | | Amount entitled to priority |

A claim may be partly priority and partly non priority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7) $_____

☐ Wages, salaries or commissions (up to $12,850*) earned within 180 days before the Bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C § 507(a)(8). $_____

☐ Contributions to an employee benefit plan. 11 U.S.C § 507(a)(5) $_____

☐ Other. Specify subsection of 11 U.S.C § 507(a)(_) that applies. $_____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun after the date of adjustment.

---

| **Part 3:** | **Sign Below** |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(B).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature Is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years or both. 18 U.S.C. §§ 152, 157 and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date __06/21/2018__
         MM / DD / YYYY

__/S/ Scott D. Fink__
 Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Scott D. Fink |
| Title | Agent for Creditor |
| Company | Weltman, Weinberg & Reis Co., LPA |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 323 W. Lakeside Avenue |
| | Cleveland, OH 44113 |
| Contact phone | 877 338 9484 | Email bronationalecf@weltman.com |

Case 18-50398    Claim 124    Filed 06/26/18    Desc Main Document    Page 3 of 10

**EXHIBIT D**

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 15 of 24

**Fill in this information to identify the case:**

Debtor 1 _TechShop, Inc._

Debtor 2 _____
(Spouse if filing)

United States Bankruptcy Court for the: _Northern District of California (San Jose)_

Case number _18-50398_
WWR # _021408639_

# Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed.  That date is on the notice of bankruptcy  (Form 309) that you received

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current Creditor?**

_North American Bancard Holdings, LLC_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with debtor: _____

**2. Has this claim been acquired from someone else?**

☒ No

☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where notices to the creditor should be sent?

_North American Bancard Holdings, LLC_
_c/o Weltman, Weinberg & Reis Co. LPA_
_323 W. Lakeside Avenue  Ste 200_
_Cleveland, OH 44113_

_877 338 9484_
_bronationalecf@weltman.com_

Where should  payments to the creditor be sent? (if different)

_Weltman, Weinberg & Reis Co. LPA_
_P.O. Box 93784_
_Cleveland, OH 44113_
_____
_____
_____
_____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☒ No

☐ Yes.   Claim number on court claims registry (if known) _____           Filed on _____

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No

☐ Yes.  Who made the earlier filing?

Case 18-50398    Claim 125    Filed 06/26/18    Desc Main Document    Page 1 of 10

EXHIBIT E

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 16 of 24

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes.. Last 4 digits of the debtor's account or any number you use to identify the debtor: _7974_

**7. How much is the claim?**   _$5,876.74_ **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach a statement itemizing, fees, expenses or other charges required by Bankruptcy Rule 3001 ( c) (2) (A).

**8. What is the basis of the Claim**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Credit Card Processing Services

**9. Is all or part of the claim Secured**

☒ No

☐ Yes The claim is secured by a lien on property

**Nature of property:**

☐ Real estate

☐ Motor Vehicle

☐ Other. Describe:

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $

**Amount of the claim that is secured:**   $

**Amount of the claim that is unsecured:**   $ _____   (The sum of the secured and unsecured Amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $

**Annual Interest Rate** (when case was filed)   %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes Amount necessary to cure any default as of the date of the petition. $

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property:

Case 18-50398    Claim 125    Filed 06/26/18    Desc Main Document    Page 2 of 10

**EXHIBIT E**

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 17 of 24

**12 Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)**

A claim may be partly priority and partly non priority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes.  *Check one:*

| | | Amount entitled to priority |
|---|---|---|
| ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ | Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use.  11 U.S.C. § 507(a)(7) | $ |
| ☐ | Wages, salaries or commissions (up to $12,850*) earned within 180 days before the Bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | $ |
| ☐ | Taxes or penalties owed to governmental units.  11 U.S.C § 507(a)(8). | $ |
| ☐ | Contributions to an employee benefit plan. 11 U.S.C § 507(a)(5) | $ |
| ☐ | Other. Specify subsection of 11 U.S.C § 507(a)(__) that applies. | $ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun after the date of adjustment.

---

**Part 3:    Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(B).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature Is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years or both.
18 U.S.C. §§ 152, 157 and 3571.

*Check the appropriate box:*

☐  I am the creditor.

☒  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/21/2018
                            MM / DD / YYYY

/S/ Scott D. Fink
  Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Scott D. Fink |
|---|---|
| Title | Agent for Creditor |
| Company | Weltman, Weinberg & Reis Co., LPA |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 323 W. Lakeside Avenue |
| | Cleveland, OH 44113 |
| Contact phone | 877 338 9484 |

Email  bronationalecf@weltman.com

Case 18-50398    Claim 125    Filed 06/26/18    Desc Main Document        Page 3 of 10

EXHIBIT E

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 18 of 24

**Debtor 1**  TechShop, Inc.

**Debtor 2**  _____
(Spouse if filing)

**United States Bankruptcy Court for the:**  Northern District of California (San Jose)

**Case number**  18-50398
**WWR #**  021408608

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed.  That date is on the notice of bankruptcy  (Form 309) that you received

| Part 1: | Identify the Claim |
| --- | --- |

| | |
| --- | --- |
| **1. Who is the current Creditor?** | North American Bancard Holdings, LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with debtor: _____ |
| **2. Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes.  From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where notices to the creditor should be sent?<br><br>North American Bancard Holdings, LLC<br>c/o Weltman, Weinberg & Reis Co. LPA<br>323 W. Lakeside Avenue  Ste 200<br>Cleveland, OH 44113<br><br>877 338 9484<br>bronationalecf@weltman.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | Where should  payments to the creditor be sent? (if different)<br><br>Weltman, Weinberg & Reis Co. LPA<br>P.O. Box 93784<br>Cleveland, OH 44113<br><br>_____<br>_____<br>_____<br>_____ |
| **4. Does this claim amend one already filed?** | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known) _____     Filed on _____ |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes.  Who made the earlier filing? |

Case 18-50398    Claim 126    Filed 06/26/18    Desc Main Document    Page 1 of 10

**EXHIBIT F**

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 19 of 24

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes..   Last 4 digits of the debtor's account or any number you use to identify the debtor:   <u>7455</u>

**7. How much is the claim?**    <u>$3,225.98</u>   **Does this amount include interest or other charges?**

       ☒   No

       ☐   Yes.   Attach a statement itemizing, fees, expenses or other charges required by Bankruptcy Rule 3001 ( c) (2) (A).

**8. What is the basis of the Claim**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

<u>Credit Card Processing Services</u>

**9. Is all or part of the claim Secured**

☒   No

☐   Yes The claim is secured by a lien on property

**Nature of property:**

     ☐   Real estate

     ☐   Motor Vehicle

     ☐   Other.   Describe:

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                    $

**Amount of the claim that is secured:**        $

**Amount of the claim that is unsecured:**     <u>$      </u>    (The sum of the secured and unsecured Amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $

**Annual Interest Rate** (when case was filed)        %

     ☐   **Fixed**

     ☐   **Variable**

**10. Is this claim based on a lease?**

☒   No

☐   Yes Amount necessary to cure any default as of the date of the petition.     $

**11. Is this claim subject to a right of setoff?**

☒   No

☐   Yes.   Identify the property:

Case 18-50398     Claim 126     Filed 06/26/18     Desc Main Document     Page 2 of 10

EXHIBIT F

Case: 18-50398     Doc# 332     Filed: 04/06/21     Entered: 04/06/21 08:41:39     Page 20 of 24

**12** Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)

A claim may be partly priority and partly non priority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes.  *Check one:*

<span style="background-color:yellow">Amount entitled to priority</span>

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $ ___

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use.  11 U.S.C. § 507(a)(7)  $ ___

☐ Wages, salaries or commissions (up to $12,850*) earned within 180 days before the Bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4)  $ ___

☐ Taxes or penalties owed to governmental units.  11 U.S.C § 507(a)(8).  $ ___

☐ Contributions to an employee benefit plan. 11 U.S.C § 507(a)(5)  $ ___

☐ Other. Specify subsection of 11 U.S.C § 507(a)(_) that applies.  $ ___

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun after the date of adjustment.

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(B).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature Is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/21/2018
　　　　　　　　　　MM / DD / YYYY

/S/ Scott D. Fink
　Signature

**Print the name of the person who is completing and signing this claim:**

Name　　　　Scott D. Fink

Title　　　　Agent for Creditor

Company　　Weltman, Weinberg & Reis Co., LPA
　　　　　　　Identify the corporate servicer as the company if the authorized agent is a servicer.

Address　　　323 W. Lakeside Avenue
　　　　　　　Cleveland, OH 44113

Contact phone　877 338 9484　　　　　Email  bronationalecf@weltman.com

Case 18-50398    Claim 126    Filed 06/26/18    Desc Main Document    Page 3 of 10

**EXHIBIT F**

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 21 of 24

**Fill in this information to identify the case:**

**Debtor 1** <u>TechShop, Inc.</u>

**Debtor 2** _____
(Spouse if filing)

**United States Bankruptcy Court for the:** <u>Northern District of California (San Jose)</u>

**Case number** <u>18-50398</u>
**WWR #** <u>021408641</u>

## <u>Official Form 410</u>
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received

| Part 1: | Identify the Claim |
|---|---|

| | |
|---|---|
| **1. Who is the current Creditor?** | <u>North American Bancard Holdings, LLC</u><br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with debtor: _____ |
| **2. Has this claim been acquired from someone else?** | ☒ No<br><br>☐ Yes. From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where notices to the creditor should be sent?<br><br><u>North American Bancard Holdings, LLC</u><br><u>c/o Weltman, Weinberg & Reis Co. LPA</u><br><u>323 W. Lakeside Avenue  Ste 200</u><br><u>Cleveland, OH 44113</u><br><br><u>877 338 9484</u><br><u>bronationalecf@weltman.com</u> | Where should payments to the creditor be sent? (if different)<br><br><u>Weltman, Weinberg & Reis Co. LPA</u><br><u>P.O. Box 93784</u><br><u>Cleveland, OH 44113</u><br>_____<br>_____<br>_____<br>_____<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): |
| **4. Does this claim amend one already filed?** | ☒ No<br><br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br><br>☐ Yes. Who made the earlier filing? |

Case 18-50398    Claim 155    Filed 07/13/18    Desc Main Document    Page 1 of 19

EXHIBIT G

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 22 of 24

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes.. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9240

**7. How much is the claim?**

$16,003.06 **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach a statement itemizing, fees, expenses or other charges required by Bankruptcy Rule 3001 ( c) (2) (A).

**8. What is the basis of the Claim**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Credit Card Processing Services

**9. Is all or part of the claim Secured**

☒ No

☐ Yes The claim is secured by a lien on property

**Nature of property:**

☐ Real estate

☐ Motor Vehicle

☐ Other. Describe:

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $

**Amount of the claim that is secured:** $

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured Amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $

**Annual Interest Rate** (when case was filed) %

☐ **Fixed**

☐ **Variable**

**10. Is this claim based on a lease?**

☒ No

☐ Yes Amount necessary to cure any default as of the date of the petition. $

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property:

| | | |
|---|---|---|
| **12 Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)** | ☒ No | |
| A claim may be partly priority and partly non priority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | Amount entitled to priority |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7) | $ |
| | ☐ Wages, salaries or commissions (up to $12,850*) earned within 180 days before the Bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C § 507(a)(5) | $ |
| | ☐ Other. Specify subsection of 11 U.S.C § 507(a)(_) that applies. | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun after the date of adjustment. | |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(B).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature Is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years or both. 18 U.S.C. §§ 152, 157 and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   07/13/2018
                              MM / DD / YYYY

/S/ Scott D. Fink
  Signature

**Print the name of the person who is completing and signing this claim:**

Name          Scott D. Fink

Title           Agent for Creditor

Company    Weltman, Weinberg & Reis Co., LPA
                  Identify the corporate servicer as the company if the authorized agent is a servicer.

Address      965 Keynote Circle
                  Brooklyn Heights, OH  44131

Contact phone   877 338 9484          Email  bronationalecf@weltman.com

Case 18-50398    Claim 155    Filed 07/13/18    Desc Main Document    Page 3 of 19

EXHIBIT G

Case: 18-50398    Doc# 332    Filed: 04/06/21    Entered: 04/06/21 08:41:39    Page 24 of 24