Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA  94104
Telephone No.:  415-672-5991
Facsimile No.:   415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**OBJECTION TO CLAIM 206**<br>**(Christina S. Chu)**<br><br>[No Hearing Required Unless Requested] |

**TO  CHRISTINA S. CHU:**

**PLEASE TAKE NOTICE THAT** Doris Kaelin, Chapter 7 Trustee ("Trustee") of the estate of TechShop, Inc. ("Debtor"), files this objection to Claim 206 filed by Christina S. Chu ("Claimant") on July 26, 2018 as a general unsecured claim in the amount of $24,251.98 ("Claim"). A true and correct copy of the Claim is attached hereto as **Exhibit A**. If the Trustee's objection is sustained, the Claim will be disallowed in its entirety.

The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on February 26, 2018 ("Petition Date"). Prior to the Petition Date, the Debtor operated approximately ten do-it-yourself fabrication shops in California, Texas, Detroit, Arizona and other locations in the United States. The Debtor operated all of its do-it-yourself fabrication shops as separate legal entities, with names such as: "TechShop SoMA LLC," "TechShop Peninsula LLC," "Tech Shop Mid-Peninsula

1

LLC," "TechShop San Jose LLC," "TechShop Los Angeles LLC," "TechShop Detroit LLC," "TechShop Arlington LLC," "TechShop St. Louis LLC," and "TechShop New York LLC" (collectively, the "LLCs"). Each of these limited liability companies are separate, distinct entities from the Debtor. The LLCs incurred liabilities and obligations to third parties, which liabilities and obligations are not debts of the Debtor. The assets of the LLCs are not part of the Debtor's bankruptcy estate.

The Trustee has reviewed the Claim. The Claim includes a reference for the basis of the Claim as "Money Loaned." The Debtor's bankruptcy schedules, filed under penalty of perjury, provide that a subsidiary of the Debtor, "TechShop SoMa LLC," was obligated to Claimant for principal and accrued interest for a loan. A copy of a page from the Debtor's sworn schedules reflecting TechShop SoMa LLC's obligation to the Claimant is attached hereto as **Exhibit B**.

On March 30, 2021, Trustee's counsel sent an e-mail to the Claimant using the e-mail address found on the Claim, requesting that back-up documentation be delivered to Trustee's counsel by no later than April 5, 2021. No response was received. A copy of the e-mail, without exhibits, is attached hereto as **Exhibit C**.

Based on the information available to the Trustee, including the Debtor's sworn schedules, the sums sought by Claimant are an obligation of an entity other than the Debtor, and are not an obligation of the estate.

WHEREFORE, the Trustee prays for an order, as follows:

1. Disallowing in its entirety Claim 206 filed by Christina S. Chu as a general unsecured claim in the amount of $24,251.98, on the grounds that it is not an obligation of the Debtor; and

2. For such other relief as the Court deems just and appropriate.

DATED: April 9, 2021                RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | TechShop, Inc. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of California |
| Case number | 18-50398 MEH 7 |



ORIGINAL FILED JUL 2 6 2018 CLERK United States Bankruptcy Court San Jose, California

Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must **leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Christina Chu
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor: Christina S Chu

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Christina Chu
Name
107 North Amphlett Blvd
Number  Street
San Mateo    CA    94401
City    State    ZIP Code
Contact phone 4156120251
Contact email christinasc@gmail.com

Where should payments to the creditor be sent? (if different)
Christina Chu
Name
107 North Amphlett Blvd
Number  Street
San Mateo    CA    94401
City    State    ZIP Code
Contact phone 4156120251
Contact email christinasc@gmail.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/___ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ _____24,251.98_____ . Does this amount include interest or other charges?

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 07/19/2018
MM / DD / YYYY

*/s/ Christina S Chu*
Signature

Print the name of the person who is completing and signing this claim:

Name: Christina S Chu
First name  Middle name  Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 107 North Amphlett Blvd
Number  Street
San Mateo    CA    94401
City    State   ZIP Code

Contact phone: 4156120251    Email: christinasc@gmail.com

 Gmail

Christina Chu <christinasc@gmail.com>

## TechShop Investor -- Your Help Is Needed! TechShop Loan Conversion -- Action Required & Reinvest!

3 messages

**Elizabeth Bobek Bauer** <invest@techshop.ws>
To: Christina Chu <christinasc@gmail.com>

17 September 2017 at 15:14

Hi Christina!

We urgently need your help!

If you participated in last month's TechShop investor webinar (click to watch recording) or our annual shareholder meeting on August 26th, you know that TechShop's immediate financial situation is dire. **You also know that the company is taking significant and specific measures to navigate out of these troubled waters.** Highlights include:

- Overseas Licensing continues to present enormous opportunities for years to come. Our licensing partner Adeo-Leroy Merlin has opened its second TechShop in Lille, France, and we're pursuing additional new licensing opportunities globally that promise to add much needed revenue in 2018.

- The City of New York issued TechShop a $5M grant to develop a world-class location that will open in Brooklyn this fall.

- The five-year financial outlook under our new licensing and managed services pivot is extremely promising due largely to the compounding effect of annual licensing fees for licensed locations and the capital burden to open new locations.

If we can navigate our way out of our current troubled waters, we can realize the kind of company we have all dreamed of. However, to accomplish this pivot, it is essential that **a supermajority of our loan holders convert outstanding balances to Series B preferred equity shares in TechShop, Inc., and that we raise additional funds to continue operations.**

Reasons to convert your outstanding loan balance to Series B preferred equity shares and reinvest capital in TechShop, Inc. include the following:

- **Without** a supermajority conversion to equity, our chances of raising additional capital are slim.
- **Without** additional capital, TechShop, Inc., will be forced to cease operations.
- **With** a supermajority conversion to equity, we are in a much better position to raise additional capital.
- **By raising $5M**, TechShop will be in a position to buy back a portion of Autodesk debt at a discount, which will put you, **even as a shareholder,** in a much stronger position. (Since Autodesk is currently in a senior secured position at a $18M+ level, in any liquidation scenario, it would get everything.)

To be crystal clear, without (1) a supermajority of our loan holders converting to equity and (2) a successful immediate raise of additional capital (goal $5M+), we are going to have a very tough time staying in business.

**YOUR LOAN BALANCE**

At the end of August, your balance was **$17,955.32** principal and **$6,296.66** accrued and unpaid interest, for a total of **$24,251.98**.

**EXHIBIT A**

| | | |
|---|---|---|
| 3.2307 | **Nonpriority creditor's name and mailing address**<br>**Christina Mancini**<br>**1307 Shoal Drive**<br>**San Mateo, CA 94404**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.2308 | **Nonpriority creditor's name and mailing address**<br>**Christina Morales**<br>**12501 Rush Creek Lane**<br>**Austin, TX 78732**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.2309 | **Nonpriority creditor's name and mailing address**<br>**Christina Neumann**<br>**239 Parker Street**<br>**Pittsburgh, PA 15223**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.2310 | **Nonpriority creditor's name and mailing address**<br>**Christina S Chu**<br>**107 N. Amphlett Blvd**<br>**San Mateo, CA 94401**<br>Date(s) debt was incurred **3/20/2010**<br>Last 4 digits of account number **NA** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Principal and accrued interest for loan to TechShop SOMA LLC**<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,014.47** |
| 3.2311 | **Nonpriority creditor's name and mailing address**<br>**Christina Skieller**<br>**3003 23rd Street**<br>**San Francisco, CA 94110**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.2312 | **Nonpriority creditor's name and mailing address**<br>**Christina Tsien**<br>**4927 Parkview Place.**<br>**Saint Louis, MO 63108**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.2313 | **Nonpriority creditor's name and mailing address**<br>**Christina VanZandt**<br>**20 Lane Place**<br>**Atherton, CA 94027**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice Only re Techshop Subsidiary LLC Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| **From:** | Gregg Kleiner |
| **Sent:** | Tuesday, March 30, 2021 10:29 AM |
| **To:** | christinasc@gmail.com |
| **Subject:** | Techshop - claim filed by Christina Chu #206 |
| **Attachments:** | Claim 206 Christina S Chu (note).pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Ms. Chu,

My office is counsel to Doris Kaelin, the chapter 7 trustee of Techshop. You filed the attached claim but did not include a copy of any back-up for the debt related to "money loaned", like a copy of a promissory note. Please forward to me documents that back up your claim. Please forward them to me by no later than April 5, 2021. Thank you, Gregg



Gregg S. Kleiner
Rincon Law LLP
(415) 840-6385 (Direct)
(415) 672-5991 (Main)
(415)-996-8180 (Cell)
gkleiner@rinconlawllp.com

1

**EXHIBIT C**