Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**OBJECTION TO CLAIM 220**<br>**(Silicon Valley Engineering Council)**<br><br>[No Hearing Required Unless Requested] |

**TO SILICON VALLEY ENGINEERING COUNCIL,
ATTENTION ELISE ENGLEHARDT, DIRECTOR:**

**PLEASE TAKE NOTICE THAT** Doris Kaelin, Chapter 7 Trustee ("Trustee") of the estate of TechShop, Inc. ("Debtor"), files this objection to Claim 220 filed by Silicon Valley Engineering Council ("Claimant") on July 26, 2018 as a general unsecured claim in the amount of $92,400 ("Claim"). A true and correct copy of the Claim is attached hereto as **Exhibit A**.

The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on February 26, 2018 ("Petition Date"). Prior to the Petition Date, the Debtor operated approximately ten do-it-yourself fabrication shops in California, Texas, Detroit, Arizona and other locations in the United States. The Debtor operated all of its do-it-yourself fabrication shops as separate legal entities, with names such as: "TechShop SoMA LLC," "TechShop Peninsula LLC," "Tech Shop Mid-Peninsula LLC," "TechShop San Jose LLC," "TechShop Los Angeles LLC," "TechShop Detroit LLC,"

"TechShop Arlington LLC," "TechShop St. Louis LLC," and "TechShop New York LLC" (collectively, the "LLCs"). Each of these limited liability companies are separate, distinct entities from the Debtor. The LLCs incurred liabilities and obligations to third parties, which liabilities and obligations are not debts of the Debtor. The assets of the LLCs are not part of the Debtor's bankruptcy estate.

The Trustee has reviewed the Claim, which includes invoices to Claimant from "TechShop San Jose LLC": one in the aggregate amount of $40,800, dated January 20, 2017; and another in the aggregate amount of $47,000, dated June 30, 2017. Based on the Trustee's review of the Claim and documents available to the Trustee, the invoices represent obligations of TechShop San Jose LLC. Because the Claim relates to obligations of an entity other than the Debtor, the Claim must be disallowed in their entirety.

WHEREFORE, the Trustee prays for an order, as follows:

1. Disallowing, in its entirety Claim 220 filed by Silicon Valley Engineering Council as a general unsecured claim in the amount of $92,400, for the reasons set forth above; and

2. For such other relief as the Court deems just and appropriate.

DATED: April 9, 2021           RINCON LAW LLP

                                By: /s/ Gregg S. Kleiner
                                    GREGG S. KLEINER
                                    Counsel for DORIS A. KAELIN,
                                    Trustee in Bankruptcy

Fill in this information to identify the case:

Debtor 1   TechShop, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   Northern District of California

Case number: 18–50398

FILED
U.S. Bankruptcy Court
Northern District of California

7/26/2018

Edward J. Emmons, Clerk

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Silicon Valley Engineering Council

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Silicon Valley Engineering Council
Name

Attn: Elisa Englehardt, President
PO Box 611865
San Jose, CA 95161

Contact phone    4083600669

Contact email    engelhardte@asme.org

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**Where should payments to the creditor be sent?** (if different)

349 Avenida Arboles
Name

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                Proof of Claim                                page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: \_\_\_\_ | |
| 7. **How much is the claim?** | $ 92400.00 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Contracted the debtor to supply classes for low income children who we would provide | |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>    **Nature of property:**<br>    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>    ☐ Motor vehicle<br>    ☐ Other. Describe: _____<br><br>    **Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) \_\_\_\_ %<br>☐ Fixed<br>☐ Variable | |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ | |

Official Form 410            Proof of Claim            page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  7/26/2018
MM / DD / YYYY

/s/ Elise Engelhardt
Signature

Print the name of the person who is completing and signing this claim:

Name  Elise Engelhardt
First name    Middle name    Last name

Title  Director

Company  Silicon Valley Engineering Council
Identify the corporate servicer as the company if the authorized agent is a servicer

Address  349 Avenida Arboles
Number  Street
San Jose, CA 95123
City   State   ZIP Code

Contact phone  4083600669    Email  svengineeringcouncil@gmail.com

Official Form 410                Proof of Claim                page 3



Elise Engelhardt <techelise@gmail.com>

# Fwd: Final MOU - SVEC / TechShop for signature

**Elise Engelhardt** <techelise@gmail.com>   Mon, Mar 5, 2018 at 4:22 PM
To: danielbwoods@gmail.com

There were 102 of the $600 scholarships of which 4 were used. There were also 14 six month parent+child memberships which included 84 classes ($2400). None of those were used. I got the codes in late July.

Below are the emails from Mike Hilberman about the MOU and the email TechShop sent out announcing the partnership and also one I exchanged with Ben Lewis. I have attached the MOU and the two invoices from TechShop we paid. Here is the page we set up for applications; https://www.svec.org/events/techshop-scholarships

From : Ben Lewis <ben.lewis@techshop.ws>
Date: Tue, Aug 8, 2017 at 10:47 AM
hey, Elise.

You asked about a STEAM coupon before> We can set those up. That does make the most sense for everyone. The form you attached looks really good to me. I think the question regarding the student's camp of interest is a good one that should have been included in my original.

Sorry for the delays in response. I bungled the hand off from Mike leaving TechShop and will be sure to be your first point of contact for everything in the future.

I can also connect you with Michael Erickson (He's the new GM, formerly at Redwood City) and Jeff Sims our Education Coordinator in San Jose. They will be able to help execute on any on the ground tweaks that need to be made to uphold the level of education we expect out of TechShop and promised to SVEC through this project.

We will run spring break and winter camps. They don't always sell as well, but if we've got a pool of scholarship kids who are hanging out over the break, it's a good opportunity to serve them. We will also pick up any other folks inthe area who are interested.

Cheers and Thanks.



**Ben Lewis**
Director of Education
ben@techshop.com
+1(334)707-0722



From: **Mike Hilberman** <mhilberman@earlygrowthfinancialservices.com>
Date: Thu, Oct 27, 2016 at 8:39 PM
Subject: Final MOU - SVEC / TechShop for signature
To: "Yashesh A. Shroff" <yshroff@gmail.com>, Daniel Woods <daniel.woods@techshop.ws>
Cc: Elise Engelhardt <techelise@gmail.com>, Jim Newton <jim@techshop.com>, Michael Catterlin <mikec@techshop.ws>

Yashesh / Dan,

Case 18-50398   Claim 220   Filed 07/26/18   Desc Attachment 1   Page 1 of 3

EXHIBIT A

Case: 18-50398   Doc# 338   Filed: 04/09/21   Entered: 04/09/21 05:38:45   Page 6 of 10

Attached is the final version of the MOU for electronic signature. We are really excited for this partnership!!

-Mike

---
Mike Hilberman
CFO
Early Growth Financial Services
P: (408) 475-2383   C: (650) 245-9836
mhilberman@earlygrowthfinancialservices.com

From: **Jim Newton -- TechShop Founder** <techshopjim@techshop.ws>
Date: Fri, Oct 28, 2016 at 3:52 AM
Subject: Elise -- Your Donation to Help Save TechShop San Jose Is Now Tax-Deductible...
To: Elise Engelhardt <techelise@gmail.com>

Hi Elise...

I'm thrilled to announce today that TechShop has partnered with the Silicon Valley Engineering Council (SVEC) to provide STEAM scholarships to disadvantaged youth and young adults. This will help further SVEC's mission of promoting engineering educational activities, programs, and outreach by providing San Jose and Bay Area youth with STEAM education and memberships at TechShop.

Through this partnership, you can now help support TechShop San Jose's construction fundraising effort and receive a tax donation in the process. We've asked you, our members, to help save TechShop San Jose and close our $1M construction budget gap by (1) becoming an investor, (2) pre purchasing a membership, or (3) sponsoring a student for our STEAM after school program. Now in working with SVEC, a 501(c)(3) nonprofit organization, **any donation you make towards a TechShop STEAM scholarship will be tax deductible.**

The TechShop STEAM program has been running successfully for several years and consists of 30 hours of hands-on, project-based learning. Students use the advanced tools, equipment, and software at TechShop to work on personal designs, completing open-ended projects focusing on science, technology, engineering, arts, and math.

Each TechShop STEAM scholarship recipient receives the following:

- One seat in a TechShop after-school STEAM camp (30 hours of training)
- Two 6-month TechShop memberships (one for the student and one for an accompanying parent/guardian/mentor/coach)
- Six Premium class coupons to support them in ongoing, self-guided learning

You can find out more about TechShop's STEAM program here: http://www.techshop.ws/STEAM.html

And you can find out more about SVEC on their website: https://www.svec.org/

For the latest news on the TechShop San Jose relocation fundraising efforts and to pledge your support, please visit us here: http://www.techshop.ws/tssj_move.html

We are really excited at this new partnership and the opportunity it brings. And by helping a deserving kid gain access to the equipment and software of the maker revolution, **your donation is now fully tax**

Case 18-50398    Claim 220    Filed 07/26/18    Desc Attachment 1    Page 2 of 3

EXHIBIT A

Case: 18-50398    Doc# 338    Filed: 04/09/21    Entered: 04/09/21 05:38:45    Page 7 of 10

**deductible.**

Thank you, Elise. All of us at TechShop deeply appreciate your support, and we look forward to working with you and the entire TechShop community to keep our San Jose location alive and strong.

Jim Newton
Founder and Chairman, TechShop, Inc.
Build Your Dreams Here!
jim@techshop.com
Main: 1-(855)-TECHSHOP
Cell: 1-(650)-766-6306
http://www.techshop.com/

**3 attachments**


**SVEC-TechShop MOU Final.pdf**
490K


**SVEC Invoice 521873.pdf**
25K


**SVEC 522092.pdf**
106K



# Invoice

**TechShop San Jose**

300 South 2nd Street
San Jose, CA  95113-2711
408-916-4144

| Date | Invoice # |
|---|---|
| 1/20/2017 | 521873 |

| Bill To | Ship To |
|---|---|
| Silicon Valley Engineering Council<br>PO Box 611865<br>San Jose, CA 95161 | |

| P.O. No. | Rep | Contract | Terms |
|---|---|---|---|
| | | | Due on receipt |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| STEAM GRANT | STEAM Grant Money from Donations via partner Silicon Valley Engineering Council (SVEC)<br><br>30 Hour STEAM Camps Plus two 6 Month Memberships (student & adult) and 6 class coupons | 6 | 2,500.00 | 15,000.00 |
| STEAM GRANT | STEAM Grant Money from Donations via partner Silicon Valley Engineering Council<br><br>STEAM Camp - One Week Session | 43 | 600.00 | 25,800.00 |

Funds can be Wired:
JP Morgan Chase
560 Mission Street
San Francisco, CA 94105
Routing Number:  322271627
Account Number:  881145676

**Thank you for your Partnership**

| | |
|---|---|
| **Subtotal** | $40,800.00 |
| **Sales Tax  (8.75%)** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $40,800.00 |

www.techshop.ws



# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2017 | 522092 |

**TechShop San Jose**
38 South 2nd Street
San Jose, CA 95113-2711
408-916-4144

| Bill To | Ship To |
|---|---|
| Silicon Valley Engineering Council<br>PO Box 611865<br>San Jose, CA 95161 | |

| P.O. No. | Rep | Contract | Terms |
|---|---|---|---|
| | | | Due on receipt |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| STEAM GRANT | STEAM Grant Money from Donations via partner Silicon Valley Engineering Council (SVEC)<br><br>30 Hour STEAM Camps Plus two 6 Month Memberships (student & adult) and 6 class coupons | 8 | 2,500.00 | 20,000.00 |
| STEAM GRANT | STEAM Grant Money from Donations via partner Silicon Valley Engineering Council<br><br>STEAM Camp - One Week Session | 45 | 600.00 | 27,000.00 |

In the event that you would prefer to pay via ACH or EFT please notify your store FDL or Manager for a copy of the banking information.

**Thank you for your patronage. All invoices are due on receipt. All invoices that are 30 or more days past due will incur a finance charge of 1.5% monthly (18% annually), or the maximum allowed by law, until paid in full.. Returned checks will be subject to a $35 returned check fee**

| | |
|---|---|
| **Subtotal** | $47,000.00 |
| **Sales Tax (8.75%)** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $47,000.00 |

www.techshop.ws