Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**OBJECTION TO CLAIM 222**<br>**(Pierre Leon Pellissier)**<br><br>[No Hearing Required Unless Requested] |

**TO PIERRE LEON PELLISSIER:**

**PLEASE TAKE NOTICE THAT** Doris Kaelin, Chapter 7 Trustee ("Trustee") of the estate of TechShop, Inc. ("Debtor"), files this objection to Claim 222 filed by Pierre Leon Pellissier ("Claimant") on July 26, 2018 as a general unsecured claim in the amount of $25,000 ("Claim"). A true and correct copy of the Claim is attached hereto as **Exhibit A**. If the Trustee's objection is sustained, the Claim will be disallowed in its entirety.

The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on February 26, 2018 ("Petition Date"). Prior to the Petition Date, the Debtor operated approximately ten do-it-yourself fabrication shops in California, Texas, Detroit, Arizona and other locations in the United States. The Debtor operated all of its do-it-yourself fabrication shops as separate legal entities, with

names such as: "TechShop SoMA LLC," "TechShop Peninsula LLC," "Tech Shop Mid-Peninsula LLC," "TechShop San Jose LLC," "TechShop Los Angeles LLC," "TechShop Detroit LLC," "TechShop Arlington LLC," "TechShop St. Louis LLC," and "TechShop New York LLC" (collectively, the "LLCs"). Each of these limited liability companies are separate, distinct entities from the Debtor. The LLCs incurred liabilities and obligations to third parties, which liabilities and obligations are not debts of the Debtor. The assets of the LLCs are not part of the Debtor's bankruptcy estate.

The Trustee has reviewed the Claim. The Claim includes a reference for the basis of the Claim as "Investment." The Debtor's bankruptcy schedules, filed under penalty of perjury, list Claimant as "Notice Only re Techshop Subsidiary LLC Customer." A copy of a page from the Debtor's sworn schedules reflecting the above is attached hereto as **Exhibit B**.

Based on the information available to the Trustee, including the Debtor's sworn schedules, the Trustee has concluded that the sum sought by Claimant is an obligation of an entity other than the Debtor, and is not an obligation of the estate.

WHEREFORE, the Trustee prays for an order, as follows:

1. Disallowing in its entirety Claim 222 filed by Pierre Leon Pellissier as a general unsecured claim in the amount of $25,000, on the grounds that it is not an obligation of the Debtor; and

2. For such other relief as the Court deems just and appropriate.

DATED: April 9, 2021                    RINCON LAW LLP

                                        By: /s/ Gregg S. Kleiner
                                            GREGG S. KLEINER
                                            Counsel for DORIS A. KAELIN,
                                            Trustee in Bankruptcy

**Fill in this information to identify the case:**

Debtor 1 __TechShop, Inc.__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court __Northern District of California__

Case number: __18–50398__

Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Techshop, Inc.

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Techshop, Inc.
Name

P.O. Box 1582
Santa Cruz, CA 95061
Santa Cruz, CA 95061

Contact phone ____831 600–8093____

Contact email ____dktrustee@gmail.com____

**Where should payments to the creditor be sent?** (if different)

_____
Name

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410     Proof of Claim     page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?** $ 25000.00

**Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as healthcare information.

Investment

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.
**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____
**Amount of the claim that is secured:** $ _____
**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410        Proof of Claim        page 2

Case 18-50398  Claim 222  Filed 07/26/18  Desc Main Document  Page 2 of 3

**EXHIBIT A**

Case: 18-50398  Doc# 340  Filed: 04/09/21  Entered: 04/09/21 05:49:46  Page 4 of 6

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No <br> ☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 7/26/2018
MM / DD / YYYY

/s/ Pierre Leon Pellissier
Signature

Print the name of the person who is completing and signing this claim:

Name: Pierre Leon Pellissier
First name   Middle name   Last name

Title:

Company:
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 1299 Settle Ave.
Number  Street
San Jose, CA 95125
City  State  ZIP Code

Contact phone 4089135605   Email Pierre@pellissier.org

Official Form 410                Proof of Claim                page 3

| | | | |
|---|---|---|---|
| Debtor | **TechShop, Inc.** | Case number (if known) | |
| | Name | | |

| 3.9962 | **Nonpriority creditor's name and mailing address**<br>**Phyllis Schmit**<br>**19992 Rodrigues Ave**<br>**Cupertino, CA 95014**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.9963 | **Nonpriority creditor's name and mailing address**<br>**Phyllis Singer**<br>**1808 Sharwood Place**<br>**Crofton, MD 21114**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.9964 | **Nonpriority creditor's name and mailing address**<br>**Pierce Young**<br>**13802 Turbine Dr.**<br>**Austin, TX 78728**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.9965 | **Nonpriority creditor's name and mailing address**<br>**Pierre Coeurdeuil**<br>**1422 Funston Ave.**<br>**San Francisco, CA 94122**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.9966 | **Nonpriority creditor's name and mailing address**<br>**Pierre Andrada**<br>**355 Buena Vista Avenue East #312W**<br>**San Francisco, CA 94117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.9967 | **Nonpriority creditor's name and mailing address**<br>**Pierre Capeder**<br>**290 Amber Drive**<br>**San Francisco, CA 94131**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.9968 | **Nonpriority creditor's name and mailing address**<br>**Pierre Pellissier**<br>**1299 Settle Ave.**<br>**San Jose, CA 95125**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only re Techshop Subsidiary LLC Customer<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |