Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA  94104
Telephone No.:  415-672-5991
Facsimile No.:   415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re | Case No. 18-50398 MEH |
|---|---|
| TECHSHOP, INC., | Chapter 7 |
| | Hon. M. Elaine Hammond |
| Debtor. | **NOTICE AND OPPORTUNITY FOR HEARING ON OBJECTION TO CLAIM 222** |
| | **(Pierre Leon Pellissier)** |
| | [No Hearing Required Unless Requested] |

**TO PIERRE LEON PELLISSIER:**

**PLEASE TAKE NOTICE THAT** Doris Kaelin, Chapter 7 Trustee of the estate of the above Debtor, has filed an objection to your claim in the above case. A copy of the objection is served with this Notice. Please read it carefully.

**PLEASE TAKE FURTHER NOTICE THAT**, if you wish to contest the Trustee's objection, you must do so in conformity with Rule 3007-1(c) and 9014-1 of the Bankruptcy Local Rules for the Northern District of California. Together, these rules proscribe the following procedure for contesting an objection to claim:

(a) Any objection to the requested relief or request for hearing on the matter must be filed and served upon the initiating party **within 30 days** of mailing of this Notice;

(b) Any objection or request for hearing must be accompanied by any declarations or memoranda of law the requesting party wishes to present in support of its position.

If there is no timely opposition to the objection or a request for hearing, the Court may enter an order granting the relief by default. In the event of a timely opposition or request for hearing, the initiating party will schedule a hearing and will give the creditor at least 7 days' written notice of the hearing and to any trustee or committee appointed in the case.

**PLEASE TAKE NOTICE THAT** due to the shelter in place requirements caused by the COVID-19 pandemic, all appearances will be by telephone, or, in the Court's sole discretion, by video conference. Instructions on how to file opposition, if any, and how to appear by phone are contained provided at the following link on the Court's website

https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak

and further detailed in the Court's Sixth Amended General Order 38, effective March 5, 2021.

The Court's Sixth Amended General Order specifies the following: "All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."

All Bankruptcy Court locations are closed to the general public, and no court staff will be physically present to assist any attorney, party or other interested person or accept any document for filing at any court location. This closure will remain in effect until otherwise ordered. ECF Registered Participants must file all documents electronically. All other parties may submit documents for filing by mail, electronically via the court's website, or in designated drop-box locations. Filing fee payments (no cash) may be submitted electronically, by mail or drop-box. Information regarding electronic submission of documents, mailing addresses, drop-box location and hours, are available under the "Court Operations during the COVID-19 Outbreak Information about Hearings, Filings, and Operations" banner on the court's website:

https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak

Documents and filing fees submitted by mail should be sent by U.S. Mail to: United States Bankruptcy Court, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102; United States Bankruptcy Court, 280 South First Street, Suite 3035, San Jose, CA 95113; United States Bankruptcy Court. 1300 Clay Street, Suite 300, Oakland, CA 94612; or United States Bankruptcy Court, 99 "E" Street, Santa Rosa, CA 95404.

Documents submitted by e-mail should be sent to:

CANB-EMERGENCY-FILINGS@canb.uscourts.gov.

All counsel, parties and other interested persons who intend to appear on a calendared motion or application shall appear telephonically or, at the presiding judge's discretion, by video. Again, absent express order of the presiding judge, there will be no physical access to any courtroom. Instructions for appearing can be found on each individual judge's calendar page on the Bankruptcy Court's website: https://www.canb.uscourts.gov/calendars/judges.

In the event that there is a hearing, counsel, parties and other interested persons may appear telephonically via AT&T or Zoom. Instructions for appearing telephonically can be found on each individual judge's calendar page on the Bankruptcy Court's website: https://www.canb.uscourts.gov/calendars/judges. There will be NO COST for these services.

**PLEASE TAKE FURTHER NOTICE THAT**, if the Bankruptcy Court can dispose of the claim objection as a pure issue of law, the Bankruptcy Court may do so at the requested hearing. If a factual dispute is involved, the first hearing on the claim objection will be a status conference and further proceedings will be scheduled at that time.

DATED: April 9, 2021         RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
    GREGG S. KLEINER
    Counsel for DORIS KAELIN,
    Trustee in Bankruptcy