**Entered on Docket**
**April 26, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: April 26, 2021

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**ORDER SUSTAINING OBJECTION TO CLAIM 41**<br>**(LCA Bank)** |

Upon due consideration of the Trustee's Request for Entry of Order Sustaining Objection to Claim 41 (LCA Bank), and the Declaration of Gregg S. Kleiner filed therewith, finding that notice is appropriate under the circumstances and that good cause exists therefor,

IT IS HEREBY ORDERED THAT the Trustee's Objection to Claim 41 (LCA Bank) filed March 22, 2021 as Docket No. 277 is sustained. Claim 41 filed by LCA Bank is reclassified to a general unsecured, non-priority claim, and reduced and allowed in the amount of $57,809.97.

**\*\*END OF ORDER\*\***

***COURT SERVICE LIST***

No Court Service Requested.