Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**REQUEST FOR ENTRY OF ORDER
DISALLOWING CLAIMS
121-126 AND 155
(North American Bancard Holdings, LLC)**

[No Hearing Requested]

    Doris A. Kaelin, Trustee in Bankruptcy of the estate of the above-named Debtor, respectfully represents:

    1.    On April 6, 2021, the Trustee served on North American Bancard Holdings, LLC c/o Weltman, Weinberg & Reis Co. LPA, Attn: Scott D. Fink: (i) a Notice and Opportunity for Hearing on Objection to Claims 121-126 and 155 (North American Bancard Holdings, LLC) [Docket No. 333]; and (ii) an Objection to Claims 121-126 and 155 (North American Bancard Holdings, LLC) [Docket No. 332] (the "Objection"), as evidenced by the Declaration of Mailing / Certificate of Service [Docket No. 334].

    2.    True and correct copies of Claims 121-126 and 155 (without exhibits or attachments) were attached to the Objection.

    3.    More than 30 days have passed since service of the Objection.

4. Except as described above and in the accompanying Declaration of Gregg S. Kleiner, no objection to the relief requested or request for a hearing was received by the Trustee.

WHEREFORE, the Trustee prays for an order:

1. Sustaining the Trustee's Objection; and
2. Disallowing Claims 121, 122, 123, 124, 125, 126 and 155 filed by North American Bancard Holdings, LLC in their entirety.

DATED: May 7, 2021     RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy