Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TechShop, Inc.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**DECLARATION OF GREGG S. KLEINER IN SUPPORT OF REQUEST FOR ENTRY OF ORDER DISALLOWING CLAIMS 121-126 AND 155**
**(North American Bancard Holdings, LLC)**

[No Hearing Requested]

I, Gregg S. Kleiner, declare as follows:

1. I am an attorney at law, duly admitted to practice before the bar of this Court and a Partner at Rincon Law LLP, counsel for Doris A. Kaelin trustee herein ("Trustee").

2. On April 6, 2021, this office caused to be served on North American Bancard Holdings, LLC c/o Weltman, Weinberg & Reis Co. LPA, Attn: Scott D. Fink: (i) a Notice and Opportunity for Hearing on Objection to Claims 121-126 and 155 (North American Bancard Holdings, LLC) [Docket No. 333]; and (ii) an Objection to Claims 121-126 and 155 (North American Bancard Holdings, LLC) [Docket No. 332] (the "Objection"), as evidenced by the Declaration of Mailing / Certificate of Service [Docket No. 334].

3. True and correct copies of Claims 121-126 and 155 (without exhibits or attachments) ("Claims") were attached to the Objection.

1

4. The Notice provided that the Trustee would seek an order disallowing the Claims by default unless the Claimant responded to the Objection within 30 days of the mailing of the Notice and Objection by filing with the Court and serving on me a request for hearing and any written response to the Objection.

5. More than 30 days have passed since the service of the Notice and Objection.

6. To the best of my knowledge, with respect to the Claims, no written response or request for a hearing thereon have been received by this office.

Except for statements made upon information and belief in this declaration, I declare under penalty of perjury under the laws of the United States of America that all other statements are true and correct. Executed this 7th day of May 2021 in Denver, Colorado.

/s/ Gregg S. Kleiner
GREGG S. KLEINER