Entered on Docket
May 12, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: May 12, 2021

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER DISALLOWING CLAIM 222**
**(Pierre Leon Pellissier)**

Upon due consideration of the Trustee's Request for Entry of Order Disallowing Claim 222 (Pierre Leon Pellissier), and the Declaration of Gregg S. Kleiner filed therewith, finding that notice is appropriate under the circumstances and that good cause exists therefor,

IT IS HEREBY ORDERED THAT the Trustee's Objection to Claim 222 (Pierre Leon Pellissier) filed April 9, 2021, as Docket No. 340, is sustained. Claim 222 filed by Pierre Leon Pellissier, is disallowed in its entirety.

***END OF ORDER***

***COURT SERVICE LIST***

No Court Service Requested.