Theresa A. Saxon for Scott A. Saxon
30867 Tucker St., NE
Cambridge, MN 55008
(919) 377-9281 (cell)

May 19, 2021

Re. Case No. 18-50398 MEH, TechShop, Inc. Saon Obj to Claim

If I am unable to access ZOOM for the 2021-05-20 conference, please see my statement below:

We believe that the manner in which Scott Saxon acquired the $46,297 TechShop, Inc. Stock Certificate improves his place in the disbursement of funds.

Scott Saxon was Founder and General Manager of TechShop Durham and later TechShop Raleigh Durham, owning 51%, and TechShop, Inc. owned 49%.

TechShop, Inc. bought out Scott in November 2011 and Scott and I, Theresa Saxon, stayed on as General Manager and Office Manager.

Scott was paid $46,297 in TechShop, Inc. stock in the Buy-out. I have attached a copy of the Buy-Out Disbursements Record.

A year and a half later TechShop, Inc. closed TechShop Raleigh Durham.

The $46,297 TechShop, Inc. stock certificate in Scott's name was not an investment purchase. That particular amount was partial payment of back pay that was due Scott for which withholding taxes were paid. Please see the Buy-out Disbursements spreadsheet attached hereto.

As the stock certificate was a substitute for back pay, it appears right and just that Scott should receive his back pay in currency at this time."

Respectfully,

Theresa A. Saxon
for Scott A. Saxon

| TECHSHOP RDU, LLC | | | | | |
|---|---|---|---|---|---|
| BUY-OUT DISBURSEMENTS | | | | | |
| 81,904.82 | Received 11/01/11 | | | | |
| -3,000.00 | To Scott A. Saxon | 11/01/11 | Partial back pay | | |
| -6,000.00 | To Erick A. Saxon | 11/01/11 | Short term loan returned | loan dates: 8/9 & 8/13/11; no interest | |
| -5,914.40 | To Evan Daniel | 11/01/11 | Short term loan | 5,242.77 Principal, 671.63 interest | |
| -8,951.11 | To Michael McNabb & Margaret Woodlief | 11/01/11 | Short term loan | 8,000.00 Principal, 951.11 interest | |
| -1,760.65 | To Scott A. Saxon | 11/08/11 | Partial back pay, employee | | |
| -3,489.50 | To Todd Saxon | 11/18/11 | Partial back pay, ind. contractor | | |
| -22,326.00 | To Erick A. Saxon | 11/23/11 | Partial back pay, ind. contractor | | |
| -10,830.80 | To Scott A. Saxon | 11/25/11 | Partial back pay, employee | | |
| 19,632.36 | | | | | |
| -13,944.84 | W/H taxes:Scott* | | | | |
| 5,687.52 | | | | | |
| -5,801.25 | Employer taxes:Scott* | | | | |
| -113.73 | | | | | |
| | *for stock and back-pay | | Scott | | |
| | | | 46,297.00 | Stock | |
| | | | 15,591.45 | Cash | |
| | | | 13,944.84 | State & Fed. WH Taxes | |
| | | | 75,833.29 | Total paid to Scott | |