

Entered on Docket
June 17, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: June 17, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**ORDER DISALLOWING CLAIM 156 (Kevin Murphy)** |

Upon due consideration of the Request for Entry of Order Disallowing Claim 156 (Kevin Murphy), and the Declaration of Gregg S. Kleiner filed therewith, finding that notice is appropriate under the circumstances and that good cause exists therefor,

IT IS HEREBY ORDERED THAT the Trustee's Objection to Claim 156 filed by Kevin Murphy on May 13, 2021 as Docket No. 418 is sustained. Claim 156 filed by Kevin Murphy is disallowed in its entirety.

**\*\*END OF ORDER\*\***

***COURT SERVICE LIST***

No Court Service Requested.