Dear Clerk,

My name is Kyley Nelligan Smithers. I am writing in regards to TECHSHOP, INC., Case # 18-50398 MEH. I have since moved and ask that my address please be updated in your system so I may receive my disbursement. My current address is 215 NW 22nd Place Apt. 104 Portland, OR 97210.

Thank you,

Kyley

FILED
JUN 25 2021
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

