Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TECHSHOP, INC.,<br><br>Debtor. | Case No. 18-50398 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**REQUEST FOR ENTRY OF ORDER DISALLOWING CLAIMS 7 AND 247 (New York State Department of Labor – Commissioner of Labor)**<br><br>[No Hearing Requested] |

Doris A. Kaelin, Trustee in Bankruptcy of the estate of the above-named Debtor, respectfully represents:

1. On June 11, 2021, the Trustee served on the New York State Department of Labor, Commissioner of Labor, Attn: Marta Cole - UI Employer Compliance Agent 2 ("Claimant") at the notice addresses set forth in Claims 7 and 247: (i) a Notice and Opportunity for Hearing on Objection to Claims 7 and 247 (New York State Department of Labor – Commissioner of Labor) [Docket No. 430] ("Notice"); and (ii) an Objection to Claims 7 and 247 (New York State Department of Labor – Commissioner of Labor) [Docket No. 429] (the "Objection"), as evidenced by the Declaration of Mailing / Certificate of Service [Docket No. 431].

/ / /

/ / /

2. True and correct copies of Claims 7 and 247 were attached to the Objection.

3. More than 30 days have passed since the June 11, 2021 service of the Objection.

4. Except as described above and in the accompanying Declaration of Gregg S. Kleiner, no objection to the relief requested or request for a hearing was received by the Trustee.

WHEREFORE, the Trustee prays for an order:

1. Sustaining the Trustee's Objection;

2. Disallowing Claim 7 filed by New York State Department of Labor, Unemployment Insurance Division as an unliquidated priority claim on the grounds that it is a duplicate of Claim 247;

3. Disallowing Claim 247 by the State of New York, Dept. of Labor, Unemployment Insurance Division as a priority claim in the amount of $5,662.02 on the grounds that it is not an obligation of the Debtor.

DATED: July 13, 2021          RINCON LAW LLP

By: /s/ Gregg S. Kleiner
GREGG S. KLEINER
Counsel for DORIS A. KAELIN,
Trustee in Bankruptcy