**Entered on Docket**
**July 14, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: July 14, 2021

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

TECHSHOP, INC.,

Debtor.

Case No. 18-50398 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER DISALLOWING CLAIMS 7 AND 247**
**(New York State Department of Labor – Commissioner of Labor)**

Upon due consideration of the Request for Entry of Order Disallowing Claims 7 and 247 (New York State Department of Labor – Commissioner of Labor), and the Declaration of Gregg S. Kleiner filed therewith, finding that notice is appropriate under the circumstances and that good cause exists therefor,

IT IS HEREBY ORDERED THAT the Trustee's Objection to Claims 7 and 247 filed by New York State Department of Labor – Commissioner of Labor on June 11, 2021 as Docket No. 429 is sustained. Claims 7 and 247 filed by New York State Department of Labor – Commissioner of Labor are disallowed in their entirety.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

No Court Service Requested.