Doris Kaelin
P.O. Box 1582
Santa Cruz, CA 95061
(831) 600-8093
Trustee in Bankruptcy


FILED

FEB 24 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re:         | Case No. 18-50398 |
|----------------|-------------------|
| TECHSHOP, INC. | Chapter 7         |
| Debtor(s)      | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $916.28. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---------|----------------------------|--------------|-----------------|
| 196     | Daniel E. Erdman<br>88 E. San Fernando St. #510<br>San Jose, CA 95113 | $23,274.26 | $916.28 |

Total Unclaimed Dividends: $916.28

Dated: February 21, 2022

/s/ Doris Kaelin
Doris Kaelin, Trustee