# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 5/4/2022 |
| Case: 18–50398 | Form ID: FIND | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| tr | Doris A. Kaelin | dktrustee@gmail.com |
| aty | Andrew A. August | aaugust@steyerlaw.com |
| aty | Gregg S. Kleiner | gkleiner@rinconlawllp.com |
| aty | Matthew D. Metzger | belvederelegalecf@gmail.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | TechShop, Inc. | 274 Redwood Shores Parkway, Suite 275 | Redwood City, CA 94065 |
| aty | Doris A. Kaelin | P.O. Box 1582 | Santa Cruz, CA 95061 |

TOTAL: 2